1   thereto, and any actual or proposed amendments thereto.

2   **Topic No. 22:** The payment of money or anything of value by or for YOU or on YOUR
    behalf that has been made to, for or on behalf of BRYANT (a) for work, services or
3   activities performed by BRYANT prior to January 1, 2001 (regardless of when such
    payment was actually made), (2) for DESIGNS CREATED by BRYANT prior to January
4   1, 2001 (regardless of when such payment was actually made) or (c) in connection with
    BRATZ or any BRATZ DESIGN at any time, including amount(s) thereof and the reasons
5   therefore,

6   **Topic No. 23:** The payment of royalties to, for or on behalf of BRYANT made by or for
    YOU or on YOUR behalf, including the timing, manner and amounts of such payments
7   and the reasons therefore.

8   MGA contends that Mattel has not made the required showing that additional time is "needed to

9   fairly examine the deponent" or that "the deponent, another person, or any other circumstance

10  impedes or delays the examination." Fed.R.Civ.P. 30(d)(1).  Furthermore, MGA contends that

11  Mattel wasted much of the 7-hours with Ms. Harris by asking questions outside the topics for

12  which she was designated and badgering the witness.

13       As discussed already above, Ms. Harris was not sufficiently prepared to testify on several

14  topics and did not discharge MGA's duty to produce a witness to testify as to information known

15  or reasonably available to MGA.  Her lack of preparedness alone justifies additional deposition

16  time.  The relatively large number of topics for which Ms. Harris was designated (Topic Nos. 11,

17  13, 14, 19, 21, 22, 23, 27 and 28), also justifies additional deposition time to enable Mattel to

18  fairly examine the deponent.  Many of the topics for which Ms. Harris was designated are highly

19  relevant to the case.  Mattel has identified a few instances where Mattel was inefficient in

20  conducting her deposition; however, the deposition generally proceeded at a reasonable pace.

21  Accordingly, Mattel is granted an additional four hours to complete the deposition of Ms. Harris

22  on all of the topics for which she was designated, except Topic Nos. 27 and 28 which were

    discussed previously.

23  G. Mattel's Request for Relief No. 7:  Mattel seeks an order imposing sanctions for MGA's
    alleged willful violations of the May 16, 2007 and August 14, 2007 Orders, for MGA's allegedly
24  improper instructions not to answer deposition questions and for MGA's alleged improper
    coaching, harassing and obstructionist conduct at the September 24-25, 2007 deposition of Lisa
25  Tonnu and at the October 9, 2007 deposition of Spencer Woodman in the amount of $10,000.

26       Sanctions are appropriate based upon MGA's failure to produce 30(b)(6) designees who

27  were reasonably prepared to testify on seven out of the sixteen topics at issue, namely Topic Nos.

28
                                                                                              32
    Bryant v. Mattel, Inc.,
    CV-04-09049 SGL (RNBx)

EXHIBIT _____ 150

PAGE _____ 1948

1   21, 24, 25, 31, 34, 39 and 40. By agreeing to provide supplemental testimony on these topics,

2   MGA implicitly acknowledges that the witnesses provided insufficient testimony. Further,

3   MGA's counsel also repeatedly flouted Rule 30(c)(2), Fed.R.Civ.P., and prior orders prohibiting

4   instructions not to answer for reasons other than privilege. Accordingly, pursuant to Rule

5   30(d)(2) and 37(b), Fed.R.Civ.P., sanctions are imposed in the amount of $6,000.

6   H. Mattel's Request for Relief No. 8: Mattel seeks a report and recommendation to Judge
    Stephen G. Larson that recommends the imposition of preclusion sanctions, that certain facts
7   related to the topics compelled be deemed admitted, and/or that MGA be found in contempt for
    MGA's allegedly willful and repeated violations of the Orders.

8       As previously stated at the December 14, 2007 hearing, it is premature to consider

9   preclusion sanctions and contempt at this time. If Mattel intends to pursue such sanctions, it may

10  do so only after the close of Phase 1 discovery.

11                              V. CONCLUSION

12      For the reasons set forth above, it is hereby ordered as follows:

13      1.      No later than January 30, 2008, MGA shall produce witnesses who are prepared to

14  testify about information known or reasonably available to MGA in accordance with Rule

15  30(b)(6), Fed.R.Civ.P., and to provide complete testimony on the following topics as specified

16  herein: Topic Nos. 11, 13, 14, 19, 21-25, 31, 34 (with limitations noted herein) 39 (with

17  limitations noted herein), 40 and 41. Mattel's motion is denied as to Topic Nos. 27 and 28.

18      2.      MGA's 30(b)(6) designee Spencer Woodman shall provide full and complete

19  responses to each of the questions identified in Mattel's Separate Statement No. 2 that are

20  identified herein as requiring a further response because the objections have been overruled

    and/or the instructions not to answer have been found improper, and the question seeks relevant
21
    and privileged information to which Mattel is entitled.
22
23      3.      MGA shall produce the e-mails that MGA designee Kenneth Lockhart identified

24  during his June 14, 2007 deposition as documents which he reviewed and relied upon to refresh

25  his recollection in preparation for his deposition. Mattel is also permitted to conduct reasonable

26  follow-up questioning regarding those documents.

27      4.      MGA's 30(b)(6) designee Lisa Tonnu shall provide full and complete responses to

28  each of the questions identified in Mattel's Separate Statement No. 2 that are identified herein as

33

EXHIBIT ___150___

PAGE ___1949___

1    requiring a further response because the objections have been overruled and/or the instructions

2    not to answer have been found improper, and the question seeks relevant information to which

3    Mattel is entitled.

4        5.    In addition to the deposition testimony authorized above, Mattel is granted leave to

5    depose Ms. Tonnu regarding the changes she made to her deposition transcript.

6        6.    Mattel is granted additional time to complete a full and fair examination of Ms.

7    Harris on all of the topics for which she was designated, except Topic Nos. 27 and 28. The

8    deposition of Ms. Harris shall not exceed four (4) hours.

9        7.    Mattel's request for monetary sanctions is granted in part pursuant to Fed.R.Civ.P.

10    37(b). MGA shall pay sanctions in the amount of $6,000 no later than February 11, 2008.

11        8.    Mattel's request for preclusion sanctions and/or a finding of contempt is denied

12    without prejudice.

13        Pursuant to Paragraph 6 of the Stipulation and Order for Appointment of a Discovery

14    Master, Mattel shall file this Order with the Clerk of Court forthwith.

15    Dated: January 8, 2008

16                     HON. EDWARD A. INFANTE (Ret.)

                       Discovery Master

17

18

19

20

21

22

23

24

25

26

27

28

Bryant v. Mattel, Inc.,
CV-04-09049 SGL (RNBx)

34

EXHIBIT _____ 150

PAGE _____ 1950

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on January 9, 2008, I served the attached ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO ENFORCE COURT'S DISCOVERY ORDERS AND TO COMPEL; TO OVERRULE PURPORTEDLY IMPROPER INSTRUCTIONS; AND FOR SANCTIONS in the within action by email addressed as follows:

| | | |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| Matthew M. Werdegar, Esq. | Keker & Van Nest | mwerdegar@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| Audrey Walton-Hadlock, Esq. | Keker & Van Nest | awalton-hadlock@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tnolan@skadden.com |
| Raoul D. Kennedy, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | rkennedy@skadden.com |
| Amy S. Park, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | apark@skadden.com |
| Harriet S. Posner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | hposner@skadden.com |
| Carl Alan Roth, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | croth@skadden.com |
| Timothy A. Miller, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tmiller@skadden.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on January 9, 2008, at San Francisco, California.

_Sandra Chan_
Sandra Chan

EXHIBIT _150_

PAGE _1951_

**EXHIBIT 151**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>       Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>       Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>EXPERT REBUTTAL REPORT OF LEE LOETZ |

**<u>CONFIDENTIAL -- ATTORNEY'S EYES ONLY</u>**

EXHIBIT       /5 /

PAGE       /9/8

## EXPERT REBUTTAL REPORT OF LEE LOETZ

**I.    QUALIFICATIONS.**

My qualifications are set forth in my expert report in this matter dated February 11, 2008. I am being compensated at the rate of $100 per hour for my time in this matter. I have not testified as an expert witness at trial or deposition in the proceeding four years and have not authored any publications in the preceding 10 years. In addition to the documents identified in Exhibit 1 to my expert report in this matter dated February 11, 2008, the materials I have reviewed or relied upon in connection with this rebuttal report are listed in Exhibit 1 hereto.

**II.    ISSUES ON WHICH I WILL GIVE AN OPINION.**

I have been asked counsel for Mattel to address certain portions of the Expert Reports of Robert Tonner and Debora Middleton. In particular, I have been asked to respond to the statement by Mr. Tonner that he believes Carter Bryant's claim that his inspiration for Bratz happened in 1998 because of similarities between Bryant's Bratz drawings and certain images from 1998 issues of Seventeen magazine which Bryant claims to have been part of his inspiration. I have also been asked to respond to Ms. Middleton's claim that Bratz packaging artwork has evolved since the launch of Bratz and that, at least since July 2003, Bratz packaging artwork is materially different from Bryant's original Bratz drawings.

**III.    OPINIONS.**

### Bryant's Bratz Inspiration

I understand Carter Bryant claims that a source of his inspiration for Bratz was ads from a 1998 issue of Seventeen magazine showing girls with oversized heads and feet and "attitude." I also understand that Mr. Tonner claims that because Bryant's Bratz

-1-

EXHIBIT    151

PAGE    1919

drawings share some of the proportions and "attitude" shown in these 1998 Seventeen
magazine ads, he believes that Bryant's inspiration for Bratz happened "when and how"
Bryant said it did.

It is important to note that these oversized proportions and even the specific ad
campaigns that Bryant points to as his inspiration did not come and go in 1998. The
Steven Madden ad campaign also appeared in 1999 issues of Seventeen magazine. So
too did the Paris Blues and Coca-Cola ads that Bryant claims as inspiration. Based on
my review of Carter Bryant's Bratz drawings against the Seventeen magazine ads from
1998 and 1999, I have come to the conclusion that, to the extent Bryant was inspired by
ads in Seventeen magazine, it is equally, if not more, likely that Bryant's inspiration to
create Bratz happened in 1999.

The 1999 Steve Madden ads are more similar to Bryant's Bratz drawings than the
1998 Steve Madden ads that Bryant claims as inspiration. While the girls in both the
1998 and 1999 Steve Madden ads have large feet and an urban style and attitude, it is the
posing of the 1999 ads that stands out to me against the 1998 ads. In Exhibit 2 you can
see a girl from a Steve Madden ad in a 1999 Seventeen magazine compared to an original
Bryant Bratz drawing. Note the pose of both girls. The pigeon toes, knock knees, arm
posture, and head tilt are all similar.

Exhibit 3 is another example of the noticeable similarity between a different girl
from a 1999 Steven Madden ad and another of Carter Bryant's original drawings. Here
we can see the angle of the shoulders, the knock-knees, and pigeon toes in both the ad
and drawing.

-2-

EXHIBIT _____ 151

PAGE _____ 1920

In addition, the oversized head and facial characteristics of the 1999 Steve Madden ads are more similar to the Bryant drawings than the 1998 Steve Madden ad.

In addition, I think the 1999 ads more plausibly than the 1998 ads could have been an "inspiration" to Carter Bryant for their fashions and facial expressions. The 1999 ads were of a photographic nature instead of a simplified stylized drawing style. Because of this, the fashions and facial expressions in the 1999 ads were more clearly defined than the 1998 ads.

Bryant also points to Paris Blues and Coca-Cola ads from the 1998 Seventeen magazine as inspiration. In my opinion, the same Paris Blues and Coca-Cola advertising campaigns appeared in 1999 issues of Seventeen magazine with no substantial change in graphic style. Based on my review of the 1998 and 1999 Seventeen Magazine ads, it is my belief that, to the extent Carter Bryant was inspired by Seventeen magazine ads, the 1999 ads were just as likely, if not more so, to be the inspiration for Bryant's original Bratz concept drawings.

In additional, I have reviewed drawings created in 1999 by a Mattel doll designer for a Mattel doll initiative called "Toon Teens." I understand that Bryant may have had access to these Toon Teens drawings in 1999 while he was employed by Mattel. In my opinion, the Toon Teen drawings share certain design features with Bryant's Bratz drawings, including a proportionally large head, large eyes and lips and large feet. See Exhibits 4 and 5. It is important to note that the Toon Teen drawings and Bryant's Bratz drawings were both concept drawings for an actual doll, not a flat graphic advertising campaign like the Seventeen magazine ads. Thus, similarities between them are shared

EXHIBIT    /5/
PAGE    /92/

play features in the doll concepts. In my opinion, to the extent Bryant had access to these Toon Teen drawings, this further suggests that his inspiration for Bratz happened in 1999.

### Bratz Packaging Art

In my review of Bratz dolls packaging art over the multiple succeeding lines, it is clear to me that the all the subsequent packaging art was based on the original Bratz drawings submitted by Bryant, drawings that are very similar to the first generation packaging. Indeed, packaging art is only a representation of the doll inside. The Bratz sculpt did not change over time to any significant degree. So it is not surprising that the packaging art which represents that doll did not change that significantly.

The least expensive way to freshen up a toy is through the packaging art. By hiring new art directors, artists, changing rendering styles or using new design programs, the same characters could illustrated in may ways. Over the life of the Bratz packaging, several varied art styles were used. However the characters stayed true to their inherent aesthetic look. The proportions, hair color, clothing styles, attitude, posing and makeup all stayed basically the same so all the characters were recognizable. It is important to remember that artwork must successfully represent the toy inside the package.

The regular refreshing of packaging art is the industry standard. MGA refreshed their Bratz packaging art while maintaining the same basic look of both the dolls and the packaging art. All of the Bratz packaging art is based on the original artwork.

March 17, 2008

Lee Loetz

EXHIBIT   151
PAGE   1922

-4-

## Exhibit 1

Expert Reports of Robert Tonner and Mary Bergstein dated February 11, 2008

Depo Exhibit Nos.
251
257
258
259
260
261
262
263
307
308
309
310
311
312
313
315
316
317
330
331
332

M-LL 00001-00682

M 0101993
M 0102002
M 0102003
M 0102059
M 0102091
M 0102140
M 0102217
M 0102349
M 0102350
M 0131043
M 0130408
M 0130493
M 0130597
M 0130723
M 0130763
M 0130841

EXHIBIT    151

PAGE    1923

Exhibit 1

M 0130849
M 0130949
M 0130971
M 0131173
M 0131182
M 0131251
M 0131435
M 0131508
M 0131650
M 0131746
M 0131794
M 0131937
M 0131994
M 0132204
M 0132214
M 0132416
M 0132480
M 0132672
M 0132710
M 0132825
M 0132904
M 0133044
M 0133082
M 0133092
M 0133276
M 0133373
M 0133535
M 0133631
M 0133643
M 0133788
M 0133866
M 0134054
M 0134130
M 0134254
M 0134386

151

PAGE 1924







Exhibit 4

Large Head & Feet



Large Eyes & Lips
in Proportion to Face

Exhibit 5

1

## PROOF OF SERVICE

2      I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal

3    Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4      On March 17, 2008, I served true copies of the following document(s) described as **EXPERT REBUTTAL REPORT OF LEE LOETZ** on the parties in this action as

5    follows:

6      Mark E. Overland, Esq.                    John W. Keker, Esq.
        David C. Scheper, Esq.                    Michael H. Page, Esq.
7      Alexander H. Cote                          Christina M. Anderson, Esq.
        **Overland Borenstein Scheper**          **Keker & Van Nest LLP**
8      **& Kim LLP**                              710 Sansome Street
        300 South Grand Avenue                    San Francisco, CA 94111
9      Suite 2750
        Los Angeles, CA 90071-3144
10

11     Thomas J. Nolan, Esq.
        Carl Roth, Esq.
12     **Skadden, Arps, Slate, Meagher &**
        **Flom LLP**
13     300 South Grand Avenue, Suite 3400
        Los Angeles, CA 90071
14

15   **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

16

17     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

18     Executed on March 17, 2008, at Los Angeles, California.

19

20                                              _____

21                                              NOW LEGAL -- Dave Quintana

22

23

24

25

26

27

28

EXHIBIT ___ 157

PAGE ___ 1929

**EXHIBIT 152**

| | F | G |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Net | Orig Mstr Name |
| 4 | | MOSS-ADAMS LLP |
| 5 | | COMMONWEALTH OF MASSACHUSETTS |
| 6 | | COMMONWEALTH OF MASSACHUSETTS |
| 7 | | CONTROLLER OF MARYLAND |
| 8 | | CONTROLLER OF MARYLAND |
| 9 | | DEPARTMENT OF FINANCE ADMINISTRATION |
| 10 | | DEPARTMENT OF FINANCE ADMINISTRATION |
| 11 | | FRANCHISE TAX BOARD |
| 12 | | FRANCHISE TAX BOARD |
| 13 | | ILLINOIS DEPARTMENT OF REVENUE |
| 14 | | ILLINOIS DEPARTMENT OF REVENUE |
| 15 | | INTERNAL REVENUE SERVICE CENTER |
| 16 | | INTERNAL REVENUE SERVICE CENTER |
| 17 | | MISSOURI DIRECTOR OF REVENUE |
| 18 | | MISSOURI DIRECTOR OF REVENUE |
| 19 | | N.C. DEPT. OF REVENUE |
| 20 | | N.C. DEPT. OF REVENUE |
| 21 | | STATE OF MICHIGAN |
| 22 | | STATE OF MICHIGAN |
| 23 | | STATE OF NJ-DIVISION OF TAXATION |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |
| 39 | | |
| 40 | | MOSS-ADAMS LLP |
| 41 | | |
| 42 | | |
| 43 | | MOSS-ADAMS LLP |
| 44 | | FRANCHISE TAX BOARD |
| 45 | | STATE OF ARKANSAS |
| 46 | | UNITED STATES TREASURY |
| 47 | | |
| 48 | | CHICAGO TITLE COMPANY |
| 49 | | |
| 50 | | |
| 51 | | EXCELERATION, INC. |
| 52 | | IDAHO STATE TAX COMMISSION |
| 53 | | ILLINOIS DEPARTMENT OF REVENUE |
| 54 | | STATE OF ARKANSAS |
| 55 | | INNOVATIVE ENGINEERING GROUP, INC. |
| 56 | | |
| 57 | | |
| 58 | | BINGHAM MCCUTCHEN LLP |
| 59 | | BINGHAM MCCUTCHEN LLP |
| 60 | | FRANCHISE TAX BOARD |
| 61 | | INTERNAL REVENUE SERVICE CENTER |
| 62 | | STATE OF ARKANSAS |

EXHIBIT ___152___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

PAGE ___1931___

MGA 3865983

REDACTED

# G/L Detail

| | Journal number | Voucher | Date | Ledger account | Account name |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | Journal number | Voucher | Date | Ledger account | Account name |
| 4 | JN001327 | VIV004430 | 3/23/2006 | 15610 | Due To/From Isaac Larian |
| 5 | JN001703 | VIV005595 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 6 | JN001705 | VIV005602 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 7 | JN001703 | VIV005594 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 8 | JN001705 | VIV005803 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 9 | JN001703 | VIV005591 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 10 | JN001705 | VIV005605 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 11 | JN001703 | VIV005592 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 12 | JN001705 | VIV005606 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 13 | JN001703 | VIV005593 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 14 | JN001705 | VIV005604 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 15 | JN001703 | VIV005590 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 16 | JN001705 | VIV005607 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 17 | JN001703 | VIV005597 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 18 | JN001705 | VIV005600 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 19 | JN001703 | VIV005598 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 20 | JN001705 | VIV005608 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 21 | JN001703 | VIV005596 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 22 | JN001705 | VIV005601 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 23 | JN001703 | VIV005599 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 24 | JN001777 | NAR0000000190 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 25 | JN001778 | NAR0000000191 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 26 | JN001779 | NAR0000000192 | 4/17/2006 | 15610 | Due To/From Isaac Larian |
| 27 | JN001890 | VC011252 | 4/30/2006 | 15610 | Due To/From Isaac Larian |
| 28 | JN001890 | VC011253 | 4/30/2006 | 15610 | Due To/From Isaac Larian |
| 29 | JN001890 | VC011254 | 4/30/2006 | 15610 | Due To/From Isaac Larian |
| 30 | JN001890 | VC011255 | 4/30/2006 | 15610 | Due To/From Isaac Larian |
| 31 | JN001890 | VC011256 | 4/30/2006 | 15610 | Due To/From Isaac Larian |
| 32 | JN001891 | VC011257 | 4/30/2006 | 15610 | Due To/From Isaac Larian |
| 33 | JN001891 | VC011257 | 4/30/2006 | 15610 | Due To/From Isaac Larian |
| 34 | JN001891 | VC011258 | 4/30/2006 | 15610 | Due To/From Isaac Larian |
| 35 | JN001891 | VC011259 | 4/30/2006 | 15610 | Due To/From Isaac Larian |
| 36 | JN002231 | VC011381 | 5/31/2006 | 15610 | Due To/From Isaac Larian |
| 37 | JN002926 | VC011656 | 5/31/2006 | 15610 | Due To/From Isaac Larian |
| 38 | JN002926 | VC011656 | 5/31/2006 | 15610 | Due To/From Isaac Larian |
| 39 | JN002926 | VC011656 | 5/31/2006 | 15610 | Due To/From Isaac Larian |
| 40 | JN002891 | VIV009916 | 6/30/2006 | 15610 | Due To/From Isaac Larian |
| 41 | JN003893 | VC011989 | 8/22/2006 | 15610 | Due To/From Isaac Larian |
| 42 | JN003893 | VC011989 | 8/22/2006 | 15610 | Due To/From Isaac Larian |
| 43 | JN003964 | VIV013829 | 8/28/2006 | 15610 | Due To/From Isaac Larian |
| 44 | JN004240 | VIV014573 | 9/11/2006 | 15610 | Due To/From Isaac Larian |
| 45 | JN004240 | VIV014592 | 9/11/2006 | 15610 | Due To/From Isaac Larian |
| 46 | JN004240 | VIV014620 | 9/11/2006 | 15610 | Due To/From Isaac Larian |
| 47 | JN004500 | VC012182 | 9/15/2006 | 15610 | Due To/From Isaac Larian |
| 48 | JN004465 | VIV015308 | 9/21/2006 | 15610 | Due To/From Isaac Larian |
| 49 | JN004501 | VC012183 | 9/25/2006 | 15610 | Due To/From Isaac Larian |
| 50 | JN004765 | VC012268 | 9/30/2006 | 15610 | Due To/From Isaac Larian |
| 51 | JN004839 | VIV016528 | 10/10/2006 | 15610 | Due To/From Isaac Larian |
| 52 | JN004865 | VIV016550 | 10/11/2006 | 15610 | Due To/From Isaac Larian |
| 53 | JN004865 | VIV016551 | 10/11/2006 | 15610 | Due To/From Isaac Larian |
| 54 | JN004865 | VIV016548 | 10/11/2006 | 15610 | Due To/From Isaac Larian |
| 55 | JN004942 | VIV016757 | 10/17/2006 | 15610 | Due To/From Isaac Larian |
| 56 | JN005202 | NAR0000000509 | 10/23/2006 | 15610 | Due To/From Isaac Larian |
| 57 | JN005643 | VC012561 | 11/21/2006 | 15610 | Due To/From Isaac Larian |
| 58 | JN005762 | VIV019405 | 11/28/2006 | 15610 | Due To/From Isaac Larian |
| 59 | JN005762 | VIV019407 | 11/28/2006 | 15610 | Due To/From Isaac Larian |
| 60 | JN006147 | VIV020565 | 12/13/2006 | 15610 | Due To/From Isaac Larian |
| 61 | JN006147 | VIV020562 | 12/13/2006 | 15610 | Due To/From Isaac Larian |
| 62 | JN006147 | VIV020556 | 12/13/2006 | 15610 | Due To/From Isaac Larian |

EXHIBIT ___152___

PAGE ___1930___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3865982

| | H | I | J |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | Transaction text | Document | Payment reference |
| 4 | | | |
| 5 | MASSACHUSETTS TAX | | |
| 6 | MASSACHUSETTS TAX | | |
| 7 | MARYLAND TAX | | |
| 8 | MARYLAND TAX | | |
| 9 | ARKANSAS TAX | | |
| 10 | ARKANSAS TAX | | |
| 11 | CALIFORNIA TAX | | |
| 12 | CALIFORNIA TAX | | |
| 13 | ILLINOIS TAX | | |
| 14 | ILLINOIS TAX | | |
| 15 | FEDERAL TAX | | |
| 16 | FEDERAL TAX | | |
| 17 | MISSOURI TAX | | |
| 18 | MISSOURI TAX | | |
| 19 | NORTH CAROLINA TAX | | |
| 20 | NORTH CAROLINA TAX | | |
| 21 | MICHIGAN TAX | | |
| 22 | MICHIGAN TAX | | |
| 23 | NJ TAX | | |
| 24 | ISAAC LARIAN & ANGELA LARIAN WT 04/17/06 | | |
| 25 | ANGELA LARIAN QUALIFIED ANNUIOTY WT 04/17/06 | | |
| 26 | ISAAC LARIAN QUALIFIED ANNUITY WT 04/17/06 | | |
| 27 | Paymt of 1Q 2006 est.&2005 extension of behalf of Larians | | |
| 28 | Paymt of 1Q 2006 est.&2005 extension of behalf of Larians | | |
| 29 | Paymt of 1Q 2006 est.&2005 extension of behalf of Larians | | |
| 30 | Paymt of 1Q 2006 est.&2005 extension of behalf of Larians | | |
| 31 | Paymt of 1Q 2006 est.&2005 extension of behalf of Larians | | |
| 32 | Paymt of 1Q 2006 est.&2005 extension of behalf of Markabis | | |
| 33 | Paymt of 1Q 2006 est.&2005 extension of behalf of Markabis | | |
| 34 | Paymt of 1Q 2006 est.&2005 extension of behalf of Makabis | | |
| 35 | Paymt of 1Q 2006 est.&2005 extension of behalf of Makabis | | |
| 36 | Reclass distribution - Deposit for Roscoe Refinancing | | |
| 37 | Equalization for Distribution 04/17/06 | | |
| 38 | Recl to 2005 distribution-equalization 2 due to/from officer | | |
| 39 | Recl distribution 4/17/06 to proper accts | | |
| 40 | | | |
| 41 | E&Y costs for Maple Project-pro fees for srvcs 5/28-6/18 | | |
| 42 | E&Y costs for Maple Project-due diligence | | |
| 43 | | | |
| 44 | ISAAC AND ANGELA LARIAN'S 2003 AMENDED CA TAX | | |
| 45 | ISAAC AND ANGELA LARIAN'S 2003 AMENDED CA TAX | | |
| 46 | ISAAC AND ANGELA LARIAN'S 2003 AMENDED FEDERAL TAX | | |
| 47 | EQUALIZATION | | |
| 48 | | | |
| 49 | Pymts for Q3 2006 est on behalf of Larians treated as distri | | |
| 50 | Record Larian litigation/arbitration costs | | |
| 51 | | | |
| 52 | ISAAC & ANGELA LARIAN 2005 TAX BALANCE | | |
| 53 | ISAAC & ANGELA LARIAN 2005 TAX BALANCE | | |
| 54 | ISAAC & ANGELA LARIAN 2005 TAX BALANCE | | |
| 55 | | | |
| 56 | FIDELITY NATIONAL TITLE CO CK 064467 | | |
| 57 | Reclass Cameron Larian tax pymt to correct acct | | |
| 58 | | | |
| 59 | | | |
| 60 | | | |
| 61 | | | |
| 62 | | | |

EXHIBIT _____ 152

PAGE _____ 1932          MGA 3865984

CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | Department | Profit Center | Product type | Brand | Sub Brand | Theme | Item | Customer |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | | | | | | |
| 40 | | | | | | | | |
| 41 | | | | | | | | |
| 42 | | | | | | | | |
| 43 | | | | | | | | |
| 44 | | | | | | | | |
| 45 | | | | | | | | |
| 46 | | | | | | | | |
| 47 | | | | | | | | |
| 48 | | | | | | | | |
| 49 | | | | | | | | |
| 50 | | | | | | | | |
| 51 | | | | | | | | |
| 52 | | | | | | | | |
| 53 | | | | | | | | |
| 54 | | | | | | | | |
| 55 | | | | | | | | |
| 56 | | | | | | | | |
| 57 | | | | | | | | |
| 58 | | | | | | | | |
| 59 | | | | | | | | |
| 60 | | | | | | | | |
| 61 | | | | | | | | |
| 62 | | | | | | | | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 152 _____

PAGE _____ 1933 _____

MGA 3865985

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 63 | JN006157 | VC012844 | 12/14/2006 | 15610 | Due To/From Isaac Larian |
| 64 | JN002926 | VC011656 | 5/31/2006 | 15611 | Due To/From Larian Family Trust |
| 65 | JN002926 | VC011656 | 5/31/2006 | 15611 | Due To/From Larian Family Trust |
| 66 | JN002926 | VC011656 | 5/31/2006 | 15611 | Due To/From Larian Family Trust |
| 67 | JN002926 | VC011656 | 5/31/2006 | 15611 | Due To/From Larian Family Trust |
| 68 | JN004991 | VC012416 | 6/30/2006 | 15611 | Due To/From Larian Family Trust |
| 69 | JN004500 | VC012182 | 9/15/2006 | 15611 | Due To/From Larian Family Trust |
| 70 | JN004500 | VC012182 | 9/15/2006 | 15611 | Due To/From Larian Family Trust |
| 71 | JN004372 | VIV015102 | 9/18/2006 | 15611 | Due To/From Larian Family Trust |
| 72 | JN004372 | VIV015109 | 9/18/2006 | 15611 | Due To/From Larian Family Trust |
| 73 | JN004403 | VC012177 | 9/20/2006 | 15611 | Due To/From Larian Family Trust |
| 74 | JN004508 | VIV015511 | 9/25/2006 | 15611 | Due To/From Larian Family Trust |
| 75 | JN004508 | VIV015529 | 9/25/2006 | 15611 | Due To/From Larian Family Trust |
| 76 | JN004501 | VC012183 | 9/25/2006 | 15611 | Due To/From Larian Family Trust |
| 77 | JN004501 | VC012183 | 9/25/2006 | 15611 | Due To/From Larian Family Trust |
| 78 | JN004613 | VIV015764 | 9/28/2006 | 15611 | Due To/From Larian Family Trust |
| 79 | JN004613 | VIV015773 | 9/28/2006 | 15611 | Due To/From Larian Family Trust |
| 80 | JN004613 | VIV015774 | 9/28/2006 | 15611 | Due To/From Larian Family Trust |
| 81 | JN005090 | VC012418 | 9/30/2006 | 15611 | Due To/From Larian Family Trust |
| 82 | JN004865 | VIV016549 | 10/11/2006 | 15611 | Due To/From Larian Family Trust |
| 83 | JN004787 | VIV016635 | 10/12/2006 | 15611 | Due To/From Larian Family Trust |
| 84 | JN004787 | VIV016637 | 10/12/2006 | 15611 | Due To/From Larian Family Trust |
| 85 | JN004787 | VIV016640 | 10/12/2006 | 15611 | Due To/From Larian Family Trust |
| 86 | JN004787 | VIV016639 | 10/12/2006 | 15611 | Due To/From Larian Family Trust |
| 87 | JN004787 | VIV016641 | 10/12/2006 | 15611 | Due To/From Larian Family Trust |
| 88 | JN005077 | VIV017268 | 10/23/2006 | 15611 | Due To/From Larian Family Trust |
| 89 | JN005078 | VC012412 | 10/23/2006 | 15611 | Due To/From Larian Family Trust |
| 90 | JN005202 | NAR0000000509 | 10/23/2006 | 15611 | Due To/From Larian Family Trust |
| 91 | JN005245 | VIV017715 | 10/30/2006 | 15611 | Due To/From Larian Family Trust |
| 92 | JN005245 | VIV017759 | 10/30/2006 | 15611 | Due To/From Larian Family Trust |
| 93 | JN005245 | VIV017760 | 10/30/2006 | 15611 | Due To/From Larian Family Trust |
| 94 | JN005351 | VIV018131 | 10/31/2006 | 15611 | Due To/From Larian Family Trust |
| 95 | JN005633 | VIV019112 | 11/20/2006 | 15611 | Due To/From Larian Family Trust |
| 96 | JN005755 | VIV019372 | 11/28/2006 | 15611 | Due To/From Larian Family Trust |
| 97 | JN005755 | VIV019366 | 11/28/2006 | 15611 | Due To/From Larian Family Trust |
| 98 | JN005755 | VIV019367 | 11/28/2006 | 15611 | Due To/From Larian Family Trust |
| 99 | JN005948 | VIV020053 | 11/30/2006 | 15611 | Due To/From Larian Family Trust |
| 100 | JN005888 | VIV019973 | 11/30/2006 | 15611 | Due To/From Larian Family Trust |
| 101 | JN005888 | VIV019976 | 11/30/2006 | 15611 | Due To/From Larian Family Trust |
| 102 | JN005888 | VIV019977 | 11/30/2006 | 15611 | Due To/From Larian Family Trust |
| 103 | JN006189 | VIV020798 | 12/18/2006 | 15611 | Due To/From Larian Family Trust |
| 104 | JN006189 | VIV020806 | 12/18/2006 | 15611 | Due To/From Larian Family Trust |
| 105 | JN006196 | VIV020960 | 12/18/2006 | 15611 | Due To/From Larian Family Trust |
| 106 | JN006196 | VIV020961 | 12/18/2006 | 15611 | Due To/From Larian Family Trust |
| 107 | JN006196 | VIV020790 | 12/18/2006 | 15611 | Due To/From Larian Family Trust |
| 108 | JN006263 | VIV021195 | 12/20/2006 | 15611 | Due To/From Larian Family Trust |
| 109 | JN006263 | VIV021203 | 12/20/2006 | 15611 | Due To/From Larian Family Trust |
| 110 | JN006281 | VIV021312 | 12/20/2006 | 15611 | Due To/From Larian Family Trust |
| 111 | JN006281 | VIV021314 | 12/20/2006 | 15611 | Due To/From Larian Family Trust |
| 112 | JN006265 | VIV021193 | 12/20/2006 | 15611 | Due To/From Larian Family Trust |
| 113 | JN006299 | VIV021416 | 12/21/2006 | 15611 | Due To/From Larian Family Trust |
| 114 | JN006433 | VIV021860 | 12/31/2006 | 15611 | Due To/From Larian Family Trust |
| 115 | JN006502 | VIV022181 | 12/31/2006 | 15611 | Due To/From Larian Family Trust |
| 116 | JN006447 | VC012934 | 12/31/2006 | 15611 | Due To/From Larian Family Trust |
| 117 | JN006447 | VC012934 | 12/31/2006 | 15611 | Due To/From Larian Family Trust |
| 118 | JN006447 | VC012934 | 12/31/2006 | 15611 | Due To/From Larian Family Trust |
| 119 | JN006447 | VC012934 | 12/31/2006 | 15611 | Due To/From Larian Family Trust |
| 120 | JN006601 | VC012985 | 12/31/2006 | 15611 | Due To/From Larian Family Trust |
| 121 | JN006678 | VC013031 | 12/31/2006 | 15611 | Due To/From Larian Family Trust |
| 122 | | | | 15611 | Due To/From Larian Family Trust |
| 123 | | | | 15611 | |
| 124 | | | | 15611 | Due To/From Larian Family Trust |
| 125 | | | | 15611 | Due To/From Larian Family Trust |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 152

