and had referred the matter to Mr. Ray Black of SJ Berwin, the UK lawyers of MGA US together with the samples. Now produced and shown to me marked "LSC-16" is a sample of the infringing Mini Trendy Teenz obtained by Dorrity.

31. SJ Berwin had obtained 4 full sized versions Trendy Teenz from Toy Depot UK on 25th March 2003 and sent a sample to Messrs. William W. L. Fan & Co. in end March 2003. Now produced and shown to me marked exhibit "LSC-17" is the said sample.

32. In the meantime, private investigators were instructed to conduct enquiries into the Defendant's infringing activities. I crave leave to refer to the Affirmation of Lam Yuen Chak of Kroll Fact Finders Limited dated 16th June 2003 and filed on behalf of the Plaintiffs.

33. On 4th April 2003, Mr. Erik Siersema of Hasbro, UK, the distributor of BRATZ dolls in Holland, wrote to Sandrine Raspide of MGA US disclosing to MGA US that they had encountered a "L'il Bratz knock off" called Designer Girls / Mini Trendy Teens with the name Toy Depot (Far East) Company in HK on the packaging and enquired about the "Bratz Knock Off products / protection". Now produced and shown to me marked "LSC-18" is a copy of the said e-mail and "LSC-19" is a sample of Mini Trendy Teenz provided by Hasbro UK, the back of the packing bears two companies names, namely one "Kingsley Paige Plc" and one "Toy Depot (Far East) Company".

34. In reliance of what Mr. Connolly had said to Mr. Ray Black that he was able to procure undertakings from the Defendant and/or its directors, the Plaintiffs' solicitors in Hong Kong wrote to the Defendant on 6 May 2003 requesting a suitable undertaking from

12

EXHIBIT 160

Confidential - Attorney's Eyes Only

MGA 0883931

the Defendant. Now produced and shown to me in a bundle marked "LSC-20" is a copy of the said letter. The Defendant's solicitors replied on 12 May 2003 requesting more time to take instructions. The said letter is exhibited as "LSC-21". Correspondence was exchanged between the 2 firms, copies of which are all exhibited as "LSC-22". The end result of this series of correspondence was that the Defendant might have been alerted of an impending civil claim and refused to supply samples to the investigators. Accordingly, a writ was issued against the Defendant on 26 May 2003. However, if Mr. Connolly did not misrepresent that the Defendant was willing to give suitable undertakings, the writ would be issued against the Defendant sooner. The misrepresentation of Mr. Connolly lured the Plaintiff into a false sense of security.

35. However, the investigations do show that the Defendant was still dealing in mini version of the Trendy Teenz which is a slavish copy of the mini version of Cloe down to the shoes and its snap on function. However, due to time constraints the Plaintiff has been unable to locate the copyright works relating to the shoes. The facial decoration of the doll head design on the Bobble pen and Rocker Headz Bobbing Fashion doll is also a reproduction of the facial decoration of Cloe. I crave leave to refer to paragraph 9 of the Affirmation of Lam Yuen Chak on the Defendant's quotations.

36. We have visited the Defendant's website again at www.doublegrand.com on 26th May 2003. The front page displayed some photographs of the Defendant's products including the Rocker Headz Bobblehead Fashion Dolls. Now produced and shown

13

EXHIBIT 100

Confidential - Attorney's Eyes Only

MGA 0883932

to me marked "LSC-23" is the print-out of the web-site.

## BALANCE OF CONVENIENCE

37. As already adverted to hereinabove, one of the main revenue streams of the BRATZ dolls are license fees. The demand and price of BRATZ licenses depend on the exclusivity and popularity of the product.

   (i) The FOB value of Mini Trendy Teenz was US$0.86 each only, while the mini Bratz is sold at US$4.73. The quotations from the Defendant on the Mini Trendy Teenz, RockerHeadz Bobblehead Fashion Dolls and RockerHeadz Fashion Doll Bobble Pen also reflected that the infringing articles are cheap imitations of the Bratz dolls.

   (ii) Bratz is popular because of its unique funky and sassy image. I also refer to paragraph 18 hereinbefore explaining the unique facial features of the dolls. The Trendy Teenz, RockerHeadz Bobblehead Fashion Dolls and RockerHeadz Fashion Doll Bobble Pen have copied BRATZ' image in particular the eyes and lips and will dilute the exclusivity and affect the image of the BRATZ dolls.

   The continual sale of the cheap imitations will no doubt affect the demand of licenses and the prices that MGA US can command. Any dilution in exclusivity and diminution in value of license fee is a potential loss which can not be adequately compensated by damages. It is impossible to calculate the monetary loss in this regard.

