QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PUBLIC REDACTED] DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER DENYING MOTION TO COMPEL PRODUCTION IN RESPONSE TO MATTEL'S FIFTH SET OF REQUESTS FOR PRODUCTION<br><br>Hearing Date:   June 16, 2008<br>Time:               10:00 a.m.<br>Place:               Courtroom 1<br><br>**Phase 1:**<br>Pre-trial Conference:  May 19, 2008<br>Trial Date:                 May 27, 2008 |

I, Melissa Grant, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Mattel, Inc.'s Fifth Set of Requests for Documents and Things to MGA Entertainment, Inc., dated November 27, 2007.

3. Attached as Exhibit 2 is a true and correct copy of MGA's Objections and Responses to Mattel's Fifth Set of Requests for Documents and Things to MGA, dated December 27, 2007.

4. To date, MGA has produced approximately 4,006,627 pages of documents. Of these, 512,949 were produced in 2008. 457,163 were produced after the discovery cut-off of January 28, 2008.

5. A review by counsel for Mattel has found that approximately three million pages from MGA's production were spreadsheets. A sampling of these spreadsheets has shown that approximately 50 percent were voluminous retailer and inventory reports listing products and prices, and another 30 percent were manufacturing reports.

6. Attached as Exhibit 3 is a true and correct copy of the Discovery Master's Order Denying Mattel's Motion to Compel Production of Documents by MGA in Response to Mattel's Fifth Set of Requests for Documents and Things; Denying MGA's Request for Sanctions, dated April 14, 2008.

7. Attached as Exhibit 4 is a true and correct copy of a facsimile from Timothy Alger to Amy Park, dated April 22, 2008.

8. On April 24, 2008, Timothy Alger, Cyrus Naim, and I met and conferred with Amy Park regarding this appeal. At that meeting, I informed MGA

1 that Mattel would appeal only as to certain requests, and offered to narrow those
2 requests in the hope that an appeal could be avoided. In particular, I stated that
3 Mattel would seek documents responsive to Request Nos. 12-22 only from 1999 to
4 the present; as to Request No. 30, only those documents relating to capitalization for
5 the purposes of the creation, development, launch, licensing, marketing and sale of
6 Bratz, and only from MGA Entertainment, Inc. and MGA Hong Kong from 1999 to
7 2002, and for various MGA subsidiaries that Mattel has not moved on; as to Request
8 Nos. 40-41, and 47, statements only for those bank accounts which were used for
9 Bratz business from 1999 to the present.

10       9. Tim Alger asked Ms. Park for a response, and Bernard Shek
11 responded on behalf of MGA in an email dated April 25, 2008, rejecting any
12 compromise. Attached as Exhibit 5 is a true and correct copy of that email.

13       10. Attached as Exhibit 6 is a true and correct copy of a letter from
14 Amy S. Park to Timothy L. Alger, dated March 24, 2008.

15       11. With respect to Larian's net worth, his counsel represented that
16 documents bate-stamped MGA 3787275 – MGA 3787284 contained documents and
17 unidentified "banking" records that purportedly are sufficient to show Larian's net
18 worth. (See Exh. 6.) Those documents consist of two typed lists of assets and
19 liabilities of Isaac and Angela Larian for 2006 and 2007, respectively, and a list of
20 the name of banks without accounts or addresses and a list of Bear Stearns and
21 Merrill Lynch accounts, organized by year. The preparer or source of those lists is
22 not identified as the pages on which they appear is without letterhead. No source
23 data is cited or provided. Attached as Exhibit 7 is a true and correct copy of those
24 documents produced by MGA at Bates number MGA 3787275 – MGA 3787284.

25       12. Attached as Exhibit 8 is a true and correct copy of excerpts of
26 spreadsheets produced by MGA in this action at Bates numbers MGA 4045123 and
27 MGA 4045337-4045347.

