**Exhibit 1**



QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. |

Exhibit 1
Page 6

1    Pursuant to Rule 34 of the Federal Rules of Civil Procedure,

2  Mattel, Inc. hereby requests that MGA Entertainment, Inc. ("MGA") respond to

3  these document requests ("Requests") and make available for inspection and

4  copying originals of the following documents within 30 days of service at the

5  offices of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 South Figueroa

6  Street, 10th floor, Los Angeles, CA 90017.  MGA shall be obligated to supplement

7  responses to these requests at such times and to the extent required by Rule 26(e) of

8  the Federal Rules of Civil Procedure.

9

10  **I.     DEFINITIONS**

11          A.     "YOU," "YOUR" and "MGA" means MGA Entertainment, Inc.

12  and all current or former subsidiaries, divisions, AFFILIATES, predecessors-in-

13  interest and successors-in-interest.  Without limiting the foregoing, MGA

14  Entertainment, Inc. includes ABC International Traders and ABC International

15  Traders, Inc.

16          B.     "LARIAN" means Isaac Larian, any FAMILY MEMBER of

17  Isaac Larian, and any trust of which Isaac Larian is a trustee or of which any

18  FAMILY MEMBER of Isaac Larian is a beneficiary including, without limitation,

19  the Isaac and Angela Larian Trust and the Isaac Larian Annuity Trust.

20          B.     "DOCUMENT" or "DOCUMENTS" means all "writings" and

21  "recordings" as those terms are defined in Rule 1001 of the Federal Rules of

22  Evidence and Rule 34 of the Federal Rules of Civil Procedure and shall include all

23  writings, including but not limited to handwriting, typewriting, printing, image,

24  photograph, photocopy, digital file of any kind, transmittal by (or as an attachment

25  to) electronic mail (including instant messages and text messages) or facsimile,

26  video and audio recordings, and every other means of recording upon any tangible

27  thing, any form of communication or representation, and any record thereby created,

28  regardless of the manner in which the record has been stored, and all non-identical

1  copies of such DOCUMENTS, in the possession, custody, or control of YOU,

2  YOUR counsel, or any other PERSON acting on YOUR behalf.

3        C.      "AFFILIATES" means any and all corporations, proprietorships,

4  d/b/a's, partnerships, joint ventures and business entities of any kind that, directly or

5  indirectly, in whole or in part, own or control, are under common ownership or

6  control with, or are owned or controlled by a PERSON, party or entity, including

7  without limitation each parent, subsidiary and joint venture of such PERSON, party

8  or entity.

9        D.      "IDENTIFY" or "IDENTITY" means the following:

10        (a)      With reference to an individual, means such individual's name,

11  current or last known business title, current or last known business affiliation,

12  current or last known relationship to YOU, current or last known residential and

13  business address, and current or last known telephone number.

14        (b)      With reference to an account with a bank or financial institution,

15  means the name and address of the bank or financial institution, the account

16  number(s) for or otherwise associated with such account and the name of each

17  holder, including without limitation each beneficial holder, of each such account.

18        E.      "FAMILY MEMBER" means any PERSON who at any time is,

19  was or has been a parent, spouse, child or sibling of another PERSON.

20        F.      "RELATING," "RELATING TO," "REFERRING OR

21  RELATING TO," or "REFER OR RELATE TO" means any and all of the following

22  terms and their synonyms:  refer to, discuss, constitute, evidence, pertain to,

23  mention, support, contradict, negate, bear on, touch on, contain, embody, reflect,

24  identify, state, deal with, concern, comment on, summarize, respond to, relate to, or

25  describe.

26        G.      "PERSON," in the plural as well as the singular, means any

27  natural person, association, partnership, corporation, joint venture, government

28

1  entity, organization, trust, institution, proprietorship, or any other entity recognized

2  as having an existence under the laws in the United States or any other nation.

3         H.     The singular form of a noun or pronoun includes within its

4  meaning the plural form of the noun or pronoun so used, and vice versa; the use of

5  the masculine form of a pronoun also includes within its meaning the feminine form

6  of the pronoun so used, and vice versa; the use of any tense of any verb includes

7  also within its meaning all other tenses of the verb so used, whenever such

8  construction results in a broader request for information; and "and" includes "or"

9  and vice versa, whenever such construction results in a broader disclosure of

10  documents or information.

11

12  **II.**    **INSTRUCTIONS**

13         A.     YOU are to produce all requested DOCUMENTS in YOUR

14  possession, custody or control.

15         B.     If YOU contend that YOU are not required to produce certain

16  DOCUMENTS called for by these Requests on the grounds of a privilege or

17  protection that YOU are not prepared to waive, identify each such DOCUMENT

18  and provide the following information:

19            1.     the date and type of the DOCUMENT, the author(s) and all

20                  recipients;

21            2.     the privilege or protection that YOU claim permits YOU to

22                  withhold the DOCUMENT;

23            3.     the title and subject matter of the DOCUMENT;

24            4.     any additional facts on which YOU base YOUR claim of

25                  privilege or protection; and

26            5.     the identity of the current custodian of the original of the

27                  DOCUMENT.

28

1     C.     DOCUMENTS shall be produced in their original file folders, or
2  in lieu thereof, any writing on the file folder from which each such DOCUMENT is
3  taken shall be copied and appended to such DOCUMENT and the PERSON for
4  whom or department, division or office for which the DOCUMENT or the file
5  folder is maintained shall be identified.

6     D.     The DOCUMENTS should be produced in their complete and
7  unaltered form. Attachments to DOCUMENTS should not be removed. The
8  DOCUMENTS should not be cut-up, pasted over, redacted or altered in any way for
9  any reason, including alleged nonrelevance. If emails are produced that had
10  attachments, the attachments shall be attached when produced.

11     E.     DOCUMENTS in electronic form shall be produced in that form.

12     F.     In the event that any DOCUMENT called for by these requests
13  has been destroyed or discarded, that DOCUMENT is to be identified by stating:

14          1.     the date and type of the DOCUMENT, the author(s) and all
15               recipients;

16          2.     the DOCUMENT's date, subject matter, number of pages, and
17               attachments or appendices;

18          3.     the date of destruction or discard, manner of destruction or
19               discard, and reason for destruction or discard;

20          4.     the PERSONS who were authorized to carry out such destruction
21               or discard;

22          5.     the PERSONS who have knowledge of the content, origins,
23               distribution and destruction of the DOCUMENT; and

24          6.     whether any copies of the document exist and, if so, the name of
25               the custodian of each copy.

26
27
28

**III.    REQUESTS FOR DOCUMENTS AND THINGS**

REQUEST FOR PRODUCTION NO. 1:

> YOUR Articles of Incorporation and any amendments thereto.

REQUEST FOR PRODUCTION NO. 2:

> YOUR By-Laws and any amendments thereto.

REQUEST FOR PRODUCTION NO. 3:

> YOUR Notice of Incorporation as it appeared when first published and any amendments thereto.

REQUEST FOR PRODUCTION NO. 4:

> YOUR quarterly and annual profits and loss statements (both audited and unaudited) from the date of YOUR incorporation to 1999.

REQUEST FOR PRODUCTION NO. 5:

> YOUR quarterly and annual financial statements (both audited and unaudited) from the date of YOUR incorporation to 1999.

REQUEST FOR PRODUCTION NO. 6:

> YOUR general ledger from the date of YOUR incorporation to 1999.

REQUEST FOR PRODUCTION NO. 7:

> YOUR federal and state tax returns for each year from the date of YOUR incorporation to the present.

1  REQUEST FOR PRODUCTION NO. 8:

2          DOCUMENTS sufficient to evidence any and all meetings of

3  shareholders of MGA, including the date, time and location of the meeting and the

4  IDENTITY of each PERSON in attendance.

5

6  REQUEST FOR PRODUCTION NO. 9:

7          The minutes of all meetings of shareholders of MGA.

8

9  REQUEST FOR PRODUCTION NO. 10:

10          DOCUMENTS sufficient to evidence any and all meetings of the board

11  of directors of MGA, including the date, time and location of the meeting and the

12  IDENTITY of each PERSON in attendance.

13

14  REQUEST FOR PRODUCTION NO. 11:

15          The minutes of all meetings of the board of directors of MGA.

16

17  REQUEST FOR PRODUCTION NO. 12:

18          DOCUMENTS sufficient to show any and all salary, benefits or any

19  other compensation paid to LARIAN or any business affiliated with LARIAN,

20  including to whom the payments were made, the amounts paid and the dates of

21  payment.

22

23  REQUEST FOR PRODUCTION NO. 13:

24          DOCUMENTS sufficient to show any and all payments or transfers of

25  anything of value to LARIAN or any business affiliated with LARIAN, including to

26  whom the payments or transfers were made, the amounts of the payments or the

27  value of the item transferred and the dates of the payments or transfers.

28

**REQUEST FOR PRODUCTION NO. 14:**

Statements for accounts maintained by YOU at any bank or other financial institution sufficient to show any and all payments to LARIAN or any business affiliated with LARIAN.

**REQUEST FOR PRODUCTION NO. 15:**

DOCUMENTS sufficient to show any and all payments of dividends to LARIAN or any business affiliated with LARIAN, including to whom the dividends were paid, the amounts paid and the dates of payment.

**REQUEST FOR PRODUCTION NO. 16:**

DOCUMENTS sufficient to show any and all distributions to LARIAN or any business affiliated with LARIAN, including to whom the distributions were made, the amounts of the distributions and the dates the distributions were made.

**REQUEST FOR PRODUCTION NO. 17:**

DOCUMENTS sufficient to show any and all advances of funds to LARIAN or any business affiliated with LARIAN for services to be performed at a later date, including the amount of the advance, the date of the advance, the services to be performed, whether the services were performed and, if so, when they were performed.

**REQUEST FOR PRODUCTION NO. 18:**

DOCUMENTS sufficient to show any and all gifts to LARIAN or any business affiliated with LARIAN, including to whom the gift was made, when the gift was made, the nature, amount and value of the gift and the reasons for making the gift.

1 | REQUEST FOR PRODUCTION NO. 19:

2 |         DOCUMENTS sufficient to show any and all loans from MGA to

3 | LARIAN or any business affiliated with LARIAN, including the date of the loan,

4 | the amount of the loan, the interest rate, if any, whether the loan has been repaid or

5 | forgiven in whole or in part and, if so, when and by whom.

6 |

7 | REQUEST FOR PRODUCTION NO. 20:

8 |         DOCUMENTS sufficient to show any and all loans from LARIAN or

9 | any business affiliated with LARIAN to MGA, including the date of the loan, the

10 | amount of the loan, the interest rate, if any, whether the loan has been repaid or

11 | forgiven in whole or in part and, if so, when and by whom.

12 |

13 | REQUEST FOR PRODUCTION NO. 21:

14 |         DOCUMENTS sufficient to show any and all obligations of LARIAN

15 | or any business affiliated with LARIAN guaranteed or cosigned by MGA, including

16 | the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the

17 | identity of the creditor or lender, the nature and amount of the obligation, the date

18 | the obligation was guaranteed or cosigned, whether the obligation has been satisfied

19 | and, if so, when and by whom.

20 |

21 | REQUEST FOR PRODUCTION NO. 22:

22 |         DOCUMENTS sufficient to show any and all obligations of MGA

23 | guaranteed or cosigned by LARIAN or any business affiliated with LARIAN,

24 | including the IDENTITY of the PERSON who guaranteed or cosigned the

25 | obligation, the identity of the creditor or lender, the nature and amount of the

26 | obligation, the date the obligation was guaranteed or cosigned, whether the

27 | obligation has been satisfied and, if so, when and by whom.

28 |

1  REQUEST FOR PRODUCTION NO. 23:

2         DOCUMENTS sufficient to IDENTIFY each and every PERSON who

3  has owned stock in MGA at any time including, without limitation, DOCUMENTS

4  sufficient to show whether such PERSON is a FAMILY MEMBER of Isaac Larian.

5

6  REQUEST FOR PRODUCTION NO. 24:

7         For each PERSON who has owned stock in MGA, DOCUMENTS

8  sufficient to show the number of shares of stock owned by such PERSON, the

9  percentage of shares owned as measured against the total outstanding shares, the

10 dates upon which the PERSON acquired the shares, the consideration paid or

11 promised for the shares and the dates on which such consideration was paid or

12 promised.

13

14 REQUEST FOR PRODUCTION NO. 25:

15        DOCUMENTS sufficient to show the total outstanding shares of MGA

16 stock at any time from the incorporation of MGA to the present.

17

18 REQUEST FOR PRODUCTION NO. 26:

19        All DOCUMENTS that REFER OR RELATE TO the issuance of

20 MGA stock certificates any time since the incorporation of MGA to the present,

21 including without limitation to whom they were issued and the dates of issuance.

22

23 REQUEST FOR PRODUCTION NO. 27:

24        All DOCUMENTS, including without limitation all

25 COMMUNICATIONS, that REFER OR RELATE TO the purchase, sale, transfer,

26 alienation, pledge, hypothecation or alienation of MGA stock or any ownership

27 interest in MGA.

28

Exhibit 1
Page 15
-10-

07209/2302419.1

MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS

REQUEST FOR PRODUCTION NO. 28:

All DOCUMENTS, including without limitation all COMMUNICATIONS, that REFER OR RELATE TO any instance in which any shareholder, stockholder or other owner of any interest in MGA lost, misplaced or was unable to locate original MGA stock certificates or in which any shareholder, stockholder or other owner of any interest in MGA requested that any PERSON attest to or assert such loss, misplacement or inability to locate, including without limitation the emails between Isaac Larian and Jahangir Makabi requesting that Makabi sign an affidavit that he lost his original stock certificates despite Makabi's protestation that he never had any such certificates.

REQUEST FOR PRODUCTION NO. 29:

All DOCUMENTS that REFER OR RELATE TO how MGA was capitalized upon its incorporation including, without limitation, the IDENTITY of each PERSON who purchased or subscribed to stock in MGA, the number of shares purchased or subscribed by each such PERSON, the amount paid or promised for the shares purchased or subscribed by each such PERSON and the dates such amounts were paid or promised.

REQUEST FOR PRODUCTION NO. 30:

DOCUMENTS sufficient to show how MGA has been capitalized from the date of its incorporation to the present.

REQUEST FOR PRODUCTION NO. 31:

DOCUMENTS sufficient to show any and all payments of dividends to any shareholder of MGA, including to whom the dividends were paid, the amounts paid and the dates of payment.

1  REQUEST FOR PRODUCTION NO. 32:

2          DOCUMENTS sufficient to show any and all distributions to any

3  shareholders of MGA, including to whom the distributions were made, the amounts

4  of the distributions and the dates the distributions were made.

5

6  REQUEST FOR PRODUCTION NO. 33:

7          DOCUMENTS sufficient to IDENTIFY each PERSON who has served

8  as an officer or director of MGA including, without limitation, the offices or

9  positions held by each such PERSON and the dates such offices or positions were

10  held.

11

12  REQUEST FOR PRODUCTION NO. 34:

13          DOCUMENTS sufficient to show any and all salary, benefits or any

14  other compensation paid to any officer, director or shareholder of MGA, including

15  to whom the payments were made, the amounts paid and the dates of payment.

16

17  REQUEST FOR PRODUCTION NO. 35:

18          DOCUMENTS sufficient to show any and all payments or transfers of

19  anything of value to any officer, director or shareholder of MGA, including to

20  whom the payments or transfers were made, the amounts of the payments or the

21  value of the item transferred and the dates of the payments or transfers.

22

23  REQUEST FOR PRODUCTION NO. 36:

24          DOCUMENTS sufficient to show any and all salary, benefits or any

25  other compensation paid to any officer, director or shareholder of MGA, including

26  to whom the payments were made, the amounts paid and the dates of payment.

27

28

Exhibit 1
Page 17
-12-

07209/2302419.1

MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS

1 | REQUEST FOR PRODUCTION NO. 37:

2 |        DOCUMENTS sufficient to show any and all payments or transfers of
3 | anything of value to any officer, director or shareholder of MGA, including to
4 | whom the payments or transfers were made, the amounts of the payments or the
5 | value of the item transferred and the dates of the payments or transfers.

6 |

7 | REQUEST FOR PRODUCTION NO. 38:

8 |        DOCUMENTS sufficient to show any and all salary, benefits or any
9 | other compensation paid to any FAMILY MEMBER of any officer, director or
10 | shareholder of MGA, including to whom the payments were made, the amounts paid
11 | and the dates of payment.

12 |

13 | REQUEST FOR PRODUCTION NO. 39:

14 |        DOCUMENTS sufficient to show any and all payments or transfers of
15 | anything of value to any FAMILY MEMBER of any officer, director or shareholder
16 | of MGA, including to whom the payments or transfers were made, the amounts of
17 | the payments or the value of the item transferred and the dates of the payments or
18 | transfers.

19 |

20 | REQUEST FOR PRODUCTION NO. 40:

21 |        Statements for accounts maintained by YOU at any bank or other
22 | financial institution sufficient to show any and all payments to any officer, director
23 | or shareholder of MGA.

24 |

25 | REQUEST FOR PRODUCTION NO. 41:

26 |        Statements for accounts maintained by YOU at any bank or other
27 | financial institution sufficient to show any and all payments to any FAMILY
28 | MEMBER of any officer, director or shareholder of MGA.

1    REQUEST FOR PRODUCTION NO. 42:

2            DOCUMENTS sufficient to show any and all advances of funds to any

3    officer, director or shareholder of MGA for services to be performed at a later date,

4    including the amount of the advance, the date of the advance, the services to be

5    performed, whether they were performed and when they were performed.

6

7    REQUEST FOR PRODUCTION NO. 43:

8            DOCUMENTS sufficient to show any and all gifts to any officer,

9    director or shareholder of MGA, including to whom the gift was made, when the gift

10   was made, the nature, amount and value of the gift and the reason for making the

11   gift.

12

13   REQUEST FOR PRODUCTION NO. 44:

14           DOCUMENTS sufficient to show any and all gifts to any FAMILY

15   MEMBER of any officer, director or shareholder of MGA, including to whom the

16   gift was made, when the gift was made, the nature, amount and value of the gift and

17   the reason for making the gift.

