QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-2727<br><br>[PUBLIC REDACTED] DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF MOTION OF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS<br><br>Hearing Date:  August 4, 2008<br>Time:          10:00 a.m.<br>Place:         Courtroom 1<br>Judge:         Hon. Stephen G. Larson<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:           May 27, 2008 |

**Vol. 2 of 2**

07209/2548840.1

DECLARATION OF HARRY A. OLIVAR, JR

## DECLARATION OF HARRY A. OLIVAR, JR.

I, Harry A. Olivar, Jr., declare as follows:

1. I am a member of the bar of the State of California, admitted to practice in the Central District of California and elsewhere, and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). Except where otherwise indicated, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** hereto is a true and correct copy of the Motion of Plaintiff Mattel, Inc. for an Order Finding Waiver and to Compel Production of Documents Withheld as Privileged, dated January 23, 2008.

3. Attached as **Exhibit 2** hereto is a true and correct copy of MGA Entertainment, Inc.'s Opposition to the Motion of Plaintiff Mattel, Inc. for an Order Finding Waiver and to Compel Production of Documents Withheld as Privileged, dated January 31, 2008.

4. Attached as **Exhibit 3** hereto is a true and correct copy of the Court's Order Granting in Part, Denying in Part, and Deferring in Part the Parties' Motions for Partial Summary Judgment, dated April 25, 2008.

5. Attached as **Exhibit 4** hereto is a true and correct copy of excerpts of the Deposition of David Rosenbaum in the above-captioned case.

6. Attached as **Exhibit 5** is a true and correct copy of Paula Garcia's Employee Confidential Information and Inventions Agreement with Mattel, dated July 4, 1997.

7. Attached as **Exhibit 6** hereto is a true and correct copy of the September 14, 2000 fax, sent by Carter Bryant to David Rosenbaum, enclosing Bryant's offer letter from Mattel.

8. Attached as **Exhibit 7** hereto are true and correct copies of selected entries from the January 15, 2008 Larian Privilege Log, the January 30, 2008 Larian Privilege Log, and the January 23, 2008 MGA Privilege Log.

9. Attached as **Exhibit 8** hereto is a true and correct copy of excerpts from the Deposition of Victoria O'Connor in the above-captioned case.

10. Attached as **Exhibit 9** hereto is a true and correct copy of excerpts from the Deposition of Patricia Glaser in the above-captioned case and exhibit 5905 thereto.

11. Attached as **Exhibit 10** hereto is a true and correct copy of excerpts from Volume 1 of the Deposition of Carter Bryant in the above-captioned case.

12. Attached as **Exhibit 11** hereto is a true and correct copy of excerpts from the Deposition of Rachel Harris in the above-captioned case.

13. Attached as **Exhibit 12** hereto is a true and correct copy of a March 12, 2002 e-mail from Isaac Larian to nine MGA employees, Bates-numbered MGA 3801819R-22R.

14. Attached as **Exhibit 13** hereto is a true and correct copy of an MGA spreadsheet listing former Mattel employees, Bates-numbered MGA 1134723-30, dated April 20, 2006.

15. Attached as **Exhibit 14** hereto is a true and correct copy of a February 6, 2003 e-mail from Isaac Larian to Dee Dee Valencia, Bates-numbered MGA 3801448-9.

16. Attached as **Exhibit 15** hereto is a true and correct copy of the affidavit of Isaac Larian in <u>MGA v. Metson</u>, dated May 14, 2004.

17. Attached as **Exhibit 16** hereto is a true and correct copy of a *Business Week* article entitled "To Really Be a Player Mattel Needs Hotter Toys," written by Christopher Palmeri, and dated March 29, 2004.

18.     Attached as **Exhibit 17** hereto is a true and correct copy of a *San Fernando Valley Business Journal* article entitled "Immigrant's Company Shakes Up Toy Industry," written by Jeff Weiss, and dated July 28, 2003.

19.     Attached as **Exhibit 18** hereto is a true and correct copy of United States Patent Application for a Doll with Aesthetic Changeable Footgear, Matter No. 15904-142.

20.     Attached as **Exhibit 19** hereto is a true and correct copy of MGA Entertainment, Inc.'s Supplemental and Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission to MGA Entertainment, Inc., dated May 4, 2007.

21.     Attached as **Exhibit 20** hereto is a true and correct copy of Carter Bryant's Responses to Mattel, Inc.'s Fifth Set of Requests for Admission to Carter Bryant, dated July 9, 2007.

