

BELLE PEREZ Hello World.

CONVERSE Chuck Taylor ALL STAR

# STAY TRUE TO YOUR GROOVE SWEEPSTAKES

## TO KICK OFF THE LAUNCH OF THE BURRITO SNEAKERS, CONVERSE WANTS TO GIVE ONE LUCKY WINNER A TRIP FOR FOUR TO SEE PLAYLAND RECORDS' NEW ARTIST BELLE PEREZ IN CONCERT!

Armed with her hot single and debut album, *Hello World*, Belle Perez is on the fast track to stardom. Her treads of choice as she climbs to the top of the charts? The Burrito by Converse. This brand-new style boasts a Velcro closure that wraps like a burrito and two-inch platform heels that give girls a little extra height. Hey, that could come in handy if *you* win the chance to see Belle perform live!

**TO GET IN THE RUNNING, SEND YOUR NAME, ADDRESS, PHONE NUMBER AND BIRTH DATE TO:** Converse Stay True to Your Groove Sweepstakes, c/o seventeen, 850 Third Avenue, 9th Floor, New York, NY 10022. The deadline for entries is April 30, 2000.

## 1 GRAND-PRIZE WINNER

- Score four tickets—and backstage passes—to see Belle Perez in concert, including round-trip airfare for everyone to get to the gig and deluxe hotel accommodations for one night!
- Snag an autographed picture and a *Hello World* CD before it's released to the public.*
- Land the Burrito kicks from Converse and a seventeen T-shirt.

## 10 RUNNERS-UP

- Win an autographed picture of Belle Perez and a *Hello World* CD!
- Score Burrito sneaks from Converse.
- Nab a seventeen T-shirt.

PRIORITY RECORDS

www.converse.com

The Converse® All Star® Chuck Taylor® Ankle Patch is a registered trademark of Converse Inc.

*The *Hello World* CD will be in stores on May 2, 2000.

Advertisement

### CONVERSE STAY TRUE TO YOUR GROOVE SWEEPSTAKES RULES

1. NO PURCHASE NECESSARY. 2. Sweepstakes open to legal residents of the 50 United States and District of Columbia, ages 12 and older as of March 1, 2000. Employees of seventeen, PRIMEDIA Magazines Inc., Converse, Playland Records, Priority Records, Journeys ("the Sponsors"), their respective parents, subsidiaries, affiliates, advertising and promotion and fulfillment agencies and their family/household members are not eligible to enter. 3. Enter by providing your full name, address, city, state, zip code, daytime phone number (with area code) and age on a 3x5 card. Send your entry to Converse Stay True to Your Groove Sweepstakes, c/o seventeen, 850 Third Avenue, 9th Floor, New York, NY 10022. Entries must be received by April 30, 2000. Multiple entries are not permitted. One entry per envelope. One entrant per entry. The Sponsors are not responsible for lost, late, mutilated or misdirected mail. Entries may also be dropped off in the Converse Stay True to Your Groove Sweepstakes display ballot box at participating Journeys stores between March 1, 2000 and April 30, 2000. Entries that are printed by machine, mechanically reproduced, tampered with, illegible or incomplete are not eligible. 4. Winners will be randomly selected from all eligible entries received under the supervision of seventeen on or about May 5, 2000. Participants agree to be bound by these rules and the decision of the judges which are final on all aspects of this promotion. Odds of winning depend on number of entries received. Winners will be notified by phone or mail on or about May 8, 2000. To obtain a list of winners, send a self-addressed, stamped envelope after May 8, 2000 to Converse Stay True to Your Groove Sweepstakes Winners List, c/o seventeen, 850 Third Avenue, 9th Floor, New York, NY 10022. 5. One (1) grand-prize winner will receive four tickets to see Belle Perez in concert with backstage passes, round-trip coach airfare for four people and two rooms/one night hotel accommodations for four people, transportation to and from the concert, an autographed Belle Perez CD and press shot, a pair of Converse sneakers and a seventeen T-shirt (total approximate retail value: $5,760). Ten (10) runners-up will each receive an autographed Belle Perez CD and press shot, a pair of Converse sneakers and a seventeen T-shirt (total approximate retail value: $140). The Sponsors make no warranties with regard to prizes. Prizes are not transferable. No substitutions of prizes allowed by winners, but the Sponsors reserve the right to substitute a prize of equal or greater value. Prizes are not redeemable for cash. 6. All entries and requests become the property of the Sponsors and will not be acknowledged or returned. 7. The winners and their parents/legal guardians will be required to execute an affidavit of eligibility and liability/publicity release prior to the awarding of prizes. If the grand-prize winner is a minor [illegible] at least one of the traveling companions must be a parent or legal guardian. All traveling companions will be required to sign liability/publicity releases. All taxes on prizes are the responsibility of the winners. 8. All entrants release seventeen, PRIMEDIA Magazines Inc., Converse, Playland Records, Priority Records, Journeys, their respective parents, subsidiaries, affiliates, directors, officers, employees, agents and all others associated with the development and operation of this sweepstakes from any and all liability from injury, loss or damage of any kind resulting from participation in this sweepstakes or [illegible] use of any prize. 9. In the event that properly completed documents are not returned within 14 days of [illegible] [illegible] prize may be forfeited and alternate winners may be selected at the sole discretion of the Sponsors. All reasonable effort will be made to contact each winner. Prizes must be claimed by [illegible] 2000. 10. Void where prohibited by law. All federal, state and local laws and regulations apply.

### EXTRA, EXTRA!

The first 100 readers who buy the Burrito sneakers from Journeys and send in their receipt will score an autographed photo and "Hello World" CD single from Belle Perez!

Just send your receipt to: Belle Perez Giveaway, c/o seventeen, 850 Third Avenue, 9th Floor, New York, NY 10022.

JOURNEYS

Check out www.journeysshoes.com for the store nearest you!

EXHIBIT 39 M 0131583

PAGE 634



EXHIBIT 39

PAGE 635

M 0131596



EXHIBIT ___39___

M 0131650



EXHIBIT ___39___     M 0131691

PAGE ___637___



QUIZZES: WHAT'S HE AFTER? • ARE YOU A FELICITY OR A PHOEBE?

