

Boot Design Detail & Color

Exhibit 11

EXHIBIT 40

PAGE 686



Shoe Design & Detail

Exhibit 12

EXHIBIT _____ 40
PAGE _____ 687



Exhibit 13

EXHIBIT _____ 40 _____
PAGE _____ 688 _____





Shoe Detail & Design

Exhibit 14

EXHIBIT _____ 40 _____

PAGE _____ 689 _____



Exhibit 15

EXHIBIT _____ 40
PAGE _____ 690



Exhibit 16

EXHIBIT ____40____

PAGE ____691____



EXHIBIT ____ 40

PAGE ____ 692



EXHIBIT _____ 40

PAGE _____ 693



Hair Bangs

Face Shape

Distance Between Eyebrows

Distance Between Eyes

Cheek Color Application

Width & Height

Exhibit 19

EXHIBIT _____ 40

PAGE _____ 694



Exhibit 20

Eye Angle

Eye Shape

Upper Eyelash
& 3 Eyelashes

Eyebrow
Shape & Angle

Eyelid Height &
Distance From Top of Eye
to Bottom of Eyebrow

Lip Shape

EXHIBIT ____ 40

PAGE ____ 695





Face Shape

Cheek Color & Placement

Distance Between Eyes

Face Length & Width

EXHIBIT _____ 40

PAGE _____ 696



EXHIBIT _____ 40

PAGE _____ 697

Hairstyle:
Side parted hair with side swept long bangs

Exhibit 23

EXHIBIT _____ 40
PAGE _____ 698

Exhibit 24

Face Shape

3 Eyelashes
&
Eyeliner Application

Eye Shape

Eye Angle

Lip Shape

EXHIBIT ____ 40
PAGE ____ 699



Denim Skirt Style & Length

Floral Pattern Strip

Exhibit 25

EXHIBIT _____ 40

PAGE _____ 700



Flare Pant Style

Pant Cuff Width

Side Stripe Detail

Exhibit 26

EXHIBIT ___ 40
PAGE ___ 701



Exhibit 27

EXHIBIT _____ 40

PAGE _____ 702

Exhibit 28





Hat Design

EXHIBIT ___40___

PAGE ___703___



Denim Skirt Style

Exhibit 29

EXHIBIT ___
PAGE ___



Striped Shirt Design & Colors

Exhibit 30

EXHIBIT _____ 40
PAGE _____ 705

Exhibit 31

EXHIBIT ___40___

PAGE ___706___

Exhibit 32

EXHIBIT 40
PAGE 707



Exhibit 33

EXHIBIT _____ 40
PAGE _____ 708



Exhibit 34

EXHIBIT _____ 40
PAGE _____ 709



Exhibit 35

EXHIBIT ___40___

PAGE ___710___



Exhibit 36

EXHIBIT _____ 40

PAGE _____ 71



Exhibit 37

TOP OF HEAD — top

ROOTING LINE/SEPERATION LINE

chin

shoudlers

chest

waist

crotch

knees

ankles

bottom

EXHIBIT  40
PAGE  2/2

**Exhibit 41**

PUBLIC NOTARIES
TRANSLATORS OF LANGUAGES

ALBERT BUILDINGS
49 QUEEN VICTORIA STREET
LONDON      EC4N 4SA

Telephone
(020) - 7329 2020/7329 2022
International
(+44) - 20 - 7329 2020/7329/2022
Facsimile
(020) - 7329 0025
International
(+44) - 20 - 7329 0025

E-Mail: Johnnewride.corp687@internet.com
BARRINGTON W. HOOKE, LL.B.
Notary Public.
Mobile
(07802) - 47 56 49

TO ALL TO WHOM THESE PRESENTS SHALL COME, I, BARRINGTON WILLIAM HOOKE , NOTARY PUBLIC of the CITY of LONDON, by Royal Authority duly admitted and sworn practising in the said City, Do Hereby Certify that on the day of the date hereof before me personally came and appeared, **RAYMOND DAVID BLACK**, the Deponent named and described in the Affidavit hereunto annexed, who by solemn Oath which the said Deponent then made before me in due form of law, did depose testify and declare to be true the several matters and things mentioned and contained in the said annexed Affidavit.

and have caused the said Affidavit to be hereunto annexed together with exhibits "RDB1" to "RDB13".

DATED in LONDON the thirteenth day of June in the Year of Our Lord, Two thousand and three.

NOTARY PUBLIC, LONDON.
MY COMMISSION IS FOR LIFE.

EXHIBIT ____41____

PAGE ____713____

Confidential - Attorney's Eyes Only

MGA 0885135

HCA No. 1883/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 1883 OF 2003

*****************

BETWEEN

MGA ENTERTAINMENT INC.                           1st Plaintiff

MGA ENTERTAINMENT (HK) LIMITED          2nd Plaintiff

And

DOUBLE GRAND CORPORATION LIMITED     Defendant

************************

**AFFIDAVIT OF RAYMOND DAVID BLACK**

************************

I, RAYMOND DAVID BLACK of 222 Gray's Inn Road, London, WC1X 8XF do

make oath and say as follows:-

1. I am a partner and Head of the Contentious Intellectual Property Group of SJ

   Berwin, the solicitors for MGA Entertainment Inc. in the UK, the 1st Plaintiff herein

   ("MGA US"), and have the conduct of MGA US's claims in relation to any

   intellectual property right infringement in BRATZ dolls and other products in the UK.

   I am duly authorised by MGA US and MGA Entertainment (HK) Limited, the 2nd

   Plaintiff herein, ("MGA HK") to make this affidavit for and on their behalf. Unless

   otherwise stated, the facts and matters contained herein are either within my own

292271.1                                              1

EXHIBIT _____ 41

PAGE _____ 714

Confidential - Attorney's Eyes Only

MGA 0885136

personal knowledge or gleaned from books and records of my firm.  Insofar as relevant facts and matters do not fall within the aforesaid category, they have been related to me by Mr Paul Cox, a solicitor in the Contentious Intellectual Property Group in my firm and are true to the best of my information and belief.

**Identification of Mini Trendy Teenz and Trendy Teenz dolls on the UK market**

2.  On 7 March 2003, I received an e-mail from Mr Ray Dorrity of Bandai, UK ("Dorrity"), the exclusive licensee of the BRATZ dolls in the UK, who informed me that he had discovered the sale of a quantity of "Mini Trendy Teenz" dolls ("Mini Trendy Teenz") at one Fareham Toys in Fareham, UK, which infringed MGA US' rights.  Dorrity also informed me that he had purchased two samples of the Mini Trendy Teenz and sent them to my firm for inspection.  Now produced and shown to me marked "RDB1" is a copy of the relevant receipt for the two samples and colour photographs of the front and back of the packaging of the two samples.  The back of the packaging of the samples states that the dolls were imported into and sold in the UK by one "Toy Depot Ltd, 52 Yester Road, BR7 5HR, UK ("Toy Depot UK)."

3.  Upon instructions of MGA US, we sent out a cease and desist letter to Toy Depot UK on 7 March 2003.  Now produced and shown to me marked "RDB2" is a copy of the said cease and desist letter with enclosures.

