QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 and CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | [PUBLIC REDACTED] DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION *IN LIMINE* NO. 5 TO EXCLUDE REFERENCES TO PRIOR LEGAL REPRESENTATION |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

Date:   May 21, 2008
Time:   1:00 p.m.
Place:  Courtroom 1

**Phase 1**
Pre-trial Conference:   May 19, 2008
Trial Date:                May 27, 2008

-1-

## DECLARATION OF JUAN PABLO ALBÁN

I, Juan Pablo Albán, declare as follows:

1.    I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.    Good cause exists for the Court to decide Mattel's Motion Mattel's Motion To Clarify And Enforce The Discovery Master's May 7, 2008 Order.  Mattel asks the Court to rule on only one discreet issue: clarification of language in the May 7 Order.  The first available hearing date on Mattel's motion appears to be August 4, 2008, after conclusion of the Phase 1 trial in this matter. The discovery Mattel seeks, which the May 7 Order compels, relates to Phase 1.

3.    Attached as Exhibit 1. is a true and correct copy of a May 7, 2008 Order Granting In Part and Denying In Part MGA Parties' Motion To Quash Subpoenas; Granting In Part And Denying In Part Mattel's Counter Motion To Compel.

4.    Attached as Exhibit 2. is a true and correct copy of a May 16, 2008 letter from me to Neal Potischman.

5.    Attached as Exhibit 3. is a true and correct copy of a May 20, 2008 Letter from me to Mr. Potischman.

6.    Attached as Exhibit 4. are true and correct copies of documents Wachovia produced on May 16, 2008.

7.    Attached as Exhibit 5. is a true and correct copy of an e-mail from Mr. Potischman to me dated May 22, 2008, without attachments.

8.    Attached as Exhibit 6. is a true and correct copy of an e-mail exchange among Mr. Potischman, Amy Park and me dated May 20, 2008.

9.    Attached as Exhibit 7. is a true and correct copy of a May 16, 2008 Letter from Mr. Potischman to me.

10.     Attached as Exhibit 8. is a true and correct copy of MGA's audited financial statements for 1999-2000 dated July 12, 2001.

11.     Attached as Exhibit 9. is a true and correct copy of a May 16, 2008 e-mail from Mr. Potischman to me, without attachments.

12.     Attached as Exhibit 10. are true and correct copies of relevant portions of the Verified Complaint filed in <u>Larian v. Zarabi et al.</u>, Los Angeles Superior Court Case No. BC320501.

13.     Attached as Exhibit 11. is a true and correct copy of a May 22, 2000 letter from Isaac Larian to Bruce Laughton.

14.     Attached as Exhibit 12. is a true and correct copy a United States Patent Application for Doll With Aesthetic Changeable Footgear produced by MGA in this action.

15.     Attached as Exhibit 13. is a true and correct copy of a subpoena Mattel served on Wachovia Corporation dated October 25, 2007.

16.     Attached as Exhibit 14. is a true and correct copy of a subpoena Farhad Larian served on Bruce Laughton dated October 28, 2005.

17.     Attached as Exhibit 15. is a true and correct copy of an Executive Summary for ABC International Traders dated October 5, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 23, 2008, at Los Angeles, California.

_____
Juan Pablo Albán

07209/2513206.1

-2-                                    Case No. CV 04-9049 SGL (RNBx)
ALBAN DEC RE MATTEL'S MOTION RE MAY 7, 2008 ORDER