1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
   (laguiar@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA  90071
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5
6  Attorneys for The MGA Parties
7
8
9
10

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| 11  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12                              Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 13             v. | Honorable Stephen G. Larson |
| 14  MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER TO FILE UNDER SEAL** |
| 15                              Defendant. | |
| 16 | |
| 17  AND CONSOLIDATED ACTIONS. | |
| 18 | |

19
20
21
22
23
24
25
26
27
28

# <u>ORDER</u>

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS AS TO WHICH MGA HAS ALLEGEDLY WAIVED THE ATTORNEY-CLIENT PRIVILEGE; AND DECLARATION OF THOMAS J. NOLAN IN SUPPORT THEREOF.

Dated: __JUL - 1 2008__

_____
The Honorable Stephen G. Larson

1