QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | **MATTEL, INC.'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS FOR PHASE 1A** |
| AND CONSOLIDATED ACTIONS | |
| | **Phase 1:** |
| | Pre-Trial Conference:   May 19, 2008<br>Trial Date:   May 27, 2008 |

07209/2556023.1

1    Mattel, Inc. ("Mattel") hereby submits the following supplemental jury

2 instructions for Phase 1A of the trial in this matter.  Mattel requests and reserves the

3 right to amend, modify, withdraw and/or supplement its proposed jury instructions

4 before or during the trial in this matter.

5

6 DATED:  July 2, 2008              QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP
7

8                                   By  /s/ Jon D. Corey
                                        Jon D. Corey
9                                       Attorneys for Mattel, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3

**MATTEL'S SPECIAL JURY INSTRUCTION NO. \_\_\_**

**ALL PERSONS AND CORPORATIONS EQUAL BEFORE THE LAW**

4   In deciding this case, you should not consider the relative sizes of the
5   corporations involved as parties in this case, including Mattel or MGA
6   Entertainment.  Do not let bias, prejudice or sympathy play any part in your
7   deliberations.  All parties, including these corporations and the individual defendant
8   in this case, Mr. Larian, are equal before the law and a corporation is entitled to the
9   same fair and conscientious consideration by you as any party.

10
11   **Authority:**  9th Cir. Civ. Jury Instr. 4.1 (2007); O'Malley, Grenig & Lee,
12   *Federal Jury Practice and Instructions* (5th ed.), §§ 103.11-103.12, Notes.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## MATTEL'S SPECIAL JURY INSTRUCTION NO. ___

## OBLIGATIONS OF NOTARY PUBLIC

You've heard testimony in this case regarding a notary journal maintained by a former notary public. A notary public is obligated by law to deliver all notary-related records and papers, including notary journals, to the county clerk within 30 days of the expiration of her commission.  A notary public is prohibited by law from surrendering the journal to any other person.

**Authority:**  *Cal. Gov't Code* §§ 8206(d), 8209(a).