QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MOTION TO CALL CARTER BRYANT AS A REBUTTAL WITNESS IN PHASE 1(a)**<br><br>Hearing Date:   TBA<br>Time:           TBA<br>Place:          Courtroom 1<br><br>**Phase 1:**<br>Trial Date:     May 27, 2008 |

07209/2561375.1

NAIM DEC ISO MOTION TO CALL CARTER BRYANT AS A REBUTTAL WITNESS

1    I, Cyrus S. Naim, declare as follows:

2    1.   I am a member of the bar of the State of California and an
3 associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for
4 plaintiff and counter-defendant, Mattel, Inc. ("Mattel").  I make this declaration of
5 personal, firsthand knowledge and, if called and sworn as a witness, I could and
6 would testify competently thereto.

7    2.   Attached as Exhibit 1 is a true and correct copy of a trial
8 subpoena to Carter Bryant, which was validly served upon his counsel on March 27,
9 2008.  To my knowledge, and based upon a review of Quinn Emanuel's files, Bryant
10 has never objected to his duty to appear and testify pursuant to that subpoena, nor
11 has he moved to quash that subpoena.

12   3.   Attached as Exhibit 2 is a true and correct copy of the Court's
13 Order of Dismissal Upon Stipulation, dated May 23, 2008.

14   4.   Attached as Exhibit 3 is a true and correct copy of the Court's
15 [Redacted] Minute Order dated June 6, 2008.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed this 3rd day of July, 2008, at Los Angeles, California.

            /s/ Cyrus S. Naim
            Cyrus S. Naim