THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA  90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600
E-mail:    tnolan@skadden.com

RAOUL D. KENNEDY (Bar No.  40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California  94111-5974
Telephone:  (415) 984-6400
Facsimile:   (415) 984-2698
Email:        rkennedy@skadden.com

Attorneys for Counter-Defendants
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
MGA ENTERTAINMENT (HK) LIMITED, and
MGAE de MEXICO S.R.L. de C.V.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation | **ORDER ON STIPULATION RE: EXPERT REPORTS AND TESTIMONY RE ELECTRONIC MEDIA OF ISAAC LARIAN, FARHAD LARIAN AND ELISE CLOONAN** |
| Defendant. | |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

1    Based on the Stipulation Regarding Expert Reports and Testimony Regarding
2    Electronic Media of Isaac Larian, Farhad Larian and Elise Cloonan (the
3    "Stipulation"), IT IS HEREBY ORDERED that:
4        1.    Any supplement by Mattel to the Preliminary Larian Report, as defined
5    in the Stipulation, shall be served on the MGA Parties no later than June 24, 2008,
6    after which time the Preliminary Larian Report and any previously-served
7    supplement thereto shall constitute the complete report of 42 LLC concerning
8    forensic examination of certain electronic media of Isaac Larian and Farhad Larian
9    (the "Final Larian Report").
10       2.    To the extent that Skadden Arps deems it appropriate to produce to
11   Mattel any of the Files Under Review, as defined in the Stipulation, ("Produced
12   Files"), the parties agree to meet and confer regarding authentication of any
13   Produced Files that are intended to be used at trial.  If the parties are unable to reach
14   agreement regarding authentication of the Produced Files within four (4) court days
15   following their identification by Skadden Arps, the parties may offer testimony at
16   trial from the Expert Witnesses (defined below) regarding authentication,
17   identification, deletion and recovery or inability to recover of such documents,
18   provided that such testimony does not add to or otherwise modify any of the
19   opinions or bases or reasons therefor that are set forth in their previously served
20   expert reports.
21       3.    The MGA Parties shall serve Mattel no later than June 24, 2008, with
22   the disclosures set forth in Fed. R. Civ. P. 26(a)(2)(A) & (B) with respect to any
23   expert testimony that the MGA Parties may offer in response to the Cloonan Report,
24   as defined in the Stipulation.
25       4.    The deposition, if any, of Christopher Pavan shall be conducted on or
26   before June 26, 2008.
27       5.    The MGA Parties shall serve Mattel no later than July 1, 2008, with the
28

-1-

1  disclosures set forth in Fed. R. Civ. P. 26(a)(2)(A) & (B) with respect to any expert

2  testimony that the MGA Parties may offer in response to the Final Larian Report.  To

3  the extent that the Final Larian Report materially modifies or adds to the analysis or

4  findings set forth in the Preliminary Larian Report, the MGA Parties reserve the right

5  to seek an order extending their time to respond.

6      6.      The depositions, if any, of the expert witness(es) disclosed by the MGA

7  Parties pursuant to paragraphs 3 and 5 above (collectively, with Mr. Pavan, the

8  "Expert Witnesses") shall be conducted on or before July 3, 2008.

9      7.      Discovery with respect to the Expert Witnesses shall be governed by the

10 terms of the Order on Stipulation Re: Expert Discovery for Phase 1, filed March 11,

11 2008, except that documents responsive to Expert Document Requests to the Expert

12 Witnesses shall be served within two (2) calendar days of the receipt by counsel of

13 the Expert Document Requests.

14

15 *[Remainder of page intentionally left blank]*

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON STIPULATION RE EXPERT REPORTS AND TESTIMONY RE
ELECTRONIC MEDIA OF ISAAC LARIAN, FARHAD LARIAN AND ELISE CLOONAN
Case No. CV 04-9049 SGL (RNBx)

8.     The parties will work together regarding the scheduling and orderly presentation of any testimony by the Expert Witnesses or a witness or witnesses to admit the Cloonan Zip disk or the documents recovered from the Cloonan Zip disk or to testify regarding the chain of custody of the Cloonan Zip disk, if not resolved by stipulation beforehand.  The parties agree not to object to the testimony of any such witness on the basis that the offering party did not present such witness in its case-in-chief.  If MGA rests before the stipulated expert discovery set forth above is complete, then MGA shall not object to Mattel's presentation of the testimony of the Expert Witnesses on the ground discovery is not complete or that MGA's investigation of the information in the 42 LLC Expert Reports is not complete.  The parties reserve all other objections to the admissibility of testimony by any such witness.

IT IS SO ORDERED.

DATED:  June 30, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge