QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**Proof of Service**<br><br>**Phase 1**<br><br>Trial Date:     May 27, 2008 |

07209/2521481.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

1

2   I am employed in the County of Los Angeles, State of California. I am over

3   the age of eighteen years and not a party to the within action; my business address is

4   865 S. Figueroa St., 10th Floor, Los Angeles, California 90017.

5   On July 1, 2008, I served true copies of the following documents described

6   as:

7   **SEE ATTACHED DOCUMENT LIST**

8   on the parties in this action as follows:

9   Thomas J. Nolan, Esq.
    Skadden, Arps, Slate, Meagher & Flom
10  LLP
    300 South Grand Avenue, Suite 3400
11  Los Angeles, CA 90071
    **(Mission Inn, Riverside, CA)**

12

13   [√]   **PERSONAL**: By personally delivering the document listed above to the person(s) at the address(es) set forth above.

14

15   I declare that I am employed in the office of a member of the bar of this court

16   at whose direction the service was made

17   Executed on July 1, 2008, at Riverside, California.

18

19   *Andrea Hoeven*

20   Andrea M. Hoeven

21

22

23

24

25

26

27

28

# DOCUMENT LIST

1. REPLY IN SUPPORT OF MOTION OF PLAINTIFF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS AS TO WHICH MGA HAS WAIVED THE ATTORNEY-CLIENT PRIVILEGE

2. DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS AS TO WHICH MGA HAS WAIVED THE ATTORNEY-CLIENT PRIVILEGE

3. PROOF OF SERVICE

4. NOTICE OF MANUAL FILING

5. APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS AS TO WHICH MGA HAS WAIVED THE ATTORNEY-CLIENT PRIVILEGE; DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF

6. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF ITS MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS AS TO WHICH MGA HAS WAIVED THE ATTORNEY-CLIENT PRIVILEGE AND B. DYLAN PROCTOR DECLARATION IN SUPPORT THEREOF