QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF ITS MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS AS TO WHICH MGA HAS WAIVED THE ATTORNEY-CLIENT PRIVILEGE<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:  May 27, 2008 |

07209/2558266.1

[PROPOSED] ORDER

[PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel's Reply in Support of its Motion for an Order Compelling Production of Communications as to which MGA has Waived the Attorney-Client Privilege, filed July 1, 2008 ("Reply") and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The above-referenced Reply is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: __JUL - 2 2008__, 2008    _/s/ S. G. Larson_
Hon. Stephen G. Larson
United States District Judge

07209/2558266.1

-2-

[PROPOSED] ORDER