**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**



THIS DOCUMENT IS CURRENTLY

UNDER SEAL

AND

IS RESTRICTED FROM

PUBLIC VIEWING