1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     (John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile:  (213) 443-3100

8  Attorneys for Mattel, Inc.

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                  EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 13              Plaintiff, | Consolidated with |
| 14        vs. | Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 15  MATTEL, INC., a Delaware corporation, | **DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S NOTICE OF** |
| 16 | **MOTION AND MOTION FOR** |
| 17              Defendant. | **JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(A)** |
| 18  AND CONSOLIDATED ACTIONS | |
| 19 | |
| 20 | **Phase 1:**<br>Trial Date:          May 27, 2008 |

21

22

23

24

25

26

27

28

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1.   I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.   Attached as **Exhibit 1** hereto is a true and correct copy of the Court's Order Granting in Part, Denying in Part, and Deferring in Part the Parties' Motions for Partial Summary Judgment, dated April 25, 2008.

3.   Attached as **Exhibit 2** hereto is a true and correct copy of Trial Exhibit 1 (BRYANT 00262-272).

4.   Attached as **Exhibit 3** hereto is a true and correct copy of Trial Exhibit 2 (BRYANT 00310-319).

5.   Attached as **Exhibit 4** hereto is a true and correct copy of Trial Exhibit 3-1 (BRYANT 00222).

6.   Attached as **Exhibit 5** hereto is a true and correct copy of Trial Exhibit 3-2 (BRYANT 00223).

7.   Attached as **Exhibit 6** hereto is a true and correct copy of Trial Exhibit 3-3 (BRYANT 00224).

8.   Attached as **Exhibit 7** hereto is a true and correct copy of Trial Exhibit 3-4 (BRYANT 00225).

9.   Attached as **Exhibit 8** hereto is a true and correct copy of Trial Exhibit 3-5 (BRYANT 00226).

10.   Attached as **Exhibit 9** hereto is a true and correct copy of Trial Exhibit 3-6 (BRYANT 00227).

11.   Attached as **Exhibit 10** hereto is a true and correct copy of Trial Exhibit 3-7 (BRYANT 00228).

1    12.   Attached as **Exhibit 11** hereto is a true and correct copy of Trial
2  Exhibit 3-8 (BRYANT 00229).

3    13.   Attached as **Exhibit 12** hereto is a true and correct copy of Trial
4  Exhibit 3-9 (BRYANT 00230).

5    14.   Attached as **Exhibit 13** hereto is a true and correct copy of Trial
6  Exhibit 3-10 (BRYANT 00231).

7    15.   Attached as **Exhibit 14** hereto is a true and correct copy of Trial
8  Exhibit 3-11 (BRYANT 00232).

9    16.   Attached as **Exhibit 15** hereto is a true and correct copy of Trial
10  Exhibit 3-12 (BRYANT 00233).

11    17.   Attached as **Exhibit 16** hereto is a true and correct copy of Trial
12  Exhibit 3-13 (BRYANT 00234).

13    18.   Attached as **Exhibit 17** hereto is a true and correct copy of Trial
14  Exhibit 5-26 (BRYANT 00163).

15    19.   Attached as **Exhibit 18** hereto is a true and correct copy of Trial
16  Exhibit 5-27 (BRYANT 00164).

17    20.   Attached as **Exhibit 19** hereto is a true and correct copy of Trial
18  Exhibit 5-80 (BRYANT 00221).

19    21.   Attached as **Exhibit 20** hereto is a true and correct copy of Trial
20  Exhibit 5-81 (BRYANT 00235).

21    22.   Attached as **Exhibit 21** hereto is a true and correct copy of Trial
22  Exhibit 5-82 (BRYANT 00236).

23    23.   Attached as **Exhibit 22** hereto is a true and correct copy of Trial
24  Exhibit 5-83 (BRYANT 00237).

25    24.   Attached as **Exhibit 23** hereto is a true and correct copy of Trial
26  Exhibit 5-84 (BRYANT 00273).

27    25.   Attached as **Exhibit 24** hereto is a true and correct copy of Trial
28  Exhibit 5-85, 719 (BRYANT 00274)

1        26.    Attached as **Exhibit 25** hereto is a true and correct copy of Trial

2  Exhibit 5-86, 722 (BRYANT 00275).

3        27.    Attached as **Exhibit 26** hereto is a true and correct copy of Trial

4  Exhibit 5-87, 725 (BRYANT 00276).

5        28.    Attached as **Exhibit 27** hereto is a true and correct copy of Trial

6  Exhibit 5-108 (BRYANT 00297).

7        29.    Attached as **Exhibit 28** hereto is a true and correct copy of Trial

8  Exhibit 10-2 (M 001489).

9        30.    Attached as **Exhibit 29** hereto is a true and correct copy of

10  relevant transcript excerpts from the Trial Testimony of Carter Bryant, dated June

11  12, 2008.

12        31.    Attached as **Exhibit 30** hereto is a true and correct copy of

13  relevant transcript excerpts from the Trial Testimony of Carter Bryant, dated June

14  17, 2008.

15        I declare under penalty of perjury under the laws of the United States of

16  America that the foregoing is true and correct.

17        Executed on July 3, 2008, at Los Angeles, California.

18

19  _____

20                  B. Dylan Proctor

21

22

23

24

25

26

27

28

-3-           Case No. CV 04-9049 SGL (RNBx)

DECLARATION OF B. DYLAN PROCTOR ISO JMOL