# EXHIBIT 2



ATTORNEY'S EYES ONLY

BRYANT 00262

DEPOSITION EXHIBIT

EXHIBIT 2

PAGE 15

EX 1-0001

# Bratz!

Meet the Bratz! The Totally Transformable Teenage dolls! They're four best friends from high school who love to trade clothes, shoes and hairdos! They come to school with a new look every day!

By simply popping off the hairstyle and shoes, and exchanging them for one of their other hairstyles and pairs of shoes, or a friend's hairstyle and shoes, you can create a whole new look! Complete the look by changing their pants or skirts for one of their additional garments!

Each doll comes dressed in a trendy, hip outfit, with one or two additional pieces, such as an additional skirt or t-shirt (for mix and matching.) Each doll also comes with two great hairstyles, 2 great pairs of shoes, and a cool backpack.

ATTORNEY'S EYES ONLY

BRYANT 00263

EXHIBIT    2
PAGE    16

EX 1-0002



**Meet Zoe!**

She's the queen of cool at school with her short dark brown hair and funky stompin' sneaks. Hiphugger jeans, short tee shirt and glittery vinyl backpack complete her daytime look.

ATTORNEY'S EYES ONLY

BRYANT 00264

EXHIBIT _____ 2 _____
PAGE _____ 17 _____

EX 1-0003

Case 2:04-cv-09049-DOC-RNB   Document 4078-5   Filed 07/03/08   Page 5 of 10   Page ID #:101986



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

ATTORNEY'S EYES ONLY

BRYANT 00265

EXHIBIT ___2___
PAGE ___18___

EX 1-0004



Now she has a whole new look for nighttime fun with the rest of the Bratz gang!

ATTORNEY'S EYES ONLY

BRYANT 00266

EXHIBIT 2

PAGE 19

EX 1-0005



## Meet Lupe!

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery tennies, a fun red updo and fresh backpack give her a great look for school!

ATTORNEY'S EYES ONLY

BRYANT 00267

EXHIBIT ___2___

PAGE ___20___

EX 1-0006



for partytime, change her into a short skirt, braids and silver stompers!

ATTORNEY'S EYES ONLY

BRYANT 00268

EXHIBIT ___2___
PAGE ___21___

EX 1-0007



## Meet Hallidae!

She's got the beat! Ultra trendy street wear 'n' braids for hittin' the books. Jean skirt, boots and knit cap, not to mention a funky bookpack (check out the logos!) give Hallidae a look that is all that!

ATTORNEY'S EYES ONLY

BRYANT 00269

EXHIBIT ____2____
PAGE ____22____

EX 1-0008



On date night, it's a sassy short dress, platforms, and a totally new 'do!

ATTORNEY'S EYES ONLY

BRYANT 00270

EXHIBIT 2
PAGE 23

EX 1-0009