

## Meet Jade!

Jade loves far-out fashion! Mary Janes and a baby doll are just perfect for study hall! Twisty hairdo, fringe-y jacket and a sweeter than sweet backpack and Jade is ready for serious school house rock!

ATTORNEY'S EYES ONLY

BRYANT 00271

EXHIBIT 2

PAGE 24



For weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!

**ATTORNEY'S EYES ONLY**

**BRYANT 00272**

EXHIBIT 2

PAGE 25

# EXHIBIT 3



"The Bratz"

ATTORNEY'S EYES ONLY

BRYANT 00310

DEPOSITION EXHIBIT 2
11-5-04 SH

EXHIBIT 3

PAGE 26



"HALLIDAE"

ATTORNEY'S EYES ONLY

BRYANT 00311

EXHIBIT 3

PAGE 27



New look - same doll! :)

ATTORNEY'S EYES ONLY

BRYANT 00312

EXHIBIT 3
PAGE 28



after transform.

ATTORNEY'S EYES ONLY

BRYANT 00313

EXHIBIT 3

PAGE 29



How they transform

ATTORNEY'S EYES ONLY

BRYANT 00314

EXHIBIT 3

PAGE 30



ATTORNEY'S EYES ONLY

EXHIBIT 3

PAGE 31



"ZoË"

ATTORNEY'S EYES ONLY

BRYANT 00316

EXHIBIT 3

PAGE 32



after transform.

ATTORNEY'S EYES ONLY



EXHIBIT 3

PAGE 33



after transform

ATTORNEY'S EYES ONLY

BRYANT 00318

EXHIBIT 3

PAGE 34