

"LUPE"

ATTORNEY'S EYES
ONLY

BRYANT 00319

EXHIBIT _____ 3 _____

PAGE _____ 35 _____

EX 2-0010

# EXHIBIT 4



8/1998

ATTORNEY'S EYES
ONLY

BRYANT 00222

DEPOSITION
EXHIBIT
3

EXHIBIT ___4___   11-5-04      s

PAGE _____26_____

EX 3-0001

# EXHIBIT 5



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

8/1998

ATTORNEY'S EYES
ONLY

BRYANT 00223

EXHIBIT _____ 5

PAGE _____ 37

EX 3-0002

# EXHIBIT 6



8/1998

ATTORNEY'S EYES
ONLY

BRYANT 00224

EXHIBIT _____ 6

PAGE _____ 38

EX 3-0003

# EXHIBIT 7



ATTORNEY'S EYES
ONLY

BRYANT 00225

EXHIBIT _____ 7

PAGE _____ 39

EX 3-0004

# EXHIBIT 8



8/1998

ATTORNEY'S EYES
ONLY

BRYANT 00226

EXHIBIT _____ 8 _____

PAGE _____ 40 _____

EX 3-0005

# EXHIBIT 9



8/1998

ATTORNEY'S EYES ONLY

BRYANT 00227

EXHIBIT ___9___

PAGE ___41___

EX 3-0006