# EXHIBIT 10



ATTORNEY'S EYES ONLY

BRYANT 00228

EXHIBIT  10
PAGE  42
EX 3-0007

# EXHIBIT 11



8/1998

ATTORNEY'S EYES ONLY

BRYANT 00229

EXHIBIT 11

PAGE 43

EX 3-0008

# EXHIBIT 12

?/1998


ATTORNEY'S EYES ONLY

BRYANT 00230

EXHIBIT 12

PAGE 44

EX 3-0009

# EXHIBIT 13



ATTORNEY'S EYES ONLY

BRYANT 00231

EXHIBIT 13

PAGE 45

# EXHIBIT 14



ATTORNEY'S EYES ONLY

BRYANT 00232

EXHIBIT 14
PAGE 46

EX 3-0011

# EXHIBIT 15



8/1998

ATTORNEY'S EYES ONLY

BRYANT 00233

EXHIBIT 15

PAGE 47

EX 3-0012

# EXHIBIT 16