

8/1998

ATTORNEY'S EYES ONLY

BRYANT 00234

EXHIBIT 16
PAGE 48
EX 3-0013

# EXHIBIT 17



ATTORNEY'S EYES ONLY

BRYANT 00163

EXHIBIT 17
PAGE 49

# EXHIBIT 18



Lupe
Jade
- Fashion play -
Zoe - from queen
queens' court
- Hairplay -
additional styles/colors
for Zoe/Lupe/Jade
additional styles/colors
for Hallidae

ATTORNEY'S EYES ONLY

BRYANT 00164

EXHIBIT 18

PAGE 50

# EXHIBIT 19



ATTORNEY'S EYES ONLY

BRYANT 00221

EXHIBIT 19

PAGE 51

# EXHIBIT 20



Hallidae

ATTORNEY'S EYES ONLY

BRYANT 00235

EXHIBIT 20
PAGE 52

# EXHIBIT 21



Zoe

ATTORNEY'S EYES ONLY

BRYANT 00236

EXHIBIT 21

PAGE 53

# EXHIBIT 22

ATTORNEY'S EYES ONLY

# EXHIBIT 23

ATTORNEY'S EYES ONLY

BRYANT 00273

EXHIBIT 23

PAGE 55

# EXHIBIT 24