

ATTORNEY'S EYES
ONLY

BRYANT 00274

EXHIBIT _____ 24 _____

PAGE _____ 56 _____

EX 5-0085



PENGAD 800-631-6989

DEPOSITION
EXHIBIT
719
Bryant J                02507

EXHIBIT    24
PAGE       57



EX 719-0002

# EXHIBIT 25



**ATTORNEY'S EYES ONLY**

BRYANT 00275

EXHIBIT _____ 25.

PAGE _____ 59

EX 5-0086



PENGAD 800-631-6989

DEPOSITION
EXHIBIT
722
Bryant J    92507

EXHIBIT 25
PAGE 60

EX 722-0002

# EXHIBIT 26



ATTORNEY'S EYES
ONLY

BRYANT 00276

EXHIBIT _____ 26
PAGE _____ 62

EX 5-0087