

DEPOSITION
EXHIBIT
725
Bryant J   9-25-07

PENGAD 800-631-6989

EXHIBIT 26

PAGE 63

EXHIBIT 26

PAGE 64

# EXHIBIT 27

EX 5-0108



THIS IS
MORE THE
LIP LOOK I
WANT FOR
HER.

JADE'S
"GLAMOURE"
DRESS

ATTORNEY'S EYES
ONLY

BRYANT 00297

EXHIBIT ___27___

PAGE ___65___

# EXHIBIT 28



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

JUNE 2000
Contract date : 9/18/2000

M 0001489

EXHIBIT 28
PAGE 66

EX 10-0002

# EXHIBIT 29

2428

1                    UNITED STATES DISTRICT COURT

2                  CENTRAL DISTRICT OF CALIFORNIA

3                              ---

4          **HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING**

5                              ---

6     MATTEL, INC.,                    :   PAGES 2428 - 2524
                                       :
7              PLAINTIFF,              :
                                       :
8         VS.                          :   NO. ED CV04-09049-SGL
                                       :   [CONSOLIDATED WITH
9     MGA ENTERTAINMENT, INC.,         :   CV04-9059 & CV05-2727]
      ET AL.,                          :
10                                     :
               DEFENDANTS.             :
11

12

13

14

15            REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                   RIVERSIDE, CALIFORNIA

17               THURSDAY, JUNE 12, 2008

18                  JURY TRIAL - DAY 12

19                  AFTERNOON SESSION

20

21

22                                MARK SCHWEITZER, CSR, RPR, CRR
                                  OFFICIAL COURT REPORTER
23                                UNITED STATES DISTRICT COURT
                                  181-H ROYBAL FEDERAL BUILDING
24                                255 EAST TEMPLE STREET
                                  LOS ANGELES, CALIFORNIA 90012
25                                (213) 663-3494

CERTIFIED COPY

EXHIBIT ___ 29

PAGE ___ 67

2429

```
1   Appearances of Counsel:

2

3   On Behalf of Mattel:

4       Quinn, Emmanuel, Urquhart, Oliver & Hedges, LLP
        By John B. Quinn, Esq.
5           B. Dylan Proctor, Esq.
            Michael T. Zeller, Esq.
6           Harry Olivar, Esq.
            John Corey, Esq.
7           Diane Hutnyan, Esq.
            William Price, Esq.
8       855 South Figueroa Street
        10th Floor
9       Los Angeles, CA 90017
        (213) 624-7707
10

11  On Behalf of MGA Entertainment:

12      Skadden, Arps, Slate, Meagher & Flom LLP
        By Thomas J. Nolan, Esq.
13          Carl Alan Roth, Esq.
            Jason Russell, Esq.
14          Lauren Aguiar, Esq.
            David Hansen, Esq.
15          Matthew Sloan, Esq.
        300 South Grand Avenue
16      Los Angeles, CA 90071-3144
        (213) 687-5000
17

18  For Carter Bryant:

19      Keker & Van Nest
        By Christa Anderson, Esq.
20          Michael H. Page, Esq.
        710 Sansome Street
21      San Francisco, CA 94111-1704
        (415) 391-5400
22

23

24

25
```

EXHIBIT _____ 29

PAGE _____ 70

2430

# I N D E X

**CARTER BRYANT, PREVIOUSLY SWORN**........................ 2433

DIRECT EXAMINATION (CONTINUED) BY MR. PRICE............ 2433

# E X H I B I T S

(Exhibit 2201 received.).............................. 2518

EXHIBIT _____ 29

PAGE _____ 71

2481

```
 1              THE COURT:  Sustained.

 2   Q.    BY MR. PRICE:  Let me show you Exhibit 3.

 3              You found it in your book?

 4   A.    Yes.

 5   Q.    Let me show you.

 6              THE COURT:  You've seen this, Counsel?

 7              MR. NOLAN:  Yes, I was just trying to look to see

 8   which one it was.

 9              THE COURT:  Very well.

10   Q.    BY MR. PRICE:  Let's look at the first page there, and

11   if you'd hold up for the jury that poster board.  Do you see

12   it?

13              Now, at one time that poster board was blank;

14   right?

15   A.    Yes.

16   Q.    When did you make it not blank?

17   A.    Well, in 1999.

18   Q.    So you started with a blank poster board, and then you

19   created, through the process we talked about, what we have as

20   the first page of Exhibit 3; correct?

21              MR. NOLAN:  Objection.  Ambiguous.

22              THE COURT:  I don't think so at this point.

23              THE WITNESS:  Yeah, again, I took my drawing that I

24   had done previously, transferred it, and added color, yes.

25   Q.    BY MR. PRICE:  So was that poster board something which
```

EXHIBIT _____ 29

PAGE _____ 72