2487

```
 1  originals that say '98 to your knowledge, those dates were
 2  put in there sometime after 1999; correct?
 3  A.   Yes.
 4  Q.   And possibly as late as 2000, 2001; right?
 5  A.   It's possible, yes.
 6  Q.   Were those dates put on those drawings after April of
 7  2004?
 8  A.   No.
 9  Q.   So they were put on there before the actual -- this
10  lawsuit began?
11  A.   Yes, to the best of my recollection.
12  Q.   Do you have anything that can help you demonstrate when
13  after 1999 those dates are put on?  For example, a note in
14  one of your note pads or anything like that?
15  A.   Well, the only thing that I can really remember is that
16  it seems at some point I was asked through MGA to turn in
17  those original drawings.
18  Q.   To what, sir?
19  A.   To turn in those original drawings to them.
20  Q.   Okay.  Are we talking about --
21  A.   Yeah, like these.
22  Q.   And also with respect to these colorized poster boards
23  that are part of Exhibit 3, those were created the same way
24  that we've discussed where you started with a blank poster
25  board and projected something on and traced a drawing, and
```

EXHIBIT 29

PAGE 73

2488

```
 1  then colored it in?
 2  A.   Right.
 3  Q.   And that activity of changing that from a blank poster
 4  board to a -- what we have in front of us, that activity,
 5  took place sometime after you started working for Mattel;
 6  correct?
 7  A.   Yes.
 8  Q.   And by the way, much MGA asked you to turn over
 9  originals, was that in connection with this case that they
10  asked you to turn over the originals?
11  A.   No, I don't think so.
12  Q.   Did they tell you why they wanted you to turn over the
13  originals?
14  A.   No, I don't remember why.
15  Q.   So at some point you actually asked other people at
16  Mattel to help you, assist you in creating materials for a
17  pitch; correct?
18  A.   Yes.
19  Q.   There is a woman who was your roommate, one of your
20  roommates, Elise Cloonan; is that right?
21  A.   Yes.
22  Q.   She was a very good friend of yours?
23  A.   Yes.
24  Q.   A graphic artist who worked at Mattel?
25  A.   Yes.
```

EXHIBIT 29

PAGE 74

2496

```
 1  in putting together this three-dimensional figure for your
 2  pitch, you asked some folks who were connected with Mattel to
 3  help you out; correct?
 4  A.   Yes.
 5  Q.   So these folks that you asked to help were your
 6  co-workers; right?
 7  A.   Yes.
 8  Q.   So, for example, you wanted to have this
 9  three-dimensional figure to have hair; right?
10  A.   Yes.
11  Q.   And there's a process called hair rooting?
12  A.   Yes.
13  Q.   Could you explain to the jury what that is?
14  A.   That's a process where a -- it's kind of like a sewing
15  machine.  It's threaded with this hair where they can take
16  the plastic head and run it through this machine, and it
17  will -- the needle will, you know, insert the hair.  That's
18  the best way I can explain it.
19  Q.   And there's a woman at Mattel named Carmen Monteagudo?
20  A.   Yes.
21  Q.   Could you tell us what her position was at Mattel?
22  A.   She was a hair rooter.
23  Q.   So you went to her and gave her a head that you wanted
24  to have hair rooted on; right?
25  A.   Yes.
```

