1 PAPER CREATION."

2      **THE COURT:** OVERRULED.

3      **THE WITNESS:** YES. THESE WERE SKETCHES THAT I DID IN
4 2000.

5 **BY MR. PRICE:**    09:30

6 Q   IF YOU LOOK AT 5-80, BRYANT 00221 -- ACTUALLY, BEFORE
7 THAT, GO BACK TO 5-26, 00163, AND 5-27. IS IT YOUR BEST
8 RECOLLECTION THAT THESE WERE CREATED IN THE MANNER I DESCRIBED,
9 SOMETIME IN JULY OF 2000?

10 A   I'M NOT REALLY SURE OF THE MONTH.    09:31

11 Q   LET ME SEE IF I CAN REFRESH YOUR MEMORY.

12      DO YOU HAVE YOUR DEPOSITION TRANSCRIPTS THERE?

13 A   YES.

14      **MR. PRICE:** YOUR HONOR, IT WOULD BE EASIER TO PLAY AT
15 315 -- THIS IS VOLUME II, NOVEMBER 5, 2004, 315, LINE 19, TO    09:31
16 316, LINE 6 -- 317, LINE 2.

17      IT'S 315, LINE 19, TO 317, LINE 2.

18      **THE COURT:** ANY OBJECTION?

19      **MR. NOLAN:** NO OBJECTION, YOUR HONOR.

20      **THE COURT:** YOU MAY PLAY.    09:32

21      (WHEREUPON, VIDEO DEPOSITION PLAYS;

22      EXCERPTS PROVIDED BY COUNSEL AS FOLLOWS:)

23    Q   163?

24    A   THESE I THINK WERE ACTUALLY A LITTLE BIT EARLIER.

25      THESE WERE ROUGH SKETCHES THAT I HAD DONE FOR THE

```
 1  IN JULY, BEFORE YOUR PITCH TO MGA?
 2  A    NO.
 3  Q    NOW, LET'S SEE IF WE CAN FINISH UP EXHIBIT 5 HERE ON
 4  DRAWINGS THAT WERE CREATED WHILE YOU WERE EMPLOYED BY MATTEL,
 5  IN THE SENSE THAT THAT'S WHEN YOU PUT THE PEN TO THE PIECE OF      09:35
 6  PAPER, WHICH IS THAT EXHIBIT.
 7           MR. NOLAN:  I'M GOING TO OBJECT TO THE BELATED
 8  ARGUMENT --
 9           THE COURT:  REPHRASE YOUR QUESTION, COUNSEL.
10  BY MR. PRICE:                                                      09:35
11  Q    LET ME FOCUS ON SOME OTHER DOCUMENTS, AND I'LL ASK YOU
12  WHETHER OR NOT THESE WERE DRAWINGS THAT WERE CREATED WHILE YOU
13  WERE EMPLOYED BY MATTEL.  AND BY CREATED, I MEAN WHEN YOU PUT
14  PEN OR PENCIL TO THAT PAPER THAT CREATED THE DRAWING; OKAY?
15  A    ALL RIGHT.                                                    09:36
16  Q    LOOK AT 5-80, WHICH IS BRYANT 0021.
17       THIS WAS PUT ON THIS PIECE OF PAPER WHILE YOU WERE
18  EMPLOYED AT MATTEL; CORRECT?
19  A    USING THE HEAD, THE '98 HEAD; BUT, YES.
20  Q    IF YOU WOULD LOOK AT 5-81, WHICH IS BRYANT 00235.             09:36
21       SAME QUESTION:  DONE WHILE YOU WERE EMPLOYED AT
22  MATTEL.
23  A    YES.
24  Q    AND 5-82, BRYANT 00236, DONE WHILE YOU WERE EMPLOYED AT
25  MATTEL.                                                            09:37
```

