QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  (John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**[PROPOSED] ORDER RE MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(A)**<br><br>**Phase 1:**<br>Trial Date:           May 27, 2008 |

07209/2561772.1

Case No. CV 04-9049 SGL (RNBx)
[PROPOSED] ORDER

[PROPOSED] ORDER

Based on Mattel Inc.'s Motion for an Order granting Judgment as a Matter of Law Under Fed. R. Civ. P. 50(A); Memorandum of Points and Authorities in support thereof; and the Declaration of B. Dylan Proctor in support thereof; and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

The Court grants Mattel's Motion for Judgment as a Matter of Law against defendants Isaac Larian, MGA Entertainment Inc., and MGA Entertainment (HK), Ldt., on Mattel's claims for a declaratory judgment of ownership and conversion as to the following items:

Trial Exhibit 1 (BRYANT 00262-272)
Trial Exhibit 2 (BRYANT 00310-319)
Trial Exhibit 3-1 (BRYANT 00222)
Trial Exhibit 3-2 (BRYANT 00223)
Trial Exhibit 3-3 (BRYANT 00224)
Trial Exhibit 3-4 (BRYANT 00225)
Trial Exhibit 3-5 (BRYANT 00226)
Trial Exhibit 3-6 (BRYANT 00227)
Trial Exhibit 3-7 (BRYANT 00228)
Trial Exhibit 3-8 (BRYANT 00229)
Trial Exhibit 3-9 (BRYANT 00230)
Trial Exhibit 3-10 (BRYANT 00231)
Trial Exhibit 3-11 (BRYANT 00232)
Trial Exhibit 3-12 (BRYANT 00233)
Trial Exhibit 3-13 (BRYANT 00234)
Trial Exhibit 5-26 (BRYANT 00163)
Trial Exhibit 5-27 (BRYANT 00164)
Trial Exhibit 5-80 (BRYANT 00221)

1. Trial Exhibit 5-81 (BRYANT 00235)
2. Trial Exhibit 5-82 (BRYANT 00236)
3. Trial Exhibit 5-83 (BRYANT 00237)
4. Trial Exhibit 5-84 (BRYANT 00273)
5. Trial Exhibit 5-85, 719 (BRYANT 00274)
6. Trial Exhibit 5-86, 722 (BRYANT 00275)
7. Trial Exhibit 5-87, 725 (BRYANT 00276)
8. Trial Exhibit 5-108 (BRYANT 00297)
9. Trial Exhibit 10-2 (M 001489)
10. Prototype doll that Bryant presented to MGA on Sept. 1, 2000

DATED: _____, 2008  _____
Hon. Stephen G. Larson
United States District Judge