THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>               Plaintiff,<br><br>   v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>               Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING MGA PARTIES' MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW;<br><br>Hearing Date:  July 7, 2008<br>Time:             TBD |

# [PROPOSED] ORDER

Based on Defendants MGA Entertainment, Inc. ("MGA"), MGA Entertainment (HK) Limited ("MGA HK"), and Isaac Larian motion pursuant to Federal Rule of Evidence 50(a) for a partial judgment as a matter of law and the record in this matter, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that::

1. Mattel's claims against MGA and Isaac Larian for aiding and abetting breaches of fiduciary duty and duty of loyalty are preempted by the Copyright Act to the extent they are based on Mattel's purported rights to BRATZ;

2. The evidence in the record is insufficient as a matter of law for a reasonable jury to find the MGA and Isaac Larian liable for aiding and abetting a breach of fiduciary duty allegedly owed by Carter Bryant to Mattel other than to maintain the confidentiality of information provided to him by Mattel;

3. The evidence in the record is insufficient as a matter of law for a reasonable jury to find the MGA and Isaac Larian liable for aiding and abetting a breach of fiduciary duty allegedly owed by Carter Bryant to Mattel;

4. The evidence in the record is insufficient as a matter of law for a reasonable jury to find MGA HK liable for unfair competition.

DATED: _____, 2008

By: _____
Honorable Stephen J. Larson
United States District Judge

1
[Proposed] Order Granting MGA Parties' Motion for Partial Judgment as a Matter of Law –
Case No. CV 04-9049 SGL (RNBx)