1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit A**

Exhibit A to be filed and served prior to the Charging Conference, set by the Court for Monday, July 7, 2008.

EXHIBIT A