QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>MATTEL, INC.'S NOTICE OF MANUAL *IN CAMERA* SUBMISSION OF THE DECLARATION OF JOHN B. QUINN RE MATTEL'S REBUTTAL CASE<br><br>Date: TBA<br>Time: TBA<br>Place: Courtroom 1 |

| | |
|---|---|
| 1 | TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF |
| 2 | RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. has manually |
| 3 | submitted the following document to the Court for an *in camera* review: |
| 4 | 1.   Declaration of John B. Quinn Re Mattel's Rebuttal Case. |

DATED: July 3, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Jon D. Corey
   Jon D. Corey
   Attorneys for Mattel, Inc.