KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Specially Appearing Non-Party
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF NONPARTY WITNESS CARTER BRYANT'S OPPOSITION TO MATTEL'S MOTION TO COMPEL REBUTTAL TESTIMONY**<br><br>Date:          July 7, 2008<br>Time:         10:00 a.m.<br>Dept:         Courtroom 1<br>Judge:       Hon. Stephen G. Larson<br><br>Date Comp. Filed:  April 13, 2005<br><br>Discovery Cut-Off:  Jan. 28, 2008<br>Pre-Trial Conference:  May 19, 2008<br>Trial Date:  May 27, 2008 |

DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF NONPARTY WITNESS CARTER BRYANT'S OPPOSITION TO MATTEL'S MOTION TO COMPEL REBUTTAL TESTIMONY
CASE NO. CV 04-09049 SGL (RNBx)

420647.01

I, Christa M. Anderson, declare and state that:

1. I am an attorney licensed to practice law in the State of California and am a partner of the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for specially appearing non-party witness Carter Bryant. I am duly admitted to practice law before this Court. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. Mattel's counsel notified me after 9:30 p.m. on June 30 that Mattel wanted to call Mr. Bryant in rebuttal. My colleague Matthew Werdegar responded with an email the following day (attached as Exhibit 1) explaining that we did not understand that Mr. Bryant was required to attend beyond Mattel's case-in-chief, and asking Mattel to provide us with any authority they had for the notion that Mr. Bryant had to return. Mattel made no response, except for serving its motion to compel Mr. Bryant to appear as its rebuttal witness, which Mattel did at around 2:30 a.m. on July 3, 2008.

3. In the short period of time during which we have had notice of this motion (which coincided with a holiday weekend), we have been unable to locate evidence that Mattel tendered any witness fees with its subpoena to Mr. Bryant when the subpoena was served, or at any time thereafter.

4. Attached hereto as Exhibit 1 is a true and correct copy of an email my colleague Matthew Werdegar sent to Mattel's counsel Michael Zeller on July 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 6, 2008, at San Francisco, California.

      /s/ Christa M. Anderson
    CHRISTA M. ANDERSON

420647.01

1
DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF NONPARTY WITNESS CARTER BRYANT'S OPPOSITION TO MATTEL'S MOTION TO COMPEL REBUTTAL TESTIMONY
CASE NO. CV 04-09049 SGL (RNBx)