----- Original Message -----
From: Matthew Werdegar
To: Michael T Zeller <michaelzeller@quinnemanuel.com>
Cc: Christa Anderson
Sent: Tue Jul 01 14:43:36 2008
Subject: FW: As some advance notice

Mike,

Thank you for your email of last night.  We understand from your email that Mattel wishes to call Mr. Bryant as a witness in its rebuttal case for Phase 1(a).  However, we are not aware of any obligation of Mr. Bryant to appear in Mattel's rebuttal case.

As you know, the Settlement Agreement as well as the order dismissing Mattel's claims against Mr. Bryant with prejudice only obligated Mr. Bryant to testify during "Mattel's case-in-chief" in Phase 1(a) and 1(b).  See Settlement Agreement, Para. 3; Order of Dismissal Upon Stipulation, Para. 6. Mr. Bryant has fully satisfied this obligation.  Indeed, Mr. Bryant was on the stand for nearly two weeks, and was subjected to extensive cross examination, re-cross examination, and re-re-cross examination by Mattel.

Furthermore, we do not understand how Mr. Bryant would qualify as a proper rebuttal witness, even if he were otherwise under some obligation to take the stand for a second time in Phase 1(a).  Specifically, we are not aware of any new evidence or theories raised by MGA for the first time in its case-in-chief, that could not have been anticipated by Mattel, for which rebuttal testimony from Mr. Bryant is needed.  See Faigin v. Kelly, 184 F.3d 67, 85-86 (1st Cir. 1999); Daly v. Far Eastern Shipping Co. PLC, 238 F.Supp.2d 1231, 1238 (W.D. Wash. 2003).

If you are aware of any authority supporting a requirement that Mr. Bryant appear as a witness in Mattel's rebuttal case, we would be happy to review it.  Please contact me or Christa Anderson if you wish to further discuss this issue.

Regards,

Matthew M. Werdegar
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94111-1704
tel: (415) 391-5400
fax: (415) 397-7188
www.kvn.com


-----Original Message-----
From: Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
Sent: Monday, June 30, 2008 9:41 PM
To: Christa Anderson
Cc: John Quinn; William Price
Subject: As some advance notice

Mattel will want Mr. Bryant to testify in rebuttal.  We'd expect that to start sometime next week.  Thanks.

Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA   90017

Direct:  (213) 443-3180
Main Phone:  (213) 443-3000
Main Fax:  (213) 443-3100

E-mail:  michaelzeller@quinnemanuel.com
Web:     www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.