KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Specially Appearing Non-Party
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**DECLARATION OF NONPARTY CARTER BRYANT**<br><br>Date: July 7, 2008<br>Time: 10:00 a.m.<br>Dept: Courtroom 1<br>Judge: Hon. Stephen G. Larson<br><br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

---

420661.01

DECLARATION OF NONPARTY WITNESS CARTER BRYANT
CASE NO. CV 04-09049 SGL (RNBx)

I, Carter Bryant, declare as follows:

1. I am a resident of the state of Missouri. Unless expressly stated below, I have personal knowledge of the facts set forth in this declaration, and could testify competently thereto if called as a witness.

2. I submit this declaration so that the Court can consider these facts in deciding Mattel's motion to compel me to return to California once again to testify as a rebuttal witness in this case. It would be a hardship for me to return to California to testify now.

3. My father, who is in his seventies, has been sick for some time with gallbladder problems. He is currently in the hospital, at Cox South Hospital here in Springfield. He had surgery on the Fourth of July (2008), and I believe that he will need to remain hospitalized for at least three to five days. I do not know exactly how long he will be in the hospital, or how long his recovery will take.

4. It is very important for me to be here with my mother and father during this family medical crisis. I need to be here to help support my mother, and to help her out while my father is recuperating. It would be a hardship to have to fly out to California to testify again now during this time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 6, 2008, at Springfield, Missouri.

CARTER BRYANT

and I believe that he will need to remain hospitalized for at least three to five days. I do not know exactly how long he will be in the hospital, or how long his recovery will take.

4. It is very important for me to be here with my mother and father during this family medical crisis. I need to be here to help support my mother, and to help her out while my father is recuperating. It would be a hardship to have to fly out to California to testify again now during this time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on
July 6, 2008, at Springfield, Missouri.

CARTER BRYANT