THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for the MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>DECLARATION OF LAUREN E. AGUIAR IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION TO CALL CARTER BRYANT AS A REBUTTAL WITNESS IN PHASE 1(a)<br><br>Date: July 7, 2008<br>Time: 10:00 a.m.<br>Judge: Honorable Stephen G. Larson<br>Place: Courtroom 1 |

Declaration of Lauren E. Aguiar in Support of MGA Opposition to Mattel's Motion to Call Carter Bryant as a Rebuttal Witness in Phase 1(a)
Case No. CV 04-9049 SGL (RNBx)

I, Lauren E. Aguiar, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of New York and am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for the MGA Parties in the above-captioned matter. I submit this Declaration in Support of the MGA Parties' Opposition to Mattel's Motion to call Carter Bryant as a Rebuttal Witness in Phase 1(a). Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. On May 25, 2008, Mattel filed its "May 25, 2008 Revised Exhibit B to Joint Phase One Witness List," wherein on page 11, Mattel placed TX 10624 on the witness-exhibit list and specifically designated TX 10624 for use with Carter Bryant. A true and correct copy of the relevant portion of Mattel's list is attached as **Exhibit 1**.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the trial transcript.

4. The dating of pages in and from Mr. Bryant's black notebook, TX 1155C, has been at the center of this litigation for years. Among other things, counsel for Mattel discussed the dating of pages from the black notebook in its opening presentation. See **Exhibit 2**, Tr. at 107:19-108:2. Mattel counsel also made numerous suggestions that Mattel believed all of the pertinent pages from the black notebook were from 1999. See **Exhibit 2**, Tr. at 3130:22-24 (Q. BY MR. PRICE: "Your understanding is that if it can be established that that notebook contains only entries you made in 1999, that would mean that the drawings were in 1999."). Mattel has also made representations to the media about the dating of pages from that notebook. See Nicholas Casey, *Barbie's Revenge: Brawl Over Doll is Heading to Trial*, Wall St. J., May 23, 2008, at A1 ("Mattel says its forensic experts will argue that an analysis of the paper fiber shows that those pages are similar to pages from a

Declaration of Lauren E. Aguiar in Support of MGA Opposition to Mattel's Motion to Call Carter Bryant as a Rebuttal Witness in Phase 1(a)
Case No. CV 04-9049 SGL (RNBx)
1

1999 notebook Mr. Bryant used for Mattel projects."), a true and correct copy of which is attached hereto as **Exhibit 3**.

5. Between February and June 2007, Mattel's attorneys spent five separate days examining and photographing all of Carter Bryant's original documents in order "to determine which of the originals are potentially appropriate candidates for expert analysis." *See* Declaration of Diane Hutnyan in Support of Mattel's Motion to Compel Carter Bryant to Make Original Documents Available for Expert Examination and Testing (July 6, 2007), at Ex. 1 thereto at 15, a true and correct copy of which is attached hereto as **Exhibit 4**.

6. On July 6, 2007, Mattel moved to compel Mr. Bryant to make available for expert examination and testing over 2,000 of his original documents. A true and correct copy of Mattel's Motion to Compel Carter Bryant to Make Original Documents Available for Expert Examination and Testing is attached hereto as **Exhibit 5**.

7. On August 30, 2007, Judge Infante issued an Order directing Mr. Bryant to make available for expert examination and testing the entire list of original documents Mattel requested. A true and correct copy of that Order is attached hereto as **Exhibit 6**.

8. On or about March 17, 2008, MGA served on Mattel a copy of the expert report of Dr. Albert Lyter. A true and correct copy of that report, without exhibits, is attached as **Exhibit 7**. On page 7 of his report, Dr. Lyter discussed his findings regarding the impressions of TX 15333 (Bryant 2692) and TX 15393 (TX 5025) in the black notebook.

9. On or about March 17, 2008, MGA served on Mattel a copy of the expert report of Mr. Robert Kullman. A true and correct copy of that report, without exhibits, is attached as **Exhibit 8**. On page 2 of his report, Mr. Kullman discussed

1 | his findings regarding the impressions of TX 15333 (Bryant 2692) and TX 15393 (TX 5025) in the black notebook.

10. On June 11, 12, 13, 17, 18 and 20, 2008, Carter Bryant testified at trial in this action. During his initial examination by Mattel, Mr. Bryant was not asked about TX 15333, TX 15393 or the "Rainy Day Rascals" – despite prior notice of this precise issue. Mattel did ask Mr. Bryant about greeting card sketches from the green notebook, TX 1313-C; Mr. Bryant indicated that he had been working on greeting cards in general ever since 1995. *See* **Exhibit 2**, Tr. at 2668:21-2669:19.

