# EXHIBIT 1

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
5  (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                   EASTERN DIVISION

13 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
   |                               | Consolidated with
14 |          Plaintiff,           | Case Nos. CV 04-09059 & CV 05-2727
15 |            vs.                | Hon. Stephen G. Larson
16 | MATTEL, INC., a Delaware      | MAY 25, 2008 REVISED EXHIBIT B
   | corporation,                  | TO JOINT PHASE ONE WITNESS
17 |                               | LIST
   |         Defendant.            |
18 |                               | **Phase 1:**
   |                               | Trial Date:       May 27, 2008
19 | AND CONSOLIDATED ACTIONS      |

Exhibit 1 ,
P. 6

07209/2517939.1

-1-

MAY 25, 2008 REVISED EXHIBIT B TO JOINT PHASE ONE WITNESS LIST

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
2          Mattel hereby submits its May 25, 2008 Revised Phase One Witness-
3  Exhibit List, identifying exhibits pursuant to the Court's Order of April 7, 2008.
4  Mattel's May 25, 2008 Revised Phase One Witness-Exhibit List is attached as
5  Exhibit B. Mattel reserves the right to amend and/or supplement this list at any
6  time.
7
8  DATED: May 25, 2008          QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP
9
10                              By /s/ B. Dylan Proctor
11                                 B. Dylan Proctor
                                   Attorneys for Mattel, Inc.
12
...
28                              Exhibit __1__,
                                P. __7__

Case 2:04-cv-09049-SGL-RNB   Document 3781   Filed 05/26/2008   Page 3 of 85

# EXHIBIT B

Exhibit ___1___,
P. __8__

| WITNESS NAME | EXHIBITS |
|---|---|
|  | 12028, 12036, 12061, 12062, 12063, 12103, 12106, 12113, 12114, 12118, 12126, 12128, 12135, 12140, 12141, 12153, 12182, 12184, 12186, 12218, 12225, 12242, 12252, 12253, 12254, 12255, 12256, 12257, 12259, 12260, 12261, 12262, 12263, 12264, 12265, 12266, 12267, 12268, 12269, 12270, 12271, 12272, 12273, 12274, 12275, 12276, 12277, 12278, 12345, 12355, 12433, 12822, 12824, 12828, 12876, 12877, 12878, 12879, 12880, 12881, 12882, 12883, 12884, 12904, 12981, 12982, 12984, 12985, 12986, 12987, 12988, 12989, 12990, 12991, 12992, 12993, 12994, 12995, 12996, 12997, 12998, 12999, 13000, 13001, 13002, 13070, 13074, 13084, 13098, 13104, 13173, 13197, 13198, 13200, 13201, 13203, 13212, 13215, 112023, |
