1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3                   EASTERN DIVISION

4                      - - -

5        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                      - - -

7    MATTEL, INC.,                    )
                                      )
8                   PLAINTIFF,        )
                                      )
9           VS.                       )    NO. ED CV 04-09049
                                      )
10   MGA ENTERTAINMENT, INC., ET. AL.,)
                                      )
11                  DEFENDANTS.       )    TRIAL DAY 2,
     _____)    MORNING SESSION
12   AND CONSOLIDATED ACTIONS,        )
                                      )
13   _____)

14

15        REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16                 RIVERSIDE, CALIFORNIA

17              TUESDAY, MAY 27TH, 2008

18                    8:30 A.M.

19

20

21

22                 Exhibit 2,
                    P. 15

23

24             THERESA A. LANZA, RPR, CSR
           FEDERAL OFFICIAL COURT REPORTER
               3470 12TH STREET, RM. 134
25           RIVERSIDE, CALIFORNIA  92501
                    951-274-0844
                WWW.THERESALANZA.COM

**CERTIFIED COPY**

107

1    MR. BRYANT WAS EMPLOYED BY MATTEL, THEN MATTEL OWNS THEM.

2    THAT'S WHY.  THAT'S WHY ALL OF THIS EFFORT.

3         MGA NEEDED A CREATION DATE THAT WAS EARLIER, AND

4    THAT'S WHY THESE CHANGES WERE MADE.

5         SO THEY CONCOCTED A STORY.  IN AUGUST OF 1998, HE WAS         11:34

6    ALLEGEDLY INSPIRED -- THIS IS THE STORY -- TO CREATE BRATZ

7    AFTER DRIVING BY THE HIGH SCHOOL.  HE COMES BACK TO MATTEL IN

8    JANUARY 1999.  TOON TEENS DRAWINGS DATED JUNE OF 1999.

9    MR. BRYANT SEES THE TOON TEENS DOLLS.  HE SAYS HE NEVER SAW THE

10   DRAWINGS.  THERE WILL BE OTHER TESTIMONY ON THAT.  HE NOTARIZES   11:34

11   HIS DRAWINGS; COMES UP NOW WITH THE FINAL BRATZ DRAWINGS, WHICH

12   HE NOTARIZES AUGUST 26, 1999; SENDS THEM OFF TO THE ARTIST

13   REPRESENTATIVE COMPANY ALASKA MAMA, FALL OF 1999.

14        MGA'S STORY HERE IS CONTRADICTED BY EVIDENCE, COMMON

15   SENSE, AND THE SCIENTIFIC PROOF AS WELL.  THESE DRAWINGS WERE     11:35

16   MADE IN 1999.

17        HOW DO WE KNOW THAT?  WHAT'S SOME OF THE SCIENTIFIC

18   PROOF?

19        MGA CLAIMS THAT MR. BRYANT'S FIRST DRAWINGS, WHICH

20   THEY SAY WERE MADE IN 1998 -- REMEMBER, I TOLD YOU THAT THEY      11:35

21   ARE THESE BLACK AND WHITE DRAWINGS -- THEY SAY THAT THESE WERE

22   MADE, THESE BLACK AND WHITE DRAWINGS WERE MADE, BACK IN 1998.

23   THE PROBLEM WITH THIS IS TWO-FOLD.

24        THIS DRAWING, WE WILL SHOW YOU, WAS MADE FROM PAPER

25   TORN FROM THE MIDDLE OF A NOTEBOOK THAT MR. BRYANT WAS USING,     11:35

Exhibit 2 ,
P. 16

MAY 27, 2008                    TRIAL DAY 2, MORNING SESSION

1  WORKING ON MATTEL PROJECTS IN 1999 TO 2000.  THAT WILL BE THE

2  SCIENTIFIC EVIDENCE THAT YOU WILL HEAR.

3          MOREOVER, ANOTHER OF THE 1998 DRAWINGS, SEVERAL OF

4  THEM THAT HE CLAIMS WERE CREATED BACK IN 1998 -- IF WE COULD

5  LOOK AT 57-1 -- HE SAYS THAT THESE CAME FIRST, THESE BLACK AND

6  WHITE DRAWINGS WERE THE ORIGINAL ONES CREATED IN 1998, AND THEN

7  IN 1999, HE JUST COLORED THEM IN.  BUT THE EVIDENCE ON THAT

8  WILL BE THAT THE COLOR ONES CAME FIRST AND THAT THE BLACK AND

9  WHITE DRAWINGS WERE TRACED OVER THOSE.  THEY CAME SECOND.

10          YOU'RE GOING TO HEAR TESTIMONY FROM EXPERT -- AS YOU

11  CAN IMAGINE, IF YOU DRAW IT FREEHAND, YOUR LINE LOOKS A CERTAIN

12  WAY.  YOU'RE FREER; IT'S UNHESITATING.  IF YOU'RE TRACING, YOUR

13  HAND MOVES A LITTLE BIT.  AND YOU'RE GOING TO HEAR FROM AN

14  EXPERT THAT THESE BLACK AND WHITE DRAWINGS SHOW THOSE LITTLE

15  MOVEMENTS THAT ARE INCONSISTENT WITH A FREEHAND DRAWING.  THEY

16  WERE TRACED.

17          IN OTHER WORDS, THE BLACK AND WHITE DRAWINGS WEREN'T

18  FIRST, AS THEY CLAIM.  THE BLACK AND WHITE DRAWINGS WERE

19  SECOND.  THEY WERE TRACED AFTER THE COLOR DRAWINGS, WHICH MGA

20  ADMITS WERE CREATED IN 1999.

21          THIS LEADS TO ONE CONCLUSION, THAT ALL OF THESE

22  DRAWINGS, THE BLACK AND WHITE DRAWINGS, THE COLOR DRAWINGS,

23  WERE ALL CREATED IN 1999, WHEN MR. BRYANT WAS EMPLOYED BY

24  MATTEL.                    Exhibit  2  ,
                              P. 17

25          IN ANOTHER LAWSUIT, IN ANOTHER LAWSUIT THAT MGA

1          **THE COURT:**  WHY DON'T YOU MEET WITH MR. QUINN AND YOU

2   CAN DISCUSS THIS.  IF YOU CAN AGREE TO IT, GREAT.  IF NOT, I'LL

3   TAKE IT UP AT 1:00.

4          **MR. NOLAN:**  EXCELLENT.  THANK YOU.

