QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | **MATTEL, INC.'S FOURTH AMENDED PROPOSED VERDICT FORM FOR PHASE 1A** |
| AND CONSOLIDATED ACTIONS | **Phase 1:** |
| | Pre-Trial Conference: May 19, 2008<br>Trial Date:           May 27, 2008 |

1      Mattel, Inc. ("Mattel") hereby proposes the following fourth amended

2 proposed verdict form for Phase 1A of the trial in this matter, which is updated to

3 reflect the evidence introduced at trial and reflect the Court's recent rulings

4 regarding the statute of limitations defense.  Mattel requests and reserves the right to

5 amend, modify, withdraw and/or supplement these forms before or during the trial

6 of this matter.

7

8 DATED:  July 6, 2008            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

9

10                               By_/s/ Jon D. Corey_____

11                                 Jon D. Corey
                                   Attorneys for Mattel, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# MATTEL'S PROPOSED VERDICT FORM FOR PHASE 1A

We answer the questions submitted to us as follows:

## **Intentional Interference with Contractual Relations**

1.      Is MGA Entertainment, Inc. ("MGA") liable to Mattel for intentional interference with contractual relations?

        Yes    ____

        No     ____

2.      Is Isaac Larian liable to Mattel for intentional interference with contractual relations?

        Yes    ____

        No     ____

## **Aiding and Abetting Breach of Fiduciary Duty**

3.      Is MGA liable to Mattel for aiding and abetting breach of fiduciary duty?

        Yes    ____

        No     ____

4.      Is Isaac Larian liable to Mattel for aiding and abetting breach of fiduciary duty?

        Yes    ____

        No     ____

**<u>Aiding and Abetting Breach of the Duty of Loyalty</u>**

5.      Is MGA liable to Mattel for aiding and abetting breach of the duty of loyalty?

        Yes   ____

        No    ____


6.      Is Isaac Larian liable to Mattel for aiding and abetting breach of the duty of loyalty?

        Yes   ____

        No    ____


**<u>Conversion</u>**

7.      Is MGA liable to Mattel for conversion?

        Yes   ____

        No    ____


8.      Is Isaac Larian liable to Mattel for conversion?

        Yes   ____

        No    ____


9.      Is MGA Entertainment (HK) Limited liable to Mattel for conversion?

        Yes   ____

        No    ____

## **Ownership of Inventions**

10.     For each of the works listed below, was that work created by Carter Bryant during the period he was employed by Mattel?

| **Trial Exhibit No.** | YES | NO |
|---|---|---|
| Trial Exhibit 3-1 (779, 780) | _____ | _____ |
| Trial Exhibit 3-2 (726, 727, 728) | _____ | _____ |
| Trial Exhibit 3-3 (1152-20, 11838, 15182) | _____ | _____ |
| Trial Exhibit 3-4 (5-84, 716, 717) | _____ | _____ |
| Trial Exhibit 3-5 (791) | _____ | _____ |
| Trial Exhibit 3-6 (11837, 15184) | _____ | _____ |
| Trial Exhibit 3-7 (5-85, 718, 719) | _____ | _____ |
| Trial Exhibit 3-8 (789) | _____ | _____ |
| Trial Exhibit 3-9 (788) | _____ | _____ |
| Trial Exhibit 3-10 (735, 736) | _____ | _____ |
| Trial Exhibit 3-12 (792) | _____ | _____ |
| Trial Exhibit 3-13 (793) | _____ | _____ |
| Trial Exhibit 5-79 | _____ | _____ |
| Trial Exhibit 5-80 (5-86, 721, 722) | _____ | _____ |
| Trial Exhibit 5-89 (35-2, 323-32, 323-33) | _____ | _____ |
| Trial Exhibit 10033-3 (10033-4) | _____ | _____ |
| Trial Exhibit 5-88 (10153-3, 10153-4) | _____ | _____ |
| Trial Exhibit 1107 (10638) | _____ | _____ |
| Trial Exhibit 1108 (10639) | _____ | _____ |
| Trial Exhibit 1109 (771) | _____ | _____ |
| Trial Exhibit 1110 (773) | _____ | _____ |

