QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL, INC.'S CORRECTED FOURTH AMENDED PROPOSED VERDICT FORM FOR PHASE 1A**<br><br>**Phase 1:**<br><br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

Mattel, Inc. ("Mattel") hereby proposes the following fourth amended proposed verdict form for Phase 1A of the trial in this matter, which is updated to reflect the evidence introduced at trial and reflect the Court's recent rulings regarding the statute of limitations defense. Mattel requests and reserves the right to amend, modify, withdraw and/or supplement these forms before or during the trial of this matter.

DATED: July 6, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
Jon D. Corey
Attorneys for Mattel, Inc.

# MATTEL'S PROPOSED VERDICT FORM FOR PHASE 1A

We answer the questions submitted to us as follows:

## Intentional Interference with Contractual Relations

1. Is MGA Entertainment, Inc. ("MGA") liable to Mattel for intentional interference with contractual relations?

   Yes ____

   No ____

2. Is Isaac Larian liable to Mattel for intentional interference with contractual relations?

   Yes ____

   No ____

## Aiding and Abetting Breach of Fiduciary Duty

3. Is MGA liable to Mattel for aiding and abetting breach of fiduciary duty?

   Yes ____

   No ____

4. Is Isaac Larian liable to Mattel for aiding and abetting breach of fiduciary duty?

   Yes ____

   No ____

**Aiding and Abetting Breach of the Duty of Loyalty**

5. Is MGA liable to Mattel for aiding and abetting breach of the duty of loyalty?

    Yes ____

    No ____

6. Is Isaac Larian liable to Mattel for aiding and abetting breach of the duty of loyalty?

    Yes ____

    No ____

**Conversion**

7. Is MGA liable to Mattel for conversion?

    Yes ____

    No ____

8. Is Isaac Larian liable to Mattel for conversion?

    Yes ____

    No ____

9. Is MGA Entertainment (HK) Limited liable to Mattel for conversion?

    Yes ____

    No ____

## Ownership of Inventions

10. For each of the works listed below, was that work created by Carter Bryant during the period he was employed by Mattel?

| Trial Exhibit No. | YES | NO |
|---|---|---|
| Trial Exhibit 3-1 (779, 780) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 3-2 (726, 727, 728) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 3-3 (1152-20, 11838, 15182) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 3-4 (5-84, 716, 717) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 3-5 (791) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 3-6 (11837, 15184) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 3-7 (5-85, 718, 719) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 3-8 (789) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 3-9 (788) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 3-10 (735, 736) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 3-12 (792) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 3-13 (793) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 5-79 | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 5-80 (5-86, 721, 722) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 5-89 (35-2, 323-32, 323-33) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 10033-3 (10033-4) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 5-88 (10153-3, 10153-4) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 1107 (10638) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 1108 (10639) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 1109 (771) | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 1110 (773) | \_\_\_\_ | \_\_\_\_ |

