# EXHIBIT 1



ALL MATERIALS © 2000 CARTER BRYANT

ATTORNEY'S EYES ONLY

BRYANT 00262



DEPOSITION EXHIBIT

Exhibit **1**,
P. **7**

EX 1-0001

# Bratz!

Meet the Bratz! The Totally Transformable Teenage dolls! They're four best friends from high school who love to trade clothes, shoes and hairdos! They come to school with a new look every day!

By simply popping off the hairstyle and shoes, and exchanging them for one of their other hairstyles and pairs of shoes, or a friend's hairstyle and shoes, you can create a whole new look! Complete the look by changing their pants or skirts for one of their additional garments!

Each doll comes dressed in a trendy, hip outfit, with one or two additional pieces, such as an additional skirt or t-shirt (for mix and matching.) Each doll also comes with two great hairstyles, 2 great pairs of shoes, and a cool backpack.

ATTORNEY'S EYES ONLY                BRYANT 00263

Exhibit____1____,
P. ___8___



## Meet Zoe!

She's the queen of cool at school with her short dark brown hair and funky stompin' sneaks. Hiphugger jeans, short tee shirt and glittery vinyl backpack complete her daytime look.

ATTORNEY'S EYES ONLY

BRYANT 00264

Exhibit 1
P. 9



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

ATTORNEY'S EYES ONLY

BRYANT 00265

Exhibit __1__
P. __10__

EX 1-0004



Now she has a whole new look for nighttime fun with the rest of the Bratz gang!

**ATTORNEY'S EYES ONLY**

BRYANT 00266

Exhibit __I__,
P. __II__

EX 1-0005



## Meet Lupe!

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery tennies , a fun red updo and fresh backpack give her a great look for school!

ATTORNEY'S EYES ONLY

BRYANT 00267

Exhibit 1
P. 12

EX 1-0006



(for partytime, change her into a short skirt, braids and silver stompers)

ATTORNEY'S EYES ONLY

BRYANT 00268

Exhibit 1
P. 13

EX 1-0007



## Meet Hallidae!

She's got the beat! Ultra trendy street wear 'n' braids for hittin' the books. Jean skirt, boots and knit cap, not to mention a funky backpack (check out the logos!) give Hallidae a look that is all that!

ATTORNEY'S EYES ONLY

BRYANT 00269

Exhibit 1 ,
P. 14

EX 1-0008



On date night, it's a sassy short dress, platforms, and a totally new 'do!

ATTORNEY'S EYES
ONLY

BRYANT 00270

Exhibit I
P. 15

EX 1-0009



## Meet Jade!

Jade loves far-out fashion! Mary Janes and a baby doll are just perfect for study hall! Twisty hairdo, fringe-y jacket and a sweeter than sweet backpack and Jade is ready for serious school house rock!

ATTORNEY'S EYES ONLY

BRYANT 00271

Exhibit __1__,
P. __16__

EX 1-0010



for weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!

ATTORNEY'S EYES ONLY

BRYANT 00272

Exhibit 1 ,
P. 17

EX 1-0011



"The Bratz"

ATTORNEY'S EYES
ONLY

BRYANT 00310



11-5-04            SH

Exhibit  1
P.  18

EX 2-0001



**ATTORNEY'S EYES
ONLY**

**BRYANT 00311**

Exhibit __1__,
P. __19__

EX 2-0002



New look-
same doll!  :)

**ATTORNEY'S EYES
ONLY**

**BRYANT 00312**

Exhibit __1__
P. __20__

EX 2-0003



ATTORNEY'S EYES
ONLY

BRYANT 00313

Exhibit _1_,
P. _21_



How they transform

ATTORNEY'S EYES
ONLY

BRYANT 00314

Exhibit__1__,
P.__22__

EX 2-0005



ATTORNEY'S EYES
ONLY

Exhibit  I
P.  23

EX 2-0006



"30E"

ATTORNEY'S EYES
ONLY

BRYANT 00316

Exhibit 1
P. 24

EX 2-0007



after transform.

**ATTORNEY'S EYES ONLY**

BRYANT 00317

Exhibit  l
P. 25



**ATTORNEY'S EYES ONLY**

BRYANT 00318

Exhibit __1__,
P. __26__



"LUPE"

ATTORNEY'S EYES ONLY

BRYANT 00319

Exhibit _1_,
P. _27_

EX 2-0010



8/1998

**ATTORNEY'S EYES ONLY**

BRYANT 00222



DEPOSITION EXHIBIT
3

11-5-04     S

Exhibit 1,
P. 28

EX 3-0001



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

8/1998

ATTORNEY'S EYES
ONLY

BRYANT 00223

Exhibit 1
P. 29

EX 3-0002



8/1998

ATTORNEY'S EYES ONLY

BRYANT 00224

Exhibit 1,
P. 30

EX 3-0003



ATTORNEY'S EYES ONLY

BRYANT 00225

Exhibit __1__,
P. __31__

EX 3-0004



8/1998

ATTORNEY'S EYES ONLY

BRYANT 00226

Exhibit **1**
P. **32**

EX 3-0005



8/1998

**ATTORNEY'S EYES ONLY**

BRYANT 00227

Exhibit  1  ,
P.  33

EX 3-0006



ATTORNEY'S EYES
ONLY

BRYANT 00228

Exhibit 1
P. 34



8/1998

ATTORNEY'S EYES ONLY

BRYANT 00229

Exhibit  1
P.  35

EX 3-0008



?/1998

**ATTORNEY'S EYES ONLY**

**BRYANT 00230**

Exhibit __1__,
P. __36__



ATTORNEY'S EYES ONLY          BRYANT 00231

Exhibit 1
P. 37

EX 3-0010



ATTORNEY'S EYES
ONLY                          BRYANT 00232

Exhibit 1
P. 38

EX 3-0011



8/1998

ATTORNEY'S EYES ONLY

BRYANT 00233

Exhibit 1 ,
P. 39

EX 3-0012



8/1998

**ATTORNEY'S EYES ONLY**          **BRYANT 00234**

Exhibit __l__,
P.__40__

EX 3-0013



ATTORNEY'S EYES
ONLY

BRYANT 00221

Exhibit __l__,
P. __41__

EX 5-0080



Hallidae

ATTORNEY'S EYES
ONLY

BRYANT 00235

Exhibit 1
P. 42

EX 5-0081



Zoe

ATTORNEY'S EYES ONLY

BRYANT 00236

Exhibit __1__,
P. __43__

EX 5-0082



ATTORNEY'S EYES
ONLY          BRYANT 00237

Exhibit __1__,
P. __44__

EX 5-0083



ATTORNEY'S EYES
ONLY

BRYANT 00273

Exhibit 1,
P. 45

EX 5-0084



**ATTORNEY'S EYES ONLY**

BRYANT 00274

Exhibit __I__,
P. __46__



**ATTORNEY'S EYES
ONLY**

**BRYANT 00275**

Exhibit _1_
P. _47_



**ATTORNEY'S EYES ONLY**

BRYANT 00276

Exhibit 1
P. 48

EX 5-0087



ATTORNEY'S EYES
ONLY

BRYANT 00297

Exhibit __1__,
P. __49__

EX 5-0108



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

June 2000
Contract date : 9/18/2000

Exhibit __1__,
P. __50__

M 0001489

EX 10-0002