# EXHIBIT 2



JOINTED HERE, @ SHOULDERS

JOINTED HIPS

SCULPTED FINGERNAILS

BASIC 5TH SCULPT

**ATTORNEY'S EYES ONLY**

**BRYANT 00290**

Exhibit **2**,
P. **51**

**TRIAL EXHIBIT 00035-003**



**CONFIDENTIAL**

**BRYANT 01243**



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006453

Exhibit 2
P. 53

302

EX 302-0001

# Bratz!

Meet the Bratz! The Totally Transformable Teenage dolls! They're four best friends from high school who love to trade clothes, shoes and hairdos! They come to school with a new look every day!

By simply popping off the hairstyle and shoes, and exchanging them for one of their other hairstyles and pairs of shoes, or a friend's hairstyle and shoes, you can create a whole new look! Complete the look by changing their pants or skirts for one of their additional garments!

Each doll comes dressed in a trendy, hip outfit, with one or two additional pieces, such as an additional skirt or t-shirt (for mix and matching.) Each doll also comes with two great hairstyles, 2 great pairs of shoes, and a cool backpack.

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006454

Exhibit **2**,
P. **54**

EX 302-0002





## Meet Zoe!

She's the queen of cool at school with her short dark brown hair and funky stompin' sneaks. Hiphugger jeans, short tee shirt and glittery vinyl backpack complete her daytime look.

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006455

Exhibit **2**,
P. **55**

EX 302-0003

To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006456

Exhibit 2 ,
P. 56

EX 302-0004



Now she has a whole new look for nighttime fun with the rest of the Bratz gang!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006457

Exhibit **2**
P. **57**

EX 302-0005



**Meet Lupe!**

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery tennies , a fun red updo and fresh backpack give her a great look for school!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006458

Exhibit 2 ,
P. 58



For partytime, change her into a short skirt, braids and silver stompers!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006459

Exhibit 2,
P. 59

EX 302-0007



## Meet Hallidae!

She's got the beat! Ultra trendy street wear 'n' braids for hittin' the books. Jean skirt, boots and knit cap, not to mention a funky bookpack (check out the logos!) give Hallidae a look that is all that!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006460

Exhibit **2**
P. **60**



On date night, it's a sassy short dress, platforms, and a totally new 'do!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006461

Exhibit 2
P. 61

EX 302-0009



### Meet Jade!

Jade loves far-out fashion! Mary Janes and a baby doll are just perfect for study hall! Twisty hairdo, fringe-y jacket and a sweater than sweet backpack and Jade is ready for serious school house rock!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006462

Exhibit __2__,
P. __62__



For weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006463

Exhibit __2__,
P. __63__

EX 302-0011



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006464

Exhibit 2 ,
P. 64

EX 302-0012



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006465

Exhibit 2
P. 65

EX 302-0013



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006466

Exhibit **2**,
P. **66**

EX 302-0014



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006467

Exhibit **2**
P. **67**

EX 302-0015



Holliday

ATTORNEY'S EYES
ONLY

BRYANT 00199



DEPOSITION
EXHIBIT
739
Bryant J 2-25-07

Exhibit 2
P. 68

TRIAL EXHIBIT 00739-001



8/1996

ATTORNEY'S EYES
ONLY

BRYANT 00222



DEPOSITION
EXHIBIT
779
Bryant J  9-25-07

DEPOSITION
EXHIBIT
3
11-5-04          5

Exhibit **2**,
P. **69**

TRIAL EXHIBIT 00779-001



LUPE

ATTORNEY'S EYES ONLY

BRYANT 00206



DEPOSITION EXHIBIT
794
9-26-07 DAC

Exhibit **2**,
P. **70**

EX 794-0001



JADE

(5 pgs)
Exhibit no. 1748
Date: 1/24/08
Tonnu   P. Pyburn

ATTORNEY'S EYES ONLY

BRYANT 00201

Exhibit 2
P. 71

17481

EX 1748-0001