# EXHIBIT 3

340

1        UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA

3                    - - -

4    HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

5                    - - -

6    MATTEL, INC.,                  :    PAGES 340 - 450
                                    :
7            PLAINTIFF,             :
                                    :
8        VS.                        :    NO. ED CV04-09049-SGL
                                    :    [CONSOLIDATED WITH
9    MGA ENTERTAINMENT, INC.,       :    CV04-9059 & CV05-2727]
     ET AL.,                        :
10                                  :
             DEFENDANTS.            :
11   ─────────────────────────────

12

13

14

15        REPORTER'S TRANSCRIPT OF PROCEEDINGS

16           RIVERSIDE, CALIFORNIA

17          WEDNESDAY, MAY 28, 2008

18           JURY TRIAL - DAY 3

19             MORNING SESSION

20

21

22                           MARK SCHWEITZER, CSR, RPR, CRR
                             OFFICIAL COURT REPORTER
23                           UNITED STATES DISTRICT COURT
                             181-H ROYBAL FEDERAL BUILDING
24                           255 EAST TEMPLE STREET
                             LOS ANGELES, CALIFORNIA 90012
25                           (213) 663-3494

CERTIFIED COPY

Exhibit  3 ,
P.  72

1  approved the first one, I needed to do variations for the

2  friends.  So these were two, and I decided on one of them.

3  And then I proceeded to color it.

4  Q.   All right.  And how did you create that one of the black

5  and whites, the variations?

6  A.   From the original, with the pom-poms on her hair, I put

7  a paper over it, and as I'm drawing, I'm changing the

8  clothes, but kept the croqui, or the body, the same.

9  Q.   So the colored one, you traced over to create black and

10  whites?

11  A.   Yes.

12  Q.   The black and white version?

13  A.   I don't recall if I traced it when it was colored

14  already or it was in black and white, too.

15  Q.   It might have been either?

16  A.   Yeah.

17  Q.   And your purpose in doing that is what?

18  A.   It's to get the same essence and feel of the original

19  but with different hair, makeup, and clothes.

20  Q.   That's for one of the other three dolls in the group,

21  for the decal?

22  A.   Yeah.

23  Q.   If we could look at the next page, please, 263.  Can you

24  tell us what we're looking at there?

25  A.   Yeah, that's the decal for Barbie.

Exhibit **3**,
P. **73**

450

1        (WHEREUPON THE JURY WITHDRAWS.)

2            THE COURT:  Counsel, please be seated.  I'd like to

3    see counsel back here at 1:15 to take up the discovery

4    matter.  Are there any other matters that we need to take up

5    this afternoon from counsel's perspective?  Mr. Nolan?

6            MR. NOLAN:  Not for MGA.

7            THE COURT:  Mr. Quinn?

8            MR. QUINN:  No, your Honor.

9            THE COURT:  Very well.  I'll see you at 1:15.

10

11            (Lunch recess taken at 12:00 P.M.)

12

13                C E R T I F I C A T E

14

15

16            I hereby certify that pursuant to Title 28,

17    Section 753 United States Code, the foregoing is a true and

18    correct transcript of the stenographically reported

19    proceedings in the above matter.

20            Certified on May 28, 2008.

21

22

23    MARK SCHWEITZER, CSR, RPR, CRR
      Official Court Reporter
24    License No. 10514

25

Exhibit __3__,
P. __74__

1      UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA

3      EASTERN DIVISION

4      - - -

5      HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6      - - -

7   MATTEL, INC.,                     )

8                    PLAINTIFF,       )

9            VS.                      )   NO. CV 04-09049

10  MGA ENTERTAINMENT, INC., ET. AL., )

11                   DEFENDANTS.      )   TRIAL DAY 11
                                      )   MORNING SESSION
12  AND CONSOLIDATED ACTIONS,         )   PAGES 2118-2225
                                      )

13

14

15      REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16      RIVERSIDE, CALIFORNIA

17      WEDNESDAY, JUNE 11, 2008

18      9:02 A.M.

19

20

21

22

23      THERESA A. LANZA, RPR, CSR
        FEDERAL OFFICIAL COURT REPORTER
24      3470 12TH STREET, RM. 134
        RIVERSIDE, CALIFORNIA  92501
25      951-274-0844
        WWW.THERESALANZA.COM

Exhibit 3
P. 75

CERTIFIED COPY

2134

```
 1   LOOK LIKE.
 2   Q    IF I RECALL YESTERDAY, YOUR IMPRESSION OF CARTER'S CONCEPT
 3   DRAWINGS WERE THAT THEY WERE A LITTLE BIT WEIRD, MAYBE LOOKED
 4   LIKE AN ALIEN; CORRECT?
 5   A    THEY DID.
 6   Q    DID YOU HAVE A REACTION OR A VIEW OR AN IMPRESSION OF THE
 7   OTHER THING THAT MR. BRYANT BROUGHT TO THE MEETING?
 8   A    BESIDES THE DRAWINGS AND THAT ROUGH DUMMY?
 9   Q    I'M JUST FOCUSED NOW ON THE DUMMY ITSELF.
10        DID YOU HAVE A REACTION TO THE DUMMY?
11   A    I DIDN'T LIKE IT.  I DIDN'T THINK IT LOOKED GOOD.  IT WAS
12   ABOUT -- IT WAS LIKE A ROBOT, ABOUT 18 INCHES TALL.  THAT'S ALL
13   I REMEMBER.
14   Q    FOLLOWING THAT MEETING, DID MR. BRYANT LEAVE THE DUMMY
15   DOLL AT MGA?
16   A    NOT TO THE BEST OF MY RECOLLECTION, NO.
17   Q    HAVE YOU, AT ANYTIME AFTER THAT INITIAL MEETING, EVER
18   LOOKED AT THE DUMMY DOLL?
19   A    NO.
20   Q    DO YOU RECALL, AT ANYTIME LEADING UP TO THE CONTRACT
21   EXECUTION ON OCTOBER 4TH OF 2000, EVER ASKING ANYBODY WORDS TO
22   THE EFFECT, 'YOU KNOW, I WANT TO SEE THAT DUMMY DOLL THAT
23   CARTER BRYANT BROUGHT IN'?
24   A    NO.  THAT DUMMY DOLL WAS IRRELEVANT IN MY MIND.
25   Q    WE WERE FOCUSED ON THE CONTRACT THAT YOU EXECUTED WITH
```

09:2
09:2
09:21
09:21
09:21

Exhibit **3**,
P. **76**

WEDNESDAY, JUNE 11, 2008                    TRIAL DAY 11, MORNING SESSION

2225

1    FURTHER INTO THAT.

2              **MR. NOLAN:**   I UNDERSTAND.

