

On date night, it's a sassy short dress, platforms, and a totally new 'do!

ATTORNEY'S EYES ONLY

BRYANT 00270

EXHIBIT 19
PAGE 208

EX 1-0009



## Meet Jade!

Jade loves far-out fashion! Mary Janes and a baby doll are just perfect for study hall! Twisty hairdo, fringe-y jacket and a sweater than sweet backpack and Jade is ready for serious school house rock!

ATTORNEY'S EYES ONLY

BRYANT 00271

EXHIBIT 19
PAGE 809

EX 1-0010



For weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!

ATTORNEY'S EYES ONLY

BRYANT 00272

EXHIBIT 19
PAGE 210

EX 1-0011

# EXHIBIT 20



EX. NO. 302
PAGES 7, 18, 06
A. PRAXMARER, CSR · WIT: LARIAN

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006453

302

EXHIBIT 20
PAGE 211

EX 302-0001

# Meet Zoe!

She's the queen of cool at school with her short dark brown hair and funky stompin' sneaks. Hiphugger jeans, short tee shirt and glittery vinyl backpack complete her daytime look.



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006455

EXHIBIT 20
PAGE 212

EX 302-0003

To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006456

EXHIBIT 20
PAGE 213

EX 302-0004



Now she has a whole new look for nighttime fun with the rest of the Bratz gang!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006457

EXHIBIT 20
PAGE 214

EX 302-0005



Meet Lupe!

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery tennies, a fun red updo and fresh backpack give her a great look for school!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006458

EXHIBIT 20
PAGE 215

EX 302-0006



For partytime, change her into a short skirt, braids and silver stompers!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006459

EXHIBIT 20
PAGE 216

EX 302-0007