## Meet Hallidae!

She's got the beat! Ultra trendy street wear 'n' braids for hittin' the books. Jean skirt, boots and knit cap, not to mention a funky bookpack (check out the logos!) give Hallidae a look that is all that!




CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006460

EXHIBIT 20
PAGE 217

EX 302-0008



On date night, it's a sassy short dress, platforms, and a totally new 'do!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006461

EXHIBIT 20
PAGE 218

EX 302-0009

## Meet Jade!

Jade loves far-out fashion! Mary Janes and a baby doll are just perfect for study hall! Twisty hairdo, fringe-y jacket and a sweeter than sweet backpack and Jade is ready for serious school house rock!



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006462



EXHIBIT 20
PAGE 219

EX 302-0010

For weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006463

EXHIBIT 20
PAGE 280

EX 302-0011



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006464

EXHIBIT 20
PAGE 221

EX 302-0012



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006465

EXHIBIT 20
PAGE 222

EX 302-0013



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006466

EXHIBIT 20
PAGE 223

EX 302-0014



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006467

EXHIBIT _20_
PAGE _224_          EX 302-0015

# EXHIBIT 21