| | |
|---|---|
| From: | Isaac Larian |
| Sent: | Tuesday, October 10, 2000 6:38 PM |
| To: | Victoria O'Connor |
| Cc: | Dennis Medici |
| Subject: | RE: CARTER COMPENSATION |

from the date he signed the contract.

-----Original Message-----
| | |
|---|---|
| From: | Victoria O'Connor |
| Sent: | Tuesday, October 10, 2000 10:56 AM |
| To: | Isaac Larian |
| Cc: | Dennis Medici |
| Subject: | FW: CARTER COMPENSATION |

Do you want to start his salary for the month of Octoebr since he began in September? Please advise.

-----Original Message-----
| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Tuesday, October 10, 2000 9:02 AM |
| To: | Victoria O'Connor |
| Subject: | RE: CARTER COMPENSATION |

I would say that Carter has worked on average about 4 hours a day and we began working on this line the first part of September.

-----Original Message-----
| | |
|---|---|
| From: | Victoria O'Connor |
| Sent: | Tuesday, October 10, 2000 8:11 AM |
| To: | Paula Treantafelles |
| Subject: | FW: CARTER COMPENSATION |

Please let me know how many hours Carter has worked and the day he started meetings with you. Thanks.

-----Original Message-----
| | |
|---|---|
| From: | Dennis Medici |
| Sent: | Tuesday, October 10, 2000 6:46 AM |
| To: | Victoria O'Connor |
| Subject: | CARTER COMPENSATION |

Victoria,
Please reply what amount we should pay Carter and have Isaac approve. Thanks.

Dennis Medici
MGA Entertainment
(818) 894-2525
(818) 830-7176 fax

II  EX. NO. 305
/ PAGES 7, 18, 06
A. PRAXMARER, CSR • WIT: LARIAN

1

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004717

305

EXHIBIT 21
PAGE 225

EX 305-0001

# EXHIBIT 22

1110

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                        ---
 4      HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING
 5                        ---
 6  MATTEL, INC.,              :  PAGES 1110 - 1254
                                :
 7        PLAINTIFF,             :
                                :
 8      VS.                     :  NO. ED CV04-09049-SGL
                                :  [CONSOLIDATED WITH
 9  MGA ENTERTAINMENT, INC.,   :  CV04-9059 & CV05-2727]
    ET AL.,                     :
10                              :
         DEFENDANTS.            :
11  _____
12
13
14
15            REPORTER'S TRANSCRIPT OF PROCEEDINGS
16                  RIVERSIDE, CALIFORNIA
17                TUESDAY, JUNE 3, 2008
18                  JURY TRIAL - DAY 6
19                  AFTERNOON SESSION
20
21
22                              MARK SCHWEITZER, CSR, RPR, CRR
                                OFFICIAL COURT REPORTER
23                              UNITED STATES DISTRICT COURT
                                181-H ROYBAL FEDERAL BUILDING
24                              255 EAST TEMPLE STREET
                                LOS ANGELES, CALIFORNIA 90012
25                              (213) 663-3494
```

**CERTIFIED COPY**



EXHIBIT 22
PAGE 206

```
 1  Appearances of Counsel:

 2

 3  On Behalf of Mattel:

 4      Quinn Emanuel
        By John B. Quinn, Esq.
 5         B: Dylan Proctor, Esq.
           Michael T. Zeller, Esq.
 6         Harry Olivar, Esq.
           John Corey, Esq.
 7         Diane Hutnyan, Esq.
           William Price, Esq.
 8      855 South Figueroa Street
        10th Floor
 9      Los Angeles, CA 90017
        (213) 624-7707
10

11

12  On Behalf of MGA Entertainment:

13      Skadden, Arps, Slate, Meagher & Flom LLP
        By Thomas J. Nolan, Esq.
14         Carl Alan Roth, Esq.
           Jason Russell, Esq.
15         Lauren Aguiar, Esq.
           David Hansen, Esq.
16         Matthew Sloan, Esq.
        300 South Grand Avenue
17      Los Angeles, CA 90071-3144
        (213) 687-5000
18

