1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  LAUREN AGUIAR (Admitted Pro Hac Vice)
   (laguiar@skadden.com)
3  CARL ALAN ROTH (Bar No. 151517)
   (croth@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, CA  90071
   Tel.: (213) 687-5000/Fax: (213) 687-5600
6

7  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and
   Isaac Larian
8
                    UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10
                         EASTERN DIVISION
11

12 | CARTER BRYANT, an individual,        ) | CASE NO. CV 04-9049 SGL (RNBx)
   |                                      ) |
13 |                          Plaintiff,  ) | Consolidated  with  Case  No.  04-9059
   |                                      ) | and Case No. 05-2727
14 |              v.                       ) |
   |                                      ) | Honorable Stephen G. Larson
15 | MATTEL,     INC.,    a    Delaware    ) |
   | corporation,                         ) | MGA PARTIES' THIRD
16 |                                      ) | REVISED [PROPOSED] PHASE
   |                         Defendant.   ) | 1-A SPECIAL VERDICT FORM
17 |                                      ) |
   |                                      ) |
18 | AND CONSOLIDATED ACTIONS.            ) |
   |                                      ) |

19
20
21
22
23
24
25
26
27
28

**QUESTION NO. 1:**

**<u>Ownership of Drawings</u>**

a)  Has Mattel proven by a preponderance of the evidence that Carter Bryant
    conceived of the idea for and drew the initial master drawings of the Bratz
    characters while Mr. Bryant was employed by Mattel?

    ☐  YES

    or

    ☐  NO

b)  If you answered "NO" to QUESTION NO. 1(a), has Mattel has proven by a
    preponderance of the evidence that any of the drawings related to Bratz,
    prepared by Mr. Bryant while he was employed by Mattel, were **<u>not</u>** prepared
    by Mr. Bryant based on the drawings he created in 1998 while he was not a
    Mattel employee?

    ☐  YES

    or

    ☐  NO

c)  If you answered "YES" to QUESTION NO. 1(b), identify each such drawing
    on the schedule of 1999-2000 Bryant Bratz drawings attached as Exhibit A
    hereto.

**QUESTION NO. 2:**

**<u>Intentional Interference with Contract</u>**

a) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian approached Carter Bryant and induced him to breach his contract with Mattel?

As to MGA:

      ☐ YES

      or

      ☐ NO

As to Isaac Larian:

      ☐ YES

      or

      ☐ NO

      (If NO to both, please proceed to QUESTION NO. 3)

b) Has Mattel proven by a preponderance of the evidence that MGA or Isaac Larian were aware of the material terms of the contract between Carter Bryant and Mattel?

As to MGA:

      ☐ YES

      or

      ☐ NO

As to Isaac Larian:

      ☐ YES

      or

      ☐ NO

      (If NO to both, please proceed to QUESTION NO. 3)

**QUESTION NO. 2 (*continued*):**

c)  Has Mattel proven by a preponderance of the evidence that Carter Bryant breached his contract with Mattel?

☐  YES

or

☐  NO

(If NO, please proceed to QUESTION NO. 3)


d)  Has Mattel proven by a preponderance of the evidence that Mattel suffered any harm by Carter Bryant's breach of his contract with Mattel?

☐  YES

or

☐  NO

(If NO, please proceed to QUESTION NO. 3)

**QUESTION NO. 2 *(continued)*:**

e) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian, by entering into an agreement with Carter Bryant, was a substantial factor in any harm suffered by Mattel from Carter Bryant's breach of his contract with Mattel?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

(If NO to both, please proceed to QUESTION NO. 3)

f) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian were certain that they were contracting for something that belonged to Mattel when MGA contracted with Bryant for the rights to Bratz?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

4

**QUESTION NO. 3:**

**Conversion**

a) Has Mattel proven by a preponderance of the evidence that, under its contract with Carter Bryant, it owns any of Mr. Bryant's Bratz drawings?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 4)

b) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian intentionally prevented Mattel from having access to any of Carter Bryant's drawings, or destroyed those drawings?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

(If NO to both, please proceed to QUESTION NO. 4)

c) Has Mattel proven by a preponderance of the evidence that it suffered any harm as a result of any of the above conduct?

☐ YES

or

☐ NO

5

**QUESTION NO. 3** *(continued)*:

d)  Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian's conduct was a substantial factor in any harm suffered by Mattel?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

MGA Parties' Third Revised [Proposed] Spec. Verdict Forms– Case No. CV 04-9049 SGL (RNBx)

**QUESTION NO. 4:**

**Aiding and Abetting Breach of Fiduciary Duty Other Than to Maintain
the Confidentiality of Information Provided to Him by Mattel**

a) Has Mattel proven by a preponderance of the evidence that Carter Bryant
expressly agreed to assume a fiduciary duty to Mattel <u>other than</u> to maintain
the confidentiality of information provided to him by Mattel?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 5)

b) Has Mattel proven by a preponderance of the evidence that Carter Bryant
breached the fiduciary duty that you found in QUESTION 4(a)?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 5)

c) Has Mattel proven by a preponderance of the evidence that Mattel suffered
any harm while Carter Bryant was employed at Mattel as a result of the breach
of the fiduciary duty that you found in QUESTION NO. 4(b)?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 5)

7

**QUESTION NO. 4 (*continued*):**

d) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian was aware of Carter Bryant's breach of the fiduciary duty you found in QUESTION NO. 4(b)?

