# EXHIBIT A

## Schedule of Bratz Drawings 1999-October 19, 2000

Has Mattel proven by a preponderance of the evidence that the following drawings, prepared by Mr. Bryant while he was employed by Mattel, were **not** based on the Bratz idea and drawings that he conceived and reduced to practice in 1998:

- ☐ Trial Exhibit 3-1, 779, 780, 1-1, 2-1, 778
- ☐ Trial Exhibit 3-2, 726, 727, 728, 1-4, 2-5, 728
- ☐ Trial Exhibit 3-3, 1152-20, 11838, 15182, 1-6, 2-10, 5-104, 10544
- ☐ Trial Exhibit 3-4, 5-84, 716, 717
- ☐ Trial Exhibit 3-5, 791, 1-8, 2-2
- ☐ Trial Exhibit 3-6, 11837, 15184, 1-7, 2-8, 5-107, 743, 744, 10547
- ☐ Trial Exhibit 3-7, 5-85, 718, 719, 10-2, 63-1
- ☐ Trial Exhibit 3-8, 789, 1-11, 2-9, 5-106, 734, 10546
- ☐ Trial Exhibit 3-9, 788, 1-10, 2-6, 5-103, 746, 10543
- ☐ Trial Exhibit 3-10, 735, 736
- ☐ Trial Exhibit 3-12, 792, 1-3, 2-7, 5-102, 10542
- ☐ Trial Exhibit 3-13, 793, 1-5, 2-3, 10-3
- ☐ Trial Exhibit 5-79, 1-9, 2-4, 5-105, 737, 10545
- ☐ Trial Exhibit 5-80, 5-86, 721, 722
- ☐ Trial Exhibit 1-2
- ☐ Trial Exhibit 3-11
- ☐ Trial Exhibit 5-26, 712
- ☐ Trial Exhibit 5-27, 713
- ☐ Trial Exhibit 5-34
- ☐ Trial Exhibit 5-81, 720
- ☐ Trial Exhibit 5-82, 715

1

EXHIBIT A: MGA Parties' Third Revised [Proposed] Spec. Verdict Forms– Case No. CV 04-9049 SGL (RNBx)

- ☐ Trial Exhibit 5-83, 723
- ☐ Trial Exhibit 5-87, 5-108, 724, 725

(Please sign and date this Exhibit A)

_____          _____
Jury Foreperson                                                    Date