1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  MARINA V. BOGORAD (Bar No. 217524)
   (mbogorad@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, CA 90071
   Tel.: (213) 687-5000/Fax: (213) 687-5600
6
   RAOUL D. KENNEDY (Bar No. 40892)
7  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8  4 Embarcadero Center, Suite 3800
   San Francisco, CA 94111-5974
9  Tel.: (415) 984-2698 / Fax: (415) 984-2626

10 Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
11
   [Additional Counsel Listed On Following Page]
12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15                     EASTERN DIVISION

| | |
|---|---|
| 16  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 17          Plaintiff, | Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727 |
| 18     vs. | Honorable Stephen G. Larson |
| 19  MATTEL, INC., a Delaware corporation, | |
| 20          Defendant. | **ORDER REGARDING DOCUMENTS FILED UNDER SEAL ON OR BEFORE MAY 27, 2008** |
| 21 | |
| 22  AND CONSOLIDATED ACTIONS | |

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

## ORDER

**NOTICE TO THE CLERK: THIS ORDER UNSEALS PORTIONS OF THE RECORD FILED UNDER CASE NUMBER <u>CARTER BRYANT V. MATTEL</u>, CV 04- 9049 SGL (RNBx). THIS ORDER <u>APPLIES ONLY TO DOCUMENTS FILED ON OR BEFORE MAY 27, 2008</u>.**

**THIS ORDER IDENTIFIES, BY DOCKET NUMBER, SPECIFIC DOCUMENTS THAT ARE TO REMAIN UNDER SEAL. THOSE DOCKET NUMBERS, WHICH APPEAR IN BOLD TYPE AND ARE <u>UNDERLINED</u>, APPEAR IN THREE DIFFERENT PARAGRAPHS OF THIS ORDER.**

**IN ADDITION TO THOSE DOCUMENTS IDENTIFIED BY DOCKET NUMBERS, <u>ALL COURT ORDERS ISSUED UNDER SEAL SHALL REMAIN UNDER SEAL</u>.**

Mattel, Inc. ("Mattel") and MGA Entertainment, MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian (collectively, the "MGA Parties") filed the Supplemented May 27, 2008 Joint Report Re Under Seal Filings ("May 27, 2008 Joint Report" [Docket No. 3913]). (Mattel and the MGA Parties are referred to collectively in the remainder of this Order as "the parties.") Previously, the parties and Carter Bryant filed a Joint Report to Court Regarding Under Seal Documents Submitted in Support of the Parties' Motions for Partial Summary Judgment ("April 18, 2008 Joint Report" [Docket No. 3209].)

1       In the May 27, 2008 Joint Report and the April 18, 2008 Joint Report, the parties agreed, and the Court now so orders, that the documents with the following docket numbers **SHALL REMAIN UNDER SEAL**: <u>129, 162, 474, 594, 626, 704, 753, 793, 803, 851, 881, 957, 958, 964, 969, 1037, 1097, 1165, 1496, 1587, 1590, 1591, 1593, 1595, 1601, 1668, 1806, 1809, 1886, 1930, 2055, 2058, 2124, 2175, 2202, 2406, 2435, 2445, 2451, 2523, 2551, 2553, 2594, 2724, 2811, 2812, 2813, 2815, 2816, 2817, 2835, 2836, 2847, 2848, 2849, 2955 2956, 2957, 2958, 2959, 2960, 2969, 3046, 3098, 3140, 3141, 3165, 3166, 3237, 3238, 3369, 3371, 3373, 3396, 3444, 3575, 3581, 3755</u>.[1]

      The sealing of the foregoing documents is based on a showing of good cause as to non-dispositive filings with the Court, and on a showing by one or more of the parties that there is a compelling interest in retaining the seal on documents filed with the Court in conjunction with dispositive motions.

      In the May 27, 2008 Joint Report, the MGA Parties requested that the Court retain certain additional documents under seal. Mattel objected to this request. After full consideration of the matter, including the arguments of the parties in the May 27, 2008 Joint Report, the Court also rules that the documents identified by the following docket numbers **SHALL REMAIN UNDER SEAL:** <u>907, 970, 1188, 1247, 1500[2], 1587, 2437, 3097-3098, 3128, 3133, 3140, 3142, 3143, 3168, 3170, 3171, 3367, 3368, 3369, 3370, 3372, 3376, 3396, 3404, 3444, 3755, 3908[3], 3910[4], and 3929.</u>[5]

---

[1] The Court issued an oral order unsealing all documents filed in conjunction with the parties' motions for partial summary judgment, other than those documents identified by the parties in the April 18, 2008 Joint Report, during a telephonic hearing on May 14, 2008. This Order incorporates the May 18, 2008 order.
[2] Incorrectly listed as Docket No. 1454 on the Joint Report.
[3] Incorrectly listed as Docket No. 3775 on the Joint Report.
[4] Incorrectly listed as Docket No. 3775 on the Joint Report.
[5] Incorrectly listed as Docket No. 3767 on the Joint Report.

Additionally, this Order does not apply to the Mattel-Carter Bryant Settlement Agreement, and therefore **ORDERS** that the documents identified by the following docket numbers **SHALL REMAIN UNDER SEAL: 3834 and 3888**.

Finally, any and all **ORDERS** of the Court that are currently under seal **SHALL REMAIN UNDER SEAL**.

Other than those documents identified by docket number above, all documents **FILED ON OR BEFORE** May 27, 2008, in Case No. CV 04-9049 SGL (RNBx), are **HEREBY UNSEALED**. Those documents identified by docket number above shall remain under seal. For each of the foregoing filings that remains under seal, the party who filed the original document shall file a public redacted version within seven days of the entry of this Order, to the extent the party has not already done so.

**IT IS SO ORDERED.**

DATED: July 1, 2008

Stephen G. Larson
United States District Judge