THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for the MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Hon. Stephen G. Larson<br><br>DECLARATION OF LANCE A. ETCHEVERRY IN SUPPORT OF MGA'S MOTION FOR LEAVE TO SUBMIT PAUL K. MEYER'S SUPPLEMENTAL EXPERT REPORT CONCERNING DISCOVERY RECENTLY PRODUCED BY MATTEL<br><br>Date: July 14, 2008<br>Time: 10:00 a.m.<br>Judge: Honorable Stephen G. Larson<br>Place: Courtroom 1 |

I, Lance A. Etcheverry, declare and state as follows:

I am an attorney with Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), counsel of record for MGA Entertainment, Inc. ("MGA"), and Isaac Larian. I submit this Declaration in support of MGA Parties' Motion for Leave to Submit Paul K. Meyer's Supplemental Expert Report Concerning Discovery Recently Produced by Mattel.

1. On September 5, 2007, MGA served Mattel with a notice of deposition pursuant to Federal Rule of Civil Procedure 30(b)(6), seeking to depose corporate designees on a variety of topics relevant to this litigation. When, despite protracted meet-and-confer efforts, Mattel refused to produce any witnesses for deposition in response to the notice, MGA was forced to file a motion to compel with the Discovery Master on December 21, 2007.

2. On April 11, 2008, the Discovery Master granted MGA's motion to compel and ordered Mattel to produce witnesses in response to the 30(b)(6) deposition notice on or before May 5, 2008. On April 28, 2008, Mattel appealed the Discovery Master's ruling to this Court. On May 12, 2008, this Court denied Mattel's appeal.

3. Following this Court's denial of Mattel's appeal, I contacted counsel for Mattel to schedule the deposition(s). During my conversations with Mattel's counsel, I indicated that MGA wanted to complete the deposition(s) prior to the start of trial on May 27, 2008. In that vein, I offered as deposition dates May 23 and May 26, 2008.

4. My attempt to have the deposition(s) completed prior to the start of trial failed, as counsel for Mattel indicated that the company's designees (possibly one or two witnesses) would not be available until June 2, 2008. Thereafter, counsel for Mattel clarified that the company would be producing only one witness for

---

Declaration of Lance A. Etcheverry In Support of MGA Parties' Motion for Leave to Submit Paul K. Meyer's Supplemental Expert Report Concerning Discovery Recently Produced by Mattel
Case No. CV 04-9049 SGL (RNBx)

1

deposition and that the deposition would need to occur on June 6, 2008. The deposition proceeded, as scheduled, on June 6.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on July __, 2008, at Los Angeles, California.

*/s/ Lance A. Etcheverry*

Lance A. Etcheverry

Declaration of Lance A. Etcheverry In Support of MGA Parties' Motion for Leave to Submit Paul K. Meyer's Supplemental Expert Report Concerning Discovery Recently Produced by Mattel
Case No. CV 04-9049 SGL (RNBx)

2