PAGE _____ 1934     MGA 3865986



| | F | G |
|---|---|---|
| 63 | | |
| 64 | | |
| 65 | | |
| 66 | | |
| 67 | | |
| 68 | | |
| 69 | | |
| 70 | | |
| 71 | | MOSS-ADAMS LLP |
| 72 | | MOSS-ADAMS LLP |
| 73 | | |
| 74 | | KAYE SCHOLER LLP |
| 75 | | KAYE SCHOLER LLP |
| 76 | | |
| 77 | | |
| 78 | | EXCELERATION, INC. |
| 79 | | KAYE SCHOLER LLP |
| 80 | | KAYE SCHOLER LLP |
| 81 | | |
| 82 | | FRANCHISE TAX BOARD |
| 83 | | FRANCHISE TAX BOARD |
| 84 | | FRANCHISE TAX BOARD |
| 85 | | FRANCHISE TAX BOARD |
| 86 | | UNITED STATES TREASURY |
| 87 | | UNITED STATES TREASURY |
| 88 | | CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO. LLP |
| 89 | | |
| 90 | | |
| 91 | | CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP |
| 92 | | MOSS-ADAMS LLP |
| 93 | | MOSS-ADAMS LLP |
| 94 | | NADEL COMMERCIAL ARCHITECTS, LLP. |
| 95 | | NADEL COMMERCIAL ARCHITECTS, LLP. |
| 96 | | SIDLEY AUSTIN LLP |
| 97 | | SJ BERWIN |
| 98 | | SJ BERWIN |
| 99 | | KAYE SCHOLER LLP |
| 100 | | MOSS-ADAMS LLP |
| 101 | | MOSS-ADAMS LLP |
| 102 | | MOSS-ADAMS LLP |
| 103 | | CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP |
| 104 | | CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP |
| 105 | | INTERNAL REVENUE SERVICE CENTER |
| 106 | | INTERNAL REVENUE SERVICE CENTER |
| 107 | | INTERNAL REVENUE SERVICE CENTER |
| 108 | | KAYE SCHOLER LLP |
| 109 | | KAYE SCHOLER LLP |
| 110 | | KAYE SCHOLER LLP |
| 111 | | KAYE SCHOLER LLP |
| 112 | | SIDLEY AUSTIN LLP |
| 113 | | GRIMES & BATTERSBY, LLP |
| 114 | | GALLAGHER BASSETT SERVICES, INC. |
| 115 | | SIDLEY AUSTIN LLP |
| 116 | | |
| 117 | | |
| 118 | | |
| 119 | | |
| 120 | | |
| 121 | | |
| 122 | | |
| 123 | | |
| 124 | | |
| 125 | | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 152

PAGE 1935

MGA 3865987

REDACTED

| | H | I | J |
|---|---|---|---|
| 63 | Reclass Moss and Adams invoices to corr acct | | |
| 64 | Recl to 2005 distribution-equalization 2 due to/from officer | | |
| 65 | Equalization for Distribution 04/17/06 | | |
| 66 | Equalization for Distribution 04/17/06 | | |
| 67 | Recl to 2005 distribution-equalization 2 due to/from officer | | |
| 68 | Reallocation of distributions to correct ownership ratio | | |
| 69 | EQUALIZATION | | |
| 70 | EQUALIZATION | | |
| 71 | | | |
| 72 | | | |
| 73 | Recl personal expenses bal for Isaac and Angela Larian | | |
| 74 | ZAP DE GERMAN ACQUISITION | | |
| 75 | ZAP DE GERMAN ACQUISITION | | |
| 76 | Pymts for Q3 2006 est on behalf of Larians treated as distri | | |
| 77 | Pymts for Q3 2006 est on behalf of Larians treated as distri | | |
| 78 | | | |
| 79 | ZAP DE GERMAN ACQUISITION | | |
| 80 | ZAP DE GERMAN ACQUISITION | | |
| 81 | Equalization -3Q | | |
| 82 | ISAAC & ANGELA LARIAN 2005 CALIFORNIA TAX BALANCE | | |
| 83 | | | |
| 84 | | | |
| 85 | | | |
| 86 | | | |
| 87 | | | |
| 88 | GEN US CHATSWORTH PROPERTY ACQUISITION | | |
| 89 | Recl Sidley Austin inv for Pro Fees rendered. S/b ZAPF costs | | |
| 90 | FIDELITY NATIONAL TITLE CO CK 064467 | | |
| 91 | | | |
| 92 | | | |
| 93 | | | |
| 94 | | | |
| 95 | | | |
| 96 | | | |
| 97 | | | |
| 98 | | | |
| 99 | | | |
| 100 | | | |
| 101 | | | |
| 102 | | | |
| 103 | GEN US REAL ESTATE (LA TIMES) | | |
| 104 | | | |
| 105 | JASON M LARIAN | | |
| 106 | CAMERON J LARIAN | | |
| 107 | JASMIN L LARIAN | | |
| 108 | | | |
| 109 | | | |
| 110 | | | |
| 111 | | | |
| 112 | | | |
| 113 | | | |
| 114 | | | |
| 115 | | | |
| 116 | Kaye Scholer inv#482122 | | |
| 117 | Kaye Scholer inv#484566 | | |
| 118 | Kaye Scholer inv#486930 | | |
| 119 | Kaye Scholer inv#482290 | | |
| 120 | Record actual YTD interest due from officers | | |
| 121 | Record legal accrual for Dec'06 | | |
| 122 | Isaac Larian - personal | | |
| 123 | Isaac Larian - personal AMEX | | |
| 124 | Isaac Larian - personal Citibank | | |
| 125 | Isaac Larian - tutor - Asher Ristuban (Sal, Taxes, & benefits) | | |

EXHIBIT _____ 152

PAGE _____ 1936   MGA 3865988

CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 126 | | | | | |
| 127 | JN002926 | VC011656 | 5/31/2006 | 15613 | Due To/From Larian GRAT |
| 128 | JN002926 | VC011656 | 5/31/2006 | 15613 | Due To/From Larian GRAT |
| 129 | JN002927 | VC011657 | 5/31/2006 | 15613 | Due To/From Larian GRAT |
| 130 | JN002981 | VC011689 | 6/30/2006 | 15613 | Due To/From Larian GRAT |
| 131 | JN004991 | VC012416 | 6/30/2006 | 15613 | Due To/From Larian GRAT |
| 132 | JN003529 | VC011876 | 7/31/2006 | 15613 | Due To/From Larian GRAT |
| 133 | JN004134 | VC012070 | 8/31/2006 | 15613 | Due To/From Larian GRAT |
| 134 | JN004105 | VIV014419 | 9/7/2006 | 15613 | Due To/From Larian GRAT |
| 135 | JN004500 | VC012182 | 9/15/2006 | 15613 | Due To/From Larian GRAT |
| 136 | JN004501 | VC012183 | 9/25/2006 | 15613 | Due To/From Larian GRAT |
| 137 | JN004629 | VC012226 | 9/30/2006 | 15613 | Due To/From Larian GRAT |
| 138 | JN005090 | VC012418 | 9/30/2006 | 15613 | Due To/From Larian GRAT |
| 139 | JN005202 | NAR0000009509 | 10/23/2006 | 15613 | Due To/From Larian GRAT |
| 140 | JN005245 | VIV017758 | 10/30/2006 | 15613 | Due To/From Larian GRAT |
| 141 | JN005391 | VC012474 | 10/31/2006 | 15613 | Due To/From Larian GRAT |
| 142 | JN006002 | VC012740 | 11/30/2006 | 15613 | Due To/From Larian GRAT |
| 143 | JN006603 | VC012987 | 12/31/2006 | 15613 | Due To/From Larian GRAT |
| 144 | JN006603 | VC012987 | 12/31/2006 | 15613 | Due To/From Larian GRAT |
| 145 | | | | | |
| 146 | JN002926 | VC011656 | 5/31/2006 | 15614 | Due To/From Angela Larian GRAT |
| 147 | JN002926 | VC011656 | 5/31/2006 | 15614 | Due To/From Angela Larian GRAT |
| 148 | JN002927 | VC011657 | 5/31/2006 | 15614 | Due To/From Angela Larian GRAT |
| 149 | JN002981 | VC011689 | 6/30/2006 | 15614 | Due To/From Angela Larian GRAT |
| 150 | JN004991 | VC012416 | 6/30/2006 | 15614 | Due To/From Angela Larian GRAT |
| 151 | JN003529 | VC011876 | 7/31/2006 | 15614 | Due To/From Angela Larian GRAT |
| 152 | JN004134 | VC012071 | 8/31/2006 | 15614 | Due To/From Angela Larian GRAT |
| 153 | JN004105 | VIV014419 | 9/7/2006 | 15614 | Due To/From Angela Larian GRAT |
| 154 | JN004500 | VC012182 | 9/15/2006 | 15614 | Due To/From Angela Larian GRAT |
| 155 | JN004501 | VC012183 | 9/25/2006 | 15614 | Due To/From Angela Larian GRAT |
| 156 | JN004629 | VC012226 | 9/30/2006 | 15614 | Due To/From Angela Larian GRAT |
| 157 | JN005090 | VC012418 | 9/30/2006 | 15614 | Due To/From Angela Larian GRAT |
| 158 | JN005202 | NAR0000009509 | 10/23/2006 | 15614 | Due To/From Angela Larian GRAT |
| 159 | JN005245 | VIV017758 | 10/30/2006 | 15614 | Due To/From Angela Larian GRAT |
| 160 | JN005391 | VC012474 | 10/31/2006 | 15614 | Due To/From Angela Larian GRAT |
| 161 | JN006002 | VC012740 | 11/30/2006 | 15614 | Due To/From Angela Larian GRAT |
| 162 | JN006603 | VC012987 | 12/31/2006 | 15614 | Due To/From Angela Larian GRAT |
| 163 | JN006603 | VC012987 | 12/31/2006 | 15614 | Due To/From Angela Larian GRAT |
| 164 | | | | | |
| 165 | JN002874 | NAR0000000334 | 6/29/2006 | 15615 | Due To/From Shirin Makabi |
| 166 | JN002896 | VC011634 | 6/30/2006 | 15615 | Due To/From Shirin Makabi |
| 167 | JN002897 | VC011635 | 7/2/2006 | 15615 | Due To/From Shirin Makabi |
| 168 | JN003082 | VIV010471 | 7/3/2006 | 15615 | Due To/From Shirin Makabi |
| 169 | JN003872 | VIV013385 | 8/22/2006 | 15615 | Due To/From Shirin Makabi |
| 170 | JN004508 | VIV015463 | 9/25/2006 | 15615 | Due To/From Shirin Makabi |
| 171 | JN004787 | VIV016603 | 10/12/2006 | 15615 | Due To/From Shirin Makabi |
| 172 | JN005357 | VC012433 | 10/31/2006 | 15615 | Due To/From Shirin Makabi |
| 173 | JN006157 | VC012845 | 12/14/2006 | 15615 | Due To/From Shirin Makabi |
| 174 | JN006608 | VC012988 | 12/31/2006 | 15615 | Due To/From Shirin Makabi |
| 175 | | | | | |
| 176 | JN001327 | VIV004431 | 3/23/2006 | 15620 | Due To/From Eli Makabi |
| 177 | JN001708 | VIV005610 | 4/17/2006 | 15620 | Due To/From Eli Makabi |
| 178 | JN001710 | VIV005619 | 4/17/2006 | 15620 | Due To/From Eli Makabi |
| 179 | JN001708 | VIV005611 | 4/17/2006 | 15620 | Due To/From Eli Makabi |
| 180 | JN001710 | VIV005620 | 4/17/2006 | 15620 | Due To/From Eli Makabi |
| 181 | JN001708 | VIV005612 | 4/17/2006 | 15620 | Due To/From Eli Makabi |
| 182 | JN001710 | VIV005618 | 4/17/2006 | 15620 | Due To/From Eli Makabi |
| 183 | JN001708 | VIV005609 | 4/17/2006 | 15620 | Due To/From Eli Makabi |
| 184 | JN001710 | VIV005621 | 4/17/2006 | 15620 | Due To/From Eli Makabi |
| 185 | JN001708 | VIV005614 | 4/17/2006 | 15620 | Due To/From Eli Makabi |
| 186 | JN001710 | VIV005616 | 4/17/2006 | 15620 | Due To/From Eli Makabi |
| 187 | JN001708 | VIV005613 | 4/17/2006 | 15620 | Due To/From Eli Makabi |
| 188 | JN001710 | VIV005617 | 4/17/2006 | 15620 | Due To/From Eli Makabi |

EXHIBIT _____ 152

PAGE _____ 1937

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3865989

| | F | G |
|---|---|---|
| 126 | | |
| 127 | | |
| 128 | | |
| 129 | | |
| 130 | | |
| 131 | | |
| 132 | | |
| 133 | | |
| 134 | | FIDELITY NATIONAL TITLE |
| 135 | | |
| 136 | | |
| 137 | | |
| 138 | | |
| 139 | | |
| 140 | | MOSS-ADAMS LLP |
| 141 | | |
| 142 | | |
| 143 | | |
| 144 | | |
| 145 | | |
| 146 | | |
| 147 | | |
| 148 | | |
| 149 | | |
| 150 | | |
| 151 | | |
| 152 | | |
| 153 | | FIDELITY NATIONAL TITLE |
| 154 | | |
| 155 | | |
| 156 | | |
| 157 | | |
| 158 | | |
| 159 | | MOSS-ADAMS LLP |
| 160 | | |
| 161 | | |
| 162 | | |
| 163 | | |
| 164 | | |
| 165 | | |
| 166 | | |
| 167 | | |
| 168 | | 16300 ROSCOE LLC |
| 169 | | MOSS-ADAMS LLP |
| 170 | | MOSS-ADAMS LLP |
| 171 | | MOSS-ADAMS LLP |
| 172 | | |
| 173 | | |
| 174 | | |
| 175 | | |
| 176 | | MOSS-ADAMS LLP |
| 177 | | DEPARTMENT OF FINANCE ADMINISTRATION |
| 178 | | DEPARTMENT OF FINANCE ADMINISTRATION |
| 179 | | FRANCHISE TAX BOARD |
| 180 | | FRANCHISE TAX BOARD |
| 181 | | ILLINOIS DEPARTMENT OF REVENUE |
| 182 | | ILLINOIS DEPARTMENT OF REVENUE |
| 183 | | INTERNAL REVENUE SERVICE CENTER |
| 184 | | INTERNAL REVENUE SERVICE CENTER |
| 185 | | MISSOURI DIRECTOR OF REVENUE |
| 186 | | MISSOURI DIRECTOR OF REVENUE |
| 187 | | STATE OF MICHIGAN |
| 188 | | STATE OF MICHIGAN |

EXHIBIT _____ 152 _____

PAGE _____ 1938 _____    MGA 3865990

CONFIDENTIAL – ATTORNEYS' EYES ONLY

REDACTED

| | H | I | J |
|---|---|---|---|
| 128 | | | |
| 127 | Recl to 2005 distribution-equalization 2 due to/from officer | | |
| 128 | Equalization for Distribution 04/17/06 | | |
| 129 | Interest- Due to/from Officers YTD 5/31/06 | | |
| 130 | Interest- Due to/from Officers for June 06 | | |
| 131 | Reallocation of distributions to correct ownership ratio | | |
| 132 | July'06 interest due to/from Officers | | |
| 133 | Aug'06 interest due to/from officers | | |
| 134 | RIALTO II DEPOSIT-ESCROW 887492-VV | | |
| 135 | EQUALIZATION | | |
| 136 | Pymts for Q3 2006 est on behalf of Larians treated as distri | | |
| 137 | Sep'06 interest due to/from Officers | | |
| 138 | Equalization -3Q | | |
| 139 | FIDELITY NATIONAL TITLE CO CK 064467 | | |
| 140 | | | |
| 141 | Oct'06 interest due to/from Officers | | |
| 142 | Nov'06 interest due to/from Officers | | |
| 143 | Dec'06 interest expense | | |
| 144 | True Up Interest expense for 2006 Isaac Grat | | |
| 145 | | | |
| 146 | Recl to 2005 distribution-equalization 2 due to/from officer | | |
| 147 | Equalization for Distribution 04/17/06 | | |
| 148 | Interest- Due to/from Officers YTD 5/31/06 | | |
| 149 | Interest- Due to/from Officers for June 06 | | |
| 150 | Reallocation of distributions to correct ownership ratio | | |
| 151 | July'06 interest due to/from Officers | | |
| 152 | Aug'06 interest due to/from officers | | |
| 153 | RIALTO II DEPOSIT-ESCROW 887492-VV | | |
| 154 | EQUALIZATION | | |
| 155 | Pymts for Q3 2006 est on behalf of Larians treated as distri | | |
| 156 | Sep'06 interest due to/from Officers | | |
| 157 | Equalization -3Q | | |
| 158 | FIDELITY NATIONAL TITLE CO CK 064467 | | |
| 159 | | | |
| 160 | Oct'06 interest due to/from Officers | | |
| 161 | Nov'06 interest due to/from Officers | | |
| 162 | Dec'06 interest expense | | |
| 163 | True Up Interest expense for 2006 Angela Grat | | |
| 164 | | | |
| 165 | LOAN FROM MAKABI'S WT 06/29/06 | | |
| 166 | Interest on $5M Loan for 1-day | | |
| 167 | Interest on $5M Loan for 2-days | | |
| 168 | | | |
| 169 | | | |
| 170 | | | |
| 171 | | | |
| 172 | Reclass Moss-Adams invoices to correct accts | | |
| 173 | Reclass Moss and Adams invoices to corr acct | | |
| 174 | Recl Moss & Adams to Makabi Family Trust | | |
| 175 | | | |
| 176 | | | |
| 177 | ARKANSAS TAX | | |
| 178 | ARKANSAS TAX | | |
| 179 | CALIFORNIA TAX | | |
| 180 | CALIFORNIA TAX | | |
| 181 | ILLINOIS TAX | | |
| 182 | ILLINOIS TAX | | |
| 183 | FEDERAL TAX | | |
| 184 | FEDERAL TAX | | |
| 185 | MISSOURI TAX | | |
| 186 | MISSOURI TAX | | |
| 187 | MICHIGAN TAX | | |
| 188 | MICHIGAN TAX | | |

EXHIBIT _____ 152

PAGE _____ 1939

MGA 3865991

CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 189 | JN001710 | VIV005615 | 4/17/2006 15620 | | Due To/From Eli Makabi |
| 190 | JN001776 | NAR0000000189 | 4/17/2006 15620 | | Due To/From Eli Makabi |
| 191 | JN001784 | NAR0000000197 | 4/18/2006 15620 | | Due To/From Eli Makabi |
| 192 | JN001785 | NAR0000000198 | 4/18/2006 15620 | | Due To/From Eli Makabi |
| 193 | JN002231 | VC011381 | 5/31/2006 15620 | | Due To/From Eli Makabi |
| 194 | JN002926 | VC011656 | 5/31/2006 15620 | | Due To/From Eli Makabi |
| 195 | JN002891 | VIV009915 | 6/30/2006 15620 | | Due To/From Eli Makabi |
| 196 | JN002930 | VC011660 | 6/30/2006 15620 | | Due To/From Eli Makabi |
| 197 | JN002930 | VC011660 | 6/30/2006 15620 | | Due To/From Eli Makabi |
| 198 | JN003893 | VC011989 | 8/22/2006 15620 | | Due To/From Eli Makabi |
| 199 | JN003893 | VC011989 | 8/22/2006 15620 | | Due To/From Eli Makabi |
| 200 | JN004865 | VIV016552 | 10/11/2006 15620 | | Due To/From Eli Makabi |
| 201 | JN004865 | VIV016554 | 10/11/2006 15620 | | Due To/From Eli Makabi |
| 202 | JN004865 | VIV016553 | 10/11/2006 15620 | | Due To/From Eli Makabi |
| 203 | JN004787 | VIV016638 | 10/12/2006 15620 | | Due To/From Eli Makabi |
| 204 | JN005202 | NAR0000000509 | 10/23/2006 15620 | | Due To/From Eli Makabi |
| 205 | JN005357 | VC012433 | 10/31/2006 15620 | | Due To/From Eli Makabi |
| 206 | JN006147 | VIV020559 | 12/13/2006 15620 | | Due To/From Eli Makabi |
| 207 | JN006147 | VIV020557 | 12/13/2006 15620 | | Due To/From Eli Makabi |
| 208 | JN006147 | VIV020558 | 12/13/2006 15620 | | Due To/From Eli Makabi |
| 209 | JN006147 | VIV020560 | 12/13/2006 15620 | | Due To/From Eli Makabi |
| 210 | | | | | |
| 211 | JN002926 | VC011656 | 5/31/2006 15621 | | Due To/From Makabi Family Trust |
| 212 | JN002926 | VC011656 | 5/31/2006 15621 | | Due To/From Makabi Family Trust |
| 213 | JN004372 | VIV015102 | 9/18/2006 15621 | | Due To/From Makabi Family Trust |
| 214 | JN004372 | VIV015111 | 9/18/2006 15621 | | Due To/From Makabi Family Trust |
| 215 | JN004508 | VIV015511 | 9/25/2006 15621 | | Due To/From Makabi Family Trust |
| 216 | JN004508 | VIV015529 | 9/25/2006 15621 | | Due To/From Makabi Family Trust |
| 217 | JN004613 | VIV015764 | 9/28/2006 15621 | | Due To/From Makabi Family Trust |
| 218 | JN004613 | VIV015773 | 9/28/2006 15621 | | Due To/From Makabi Family Trust |
| 219 | JN004613 | VIV015774 | 9/28/2006 15621 | | Due To/From Makabi Family Trust |
| 220 | JN004609 | VIV015646 | 9/28/2006 15621 | | Due To/From Makabi Family Trust |
| 221 | JN004609 | VIV015670 | 9/28/2006 15621 | | Due To/From Makabi Family Trust |
| 222 | JN005078 | VC012412 | 10/23/2006 15621 | | Due To/From Makabi Family Trust |
| 223 | JN005245 | VIV017755 | 10/30/2006 15621 | | Due To/From Makabi Family Trust |
| 224 | JN005245 | VIV017759 | 10/30/2006 15621 | | Due To/From Makabi Family Trust |
| 225 | JN005633 | VIV019112 | 11/20/2006 15621 | | Due To/From Makabi Family Trust |
| 226 | JN005755 | VIV019372 | 11/28/2006 15621 | | Due To/From Makabi Family Trust |
| 227 | JN005755 | VIV019366 | 11/28/2006 15621 | | Due To/From Makabi Family Trust |
| 228 | JN005755 | VIV019367 | 11/28/2006 15621 | | Due To/From Makabi Family Trust |
| 229 | JN005946 | VIV020053 | 11/30/2006 15621 | | Due To/From Makabi Family Trust |
| 230 | JN005888 | VIV019976 | 11/30/2006 15621 | | Due To/From Makabi Family Trust |
| 231 | JN005888 | VIV019977 | 11/30/2006 15621 | | Due To/From Makabi Family Trust |
| 232 | JN006189 | VIV020798 | 12/18/2006 15621 | | Due To/From Makabi Family Trust |
| 233 | JN006189 | VIV020806 | 12/18/2006 15621 | | Due To/From Makabi Family Trust |
| 234 | JN006263 | VIV021195 | 12/20/2006 15621 | | Due To/From Makabi Family Trust |
| 235 | JN006263 | VIV021203 | 12/20/2006 15621 | | Due To/From Makabi Family Trust |
| 236 | JN006281 | VIV021312 | 12/20/2006 15621 | | Due To/From Makabi Family Trust |
| 237 | JN006281 | VIV021314 | 12/20/2006 15621 | | Due To/From Makabi Family Trust |
| 238 | JN006265 | VIV021193 | 12/20/2006 15621 | | Due To/From Makabi Family Trust |
| 239 | JN006299 | VIV021416 | 12/21/2006 15621 | | Due To/From Makabi Family Trust |
| 240 | JN006433 | VIV021860 | 12/31/2006 15621 | | Due To/From Makabi Family Trust |
| 241 | JN006502 | VIV022181 | 12/31/2006 15621 | | Due To/From Makabi Family Trust |
| 242 | JN006447 | VC012934 | 12/31/2006 15621 | | Due To/From Makabi Family Trust |
| 243 | JN006447 | VC012934 | 12/31/2006 15621 | | Due To/From Makabi Family Trust |
| 244 | JN006447 | VC012934 | 12/31/2006 15621 | | Due To/From Makabi Family Trust |
| 245 | JN006447 | VC012934 | 12/31/2006 15621 | | Due To/From Makabi Family Trust |
| 246 | JN006602 | VC012986 | 12/31/2006 15621 | | Due To/From Makabi Family Trust |
| 247 | JN006608 | VC012988 | 12/31/2006 15621 | | Due To/From Makabi Family Trust |
| 248 | JN006609 | VC012989 | 12/31/2006 15621 | | Due To/From Makabi Family Trust |
| 249 | JN006678 | VC013031 | 12/31/2006 15621 | | Due To/From Makabi Family Trust |
| 250 | | | | | |
| 251 | JN002926 | VC011656 | 5/31/2006 15623 | | Due To/From Makabi GRAT |

EXHIBIT ___152___

PAGE ___1940___        MGA 3865992

CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | F | G |
|---|---|---|
| 189 | | STATE OF NJ-DIVISION OF TAXATION |
| 190 | | |
| 191 | | |
| 192 | | |
| 193 | | |
| 194 | | |
| 195 | | MOSS-ADAMS LLP |
| 196 | | |
| 197 | | |
| 198 | | |
| 199 | | |
| 200 | | FRANCHISE TAX BOARD |
| 201 | | ILLINOIS DEPARTMENT OF REVENUE |
| 202 | | STATE OF ARKANSAS |
| 203 | | FRANCHISE TAX BOARD |
| 204 | | |
| 205 | | |
| 206 | | FRANCHISE TAX BOARD |
| 207 | | INTERNAL REVENUE SERVICE CENTER |
| 208 | | INTERNAL REVENUE SERVICE CENTER |
| 209 | | STATE OF ARKANSAS |
| 210 | | |
| 211 | | |
| 212 | | |
| 213 | | MOSS-ADAMS LLP |
| 214 | | MOSS-ADAMS LLP |
| 215 | | KAYE SCHOLER LLP |
| 216 | | KAYE SCHOLER LLP |
| 217 | | EXCELERATION, INC. |
| 218 | | KAYE SCHOLER LLP |
| 219 | | KAYE SCHOLER LLP |
| 220 | | STATE OF ARKANSAS |
| 221 | | UNITED STATES TREASURY |
| 222 | | |
| 223 | | MOSS-ADAMS LLP |
| 224 | | MOSS-ADAMS LLP |
| 225 | | NADEL COMMERCIAL ARCHITECTS, LLP. |
| 226 | | SIDLEY AUSTIN LLP |
| 227 | | SJ BERWIN |
| 228 | | SJ BERWIN |
| 229 | | KAYE SCHOLER LLP |
| 230 | | MOSS-ADAMS LLP |
| 231 | | MOSS-ADAMS LLP |
| 232 | | CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP |
| 233 | | CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP |
| 234 | | KAYE SCHOLER LLP |
| 235 | | KAYE SCHOLER LLP |
| 236 | | KAYE SCHOLER LLP |
| 237 | | KAYE SCHOLER LLP |
| 238 | | SIDLEY AUSTIN LLP |
| 239 | | GRIMES & BATTERSBY, LLP |
| 240 | | GALLAGHER BASSETT SERVICES, INC. |
| 241 | | SIDLEY AUSTIN LLP |
| 242 | | |
| 243 | | |
| 244 | | |
| 245 | | |
| 246 | | |
| 247 | | |
| 248 | | |
| 249 | | |
| 250 | | |
| 251 | | |