   (iii) Furthermore, Bandai UK, MGA US' licensee in the UK and Hasbro, MGA US' distributor in Holland have already lodged complaints to MGA US concerning the appearance of the infringing dolls on the markets. Now produced and

shown to me marked "LSC-24" is an e-mail from Mr. Dorrity to Mr. Ray Black of SJ Berwin of 2nd June 2003. As shown in Dorrity's said e-mail, the continual sale of the cheap imitations would no doubt adversely affect the sales of BRATZ.

38. From the aforesaid e-mail from Mr. Dorrity of Bandai to Mr. Ray Black and from the e-mail from Mr. Erik Siersema of Hasbro as referred to above ("LSC-18"), the licensee and distributor of Bratz have expressed their deep concern about the status of Bratz knock off products protection. Thus, the appearance of the infringing Trendy Teenz dolls have already caused concern and if the Defendant is not stopped, MGA US's future bargaining power with Bandai UK and Hasbro would be affected. Bandai Inc. is one of the largest toy companies in the world and MGA US cannot afford to maintain a lesser bargaining position by reason of the appearance of cheap imitations. The will affect the terms of the distributorship when it comes up for renewal next year. Cheap imitations also affect the value of licence fees and such loss is irreparable and unquantifiable.

39. The targeted consumers of BRATZ dolls are girls aged between 4 and 14 years old. They may not all be savvy or mature enough to notice the Mini Trendy Teenz, full version trendy Teenz dolls, RockerHeadz Bobblehead Fashion Dolls and RockerHeadz Fashion Doll Bobble Pen are not of MGA US' manufacture. Many customers may have mistakenly thought this is an addition to the line of BRATZ dolls especially the Mini Trendy Teenz is of the same size as Little Bratz. Even without taking the aforesaid into account, it would be entirely a matter of guesswork to know how many sales of BRATZ dolls would have been made were it not for the

EXHIBIT 160

Confidential - Attorney's Eyes Only

MGA 0883934

Defendant's unlawful activities. It would be difficult, if not impossible, for MGA US to show any diminution in projected sales was attributable to infringing copies on the market.

40. Since toy safety laws in the USA are very stringent, MGA HK had to conduct many safety, reliability and drop tests on the BRATZ dolls. There is no evidence that the Defendant did any of these tests to comply with US legislation. There is also no evidence to show that Mini Trendy Teenz, full version trendy Teenz dolls, RockerHeadz Bobblehead Fashion Dolls and RockerHeadz Fashion Doll Bobble Pen are available for sale in USA at retail level. However, this does not stop North American customers from purchasing these infringements through the web. Due to the apparent similarity between the toys, any accident caused by defective manufacture in USA or elsewhere e.g. maybe falsely attributed to BRATZ dolls and the Plaintiffs. Again this damage to reputation, especially to a new product is unquantifiable and irreparable.

41. Since Toy Depot Ltd., the exclusive distributor of Trendy Teenz dolls in the UK, has agreed not to deal with the infringing dolls anymore and the Defendant has only just embarked on its unlawful activities, the balance of convenience would favour the grant of an injunction for any loss would be easily quantifiable by mould costs and limited advertising expenses incurred unlike on the other hand, the Plaintiffs' BRATZ dolls have appeared in the market for longer than the Defendant's dolls.

42. As shown by the Defendant's annual return herein, it is an insubstantial company and its ability to pay damages is in doubt. On the other hand, as shown hereinabove

16

EXHIBIT 160
PAGE 2029

Confidential - Attorney's Eyes Only

MGA 0883935

MGA US is a company doing business in a substantial way and it is able and willing to give a cross-undertaking on damages.

Affirmed at Messrs. C.L. Chow &  )
Macksion Chan, Solicitors,  )
Rooms 501-2, Hong Seng Building,  )
77 Des Voeux Road Central, H.K.  )
this 8th day of June 2003.  )

Before me,

Chan Yiu Chee
Solicitor, Hong Kong SAR
Solicitor & Macksion Chan, Solicitors

This affirmation is filed for and on behalf of the 1st and 2nd Plaintiffs.

17

EXHIBIT 160

Confidential - Attorney's Eyes Only

MGA 0883936

HCA No. 1883/2003

# IN THE HIGH COURT OF THE
# HONG KONG SPECIAL ADMINISTRATIVE REGION
# COURT OF FIRST INSTANCE
# CIVIL ACTION NO. 1883 OF 2003

****************

BETWEEN

| | |
|---|---|
| MGA ENTERTAINMENT INC. | 1st Plaintiff |
| MGA ENTERTAINMENT (H.K.) LIMITED | 2nd Plaintiff |

And

DOUBLE GRAND CORPORATION LIMITED    Defendant

********************************************************************

## AFFIRMATION OF LEE SHIU CHEUNG

********************************************************************

Filed this 18th day of June 2003.