28

**REDACTED**

13. Attached as Exhibit 9 is a true and correct copy of excerpts of the Deposition Transcript of Isaac Larian, dated March 26, 2008.

14. Attached as Exhibit 10 is a true and correct copy of excerpts of the Deposition Transcript of Lisa Tonnu, dated January 17, 2008.

15. Attached as Exhibit 11 is a true and correct copy of a document produced by MGA in this action at Bates numbers MGA 3787372 – 3787397, and submitted in the deposition of Lisa Tonnu as Exhibit 1354.

16. Attached as Exhibit 12 is a true and correct copy of a document produced by MGA in this action at Bates numbers MGA 3787400 – 3787426, and submitted in the deposition of Lisa Tonnu as Exhibit 1364.

17. At my request, attorneys for Mattel added all entries denoting payments by MGA to Isaac Larian for the year 2003, from Exhibits 1354 and 1364 to the deposition of Lisa Tonnu (see Exhs. 11-12). In total, those documents show that Larian was paid _____. In contrast, the document produced by MGA at Bates number MGA 3787278 (see Exh. 7) shows Larian with an income of _____ for the year 2003.

18. Attached as Exhibit 13 is a true and correct copy of the article Doll wars, Makers of Barbie and rival Bratz not playing nice in battle for supremacy, by Norma Meyer, published in the San Diego Union Tribune on June 5, 2005, available at http://www.signonsandiego.com/uniontrib/20050605/news_1c05doll.html, and produced by MGA in this action at Bates number MGA 0071557.

19. Mattel has also been able to learn from random information contained in various documents produced to date that MGA banks with at least a dozen financial institutions and appears to conduct Bratz business with them. Attached as Exhibit 14 is a true and correct copy of an index prepared by Mattel of MGA banks and whatever related account information Mattel was able to glean from the documents identified on the index.

-3-
GRANT DEC ISO MATTEL'S MOTION OBJECTING TO APRIL 14, 2008 ORDER RE FIFTH SET OF REQUESTS

20.     In addition, MGA apparently has a payroll, tax, sweep, and deposit accounts at Union Bank. MGA also engaged US Bancorp as an investment advisor in 2002 and asked them to determine the value of MGA and Bratz at the time—information that is clearly relevant and discoverable. Attached collectively as Exhibit 15 are true and correct copies of e-mail exchanges between Larian and US Bancorp (MGA 1002883 – MGA 1002884; MGA 1513312 – MGA 1513314; MGA 1002868; MGA 0142904). Nevertheless, MGA has produced none of the bank records pertaining to any of the banks listed on the index. Nor has it produced records reflecting US Bancorp's valuation of MGA or the documentation that MGA submitted to US Bancorp for its use in arriving at its evaluation.

21.     Attached as Exhibit 16 is a true and correct copy of excerpts of the deposition of Isaac Larian in Art Attacks LLC v. MGA Entertainment, Inc., dated December 15, 2005.

22.     Attached as Exhibit 17 is a true and correct copy of the Discovery Master's Order Granting Mattel's Motion To Compel Production Of Documents And Interrogatory Responses By MGA, dated May 16, 2007.

23.     Attached as Exhibit 18 is a true and correct copy of excerpts of the transcript of trial in Art Attacks Ink, LLC v. MGA Entertainment, Inc., dated May 1, 2007.

24.     Attached as Exhibit 19 is a true and correct copy of excerpts of the Expert Report of Paul K. Meyer, dated February 11, 2008.

25.     Attached as Exhibit 20 is a true and correct copy of excerpts of the Deposition Transcript of Farhad Larian, dated February 4, 2008.

/
/
/
/
/

1       26.    Attached as Exhibit 21 is a true and correct copy of Mattel, Inc.'s
2  Second Amended Answer and Counterclaims (Public Redacted), dated July 12,
3  2007, without exhibits.
4       I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6       Executed this 28th day of April, 2008, at Los Angeles, California.

                                             */s/ Melissa Grant*