18

19   REQUEST FOR PRODUCTION NO. 45:

20           DOCUMENTS sufficient to show any and all obligations of any

21   officer, director or shareholder of MGA guaranteed or cosigned by MGA, including

22   the IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the

23   identity of the creditor or lender, the nature and amount of the obligation, the date

24   the obligation was guaranteed or cosigned, whether the obligation has been satisfied

25   and, if so, by whom.

26

27

28

1  REQUEST FOR PRODUCTION NO. 46:

2          DOCUMENTS sufficient to show any and all obligations of MGA

3  guaranteed or cosigned by any officer, director, shareholder or employee of MGA,

4  including the IDENTITY of the PERSON who guaranteed or cosigned the

5  obligation, the identity of the creditor or lender, the nature and amount of the

6  obligation, the date the obligation was guaranteed or cosigned, whether the

7  obligation has been satisfied and, if so, by whom.

8

9  REQUEST FOR PRODUCTION NO. 47:

10          For each account maintained in the name of MGA at any bank or other

11  financial institution, a copy of each and every monthly statement from the date of

12  YOUR incorporation to the present, and DOCUMENTS sufficient to IDENTIFY

13  each PERSON authorized to sign checks on or access the account.

14

15  DATED:  November 27, 2007

16                                    QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP

17

18                                    By
                                         Scott B. Kidman

19                                       Attorneys for Mattel, Inc.

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2       I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service,
3   1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4       On November 27, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO**
5   **MGA ENTERTAINMENT, INC.** on the parties in this action as follows:

6

7       Thomas Nolan, Esq.
    **SKADDEN ARPS SLATE MEAGHER**
8       **& FLOM, LLP**
    300 South Grand Avenue, Suite 3400
    Los Angeles, CA 90071
9

10

11   **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s) being served.

12       I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.
13

14       Executed on November 27, 2007, at Los Angeles, California.

15

16               NOW LEGAL -- Dave Quintana

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 1
Page 21

07209/2305585.1                                        -1-

1  **PROOF OF SERVICE**

2       I am employed in the County of Los Angeles, State of California.  I am over the age of
eighteen years and not a party to the within action; my business address is 865 South Figueroa
3  Street, 10th Floor, Los Angeles, California 90017-2543.

4  On November 27, 2007, I served true copies of the following document(s) described as
**MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO
5  MGA ENTERTAINMENT, INC.** on the parties in this action as follows:

6       Mark E. Overland, Esq.              Michael H. Page, Esq.
        David C. Scheper, Esq.             **KEKER & VAN NEST, LLP**
7       Alexander H. Cote                   710 Sansome Street
        **OVERLAND BORENSTEIN**            San Francisco, CA 94111
8       **SCHEPER & KIM LLP**
        300 South Grand Avenue, Suite 2750
9       Los Angeles, CA 90071-3144

10  **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I
deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with
11  postage thereon fully prepaid.

12       I declare that I am employed in the office of a member of the bar of this Court at whose
direction the service was made.

13
       Executed on November 27, 2007, at Los Angeles, California.
14

15

16       Charlene Ho

17

18

19

20

21

22

23

24

25

26

27

28
                                                              Exhibit 1
                                                              Page 22

07209/2305581.1

**Exhibit 2**

**RECEIVED**

DEC 2 7 2007

1 | THOMAS J. NOLAN (Bar No. 66992)
  | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 | 300 South Grand Avenue
  | Los Angeles, California 90071-3144
3 | Telephone: (213) 687-5000
  | Facsimile: (213) 687-5600
4 | E-mail: tnolan@skadden.com

5 | RAOUL D. KENNEDY (Bar No. 40892)
  | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | Four Embarcadero Center, Suite 3800
  | San Francisco, CA 94111
7 | Telephone: (415) 984-6400
  | Facsimile: (415) 984-2698

8
  | Attorneys for MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA
9 | ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

10 | **UNITED STATES DISTRICT COURT**

11 | **CENTRAL DISTRICT OF CALIFORNIA**

12 | **EASTERN DIVISION**

| | |
|---|---|
| 13  CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| 14            Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 15       v. | **MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC.** |
| 16  MATTEL, INC., a Delaware corporation | |
| 17            Defendant. | |
| 18 | |
| 19 | |
| 20 | Honorable Stephen G. Larson Courtroom 1 |
| 21 | |
| 22 | |
| 23  Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |
| 24 | |
| 25 | |

26 | PROPOUNDING PARTY:        MATTEL, INC.

27 | RESPONDING PARTY:        MGA ENTERTAINMENT, INC.

28 | SET NUMBER:        FIFTH        12/27        Exhibit 2

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF Page 23
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

1    Pursuant to Rule 34 of the Federal Rules of Civil Procedure, MGA

2  Entertainment, Inc. ("MGA") hereby submits these responses and objections (the

3  "Response") to Mattel, Inc.'s ("Mattel's") Fifth Set of Requests for Production of

4  Documents to MGA (the "Requests").

5                              **GENERAL RESPONSE**

6    The General Response and General and Specific Objections set forth herein

7  apply to all documents that MGA may in the future produce in response to the

8  Requests.  The Response is made without waiving, or intending to waive but, on the

9  contrary, expressly reserving: (a) the right to object, on the grounds of competency,

10  privilege, relevancy or materiality, or any other proper grounds, to the use of the

11  documents, for any purpose in whole or in part, in any subsequent step or proceeding

12  in this action or any other action; (b) the right to object on any and all grounds, at

13  any time, to other requests for production or other discovery procedures involving or

14  relating to the subject matter of the Requests; and (c) the right at any time to revise,

15  correct, add to, or clarify any of the responses propounded herein.

16    The Response reflects only the present state of MGA's discovery regarding the

17  documents that Mattel seeks.  Except as otherwise stated below, an objection to a

18  specific document request does not imply that documents responsive to the request

19  exist or have ever existed.  In addition, an agreement to produce documents

20  responsive to any specific document request does not imply that documents

21  responsive to the request exist or have existed; rather, it is an agreement to produce

22  non-privileged documents responsive to that particular document request as limited

23  by or interpreted in any applicable General or Specific objections, if any exist.

24  Production of any document is not intended as, and, to the extent permitted by law,

25  shall not be deemed to be, a waiver of any objection set forth herein.  Discovery and

26  other investigation or research concerning this litigation are continuing.  MGA,

27  therefore, reserves the right to amend or supplement this Response at any time in

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

1

Exhibit 2
Page 24

1 light of future investigation, research or analysis, and also expressly reserves the
2 right to rely on, at any time, including trial, subsequently discovered information or
3 information omitted from this Response as a result of mistake, error, oversight or
4 inadvertence. MGA does not hereby admit, adopt or acquiesce in any factual or
5 legal contention, assertion or characterization contained in the Request or any
6 particular request therein, even where MGA has not otherwise objected to a
7 particular request, or has agreed to produce documents responsive to a particular
8 request.

9     MGA invites Mattel to meet and confer regarding these Reponses, the scope
10 of the Requests, and arriving at protocol for production of documents in this
11 litigation.

12 **GENERAL OBJECTIONS**

13     MGA incorporates the following General Objections, as well as the General
14 Response, into its Specific Responses and Objections to each and every request for
15 documents contained in the Requests:

16     1.    MGA objects to the date and place of production on the grounds
17 that they impose an undue burden on MGA. The time set for compliance is unduly
18 burdensome, especially in light of the number of document requests, and the scope
19 and volume of the material being sought. To the extent MGA later agrees to produce
20 responsive documents, MGA intends to proceed expeditiously to collect the
21 documents for production, if any, and will produce them at a date and time, and in
22 such a manner, as may be mutually agreed to by counsel for the parties.

23     2.    MGA objects to the Requests to the extent that they seek
24 documents not relevant to the claims or defenses in this action and are not reasonably
25 calculated to lead to the discovery of admissible evidence.

26     3.    MGA objects to the Requests on the grounds that they are overly
27 broad and unduly burdensome.

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
2

Exhibit 2
Page 25

1    4.    MGA objects to the Requests insofar as they seek documents that
2  are protected from disclosure under any applicable privilege, doctrine or immunity,
3  including without limitation the attorney-client privilege, the attorney work product
4  doctrine, the right of privacy, and all other privileges recognized under the
5  constitutional, statutory or decisional law of the United States of America or any
6  other applicable jurisdiction. MGA shall not produce such documents in response to
7  Mattel's Request. Any production of such protected or privileged materials is
8  inadvertent and shall not be construed as a waiver of those privileges or protections.

9    5.    MGA objects to the Requests insofar as they seek documents that
10  by reason of public filing, public distribution or otherwise are already in Mattel's
11  possession or are readily accessible to Mattel from public sources or third parties.

12    6.    MGA objects to the Requests insofar as they seek production of
13  documents (1) not within its possession, custody or control; (2) that MGA cannot
14  locate after a reasonably diligent search; or (3) that refer to persons, entities, or
15  events not known to MGA. Such instructions, definitions, or requests are
16  objectionable where they subject MGA to unreasonable and undue annoyance,
17  oppression, burden, and expense; and/or seek to impose upon MGA an obligation to
18  produce documents from sources equally accessible to Mattel. To the extent MGA
19  agrees to produce documents in response to the Requests, MGA will make a
20  reasonably diligent search for responsive documents within its possession, custody or
21  control.

22    7.    In responding to Mattel's Requests, MGA has not and will not
23  comply with any instructions or definitions that seek to impose requirements in
24  addition to those imposed by Federal law.

25    8.    MGA objects to each and every request to the extent it purports to
26  require MGA to search all documents and things within its possession, custody or
27  control or within the possession, custody or control of any of MGA's current or

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNB)

3

Exhibit 2
Page 26

1  former employees, officers, directors, agents, representatives, attorneys, parents,
2  subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest,
3  and any other person acting on its behalf, pursuant to its authority or subject to its
4  control, on the grounds that such request is unreasonable, overbroad, unduly
5  burdensome and oppressive, violates the right to privacy, and purports to require
6  MGA to search for documents not within its possession, custody or control. To the
7  extent MGA agrees to produce documents in response to the Requests, MGA will
8  make a reasonably diligent search for responsive documents within its possession,
9  custody or control and located at MGA's Van Nuys, California offices.

10       9.   MGA objects to each and every request to the extent it seeks "all
11  documents" responsive to a certain category on the grounds that such request is
12  overbroad and unduly burdensome and oppressive. MGA will not respond to
13  duplicative or cumulative requests and will not re-produce documents it has already
14  produced or produce documents that it has received from Mattel or others in the
15  course of discovery in this matter.

16       10.  MGA objects to the Requests insofar as they seek production of
17  confidential, proprietary, or trade-secret information, the disclosure of which would
18  be inimical to the business interests of MGA.

19       11.  MGA objects to each request to the extent it seeks information
20  relating to the activities or conduct of other entities or non-parties.

21       12.  MGA objects to each request to the extent it seeks information
22  relating to activities or conduct in foreign countries.

23       13.  MGA objects to the Definitions and Instructions to the extent
24  such Definitions and Instructions purport to enlarge, expand, or alter in any way the
25  plain meaning and scope of any specific term or specific request on the ground that
26  such enlargement, expansion, or alteration renders such a term or request vague,
27  ambiguous, unintelligible, overbroad, unduly burdensome, and/or uncertain.

28

14. MGA objects to the Instructions to the extent that they purport to deprive MGA of the right to redact information from any documents "for any reason." MGA retains and reserves the right to redact documents on any appropriate grounds, including in particular for privilege.

15. MGA specifically objects to the following definitions in the Requests:

(a) MGA objects to the terms "YOU," "YOUR" and "MGA" (Definitions ¶ A) as vague, ambiguous, overbroad, and unduly burdensome. The definition includes "MGA Entertainment, Inc., and all current or former subsidiaries, divisions, AFFILIATES, predecessors-in-interest and successors-in-interest." Because of Mattel's incorporating the overbroad definition of "AFFILIATE" (Definitions ¶ C) as including "any and all corporations, proprietorships, d/b/a's, partnerships, joint ventures and business entities of any kind that, directly or indirectly, in whole or in part, own or control, are under common ownership or control with, or are owned or controlled by a PERSON, party or entity, including without limitation each parent, subsidiary and joint venture of such PERSON, party or entity," it is impossible for MGA to know whether a particular person comes within this definition unless that person or entity at some point in time held himself or herself out as being affiliated with MGA. Thus, "YOU," "YOUR," and "MGA" will be interpreted to mean all persons or entities who hold themselves out to MGA as officers, employees, agents, subsidiaries or divisions of MGA.

(b) MGA objects to the definition of the term "LARIAN" (Definitions ¶ B, first instance) as vague, ambiguous, overly broad and unduly burdensome, and designed to mislead and confuse the trier of fact. The definition includes "Isaac Larian, any FAMILY MEMBER of Isaac Larian, and any trust of which Isaac Larian is a trustee or of which any FAMILY MEMBER of Isaac Larian is a beneficiary . . . ." By incorporating the definition of "FAMILY MEMBER" the

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

Exhibit 2
Page 28

5

1  overly broad definition of "LARIAN" includes "any PERSON who at any time is,
2  was or has been a parent, spouse, child or sibling of another PERSON" (Definitions
3  ¶ E.) This definition of "FAMILY MEMBER," which is itself overbroad, also
4  includes the definition of "PERSON," which includes both singular and plural
5  versions of "any natural person, association, partnership, corporation, joint venture,
6  government entity, organization, trust, institution, proprietorship, or *any other entity*
7  *recognized as having an existence under the laws in the United States or any other*
8  *nation*." (Definitions ¶ G (emphasis added).)  The definitions of both "FAMILY
9  MEMBER" and "PERSON" are objectionable by themselves, as explained below.
10 Moreover, these convoluted and multi-part definitions combine to render the
11 document requests that refer to the term "LARIAN" vague, ambiguous and overly
12 broad, and include within the term "LARIAN" things that are not related to Isaac
13 Larian or his family.  In responding to the Requests, MGA will interpret the term
14 "LARIAN" to mean Isaac Larian.

15         (c)    MGA objects to the term "FAMILY MEMBER,"
16 (Definitions ¶ E) as vague, ambiguous, overly broad and unduly burdensome, and
17 designed to mislead and confuse the trier of fact. The definition includes "any
18 PERSON who at any time is, was or has been a parent, spouse, child or sibling of
19 another PERSON." This definition is obviously overly broad on its face because it
20 includes every man, woman, and child ever to walk the Earth. This definition is
21 further objectionable because it is a convoluted and multi-part definition that renders
22 the document requests that refer to "FAMILY MEMBER" vague, ambiguous and
23 overly broad, and includes within the term "FAMILY MEMBER" things that cannot
24 be family members, such as government entities, *any* entities recognized by this
25 country or *any* other nation, and others incorporated by way of the term "PERSON."
26 (See Definitions ¶ G.)

27

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
6

Exhibit 2
Page 29

1           (d)    MGA also objects to the terms "RELATING,"

2    "RELATING TO," "REFERRING OR RELATING TO," and "REFER OR RELATE

3    TO" (Definitions ¶ F) on the grounds and to the extent they are overbroad, unduly

4    burdensome, and/or are vague and ambiguous in the context of the Requests as

5    written and as those requests would be plainly understood absent Mattel's definitions.

6           16.    MGA objects to the Requests to the extent they seek the

7    production of documents in their native format where the burden of such production

8    outweighs the likelihood of discovering information that is relevant to the subject

9    matter of the claims or defenses in this action or calculated to lead to the discovery

10   of admissible evidence.

11          17.    MGA objects to the Requests on the grounds that they are

12   harassing, oppressive and unduly burdensome.  Before these Requests, Mattel has

13   already propounded 1010 requests for documents and things to MGA, MGA

14   Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

15   ("the MGA Parties"), in response to which the MGA Parties have already produced

16   approximately 3.4 million pages of responsive documents.  MGA is, however,

17   willing to meet and confer regarding the additional 88 requests propounded in

18   Mattel's Fifth Set of Requests for Documents and Things to MGA.

19   **SPECIFIC RESPONSES AND OBJECTIONS**

20       Without waiving or departing from its General Response and General

21   Objections and specifically incorporating its General Response and General

22   Objections into each of the Specific Responses and Objections below, MGA makes

23   the following specific responses and objections to the Requests:

24   REQUEST FOR PRODUCTION NO. 1:

25       YOUR Articles of Incorporation and any amendments thereto.

26

27

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
7

Exhibit 2
Page 30

RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

MGA incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA's objection to the definition of the terms YOUR, and its incorporated terms AFFILIATES and PERSON. MGA further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction. MGA further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* YOUR Articles of Incorporation and *any* amendments thereto could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Magistrate Judge Infante's August 13, 2007 Order ("Aug. 13 Order") at 9:17-20; see also Magistrate Judge Infante's May 22, 2007 Order ("May 22 Order") at 21:5-7 (requests that require production of documents "merely mention[ing] MGA and Bratz but that otherwise have no relevance to the claims and defenses in the suit" are impermissibly overbroad). MGA further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographical scope. MGA further objects to this request on the grounds that the phrase "any amendments" renders the request vague, ambiguous, overly broad and unduly burdensome. MGA further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

8

Exhibit 2
Page 31

1  in Mattel's possession or are readily accessible to Mattel.  MGA further objects to the

2  request to the extent that it seeks documents not in MGA's possession, custody or

3  control.  MGA further objects to the request to the extent it seeks confidential,

4  proprietary or commercially sensitive information, the disclosure of which would be

5  inimical to the business interests of MGA.  MGA further objects to the request to the

6  extent it violates the privacy rights of third parties to their private, confidential,

7  proprietary or trade secret information.

8      MGA further objects to this request as cumulative, duplicative, and unduly

9  burdensome to the extent that it seeks documents previously requested by Mattel or

10  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

11  including, but not limited to: Request No. 41 from Mattel, Inc.'s First Set of Requests

12  for Production of Documents and Tangible Things to MGA Entertainment Inc.,

13  Request No. 41 from Mattel, Inc.'s Second Set of Requests for Documents and

14  Things to MGA Entertainment, Inc., Request No. 107 from Mattel, Inc.'s Fourth Set

15  of Requests for Documents and Things to MGA Entertainment, Inc., and Request No.