22.     Attached as **Exhibit 21** hereto are true and correct copies of Copyright Registrations VA 1-218-491 (Yasmin drawing), VA 1-218-488 (Sasha drawing), VA 1-218-487 (Jade drawing), VA 1-218-490 (Cloe drawing), and VA 1-218-489 (Bratz group drawing).

23.     Attached as **Exhibit 22** hereto is a true and correct copy of the Complaint for Declaratory Relief of Copyright Non-Infringement, filed in <u>Carter Bryant v. Mattel, Inc.</u>, dated November 2, 2004.

24.     Attached as **Exhibit 23** hereto is a true and correct copy of a March 17, 2008 claw-back letter from Bryant Delgadillo to Juan Pablo Alban.

25.     Attached as **Exhibit 24** hereto is a true and correct copy of Carter Bryant's Employee Confidential Information and Inventions Agreement with Mattel.

26.     Attached as **Exhibit 25** hereto is a true and correct copy of the Expert Report of Lloyd Cunningham, dated February 11, 2008, without exhibits.

27.     Attached as **Exhibit 26** hereto is a true and correct copy of excerpts from the Deposition of Anna Rhee in the above-captioned case.

28. Attached as **Exhibit 27** hereto is a true and correct copy of a map showing Kickapoo High School, Old Navy, and the Bryant Home.

29. Attached as **Exhibit 28** hereto is a true and correct copy of the excerpts from the Deposition of Sarah Odom in the above-captioned case and exhibit B thereto, the Springfield Public Schools Annual Report for 2006-2007.

30. Attached as **Exhibit 29** hereto is a true and correct copy of excerpts from Volume 2 of the Deposition of Janet Bryant in the above-captioned case.

31. Attached as **Exhibit 30** hereto is a true and correct copy of excerpts from the September 9, 2003 Deposition of Carter Bryant in <u>Gunther Wahl v. Mattel</u>.

32. Attached as **Exhibit 31** hereto is a true and correct copy of excerpts from the Deposition of Jacqueline Ramona Prince in the above-captioned case.

33. Attached as **Exhibit 32** hereto is a true and correct copy of excerpts from the Expert Report of Valerie Aginsky, dated February 8, 2008.

34. Attached as **Exhibit 33** hereto is a true and correct copy of excerpts from the testimony of Jennifer Maurus in <u>Larian v. Larian</u>.

35. Attached as **Exhibit 34** hereto is a true and correct copy of Mattel, Inc.'s Corrected Separate Statement of Uncontroverted Facts and Conclusions of Law, dated March 10, 2008.

36. Attached as **Exhibit 35** hereto is a true and correct copy of the Corrected Notice of Motion and Motion of Mattel, Inc. for Partial Summary Judgment, dated March 10, 2008.

37. Attached as **Exhibit 36** hereto is a true and correct copy of an e-mail produced on May 13, 2008 and identified by Bates number CG 0009.

38. Attached as **Exhibit 37** hereto is a true and correct copy of the Expert Report of Michael Wagner, dated February 11, 2008.

39. Attached as **Exhibit 38** hereto is a true and correct copy of the Ward Confidentiality and Inventions Assignment Agreement, dated October 18, 2000.

40. Attached as **Exhibit 39** hereto is are true and correct copies of excerpts from the December 1999 issue of <u>Seventeen</u>, the March 2000 issue of <u>Seventeen</u>, the April 2000 issue of <u>Seventeen</u>, and the September 1999 issue of <u>Seventeen</u>.

41. Attached as **Exhibit 40** hereto is a true and correct copy of the Rebuttal Expert Report of Lee Loetz, dated March 17, 2008.

42. Attached as **Exhibit 41** hereto is a true and correct copy of the Affidavit of Raymond David Black from MGA Entertainment, Inc. (1st Plaintiff), MGA Entertainment (HK) Limited (2nd Plaintiff) and Double Grand Corporation Limited (Defendant) HCA No. 1883/2003, dated June 3, 2003.

43. Attached as **Exhibit 42** hereto is a true and correct copy of excerpts from Volume 4 of the Deposition of Paula Garcia in the above-captioned case.

44. Attached as **Exhibit 43** hereto is a true and correct copy of excerpts from Volume 1 of the Deposition of Isaac Larian in the above-captioned case.

/
/
/
/
/
/
/
/
/

45. Attached as **Exhibit 44** hereto is a true and correct copy of the Joan Gaynor Interview of Isaac Larian at the 2001 Tokyo Toy Fair.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on May 23, 2008 at Los Angeles, California.

*[signature]*

Harry A. Olivar, Jr.