# seventeen

www.seventeen.com

SEPTEMBER 2000

## FALL FASHION
*frenzy*

**75 shoes** to kick off the season
**the coat** you'll live in
**50 fly looks under $50**

OUR SPY DOES
*THE REAL WORLD*

"The first time I pulled the trigger I got a rush"

**32**
GREAT STYLES TO MATCH EVERY HAIR TYPE

### COLLEGE BOUND
roommate rules
dorm must-haves
meeting guys

**6** TEENS WHO MAY CHANGE THE WORLD

*julia stiles*
10 things you never knew

||BXBDGDT****CAR-RT SORT**C014
||SOE1356V082 4||280052      JJ
                          JAN 01
SARA SHOEMAKER          V048
1356 N VALERO ST        ||3540
CHANDLER     AZ  85225-1600

EXHIBIT ___39___     M 0132480

PAGE ___638___



M 0132493



EXHIBIT 39

PAGE 640

M 0132498



EXHIBIT 39

PAGE 641

M 0132499



New FX Lip Stix and FX Eyes from Streetwear.

# Create Your Own Special FX.

EXHIBIT ___29___    M 0132534

PAGE ___642___

**scoop**

# rim shot!

Who says guys don't throw passes to girls who wear glasses? **Pick one of our pairs for a slam dunk.**

SPE...

**Wire rims may be the sophisticated big sister in the frame family, but in cool metallics like gold and bronze, they still know how to have fun. Round faces look best in narrow, angular frames (1). Oval frames (2) can soften the lines of a square face.** Left: Frames...





## FANTASTIC PLASTIC LOVER

**For serious attention grabbing—or for a pair you wear only when reading or driving—go with trendsetting glasses in plastic frames. Cat eyes, cool hues and fifties-style funkiness are just a few options that look purr-fect on a triangle-shaped face.**
1. By Ellen Tracy, $4...
Department stores.
2. By See Optical, $1...
3. By L.A. Eyeworks,
$270. My vision
stores. 4. By Sol
Optical, $149.



**FTER YOUR SHELL**

**Everyone knows the tortoise wins the race. Distinctive corners (1 and 2) are a good match for an oblong face.**





EXHIBIT ___39___        M 0132569

PAGE ___643___



EXHIBIT  39

PAGE  644

M 0132638



The Sandy

CLOTHES ACCESSORIES
WWW.STEVEMADDEN.COM  AOL KEYWORD: STEVE MADDEN
1-(888) SMADDEN

M 0132672

EXHIBIT _39_

PAGE _145_



EXHIBIT ___39___          M 0132676

PAGE ___646___



EXHIBIT ___39___

PAGE ___647___

M 0132710



EXHIBIT ___39___   M 0132724

PAGE ___648___

**Exhibit 40**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | EXPERT REPORT OF LEE LOETZ |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

## CONFIDENTIAL -- ATTORNEY'S EYES ONLY

EXHIBIT __4/0__

PAGE __649__

## EXPERT REPORT OF LEE LOETZ

I.    **Qualifications**

I have worked in the Toy Industry for twelve years.  Spending the first ten years of my career at Disney Consumer Products, I was trained by experienced world renowned Disney master artists and animators.  Educated by these artists on how to draw and design characters to the highest possible level of commercial artistry, I reached a level that enabled me to become a recognized Disney artist (reaching the level of Art Director), and product designer in the toy industry.  My artwork and designs have been used on thousands of Disney three dimensional products and books, across all brands from Disney Princess to Mickey Mouse.

During my career at Disney, because of my facility in working with drawings that were to become three dimensional products, I became the go to artist when dealing with sculptors.  I have reviewed thousands of toy sculpts across all categories, and given hands on direction, and sculpt corrections to numerous toy sculptors in the U.S. and Asia.

While at Disney I also became a recognized expert on drawing and character design.  I have mentored many artists, and taught several in-house art classes.  As a teacher I have taught Character design and drawings seminars at Art Center in Pasadena, and Otis School of Design in El Segundo.

In the last two years as a design consultant, I have worked for industry leaders across all toy categories including fashion dolls.  My artwork and designs have been implemented in countless toys and children's products.

As a student I studied art, life drawing, animal drawing, comparative anatomy, and character drawing from top experts in the field such as Glenn Vilpuu and Kevin Johnson.

EXHIBIT 40

PAGE 650

I took intensive character design and drawing classes at the Animation Union in North Hollywood, California for five years from working professional artists. For two years I studied at the California Institute of the Arts in Valencia, CA. While at Cal Arts my focus was in character design and life drawing (with an emphasis on anatomy).

A copy of my resume is attached to this report. I am being compensated at the rate of $100 for my time in this matter. I have not testified as an expert witness at trial or in deposition in the proceeding four years and have not authored any publications within the preceding 10 years.

## II.   Materials Reviewed and Exhibits

In addition to the items referred to below, the materials I have reviewed or relied upon in connection with this report are listed in Exhibit 1 to this report. Exhibits that I have prepared and that may be used as a summary of or support for my opinions are attached hereto. I reserve the right to prepare additional exhibits that may be used as a summary or support for my opinions.

## III.   Opinions

Based upon my expertise as a designer, and based upon drawings by Carter Bryant and the first wave of Bratz dolls, I have come to the conclusion that the drawings are in essence the dolls in two dimensional form and the dolls are based on Carter Bryant's drawings. For a designer, a drawing is his or her way to record and communicate his idea. When a designer has a concept he or she sketches it out. Drawings are the language of designers. The Bratz concept communicated in these first drawings was to have dolls with sultry looking faces and a funky urban style, on proportionally shorter curvy bodies, with big heads and feet. The drawings and

EXHIBIT __40__

PAGE __651__

the dolls lead me, in my expert opinion, to conclude that the dolls are a faithful execution of the drawings, including in proportion, style, posing, and face design. I discuss each below.

## PROPORTION

When designing a new toy/character, especially a toy which is human in appearance, the measurements of body proportions is a key factor in distinguishing one design from another. The body proportions of Carter Bryant's drawings are virtually identical to the dolls.

While drawing or sculpting a human figure, even a stylized figure, the artist uses major body landmarks to help him or her put body parts in their correct place to achieve the desired result. Some of these landmarks are, for example, the chin, shoulders, chest, waist, crotch, knees and ankles. The placement of these anatomical landmarks in a design is no accident. In art school, the artist is taught these surface anatomical landmarks in comparison based on age and gender in life drawing classes. As the human body grows from child to adult, the body proportions lengthen from top to bottom. A designer is taught that by manipulating body proportions a design could look older or younger.