4.  Mr Alan Brown of Toy Depot UK replied to our cease and desist letter on 20 March 2003 confirming Toy Depot UK's purchase of 4,800 pieces of Mini Trendy Teenz

292271.1

EXHIBIT _____ 41

PAGE _____ 7/5

Confidential - Attorney's Eyes Only

MGA 0885137

from its supplier "Trade Express (H.K.) Export Company" and disclosed that the manufacturer of the dolls was one "Double Grand HK", the Defendant herein.  Now produced and shown to me marked "RDB3" is a copy of Toy Depot UK's letter.

5.  Mr Brown also sent in a facsimile to Mr Cox on 21 March 2003 some copy documents which showed that Toy Depot UK had purchased 5,484 sets of the full size version Trendy Teenz dolls ("Trendy Teenz") and 4,800 sets of Mini Trendy Teenz (together I shall refer to them as "Dolls").  The invoice from Trade Express (H.K.) Export Company dated 3 October 2002 shows that the Vendor of the Dolls was the Defendant herein.  Further, the bill of lading states that the exporter of these Dolls was Cheong Wah Plastic Toys Factory, Dongguan, China (which according to Mr Connolly is part of the Defendant in China – see paragraph 16).  Now produced and shown to me marked "RDB4 " is a copy of the said facsimile.

6.  Mr Brown attended our offices on 29 April 2003 and disclosed the following information:-

(i)  One Mr James Connolly was appointed as a director of Toy Depot UK on 17 April 2002 and resigned on 31 January 2003.

(ii)  Mr Connolly was responsible for developing business opportunities in pre-school and other toys using his contacts in Hong Kong including Trade Express (H.K.) Export Company and the Defendant herein.  It was Mr Connolly who negotiated the dealings in the Dolls for and on behalf of Toy Depot UK with Trade Express (H.K.) Export Company.  Trade Express (H.K.) Export

292271.1

3

EXHIBIT _____ 4/

Confidential - Attorney's Eyes Only

PAGE _____ 7/6          MGA 0885138

Company negotiated with the Defendant.

(iii)   Mr Brown had sent a copy of our cease and desist letter to Mr Connolly at Toy Depot UK.

Now produced and shown to me marked "RDB5 " is a bundle of documents given by Mr Brown to SJ Berwin on 28 March 2003.   Amongst them, is a Letter of Credit Opening Instruction stating the beneficiary of the Letter of Credit being the Defendant herein.

**Communication with Mr Connolly**

7.   Following my conversation with Mr Brown, my firm sent a cease and desist letter to Mr Connolly on 2 April 2003.  Now produced and shown to me "RDB6 " is a copy of the said cease and desist letter.

8.   Shortly after sending the letter to Mr Connolly, MGA US discovered that the Mini Trendy Teenz were being sold in Holland by Intertoys NRM Den UIJL BV.  MGA US's investigator bought a sample of the Mini Trendy Teenz from Intertoys.  Now produced and shown to me marked "RDB7" is a copy of the receipt evidencing the purchase of this sample and two coloured copies of the front and back of the packaging.  On the back of the repackaging it shows that  "Kingsley Paige Plc" is the importer and "Toy Depot (Far East) Company" is the exporter from Hong Kong.

Mr Cox informed me that he had a telephone conversation with Mr Connolly on 9

Confidential - Attorney's Eyes Only

EXHIBIT ___41___

PAGE ___717___

MGA 0885139

April 2003 relating to our cease and desist letter and the Mini Trendy Teenz found in Holland.  During the said conversation, Mr Connolly disclosed to us the following information:-

(i)   Toy Depot (Far East) Company ("Toy Depot (Far East)") was a partnership between Alan Brown of Toy Depot UK, Edwin Yu and Benny Shiu of Trade Express (H.K.) Export Company and himself.  Mr Connolly said that the partnership was dissolved in 2002.

(ii)  Toy Depot (Far East) Company Limited ("Toy Depot HK") is a separate legal entity from Toy Depot (Far East) and according to Mr Connolly it had not dealt in Dolls. Mr Connolly said he was a director of this company.

(iii)  That he estimated that Toy Depot (Far East) had sold around 98,000 Mini Trendy Teenz and 10,000 Trendy Teenz to United Overseas Holding Limited in the UK (which is the parent company of Kingsley Paige Plc.) and Toy Depot UK respectively.

(iv)  The reason for the appearance of the name of Toy Depot (Far East) on the products sold to United Overseas / Kingsley Paige (instead of Toy Depot UK) was that United Overseas / Kingsley Paige did not want another UK importer's name on the Dolls.

(v)   Mr Connolly had instructed the Defendant to stop manufacturing the Dolls  and informed us that he would not deal in these Dolls again.

292271.1

5

EXHIBIT _____41_____

PAGE _____718_____

Confidential - Attorney's Eyes Only

MGA 0885140

(vi)  Subject to his legal adviser's opinion, he was willing to sign an undertaking in favour of MGA US and give full disclosure of Toy Depot (Far East)'s dealings in the Dolls.

(vii)  Mr Connolly said that he was able to obtain undertakings from Trade Express (H.K.) Export Company, Edwin Yu, Benny Shiu and the Defendant.

(emphasis applied)

10.  On 15 April 2003, Mr Connolly did deliver to us some documents in relation to Toy Depot UK's dealings in the Dolls  and rendered us a written undertaking neither to sell nor promote Trendy Teenz dolls whether in the UK or worldwide.   Now produced and shown to me marked "RDB8 " are copies of the documents delivered to our office by Mr Connolly. The documents reflected that Toy Depot UK had in fact dealt in an additional 43,056 pieces of Mini Trendy Teenz to those Mr Brown disclosed in paragraph 5.

11.  Due to the discrepancies between what Mr Connolly and Mr Brown told us in relation to Toy Depot UK's dealings in the Dolls, we had instructions to write to Mr Brown again on 23 April 2003. We received his reply thereto on 24 April 2003. As his reply could still not explain the discrepancy, we had arranged a conference with Mr Connolly on 29 April 2003.

292271.1

6

Confidential - Attorney's Eyes Only

EXHIBIT _____ 41

PAGE _____ 719

MGA 0885141

12. I met Mr Connolly in the morning of 29 April 2003. The meeting focused on the parties' dealings in the Dolls, especially that of the Defendant herein, Toy Depot (Far East) and Toy Depot UK. In the meeting, the following matters were confirmed:-

(i) We would prepare a statutory declaration containing his disclosed information for his signing.

(ii) He would give an undertaking in favour of MGA US not to deal in the Dolls.

(iii) He would procure similar undertakings from his co-partners at Toy Depot (Far East) Company his co-directors at Toy Depot HK, Trade Express (H.K.) Export Company and from the Defendant and its directors.

(iv) That he had been in direct contact with the Defendant herein about MGA US' claims against Toy Depot UK and himself, so the Defendant had been alerted to the claims.

13. Following the meeting of 29 April 2003, we prepared a draft statutory declaration and presented the same for Mr Connolly's approval and finalisation on 8 May 2003. Now produced and shown to me marked "RDB9" is a copy of the said draft. Mr Connolly had all along confirmed his ability to procure undertakings from Toy Depot (Far East), Trade Express and the Defendant in favour of MGA US.