EXHIBIT 29

PAGE 75

# EXHIBIT 30

```
                                                                    2708

 1                    UNITED STATES DISTRICT COURT
 2                   CENTRAL DISTRICT OF CALIFORNIA
 3                          EASTERN DIVISION
 4                               - - -
 5         HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING
 6                               - - -
 7   MATTEL, INC.,              )          CERTIFIED
                                )            COPY
 8                   PLAINTIFF, )
                                )
 9        VS.                   )   NO. CV 04-09049
                                )
10   MGA ENTERTAINMENT, INC., ET. AL., )
                                )
11                   DEFENDANTS.)   TRIAL DAY 14
     _____)   MORNING SESSION
12   AND CONSOLIDATED ACTIONS,  )   PAGES 2708-2817
     )
13
14
15       REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS
16                    RIVERSIDE, CALIFORNIA
17                  TUESDAY, JUNE 17, 2008
18                         8:47 A.M.
19
20
21
22
23              THERESA A. LANZA, RPR, CSR
              FEDERAL OFFICIAL COURT REPORTER
24              3470 12TH STREET, RM. 134
              RIVERSIDE, CALIFORNIA  92501
25                   951-274-0844              EXHIBIT    30
                WWW.THERESALANZA.COM
                                                PAGE      76
```

```
                                                            2709

 1   APPEARANCES:

 2
     ON BEHALF OF MATTEL, INC.:
 3
                         QUINN EMANUEL
 4                   BY: JOHN QUINN
                         JON COREY
 5                       MICHAEL T. ZELLER
                         HARRY OLIVAR
 6                       TIMOTHY ALGER
                     865 S. FIGUEROA STREET,
 7                   10TH FLOOR
                     LOS ANGELES, CALIFORNIA  90017
 8

 9

10   ON BEHALF OF MGA ENTERTAINMENT:

11                   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                 BY: THOMAS J. NOLAN
12                   JASON RUSSELL
                     RAOUL KENNEDY
13                   LAUREN AGUIAR
                     CARL ROTH
14                   300 SOUTH GRAND AVENUE
                     LOS ANGELES, CALIFORNIA  90071-3144
15                   213-687-5000

16

17

18

19

20

21

22

23

24

25
                                                EXHIBIT  30
                                                PAGE     77
```

TUESDAY, JUNE 17, 2008              TRIAL DAY 14, MORNING SESSION

```
                                                           2710
```

```
 1                        I N D E X

 2                                                  PAGE

 3    PLAINTIFF CASE (CONTINUED).................. 2727

 4

 5

 6    PLAINTIFF
      WITNESS          DIRECT      CROSS    REDIRECT    RECROSS
 7    CARTER BRYANT (CONTINUED)

 8    BY MR. PRICE      2727
      BY MR. NOLAN                 2779
 9

10

11
                EXHIBITS          RECEIVED
12
                   20              2759
13              10480              2763
                 1326              2766
14                 27              2767
                  593              2769
15
```

EXHIBIT 30
PAGE 78

TUESDAY, JUNE 17, 2008            TRIAL DAY 14, MORNING SESSION

2734

```
 1          THE COURT:  REPHRASE.
 2          I'M A LITTLE CONFUSED MYSELF.
 3  BY MR. PRICE:
 4  Q    ALL I MEAN BY 'THESE WERE CREATED WHEN YOU WORKED FOR
 5  MATTEL,' I MEAN THAT ORIGINALLY THEY WERE BLANK PAGES AND WHILE
 6  YOU WERE AT MATTEL TO CREATE THESE, YOU FIRST PUT PEN OR PENCIL
 7  OR A MAGIC MARKER OR A PASTEL MARKER, WHATEVER, TO PAPER.
 8  A    YES.  USING THE DRAWINGS FROM 1998.
 9  Q    SO WHAT YOU'RE SAYING IS THAT YOU -- AGAIN, THE PROCESS OF
10  USING A LIGHT BOX AND YOU PUT THAT ON A BLANK POSTER BOARD, AND
11  THEN YOU TOOK PEN, PENCIL, WHATEVER, AND DREW THESE DRAWINGS IN
12  EXHIBIT 1 IN 1999; CORRECT?
13  A    YES.
14  Q    WHILE WORKING AT MATTEL?
15  A    NOT WHILE PHYSICALLY AT MATTEL; BUT OFF HOURS, YES.
16  Q    WHILE EMPLOYED BY MATTEL?
17  A    WHILE EMPLOYED BY MATTEL, YES.
18  Q    WOULD YOU LOOK AT EXHIBIT 2.
19          COULD YOU TELL US, WERE THESE DOCUMENTS IN EXHIBIT 2
20  DONE ALSO IN PREPARATION FOR THE PITCH THAT YOU MADE TO MGA IN
21  2000?
22  A    WELL, THEY LOOK LIKE THE SAME DRAWINGS THAT WE JUST LOOKED
23  AT.
24  Q    WITHOUT TEXT.
25  A    RIGHT, WITHOUT TEXT.
```