TUESDAY, JUNE 17, 2008                TRIAL DAY 14, MORNING SESSION

EXHIBIT  30

PAGE  83

```
                                                                  2741

 1   A      YES.
 2   Q      5-83, BRYANT 00237, ALSO DONE WHILE EMPLOYED AT MATTEL.
 3   A      YES.
 4   Q      5-84, BRYANT 00273, DONE WHILE YOU WERE EMPLOYED AT
 5   MATTEL.                                                         09:37
 6   A      YES.  AGAIN, USING ONE OF THE OLD HEADS FROM '98, YES.
 7   Q      BUT, AGAIN, A BLANK PIECE OF PAPER, AND THEN IT BECAME
 8   UNBLANK WHILE YOU WERE EMPLOYED AT MATTEL; RIGHT?
 9   A      YES.
10   Q      5-85, BRYANT 00274, DONE WHILE YOU WERE EMPLOYED AT      09:37
11   MATTEL.
12   A      YES.
13   Q      5-86, BRYANT 00275, DONE WHILE YOU WERE EMPLOYED AT
14   MATTEL.
15   A      YEAH.                                                    09:37
16          DIDN'T WE JUST LOOK AT THIS ONE?
17   Q      IT LOOKS SIMILAR.
18   A      IT LOOKS LIKE THE SAME DRAWING AS NUMBER 80.
19   Q      LET ME SHOW YOU THE ORIGINALS OF THESE.
20          ALL WE HAVE ARE PHOTOCOPIES OF FIVE.  THEY APPEAR TO     09:38
21   BE THE SAME DRAWINGS, BUT IN DIFFERENT SCALES AND SIZES.
22   A      YES.
23   Q      5-87, WHICH IS BRYANT 276, DONE WHILE YOU WERE EMPLOYED AT
24   MATTEL.
25   A      YES.  AGAIN, THIS ONE WAS USING AN OLD '98 POSE AND HEAD. 09:39
```

TUESDAY, JUNE 17, 2008                TRIAL DAY 14, MORNING SESSION

EXHIBIT  30

PAGE  84

```
 1  Q    AGAIN, IT WAS A BLANK PIECE OF PAPER, WHICH YOU THEN
 2  CHANGED TO THIS 5-87 WHILE YOU WERE AT MATTEL; CORRECT?
 3  A    YES.
 4  Q    LOOK AT 5-108, WHICH IS BRYANT 00297, DONE WHILE YOU WERE
 5  EMPLOYED AT MATTEL.                                              09:39
 6  A    THIS JUST LOOKED LIKE ANOTHER COPY OF THIS SAME ONE WE
 7  JUST LOOKED AT, 87.
 8  Q    DONE WHILE YOU WERE AT MATTEL.
 9  A    YES.
10  Q    AND IF I COULD CHANGE YOU TO A DIFFERENT EXHIBIT NOW.  IF   09:39
11  YOU WOULD LOOK AT EXHIBIT 10.  I'VE PLACED BEFORE YOU
12  EXHIBIT 10.  I'D LIKE YOU TO LOOK AT PAGE 2, 10-2, WHICH IS --
13  THIS TIME IT'S BATES M-0001489.
14       DO YOU RECOGNIZE THIS AS A DRAWING YOU DID WHILE AT
15  MATTEL?                                                          09:40
16  A    AGAIN, THESE ARE USING THE OLD 1998 DRAWINGS; BUT, YES.
17  Q    LET ME DRAW YOUR ATTENTION TO SOME OTHER DOCUMENTS, IF I
18  COULD; STILL IN EXHIBIT 5.
19       LET ME ASK YOU THIS, BEFORE GOING INTO THESE
20  DOCUMENTS:  IN OCTOBER OF 2000, PRIOR TO YOUR LEAVING MATTEL,    09:41
21  DO YOU RECALL THAT MS. MARLOW ACTUALLY HAD BOUGHT SWATCHES TO
22  MAKE SOME OF THE CLOTHING FOR THE BRATZ DOLLS?
23  A    I'M NOT SURE EXACTLY WHEN SHE BOUGHT THOSE.
24  Q    IGNORING THE TIME, THOUGH, IS IT FAIR TO SAY THAT YOU
25  WORKED WITH MS. MARLOW SO SHE WOULD KNOW WHAT SWATCHES TO GET?   09:42
```