11. On June 17, 2008, MGA asked Mr. Bryant numerous questions about TX 15333, TX 15393 and the "Rainy Day Rascals." Mr. Bryant testified that he drew TX 15333 and TX 15393 on notebook paper in 1998. *See* **Exhibit 2**, Tr. at 2902:13-2907:14, 2909:16-2912:16. Again three days later, on June 20, 2008, MGA counsel asked further questions about TX 15333, TX 15393 and the "Rainy Day Rascals." In response, Mr. Bryant testified again that he drew TX 15333 and TX 15393 on notebook paper in 1998. *See* **Exhibit 2**, Tr. at 3261:7-3262:24.

12. During Mr. Price's re-direct examination of Carter Bryant on the morning of June 20, 2008, he specifically questioned Mr. Bryant about the timing of the "Rainy Day Rascals" drawings:

Q: [Mr. Price]: There was some testimony about these Rainy Day greeting cards. Do you recall that?

A: Yes.

Q: Are you aware of any evidence that those were done in 1998 other than your testimony?

A: I think I have some finished drawings of the Rainy Day Rascals that are dated in 1998.

Q: Are they exhibits here? Do you know?

A: I don't know.

---

Declaration of Lauren E. Aguiar in Support of MGA Opposition to Mattel's Motion to Call Carter Bryant as a Rebuttal Witness in Phase 1(a)
Case No. CV 04-9049 SGL (RNBx)
3

1 | *See* **Exhibit 2**, Tr. at 3279:4-13.

2 |       13.    During a sidebar conference later that same day, the Court specifically acknowledged that Mr. Bryant had testified about the precise question of when the Rainy Day Rascal cards were done. *See* **Exhibit 2**, Tr. at 3429:16-17 ("We have testimony from Carter Bryant that it was; that he did the Rainy Day Rascal card in 1998."). Mr. Price then appeared to agree that he questioned Mr. Bryant on this issue: "I asked [Mr. Bryant] again this morning." (*Id.* at 3429:21.)

      14.    Although Mattel had identified TX 10624 for use with Mr. Bryant in its May 25, 2008 witness-exhibit list (see **Exhibit 1**), Mattel did not ask him about that exhibit during its examination on the subjects of TX 15333, TX 15393 and his 1998 "Rainy Day Rascals" work.

      15.    On June 20, 2008, Mattel called Lloyd Cunningham as an expert witness. During his direct examination by Mattel, Mr. Cunningham testified that he discovered impressions of a drawing of a boy with a fishing pole and an umbrella (the "Rainy Day Rascals" drawing) on the same page where a Bratz drawing also was indented. *See* **Exhibit 2**, Tr. at 3326:18-3327:1. Mr. Cunningham further testified on cross-examination that he spent over 80 hours reviewing documents in this case during September 2007, that he saw the "Rainy Day Rascals" images impressed into pages in the black notebook, that he identified the precise source of the impressions, that he so advised counsel for Mattel, and counsel for Mattel instructed him not include those findings in his expert report because Mattel had decided not to present that evidence to the Court. *See* **Exhibit 2**, Tr. at 3388:7-12, 3394:3-3396:20, 3401:5-3402:10, 3404:6-11, 3405:20-3407:13, 3407:23-3412:21.

      16.    Carter Bryant was questioned at length, on several occasions and over several days of his testimony, regarding his Jewel-themed projects for Mattel during 1998 and 1999. Mr. Bryant testified about both projects on direct examination by Mattel (**Exhibit 2**, Tr. at 2643:11-24, 2646:25-2647:20); on cross-examination by

Declaration of Lauren E. Aguiar in Support of MGA Opposition to Mattel's Motion to Call Carter Bryant as a Rebuttal Witness in Phase 1(a)
Case No. CV 04-9049 SGL (RNBx)
4

MGA (Tr. at 2895:5-2897:18, 2916:4-2917:19, 2953:6-2955:3, 2963:6-17); on re-direct examination by Mattel (including testimony from Mr. Bryant's deposition testimony offered as impeachment (Tr. at 3128:9-3138:23),); on re-cross-examination by MGA (Tr. at 3270:18-3272:9); and on re-re-direct examination by Mattel (Tr. at 3278:3-3279:3).

17. During the cross-examination of Mattel witness Cassidy Park, MGA presented her with TX 18548. (**Exhibit 2**, Tr. at 3510:23-3511:14.) TX 18548 was not admitted into evidence and it was never published to the jury.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: July 6, 2008

_____
Lauren E. Aguiar

---

Declaration of Lauren E. Aguiar in Support of MGA Opposition to Mattel's Motion to Call Carter Bryant as a Rebuttal Witness in Phase 1(a)
Case No. CV 04-9049 SGL (RNBx)
5