| Brooks, Charnayne | 201, 203, 302, 366, 367, 369, 370, 371, 372, 373, 374, 375, 376, 377, 381, 382, 383, 386, 393, 401, 402, 403, 593, 595, 607, 608, 609, 4413, 10881, 10882, 10897, 11083, 11191, 11217, 11238, 11241, 11278, 11340, 11341, 11722, 11727, 11749, 11752, 11783, 11889, 12061, 12062, 12063, 12114, 12186, 12822, 13002, 13104, |
| Bryant, Carter | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 34, 36, 43, 44, 45, 46, 47, 48, 49, 60, 62, 201, 203, 257, 258, 259, 260, 261, 262, 263, 265, 268, 269, 273, 274, 275, 276, 280, 281, 282, 300, 301, 302, 305, 306, 307, 308, 309, 310, 311, 312, 313, 314, 315, 316, 317, 318, 319, 320, 321, 323, 325, 326, 327, 330, 331, 357, 357A, 362, 363, 364, 367A, 369, 370, 371, 372, 373, 374, 375, 376, 377, 381, 382, 383, 386, 388, 393, 401, 402, 403, 405, 415, 418, 420, 421, 422, 423, 424, 425, 426, 427, 428, 429, 430, 439, 441, 442, 445, 446, 461, 462, 472, 477, 481, 482, 483, 484, 497, 498, 499, 500, 500A, 501, 502, 503, 504, 505, 506, 507, 508, 509, 510, 511, 512, 513, 514, 519, 522, 523, 534, 535, 536, 537, 539, 540, 541, 542, 546, 547, 548, 551, 552, 553, 554, 555, 556, 557, 558, 559, 560, 561, 562, 563, 564, 565, 566, 567, 568, 569, 570, 571, 572, 573, 574, 575, 576, 577, 579, 580, 581, 582, 583, 584, 585, 586, 587, 588, 589, 590, 591, 593, 595, 597, 598, 599, 600, 602, 603, 604, 605, 606, 607, 608, 609, 610, 611, 612, 613, 615, 623, 624, 625, 626, 628, 629, 630, 631, 632, 633, 634, 635, 637, 638, 639, 640, 641, 642, 643, 644, 645, 663, 664, 702, 703, 704, 705, 706, 707, 709, 710, 711, 712, 713, 714, 715, 717, 719, 720, 722, 723, 725, 727, 728, 730, 731, 732, 734, 736, 738, 740, 742, 744, 745, 746, 750, 751, 752, 754, 755, 756, 757, 759, 760, 761, 762, 763, 764, 765, 766, 768, 770, 771, 772, 773, 775, 777, 778, 780, 782, 783, 784, 785, 786, 787, 788, 789, 790, 791, 792, 793, 797, 825, 826, 827, 828, 829, 830, 831, 832, 833, 910, 911, 912, 913, 914, 915, 916, 917, 918, 920, 921, 922, 923, 924, 925, 926, 931, 932, 933, 934, 935, 936, 937, 938, 939, 940, 941, 945, 946, 947, 949, 950, 951, 952, 953, 954, 1100, 1101, 1103, 1104, 1105, 1106, 1107, 1108, 1109, 1110, 1111, 1112, 1113, 1114, 1115, 1116, 1117, 1118, 1124, 1125, 1126, 1127, 1130, 1132, 1133, 1134, 1135, 1136, 1140, 1141, 1142, 1144, |