5          **MR. QUINN:**  I DON'T AGREE WITH THAT.  MY                    11:43

6   UNDERSTANDING IS THAT EVERYTHING IS TO BE SHOWN BEFORE.

7          **THE COURT:**  I WOULDN'T EXPECT YOU TO AGREE.

8          WHY DON'T YOU MEET DURING THE BREAK, AND THEN AT

9   1:00, WE'LL TAKE IT UP, AND THE COURT WILL MAKE ITS DECISION.

10         WE'RE IN RECESS UNTIL 1:00.                                    11:43

11         (WHEREUPON, A LUNCH RECESS WAS HELD.)

12         (CONCLUSION OF MORNING SESSION.)

13

14

15

16

17                              CERTIFICATE

18

19   I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
20   THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
     ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
21   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.

22

23   _____              5-28-08
     THERESA A. LANZA, CSR, RPR                _____
24   FEDERAL OFFICIAL COURT REPORTER              DATE

25
                                  Exhibit  2  ,
                                  P. 18

1               UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                         - - -

4        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

5                         - - -

6   MATTEL, INC.,                 :  PAGES 2610 - 2707
                                  :
7            PLAINTIFF,           :
                                  :
8       VS.                       :  NO. ED CV04-09049-SGL
                                  :  [CONSOLIDATED WITH
9   MGA ENTERTAINMENT, INC.,      :  CV04-9059 & CV05-2727]
    ET AL.,                       :
10                                :
             DEFENDANTS.          :
11  _____

12

13

14

15            REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                RIVERSIDE, CALIFORNIA

17                FRIDAY, JUNE 13, 2008

18                JURY TRIAL - DAY 13

19                 AFTERNOON SESSION

20

21

22                        MARK SCHWEITZER, CSR, RPR, CRR
                          OFFICIAL COURT REPORTER
23                        UNITED STATES DISTRICT COURT
                          181-H ROYBAL FEDERAL BUILDING
24                        255 EAST TEMPLE STREET
                          LOS ANGELES, CALIFORNIA 90012
25                        (213) 663-3494

CERTIFIED COPY

1   A.   Yes.

2   Q.   And perhaps -- have you found that in the original?   So

3   you could show the jury where that is in the original?

4   A.   Yes.

5   Q.   Is it a little bit more than halfway through in the

6   book?

7   A.   Yes, approximately.

8   Q.   Now, in addition to your 1999 bank statements in that

9   book, you also have some drawings that are still in the book

10  which you know that you drew in 1999; is that right?

11       Let me call your attention, if you could.   Look in

12  the book at 1155-C, page 19.

13       Do you see there's a picture here that says Jewel?

14  A.   Yes.

15  Q.   And if you can hold that up to the jury so they can see

16  the original.   Well, I'm sorry.   If you haven't found that,

17  that's fine.   If you need to, though, please look at the

18  original.   The Jewel line, this was a doll you were working

19  on while you were at Mattel; right?

20  A.   I worked on two Jewel lines for Mattel.

21  Q.   And it's your recollection that this drawing here was

22  one done while you were working for Mattel after you joined

23  them in January 4, 1999; right?

24  A.   I'm not exactly sure.

25  Q.   Do you still have Exhibit 5 in front of you?

Exhibit  2,
P.  20

1       notes?

2            "ANSWER:   No.   I believe it was in '99."

3    Q.   BY MR. PRICE:   And that document which is being referred

4    to, Bates 333, if you would look in your notebook there, the

5    spiral notebook, Exhibit 1155-C, and look at page 13, you can

6    see that's the same document.

7    A.   Yes.

8    Q.   And if you could show that to the jury.

9            Now, where does that document -- so that document

10   is, or that page which has these notes on this large angel

11   doll that you believe was in '99, that's a few pages before

12   the drawings you have of the Jewel doll; correct?

13   A.   Well, it looks like I've got some Jewel drawings before

14   it and after it.

15   Q.   If you look at -- you're looking at 1155-C, page 13.   If

16   you'd look at page 19.   See, that's about six pages in the

17   notebook after you have your 1999 notes about the large

18   angel; right?

19   A.   Yes.

20   Q.   And then you go a couple pages more on page 21.

21   A.   Yes.

22   Q.   That's also several pages that after this 1999 large

23   angel entry; correct?

24   A.   Yes.

25   Q.   Was Jewel a collectible doll, by the way?

Exhibit 2 ,
P. 21

1   A.   Well, one of the Jewel projects I did was, yes.

2   Q.   Which is different from main line Barbie; right?

3   A.   Yes.

4   Q.   And when you joined Mattel in January of 1999, you were

5   working at some point after that in Barbie collectibles?

6   A.   Yes.

7   Q.   And for how long were you working in Barbie

8   collectibles?

9   A.   I worked there from January of '99 to October of 2000.

10  Q.   And in what time frame, when you were there from January

11  '99 to October 2000, were you working on the Jewel

12  collectible doll?

13  A.   I don't recall the exact time frame.  I think it was --

14  I think it was in '99.

15  Q.   Do you have any particular time as to when in 1999 you

16  were working on the Jewel collectible doll?

17  A.   I thought I just answered that.

18  Q.   A month period?

19  A.   I don't remember the exact month.  I think it was early

20  on.

21  Q.   Now, you understand, do you not, that when you have a

22  notebook like that, and you draw on it, that sometimes the

23  pressure you make in your drawing can create indentations on

24  the next page?

25  A.   Yes.                    Exhibit 2 ,
                                  P. 22

1   A.   Yes.

2        MR. NOLAN:  Objection, your Honor.  I apologize.

3   Which phase of Mattel?

4        THE COURT:  Very well.

5   Q.   BY MR. PRICE:  After October 19 of 2000.

6   A.   Yes.

7   Q.   And, for example, we've got 1313-C-10, the 10th page,

8   where it looks like there's a bedroom suite for Bratz.

9        Do you see that?

10  A.   Yes.

11  Q.   And about when did you create that drawing?

12  A.   Um, that was sometime, I think, in either late 2000 or

13  early 2001.

14  Q.   And if you look at 1313-C, page 27, you see there's "By

15  11/7, presenting to major retailers, final wax date."