| | Trial Exhibit No. | YES | NO |
|---|---|---|---|
| 1 | **<u>Trial Exhibit No.</u>** | YES | NO |
| 2 | Trial Exhibit 1-1 | _____ | _____ |
| 3 | Trial Exhibit 1-2 | _____ | _____ |
| 4 | Trial Exhibit 1-3 | _____ | _____ |
| 5 | Trial Exhibit 1-4 (728) | _____ | _____ |
| 6 | Trial Exhibit 1-5 | _____ | _____ |
| 7 | Trial Exhibit 1-6 | _____ | _____ |
| 8 | Trial Exhibit 1-7 | _____ | _____ |
| 9 | Trial Exhibit 1-8 | _____ | _____ |
| 10 | Trial Exhibit 1-9 | _____ | _____ |
| 11 | Trial Exhibit 1-10 | _____ | _____ |
| 12 | Trial Exhibit 1-11 | _____ | _____ |
| 13 | Trial Exhibit 2-1 (778) | _____ | _____ |
| 14 | Trial Exhibit 2-2 | _____ | _____ |
| 15 | Trial Exhibit 2-3 | _____ | _____ |
| 16 | Trial Exhibit 2-4 | _____ | _____ |
| 17 | Trial Exhibit 2-5 | _____ | _____ |
| 18 | Trial Exhibit 2-6 (746) | _____ | _____ |
| 19 | Trial Exhibit 2-7 | _____ | _____ |
| 20 | Trial Exhibit 2-8 (744) | _____ | _____ |
| 21 | Trial Exhibit 2-9 (734) | _____ | _____ |
| 22 | Trial Exhibit 2-10 | _____ | _____ |
| 23 | Trial Exhibit 3-11 | _____ | _____ |
| 24 | Trial Exhibit 5-14 (10515) | _____ | _____ |
| 25 | Trial Exhibit 5-18 (10518) | _____ | _____ |
| 26 | Trial Exhibit 5-19 (10519) | _____ | _____ |
| 27 | Trial Exhibit 5-26 (712) | _____ | _____ |
| 28 | | | |

| | **Trial Exhibit No.** | YES | NO |
|---|---|---|---|
| 1 | | | |
| 2 | Trial Exhibit 5-27 (713) | _____ | _____ |
| 3 | Trial Exhibit 5-28 (10526) | _____ | _____ |
| 4 | Trial Exhibit 5-30 | _____ | _____ |
| 5 | Trial Exhibit 5-34 | _____ | _____ |
| 6 | Trial Exhibit 5-35 | _____ | _____ |
| 7 | Trial Exhibit 5-36 (701, 702) | _____ | _____ |
| 8 | Trial Exhibit 5-37 (703) | _____ | _____ |
| 9 | Trial Exhibit 5-38 (762) | _____ | _____ |
| 10 | Trial Exhibit 5-39 (523, 751, 752) | _____ | _____ |
| 11 | Trial Exhibit 5-40 (753, 754, 13583) | _____ | _____ |
| 12 | Trial Exhibit 5-41 (755) | _____ | _____ |
| 13 | Trial Exhibit 5-42 (756) | _____ | _____ |
| 14 | Trial Exhibit 5-43 (709) | _____ | _____ |
| 15 | Trial Exhibit 5-46 (710) | _____ | _____ |
| 16 | Trial Exhibit 5-49 (704) | _____ | _____ |
| 17 | Trial Exhibit 5-50 (705) | _____ | _____ |
| 18 | Trial Exhibit 5-52 (62-1, 624) | _____ | _____ |
| 19 | Trial Exhibit 5-53 (1152-6, 10534, 15175) | _____ | _____ |
| 20 | Trial Exhibit 5-54 (62-2, 620, 774, 775) | _____ | _____ |
| 21 | Trial Exhibit 5-55 (62-3, 785) | _____ | _____ |
| 22 | Trial Exhibit 5-56 (764, 15176) | _____ | _____ |
| 23 | Trial Exhibit 5-57 (776, 777) | _____ | _____ |
| 24 | Trial Exhibit 5-58 (765, 15177) | _____ | _____ |
| 25 | Trial Exhibit 5-59 (739, 740) | _____ | _____ |
| 26 | Trial Exhibit 5-60 (761) | _____ | _____ |
| 27 | Trial Exhibit 5-61 (62-4, 782, 796-1, 1748) | _____ | _____ |
| 28 | | | |