| | **Trial Exhibit No.** | YES | NO |
|---|---|---|---|
| 1 | | | |
| 2 | Trial Exhibit 1-1 | \_\_\_\_ | \_\_\_\_ |
| 3 | Trial Exhibit 1-2 | \_\_\_\_ | \_\_\_\_ |
| 4 | Trial Exhibit 1-3 | \_\_\_\_ | \_\_\_\_ |
| 5 | Trial Exhibit 1-4 (728) | \_\_\_\_ | \_\_\_\_ |
| 6 | Trial Exhibit 1-5 | \_\_\_\_ | \_\_\_\_ |
| 7 | Trial Exhibit 1-6 | \_\_\_\_ | \_\_\_\_ |
| 8 | Trial Exhibit 1-7 | \_\_\_\_ | \_\_\_\_ |
| 9 | Trial Exhibit 1-8 | \_\_\_\_ | \_\_\_\_ |
| 10 | Trial Exhibit 1-9 | \_\_\_\_ | \_\_\_\_ |
| 11 | Trial Exhibit 1-10 | \_\_\_\_ | \_\_\_\_ |
| 12 | Trial Exhibit 1-11 | \_\_\_\_ | \_\_\_\_ |
| 13 | Trial Exhibit 2-1 (778) | \_\_\_\_ | \_\_\_\_ |
| 14 | Trial Exhibit 2-2 | \_\_\_\_ | \_\_\_\_ |
| 15 | Trial Exhibit 2-3 | \_\_\_\_ | \_\_\_\_ |
| 16 | Trial Exhibit 2-4 | \_\_\_\_ | \_\_\_\_ |
| 17 | Trial Exhibit 2-5 | \_\_\_\_ | \_\_\_\_ |
| 18 | Trial Exhibit 2-6 (746) | \_\_\_\_ | \_\_\_\_ |
| 19 | Trial Exhibit 2-7 | \_\_\_\_ | \_\_\_\_ |
| 20 | Trial Exhibit 2-8 (744) | \_\_\_\_ | \_\_\_\_ |
| 21 | Trial Exhibit 2-9 (734) | \_\_\_\_ | \_\_\_\_ |
| 22 | Trial Exhibit 2-10 | \_\_\_\_ | \_\_\_\_ |
| 23 | Trial Exhibit 3-11 | \_\_\_\_ | \_\_\_\_ |
| 24 | Trial Exhibit 5-14 (10515) | \_\_\_\_ | \_\_\_\_ |
| 25 | Trial Exhibit 5-18 (10518) | \_\_\_\_ | \_\_\_\_ |
| 26 | Trial Exhibit 5-19 (10519) | \_\_\_\_ | \_\_\_\_ |
| 27 | Trial Exhibit 5-26 (712) | \_\_\_\_ | \_\_\_\_ |
| 28 | | | |

| | Trial Exhibit No. | YES | NO |
|---|---|---|---|
| 1 | | | |
| 2 | Trial Exhibit 5-27 (713) | \_\_\_\_ | \_\_\_\_ |
| 3 | Trial Exhibit 5-28 (10526) | \_\_\_\_ | \_\_\_\_ |
| 4 | Trial Exhibit 5-30 | \_\_\_\_ | \_\_\_\_ |
| 5 | Trial Exhibit 5-34 | \_\_\_\_ | \_\_\_\_ |
| 6 | Trial Exhibit 5-35 | \_\_\_\_ | \_\_\_\_ |
| 7 | Trial Exhibit 5-36 (701, 702) | \_\_\_\_ | \_\_\_\_ |
| 8 | Trial Exhibit 5-37 (703) | \_\_\_\_ | \_\_\_\_ |
| 9 | Trial Exhibit 5-38 (762) | \_\_\_\_ | \_\_\_\_ |
| 10 | Trial Exhibit 5-39 (523, 751, 752) | \_\_\_\_ | \_\_\_\_ |
| 11 | Trial Exhibit 5-40 (753, 754, 13583) | \_\_\_\_ | \_\_\_\_ |
| 12 | Trial Exhibit 5-41 (755) | \_\_\_\_ | \_\_\_\_ |
| 13 | Trial Exhibit 5-42 (756) | \_\_\_\_ | \_\_\_\_ |
| 14 | Trial Exhibit 5-43 (709) | \_\_\_\_ | \_\_\_\_ |
| 15 | Trial Exhibit 5-46 (710) | \_\_\_\_ | \_\_\_\_ |
| 16 | Trial Exhibit 5-49 (704) | \_\_\_\_ | \_\_\_\_ |
| 17 | Trial Exhibit 5-50 (705) | \_\_\_\_ | \_\_\_\_ |
| 18 | Trial Exhibit 5-52 (62-1, 624) | \_\_\_\_ | \_\_\_\_ |
| 19 | Trial Exhibit 5-53 (1152-6, 10534, 15175) | \_\_\_\_ | \_\_\_\_ |
| 20 | Trial Exhibit 5-54 (62-2, 620, 774, 775) | \_\_\_\_ | \_\_\_\_ |
| 21 | Trial Exhibit 5-55 (62-3, 785) | \_\_\_\_ | \_\_\_\_ |
| 22 | Trial Exhibit 5-56 (764, 15176) | \_\_\_\_ | \_\_\_\_ |
| 23 | Trial Exhibit 5-57 (776, 777) | \_\_\_\_ | \_\_\_\_ |
| 24 | Trial Exhibit 5-58 (765, 15177) | \_\_\_\_ | \_\_\_\_ |
| 25 | Trial Exhibit 5-59 (739, 740) | \_\_\_\_ | \_\_\_\_ |
| 26 | Trial Exhibit 5-60 (761) | \_\_\_\_ | \_\_\_\_ |
| 27 | Trial Exhibit 5-61 (62-4, 782, 796-1, 1748) | \_\_\_\_ | \_\_\_\_ |
| 28 | | | |