3              **THE CLERK:**   COURT STANDS IN RECESS.

4

5

6

7

8

9

10

11

12                              CERTIFICATE

13

14   I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
15   THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE
     ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
16   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.

17

18

19   THERESA A. LANZA, RPR, CSR            6-12-08
     OFFICIAL COURT REPORTER                DATE

20

21

22

23

24

25
                            Exhibit  3  ,
                            P.  77

WEDNESDAY, JUNE 11, 2008            TRIAL DAY 11, MORNING SESSION

2708

1      UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA

3      EASTERN DIVISION

4      - - -

5      HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6      - - -

**CERTIFIED COPY**

7   MATTEL, INC.,                      )
                                       )
8              PLAINTIFF,              )
                                       )
9         VS.                          )   NO. CV 04-09049
                                       )
10  MGA ENTERTAINMENT, INC., ET. AL.,  )
                                       )
11            DEFENDANTS.              )   TRIAL DAY 14
    _____   )   MORNING SESSION
12  AND CONSOLIDATED ACTIONS,          )   PAGES 2708-2817
                                       )
13

14

15      REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16      RIVERSIDE, CALIFORNIA

17      TUESDAY, JUNE 17, 2008

18      8:47 A.M.

19

20

21

22

23      THERESA A. LANZA, RPR, CSR
        FEDERAL OFFICIAL COURT REPORTER
24      3470 12TH STREET, RM. 134
        RIVERSIDE, CALIFORNIA  92501
25      951-274-0844
        WWW.THERESALANZA.COM

Exhibit __3__,
P. __78__

TUESDAY, JUNE 17, 2008          TRIAL DAY 14. MORNING SESSION

2733

1    SHEETS OF PAPER --

2    A    YES.

3    Q    -- THOSE CAME OUT OF THE BLACK NOTEBOOK?

4    A    I AM NOT COMPLETELY CERTAIN WHICH NOTEBOOK THOSE CAME

5    OUT OF.

6    Q    YOU WERE LOOKING AT THEM FRIDAY WITH THE BLACK NOTEBOOK.

7         WOULD YOU LIKE TO SEE IT AGAIN?

8    A    SURE.

9    Q    THIS IS THE ORIGINAL OF 1155-C.

10         IS IT YOUR UNDERSTANDING THAT THOSE ORIGINAL DRAWINGS

11   THAT YOU MADE, WHICH WERE 5-39, 5-40, 5-41, AND 5-42, CAME OUT

12   OF THAT NOTEBOOK?

13   A    I BELIEVE SO, YES.

14   Q    I'M GOING TO SWITCH YOU NOW TO A DIFFERENT EXHIBIT.  IF

15   YOU WOULD LOOK AT EXHIBIT 1.

16         IS EXHIBIT 1 A COLLECTION OF SOME OF THE PITCH

17   MATERIALS THAT YOU INTENDED TO SHOW MGA IN 2000?

18   A    YES, BASED ON THE OLD '98 DRAWINGS.

19   Q    AND JUST TO BE CLEAR, EVERY ONE OF THESE PAGES -- LET ME

20   DEFINE IT THIS WAY.  I'M GOING TO ASK YOU WHETHER THEY WERE

21   CREATED AFTER 1998.  AND BY THAT I MEAN, YOU PUT PENCIL TO

22   PAPER TO CREATE THESE PARTICULAR DRAWINGS WHILE YOU WORKED AT

23   MATTEL; CORRECT?

24        MR. NOLAN:  OBJECTION, YOUR HONOR.  VAGUE AND

25   AMBIGUOUS AS TO THE PROCESS.

Exhibit **3**,
P. **79**

TUESDAY, JUNE 17, 2008          TRIAL DAY 14, MORNING SESSION

2734

```
 1              THE COURT:  REPHRASE.

 2              I'M A LITTLE CONFUSED MYSELF.

 3    BY MR. PRICE:

 4    Q    ALL I MEAN BY 'THESE WERE CREATED WHEN YOU WORKED FOR

 5    MATTEL,' I MEAN THAT ORIGINALLY THEY WERE BLANK PAGES AND WHILE

 6    YOU WERE AT MATTEL TO CREATE THESE, YOU FIRST PUT PEN OR PENCIL

 7    OR A MAGIC MARKER OR A PASTEL MARKER, WHATEVER, TO PAPER.

 8    A    YES.  USING THE DRAWINGS FROM 1998.

 9    Q    SO WHAT YOU'RE SAYING IS THAT YOU -- AGAIN, THE PROCESS OF

10    USING A LIGHT BOX AND YOU PUT THAT ON A BLANK POSTER BOARD, AND

11    THEN YOU TOOK PEN, PENCIL, WHATEVER, AND DREW THESE DRAWINGS IN

12    EXHIBIT 1 IN 1999; CORRECT?

13    A    YES.

14    Q    WHILE WORKING AT MATTEL?

15    A    NOT WHILE PHYSICALLY AT MATTEL, BUT OFF HOURS, YES.

16    Q    WHILE EMPLOYED BY MATTEL?

17    A    WHILE EMPLOYED BY MATTEL, YES.

18    Q    WOULD YOU LOOK AT EXHIBIT 2.

19              COULD YOU TELL US, WERE THESE DOCUMENTS IN EXHIBIT 2

20    DONE ALSO IN PREPARATION FOR THE PITCH THAT YOU MADE TO MGA IN

21    2000?

22    A    WELL, THEY LOOK LIKE THE SAME DRAWINGS THAT WE JUST LOOKED

23    AT.

24    Q    WITHOUT TEXT.

25    A    RIGHT, WITHOUT TEXT.
```