19

20

21

22

23

24                              EXHIBIT 22
25                              PAGE 22-7
```

# INDEX

STEVEN LINKER, VIA VIDEOTAPED DEPOSITION................ 1118

ANNA RHEE, SWORN........................................ 1177

DIRECT EXAMINATION BY MR. QUINN: ....................... 1178

CROSS-EXAMINATION BY MS. AGUIAR:........................ 1204

REDIRECT EXAMINATION BY MR. QUINN: ..................... 1244

RECROSS-EXAMINATION BY MS. AGUIAR:...................... 1249

FURTHER REDIRECT EXAMINATION BY MR. QUINN: ............. 1251

# EXHIBITS

(Exhibits 319, 323, and 326 received.)................. 1118

(Exhibits 203 and 204 received.)....................... 1218

(Exhibit 17405 received.).............................. 1219

(Exhibit 201-8 received.).............................. 1225

(Exhibit 12822-B received.)............................ 1228

(Exhibit 12822-B received.)............................ 1232

(Exhibit 10228 received.).............................. 1239

(Exhibit 10229 received.).............................. 1240

EXHIBIT 22
PAGE 228

1184

```
 1  And he said it was a really huge secret and a really big
 2  project, and he made me promise not to tell anyone.  And I
 3  didn't.  I didn't tell anyone.
 4  Q.  You didn't tell anyone?
 5  A.  No, absolutely not.
 6  Q.  At that time, when he asked you about whether you were
 7  interested in working on this secret project, did he say
 8  anything else?
 9  A.  There was another friend of ours who they were
10  originally supposed to do it together, but then he said that
11  he changed his mind and decided to do it on his own instead.
12  Q.  Who changed his mind and decided to do it on his own?
13  A.  Carter did.
14  Q.  Do you recall anything else that he said in that first
15  conversation about the project?
16  A.  He said -- he said especially not only to keep it a
17  secret, but especially don't tell Elise, who is our friend.
18  Q.  What is Elise's name?
19  A.  Elise Cloonan.
20  Q.  Do you recall anything else that he said about this
21  secret project at the time?
22  A.  At that time that's it.
23  Q.  Did he say anything about any compensation he expected
24  to get for this project?
25  A.  I think I was curious.  I asked him oh, how much does
```



EXHIBIT 2a
PAGE 229

1185

1  this kind of thing pay, and what's the process of doing it,
2  and he had mentioned that he had talked to a corporate
3  attorney, I think, and he said that he would get a
4  percentage, but I don't remember what it was.
5  Q.  A percentage of?
6  A.  Of royalties.
7  Q.  And what was your response to him when he asked you
8  whether you would be interested in working on this secret
9  project?
10 A.  Well, I thought it was really cool, and I thought
11 someday I wanted to do it. I never did, but I wanted to.  It
12 was a great idea.
13 Q.  You said that you never did.  Someday you wanted to do
14 what?
15 A.  Like where you get royalties.
16 Q.  Okay.  Did you indicate to him one way or another as to
17 whether you'd be willing to do the face painting for him on
18 this secret project?
19 A.  Right then and there I said of course, I'd be
20 interested.  I was totally interested.
21 Q.  After that, what was the next conversation you had with
22 Mr. Bryant on the subject?
23 A.  I think at one point, at one point in time, he called me
24 and said that it was ready and do you want to -- can he come
25 and bring it to me, and I said sure, and so he did.



EXHIBIT 22
PAGE 230

1186

```
 1  Q.   And roughly how much time went by between the initial
 2  conversation, when he told you about the secret project, and
 3  the time he -- when he told you that it's ready?
 4  A.   I don't know.  Maybe a month.
 5  Q.   Okay.  And then you say he did?  He brought it --
 6  A.   He brought it to my house.
 7  Q.   And where were you living at the time?
 8  A.   In North Redondo Beach.  I think the address is 1613
 9  Ford Avenue, if I'm thinking correctly.  That's my old
10  avenue.  1613 Ford Avenue.
11  Q.   And what was it that he brought to you at your home?
12  A.   He brought a couple of drawings and two casted heads,
13  molded heads.
14  Q.   When you say molded heads, what do you mean?
15  A.   Think it's called roto cast.  It's like the mold before
16  it goes into production.  It's like the initial mold.  It's
17  solid and hard all the way through.  So a doll you would see
18  in the store is vinyl and empty inside.  This thing is really
19  a lot heavier and solid.
20  Q.   Have you seen those types of roto cast doll heads
21  before?
22  A.   Many times.
23  Q.   And what are they made out of?
24  A.   I think it's resin.
25  Q.   Can you tell the jury what the approximate size of these
```



EXHIBIT 22
PAGE 231

1187

1  two doll heads was?
2  A.    The size of a small lemon or a small lime.  About like
3  that.
4  Q.    And did you indicate he had some sketches with him as
5  well?
6  A.    I think there was two of them.
7  Q.    Can you describe the sketches for the jury?
8  A.    Sure.  It was in colored pencil.  And they had heads
9  but no bodies.  Just drawings of heads.  And they had -- it
10 was really cute, had slanted, you know, cat-like eyes,
11 almond-shaped eyes and big perky lips, really cute.
12 Q.    Were the eyes and the lips larger, sort of exaggerated
13 in size?
14 A.    For the head size, it would be very large, yeah.
15 Q.    When he brought these to you, did he give you any
16 directions as to what he wanted?
17 A.    He said to go by the drawing and to make sure it was
18 really edgy with attitude but still sweet.
19 Q.    Still?
20 A.    Still sweet looking at the same time.
21 Q.    Anything else that you can recall that he said in terms
22 of a direction to you?
23 A.    Well, one was supposed to be a Caucasian version, and
24 the other one I don't remember, but it was a variation of the
25 same thing.


EXHIBIT 22
PAGE 232

1188