As to MGA:

 ☐ YES

or

 ☐ NO

As to Isaac Larian:

 ☐ YES

or

 ☐ NO

(If NO to both, please proceed to QUESTION NO. 5)

e) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian made a conscious decision to participate in wrongful activity designed to assist Carter Bryant's breach of the fiduciary duty to Mattel that you found in QUESTION NO. 4(b)?

As to MGA:

 ☐ YES

or

 ☐ NO

As to Isaac Larian:

 ☐ YES

or

 ☐ NO

8

MGA Parties' Third Revised [Proposed] Spec. Verdict Forms– Case No. CV 04-9049 SGL (RNBx)

**QUESTION NO. 5:**

**<u>Aiding and Abetting Breach of Fiduciary Duty to Maintain the</u>**

**<u>Confidentiality of Information Provided to Him by Mattel</u>**

a)  Has Mattel proven by a preponderance of the evidence that Carter Bryant expressly agreed to assume a fiduciary duty to Mattel to maintain the confidentiality of information provided to him by Mattel?

☐  YES

or

☐  NO

(If NO, please proceed to QUESTION NO. 6)


b)  Has Mattel proven by a preponderance of the evidence that Carter Bryant breached his fiduciary duty to maintain the confidentiality of information provided to him by Mattel?

☐  YES

or

☐  NO

(If NO, please proceed to QUESTION NO. 6)


c)  Has Mattel proven by a preponderance of the evidence that Mattel suffered any harm while Carter Bryant was employed at Mattel as a result of the breach of the fiduciary duty that you found in QUESTION NO. 5(b)?

☐  YES

or

☐  NO

(If NO, please proceed to QUESTION NO. 6)

**QUESTION NO. 5 *(continued)*:**

d) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian was aware of Carter Bryant's breach of the fiduciary duty you found in QUESTION NO. 5(b)?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

(If NO to both, please proceed to QUESTION NO. 6)

e) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian made a conscious decision to participate in wrongful activity designed to assist Carter Bryant's breach of the fiduciary duty to Mattel that you found in QUESTION NO. 5(b)?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

**QUESTION NO. 6:**

**Aiding and Abetting Breach of Duty of Loyalty Other Than Not Entering Into a Contract with Another Company While Employed at Mattel**

a) Has Mattel proven by a preponderance of the evidence that Carter Bryant expressly agreed to assume a duty of loyalty <u>other than</u> not entering into a contract with another company while employed at Mattel?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 7)

b) Has Mattel proven by a preponderance of the evidence that Carter Bryant breached the duty of loyalty that you found in QUESTION NO. 6(a)?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 7)

c) Has Mattel proven by a preponderance of the evidence that Mattel suffered any harm while Carter Bryant was employed at Mattel as a result of the breach of the duty of loyalty that you found in QUESTION NO. 6(b)?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 7)

**QUESTION NO. 6** (*continued*)**:**

d)  Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian was aware of Carter Bryant's breach of the duty of loyalty to Mattel?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

(If NO to both, please proceed to QUESTION NO. 7)

e)  Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian made a conscious decision to participate in wrongful activity designed to assist Carter Bryant's breach of the duty of loyalty to Mattel?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

**QUESTION NO. 7:**

**Aiding and Abetting Breach of Duty of Loyalty By Entering Into a
Contract with Another Company While Employed at Mattel**

a) Has Mattel proven by a preponderance of the evidence that Carter Bryant
expressly agreed to assume a duty of loyalty of not entering into a contract
with another company while employed at Mattel?

☐ YES

or

☐ NO

(If NO, please proceed to end, and sign and date the verdict form)

b) Has Mattel proven by a preponderance of the evidence that Carter Bryant
breached the duty of loyalty that you found in QUESTION NO. 7(a)?

☐ YES

or

☐ NO

(If NO, please proceed to end, and sign and date the verdict form)

c) Has Mattel proven by a preponderance of the evidence that Mattel suffered
any harm while Carter Bryant was employed at Mattel as a result of the breach
of the duty of loyalty that you found in QUESTION NO. 7(b)?

☐ YES

or

☐ NO

(If NO, please proceed to end, and sign and date the verdict form)

**QUESTION NO. 7 (*continued*):**

d)  Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian was aware of Carter Bryant's breach of the duty of loyalty to Mattel?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

(If NO to both, please proceed to end and sign and date the verdict form)

e)  Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian made a conscious decision to participate in wrongful activity designed to assist Carter Bryant's breach of the duty of loyalty to Mattel?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

(Please sign and date the verdict form)

_____        _____
Jury Foreperson                                        Date

14

1    DATED:  July 3, 2008

2

3

4                                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

5

6                          By:    _____/s/ Thomas J. Nolan_____
                                            Thomas J. Nolan
7                                    Attorneys for the MGA Parties

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28