EXHIBIT ___152___

PAGE ___1941___     MGA 3865993

CONFIDENTIAL – ATTORNEYS' EYES ONLY

REDACTED



| | H | I | J |
|---|---|---|---|
| 189 | NJ TAX | | |
| 190 | SHIRIN MAKABI WT 04/17/06 | | |
| 191 | SHIRIN LARIAN MAKABI QUAL ANNUITY WT 04/18/06 | | |
| 192 | JAHANGIR ELI MAKABI QUAL ANNUITY WT 04/18/06 | | |
| 193 | Reclass distribution - Deposit for Roscoe Refinancing | | |
| 194 | Recl distribution 4/17/06 to proper accts | | |
| 195 | | | |
| 196 | Payments of 2Q'06 est on behalf of Makabis treated as distri | | |
| 197 | Payments of 2Q'06 est on behalf of Makabis treated as distri | | |
| 198 | E&Y costs for Maple Project-pro fees for srvcs 5/28-6/18 | | |
| 199 | E&Y costs for Maple Project-due diligence | | |
| 200 | SHIRIN AND ELI MAKABI 2005 CA TAX PAYMENT | | |
| 201 | SHIRIN AND ELI MAKABI 2005 TAX PAYMENT | | |
| 202 | SHIRIN AND ELI MAKABI 2005 TAX PAYMENT | | |
| 203 | | | |
| 204 | FIDELITY NATIONAL TITLE CO CK 064467 | | |
| 205 | Reclass Moss-Adams invoices to correct accts | | |
| 206 | | | |
| 207 | | | |
| 208 | | | |
| 209 | | | |
| 210 | | | |
| 211 | Recl to 2005 distribution-equalization 2 due to/from officer | | |
| 212 | 1/12/06 pymt posted to distribution-recl to due/to from offic | | |
| 213 | | | |
| 214 | | | |
| 215 | ZAP DE GERMAN ACQUISITION | | |
| 216 | ZAP DE GERMAN ACQUISITION | | |
| 217 | | | |
| 218 | ZAP DE GERMAN ACQUISITION | | |
| 219 | ZAP DE GERMAN ACQUISITION | | |
| 220 | E.&S. MAKABI'S 2003 AMENDED ARKANSAS TAX PAYMENT | | |
| 221 | E.&S. MAKABI'S 2003 AMENDED ARKANSAS TAX PAYMENT | | |
| 222 | Recl Sidley Austin inv for Pro Fees rendered. S/b ZAPF costs | | |
| 223 | | | |
| 224 | | | |
| 225 | | | |
| 226 | | | |
| 227 | | | |
| 228 | | | |
| 229 | | | |
| 230 | | | |
| 231 | | | |
| 232 | GEN US REAL ESTATE (LA TIMES) | | |
| 233 | | | |
| 234 | | | |
| 235 | | | |
| 236 | | | |
| 237 | | | |
| 238 | | | |
| 239 | | | |
| 240 | | | |
| 241 | | | |
| 242 | Kaye Scholer inv#482122 | | |
| 243 | Kaye Scholer inv#484566 | | |
| 244 | Kaye Scholer inv#486930 | | |
| 245 | Kaye Scholer inv#482290 | | |
| 246 | Record actual YTD interest due from officers | | |
| 247 | Recl Moss & Adams to Makabi Family Trust | | |
| 248 | True Up YTD interest due from officer-Makabi Family Trust | | |
| 249 | Record legal accrual for Dec'06 | | |
| 250 | | | |
| 251 | Recl to 2005 distribution-equalization 2 due to/from officer | | |

EXHIBIT _____ 152

PAGE _____ 1942

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3865994

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 252 | JN002926 | VC011656 | 5/31/2006 | 15623 | Due To/From Makabi GRAT |
| 253 | JN002927 | VC011657 | 5/31/2006 | 15623 | Due To/From Makabi GRAT |
| 254 | JN002930 | VC011660 | 6/30/2006 | 15623 | Due To/From Makabi GRAT |
| 255 | JN002981 | VC011689 | 6/30/2006 | 15623 | Due To/From Makabi GRAT |
| 256 | JN003529 | VC011876 | 7/31/2006 | 15623 | Due To/From Makabi GRAT |
| 257 | JN004134 | VC012071 | 8/31/2006 | 15623 | Due To/From Makabi GRAT |
| 258 | JN004105 | VIV014419 | 9/7/2006 | 15623 | Due To/From Makabi GRAT |
| 259 | JN004629 | VC012226 | 9/30/2006 | 15623 | Due To/From Makabi GRAT |
| 260 | JN005202 | NAR0000000509 | 10/23/2006 | 15623 | Due To/From Makabi GRAT |
| 261 | JN005245 | VIV017758 | 10/30/2006 | 15623 | Due To/From Makabi GRAT |
| 262 | JN005391 | VC012474 | 10/31/2006 | 15623 | Due To/From Makabi GRAT |
| 263 | JN006002 | VC012740 | 11/30/2006 | 15623 | Due To/From Makabi GRAT |
| 264 | JN006603 | VC012987 | 12/31/2006 | 15623 | Due To/From Makabi GRAT |
| 265 | JN006603 | VC012987 | 12/31/2006 | 15623 | Due To/From Makabi GRAT |
| 266 | | | | | |
| 267 | JN002926 | VC011656 | 5/31/2006 | 15624 | Due To/From Shirin Makabi GRAT |
| 268 | JN002926 | VC011656 | 5/31/2006 | 15624 | Due To/From Shirin Makabi GRAT |
| 269 | JN002927 | VC011657 | 5/31/2006 | 15624 | Due To/From Shirin Makabi GRAT |
| 270 | JN002930 | VC011660 | 6/30/2006 | 15624 | Due To/From Shirin Makabi GRAT |
| 271 | JN002981 | VC011689 | 6/30/2006 | 15624 | Due To/From Shirin Makabi GRAT |
| 272 | JN003529 | VC011876 | 7/31/2006 | 15624 | Due To/From Shirin Makabi GRAT |
| 273 | JN004134 | VC012071 | 8/31/2006 | 15624 | Due To/From Shirin Makabi GRAT |
| 274 | JN004105 | VIV014419 | 9/7/2006 | 15624 | Due To/From Shirin Makabi GRAT |
| 275 | JN004629 | VC012226 | 9/30/2006 | 15624 | Due To/From Shirin Makabi GRAT |
| 276 | JN005202 | NAR0000000509 | 10/23/2006 | 15624 | Due To/From Shirin Makabi GRAT |
| 277 | JN005245 | VIV017758 | 10/30/2006 | 15624 | Due To/From Shirin Makabi GRAT |
| 278 | JN005391 | VC012474 | 10/31/2006 | 15624 | Due To/From Shirin Makabi GRAT |
| 279 | JN006002 | VC012740 | 11/30/2006 | 15624 | Due To/From Shirin Makabi GRAT |
| 280 | JN006603 | VC012987 | 12/31/2006 | 15624 | Due To/From Shirin Makabi GRAT |
| 281 | JN006603 | VC012987 | 12/31/2006 | 15624 | Due To/From Shirin Makabi GRAT |

EXHIBIT ___152___

PAGE ___1943___ MGA 3865995

CONFIDENTIAL – ATTORNEYS' EYES ONLY



CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___152___

PAGE ___1944___   MGA 3865996

| | H | | I | J |
|---|---|---|---|---|
| 252 | 1/12/06 pymt posted to disribution-recl to due/to from offic | | | |
| 253 | Interest- Due to/from Officers YTD 5/31/06 | | | |
| 254 | Payments of 2Q'06 est on behalf of Makabis treated aa distri | | | |
| 255 | Interest- Due to/from Officers for June 06 | | | |
| 256 | July'06 Interest due to/from Officers | | | |
| 257 | Aug'06 Interest due to/from officers | | | |
| 258 | RIALTO II DEPOSIT-ESCROW 887492-VV | | | |
| 259 | Sep'06 Interest due to/from Officers | | | |
| 260 | FIDELITY NATIONAL TITLE CO CK 064467 | | | |
| 261 | | | | |
| 262 | Oct'06 Interest due to/from Officers | | | |
| 263 | Nov'06 Interest due to/from Officers | | | |
| 264 | True Up Interest expense for 2006 Eli Grat | | | |
| 265 | Dec'06 interest expense | | | |
| 266 | | | | |
| 267 | Recl to 2005 distribution-equalization 2 due to/from officer | | | |
| 268 | 1/12/06 pymt posted to disribution-recl to due/to from offic | | | |
| 269 | Interest- Due to/from Officers YTD 5/31/06 | | | |
| 270 | Payments of 2Q'06 est on behalf of Makabis treated as distri | | | |
| 271 | Interest- Due to/from Officers for June 06 | | | |
| 272 | July'06 Interest due to/from Officers | | | |
| 273 | Aug'06 interest due to/from officers | | | |
| 274 | RIALTO II DEPOSIT-ESCROW 887492-VV | | | |
| 275 | Sep'06 Interest due to/from Officers | | | |
| 276 | FIDELITY NATIONAL TITLE CO CK 064467 | | | |
| 277 | | | | |
| 278 | Oct'06 Interest due to/from Officers | | | |
| 279 | Nov'06 Interest due to/from Officers | | | |
| 280 | True Up Interest expense for 2006 ShirinGrat | | | |
| 281 | Dec'06 interest expense | | | |

EXHIBIT _____ 152 _____

PAGE _____ 1945 _____    MGA 3865997

CONFIDENTIAL – ATTORNEYS' EYES ONLY

## G/L Detail

| | Journal number | Voucher | Date | Ledger account | Account name |
|---|---|---|---|---|---|
| 4 | JN007734 | VIV026869 | 3/15/2007 | 15611 | Due To/From Larian Family Trust |
| 5 | JN008460 | VIV028857 | 4/24/2007 | 15611 | Due To/From Larian Family Trust |
| 6 | JN009169 | VIV031668 | 5/31/2007 | 15611 | Due To/From Larian Family Trust |
| 7 | JN009213 | VIV031676 | 6/4/2007 | 15611 | Due To/From Larian Family Trust |
| 8 | JN010615 | VIV045786 | 8/14/2007 | 15611 | Due To/From Larian Family Trust |
| 9 | JN010615 | VIV045787 | 8/14/2007 | 15611 | Due To/From Larian Family Trust |
| 10 | JN012441 | VIV055926 | 9/30/2007 | 15611 | Due To/From Larian Family Trust |
| 11 | JN013649 | VIV061295 | 11/6/2007 | 15611 | Due To/From Larian Family Trust |
| 12 | JN013649 | VIV061296 | 11/6/2007 | 15611 | Due To/From Larian Family Trust |
| 13 | JN014677 | VIV065435 | 12/5/2007 | 15611 | Due To/From Larian Family Trust |
| 14 | JN015624 | VIV070338 | 12/27/2007 | 15611 | Due To/From Larian Family Trust |
| 15 | JN009972 | VIV036848 | 7/9/2007 | 15611 | Due To/From Larian Family Trust |
| 16 | JN012718 | VIV057434 | 10/10/2007 | 15611 | Due To/From Larian Family Trust |
| 17 | JN014194 | VIV063118 | 11/19/2007 | 15611 | Due To/From Larian Family Trust |
| 18 | JN015102 | VIV067025 | 12/17/2007 | 15611 | Due To/From Larian Family Trust |
| 19 | JN015146 | VIV067172 | 12/18/2007 | 15611 | Due To/From Larian Family Trust |
| 20 | JN008892 | VIV030425 | 5/17/2007 | 15611 | Due To/From Larian Family Trust |
| 21 | JN015482 | VIV070097 | 12/31/2007 | 15611 | Due To/From Larian Family Trust |
| 22 | JN007201 | VIV024459 | 2/9/2007 | 15611 | Due To/From Larian Family Trust |
| 23 | JN008692 | VIV029830 | 5/7/2007 | 15611 | Due To/From Larian Family Trust |
| 24 | JN009223 | VIV032024 | 6/6/2007 | 15611 | Due To/From Larian Family Trust |
| 25 | JN010176 | VIV041128 | 7/18/2007 | 15611 | Due To/From Larian Family Trust |
| 26 | JN010177 | VIV041156 | 7/18/2007 | 15611 | Due To/From Larian Family Trust |
| 27 | JN011348 | VIV050094 | 8/31/2007 | 15611 | Due To/From Larian Family Trust |
| 28 | JN012441 | VIV055907 | 9/30/2007 | 15611 | Due To/From Larian Family Trust |
| 29 | JN014155 | VIV063074 | 11/19/2007 | 15611 | Due To/From Larian Family Trust |
| 30 | JN014181 | VIV063086 | 11/19/2007 | 15611 | Due To/From Larian Family Trust |
| 31 | JN015272 | VIV068852 | 12/21/2007 | 15611 | Due To/From Larian Family Trust |
| 32 | JN006622 | VIV022547 | 1/12/2007 | 15611 | Due To/From Larian Family Trust |
| 33 | JN008013 | VIV027592 | 3/28/2007 | 15611 | Due To/From Larian Family Trust |
| 34 | JN009027 | VIV031026 | 5/24/2007 | 15611 | Due To/From Larian Family Trust |
| 35 | JN009828 | VIV036371 | 6/30/2007 | 15611 | Due To/From Larian Family Trust |
| 36 | JN006622 | VIV022546 | 1/12/2007 | 15611 | Due To/From Larian Family Trust |
| 37 | JN006668 | VIV022893 | 1/15/2007 | 15611 | Due To/From Larian Family Trust |
| 38 | JN006733 | VIV023058 | 1/17/2007 | 15611 | Due To/From Larian Family Trust |
| 39 | JN006733 | VIV023059 | 1/17/2007 | 15611 | Due To/From Larian Family Trust |
| 40 | JN009576 | VIV034636 | 6/21/2007 | 15611 | Due To/From Larian Family Trust |
| 41 | JN006622 | VIV022548 | 1/12/2007 | 15611 | Due To/From Larian Family Trust |
| 42 | JN006622 | VIV022545 | 1/12/2007 | 15611 | Due To/From Larian Family Trust |
| 43 | JN015482 | VIV070046 | 12/31/2007 | 15611 | Due To/From Larian Family Trust |
| 44 | JN007333 | VIV025300 | 2/22/2007 | 15611 | Due To/From Larian Family Trust |
| 45 | JN013502 | VIV060733 | 10/31/2007 | 15611 | Due To/From Larian Family Trust |
| 46 | JN015311 | VIV069050 | 12/26/2007 | 15611 | Due To/From Larian Family Trust |
| 47 | JN015311 | VIV069051 | 12/26/2007 | 15611 | Due To/From Larian Family Trust |
| 48 | JN015677 | VIV070483 | 12/31/2007 | 15611 | Due To/From Larian Family Trust |
| 49 | JN015677 | VIV070484 | 12/31/2007 | 15611 | Due To/From Larian Family Trust |
| 50 | JN015677 | VIV070485 | 12/31/2007 | 15611 | Due To/From Larian Family Trust |
| 51 | JN015677 | VIV070486 | 12/31/2007 | 15611 | Due To/From Larian Family Trust |
| 52 | JN015677 | VIV070487 | 12/31/2007 | 15611 | Due To/From Larian Family Trust |
| 53 | JN015677 | VIV070488 | 12/31/2007 | 15611 | Due To/From Larian Family Trust |
| 54 | JN006921 | VIV023580 | 1/19/2007 | 15611 | Due To/From Larian Family Trust |
| 55 | JN006622 | VIV022549 | 1/12/2007 | 15611 | Due To/From Larian Family Trust |
| 56 | JN007204 | VIV024501 | 2/12/2007 | 15611 | Due To/From Larian Family Trust |
| 57 | JN008391 | VIV028756 | 4/19/2007 | 15611 | Due To/From Larian Family Trust |
| 58 | JN009828 | VIV036848 | 6/30/2007 | 15611 | Due To/From Larian Family Trust |
| 59 | JN011489 | VIV050579 | 9/10/2007 | 15611 | Due To/From Larian Family Trust |
| 60 | JN011489 | VIV050608 | 9/10/2007 | 15611 | Due To/From Larian Family Trust |
| 61 | JN011824 | VIV052346 | 9/17/2007 | 15611 | Due To/From Larian Family Trust |
| 62 | JN007219 | VIV024626 | 2/13/2007 | 15611 | Due To/From Larian Family Trust |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 152

PAGE _____ 1946

MGA 3865998

| | F | G |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Net | Orig Mstr Name |
| 4 | | AMERICAN EXPRESS #3712-907990-94006 |
| 5 | | AMERICAN EXPRESS #3712-907990-94006 |
| 6 | | AMERICAN EXPRESS #3712-907990-94006 |
| 7 | | AMERICAN EXPRESS #3712-907990-94006 |
| 8 | | AMERICAN EXPRESS #3712-907990-94006 |
| 9 | | AMERICAN EXPRESS #3712-907990-94006 |
| 10 | | AMERICAN EXPRESS #3712-907990-94006 |
| 11 | | AMERICAN EXPRESS #3712-907990-94006 |
| 12 | | AMERICAN EXPRESS #3712-907990-94006 |
| 13 | | AMERICAN EXPRESS #3712-907990-94006 |
| 14 | | BUNDESKASSE TRIER |
| 15 | | CASH |
| 16 | | CASH |
| 17 | | CASH |
| 18 | | CASH |
| 19 | | CASH |
| 20 | | CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP |
| 21 | | CINDY VOTAW |
| 22 | | CITIBANK ADVANTAGE |
| 23 | | CITIBANK ADVANTAGE |
| 24 | | CITIBANK ADVANTAGE |
| 25 | | CITIBANK ADVANTAGE |
| 26 | | CITIBANK ADVANTAGE |
| 27 | | CITIBANK ADVANTAGE |
| 28 | | CITIBANK ADVANTAGE |
| 29 | | CITIBANK ADVANTAGE |
| 30 | | CITIBANK ADVANTAGE |
| 31 | | CITIBANK ADVANTAGE |
| 32 | | DEPARTMENT OF FINANCE ADMINISTRATION |
| 33 | | ERNST & YOUNG LLP |
| 34 | | ERNST & YOUNG LLP |
| 35 | | ERNST & YOUNG LLP |
| 36 | | FRANCHISE TAX BOARD |
| 37 | | FRANCHISE TAX BOARD |
| 38 | | FRANCHISE TAX BOARD |
| 39 | | FRANCHISE TAX BOARD |
| 40 | | HECTOR VIDAL(EMPLOYEE) |
| 41 | | ILLINOIS DEPARTMENT OF REVENUE |
| 42 | | INTERNAL REVENUE SERVICE CENTER |
| 43 | | JAIME SOLIS |
| 44 | | KAYE SCHOLER LLP |
| 45 | | KAYE SCHOLER LLP |
| 46 | | KAYE SCHOLER LLP |
| 47 | | KAYE SCHOLER LLP |
| 48 | | KAYE SCHOLER LLP |
| 49 | | KAYE SCHOLER LLP |
| 50 | | KAYE SCHOLER LLP |
| 51 | | KAYE SCHOLER LLP |
| 52 | | KAYE SCHOLER LLP |
| 53 | | KAYE SCHOLER LLP |
| 54 | | LARIAN LIVING TRUST |
| 55 | | MISSOURI DIRECTOR OF REVENUE |
| 56 | | MOSS-ADAMS LLP |
| 57 | | MOSS-ADAMS LLP |
| 58 | | MOSS-ADAMS LLP |
| 59 | | MOSS-ADAMS LLP |
| 60 | | MOSS-ADAMS LLP |
| 61 | | MOSS-ADAMS LLP |
| 62 | | NAGY PROTECTION SERVICES INC |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3865999

REDACTED

EXHIBIT _____ 152

PAGE _____ 1947

| | H | I | J |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | Transaction text | Document | Payment reference |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | BAFIN, KASSENZEICHEN | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | MONEY FOR JAIME, ISAACS DRIVER | | |
| 20 | | | |
| 21 | EXP 12/19/07 | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | ISAAC/ANGELA LARIAN | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | ISAAC/ANGELA LARIAN | | |
| 37 | JASON M LARIAN | | |
| 38 | JASMIN L LARIAN | | |
| 39 | CAMERON J LARIAN | | |
| 40 | | | |
| 41 | ISAAC/ANGELA LARIAN | | |
| 42 | ISAAC/ANGELA LARIAN | | |
| 43 | EXP 12/15-12/23/07 | | |
| 44 | | | |
| 45 | | | |
| 46 | LAR DE GERMAN ACQUISITION (ZAPF) | | |
| 47 | LAR DE GERMAN ACQUISITION | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |
| 53 | | | |
| 54 | | | |
| 55 | ISAAC/ANGELA LARIAN | | |
| 56 | | | |
| 57 | | | |
| 58 | | | |
| 59 | | | |
| 60 | | | |
| 61 | | | |
| 62 | | | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 152

PAGE _____ 1998      MGA 3866000

|     | K | L | M | N | O | P | Q | R |
|-----|---|---|---|---|---|---|---|---|
| 1   |   |   |   |   |   |   |   |   |
| 2   |   |   |   |   |   |   |   |   |
| 3   | Department | Profit Center | Product type | Brand | Sub Brand | Theme | Item | Customer |
| 4   |   |   |   |   |   |   |   |   |
| 5   |   |   |   |   |   |   |   |   |
| 6   |   |   |   |   |   |   |   |   |
| 7   |   |   |   |   |   |   |   |   |
| 8   |   |   |   |   |   |   |   |   |
| 9   |   |   |   |   |   |   |   |   |
| 10  |   |   |   |   |   |   |   |   |
| 11  |   |   |   |   |   |   |   |   |
| 12  |   |   |   |   |   |   |   |   |
| 13  |   |   |   |   |   |   |   |   |
| 14  |   |   |   |   |   |   |   |   |
| 15  |   |   |   |   |   |   |   |   |
| 16  |   |   |   |   |   |   |   |   |
| 17  |   |   |   |   |   |   |   |   |
| 18  |   |   |   |   |   |   |   |   |
| 19  |   |   |   |   |   |   |   |   |
| 20  |   |   |   |   |   |   |   |   |
| 21  |   |   |   |   |   |   |   |   |
| 22  |   |   |   |   |   |   |   |   |
| 23  |   |   |   |   |   |   |   |   |
| 24  |   |   |   |   |   |   |   |   |
| 25  |   |   |   |   |   |   |   |   |
| 26  |   |   |   |   |   |   |   |   |
| 27  |   |   |   |   |   |   |   |   |
| 28  |   |   |   |   |   |   |   |   |
| 29  |   |   |   |   |   |   |   |   |
| 30  |   |   |   |   |   |   |   |   |
| 31  |   |   |   |   |   |   |   |   |
| 32  |   |   |   |   |   |   |   |   |
| 33  |   |   |   |   |   |   |   |   |
| 34  |   |   |   |   |   |   |   |   |
| 35  |   |   |   |   |   |   |   |   |
| 36  |   |   |   |   |   |   |   |   |
| 37  |   |   |   |   |   |   |   |   |
| 38  |   |   |   |   |   |   |   |   |
| 39  |   |   |   |   |   |   |   |   |
| 40  |   |   |   |   |   |   |   |   |
| 41  |   |   |   |   |   |   |   |   |
| 42  |   |   |   |   |   |   |   |   |
| 43  |   |   |   |   |   |   |   |   |
| 44  |   |   |   |   |   |   |   |   |
| 45  |   |   |   |   |   |   |   |   |
| 46  |   |   |   |   |   |   |   |   |
| 47  |   |   |   |   |   |   |   |   |
| 48  |   |   |   |   |   |   |   |   |
| 49  |   |   |   |   |   |   |   |   |
| 50  |   |   |   |   |   |   |   |   |
| 51  |   |   |   |   |   |   |   |   |
| 52  |   |   |   |   |   |   |   |   |
| 53  |   |   |   |   |   |   |   |   |
| 54  |   |   |   |   |   |   |   |   |
| 55  |   |   |   |   |   |   |   |   |
| 56  |   |   |   |   |   |   |   |   |
| 57  |   |   |   |   |   |   |   |   |
| 58  |   |   |   |   |   |   |   |   |
| 59  |   |   |   |   |   |   |   |   |
| 60  |   |   |   |   |   |   |   |   |
| 61  |   |   |   |   |   |   |   |   |
| 62  |   |   |   |   |   |   |   |   |

EXHIBIT _____ 152 _____

PAGE _____ 1949 _____    MGA 3866001

CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 63 | JN006622 | VIV022550 | 1/12/2007 | 15611 | Due To/From Larian Family Trust |
| 64 | JN007040 | VIV023910 | 1/31/2007 | 15611 | Due To/From Larian Family Trust |
| 65 | JN007341 | VIV025337 | 2/22/2007 | 15611 | Due To/From Larian Family Trust |
| 66 | JN009123 | VIV031474 | 5/31/2007 | 15611 | Due To/From Larian Family Trust |
| 67 | JN009590 | VIV034686 | 6/21/2007 | 15611 | Due To/From Larian Family Trust |
| 68 | JN010174 | VIV041095 | 7/18/2007 | 15611 | Due To/From Larian Family Trust |
| 69 | JN011030 | VIV047937 | 8/21/2007 | 15611 | Due To/From Larian Family Trust |
| 70 | JN012283 | VIV055497 | 9/28/2007 | 15611 | Due To/From Larian Family Trust |
| 71 | JN013656 | VIV061297 | 11/6/2007 | 15611 | Due To/From Larian Family Trust |
| 72 | JN014473 | VIV064246 | 11/30/2007 | 15611 | Due To/From Larian Family Trust |
| 73 | JN015196 | VIV068279 | 12/20/2007 | 15611 | Due To/From Larian Family Trust |
| 74 | JN006668 | VIV022894 | 1/15/2007 | 15611 | Due To/From Larian Family Trust |
| 75 | JN010450 | VIV043819 | 8/1/2007 | 15611 | Due To/From Larian Family Trust |
| 76 | JN006679 | VC013032 | 1/1/2007 | 15611 | Due To/From Larian Family Trust |
| 77 | JN007065 | VC013119 | 1/31/2007 | 15611 | Due To/From Larian Family Trust |
| 78 | JN007101 | VC013120 | 1/31/2007 | 15611 | Due To/From Larian Family Trust |
| 79 | JN007478 | VC013197 | 2/28/2007 | 15611 | Due To/From Larian Family Trust |
| 80 | JN007499 | VC013210 | 2/28/2007 | 15611 | Due To/From Larian Family Trust |
| 81 | JN007561 | VC013215 | 2/28/2007 | 15611 | Due To/From Larian Family Trust |
| 82 | JN008075 | VC013327 | 3/23/2007 | 15611 | Due To/From Larian Family Trust |
| 83 | JN008111 | VC013344 | 3/31/2007 | 15611 | Due To/From Larian Family Trust |
| 84 | JN008138 | VC013347 | 3/31/2007 | 15611 | Due To/From Larian Family Trust |
| 85 | JN008248 | VC013437 | 3/31/2007 | 15611 | Due To/From Larian Family Trust |
| 86 | JN008249 | VC013438 | 4/1/2007 | 15611 | Due To/From Larian Family Trust |
| 87 | JN008670 | VC013513 | 4/30/2007 | 15611 | Due To/From Larian Family Trust |
| 88 | JN008705 | VC013532 | 4/30/2007 | 15611 | Due To/From Larian Family Trust |
| 89 | JN008706 | VC013533 | 5/1/2007 | 15611 | Due To/From Larian Family Trust |
| 90 | JN009302 | VC013685 | 5/31/2007 | 15611 | Due To/From Larian Family Trust |
| 91 | JN009903 | VC013802 | 6/30/2007 | 15611 | Due To/From Larian Family Trust |
| 92 | JN010563 | VC013948 | 7/31/2007 | 15611 | Due To/From Larian Family Trust |
| 93 | JN011476 | VC014167 | 8/31/2007 | 15611 | Due To/From Larian Family Trust |
| 94 | JN012229 | VC014402 | 9/27/2007 | 15611 | Due To/From Larian Family Trust |
| 95 | JN012533 | VC014442 | 9/30/2007 | 15611 | Due To/From Larian Family Trust |
| 96 | JN013627 | VC014679 | 10/31/2007 | 15611 | Due To/From Larian Family Trust |
| 97 | JN013677 | VC014691 | 10/31/2007 | 15611 | Due To/From Larian Family Trust |
| 98 | JN014706 | VC014907 | 11/30/2007 | 15611 | Due To/From Larian Family Trust |
| 99 | JN014949 | VC015022 | 11/30/2007 | 15611 | Due To/From Larian Family Trust |
| 100 | JN015719 | VC015124 | 12/31/2007 | 15611 | Due To/From Larian Family Trust |
| 101 | JN015906 | VC015222 | 12/31/2007 | 15611 | Due To/From Larian Family Trust |
| 102 | | | | | |
| 103 | JN007252 | VIV024827 | 2/14/2007 | 15613 | Due To/From Larian GRAT |
| 104 | JN009696 | VIV035904 | 6/26/2007 | 15613 | Due To/From Larian GRAT |
| 105 | JN009828 | VIV036434 | 6/30/2007 | 15613 | Due To/From Larian GRAT |
| 106 | JN009169 | VIV031671 | 5/31/2007 | 15613 | Due To/From Larian GRAT |
| 107 | JN008329 | VIV028552 | 4/13/2007 | 15613 | Due To/From Larian GRAT |
| 108 | JN008329 | VIV028553 | 4/13/2007 | 15613 | Due To/From Larian GRAT |
| 109 | JN011489 | VIV050580 | 9/10/2007 | 15613 | Due To/From Larian GRAT |
| 110 | JN011489 | VIV050582 | 9/10/2007 | 15613 | Due To/From Larian GRAT |
| 111 | JN011824 | VIV052343 | 9/17/2007 | 15613 | Due To/From Larian GRAT |
| 112 | JN007821 | VIV026820 | 3/19/2007 | 15613 | Due To/From Larian GRAT |
| 113 | JN009698 | VIV035874 | 6/26/2007 | 15613 | Due To/From Larian GRAT |
| 114 | JN009831 | VIV036346 | 6/30/2007 | 15613 | Due To/From Larian GRAT |
| 115 | JN007821 | VIV026818 | 3/19/2007 | 15613 | Due To/From Larian GRAT |
| 116 | JN007821 | VIV026819 | 3/19/2007 | 15613 | Due To/From Larian GRAT |
| 117 | JN009367 | VIV032213 | 6/11/2007 | 15613 | Due To/From Larian GRAT |
| 118 | JN009698 | VIV035908 | 6/26/2007 | 15613 | Due To/From Larian GRAT |
| 119 | JN010196 | VIV041368 | 7/19/2007 | 15613 | Due To/From Larian GRAT |
| 120 | JN014127 | VIV063004 | 11/14/2007 | 15613 | Due To/From Larian GRAT |
| 121 | JN014127 | VIV063006 | 11/14/2007 | 15613 | Due To/From Larian GRAT |
| 122 | JN008391 | VIV028762 | 4/19/2007 | 15613 | Due To/From Larian GRAT |
| 123 | JN007101 | VC013120 | 1/31/2007 | 15613 | Due To/From Larian GRAT |
| 124 | JN007561 | VC013215 | 2/28/2007 | 15613 | Due To/From Larian GRAT |
| 125 | JN008138 | VC013347 | 3/31/2007 | 15613 | Due To/From Larian GRAT |

EXHIBIT _____ 152

PAGE _____ 1950

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3866002

| | F | G |
|---|---|---|
| 63 | | NJ DIVISION OF TAXATION |
| 64 | | SHIRIN MAKABI |
| 65 | | SHIRIN MAKABI |
| 66 | | SHIRIN MAKABI |
| 67 | | SHIRIN MAKABI |
| 68 | | SHIRIN MAKABI |
| 69 | | SHIRIN MAKABI |
| 70 | | SHIRIN MAKABI |
| 71 | | SHIRIN MAKABI |
| 72 | | SHIRIN MAKABI |
| 73 | | SHIRIN MAKABI |
| 74 | | STATE OF ARKANSAS |
| 75 | | ZAPF CREATION (US) INC. |
| 76 | | |
| 77 | | |
| 78 | | |
| 79 | | |
| 80 | | |
| 81 | | |
| 82 | | |
| 83 | | |
| 84 | | |
| 85 | | |
| 86 | | |
| 87 | | |
| 88 | | |
| 89 | | |
| 90 | | |
| 91 | | |
| 92 | | |
| 93 | | |
| 94 | | |
| 95 | | |
| 96 | | |
| 97 | | |
| 98 | | |
| 99 | | |
| 100 | | |
| 101 | | |
| 102 | | |
| 103 | | CBRE MELODY |
| 104 | | CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP |
| 105 | | CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP |
| 106 | | DELAWARE SECRETARY OF STATE |
| 107 | | FRANCHISE TAX BOARD |
| 108 | | FRANCHISE TAX BOARD |
| 109 | | MOSS-ADAMS LLP |
| 110 | | MOSS-ADAMS LLP |
| 111 | | MOSS-ADAMS LLP |
| 112 | | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 113 | | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 114 | | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 115 | | SIDLEY AUSTIN LLP |
| 116 | | SIDLEY AUSTIN LLP |
| 117 | | SIDLEY AUSTIN LLP |
| 118 | | SIDLEY AUSTIN LLP |
| 119 | | SIDLEY AUSTIN LLP |
| 120 | | SIDLEY AUSTIN LLP |
| 121 | | SIDLEY AUSTIN LLP |
| 122 | | STATE OF CALIFORNIA - SECRETARY OF STATE |
| 123 | | |
| 124 | | |
| 125 | | |