**William W. L. Fan & Co.**
**Solicitors**

Room 507, Hang Seng Building,
77 Des Voeux Road Central,
Hong Kong.
Tel: 2110 2128    Fax: 2111 9336
Ref: WF-1921-RC

18

EXHIBIT 1100
2040

Confidential - Attorney's Eyes Only                                MGA 0883937

**EXHIBIT 161**

# Teen Skipper

by Scott Arend



It's Skipper doll's 33rd birthday, and in the usual limited life span of toys, that makes her something of a legend. During that time she's had five face lifts, a new body, two boyfriends, several cars, a boat and a horse. She's perfected her athletic skills on roller skates, teeter boards, sleds and in the ice skating rink, while still finding time to babysit, act as a flower girl or bridesmaid in dozens of weddings and be elected Homecoming Queen. In spite of these triumphs — she's never really gotten to grow up — until now.

1997 is the year that Barbie doll's little sister, Skipper, finally becomes a real teenager. Teen Skipper has grown an additional two inches, has a new body style, face mold, hairstyle, clothes, a hip new attitude and is officially 16 years old. Available since May, Teen Skipper and her friends, Nikki and Courtney, are cute, cool and catching the interest of vintage and new doll collectors — an unusual surprise for a doll designed as part of the children's play line.

An adult-figured doll with breasts was still a radical idea to many parents in the early 1960s, and their children were not allowed to play with the Barbie doll. Mattel appealed to this group of parents and kids with the introduction of Skipper, Barbie doll's little sister. Only 9" tall and lacking the full-figured body of Barbie doll, Skipper was approximately 7-10 years of age. The sister connection between the two dolls was firmly

BRYANT 00943   EXHIBIT CONFIDENTIAL 161   PAGE 2041



established by Mattel through the use of companion outfits. All 10 of Skipper doll's original 1964 ensembles and 8 of the 12 ensembles from 1965, coordinated with Barbie doll's wardrobe.

Skipper doll's success can be measured by the profusion of ensembles she received and by the world of friends that was soon added for her. Although she continued to be involved in many activities younger children enjoyed, such as giving tea parties and jumping rope, her wardrobe reflected the eye-popping influences of mod fashion. Wild colors, prints, patterns and accessories definitely made her the coolest preteen in toydom.

The first head mold for Skipper doll was used exclusively through

Teen Skipper, left, as she appears on store shelves. If you like Skipper, chances are you will love friends Nikki and Courtney.
Below Talented fashion illustrator Carter Bryant prepared these preliminary sketches of this new teen doll

1978, and occasionally between 1978 and 1984. This original doll was superseded by "Super Teen Skipper" who was introduced in 1979 and, by following the lead of the Superstar Barbie, had a smiling face. Although a teen-ager, she still had the shapeless body of her predecessor, and was meant to be about 13 years old. Not too popular with kids, she underwent cosmetic surgery again for another smiling debut in 1985 as Hot Stuff Skipper. Looking rather demonic, the doll was as unpopular as the one she replaced, and a new look was again developed.

Radically different from the earlier versions, the fourth incarnation of Skipper doll, introduced in 1988, had a large head and a flatter, cartoon-like face. She resembled the humans prevalent in Japanese animation, and was somewhat similar to the Takara Jenny doll with her big eyes and small, closed mouth. Although her make over included a new body with small breasts, the doll looked very childlike. She had a wide age range with younger activities reflected in Pet Pals Skipper and Babysitter Skipper, as well as older teen-aged activities such as Homecoming Queen and Teen Sweetheart. Whatever age she portrayed, she was extremely appealing to children, and over two dozen versions of this doll were created, including the first introduction of an African American Skipper.

A revamped, smiling Skipper doll, who appeared to be 12 or 13 years of age, was introduced in 1995. Her head size was smaller and she didn't have the large painted eyes used over the past seven years, but she still seemed to be at an awkward



"Cool Streaks Nikki"

38 Barbie Bazaar

EXHIBIT 1(a)
PAGE 2042

BRYANT 00944

CONFIDENTIAL

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (with exhibits)** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meagcher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

On April 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (without exhibits)** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2008, at Los Angeles, California.

*Dave Quintana for*
NOW LEGAL -- Dave Quintana

07209/2485896.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (with exhibits)** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2008, at Los Angeles, California.

*Andrea Hoeven*
Andrea Hoeven

07209/2485896.1                                -2-