16  76 from Mattel's First Set of Requests for Documents and Things to MGAE de

17  Mexico, S.R.L. de C.V.

18  REQUEST FOR PRODUCTION NO. 2:

19      YOUR By-Laws and any amendments thereto.

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 2:

21      MGA incorporates by reference its General Response and General Objections

22  above, as though fully set forth herein and specifically incorporates General

23  Objection No. 15 (regarding Definitions), including without limitation MGA's

24  objection to the definition of the terms YOUR, and its incorporated terms

25  AFFILIATES and PERSON.  MGA further objects to the request to the extent it

26  seeks the production of documents that are protected from disclosure under any

27  applicable privilege, doctrine or immunity, including without limitation the attorney-

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

Exhibit 2
Page 32

9

1  client privilege, the work product doctrine, the right of privacy, and all other
2  privileges recognized under the constitutional, statutory or decisional law of the
3  United States of America, the State of California or any other applicable jurisdiction.
4  MGA further objects to this request on the grounds that it is overly broad and unduly
5  burdensome in that it seeks documents not relevant to the claims or defenses in this
6  action and not reasonably calculated to lead to the discovery of admissible evidence.
7  Mattel has not demonstrated how *all* YOUR By-Laws and any amendments thereto
8  could be relevant to the claims and defenses in this action.  The request is not limited
9  to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13
10 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as
11 being overly broad and unduly burdensome on the grounds that it is not limited in
12 time or geographical scope.  MGA further objects to this request on the grounds that
13 the phrase "any amendments" renders the request vague, ambiguous, overly broad
14 and unduly burdensome.  MGA further objects to the request to the extent that it
15 seeks documents that by reason of public filing, public distribution or otherwise are
16 already in Mattel's possession or are readily accessible to Mattel.  MGA further
17 objects to the request to the extent that it seeks documents not in MGA's possession,
18 custody or control.  MGA further objects to the request to the extent it seeks
19 confidential, proprietary or commercially sensitive information, the disclosure of
20 which would be inimical to the business interests of MGA.  MGA further objects to
21 the request to the extent it violates the privacy rights of third parties to their private,
22 confidential, proprietary or trade secret information.

23     MGA further objects to this request as cumulative, duplicative, and unduly
24 burdensome to the extent that it seeks documents previously requested by Mattel or
25 produced by MGA (or any of its affiliates) in response to Mattel's document requests,
26 including, but not limited to: Request No. 41 from Mattel, Inc.'s First Set of Requests
27 for Production of Documents and Tangible Things to MGA Entertainment Inc.,

28

1   Request No. 41 from Mattel, Inc.'s Second Set of Requests for Documents and

2   Things to MGA Entertainment, Inc., Request No. 107 from Mattel, Inc.'s Fourth Set

3   of Requests for Documents and Things to MGA Entertainment, Inc., and Request No.

4   76 from Mattel's First Set of Requests for Documents and Things to MGAE de

5   Mexico, S.R.L. de C.V.

6   REQUEST FOR PRODUCTION NO. 3:

7        YOUR Notice of Incorporation as it appeared when first published and any

8   amendments thereto.

9   RESPONSE TO REQUEST FOR PRODUCTION NO. 3:

10       MGA incorporates by reference its General Response and General Objections

11   above, as though fully set forth herein and specifically incorporates General

12   Objection No. 15 (regarding Definitions), including without limitation MGA's

13   objection to the definition of the terms YOUR, and its incorporated terms

14   AFFILIATES and PERSON. MGA further objects to the request to the extent it

15   seeks the production of documents that are protected from disclosure under any

16   applicable privilege, doctrine or immunity, including without limitation the attorney-

17   client privilege, the work product doctrine, the right of privacy, and all other

18   privileges recognized under the constitutional, statutory or decisional law of the

19   United States of America, the State of California or any other applicable jurisdiction.

20   MGA further objects to this request on the grounds that it is overly broad and unduly

21   burdensome in that it seeks documents not relevant to the claims or defenses in this

22   action and not reasonably calculated to lead to the discovery of admissible evidence.

23   Mattel has not demonstrated how *all* YOUR Notices of Incorporation as they

24   appeared when first published and *any* amendments thereto could be relevant to the

25   claims and defenses in this action. The request is not limited to the subject matter of

26   this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

27   22 Order at 21:5-7. MGA further objects to this request as being overly broad and

28

Exhibit 2
Page 34

1  unduly burdensome on the grounds that it is not limited in time or geographical

2  scope. MGA further objects to this request on the grounds that the phrase "any

3  amendments" renders the request vague, ambiguous, overly broad and unduly

4  burdensome. MGA further objects to the request to the extent that it seeks

5  documents that by reason of public filing, public distribution or otherwise are already

6  in Mattel's possession or are readily accessible to Mattel. MGA further objects to the

7  request to the extent that it seeks documents not in MGA's possession, custody or

8  control. MGA further objects to the request to the extent it seeks confidential,

9  proprietary or commercially sensitive information, the disclosure of which would be

10  inimical to the business interests of MGA. MGA further objects to the request to the

11  extent it violates the privacy rights of third parties to their private, confidential,

12  proprietary or trade secret information.

13      MGA further objects to this request as cumulative, duplicative, and unduly

14  burdensome to the extent that it seeks documents previously requested by Mattel or

15  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

16  including, but not limited to: Request No. 41 from Mattel, Inc.'s First Set of Requests

17  for Production of Documents and Tangible Things to MGA Entertainment Inc.,

18  Request No. 41 from Mattel, Inc.'s Second Set of Requests for Documents and

19  Things to MGA Entertainment, Inc., Request No. 107 from Mattel, Inc.'s Fourth Set

20  of Requests for Documents and Things to MGA Entertainment, Inc., and Request No.

21  76 from Mattel's First Set of Requests for Documents and Things to MGAE de

22  Mexico, S.R.L. de C.V.

23  REQUEST FOR PRODUCTION NO. 4:

24      YOUR quarterly and annual profits and loss statements (both audited and

25  unaudited) from the date of YOUR incorporation to 1999.

26

27

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
12

Exhibit 2
Page 35

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 4:

2 |     MGA incorporates by reference its General Response and General Objections

3 | above, as though fully set forth herein and specifically incorporates General

4 | Objection No. 15 (regarding Definitions), including without limitation MGA's

5 | objection to the definition of the terms YOUR, and its incorporated terms

6 | AFFILIATES and PERSON. MGA further objects to the request to the extent it

7 | seeks the production of documents that are protected from disclosure under any

8 | applicable privilege, doctrine or immunity, including without limitation the attorney-

9 | client privilege, the work product doctrine, the right of privacy, and all other

10 | privileges recognized under the constitutional, statutory or decisional law of the

11 | United States of America, the State of California or any other applicable jurisdiction.

12 | MGA further objects to this request on the grounds that it is overly broad and unduly

13 | burdensome in that it seeks documents not relevant to the claims or defenses in this

14 | action and not reasonably calculated to lead to the discovery of admissible evidence.

15 | Mattel has not demonstrated how *all* YOUR quarterly and annual profits and loss

16 | statements (both audited and unaudited) from the date of YOUR incorporation to

17 | 1999 could be relevant to the claims and defenses in this action. The request is not

18 | limited to the subject matter of this action and is thus impermissibly overbroad. See

19 | Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this

20 | request as being overly broad and unduly burdensome on the grounds that it is not

21 | limited in geographical scope. MGA further objects to the request to the extent that

22 | it seeks documents that by reason of public filing, public distribution or otherwise

23 | are already in Mattel's possession or are readily accessible to Mattel. MGA further

24 | objects to the request to the extent that it seeks documents not in MGA's possession,

25 | custody or control. MGA further objects to the request to the extent it seeks

26 | confidential, proprietary or commercially sensitive information, the disclosure of

27 | which would be inimical to the business interests of MGA. MGA further objects to

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

13

Exhibit 2

Page 36

1  the request to the extent it violates the privacy rights of third parties to their private,
2  confidential, proprietary or trade secret information.

3      MGA further objects to this request as cumulative, duplicative, and unduly
4  burdensome to the extent that it seeks documents previously requested by Mattel or
5  produced by MGA (or any of its affiliates) in response to Mattel's document requests,
6  including, but not limited to:  Request Nos. 41-45 from Mattel, Inc.'s First Set of
7  Requests for Documents and Things to MGA Entertainment (HK) Limited; Request
8  Nos. 40-45 from Mattel, Inc.'s Second Set of Requests for Documents and Things to
9  MGA Entertainment, Inc.; Request Nos. 266-269 from Mattel, Inc.'s First Set of
10  Requests for Documents and Things to Isaac Larian; Request No. 22 from Mattel,
11  Inc.'s Third Set of Requests for Documents and Things to MGA Entertainment, Inc.;
12  Request Nos. 157-159 from Mattel, Inc.'s First Set of Requests for Documents and
13  Things re Claims of Unfair Competition to MGA Entertainment, Inc.; Request No.
14  41 from Mattel, Inc.'s First Set of Requests for Production of Documents and
15  Tangible Things to MGA Entertainment Inc.; Request No. 41 from Mattel, Inc.'s
16  Second Set of Requests for Documents and Things to MGA Entertainment, Inc.;
17  Request Nos. 99, 107 from Mattel, Inc.'s Fourth Set of Requests for Documents and
18  Things to MGA Entertainment, Inc.; and Request Nos. 117-124 Mattel's First Set of
19  Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V.

20  REQUEST FOR PRODUCTION NO. 5:

21      YOUR quarterly and annual financial statements (both audited and unaudited)
22  from the date of YOUR incorporation to 1999.

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 5:

24      MGA incorporates by reference its General Response and General Objections
25  above, as though fully set forth herein and specifically incorporates General
26  Objection No. 15 (regarding Definitions), including without limitation MGA's
27  objection to the definition of the terms YOUR, and its incorporated terms

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
14

Exhibit 2
Page 37

1  AFFILIATES and PERSON.  MGA further objects to the request to the extent it

2  seeks the production of documents that are protected from disclosure under any

3  applicable privilege, doctrine or immunity, including without limitation the attorney-

4  client privilege, the work product doctrine, the right of privacy, and all other

5  privileges recognized under the constitutional, statutory or decisional law of the

6  United States of America, the State of California or any other applicable jurisdiction.

7  MGA further objects to this request on the grounds that it is overly broad and unduly

8  burdensome in that it seeks documents not relevant to the claims or defenses in this

9  action and not reasonably calculated to lead to the discovery of admissible evidence.

10  Mattel has not demonstrated how *all* YOUR quarterly and annual financial

11  statements (both audited and unaudited) from the date of YOUR incorporation to

12  1999 could be relevant to the claims and defenses in this action.  The request is not

13  limited to the subject matter of this action and is thus impermissibly overbroad.  See

14  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

15  request as being overly broad and unduly burdensome on the grounds that it is not

16  limited in geographical scope.  MGA further objects to the request to the extent that

17  it seeks documents that by reason of public filing, public distribution or otherwise

18  are already in Mattel's possession or are readily accessible to Mattel.  MGA further

19  objects to the request to the extent that it seeks documents not in MGA's possession,

20  custody or control.  MGA further objects to the request to the extent it seeks

21  confidential, proprietary or commercially sensitive information, the disclosure of

22  which would be inimical to the business interests of MGA.  MGA further objects to

23  the request to the extent it violates the privacy rights of third parties to their private,

24  confidential, proprietary or trade secret information.

25        MGA further objects to this request as cumulative, duplicative, and unduly

26  burdensome to the extent that it seeks documents previously requested by Mattel or

27  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

28

1  including, but not limited to: Request Nos. 41-45 from Mattel, Inc.'s First Set of

2  Requests for Documents and Things to MGA Entertainment (HK) Limited; Request

3  Nos. 40-45 from Mattel, Inc.'s Second Set of Requests for Documents and Things to

4  MGA Entertainment, Inc.; Request Nos. 266-269 from Mattel, Inc.'s First Set of

5  Requests for Documents and Things to Isaac Larian; Request No. 22 from Mattel,

6  Inc.'s Third Set of Requests for Documents and Things to MGA Entertainment, Inc.;

7  Request Nos. 157-159 from Mattel, Inc.'s First Set of Requests for Documents and

8  Things re Claims of Unfair Competition to MGA Entertainment, Inc.; Request No.

9  41 from Mattel, Inc.'s First Set of Requests for Production of Documents and

10  Tangible Things to MGA Entertainment Inc.; Request No. 41 from Mattel, Inc.'s

11  Second Set of Requests for Documents and Things to MGA Entertainment, Inc.;

12  Request Nos. 99, 107 from Mattel, Inc.'s Fourth Set of Requests for Documents and

13  Things to MGA Entertainment, Inc.; and Request Nos. 117-124 Mattel's First Set of

14  Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V.

15  REQUEST FOR PRODUCTION NO. 6:

16      YOUR general ledger from the date of YOUR incorporation to 1999.

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 6:

18      MGA incorporates by reference its General Response and General Objections

19  above, as though fully set forth herein and specifically incorporates General

20  Objection No. 15 (regarding Definitions), including without limitation MGA's

21  objection to the definition of the terms YOUR, and its incorporated terms

22  AFFILIATES and PERSON. MGA further objects to the request to the extent it

23  seeks the production of documents that are protected from disclosure under any

24  applicable privilege, doctrine or immunity, including without limitation the attorney-

25  client privilege, the work product doctrine, the right of privacy, and all other

26  privileges recognized under the constitutional, statutory or decisional law of the

27  United States of America, the State of California or any other applicable jurisdiction.

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
16

Exhibit 2
Page 39

1  MGA further objects to this request on the grounds that it is overly broad and unduly

2  burdensome in that it seeks documents not relevant to the claims or defenses in this

3  action and not reasonably calculated to lead to the discovery of admissible evidence.

4  Mattel has not demonstrated how *all* YOUR general ledger from the date of YOUR

5  incorporation to 1999 could be relevant to the claims and defenses in this action.

6  The request is not limited to the subject matter of this action and is thus

7  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

8  MGA further objects to this request as being overly broad and unduly burdensome

9  on the grounds that it is not limited in geographical scope. MGA further objects to

10  the request to the extent that it seeks documents that by reason of public filing,

11  public distribution or otherwise are already in Mattel's possession or are readily

12  accessible to Mattel. MGA further objects to the request to the extent that it seeks

13  documents not in MGA's possession, custody or control. MGA further objects to the

14  request to the extent it seeks confidential, proprietary or commercially sensitive

15  information, the disclosure of which would be inimical to the business interests of

16  MGA. MGA further objects to the request to the extent it violates the privacy rights

17  of third parties to their private, confidential, proprietary or trade secret information.

18  MGA further objects to this request as cumulative, duplicative, and unduly

19  burdensome to the extent that it seeks documents previously requested by Mattel or

20  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

21  including, but not limited to: Request Nos. 41-45 from Mattel, Inc.'s First Set of

22  Requests for Documents and Things to MGA Entertainment (HK) Limited; Request

23  Nos. 40-45 from Mattel, Inc.'s Second Set of Requests for Documents and Things to

24  MGA Entertainment, Inc.; Request Nos. 266-269 from Mattel, Inc.'s First Set of

25  Requests for Documents and Things to Isaac Larian; Request No. 22 from Mattel,

26  Inc.'s Third Set of Requests for Documents and Things to MGA Entertainment, Inc.;

27  Request Nos. 157-159 from Mattel, Inc.'s First Set of Requests for Documents and

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
17

Exhibit 2
Page 40

1  Things re Claims of Unfair Competition to MGA Entertainment, Inc.; Request No.

2  41 from Mattel, Inc.'s First Set of Requests for Production of Documents and

3  Tangible Things to MGA Entertainment Inc.; Request No. 41 from Mattel, Inc.'s

4  Second Set of Requests for Documents and Things to MGA Entertainment, Inc.;

5  Request Nos. 99, 107 from Mattel, Inc.'s Fourth Set of Requests for Documents and

6  Things to MGA Entertainment, Inc.; and Request Nos. 117-124 Mattel's First Set of

7  Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V.

8  REQUEST FOR PRODUCTION NO. 7:

9      YOUR federal and state tax returns for each year from the date of YOUR

10  incorporation to the present.

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 7:

12      MGA incorporates by reference its General Response and General Objections

13  above, as though fully set forth herein and specifically incorporates General

14  Objection No. 15 (regarding Definitions), including without limitation MGA's

15  objection to the definition of the terms YOUR, and its incorporated terms

16  AFFILIATES and PERSON.  MGA further objects to the request to the extent it

17  seeks the production of documents that are protected from disclosure under any

18  applicable privilege, doctrine or immunity, including without limitation the attorney-

19  client privilege, the work product doctrine, the right of privacy, and all other

20  privileges recognized under the constitutional, statutory or decisional law of the

21  United States of America, the State of California or any other applicable jurisdiction.

22  MGA further objects to the request on the grounds that it seeks documents protected

23  from disclosure by applicable federal and state tax return privileges.  See Premium

24  Service Corp. v. Sperry & Hutchinson Co., 511 F.2d 225, 229 (9th Cir. 1975);

25  Southern California Housing Rights Center. v. Krug, et al., 2006 U.S. Dist. LEXIS

26  65330 (C.D. Cal. 2006); Aliotti v. Senora, 217 FRD 496 (N.D. Cal. 2003); San

27  Francisco Bay Area Rapid Transit District v. Spencer, 2006 U.S. LEXIS 81681 (N.D.

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
18

Exhibit 2
Page 41

1 | Cal. 2006).  See also Webb v. Standard Oil Co., 49 Cal. 2d. 509, 513-514 (1957);

2 | Sav-On Drugs, Inc. v. Superior Ct., 15 Cal. 3d 1, 6-8 (1975); Sammut v. Sammut,

3 | 103 Cal. App. 3d 557, 562 (1982); Order, at 14:29-15:2.  MGA further objects to this

4 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

5 | documents not relevant to the claims or defenses in this action and not reasonably

6 | calculated to lead to the discovery of admissible evidence.  Mattel has not

7 | demonstrated how *all* YOUR federal and state tax returns for each year from the date

8 | of YOUR incorporation to the present could be relevant to the claims and defenses in

9 | this action.  Moreover, Mattel has not shown and cannot show any compelling need

10 | for the production of tax returns.  The request is not limited to the subject matter of

11 | this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

12 | 22 Order at 21:5-7.  MGA further objects to this request as being overly broad and

13 | unduly burdensome on the grounds that it is not limited in geographical scope.