Carter Bryant's drawings had heads and faces that looked sultry in their features and style, with proportionally shorter bodies than traditional fashion dolls. To get this across in a sculpt, the drawings had to be followed closely.

In exhibit #37, I have placed side by side a picture of a first wave Bratz doll unclothed next to a front sculpt drawing done by Carter Bryant. This comparison shows the major anatomical landmarks line up on a horizontal plane. As between the drawing and the doll, the chins, shoulders, chests, waists, crotch, knees, and ankles line up on a horizontal plane. In addition, this side-by-side comparison #37 shows that on the arms, the elbows and wrists between of the drawing and doll line up. These alignments are too numerous to be coincidental.

-3-

EXHIBIT ___40___

PAGE ___652___

Exhibit #2, which is another side by side comparison of a first wave doll and one Carter Bryant's drawings from a three quarter view, shows how the identical nature of the dolls and drawings work even when the character is posed in a different way and viewed from an alternate angle. This view also demonstrates that the doll closely followed the curves of the drawing.

This is a telling comparison. To reiterate, the placement of anatomical measuring points is an important tool in a designer's language. They are not carelessly placed in designs. To have all of these major body landmarks line up shows that the sculptor used the drawings as a direct reference in completing the dolls. No sculptor would "happen" upon these, because they are not just similar. From a design perspective, they are the virtually same. The sculptor used these drawings as a guide while sculpting this design, which is a proportionally large head on a smaller body. In point of fact, this is the industry standard for sculptors, and they are judged on their ability to accurately execute drawings.

### POSING

In Carter Bryant's sketches, the Bratz figures are posed in an unusual way, which denoted their knowing urban, hip, attitude. The Bratz characters have an angular waist pose with knock-knees, pigeon toes, and hands upturned at the wrist. Although it is difficult to exactly reproduce a sketched pose in three-dimensional doll that is supposed to have the ability to have its clothes removed and changed, the final dolls match to a remarkable degree the poses in Carter Bryant's concept sketches. Exhibits #5, #4, #7, #9, and #16 show how the dolls match the attitude and look of the concept drawings when posed. The dolls were made to be posed in this way. Because of the removable feet, the shoes can be rotated inwards to imitate the pigeon toed style in the illustrations. Especially in exhibit # 10 we can see a direct comparison. The particular

- 4 -

EXHIBIT ___40___

PAGE ___653___

upturned hands at the wrists evident in Carter Bryant's drawings was faithfully executed in the three dimensional Bratz dolls.

## FACE DESIGN

The Bratz dolls faithfully executed the face design of Carter Bryant's drawings to a remarkable extent. This includes the eyes, hair, lips, and makeup design in the drawings. Also the proportional placement of these features on the faces of the drawings and dolls match to an exceptional degree. The culmination of these facial features defined the sultry look of the Bratz dolls, which is the same in both the drawings and the dolls.

The proportional placement of features on the face of a doll design are a key factor in how that design develops its own look. To vary the placement of features on a face is to change who the character will be. Think of the compressed features of a cute baby, and then think of the elongated features in a traditional "evil witch" character face. There are endless variations in between. Carter Bryant gave the Bratz designs compacted features in his drawings to create a pleasing attractive look. In exhibit #6, I have placed the doll face next to the face of one of Carter Bryant's sketches. This side-by-side comparison shows the eyes, nose, lips, and nose all fall on the same horizontal plane. This does not happen by chance. The sculptor used the drawings as direct reference, which she accurately matched.

Referencing exhibits #21, #17, #24, #19, and # 17, the parallel in feature placement also is remarkable from a three quarter view. The eyes are a similar distance apart. The eyebrows are a similar distance apart. The cheek color application is in the same place. The faces have a similar shape, from the brow down to indenture of the eye socket, to the outward curve of the cheek. In exhibit #17, we can see that the moles are even in the same location on the face. And

EXHIBIT _40_

PAGE _654_

lastly the faces have a similar length and width. The face sculpt is a faithful execution of the drawing.

The Bratz sketches were drawn with oversized almond shaped eyes, with heavy lids, outlined with makeup lines. In exhibits #20, and #22, we can see that the eyes of Carter Bryant's drawing and the eyes of the dolls share the almond shape, which is angled upward at its outside edge. Exhibit #18 shows how the pupils are placed in a similar location on the horizontal as well as vertical plane. The fact that in both the doll and the drawing the pupils are fifty percent covered by the eyelid is especially noteworthy. This confirms that the dolls were an execution of the drawings, because this is not a detail that would be coincidentally the same.

There are multiple other details about the eyes of the drawings, which were faithfully executed in the dolls. The eyebrows in exhibit #20 are accurately rendered from the drawing to the doll. The eyebrows of both share the same distance from the eye, and the same angular shape.

The makeup on the eyes in Carter Bryant's drawings was meticulously executed on the doll. In exhibit #20, we can see that there are three eyelashes on the eye in the drawing, and three eyelashes on the doll eye. Exhibit #22 shows that there are similarities in placement and design of the eye makeup. Exhibit #24 displays the similarity of eyeliner design in its painterly thickness and sweeping upward curves. The eye makeup style and design, which may be difficult to quantify with a measurement, is exceptional in correlation from drawing to doll. The various colors of makeup and the placement, size and shape of the makeup applications gives the look of a girl who has too much eye makeup on. This overly made up style is executed from drawing to sculpt. The face painter executed Carter Bryant's drawings for the face paint, as is

EXHIBIT _40_

PAGE _655_

the industry standard for face painters. They are judged professionally on their ability to recreate in three dimensions the design in a flat sketch.

Exhibits #24, #22, #20, #18, and #8 show the shape and relative size of the lips of the dolls were a faithful rendering from Carter Bryant's drawings. Both have large over inflated lips with the widest portion being in the middle of the lips. Additionally the shapes of the lips are alike. The lower curve of the bottom lip is a full even curve from one corner of the mouth to the other. The top curve of the upper lips resembles more of a hill like line quickly rising from one corner to a height in the middle then quickly descending to the opposite corner of the mouth. These two opposing curves taken together create the lips. In the dolls, this design was accurately executed from the drawings. Exhibit #23 also shows the noticeable correlation in makeup style on the lips. The glossy lips with a dark distinctive outline are apparent on both doll and drawing. The lips are essentially the same in Carter Bryant's drawings and the dolls.