14. Mr Connolly asked us to make some amendments to the draft statutory declaration

292271.1                                7

EXHIBIT _____ 41 _____

Confidential - Attorney's Eyes Only

MGA 0885142

and these were incorporated into the document. By early May, the form of the Statutory Declaration was approved by Mr Connolly and we were awaiting missing information relating to the Defendant before it could be signed. Now produced and shown to me marked "RDB10" is a copy of the said revised draft which embodied the up-dated revisions based on Mr Connolly's further information and evidence.

15. On 8 May 2003, we sent a letter to Mr Connolly which enclosed the undertakings that he was to provide and the separate undertakings he was to procure from Toy Depot HK, and Trade Express (H.K.) Export Company. We asked him to provide the documentation by 14 May 2003.

16. Our final draft statutory declaration was sent to Mr Connolly for final approval on 12 May 2003. The declaration provides, inter alia:-

| Paragraph Ref. | Mr Connolly's Allegations |
|---|---|
| 3 | Double Grand operates from 3 places:<br>- its registered office;<br>- **Cheong Wah Plastic Toys Factory** (its main factory); and<br>- A satellite factory in Dongguan |
| 4 | Peter Leung and Ken Leung being the owners of Double Grand are personal friends of Mr Connolly. |
| 5 | - The design of "Mini Trendy Teenz" was produced by Double Grand to Mr Connolly.<br>- It is believed that Double Grand would not have designed dolls as it does NOT have designers, but it would have worked with designers.<br>- Mr Connolly does not know the designers of the dolls.<br>- Mr Connolly does not know where Double Grand got the designs for the Mini Trendy Teenz. |
| 7 | - Toy Depot HK has never sold and will not sell the Dolls.<br>- Mr Connolly referred to Double Grand the cease and desist letter sent by SJ Berwin to him dated 02.04.2003 and Double Grand has |

EXHIBIT _____41_____

Confidential - Attorney's Eyes Only       PAGE _____72/_____       MGA 0885143

| | | |
|---|---|---|
| | | knowledge of MGA's rights and interests in the activities of Double Grand. |
| 8 | - | Mr Connolly believes Double Grand has stopped production and dealings with the dolls. |
| | - | Double Grand has sought advice from a HK barrister who advised it to stop production of the dolls. |
| | - | Mr Connolly has spoken to Peter Leung and Double Grand has agreed not to deal with the Dolls. |
| 9 | - | Mr Connolly believes that Double Grand has only sold the infringing dolls through Toy Depot UK, Toy Depot (Far East) Company and Trade Express (H.K.) Export Company. |

**Rocker Headz Bobblehead Fashion Dolls and RockerHeadz Fashion Doll Bobble Pen**

17. At the meeting with Mr Connolly on 29 April 2003, Mr Connolly brought a new product called Rockerheadz Fashion Doll Bobble Pen with him and asked us to ask MGA US to give their approval to his marketing of the product in the UK. After looking at the sample, I informed him that MGA US would not agree to the use of the make up on the doll's face as it would infringe their copyright. Mr Connolly agreed to change the make up on the doll and send the revised sample through to us.

18. Other than the Dolls, we were also instructed to deal with Mr Connolly about the Rocker Headz Bobblehead Fashion Dolls (which MGA US's investigator had discovered that the Defendant was offering) and the RockerHeadz Fashion Doll Bobble Pen, (a sample of which Mr Connolly provided to us on 29 April 2003). We were instructed by MGA US that the two products also infringed their rights in the

EXHIBIT _____ 41

Confidential - Attorney's Eyes Only

PAGE _____ 722              MGA 0885144

Bratz range of products, and should be stopped.  Now produced and shown to me marked "RDB11" is a copy of an e-mail from Mr Connolly to our Mr Paul Cox dated 6 May 2003 which attached photographs of a revised Rockerheadz Fashion Doll Bobble Pen, which changed the design of the pen that Mr Connolly showed me on 29 April 2003. Now produced and shown to me marked "RDB12" is a photograph of the Rocker Headz Bobblehead Fashion Dolls which was provided by MGA US's investigator.

19. Following the discovery of the Rocker Headz Bobblehead Fashion Dolls and RockerHeadz Fashion Doll Bobble Pen, the wording of the undertakings MGA US required from Mr Connolly, Toy Depot (Far East) Company Limited, and Trade Express (H.K.) Export Company was amended to prevent each of them from dealing in these products, and sent to Mr Connolly on 8 May 2003.

**Further Communications with Mr Connolly**

20. On 15 May 2003, Mr Paul Cox had a conversation with Mr Connolly to chase him for the Statutory Declaration and undertakings. Mr Connolly said that all parties to the dispute (including the Defendant herein) would sign undertakings in relation to Dolls and that he might be able to persuade the others to agree not to market the Bobble Head Pen and Rocker Headz Dolls in the particular form at "RDB11" and "RDB12" respectively. He said that the only unresolved dispute with Double Grand was, that Double Grand was unwilling to deliver up the moulds for the Bobble Head Pen and Rocker Headz Doll, as they did not think that these products infringed MGA US's rights. He said that unless and until the matter could be resolved, the

292271.1

10

Confidential - Attorney's Eyes Only

EXHIBIT _____ 41

PAGE _____ 723

MGA 0885145

Defendant would not enter into the undertakings.

21. On 19 May 2003, upon our further follow-up with Mr Connolly on the undertakings and statutory declaration, we were then informed by him, to our surprise and astonishment that Mr Connolly (and the other persons) suddenly refused to sign the undertakings and that he did not intend to make any statutory declaration in favour of MGA US. I do not know the extent to which his refusal was linked to the Plaintiffs' anticipated claim against the Defendant herein as I understood that MGA US's and MGA HK's Hong Kong lawyers had issued a cease and desist letter to Double Grand on 6 May 2003 threatening litigation.

22. Consequently, we filed a claim against Mr Connolly on 21 May 2003 for MGA US praying for injunctive relief against his infringing activities, order for delivery up, inquiry as to damages etc. Now produced and shown to me marked "RDB13" is a copy of the claim form lodged in the UK and the particulars of claim issued on 3 June 2003.

Sworn at  the *City*      )
*of.  London  England*)
                         )
                         )
this *13* day of June 2003.   )

Before me,

Notary Public

This affidavit is filed for and on behalf of the 1st and 2nd Plaintiffs.

29271.1                         11

Confidential - Attorney's Eyes Only

EXHIBIT _____ 41
PAGE _____ 724

MGA 0885146

HCA No. 1883/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 1883 OF 2003

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BETWEEN

MGA ENTERTAINMENT INC.                    1st Plaintiff

MGA ENTERTAINMENT (HK) LIMITED            2nd Plaintiff

And

DOUBLE GRAND CORPORATION LIMITED Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AFFIDAVIT OF RAYMOND DAVID BLACK**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Filed this      day of June 2003.