EXHIBIT 30
PAGE 29

TUESDAY, JUNE 17, 2008                TRIAL DAY 14, MORNING SESSION

2735

```
 1  Q    TO GIVE AN EXAMPLE, IF WE LOOK AT -- FOR EXAMPLE, IF YOU
 2  WOULD GO TO EXHIBIT 2-2002.
 3       DO YOU SEE THAT DRAWING?
 4  A    EXHIBIT 2 -- WHAT WAS IT?
 5  Q    2-2002 -- 2-0002.  I APOLOGIZE.                              09:27
 6  A    YES.
 7  Q    SO YOU'RE SAYING EXHIBIT 2 LOOKS LIKE THIS; CORRECT?
 8  A    YES.
 9  Q    AND IF YOU LOOK AT EXHIBIT 1, AT 1-008, IT'S THE SAME
10  POSTER BOARD, BUT YOU'VE ADDED TEXT; CORRECT?                    09:27
11  A    YES.
12  Q    AND THE TEXT WE'RE TALKING ABOUT WAS ENTERED INTO THE
13  COMPUTER IN '99; IS THAT RIGHT?
14  A    YEAH.  I THINK I DID SOME SORT OF A WRITE-UP WHEN I WAS
15  FIRST DRAWING OUT THE CHARACTERS; BUT, YES, THIS TYPING WAS      09:27
16  DONE IN '99.
17  Q    AND EXHIBIT 1 IS A COMPILATION YOU PUT TOGETHER IN 2000;
18  CORRECT?
19  A    YES.
20  Q    BEFORE YOU LEFT MATTEL'S EMPLOYMENT; RIGHT?                 09:28
21  A    YES.
22  Q    IF WE COULD LOOK AT THE FIRST PAGE OF EXHIBIT 1.
23       WHEN DID YOU WRITE OUT IN HANDWRITING "ALL MATERIALS
24  COPYRIGHT 2000, CARTER BRYANT"?
25  A    I THINK THAT WAS BEFORE THE MEETING WITH MGA, BEFORE THE    09:28
```

TUESDAY, JUNE 17, 2008                TRIAL DAY 14, MORNING SESSION

EXHIBIT 30

PAGE 80

```
 1  FIRST MEETING.
 2  Q    MR. BRYANT, AGAIN, I'M GOING TO BE CONCENTRATING ON THE
 3  CATEGORY OF DOCUMENTS WHICH WERE CREATED IN THE SENSE THAT IT
 4  WAS A BLANK PIECE OF PAPER AND THEN YOU DREW AND PUT THIS ON
 5  THE PAPER WHILE YOU WORKED FOR MATTEL. AND I'D LIKE TO CALL          09:29
 6  YOUR ATTENTION -- GO BACK TO EXHIBIT 5 NOW, AND LOOK AT 5-26,
 7  WHICH IS BRYANT 00163.
 8           MR. NOLAN:  CONTINUING OBJECTION. VAGUE AND
 9  AMBIGUOUS. IT'S THE PREMISE OF THE QUESTION AS TO HOW THEY
10  WERE CREATED.                                                       09:29
11           THE COURT: OVERRULED. I THINK IT'S CLEAR AT THIS
12  POINT.
13  BY MR. PRICE:
14  Q    DO YOU HAVE THAT IN FRONT OF YOU?
15  A    YES.                                                            09:29
16  Q    AND THIS IS ONE OF THOSE DRAWINGS WHERE YOU PUT THE PEN TO
17  THE PAPER SOMETIME BETWEEN JANUARY '99 AND SEPTEMBER OF 2000;
18  CORRECT?
19  A    YES.
20  Q    WHILE YOU WERE EMPLOYED AT MATTEL?                              09:29
21  A    YES.
22  Q    LOOK AT EXHIBIT 5-27, WHICH IS BRYANT 00164.
23           SAME QUESTION: PUT PEN TO PAPER AND CREATED IT THAT
24  WAY, WHILE YOU WERE EMPLOYED BY MATTEL.
25           MR. NOLAN: AGAIN, YOUR HONOR, OBJECTION TO "PEN TO         09:30
```

TUESDAY, JUNE 17, 2008           TRIAL DAY 14, MORNING SESSION

EXHIBIT 30

PAGE 81