07209/2517937.2

| WITNESS NAME | EXHIBITS |
|---|---|
| | 1146, 1152, 1153, 1154, 1155, 1156, 1157, 1158, 1159, 1160, 1161, 1162, 1163, 1164, 1165, 1166, 1167, 1168, 1169, 1170, 1172, 1175, 1176, 1177, 1178, 1179, 1180, 1181, 1182, 1183, 1184, 1185, 1186, 1187, 1188, 1192, 1230, 1232, 1233, 1234, 1235, 1236, 1306, 1307, 1309, 1310, 1311, 1312, 1313, 1314, 1315, 1316, 1317, 1318, 1319, 1320, 1321, 1322, 1323, 1324, 1325, 1326, 1327, 1328, 1329, 1330, 1368, 1503, 1508, 1514, 01577, 1658, 1659, 1700, 1701, 1703, 1706, 1721, 1722, 1723, 1725, 1747, 1748, 1750, 1751, 1752, 1761, 1762, 1763, 1764, 1765, 1766, 1767, 1768, 1769, 1770, 1771, 1773, 1774, 1775, 1776, 1777, 1778, 1779, 1780, 1781, 1782, 1783, 1786, 1787, 1788, 1789, 1790, 1791, 1792, 1902, 1905, 1906, 2201, 2202, 2203, 2208, 2209, 2210, 2656, 3350, 3351, 3352, 3353, 3354, 3355, 4207, 4402, 4404, 4405, 4413, 4423, 4500, 4501, 4502, 4503, 4504, 4505, 4506, 4507, 4508, 4509, 4510, 4511, 4512, 4513, 4514, 4515, 4526KM, 4527KM, 4528KM, 4529KM, 4530KM, 4531KM, 4534KM, 4535KM, 4536KM, 4538KM, 4540KM, 4541KM, 4542KM, 4543KM, 4544KM, 4545KM, 4546KM, 4547KM, 4548KM, 4549KM, 4550KM, 4551KM, 4552KM, 4901, 4903, 4904, 4905, 4906, 4908, 4909, 4910, 4911, 4917, 4918, 4919, 4920, 4950, 4951, 10001, 10002, 10004, 10006, 10008, 10009, 10010, 10011, 10013, 10014, 10015, 10016, 10017, 10018, 10019, 10024, 10025, 10027, 10030, 10033, 10034, 10037, 10039, 10040, 10041, 10045, 10049, 10054, 10055, 10056, 10057, 10089, 10091, 10095, 10097, 10102, 10104, 10107, 10110, 10111, 10113, 10116, 10117, 10119, 10120, 10121, 10122, 10123, 10124, 10125, 10126, 10127, 10128, 10129, 10130, 10131, 10132, 10133, 10134, 10135, 10136, 10137, 10138, 10139, 10140, 10141, 10142, 10143, 10144, 10145, 10146, 10147, 10148, 10149, 10150, 10151, 10152, 10153, 10154, 10155, 10157, 10158, 10159, 10163, 10164, 10165, 10166, 10167, 10168, 10171, 10172, 10173, 10174, 10175, 10178, 10179, 10180, 10181, 10182, 10196, 10199, 10200, 10201, 10202, 10208, 10224, 10227, 10228, 10232, 10233, 10239, 10240, 10241, 10243, 10244, 10245, 10246, 10247, 10248, 10249, 10250, 10251, 10252, 10253, 10254, 10255, 10257, 10258, 10259, 10260, 10287, 10288, 10306, 10307, 10328, 10330, 10331, 10332, 10334, 10336, 10337, 10338, 10339, 10340, 10341, 10342, 10343, 10344, 10345, 10346, 10347, 10348, 10349, 10350, 10351, 10352, 10353, 10354, 10355, 10384, 10424, 10425, 10426, 10427, 10428, 10429, 10430, 10431, 10432, 10433, 10434, 10435, 10436, 10437, 10449, 10450, 10451, 10452, 10466, 10477, 10480, 10481, 10484, 10485, 10486, 10487, 10488, 10489, 10490, 10491, 10492, 10493, 10494, 10495, 10496, 10497, 10498, 10499, 10500, 10501, 10502, 10503, 10504, 10505, 10506, 10507, 10508, 10509, 10510, 10511, 10512, 10513, 10514, 10515, 10516, 10517, 10518, 10519, 10520, 10521, 10522, 10523, 10524, 10525, 10526, 10527, 10528, 10529, 10530, 10531, 10532, 10533, 10534, 10535, 10536, 10537, 10538, 10539, 10540, 10541, 10542, 10543, 10544, 10545, 10546, 10547, 10548, 10549, 10550, 10551, 10552, 10553, 10554, 10555, 10556, |