16       Do you see that?

17  A.   Yes.

18  Q.   So like some of these pages actually have dates on them,

19  or at least a month and a day; correct?

20  A.   Yes.

21  Q.   In this time frame, looking at 1313-C, page 69, there's

22  "He has no clouds, has no rainbows."

23  Bereavement/encouragement card.

24       Do you see that?

25  A.   I'm trying to find the page.

Exhibit 1 ,
P. 23

1    MR. NOLAN:  Your Honor, the original is not

2  numbered.  That's the problem.

3    MR. PRICE:  Right.  The copy does.

4    THE WITNESS:  Yes, okay.

5  Q.  BY MR. PRICE:  And this appears to be for a possible

6  bereavement -- a card like a Hallmark card?

7  A.  A greeting card.

8  Q.  Pardon?

9  A.  A greeting card.

10  Q.  And you did greeting card work as well?

11  A.  Yeah, I did greeting card work from like -- I think I

12  started doing that in 1995.  I still dabble in it a little

13  bit.

14  Q.  And is this one of the -- I was going to say lyrics, but

15  I would say lines, I guess, for a greeting card?

16  A.  Sentiment, yes.

17  Q.  And three pages after that, I think 1313-C-072, is this

18  meant to be some kind of greeting card, or do you know?

19  A.  I think so.

20  Q.  In any event, if you look at 1313-C, which is supposed

21  to be 80 pages, can you tell that there aren't many pages

22  torn out that have one; right?

23  A.  It looks like there's a few missing pages, at least five

24  or six.

25  Q.  Well, if you look at the copy, which has Bates numbers

Exhibit __2__,
P.__24__

1

2

3

4

5

6

7                          C E R T I F I C A T E

8

9

10          I hereby certify that pursuant to Title 28,

11   Section 753 United States Code, the foregoing is a true and

12   correct transcript of the stenographically reported

13   proceedings in the above matter.

14          Certified on June 13, 2008.

15

16

17   **MARK SCHWEITZER, CSR, RPR, CRR**
     Official Court Reporter
18   License No. 10514

19

20

21

22

23

24

25                     Exhibit 2 ,
                        P. 25

1                  UNITED STATES DISTRICT COURT

2                 CENTRAL DISTRICT OF CALIFORNIA

3                            - - -

4        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

5                            - - -

6   MATTEL, INC.,                :   PAGES 2818 - 2935
                                 :
7            PLAINTIFF,           :
                                 :
8     VS.                        :   NO. ED CV04-09049-SGL
                                 :   [CONSOLIDATED WITH
9   MGA ENTERTAINMENT, INC.,     :   CV04-9059 & CV05-2727]
    ET AL.,                      :
10                               :
            DEFENDANTS.          :
11  _____

12

13

14

15           REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                  RIVERSIDE, CALIFORNIA

17                 TUESDAY, JUNE 17, 2008

18                  JURY TRIAL - DAY 14

19                   AFTERNOON SESSION

20

21

22                        MARK SCHWEITZER, CSR, RPR, CRR
                          OFFICIAL COURT REPORTER
23                        UNITED STATES DISTRICT COURT
                          181-H ROYBAL FEDERAL BUILDING
24                        255 EAST TEMPLE STREET
                          LOS ANGELES, CALIFORNIA 90012
25                        (213) 663-3494

CERTIFIED COPY

Exhibit 2,
P. 26

1   April of 1998.  April 15th.

2            THE WITNESS:  I wasn't really doing free-lance

3   projects so much.  I was just doing, you know, whatever

4   project they had that came up that they asked me to do.

5   Q.   BY MR. NOLAN:  I'd like to ask you to turn your

6   attention to Trial Exhibit 18460-001.

7   A.   Yes.

8   Q.   Do you recognize that exhibit?

9   A.   Yes.

10  Q.   Is there a date on that document?

11           Your Honor, I'd ask to approach.

12           THE COURT:  You may.

13  Q.   BY MR. NOLAN:  18460.001.  Do you have that?

14  A.   Yes.

15  Q.   And do you recognize that, sir?

16  A.   Yes.

17  Q.   And what is that exhibit that you are holding up?

18  A.   This is a master drawing of one of the projects that I

19  was working on for Mattel at the time.

20  Q.   And what time?

21  A.   I think this was January of '98.

22  Q.   While you were in Missouri?

23  A.   Yes.

24  Q.   And is that -- what's that project named?  Does it have

25  a name?

Exhibit 2 ,
P. 27

2896

1   A.   Something about Jewels.  I don't remember exactly what

2   it was called.

3   Q.   I'd ask you to take a look at Trial Exhibit 15601-001.

4   Do you have that in front of you?

5   A.   Yes.

6   Q.   Do you recognize 15601-001?

7   A.   Yes.

8   Q.   And how do you recognize it?

9   A.   It's from the same project, same Jewel project.

10  Q.   When you say the same project, what are you referring

11  to?

12  A.   I'm referring to what -- this was the master of this

13  other exhibit.

14  Q.   And the two exhibits that you are referring to now as

15  the master is 18460-001, the tracing paper; is that correct?

16  A.   Yes.

17  Q.   And the other exhibit you were comparing was 15601-001?

18  A.   Yes.  Yes.

19  Q.   And is 15601-001 dated?

20  A.   Yes.

21  Q.   And what date is on there?

22  A.   It looks like 1/28/98.

23  Q.   And who put that date on it?

24  A.   I did.

25  Q.   And how do you know that?

Exhibit  2  ,
P. 28

1    **A.**    I recognize my handwriting.

2            MR. NOLAN:  Your Honor, I would offer into evidence

3    18460-001, the tracing paper, and Exhibit 15601-001.

4            MR. PRICE:  No objection.

5            **(Exhibits 18460-001 and 15601-001 received.)**

6    **Q.**    BY MR. NOLAN:  Could we put up 18460-001.  And on the

7    right side is 15601-001.

8            Do you see that?

9    **A.**    Yes.

10   **Q.**    And the exhibit on the right, 15601-001, do you see on

11   the far right-hand side, do you see your name and date?

12   **A.**    Yes.

13   **Q.**    And you were in Missouri at the time when you did this

14   drawing?

15   **A.**    Yes.

16   **Q.**    And both of those projects relate to something -- Jewel

17   something Barbie?