MATTEL'S FOURTH AMENDED PROPOSED VERDICT FORM FOR PHASE 1A

| **Trial Exhibit No.** | YES | NO |
|---|---|---|
| Trial Exhibit 5-62 (62-5, 621, 767, 768) | _____ | _____ |
| Trial Exhibit 5-63 (758, 759, 760) | _____ | _____ |
| Trial Exhibit 5-64 (62-6, 795, 1750) | _____ | _____ |
| Trial Exhibit 5-65 (1152-8, 11789) | _____ | _____ |
| Trial Exhibit 5-66 (794) | _____ | _____ |
| Trial Exhibit 5-67 (62-7, 784, 1152-12, 10535, 15172) | _____ | _____ |
| Trial Exhibit 5-68 (62-8, 781, 786, 790, 1751-4) | _____ | _____ |
| Trial Exhibit 5-69 (5-70, 62-9, 623, 783, 11788) | _____ | _____ |
| Trial Exhibit 5-71 (62-10, 769, 770, 1752-1) | _____ | _____ |
| Trial Exhibit 5-72 (1152-16, 10536, 15179) | _____ | _____ |
| Trial Exhibit 5-73 (741, 742) | _____ | _____ |
| Trial Exhibit 5-74 (62-11, 10537, 15180) | _____ | _____ |
| Trial Exhibit 5-75 (62-12, 10538, 15181) | _____ | _____ |
| Trial Exhibit 5-76 (706) | _____ | _____ |
| Trial Exhibit 5-77 (707) | _____ | _____ |
| Trial Exhibit 5-78 (10539, 18501) | _____ | _____ |
| Trial Exhibit 5-81 (720) | _____ | _____ |
| Trial Exhibit 5-82 (715) | _____ | _____ |
| Trial Exhibit 5-83 (723) | _____ | _____ |
| Trial Exhibit 5-87 | _____ | _____ |
| Trial Exhibit 5-88 (35-1, 5-101) | _____ | _____ |
| Trial Exhibit 5-95 | _____ | _____ |
| Trial Exhibit 5-96 | _____ | _____ |
| Trial Exhibit 5-99 | _____ | _____ |
| Trial Exhibit 5-102 (10542) | _____ | _____ |
| Trial Exhibit 5-103 (10543) | _____ | _____ |

| Trial Exhibit No. | YES | NO |
|---|---|---|
| Trial Exhibit 5-104 (10544) | _____ | _____ |
| Trial Exhibit 5-105 (10545) | _____ | _____ |
| Trial Exhibit 5-106 (10546) | _____ | _____ |
| Trial Exhibit 5-107 (10547) | _____ | _____ |
| Trial Exhibit 5-108 (724, 725) | _____ | _____ |
| Trial Exhibit 5-111 (708) | _____ | _____ |
| Trial Exhibit 5-112 (62-13) | _____ | _____ |
| Trial Exhibit 5-113 | _____ | _____ |
| Trial Exhibit 5-114 | _____ | _____ |
| Trial Exhibit 5-136 (711) | _____ | _____ |
| Trial Exhibit 10-2 (63-1) | _____ | _____ |
| Trial Exhibit 62-14 | _____ | _____ |
| Trial Exhibit 62-15 (1152-1, 10613) | _____ | _____ |
| Trial Exhibit 323-18 | _____ | _____ |
| Trial Exhibit 323-19 | _____ | _____ |
| Trial Exhibit 323-26 | _____ | _____ |
| Trial Exhibit 1327 | _____ | _____ |
| Trial Exhibit 1328 | _____ | _____ |
| Trial Exhibit 10579 (18281) | _____ | _____ |

11.     For each of the three-dimensional sculpts or works listed below, did Carter Bryant create or direct others to create it while employed by Mattel?

| Trial Exhibit No. | YES | NO |
|---|---|---|
| Prototype doll that Bryant testified he presented to MGA on Sep. 1, 2000 | _____ | _____ |

| **Trial Exhibit No.** | YES | NO |
|---|---|---|
| Trial Exhibit 537 | _____ | _____ |
| Trial Exhibit 1105 | _____ | _____ |
| Trial Exhibit 1136 | _____ | _____ |
| Trial Exhibit 1141 | _____ | _____ |

12.    Did Bryant conceive the idea for the name "Bratz" while employed by Mattel?

    Yes    _____

    No    _____

13.    Did Bryant conceive the idea for a line of dolls called "Bratz" while employed by Mattel?

    Yes    _____

    No    _____

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

DATED: _____, 2008

_____
Jury Foreperson