| | Trial Exhibit No. | YES | NO |
|---|---|---|---|
| 1 | | | |
| 2 | Trial Exhibit 5-62 (62-5, 621, 767, 768) | \_\_\_\_\_ | \_\_\_\_\_ |
| 3 | Trial Exhibit 5-63 (758, 759, 760) | \_\_\_\_\_ | \_\_\_\_\_ |
| 4 | Trial Exhibit 5-64 (62-6, 795, 1750) | \_\_\_\_\_ | \_\_\_\_\_ |
| 5 | Trial Exhibit 5-65 (1152-8, 11789) | \_\_\_\_\_ | \_\_\_\_\_ |
| 6 | Trial Exhibit 5-66 (794) | \_\_\_\_\_ | \_\_\_\_\_ |
| 7 | Trial Exhibit 5-67 (62-7, 784, 1152-12, 10535, 15172) | \_\_\_\_\_ | \_\_\_\_\_ |
| 8 | Trial Exhibit 5-68 (62-8, 781, 786, 790, 1751-4) | \_\_\_\_\_ | \_\_\_\_\_ |
| 9 | Trial Exhibit 5-69 (5-70, 62-9, 623, 783, 11788) | \_\_\_\_\_ | \_\_\_\_\_ |
| 10 | Trial Exhibit 5-71 (62-10, 769, 770, 1752-1) | \_\_\_\_\_ | \_\_\_\_\_ |
| 11 | Trial Exhibit 5-72 (1152-16, 10536, 15179) | \_\_\_\_\_ | \_\_\_\_\_ |
| 12 | Trial Exhibit 5-73 (741, 742) | \_\_\_\_\_ | \_\_\_\_\_ |
| 13 | Trial Exhibit 5-74 (62-11, 10537, 15180) | \_\_\_\_\_ | \_\_\_\_\_ |
| 14 | Trial Exhibit 5-75 (62-12, 10538, 15181) | \_\_\_\_\_ | \_\_\_\_\_ |
| 15 | Trial Exhibit 5-76 (706) | \_\_\_\_\_ | \_\_\_\_\_ |
| 16 | Trial Exhibit 5-77 (707) | \_\_\_\_\_ | \_\_\_\_\_ |
| 17 | Trial Exhibit 5-78 (10539, 18501) | \_\_\_\_\_ | \_\_\_\_\_ |
| 18 | Trial Exhibit 5-81 (720) | \_\_\_\_\_ | \_\_\_\_\_ |
| 19 | Trial Exhibit 5-82 (715) | \_\_\_\_\_ | \_\_\_\_\_ |
| 20 | Trial Exhibit 5-83 (723) | \_\_\_\_\_ | \_\_\_\_\_ |
| 21 | Trial Exhibit 5-87 | \_\_\_\_\_ | \_\_\_\_\_ |
| 22 | Trial Exhibit 5-88 (35-1, 5-101) | \_\_\_\_\_ | \_\_\_\_\_ |
| 23 | Trial Exhibit 5-95 | \_\_\_\_\_ | \_\_\_\_\_ |
| 24 | Trial Exhibit 5-96 | \_\_\_\_\_ | \_\_\_\_\_ |
| 25 | Trial Exhibit 5-99 | \_\_\_\_\_ | \_\_\_\_\_ |
| 26 | Trial Exhibit 5-102 (10542) | \_\_\_\_\_ | \_\_\_\_\_ |
| 27 | Trial Exhibit 5-103 (10543) | \_\_\_\_\_ | \_\_\_\_\_ |
| 28 | | | |