Exhibit **3**,
P. **80**

2740

1   IN JULY, BEFORE YOUR PITCH TO MGA?

2   A    NO.

3   Q    NOW, LET'S SEE IF WE CAN FINISH UP EXHIBIT 5 HERE ON

4   DRAWINGS THAT WERE CREATED WHILE YOU WERE EMPLOYED BY MATTEL,

5   IN THE SENSE THAT THAT'S WHEN YOU PUT THE PEN TO THE PIECE OF

6   PAPER, WHICH IS THAT EXHIBIT.

7            MR. NOLAN:   I'M GOING TO OBJECT TO THE BELATED

8   ARGUMENT --

9            THE COURT:   REPHRASE YOUR QUESTION, COUNSEL.

10  BY MR. PRICE:

11  Q    LET ME FOCUS ON SOME OTHER DOCUMENTS, AND I'LL ASK YOU

12  WHETHER OR NOT THESE WERE DRAWINGS THAT WERE CREATED WHILE YOU

13  WERE EMPLOYED BY MATTEL.   AND BY CREATED, I MEAN WHEN YOU PUT

14  PEN OR PENCIL TO THAT PAPER THAT CREATED THE DRAWING; OKAY?

15  A    ALL RIGHT.

16  Q    LOOK AT 5-80, WHICH IS BRYANT 0021.

17           THIS WAS PUT ON THIS PIECE OF PAPER WHILE YOU WERE

18  EMPLOYED AT MATTEL; CORRECT?

19  A    USING THE HEAD, THE '98 HEAD; BUT, YES.

20  Q    IF YOU WOULD LOOK AT 5-81, WHICH IS BRYANT 00235.

21           SAME QUESTION:   DONE WHILE YOU WERE EMPLOYED AT

22  MATTEL.

23  A    YES.

24  Q    AND 5-82, BRYANT 00236, DONE WHILE YOU WERE EMPLOYED AT

25  MATTEL.

Exhibit **3**,
P. **81**

09:35

09:35

09:36

09:36

09:37

2741

```
 1   A     YES.

 2   Q     5-83, BRYANT 00237, ALSO DONE WHILE EMPLOYED AT MATTEL.

 3   A     YES.

 4   Q     5-84, BRYANT 00273, DONE WHILE YOU WERE EMPLOYED AT

 5   MATTEL.

 6   A     YES.  AGAIN, USING ONE OF THE OLD HEADS FROM '98, YES.

 7   Q     BUT, AGAIN, A BLANK PIECE OF PAPER, AND THEN IT BECAME

 8   UNBLANK WHILE YOU WERE EMPLOYED AT MATTEL; RIGHT?

 9   A     YES.

10   Q     5-85, BRYANT 00274, DONE WHILE YOU WERE EMPLOYED AT

11   MATTEL.

12   A     YES.

13   Q     5-86, BRYANT 00275, DONE WHILE YOU WERE EMPLOYED AT

14   MATTEL.

15   A     YEAH.

16            DIDN'T WE JUST LOOK AT THIS ONE?

17   Q     IT LOOKS SIMILAR.

18   A     IT LOOKS LIKE THE SAME DRAWING AS NUMBER 80.

19   Q     LET ME SHOW YOU THE ORIGINALS OF THESE.

20            ALL WE HAVE ARE PHOTOCOPIES OF FIVE.  THEY APPEAR TO

21   BE THE SAME DRAWINGS, BUT IN DIFFERENT SCALES AND SIZES.

22   A     YES.

23   Q     5-87, WHICH IS BRYANT 276, DONE WHILE YOU WERE EMPLOYED AT

24   MATTEL.

25   A     YES.  AGAIN, THIS ONE WAS USING AN OLD '98 POSE AND HEAD.
```

09:3
09:3
09:3
09:3
09:30
09:30

Exhibit __3__,
P. __82__

TUESDAY, JUNE 17, 2008                    TRIAL DAY 14, MORNING SESSION

2742

```
1    Q    AGAIN, IT WAS A BLANK PIECE OF PAPER, WHICH YOU THEN

2    CHANGED TO THIS 5-87 WHILE YOU WERE AT MATTEL; CORRECT?

3    A    YES.

4    Q    LOOK AT 5-108, WHICH IS BRYANT 00297, DONE WHILE YOU WERE

5    EMPLOYED AT MATTEL.                                              09:3

6    A    THIS JUST LOOKED LIKE ANOTHER COPY OF THIS SAME ONE WE

7    JUST LOOKED AT, 87.

8    Q    DONE WHILE YOU WERE AT MATTEL.

9    A    YES.

10   Q    AND IF I COULD CHANGE YOU TO A DIFFERENT EXHIBIT NOW.  IF   09:39

11   YOU WOULD LOOK AT EXHIBIT 10.  I'VE PLACED BEFORE YOU

12   EXHIBIT 10.  I'D LIKE YOU TO LOOK AT PAGE 2, 10-2, WHICH IS --

13   THIS TIME IT'S BATES M-0001489.

14        DO YOU RECOGNIZE THIS AS A DRAWING YOU DID WHILE AT

15   MATTEL?                                                         09:40

16   A    AGAIN, THESE ARE USING THE OLD 1998 DRAWINGS; BUT, YES.

17   Q    LET ME DRAW YOUR ATTENTION TO SOME OTHER DOCUMENTS, IF I

18   COULD; STILL IN EXHIBIT 5.

19        LET ME ASK YOU THIS, BEFORE GOING INTO THESE

20   DOCUMENTS:  IN OCTOBER OF 2000, PRIOR TO YOUR LEAVING MATTEL,   09:41

21   DO YOU RECALL THAT MS. MARLOW ACTUALLY HAD BOUGHT SWATCHES TO

22   MAKE SOME OF THE CLOTHING FOR THE BRATZ DOLLS?

23   A    I'M NOT SURE EXACTLY WHEN SHE BOUGHT THOSE.

24   Q    IGNORING THE TIME, THOUGH, IS IT FAIR TO SAY THAT YOU

25   WORKED WITH MS. MARLOW SO SHE WOULD KNOW WHAT SWATCHES TO GET?  09:42
```

Exhibit **3** ,
P. **83**

TUESDAY, JUNE 17, 2008                    TRIAL DAY 14, MORNING SESSION

2817

1

2

3                                    CERTIFICATE

4

5    I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
6    THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE
     ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
7    CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.