```
 1  Q.   One was Caucasian, and the other was to be of some other
 2  ethnicity?
 3  A.   I think.  So I don't remember what race, but it was
 4  supposed to be a different version.
 5  Q.   And did you agree to do this face painting on these two
 6  doll heads?
 7  A.   Yes, I did.
 8  Q.   And did you do it?
 9  A.   Yes, I did.
10  Q.   And did you prepare a statement for the work that you
11  did?
12  A.   Oh, yes.
13  Q.   If we could take a look, please, at Exhibit 201.  In
14  front of you, Ms. Rhee, there's a binder with some tabs.  And
15  you'll see a 201 tab.
16            This is in evidence, your Honor, Exhibit 201.  If
17  we could look at the first page, 201-1.  And, your Honor, we
18  put this on the screen.
19  A.   I see it.
20            THE COURT:  Yes, previously admitted.
21  Q.   BY MR. QUINN:  Ms. Rhee, whose handwriting is this that
22  appears on this?
23  A.   Mine.
24  Q.   And what date is it?
25  A.   6/12/2000.
```

EXHIBIT 22
PAGE 233 

```
 1  Q.   Can you tell us whether that's the date that you
 2  prepared this invoice?
 3  A.   Yes.
 4  Q.   And is this the invoice that you prepared for the work
 5  that you did painting these two doll heads that Mr. Bryant
 6  brought to you?
 7  A.   Yes.
 8  Q.   And did you prepare this invoice after you had actually
 9  painted the doll heads?
10  A.   Yes.
11  Q.   Can you tell us approximately how long it took you to
12  paint the two doll heads?
13  A.   Oh, I put a lot of time into it because it was a pretty
14  special doll.  So I think five hours, maybe.
15  Q.   Did you -- you put five hours into it.  My question is
16  how long after Mr. Bryant gave you the two doll heads did
17  it -- how long did it take you to actually do the painting?
18  How much time went by?
19  A.   Oh, I don't remember.  Maybe -- maybe two days,
20  possibly.
21  Q.   So would your best estimate be that Mr. Bryant brought
22  you these doll heads maybe a couple of days before June 12th?
23  Would that be your best estimate?
24  A.   Yes.
25  Q.   And working backwards in time, what would be your best
```



EXHIBIT 22
PAGE 234