EXHIBIT _____ 152

PAGE _____ 1951

MGA 3866003

CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | H | I | J |
|---|---|---|---|
| 63 | ISAAC/ANGELA LARIAN | | |
| 64 | | | |
| 65 | | | |
| 66 | | | |
| 67 | | | |
| 68 | | | |
| 69 | | | |
| 70 | | | |
| 71 | | | |
| 72 | | | |
| 73 | | | |
| 74 | | | |
| 75 | | | |
| 76 | Record legal accrual for Dec'06 | | |
| 77 | recl s makabi exp | | |
| 78 | Jan'07 Interest due to/from Officers | | |
| 79 | Recl New World Hotel pymt to expense for ZAPF portion | | |
| 80 | Reverse LT l/c charge for Factory Mutual insurance for LA times building | | |
| 81 | Feb'07 Interest due to/from Officers | | |
| 82 | Recl AmEx & cash exp from p2 | | |
| 83 | Recl Citibank expenses for Isaac to correct acct | | |
| 84 | Mar'07 Interest due to/from Officers | | |
| 85 | legal accrual for March 2007 | | |
| 86 | legal accrual for March 2007 | | |
| 87 | April'07 Interest due to/from Officers | | |
| 88 | Record legal accrual for Apr 2007 | | |
| 89 | Record legal accrual for Apr 2007 | | |
| 90 | May'07 Interest due to/from Officers | | |
| 91 | June '07 Interest due to/from Officers | | |
| 92 | July '07 Interest due to/from Officers | | |
| 93 | August 07 interet due to/from officers | | |
| 94 | Recl 18.18% of ZAPF payment to Makabi Family Trust | | |
| 95 | Sept 07 Interest due to/from Officers | | |
| 96 | Recl Kaye Scholer invoice inv portion to Larian a/c w/ corr % | | |
| 97 | Oct '07 Interest due to/from Officers | | |
| 98 | Nov '07 Interest due to/from Officers | | |
| 99 | November 2007 ICHK Charges | | |
| 100 | Dec '07 Interest due to/from Officers | | |
| 101 | Record legal accrual for December 2007 | | |
| 102 | | | |
| 103 | | | |
| 104 | | | |
| 105 | | | |
| 106 | | | |
| 107 | | | |
| 108 | | | |
| 109 | | | |
| 110 | | | |
| 111 | | | |
| 112 | | | |
| 113 | | | |
| 114 | | | |
| 115 | | | |
| 116 | | | |
| 117 | | | |
| 118 | | | |
| 119 | | | |
| 120 | | | |
| 121 | | | |
| 122 | | | |
| 123 | Jan'07 Interest due to/from Officers | | |
| 124 | Feb'07 Interest due to/from Officers | | |
| 125 | Mar'07 Interest due to/from Officers | | |

EXHIBIT _____ 152

PAGE _____ 1952

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3866004

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 126 | JN008670 | VC013513 | 4/30/2007 15613 | | Due To/From Larian GRAT |
| 127 | JN009302 | VC013685 | 5/31/2007 15613 | | Due To/From Larian GRAT |
| 128 | JN009903 | VC013802 | 6/30/2007 15613 | | Due To/From Larian GRAT |
| 129 | JN010563 | VC013948 | 7/31/2007 15613 | | Due To/From Larian GRAT |
| 130 | JN011476 | VC014167 | 8/31/2007 15613 | | Due To/From Larian GRAT |
| 131 | JN012533 | VC014442 | 9/30/2007 15613 | | Due To/From Larian GRAT |
| 132 | JN013677 | VC014691 | 10/31/2007 15613 | | Due To/From Larian GRAT |
| 133 | JN014706 | VC014907 | 11/30/2007 15613 | | Due To/From Larian GRAT |
| 134 | JN015719 | VC015124 | 12/31/2007 15613 | | Due To/From Larian GRAT |
| 135 | | | | | |
| 136 | JN007252 | VIV024827 | 2/14/2007 15614 | | Due To/From Angela Larian GRAT |
| 137 | JN009696 | VIV035904 | 6/26/2007 15614 | | Due To/From Angela Larian GRAT |
| 138 | JN009828 | VIV036434 | 6/30/2007 15614 | | Due To/From Angela Larian GRAT |
| 139 | JN009169 | VIV031571 | 5/31/2007 15614 | | Due To/From Angela Larian GRAT |
| 140 | JN008329 | VIV028552 | 4/13/2007 15614 | | Due To/From Angela Larian GRAT |
| 141 | JN008329 | VIV028553 | 4/13/2007 15614 | | Due To/From Angela Larian GRAT |
| 142 | JN011489 | VIV050580 | 9/10/2007 15614 | | Due To/From Angela Larian GRAT |
| 143 | JN011489 | VIV050582 | 9/10/2007 15614 | | Due To/From Angela Larian GRAT |
| 144 | JN011824 | VIV052343 | 9/17/2007 15614 | | Due To/From Angela Larian GRAT |
| 145 | JN007821 | VIV026820 | 3/19/2007 15614 | | Due To/From Angela Larian GRAT |
| 146 | JN009698 | VIV035874 | 6/26/2007 15614 | | Due To/From Angela Larian GRAT |
| 147 | JN009631 | VIV036346 | 6/30/2007 15614 | | Due To/From Angela Larian GRAT |
| 148 | JN007821 | VIV026818 | 3/19/2007 15614 | | Due To/From Angela Larian GRAT |
| 149 | JN007821 | VIV026819 | 3/19/2007 15614 | | Due To/From Angela Larian GRAT |
| 150 | JN009367 | VIV032213 | 6/11/2007 15614 | | Due To/From Angela Larian GRAT |
| 151 | JN009698 | VIV035908 | 6/26/2007 15614 | | Due To/From Angela Larian GRAT |
| 152 | JN010196 | VIV041368 | 7/19/2007 15614 | | Due To/From Angela Larian GRAT |
| 153 | JN014127 | VIV063004 | 11/14/2007 15614 | | Due To/From Angela Larian GRAT |
| 154 | JN014127 | VIV063006 | 11/14/2007 15614 | | Due To/From Angela Larian GRAT |
| 155 | JN008391 | VIV028762 | 4/19/2007 15614 | | Due To/From Angela Larian GRAT |
| 156 | JN007101 | VC013120 | 1/31/2007 15614 | | Due To/From Angela Larian GRAT |
| 157 | JN007561 | VC013215 | 2/28/2007 15614 | | Due To/From Angela Larian GRAT |
| 158 | JN008138 | VC013347 | 3/31/2007 15614 | | Due To/From Angela Larian GRAT |
| 159 | JN008670 | VC013513 | 4/30/2007 15614 | | Due To/From Angela Larian GRAT |
| 160 | JN009302 | VC013685 | 5/31/2007 15614 | | Due To/From Angela Larian GRAT |
| 161 | JN009903 | VC013802 | 6/30/2007 15614 | | Due To/From Angela Larian GRAT |
| 162 | JN010563 | VC013948 | 7/31/2007 15614 | | Due To/From Angela Larian GRAT |
| 163 | JN011476 | VC014167 | 8/31/2007 15614 | | Due To/From Angela Larian GRAT |
| 164 | JN012533 | VC014442 | 9/30/2007 15614 | | Due To/From Angela Larian GRAT |
| 165 | JN013677 | VC014691 | 10/31/2007 15614 | | Due To/From Angela Larian GRAT |
| 166 | JN014706 | VC014907 | 11/30/2007 15614 | | Due To/From Angela Larian GRAT |
| 167 | JN015719 | VC015124 | 12/31/2007 15614 | | Due To/From Angela Larian GRAT |
| 168 | | | | | |
| 169 | JN006622 | VIV022541 | 1/12/2007 15621 | | Due To/From Makabi Family Trust |
| 170 | JN006622 | VIV022540 | 1/12/2007 15621 | | Due To/From Makabi Family Trust |
| 171 | JN006622 | VIV022542 | 1/12/2007 15621 | | Due To/From Makabi Family Trust |
| 172 | JN006622 | VIV022539 | 1/12/2007 15621 | | Due To/From Makabi Family Trust |
| 173 | JN007333 | VIV025300 | 2/22/2007 15621 | | Due To/From Makabi Family Trust |
| 174 | JN013502 | VIV060733 | 10/31/2007 15621 | | Due To/From Makabi Family Trust |
| 175 | JN015311 | VIV069050 | 12/26/2007 15621 | | Due To/From Makabi Family Trust |
| 176 | JN015311 | VIV069051 | 12/26/2007 15621 | | Due To/From Makabi Family Trust |
| 177 | JN015677 | VIV070483 | 12/31/2007 15621 | | Due To/From Makabi Family Trust |
| 178 | JN015677 | VIV070484 | 12/31/2007 15621 | | Due To/From Makabi Family Trust |
| 179 | JN015677 | VIV070485 | 12/31/2007 15621 | | Due To/From Makabi Family Trust |
| 180 | JN015677 | VIV070486 | 12/31/2007 15621 | | Due To/From Makabi Family Trust |
| 181 | JN015677 | VIV070487 | 12/31/2007 15621 | | Due To/From Makabi Family Trust |
| 182 | JN015677 | VIV070488 | 12/31/2007 15621 | | Due To/From Makabi Family Trust |
| 183 | JN006622 | VIV022543 | 1/12/2007 15621 | | Due To/From Makabi Family Trust |
| 184 | JN007204 | VIV024500 | 2/12/2007 15621 | | Due To/From Makabi Family Trust |
| 185 | JN008220 | VIV028187 | 4/9/2007 15621 | | Due To/From Makabi Family Trust |
| 186 | JN009828 | VIV036263 | 6/30/2007 15621 | | Due To/From Makabi Family Trust |
| 187 | JN011489 | VIV050610 | 9/10/2007 15621 | | Due To/From Makabi Family Trust |
| 188 | JN011824 | VIV052347 | 9/17/2007 15621 | | Due To/From Makabi Family Trust |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 152

PAGE _____ 1953

MGA 3866005

| | F | G |
|---|---|---|
| 126 | | |
| 127 | | |
| 128 | | |
| 129 | | |
| 130 | | |
| 131 | | |
| 132 | | |
| 133 | | |
| 134 | | |
| 135 | | |
| 136 | | CBRE MELODY |
| 137 | | CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP |
| 138 | | CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP |
| 139 | | DELAWARE SECRETARY OF STATE |
| 140 | | FRANCHISE TAX BOARD |
| 141 | | FRANCHISE TAX BOARD |
| 142 | | MOSS-ADAMS LLP |
| 143 | | MOSS-ADAMS LLP |
| 144 | | MOSS-ADAMS LLP |
| 145 | | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 146 | | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 147 | | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 148 | | SIDLEY AUSTIN LLP |
| 149 | | SIDLEY AUSTIN LLP |
| 150 | | SIDLEY AUSTIN LLP |
| 151 | | SIDLEY AUSTIN LLP |
| 152 | | SIDLEY AUSTIN LLP |
| 153 | | SIDLEY AUSTIN LLP |
| 154 | | SIDLEY AUSTIN LLP |
| 155 | | STATE OF CALIFORNIA - SECRETARY OF STATE |
| 156 | | |
| 157 | | |
| 158 | | |
| 159 | | |
| 160 | | |
| 161 | | |
| 162 | | |
| 163 | | |
| 164 | | |
| 165 | | |
| 166 | | |
| 167 | | |
| 168 | | |
| 169 | | DEPARTMENT OF FINANCE ADMINISTRATION |
| 170 | | FRANCHISE TAX BOARD |
| 171 | | ILLINOIS DEPARTMENT OF REVENUE |
| 172 | | INTERNAL REVENUE SERVICE CENTER |
| 173 | | KAYE SCHOLER LLP |
| 174 | | KAYE SCHOLER LLP |
| 175 | | KAYE SCHOLER LLP |
| 176 | | KAYE SCHOLER LLP |
| 177 | | KAYE SCHOLER LLP |
| 178 | | KAYE SCHOLER LLP |
| 179 | | KAYE SCHOLER LLP |
| 180 | | KAYE SCHOLER LLP |
| 181 | | KAYE SCHOLER LLP |
| 182 | | KAYE SCHOLER LLP |
| 183 | | MISSOURI DIRECTOR OF REVENUE |
| 184 | | MOSS-ADAMS LLP |
| 185 | | MOSS-ADAMS LLP |
| 186 | | MOSS-ADAMS LLP |
| 187 | | MOSS-ADAMS LLP |
| 188 | | MOSS-ADAMS LLP |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 152

PAGE _____ 1954

MGA 3866006

REDACTED

| | H | I | J |
|---|---|---|---|
| 126 | April'07 Interest due to/from Officers | | |
| 127 | May'07 Interest due to/from Officers | | |
| 128 | June '07 Interest due to/from Officers | | |
| 129 | July '07 Interest due to/from Officers | | |
| 130 | August 07 interet due to/from officers | | |
| 131 | Sept 07 Interest due to/from Officers | | |
| 132 | Oct '07 Interest due to/from Officers | | |
| 133 | Nov '07 Interest due to/from Officers | | |
| 134 | Dec '07 Interest due to/from Officers | | |
| 135 | | | |
| 136 | | | |
| 137 | | | |
| 138 | | | |
| 139 | | | |
| 140 | | | |
| 141 | | | |
| 142 | | | |
| 143 | | | |
| 144 | | | |
| 145 | | | |
| 146 | | | |
| 147 | | | |
| 148 | | | |
| 149 | | | |
| 150 | | | |
| 151 | | | |
| 152 | | | |
| 153 | | | |
| 154 | | | |
| 155 | | | |
| 156 | Jan'07 Interest due to/from Officers | | |
| 157 | Feb'07 Interest due to/from Officers | | |
| 158 | Mar'07 Interest due to/from Officers | | |
| 159 | April'07 Interest due to/from Officers | | |
| 160 | May'07 Interest due to/from Officers | | |
| 161 | June '07 Interest due to/from Officers | | |
| 162 | July '07 Interest due to/from Officers | | |
| 163 | August 07 interet due to/from officers | | |
| 164 | Sept 07 Interest due to/from Officers | | |
| 165 | Oct '07 Interest due to/from Officers | | |
| 166 | Nov '07 Interest due to/from Officers | | |
| 167 | Dec '07 Interest due to/from Officers | | |
| 168 | | | |
| 169 | ELI/SHIRIN MAKABI | | |
| 170 | ELI/SHIRIN MAKABI | | |
| 171 | ELI/SHIRIN MAKABI | | |
| 172 | ELI/SHIRIN MAKABI | | |
| 173 | | | |
| 174 | | | |
| 175 | LAR DE GERMAN ACQUISITION (ZAPF) | | |
| 176 | LAR DE GERMAN ACQUISITION | | |
| 177 | | | |
| 178 | | | |
| 179 | | | |
| 180 | | | |
| 181 | | | |
| 182 | | | |
| 183 | ELI/SHIRIN MAKABI | | |
| 184 | | | |
| 185 | | | |
| 186 | | | |
| 187 | | | |
| 188 | | | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY EXHIBIT 152 PAGE 1955 MGA 3866007

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 189 | JN006622 | VIV022544 | 1/12/2007 | 15621 | Due To/From Makabi Family Trust |
| 190 | JN007040 | VIV023910 | 1/31/2007 | 15621 | Due To/From Makabi Family Trust |
| 191 | JN007341 | VIV025337 | 2/22/2007 | 15621 | Due To/From Makabi Family Trust |
| 192 | JN007204 | VIV024576 | 2/12/2007 | 15621 | Due To/From Makabi Family Trust |
| 193 | JN006679 | VC013032 | 1/1/2007 | 15621 | Due To/From Makabi Family Trust |
| 194 | JN007065 | VC013119 | 1/31/2007 | 15621 | Due To/From Makabi Family Trust |
| 195 | JN007101 | VC013120 | 1/31/2007 | 15621 | Due To/From Makabi Family Trust |
| 196 | JN007101 | VC013120 | 1/31/2007 | 15621 | Due To/From Makabi Family Trust |
| 197 | JN007478 | VC013197 | 2/28/2007 | 15621 | Due To/From Makabi Family Trust |
| 198 | JN007478 | VC013197 | 2/28/2007 | 15621 | Due To/From Makabi Family Trust |
| 199 | JN007499 | VC013210 | 2/28/2007 | 15621 | Due To/From Makabi Family Trust |
| 200 | JN007561 | VC013215 | 2/28/2007 | 15621 | Due To/From Makabi Family Trust |
| 201 | JN008138 | VC013347 | 3/31/2007 | 15621 | Due To/From Makabi Family Trust |
| 202 | JN008248 | VC013437 | 3/31/2007 | 15621 | Due To/From Makabi Family Trust |
| 203 | JN008249 | VC013438 | 4/1/2007 | 15621 | Due To/From Makabi Family Trust |
| 204 | JN008670 | VC013513 | 4/30/2007 | 15621 | Due To/From Makabi Family Trust |
| 205 | JN008705 | VC013532 | 4/30/2007 | 15621 | Due To/From Makabi Family Trust |
| 206 | JN008706 | VC013533 | 5/1/2007 | 15621 | Due To/From Makabi Family Trust |
| 207 | JN008762 | VC013560 | 4/30/2007 | 15621 | Due To/From Makabi Family Trust |
| 208 | JN009302 | VC013685 | 5/31/2007 | 15621 | Due To/From Makabi Family Trust |
| 209 | JN009903 | VC013802 | 6/30/2007 | 15621 | Due To/From Makabi Family Trust |
| 210 | JN010563 | VC013948 | 7/31/2007 | 15621 | Due To/From Makabi Family Trust |
| 211 | JN011476 | VC014167 | 8/31/2007 | 15621 | Due To/From Makabi Family Trust |
| 212 | JN012229 | VC014402 | 9/27/2007 | 15621 | Due To/From Makabi Family Trust |
| 213 | JN012533 | VC014442 | 9/30/2007 | 15621 | Due To/From Makabi Family Trust |
| 214 | JN013627 | VC014679 | 10/31/2007 | 15621 | Due To/From Makabi Family Trust |
| 215 | JN013677 | VC014691 | 10/31/2007 | 15621 | Due To/From Makabi Family Trust |
| 216 | JN014706 | VC014907 | 11/30/2007 | 15621 | Due To/From Makabi Family Trust |
| 217 | JN015719 | VC015124 | 12/31/2007 | 15621 | Due To/From Makabi Family Trust |
| 218 | JN015906 | VC015222 | 12/31/2007 | 15621 | Due To/From Makabi Family Trust |
| 219 | | | | | |
| 220 | JN007252 | VIV024827 | 2/14/2007 | 15623 | Due To/From Makabi GRAT |
| 221 | JN009696 | VIV035904 | 6/26/2007 | 15623 | Due To/From Makabi GRAT |
| 222 | JN009828 | VIV036434 | 6/30/2007 | 15623 | Due To/From Makabi GRAT |
| 223 | JN009169 | VIV031671 | 5/31/2007 | 15623 | Due To/From Makabi GRAT |
| 224 | JN008329 | VIV028552 | 4/13/2007 | 15623 | Due To/From Makabi GRAT |
| 225 | JN008329 | VIV028553 | 4/13/2007 | 15623 | Due To/From Makabi GRAT |
| 226 | JN011489 | VIV050580 | 9/10/2007 | 15623 | Due To/From Makabi GRAT |
| 227 | JN011489 | VIV050582 | 9/10/2007 | 15623 | Due To/From Makabi GRAT |
| 228 | JN011824 | VIV052343 | 9/17/2007 | 15623 | Due To/From Makabi GRAT |
| 229 | JN007821 | VIV026820 | 3/19/2007 | 15623 | Due To/From Makabi GRAT |
| 230 | JN009696 | VIV035874 | 6/26/2007 | 15623 | Due To/From Makabi GRAT |
| 231 | JN009831 | VIV036346 | 6/30/2007 | 15623 | Due To/From Makabi GRAT |
| 232 | JN007821 | VIV026818 | 3/19/2007 | 15623 | Due To/From Makabi GRAT |
| 233 | JN007821 | VIV026819 | 3/19/2007 | 15623 | Due To/From Makabi GRAT |
| 234 | JN009367 | VIV032213 | 5/11/2007 | 15623 | Due To/From Makabi GRAT |
| 235 | JN009698 | VIV035908 | 6/26/2007 | 15623 | Due To/From Makabi GRAT |
| 236 | JN010196 | VIV041368 | 7/19/2007 | 15623 | Due To/From Makabi GRAT |
| 237 | JN014127 | VIV063004 | 11/14/2007 | 15623 | Due To/From Makabi GRAT |
| 238 | JN014127 | VIV063006 | 11/14/2007 | 15623 | Due To/From Makabi GRAT |
| 239 | JN008391 | VIV028762 | 4/19/2007 | 15623 | Due To/From Makabi GRAT |
| 240 | JN007101 | VC013120 | 1/31/2007 | 15623 | Due To/From Makabi GRAT |
| 241 | JN007561 | VC013215 | 2/28/2007 | 15623 | Due To/From Makabi GRAT |
| 242 | JN008138 | VC013347 | 3/31/2007 | 15623 | Due To/From Makabi GRAT |
| 243 | JN008670 | VC013513 | 4/30/2007 | 15623 | Due To/From Makabi GRAT |
| 244 | JN008762 | VC013561 | 4/30/2007 | 15623 | Due To/From Makabi GRAT |
| 245 | JN009302 | VC013685 | 5/31/2007 | 15623 | Due To/From Makabi GRAT |
| 246 | JN009903 | VC013802 | 6/30/2007 | 15623 | Due To/From Makabi GRAT |
| 247 | JN010563 | VC013948 | 7/31/2007 | 15623 | Due To/From Makabi GRAT |
| 248 | JN011476 | VC014167 | 8/31/2007 | 15623 | Due To/From Makabi GRAT |
| 249 | JN012533 | VC014442 | 9/30/2007 | 15623 | Due To/From Makabi GRAT |
| 250 | JN013677 | VC014691 | 10/31/2007 | 15623 | Due To/From Makabi GRAT |
| 251 | JN014706 | VC014907 | 11/30/2007 | 15623 | Due To/From Makabi GRAT |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 152

PAGE _____ 1986

MGA 3866008



| | G |
|---|---|
| 189 | NJ DIVISION OF TAXATION |
| 190 | SHIRIN MAKABI |
| 191 | SHIRIN MAKABI |
| 192 | STATE OF ARKANSAS |
| 193 | |
| 194 | |
| 195 | |
| 196 | |
| 197 | |
| 198 | |
| 199 | |
| 200 | |
| 201 | |
| 202 | |
| 203 | |
| 204 | |
| 205 | |
| 206 | |
| 207 | |
| 208 | |
| 209 | |
| 210 | |
| 211 | |
| 212 | |
| 213 | |
| 214 | |
| 215 | |
| 216 | |
| 217 | |
| 218 | |
| 219 | |
| 220 | CBRE MELODY |
| 221 | CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP |
| 222 | CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP |
| 223 | DELAWARE SECRETARY OF STATE |
| 224 | FRANCHISE TAX BOARD |
| 225 | FRANCHISE TAX BOARD |
| 226 | MOSS-ADAMS LLP |
| 227 | MOSS-ADAMS LLP |
| 228 | MOSS-ADAMS LLP |
| 229 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 230 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 231 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 232 | SIDLEY AUSTIN LLP |
| 233 | SIDLEY AUSTIN LLP |
| 234 | SIDLEY AUSTIN LLP |
| 235 | SIDLEY AUSTIN LLP |
| 236 | SIDLEY AUSTIN LLP |
| 237 | SIDLEY AUSTIN LLP |
| 238 | SIDLEY AUSTIN LLP |
| 239 | STATE OF CALIFORNIA - SECRETARY OF STATE |
| 240 | |
| 241 | |
| 242 | |
| 243 | |
| 244 | |
| 245 | |
| 246 | |
| 247 | |
| 248 | |
| 249 | |
| 250 | |
| 251 | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 152

PAGE _____ 1951

MGA 3866009

REDACTED



| | H | I | J |
|---|---|---|---|
| 189 | ELI/SHIRIN MAKABI | | |
| 190 | | | |
| 191 | | | |
| 192 | | | |
| 193 | Record legal accrual for Dec'06 | | |
| 194 | recl s makabi exp | | |
| 195 | Jan'07 Interest due to/from Officers | | |
| 196 | Jan'07 Interest due to/from Officers | | |
| 197 | Recl New World Hotel pymt to expense for ZAPF portion | | |
| 198 | Recl Jan Interest due from officers to corr acct | | |
| 199 | Reverse LT l/c charge for Factory Mutual Insurance for LA times building | | |
| 200 | Feb'07 Interest due to/from Officers | | |
| 201 | Mar'07 Interest due to/from Officers | | |
| 202 | legal accrual for March 2007 | | |
| 203 | legal accrual for March 2007 | | |
| 204 | April'07 Interest due to/from Officers | | |
| 205 | Record legal accrual for Apr 2007 | | |
| 206 | Record legal accrual for Apr 2007 | | |
| 207 | Equalization of distribution amounts for tax payments | | |
| 208 | May'07 Interest due to/from Officers | | |
| 209 | June '07 Interest due to/from Officers | | |
| 210 | July '07 Interest due to/from Officers | | |
| 211 | August '07 Interet due to/from officers | | |
| 212 | Recl 18.18% of ZAPF payment to Makabi Family Trust | | |
| 213 | Sept 07 Interest due to/from Officers | | |
| 214 | Recl Kaye Scholer invoice inv portion to Larian a/c w/ corr % | | |
| 215 | Oct '07 Interest due to/from Officers | | |
| 216 | Nov '07 Interest due to/from Officers | | |
| 217 | Dec '07 Interest due to/from Officers | | |
| 218 | Record legal accrual for December 2007 | | |
| 219 | | | |
| 220 | | | |
| 221 | | | |
| 222 | | | |
| 223 | | | |
| 224 | | | |
| 225 | | | |
| 226 | | | |
| 227 | | | |
| 228 | | | |
| 229 | | | |
| 230 | | | |
| 231 | | | |
| 232 | | | |
| 233 | | | |
| 234 | | | |
| 235 | | | |
| 236 | | | |
| 237 | | | |
| 238 | | | |
| 239 | | | |
| 240 | Jan'07 Interest due to/from Officers | | |
| 241 | Feb'07 Interest due to/from Officers | | |
| 242 | Mar'07 Interest due to/from Officers | | |
| 243 | April'07 Interest due to/from Officers | | |
| 244 | Equalization of distribution amounts for tax payments | | |
| 245 | May'07 Interest due to/from Officers | | |
| 246 | June '07 Interest due to/from Officers | | |
| 247 | July '07 Interest due to/from Officers | | |
| 248 | August 07 interet due to/from officers | | |
| 249 | Sept 07 Interest due to/from Officers | | |
| 250 | Oct '07 Interest due to/from Officers | | |
| 251 | Nov '07 Interest due to/from Officers | | |

EXHIBIT _____ 152

PAGE _____ 1958

MGA 3866010

CONFIDENTIAL – ATTORNEYS' EYES ONLY

|     | A | B | C | D | E |
|-----|---|---|---|---|---|
| 252 | JN015719 | VC015124 | 12/31/2007 15623 |  | Due To/From Makabi GRAT |
| 253 | JN015719 | VC015124 | 12/31/2007 15623 |  | Due To/From Makabi GRAT |
| 254 |  |  |  |  |  |
| 255 | JN007252 | VIV024827 | 2/14/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 256 | JN009696 | VIV035904 | 6/26/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 257 | JN009828 | VIV036434 | 6/30/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 258 | JN009169 | VIV031671 | 5/31/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 259 | JN008329 | VIV028552 | 4/13/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 260 | JN008329 | VIV028553 | 4/13/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 261 | JN011489 | VIV050580 | 9/10/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 262 | JN011489 | VIV050582 | 9/10/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 263 | JN011824 | VIV052343 | 9/17/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 264 | JN007821 | VIV026820 | 3/19/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 265 | JN009696 | VIV035874 | 6/26/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 266 | JN009831 | VIV036346 | 6/30/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 267 | JN007821 | VIV026818 | 3/19/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 268 | JN007821 | VIV026819 | 3/19/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 269 | JN009367 | VIV032213 | 6/11/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 270 | JN009698 | VIV035908 | 6/26/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 271 | JN010196 | VIV041368 | 7/19/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 272 | JN014127 | VIV063004 | 11/14/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 273 | JN014127 | VIV063006 | 11/14/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 274 | JN008391 | VIV028762 | 4/19/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 275 | JN007478 | VC013197 | 2/28/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 276 | JN007561 | VC013215 | 2/28/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 277 | JN008138 | VC013347 | 3/31/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 278 | JN008670 | VC013513 | 4/30/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 279 | JN008762 | VC013562 | 4/30/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 280 | JN009302 | VC013685 | 5/31/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 281 | JN009903 | VC013802 | 6/30/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 282 | JN010563 | VC013948 | 7/31/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 283 | JN011476 | VC014167 | 8/31/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 284 | JN012533 | VC014442 | 9/30/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 285 | JN013677 | VC014691 | 10/31/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 286 | JN014706 | VC014907 | 11/30/2007 15624 |  | Due To/From Shirin Makabi GRAT |
| 287 | JN015719 | VC015124 | 12/31/2007 15624 |  | Due To/From Shirin Makabi GRAT |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 152
PAGE 1959

MGA 3866011

| | G |
|---|---|
| 252 | |
| 253 | |
| 254 | |
| 255 | CBRE MELODY |
| 256 | CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP |
| 257 | CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP |
| 258 | DELAWARE SECRETARY OF STATE |
| 259 | FRANCHISE TAX BOARD |
| 260 | FRANCHISE TAX BOARD |
| 261 | MOSS-ADAMS LLP |
| 262 | MOSS-ADAMS LLP |
| 263 | MOSS-ADAMS LLP |
| 264 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 265 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 266 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 267 | SIDLEY AUSTIN LLP |
| 268 | SIDLEY AUSTIN LLP |
| 269 | SIDLEY AUSTIN LLP |
| 270 | SIDLEY AUSTIN LLP |
| 271 | SIDLEY AUSTIN LLP |
| 272 | SIDLEY AUSTIN LLP |
| 273 | SIDLEY AUSTIN LLP |
| 274 | STATE OF CALIFORNIA - SECRETARY OF STATE |
| 275 | |
| 276 | |
| 277 | |
| 278 | |
| 279 | |
| 280 | |
| 281 | |
| 282 | |
| 283 | |
| 284 | |
| 285 | |
| 286 | |
| 287 | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 152

PAGE _____ 1960

MGA 3866012

REDACTED

| | H | I | I | J |
|---|---|---|---|---|
| 252 | Dec '07 Interest due to/from Officers | | | |
| 253 | Dec '07 Interest due to/from Officers | | | |
| 254 | | | | |
| 255 | | | | |
| 256 | | | | |
| 257 | | | | |
| 258 | | | | |
| 259 | | | | |
| 260 | | | | |
| 261 | | | | |
| 262 | | | | |
| 263 | | | | |
| 264 | | | | |
| 265 | | | | |
| 266 | | | | |
| 267 | | | | |
| 268 | | | | |
| 269 | | | | |
| 270 | | | | |
| 271 | | | | |
| 272 | | | | |
| 273 | | | | |
| 274 | | | | |
| 275 | Recl Jan Interest due from officers to corr acct | | | |
| 276 | Feb'07 Interest due to/from Officers | | | |
| 277 | Mar'07 Interest due to/from Officers | | | |
| 278 | April'07 Interest due to/from Officers | | | |
| 279 | Equalization of distribution amounts for tax payments | | | |
| 280 | May'07 Interest due to/from Officers | | | |
| 281 | June '07 Interest due to/from Officers | | | |
| 282 | July '07 Interest due to/from Officers | | | |
| 283 | August 07 interet due to/from officers | | | |
| 284 | Sept 07 Interest due to/from Officers | | | |
| 285 | Oct '07 Interest due to/from Officers | | | |
| 286 | Nov '07 Interest due to/from Officers | | | |
| 287 | Dec '07 Interest due to/from Officers | | | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 152
PAGE _____ 1961