14 | MGA further objects to the request to the extent that it seeks documents that by

15 | reason of public filing, public distribution or otherwise are already in Mattel's

16 | possession or are readily accessible to Mattel.  MGA further objects to the request to

17 | the extent that it seeks documents not in MGA's possession, custody or control.

18 | MGA further objects to the request to the extent it seeks confidential, proprietary or

19 | commercially sensitive information, the disclosure of which would be inimical to the

20 | business interests of MGA.  MGA further objects to the request to the extent it

21 | violates the privacy rights of third parties to their private, confidential, proprietary or

22 | trade secret information.

23 | MGA further objects to this request as cumulative, duplicative, and unduly

24 | burdensome to the extent that it seeks documents previously requested by Mattel or

25 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,

26 | including, but not limited to:  Request Nos. 41-45 from Mattel, Inc.'s First Set of

27 | Requests for Documents and Things to MGA Entertainment (HK) Limited; Request

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
19

Exhibit 2
Page 42

1 | Nos. 40-45 from Mattel, Inc.'s Second Set of Requests for Documents and Things to
2 | MGA Entertainment, Inc.; Request Nos. 266-269 from Mattel, Inc.'s First Set of
3 | Requests for Documents and Things to Isaac Larian; Request No. 22 from Mattel,
4 | Inc.'s Third Set of Requests for Documents and Things to MGA Entertainment, Inc.;
5 | Request Nos. 157-159 from Mattel, Inc.'s First Set of Requests for Documents and
6 | Things re Claims of Unfair Competition to MGA Entertainment, Inc.; Request No.
7 | 41 from Mattel, Inc.'s First Set of Requests for Production of Documents and
8 | Tangible Things to MGA Entertainment Inc.; Request No. 41 from Mattel, Inc.'s
9 | Second Set of Requests for Documents and Things to MGA Entertainment, Inc.;
10 | Request Nos. 99, 107 from Mattel, Inc.'s Fourth Set of Requests for Documents and
11 | Things to MGA Entertainment, Inc.; and Request Nos. 117-124 Mattel's First Set of
12 | Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V.

13 | REQUEST FOR PRODUCTION NO. 8:

14 | DOCUMENTS sufficient to evidence any and all meetings of shareholders of
15 | MGA, including the date, time and location of the meeting and the IDENTITY of
16 | each PERSON in attendance.

17 | RESPONSE TO REQUEST FOR PRODUCTION NO. 8:

18 | MGA incorporates by reference its General Response and General Objections
19 | above, as though fully set forth herein and specifically incorporates General
20 | Objection No. 15 (regarding Definitions), including without limitation MGA's
21 | objection to the definition of the terms MGA and its incorporated term AFFILIATES,
22 | and PERSON. MGA further objects to the request to the extent it seeks the
23 | production of documents that are protected from disclosure under any applicable
24 | privilege, doctrine or immunity, including without limitation the attorney-client
25 | privilege, the work product doctrine, the right of privacy, and all other privileges
26 | recognized under the constitutional, statutory or decisional law of the United States
27 | of America, the State of California or any other applicable jurisdiction. MGA further

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
20

Exhibit 2
Page 43

1  objects to this request on the grounds that it is overly broad and unduly burdensome
2  in that it seeks documents not relevant to the claims or defenses in this action and not
3  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not
4  demonstrated how DOCUMENTS sufficient to evidence *any and all* meetings of
5  shareholders of MGA, including the date, time and location of the meeting and the
6  IDENTITY of *each* PERSON in attendance could be relevant to the claims and
7  defenses in this action.  The request is not limited to the subject matter of this action
8  and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order
9  at 21:5-7.  MGA further objects to this request as being overly broad and unduly
10 burdensome on the grounds that it is not limited in time or geographical scope.
11 MGA further objects to the phrases "sufficient to evidence" as vague and ambiguous.
12 MGA further objects to the request to the extent that it seeks documents that by
13 reason of public filing, public distribution or otherwise are already in Mattel's
14 possession or are readily accessible to Mattel.  MGA further objects to the request to
15 the extent that it seeks documents not in MGA's possession, custody or control.
16 MGA further objects to the request to the extent it seeks confidential, proprietary or
17 commercially sensitive information, the disclosure of which would be inimical to the
18 business interests of MGA.  MGA further objects to the request to the extent it
19 violates the privacy rights of third parties to their private, confidential, proprietary or
20 trade secret information.

21      MGA further objects to this request as cumulative, duplicative, and unduly
22 burdensome to the extent that it seeks documents previously requested by Mattel or
23 produced by MGA (or any of its affiliates) in response to Mattel's document requests,
24 including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of
25 Requests for Documents and Things to MGA Entertainment, Inc.

26 REQUEST FOR PRODUCTION NO. 9:

27      The minutes of all meetings of shareholders of MGA.

28

Exhibit 2
Page 44

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 9:

2      MGA incorporates by reference its General Response and General Objections

3  above, as though fully set forth herein and specifically incorporates General

4  Objection No. 15 (regarding Definitions), including without limitation MGA's

5  objection to the definition of the terms MGA and its incorporated term AFFILIATES,

6  and PERSON. MGA further objects to the request to the extent it seeks the

7  production of documents that are protected from disclosure under any applicable

8  privilege, doctrine or immunity, including without limitation the attorney-client

9  privilege, the work product doctrine, the right of privacy, and all other privileges

10  recognized under the constitutional, statutory or decisional law of the United States

11  of America, the State of California or any other applicable jurisdiction. MGA further

12  objects to this request on the grounds that it is overly broad and unduly burdensome

13  in that it seeks documents not relevant to the claims or defenses in this action and not

14  reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

15  demonstrated how the minutes of *all* meetings of shareholders of MGA could be

16  relevant to the claims and defenses in this action. The request is not limited to the

17  subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

18  at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

19  overly broad and unduly burdensome on the grounds that it is not limited in time or

20  geographical scope. MGA further objects to the request to the extent that it seeks

21  documents that by reason of public filing, public distribution or otherwise are already

22  in Mattel's possession or are readily accessible to Mattel. MGA further objects to the

23  request to the extent that it seeks documents not in MGA's possession, custody or

24  control. MGA further objects to the request to the extent it seeks confidential,

25  proprietary or commercially sensitive information, the disclosure of which would be

26  inimical to the business interests of MGA. MGA further objects to the request to the

27

28

1  extent it violates the privacy rights of third parties to their private, confidential,
2  proprietary or trade secret information.

3      MGA further objects to this request as cumulative, duplicative, and unduly
4  burdensome to the extent that it seeks documents previously requested by Mattel or
5  produced by MGA (or any of its affiliates) in response to Mattel's document requests,
6  including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of
7  Requests for Documents and Things to MGA Entertainment, Inc.

8  REQUEST FOR PRODUCTION NO. 10:

9      DOCUMENTS sufficient to evidence any and all meetings of the board of
10 directors of MGA, including the date, time and location of the meeting and the
11 IDENTITY of each PERSON in attendance.

12 RESPONSE TO REQUEST FOR PRODUCTION NO. 10:

13     MGA incorporates by reference its General Response and General Objections
14 above, as though fully set forth herein and specifically incorporates General
15 Objection No. 15 (regarding Definitions), including without limitation MGA's
16 objection to the definition of the terms MGA and its incorporated term AFFILIATES,
17 and PERSON.  MGA further objects to the request to the extent it seeks the
18 production of documents that are protected from disclosure under any applicable
19 privilege, doctrine or immunity, including without limitation the attorney-client
20 privilege, the work product doctrine, the right of privacy, and all other privileges
21 recognized under the constitutional, statutory or decisional law of the United States
22 of America, the State of California or any other applicable jurisdiction.  MGA further
23 objects to this request on the grounds that it is overly broad and unduly burdensome
24 in that it seeks documents not relevant to the claims or defenses in this action and not
25 reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not
26 demonstrated how DOCUMENTS sufficient to evidence *any and all* meetings of the
27 board of directors of MGA, including the date, time and location of the meeting and

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
23

Exhibit 2
Page 46

1 | the IDENTITY of *each* PERSON in attendance could be relevant to the claims and
2 | defenses in this action. The request is not limited to the subject matter of this action
3 | and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order
4 | at 21:5-7. MGA further objects to this request as being overly broad and unduly
5 | burdensome on the grounds that it is not limited in time or geographical scope.
6 | MGA further objects to the phrase "sufficient to evidence" as vague and ambiguous.
7 | MGA further objects to the request to the extent that it seeks documents that by
8 | reason of public filing, public distribution or otherwise are already in Mattel's
9 | possession or are readily accessible to Mattel. MGA further objects to the request to
10 | the extent that it seeks documents not in MGA's possession, custody or control.
11 | MGA further objects to the request to the extent it seeks confidential, proprietary or
12 | commercially sensitive information, the disclosure of which would be inimical to the
13 | business interests of MGA. MGA further objects to the request to the extent it
14 | violates the privacy rights of third parties to their private, confidential, proprietary or
15 | trade secret information.

16 | MGA further objects to this request as cumulative, duplicative, and unduly
17 | burdensome to the extent that it seeks documents previously requested by Mattel or
18 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,
19 | including, but not limited to: Request No. 107 from Mattel, Inc.'s Fourth Set of
20 | Requests for Documents and Things to MGA Entertainment, Inc.

21 | REQUEST FOR PRODUCTION NO. 11:

22 | The minutes of all meetings of the board of directors of MGA.

23 | RESPONSE TO REQUEST FOR PRODUCTION NO. 11:

24 | MGA incorporates by reference its General Response and General Objections
25 | above, as though fully set forth herein and specifically incorporates General
26 | Objection No. 15 (regarding Definitions), including without limitation MGA's
27 | objection to the definition of the terms MGA and its incorporated terms

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
24

Exhibit 2
Page 47

1   AFFILIATES and PERSON.  MGA further objects to the request to the extent it

2   seeks the production of documents that are protected from disclosure under any

3   applicable privilege, doctrine or immunity, including without limitation the attorney-

4   client privilege, the work product doctrine, the right of privacy, and all other

5   privileges recognized under the constitutional, statutory or decisional law of the

6   United States of America, the State of California or any other applicable jurisdiction.

7   MGA further objects to this request on the grounds that it is overly broad and unduly

8   burdensome in that it seeks documents not relevant to the claims or defenses in this

9   action and not reasonably calculated to lead to the discovery of admissible evidence.

10  Mattel has not demonstrated how the minutes of *all* meetings of the board of

11  directors of MGA could be relevant to the claims and defenses in this action.  The

12  request is not limited to the subject matter of this action and is thus impermissibly

13  overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further

14  objects to this request as being overly broad and unduly burdensome on the grounds

15  that it is not limited in time or geographical scope.  MGA further objects to the

16  request to the extent that it seeks documents that by reason of public filing, public

17  distribution or otherwise are already in Mattel's possession or are readily accessible

18  to Mattel.  MGA further objects to the request to the extent that it seeks documents

19  not in MGA's possession, custody or control.  MGA further objects to the request to

20  the extent it seeks confidential, proprietary or commercially sensitive information,

21  the disclosure of which would be inimical to the business interests of MGA.  Such

22  information may also be subject to protective orders governing other litigations

23  thereby precluding disclosure in response to this request.  MGA further objects to the

24  request to the extent it violates the privacy rights of third parties to their private,

25  confidential, proprietary or trade secret information.

26      MGA further objects to this request as cumulative, duplicative, and unduly

27  burdensome to the extent that it seeks documents previously requested by Mattel or

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
25

Exhibit 2
Page 48

1 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,

2 | including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

3 | Requests for Documents and Things to MGA Entertainment, Inc.

4 | REQUEST FOR PRODUCTION NO. 12:

5 |     DOCUMENTS sufficient to show any and all salary, benefits or any other

6 | compensation paid to LARIAN or any business affiliated with LARIAN, including

7 | to whom the payments were made, the amounts paid and the dates of payment.

8 | RESPONSE TO REQUEST FOR PRODUCTION NO. 12:

9 |     MGA incorporates by reference its General Response and General Objections

10 | above, as though fully set forth herein and specifically incorporates General

11 | Objection No. 15 (regarding Definitions), including without limitation MGA's

12 | objection to the definition of the terms LARIAN and its incorporated terms FAMILY

13 | MEMBER and PERSON.  MGA further objects to the request to the extent it seeks

14 | the production of documents that are protected from disclosure under any applicable

15 | privilege, doctrine or immunity, including without limitation the attorney-client

16 | privilege, the work product doctrine, the right of privacy, and all other privileges

17 | recognized under the constitutional, statutory or decisional law of the United States

18 | of America, the State of California or any other applicable jurisdiction.  MGA further

19 | objects to this request on the grounds that it is overly broad and unduly burdensome

20 | in that it seeks documents not relevant to the claims or defenses in this action and not

21 | reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

22 | demonstrated how DOCUMENTS sufficient to show *any and all* salary, benefits or

23 | *any* other compensation paid to LARIAN or *any* business affiliated with LARIAN

24 | could be relevant to the claims and defenses in this action.  The request is not limited

25 | to the subject matter of this action and is thus impermissibly overbroad. .See Aug. 13

26 | Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as

27 | being overly broad and unduly burdensome on the grounds that it is not limited in

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
26

Exhibit 2
Page 49

1 | time or geographical scope. MGA further objects to this request on the grounds that
2 | the terms "any other compensation" and "business affiliated with LARIAN" render
3 | the request vague, ambiguous, overly broad and unduly burdensome. MGA further
4 | objects to the phrase "sufficient to show any and all" as vague and ambiguous. MGA
5 | further objects to the request to the extent that it seeks documents that by reason of
6 | public filing, public distribution or otherwise are already in Mattel's possession or
7 | are readily accessible to Mattel. MGA further objects to the request to the extent that
8 | it seeks documents not in MGA's possession, custody or control. MGA further
9 | objects to the request to the extent it seeks confidential, proprietary or commercially
10 | sensitive information, the disclosure of which would be inimical to the business
11 | interests of MGA. Such information may also be subject to protective orders
12 | governing other litigations thereby precluding disclosure in response to this request.
13 | MGA further objects to the request to the extent it violates the privacy rights of third
14 | parties to their private, confidential, proprietary or trade secret information.

15 |      MGA further objects to this request as cumulative, duplicative, and unduly
16 | burdensome to the extent that it seeks documents previously requested by Mattel or
17 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,
18 | including, but not limited to: Request Nos. 229-265 from the Mattel, Inc.'s First Set
19 | of Requests for Documents and Things to Isaac Larian.

20 | REQUEST FOR PRODUCTION NO. 13:

21 |      DOCUMENTS sufficient to show any and all payments or transfers of
22 | anything of value to LARIAN or any business affiliated with LARIAN, including to
23 | whom the payments or transfers were made, the amounts of the payments or the
24 | value of the item transferred and the dates of the payments or transfers.

25 | RESPONSE TO REQUEST FOR PRODUCTION NO. 13:

26 |      MGA incorporates by reference its General Response and General Objections
27 | above, as though fully set forth herein and specifically incorporates General

28 |

1 Objection No. 15 (regarding Definitions), including without limitation MGA's

2 objection to the definition of the terms LARIAN and its incorporated terms FAMILY

3 MEMBER and PERSON. MGA further objects to the request to the extent it seeks

4 the production of documents that are protected from disclosure under any applicable

5 privilege, doctrine or immunity, including without limitation the attorney-client

6 privilege, the work product doctrine, the right of privacy, and all other privileges

7 recognized under the constitutional, statutory or decisional law of the United States

8 of America, the State of California or any other applicable jurisdiction. MGA further

9 objects to this request on the grounds that it is overly broad and unduly burdensome

10 in that it seeks documents not relevant to the claims or defenses in this action and not

11 reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

12 demonstrated how DOCUMENTS sufficient to show *any and all* payments or

13 transfers of *anything* of value to LARIAN or *any* business affiliated with LARIAN

14 could be relevant to the claims and defenses in this action. The request is not limited

15 to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13

16 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as

17 being overly broad and unduly burdensome on the grounds that it is not limited in

18 time or geographical scope. MGA further objects to this request on the grounds that

19 the terms "anything of value" and "business affiliated with LARIAN" render the

20 request vague, ambiguous, overly broad and unduly burdensome. MGA further

21 objects to the phrase "sufficient to show any and all" as vague and ambiguous. MGA

22 further objects to the request to the extent that it seeks documents that by reason of

23 public filing, public distribution or otherwise are already in Mattel's possession or

24 are readily accessible to Mattel. MGA further objects to the request to the extent that

25 it seeks documents not in MGA's possession, custody or control. MGA further

26 objects to the request to the extent it seeks confidential, proprietary or commercially

27 sensitive information, the disclosure of which would be inimical to the business

28

1 | interests of MGA.  Such information may also be subject to protective orders
2 | governing other litigations thereby precluding disclosure in response to this request.
3 | MGA further objects to the request to the extent it violates the privacy rights of third
4 | parties to their private, confidential, proprietary or trade secret information.

5 |      MGA further objects to this request as cumulative, duplicative, and unduly
6 | burdensome to the extent that it seeks documents previously requested by Mattel or
7 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,
8 | including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set
9 | of Requests for Documents and Things to Isaac Larian.

10 | REQUEST FOR PRODUCTION NO. 14:

11 |      Statements for accounts maintained by YOU at any bank or other financial
12 | institution sufficient to show any and all payments to LARIAN or any business
13 | affiliated with LARIAN.

14 | RESPONSE TO REQUEST FOR PRODUCTION NO. 14:

15 |      MGA incorporates by reference its General Response and General Objections
16 | above, as though fully set forth herein and specifically incorporates General
17 | Objection No. 15 (regarding Definitions), including without limitation MGA's
18 | objection to the definition of the terms YOU and its incorporated terms
19 | AFFILIATES and PERSON.  MGA further objects to the request to the extent it
20 | seeks the production of documents that are protected from disclosure under any
21 | applicable privilege, doctrine or immunity, including without limitation the attorney-
22 | client privilege, the work product doctrine, the right of privacy, and all other
23 | privileges recognized under the constitutional, statutory or decisional law of the
24 | United States of America, the State of California or any other applicable jurisdiction.
25 | MGA further objects to this request on the grounds that it is overly broad and unduly
26 | burdensome in that it seeks documents not relevant to the claims or defenses in this
27 | action and not reasonably calculated to lead to the discovery of admissible evidence.