Hair styling is also shared in both Carter Bryant's drawings and the dolls, as shown in exhibits #23, #19, #17. Exhibit #17 shows similar braided hairstyles on a dark haired Bratz character. Exhibit #19 shows pigtailed hairstyles with the same length bangs on a dark haired character.

From the proportional sizing of the face, feature placement on the face, the size and shape of the eyes, to the makeup and hairstyles, the faces of the dolls are a faithful rendition of the drawings. Any artist or character designer knows that the face is the most important thing in developing an original look. All of the parallels between the drawings and doll faces are not coincidental, but the result of executing the drawings in the dolls.

-7-

EXHIBIT 40

PAGE 656

## STYLE

The Bratz drawings incorporated a trendy, younger urban style in the fashions. The

clothes in the drawings were more colorful, more flared, more decorative in patterns, and more

revealing. Cropped shirts, and layered tops are among the fashions. This urban funky styling

evident in the drawings is not defined by any one piece of clothing. It is a style that creates an

attitude of funky youthful freshness, which can be carried through in endless specific clothing

variations. Having said that, the first wave of Bratz doll fashions and style were faithfully

executed from Carter Bryant's concept sketches in detail.

Side by side comparisons of the concept drawings and dolls demonstrate the closeness of

the fashions. Exhibits #4 and #5 show that the urban fashions of short skirts, layered tops, high

heeled shoes in the drawings were followed in manufacturing the dolls. Comparisons in exhibit

#26 show how the pants of the dolls and drawings share the same flared style with wide cuffs

and striped details. In exhibit #29, we can see similar denim skirts. Exhibit #25 shows similar

floral pattern shirt, with similar style and length denim skirt. A shared knit hat style between

drawing and doll is visible in exhibit #28. Exhibit #30 shows similar striped shirts. In exhibit

#10 we can see that the doll and drawing both have layered and cropped shirts. All of these style

correlations show how the Bratz drawings directly led to the dolls.

The Bratz accessories also were more youthful and funky in style, especially in the use of

colorful backpacks and bags. In exhibit #27 we can see several times over that the bags in the

drawings were executed in the final doll fashion bags.

In exhibits #7, #13, and #16, we can see the resemblances between the graphics on the

fashions in the drawings, and the final fashion graphics for the dolls. A kitten on a cropped t-

shirt, and a bunny on a backpack.

- 8 -

EXHIBIT _40_

PAGE _657_

Similarity in shoe detail is shown in exhibits #10, #11, #12, #14, and # 15.  These include sneaker style and design, high heels, open toes, and belt straps.  One consistent feature in both the drawings and dolls is the use of high heels on the shoes.

The shoe fashions show other shared elements.  The oversized nature of the shoes/feet to the rest of the body is a feature in common between the drawings and dolls.  In exhibit #3, the oversized proportional nature of the shoes/feet are closely followed from the drawings to the dolls.  In addition, as exhibit #9 demonstrates, the fact that the shoes are removable at the ankle of the doll illustrates that the drawings were accurately executed.

It is the industry standard when creating a new toy, especially an original human based doll, to have the originating artist draw sketches which are given to the sculptor and painters to execute in three dimensions.  Anatomical proportions and landmark placements, facial features and designs, fashions, hairstyles, paint designs, and figure posing are all tools in the designer's toolbox which he uses to create a doll.  Face painters and sculptors study for years to recreate the style and design inherent in a sketch.  Their professional reputations are staked on this ability.  Carter Bryant's drawings were more that just a "starting point" – they were executed in the dolls, including in their details.  Why else hire Carter Bryant to oversee the creative execution of his concept?  As Carter Bryant said in his deposition, creatively the best way for him "to communicate was through drawing" (VOL. III sheet 21 page 578).  His drawings were used to communicate the look of the Bratz dolls, which were a faithful execution of Carter Bryant's drawings.  In fact, of the many hundreds of projects I have seen go from drawings to three dimensional form, the first wave Bratz dolls represent one of the most faithful executions of the drawings.

-9-

**EXHIBIT** 40

**PAGE** 658

In addition, I have also examined dolls and/or images of the later waves of the Bratz dolls. (A list by product number of the dolls and/or doll images I have reviewed is included in Exhibit 1.)  The later waves of the dolls also appear to be based on Carter Bryant's concept drawings and the first wave of the dolls.  The later waves of Bratz dolls show the same body proportions, the same basic posing and posability.  The faces also are similarly rendered in the later waves of dolls.  The facial features are still proportionately located in the same places as before.  The almond shaped eyes are the same size, and still have the heavy make-up style.  The lips are the same basic shape and size.  The hairstyles and accessories have the same funky urban feel.  This is to be expected.  In the toy industry, when a company has a successful toy, it attempts to continue the initial success with succeeding waves of the toy.  There is a visual consistency from Carter Bryant's sketches, to the first wave of dolls, up through the later waves of Bratz dolls.

February 11, 2008

Lee Loetz.

- 10 -

EXHIBIT ___40___

PAGE ___659___

# LEE LOETZ
## RESUME

**Owner Popfly Design, Burbank CA**                    **May 2006 to current**

    Developed new toy designs and initiatives for Toy industry leaders such as Playmates Toys, Fisher Price, Spin Master, CDI, and Disney.

    Consulted on toy product lines in varied market segments from Girls Fashion Dolls, Activity Toys, Action Figures, Vehicles, Girls Role Play items, and Infant Preschool figures and playsets.

**Walt Disney Company, Burbank, CA**                    **August 1995 to May 2006**
**Consumer Products Division**

### Director Toy Design for New Business Models (May 2004 to May 2006)

- **Disney World Toy Program-** Developed a complete line of IPS plastic toys for emerging markets around the world. Created new international brand look for Winnie the Pooh, and Mickey Mouse toys. Selected vendors, and distributors in Asia. Market research on price points and play patterns for Eastern Europe, South America, and Asia.