**William W. L. Fan & Co**
**Solicitors**
Room 507, Hang Seng Building,
77 Des Voeux Road Central,
Hong Kong.
Tel: 2110 2128    Fax: 2111 9336
Ref: WF-1921-RC

292271.1                          12

EXHIBIT ____41____

PAGE ____725____

MGA 0885147

Confidential - Attorney's Eyes Only

6-13-3

**JOHN NEWTON & SONS**

SCRIVENER NOTARIES
TRANSLATORS OF LANGUAGES

ALBERT BUILDINGS
49 QUEEN VICTORIA STREET
LONDON     EC4N 4SA

Telephone
(020) - 7329 2020/7329 2022

International
(+44) - 20 - 7329 2020/7329 2022

Facsimile
(020) - 7329 0025

International
(+44) - 20 - 7329 0025

E-Mail: Johnnewtonsons@Tiscana.com

BARRINGTON W. HOOKE, LL.B.
Scrivener Notary
Translator of Languages

Mobile
(07802) - 47 56 49

THIS IS THE EXHIBIT MARKED "RDB11" MENTIONED AND REFERRED TO IN THE AFFIDAVIT OF   RAYMOND DAVID BLACK MADE BEFORE ME THIS 13th DAY OF JUNE 2003

BARRINGTON WILLIAM HOOKE.
NOTARY PUBLIC, LONDON.



EXHIBIT _____ 41

PAGE _____ 726          MGA 0885317

Confidential - Attorney's Eyes Only

HCA No. 1883/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 1883 OF 2003

***************

BETWEEN

MGA ENTERTAINMENT INC.                          1st Plaintiff

MGA ENTERTAINMENT (HK) LIMITED                  2nd Plaintiff

And

DOUBLE GRAND CORPORATION LIMITED       Defendant

*********************************

This is the marked exhibit referred to in the Affidavit of Raymond David Black dated the 13 day of June 2003.

| Exhibit Ref | Date | Description | Page No. |
|---|---|---|---|
| RDB11 | 6 May 2003 | Copy of an email sent by Mr Connolly to SJ Berwin | 10 |

Before me,

EXHIBIT _____ 41

PAGE _____ 727

Confidential - Attorney's Eyes Only

MGA 0885318

## Artem Doudko

| | |
|---|---|
| **From:** | Paul Cox |
| **Sent:** | 12 June 2003 12:09 |
| **To:** | Artem Doudko |
| **Subject:** | FW: New outlook for Bobble head pen and Rocker Headz Doll |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Exhibit 12

-----Original Message-----
**From:** James Connelly [mailto:james@fareastmerchants.fsnet.co.uk]
**Sent:** 06 May 2003 08:41
**To:** paul.cox@sjberwin.com
**Cc:** ray.black@sjberwin.com
**Subject:** Re: New outlook for Bobble head pen and Rocker Headz Doll

FAO MR PAUL COX
    MR RAY BLACK
OF S.J.BERWIN

Dear Paul
Further to my discussion with Ray last week, he seemed rather agitated in respect of the new design submitted. Therefor we have commissioned a new design of eyes all together.
Please see Image attached and advise your comments.
We will submit samples within 10 days once you indicate your thoughts

The new design is in the Right

Awaiting your reply

Warmest Regards

James Connolly
TOY DEPOT (FAR EAST) CO.,LTD

EXHIBIT _____ 41

PAGE _____ 728

Confidential - Attorney's Eyes Only

MGA 0885319

NEW

OLD

EXHIBIT 41

Confidential - Attorney's Eyes Only

MGA 0885320

6 - 13 - 2

**JOHN NEWTON & SONS**

SCRIVENER NOTARIES
TRANSLATORS OF LANGUAGES

ALBERT BUILDINGS ::
49 QUEEN VICTORIA STREET
LONDON     EC4N 4SA

Telephone
(020) - 7329 2020/7329 2022

International
(+44) - 20 - 7329 2020/7329/2022

Facsimile
(020) - 7329 0025

International
(+44) - 20 - 7329 0025

E-Mail: johnnewtonsons@btinternet.com

BARRINGTON W. HOOKE, LL.B.
Scrivener Notary
Translator of Languages

Mobile
(07802) - 47 55 49

THIS IS THE EXHIBIT MARKED "RDB10" MENTIONED AND
REFERRED TO IN THE AFFIDAVIT OF RAYMOND DAVID
BLACK MADE BEFORE ME THIS 13th DAY OF JUNE 2003

BARRINGTON WILLIAM HOOKE.
NOTARY PUBLIC, LONDON.



Confidential - Attorney's Eyes Only

EXHIBIT _____ 41

PAGE _____ 730

MGA 0885321

HCA No. 1883/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 1883 OF 2003

**\*\*\*\*\*\*\*\*\*\*\*\*\***

BETWEEN

MGA ENTERTAINMENT INC.                    1st Plaintiff

MGA ENTERTAINMENT (HK) LIMITED            2nd Plaintiff

And

DOUBLE GRAND CORPORATION LIMITED    Defendant

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This is the marked exhibit referred to in the Affidavit of Raymond David Black dated the 13 day of June 2003.

| Exhibit Ref | Date | Description | Page No. |
|---|---|---|---|
| RDB10 | | Copy of revised draft statutory declaration of Mr Connolly | 8 |

Before me,

Confidential - Attorney's Eyes Only

EXHIBIT _____ 41

PAGE _____ 731

MGA 0885322

### STATUTORY DECLARATION OF JAMES THOMAS CONNOLLY

I, JAMES THOMAS CONNOLLY, of, 19, Whitehouses, Mytholmoryd, Hebden Bridge, Halifax, West Yorkshire, HX7 5AB, do solemnly and sincerely declare as follows:-

1.  I am presently a director of Toy Depot (Far East) Company Ltd, whose registered office is RM 201, 2nd Floor, Enterprise Centre, 4 Hart Avenue, Tsim Sha Tsui, Kowloon Hong Kong. Other directors of this company are Edwin Yui and Benny Shui.

**Double Grand Corporation Ltd ("Double Grand") and the development of the Mini Trendy Tweenz**

2.  In June/July 2002, I read an article in the magazine called Toy Trader, which reviewed the performance of dolls in the toy market. This article indicated that dolls of five/six inches in size were out performing any other size on the market. Therefore I went to Double Grand and asked them to make me a doll of about five/six inches in size, dressed in fashionable clothing.

3.  Double Grand operate from two places, one is the registered office at Room 501A, Energy Plaza, 92 Granville Road, T.S.T. East, Kowloon and the China Factory. The main factory is Cheong Wah Plastic Toys Factory which is situated at **[TO BE ADVISED]**.

4.  I went to Double Grand because they are a trusted factory in China, and the two brothers who own this corporation, Peter Leung and Ken Leung (both of whom live in Hong Kong), are personal friends of mine. I have been doing business with them for about 4/5 years. I understand that Double Grand also manufactures "Care Bear" and "The Osbournes" products under licences, and also have licences for products by Smoby (a French company) and Nickelodeon.

5.  Once I had asked them to do this, Double Grand came back to me with the design for the Mini Trendy Teenz dolls, a picture of which is attached at exhibit JTC 1 of this declaration. They would not have designed these dolls because they are not designers, but they would have worked with designers. I do not know who these would be. I do not know where Double Grand got the designs for the Mini Trendy Teenz. I understand that at the time I requested a design for 5/6 inch sized dolls there were other companies around making these types of dolls such as Levy Bros, Halsall etc. Double Grand could have picked its design from those dolls which were on the market by any of the companies I have just mentioned.

6.  I was not aware that Bratz made a 5/6 inch doll. I only became aware of this fact after seeing the dolls in the UK market place during January/February 2003. Comparing the two dolls side by side, I admit that there are similarities between the Mini Trendy Teenz and the Bratz dolls. I admit that the shoes, trainers, and the eye and lip make up are similar. If I had known that there was such similarity I would never have launched the Mini Trendy Teenz doll or would not have done so in the style as shown in exhibit JTC 1.