07209/2517937.2

| WITNESS NAME | EXHIBITS |
|---|---|
|  | 10557, 10558, 10559, 10560, 10561, 10562, 10563, 10564, 10565, 10566, 10567, 10568, 10569, 10570, 10571, 10572, 10573, 10574, 10575, 10576, 10578, 10579, 10580, 10581, 10582, 10583, 10584, 10585, 10586, 10587, 10588, 10589, 10590, 10591, 10592, 10593, 10594, 10595, 10596, 10597, 10598, 10599, 10600, 10601, 10602, 10603, 10604, 10605, 10606, 10607, 10608, 10609, 10610, 10612, 10613, 10614, 10615, 10616, 10617, 10618, 10619, 10620, 10621, 10622, 10623, 10624, 10625, 10626, 10627, 10628, 10629, 10630, 10631, 10632, 10633, 10634, 10636, 10637, 10638, 10639, 10640, 10641, 10642, 10643, 10644, 10645, 10646, 10647, 10650, 10651, 10652, 10653, 10654, 10655, 10656, 10657, 10658, 10659, 10660, 10661, 10662, 10663, 10664, 10665, 10666, 10667, 10668, 10669, 10670, 10671, 10672, 10673, 10674, 10675, 10676, 10677, 10678, 10679, 10680, 10681, 10682, 10683, 10684, 10685, 10686, 10687, 10688, 10689, 10690, 10691, 10692, 10693, 10694, 10695, 10696, 10697, 10698, 10699, 10700, 10701, 10702, 10703, 10704, 10705, 10706, 10707, 10708, 10709, 10710, 10711, 10712, 10713, 10714, 10723, 10724, 10729, 10730, 10731, 10732, 10733, 10734, 10735, 10737, 10738, 10739, 10740, 10741, 10742, 10743, 10744, 10745, 10746, 10747, 10748, 10749, 10750, 10751, 10752, 10753, 10754, 10755, 10756, 10757, 10758, 10759, 10760, 10761, 10762, 10763, 10764, 10765, 10766, 10767, 10768, 10769, 10770, 10771, 10772, 10773, 10774, 10775, 10776, 10777, 10778, 10779, 10780, 10781, 10782, 10783, 10784, 10785, 10786, 10787, 10788, 10789, 10790, 10791, 10792, 10793, 10794, 10795, 10796, 10798, 10800, 10801, 10804, 10810, 10811, 10812, 10813, 10814, 10816, 10820, 10821, 10822, 10823, 10824, 10826, 10827, 10828, 10829, 10830, 10831, 10832, 10833, 10835, 10837, 10839, 10841, 10842, 10846, 10847, 10848, 10849, 10850, 10851, 10853, 10870, 10871, 10872, 10873, 10874, 10877, 10878, 10879, 10880, 10886, 10887, 10888, 10889, 10890, 10891, 10892, 10893, 10895, 10896, 10897, 10902, 10903, 10904, 10905, 10906, 11070, 11071, 11072, 11073, 11079, 11094, 11097, 11098, 11099, 11101, 11102, 11113, 11114, 11115, 11145, 11146, 11147, 11148, 11149, 11150, 11151, 11152, 11154, 11156, 11157, 11158, 11159, 11161, 11162, 11165, 11166, 11167, 11168, 11169, 11170, 11171, 11172, 11173, 11176, 11182, 11186, 11191, 11192, 11193, 11194, 11195, 11200, 11201, 11202, 11203, 11204, 11205, 11206, 11207, 11208, 11209, 11210, 11211, 11212, 11213, 11214, 11215, 11216, 11217, 11218, 11219, 11220, 11221, 11222, 11223, 11224, 11225, 11226, 11227, 11228, 11229, 11230, 11232, 11233, 11234, 11235, 11236, 11237, 11238, 11239, 11240, 11241, 11242, 11243, 11244, 11245, 11246, 11248, 11257, 11258, 11259, 11260, 11262, 11267, 11268, 11269, 11274, 11277, 11278, 11279, 11281, 11282, 11283, 11284, 11285, 11286, 11287, 11288, 11289, 11290, 11291, 11292, 11293, 11294, 11295, 11297, 11298, 11299, 11300, 11301, 11302, 11303, 11304, 11305, 11306, 11307, 11308, 11309, 11310, 11311, 11312, 11313, 11314, 11315, 11316, 11317, 11318, 11319, 11320, 11321, 11322, 11323, 11324, 11325, 11326, 11327, 11328, |