18   **A.**    It was a Jewel-related something or other.

19   **Q.**    And just to show the breadth of your talents, can I ask

20   you to take a look at 15243-001.

21   **A.**    Yes.

22           MR. NOLAN:  May I approach with the originals?

23           THE COURT:  You may.

24   **Q.**    BY MR. NOLAN:  Do you recognize 15243?

25   **A.**    Yes.

Exhibit 2 ,
P. 29

2902

1   Q.   Now, were you doing this in or after April of 1998?

2   A.   Yes.

3   Q.   In fact, the date of that is May 11, 1998?

4   A.   Yes.

5   Q.   And who is Sophie?

6   A.   Sophie was my basset hound.

7   Q.   I'm sorry?

8   A.   She was my basset hound.  And the reason I named it

9   Sophie Says is because whatever Sophie said went.

10  Q.   Did you also do other types of greeting cards during

11  this period of time?

12  A.   Yes.

13  Q.   Have you ever heard of a group or an idea named Rainy

14  Day Rascals?

15  A.   Yes.

16  Q.   And what is Rainy Day Rascals?

17  A.   Those were some characters that I was sketching, trying

18  to think of concepts for.  They were a group of just children

19  and the overall theme was, you know, that there was a rainbow

20  within every cloud, something like that.

21  Q.   Could I ask you to turn to 18494, Trial Exhibit 18494.

22       Do you have that?

23  A.   Yes.

24  Q.   And what is 18494?

25  A.   These were just some ideas that I was thinking of for,

Exhibit 2 ,
P. 30

1  you know, different characters that I could develop or

2  different, you know, brand ideas.  Just things I was thinking

3  about.

4          MR. NOLAN:  Your Honor, we'd offer 18494.

5          MR. PRICE:  No objection.

6          THE COURT:  It's admitted.  You may publish.

7          MR. NOLAN:  May I approach with the original, your

8  Honor?

9          THE COURT:  You may.

10          **(Exhibit 18494 received.)**

11  Q.   BY MR. NOLAN:  This document is entitled card group

12  ideas/licensing.

13          Do you see that?

14  A.   Yes.

15  Q.   Do you recall when you did this document?

16  A.   Sometime in 1998.

17  Q.   Now, after you resigned from Mattel?

18  A.   I believe so, yes.

19  Q.   And before you went back to work for Mattel in 1999;

20  correct?

21  A.   Yes.

22  Q.   Do you have 15393?

23  A.   Yes.

24  Q.   And do you also have 15333 in front of you?

25          I believe both of these are in evidence, your

Exhibit  2  ,
P. 31

2904

1    Honor.

2              THE COURT:  Very well.

3              MR. NOLAN:  Then I'll approach with the exhibits.

4    Q.   Do you recognize 15393 and 15333?

5    A.   Yes.

6    Q.   And first, 15393.  Could you describe that for us?

7    A.   It is just a very rough sketch of one of my ideas for

8    the card line that I had been calling Rainy Day Rascals.

9    Q.   And it says Best of Luck on the outside, and then it

10   says -- or on the inside.  Best of luck in all your

11   endeavors.

12             Do you see that?

13   A.   Yes.

14   Q.   Is that all in your handwriting?

15   A.   Yes.

16   Q.   Did you draw that?

17   A.   Yes.

18   Q.   And when did you draw this?

19   A.   It was back in '98.

20   Q.   And then can you look at the original of that exhibit

21   for just a moment.

22             Do you have that?

23   A.   Yes.

24   Q.   Can you show it?

25   A.   Yes.

**Exhibit** 2 ,
**P.** 32

2905

1    Q.    And this looks like it's on lined paper.

2    A.    Right.

3    Q.    And there's some perforations on the side.

4          Do you see that?

5    A.    Yes.

6    Q.    And is that just ripped out of a notebook?

7    A.    Yes.

8    Q.    I want you to take a look at 15333.

9    A.    Okay.

10   Q.    And do you recognize 15333?  This is in evidence.

11   A.    Yes.

12         MR. NOLAN:  Could we have this up?

13         THE COURT:  You may.

14   Q.    BY MR. NOLAN:  All right.  And this is -- well, what is

15   this?

16   A.    This is just another very, very rough sketch of a

17   concept for this Rainy Day card line.

18   Q.    And what is the saying up here?  "Whenever I need you,"

19   and then at the bottom, it says:  "There you are."

20   A.    Right.

21   Q.    And when did you do this drawing?

22   A.    '98.

23   Q.    Do you have exhibit -- I'm sorry.  Do you have the

24   original of this up there?

25   A.    Yes.

Exhibit 2 ,
P. 33

1   Q.   And could you pull it out for us.  Again, is this on --

2   describe the paper for us.

3   A.   It's just ordinary lined notebook paper.  Some

4   perforations on the side, and it looks like it was torn out.

5   Q.   Did you rip this out for this trial?

6   A.   No.

7   Q.   Mr. Price was asking you questions concerning notebooks.

8           Do you recall that?

9   A.   Yes.

10  Q.   And I think he was pointing out that in some of the

11  notebooks that you were looking at, there were pages that

12  were removed from the notebook.

13          Do you recall that testimony?

14  A.   Yes.

15  Q.   And, in fact, do you recall that some of the pages were

16  in fact taken out?

17  A.   Yes.

18  Q.   Did you rip any of those pages out as part of this

19  litigation?

20  A.   No.

21  Q.   Can you look at Exhibit 18497 for me.  And do you

22  recognize 18497?

23  A.   Okay, yes.

24  Q.   And what is 18497?

25  A.   These are just, again, some more drawings of these Rainy

1    Day kids, more card ideas.

2    Q.   Do you have the original there?

3    A.   I don't think so.

4    Q.   All right.

5            This is in evidence, your Honor.  May I approach

6    with the original?

7            THE COURT:  You may.

8    Q.   BY MR. NOLAN:  I'm placing in front of you the original

9    of 18497.  And could you hold up for the jury the original of

10   18497?

11           Now, this is the rainy day rascal drawing that we

12   just saw; correct?

13   A.   I think one of them is some sort of exploration of the

14   same idea, yes.

15           MR. NOLAN:  Now, your Honor, this is in evidence, I

16   believe.  Could we have this up?