| | **Trial Exhibit No.** | YES | NO |
|---|---|---|---|
| 1 | | | |
| 2 | Trial Exhibit 5-104 (10544) | \_\_\_\_ | \_\_\_\_ |
| 3 | Trial Exhibit 5-105 (10545) | \_\_\_\_ | \_\_\_\_ |
| 4 | Trial Exhibit 5-106 (10546) | \_\_\_\_ | \_\_\_\_ |
| 5 | Trial Exhibit 5-107 (10547) | \_\_\_\_ | \_\_\_\_ |
| 6 | Trial Exhibit 5-108 (724, 725) | \_\_\_\_ | \_\_\_\_ |
| 7 | Trial Exhibit 5-111 (708) | \_\_\_\_ | \_\_\_\_ |
| 8 | Trial Exhibit 5-112 (62-13) | \_\_\_\_ | \_\_\_\_ |
| 9 | Trial Exhibit 5-113 | \_\_\_\_ | \_\_\_\_ |
| 10 | Trial Exhibit 5-114 | \_\_\_\_ | \_\_\_\_ |
| 11 | Trial Exhibit 5-136 (711) | \_\_\_\_ | \_\_\_\_ |
| 12 | Trial Exhibit 10-2 (63-1) | \_\_\_\_ | \_\_\_\_ |
| 13 | Trial Exhibit 62-14 | \_\_\_\_ | \_\_\_\_ |
| 14 | Trial Exhibit 62-15 (1152-1, 10613) | \_\_\_\_ | \_\_\_\_ |
| 15 | Trial Exhibit 323-18 | \_\_\_\_ | \_\_\_\_ |
| 16 | Trial Exhibit 323-19 | \_\_\_\_ | \_\_\_\_ |
| 17 | Trial Exhibit 323-26 | \_\_\_\_ | \_\_\_\_ |
| 18 | Trial Exhibit 1327 | \_\_\_\_ | \_\_\_\_ |
| 19 | Trial Exhibit 1328 | \_\_\_\_ | \_\_\_\_ |
| 20 | Trial Exhibit 10579 (18281) | \_\_\_\_ | \_\_\_\_ |

21

22     11.    For each of the three-dimensional sculpts or works listed below, did

23  Carter Bryant create or direct others to create it while employed by Mattel?

24

| | **Trial Exhibit No.** | YES | NO |
|---|---|---|---|
| 25 | | | |
| 26 | Prototype doll that Bryant testified he presented to MGA on Sep. 1, 2000 | \_\_\_\_ | \_\_\_\_ |

28

| Trial Exhibit No. | YES | NO |
|---|---|---|
| Trial Exhibit 537 | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 1105 | \_\_\_\_ | \_\_\_\_ |
| Trial Exhibit 1136 | \_\_\_\_ | \_\_\_\_ |

12. Did Bryant conceive the idea for the name "Bratz" while employed by Mattel?

      Yes  \_\_\_\_

      No  \_\_\_\_

13. Did Bryant conceive the idea for a line of dolls called "Bratz" while employed by Mattel?

      Yes  \_\_\_\_

      No  \_\_\_\_

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

DATED: _____, 2008

_____

Jury Foreperson