8

9

10   THERESA A. LANZA, RPR, CSR                    6-18-08
     OFFICIAL COURT REPORTER                         DATE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                         Exhibit 3 ,
                         P. 84

TUESDAY, JUNE 17, 2008                   TRIAL DAY 14, MORNING SESSION

2818

1        UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA

3        ---

4        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

5        ---

6   MATTEL, INC.,                    :   PAGES 2818 - 2935
                                      :
7           PLAINTIFF,                :
                                      :
8      VS.                            :   NO. ED CV04-09049-SGL
                                      :   [CONSOLIDATED WITH
9   MGA ENTERTAINMENT, INC.,          :   CV04-9059 & CV05-2727]
    ET AL.,                           :
10                                    :
           DEFENDANTS.                :
11  _____

12

13

14

15        REPORTER'S TRANSCRIPT OF PROCEEDINGS

16           RIVERSIDE, CALIFORNIA

17         TUESDAY, JUNE 17, 2008

18          JURY TRIAL - DAY 14

19           AFTERNOON SESSION

20

21

22                        MARK SCHWEITZER, CSR, RPR, CRR
                          OFFICIAL COURT REPORTER
23                        UNITED STATES DISTRICT COURT
                          181-H ROYBAL FEDERAL BUILDING
24                        255 EAST TEMPLE STREET
                          LOS ANGELES, CALIFORNIA 90012
25                        (213) 663-3494

CERTIFIED COPY

Exhibit  3  ,
P.  85

2856

1  you know, a master drawing.  I can take pieces of

2  illustration board and put it on a light box, and I can make

3  a hundred different drawings of this same exact pose.

4  **Q.**    So continue with the ink, if you could.

5  **A.**    I'm actually working a little quicker than I might

6  normally work.

7  **Q.**    Well, while you're drawing the ink line, I just want to

8  ask you a question.

9  **A.**    Okay.

10  **Q.**    Do you color the drawing before you start to trace it in

11  ink?

12  **A.**    No.

13  **Q.**    So you create the master drawing without color?

14  **A.**    That's right.

15  **Q.**    And again, as you are drawing this, is this method that

16  you're using, that is, pencil and then tracing slowly with

17  ink, something that you taught yourself or used for the first

18  time in Bratz?  Where did you learn how to use this process?

19  **A.**    I learned how to do this in college.

20  **Q.**    Is that at the Otis Art School?

21  **A.**    Yes.

22  **Q.**    And do you always create the master drawings on a

23  particular type of paper, like tracing paper, or can it vary?

24  **A.**    It can vary.  Tracing paper is just kind of nice because

25  it's inexpensive.  It's really easy to work with it with a

Exhibit __3__,
P. __86__

2858

1   you use?

2          THE COURT:  Counsel, let me stop you there.  Are

3   you finished with the drawing?

4          MR. NOLAN:  Yes.

5          THE COURT:  Why don't we identify this as an

6   exhibit as we did with the other drawings that Ms. Martinez

7   did.

8          MR. NOLAN:  This is going to be 18544, if I may

9   approach.

10          THE COURT:  You may.

11          MR. NOLAN:  18544.

12          THE COURT:  Very well.  You may return if you wish.

13          **(Exhibit 18544 for identification.)**

14   Q.   BY MR. NOLAN:  Disregarding the mechanical set up for a

15   minute.  I want to talk about the light box for a second.

16   You have the master.  Is this a process, by the way, you did

17   in art school?

18   A.   Yes.

19   Q.   Okay.  Can you explain how you would use a master

20   drawing to make copies of the same master drawing?

21   A.   Yes.  I would use a light box.

22   Q.   Okay.

23   A.   And a light box basically is just sort of a square box

24   that's got a fluorescent light inside of it, and it's got

25   sort of a translucent top, and anyway, what you do when you

Exhibit __3__,
P. __97__

2859

1   turn this light on is it allows you to put your drawing onto

2   the light box, and then you can put another piece of paper --

3   it can be a fairly thick piece of paper -- on top of this

4   drawing, and you can just basically mechanically trace it,

5   you know, as many times as you want.  Kind of like a

6   production.

7   Q.   And when you trace it, in your view, are you creating a

8   new master drawing?

9   A.   No.  I've already done that with this.

10  Q.   By placing the master drawing on a light box and tracing

11  it, are you changing the attitude or the concept?

12  A.   No.

13       MR. NOLAN:  Your Honor, we do have set up a light

14  box.  If I could just ask Mr. Bryant to step down and use

15  this maybe as an example of the light box just for

16  illustrative purposes.

17       THE COURT:  Any objection?

18       MR. PRICE:  No objection.

19       THE COURT:  Very well.  You may do so, Mr. Bryant.

20  Q.   BY MR. NOLAN:  Mr. Bryant, do you want to take the

21  drawing that you just did on the easel and just use part of

22  it for the light box, or what's the easiest way for to you do

23  this?

24  A.   I can do that.  I'll probably only be able to do part of

25  the drawing because it's so big.

Exhibit __3__,
P. __88__

2860

1   Q.   Right.   Why don't you take that, tear it out, if you

2   don't mind, and then we'll see what portion can fit on the

3   light box.   And you can just explain that process.   Okay?

4   A.   Okay.   We'll do the face.

5   Q.   Okay.   We're going to do the face of the master drawing

6   that you just did on the easel.

7   A.   Yes.   And what I'm going to do now is use like a low

8   tack tape just to tape it down so it doesn't slip.   Okay.

9   Then I'm going to take a sheet of illustration paper, which

10  is a little heavier, a little more durable.   And I'll put it

11  right on top of that drawing.   And I'm also going to tape

12  that.   And in this process, it's called transferring the

13  drawing.