```
 1  estimate about when he first spoke to you about this secret
 2  project where he's going to get these royalties?
 3  A.   Are you asking me how long between the time he asked me
 4  if I'd do this project to the time I finished the doll?
 5  Q.   The time he first mentioned the project to you, which I
 6  assume is before June 12th.
 7  A.   Right.
 8  Q.   I'm trying to find out how much time went by between the
 9  time he first mentioned the project to you and the time you
10  had it all done and you gave him the invoice.  Approximately.
11  A.   Approximately a month.
12  Q.   Now, you've written up there at the top MGA
13  Entertainment.  Why did you write MGA Entertainment?
14  A.   Because he said it's for MGA Entertainment.
15  Q.   And is that -- is this the first assignment that you
16  ever did for MGA Entertainment?
17  A.   Yes.
18  Q.   And after this date, did it turn out that you did more
19  work for MGA?
20  A.   Yes.
21  Q.   Can you tell the jury maybe how many different
22  assignments that you got for MGA after this in the years
23  following?
24  A.   No, because it was a lot.
25  Q.   And it indicates here Angel Baby doll heads.  Why did
```



EXHIBIT 22
PAGE 235

1 you write that, Angel Baby doll heads?

2 A. Because I asked him what do I put on the invoice, and he
3 said Angel Baby doll heads.

4 Q. During this conversation with him, by the way, when he
5 gave you this assignment, did he ever use the name Bratz?
6 Did he ever use that word? That name?

7 A. I don't recall.

8 Q. And then it says at the bottom, request by Kerri Legg.
9 Why did you write Kerri Legg?

10 A. I don't know who she is. But he told me to put it down.
11 So I did.

12 Q. And what did you do with this invoice? Did you mail it
13 to MGA or give it to Carter Bryant? What did you do with it?

14 A. I gave it to Carter Bryant with the project.

15 Q. With the completed doll heads?

16 A. Yes.

17 Q. And was your bill paid for $433?

18 A. Yes.

19 Q. And who paid it?

20 A. MGA.

21 Q. So is it true that Carter Bryant is the person who
22 introduced you to MGA?

23 A. Yes.

24 Q. Let me show you a doll that's already in evidence,
25 Exhibit 17403, a Prayer Angel.



EXHIBIT 22
PAGE 236

```
 1              If I may approach the witness, your Honor.
 2         THE COURT:  You may.
 3         MR. QUINN:  It's in evidence.
 4  Q.   It's Exhibit 17403, Prayer Angel.  If I could show you
 5  this doll.  And my question to you is the doll that you
 6  paint, the doll heads that you painted, was it one of those,
 7  a Prayer Angel doll head?
 8  A.   Not this one.  Not this invoice.  This was later.
 9  Q.   When you say this was later, what do you mean by that?
10  A.   This was like way later, like one or two years later
11  that came along.  And I did this for -- I think I did this
12  for some girl that was working there.
13  Q.   At some point did you paint some Angel Baby doll heads?
14  A.   Yes.
15  Q.   But if we could go back and put that invoice up,
16  Exhibit 201, these Angel Baby heads referred to in this
17  invoice, were they that doll?
18  A.   No.
19  Q.   Did you end up painting the Bratz heads that were used
20  by MGA at the Hong Kong toy fair in January of 2001?
21  A.   Yes.
22  Q.   And if you'd take a look, please, at exhibits in your
23  book there, Exhibits 912 and 912-B.  Exhibit 912 --
24  A.   I see 912-B.
25  Q.   And just before it is 912.  And really 912-B is just
```

EXHIBIT 22
PAGE 237

```
 1  better copies of 912.
 2  A.   Okay.  I'm ready.
 3  Q.   I think you'll see that 912 and 912-B are the same.
 4  912-B are just better copies.  My question to you is can you
 5  identify those photographs, what those are?
 6  A.   They are all Bratz.
 7  Q.   And are these pictures of Bratz that you -- where you
 8  painted the faces that were used for the Hong Kong toy fair?
 9  A.   Yes.
10           MR. QUINN:  We'd offer those in evidence, your
11  Honor, 912 and 912-B.
12           THE COURT:  Any objection?
13           MS. AGUIAR:  No objection.
14           THE COURT:  They are admitted.
15           (Exhibit 912 and 912-B received.)
16  Q.   BY MR. QUINN:  If we could start with 912.  And if we
17  could go through the pictures behind 912.  Are these the doll
18  heads that we see here the ones that you painted?
19  A.   Yes.
20  Q.   Were the two doll heads that you painted for Mr. Bryant
21  back in June of 2000, were they similar to what we're looking
22  at here?
23  A.   Yes, they are.
24  Q.   That were used for the Hong Kong toy fair?  Did they
25  look like those?
```



EXHIBIT 22
PAGE 238

1254

```
 1
 2
 3
 4
 5                    C E R T I F I C A T E
 6
 7
 8         I hereby certify that pursuant to Title 28,
 9   Section 753 United States Code, the foregoing is a true and
10   correct transcript of the stenographically reported
11   proceedings in the above matter.
12         Certified on June 3, 2008.
13
14
15   _____
     MARK SCHWEITZER, CSR, RPR, CRR
     Official Court Reporter
16   License No. 10514
17
18
19
20
21
22
23
24
25
```



EXHIBIT 82
PAGE 239