MGA 3866013

# G/L Detail

| | Journal number | Voucher | Date | Ledger account | Account name |
|---|---|---|---|---|---|
| 4 | JN000196 | VIV000624 | 1/12/2006 | 36010 | Distribution-Makabi Family Trust |
| 5 | JN001205 | VIV003967 | 3/7/2006 | 36010 | Distribution-Makabi Family Trust |
| 6 | JN001205 | VIV003968 | 3/7/2006 | 36010 | Distribution-Makabi Family Trust |
| 7 | JN001205 | VIV003969 | 3/7/2006 | 36010 | Distribution-Makabi Family Trust |
| 8 | JN001891 | VC011257 | 4/30/2006 | 36010 | Distribution-Makabi Family Trust |
| 9 | JN001891 | VC011257 | 4/30/2006 | 36010 | Distribution-Makabi Family Trust |
| 10 | JN002926 | VC011656 | 5/31/2006 | 36010 | Distribution-Makabi Family Trust |
| 11 | JN002926 | VC011656 | 5/31/2006 | 36010 | Distribution-Makabi Family Trust |
| 12 | JN002926 | VC011656 | 5/31/2006 | 36010 | Distribution-Makabi Family Trust |
| 13 | JN002634 | VIV008859 | 6/13/2006 | 36010 | Distribution-Makabi Family Trust |
| 14 | JN002634 | VIV008860 | 6/13/2006 | 36010 | Distribution-Makabi Family Trust |
| 15 | JN002634 | VIV008861 | 6/13/2006 | 36010 | Distribution-Makabi Family Trust |
| 16 | JN002634 | VIV008862 | 6/13/2006 | 36010 | Distribution-Makabi Family Trust |
| 17 | JN002634 | VIV008863 | 6/13/2006 | 36010 | Distribution-Makabi Family Trust |
| 18 | JN002634 | VIV008864 | 6/13/2006 | 36010 | Distribution-Makabi Family Trust |
| 19 | JN002930 | VC011660 | 6/30/2006 | 36010 | Distribution-Makabi Family Trust |
| 20 | JN002930 | VC011660 | 6/30/2006 | 36010 | Distribution-Makabi Family Trust |
| 21 | JN002970 | VC011678 | 6/30/2006 | 36010 | Distribution-Makabi Family Trust |
| 22 | JN004991 | VC012416 | 6/30/2006 | 36010 | Distribution-Makabi Family Trust |
| 23 | JN004500 | VC012182 | 9/15/2006 | 36010 | Distribution-Makabi Family Trust |
| 24 | JN005090 | VC012417 | 9/30/2006 | 36010 | Distribution-Makabi Family Trust |
| 25 | JN005371 | VIV018134 | 10/31/2006 | 36010 | Distribution-Makabi Family Trust |
| 26 | | | | | |
| 27 | JN002926 | VC011656 | 5/31/2006 | 36011 | Distribution - Eli Makabi |
| 28 | JN002970 | VC011678 | 6/30/2006 | 36011 | Distribution - Eli Makabi |
| 29 | JN004991 | VC012416 | 6/30/2006 | 36011 | Distribution - Eli Makabi |
| 30 | JN004290 | VIV014829 | 9/14/2006 | 36011 | Distribution - Eli Makabi |
| 31 | JN004500 | VC012182 | 9/15/2006 | 36011 | Distribution - Eli Makabi |
| 32 | JN005090 | VC012417 | 9/30/2006 | 36011 | Distribution - Eli Makabi |
| 33 | | | | | |
| 34 | JN002926 | VC011656 | 5/31/2006 | 36012 | Distribution - Shirin Makabi |
| 35 | JN004991 | VC012416 | 6/30/2006 | 36012 | Distribution - Shirin Makabi |
| 36 | JN004290 | VIV014829 | 9/14/2006 | 36012 | Distribution - Shirin Makabi |
| 37 | JN004500 | VC012182 | 9/15/2006 | 36012 | Distribution - Shirin Makabi |
| 38 | JN005090 | VC012417 | 9/30/2006 | 36012 | Distribution - Shirin Makabi |
| 39 | | | | | |
| 40 | JN001205 | VIV003902 | 3/7/2006 | 36020 | Distribution-Larian Family Trust |
| 41 | JN001890 | VC011252 | 4/30/2006 | 36020 | Distribution-Larian Family Trust |
| 42 | JN002926 | VC011656 | 5/31/2006 | 36020 | Distribution-Larian Family Trust |
| 43 | JN002926 | VC011656 | 5/31/2006 | 36020 | Distribution-Larian Family Trust |
| 44 | JN002634 | VIV008849 | 6/13/2006 | 36020 | Distribution-Larian Family Trust |
| 45 | JN002634 | VIV008850 | 6/13/2006 | 36020 | Distribution-Larian Family Trust |
| 46 | JN002634 | VIV008851 | 6/13/2006 | 36020 | Distribution-Larian Family Trust |
| 47 | JN002634 | VIV008852 | 6/13/2006 | 36020 | Distribution-Larian Family Trust |
| 48 | JN002634 | VIV008853 | 6/13/2006 | 36020 | Distribution-Larian Family Trust |
| 49 | JN002634 | VIV008854 | 6/13/2006 | 36020 | Distribution-Larian Family Trust |
| 50 | JN002634 | VIV008855 | 6/13/2006 | 36020 | Distribution-Larian Family Trust |
| 51 | JN002634 | VIV008857 | 6/13/2006 | 36020 | Distribution-Larian Family Trust |
| 52 | JN004991 | VC012416 | 6/30/2006 | 36020 | Distribution-Larian Family Trust |
| 53 | JN004991 | VC012416 | 6/30/2006 | 36020 | Distribution-Larian Family Trust |
| 54 | JN004290 | VIV014828 | 9/14/2006 | 36020 | Distribution-Larian Family Trust |
| 55 | JN004500 | VC012182 | 9/15/2006 | 36020 | Distribution-Larian Family Trust |
| 56 | JN004501 | VC012183 | 9/25/2006 | 36020 | Distribution-Larian Family Trust |
| 57 | JN005090 | VC012417 | 9/30/2006 | 36020 | Distribution-Larian Family Trust |
| 58 | JN005090 | VC012418 | 9/30/2006 | 36020 | Distribution-Larian Family Trust |
| 59 | JN005377 | VIV018149 | 10/30/2006 | 36020 | Distribution-Larian Family Trust |
| 60 | JN005406 | VC012496 | 10/31/2006 | 36020 | Distribution-Larian Family Trust |
| 61 | | | | | |
| 62 | JN002926 | VC011656 | 5/31/2006 | 36021 | Distribution - Isaac Larian |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _152_

PAGE _1962_

MGA 3866014

| | F | G |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Net | Orig Mstr Name |
| 4 | | MAKABI LIVING TRUST |
| 5 | | JAHANGIR ELI MAKABI QUALIFIED ANNUITY TRUST |
| 6 | | SHIRIN LARIAN MAKABI QUALIFIED ANNUITY TRUST |
| 7 | | MAKABI LIVING TRUST |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | FRANCHISE TAX BOARD |
| 14 | | DEPARTMENT OF FINANCE ADMINISTRATION |
| 15 | | ILLINOIS DEPARTMENT OF REVENUE |
| 16 | | STATE OF MICHIGAN |
| 17 | | MISSOURI DIRECTOR OF REVENUE |
| 18 | | STATE OF NJ-DIVISION OF TAXATION |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | MAKABI LIVING TRUST |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | INTERNAL REVENUE SERVICE CENTER |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | INTERNAL REVENUE SERVICE CENTER |
| 37 | | |
| 38 | | |
| 39 | | |
| 40 | | LARIAN LIVING TRUST |
| 41 | | |
| 42 | | |
| 43 | | |
| 44 | | FRANCHISE TAX BOARD |
| 45 | | DEPARTMENT OF FINANCE ADMINISTRATION |
| 46 | | ILLINOIS DEPARTMENT OF REVENUE |
| 47 | | COMMONWEALTH OF MASSACHUSETTS |
| 48 | | CONTROLLER OF MARYLAND |
| 49 | | STATE OF MICHIGAN |
| 50 | | MISSOURI DIRECTOR OF REVENUE |
| 51 | | STATE OF NJ-DIVISION OF TAXATION |
| 52 | | |
| 53 | | |
| 54 | | INTERNAL REVENUE SERVICE CENTER |
| 55 | | |
| 56 | | |
| 57 | | |
| 58 | | |
| 59 | | CHICAGO TITLE COMPANY |
| 60 | | |
| 61 | | |
| 62 | | |

EXHIBIT _____ 152

PAGE _____ 1963

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3866015

REDACTED

| | H | I | J | K |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | Transaction text | Document | Payment reference | Department |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | Paymt of 1Q 2006 est.&2005 extension of behalf of Markabis | | | |
| 9 | Paymt of 1Q 2006 est.&2005 extension of behalf of Markabis | | | |
| 10 | Recl between distribution acct based on 2006 structure | | | |
| 11 | 1/12/06 pymt posted to distribution-recl to due/to from offic | | | |
| 12 | Equalization for Distribution 04/17/06 | | | |
| 13 | | | | |
| 14 | JAHANGIR & SHIRIN MAKABI | | | |
| 15 | JAHANGIR & SHIRIN MAKABI | | | |
| 16 | JAHANGIR & SHIRIN MAKABI | | | |
| 17 | JAHANGIR & SHIRIN MAKABI | | | |
| 18 | JAHANGIR & SHIRIN MAKABI | | | |
| 19 | Payments of 2Q'06 est on behalf of Makabis treated as distri | | | |
| 20 | Payments of 2Q'06 est on behalf of Makabis treated as distri | | | |
| 21 | Reclass 2nd Qtr est to correct acct | | | |
| 22 | Reallocation of distributions to correct ownership ratio | | | |
| 23 | REALLOCATION | | | |
| 24 | Reallocation | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | Recl between distribution acct based on 2006 structure | | | |
| 28 | Reclass 2nd Qtr est to correct acct | | | |
| 29 | Reallocation of distributions to correct ownership ratio | | | |
| 30 | | | | |
| 31 | REALLOCATION | | | |
| 32 | Reallocation | | | |
| 33 | | | | |
| 34 | Recl between distribution acct based on 2006 structure | | | |
| 35 | Reallocation of distributions to correct ownership ratio | | | |
| 36 | | | | |
| 37 | REALLOCATION | | | |
| 38 | Reallocation | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | Paymt of 1Q 2006 est.&2005 extension of behalf of Larians | | | |
| 42 | Recl between distribution acct based on 2006 structure | | | |
| 43 | Equalization for Distribution 04/17/06 | | | |
| 44 | | | | |
| 45 | ISAAC & ANGELA LARIAN | | | |
| 46 | ISAAC & ANGELA LARIAN | | | |
| 47 | ISAAC & ANGELA LARIAN | | | |
| 48 | ISAAC & ANGELA LARIAN | | | |
| 49 | ISAAC & ANGELA LARIAN | | | |
| 50 | ISAAC & ANGELA LARIAN | | | |
| 51 | ISAAC & ANGELA LARIAN | | | |
| 52 | Reallocation of distributions to correct ownership ratio | | | |
| 53 | Reallocation of distributions to correct ownership ratio | | | |
| 54 | | | | |
| 55 | REALLOCATION / EQUALIZATION | | | |
| 56 | Pymts for Q3 2006 est on behalf of Larians treated as distri | | | |
| 57 | Reallocation | | | |
| 58 | Equalization -3Q | | | |
| 59 | | | | |
| 60 | Drawdown on Wachovia line & distributions to shareholder | | | |
| 61 | | | | |
| 62 | Equalization for Distribution 04/17/06 | | | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 152 _____

PAGE _____ 1964 _____

MGA 3866016

| | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | Profit Center | Product type | Brand | Sub Brand | Theme | Item | Customer |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |
| 41 | | | | | | | |
| 42 | | | | | | | |
| 43 | | | | | | | |
| 44 | | | | | | | |
| 45 | | | | | | | |
| 46 | | | | | | | |
| 47 | | | | | | | |
| 48 | | | | | | | |
| 49 | | | | | | | |
| 50 | | | | | | | |
| 51 | | | | | | | |
| 52 | | | | | | | |
| 53 | | | | | | | |
| 54 | | | | | | | |
| 55 | | | | | | | |
| 56 | | | | | | | |
| 57 | | | | | | | |
| 58 | | | | | | | |
| 59 | | | | | | | |
| 60 | | | | | | | |
| 61 | | | | | | | |
| 62 | | | | | | | |

EXHIBIT _____ 152 _____

PAGE _____ 1965 _____    MGA 3866017

CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 63 | JN002926 | VC011656 | 5/31/2006 36021 | | Distribution - Isaac Larian |
| 64 | JN002926 | VC011656 | 5/31/2006 36021 | | Distribution - Isaac Larian |
| 65 | JN002969 | VC011677 | 6/30/2006 36021 | | Distribution - Isaac Larian |
| 66 | JN004991 | VC012416 | 6/30/2006 36021 | | Distribution - Isaac Larian |
| 67 | JN004290 | VIV014828 | 9/14/2006 36021 | | Distribution - Isaac Larian |
| 68 | JN004500 | VC012182 | 9/15/2006 36021 | | Distribution - Isaac Larian |
| 69 | JN004501 | VC012183 | 9/25/2006 36021 | | Distribution - Isaac Larian |
| 70 | JN005090 | VC012417 | 9/30/2006 36021 | | Distribution - Isaac Larian |
| 71 | | | | | |
| 72 | JN002926 | VC011656 | 5/31/2006 36022 | | Distribution - Angela Larian |
| 73 | JN002926 | VC011656 | 5/31/2006 36022 | | Distribution - Angela Larian |
| 74 | JN002926 | VC011656 | 5/31/2006 36022 | | Distribution - Angela Larian |
| 75 | JN004991 | VC012416 | 6/30/2006 36022 | | Distribution - Angela Larian |
| 76 | JN004290 | VIV014828 | 9/14/2006 36022 | | Distribution - Angela Larian |
| 77 | JN004500 | VC012182 | 9/15/2006 36022 | | Distribution - Angela Larian |
| 78 | JN004501 | VC012183 | 9/25/2006 36022 | | Distribution - Angela Larian |
| 79 | JN005090 | VC012417 | 9/30/2006 36022 | | Distribution - Angela Larian |
| 80 | | | | | |
| 81 | JN001205 | VIV003902 | 3/7/2006 36100 | | Distribution-Isaac Larian GRAT |
| 82 | JN001205 | VIV003965 | 3/7/2006 36100 | | Distribution-Isaac Larian GRAT |
| 83 | JN001443 | VIV004797 | 3/30/2006 36100 | | Distribution-Isaac Larian GRAT |
| 84 | JN001890 | VC011255 | 4/30/2006 36100 | | Distribution-Isaac Larian GRAT |
| 85 | JN002231 | VC011381 | 5/31/2006 36100 | | Distribution-Isaac Larian GRAT |
| 86 | JN002926 | VC011656 | 5/31/2006 36100 | | Distribution-Isaac Larian GRAT |
| 87 | JN002926 | VC011656 | 5/31/2006 36100 | | Distribution-Isaac Larian GRAT |
| 88 | JN002928 | VC011658 | 5/31/2006 36100 | | Distribution-Isaac Larian GRAT |
| 89 | JN002634 | VIV008848 | 6/13/2006 36100 | | Distribution-Isaac Larian GRAT |
| 90 | JN002634 | VIV008849 | 6/13/2006 36100 | | Distribution-Isaac Larian GRAT |
| 91 | JN004991 | VC012416 | 6/30/2006 36100 | | Distribution-Isaac Larian GRAT |
| 92 | JN004991 | VC012416 | 6/30/2006 36100 | | Distribution-Isaac Larian GRAT |
| 93 | JN004290 | VIV014828 | 9/14/2006 36100 | | Distribution-Isaac Larian GRAT |
| 94 | JN004500 | VC012182 | 9/15/2006 36100 | | Distribution-Isaac Larian GRAT |
| 95 | JN004501 | VC012183 | 9/25/2006 36100 | | Distribution-Isaac Larian GRAT |
| 96 | JN005090 | VC012417 | 9/30/2006 36100 | | Distribution-Isaac Larian GRAT |
| 97 | JN005090 | VC012418 | 9/30/2006 36100 | | Distribution-Isaac Larian GRAT |
| 98 | JN005841 | VIV019740 | 11/28/2006 36100 | | Distribution-Isaac Larian GRAT |
| 99 | JN005776 | VC012656 | 11/29/2006 36100 | | Distribution-Isaac Larian GRAT |
| 100 | | | | | |
| 101 | JN001205 | VIV003902 | 3/7/2006 36110 | | Distribution-Angela Larian GRAT |
| 102 | JN001205 | VIV003966 | 3/7/2006 36110 | | Distribution-Angela Larian GRAT |
| 103 | JN001205 | VIV003967 | 3/7/2006 36110 | | Distribution-Angela Larian GRAT |
| 104 | JN001443 | VIV004797 | 3/30/2006 36110 | | Distribution-Angela Larian GRAT |
| 105 | JN001890 | VC011256 | 4/30/2006 36110 | | Distribution-Angela Larian GRAT |
| 106 | JN002231 | VC011381 | 5/31/2006 36110 | | Distribution-Angela Larian GRAT |
| 107 | JN002926 | VC011656 | 5/31/2006 36110 | | Distribution-Angela Larian GRAT |
| 108 | JN002926 | VC011656 | 5/31/2006 36110 | | Distribution-Angela Larian GRAT |
| 109 | JN002928 | VC011658 | 5/31/2006 36110 | | Distribution-Angela Larian GRAT |
| 110 | JN002634 | VIV008848 | 6/13/2006 36110 | | Distribution-Angela Larian GRAT |
| 111 | JN002634 | VIV008856 | 6/13/2006 36110 | | Distribution-Angela Larian GRAT |
| 112 | JN004991 | VC012416 | 6/30/2006 36110 | | Distribution-Angela Larian GRAT |
| 113 | JN004991 | VC012416 | 6/30/2006 36110 | | Distribution-Angela Larian GRAT |
| 114 | JN004290 | VIV014828 | 9/14/2006 36110 | | Distribution-Angela Larian GRAT |
| 115 | JN004500 | VC012182 | 9/15/2006 36110 | | Distribution-Angela Larian GRAT |
| 116 | JN004501 | VC012183 | 9/25/2006 36110 | | Distribution-Angela Larian GRAT |
| 117 | JN005090 | VC012417 | 9/30/2006 36110 | | Distribution-Angela Larian GRAT |
| 118 | JN005090 | VC012418 | 9/30/2006 36110 | | Distribution-Angela Larian GRAT |
| 119 | JN005841 | VIV019741 | 11/28/2006 36110 | | Distribution-Angela Larian GRAT |
| 120 | JN005776 | VC012657 | 11/29/2006 36110 | | Distribution-Angela Larian GRAT |
| 121 | | | | | |
| 122 | JN000196 | VIV000623 | 1/12/2006 36120 | | Distribution-Eli Makabi GRAT |
| 123 | JN001205 | VIV003967 | 3/7/2006 36120 | | Distribution-Eli Makabi GRAT |
| 124 | JN001443 | VIV004797 | 3/30/2006 36120 | | Distribution-Eli Makabi GRAT |
| 125 | JN001891 | VC011258 | 4/30/2006 36120 | | Distribution-Eli Makabi GRAT |

EXHIBIT _____ 152

PAGE _____ 1966

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3866018

| | F | G |
|---|---|---|
| 63 | | |
| 64 | | |
| 65 | | |
| 66 | | |
| 67 | | INTERNAL REVENUE SERVICE CENTER |
| 68 | | |
| 69 | | |
| 70 | | |
| 71 | | |
| 72 | | |
| 73 | | |
| 74 | | |
| 75 | | |
| 76 | | INTERNAL REVENUE SERVICE CENTER |
| 77 | | |
| 78 | | |
| 79 | | |
| 80 | | |
| 81 | | LARIAN LIVING TRUST |
| 82 | | ISAAC LARIAN QUALIFIED ANNUITY TRUST |
| 83 | | PRINCIPAL COMMERCIAL FUNDING LLC |
| 84 | | |
| 85 | | |
| 86 | | |
| 87 | | |
| 88 | | |
| 89 | | INTERNAL REVENUE SERVICE CENTER |
| 90 | | FRANCHISE TAX BOARD |
| 91 | | |
| 92 | | |
| 93 | | INTERNAL REVENUE SERVICE CENTER |
| 94 | | |
| 95 | | |
| 96 | | |
| 97 | | |
| 98 | | ISAAC LARIAN QUALIFIED ANNUITY TRUST |
| 99 | | |
| 100 | | |
| 101 | | LARIAN LIVING TRUST |
| 102 | | ANGELA LARIAN QUALIFIED ANNUITY TRU |
| 103 | | JAHANGIR ELI MAKABI QUALIFIED ANNUITY TRUST |
| 104 | | PRINCIPAL COMMERCIAL FUNDING LLC |
| 105 | | |
| 106 | | |
| 107 | | |
| 108 | | |
| 109 | | |
| 110 | | INTERNAL REVENUE SERVICE CENTER |
| 111 | | N.C. DEPT. OF REVENUE |
| 112 | | |
| 113 | | |
| 114 | | INTERNAL REVENUE SERVICE CENTER |
| 115 | | |
| 116 | | |
| 117 | | |
| 118 | | |
| 119 | | ANGELA LARIAN QUALIFIED ANNUITY TRU |
| 120 | | |
| 121 | | |
| 122 | | BEAR STERNS |
| 123 | | JAHANGIR ELI MAKABI QUALIFIED ANNUITY TRUST |
| 124 | | PRINCIPAL COMMERCIAL FUNDING LLC |
| 125 | | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 152

PAGE _____ 1967    MGA 3866019

REDACTED

| | H | I | J | K |
|---|---|---|---|---|
| 63 | Recl between distribution acct based on 2006 structure | | | |
| 64 | Recl distribution 4/17/06 to proper accts | | | |
| 65 | Reclass 2nd Qtr pymts to correct acct | | | |
| 66 | Reallocation of distributions to correct ownership ratio | | | |
| 67 | | | | |
| 68 | REALLOCATION / EQUALIZATION | | | |
| 69 | Pymts for Q3 2006 est on behalf of Larians treated as distri | | | |
| 70 | Reallocation | | | |
| 71 | | | | |
| 72 | Equalization for Distribution 04/17/06 | | | |
| 73 | Recl between distribution acct based on 2006 structure | | | |
| 74 | Recl distribution 4/17/06 to proper accts | | | |
| 75 | Reallocation of distributions to correct ownership ratio | | | |
| 76 | | | | |
| 77 | REALLOCATION / EQUALIZATION | | | |
| 78 | Pymts for Q3 2006 est on behalf of Larians treated as distri | | | |
| 79 | Reallocation | | | |
| 80 | | | | |
| 81 | | | | |
| 82 | | | | |
| 83 | | | | |
| 84 | Paymt of 1Q 2006 est.&2005 extension of behalf of Larians | | | |
| 85 | Reclass distribution - Deposit for Roscoe Refinancing | | | |
| 86 | Recl between distribution acct based on 2006 structure | | | |
| 87 | Equalization for Distribution 04/17/06 | | | |
| 88 | Recl retainer from exceleration project management | | | |
| 89 | | | | |
| 90 | | | | |
| 91 | Reallocation of distributions to correct ownership ratio | | | |
| 92 | Reallocation of distributions to correct ownership ratio | | | |
| 93 | | | | |
| 94 | REALLOCATION / EQUALIZATION | | | |
| 95 | Pymts for Q3 2006 est on behalf of Larians treated as distri | | | |
| 96 | Reallocation | | | |
| 97 | Equalization -3Q | | | |
| 98 | | | | |
| 99 | Drawdown on line of credit for wire sent to Chicago Title | | | |
| 100 | | | | |
| 101 | | | | |
| 102 | | | | |
| 103 | | | | |
| 104 | | | | |
| 105 | Paymt of 1Q 2006 est.&2005 extension of behalf of Larians | | | |
| 106 | Reclass distribution - Deposit for Roscoe Refinancing | | | |
| 107 | 1/12/06 pymt posted to distribution-recl to due/to from offic | | | |
| 108 | Recl between distribution acct based on 2006 structure | | | |
| 109 | Recl retainer from exceleration project management | | | |
| 110 | | | | |
| 111 | ISAAC & ANGELA LARIAN | | | |
| 112 | Reallocation of distributions to correct ownership ratio | | | |
| 113 | Reallocation of distributions to correct ownership ratio | | | |
| 114 | | | | |
| 115 | REALLOCATION / EQUALIZATION | | | |
| 116 | Pymts for Q3 2006 est on behalf of Larians treated as distri | | | |
| 117 | Reallocation | | | |
| 118 | Equalization -3Q | | | |
| 119 | | | | |
| 120 | Drawdown on line of credit for wire sent to Chicago Title | | | |
| 121 | | | | |
| 122 | | | | |
| 123 | | | | |
| 124 | | | | |
| 125 | Paymt of 1Q 2006 est.&2005 extension of behalf of Makabia | | | |

EXHIBIT _152_

PAGE _1968_

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3866020

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 126 | JN002231 | VC011381 | 5/31/2006 | 36120 | Distribution-Eli Makabi GRAT |
| 127 | JN002926 | VC011656 | 5/31/2006 | 36120 | Distribution-Eli Makabi GRAT |
| 128 | JN002926 | VC011656 | 5/31/2006 | 36120 | Distribution-Eli Makabi GRAT |
| 129 | JN002928 | VC011658 | 5/31/2006 | 36120 | Distribution-Eli Makabi GRAT |
| 130 | JN002634 | VIV008858 | 6/13/2006 | 36120 | Distribution-Eli Makabi GRAT |
| 131 | JN002634 | VIV008859 | 6/13/2006 | 36120 | Distribution-Eli Makabi GRAT |
| 132 | JN002930 | VC011660 | 6/30/2006 | 36120 | Distribution-Eli Makabi GRAT |
| 133 | JN004991 | VC012416 | 6/30/2006 | 36120 | Distribution-Eli Makabi GRAT |
| 134 | JN004290 | VIV014829 | 9/14/2006 | 36120 | Distribution-Eli Makabi GRAT |
| 135 | JN004500 | VC012182 | 9/15/2006 | 36120 | Distribution-Eli Makabi GRAT |
| 136 | JN005090 | VC012417 | 9/30/2006 | 36120 | Distribution-Eli Makabi GRAT |
| 137 | JN005371 | VIV018147 | 10/31/2006 | 36120 | Distribution-Eli Makabi GRAT |
| 138 | | | | | |
| 139 | JN000196 | VIV000622 | 1/12/2006 | 36130 | Distribution-Shirin Makabi GRAT |
| 140 | JN001205 | VIV003968 | 3/7/2006 | 36130 | Distribution-Shirin Makabi GRAT |
| 141 | JN001443 | VIV004797 | 3/30/2006 | 36130 | Distribution-Shirin Makabi GRAT |
| 142 | JN001891 | VC011259 | 4/30/2006 | 36130 | Distribution-Shirin Makabi GRAT |
| 143 | JN002231 | VC011381 | 5/31/2006 | 36130 | Distribution-Shirin Makabi GRAT |
| 144 | JN002926 | VC011656 | 5/31/2006 | 36130 | Distribution-Shirin Makabi GRAT |
| 145 | JN002928 | VC011658 | 5/31/2006 | 36130 | Distribution-Shirin Makabi GRAT |
| 146 | JN002634 | VIV008858 | 6/13/2006 | 36130 | Distribution-Shirin Makabi GRAT |
| 147 | JN002930 | VC011660 | 6/30/2006 | 36130 | Distribution-Shirin Makabi GRAT |
| 148 | JN004991 | VC012416 | 6/30/2006 | 36130 | Distribution-Shirin Makabi GRAT |
| 149 | JN004290 | VIV014829 | 9/14/2006 | 36130 | Distribution-Shirin Makabi GRAT |
| 150 | JN004500 | VC012182 | 9/15/2006 | 36130 | Distribution-Shirin Makabi GRAT |
| 151 | JN005090 | VC012417 | 9/30/2006 | 36130 | Distribution-Shirin Makabi GRAT |
| 152 | JN005371 | VIV018146 | 10/31/2006 | 36130 | Distribution-Shirin Makabi GRAT |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 152

PAGE _____ 1969

MGA 3866021

| | F | G |
|---|---|---|
| 126 | | |
| 127 | | |
| 128 | | |
| 129 | | |
| 130 | | INTERNAL REVENUE SERVICE CENTER |
| 131 | | FRANCHISE TAX BOARD |
| 132 | | |
| 133 | | |
| 134 | | INTERNAL REVENUE SERVICE CENTER |
| 135 | | |
| 136 | | |
| 137 | | BEAR STERNS |
| 138 | | |
| 139 | | BEAR STERNS |
| 140 | | SHIRIN LARIAN MAKABI QUALIFIED ANNUITY TRUST |
| 141 | | PRINCIPAL COMMERCIAL FUNDING LLC |
| 142 | | |
| 143 | | |
| 144 | | |
| 145 | | |
| 146 | | INTERNAL REVENUE SERVICE CENTER |
| 147 | | |
| 148 | | |
| 149 | | INTERNAL REVENUE SERVICE CENTER |
| 150 | | |
| 151 | | |
| 152 | | BEAR STERNS |

EXHIBIT 152

MGA 3866022

CONFIDENTIAL -- ATTORNEYS' EYES ONLY

REDACTED

| | H | I | J | K |
|---|---|---|---|---|
| 126 | Reclass distribution - Deposit for Roscoe Refinancing | | | |
| 127 | 1/12/06 pymt posted to disribution-recl to due/to from offic | | | |
| 128 | Recl between distribution acct based on 2006 structure | | | |
| 129 | Recl retainer from exceleration project management | | | |
| 130 | | | | |
| 131 | | | | |
| 132 | Payments of 2Q'06 est on behalf of Makabis treated as distri | | | |
| 133 | Reallocation of distributions to correct ownership ratio | | | |
| 134 | | | | |
| 135 | REALLOCATION | | | |
| 136 | Reallocation | | | |
| 137 | FURTHER CREDIT TO JAHANGIR ELI MAKABI GRAT | | | |
| 138 | | | | |
| 139 | | | | |
| 140 | | | | |
| 141 | | | | |
| 142 | paymt of 1Q 2006 est.&2005 extension of behalf of Makabis | | | |
| 143 | Reclass distribution - Deposit for Roscoe Refinancing | | | |
| 144 | Recl between distribution acct based on 2006 structure | | | |
| 145 | Recl retainer from exceleration project management | | | |
| 146 | | | | |
| 147 | Payments of 2Q'06 est on behalf of Makabis treated as distri | | | |
| 148 | Reallocation of distributions to correct ownership ratio | | | |
| 149 | | | | |
| 150 | REALLOCATION | | | |
| 151 | Reallocation | | | |
| 152 | FURTHER CREDIT TO SHIRIN LARIAN MAKABI GRAT | | | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 152