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

29

Exhibit 2
Page 52

1 | Mattel has not demonstrated how *all* statements for accounts maintained by YOU at
2 | *any* bank or other financial institution sufficient to show *any and all* payments to
3 | LARIAN or *any* business affiliated with LARIAN could be relevant to the claims
4 | and defenses in this action. The request is not limited to the subject matter of this
5 | action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22
6 | Order at 21:5-7. MGA further objects to this request as being overly broad and
7 | unduly burdensome on the grounds that it is not limited in time or geographical
8 | scope. MGA further objects to this request on the grounds that the terms "other
9 | financial institution" and "business affiliated with LARIAN" render the request
10 | vague, ambiguous, overly broad and unduly burdensome. MGA further objects to
11 | the phrase "sufficient to show any and all" as vague and ambiguous. MGA further
12 | objects to the request to the extent that it seeks documents that by reason of public
13 | filing, public distribution or otherwise are already in Mattel's possession or are
14 | readily accessible to Mattel. MGA further objects to the request to the extent that it
15 | seeks documents not in MGA's possession, custody or control. MGA further objects
16 | to the request to the extent it seeks confidential, proprietary or commercially
17 | sensitive information, the disclosure of which would be inimical to the business
18 | interests of MGA. Such information may also be subject to protective orders
19 | governing other litigations thereby precluding disclosure in response to this request.
20 | MGA further objects to the request to the extent it violates the privacy rights of third
21 | parties to their private, confidential, proprietary or trade secret information.

22 | MGA further objects to this request as cumulative, duplicative, and unduly
23 | burdensome to the extent that it seeks documents previously requested by Mattel or
24 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,
25 | including, but not limited to: Request Nos. 229-265 from the Mattel, Inc.'s First Set
26 | of Requests for Documents and Things to Isaac Larian.

27

28

1 | REQUEST FOR PRODUCTION NO. 15:

2 |      DOCUMENTS sufficient to show any and all payments of dividends to

3 | LARIAN or any business affiliated with LARIAN, including to whom the dividends

4 | were paid, the amounts paid and the dates of payment.

5 | RESPONSE TO REQUEST FOR PRODUCTION NO. 15:

6 |      MGA incorporates by reference its General Response and General Objections

7 | above, as though fully set forth herein and specifically incorporates General

8 | Objection No. 15 (regarding Definitions), including without limitation MGA's

9 | objection to the definition of the terms LARIAN and its incorporated terms FAMILY

10 | MEMBER and PERSON. MGA further objects to the request to the extent it seeks

11 | the production of documents that are protected from disclosure under any applicable

12 | privilege, doctrine or immunity, including without limitation the attorney-client

13 | privilege, the work product doctrine, the right of privacy, and all other privileges

14 | recognized under the constitutional, statutory or decisional law of the United States

15 | of America, the State of California or any other applicable jurisdiction. MGA further

16 | objects to this request on the grounds that it is overly broad and unduly burdensome

17 | in that it seeks documents not relevant to the claims or defenses in this action and not

18 | reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

19 | demonstrated how DOCUMENTS sufficient to show *any and all* payments of

20 | dividends to LARIAN or *any* business affiliated with LARIAN could be relevant to

21 | the claims and defenses in this action. The request is not limited to the subject

22 | matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

23 | 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

24 | overly broad and unduly burdensome on the grounds that it is not limited in time or

25 | geographical scope. MGA further objects to this request on the grounds that the

26 | terms "business affiliated with LARIAN" render the request vague, ambiguous,

27 | overly broad and unduly burdensome. MGA further objects to the phrase "sufficient

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
31

Exhibit 2
Page 54

1  to show any and all" as vague and ambiguous.  MGA further objects to the request to

2  the extent that it seeks documents that by reason of public filing, public distribution

3  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

4  MGA further objects to the request to the extent that it seeks documents not in

5  MGA's possession, custody or control.  MGA further objects to the request to the

6  extent it seeks confidential, proprietary or commercially sensitive information, the

7  disclosure of which would be inimical to the business interests of MGA.  Such

8  information may also be subject to protective orders governing other litigations

9  thereby precluding disclosure in response to this request.  MGA further objects to the

10  request to the extent it violates the privacy rights of third parties to their private,

11  confidential, proprietary or trade secret information.

12     MGA further objects to this request as cumulative, duplicative, and unduly

13  burdensome to the extent that it seeks documents previously requested by Mattel or

14  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

15  including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

16  of Requests for Documents and Things to Isaac Larian.

17  REQUEST FOR PRODUCTION NO. 16:

18     DOCUMENTS sufficient to show any and all distributions to LARIAN or any

19  business affiliated with LARIAN, including to whom the distributions were made,

20  the amounts of the distributions and the dates the distributions were made.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 16:

22     MGA incorporates by reference its General Response and General Objections

23  above, as though fully set forth herein and specifically incorporates General

24  Objection No. 15 (regarding Definitions), including without limitation MGA's

25  objection to the definition of the terms LARIAN and its incorporated terms FAMILY

26  MEMBER and PERSON.  MGA further objects to the request to the extent it seeks

27  the production of documents that are protected from disclosure under any applicable

28

1 privilege, doctrine or immunity, including without limitation the attorney-client
2 privilege, the work product doctrine, the right of privacy, and all other privileges
3 recognized under the constitutional, statutory or decisional law of the United States
4 of America, the State of California or any other applicable jurisdiction. MGA further
5 objects to this request on the grounds that it is overly broad and unduly burdensome
6 in that it seeks documents not relevant to the claims or defenses in this action and not
7 reasonably calculated to lead to the discovery of admissible evidence. Mattel has not
8 demonstrated how DOCUMENTS sufficient to show *any and all* distributions to
9 LARIAN or *any* business affiliated with LARIAN could be relevant to the claims
10 and defenses in this action. The request is not limited to the subject matter of this
11 action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22
12 Order at 21:5-7. MGA further objects to this request as being overly broad and
13 unduly burdensome on the grounds that it is not limited in time or geographical
14 scope. MGA further objects to this request on the grounds that the terms "business
15 affiliated with LARIAN" render the request vague, ambiguous, overly broad and
16 unduly burdensome. MGA further objects to the phrase "sufficient to show any and
17 all" as vague and ambiguous. MGA further objects to the request to the extent that it
18 seeks documents that by reason of public filing, public distribution or otherwise are
19 already in Mattel's possession or are readily accessible to Mattel. MGA further
20 objects to the request to the extent that it seeks documents not in MGA's possession,
21 custody or control. MGA further objects to the request to the extent it seeks
22 confidential, proprietary or commercially sensitive information, the disclosure of
23 which would be inimical to the business interests of MGA. Such information may
24 also be subject to protective orders governing other litigations thereby precluding
25 disclosure in response to this request. MGA further objects to the request to the
26 extent it violates the privacy rights of third parties to their private, confidential,
27 proprietary or trade secret information.

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
33

Exhibit 2
Page 56

1  MGA further objects to this request as cumulative, duplicative, and unduly

2  burdensome to the extent that it seeks documents previously requested by Mattel or

3  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

4  including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

5  of Requests for Documents and Things to Isaac Larian.

6  REQUEST FOR PRODUCTION NO. 17:

7  DOCUMENTS sufficient to show any and all advances of funds to LARIAN

8  or any business affiliated with LARIAN for services to be performed at a later date,

9  including the amount of the advance, the date of the advance, the services to be

10  performed, whether the services were performed and, if so, when they were

11  performed.

12  RESPONSE TO REQUEST FOR PRODUCTION NO. 17:

13  MGA incorporates by reference its General Response and General Objections

14  above, as though fully set forth herein and specifically incorporates General

15  Objection No. 15 (regarding Definitions), including without limitation MGA's

16  objection to the definition of the terms LARIAN and its incorporated terms FAMILY

17  MEMBER and PERSON.  MGA further objects to the request to the extent it seeks

18  the production of documents that are protected from disclosure under any applicable

19  privilege, doctrine or immunity, including without limitation the attorney-client

20  privilege, the work product doctrine, the right of privacy, and all other privileges

21  recognized under the constitutional, statutory or decisional law of the United States

22  of America, the State of California or any other applicable jurisdiction.  MGA further

23  objects to this request on the grounds that it is overly broad and unduly burdensome

24  in that it seeks documents not relevant to the claims or defenses in this action and not

25  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

26  demonstrated how *any and all* advances of funds to LARIAN or *any* affiliated

27  business for services to be performed at a later date could be relevant to the claims

28

1    and defenses in this action.  The request is not limited to the subject matter of this
2    action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22
3    Order at 21:5-7.  MGA further objects to this request as being overly broad and
4    unduly burdensome on the grounds that it is not limited in time or geographical
5    scope.  MGA further objects to this request on the grounds that the terms "business
6    affiliated with LARIAN" render the request vague, ambiguous, overly broad and
7    unduly burdensome.  MGA further objects to the phrases "sufficient to show any and
8    all" and "advances of funds" as vague and ambiguous.  MGA further objects to the
9    request to the extent that it seeks documents that by reason of public filing, public
10   distribution or otherwise are already in Mattel's possession or are readily accessible
11   to Mattel.  MGA further objects to the request to the extent that it seeks documents
12   not in MGA's possession, custody or control.  MGA further objects to the request to
13   the extent it seeks confidential, proprietary or commercially sensitive information,
14   the disclosure of which would be inimical to the business interests of MGA.  Such
15   information may also be subject to protective orders governing other litigations
16   thereby precluding disclosure in response to this request.  MGA further objects to the
17   request to the extent it violates the privacy rights of third parties to their private,
18   confidential, proprietary or trade secret information.

19        MGA further objects to this request as cumulative, duplicative, and unduly
20   burdensome to the extent that it seeks documents previously requested by Mattel or
21   produced by MGA (or any of its affiliates) in response to Mattel's document requests,
22   including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set
23   of Requests for Documents and Things to Isaac Larian.

24   REQUEST FOR PRODUCTION NO. 18:

25        DOCUMENTS sufficient to show any and all gifts to LARIAN or any
26   business affiliated with LARIAN, including to whom the gift was made, when the
27
28

1 | gift was made, the nature, amount and value of the gift and the reasons for making
2 | the gift.

3 | RESPONSE TO REQUEST FOR PRODUCTION NO. 18:

4 |     MGA incorporates by reference its General Response and General Objections

5 | above, as though fully set forth herein and specifically incorporates General

6 | Objection No. 15 (regarding Definitions), including without limitation MGA's

7 | objection to the definition of the terms LARIAN and its incorporated terms FAMILY

8 | MEMBER and PERSON. MGA further objects to the request to the extent it seeks

9 | the production of documents that are protected from disclosure under any applicable

10 | privilege, doctrine or immunity, including without limitation the attorney-client

11 | privilege, the work product doctrine, the right of privacy, and all other privileges

12 | recognized under the constitutional, statutory or decisional law of the United States

13 | of America, the State of California or any other applicable jurisdiction. MGA further

14 | objects to this request on the grounds that it is overly broad and unduly burdensome

15 | in that it seeks documents not relevant to the claims or defenses in this action and not

16 | reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

17 | demonstrated how DOCUMENTS sufficient to show *any and all* gifts to LARIAN or

18 | *any* business affiliated with LARIAN could be relevant to the claims and defenses in

19 | this action. The request is not limited to the subject matter of this action and is thus

20 | impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

21 | MGA further objects to this request as being overly broad and unduly burdensome

22 | on the grounds that it is not limited in time or geographical scope. MGA further

23 | objects to this request on the grounds that the terms "business affiliated with

24 | LARIAN" render the request vague, ambiguous, overly broad and unduly

25 | burdensome. MGA further objects to the phrases "sufficient to show any and all"

26 | and "reasons for making the gift" as vague and ambiguous. MGA further objects to

27 | the request to the extent that it seeks documents that by reason of public filing,

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
36

Exhibit 2
Page 59

1 | public distribution or otherwise are already in Mattel's possession or are readily

2 | accessible to Mattel. MGA further objects to the request to the extent that it seeks

3 | documents not in MGA's possession, custody or control. MGA further objects to the

4 | request to the extent it seeks confidential, proprietary or commercially sensitive

5 | information, the disclosure of which would be inimical to the business interests of

6 | MGA. Such information may also be subject to protective orders governing other

7 | litigations thereby precluding disclosure in response to this request. MGA further

8 | objects to the request to the extent it violates the privacy rights of third parties to

9 | their private, confidential, proprietary or trade secret information.

10 | MGA further objects to this request as cumulative, duplicative, and unduly

11 | burdensome to the extent that it seeks documents previously requested by Mattel or

12 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,

13 | including, but not limited to: Request Nos. 229-265 from the Mattel, Inc.'s First Set

14 | of Requests for Documents and Things to Isaac Larian.

15 | REQUEST FOR PRODUCTION NO. 19:

16 | DOCUMENTS sufficient to show any and all loans from MGA to LARIAN or

17 | any business affiliated with LARIAN, including the date of the loan, the amount of

18 | the loan, the interest rate, if any, whether the loan has been repaid or forgiven in

19 | whole or in part and, if so, when and by whom.

20 | RESPONSE TO REQUEST FOR PRODUCTION NO. 19:

21 | MGA incorporates by reference its General Response and General Objections

22 | above, as though fully set forth herein and specifically incorporates General

23 | Objection No. 15 (regarding Definitions), including without limitation MGA's

24 | objection to the definition of the terms LARIAN and its incorporated terms FAMILY

25 | MEMBER and PERSON. MGA further objects to the request to the extent it seeks

26 | the production of documents that are protected from disclosure under any applicable

27 | privilege, doctrine or immunity, including without limitation the attorney-client

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
37

Exhibit 2
Page 60

1  privilege, the work product doctrine, the right of privacy, and all other privileges
2  recognized under the constitutional, statutory or decisional law of the United States
3  of America, the State of California or any other applicable jurisdiction. MGA further
4  objects to this request on the grounds that it is overly broad and unduly burdensome
5  in that it seeks documents not relevant to the claims or defenses in this action and not
6  reasonably calculated to lead to the discovery of admissible evidence. Mattel has not
7  demonstrated how DOCUMENTS sufficient to show *any and all* loans from MGA to
8  LARIAN or *any* business affiliated with LARIAN could be relevant to the claims
9  and defenses in this action. The request is not limited to the subject matter of this
10 action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22
11 Order at 21:5-7. MGA further objects to this request as being overly broad and
12 unduly burdensome on the grounds that it is not limited in time or geographical
13 scope. MGA further objects to this request on the grounds that the terms "business
14 affiliated with LARIAN" and "forgiven" render the request vague, ambiguous,
15 overly broad and unduly burdensome. MGA further objects to the phrase "sufficient
16 to show any and all" as vague and ambiguous. MGA further objects to the request to
17 the extent that it seeks documents that by reason of public filing, public distribution
18 or otherwise are already in Mattel's possession or are readily accessible to Mattel.
19 MGA further objects to the request to the extent that it seeks documents not in
20 MGA's possession, custody or control. MGA further objects to the request to the
21 extent it seeks confidential, proprietary or commercially sensitive information, the
22 disclosure of which would be inimical to the business interests of MGA. Such
23 information may also be subject to protective orders governing other litigations
24 thereby precluding disclosure in response to this request.

25     MGA further objects to this request as cumulative, duplicative, and unduly
26 burdensome to the extent that it seeks documents previously requested by Mattel or
27 produced by MGA (or any of its affiliates) in response to Mattel's document requests,
28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
38

Exhibit 2
Page 61

1 | including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

2 | of Requests for Documents and Things to Isaac Larian.

3 | REQUEST FOR PRODUCTION NO. 20:

4 | DOCUMENTS sufficient to show any and all loans from LARIAN or any

5 | business affiliated with LARIAN to MGA, including the date of the loan, the amount

6 | of the loan, the interest rate, if any, whether the loan has been repaid or forgiven in

7 | whole or in part and, if so, when and by whom.

8 | RESPONSE TO REQUEST FOR PRODUCTION NO. 20:

9 | MGA incorporates by reference its General Response and General Objections

10 | above, as though fully set forth herein and specifically incorporates General

11 | Objection No. 15 (regarding Definitions), including without limitation MGA's

12 | objection to the definition of the terms LARIAN and its incorporated terms FAMILY

13 | MEMBER and PERSON.  MGA further objects to the request to the extent it seeks

14 | the production of documents that are protected from disclosure under any applicable

15 | privilege, doctrine or immunity, including without limitation the attorney-client

16 | privilege, the work product doctrine, the right of privacy, and all other privileges

17 | recognized under the constitutional, statutory or decisional law of the United States

18 | of America, the State of California or any other applicable jurisdiction.  MGA further

19 | objects to this request on the grounds that it is overly broad and unduly burdensome

20 | in that it seeks documents not relevant to the claims or defenses in this action and not

21 | reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

22 | demonstrated how DOCUMENTS sufficient to show *any and all* loans from

23 | LARIAN or *any* business affiliated with LARIAN to MGA could be relevant to the

24 | claims and defenses in this action.  The request is not limited to the subject matter of

25 | this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

26 | 22 Order at 21:5-7.  MGA further objects to this request as being overly broad and

27 | unduly burdensome on the grounds that it is not limited in time or geographical

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
39

Exhibit 2
Page 62

1   scope. MGA further objects to this request on the grounds that the terms "business
2   affiliated with LARIAN" render the request vague, ambiguous, overly broad and
3   unduly burdensome. MGA further objects to the phrase "sufficient to show any and
4   all" as vague and ambiguous. MGA further objects to the request to the extent that it
5   seeks documents that by reason of public filing, public distribution or otherwise are
6   already in Mattel's possession or are readily accessible to Mattel. MGA further
7   objects to the request to the extent that it seeks documents not in MGA's possession,
8   custody or control. MGA further objects to the request to the extent it seeks
9   confidential, proprietary or commercially sensitive information, the disclosure of
10  which would be inimical to the business interests of MGA. Such information may
11  also be subject to protective orders governing other litigations thereby precluding
12  disclosure in response to this request.