- Worked closely with Sales, Marketing, and New Business Model teams to develop a new supply chain management system for Disney Consumer Products World Toy Program.

- Personally made sales presentations at New York, Nuremburg, and Hong Kong Toy Fairs to international and domestic, distributors and retailers.

- Awarded new feature patent for Disney Shape Steppers preschool figures for World Toy Line.

### Senior Manager Toy Design (August 2003 to May 2004)

- **Direct Source Plush Program-** Developed full line of plush, and juvenile products for Disney's new Direct Source business model. Partnered with sourcing agent Li and Fung to create quality, and high margin items.

- On site sales presentations to Wal Mart, Target, Kmart, Kaybee, TRU, and Sears.

- Responsible for innovation, safety, and creative content for whole of Disney Direct business.

- Developed new creative content for toy programs such as Disney Fairies.

EXHIBIT ____40____

PAGE ____660____

**Toy Design Manager**  (October 2000 to August 2003)

- Worked closely with internal marketing team to develop and implement global strategic plan for Disney toys, and to develop creative content for retail merchandising and advertising programs.

- Responsible for creating new design initiatives for the following Disney global brands ESPN, X-Games, Disney Princesses, Mickey Mouse, and Winnie the Pooh.

- Lead manager in licensee discussions and product development decisions.  Helped to ensure design, marketing, costing, and scheduling objectives are met for over 20 toy companies, including:  Mattel, Hasbro, LEGO, Megablocks, Veriflex, Applause, and TOMY, and Neurosmith.

**Character Art Supervisor**  (August 1995 to October 2000)

- Partnered and worked closely with major toy, gift, and stationary licensees in the  design and development of Disney's core consumer brands, Mickey Mouse, Winnie the Pooh, and Disney Princess.  Licensees included:  Mattel, Hasbro, Little Tikes, Applause, Hallmark Cards, and Gund.

- Reviewed and corrected  the aesthetics of licensee product submissions from concept through production.  Responsible for ensuring the character integration, and overall creative strategy on approval submissions.

- Directed and trained art team in the development character art style guides, and revisions on product.

- Participated in licensee brainstorms for development if new product lines.

- Created new artwork, and concepts for product ideas upon licensee's request.

## EXTRACURRICULAR PROFESSIONAL EXPERIENCE

**Otis school of Design,**  El Segundo, CA                **Spring/Winter 2002 to current**

**Teacher of Toy Design**

- Developed curriculum and class content including an overview of the toy industry, toy design principles, and engineering and manufacturing limitations.

- Taught highly focused character design classes for Senior level Toy Design students.

EXHIBIT ___40___

PAGE ___661___

**Art Center College of Design**, Pasadena, CA                    **Spring/Winter 2000**

**Teacher of Toy Design**

- Presented  weekly lectures on different toy categories and associated play patterns, as well as the design and presentation of concepts.

- Encouraged students to develop skills in brainstorming, concept and play pattern development, and overall illustration techniques.

**Freelance**

- Illustrated children's books for Disney publishing, and personal projects.

- Developed new characters,  and  properties for children's television shows.

# EDUCATION

**Cal Arts**, **Valencia, CA**                    September 1993 to June 1994
Animation Program With a focus on Character Design.

**University of California, Davis**, **Davis, CA**                    June 1987 to December 1990
Bachelor of Arts, Political Science

EXHIBIT ___40___

PAGE ___662___

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On **February 11, 2008**, I served true copies of the following document(s) described as:

**EXPERT REPORT OF LEE LOETZ (without exhibits)**

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
*jkeker@kvn.com*
*mhp@kvn.com*
*canderson@kvn.com*

Thomas J. Nolan
Timothy A. Miller
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave.,
Suite 3400
Los Angeles, CA 90071
*thomas.nolan@skadden.com*
*timothy.miller@skadden.com*

Mark E. Overland
**Overland Borenstein Scheper & Kim LLP**
300 South Grand Ave.
Suite 2750
Los Angeles, CA 90071
*moverland@obsklaw.com*

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from tamarbuchakjian@quinnemanuel.com on February 11, 2008, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 11, 2008, at Los Angeles, California.

Tamar Buchakjian

07975/2338347.1

-2-

**EXHIBIT** ___40___

PAGE ___668___

Case No. CV 04-9049 SGL (RNBx)
PROOFS OF SERVICE

## Exhibit 1

### Documents Considered in Forming Opinions

Deposition of Margaret Leahy taken on December 12, 2007 (and exhibits thereto)

Deposition of Carter Bryant taken on November 4, 5 and 8, 2004

MGA's Responses to Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, dated January 7, 2008

Documents numbered:

M 0059698 - M 0059761
Bryant 00196
Bryant 00198
Bryant 00202
Bryant 00277
Bryant 00278
Bryant 00290
Bryant 00301
Bryant 01118
Bryant 01246
Bryant 01247
Bryant 00220
Bryant 00222
Bryant 00223
Bryant 00224
Bryant 00226
Bryant 00227
Bryant 00229
Bryant 00230
Bryant 00231
Bryant 00233
Bryant 00234
Bryant 00105
Bryant 00193
Bryant 00194
Bryant 00197
Bryant 00199
Bryant 00200
Bryant 00201
Bryant 00203
Bryant 00204
Bryant 00205
Bryant 00206
Bryant 00207

Bryant 00208
Bryant 00209
Bryant 00210
Bryant 00212
Bryant 00213
Bryant 01243
SABW-M 00428

Photographs of certain original Carter Bryant drawings listed above (no bates numbers)

**Bratz dolls and/or images of Bratz dolls with the following Product Numbers:**

| PRODUCT | PRODUCT DESCRIPTION | PRODUCT NUMBER |
|---|---|---|
| Adventure Girlz | Sasha Doll | 352327 |
| Adventure Girlz | Jade Doll | 343691 |
| Adventure Girlz | Yasmin Doll | 343684 |
| Adventure Girlz | Cloe Doll | 343677 |
| Back to School | Phoebe Doll | 337959 |
| Back to School | Cloe Doll | 337942 |
| Beach Party | Jade | 254287 |
| Back to School | Yasmin | 337935 |
| Birthday | Sasha | 354727 |
| Birthday | Sasha Doll | 352310 |
| Birthday | Meygan Doll | 343646 |
| Birthday | Yasmin Doll | 343639 |
| Birthday | Cloe Doll | 343622 |
| Birthday | Jade Doll | 313496 |
| Birthday | Yasmin Doll | 313489 |
| Birthday | Cloe Doll | 313472 |