7.  Toy Depot (Far East) Company Ltd has never sold, and will not sell in the future, the Mini Trendy Teenz doll or the full sized Trendy Teenz doll (the "Infringing Articles"). When I was informed about the potential problem with the Infringing Articles, I advised Double Grand of the problem and they voluntarily suggested dropping the Infringing Articles from there product range. I also sent them a copy of the cease and desist letter that was sent to me by SJ Berwin (dated 2 April 2003), so that Double Grand now have knowledge of MGA Entertainment Inc's rights and interest in the activities of Double Grand.

8.  I believe that Double Grand have stopped production and dealings with the Infringing Articles because Double Grand are an honest & trustworthy Company. Double Grand generally would listen to any

Confidential - Attorney's Eyes Only

EXHIBIT ___4/1___

PAGE ___732___

MGA 0885323

complaints about there products and take action to avoid any unnecessary problems. Further, when I told them about the problem with the Infringing Articles, Double Grand sought advice from a Hong Kong barrister who advised them to stop production of the Infringing Articles. I have spoken to Peter Leung since then and he had told me that Double Grand will no longer deal in these products.

9. I am not aware of any dealings in the Infringing Articles by Double Grand with other parties. I believe that Double Grand have only sold the Infringing Articles through Toy Depot Limited; Toy Depot (Far East) Company and Trade Express (H.K.) Export Co.

10. I commissioned City Art & Design to design the packaging of the dolls to my specification. The box design was taken from an earlier product (ref 2041 Big Eyes Doll) sold since 2001. We took this package design and simply turned the box upside down. The printing was done by a printer called Mr Chow. **[ADDRESS TO BE ADVISED].** I have the artwork for the packaging and am able to deliver up all the artwork and the colour separation film for this.

## The United Overseas Limited (United Overseas) order

11. United Overseas' interest in the Mini Trendy Teenz was raised by Mr Roddy Bridges during the Autumn Trade Fair in September 2002 at Birmingham's NEC Arena, where the Infringing Articles were on display. Mr Alan Brown, Mr Alex Gribben of Toy Depot Limited, and myself were on Toy Depot Limited's stand at the Trade Fair when Mr Bridges came over and expressed his interest in the Mini Trendy Teenz dolls. Mr Bridges discussed a business proposal with Mr Brown and Mr Gribben, where by United Overseas would buy some Mini Trendy Teenz dolls from Toy Depot Limited. Mr Brown asked Mr Gribben to fill out a Quotation/Order Form for 43,056 of the Mini Trendy Teenz dolls (the "United Overseas Order"). At Exhibit JTC 2 is a copy of the Quotation/Order Form for 43,056 Mini Trendy Teenz dolls which was issued by Mr Gribben.

12. You will see from the bottom of the Quotation/Order Form that it was agreed that a "Kingsley Paige" label would be added to the box of the Mini Trendy Teenz dolls. United Overseas did not want Toy Depot Limited's name on the dolls, as this would create the impression that the dolls were second hand. Consequently, it was agreed between Mr Brown and Mr Bridges that the name of United Overseas' subsidiary, Kingsley Paige, would be put on the dolls instead.

13. Mr Brown faxed a copy of the Quotation/Order Form to me so I could prepare a Purchase Order for the United Overseas' Order. The unsigned Purchase Order form dated 3 September 2002 is shown at JTC 3. Once I had drafted the Purchase Order, I sent it to Mr Brown for signature. Mr Brown then faxed the Purchase Order to Trade Express, so they could place the United Overseas' Order with the factory.

14. Mr Brown decided that the United Overseas's Order would be done through Toy Depot (Far East) Company, in order to put that entity into funds. Toy Depot (Far East) Company was formed in April 2002, and the partners of this company were Alan Brown, myself, Edwin Yui and Benny Shui. I believe that this business, as of about three weeks ago, has been closed down.

15. As Mr Brown did not have the funds to purchase the United Overseas' Order on a "FOB" basis, it was decided that the United Overseas' Order would be fulfilled by a letter of credit from United Overseas to Trade Express. Once the letter of credit was accepted, Trade Express took out its agency fee (which amounted to about 8% on top of the factory price), Double Grand was paid, and the profit was transferred into Toy Depot (Far East) Company's bank account. The credit note dated 7 October 2002 showing the profit which went to Toy Depot (Far East) Company is shown at JTC 4. Trade Express would have then paid Double Grand.

16. On 11 October 2002, Trade Express shipped the United Overseas Order to the UK. The bill of lading on 11 October 2002 evidencing that the United Overseas Order was shipped to the Port of Felixstowe, in the UK, is shown at Exhibit JTC 5. Trade Express invoiced United Overseas for the United Overseas' Order and this invoice, which is dated 7 October 2002, is shown at Exhibit JTC 6.

EXHIBIT _____41_____

PAGE _____733_____      MGA 0885324

Confidential - Attorney's Eyes Only

17. Further, when an invoice dated 7 November 2002 was issued by Trade Express to be paid by Toy Depot Limited, Mr Brown sent the invoice back with a message saying "suggest you use United o/seas profit of $10000.00 to pay for this". A copy of this invoice is shown at Exhibit JTC 7.

18. Therefore, given Mr Brown's involvement in United Overseas' Order (as set out above) and his control over the finances of Toy Depot Limited, there is no way that Mr Brown would not have been aware of the United Overseas' Order.

**RockerHeadz Bobble Pen**

19. The Rockerheadz Bobble Pens (a picture of this is shown at Exhibit JTC 8) were made up at my instigation. I requested Double Grand to send me designs and quotes for this because Claire's Accessories in the USA were interested in such items and were preparing to place an order. When I found documents in relation to the Rockerheadz Bobble Pens in my files after speaking to Paul Cox at SJ Berwin in relation to the problem with the Infringing Articles I sent a picture to Paul Cox to confirm whether the Rockerheadz Bobble Pen could be sold by me. Paul Cox told me that the Rockerheadz Bobble Pen in its current format was not acceptable.

20. I have not sold any of these items. I have not accepted the order by Claire's Accessories because of the problems mentioned. Also for the record Claire's Accessories had already requested I get approval of MGA Entertainment.Inc ("MGA") before they would order the pens. Further, I confirm I will not fulfil the order from Claire's Accessories in respect of these pens until agreement is reached in respect of the eye shape.

**RockerHeadz Bobblehead Fashion Dolls**

21. Double Grand came to me with the idea of the RockerHeadz Bobblehead Dolls (a picture of this is shown at JTC 9) but I have not sold any of the RockerHeadz Bobblehead Dolls. I also confirm that I will not do so under the current format shown in image JTC 9. I have supplied a new design and await confirmation from MGA that the form is acceptable.

22. When I saw the RockerHeadz Bobblehead Dolls, I asked about its origin as it looked slightly South American or Hispanic. I understand that there is an American patent for these dolls and believe I have seen a copy of this. The Patent is owned by a US company. I do not know who designed the RockerHeadz Bobblehead Dolls but understand that it was done in the US.

23. I am not aware of any dealings with the RockerHeadz Bobblehead Dolls. Double Grand is the only one who would know this information.

And I make this solemn declaration conscientiously believing the same to be true by virtue of the provisions of the Statutory Declaration Act 1835.