| WITNESS NAME | EXHIBITS |
|---|---|
|  | 11329, 11330, 11332, 11333, 11334, 11335, 11336, 11337, 11339, 11340, 11341, 11342, 11343, 11344, 11345, 11346, 11347, 11348, 11349, 11350, 11351, 11352, 11353, 11354, 11355, 11356, 11357, 11358, 11359, 11363, 11364, 11365, 11366, 11367, 11368, 11369, 11371, 11372, 11373, 11374, 11375, 11376, 11471, 11472, 11473, 11474, 11475, 11476, 11477, 11478, 11479, 11480, 11481, 11482, 11483, 11484, 11485, 11486, 11487, 11488, 11489, 11490, 11491, 11492, 11493, 11494, 11495, 11496, 11497, 11498, 11499, 11500, 11501, 11502, 11503, 11504, 11505, 11506, 11507, 11508, 11509, 11510, 11511, 11512, 11513, 11514, 11515, 11516, 11517, 11518, 11519, 11520, 11561, 11568, 11569, 11570, 11571, 11572, 11573, 11574, 11575, 11576, 11578, 11579, 11580, 11584, 11586, 11587, 11588, 11589, 11590, 11591, 11592, 11593, 11594, 11595, 11596, 11597, 11598, 11599, 11600, 11601, 11602, 11603, 11604, 11605, 11606, 11608, 11610, 11612, 11617, 11618, 11621, 11622, 11623, 11624, 11626, 11627, 11630, 11631, 11632, 11633, 11634, 11635, 11636, 11637, 11638, 11639, 11640, 11641, 11642, 11643, 11644, 11645, 11646, 11647, 11648, 11649, 11650, 11652, 11653, 11655, 11656, 11657, 11659, 11660, 11661, 11662, 11663, 11664, 11668, 11670, 11671, 11672, 11673, 11674, 11675, 11676, 11677, 11682, 11683, 11688, 11689, 11690, 11691, 11692, 11694, 11695, 11696, 11697, 11698, 11699, 11700, 11701, 11702, 11703, 11704, 11705, 11706, 11707, 11708, 11709, 11710, 11711, 11712, 11713, 11714, 11715, 11716, 11717, 11718, 11719, 11720, 11721, 11722, 11723, 11724, 11725, 11726, 11727, 11728, 11729, 11730, 11731, 11732, 11733, 11734, 11735, 11736, 11737, 11738, 11739, 11740, 11741, 11742, 11743, 11744, 11745, 11746, 11747, 11748, 11749, 11750, 11751, 11752, 11753, 11754, 11755, 11756, 11757, 11758, 11759, 11760, 11761, 11764, 11765, 11766, 11767, 11768, 11769, 11770, 11771, 11772, 11773, 11775, 11776, 11777, 11778, 11780, 11781, 11782, 11788, 11789, 11790, 11791, 11792, 11793, 11794, 11795, 11796, 11797, 11798, 11799, 11800, 11801, 11802, 11803, 11804, 11805, 11806, 11807, 11808, 11809, 11810, 11811, 11812, 11813, 11814, 11815, 11816, 11817, 11818, 11819, 11820, 11821, 11822, 11823, 11824, 11825, 11826, 11827, 11828, 11829, 11830, 11831, 11832, 11833, 11834, 11835, 11836, 11837, 11838, 11839, 11840, 11841, 11842, 11843, 11846, 11847, 11848, 11849, 11850, 11851, 11852, 11853, 11854, 11855, 11858, 11859, 11860, 11861, 11862, 11863, 11864, 11865, 11866, 11867, 11870, 11871, 11872, 11873, 11874, 11875, 11876, 11877, 11878, 11879, 11880, 11881, 11882, 11883, 11884, 11886, 11887, 11888, 11889, 11891, 11892, 11893, 11894, 11895, 11896, 11897, 11898, 11899, 11900, 11901, 11902, 11903, 11904, 11905, 11906, 11920, 11924, 11956, 11958, 11959, 11961, 11962, 11963, 11964, 11965, 11966, 11967, 11968, 11969, 11970, 11971, 11972, 11973, 11974, 11975, 11976, 11977, 11978, 11979, 11980, 11981, 11982, 11983, 11984, 11985, 11986, 11987, 11988, 11989, 11990, 11991, 11992, 11993, 11994, 11995, 11996, 11997, 11998, 11999, 12000, 12001, 12002, 12003, 12004, 12005, 12006, 12007, |