17           THE COURT:  Very well.

18   Q.   BY MR. NOLAN:  So although it doesn't show on the

19   projected screen, if you hold up the original of the

20   document, now, this is on yellow paper; correct?

21   A.   Yes.

22   Q.   And if you just go back to the earlier exhibit that I

23   asked you to look at, which is 15333, the one with the

24   perforations.

25   A.   Yes.

Exhibit 2 ,
P. 35

2909

1    notebook, opened it up, you know, and started drawing

2    wherever there was, you know, a blank spot.

3    Q.    Well, would you go to the very next available page in

4    the notebook and then start writing?

5    A.    No.   I just -- like I said, I would just kind of open it

6    willy-nilly.

7    Q.    Well, the exhibit that has been marked in this case, the

8    copy of the notebook is marked sequentially; correct?   Do you

9    remember the exhibit?

10          MR. PRICE:   I'll object as vague.   There are a

11   couple of notebooks.

12          MR. NOLAN:   I will come back to that.   I was trying

13   to do it a little bit quicker than I should have, your Honor.

14   I'm do it a different way.

15          THE COURT:   Very well.

16   Q.    BY MR. NOLAN:   Before I get to the actual notebooks, I

17   want to show you -- do you have Exhibit 18515 in front of

18   you?

19   A.    Yes.

20   Q.    And what is 18515?

21   A.    This looks like one of my greeting card designs that I

22   had done in '98.

23          MR. NOLAN:   Your Honor, we'd offer 18515.   It's in

24   evidence.   Can we show it on screen, and may I approach with

25   the original, your Honor?

Exhibit __2__,
P. _36_

1              THE COURT:  Very well.

2    Q.   BY MR. NOLAN:  So do you recognize what's on the screen

3    and what you are now holding up?

4    A.   Yes.

5    Q.   And what exactly is it?

6    A.   It was a greeting card design for a Valentine's greeting

7    card design.

8    Q.   Did you offer that greeting card up to anybody?  Were

9    you successful in selling that?

10   A.   No.

11   Q.   When did you do this greeting card?

12   A.   This was in 1998.

13   Q.   After you resigned from Mattel?

14   A.   I'm not sure.  I think I did it sometime early in the

15   year, but I don't recall exactly.

16   Q.   Do you have Exhibit 18498 in front of you?  Before we

17   leave this exhibit, in the right-hand corner, do you see that

18   there's a date on it?

19   A.   Yes.

20   Q.   And what does that date say?

21   A.   It says CHB-98.

22   Q.   And those are your initials?

23   A.   Yes.

24   Q.   Do you have Exhibit 18498 in front of you?

25   A.   Yes.

Exhibit  2  ,
P. 37

2911

1  Q.   And what is 18498?

2  A.   This was just another greeting card design.

3        MR. NOLAN:   And this is in evidence, your Honor.

4        THE COURT:   Very well.

5  Q.   BY MR. NOLAN:   And this is another greeting card?

6  A.   Yes.

7  Q.   Okay.   And did you do this while you were in Missouri?

8  A.   Yes.

9  Q.   Do you recall the exact date when you did this one?

10 A.   Just that it was sometime in 1998.

11 Q.   Could you bring back the greeting card --

12       MR. PRICE:   If I may have a moment with Mr. Nolan.

13       MR. NOLAN:   Your Honor, we'd offer 18498 and 18497.

14 Our stipulation shows that they are in.

15       MR. PRICE:   Ours doesn't, but we have no objection.

16       THE COURT:   Very well.

17       **(Exhibits 18497 and 18498 received.)**

18 Q.   BY MR. NOLAN:   And directing your attention to 18497, do

19 you see the Rainy Day Rascals?

20 A.   Yes.

21 Q.   And do you see the various phrases that you have

22 depicted here under Rainy Day Rascals?

23       Can we blow up the handwritten portion, Aaron?

24       Do you see the "Hearing from you, brightens up the

25 whole day"?

Exhibit 2 ,
P. 38

1    A.    Yes.

2    Q.    And then it says: "Whenever I need you, there you are"?

3        Do you see that?

4    A.    Yes.

5    Q.    And the last one is "Blowing love your way."

6        Do you see that?

7    A.    Yes.

8    Q.    And then in the big card that I gave you, which I

9 believe is Exhibit 18515.

10    A.    Yes.

11    Q.    And you see that the line there is "Blowing love your

12 way"?

13    A.    Yes.

14    Q.    That's the same phrase that was written out on what we

15 just showed, 18497; correct?

16    A.    Yes.

17    Q.    Now, do you have the notebook 1155-C in front of you?

18 It's the exhibit.

19    A.    Yes.

20        MR. NOLAN: And, your Honor, with your permission,

21 I'll approach and take away some of these exhibits.

22        THE WITNESS: Yeah, it's getting kind of crazy.

23        THE COURT: You may.

24        MR. NOLAN: Thank you.

25    Q.    Do you recognize this document?

Exhibit 2 ,
P. 39

2916

1   bank statement in 1999 indicate to you that everything in

2   that black notebook was entered in the year 1999?

3   **A.**   No, not at all.

4   **Q.**   I'd like to ask you to take a look, if you would, and

5   tell me whether or not you can see in any of the drawings, do

6   you see any drawings that resemble the drawings that you

7   previously identified as relating to the Jewel Barbie

8   project?

9   **A.**   Yes.

10  **Q.**   And how far into the notebook are those?

11  **A.**   Well, it's this first page.

12          MR. NOLAN:   Your Honor, I believe this is all in

13  evidence.  Can we put this up?  This is 1155-C-005.

14          THE COURT:   You may.

15  **Q.**   BY MR. NOLAN:  Do you see that, sir?

16  **A.**   Yes.

17  **Q.**   Does that relate to Jewel Barbie?

18  **A.**   Yes.

19  **Q.**   And you were working on Jewel Barbie at Mattel in the

20  year 1998; correct?

21          MR. PRICE:   Objection.  Leading.

22          MR. NOLAN:   I apologize, your Honor.  It's the

23  lateness of the hour.

24          THE COURT:   Very well.

25  **Q.**   BY MR. NOLAN:  Do you recall, Mr. Bryant, that I was

Exhibit 2 ,
P. 40

1   showing you drawings a few minutes ago with respect to

2   something related to a Jewel Barbie?