14  Q.   This process that you refer to is transferring the

15  drawing, you're tracing it with pencil now?

16  A.   Yes.

17  Q.   From the master drawing?

18  A.   Yes.

19  Q.   In transferring it by tracing it on a light box, are you

20  attempting in any way to change the concept or attitude,

21  let's say, of this face?

22  A.   No.   Once I'm satisfied with my master drawing, I try

23  and trace it as exactly as possible.   As exact as possible.

24  Q.   Now, just out of curiosity, as you're doing this, I see

25  you're actually tracing the eyelashes.   Why do you do that?

Exhibit __3__,
P. __89__

2861

1  A.   Well, in my master drawing, like I said, I try and get

2  everything exactly the way I want it.  So when I get to this

3  point where I'm transferring the drawing, I'm trying to draw

4  exactly -- I'm trying to trace it exactly as I drew it.

5        How far down would you like me to go?

6  Q.   That's fine.  Because you're off the screen now.

7        When Mr. Price was asking you questions about

8  transferring, I think you described this as a mechanical

9  process; is that right?

10  A.   Yes.

11  Q.   That is the tracing using the light box over the master

12  is a mechanical process; correct?

13  A.   Yes.  It's very, very boring.

14  Q.   Are you using any creative juices when you're tracing on

15  the master?

16  A.   No.

17  Q.   Can you show to us now and to the jury maybe what you've

18  transferred to the other piece of paper?

19  A.   Yes.  I have this.

20  Q.   And now you're holding up the drawing that was traced

21  and transferred from the original master drawing; is that

22  correct?

23  A.   Yes.

24  Q.   And could you hold up the master drawing for the jury

25  just to make a comparison?

Exhibit  3  ,
P.  90

2874

1   attitude that you were depicting in these drawings?

2   **A.**   You mean the feeling I was trying to get across with it?

3   **Q.**   Yes, that's a better way to ask it.   Sorry.

4   **A.**   You know, I guess I was just trying to show that they

5   were, you know, close knit and they were, you know, powerful

6   and, you know, they were independent.   Nobody was going to

7   tell them what to do.

8   **Q.**   Could you use this master drawing to replicate the four

9   characters?

10   **A.**   I'm not sure that I could use this one exactly just

11   because this looks more like an outline.   The details aren't

12   filled in.

13   **Q.**   Because some of these do not have heads.   Do you have

14   Trial Exhibit 62-015 in front of you?

15           Your Honor, may I approach with the original?

16           THE COURT:   You may.

17   **Q.**   BY MR. NOLAN:   I want to turn now to a different part of

18   the anatomy, the heads.   The drawing that you did for the

19   jury today had a head on the master drawing; correct?

20   **A.**   Yes.

21   **Q.**   Do you always draw a head on a master drawing?

22   **A.**   No.

23   **Q.**   And first of all, explain to me that concept.   Why not?

24   **A.**   This was just something that we learned to do in

25   college.   We learned that it would be a little bit easier to

Exhibit __3__,
P. __91__

2875

1  get your figures, you know, on one page and your heads on

2  another so that you could interchange them.  You could use,

3  you know, the head from over here on a body from over here

4  and vice versa.  So you weren't stuck with a particular head.

5  Q.   I want to -- do you have the original 62.015?

6  A.   Yes.

7        MR. NOLAN:  Your Honor, this is in evidence.  Can

8  we put it on the screen?

9        THE COURT:  Yes.

10       MR. NOLAN:  Thank you.

11  Q.   Now, for the jury's sake, looking at the screen,

12  Mr. Bryant, what's depicted on this exhibit?

13  A.   These are the faces of the four Bratz characters.

14  Q.   And when did you do this drawing?

15  A.   This was done in 1998.

16  Q.   When in 1998?

17  A.   August.

18  Q.   At about the same time of the other drawings we've been

19  talking about?

20  A.   Yes.

21  Q.   Is this a master drawing?

22  A.   Yes, I would consider it a master drawing.

23  Q.   I see here in the left-hand corner this has a notary

24  stamp.  You see where this says August 26, 1999?

25  A.   Right.

Exhibit __3__ ,
P. __92__

2935

**C E R T I F I C A T E**

I hereby certify that pursuant to Title 28,
Section 753 United States Code, the foregoing is a true and
correct transcript of the stenographically reported
proceedings in the above matter.

Certified on June 17, 2008.


**MARK SCHWEITZER, CSR, RPR, CRR**
Official Court Reporter
License No. 10514

Exhibit **3**,
P. **93**

2936

1           UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3               EASTERN DIVISION

4                  - - -

5       HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                  - - -

CERTIFIED COPY

7   MATTEL, INC.,                    )
                                     )
8                   PLAINTIFF,       )
                                     )
9           VS.                      )   NO. CV 04-09049
                                     )
10  MGA ENTERTAINMENT, INC., ET. AL.,)
                                     )
11                  DEFENDANTS.      )   TRIAL DAY 15
                                     )   MORNING SESSION
12  AND CONSOLIDATED ACTIONS,        )   PAGES 2936-3032
    _____)

13

14

15       REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16               RIVERSIDE, CALIFORNIA

17             WEDNESDAY, JUNE 18, 2008

18                  9:07 A.M.