PAGE _____ 1977

MGA 3866023

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **G/L Detail** | | | | | |
| 2 | | | | | | |
| 3 | Journal number | Voucher | Date | Ledger account | Account name | Net |
| 4 | JN008047 | VIV027718 | 3/23/2007 | 36010 | Distribution-Makabi Family Trust | |
| 5 | JN008329 | VIV028557 | 4/13/2007 | 36010 | Distribution-Makabi Family Trust | |
| 6 | JN008329 | VIV028568 | 4/13/2007 | 36010 | Distribution-Makabi Family Trust | |
| 7 | JN008329 | VIV028569 | 4/13/2007 | 36010 | Distribution-Makabi Family Trust | |
| 8 | JN008329 | VIV028570 | 4/13/2007 | 36010 | Distribution-Makabi Family Trust | |
| 9 | JN008329 | VIV028571 | 4/13/2007 | 36010 | Distribution-Makabi Family Trust | |
| 10 | JN008329 | VIV028572 | 4/13/2007 | 36010 | Distribution-Makabi Family Trust | |
| 11 | JN008762 | VC013560 | 4/30/2007 | 36010 | Distribution-Makabi Family Trust | |
| 12 | | | | | | |
| 13 | JN008047 | VIV027719 | 3/23/2007 | 36020 | Distribution-Larian Family Trust | |
| 14 | JN008329 | VIV028554 | 4/13/2007 | 36020 | Distribution-Larian Family Trust | |
| 15 | JN008329 | VIV028555 | 4/13/2007 | 36020 | Distribution-Larian Family Trust | |
| 16 | JN008329 | VIV028556 | 4/13/2007 | 36020 | Distribution-Larian Family Trust | |
| 17 | JN008329 | VIV028557 | 4/13/2007 | 36020 | Distribution-Larian Family Trust | |
| 18 | JN008329 | VIV028558 | 4/13/2007 | 36020 | Distribution-Larian Family Trust | |
| 19 | JN008329 | VIV028559 | 4/13/2007 | 36020 | Distribution-Larian Family Trust | |
| 20 | JN008329 | VIV028560 | 4/13/2007 | 36020 | Distribution-Larian Family Trust | |
| 21 | JN008329 | VIV028562 | 4/13/2007 | 36020 | Distribution-Larian Family Trust | |
| 22 | JN008329 | VIV028563 | 4/13/2007 | 36020 | Distribution-Larian Family Trust | |
| 23 | JN008329 | VIV028564 | 4/13/2007 | 36020 | Distribution-Larian Family Trust | |
| 24 | JN008329 | VIV028565 | 4/13/2007 | 36020 | Distribution-Larian Family Trust | |
| 25 | JN008329 | VIV028566 | 4/13/2007 | 36020 | Distribution-Larian Family Trust | |
| 26 | | | | | | |
| 27 | JN008047 | VIV027721 | 3/23/2007 | 36100 | Distribution-Isaac Larian GRAT | |
| 28 | JN008329 | VIV028554 | 4/13/2007 | 36100 | Distribution-Isaac Larian GRAT | |
| 29 | JN008329 | VIV028555 | 4/13/2007 | 36100 | Distribution-Isaac Larian GRAT | |
| 30 | JN008329 | VIV028556 | 4/13/2007 | 36100 | Distribution-Isaac Larian GRAT | |
| 31 | JN008329 | VIV028557 | 4/13/2007 | 36100 | Distribution-Isaac Larian GRAT | |
| 32 | JN008329 | VIV028558 | 4/13/2007 | 36100 | Distribution-Isaac Larian GRAT | |
| 33 | JN008329 | VIV028559 | 4/13/2007 | 36100 | Distribution-Isaac Larian GRAT | |
| 34 | JN008329 | VIV028560 | 4/13/2007 | 36100 | Distribution-Isaac Larian GRAT | |
| 35 | JN008329 | VIV028562 | 4/13/2007 | 36100 | Distribution-Isaac Larian GRAT | |
| 36 | JN008329 | VIV028563 | 4/13/2007 | 36100 | Distribution-Isaac Larian GRAT | |
| 37 | JN008329 | VIV028564 | 4/13/2007 | 36100 | Distribution-Isaac Larian GRAT | |
| 38 | JN008329 | VIV028565 | 4/13/2007 | 36100 | Distribution-Isaac Larian GRAT | |
| 39 | JN008329 | VIV028566 | 4/13/2007 | 36100 | Distribution-Isaac Larian GRAT | |
| 40 | | | | | | |
| 41 | JN008047 | VIV027720 | 3/23/2007 | 36110 | Distribution-Angela Larian GRAT | |
| 42 | JN008329 | VIV028554 | 4/13/2007 | 36110 | Distribution-Angela Larian GRAT | |
| 43 | JN008329 | VIV028555 | 4/13/2007 | 36110 | Distribution-Angela Larian GRAT | |
| 44 | JN008329 | VIV028556 | 4/13/2007 | 36110 | Distribution-Angela Larian GRAT | |
| 45 | JN008329 | VIV028557 | 4/13/2007 | 36110 | Distribution-Angela Larian GRAT | |
| 46 | JN008329 | VIV028558 | 4/13/2007 | 36110 | Distribution-Angela Larian GRAT | |
| 47 | JN008329 | VIV028559 | 4/13/2007 | 36110 | Distribution-Angela Larian GRAT | |
| 48 | JN008329 | VIV028560 | 4/13/2007 | 36110 | Distribution-Angela Larian GRAT | |
| 49 | JN008329 | VIV028562 | 4/13/2007 | 36110 | Distribution-Angela Larian GRAT | |
| 50 | JN008329 | VIV028563 | 4/13/2007 | 36110 | Distribution-Angela Larian GRAT | |
| 51 | JN008329 | VIV028564 | 4/13/2007 | 36110 | Distribution-Angela Larian GRAT | |
| 52 | JN008329 | VIV028565 | 4/13/2007 | 36110 | Distribution-Angela Larian GRAT | |
| 53 | JN008329 | VIV028566 | 4/13/2007 | 36110 | Distribution-Angela Larian GRAT | |
| 54 | | | | | | |
| 55 | JN008047 | VIV027717 | 3/23/2007 | 36120 | Distribution-Eli Makabi GRAT | |
| 56 | JN008329 | VIV028567 | 4/13/2007 | 36120 | Distribution-Eli Makabi GRAT | |
| 57 | JN008329 | VIV028568 | 4/13/2007 | 36120 | Distribution-Eli Makabi GRAT | |
| 58 | JN008329 | VIV028569 | 4/13/2007 | 36120 | Distribution-Eli Makabi GRAT | |
| 59 | JN008329 | VIV028570 | 4/13/2007 | 36120 | Distribution-Eli Makabi GRAT | |
| 60 | JN008329 | VIV028571 | 4/13/2007 | 36120 | Distribution-Eli Makabi GRAT | |
| 61 | JN008329 | VIV028572 | 4/13/2007 | 36120 | Distribution-Eli Makabi GRAT | |
| 62 | JN008762 | VC013561 | 4/30/2007 | 36120 | Distribution-Eli Makabi GRAT | |

EXHIBIT ___152___

PAGE ___1972___ MGA 3866024

CONFIDENTIAL – ATTORNEYS' EYES ONLY

REDACTED

| | G | H | I |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | Orig Mstr Name | Transaction text | Document |
| 4 | BEAR STERNS | MAKABI LIVING TRUST | |
| 5 | INTERNAL REVENUE SERVICE CENTER | | |
| 6 | INDIVIDUAL INCOME TAX SECTION | | |
| 7 | FRANCHISE TAX BOARD | | |
| 8 | ILLINOIS DEPARTMENT OF REVENUE | | |
| 9 | STATE OF MICHIGAN | | |
| 10 | MISSOURI DEPT. OF REVENUE | | |
| 11 | | Equalization of distribution amounts for tax payments | |
| 12 | | | |
| 13 | BEAR STERNS | LARIAN LIVING TRUST | |
| 14 | INTERNAL REVENUE SERVICE CENTER | | |
| 15 | INDIVIDUAL INCOME TAX SECTION | | |
| 16 | FRANCHISE TAX BOARD | | |
| 17 | ILLINOIS DEPARTMENT OF REVENUE | | |
| 18 | STATE OF MICHIGAN | | |
| 19 | MISSOURI DEPT. OF REVENUE | | |
| 20 | NJ DIVISION OF TAXATION | | |
| 21 | STATE PROCESSING CENTER | | |
| 22 | CONTROLLER OF MARYLAND | | |
| 23 | COMMONWEALTH OF MASSACHUSETTS | | |
| 24 | N.C. DEPT. OF REVENUE | | |
| 25 | PA DEPARTMENT OF REVENUE | | |
| 26 | | | |
| 27 | BEAR STERNS | ISAAC LARIAN ANNUITY TRUST | |
| 28 | INTERNAL REVENUE SERVICE CENTER | | |
| 29 | INDIVIDUAL INCOME TAX SECTION | | |
| 30 | FRANCHISE TAX BOARD | | |
| 31 | ILLINOIS DEPARTMENT OF REVENUE | | |
| 32 | STATE OF MICHIGAN | | |
| 33 | MISSOURI DEPT. OF REVENUE | | |
| 34 | NJ DIVISION OF TAXATION | | |
| 35 | STATE PROCESSING CENTER | | |
| 36 | CONTROLLER OF MARYLAND | | |
| 37 | COMMONWEALTH OF MASSACHUSETTS | | |
| 38 | N.C. DEPT. OF REVENUE | | |
| 39 | PA DEPARTMENT OF REVENUE | | |
| 40 | | | |
| 41 | BEAR STERNS | ANGELA LARIAN ANNUITY TRUST | |
| 42 | INTERNAL REVENUE SERVICE CENTER | | |
| 43 | INDIVIDUAL INCOME TAX SECTION | | |
| 44 | FRANCHISE TAX BOARD | | |
| 45 | ILLINOIS DEPARTMENT OF REVENUE | | |
| 46 | STATE OF MICHIGAN | | |
| 47 | MISSOURI DEPT. OF REVENUE | | |
| 48 | NJ DIVISION OF TAXATION | | |
| 49 | STATE PROCESSING CENTER | | |
| 50 | CONTROLLER OF MARYLAND | | |
| 51 | COMMONWEALTH OF MASSACHUSETTS | | |
| 52 | N.C. DEPT. OF REVENUE | | |
| 53 | PA DEPARTMENT OF REVENUE | | |
| 54 | | | |
| 55 | BEAR STERNS | FAHANGIR ELI MAKABI GRAT | |
| 56 | INTERNAL REVENUE SERVICE CENTER | | |
| 57 | INDIVIDUAL INCOME TAX SECTION | | |
| 58 | FRANCHISE TAX BOARD | | |
| 59 | ILLINOIS DEPARTMENT OF REVENUE | | |
| 60 | STATE OF MICHIGAN | | |
| 61 | MISSOURI DEPT. OF REVENUE | | |
| 62 | | Equalization of distribution amounts for tax payments | |

EXHIBIT _____ 152

PAGE _____ 1973

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3866025

| | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | Payment reference | Department | Profit Center | Product type | Brand | Sub Brand | Theme | Item |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | | | | | | |
| 40 | | | | | | | | |
| 41 | | | | | | | | |
| 42 | | | | | | | | |
| 43 | | | | | | | | |
| 44 | | | | | | | | |
| 45 | | | | | | | | |
| 46 | | | | | | | | |
| 47 | | | | | | | | |
| 48 | | | | | | | | |
| 49 | | | | | | | | |
| 50 | | | | | | | | |
| 51 | | | | | | | | |
| 52 | | | | | | | | |
| 53 | | | | | | | | |
| 54 | | | | | | | | |
| 55 | | | | | | | | |
| 56 | | | | | | | | |
| 57 | | | | | | | | |
| 58 | | | | | | | | |
| 59 | | | | | | | | |
| 60 | | | | | | | | |
| 61 | | | | | | | | |
| 62 | | | | | | | | |

EXHIBIT _____ 152

PAGE _____ 1974 _____ MGA 3866026

CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | R |
|---|---|
| 1 | |
| 2 | |
| 3 | Customer |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |
| 49 | |
| 50 | |
| 51 | |
| 52 | |
| 53 | |
| 54 | |
| 55 | |
| 56 | |
| 57 | |
| 58 | |
| 59 | |
| 60 | |
| 61 | |
| 62 | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 152 _____

PAGE _____ 1975 _____   MGA 3866027

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 63 |   |   |   |   |   |   |
| 64 | JN008047 | VIV027716 | 3/23/2007 | 36130 | Distribution-Shirin Makabi GRAT |   |
| 65 | JN008329 | VIV028567 | 4/13/2007 | 36130 | Distribution-Shirin Makabi GRAT |   |
| 66 | JN008329 | VIV028568 | 4/13/2007 | 36130 | Distribution-Shirin Makabi GRAT |   |
| 67 | JN008329 | VIV028569 | 4/13/2007 | 36130 | Distribution-Shirin Makabi GRAT |   |
| 68 | JN008329 | VIV028570 | 4/13/2007 | 36130 | Distribution-Shirin Makabi GRAT |   |
| 69 | JN008329 | VIV028571 | 4/13/2007 | 36130 | Distribution-Shirin Makabi GRAT |   |
| 70 | JN008329 | VIV028572 | 4/13/2007 | 36130 | Distribution-Shirin Makabi GRAT |   |
| 71 | JN008762 | VC013562 | 4/30/2007 | 36130 | Distribution-Shirin Makabi GRAT |   |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 152

PAGE _____ 1976      MGA 3866028

REDACTED

| | G | H | I |
|---|---|---|---|
| 63 | | | |
| 64 | BEAR STERNS | SHIRIN LARIAN MAKABI GRAT | |
| 65 | INTERNAL REVENUE SERVICE CENTER | | |
| 66 | INDIVIDUAL INCOME TAX SECTION | | |
| 67 | FRANCHISE TAX BOARD | | |
| 68 | ILLINOIS DEPARTMENT OF REVENUE | | |
| 69 | STATE OF MICHIGAN | | |
| 70 | MISSOURI DEPT. OF REVENUE | | |
| 71 | | Equalization of distribution amounts for tax payments | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 152

PAGE _____ 1977

MGA 3866029

**EXHIBIT 153**

## CONFORMED COPY

1  Hon. Edward A. Infante (Ret.)
   JAMS
2  Two Embarcadero Center
   Suite 1500
3  San Francisco, California 94111
   Telephone:   (415) 774-2611
4  Facsimile:   (415) 982-5287

5

6

7                  UNITED STATES DISTRICT COURT

8                  CENTRAL DISTRICT OF CALIFORNIA

9                         EASTERN DIVISION

10

11  CARTER BRYANT, an individual,          CASE NO. C 04-09049 SGL (RNBx)
                                           JAMS Reference No. 1100049530
12         Plaintiff,

13     v.                                  Consolidated with
                                           Case No. CV 04-09059
14  MATTEL, INC., a Delaware corporation,  Case No. CV 05-2727

15         Defendant.                      ORDER GRANTING IN PART
                                           MATTEL'S MOTION TO ENFORCE
16                                         THE COURT'S ORDER OF MAY 16,
                                           2007, TO COMPEL MGA TO
17                                         PRODUCE WITNESSES FOR
                                           DEPOSITION PURSUANT TO RULE
18                                         30(b)(6), AND GRANTING REQUEST
                                           FOR SANCTIONS
19
    CONSOLIDATED WITH
20  MATTEL, INC. v. BRYANT and
    MGA ENTERTAINMENT, INC. v. MATTEL,
21  INC.

22

23

24

25              I. INTRODUCTION

26      On June 29, 2007, Mattel, Inc. ("Mattel") submitted a "Motion to Enforce The Court's

27  Order of May 16, 2007, To Compel MGA To Produce Witnesses For Deposition Pursuant To

28

Bryant v. Mattel, Inc.,                                                    1
CV-04-09049 SGL (RNBx)

                        8/15

EXHIBIT _____153_____

PAGE _____1978_____

1    Rule 30(b)(6), And For Sanctions."[1]  On July 9, 2007, MGA Entertainment, Inc. ("MGA")

2    submitted an opposition brief, and on July 12, 2007, Mattel submitted a reply brief.  The matter

3    was heard on August 13, 2007.  Although the scope of Mattel's motion was broader[2], during the

4    hearing, Mattel requested an order compelling MGA to designate and produce witnesses on Topic

5    Nos. 21, 25, 26, and 34 and imposing sanctions for MGA's alleged non-compliance with the May

6    16, 2007 Order, particularly with respect to Topic Nos. 25, 26, 34, 39, 40 and 41.  Having

7    considered the motion papers and the comments of counsel at the hearing, Mattel's motion is

8    granted in part.

9                                    II. BACKGROUND

10        On May 16, 2007, the undersigned issued an order granting Mattel's Motion to Compel

11   MGA To Produce Witnesses Pursuant To Rule 30(b)(6) (hereinafter the "May 16, 2007 Order")

12   which provided, in pertinent part:

13        2.    MGA shall confirm its designees and the dates of the designees' availability for

14        deposition for all Topics except Topic Nos. 25 and 26 in Mattel's Notice of Deposition of

15        MGA Pursuant to Rule 30(b)(6) dated February 1, 2007 (the "Second Notice") on or

16        before May 22, 2007.

17        3.    MGA shall make its designees for all Topics in the Second Notice, except Topics

18        Nos. 25 and 26, available for deposition on or before June 30, 2007.

19        4.    The parties shall meet and confer regarding the timing of the depositions on Topic

20        Nos. 25 and 26 of the Second Notice.  Such depositions may take place after June 30,

21        2007.

22        5.    All of MGA's objections and/or limitations regarding the Topics in Mattel's Rule

23        30(b)(6) deposition notices are overruled.

24   _____

25        [1]   Mattel seeks $3,000 in sanctions.

26        [2]   In its opening brief, Mattel focused on Topic Nos. 25, 26, 34, 39, 40 and 41 and requested an order
     requiring MGA to designate and produce witnesses on all Topics in Mattel's Second Notice of Deposition of MGA.
     In its reply brief, Mattel requested an order requiring MGA to produce witnesses on Topics Nos. 11, 13, 14, 19, 21-28,
     31, 34, 37 and 39-41.

27

28

Bryant v. Mattel, Inc.,
CV-04-09049 SGL (RNBx)                                                                           2

EXHIBIT ___153___

PAGE ___1979___

1  Proctor Decl., Ex. 1. The parties later agreed to extend the May 22, 2007 deadline for designating

2  witnesses to May 29, 2007.

3      After the May 16, 2007 Order was issued MGA designated and offered dates for some

4  Rule 30(b)(6) witnesses. Mattel accepted the dates, however, in the first week of June MGA

5  canceled the depositions of three designees. On June 7 and again on June 15, 2007, Mattel

6  requested that MGA provide new dates for the three designees.

7      The parties met and conferred on June 22, 2007. MGA offered designees and deposition

8  dates for 14 of the outstanding Topics. Although all but one of the dates that MGA proposed

9  were after the June 30, 2007 deadline, Mattel accepted MGA's schedule. MGA did not, however,

10  identify or produce witnesses to testify on Topics 25, 26, 34 and 39-41, which are the subject of

11  the instant motion. These Topics are set forth below.

12      Topic 25:  YOUR revenues and profits from BRATZ, including without limitation

13      YOUR gross and net profits, and YOUR costs associated therewith.

14      Topic 26:  YOUR net worth.

15      Topic 34:  Other than those previously filed and served in this ACTION or in

16      which Mattel, Inc.'s counsel in this ACTION was in attendance, the testimony,

17      transcripts, declarations, affidavits and other sworn written statements of any

18      other type by or from YOU or made on YOUR behalf that REFER OR RELATE

19      TO BRATZ THAT REFER OR RELATE TO the time period prior to June 30,

20      2001 (regardless of when such testimony or sworn statement was taken, given,

21      signed, made or filed).

22      Topic 39:  The preservation, collection, destruction, removal, transfer, loss or

23      impairment of YOUR DOCUMENTS and DIGITAL INFORMATION in

24      connection with the ACTION and/or any DOCUMENTS requested by MATTEL

25      in the ACTION.

26      Topic 40:  The preservation, collection, destruction, removal, transfer, loss or

27      impairment of YOUR DOCUMENTS and DIGITAL INFORMATION since

28      January 1, 1999 that REFER OR RELATE TO MATTEL (including without

Bryant v. Mattel, Inc.,
CV-04-09049 SGL (RNBx)

EXHIBIT _____ 153   <sup>3</sup>

PAGE _____ 1980

1    limitation any MATTEL product, plan or information) that YOU received in any

2    manner from any PERSON who was at the time an employee of MATTEL or who

3    had previously been an employee of MATTEL.

4    Topic 41: The testing of or sampling from DOCUMENTS that REFER OR

5    RELATE TO BRATZ or BRYANT, including without limitation such testing or

6    sampling in connection with any ink, paper or chemical analysis performed or

7    attempted to be performed to date, any DOCUMENTS that REFER OR RELATE

8    thereto and all results and reports relating thereto.

9    Mattel's Second Notice of Deposition, dated February 1, 2007, Proctor Decl., Ex. 6. During the

10   hearing, Mattel also requested an order compelling MGA to designate a witness and schedule a

11   deposition on Topic No. 21, which seeks:

12   Topic No. 21: YOUR knowledge of, and access to, non-public MATTEL DIVA

13   STARTZ project information and DESIGNS prior to June 30, 2001.

14   Mattel's Second Notice of Deposition, dated February 1, 2007, Proctor Decl., Ex. 6.

15   MGA indicated that Lisa Tonnu would "likely" be its designee on Topic Nos. 25 and 26,

16   but did not offer a date for her deposition because it was awaiting a ruling from Judge Larson

17   regarding the phasing of trials. MGA also did not designate a witness on Topic Nos. 26, 34 and

18   41 because it was in the process of appealing the May 16, 2007 Order as it pertained to these

19   topics to Judge Larson.[3]  MGA similarly did not designate a witness on Topic No. 40 because it

20   was awaiting a ruling from Judge Larson on its pending motion to dismiss Mattel's counterclaims.

21   MGA's motion to dismiss was based, in part, on Mattel's purported failure to comply with

22   California Code of Civil Procedure §2019.210. Apparently, MGA thought that the need for

23   discovery on Topic No. 40 might be obviated if it prevailed on its motion to dismiss.

24

25

26   _____

27   [3]  MGA filed its Objection to the May 16, 2007 Order on May 31, 2007.

28
Bryant v. Mattel, Inc.,
CV-04-09049 SGL (RNBx)

EXHIBIT _____ 153⁴

PAGE _____ 1981

1    MGA also did not designate a witness on the entirety of Topic No. 39. Earlier in June

2    MGA produced Kenneth Lockhart to testify on Topic No. 39. At the deposition, however,

3    Lockhart testified that he had no knowledge regarding MGA's collection of non-electronic

4    documents, a subject within the scope of Topic No. 39. Mattel asked MGA to identify another

5    witness to testify regarding the collection of non-electronic documents. MGA apparently refused

6    to do so because it believed Mattel had agreed to limit Topic No. 39 to exclude that issue.

7         By the end of June 2007, MGA had made only two Rule 30(b)(6) witnesses available for

8    deposition pursuant to the May 16, 2007 Order: Kenneth Lockhart and Paula Garcia. Mattel's

9    Motion at p.3.[4]

10        On June 26, 2007, Judge Larson issued a Minute Order scheduling MGA's appeal of the

11   May 16, 2007 Order for hearing on July 2, 2007. On June 27, 2007, Judge Larson issued an order

12   denying MGA's motion to dismiss, and Mattel renewed its request that MGA produce a witness

13   to testify on Topic No. 40. The next day MGA responded that it intended to identify a designee

14   and dates for a deposition by the end of the week.

15        On June 29, 2007, Mattel filed the instant motion. On July 5, 2007, Judge Larson issued

16   an order affirming the May 16, 2007 Order. That same day MGA confirmed the date and its

17   designation of a witness on Topic Nos. 39 and 40. MGA also confirmed that it would produce

18   witnesses on Topic Nos. 34 and 41. On July 9, 2007, MGA provided designations and dates for

19   deposition for Topic Nos. 34 and 41.

20        In this motion, Mattel contends that MGA has refused to designate and/or to produce

21   witnesses on Topic Nos. 21, 25, 26, 34, 39, 40 and 41, even though the May 16, 2007 Order

22   required it to make all of its Rule 30(b)(6) witnesses (except on Topic Nos. 25 and 26) available

23   by the end of June. Mattel also contends that MGA has refused to meet and confer in good faith

24

25        [4] A third deposition was scheduled for June, however, it did not take place. According to Mattel, MGA

26   unilaterally cancelled the deposition the day before it was scheduled to commence. Mattel Motion at p.4. According to MGA, Mattel agreed to defer the deposition.

27

28   Bryant v. Mattel, Inc.,                                                          5
     CV-04-09049 SGL (RNBx)

     EXHIBIT _____ 153

     PAGE _____ 1982

1    to schedule the deposition of witnesses on Topic Nos. 25 and 26, in violation of the May 16, 2007

2    Order. Lastly, Mattel contends that MGA's stated justifications for refusing to comply with the

3    May 16, 2007 Order all lack merit.

4         MGA contends that Mattel's motion is premature and unnecessary, and is now moot.

5    MGA explains that after the June 22, 2007 meet and confer, there were only four topics open:

6    "one of which (40) was subject to a ruling anticipated to be coming from Judge Larson any day

7    and which was received before Mattel's motion was filed; two of which (34 and 41) were the

8    express subject of an appeal pending before Judge Larson; and the last was simply the result of an

9    honest disagreement between the parties as to the actual intended scope of the topic (39)."

10   MGA's Opposition at p.2. MGA denies ever refusing to provide witnesses on these topics, and

11   instead, asserts that it was entitled to receive Judge Larson's rulings before scheduling

12   depositions. MGA further contends that it identified witnesses and deposition dates soon after

13   Judge Larson issued his orders.

14                                   III. DISCUSSION

15   **Topic Nos. 25 and 26**

16        The May 16, 2007 Order required the parties to meet and confer "regarding the timing of

17   the depositions on Topic Nos. 25 and 26." Proctor Decl., Ex. 1. During the June 22, 2007 meet

18   and confer session, MGA indicated that it was likely to designate Lisa Tonnu for these topics;

19   however, it did not offer a date for the deposition because it was awaiting Judge Larson's ruling

20   on the phasing of trials.

21        Mattel contends that MGA's purported justification for failing to schedule the depositions

22   is without merit because discovery in this case has not been phased. Further, Mattel contends that

23   depositions on these two topics cannot be delayed any longer because under the current schedule,

24   expert reports are due in late August.

25        MGA contends that it fulfilled its meet and confer obligations regarding Topic Nos. 25

26   and 26 and took the position that the depositions shouldn't be scheduled until Judge Larson issued

27   a ruling on the phasing of trials.

28
     Bryant v. Mattel, Inc.,
     CV-04-09049 SGL (RNBx)                                                          6

EXHIBIT _____ 153

PAGE _____ 1982

1    MGA is not technically in violation of the May 16, 2007 Order with respect to Topic Nos.

2  25 and 26 because it fulfilled its obligation to meet and confer regarding the timing of the

3  depositions. Therefore, Mattel's motion to enforce the May 16, 2007 Order and request for

4  sanctions are denied as to Topic Nos. 25 and 26. Nevertheless, MGA's purported justification for

5  delaying scheduling depositions on Topic Nos. 25 and 26 is no longer valid in light of Judge

6  Larson's ruling on the phasing of trials and Mattel is entitled to a date certain for the depositions.

7  **Topic No. 39**

8    The May 16, 2007 Order required MGA to designate a witness on Topic No. 39 by May

9  22, 2007, and to produce its designee for deposition by June 30, 2007. MGA met these deadlines

10  by designating Kenneth Lockhart on Topic No. 39 and producing him for deposition on June 14

11  and 15, 2007. Mr. Lockhart, however, was unable to testify regarding the collection of non-

12  electronic documents. During the parties' subsequent meet and confer, MGA acknowledged that

13  Mr. Lockhart was not proffered regarding the collection of non-electronic documents, but claimed

14  that Mattel had previously agreed to limit Topic No. 39 to electronic documents.

15    Mattel denies ever agreeing to so limit Topic No. 39 and contends that "it is preposterous

16  to think that Mattel would agree to such a limitation." Mattel's Motion at p.10. Mattel points out

17  that the Topic clearly encompasses both electronic and non-electronic documents, and that the

18  May 16, 2007 Order compels MGA to produce a witness on the Topic as written.

19    In contrast, MGA contends that it designated Mr. Lockhart, Chief Information Officer, on

20  Topic No. 39 "based on its good faith belief that the topic was intended to cover the retention of

21  electronic documents and other 'digital information.'" MGA's Opposition at p.6. Nevertheless,

22  on July 5, 2007, MGA designated Lisa Tonnu to testify on Topic No. 39 and indicated that she

23  was available on July 19, 2007.

24    MGA is in substantial compliance with the May 16, 2007 Order, having produced Mr.

25  Lockhart by the June 30th deadline and by offering Lisa Tonnu to testify regarding the remainder

26  of Topic No. 39 after the apparent misunderstanding came to light. Therefore, Mattel's motion to

27  enforce the May 16, 2007 Order is denied with respect to Topic No. 39.

28  //

**Topic No. 40**

The May 16, 2007 Order required MGA to designate a witness on Topic No. 40 by May 22, 2007, and to make the witness available for deposition no later than June 30, 2007. At the June 22, 2007 meet and confer session, MGA did not designate or produce a witness on Topic No. 40 because it was awaiting the resolution of its motion to dismiss. On June 27, 2007, Judge Larson denied MGA's motion to dismiss and held that Mattel had already complied with §2019.210. The next day MGA notified Mattel that it would identify a witness on Topic No. 40 and potential dates for deposition by the end of the week. On July 5, 2007, MGA confirmed that Lisa Tonnu would testify on Topic No. 40 and would be available for deposition on July 19, 2007.

Mattel contends that MGA violated the May 16, 2007 without any legitimate basis because Topic No. 40 was not the subject of any appeal. In contrast, MGA contends that it completed its designation and provided available dates promptly after Judge Larson issued his order.

MGA clearly violated the May 16, 2007 by failing to identify a witness to testify on Topic No. 40 and to make the witness available for deposition by June 30th. MGA's non-compliance was willful and inexcusable. MGA could have but failed to request any extension of time to designate and produce a witness on Topic No. 40. MGA has not cited any precedent that excuses a litigant from complying with deadlines imposed by a discovery order, without leave of court, simply because the claim to which the discovery is directed is the subject of a pending motion to dismiss. Mattel's motion is granted as to Topic No. 40 and sanctions are warranted pursuant to Rule 37(b)(2), Fed.R.Civ.P.

**Topic Nos. 34 and 41**

The May 16, 2007 Order required MGA to designate a witness on Topic Nos. 34 and 41 by May 22, 2007 and to produce its designee(s) for deposition by June 30, 2007. At the June 22, 2007 meet and confer session, MGA did not offer any designees or deposition dates for Topic Nos. 34 and 41 because it was in the process of appealing the May 16, 2007 Order to Judge Larson with respect to these topics.

Bryant v. Mattel, Inc.,
CV-04-09049 SGL (RNBx)

8

EXHIBIT _____ 153

PAGE _____ 1985

1       On May 31, 2007, MGA appealed the May 16, 2007 Order compelling it to produce

2   designees on Topic Nos. 34 and 41.[5]  MGA sought a stay of the May 16, 2007 Order as to these

3   Topics pending appeal.  On June 21, 2007, the Discovery Master denied the requested stay.  On

4   June 22, 2007, MGA filed an "emergency *ex parte*" application with Judge Larson seeking review

5   of the June 21, 2007 Order denying the requested stay.  On June 26, 2007, Judge Larson issued a

6   Minute Order scheduling MGA's appeal of the May 16, 2007 Order for hearing on July 2, 2007.

7   A few days after the hearing, Judge Larson issued an order upholding the May 16, 2007 Order.

8   That same day MGA confirmed that it would produce witnesses on Topic Nos. 34 and 41.  On

9   July 9, 2007, MGA identified Renato Dionisio to testify on Topic No. 34 and indicated that the

10  witness was available on any one of the following days: August 21-23 or 28-30.  MGA identified

11  Lisa Tonnu to testify on Topic No. 41 and indicated that she was available to testify on July 19.

12      Mattel contends that MGA willfully failed to comply with the May 16, 2007 Order, even

13  after its request for a stay was denied.  MGA contends that the instant motion was unnecessary

14  and a waste of judicial resources because Mattel knew before it filed the motion that Judge Larson

   had moved up the hearing on MGA's appeals and a ruling would be forthcoming.

15      MGA violated the May 16, 2007 Order by failing to designate and produce a witness to

16  testify on Topic Nos. 34 and 41 by the June 30th deadline.  The violation was particularly

17  egregious because MGA's request for a stay was denied on June 21, 2007, which still left a few

18  days for MGA to at least designate a witness and propose dates for a deposition, even if the

19  deposition was scheduled beyond the June 30th deadline.  Instead, MGA chose to persist in its

20  refusal to comply with the May 16, 2007 Order and gambled that Judge Larson would grant it

21  "emergency" *ex parte* relief.  MGA's clear and flagrant violation of a court order warrants

22  sanctions under Rule 37(b)(2), Fed.R.Civ.P.

23                   IV. CONCLUSION

24      For the reasons set forth above, Mattel's motion is granted in part and denied in part.  To

25  the extent MGA has not already done so, MGA shall promptly confirm its designees on Topic

26  _____

27      [5]  MGA also appealed the May 16, 2007 Order with respect to Topic No. 26.

28  Bryant v. Mattel, Inc.,
   CV-04-09049 SGL (RNBx)                                    9

EXHIBIT _____ 153

PAGE _____ 1986

1   Nos. 21, 25, 26 and 34 by August 22, 2007, and make them available for deposition no later than

2   September 27, 2007.

3      Mattel's request for sanctions is granted based upon MGA's willful violation of the May

4   16, 2007 Order by failing to identify witnesses and dates for deposition for Topic Nos. 34, 40 and

5   41 by the designated deadlines.  MGA shall reimburse Mattel in the amount of $1,000 in

6   monetary sanctions pursuant to Rule 37(b)(2), Fed.R.Civ.P., no later than August 22, 2007.