13       MGA further objects to this request as cumulative, duplicative, and unduly
14  burdensome to the extent that it seeks documents previously requested by Mattel or
15  produced by MGA (or any of its affiliates) in response to Mattel's document requests,
16  including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set
17  of Requests for Documents and Things to Isaac Larian.

18  REQUEST FOR PRODUCTION NO. 21:

19       DOCUMENTS sufficient to show any and all obligations of LARIAN or any
20  business affiliated with LARIAN guaranteed or cosigned by MGA, including the
21  IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the
22  identity of the creditor or lender, the nature and amount of the obligation, the date the
23  obligation was guaranteed or cosigned, whether the obligation has been satisfied and,
24  if so, when and by whom.

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 21:

26       MGA incorporates by reference its General Response and General Objections
27  above, as though fully set forth herein and specifically incorporates General

28
MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
40

Exhibit 2
Page 63

1 Objection No. 15 (regarding Definitions), including without limitation MGA's

2 objection to the definition of the terms LARIAN and its incorporated terms FAMILY

3 MEMBER and PERSON. MGA further objects to the request to the extent it seeks

4 the production of documents that are protected from disclosure under any applicable

5 privilege, doctrine or immunity, including without limitation the attorney-client

6 privilege, the work product doctrine, the right of privacy, and all other privileges

7 recognized under the constitutional, statutory or decisional law of the United States

8 of America, the State of California or any other applicable jurisdiction. MGA further

9 objects to this request on the grounds that it is overly broad and unduly burdensome

10 in that it seeks documents not relevant to the claims or defenses in this action and not

11 reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

12 demonstrated how DOCUMENTS sufficient to show *any and all* obligations of

13 LARIAN or *any* business affiliated with LARIAN guaranteed or cosigned by MGA

14 could be relevant to the claims and defenses in this action. The request is not limited

15 to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13

16 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as

17 being overly broad and unduly burdensome on the grounds that it is not limited in

18 time or geographical scope. MGA further objects to this request on the grounds that

19 the terms "business affiliated with LARIAN" render the request vague, ambiguous,

20 overly broad and unduly burdensome. MGA further objects to the phrase "sufficient

21 to show any and all" as vague and ambiguous. MGA further objects to the request to

22 the extent that it seeks documents that by reason of public filing, public distribution

23 or otherwise are already in Mattel's possession or are readily accessible to Mattel.

24 MGA further objects to the request to the extent that it seeks documents not in

25 MGA's possession, custody or control. MGA further objects to the request to the

26 extent it seeks confidential, proprietary or commercially sensitive information, the

27 disclosure of which would be inimical to the business interests of MGA. Such

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

41

Exhibit 2
Page 64

1 information may also be subject to protective orders governing other litigations
2 thereby precluding disclosure in response to this request. MGA further objects to the
3 request to the extent it violates the privacy rights of third parties to their private,
4 confidential, proprietary or trade secret information.

5       MGA further objects to this request as cumulative, duplicative, and unduly
6 burdensome to the extent that it seeks documents previously requested by Mattel or
7 produced by MGA (or any of its affiliates) in response to Mattel's document requests,
8 including, but not limited to: Request Nos. 229-265 from the Mattel, Inc.'s First Set
9 of Requests for Documents and Things to Isaac Larian.

10 REQUEST FOR PRODUCTION NO. 22:

11       DOCUMENTS sufficient to show any and all obligations of MGA guaranteed
12 or cosigned by LARIAN or any business affiliated with LARIAN, including the
13 IDENTITY of the PERSON who guaranteed or cosigned the obligation, the identity
14 of the creditor or lender, the nature and amount of the obligation, the date the
15 obligation was guaranteed or cosigned, whether the obligation has been satisfied and,
16 if so, when and by whom.

17 RESPONSE TO REQUEST FOR PRODUCTION NO. 22:

18       MGA incorporates by reference its General Response and General Objections
19 above, as though fully set forth herein and specifically incorporates General
20 Objection No. 15 (regarding Definitions), including without limitation MGA's
21 objection to the definition of the terms LARIAN and its incorporated terms FAMILY
22 MEMBER and PERSON. MGA further objects to the request to the extent it seeks
23 the production of documents that are protected from disclosure under any applicable
24 privilege, doctrine or immunity, including without limitation the attorney-client
25 privilege, the work product doctrine, the right of privacy, and all other privileges
26 recognized under the constitutional, statutory or decisional law of the United States
27 of America, the State of California or any other applicable jurisdiction. MGA further

28

Exhibit 2
Page 65

1  objects to this request on the grounds that it is overly broad and unduly burdensome

2  in that it seeks documents not relevant to the claims or defenses in this action and not

3  reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

4  demonstrated how DOCUMENTS sufficient to show *any and all* obligations of

5  MGA guaranteed or cosigned by LARIAN or *any* business affiliated with LARIAN

6  could be relevant to the claims and defenses in this action. The request is not limited

7  to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13

8  Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as

9  being overly broad and unduly burdensome on the grounds that it is not limited in

10  time or geographical scope. MGA further objects to this request on the grounds that

11  the terms "business affiliated with LARIAN" render the request vague, ambiguous,

12  overly broad and unduly burdensome. MGA further objects to the phrase "sufficient

13  to show any and all" as vague and ambiguous. MGA further objects to the request to

14  the extent that it seeks documents that by reason of public filing, public distribution

15  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

16  MGA further objects to the request to the extent that it seeks documents not in

17  MGA's possession, custody or control. MGA further objects to the request to the

18  extent it seeks confidential, proprietary or commercially sensitive information, the

19  disclosure of which would be inimical to the business interests of MGA. Such

20  information may also be subject to protective orders governing other litigations

21  thereby precluding disclosure in response to this request. MGA further objects to the

22  request to the extent it violates the privacy rights of third parties to their private,

23  confidential, proprietary or trade secret information.

24      MGA further objects to this request as cumulative, duplicative, and unduly

25  burdensome to the extent that it seeks documents previously requested by Mattel or

26  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

27

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

43

Exhibit 2
Page 66

1 | including, but not limited to: Request Nos. 229-265 from the Mattel, Inc.'s First Set
2 | of Requests for Documents and Things to Isaac Larian.

3 | REQUEST FOR PRODUCTION NO. 23:

4 | DOCUMENTS sufficient to IDENTIFY each and every PERSON who has
5 | owned stock in MGA at any time including, without limitation, DOCUMENTS
6 | sufficient to show whether such PERSON is a FAMILY MEMBER of Isaac Larian.

7 | RESPONSE TO REQUEST FOR PRODUCTION NO. 23:

8 | MGA incorporates by reference its General Response and General Objections
9 | above, as though fully set forth herein and specifically incorporates General
10 | Objection No. 15 (regarding Definitions), including without limitation MGA's
11 | objection to the definition of the terms PERSON, FAMILY MEMBER, and MGA
12 | and its incorporated term AFFILIATES. MGA further objects to the request to the
13 | extent it seeks the production of documents that are protected from disclosure under
14 | any applicable privilege, doctrine or immunity, including without limitation the
15 | attorney-client privilege, the work product doctrine, the right of privacy, and all other
16 | privileges recognized under the constitutional, statutory or decisional law of the
17 | United States of America, the State of California or any other applicable jurisdiction.
18 | MGA further objects to this request on the grounds that it is overly broad and unduly
19 | burdensome in that it seeks documents not relevant to the claims or defenses in this
20 | action and not reasonably calculated to lead to the discovery of admissible evidence.
21 | Mattel has not demonstrated how DOCUMENTS sufficient to IDENTIFY *each and*
22 | *every* PERSON who has owned stock in MGA at *any* time could be relevant to the
23 | claims and defenses in this action. The request is not limited to the subject matter of
24 | this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May
25 | 22 Order at 21:5-7. MGA further objects to this request as being overly broad and
26 | unduly burdensome on the grounds that it is not limited in time or geographical
27 | scope. MGA further objects to the phrases "sufficient to identify each and every . . .

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
44

Exhibit 2
Page 67

1  including" and "sufficient to show whether such PERSON is a FAMILY MEMBER
2  of Isaac Larian" as vague and ambiguous. MGA further objects to the request to the
3  extent that it seeks documents that by reason of public filing, public distribution or
4  otherwise are already in Mattel's possession or are readily accessible to Mattel.
5  MGA further objects to the request to the extent that it seeks documents not in
6  MGA's possession, custody or control. MGA further objects to the request to the
7  extent it seeks confidential, proprietary or commercially sensitive information, the
8  disclosure of which would be inimical to the business interests of MGA. Such
9  information may also be subject to protective orders governing other litigations
10  thereby precluding disclosure in response to this request. MGA further objects to the
11  request to the extent it violates the privacy rights of third parties to their private,
12  confidential, proprietary or trade secret information.

13      MGA further objects to this request as cumulative, duplicative, and unduly
14  burdensome to the extent that it seeks documents previously requested by Mattel or
15  produced by MGA (or any of its affiliates) in response to Mattel's document requests,
16  including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of
17  Requests for Documents and Things to MGA Entertainment, Inc.

18  REQUEST FOR PRODUCTION NO. 24:

19      For each PERSON who has owned stock in MGA, DOCUMENTS sufficient
20  to show the number of shares of stock owned by such PERSON, the percentage of
21  shares owned as measured against the total outstanding shares, the dates upon which
22  the PERSON acquired the shares, the consideration paid or promised for the shares
23  and the dates on which such consideration was paid or promised.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 24:

25      MGA incorporates by reference its General Response and General Objections
26  above, as though fully set forth herein and specifically incorporates General
27  Objection No. 15 (regarding Definitions), including without limitation MGA's

28

Exhibit 2
Page 68

1  objection to the definition of the terms PERSON and MGA, and its incorporated

2  term AFFILIATES. MGA further objects to the request to the extent it seeks the

3  production of documents that are protected from disclosure under any applicable

4  privilege, doctrine or immunity, including without limitation the attorney-client

5  privilege, the work product doctrine, the right of privacy, and all other privileges

6  recognized under the constitutional, statutory or decisional law of the United States

7  of America, the State of California or any other applicable jurisdiction. MGA further

8  objects to this request on the grounds that it is overly broad and unduly burdensome

9  in that it seeks documents not relevant to the claims or defenses in this action and not

10  reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

11  demonstrated how, for *each* PERSON who has owned stock in MGA,

12  DOCUMENTS sufficient to show the number of shares, the percentage of shares, the

13  dates acquired, the consideration paid or promised, and the dates on which such

14  consideration was paid or promised could be relevant to the claims and defenses in

15  this action. The request is not limited to the subject matter of this action and is thus

16  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

17  MGA further objects to this request as being overly broad and unduly burdensome

18  on the grounds that it is not limited in time or geographical scope. MGA further

19  objects to the phrase "sufficient to show" as vague and ambiguous. MGA further

20  objects to the request to the extent that it seeks documents that by reason of public

21  filing, public distribution or otherwise are already in Mattel's possession or are

22  readily accessible to Mattel. MGA further objects to the request to the extent that it

23  seeks documents not in MGA's possession, custody or control. MGA further objects

24  to the request to the extent it seeks confidential, proprietary or commercially

25  sensitive information, the disclosure of which would be inimical to the business

26  interests of MGA. Such information may also be subject to protective orders

27  governing other litigations thereby precluding disclosure in response to this request.

28

Exhibit 2
Page 69

1 | MGA further objects to the request to the extent it violates the privacy rights of third
2 | parties to their private, confidential, proprietary or trade secret information.

3 |     MGA further objects to this request as cumulative, duplicative, and unduly
4 | burdensome to the extent that it seeks documents previously requested by Mattel or
5 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,
6 | including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of
7 | Requests for Documents and Things to MGA Entertainment, Inc.

8 | REQUEST FOR PRODUCTION NO. 25:

9 |     DOCUMENTS sufficient to show the total outstanding shares of MGA stock
10 | at any time from the incorporation of MGA to the present.

11 | RESPONSE TO REQUEST FOR PRODUCTION NO. 25:

12 |     MGA incorporates by reference its General Response and General Objections
13 | above, as though fully set forth herein and specifically incorporates General
14 | Objection No. 15 (regarding Definitions), including without limitation MGA's
15 | objection to the definition of the terms MGA and its incorporated terms
16 | AFFILIATES and PERSON.  MGA further objects to the request to the extent it
17 | seeks the production of documents that are protected from disclosure under any
18 | applicable privilege, doctrine or immunity, including without limitation the attorney-
19 | client privilege, the work product doctrine, the right of privacy, and all other
20 | privileges recognized under the constitutional, statutory or decisional law of the
21 | United States of America, the State of California or any other applicable jurisdiction.
22 | MGA further objects to this request on the grounds that it is overly broad and unduly
23 | burdensome in that it seeks documents not relevant to the claims or defenses in this
24 | action and not reasonably calculated to lead to the discovery of admissible evidence.
25 | Mattel has not demonstrated how DOCUMENTS sufficient to show the total
26 | outstanding shares of MGA stock *at any time* from the incorporation of MGA to the
27 | present could be relevant to the claims and defenses in this action.  The request is not

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
47

Exhibit 2
Page 70

1 limited to the subject matter of this action and is thus impermissibly overbroad. See

2 Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this

3 request as being overly broad and unduly burdensome on the grounds that it is not

4 limited in time or geographical scope. MGA further objects to the phrase "sufficient

5 to show" as vague and ambiguous. MGA further objects to the request to the extent

6 that it seeks documents that by reason of public filing, public distribution or

7 otherwise are already in Mattel's possession or are readily accessible to Mattel.

8 MGA further objects to the request to the extent that it seeks documents not in

9 MGA's possession, custody or control. MGA further objects to the request to the

10 extent it seeks confidential, proprietary or commercially sensitive information, the

11 disclosure of which would be inimical to the business interests of MGA. Such

12 information may also be subject to protective orders governing other litigations

13 thereby precluding disclosure in response to this request. MGA further objects to the

14 request to the extent it violates the privacy rights of third parties to their private,

15 confidential, proprietary or trade secret information.

16     MGA further objects to this request as cumulative, duplicative, and unduly

17 burdensome to the extent that it seeks documents previously requested by Mattel or

18 produced by MGA (or any of its affiliates) in response to Mattel's document requests,

19 including, but not limited to: Request No. 107 from Mattel, Inc.'s Fourth Set of

20 Requests for Documents and Things to MGA Entertainment, Inc.

21 REQUEST FOR PRODUCTION NO. 26:

22     All DOCUMENTS that REFER OR RELATE TO the issuance of MGA stock

23 certificates any time since the incorporation of MGA to the present, including

24 without limitation to whom they were issued and the dates of issuance.

25 RESPONSE TO REQUEST FOR PRODUCTION NO. 26:

26     MGA incorporates by reference its General Response and General Objections

27 above, as though fully set forth herein and specifically incorporates General

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
48

Exhibit 2
Page 71

1  Objection No. 15 (regarding Definitions), including without limitation MGA's
2  objection to the definition of the terms MGA and its incorporated terms
3  AFFILIATES and PERSON.  MGA further objects to the request to the extent it
4  seeks the production of documents that are protected from disclosure under any
5  applicable privilege, doctrine or immunity, including without limitation the attorney-
6  client privilege, the work product doctrine, the right of privacy, and all other
7  privileges recognized under the constitutional, statutory or decisional law of the
8  United States of America, the State of California or any other applicable jurisdiction.
9  MGA further objects to this request on the grounds that it is overly broad and unduly
10  burdensome in that it seeks documents not relevant to the claims or defenses in this
11  action and not reasonably calculated to lead to the discovery of admissible evidence.
12  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO
13  the issuance of MGA stock certificates *any time* since the incorporation of MGA to
14  the present could be relevant to the claims and defenses in this action.  The request is
15  not limited to the subject matter of this action and is thus impermissibly overbroad.
16  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this
17  request as being overly broad and unduly burdensome on the grounds that it is not
18  limited in time or geographical scope.  MGA further objects to the request to the
19  extent that it seeks documents that by reason of public filing, public distribution or
20  otherwise are already in Mattel's possession or are readily accessible to Mattel.
21  MGA further objects to the request to the extent that it seeks documents not in
22  MGA's possession, custody or control.  MGA further objects to the request to the
23  extent it seeks confidential, proprietary or commercially sensitive information, the
24  disclosure of which would be inimical to the business interests of MGA.  Such
25  information may also be subject to protective orders governing other litigations
26  thereby precluding disclosure in response to this request.  MGA further objects to the
27
28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

49

Exhibit 2
Page 72

1  request to the extent it violates the privacy rights of third parties to their private,
2  confidential, proprietary or trade secret information.

3       MGA further objects to this request as cumulative, duplicative, and unduly
4  burdensome to the extent that it seeks documents previously requested by Mattel or
5  produced by MGA (or any of its affiliates) in response to Mattel's document requests,
6  including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of
7  Requests for Documents and Things to MGA Entertainment, Inc.

8  REQUEST FOR PRODUCTION NO. 27:

9       All DOCUMENTS, including without limitation all COMMUNICATIONS,
10 that REFER OR RELATE TO the purchase, sale, transfer, alienation, pledge,
11 hypothecation or alienation of MGA stock or any ownership interest in MGA.