- 2 -

EXHIBIT 46

PAGE 665

| | | |
|---|---|---|
| Birthday Bash | Sasha | 303558 |
| Birthday Bash | Phoebe Doll | 303541 |
| Birthday Bash | Cloe Doll | 303534 |
| Birthday Bash | Yasmin Doll | 303527 |
| Blind Date | Jade Doll | 277927P |
| Blind Date | Cloe Doll | 277903P |
| Bratz | Yasmin | Asst# 248521 # 248569 |
| Bratz | Cloe | Asst# 248521 # 248538 |
| Bratz | Sasha | Asst# 248521 # 248569 |
| Bratz | Jade | Asst# 248521 # 248545 |
| Bratz | Jade | 248545 |
| Bratz | Sasha | 250517 |
| Bratz | Sasha | 248552 |
| Bratz Babyz Sitter | Alicia, Lana Dolls | 334224 |
| Bratz the Movie | Jade | N/A |
| Bratz the Movie | Bratz Doll | MGA 3772193 |
| Bratz the Movie | Bratz Doll | MGA 3772098 |
| Bratz the Movie | Jade | 358435 |
| Twiins | Twins/Nona | 300328 |
| Bratz World Collector's Edition | Kumi | 277798 |
| Bratz World Collector's Edition | Kumi | 283898 |
| Campfire | Felicia Doll | 306054 |
| Campfire | Dana Doll | 306047 |
| Campfire | Yasmin Doll | 306030 |

EXHIBIT 40

PAGE 666

| Campfire | Phoebe Doll | 306023 |
|---|---|---|
| Campfire | Cloe Doll | 306016 |
| Costume Party | Lela | 333746 |
| Costume Party | Yasmin | 333739 |
| Costume Party | Yasmin/costume pty | 354611 |
| Design Your Own | Cloe | 324720 |
| Design Your Own | Yasmin | 324737 |
| Dynamite | Nevra | 303473 |
| Dynamite | Cloe | 303466 |
| Dynamite |  | 303840 |
| Exclusive Limited Collector's Edition | Meygan Doll | 304142 |
| Exclusive Limited Collector's Edition | Cloe Doll | 277958 |
| Exclusive Limited Collector's Edition | Yasmin Doll | 26060 |
| Feeling Pretty | Sasha Doll | 313328 |
| Feeling Pretty | Dana Doll | 313311 |
| Feeling Pretty | Cloe Doll | 313281 |
| Flashback Fever | Sasha Doll | 283782 |
| Flashback Fever | Fiann Doll | 277705 |
| Flashback Fever | Jade Doll | 277699 |
| Flashback Fever | Yasmin Doll | 277682 |
| Flashback Fever | Cloe Doll | 277675 |
| Forever Diamondz | Sharidan Doll | 334118 |
| Forever Diamondz | Jade Doll | 334101 |
| Forever Diamondz | Yasmin Doll | 334095 |

EXHIBIT 40
PAGE 667

| | | |
|---|---|---|
| Forever Diamondz | Cloe Doll | 334088 |
| Forever Diamondz | Sasha Doll | 333944 |
| Forever Diamondz Micro Bratz | Sharidan | 100515 |
| Forever Diamondz Micro Bratz | Cloe | 100478 |
| Formal Funk | Jade | 260431 |
| Formal Funk | Dana | 260424 |
| Formal Funk | Cloe Doll with Accessories | 260400 |
| Formal Funk Limited Edition | Sasha Doll | 260448 |
| Formal Funk Limited Edition | Jade Doll | 260431 |
| Formal Funk Limited Edition | Yasmin Doll | 260417 |
| Formal Funk Runway Disco | | 257790 |
| Funk N Glow | Dana Doll | 267133 |
| Funk N Glow | Sasha  Doll | 264439 |
| Funk N Glow | Jade Doll | 264415 |
| Funk N Glow | Yasmin Doll | 264408 |
| Funk N Glow | Cloe Doll | 264392 |
| Funk N Glow | Sasha Doll | 255505 |
| Funk N Glow | Meygan Doll | 255499 |
| Funk N Glow | Jade Doll | 255482 |
| Funk N Glow | Yasmin Doll | 255475 |
| Funk N Glow | Cloe Doll | 255468 |
| Funk Out Fashion Collection | Yasmin Doll | 269397 |
| Funk Out Fashion Collection | Fianna | 273394 |

EXHIBIT ___40___

PAGE ___668___

| | | |
|---|---|---|
| Funk Out Fashion Collection | Nevra Doll | 273387 |
| Funk Out Fashion Collection | Sasha Doll | 269427 |
| Funk Out Fashion Collection | Dana Doll | 269410 |
| Funk Out Fashion Collection | Jade Doll | 269403 |
| Funk Out Fashion Collection | Cloe | 257219 |
| Genie Magic | Sasha Doll | 313601 |
| Genie Magic | Meygan Doll | 313595 |
| Genie Magic | Cloe Doll | 313588 |
| Genie Magic | Jade Doll | 313571 |
| Genie Magic | Yasmin Doll | 313564 |
| Girlfriendz | Cloe Doll | 405160 |
| Girlfriendz | Phoebe | 408771 |
| Girlfriendz | Sasha/girlfriendz | 408888 |
| Girls Night Out | Sasha Doll | 269687 |
| Girls Night Out | Dana Doll | 269670 |
| Girls Night Out | Jade Doll | 269663 |
| Girls Night Out | Yasmin Doll | 269656 |
| Girls Night Out | Cloe Doll | 269649 |
| Holiday | Trinity Doll | 334200 |
| Hollywood Style | Phoebe Doll | 321712 |
| Hollywood Style | Yasmin Doll | 321705 |
| Hollywood Style | Dana | 312192 |
| Hollywood Style | Cloe | 312185 |