Declared this          day of                    2003)

)

)

)

at

EXHIBIT _____ 41

PAGE _____ 734

Confidential - Attorney's Eyes Only

MGA 0885325

Before me,

................................................................

Solicitor.

Confidential - Attorney's Eyes Only

EXHIBIT _____ 41 _____

PAGE _____ 735 _____   MGA 0885326

# JTC 1

EXHIBIT _____ 41 _____

PAGE _____ 736 _____

MGA 0885327

Confidential - Attorney's Eyes Only



EXHIBIT ___41___

Confidential - Attorney's Eyes Only

PAGE ___137___

MGA 0885328

# JTC 2

Confidential - Attorney's Eyes Only

EXHIBIT _____ 41

PAGE _____ 738

MGA 0885329

**TOY DEPOT LTD** ™

Trade House
52 Hester Road
Chislehurst
Kent BR7 5NR, UK

Tel:    020 8295 5530
Fax:    020 8295 5531
E-mail: ABT@toydepot.uk.fsnet.co.uk
Web:    www.hiphoptoys.com

QUOTATION, ORDER FORM

European Distributors for
**HipHop**
www.HipHopfactory.com

| | |
|---|---|
| ORDER NUMBER | **1613** |

CUSTOMER ACCOUNT No:
CUSTOMER NAME: UNITESS OVERSEAS
INVOICE ADDRESS: ................ POSTCODE: ........
CONTACT: ANTON @ CHAN ......... BANLEY
................ FSUP . CO.UK.
TELEPHONE No: ................
GOODS DELIVERED TO: ........ POSTCODE: ........

| PRODUCT CODE | DESCRIPTION | PACK QUANTITY | QUANTITY ORDERED | No. PACKS | PRICE EACH |
|---|---|---|---|---|---|
| TDL-2011 | Mini Trendy Doll | 48 | 43056 | | 0.98 CENTS |
| | FOB 20" CONTAINER | | | | |
| | LC TO BE RAISED BY | | | | |
| | UNITED O/SEAS RANDY BRIDGES | | | | |
| | CONFIRMATION TO BE SENT TO | | | | |
| | LYNN MASON UNITED | | | | |
| | 01733 562 B16 | | | | |
| | AS AGREED DOLL WITH ARMS TO BE REMOVED FROM | | | | |
| | FRONT SIDE & BACK & TOP | | | | |
| | MULAN HANGING LABEL STICKER ON BOTTOM | | | | |
| | KINGSLEY PAGE ... LABEL | | | | |
| | ... ... ... ... REDY | | | | |
| 5055113 320113 | ... ... ... SHIPPING MARK | | | | |
| TDL 2011 | **TOTAL ORDER VALUE £** FOR OUTER CARTON | | | | |

EXHIBIT _____41_____
PAGE _____739_____

Confidential - Attorney's Eyes Only

MGA 0885330

# JTC 3

EXHIBIT _____ 41 _____

PAGE _____ 760 _____

Confidential - Attorney's Eyes Only

MGA 0885331

Annex E

# TOY DEPOT LIMITED
## TRADE HOUSE, 52 YESTER ROAD, CHISLEHURST, KENT BR7 5HR.
### TEL: +44 208 295 5530     FAX: +44 208 295 5531

## PURCHASE ORDER

TO:
TRADE EXPRESS (H.K.) EXPORT CO.
ROOM 502, 5TH FLOOR,
ENTERPRISE CENTRE,
4, HART AVENUE
TSIM SHA TSUI, KOWLOON
HONG KONG
TEL: 00852 2750 2209
FAX: 00852 2366 8780

P/O No TDL-053KP

DATE: 3RD SEPTEMBER 2002

VENDOR: - DOUBLE GRAND

| ITEM No. | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|----------|-------------|-----|------------|-------|
| TDL2011 | MINI TRENDY TEENZ DOLL SET IN WINDOW BOX 3 ASSORTED STYLES | 43,056PCS | US$0.98 | US$42,194.88 |

Packing:        Each in Printed Window Box
Quantity:      12/48 sets per Export Carton.
Cu-Ft:          1.17' cu-ft
Barcode No.  5055113320113

SPECIAL INSTRUCTIONS:

1. All shipments are subject to relevant EN71 Certification being available.
2. CE Label "Please retain for Future Reference. KINGSLEY PAIGE PLC, PETERBOROUGH, PE2 7BZ.
3. No shipment to be made without EN71 Certificate. URGENT!!!!
4. Please ensure all Warnings (Small parts etc) are correct.
5. Print TOY DEPOT ITEM NUMBER TDL? on each printed box
6. Please print Item number on outer carton
7. Final proof box to be sent before printing, will advise any changes necessary.

Shipped by:        1 x 20'
Shipper:             CUSTOMER TO ADVISE
Shipment Date:    AS SOON AS POSSIBLE LATEST SHIPMENT 30TH SEPT
Shipping Mark:    CUSTOMER TO ADVISE

Terms:              FOB YANTIAN CHINA.
Payment:          TRANSFERRABLE L/C

TOTAL P/O VALUE US$ 42,194.88
For and On Behalf of:

EXHIBIT _____41_____

PAGE _____74/_____

Signed: _____

**TOY DEPOT LIMITED.**

Confidential - Attorney's Eyes Only

MGA 0885332

# JTC 4

Confidential - Attorney's Eyes Only

EXHIBIT ___41___

PAGE ___762___

MGA 0885333

17  Sr 03 09:24p   E   Greenny

# Trade Express (H.K.) Export Co.

ROOM 603, 6/FL ENTERPRISE CENTRE, 4 HART AVENUE, TSIMSHATSUI KOWLOON H.K.
Tel : 852-2750-2209          Fax : 852-2366-8780

## CREDIT NOTE

OY DEPOT (FAR EAST) COMPANY          Ref. No. : CN-8010
OOM 201, 2/FL ENTERPRISE CENTRE,
HART AVENUE, TSIMSHATSUI          Date : 7-Oct-02
OWLOON, HONG KONG.
Tel : 2366-0780
Attn. : ALAN BROWN

| ITEM NO. | DESCRIPTION | QTY. | UNIT PRICE (US$) | AMOUNT (US$) |
|---|---|---|---|---|
| | TRADE COMMISSION | | | |
| TDL2011 | MINI TRENDY TEENZ DOLL SET | 43,056 SETS | 0.12 /SET | 5,166.72 |

TOTAL:          5,166.72

RECEIVED BY:

TOY DEPOT (FAR EAST) COMPANY

EXHIBIT ____41____

PAGE ____743____

Confidential - Attorney's Eyes Only          MGA 0885334

# JTC 5

Confidential - Attorney's Eyes Only

EXHIBIT _____ 41

PAGE _____ 7444

MGA 0885335

TRADE EXPRESS (HK) EXPORT COMPANY
RM 603, 6/F., ENTERPRISE
CENTRE, 4 HART AVE., TSIM SHA TSUI,
KOWLOON, HONG KONG.