07209/2517937.2

| WITNESS NAME | EXHIBITS |
|---|---|
|  | 12008, 12009, 12010, 12011, 12012, 12013, 12014, 12015, 12016, 12017, 12018, 12022, 12023, 12028, 12031, 12032, 12036, 12037, 12038, 12039, 12040, 12041, 12042, 12043, 12044, 12045, 12046, 12047, 12048, 12049, 12050, 12051, 12052, 12053, 12054, 12055, 12057, 12059, 12061, 12062, 12063, 12071, 12072, 12073, 12074, 12075, 12076, 12084, 12085, 12086, 12087, 12088, 12089, 12090, 12091, 12092, 12093, 12094, 12095, 12096, 12097, 12098, 12099, 12100, 12101, 12102, 12103, 12104, 12105, 12106, 12107, 12108, 12109, 12110, 12111, 12113, 12114, 12115, 12116, 12117, 12118, 12119, 12120, 12121, 12122, 12123, 12124, 12125, 12126, 12127, 12128, 12129, 12131, 12135, 12140, 12141, 12145, 12146, 12147, 12148, 12149, 12150, 12151, 12152, 12153, 12154, 12155, 12158, 12159, 12160, 12161, 12162, 12163, 12164, 12165, 12166, 12167, 12169, 12170, 12171, 12172, 12180, 12181, 12182, 12184, 12185, 12187, 12188, 12189, 12190, 12191, 12192, 12193, 12194, 12195, 12196, 12197, 12198, 12199, 12200, 12201, 12202, 12203, 12204, 12205, 12206, 12207, 12208, 12209, 12210, 12211, 12212, 12213, 12214, 12215, 12216, 12217, 12218, 12219, 12220, 12221, 12222, 12223, 12224, 12225, 12226, 12230, 12237, 12238, 12239, 12241, 12242, 12243, 12244, 12245, 12246, 12247, 12248, 12249, 12250, 12251, 12252, 12253, 12254, 12255, 12256, 12257, 12258, 12259, 12260, 12261, 12262, 12263, 12264, 12265, 12266, 12267, 12268, 12269, 12270, 12271, 12272, 12273, 12274, 12275, 12276, 12277, 12278, 12279, 12280, 12281, 12282, 12286, 12287, 12288, 12289, 12304, 12305, 12306, 12307, 12308, 12309, 12310, 12311, 12313, 12325, 12329, 12330, 12331, 12333, 12335, 12337, 12339, 12341, 12343, 12345, 12347, 12350, 12353, 12354, 12355, 12356, 12357, 12358, 12359, 12361, 12362, 12363, 12364, 12365, 12366, 12367, 12368, 12369, 12370, 12371, 12373, 12374, 12376, 12377, 12378, 12379, 12381, 12382, 12389, 12390, 12393, 12394, 12395, 12396, 12397, 12398, 12399, 12400, 12401, 12402, 12404, 12405, 12406, 12407, 12408, 12410, 12411, 12412, 12413, 12414, 12415, 12416, 12417, 12418, 12419, 12420, 12421, 12422, 12423, 12424, 12425, 12426, 12427, 12428, 12429, 12430, 12431, 12433, 12434, 12435, 12436, 12437, 12438, 12439, 12440, 12441, 12442, 12443, 12750, 12816, 12820, 12821, 12822, 12824, 12825, 12828, 12843, 12875, 12876, 12877, 12878, 12879, 12880, 12881, 12882, 12883, 12884, 12885, 12886, 12887, 12888, 12893, 12894, 12895, 12896, 12897, 12898, 12899, 12900, 12901, 12902, 12904, 12905, 12906, 12907, 12908, 12909, 12910, 12911, 12912, 12913, 12914, 12915, 12916, 12917, 12918, 12919, 12920, 12921, 12922, 12948, 12949, 12950, 12951, 12980, 12984, 13002, 13003, 13004, 13010, 13022, 13033, 13034, 13035, 13036, 13040, 13041, 13059, 13060, 13061, 13062, 13063, 13064, 13065, 13066, 13067, 13068, 13069, 13070, 13071, 13072, 13073, 13074, 13075, 13076, 13077, 13078, 13079, 13080, 13081, 13083, 13084, 13085, 13086, 13087, 13088, 13091, 13092, 13093, 13095, 13100, 13104, 13105, 13109, 13110, 13111, 13112, 13117, 13121, 13122, 13127, 13128, 13145, 13146, 13147, 13148, 13149, 13157, |