3   A.   Yes.

4   Q.   You recall that line of testimony?

5   A.   Yes.

6   Q.   And when do you recall working on Jewel Barbie for

7   Mattel?

8   A.   My first Jewel Barbie project was sometime in January of

9   1998.

10          MR. PRICE:   Your Honor, I move to strike the answer

11   as nonresponsive.

12          THE COURT:   Sustained.   The answer is stricken.

13          Mr. Nolan, do you wish to have a question answered?

14          MR. NOLAN:   Yes.

15          THE COURT:   Will the reporter please read the

16   question.

17          (Record read.)

18          THE WITNESS:   There was one in 1998 and also one in

19   1999.

20   Q.   BY MR. NOLAN:   Do you have a brother by the name of

21   Wade?

22   A.   Yes.

23   Q.   Is he married?

24   A.   Yes.

25   Q.   What's his wife's name?

Exhibit 2 ,
P. 41

1

2

3

4

5

6

7                    **C E R T I F I C A T E**

8

9

10          I hereby certify that pursuant to Title 28,

11   Section 753 United States Code, the foregoing is a true and

12   correct transcript of the stenographically reported

13   proceedings in the above matter.

14          Certified on June 17, 2008.

15

16

17   **MARK SCHWEITZER, CSR, RPR, CRR**
     Official Court Reporter
18   License No. 10514

19

20

21

22

23

24

25             Exhibit 2 ,
                P. 42

1           UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3               EASTERN DIVISION

4                   - - -

5       HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                   - - -

7   MATTEL, INC.,                    )

8                   PLAINTIFF,       )

9           VS.                      )   NO. CV 04-09049

10  MGA ENTERTAINMENT, INC., ET. AL.,)

11                  DEFENDANTS.      )   TRIAL DAY 15
                                     )   MORNING SESSION
12  AND CONSOLIDATED ACTIONS,        )   PAGES 2936-3032
                                     )

13

14

15       REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16               RIVERSIDE, CALIFORNIA

17             WEDNESDAY, JUNE 18, 2008

18                   9:07 A.M.

19

20

21

22

23              THERESA A. LANZA, RPR, CSR
            FEDERAL OFFICIAL COURT REPORTER
24              3470 12TH STREET, RM. 134
            RIVERSIDE, CALIFORNIA   92501
25                 951-274-0844
               WWW.THERESALANZA.COM

**Exhibit** 2 ,
**P.** 43

1          1998, YES.