19

20

21

22

23           THERESA A. LANZA, RPR, CSR
         FEDERAL OFFICIAL COURT REPORTER
24           3470 12TH STREET, RM. 134
           RIVERSIDE, CALIFORNIA  92501
25               951-274-0844
              WWW.THERESALANZA.COM

Exhibit 3 ,
P. 94

WEDNESDAY, JUNE 18, 2008                    TRIAL DAY 15, MORNING SESSION

2981

```
 1   A     YES.

 2   Q     DID YOU USE THE LIGHT BOX AT YOUR CUBICLE AT MATTEL?

 3   A     NO.

 4   Q     WHERE DID YOU DO THE TRANSFER, THE MECHANICAL TRANSFER, OF

 5   THE MASTER DRAWINGS?                                          10:11

 6   A     I DID THOSE AT HOME.

 7   Q     IN MAKING THAT MECHANICAL TRANSFER FROM THE MASTER

 8   DRAWINGS, DID YOU CHANGE THE BRATZ CHARACTERS, THE CONCEPT?

 9   A     NO.

10   Q     THE ATTITUDE?                                           10:12

11   A     NO.

12   Q     DID YOU CHANGE YOUR ORIGINAL IDEA?

13   A     NO.

14         MR. PRICE:  OBJECTION.  THAT'S AMBIGUOUS.

15         THE COURT:  REPHRASE, COUNSEL.                          10:12

16   BY MR. NOLAN:

17   Q     THE BRATZ CONCEPT, FROM AUGUST OF 1998, WHEN YOU

18   TRANSFERRED FROM THE MASTER DRAWINGS TO ANOTHER PIECE OF PAPER

19   IN 1999, DID YOU MAKE ANY CHANGES TO THE DESIGN FROM THE MASTER

20   DRAWINGS?                                                     10:12

21   A     NO.

22   Q     THEN YOU SAY YOU ADDED COLOR; IS THAT RIGHT?

23   A     YES.

24   Q     AND HOW DID YOU DRAW COLOR?  HOW DID YOU ADD COLOR?

25   A     I STARTED WITH COLORED PENCIL TO DEFINE THE OUTLINE, AND 10:12
```