7      Pursuant to Paragraph 6 of the Stipulation and Order for Appointment of a Discovery

8   Master, Mattel shall file this Order with the Clerk of Court forthwith.

9

10  Dated: August _14_, 2007

11                                              HON. EDWARD A. INFANTE (Ret.)
                                                Discovery Master

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    Bryant v. Mattel, Inc.,
    CV-04-09049 SGL (RNBx)

EXHIBIT _153_ 10

PAGE _1987_

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on August 14, 2007, I served the attached ORDER GRANTING IN PART MATTEL'S MOTION TO ENFORCE THE COURT'S ORDER OF MAY 16, 2007, TO COMPEL MGA TO PRODUCE WITNESSES FOR DEPOSITION PURSUANT TO RULE 30(b)(6), AND GRANTING REQUEST FOR SANCTIONS in the within action by e-mail addressed as follows:

| | | |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| Dale Cendali Esq. | O'Melveny & Myers LLP | dcendali@omm.com |
| Diana Torres Esq. | O'Melveny & Myers LLP | dtorres@omm.com |
| James Jenal Esq. | O'Melveny & Myers LLP | jjenal@omm.com |
| Alicia Meyer Esq. | O'Melveny & Myers LLP | ameyer@omm.com |
| Jennifer Glad Esq. | O'Melveny & Myers LLP | jglad@omm.com |
| David Hurwitz, Esq. | O'Melveny & Myers LLP | dhurwitz@omm.com |
| Johanna Schmitt Esq. | O'Melveny & Myers LLP | jschmitt@omm.com |
| Michael C. Keats, Esq. | O'Melveny & Myers LLP | mkeats@omm.com |
| Kendall Burr, Esq. | O'Melveny & Myers LLP | kburr@omm.com |
| Melanie Bradley, Esq. | O'Melveny & Myers LLP | mbradley@omm.com |
| Marvin Putnam, Jr., Esq. | O'Melveny & Myers LLP | mputnam@omm.com |
| William Charron, Esq. | O'Melveny & Myers LLP | wcharron@omm.com |
| Patricia Glaser Esq. | Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP | pglaser@chrisglase.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on August 14, 2007, at San Francisco, California.

Sandra Chan

EXHIBIT _____ 153
PAGE _____ 1988

**EXHIBIT 154**



SWAN

· Super Shimmery makeup
  on lips, cheeks, white areas
  & eyelids

· more matte on shadow

· extend shadow up into rooting line,
  or at least far up onto the temple

Cartin
X6099



Kyaw
EXHIBIT NO. 1658
1/24/08
Wendy S. Schreiber

CONFIDENTIAL        BRYANT 00883

EXHIBIT     154

PAGE        1989



hair 519/529 blend
w/736 (lightly) Thru part

Return to Carter B
x 6099

My First Collector
Baibie
FB625
2 heads
Both Closed
mouth Nostalgic

CONFIDENTIAL EXHIBIT _____ 157
BRYANT 00884
PAGE _____ 1990



B326
benefit doll

- nostalgic skin, closed mouth
  follow scrap for
  lip shape/color

- 2 heads total

HAIR?

CONFIDENTIAL  154  BRYANT 00885
EXHIBIT

PAGE _____ 1991



Swan
- Pure black hair
  w/ small pony ~/ flip in back
- coral-y pink lips w/ lots of shimmer/irid.
  and a more pink color at center of mouth

Kyan
EXHIBIT NO. 1659
1/24/08
Wendy S. Schreiber

CONFIDENTIAL
EXHIBIT 154
PAGE 1992
BRYANT 00886

**EXHIBIT 155**

ISAAC LARIAN
Total Income Per Tax Returns

|  | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|
| Wages |  |  |  |  |  |  |  |  |
| Interest |  |  |  |  |  |  |  |  |
| Dividends |  |  |  |  |  |  |  |  |
| Other |  |  |  |  |  |  |  |  |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787278

EXHIBIT ___158___

PAGE ___1993___

REDACTED

**EXHIBIT 156**

| | |
|---|---|
| **From:** | Isaac Larian (President / CEO) |
| **To:** | Valerie Grant |
| **CC:** | |
| **BCC:** | |
| **Sent Date:** | 2003-08-21 19:18:01:956 |
| **Received Date:** | 2003-08-21 19:18:00:000 |
| **Subject:** | FW: Cash / P&L Forecast for Balance of 2003 |
| **Attachments:** | MGA 2003 Forecast Revised 062603.xls |

Please make sure this happens.

Isaac Larian
CEO
Please note my new e mail address below
MGA ENTERTAINMENT
A Consumer Entertainment Product Company
16730 Schoenborn Street
North Hills, California, 91343-6122
Tel: 818-894-3150
Fax:818-894-1267
Larianl1@MGAE.COM
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com

—---Original Message—---
From: Mel Woods
Sent: Thursday, June 26, 2003 6:37 AM
To: Isaac Larian (President / CEO)
Subject: FW: Cash / P&L Forecast for Balance of 2003

Based on the attached cash flow information I have now been able to come up with a preliminary withdrawal/investment plan for you for the rest of this year. While these number are approximate, over the next six months, you and your sister will use about $_____ to invest in the new building. In addition, you will recive cash distributions, completely net of taxes, totaling _____ for the rest of the year. Below is a simple table showing the approximate amount and timing of distributions (I have always left _____ the company for safety.):

DATE AMOUNT BUILDING
TO ISAAC TO SHIRIN
—------ —----- —-----

EXHIBIT _156_

PAGE _1994_

Confidential - For Attorney's Eyes Only

MGA 3772461

**REDACTED**

**EXHIBIT 157**

Carter Bryant
1A Sycamore Dr.
Kimberling City, MO 65686
(417)739-1338 Fax (417)739-2248

Human Resources
Hasbro Toy Group
615 Elsinore Place
Cincinnati, OH 45202

July 14, 1998

Dear Ladies and Gentlemen at Hasbro Toy Group,

Hello. Recently I submitted a resume and a sampling of my portfolio work to your company. I am
writing to amend my original cover letter which stated that I would be interested in working with
your company on a freelance basis. I would now also like to inform you that I would also be
interested in a full-time position with your company. As I stated in my original letter, I am a
former designer for the Barbie mainline doll brand at Mattel, Inc. and I feel I would be a
beneficial employee at your company, having accomplished several milestones for Mattel and
Barbie including the designing of the new body and designing the Teen Skipper lines. As I also
stated in my original letter, I am particularly interested in working with the Sindy doll line, and
would be very receptive to working overseas. I would be glad to re-submit my portfolio or
samples from it if needed.

Sincerely,

Carter H. Bryant

EXHIBIT 151
PAGE 1997

ATTORNEY'S EYES
ONLY

BRYANT 00377

**EXHIBIT 158**

# Carter H. Bryant
1-A Sycamore Drive
Kimberling City, MO 65686
(417)739-1338office (417)739-2248FAX

## Professional Objective
To utilize and expand on the training and experience I have gained thus far in a creative and challenging manner. To provide my employer with the best possible in creative ideas, designs and creative concepts which will hopefully enhance the overall quality of their production.

## Education
Otis college of Art and Design, Los Angeles, CA
1994
Fashion Design/Illustration Major

## Professional Experience

### Most Recent Position
**September 1995-April 1998**
Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245
Title: **Designer, Barbie Mainline Fashion Dolls**
Responsibilities:
Developing doll/toy concepts from initial idea to the pre-production development stage. This included the full range of design, from the design of the fashions and accessories, which included shoes/hats/bags, etc. to the design of the hairstyle/hair color, face design, which included designing of the dolls' "makeup" and the conceptual design of the "feature" (or 'play pattern') of the toy which usually included any accessory that was to be included with the doll, such as a skateboard or a horse or a bicycle, etc. Concepts were first presented in illustration form, using sketches/illustrations and concept boards, and, upon approval, translated to the 3-Dimensional prototype stage.

**Special Accomplishments**
Designer of the "Teen Skipper" dolls, marketed in 1997. The Teen Skipper dolls became Mattel's best selling doll in the Barbie doll line for the first half of 1997, outselling all advertised dolls in the Barbie Line. (The Skipper dolls were *un*-advertised during the first half of 1997.)

Designer of the "new" Barbie body which will be introduced this year. The new body received media attention in the *Wall Street Journal*, as well as *Good Morning America*, and was also covered in various news programs around the country. Was also instrumental in bringing in a new face design/sculpt for the 1998 Barbie line after 20 years of Mattel's use of the same sculpt.

My original fashion illustrations for the "Teen Skipper" dolls were reproduced to appear in a cover-story article on the Teen Skipper dolls for the *'Barbie Bazaar'* magazine's July/August 1997 issue. *"Barbie Bazaar"* is an internationally distributed magazine.

EXHIBIT 158
PAGE 1998
CONFIDENTIAL                    Attorney's Eyes Only        BRYANT 04647

## Toys Currently on the Market

Several of my toy designs are currently on the market and are visible in the "Barbie Aisle" and adjacent aisles of most large toy stores. (See photos included)

**1998 Barbie doll line**
*Cool Blue Barbie/Extreme Green Teen Skipper/Perfect Pink Teresa/Purple Panic Christie
These dolls were introduced in May of 1998 and are selling *very* well.

**1997 Barbie doll line**
*Teen Skipper/Teen Courtney/Teen Nikki. See comments under *special accomplishments*. Also see tear sheets included from magazine article.
* Bicyclin' Stacie/Whitney/Janet
* Flower Fun Barbie. A low priced Barbie doll.
* "Clueless" dolls, Cher, Amber and Dionne. I designed a second Cher doll which was approved by Mattel and the TV shows' producers, but due to the shows' cancellation, was never put into production. This toy concept was very well received, however, within the toy industry of Mattel's customers/retailers.

**Upcoming**
As mentioned earlier, the "new" Barbie body should be introduced later this year on a product with a yet-to-be-determined name. The working name of this line was "Really Rad", and included the characters Barbie/Christie/Teresa and Kira.

EXHIBIT 158

PAGE 1999

CONFIDENTIAL

Attorney's Eyes Only

BRYANT 04648

**EXHIBIT 159**

# ABC International Traders, Inc.

March 2001

Business Plan Copy Number [1]

This document contains confidential and proprietary information
belonging exclusively to ABC International Traders, Inc.

Isaac Larian
Chief Executive Officer
16730 Schoenborn Street
North Hills, California  91343
818-894-2525

*This is a business plan. It does not imply an offering of Securities.*

EXHIBIT ___ 139

D' ___ 800

Confidential - For Attorney's Eyes Only

MGA 4033288

# Table of Contents

Vision and Mission ........................................................... 4

    Present Situation ....................................................... 4

    Vision and Mission ..................................................... 6

    Goals .................................................................. 7

    Objectives ............................................................. 7

Company Overview ........................................................... 10

    Legal Business Description ............................................. 10

    Management Team ........................................................ 11

    Strategic Alliances ................................................... 13

Market Analysis ............................................................ 15

    Market Definition ..................................................... 15

    Risk .................................................................. 18

Marketing Plan ............................................................. 19

    Sales Strategy ........................................................ 19

    Distribution Channels ................................................. 20

    Advertising and Promotion ............................................. 21

    Public Relations ...................................................... 23

Line List .................................................................. 24

Financial Plan (TLP) ....................................................... 25

Media Plan ................................................................. 26

EXHIBIT ___159___

PAGE ___2001___

2

Confidential - For Attorney's Eyes Only

MGA 4033289

# Vision/Mission

## Present Situation

Barbie dominates the $655 million (per NPD TRSTS) Fashion Doll category.  Out of the top 25 selling items in the category for YTD 2000, only four were not some variation of the Barbie brand.  This leaves very little room to maneuver for other companies and brands hoping to break into the category.  In fact, the picture gets bleaker with the realization that of the four items in the top 25 that are not part of the Barbie brand, all are licensed.

The operating environment was similarly hostile to attempted entry in 1998 and 1999.  Only three of the top 25 items and two of the top 25 items respectively were not Barbie branded.  Those items that were not Barbie branded, were licensed.  The entire category, therefore, has a history of complete domination by Mattel, with minimal shelf space for one or two very successful licenses.

For YTD 2000, TRSTS data indicates that over 90% of all sales in the category were Mattel manufactured products.  Play Along received 3.3% from its Britney Spears dolls.  Kid Kore managed to grab 1.5% of the market based on its marginally successful line of non-licensed fashion dolls.

The Fashion Doll category declined –1%, 2000 vs. 1999.  The #1 Fashion Doll in 2000 was Celebration Barbie with $38M in sales as compared to Barbie Millennium with $49M in sales in 1999.  Celebration Barbie finished the year as the #7 ranked traditional toy.  Another successful item for Mattel was the Barbie Wizard of Oz Asst., ranking #13 among all traditional toys in 2000.  Barbie Wizard of Oz actually sold more individual units (1.9M units) than Celebration Barbie (1.3M units) as Barbie Wizard of Oz retailed for $15 compared to Celebration Barbie at $29 (NPD Group TRSTS, 2001)

In 2000, the top 5 Dolls were all introduced by Mattel, and all ranked among the top 25 traditional toys.  These dolls include Celebration Barbie, Barbie Wizard of Oz Asst., Diva Starz Doll Asst., Barbie & Krissy Mermaids and Dancin Debbie.

ABC International Traders, Inc. is launching its own line of fashion dolls in Fall 2001, Bratz™.  The Bratz are four unique fully-articulated dolls which include Cloe, Sash, Yasmin and Jade.  If ABC were to achieve a moderate success in the confines of the category, it would be considered a major sales victory because of the sales dollars generated.  For example, if ABC had produced the #15 selling fashion doll in 1999, that would project out to sales for ABC of $16 million or 24% of the 1999 total sales.  So although manufacturing a #15 selling item carries little prestige, the success of the item in this case is unquestionable.

EXHIBIT ____ 159

PAGE ____ 2662

3

Confidential - For Attorney's Eyes Only

MGA 4033290

## Company

ABC International Traders, Inc. was founded in 1979 and is presently in its growth stage. ABC International Traders, Inc. can best be described as currently being in the business of manufacturing consumer electronic toys. In recent times our key strengths have been state-of-the-art technology and innovative marketing.

## Management

Most of our management team is in place, however, we require a Chief Operating Officer and a Vice President of Product Development to complete our team by April, 2001. Also, we are currently hiring three employees to handle product development and marketing.

## Products and Services

At present, Bratz™ is in the production stage and will be on the shelves of mass market, mid-tier and drug retailers in June 2001. Each Bratz will have an MSRP of $14.99. ABC will also offer three fashion packs including Pajama Power, Study Hall Style and Dynamite Dance for an MSRP of $7.99.

Our current product line is in need of a brand extension for Spring 2002 which will consist of new fashions for the four Bratz. This new line of Bratz will also include a new hairplay feature whereby the consumer can remove the current hairpiece and replace it with another. The hairplay feature included in the doll packs will be supported by a hairpack SKU with an MSRP of $7.99. In order to be price sensitive for Spring, also offered will be a $9.99 Character Pack which will include one doll without the mix 'n match feature. In Spring, the Bratz will have new fashions and a bevy of hairstyles from which to choose.

In Fall 2002, the Bratz will become interactive. Using infared technology, they will be able to communicate with one another on various topics. ABC will still offer Cloe, Sasha, Yasmin and Jade (in new, funky fashions) but will introduce a new character as well. The interactive Bratz will have an MSRP of $24.99. Sold separately will be a BratzPack (MSRP $12.99) in which the consumer can now carry her Bratz fashion dolls and accessories. One of those accessories will include a choice of three modes of transportation all at an MSRP of $29.99; a scooter, a Vespa or a pink convertible (again using infared technology). Another introduction will be a large Bratz head where the consumer can use makeup play pattern to pretty up their Bratz. Included will be lipstick, eyeshadow, glitter, hairgels and blush for an MSRP of $19.99. As hair styles change with the seasons so too will the Bratz Hairpacks for Fall (MSRP of $7.99). Lastly, fashion packs for Fall will be refreshed (MSRP $4.99).

EXHIBIT 159
PAGE 2002

4

Confidential - For Attorney's Eyes Only

MGA 4033291

## Market Environment

The fashion doll marketplace has been stagnant for 30 years. We are now poised to introduce a fashion doll that Mattel does not understand.   Barbie's target demographic is girls 4-6 years old.

In August 2000, Mattel introduced an electronic mini-doll line, Diva Starz.  In 2000, Diva Starz sold over $21M (NPD TSRTS) at an average selling price of $27.37 per doll.  Diva Starz' target demographic is girls 5-7 years old.

ABC's Bratz combine the classic play pattern of Barbie and the extreme, contemporary play of Diva Starz.  It is in this offering, ABC can create a new category.  ABC's core target market is girls 7-11 years old.  Bratz creates a niche that appeals to girls that Barbie does not understand and Diva Starz simply does not appeal to.

## Customers

Current customers who have ordered Bratz include, but are not limited to, Wal-Mart, Target, Kmart, Toys 'R Us, K*B Toys, Rite Aid and Walgreens.

## Distribution

We have worldwide distribution and sell to more than 33,000 storefronts in the United States alone.  ABC International Traders, Inc. has over 200 sales people working out of 10 offices.

## Vision and Mission

### Vision

By 2002 ABC International Traders, Inc. will be a highly visible company known as a leader in the fashion doll industry. We will have developed four unique dolls and marketed these products in the mass market channels.  Sales will exceed :
ABC International Traders, Inc. will actively be promoting the Bratz™ through television advertising, print advertising, web site, end caps, POP and FSI.  We are also looking to secure a promotional partner by September 1, 2001.

EXHIBIT____154

____iE____2004

Confidential - For Attorney's Eyes Only

5

MGA 4033292

REDACTED

**Mission Statement**

In order to achieve our Vision, ABC International Traders, Inc. commits to the following:

ABC International Traders, Inc.'s Mission is to seize and sustain 3% market share in the fashion doll and ancillary categories. In carrying out our day-to- day business we strive to:

1.      Treat our employees with respect.

2.      Follow the philosophy that our customers are our priority.

3.      Be considered as a leader in our toy community.

Through a long-term commitment to this mission, we will be known as a company that offered consumers an alternative to Barbie in the 21st century. Our customers, vendors, and employees see ABC International Traders, Inc. as offering innovative products at an affordable price point.

## Goals & Objectives

1.      Initiate the launch strategy of Bratz
   - Production start date of April 28, 2001
   - Website will be live by June 1, 2001 (budget of $75k)
       - Obtain freelance developed by March 12, 2001
       - Finalize creative pitch from vendor by March 21, 2001
   - Television commercial spot will air by October 1, 2001 ($150k to shoot - $2.5M in media budget)
       - Delivered to networks by September 15, 2001
       - Commercial production to begin end of second quarter 2001
       - Storyboards due by April 15, 2001
       - Bids from production companies due by April 15, 2001
       - Selection of production company by April 30, 2001
   - Retailer advertising campaigns underway
     [insert info from Pat]
       - Senior Product Manager to bring product samples from Hong Kong by March 21, 2001
       - Shoot product for ad slicks the week of March 26, 2001
       - Finalize strategy with Sales Department on April 3-4, 2001
           - End caps
           - FSI
           - Floor minders
           - POP

2.      Secure $250k in Advances and/or Guarantees by December 30, 2001 through licensing of the Bratz brand.

EXHIBIT ___159___

Confidential - For Attorney's Eyes Only

PAGE ___2005___

6

MGA 4033293

Since the Bratz™ have a passion for fashion, product roll-out will begin with apparel for Fall 2002. ABC International Traders will become a licensor to a host of apparel licensees. The Bratz™ apparel will be launched at the MAGIC Show in Las Vegas, February 2002. Categories will include apparel, t-shirts, innerwear, sleepwear, outerwear and hosiery.

Also launching in Fall 2002 in time for Back-to-School will be stationery, calendars and diaries. ABC has already received interest from Shaw Creations, Inc. (licensee of Warner Bros. and Disney) to create Bratz™ raincoats and umbrellas.

In order for ABC International Traders, Inc. to attain its vision in the manner described in our mission statement, the following primary strategic goals need to be achieved:

- Create collateral press kit to distribute to prospective licensees (mini-disc)
- Kit components to include:
  - Flash animation/website/ad slicks
  - Media Charts/Promo plans/distribution profile
  - Press Release
  - Corporate Backgrounder
  - Clips (print, tv)
  - Character profiles and Background
  - Prospective Licensee Form
  - Digital photos
  - Mini-disc completed by May 1, 2001
  - Style guide for licensees completed by June 12, 2001
- Bids from vendors due by March 20, 2001
- Exhibit Bratz at the International Licensing Show (10x20 booth) at the Jacob Javits Convention Center, June 12-14, 2001
- Facilitate Bratz RoadShow to major retailers (Wal-Mart, Kmart, Target, Toys 'R Us, K*B Toys) to begin in May 2001
- Place one Full-page ad in *License! Magazine* for May, June, July 2001 ($13,500)

3.   Obtain 20M impressions by December 1, 2001
- Place full-page ads in consumer and trade publications (*License!, Jump, Cosmo Girl, Teen*)
- Launch Bratz at FAO Schwartz September 1, 2001
- Participate in PlayDate in New York, October 2001

4.   Exceed break-even of 800,000 units of Bratz™ fashion dolls (goal is to ship 3.5M units by December 31, 2001). Current forecast:
- Toys 'R Us          200K pcs
- Wal-Mart            150K pcs

EXHIBIT   159

PAGE   2004

7

Confidential - For Attorney's Eyes Only

MGA 4033294

- Target          60K pcs
- Kmart           80K pcs
- K*B Toys        36K pcs
- International   250K pcs
- Others          100K pcs

- Marketing department to present sales with a kit by March 12, 2001 to include:
  - Line list
  - Frequently Asked Questions (FAQs)
  - Media & Promotional Plans
  - PowerPoint Presentation
  - Press clippings (TV, print)
- Facilitate bi-weekly Bratz meeting with Sales department

5.   Complete Bratz Television Series Pitch Pack by July 1, 2001
- ABC has received interest from Kids WB, Fox Kids and Sony in developing an animated series based on the Bratz
- ABC has received interest from Bandai Entertainment in producing the animation for the Bratz series
- Zeke Kamm (writer of The Powerpuff Girls and Dexter's Lab) will create the Bratz Mini-Bible
- Focus group research will be conducted at LA Focus on March 22, 2001 and March 23, 2001
- ABC will meet with Zeke on March 26, 2001 to discuss target audience and strategy for the series
- Mini-Bible will be completed by May 15, 2001
- Meetings with networks will be conducted the week of May 21, 2001

6.   Secure Promotional Partner by September 1, 2001
- Possible QSR with McDonald's, Tricon, or Shell
- Possible promotion with Coca-Cola, Kellogg's, Quaker Oats
- Pitch pack/press kit completed by May 1, 2001
- Three-Five Premium concepts will be presented
  - Mini-Bratz
  - Bratz candy
  - Home video
  - Tatoos
  - Female sports drink



EXHIBIT ___159___

PAGE ___2007___

8

Confidential - For Attorney's Eyes Only

MGA 4033295

# Company Overview

## Legal Business Description

### Company Name

ABC International Traders, Inc. is the legal name of our Company but we dba MGA Entertainment.

### Legal Form of Business

The legal form of ABC International Traders is Subchapter S-Corporation.

### *Business Location*

The corporate headquarters of ABC International Traders, Inc. is 16730 Schoenborn Street, North Hills, California, 91343. Satellite locations include MGA Entertainment (HK) Ltd., Room 1001 10/F, Empire Centre, 68 Mody Road, Tsimshatsui East, Kowloon, Hong Kong; 200 5th Avenue, Suite 1212, New York, NY, 10010; 175 Paramount Drive, 3rd Floor, Mailbox 13, Raynham, MA 02767; Dallas Market Center, 2100 Stemmons Freeway, Suite 8850, Dallas, TX 75207; 336 Hazelwood Avenue, San Francisco, CA 94127; 1012 Linden Street, Innisfil, Ontario, Canada L9S 1W4;

### *Government Regulations*

Because ABC International Traders, Inc. is operating in the toy industry we are under the regulation of the FCC, FTC and FDA.

The manufacture and sale of toys is regulated by both federal and state authorities. ABC International Traders, Inc. has obtained all required federal and state permits, licenses, and bonds to operate its facilities. There can be no assurance that ABC International Traders, Inc.'s operation and profitability will not be subject to more restrictive regulation or that the ABC International Traders, Inc.'s operations and profitability will not be subject to more restrictive regulation or increased taxation by federal, state, or local agencies.

EXHIBIT 159

PAGE 2008

9

Confidential - For Attorney's Eyes Only

MGA 4033296

## Management Team

### Officers and Key Employees

Isaac Larian, President

Fred Larian, Executive Vice President

Eli Makabi, Executive Vice President

Patrick Williams, Senior Vice President of Sales

Paul Warner, Vice President of Sales

Martin Hitch, Vice President of International Sales

Dennis Medici, Chief Financial Officer

Stephen Lee, General Manager of Hong Kong Office

Lon Ross, Director of Marketing

Paula Treantafelles, Senior Product Manager

Of the ten people who make up the corporate staff, there are three founders who hold the following positions:

*Isaac Larian, President*

*Fred Larian, Executive Vice President*

*Eli Makabi, Executive Vice President*

Responsibilities & Management Team Backgrounds

### Isaac Larian, President/CEO

Isaac Larian oversees all divisions of the company, including product development, sales, marketing, overseas operations, production and distribution. With the pioneering spirit of the MGA family and the creative minds and insights of his own children, Mr. Larian is a major contributor to the development of new products and vision behind ABC International Traders, Inc.

Under Mr. Larian's leadership, ABC International Traders, Inc. has experienced outstanding growth, with 2000 sales of more than $92 million, an increase of 43 percent. Mr. Larian founded MGA Entertainment in 1979, under the name *SURPRISE GIFT WAGON*, to import and distribute name brand consumer electronics. The company was

10

EXHIBIT _____159_____

PAGE _____2009_____

Confidential - For Attorney's Eyes Only

MGA 4033297

incorporated under the same name in 1982, and in 1987, Mr. Larian made a strategic move to enter the world of consumer entertainment, brokering a deal with Nintendo that made ABC the first official distributor of Nintendo and CD products in the United States. In 1993, under the new name MGA Entertainment, he successfully led the company in its formal transition from a consumer electronics company to a consumer entertainment company.   Mr. Larian has a Bachelor of Science degree in Engineering.

**Fred Larian, Executive Vice President**
Should he be included?

**Eli Makabi, Executive Vice President**
Eli Makabi oversees warehouse operations, purchasing, logistics and distribution.

**Patrick Williams, Senior Vice President of Sales**
Mr. Williams brings over 20 years of sales experience including working for Mattel and Hasbro.  At ABC, he directs staffing, training and performance evaluations to develop and control sales program. Mr. Williams manages worldwide sales distribution by establishing sales territories, quotas, and goals and advises dealers and distributors concerning sales and advertising techniques. Additionally, he analyzes sales statistics to formulate policy and to assist dealers in promoting sales.  Mr. Williams manages sales office activities including customer/product/service.

**Paul Warner, Vice President of Sales**
Before joining ABC International Traders, Inc., Mr. Warner spent 10 years with Ritvik Toys Inc. (Mega Bloks).   Before joining Child World, he worked as a buyer for Fay's Drug Co., Inc.  Between 1977 and 1978, Paul was the sales representative for Supermarket Distributors, Inc.   At ABC, Paul forecasts and plans sales for all east coast accounts including Toys 'R Us and Kmart and supervises independent sales representatives.  He also oversees ABC's Canadian market sales.

**Martin Hitch, Vice President of International Sales**
Martin Hitch brings over 11 years of international and domestic sales experience while working for Mattel and Hasbro.  He oversees over 40 distributors throughout the world including Tomy Japan,  Tomy U.K., Vivid Imaginations (UK), Bandai Spain, Bandai Germany, and Bandai France.

**Dennis Medici, Chief Financial Officer**
Dennis Medici's 18 year tenure in finance and accounting includes five years with Upper Deck.  Currently, he manages working capital including receivables, inventory, cash and marketable securities. Performs financial forecasting including capital budget, cash budget, pro forma financial statements, external financing requirements, financial condition requirements.

11

EXHIBIT ___159___

PAGE ___2010___

Confidential - For Attorney's Eyes Only

MGA 4033298

### Stephen Lee, General Manager - Hong Kong
Mr. Lee brings over 20 years of overseas operations knowledge to ABC.  He previously worked for Atari, JTS and Radofin.

### Lon Ross, Director of Marketing
Lon Ross has held positions in entertainment/media marketing and brand management with firms that include Mattel, United Pet Group, MuchMusic USA, Cablevision Systems, and Twentieth Century Fox.  While employed within the toy industry, Mr. Ross was responsible for managing and developing licensed products representing nearly $500 million in revenues.  Mr. Ross has managed toy brands and licenses ranging from Disney Entertainment properties, Winnie the Pooh, Nickelodeon properties, the National Basketball Association (NBA), Barbie, and Matchbox/Hot Wheels.  Lon Ross is responsible for a wide range of initiative ranging from brand direction and planning, promotions, advertising, and product development strategy.  Mr. Ross holds an MBA from the Weatherhead School of Management at Case Western Reserve University and a BS in marketing from Babson College.

### Paula Treantafelles, Senior Product Manager
Paula Treantafelles graduated from Univeristy of Southern California with her Bachelor of Science, Business Administration degree.  After graduation, Paula worked in the Sales Research and Design and Development teams for the Large and Small Doll brand groups at Mattel. Inc.  At ABC, Ms. Treantafelles is responsible the product development, brand management and marketing of the Bratz™ line.

The leadership and alignment characteristics of ABC International Traders, Inc.'s management team have resulted in the establishment of broad and flexible goals designed to meet the ever-changing demands of the quickly moving marketplace requiring our products. This is evident when the team responds to situations requiring new and innovative capabilities.

## Staffing

ABC International Traders, Inc. development team recognizes that additional staff is required to properly support marketing, sales, research, and support functions.  We are currently seeking a Chief Operating Officer, Vice President of Product Development and an Associate Product Manager.

## Strategic Alliances

ABC International Traders, Inc. has formed some very important relationships with major companies in the entertainment industry. The following is a list of existing relationships:

EXHIBIT ___159___

PAGE ___2011___

12

Confidential - For Attorney's Eyes Only



MGA 4033299

**Licensing Efforts**

ABC International Traders, Inc. has been involved in the entertainment licensing industry for 14 years beginning with Nintendo in 1987. ABC is a member of the International Licensing Industry Merchandisers' Association (LIMA).

Character and entertainment licensing has enjoyed enormous success in the past decade, generating billions of dollars in revenues each year. It is one of the most profitable types of licensing. It is difficult to measure the precise revenue from character licensing accurately, however, due to two recent trends in the industry: a trend towards long-term relationship agreements between the licensor and the licensee, and a trend towards structuring of partial payment in terms of equity in licensee operations. Although the predominance of character and entertainment licensing in the merchandising industry continues to erode as a lot of other properties have emerged and are now available for licensing, there is little question that this segment still continues to dominate the market. This property type is also the most concentrated with just a few large players dominating the licensing activity. The major players in character and entertainment licensing are the big movie studios and broadcasting companies. Names such as Disney, Warner Bros., Nickelodeon, and Fox come to mind immediately, and these companies are launching some of the most successful licensing programs, such as the famous old (comic) book characters X-Men, Spider-Man, or Batman, TV-based properties as Looney Tunes, The Simpsons and Sesame Street or properties based on movies such as Star Wars, one of the most successful licensing programs ever. New entertainment licensing properties also stem from the videogame section such as Nintendo and Pokémon.

ABC International Traders, Inc. currently has the following Merchandise License Agreements in place:

| Property | Licensor | Length of Contract (years) |
|---|---|---|
| Got Milk? | California Milk Board | 3 |
| Monster Rancher | BKN Entertainment | 2.5 |
| Bear in the Big Blue House | Jim Henson Company | 2.5 |
| Asteroids | Infogrames | 6 |
| Centipede | Infogrames | 6 |
| Missile Command | Infogrames | 6 |
| Super Breakout | Infogrames | 6 |
| Pac-Man/Ms. Pac-Man | Namco | 8 |
| Mrs. Fields Famous Brands | Mrs. Fields | 3.5 |
| National Hot Rod Association | NHRA Properties | 3 |
| National Football League | NFL Properties | 3 |
| Power Rangers | Saban Entertainment | 8 |
| Hello Kitty | Sanrio Inc. | 3 |
| Deer Avenger 1 & 2 | Simon & Schuster | 3 |
| Crazy Bones | Toy Craze, Inc. | 2 |
| WWF | WWFE, Inc. | 4 |

13

EXHIBIT ____159____

PAGE ____2012____

Confidential - For Attorney's Eyes Only

MGA 4033300

# Market Analysis

## Market Definition
The target audience for the Bratz are tween girls from 7-11 years old.  Tweens consist of three markets in one; the *primary* market - spending money on their own wants and needs, the *influence* market – directing the spending of their parents' money on their want and needs and the *future* market – for all goods and services who have all their purchases ahead of them.  All three markets combined, tweens have more market potential than any other demographic group.