12 RESPONSE TO REQUEST FOR PRODUCTION NO. 27:

13      MGA incorporates by reference its General Response and General Objections
14 above, as though fully set forth herein and specifically incorporates General
15 Objection No. 15 (regarding Definitions), including without limitation MGA's
16 objection to the definition of the terms MGA and its incorporated terms
17 AFFILIATES and PERSON.  MGA further objects to the request to the extent it
18 seeks the production of documents that are protected from disclosure under any
19 applicable privilege, doctrine or immunity, including without limitation the attorney-
20 client privilege, the work product doctrine, the right of privacy, and all other
21 privileges recognized under the constitutional, statutory or decisional law of the
22 United States of America, the State of California or any other applicable jurisdiction.
23 MGA further objects to this request on the grounds that it is overly broad and unduly
24 burdensome in that it seeks documents not relevant to the claims or defenses in this
25 action and not reasonably calculated to lead to the discovery of admissible evidence.
26 Mattel has not demonstrated how *all* DOCUMENTS, including without limitation *all*
27 COMMUNICATIONS, that REFER OR RELATE TO the purchase, sale, transfer,

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
50

Exhibit 2
Page 73

1  alienation, pledge, hypothecation or alienation of MGA stock or any ownership
2  interest in MGA could be relevant to the claims and defenses in this action. The
3  request is not limited to the subject matter of this action and is thus impermissibly
4  overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further
5  objects to this request as being overly broad and unduly burdensome on the grounds
6  that it is not limited in time or geographical scope. MGA further objects to the
7  phrase "REFER or RELATE TO the . . . alienation . . . or alienation of MGA stock"
8  as vague and ambiguous. MGA further objects to the request to the extent that it
9  seeks documents that by reason of public filing, public distribution or otherwise are
10  already in Mattel's possession or are readily accessible to Mattel. MGA further
11  objects to the request to the extent that it seeks documents not in MGA's possession,
12  custody or control. MGA further objects to the request to the extent it seeks
13  confidential, proprietary or commercially sensitive information, the disclosure of
14  which would be inimical to the business interests of MGA. Such information may
15  also be subject to protective orders governing other litigations thereby precluding
16  disclosure in response to this request. MGA further objects to the request to the
17  extent it violates the privacy rights of third parties to their private, confidential,
18  proprietary or trade secret information.

19      MGA further objects to this request as cumulative, duplicative, and unduly
20  burdensome to the extent that it seeks documents previously requested by Mattel or
21  produced by MGA (or any of its affiliates) in response to Mattel's document requests,
22  including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of
23  Requests for Documents and Things to MGA Entertainment, Inc.

24  REQUEST FOR PRODUCTION NO. 28:

25      All DOCUMENTS, including without limitation all COMMUNICATIONS,
26  that REFER OR RELATE TO any instance in which any shareholder, stockholder or
27  other owner of any interest in MGA lost, misplaced or was unable to locate original

28

Exhibit 2
Page 74

1  MGA stock certificates or in which any shareholder, stockholder or other owner of

2  any interest in MGA requested that any PERSON attest to or assert such loss,

3  misplacement or inability to locate, including without limitation the emails between

4  Isaac Larian and Jahangir Makabi requesting that Makabi sign an affidavit that he

5  lost his original stock certificates despite Makabi's protestation that he never had any

6  such certificates.

7  RESPONSE TO REQUEST FOR PRODUCTION NO. 28:

8      MGA incorporates by reference its General Response and General Objections

9  above, as though fully set forth herein and specifically incorporates General

10  Objection No. 15 (regarding Definitions), including without limitation MGA's

11  objection to the definition of the terms PERSON and MGA and its incorporated term

12  AFFILIATES.  MGA further objects to the request to the extent it seeks the

13  production of documents that are protected from disclosure under any applicable

14  privilege, doctrine or immunity, including without limitation the attorney-client

15  privilege, the work product doctrine, the right of privacy, and all other privileges

16  recognized under the constitutional, statutory or decisional law of the United States

17  of America, the State of California or any other applicable jurisdiction.  MGA further

18  objects to this request on the grounds that it is overly broad and unduly burdensome

19  in that it seeks documents not relevant to the claims or defenses in this action and not

20  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

21  demonstrated how *all* DOCUMENTS, including without limitation *all*

22  COMMUNICATIONS, that REFER OR RELATE TO any instance in which *any*

23  shareholder, stockholder or other owner of *any* interest in MGA lost, misplaced or

24  was unable to locate original MGA stock certificates or in which any shareholder,

25  stockholder or other owner of *any* interest in MGA requested that any PERSON

26  attest to or assert such loss, misplacement or inability to locate could be relevant to

27  the claims and defenses in this action.  The request is not limited to the subject

28

Exhibit 2
Page 75

1  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at
2  9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being
3  overly broad and unduly burdensome on the grounds that it is not limited in time or
4  geographical scope.  MGA further objects to the phrase "attest to or assert such loss"
5  as vague and ambiguous.  MGA further objects to the request to the extent that it
6  seeks documents that by reason of public filing, public distribution or otherwise are
7  already in Mattel's possession or are readily accessible to Mattel.  MGA further
8  objects to the request to the extent that it seeks documents not in MGA's possession,
9  custody or control.  MGA further objects to the request to the extent it seeks
10  confidential, proprietary or commercially sensitive information, the disclosure of
11  which would be inimical to the business interests of MGA.  Such information may
12  also be subject to protective orders governing other litigations thereby precluding
13  disclosure in response to this request.  MGA further objects to the request to the
14  extent it violates the privacy rights of third parties to their private, confidential,
15  proprietary or trade secret information.

16      MGA further objects to this request as cumulative, duplicative, and unduly
17  burdensome to the extent that it seeks documents previously requested by Mattel or
18  produced by MGA (or any of its affiliates) in response to Mattel's document requests,
19  including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of
20  Requests for Documents and Things to MGA Entertainment, Inc.

21  REQUEST FOR PRODUCTION NO. 29:

22      All DOCUMENTS that REFER OR RELATE TO how MGA was capitalized
23  upon its incorporation including, without limitation, the IDENTITY of each
24  PERSON who purchased or subscribed to stock in MGA, the number of shares
25  purchased or subscribed by each such PERSON, the amount paid or promised for the
26  shares purchased or subscribed by each such PERSON and the dates such amounts
27  were paid or promised.

28

Exhibit 2
Page 76

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 29:

2 |     MGA incorporates by reference its General Response and General Objections

3 | above, as though fully set forth herein and specifically incorporates General

4 | Objection No. 15 (regarding Definitions), including without limitation MGA's

5 | objection to the definition of the terms PERSON and MGA and its incorporated term

6 | AFFILIATES.  MGA further objects to the request to the extent it seeks the

7 | production of documents that are protected from disclosure under any applicable

8 | privilege, doctrine or immunity, including without limitation the attorney-client

9 | privilege, the work product doctrine, the right of privacy, and all other privileges

10 | recognized under the constitutional, statutory or decisional law of the United States

11 | of America, the State of California or any other applicable jurisdiction.  MGA further

12 | objects to this request on the grounds that it is overly broad and unduly burdensome

13 | in that it seeks documents not relevant to the claims or defenses in this action and not

14 | reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

15 | demonstrated how *all* DOCUMENTS that REFER OR RELATE TO how MGA was

16 | capitalized upon its incorporation including, without limitation, the IDENTITY of

17 | *each* PERSON who purchased or subscribed to stock in MGA, the number of shares

18 | purchased or subscribed by *each* such PERSON, the amount paid or promised for the

19 | shares purchased or subscribed by *each* such PERSON and the dates such amounts

20 | were paid or promised could be relevant to the claims and defenses in this action.

21 | The request is not limited to the subject matter of this action and is thus

22 | impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

23 | MGA further objects to this request as being overly broad and unduly burdensome

24 | on the grounds that it is not limited in time or geographical scope.  MGA further

25 | objects to the request to the extent that it seeks documents that by reason of public

26 | filing, public distribution or otherwise are already in Mattel's possession or are

27 | readily accessible to Mattel.  MGA further objects to the request to the extent that it

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
54

Exhibit 2
Page 77

1  seeks documents not in MGA's possession, custody or control.  MGA further objects

2  to the request to the extent it seeks confidential, proprietary or commercially

3  sensitive information, the disclosure of which would be inimical to the business

4  interests of MGA.  Such information may also be subject to protective orders

5  governing other litigations thereby precluding disclosure in response to this request.

6  MGA further objects to the request to the extent it violates the privacy rights of third

7  parties to their private, confidential, proprietary or trade secret information.

8      MGA further objects to this request as cumulative, duplicative, and unduly

9  burdensome to the extent that it seeks documents previously requested by Mattel or

10  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

11  including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

12  Requests for Documents and Things to MGA Entertainment, Inc.

13  REQUEST FOR PRODUCTION NO. 30:

14      DOCUMENTS sufficient to show how MGA has been capitalized from the

15  date of its incorporation to the present.

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 30:

17      MGA incorporates by reference its General Response and General Objections

18  above, as though fully set forth herein and specifically incorporates General

19  Objection No. 15 (regarding Definitions), including without limitation MGA's

20  objection to the definition of the terms MGA and its incorporated terms

21  AFFILIATES and PERSON.  MGA further objects to the request to the extent it

22  seeks the production of documents that are protected from disclosure under any

23  applicable privilege, doctrine or immunity, including without limitation the attorney-

24  client privilege, the work product doctrine, the right of privacy, and all other

25  privileges recognized under the constitutional, statutory or decisional law of the

26  United States of America, the State of California or any other applicable jurisdiction.

27  MGA further objects to this request on the grounds that it is overly broad and unduly

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
55

Exhibit 2
Page 78

1  burdensome in that it seeks documents not relevant to the claims or defenses in this

2  action and not reasonably calculated to lead to the discovery of admissible evidence.

3  Mattel has not demonstrated how DOCUMENTS sufficient to show how MGA has

4  been capitalized from the date of its incorporation to the present could be relevant to

5  the claims and defenses in this action.  The request is not limited to the subject

6  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

7  9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

8  overly broad and unduly burdensome on the grounds that it is not limited in

9  geographical scope.  MGA further objects to the request to the extent that it seeks

10  documents that by reason of public filing, public distribution or otherwise are already

11  in Mattel's possession or are readily accessible to Mattel.  MGA further objects to the

12  request to the extent that it seeks documents not in MGA's possession, custody or

13  control.  MGA further objects to the request to the extent it seeks confidential,

14  proprietary or commercially sensitive information, the disclosure of which would be

15  inimical to the business interests of MGA.  Such information may also be subject to

16  protective orders governing other litigations thereby precluding disclosure in

17  response to this request.  MGA further objects to the request to the extent it violates

18  the privacy rights of third parties to their private, confidential, proprietary or trade

19  secret information.

20      MGA further objects to this request as cumulative, duplicative, and unduly

21  burdensome to the extent that it seeks documents previously requested by Mattel or

22  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

23  including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

24  Requests for Documents and Things to MGA Entertainment, Inc.

25

26

27

28

1  REQUEST FOR PRODUCTION NO. 31:

2      DOCUMENTS sufficient to show any and all payments of dividends to any

3  shareholder of MGA, including to whom the dividends were paid, the amounts paid

4  and the dates of payment.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 31:

6      MGA incorporates by reference its General Response and General Objections

7  above, as though fully set forth herein and specifically incorporates General

8  Objection No. 15 (regarding Definitions), including without limitation MGA's

9  objection to the definition of the terms MGA and its incorporated terms

10  AFFILIATES and PERSON.  MGA further objects to the request to the extent it

11  seeks the production of documents that are protected from disclosure under any

12  applicable privilege, doctrine or immunity, including without limitation the attorney-

13  client privilege, the work product doctrine, the right of privacy, and all other

14  privileges recognized under the constitutional, statutory or decisional law of the

15  United States of America, the State of California or any other applicable jurisdiction.

16  MGA further objects to this request on the grounds that it is overly broad and unduly

17  burdensome in that it seeks documents not relevant to the claims or defenses in this

18  action and not reasonably calculated to lead to the discovery of admissible evidence.

19  Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*

20  payments of dividends to *any* shareholder of MGA could be relevant to the claims

21  and defenses in this action.  The request is not limited to the subject matter of this

22  action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

23  Order at 21:5-7.  MGA further objects to this request as being overly broad and

24  unduly burdensome on the grounds that it is not limited in time or geographical

25  scope.  MGA further objects to the phrase "sufficient to show any and all

26  payments . . . including . . . ." as vague and ambiguous.  MGA further objects to the

27  request to the extent that it seeks documents that by reason of public filing, public

28

1  distribution or otherwise are already in Mattel's possession or are readily accessible

2  to Mattel. MGA further objects to the request to the extent that it seeks documents

3  not in MGA's possession, custody or control. MGA further objects to the request to

4  the extent it seeks confidential, proprietary or commercially sensitive information,

5  the disclosure of which would be inimical to the business interests of MGA. Such

6  information may also be subject to protective orders governing other litigations

7  thereby precluding disclosure in response to this request. MGA further objects to the

8  request to the extent it violates the privacy rights of third parties to their private,

9  confidential, proprietary or trade secret information.

10      MGA further objects to this request as cumulative, duplicative, and unduly

11  burdensome to the extent that it seeks documents previously requested by Mattel or

12  produced by MGA (or any of its affiliates) in response to Mattel's document requests.

13  REQUEST FOR PRODUCTION NO. 32:

14      DOCUMENTS sufficient to show any and all distributions to any shareholders

15  of MGA, including to whom the distributions were made, the amounts of the

16  distributions and the dates the distributions were made.

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 32:

18      MGA incorporates by reference its General Response and General Objections

19  above, as though fully set forth herein and specifically incorporates General

20  Objection No. 15 (regarding Definitions), including without limitation MGA's

21  objection to the definition of the terms MGA and its incorporated terms

22  AFFILIATES and PERSON. MGA further objects to the request to the extent it

23  seeks the production of documents that are protected from disclosure under any

24  applicable privilege, doctrine or immunity, including without limitation the attorney-

25  client privilege, the work product doctrine, the right of privacy, and all other

26  privileges recognized under the constitutional, statutory or decisional law of the

27  United States of America, the State of California or any other applicable jurisdiction.

28

1  MGA further objects to this request on the grounds that it is overly broad and unduly
2  burdensome in that it seeks documents not relevant to the claims or defenses in this
3  action and not reasonably calculated to lead to the discovery of admissible evidence.
4  Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*
5  distributions to *any* shareholders of MGA could be relevant to the claims and
6  defenses in this action.  The request is not limited to the subject matter of this action
7  and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order
8  at 21:5-7.  MGA further objects to this request as being overly broad and unduly
9  burdensome on the grounds that it is not limited in time or geographical scope.
10  MGA further objects to the phrases "sufficient to show any and all distributions . . .
11  including . . . ." as vague and ambiguous.  MGA further objects to the request to the
12  extent that it seeks documents that by reason of public filing, public distribution or
13  otherwise are already in Mattel's possession or are readily accessible to Mattel.
14  MGA further objects to the request to the extent that it seeks documents not in
15  MGA's possession, custody or control.  MGA further objects to the request to the
16  extent it seeks confidential, proprietary or commercially sensitive information, the
17  disclosure of which would be inimical to the business interests of MGA.  Such
18  information may also be subject to protective orders governing other litigations
19  thereby precluding disclosure in response to this request.  MGA further objects to the
20  request to the extent it violates the privacy rights of third parties to their private,
21  confidential, proprietary or trade secret information.

22  MGA further objects to this request as cumulative, duplicative, and unduly
23  burdensome to the extent that it seeks documents previously requested by Mattel or
24  produced by MGA (or any of its affiliates) in response to Mattel's document requests.

25
26
27
28

Exhibit 2
Page 82

1 | REQUEST FOR PRODUCTION NO. 33:

2       DOCUMENTS sufficient to IDENTIFY each PERSON who has served as an

3 | officer or director of MGA including, without limitation, the offices or positions held

4 | by each such PERSON and the dates such offices or positions were held.

5 | RESPONSE TO REQUEST FOR PRODUCTION NO. 33:

6       MGA incorporates by reference its General Response and General Objections

7 | above, as though fully set forth herein and specifically incorporates General

8 | Objection No. 15 (regarding Definitions), including without limitation MGA's

9 | objection to the definition of the terms PERSON and MGA and its incorporated term

10 | AFFILIATES.  MGA further objects to the request to the extent it seeks the

11 | production of documents that are protected from disclosure under any applicable

12 | privilege, doctrine or immunity, including without limitation the attorney-client

13 | privilege, the work product doctrine, the right of privacy, and all other privileges

14 | recognized under the constitutional, statutory or decisional law of the United States

15 | of America, the State of California or any other applicable jurisdiction.  MGA further

16 | objects to this request on the grounds that it is overly broad and unduly burdensome

17 | in that it seeks documents not relevant to the claims or defenses in this action and not

18 | reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

19 | demonstrated how DOCUMENTS sufficient to IDENTIFY *each* PERSON who has

20 | served as an officer or director of MGA could be relevant to the claims and defenses

21 | in this action.  The request is not limited to the subject matter of this action and is

22 | thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-

23 | 7.  MGA further objects to this request as being overly broad and unduly

24 | burdensome on the grounds that it is not limited in time or geographical scope.

25 | MGA further objects to the phrase "sufficient to IDENTIFY . . . including . . ." as

26 | vague and ambiguous.  MGA further objects to the request to the extent that it seeks

27 | documents that by reason of public filing, public distribution or otherwise are already

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
60

Exhibit 2
Page 83

1    in Mattel's possession or are readily accessible to Mattel. MGA further objects to the

2    request to the extent that it seeks documents not in MGA's possession, custody or

3    control. MGA further objects to the request to the extent it seeks confidential,

4    proprietary or commercially sensitive information, the disclosure of which would be

5    inimical to the business interests of MGA. MGA further objects to the request to the

6    extent it violates the privacy rights of third parties to their private, confidential,

7    proprietary or trade secret information.

8       MGA further objects to this request as cumulative, duplicative, and unduly

9    burdensome to the extent that it seeks documents previously requested by Mattel or

10    produced by MGA (or any of its affiliates) in response to Mattel's document requests.

11   **REQUEST FOR PRODUCTION NO. 34:**

12       DOCUMENTS sufficient to show any and all salary, benefits or any other

13    compensation paid to any officer, director or shareholder of MGA, including to

14    whom the payments were made, the amounts paid and the dates of payment.

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

16       MGA incorporates by reference its General Response and General Objections

17    above, as though fully set forth herein and specifically incorporates General

18    Objection No. 15 (regarding Definitions), including without limitation MGA's

19    objection to the definition of the terms MGA and its incorporated terms

20    AFFILIATES and PERSON. MGA further objects to the request to the extent it

21    seeks the production of documents that are protected from disclosure under any

22    applicable privilege, doctrine or immunity, including without limitation the attorney-

23    client privilege, the work product doctrine, the right of privacy, and all other

24    privileges recognized under the constitutional, statutory or decisional law of the

25    United States of America, the State of California or any other applicable jurisdiction.

26    MGA further objects to this request on the grounds that it is overly broad and unduly

27    burdensome in that it seeks documents not relevant to the claims or defenses in this

28

Exhibit 2
Page 84

1  action and not reasonably calculated to lead to the discovery of admissible evidence.