EXHIBIT ___40___

PAGE ___669___

| Hollywood Style | Cloe | 297086 |
|---|---|---|
| Hot Summer Dayz | Sasha | 348849 |
| Hot Summer Dayz | Jade | 348832 |
| Hot Summer Dayz | Yasmin | 348825 |
| Hot Summer Dayz | Cloe | 348818 |
| I Candy | Phoebe Doll | 291930 |
| I Candy | Yasmin | 291909 |
| I-Candy | Cloe | 291893 |
| Ice Champions | Maribel Doll- RC Skating Rink | 528766250 |
| Ice Champions | Vinessa Doll | 334149 |
| Ice Champions | Dana Doll | 334132 |
| Ice Champions | Yasmin Doll | 334125 |
| Lil Bratz | Nightime Style | 278221 |
| Live in Concert | Dana | 291985 |
| Live in Concert | Jade Doll | 297048 |
| Live in Concert | Nevra/Live in concert | 297031 |
| Live in Concert | Sasha Doll | 291978 |
| Live in Concert | Yasmin Doll | 291961 |
| Live in Concert | Cloe/Live in concert | 291954 |
| Magic Hair | Sasha  Doll | 352297 |
| Magic Hair | Jade Doll | 343738 |
| Magic Hair | Yasmin Doll | 343721 |
| Magic Hair | Cloe Doll | 343714 |
| Midnight Dance | Meygan | 303671 |

EXHIBIT ___40___

PAGE ___670___

| | | |
|---|---|---|
| Midnight Dance | Megyan Doll | 303664 |
| Midnight Dance | Yasmin Doll | 303657 |
| Motorcycle Style | Motorcycle style | 272977 |
| Motorcycle Style | | 272960 |
| Motorcycle Style | Cloe Doll | 271444 |
| Motorcycle Style | | 271345 |
| Nighttime Style | Lil Bratz | 278221 |
| Nighty Nite Collection | Sasha Doll | 277507 |
| Nighty Nite Collection | Yasmin Doll | 277491 |
| Nighty Nite Collection | Jade Doll | 277484 |
| Nighty Nite Collection | Yasmin Doll | 277477 |
| Nighty Nite Collection | Fianna | 277491 |
| Nighty Nite Collection | Cloe Doll | 277460 |
| Ooh La La | Kumi Doll | 303978 |
| Ooh La La | Dana Doll | 303961 |
| Ooh La La | Cloe Doll | 303954 |
| Pampered Pupz | Cloe/Pampered pups | 343585 |
| Passion 4 Fashion | Cloe | 354741 |
| Passion 4 Fashion | Sasha | 341246 |
| Passion 4 Fashion | Jade Doll | 341239 |
| Passion 4 Fashion | Cloe Doll | 341215 |
| Passion 4 Fashion | Cloe | 341222 |
| Passion 4 Fashion | Cloe Doll | 333814 |
| Passion 4 Fashion | Yasmin Doll | 333807 |

EXHIBIT __40__

PAGE __671__

| Passion 4 Fashion | Sasha | 333821 |
|---|---|---|
| Passion 4 Fashion | Jade | 333838 |
| Play Sportz | Tess | 362357 |
| Play Sportz | Yasmin/sportz | 354550 |
| Play Sportz Basketball | Dana Doll | 296676 |
| Play Sportz Blazin Bowlin | Meygan Doll | 294115 |
| Play Sportz Cheerleader | Cloe Doll | 319795 |
| Play Sportz Cheerleader | Sasha Doll | 294122 |
| Play Sportz Dance | Fianna Doll | 350644 |
| Play Sportz Gymnast | Yasmin Doll | 313168 |
| Play Sportz In Line Skating | Sasha Doll | 352334 |
| Play Sportz In Line Skating | Yasmin Doll | 343615 |
| Play Sportz Racecar Driving | Katia Doll | 333715 |
| Play Sportz Skiing | Yasmin Doll | 333708 |
| Play Sportz Snowboarding | Lilee Doll | 333692 |
| Play Sportz Snowboarding | Roxanne Doll | 296669 |
| Play Sportz Soccer | Cloe Doll | 350651 |
| Play Sportz Soccer | Yasmin Doll | 294092 |
| Play Sportz Softball | Phoebe Doll | 313182 |
| Play Sportz Teamz | Cloe, Roxxi Dolls | 337911 |
| Play Sportz Teamz | Dana, Leah Dolls | 337874 |
| Play Sportz Teamz | Dana, Cloe Dolls | 337867 |
| Play Sportz Teamz | Cloe, Yasmin Dolls | 337850 |
| Play Sportz Teamz | Cloe, Katia Dolls | 334262 |

EXHIBIT ___40___

PAGE ___672___

| | | |
|---|---|---|
| Play Sportz Teamz | Yasmin, Meygan Dolls | 325802 |
| Play Sportz Teamz | Cloe, Meygan Dolls | 325796 |
| Play Sportz Teamz | Cloe, Jade Dolls | 325789 |
| Play Sportz Teamz | Jade, Meygan Dolls | 325772 |
| Play Sportz Teamz | Yasmin, Jade Dolls | 325765 |
| Play Sportz Teamz | Cloe, Yasmin Dolls | 325758 |
| Play Sportz Teamz | Jade, Meygan Dolls | 325710 |
| Play Sportz Teamz | Yasmin, Jade Dolls | 325703 |
| Play Sportz Teamz | Cloe, Yasmin Dolls | 324706 |
| Play Sportz Tennis | Cloe Doll | 357353 |
| Play Sportz Tennis Ace | Fianna Doll | 295587 |
| Pretty N Punk | Megyan Doll | 292050 |
| Pretty N Punk | Jade Doll | 292043 |
| Pretty N Punk | Yasmin Doll | 292029 |
| Pretty N Punk | Cloe Doll | 292012 |
| Princess | Cloe Doll | 313632 |
| Princess | Nina Doll | 313670 |
| Princess | Fianna Doll | 313663 |
| Princess | Jade Doll | 313656 |
| Princess | Yasmin Doll | 313649 |
| Rock Angelz | Sasha Doll | 303916 |
| Rock Angelz | Jade Doll | 303909 |
| Rock Angelz | Cloe | 303886 |
| Rock Angelz | Yasmin Doll | 297079 |
| Rodeo | Sorya Doll | 528426250 |
| Rodeo | Cloe Doll | 334002 |
| Rodeo | Yasmin Doll | 333999 |
| Secret Date | Yasmin Doll | 277910 |