**B/L No.** FEL133259
**Ref.** 2002/10-052

TO ORDER

# BILL OF LADING

## Union Ocean
## Container Line S.A.
### (Incorporated in Panama)

Notify party
UNISERVE LTD
LONDON MEGA TERMINAL
THURROCK PARK WAY TILBURY
ESSEX RM 18 7HD,UK.
TEL 004 1375 856060 FAX:843600

Pre-Carriage by     Place of receipt
HONGKONG

Ocean vessel   Voy. No.    Port of loading
VENUS BRIDGE   V.13W    HONGKONG

Port of discharge    Place of delivery
FELIXSTOWE    FELIXSTOWE

| Marks and Numbers | Number and kind of packages description of goods | Gross weight (Kilos) | Measurement (Cubic Meter) |
|---|---|---|---|
| SHIPPER'S LOAD AND COUNT AND SEAL, SAID TO CONTAIN:<br>KLEU122590R/BXBE597/(40'GP)<br>UNITED OVERSEAS<br>ITEM NO.: TDL2011<br>PRODUCT NAME: MINI<br>TEDDY TEENA DOLL | 897 CTNS   S.T.C.43,056 SETS<br>PLASTIC TOYS<br>ITEM NO. 02059-TDL2011<br>MINI TEDDY TEENA DOLL<br>PONTEDISKP | FCL/FCL<br>4754.000 | 46.730 |

PARTS IN (1X40') CONTAINER ONLY.

For Delivery of Goods, Please Apply to:
UNISERVE LIMITED
LONDON MEGA TERMINAL,
THURROCK PARK WAY, TILBURY, UK
ESSEX RM 18 7HD
TEL 01375 856060   FAX 01375 843600

To Be Continued on Next Page...

| | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|
| | | | | AS ARRANGE |

Freight payable at
DESTINATION

No. of Original B/L
THREE (3)

Place and date of issue
HONG KONG    11/10/2002

Union Ocean Container Line S.A.

As Agent for the carrier
"Union Ocean Container Line S.A."

EXHIBIT 3

PAGE 745

Confidential - Attorney's Eyes Only

MGA 0885336

# JTC 6

Confidential - Attorney's Eyes Only

EXHIBIT _____ 41

PAGE _____ 746

MGA 0885337

E n/Benny                    23668                    P. 1

## Trade Express (H.K.) Export Company
Room 603, 6/FL, Enterprise Centre, 4 Hart Avenue, Tsimshatsui Kln., Hong Kong.
Tel: 852- 2503 0151          Fax:852-2366 8780

\*\*\*\*\* **INVOICE** \*\*\*\*\*

UNITED OVERSEAS LTD.                    Ref. No. : IV-TE-053
UNITED HOUSE,
SHREWSBURY AVENUE,                      Date : 7-Oct-02
WOODSTON, PETERBOROUGH,
CAMBRIDESHIRE PE2 /BZ                   Your Ref. No. : TDL-053KP
   Tel  : 01733 362 300
   Fax  : 01733 362 315

| ITEM NO. | DESCRIPTION | QTY. | UNIT PRICE US$ | AMOUNT US$ |
|----------|-------------|------|----------------|------------|
|          | PLASTIC TOYS :- | | FOR HONG KONG | |
| TDL2011 | MINI TRENDY TEENZ DOLL SET IN WINDOW BOX. 3 ASSORTED STYLES. | 43,056 SETS | 0.98 /SETS | 42,194.88 |
|  | Packing:  EACH IN PRINTED WINDOW BOX. 12 SETS / 48 SETS PER EXPORT CARTON. | | | |

TOTAL :   42,194.88

TOTAL :  SAY US DOLLARS FORTY-TWO THOUSAND ONE HUNDRED AND NINETY-FOUR AND CENTS 88/100 ONLY.

COUNTRY OF ORIGINA : CHINA

VESSEL / VOYAGE : VENUS BRIDGE          13W

CONTAINER NO. : KLFU1225908            ( 40' )

SEAL NO. : BX88597

EXHIBIT _____ 41
PAGE _____ 747

Confidential - Attorney's Eyes Only          MGA 0885338

# JTC 7

Confidential - Attorney's Eyes Only

EXHIBIT _____ 41

PAGE _____ 748

MGA 0885339

08/12/2002  11:55   8181-295-5531   E6A & TD   PAGE 09

## Trade Express (H.K.) Export Company
Room 893, 8/F Enterprise Centre, 4 Hart Avenue Tsimshatsui Kowloon Hong Kong
Tel: 852-2983-0181   Fax:852-2366-8780

### INVOICE

TOY DEPOT LIMITED
TRADE HOUSE, 52 YESTER ROAD,
CHISLEHURST, KENT, BR7 5HR,
UNITED KINGDOM
Tel: 44 208 295 5530
Fax: 44 208 295 5531
ATTN: MR. ALAN BROWN

No.: DN-11-007

Date:   7TH NOV 02

| ITEM NO. | DESCRIPTION | AMOUNT USD |
|---|---|---|
| | TESTING CHARGES: | |
| | TDL2002 DESIGNER GIRLS LIGHT UP PLAYSHOES - EN71 & EN5008 | 700.00 |
| | TDL2011 & TDL 2012 DESIGNER GIRLS MINI TRENDY TEENZ DOLL EN71 | 100.00 |
| | TDL2016 DESIGNER GIRLS FACELESS DOLL WITH STAMPERS & TRENDY NAIL EN71 | 1,100.00 |
| | TDL5018 DESIGNER GIRLS TRENDY TEENZ DOLL WITH ACCESSORIES, EN71 | 100.00 |
| | TDL8030/TDL8031/TDL8032 CONSTRUCTION PLAYSET EN71 & EN5008 | 500.00 |
| | TDL2065 & TDL2066 DESIGNER GIRLS GLAMOUR FASHION GIFT SET, EN71 | 300.00 |
| | TDL2067 DESIGNER GIRLS GLAMOUR FASHION BEAUTY CARRY CASE, EN71 | 500.00 |
| | TDL5008/TDL5009 BABY RATTLE SET , EN71 (EXPRESS SERVICE) | 1,900.00 |
| | TDL5002 & TDL5003 COLLECTIBLE ANIMALS , EN71 (EXPRESS SERVICE) | 1,900.00 |
| | TDL2001 & TDL2020 DESIGNER GIRLS FASHION DRESS UP PLAYSHOES EN71 | |
| | | 7,100.00 |

Suggest you use
thisted o/seas profit
$10000.00
to pay for this.

JANET *
* NESBITT

ON OR BEHALF OF
Edwin Yu

TRADE EXPRESS (HK) EXPORT COMPANY

EXHIBIT _____ 41
PAGE _____ 749

Confidential - Attorney's Eyes Only

MGA 0885340

# JTC 8

Confidential - Attorney's Eyes Only

EXHIBIT _____ 41 _____

PAGE _____ 750 _____

MGA 0885341

EXHIBIT 4
PAGE 75

Confidential - Attorney's Eyes Only

MGA 0885342

# JTC 9

EXHIBIT _41_

PAGE _752_

Confidential - Attorney's Eyes Only

MGA 0885343



EXHIBIT _____ 41 _____

PAGE _____ 753 _____

Confidential - Attorney's Eyes Only

MGA 0885344

6-13-3

**JOHN NEWTON & SONS**

SCRIVENER NOTARIES
TRANSLATORS OF LANGUAGES

ALBERT BUILDINGS
49 QUEEN VICTORIA STREET
LONDON      EC4N 4SA

Telephone
(020) - 7329 2020/7329 2022

International
(+44) - 20 - 7329 2020/7329 2022

Facsimile
(020) - 7329 0025

International
(+44) - 20 - 7329 0025

E-Mail: Johnnewtonandsons@BTconnect.com

BARRINGTON W. HOOKE, LL.B.
Scrivener Notary
Translator of Languages

Mobile
(07802) - 41 58 49

THIS IS THE EXHIBIT MARKED "RDB13" MENTIONED AND
REFERRED TO IN THE AFFIDAVIT OF   RAYMOND DAVID
BLACK MADE BEFORE ME THIS 13th DAY OF JUNE 2003

BARRINGTON WILLIAM HOOKE.
NOTARY PUBLIC, LONDON.