| WITNESS NAME | EXHIBITS |
|---|---|
| Bryant, Janet | 13158, 13165, 13170, 13183, 13184, 13185, 13186, 13187, 13188, 13189, 13190, 13191, 13203, 13204, 13205, 13212, 13213, 13214, 112023, 1, 2, 3, 4, 5, 6, 7, 8, 9, 20, 48, 302, 523, 623, 624, 702, 703, 704, 705, 706, 707, 709, 710, 711, 712, 713, 714, 715, 717, 719, 720, 722, 723, 725, 727, 728, 730, 731, 732, 734, 736, 738, 740, 742, 744, 745, 746, 747, 748, 749, 750, 751, 752, 754, 755, 756, 757, 759, 760, 761, 762, 763, 764, 765, 766, 768, 770, 771, 772, 773, 775, 777, 778, 780, 782, 783, 784, 785, 786, 787, 788, 789, 790, 791, 792, 793, 797, 832, 911, 912, 913, 1107, 1108, 1109, 1110, 1118, 1125, 1126, 1130, 1152, 1153, 1154, 1155, 1156, 1157, 1158, 1159, 1160, 1161, 1162, 1163, 1164, 1165, 1166, 1167, 1168, 1169, 1170, 1176, 1177, 1178, 1179, 1180, 1181, 1182, 1183, 1184, 1185, 1186, 1187, 1188, 1313, 1327, 1328, 1329, 1330, 01577, 1721, 1722, 1723, 1747, 1748, 1750, 1751, 1752, 4504, 4950, 10008, 10055, 10200, 10484, 10485, 10486, 10487, 10488, 10489, 10490, 10491, 10492, 10493, 10494, 10495, 10496, 10497, 10498, 10499, 10500, 10501, 10502, 10503, 10504, 10505, 10506, 10507, 10508, 10509, 10510, 10511, 10512, 10513, 10514, 10515, 10516, 10517, 10518, 10519, 10520, 10521, 10522, 10523, 10524, 10525, 10526, 10527, 10528, 10529, 10530, 10531, 10532, 10533, 10534, 10535, 10536, 10537, 10538, 10539, 10540, 10541, 10542, 10543, 10544, 10545, 10546, 10547, 10548, 10549, 10550, 10551, 10552, 10554, 10555, 10556, 10557, 10558, 10559, 10560, 10561, 10562, 10563, 10564, 10565, 10566, 10567, 10568, 10569, 10570, 10571, 10572, 10573, 10574, 10575, 10576, 10578, 10579, 10580, 10581, 10582, 10583, 10584, 10585, 10586, 10587, 10588, 10589, 10590, 10591, 10592, 10593, 10594, 10595, 10600, 10601, 10602, 10603, 10604, 10605, 10606, 10607, 10608, 10609, 10610, 10613, 10614, 10615, 10616, 10617, 10618, 10619, 10620, 10621, 10622, 10623, 10628, 10629, 10630, 10631, 10632, 10633, 10634, 10638, 10639, 10640, 10652, 10654, 10655, 10656, 10657, 10658, 10659, 10663, 10664, 10665, 10666, 10667, 10668, 10669, 10670, 10671, 10672, 10673, 10674, 10675, 10676, 10677, 10678, 10679, 10680, 10681, 10682, 10683, 10684, 10687, 10691, 10692, 10693, 10694, 10695, 10697, 10698, 10699, 10700, 10701, 10705, 10706, 10707, 10708, 10709, 10710, 10711, 10712, 10714, 10724, 10790, 10791, 10792, 10794, 10795, 10796, 10800, 10801, 10810, 10811, 10828, 10831, 10846, 10849, 10871, 10872, 10873, 10874, 10877, 10903, 11094, 11098, 11099, 11225, 11226, 11227, 11228, 11229, 11230, 11239, 11240, 11282, 11283, 11291, 11292, 11293, 11294, 11359, 11653, 11656, 11675, 11772, 11788, 11789, 11790, 11791, 11792, 11793, 11794, 11795, 11796, 11797, 11798, 11799, 11800, 11801, 11802, 11803, 11804, 11805, 11806, 11807, 11808, 11809, 11810, 11811, 11812, 11813, 11814, 11815, 11816, 11817, 11818, 11819, 11820, 11821, 11822, 11823, 11824, 11825, 11826, 11827, 11828, 11829, 11830, 11831, 11832, 11833, 11834, 11836, 11837, 11838, 11848, 11849, 11850, 11851, 11858, 11859, 11860, 11861, 11862, 11863, 11864, 11865, 11866, |