2    Q    1998.  I APOLOGIZE.  IN 1998.

3          AND DID YOU OBSERVE HIGH SCHOOL STUDENTS AT THAT

4    TIME?

5    A    YES.                                              09:28

6    Q    TURN BACK QUICKLY TO THE BLACK NOTEBOOK, 1155.

7          DO YOU HAVE THAT, SIR?

8    A    YES.

9    Q    YESTERDAY WE WERE TALKING ABOUT A PROJECT CALLED JEWEL,

10   JEWEL SOMETHING BARBIE.                                09:28

11         DO YOU RECALL THAT?

12   A    YES.

13   Q    AND I SHOWED YOU A NUMBER OF EXHIBITS.  I JUST WANT TO ASK

14   YOU TO TAKE A LOOK AT 1155-C-0005.

15         I BELIEVE IN THE ORIGINAL OF THE BOOK -- IF YOU'RE      09:29

16   LOOKING AT THE NOTEBOOK, YOU'LL SEE IT IN THE VERY BEGINNING OF

17   THE NOTEBOOK.

18         DO YOU SEE THAT?

19   A    YES, I THINK SO.

20   Q    DO YOU HAVE THE BLACK NOTEBOOK THERE?                   09:29

21   A    YES.

22   Q    AND IF YOU'D OPEN IT UP, DO YOU SEE ANY DRAWINGS OF

23   SOMETHING THAT LOOKS LIKE A JEWEL BARBIE?

24   A    YES.

25         **MR. NOLAN:**  THIS IS, FOR THE RECORD NOW, BEING     09:29

Exhibit 2 ,
P. 44

1   PUBLISHED AS 1155-C-005.

2   **BY MR. NOLAN:**

3   Q    YOU DESCRIBED THIS YESTERDAY FOR US, BUT CAN YOU TELL THE

4   JURY WHEN -- DESCRIBE THIS OUTFIT FOR ME, IF YOU DON'T MIND.

5   A    DESCRIBE WHAT?                                          09:29

6   Q    THE OUTFIT; THE FIGURE THAT'S DEPICTED THERE.

7   A    THIS WAS JUST A REALLY ROUGH SKETCH OF SOME INITIAL IDEAS

8   THAT I HAD FOR THE JEWEL PROJECT.

9   Q    YOU DID THIS DRAWING WHEN?

10  A    IT WAS '98.                                             09:30

11  Q    AND I WANT TO SHOW YOU EXHIBIT 15601.

12          DO YOU SEE THAT?

13  A    YES.

14  Q    DO YOU SEE THIS ON THE RIGHT-HAND SIDE?

15  A    YES.                                                    09:30

16  Q    THAT'S 11601-001.

17          AND THEN YOU SEE HERE, THIS IS WHAT THE INITIAL IS

18  THAT "CARTER BRYANT 1998."

19  A    YES.

20  Q    AND DO YOU SEE THE SIMILARITIES BETWEEN THESE TWO?      09:31

21  A    YES.  I DO SEE SOME.

22  Q    I'M POINTING TO SOMETHING I THINK ON THE BOTTOM OF THE

23  SKIRT, AROUND THE KNEE.

24          WHAT IS THIS?  DO YOU KNOW?

25  A    I BELIEVE THAT WAS SUPPOSED TO INDICATE SOME SORT OF    09:31

Exhibit __2__ ,
P. __45__

2955

1    PLACEMENT OF A JEWEL.

2    Q    IS THAT ALSO ANYWHERE LOCATED ON YOUR SKETCH?

3    A    YES.  IT'S AT THE SAME POINT.

4    Q    MR. BRYANT, CAN YOU EXPLAIN TO THE JURY WHY YOU DATED THIS

5    DOCUMENT AND NOT OTHERS IN THE NOTEBOOK.                         09:31

6    A    I'M SORRY.  I'M CONFUSED.

7         ARE YOU TALKING ABOUT THE DRAWING ON THE RIGHT OR THE

8    ONE ON THE LEFT?

9    Q    THE ONE ON THE RIGHT.  DID YOU SEND THIS TO ANYBODY?

10   A    YES.  I SENT THAT IN TO MATTEL.                             09:31

11   Q    DID YOU HAVE A PRACTICE, ONE WAY OR THE OTHER, WHEN YOU

12   SENT OUT YOUR DRAWINGS, SKETCHES, OR FASHIONS, WHETHER OR NOT

13   YOU WOULD DATE THEM AT THAT TIME?

14   A    SOMETIMES, YES.

15   Q    WOULD YOU ACTUALLY DATE THEM AS OF THE DATE THAT YOU'RE    09:32

16   MAILING THEM OR THE DATE THAT YOU'VE PRESENTED THEM?

17   A    WELL, I DIDN'T PRESENT THIS ONE IN PERSON.  I JUST MAILED

18   IT, SO IT COULD HAVE BEEN THE MAILING DATE.  I DON'T REMEMBER.

19   Q    I WANT TO GET OUT OF THE BLACK NOTEBOOK.  YOU CAN SET THAT

20   ASIDE AND MOVE ON TO ANOTHER SUBJECT, IF YOU DON'T MIND.        09:32

21        I WANT TO TALK ABOUT ASHTON DRAKE FOR JUST A MOMENT,

22   BUT THE PERIOD AFTER THE CREATION OF BARBIE.

23        DID THERE COME A TIME WHEN YOU ACTUALLY HAD AN

24   INTERVIEW WITH ASHTON DRAKE?

25   A    YES.                                                        09:33

**Exhibit** 2 ,
**P.** 46

2963

1    Q    NOW, WERE YOU ASSIGNED TO A DIFFERENT DEPARTMENT THAN YOU

2    HAD BEEN IN THE ORIGINAL EMPLOYMENT STINT?

3    A    YES.

4    Q    AND THAT IS, NOW YOU'RE IN BARBIE COLLECTIBLES.

5    A    YES.                                                      09:44

6    Q    BY THE WAY, MR. PRICE WAS ASKING YOU CERTAIN QUESTIONS

7    ABOUT WHEN YOU WERE WORKING IN MISSOURI, AFTER YOU HAD LEFT

8    MATTEL BUT BEFORE YOU HAD RESIGNED, BETWEEN JANUARY AND APRIL

9    OF 1998.

10        DO YOU RECALL THAT?                                       09:44

11   A    YES.

12   Q    ISN'T IT TRUE THAT SOME OF THE PROJECTS, SUCH AS JEWEL

13   BARBIE, THAT YOU RECEIVED AND WORKED ON IN 1998 WHILE IN

14   MISSOURI WERE MORE AKIN TO BARBIE COLLECTIBLES?  OR WERE THEY

15   BARBIE BASICS?                                                 09:44

16   A    I WAS NEVER REALLY CLUED IN TO EXACTLY WHAT THEY WERE

17   INTENDING TO DO WITH THIS PROJECT.

18   Q    IN ANY EVENT, YOU STARTED WORKING JANUARY 4, 1999;

19   CORRECT?

20   A    YES.                                                      09:44

21   Q    YOU WENT THROUGH AN ORIENTATION MEETING, AS I UNDERSTAND

22   IT; CORRECT?

23   A    YES.

24   Q    AND THEN WHERE WERE YOU PHYSICALLY ASSIGNED WITHIN MATTEL?

25   A    WELL, I WAS IN THE DESIGN CENTER.  ALL I REMEMBER IS THAT   09:45

Exhibit 2 ,
P. 47

1    THE COURT:  IT WAS JUST FILED ON JUNE 17TH.  I JUST

2    WANTED TO GIVE YOU NOTICE OF IT.  WE'LL TAKE THIS UP AT 1:15.

3            MR. NOLAN:  THANK YOU.

4            THE COURT:  COURT IS IN RECESS.

5            (WHEREUPON, MORNING SESSION IS CONCLUDED. )                    12:01

6

7

8

9

10

11

12

13

14                           CERTIFICATE

15

16   I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
17   THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
     ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
18   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.

19

20   _____        6-20-08
     THERESA A. LANZA, CSR, RPR                   _____
21   FEDERAL OFFICIAL COURT REPORTER                   DATE

22

23

24

25                           Exhibit 2 ,
                                P. 48

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                        - - -

4        **HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING**

5                        - - -

6   MATTEL, INC.,                  :   PAGES 3033 - 3190
                                   :
7            PLAINTIFF,            :
                                   :
8      VS.                         :   NO. ED CV04-09049-SGL
                                   :   [CONSOLIDATED WITH
9   MGA ENTERTAINMENT, INC.,       :   CV04-9059 & CV05-2727]
    ET AL.,                        :
10                                 :
             DEFENDANTS.           :
11

12

13

14

15           REPORTER'S TRANSCRIPT OF PROCEEDINGS

16              RIVERSIDE, CALIFORNIA

17            WEDNESDAY, JUNE 18, 2008

18              JURY TRIAL - DAY 15

19              AFTERNOON SESSION

20

21

22                                 MARK SCHWEITZER, CSR, RPR, CRR
                                   OFFICIAL COURT REPORTER
23                                 UNITED STATES DISTRICT COURT
                                   181-H ROYBAL FEDERAL BUILDING
24                                 255 EAST TEMPLE STREET
                                   LOS ANGELES, CALIFORNIA 90012
25                                 (213) 663-3494

CERTIFIED COPY

Exhibit _2_,
P. _49_

1   Q.   Well, that's your belief sitting here right now;

2   correct?

3   A.   You know, I'm not really sure.  I mean, it's -- it's the

4   same type of paper it looks like.  So I'm not, you know, I'm

5   not sure that they came out of this notebook or not.

6   Q.   So if you said during my examination that they did come

7   out of that notebook, then you think you are now mistaken?

8   A.   Um, no, maybe just a little confused.

9   Q.   Well, speaking of that, let's talk about what is in the

10  notebook.

11  A.   Okay.

12  Q.   And you talked about Jewel, the project Jewel.

13       Do you recall that?

14  A.   Yes.

15  Q.   And I believe your testimony was that the Jewel project

16  you worked on both in '98 and '99.