Exhibit __3__,
P. __95__

WEDNESDAY, JUNE 18, 2008          TRIAL DAY 15, MORNING SESSION

3006

1   THEN YOU HAD THE PITCH MEETING WITH ISAAC LARIAN, DURING THAT

2   PERIOD OF TIME.

3           DO YOU HAVE A RECOLLECTION OF APPROXIMATELY HOW MUCH

4   TIME HAD EXPIRED BETWEEN THAT FIRST MEETING AND THE TIME YOU

5   MET WITH ISAAC LARIAN?                                          11:17

6   A    I THINK IT WAS ABOUT TWO WEEKS.

7   Q    DURING THAT TWO-WEEK PERIOD OF TIME, DID YOU EVER HAVE A

8   CONVERSATION WITH ISAAC LARIAN?

9   A    I DON'T REMEMBER.

10  Q    DO YOU RECALL THAT WHEN YOU MET ISAAC LARIAN ON           11:17

11  SEPTEMBER 1ST AT HIS OFFICES WHETHER OR NOT YOU RECOGNIZED OR

12  HAD MET ISAAC LARIAN BEFORE THAT?

13  A    NO.  I NEVER HAD.

14  Q    SOMETIME DURING THE TWO-WEEK PERIOD OF TIME OF MEETING

15  WITH PAULA AND VICTORIA AND VERONICA, AND THEN A MEETING WITH  11:17

16  ISAAC LARIAN, DO I UNDERSTAND THAT YOU DID SOME EVENINGWEAR

17  DRESSES FOR THE BRATZ CONCEPT?

18  A    YES.

19  Q    HAD ANYBODY AT MGA DIRECTED YOU THAT THEY WANTED TO SEE

20  BRATZ IN EVENINGWEAR?                                          11:18

21  A    NO.

22  Q    WHOSE IDEA WAS IT TO DRAW SOME EVENINGWEAR FASHIONS FOR

23  THE BRATZ CONCEPT BEFORE YOU MET WITH ISAAC LARIAN ON

24  SEPTEMBER 1ST?

25  A    THAT WAS MY IDEA.                                         11:18

Exhibit _3_,
P. _96_

WEDNESDAY, JUNE 18, 2008                    TRIAL DAY 15, MORNING SESSION

3007

1   Q     I'M GOING TO SHOW YOU THE DRESSES IN A MINUTE, THE

2   EVENINGWEAR.  YOU'VE BEEN CONNECTED WITH THE BRATZ CONCEPT --

3   AND I'LL GET TO A FOUNDATION -- BUT YOU'RE ALSO FAMILIAR WITH

4   THE BRATZ DOLLS THAT WERE OFFERED INTO RETAIL; CORRECT?

5   A     YES.                                                          11:18

6   Q     HAVE THE DRAWINGS WHICH DEPICTED THE EVENINGWEAR THAT YOU

7   DREW IMMEDIATELY BEFORE YOUR PITCH MEETING ON SEPTEMBER 1ST

8   EVER BEEN USED BY BRATZ?

9          MR. PRICE:  OBJECTION.  IRRELEVANT.

10         THE COURT:  OVERRULED.                                       11:19

11         THE WITNESS:  NO.

12  BY MR. NOLAN:

13  Q     NOW, AT SOME POINT IN TIME, YOU TESTIFIED THAT YOU

14  APPROACHED A FELLOW WORKER OR FELLOW WORKERS AT MATTEL TO DO

15  CERTAIN THINGS WITH RESPECT TO A DUMMY DOLL.                        11:19

16         DO YOU RECALL THAT CONVERSATION?

17  A     YES.

18  Q     I JUST WANT TO ORIENT THE TIME FRAME HERE.

19         DO YOU RECALL THE TIME PERIOD IN WHICH YOU APPROACHED

20  SHEILA TO DO SOME EYE PAINTING FOR YOU ON A DUMMY DOLL?            11:19

21  A     YES.

22  Q     WHEN DO YOU THINK THAT WAS?

23  A     IT WAS BETWEEN THOSE TWO MEETINGS.

24  Q     SO SOMETIME WITHIN TWO WEEKS PRIOR TO SEPTEMBER 1ST; IS

25  THAT CORRECT?                                                       11:20

Exhibit __3__,
P. __97__

WEDNESDAY, JUNE 18, 2008            TRIAL DAY 15, MORNING SESSION

3023

1   Q    WHAT SIZE DID THE BRATZ 3-D DOLL OFFER FOR SALE AT RETAIL?

2   HOW TALL IS THAT DOLL?

3            MR. PRICE:  OBJECTION.  IRRELEVANT.

4            THE COURT:  OVERRULED.

5            YOU MAY ANSWER, IF YOU KNOW.

6            THE WITNESS:  ABOUT TEN AND A HALF INCHES.

7   BY MR. NOLAN:

8   Q    WHAT HAPPENED TO THE DUMMY DOLL AFTER THE SEPTEMBER 1ST

9   PITCH MEETING?

10  A    I THINK I JUST THREW IT OUT.

11  Q    DO YOU RECALL AT THE PITCH MEETING ANYBODY BEING EXTREMELY

12  EXCITED WITH YOUR DUMMY DOLL?

13  A    NO, NOT REALLY.  ALL I REMEMBER IS THAT, YOU KNOW, IT WAS

14  GLANCED AT; BUT WE SPENT A LOT OF TIME LOOKING AT THE DRAWINGS.

15  Q    MR. BRYANT, SOMETIME AFTER THE SEPTEMBER 1ST MEETING, YOU

16  THREW AWAY THE DUMMY DOLL.

17  A    YES.

18  Q    DID YOU THROW AWAY THE DUMMY DOLL BECAUSE OF SOME CONCERN

19  THAT YOU HAD THAT MATTEL WOULD LEARN THAT YOU HAD PREPARED THE

20  DUMMY DOLL AT MATTEL?

21           MR. PRICE:  OBJECTION.  LEADING.

22           THE COURT:  SUSTAINED.

23  BY MR. NOLAN:

24  Q    WHY DID YOU THROW IT AWAY?

25  A    WELL, THERE WAS ABSOLUTELY NO USE FOR IT.  I MEAN, I JUST

Exhibit __3__ ,
P. __18__

WEDNESDAY, JUNE 18, 2008            TRIAL DAY 15, MORNING SESSION

3032

```
 1        THE COURT:  IT WAS JUST FILED ON JUNE 17TH.  I JUST

 2   WANTED TO GIVE YOU NOTICE OF IT.  WE'LL TAKE THIS UP AT 1:15.

 3        MR. NOLAN:  THANK YOU.

 4        THE COURT:  COURT IS IN RECESS.

 5        (WHEREUPON, MORNING SESSION IS CONCLUDED. )

 6

 7

 8

 9

10

11

12

13

14                         CERTIFICATE

15

16   I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
17   THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
     ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
18   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.

19

20   _____        ____6-20-08____
     THERESA A. LANZA, CSR, RPR              DATE
21   FEDERAL OFFICIAL COURT REPORTER

22

23

24

25

                         Exhibit   3   ,
                         P.   99
```

WEDNESDAY, JUNE 18, 2008                TRIAL DAY 15, MORNING SESSION

3191

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---

**HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING**

---

| | | |
|---|---|---|
| MATTEL, INC., | : | PAGES 3191 - 3319 |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| VS. | : | NO. ED CV04-09049-SGL |
| | : | [CONSOLIDATED WITH |
| MGA ENTERTAINMENT, INC., | : | CV04-9059 & CV05-2727] |
| ET AL., | : | |
| | : | |
| DEFENDANTS. | : | |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

RIVERSIDE, CALIFORNIA

FRIDAY, JUNE 20, 2008

JURY TRIAL - DAY 16

MORNING SESSION

**CERTIFIED COPY**

MARK SCHWEITZER, CSR, RPR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
181-H ROYBAL FEDERAL BUILDING
255 EAST TEMPLE STREET
LOS ANGELES, CALIFORNIA 90012
(213) 663-3494

Exhibit 3 ,
P. 100

3238

1  A.   Right.

2  Q.   And then, if we look at Exhibit 713, which is also 5-27,

3  this is also one of those exhibits you said were done in July

4  of 2000; correct?

5  A.   I believe so, yes.

6  Q.   So if your mom testified that she saw this in August of

7  '98, she would be mistaken?

8  A.   On this one, yes.

9  Q.   And if you look at Exhibit 778, which is also 2-1, this

10  drawing, if someone testified that they saw this drawing in

11  1998, 2-1, again, they would be mistaken.

12  A.   Well, the line drawing existed, the master drawing.  But

13  the color did not.

14  Q.   You say the master drawing.  You see -- who is the one

15  that's the fourth over?  Is that Lupe?

16  A.   Lupe.

17  Q.   The master drawing you're talking about had that figure

18  on it in 1998?

19  A.   Yes, it did.  It just had a different hairstyle on it.

20  Q.   Well, when you say it had a different hairstyle, so this

21  drawing with this hairstyle did not exist in 1998; correct?

22  A.   I think the drawing of the alternate hairstyle existed.

23  It just wasn't all put together.

24  Q.   Okay.  So this drawing didn't exist in 1998; correct?

25  A.   Well, the master drawing, yes, it did.

Exhibit  3 ,
P.  101

3239

1  Q.    I'm talking about this exact drawing with this

2  hairstyle.

3  A.    Well, the entire drawing except for the hairstyle, yeah,

4  it was already in existence.

5  Q.    When you say except for the hairstyle, that's what I'm

6  saying.  This drawing with these dolls with these hairstyles

7  in this form didn't exist in 1998, did it?

8  A.    Just the one hairstyle.

9  Q.    Okay.  So what you're saying is the drawings in 1998

10  didn't show Lupe looking like this; right?

11  A.    Well, again, she looked exactly like that except for the

12  hairstyle.

13  Q.    So since, obviously, this hairstyle didn't exist in

14  1998, if someone said they had seen this drawing in 1998,

15  they would be mistaken.

16  A.    Yes.

17  Q.    And if you look at Exhibit 737, which is 2004, if

18  someone said they saw this drawing in 1998, again, they would

19  be mistaken?

20  A.    I would think so, yes.

21  Q.    And if we look at Exhibit 743, which is 2-8.  And if,

22  for example, your mom testified she had seen this drawing in

23  August of '98, she would be mistaken?

24  A.    Well, again, the master drawing existed.  You know, she

25  could have just been thinking about that, but the color did

Exhibit __3__,
P. _102_

3240

1   not exist.

2   Q.   When you say the master drawing existed, are you saying

3   they're a master drawing in '98 with these fashions and this

4   face?

5   A.   Yes.

6   Q.   And if we could go on -- we'll come back to this.

7            Ken, can we go back to the full drawing?

8            If we can go to Exhibit 779.  This is one of those

9   where you put the date August '98 on it.