Girls lead the tween market and are gender specific.  Tweens want a product uniquely made for them.  They do not want adults to infiltrate into their world.  Tweens aspire to be like "big girls" and are fashion conscious.  At this age, girls are also making the transition from play to reality and becoming self-reliant.

## Industry Analysis

The Barbie brand is unquestionably dominant in the Fashion Doll category.  This means that all things being equal, a consumer will choose the Barbie doll over all others.  That being the case, Mattel does not have to compete based on a targeted price point.  They can, and do, price their most successful Barbie offerings at every price point from $5.00 to $20.00.  It is an inefficient scattering of offerings, but Mattel manages to collect revenues at all possible price point triggers – not just one.

For those items that are not Barbie related, the price point target has to be more strategic.  The market seems to have focused in on the $15.00 price point.  For YTD 2000, of the top 11 selling non-Barbie branded fashion dolls, nine were priced within a dollar or two of $15.00.  It appears to be a collective decision that is more than arbitrary.  In a sample of 11 products selected from among the midrange sellers, only three had a price point very close to $15.00.  Among the bottom dwellers of the category, these are nearly none with a price point close to $15.00.  Those should not be interpreted as a casual relationship that exists between this particular price point and sales success.  There is no basis on which to draw that conclusion definitively.  It is, however, a noteworthy point and an indicator of where pricing attention could best be focused.

The fashion doll category market is stagnant. The market for these products amounted to $1.1 billion in 2000--representing a 1% decline from 1999.

Referenced sources agree that the major trend is for funky, edgy fashion or small dolls.  The trend has been toward the development of such products (Diva Starz, Bratz™).

The overall fashion doll market for the toy industry is projected to be $1.3 billion by the end of 2001. The overall market potential for Bratz™ is estimated to be $30 million by the end of 2001.

EXHIBIT ___159___

PAGE ___2013___

14

Confidential - For Attorney's Eyes Only

MGA 4033301

Brands and licenses are so pervasive in the Fashion Doll category it would be appropriate to say that they define the category. For YTD 2000, retailers sold $324MM of branded/licensed product in the category. That accounts for 89% of all sales of fashion dolls. In fact, a review of the top brands/licenses in the category reveals a domino effect where the licenses drive fashion and the fashion drives the doll category.

| Brand/License | Sales $ | Sales Units |
|---|---|---|
| Barbie | $298,254,562 | 24,469,979 |
| Britney Spears | $13,362,740 | 885,119 |
| Spice Girls | $1,695,582 | 284,903 |
| Toy Story | $1,508,963 | 114,857 |
| Star Wars | $1,392,632 | 133,115 |
| Christina Aguilera | $1,344,720 | 74,182 |
| S Club 7 | $409,829 | 26,040 |
| Aladdin | $344,028 | 22,783 |
| Tarzan | $311,886 | 27,991 |
| Charlie's Angels | $181,374 | 12,116 |

Category success without licensing or very strong branding are few and far between. The market is apparently looking for fashion leadership, and that leadership must have a name. Primarily, leadership is provided by Barbie. Barbie is still viewed as the ideal female figure and as an infinitely versatile model of modern fashion. It is not surprising that Barbie is a clear leader. Media images are secondary sources for fashion leadership. Category consumers are drawn to images or major fashion and lifestyle leaders like Britney Spears which is why Bratz will be successful. They are the girls with a "passion for fashion".

**Strengths**

In terms of product strength, Bratz™ has several distinct advantages over the competition. First is its marked advancement in the physical appearance of the dolls. The Bratz™ are unique in many ways; their eyes are big with a hint of animé style; their lips are more pronounced, their feet and heads are oversized. There is no fashion doll on the market that bears the resemblance to the Bratz™. Additionally, the fashions exemplified mirror those worn by today's tween. Chunky shoes, tube tops and their hair accessories demonstrate the urban girl for the 21st century.

In marketing, our most powerful assets are distribution and image of the brand. ABC will launch an aggressive $2.5 million dollar television campaign for fourth quarter 2001. Print advertising in popular tween magazines such as *Cosmo Girl, Teen* and *Jump* will further enhance our product positioning.

The Bratz™ will be offered to retailers at a price point close to that of Barbie's. ABC is confident that girls will purchase the Bratz™ over Barbie because they are not defined by race or ethnicity. This was a conscious decision so the consumer can choose the doll that reflects their own fashion style or appearance.

EXHIBIT _____ 159

PAGE _____ 2014

15

Confidential - For Attorney's Eyes Only

MGA 4033302

**Weaknesses**

There is one handicap inherent in ABC venturing into the Fashion Doll category. The only notable marketplace disadvantage is that ABC is competing with the number one toy company in the world, Mattel.

This category is monopolized by Mattel with Barbie. By year-end 2001 we will have positioned ourselves by capturing 3% of the market share and thereby reduce this weakness considerably. We do not wish to dominate this category but instead grow our Bratz™ business steadily one year at a time.

Corporate weaknesses, at this time, consist only of staffing. However, we are taking steps to secure a Chief Operating Officer, Vice President of Product Development and an Associate Product Manager which we feel should alleviate this problem.

**Opportunities**

The upside potential for Bratz™ is to double our market share in the fashion doll category and being considered as a contender for Mattel.

Based on ABC's plan to continually refresh the brand each season with new product offerings, as introduced in the Mission section, it is apparent that we can achieve a steady growth in market share.

**Unexploited Opportunities**

An altogether new application for this product would be tapping into licensing the property.

ABC can effectively leverage the Bratz™ brand by introducing not only apparel but accessories such as handbags, bookbags, footwear, eyewear, headwear, jewelry, watches and luggage, to name a few. This opportunity will be exploited further at the Licensing Show in June.

The cost to begin licensing is minimal. Costs will primarily be centered around marketing the brand to the trade to create awareness. It is imperative that this introduction is done simultaneously with the release of the dolls on shelf. This will generate more interest in the brand. The only risk involved is that the Bratz™ dolls do not sell-thru at retail. However, preliminary research with young girls indicates this will not be the case.

16

EXHIBIT ___159___

PAGE ___2015___

Confidential - For Attorney's Eyes Only



MGA 4033303

# Risk

## Business Risk

### *Competition*

ABC International Traders, Inc. competes with Mattel, who is the largest toy company in the world. Mattel has greater sales, and financial, production, distribution, and marketing resources than ABC International Traders, Inc. There can be no assurance that competition in the future will not increase from other toy manufacturers, many of which, like ABC International Traders, Inc., have recently debuted their line of fashion dolls for Fall 2001. Competitors will try to offer knock off dolls with better features and lower price points.

## Elements of Risk

Since this the initial introduction of ABC International Traders, Inc. into the Fashion Doll market, ABC runs the risk of failure from trade acceptance by retailers. This is being overcome already by the orders placed from the top five major retailers. Additionally, ABC's Sales Department has been provided with the necessary tools and information to combat any resistance.

ABC can also fail if not receiving consumer acceptance. Initial research disproves such a theory. However, additional research will be conducted on March 22 and 23, 2001 with girls from ages 5.5 – 13 years old.

Lastly, licensing a property no one has yet heard of can prove to be quite a challenge. If the fashion dolls to not sell-thru well at retail, this can cause a backlash with licensees who have already spent monies in advances and product development. Promoting the brand through advertising and trade show events will counteract this risk.

17

EXHIBIT _____ 159

PAGE _____ 2010

Confidential - For Attorney's Eyes Only

MGA 4033304

# Marketing Plan

ABC International Traders, Inc.'s marketing strategy is to enhance, promote and support the fact that Bratz™ offers urban streetwear fashions coupled with extreme looks into the Fashion Doll category with which Mattel cannot compete.

The overall marketing plan for our product is based on the following fundamentals:

- Entering the Fashion Doll category in Fall 2001

- Reach the tween market (girls 7-12) who are no longer interested in Barbie

- Place the Bratz™ in mass market retailers for Fall 2001

- Secure 3% market share in the Fashion Doll category by year-end 2001

## Sales Strategy

The Bratz™ should be treated as a long-term brand with future line extensions.

As such, the target market segments to focus on tweens. Because of the Bratz™ special market characteristics, our in-store sales strategy includes:

- Securing end-caps
- Free-standing inserts
- Floor minders
- Point of Purchase displays

## Positioning

Our Bratz™ is seen by the consumer as innovative and hip.  Its unique advantages can be exploited to arrive at a winning position in the consumer's mind.

In terms of market segmentation advantages, we can use middle class consumers and ethnic appeal to arrive at a winning position here.

To be effective, other licensed products depend on the presence of our Bratz™ .

## Pricing

EXHIBIT _____ 159

PAGE _____ 2017

18

Confidential - For Attorney's Eyes Only

MGA 4033305

The Bratz™ price (MSRP $14.99) is competitive with Barbie. There is a higher perceived value in Bratz™ because each doll comes with five accessories pieces so each doll has two complete outfits.

The prices for our products are determined first and foremost by costs. It is important to know that competitive pricing is essential to our market profile.

Examples of competitive pricing include:

| Rank | Item | Manufacturer | Intro Date | Average Price |
|------|------|--------------|------------|---------------|
| 1 | Celebration Barbie | Mattel | June 2000 | $33.27 |
| 2 | Barbie Wizard of Oz | Mattel | February 2000 | $14.87 |
| 3 | Mary Kate & Ashley | Mattel | March 2000 | $15.03 |
| 4 | Superslide Kelly | Mattel | December 1999 | $15.27 |

## Distribution Channels

ABC International Traders, Inc.'s marketing department plans to sell our Bratz™ through several channels. In addition to selling the product to mass marketers, it will be sold at mid-tier department stores, toy specialty stores and through e-commerce. Key competition uses the same distribution channels.

A partial list of ABC International Traders, Inc.'s major current customer include:

- Wal-Mart
- Kmart
- Target
- Toys 'R Us
- K*B Toys
- RadioShack

### Direct Sales

The majority of ABC International Traders, Inc. sales will be handled internally through direct sales by our staff.

ABC International Traders, Inc. anticipates hiring two additional National Account Sales Managers for Kmart and Target.

We have chosen to use a direct sales force because our products require considerable customer education and post-sales support--directly from the company. Our price point, pricing structure and profits are such that our costs of sales warrants "person-to-person" selling strategy.

### International Distributors

One of the key elements designed into the ABC International Traders, Inc. marketing

19

Confidential - For Attorney's Eyes Only

EXHIBIT _159_

PAGE _2018_

MGA 4033306

plan is the targeting of our distributors. We will select distribution channels already in existence and staffed with professionals possessing appropriate backgrounds and clientele.

ABC International Traders, Inc. products are very pertinent to the nature of distributor's business and to the well-being of their customer base.

This strategic marketing approach takes full advantage of the fact that these professionals are already involved with parallel products and services. They already have a track record of experience.

By operating within these distribution channels in this manner, we can maintain control of our market. In addition, we can generate growth at a reasonable pace and obtain excellent sales results.

Bratz™ fresh look and attitude is especially appreciated internationally.  Overseas, fashion-forward couture is ahead of the American designers.  The United Kingdom, Australian and Italy already see the fashion trends demonstrated in Bratz™ and have committed to developing the brand in their markets.

## Advertising and Promotion

ABC International Traders, Inc. recognizes the key to success at this time requires extensive promotion. This must be done aggressively on a wide scale.  ABC International Traders, Inc. plans to advertise in major trade and consumer magazines such as *Teen, Jump, Cosmo Girl* and *License!*.   Co-op advertising will also be placed with mass market retailers.

### Objectives

- Position ABC International Traders, Inc. as a leader in the fashion doll market.

- Increase company awareness and brand name recognition among retailers, buyers, and customers.

- Develop, through market research, significant information to create immediate and long-term marketing plans.

- Coordinate sales literature and promotional collateral in order to secure licensees and promotional partners.

### Media Objectives

- Gain awareness of company among industry groups, buyers, and customers.

EXHIBIT _159_

PAGE _2019_

20

Confidential - For Attorney's Eyes Only

MGA 4033307

- Establish an image of ABC International Traders, Inc. as a organization that is professional, completely reliable, and highly positioned in the market.

- Maximize efficiency in selection and scheduling of published ads in publications to cover tween and trade markets.

**Media Strategy**

- Select primary business publications with high specific market penetration.

- Schedule adequate frequency of ads to impact market with corporate image and product messages.

- Where possible, position advertising in or near product reviews and appropriate editorials.

- Take advantage of special high-interest issues of major publications when possible (Discount Store News' Wal-Mart issue).

- To get the most out of our promotional budget, our media coverage will be to focus on a tween audience.

We will develop an advertising campaign built around product innovation, beginning with a "who we are" statement and supporting it with ads that reinforce individuality of each girl. Additionally, we will develop a consistent reach and frequency throughout the year.

**Advertising Campaign**

The best way to reach our potential customers is to develop an intense advertising campaign promoting the Bratz™ basic premise--"The Girls with a Passion for Fashion". This will also be conveyed through the interactive website www.bratzpack.com.  Over the course of the campaign, 92% of all girls 4-9 years old will see our ads an average of 15 times.

To establish the Bratz™ image, the delivery and tone of our statements will be urban glamour.

Ads will convey the look and feel of a youthful company.

Because Bratz™ is so unique, it is important to develop a promotional campaign that is consistent and easy to understand.

EXHIBIT _____ 159

PAGE _____ 2020

21

Confidential - For Attorney's Eyes Only

MGA 4033308

**Preliminary Media Schedule**

Television advertising will air for 12 weeks beginning October 1st through December 23, 2001. Cable television will air on Nickelodeon, Fox Family and Cartoon Network. Network television will air on ABC (see Appendix for media chart).

Additional publications will include *Disney Adventures*, *Nickelodeon Magazine*, and *Girls Life*. Editorial will run in the June issue of *License!*

**Sales Support Collateral Materials**

ABC International Traders, Inc. has developed a variety of collateral materials to support our sales efforts. These items include sell sheets, FAQs, line list, media and promotional plans.

**Advertising Budget**

For the next nine months, advertising and promotion will require $3,000,000 million dollars. On an ongoing basis we will budget our advertising investment as 15% of total sales.

# Public Relations

**Publicity Strategy**

During 2001 ABC International Traders, Inc. will focus on the following publicity strategies:

- Develop a sustained public relations effort, with ongoing contact between key editors and top-level personnel.

- Develop a regular and consistent product update program for the major target media, keeping key editors abreast of Bratz™ enhancements and new product introductions.

- Develop an internal newsletter that can cover key sales successes, significant marketing and manufacturing events, technical support and product development stories. Internally, the newsletter would be targeted at all company personnel and sales representatives; externally the piece would be targeted at key customers and prospects.

- Establish contact with editorial staff for the purpose of being included in product "round-ups"--product comparisons in publications such as Consumer Reports, where

EXHIBIT ___159___

PAGE ___2021___

22

Confidential - For Attorney's Eyes Only

MGA.4033309

competing products are compared. This exposure builds credibility and market acceptance.

- Produce a complete company backgrounder on ABC International Traders, Inc. to be used as the primary public relations tool for all target media editorial contact. This will also be effective for inclusion in press kits and sales packages. The backgrounder would include sections on the following broad subjects:

  ➤ Overview of the Market: size; characteristics.

  ➤ The Market in 2000, present and future.

  ➤ The Company
  ➤ History
  ➤ Management Philosophy
  ➤ Brief sketches of Top Executives

  ➤ The Products
  ➤ Market Niches

**Press Release**

ABC International Traders, Inc. will develop a series of press releases on the entire Bratz™ line. Prepare press releases for each new product introduction, and participation in a trade shows.

**Trade Show**

ABC International Traders, Inc. will participate in several trade shows in 2001: 1) International Licensing Show in June, 2) Hong Kong Pre-Toy Fair in July and 3) New York Pre-Toy Fair in September and Dallas Pre-Toy Fair in November.

In 2001, ABC International Traders, Inc. will concentrate on promoting the Bratz™ for licensing. In deciding on the ABC International Traders, Inc. plan for the International Licensing Show, the following factors have been taken into consideration:

Target audience of the show—securing at least seven licensees

Geographic location—New York is also host to many international companies who may be interested in licensing Bratz™ in their markets

Time frame—in securing apparel and accessories licensees after June, there will be ample time for each manufacturer to debut their Bratz™ collection at the MAGIC show in February 2002.

EXHIBIT _159_

PAGE _9022_

23

Confidential - For Attorney's Eyes Only

MGA 4033310

EXHiBIT 160

$(-18-3$

HCA No. 1883/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 1883 OF 2003

***************

BETWEEN

MGA ENTERTAINMENT INC.                    1st Plaintiff

MGA ENTERTAINMENT (H.K.) LIMITED          2nd Plaintiff

And

DOUBLE GRAND CORPORATION LIMITED    Defendant

***********************

**AFFIRMATION OF LEE SHIU CHEUNG**

***********************

I, Lee Shiu Cheung of Room 1001, Empire Centre, 68 Mody Road, Tsimshatsui East, Kowloon, Hong Kong do solemnly, sincerely and truly affirm and say as follows:-

1.  I am the Managing Director of MGA (H.K.) Entertainment Limited (hereinafter referred to as "MGA HK"), the 2nd Plaintiff herein, which is an affiliate of MGA Entertainment Inc., the 1st Plaintiff herein (hereinafter referred to as "MGA US"). I am duly authorised by MGA US and MGA HK to make this affirmation on their behalf. Unless otherwise stated, the facts and matters contained herein are true and they are either within my own personal knowledge or gleaned from books and records of MGA US or MGAHK to which I have free access. Insofar as facts and matters that do

1

EXHIBIT ____ 160

PAGE ____ 2023

Confidential - Attorney's Eyes Only                          MGA 0883920

not fall within the aforesaid category, they are related to me by the respective sources stated hereinafter and are true to the best of my information and belief.

2. MGA US was originally founded in 1979 as a consumer electronics business. In 1987, MGA US obtained exclusive rights to sell Nintendo hand held LCD games (Game Boy) in the USA and naturally, Game Boy was an instant success worldwide. This event paved way for MGA US to create innovative products for other best selling licenses, including Hello Kitty and Power Rangers. In 2002, MGA US added Spider-Man: The Movie and in 2003 MGA US added The Hulk to its already existing collection of licenses. MGA US is thus a successful and reputable company in the toy business. MGA US holds other licenses including licences from Marvel Characters, Inc., Atari Corporation and BVS Merchandising, Inc. (Disney). Now produced and shown to me marked exhibit "LSC-1" is a copy of the corporate profile of MGA US downloaded from its website.

3. Since 1987 MGA US has primarily concentrated and focused its efforts in the toy industry and as at the date hereof, MGA US has 8 product categories and they are smart toys, interactive dolls, handheld games, fashion dolls, youth electronics, music, licensed products and small dolls. In the years 2001 and 2002, MGA US's revenue exceeded US$98 million and US$225 million respectively. The projected revenue for the year 2003 is over US$650 million due to the success of a range of dolls known as BRATZ which is the subject matter of this action and will be dealt with in detail hereinafter. For the year 2002, the sale of BRATZ dolls and, accessories accounted for 69% of the total revenue of approximately US$225 million. MGA US forecasts that the sale of BRATZ dolls, and accessories for the year 2003 will account for 72%

2



EXHIBIT ____11__

PAGE ____2024__

Confidential - Attorney's Eyes Only

MGA 0883921

of the revenue of this year.

4.  Toys designed and marketed by MGA US have been the subject of numerous awards and prizes. However, the most successful toy designed and marketed by MGA US must be BRATZ dolls. For two consecutive years, MGA has won the toy industry's most prestigious award, The People's Choice Toy of the Year for Bratz-related toys. It has also won two consecutive Family Fun Toy of the Year award for Bratz-related toys. Additionally, in 2001 and 2002, Bratz-related toys won Today's toy tests.

5.  The BRATZ dolls come in 2 sizes. The full version stands at 10 inches tall and the mini version stands at 4 and a half inches tall. The mini version has been marketed under the names "Micro Bratz" and "Lil' Bratz" but will be referred to herein as "mini Bratz"

6.  MGA HK has become a manufacturing licensee of MGA as of 1st January 2003.

**Copyright Works**

7.  On 18th September 2000, MGA entered into an agreement with Mr. Carter Bryant (hereinafter referred to as "Mr. Bryant") whereby Mr. Bryant designed and developed a line of dolls known as BRATZ (hereinafter referred to as "the Bryant Agreement"). Mr. Bryant was a graduate of Ottis College in fashion and toy design. Although BRATZ is a misspelling of the word "brats", the former was coined by MGA US not to denote naughty or spoilt children by to denote hip and cool young adolescent or

3

EXHIBIT _____ 160

PAGE 2025

Confidential - Attorney's Eyes Only

MGA 0883922

teenage girls. This idea of hip and cool is born out in the design of the BRATZ dolls.

8.  Now produced and shown to me marked "LSC-2" is a copy of the Bryant Agreement. I crave leave to draw this Court's attention to clause 3 of the Bryant Agreement whereby all intellectual property rights including copyright subsisting in the works generated by Mr. Bryant shall be owned by MGA US. Pursuant and prior to the Bryant Agreement and commission, Mr. Bryant initially designed a range of 4 girls and subsequently extended the range by adding 1 more girl and 2 boys. The designs of the BRATZ dolls are all original drawings created by Mr. Bryant using his own independent labour, skill and judgement. At all material times, Mr. Bryant is a resident of and domiciled in the USA.

9.  Now produced and shown to me marked "LSC-3 " are copies of 17 initial concept drawings of the first 4 BRATZ dolls designed by Mr. Bryant pursuant to the Bryant Agreement. Now produced and shown to me marked "LSC-4" is a copy of a sheet of paper setting out the initial concept and idea of the BRATZ dolls by Mr. Bryant. The girls represent best friends in high school who love to trade clothes, shoes and hairdos. Since these accessories are interchangeable, the dolls can look different every day. The success of the BRATZ dolls ensured a lucrative business of supplying accessories to the owners of BRATZ dolls creating a steady stream of revenue.

4

EXHIBIT _____ 160

PAGE _____ 2021 ∩

Confidential - Attorney's Eyes Only

MGA 0883923

10. The first 4 BRATZ dolls were given a name and a different ethnic origin so they could appeal to everyone in the targeted age group of girls between 5 and 14 years old. Cloe is Caucasian, Sasha is Black, Yasmin is Hispanic and Jade is Asian. Meygan the 5th female doll that was subsequently added to the range is a red-head.

11. After making the design drawings exhibited as "LSC-3", wax models of the sculpting of the head, body parts and shoes of the BRATZ dolls were made by Margaret Leheay who is a freelance sculptor in or about winter 2000-2001. These wax models were created by Margaret Leheay using her own independent skill, labour and judgement. Margaret Leheay was commissioned by MGA US to make the said wax models for valuable consideration. At all material times, Margaret Leheay was a resident of and domiciled in the United States of America. It was the understanding and agreement between Margaret Leheay and MGA US that all intellectual property rights including copyright subsisting in the wax models shall belong to MGA US. Now produced and shown to me marked exhibit "LSC-5" being a copy assignment of copyright executed by Margaret Leheay in favour of MGA US.

12. The wax models were then used to make silicon rubber moulds of the head, body parts and shoes of the BRATZ dolls. The silicon rubber moulds were made under commission by Jessie Ramirez under valuable consideration in or about winter 2000-2001. These silicon rubber moulds were created by Jessie Ramirez using her own independent skill, labour and judgement. At all material times, Jessie Ramirez is a resident of and domiciled in the United States of America. It was the understanding and agreement between Jessie Ramirez and MGA US that all intellectual property rights including copyright subsisting in the silicon rubber moulds shall belong to MGA



5

EXHIBIT 100

PAGE 2027

Confidential - Attorney's Eyes Only

MGA 0883924

US. During the process of making the silicon rubber moulds the wax models were destroyed.

13. Polyurethane samples were produced from the silicon rubber moulds. The silicon rubber moulds have also been destroyed after the polyurethane samples were made. These samples were necessary for the making of production moulds of the dolls. There are now produced and shown to me marked "LSC-5" the polyurethane samples of the head sculpt and some body parts and shoes of the full version BRATZ dolls. It was the understanding and agreement between Jesse Ramirez and MGA US that all intellectual property rights including copyright subsisting in the polyurethane samples shall belong to MGA US. Now produced and shown to me marked "LSC-6" is the copy assignment of copyright executed by Jesse Ramirez in favour of MGA US.

14. As regards the mini Bratz, the design process is more or less the same as the full sized version. Margaret Leheay was again commissioned to produce wax models of the miniature version of the Bratz dolls. The wax models were used by Jessie Ramirez to produce silicon rubber moulds and from the silicon rubber moulds, polyurethane samples of the head and body parts were produced. Now produced and shown to me marked as "LSC-7 " are polyurethane samples of the head and body parts of the mini Bratz. Again, the wax models and the silicon rubber moulds were destroyed during the process only leaving behind the polyurethane samples behind. Similar to the full sized version, copyright subsisting in the mini version of the wax model, silicon rubber moulds and polyurethane samples belong to MGA US and are covered by the assignment exhibited as "LSC-6".

6



EXHIBIT ___1⍥O___

PAGE ___2028___

Confidential - Attorney's Eyes Only

MGA 0883925

15. The facial decorations and features of the BRATZ dolls are unique and much time, effort and monetary resources have been expended in perfecting them. MGA US commissioned one Anna Rhee to design the facial decoration of the BRATZ dolls with the understanding and agreement that all intellectual property rights including copyright shall belong to MGA US. At all material times, Anna Rhee is a resident of and domiciled in the United States of America.

16. Based on and originated from the initial concept drawings of Mr. Bryant, Anna Rhee drew some decoration directions for the facial decorations for different series of dolls. She then created the original deco masters which are hand-painted facial decorations on a rubber head sculpt of a doll. With the input of Mr. Bryant, Ms. Rhee revised the deco masters a number of times until they are perfected being the final version that were used to serve as the benchmark and template from which the original four different Bratz dolls' individual facial decorations are mass produced by spray masking. Now produced and shown to me marked "LSC-8" is the pile of decoration directions (inclusive those on the 2001 Fall series), "LSC-9a to d" are the deco masters for the 2001 Fall Series and "LSC-10" is a bundle of documents setting out the various changes during the design process made by Anna Rhee from the initial concept drawings of Mr. Bryant.

17. The full size versions of the first 4 BRATZ dolls were first published in the United States of America in November 2001 (2001 Fall Series) when they were offered for

7

EXHIBIT _____ 160

2029

sale to the general public.  The mini versions of the first 4 BRATZ dolls were first published in the United States of America in or about March 2002 when they were offered for sale to the general public.  Both versions of the BRATZ dolls were available for sale in Hong Kong since December 2002.  Now produced and shown to me marked "LSC-11a to d" are samples of the first 4 full sized version BRATZ dolls in their packaging and "LSC-12" is a sample of Cloe in the mini version and her packaging.

18. The Bratz dolls are unique in a variety of ways including their oversized heads and individual facial decoration.  One thing that has contributed to the success of Bratz and mini-Bratz is the oversized eyes and mouth that are capable of being decorated with makeup and the diminished size of the nose that serves no decoratative purposes.  Thus, the elements of the face that can be made-up, the eyes and mouth, are exaggerated while the elements of the face that cannot be made-up, the nose, is reduced.  In addition, Bratz make-up is multi-colored and the eyelashes are exaggerated in size but limited in number of eyelashes.  The lipstick is also two-toned in order to draw attention to the lips.

19. A prominent feature of Bratz and Mini-Bratz is the snap on shoes.  Carter Bryant originally designed the snap on shoes so that shoes could be an important part of the play value of Bratz.  By employing snap on shoes, girls are able to easily change the dolls footwear and it allows many different varieties of footwear to be worn by the dolls.

20. Insofar as this action is concerned, the Defendant has copied the facial decoration of

8

EXHIBIT____1 60

PAGE____2020

the full and mini versions of Cloe and the head, body parts and shoes of the mini version of Cloe. I crave leave to refer to "LSC-11a" and "LSC-12".

21. The current average FOB sales value of the full and mini version of the BRATZ dolls are respectively US$10.66 and US$4.73.

22. The BRATZ dolls and their accessories (which are not the subject matter of this action) are marketed and sold in more than 52 countries and places including the European Union, the Americas, the Balkans, the Baltics, Norway, Switzerland, Russia, Ukraine, Poland, Hungary, Czech Republic, Lebanon, UAE, Saudi Arabia, Egypt, Syria, Israel, South Africa, Australia, New Zealand, Philippines, Indonesia, Taiwan, Thailand, Singapore, South Korea, Japan and Hong Kong.

23. The BRATZ dolls have their own website at www.bratzpack.com. The site provides some games, e-greetings and Mix N Match Mall of Bratz' fashion and hairdos. The site also maintains a fan club known as BRATZ pack and maintains a list of its members. The aim of this fan club is to notify its members of new fashion trends that the BRATZ dolls will wear themselves and the launch and marketing thereof. Now produced and shown to me marked "LSC-13" are downloaded copies from the said web-site.

23. So far MGA US has spent a total of over US$22 million in advertising and promotion expenses worldwide in relation to the Bratz brand.

9



EXHIBIT _____ 100
_____ 2031

Confidential - Attorney's Eyes Only

PAGE

MGA 0883928

24. As mentioned hereinbefore, the BRATZ dolls have become an instant success and they have become collectibles. Considerable media coverage have been given to these dolls and now produced and shown to me marked "LSC-14" is a selection of press cuttings and celebrity photos of the BRATZ pack.

25. Another major source of revenue generated by the BRATZ dolls is income derived from merchandising rights by granting non-exclusive licenses to other companies worldwide. So far, 120 merchandise licence agreements have been granted in respect of a wide range of products including paper napkins, girls clothing, jewelry, bedding, home furnishing, stationery, toiletries, video games, footwear and electrical appliances etc. Pursuant to these licenses, Bratz branded goods are sold in Spain, Portugal, Australia, New Zealand, Finland, Germany, Austria, Switzerland, France, Belgium, Luxembourg, Mexico, Italy, UK, Ireland, Eire, Greece, Norway, Channel Islands, Brazil, Columbia, Greece, Cyprus, Denmark, Iceland, Sweden, Columbia, Venezuela, Turkey, Peru, Israel, all Central America countries, all Carribean Island countries, Dominican Republic, Ecuador, Venezuela, Bolivia, Paraguay, Chile, UAE, Saudi Arabia, Kuwait, Iran, Lebanon, Syria, Jordan, Egypt, Qatar, Oman, Behrain, Yemen and Hong Kong. MGA projects annual licensing revenue of $12 million per year by year-end 2004.

26. Furthermore, MGA US has granted exclusive distribution rights of the BRATZ dolls and accessories to Bandai Inc. for a term of 3 years starting from 1st April 2001 in France, Belgium, Germany, Austria, Switzerland, Spain, UK, Portugal, Ireland,

10



EXHIBIT

Confidential - Attorney's Eyes Only

MGA 0883929

Luxembourg and Netherlands.

### The Defendant and its Infringing Activities

27. BY reason of the success of the BRATZ dolls many knock offs have appeared in the
market. In order to save guard the business interests and exclusivity of the BRATZ
dolls, the Plaintiff had obtained interim injunctions in Hong Kong against Toys &
Trends (Hong Kong) Limited and Cityworld Limited. The Plaintiff has also taken
action in the UK against LB Group Limited and David Halsall International Limited
who settled the Plaintiff's claims and paid significant amounts of damages.

28. Now produced and shown to me marked "LSC-15" is a copy of the latest annual
return of the Defendant. It was filed on 18th July 2002. The Defendant has a paid up
capital of HK$10,000 of which 1 share with a nominal value of HK$1.00 is held by
Peter Leung. Peter Leung and Leung Wai Hung are directors of the Defendant.

29. I crave leave to refer to the Affidavit of Ray Black dated 13th June 2003 and filed on
behalf of the Plaintiffs which sets out the full background that brought to light the
infringing activities of the Defendant.

30. On 6th March 2003, Mr. Ray Dorrity of Bandai, UK ("Dorrity"), the distributor of BRATZ
dolls in the UK had discovered the sale of "Mini Trendy Teenz" by one Fareham Toys
in Fareham, the UK. Dorrity then purchased two samples of the Mini Trendy Teenz

11

EXHIBIT _____ 160

Confidential - Attorney's Eyes Only         PAGE ____ 2022         MGA 0883930