2  Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*

3  salary, benefits or *any* other compensation paid to *any* officer, director or shareholder

4  of MGA could be relevant to the claims and defenses in this action. The request is

5  not limited to the subject matter of this action and is thus impermissibly overbroad.

6  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this

7  request as being overly broad and unduly burdensome on the grounds that it is not

8  limited in time or geographical scope. MGA further objects to the phrase "sufficient

9  to show any and all . . . including . . ." as vague and ambiguous. MGA further

10  objects to the request to the extent that it seeks documents that by reason of public

11  filing, public distribution or otherwise are already in Mattel's possession or are

12  readily accessible to Mattel. MGA further objects to the request to the extent that it

13  seeks documents not in MGA's possession, custody or control. MGA further objects

14  to the request to the extent it seeks confidential, proprietary or commercially

15  sensitive information, the disclosure of which would be inimical to the business

16  interests of MGA. Such information may also be subject to protective orders

17  governing other litigations thereby precluding disclosure in response to this request.

18  MGA further objects to the request to the extent it violates the privacy rights of third

19  parties to their private, confidential, proprietary or trade secret information.

20      MGA further objects to this request as cumulative, duplicative, and unduly

21  burdensome to the extent that it seeks documents previously requested by Mattel or

22  produced by MGA (or any of its affiliates) in response to Mattel's document requests.

23  REQUEST FOR PRODUCTION NO. 35:

24      DOCUMENTS sufficient to show any and all payments or transfers of

25  anything of value to any officer, director or shareholder of MGA, including to whom

26  the payments or transfers were made, the amounts of the payments or the value of

27  the item transferred and the dates of the payments or transfers.

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
62

Exhibit 2
Page 85

RESPONSE TO REQUEST FOR PRODUCTION NO. 35:

1   
2       MGA incorporates by reference its General Response and General Objections
3   above, as though fully set forth herein and specifically incorporates General
4   Objection No. 15 (regarding Definitions), including without limitation MGA's
5   objection to the definition of the terms MGA and its incorporated terms
6   AFFILIATES and PERSON. MGA further objects to the request to the extent it
7   seeks the production of documents that are protected from disclosure under any
8   applicable privilege, doctrine or immunity, including without limitation the attorney-
9   client privilege, the work product doctrine, the right of privacy, and all other
10  privileges recognized under the constitutional, statutory or decisional law of the
11  United States of America, the State of California or any other applicable jurisdiction.
12  MGA further objects to this request on the grounds that it is overly broad and unduly
13  burdensome in that it seeks documents not relevant to the claims or defenses in this
14  action and not reasonably calculated to lead to the discovery of admissible evidence.
15  Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*
16  payments or transfers of *anything* of value to any officer, director or shareholder of
17  MGA could be relevant to the claims and defenses in this action. The request is not
18  limited to the subject matter of this action and is thus impermissibly overbroad. See
19  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this
20  request as being overly broad and unduly burdensome on the grounds that it is not
21  limited in time or geographical scope. MGA further objects to the phrase "sufficient
22  to show any and all . . . including . . ." as vague and ambiguous. MGA further
23  objects to the request to the extent that it seeks documents that by reason of public
24  filing, public distribution or otherwise are already in Mattel's possession or are
25  readily accessible to Mattel. MGA further objects to the request to the extent that it
26  seeks documents not in MGA's possession, custody or control. MGA further objects
27  to the request to the extent it seeks confidential, proprietary or commercially
28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
63

Exhibit 2
Page 86

1  sensitive information, the disclosure of which would be inimical to the business
2  interests of MGA.  Such information may also be subject to protective orders
3  governing other litigations thereby precluding disclosure in response to this request.
4  MGA further objects to the request to the extent it violates the privacy rights of third
5  parties to their private, confidential, proprietary or trade secret information.
6       MGA further objects to this request as cumulative, duplicative, and unduly
7  burdensome to the extent that it seeks documents previously requested by Mattel or
8  produced by MGA (or any of its affiliates) in response to Mattel's document requests.
9  REQUEST FOR PRODUCTION NO. 36:
10      DOCUMENTS sufficient to show any and all salary, benefits or any other
11 compensation paid to any officer, director or shareholder of MGA, including to
12 whom the payments were made, the amounts paid and the dates of payment.
13 RESPONSE TO REQUEST FOR PRODUCTION NO. 36:
14      MGA incorporates by reference its General Response and General Objections
15 above, as though fully set forth herein and specifically incorporates General
16 Objection No. 15 (regarding Definitions), including without limitation MGA's
17 objection to the definition of the terms MGA and its incorporated terms
18 AFFILIATES and PERSON.  MGA further objects to the request to the extent it
19 seeks the production of documents that are protected from disclosure under any
20 applicable privilege, doctrine or immunity, including without limitation the attorney-
21 client privilege, the work product doctrine, the right of privacy, and all other
22 privileges recognized under the constitutional, statutory or decisional law of the
23 United States of America, the State of California or any other applicable jurisdiction.
24 MGA further objects to this request on the grounds that it is overly broad and unduly
25 burdensome in that it seeks documents not relevant to the claims or defenses in this
26 action and not reasonably calculated to lead to the discovery of admissible evidence.
27 Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*
28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
64

Exhibit 2
Page 87

1  salary, benefits or *any* other compensation paid to *any* officer, director or shareholder

2  of MGA could be relevant to the claims and defenses in this action.  The request is

3  not limited to the subject matter of this action and is thus impermissibly overbroad.

4  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

5  request as being overly broad and unduly burdensome on the grounds that it is not

6  limited in time or geographical scope.  MGA further objects to the phrase "sufficient

7  to show any and all . . . including . . ." as vague and ambiguous.  MGA further

8  objects to the request to the extent that it seeks documents that by reason of public

9  filing, public distribution or otherwise are already in Mattel's possession or are

10  readily accessible to Mattel.  MGA further objects to the request to the extent that it

11  seeks documents not in MGA's possession, custody or control.  Such information

12  may also be subject to protective orders governing other litigations thereby

13  precluding disclosure in response to this request.  MGA further objects to the request

14  to the extent it seeks confidential, proprietary or commercially sensitive information,

15  the disclosure of which would be inimical to the business interests of MGA.  MGA

16  further objects to the request to the extent it violates the privacy rights of third parties

17  to their private, confidential, proprietary or trade secret information.

18       MGA further objects to this request as cumulative, duplicative, and unduly

19  burdensome to the extent that it seeks documents previously requested by Mattel or

20  produced by MGA (or any of its affiliates) in response to Mattel's document requests.

21  REQUEST FOR PRODUCTION NO. 37:

22       DOCUMENTS sufficient to show any and all payments or transfers of

23  anything of value to any officer, director or shareholder of MGA, including to whom

24  the payments or transfers were made, the amounts of the payments or the value of

25  the item transferred and the dates of the payments or transfers.

26

27

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

65

Exhibit 2
Page 88

RESPONSE TO REQUEST FOR PRODUCTION NO. 37:

MGA incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA's objection to the definition of the terms MGA and its incorporated terms AFFILIATES and PERSON. MGA further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction. MGA further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all* payments or transfers of *anything* of value to *any* officer, director or shareholder of MGA could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographical scope. MGA further objects to the phrase "sufficient to show any and all . . . including . . ." as vague and ambiguous. MGA further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA further objects to the request to the extent that it seeks documents not in MGA's possession, custody or control. Such information may also be subject to protective orders governing other litigations thereby

1  precluding disclosure in response to this request. MGA further objects to the request

2  to the extent it seeks confidential, proprietary or commercially sensitive information,

3  the disclosure of which would be inimical to the business interests of MGA. MGA

4  further objects to the request to the extent it violates the privacy rights of third parties

5  to their private, confidential, proprietary or trade secret information.

6         MGA further objects to this request as cumulative, duplicative, and unduly

7  burdensome to the extent that it seeks documents previously requested by Mattel or

8  produced by MGA (or any of its affiliates) in response to Mattel's document requests.

9  REQUEST FOR PRODUCTION NO. 38:

10        DOCUMENTS sufficient to show any and all salary, benefits or any other

11  compensation paid to any FAMILY MEMBER of any officer, director or

12  shareholder of MGA, including to whom the payments were made, the amounts paid

13  and the dates of payment.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 38:

15        MGA incorporates by reference its General Response and General Objections

16  above, as though fully set forth herein and specifically incorporates General

17  Objection No. 15 (regarding Definitions), including without limitation MGA's

18  objection to the definition of the terms FAMILY MEMBER and MGA and its

19  incorporated terms AFFILIATES and PERSON. MGA further objects to the request

20  to the extent it seeks the production of documents that are protected from disclosure

21  under any applicable privilege, doctrine or immunity, including without limitation

22  the attorney-client privilege, the work product doctrine, the right of privacy, and all

23  other privileges recognized under the constitutional, statutory or decisional law of

24  the United States of America, the State of California or any other applicable

25  jurisdiction. MGA further objects to this request on the grounds that it is overly

26  broad and unduly burdensome in that it seeks documents not relevant to the claims or

27  defenses in this action and not reasonably calculated to lead to the discovery of

28

1 admissible evidence. Mattel has not demonstrated how DOCUMENTS sufficient to

2 show *any and all* salary, benefits or *any* other compensation paid to *any* FAMILY

3 MEMBER of *any* officer, director or shareholder of MGA could be relevant to the

4 claims and defenses in this action. The request is not limited to the subject matter of

5 this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

6 22 Order at 21:5-7. MGA further objects to this request as being overly broad and

7 unduly burdensome on the grounds that it is not limited in time or geographical

8 scope. MGA further objects to the phrase "sufficient to show any and all . . .

9 including . . ." as vague and ambiguous. MGA further objects to the request to the

10 extent that it seeks documents that by reason of public filing, public distribution or

11 otherwise are already in Mattel's possession or are readily accessible to Mattel.

12 MGA further objects to the request to the extent that it seeks documents not in

13 MGA's possession, custody or control. MGA further objects to the request to the

14 extent it seeks confidential, proprietary or commercially sensitive information, the

15 disclosure of which would be inimical to the business interests of MGA. Such

16 information may also be subject to protective orders governing other litigations

17 thereby precluding disclosure in response to this request. MGA further objects to the

18 request to the extent it violates the privacy rights of third parties to their private,

19 confidential, proprietary or trade secret information.

20     MGA further objects to this request as cumulative, duplicative, and unduly

21 burdensome to the extent that it seeks documents previously requested by Mattel or

22 produced by MGA (or any of its affiliates) in response to Mattel's document requests.

23 REQUEST FOR PRODUCTION NO. 39:

24     DOCUMENTS sufficient to show any and all payments or transfers of

25 anything of value to any FAMILY MEMBER of any officer, director or shareholder

26 of MGA, including to whom the payments or transfers were made, the amounts of

27

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
68

Exhibit 2
Page 91

1 | the payments or the value of the item transferred and the dates of the payments or
2 | transfers.

3 | RESPONSE TO REQUEST FOR PRODUCTION NO. 39:

4 |     MGA incorporates by reference its General Response and General Objections
5 | above, as though fully set forth herein and specifically incorporates General
6 | Objection No. 15 (regarding Definitions), including without limitation MGA's
7 | objection to the definition of the terms FAMILY MEMBER and MGA and its
8 | incorporated terms AFFILIATES and PERSON. MGA further objects to the request
9 | to the extent it seeks the production of documents that are protected from disclosure
10 | under any applicable privilege, doctrine or immunity, including without limitation
11 | the attorney-client privilege, the work product doctrine, the right of privacy, and all
12 | other privileges recognized under the constitutional, statutory or decisional law of
13 | the United States of America, the State of California or any other applicable
14 | jurisdiction. MGA further objects to this request on the grounds that it is overly
15 | broad and unduly burdensome in that it seeks documents not relevant to the claims or
16 | defenses in this action and not reasonably calculated to lead to the discovery of
17 | admissible evidence. Mattel has not demonstrated how DOCUMENTS sufficient to
18 | show *any and all* payments or transfers of *anything* of value to *any* FAMILY
19 | MEMBER of *any* officer, director or shareholder of MGA could be relevant to the
20 | claims and defenses in this action. The request is not limited to the subject matter of
21 | this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May
22 | 22 Order at 21:5-7. MGA further objects to this request as being overly broad and
23 | unduly burdensome on the grounds that it is not limited in time or geographical
24 | scope. MGA further objects to the phrase "sufficient to show any and all . . .
25 | including . . ." as vague and ambiguous. MGA further objects to the request to the
26 | extent that it seeks documents that by reason of public filing, public distribution or
27 | otherwise are already in Mattel's possession or are readily accessible to Mattel.

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
69

Exhibit 2
Page 92

1 | MGA further objects to the request to the extent that it seeks documents not in
2 | MGA's possession, custody or control. MGA further objects to the request to the
3 | extent it seeks confidential, proprietary or commercially sensitive information, the
4 | disclosure of which would be inimical to the business interests of MGA. Such
5 | information may also be subject to protective orders governing other litigations
6 | thereby precluding disclosure in response to this request. MGA further objects to the
7 | request to the extent it violates the privacy rights of third parties to their private,
8 | confidential, proprietary or trade secret information.

9 | MGA further objects to this request as cumulative, duplicative, and unduly
10 | burdensome to the extent that it seeks documents previously requested by Mattel or
11 | produced by MGA (or any of its affiliates) in response to Mattel's document requests.

12 | REQUEST FOR PRODUCTION NO. 40:

13 | Statements for accounts maintained by YOU at any bank or other financial
14 | institution sufficient to show any and all payments to any officer, director or
15 | shareholder of MGA.

16 | RESPONSE TO REQUEST FOR PRODUCTION NO. 40:

17 | MGA incorporates by reference its General Response and General Objections
18 | above, as though fully set forth herein and specifically incorporates General
19 | Objection No. 15 (regarding Definitions), including without limitation MGA's
20 | objection to the definition of the terms YOU and MGA and their incorporated terms
21 | AFFILIATES and PERSON. MGA further objects to the request to the extent it
22 | seeks the production of documents that are protected from disclosure under any
23 | applicable privilege, doctrine or immunity, including without limitation the attorney-
24 | client privilege, the work product doctrine, the right of privacy, and all other
25 | privileges recognized under the constitutional, statutory or decisional law of the
26 | United States of America, the State of California or any other applicable jurisdiction.
27 | MGA further objects to this request on the grounds that it is overly broad and unduly

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
70

Exhibit 2
Page 93

1 | burdensome in that it seeks documents not relevant to the claims or defenses in this

2 | action and not reasonably calculated to lead to the discovery of admissible evidence.

3 | Mattel has not demonstrated how *all* statements for accounts maintained by YOU at

4 | *any* bank or other financial institution sufficient to show *any and all* payments to *any*

5 | officer, director or shareholder of MGA could be relevant to the claims and defenses

6 | in this action. The request is not limited to the subject matter of this action and is

7 | thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-

8 | 7. MGA further objects to this request as being overly broad and unduly

9 | burdensome on the grounds that it is not limited in time or geographical scope.

10 | MGA further objects to the phrase "sufficient to show any and all" as vague and

11 | ambiguous. MGA further objects to the request to the extent that it seeks documents

12 | that by reason of public filing, public distribution or otherwise are already in Mattel's

13 | possession or are readily accessible to Mattel. MGA further objects to the request to

14 | the extent that it seeks documents not in MGA's possession, custody or control.

15 | MGA further objects to the request to the extent it seeks confidential, proprietary or

16 | commercially sensitive information, the disclosure of which would be inimical to the

17 | business interests of MGA. Such information may also be subject to protective

18 | orders governing other litigations thereby precluding disclosure in response to this

19 | request. MGA further objects to the request to the extent it violates the privacy

20 | rights of third parties to their private, confidential, proprietary or trade secret

21 | information.

22 | MGA further objects to this request as cumulative, duplicative, and unduly

23 | burdensome to the extent that it seeks documents previously requested by Mattel or

24 | produced by MGA (or any of its affiliates) in response to Mattel's document requests.

25 |

26 |

27 |

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

71

Exhibit 2
Page 94

1 REQUEST FOR PRODUCTION NO. 41:

2      Statements for accounts maintained by YOU at any bank or other financial

3 institution sufficient to show any and all payments to any FAMILY MEMBER of

4 any officer, director or shareholder of MGA.

5 RESPONSE TO REQUEST FOR PRODUCTION NO. 41:

6      MGA incorporates by reference its General Response and General Objections

7 above, as though fully set forth herein and specifically incorporates General

8 Objection No. 15 (regarding Definitions), including without limitation MGA's

9 objection to the definition of the terms YOU and MGA and their incorporated terms

10 AFFILIATES and PERSON. MGA further objects to the request to the extent it

11 seeks the production of documents that are protected from disclosure under any

12 applicable privilege, doctrine or immunity, including without limitation the attorney-

13 client privilege, the work product doctrine, the right of privacy, and all other

14 privileges recognized under the constitutional, statutory or decisional law of the

15 United States of America, the State of California or any other applicable jurisdiction.

16 MGA further objects to this request on the grounds that it is overly broad and unduly

17 burdensome in that it seeks documents not relevant to the claims or defenses in this

18 action and not reasonably calculated to lead to the discovery of admissible evidence.

19 Mattel has not demonstrated how *all* statements for accounts maintained by YOU at

20 *any* bank or other financial institution sufficient to show *any and all* payments to *any*

21 FAMILY MEMBER of *any* officer, director or shareholder of MGA could be

22 relevant to the claims and defenses in this action. The request is not limited to the

23 subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

24 at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

25 overly broad and unduly burdensome on the grounds that it is not limited in time or

26 geographical scope. MGA further objects to the phrase "sufficient to show any and

27 all" as vague and ambiguous. MGA further objects to the request to the extent that it

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF Exhibit 2 REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNPage 95

72