EXHIBIT _40_

PAGE _673_

| | | |
|---|---|---|
| Secret Date | Cloe Doll | 277903 |
| Secret Date | Secret Date | 277521 |
| Secret Date | Jade Doll | 277927 |
| Secret Date | Yasmin Doll | 277514 |
| Sisterz | Lilani, Kiani Dolls | 321125 |
| Sleep Over | Jade Doll | 339793 |
| Sleep Over | Yasmin Doll | 339786 |
| Sleep Over | Cloe Doll | 339779 |
| Sleep Over | Sasha Doll | 340911 |
| Slumber Party | Yasmin Doll | 256342 |
| Slumber Party | Jade Doll | 256335 |
| Slumber Party | Sasha | 256311 |
| Slumber Party | Cloe Doll | 256328 |
| Sportz | Sasha Doll | 294122 |
| Sportz | Cloe | 294085 |
| Sportz | Yasmin | 294092 |
| Space Angelz | Dana | 291985 |
| Spring Break | Leah Doll | 320968 |
| Spring Break | Yasmin Doll | 320951 |
| Spring Break | Cloe Doll | 320944 |
| Step Out | Meygan Doll | 297093 |
| Step Out | Sasha Doll | 297000 |
| Step Out | Cloe Doll | 296980 |
| Step Out | Jade | 296997 |
| Step Out | Yasmin | 283898 |
| Strut It | Cloe | 269380 |
| Strut It | Jade | 257233 |
| Strut It | Sasha | 257240L |
| Strut It | Yasmin | 257226 |
| Strut it Fashion Collection | Meygan Doll | 257257 |
| Strut it Fashion Collection | Sasha Doll | 257240 |
| Style It Fashion Collection | Sasha Doll | 258322 |
| Style It Fashion Collection | Dana Doll | 258315 |
| Style It Fashion Collection | Jade Doll | 258308 |
| Style It Fashion Collection | Yasmin Doll | 258292 |
| Style It Fashion Collection | Cloe Doll | 258285 |
| Style It Fashion Collection | Sasha | 258322 |
| Styling Salon N Spa | | 264729 |
| Sun-Kissed Summer | Dana | 269557 |
| Sun-Kissed Summer | Yasmin | 269533 |
| Sun-Kissed Summer | Cloe | 269526 |
| Sun-Kissed Summer Collection | Sasha Doll | 269564 |
| Sun-Kissed Summer Collection | Jade Doll | 269540 |

EXHIBIT _40_

PAGE _67¢_

| | | |
|---|---|---|
| Sweet Dreamz Pajama Party | Felicia Doll | 313458 |
| Sweet Dreamz Pajama Party | Kuma Doll | 313441 |
| Sweet Dreamz Pajama Party | Siernna Doll | 313434 |
| Sweet Dreamz Pajama Party | Yasmin Doll | 313427 |
| Sweet Dreamz Pajama Party | Cloe Doll | 313410 |
| Sweetheart | Phoebe Doll | 344100 |
| Sweetheart | Yasmin Doll | 344094 |
| Sweetheart | Cloe Doll | 344087 |
| Sweetheart | Sasha Doll | 344070 |
| Talking Bratz | Sasha Doll | 338406 |
| Talking Bratz | Jade Doll | 338390 |
| Talking Bratz | Yasmin Doll | 334194 |
| Talking Bratz | Cloe Doll | 334187 |
| Tokyo a go go | Sasha | 277835 |
| Tokyo a go go | Fianna | 277828 |
| Tokyo A Go Go | Jade Doll | 277811 |
| Tokyo a go go | Yasmin | 277804 |
| Treasures | Roxxi Doll | 294214 |
| Treasures | Cloe Doll | 294184 |
| Treasures! | Yasmin | 294191 |
| Triiiplets | Triiiplets | 334279 |
| Twiins | Nona/Tess | 300328 |
| Twiins | Lela, Krysta  Dolls | 321118 |
| Twiins | Phoebe, Roxxi Dolls | 277941 |
| Twiins 3rd Edition | | 301226 |
| Welcome to Fabulous | Yasmin | 292098 |
| Welcome Bienvenue | Sasha | 292081 |
| Welcome to Fabulous | Fianna Doll | 292104 |
| Welcome to Fabulous | Cloe Doll | 292074 |
| Wicked Twiins | Ciara, Diona Dolls | 313700 |
| Wild Life Safari | Nevra Doll | 273462 |
| Wild Life Safari | Cloe Doll | 284031 |
| Wild Life Safari | Meygan Doll | 273486 |
| Wild Life Safari | Fianna Doll | 273479 |
| Wild Wild West | Fianna Doll | 306498W |
| Wild Wild West | Kiana Doll | 309017 |
| Wild Wild West | Dana Doll | 309000 |
| Wild Wild West | Cloe Doll | 306481 |
| Wild Wild West | Yasmin Doll | 306474 |

EXHIBIT __40__

PAGE __675__

| | | |
|---|---|---|
| Wintertime Wonderland | Jade | 277569 |
| Wintertime Wonderland | Yasmin | 277552 |
| Wintertime Wonderland | Sasha Doll | 260394 |
| Wintertime Wonderland | Yasmin | 260363 |
| Wintertime Wonderland | Cloe | 260356 |
| Wintertime Wonderland | Dana Doll | 277576 |
| Wintertime Wonderland | Jade Doll | 260387 |
| Wintertime Wonderland | Dana Doll | 260370 |
| Xpress It | Yasmin | 254027 |
| xPress It! | Meygan | 254065 |
| xPress It! | Sasha | 254058 |
| xPress It! | Jade | 254034 |
| xPress It! | Cloe | 255499 |

- 13 -

EXHIBIT ___40___

PAGE ___676___



Exhibit 2



EXHIBIT ___40___

PAGE ___677___

Hand Pose

Exhibit 3

Hand Pose

EXHIBIT _40_

PAGE _678_





EXHIBIT 40

PAGE 679

Exhibit 4





EXHIBIT 40

PAGE 680

Exhibit 5

Exhibit 6

EXHIBIT ____40____

PAGE ____681____





Exhibit 7

EXHIBIT ___ 40

PAGE ___ 682



Exhibit 8

EXHIBIT 40

PAGE 683



Exhibit 9



EXHIBIT ____40____
PAGE ____685____