Confidential - Attorney's Eyes Only

EXHIBIT ____41____

PAGE ____754____

MGA 0885348

HCA No. 1883/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 1883 OF 2003

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BETWEEN

MGA ENTERTAINMENT INC.                    1st Plaintiff

MGA ENTERTAINMENT (HK) LIMITED            2nd Plaintiff

And

DOUBLE GRAND CORPORATION LIMITED      Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This is the marked exhibit referred to in the Affidavit of Raymond David Black dated the 13 day of June 2003.

| Exhibit Ref | Date | Description | Page No. |
|---|---|---|---|
| RDB13 | 21 May 2003 & 3 June 2003 | Copies of claim form and particulars of claim | 11 |

Before me,

EXHIBIT _____ 41 _____

PAGE _____ 755 _____

Confidential - Attorney's Eyes Only

MGA 0885349



**Claim Form**

| In the | High Court of Justice |
|---|---|
| | Chancery Division |
| Claim No. | HC03C01893 |

**Claimant**

MGA ENTERTAINMENT, INC.
16730 Schoenborn Street
North Hills
California
CA 913453
United States of America



**Defendant(s)**

JAMES THOMAS CONNOLLY
19 Whitehouses
Mytholmroyd
Hebden Bridge
Halifax
West Yorkshire
HX7 5AB

Does your claim include any issues under the Human Rights Act 1998?   ☐ Yes   ☒ No

**Brief details of claim**

The claim is for copyright and registered design right infringement. Please refer to the attached document entitled "Brief details of claim".

**Value**

The Claimant cannot say how much it expects to recover, but should exceed £15,000 and not more than £50,000.

**Defendant's name and address**

JAMES THOMAS CONNOLLY
19 Whitehouses
Mytholmroyd
Hebden Bridge
Halifax
West Yorkshire
HX7 5AB

| Amount Claimed | Unspecified Amount |
|---|---|
| Court Fee | |
| Solicitor's costs | To Be Assessed |
| Total amount | |
| Issue date | 21 May 2003 |

The Court office at
Chancery Chambers, Thomas Moore Building, Royal Courts of Justice, Strand, London, WC2A 2LL
is open from 10am to 4 30pm Monday to Friday. When corresponding with the court please address forms or letters to the Court Manager and quote the claim number.

N1 Claim form (CPR Part 7) (10.00)   #289401

EXHIBIT _____ 41

Confidential - Attorney's Eyes Only

PAGE _____ 756

MGA 0885350

( Number

Particulars of Claim (attached) (to follow)

Statement of Truth
* (I believe) ( The Claimant believes) that the facts stated in these particulars of claim are true.
* I am duly authorised by the claimant to sign this statement

Full Name                                      Raymond David Black
Name of claimant's solicitor's firm            SJ Berwin & Co

signed                                         position or office held  Partner
(Claimant's solicitor)
*delete as appropriate

SJ Berwin
222 Gray's Inn Road
London        WC1X 8XF
Ref: M17447.49
DX no: DX 255 LONDON   CHANCERY LANE
Tel no:  0207 533 2222
Fax no:  020 7533 2000

EXHIBIT ____ 41

PAGE ____ 757

Confidential - Attorney's Eyes Only

MGA 0885351

Brief details of claim:

THE CLAIMANT CLAIM IS FOR:

1.   An injunction to restrain the Defendant whether acting by himself, his servants
     or agents or any of them or otherwise howsoever from doing the following acts
     or any of them that is to say:

     1.1.   infringing registered design nos. 2103577, 2103578, 2103579 and
            2103580; and

     1.2.   infringing copyright in the drawings annexed at Schedule 1.

2.   An injunction to restrain the Defendant whether acting by himself, his servants,
     or agents or any of them or otherwise howsoever from manufacturing, selling,
     offering for sale, importing, exporting, distributing, ordering, purchasing,
     advertising, supplying, disposing of or otherwise howsoever dealing in or with
     the MINI TRENDY TEENZ and TRENDY TEENZ dolls, ROCKERHEADZ
     BOBBLE PENS and ROCKERHEADZ BOBBLEHEAD FASHION DOLLS
     representations of which are annexed at Schedule 2.

3.   An Order for delivery up to the Claimant or the Claimant's legal representative,
     SJ Berwin, or alternatively, destruction upon oath, of all infringing goods,
     articles and materials in the power, possession, custody or control of the
     Defendant together with confirmation on Affidavit sworn by the Defendant that
     such delivery up (or destruction) has been completed.

4.   An Order that the Defendant serve, within 7 (seven) days of the date of this
     Order, a statutory declaration upon SJ Berwin setting out in full:

     4.1    the names and addresses of all persons from whom the Defendant has
            obtained supplies of MINI TRENDY TEENZ and TRENDY TEENZ
            dolls, ROCKERHEADZ BOBBLE Pen's and ROCKERHEADZ

#289376.1

Confidential - Attorney's Eyes Only

EXHIBIT _____ 41

PAGE _____ 758

MGA 0885352

BOBBLEHEAD FASHION dolls (or any of them) ("the Infringing Articles");

4.2    the names and addresses of all persons from whom the Defendant has received orders or to whom the Defendant has supplied and/or distributed the Infringing Articles (or any of them); and

4.3    the particulars of quantities of the Infringing Articles (or any of them) which the Defendant has manufactured, purchased, sold, supplied and/or distributed together with copies of purchase orders, sales orders, invoices and other documents evidencing such transactions.

5.    An inquiry as to damages for copyright and registered design infringement or, at the option of the Claimant, an account of profits.

6.    An Order for payment of all sums found to be due to the Claimant on the taking of the inquiry or account, such sums to be paid together with interest pursuant to section 35A of the Supreme Court Act 1981 or under the equitable jurisdiction of the Court.

7.    Further or other relief.

8.    Costs.

EXHIBIT ___41___

P__ ___759___

Confidential - Attorney's Eyes Only

MGA 0885353

# SCHEDULE 1

Confidential - Attorney's Eyes Only

EXHIBIT _____ 41 _____

PAGE _____ 760 _____

MGA 0885354

6.4.23



*face design, Fall Fall*
*2001*

EXHIBIT ___41___

P' ___761___

Confidential - Attorney's Eyes Only

MGA 0885355



Yasmin
original face design;
Fall 2001

EXHIBIT _____ 41_____

PAGE _____ 762 _____

Confidential - Attorney's Eyes Only

MGA 0885356

6.4.25



*Cloe original
face design
Fall 2001*

EXHIBIT _____ 41 _____

PAGE _____ 763 _____

Confidential - Attorney's Eyes Only

MGA 0885357