17  A.   Yes, there were two different projects.

18  Q.   Now, could you tell us who was your supervisor was in

19  '98 on the Jewel project?

20  A.   Cassidy Park.

21  Q.   And that was during your first stint at Mattel; correct?

22  A.   Yes.

23  Q.   But it's correct, sir, that previously, when asked to

24  identify the projects you worked at in your first stint, you

25  didn't identify Jewel?

Exhibit 2 ,
P. 50

1   A.   I might not have.   I might just not have remembered it

2   at the time.

3   Q.   If we could play page 544, lines 2 through 13.

4        MR. NOLAN:   No objection.

5        THE COURT:   Very well.   You may play it.

6        WHEREUPON THE VIDEOTAPED DEPOSITION EXCERPTS

7        OF CARTER BRYANT, AS PROVIDED BY COUNSEL,

8        ARE INCORPORATED HEREIN:

9        "QUESTION:   Who was your supervisor during

10   your -- the first period of your employment at

11   Mattel?

12        "ANSWER:   Cassidy Park.

13        "QUESTION:   And was she your supervisor during

14   the entire first period?

15        "ANSWER:   Yes.

16        "QUESTION:   What projects did you work on

17   under her direction?

18        "ANSWER:   Oh, gosh.   Well, there were a number

19   of projects.   There was Teen Skipper.   There was an

20   Avon Barbie project.   There was a Bicycling Stacie

21   project.   There were a lot of projects.   There was

22   a cowboy project.   Oh, gosh.   That's all I can

23   remember off the top of my head right now."

24   Q.   Now, Mr. Bryant, do you recall the testimony in front of

25   the jury in response to the question that this is the

1    original of 1155-C, is it your understanding that those

2    original drawings that you made, which were 5-39, 5-40, 5-41,

3    and 5-42, came out of that notebook?

4            "ANSWER:  I believe so, yes."

5            Do you recall giving that testimony to the jury on

6    June 17th?

7    A.    I'm a little bit confused as to what it is you are

8    referring to.

9    Q.    1155-C is the black notebook.

10   A.    Okay.

11   Q.    You've got the original.  The question was was it your

12   understanding that those original drawings that you made came

13   out of that notebook?  "Answer:  I believe so, yes."

14           Do you recall giving that testimony?

15   A.    Yes.

16   Q.    And so it's your understanding, obviously, then, that

17   that notebook is just a 1999 notebook.  That means the

18   original drawings were in 1999.

19           MR. NOLAN:  Objection, your Honor.  Argumentative.

20   Characterization regarding the 1999 notebook.

21           THE COURT:  Rephrase, Counsel.

22   Q.    BY MR. PRICE:  Your understanding is that if it can be

23   established that that notebook contains only entries you made

24   in 1999, that would mean that the drawings were in 1999.

25           MR. NOLAN:  Objection, your Honor.  Vague and

Exhibit  2  ,
P.  52

1    ambiguous as to what remains in the book or was missing in

2    the book.

3              THE COURT:  Rephrase.

4    Q.   BY MR. PRICE:  Let me do it this way:  So there are some

5    drawings in this notebook which appear to be the Jewel

6    project; correct?

7    A.   Yes.

8    Q.   And there's also a few pages from that, an entry, notes,

9    ideas on large Angel.  The copy is 1155-C-013.

10             Do you see that?

11   A.   Yes.

12   Q.   And Angel is a 1999 project; right?

13   A.   I worked on a number of Angel projects.  I worked on one

14   for Ashton Drake.  I worked on illustration of an angel for

15   my portfolio.  And I also worked on an angel at Mattel at my

16   second stint.

17   Q.   And you said you worked on an angel at Mattel at your

18   second stint, that means after January 1999?

19   A.   Correct.

20   Q.   And what does that say there?

21   A.   I think it says Ken hair.

22   Q.   That probably refers to something at Mattel.  Wouldn't

23   you agree?

24   A.   It could.  I don't know.

25   Q.   And the angel in 1999 ideas you were working on included

Exhibit 2 ,
P. 53

1   empire waist look; right?

2   A.   I don't remember.  I don't think so.

3   Q.   Is it your understanding that these notes referring to

4   Ken hair refers to 1999, your second stint at Mattel?

5   A.   You know, I don't know.  These are just sort of, you

6   know, random notes.  I don't remember exactly which project

7   they were referring to.  Could have been that one.

8   Q.   Well, let's talk about Jewel.  You were shown some

9   drawings which have a date for Jewel of January 1998; is that

10  right?

11  A.   Yes.

12  Q.   And among them, for example, was, let's say, 15601.  You

13  remember this?

14  A.   Yes.

15  Q.   And also 15603.  This is January 28, 1998?

16  A.   Yes.

17  Q.   And 15603.  I think there's a 15604.  There are a number

18  that had this January '98 date on them.

19       Do you remember that?

20  A.   Yes.

21  Q.   Now, I would like you to look at the last page of

22  Exhibit 26.  That's your conflict of interest questionnaire

23  when you joined Mattel in '99.  That's Exhibit 26.

24       Could we show the last page.

25       I'll show you your signature here.

Exhibit 2 ,
P. 54

1          Now, what date did you put in your conflict of

2    interest questionnaire in January of 1999?

3    A.   I'm sorry.  What, now?

4    Q.   What date did you put, in January 1999, when you

5    rejoined Mattel, the new year, and you filled out the

6    conflict of interest questionnaire, what date did you put on

7    that conflict of interest questionnaire?

8    A.   Oh, at the bottom?

9    Q.   Or anywhere else you can see it.

10   A.   There are some dates that say 5/98 through 11/98.

11   Q.   How about here where you signed it?

12   A.   Yes.

13   Q.   And you were -- your intent was to sign it on the date

14   that you signed it.  Your intent was to date that on the date

15   you signed it; right?

16   A.   Yes.

17   Q.   And what date did you put on there in January of 1999?

18   A.   I put 01/04/98.

19   Q.   Now, let me show you what we'll mark as Exhibit 10756.

20          May I approach, your Honor?

21          THE COURT:  You may.

22   Q.   BY MR. PRICE:  Do you recognize 10756 as a sketch, Jewel

23   Barbie sketch that you did?

24   A.   Yes.

25          MR. PRICE:  Move Exhibit 10756 into evidence.

Exhibit  2 ,
P. 55