10           Do you remember that?

11  A.   Yes.

12  Q.   And you testified you put this on sometime after 1999?

13  A.   Yes.

14  Q.   Because this drawing in this form didn't exist until

15  after 1999; right?

16           MR. NOLAN:  Objection.  Ambiguous.

17           THE COURT:  Sustained.  Rephrase.

18  Q.   BY MR. PRICE:  This drawing on this piece of paper

19  didn't exist until 1999?

20           MR. NOLAN:  Your Honor, same objection.

21           THE COURT:  You're referring to -- why don't you

22  rephrase, Counsel.

23  Q.   BY MR. PRICE:  The exhibit we just put up, Exhibit 779,

24  which we've already gone through, I'm just verifying, I

25  think, what you've already said --

Exhibit __3__,
P. __103__

3241

1          MR. NOLAN:  Your Honor, I apologize.  Strike the

2    comments of counsel.

3          THE COURT:  Overruled.  Continue, Counsel.

4    Q.   BY MR PRICE:  This drawing, Exhibit 779, did not exist

5    until after 1999?

6    A.   Well, again, I said the master drawing existed, but the

7    color -- we didn't put the color on there until 1999.

8    Q.   Okay.  Well, just so we can clarify, let's look at

9    Exhibit 62-2.  You see this is a drawing you had notarized on

10   August 26, 1999.

11   A.   Yes.

12   Q.   And you see this is Lupe here?

13   A.   Yes.

14   Q.   And then if we can go back to 779.  This is a Lupe with

15   a different hairstyle and with some coloring done on the

16   drawing?

17   A.   Yes.

18   Q.   And this picture didn't exist until after 1999,

19   Exhibit 779; right?

20   A.   Yes, you're right.

21   Q.   And if we look at Exhibit 791, also 3-5.  791, please.

22   You see this drawing with a handbag and in this form, this

23   did not exist until after 1999; is that correct?

24   A.   The master drawing did.  Color was added in '99.

25   Q.   The master drawing including the handbag?

Exhibit __3__,
P. __104__

3242

1   A.   Yes.  Well, I believe so.

2   Q.   This drawing we're seeing here, which you have 8/1998

3   on, did not exist until 1999, this particular drawing.

4   A.   The drawing with the color, no.

5   Q.   And if you'd look at Exhibit 735, this drawing did not

6   exist in any form until after 1999; correct?

7   A.   Well, I believe the master drawing existed, yes.

8   Q.   With the face in this fashion?

9   A.   I believe so, yes.

10  Q.   This particular drawing, which is Exhibit 735, did not

11  exist until after 1999; correct?

12  A.   Color was added in '99, yes.

13  Q.   Well, I mean, if you look at this drawing, it's on a

14  piece of paper.  It didn't exist until after 1999; right?

15  A.   Right.

16  Q.   And if you look at Exhibit 792, which is also in 312.

17  This drawing on this piece of paper also did not exist until

18  after 1999; correct?

19  A.   Again, the master drawing did.  The drawing with the

20  color did not exist until 1999.

21  Q.   And when you say the drawing with color, let me clarify.

22  This drawing, this exhibit on this piece of paper did not

23  exist until after 1999.

24       MR. NOLAN:  Your Honor, objection to the ambiguity

25  of the use of this drawing.

Exhibit __3__,
P. __105__

3255

1   don't remember exactly why I put them all on one page.  But

2   it could have just been for convenience so that I wouldn't

3   have to have, you know, four separate drawings that I would

4   have to shuffle through.

5   Q.   And how would you transfer the backpack master drawing

6   to another drawing?

7   A.   With the same method.  I would just choose the backpack

8   that I wanted to use, put it on the light box, put down my

9   illustration paper, and then just trace the backpack that I

10  wanted to use.

11          MR. NOLAN:  Could we have up, Aaron, in evidence,

12  0003.012.  Okay.

13  Q.   Now, do you recall that Mr. Price showed you a colored

14  version of Trial Exhibit No. 3.012?

15  A.   Yes.

16  Q.   And can you identify for us the origins of the backpack

17  that appeared on this particular Bratz character drawing?

18  A.   It's the backpack in the drawing on the left, lower left

19  corner.

20  Q.   And you are referring to the lower left-hand corner of

21  Exhibit 18281?

22  A.   Yes.

23  Q.   And again, this will be the last time I'll ask you to do

24  this.  Can you just explain to us what the process was in

25  transferring over.

Exhibit **3**,
P. **106**

3256

1   A.   I would just take that drawing, and since I had chosen

2   that backpack for that character, I'd put the master drawing

3   onto the light box, put the illustration paper on top of

4   that, and trace the drawing.

5   Q.   I want to show you Exhibit 01748 for just a moment.

6        And this exhibit, again, is what, sir?

7   A.   That looks like a master drawing.

8   Q.   And when did you do this?

9   A.   That was also '98.

10  Q.   And can we also have up on the same screen, just split

11  the screen for me, Exhibit 0062-001.

12       And Exhibit No. 0062.001.  Can you just quickly

13  identify that for us.

14  A.   That's the master drawing of the different characters'

15  heads.

16  Q.   And this master drawing was created when?

17  A.   1998.

18  Q.   Why do you create a faceless master drawing and separate

19  master drawings for faces?

20  A.   That's just kind of a technique that we learned how to

21  do in college.  I guess one of the reasons being, you know,

22  if you have a page of several different faces, it's easy to

23  refer back to.  You don't have a whole lot of things you have

24  to shuffle through to find a face that you want to use.

25  Q.   Okay.  And you would do that through the light box?

Exhibit  3 ,
P.  107

3319

C E R T I F I C A T E

        I hereby certify that pursuant to Title 28,

Section 753 United States Code, the foregoing is a true and

correct transcript of the stenographically reported

proceedings in the above matter.

        Certified on June 20, 2008.


                    _____
                    MARK SCHWEITZER, CSR, RPR, CRR
                    Official Court Reporter
                    License No. 10514


                         Exhibit __3__,
                         P. _108_