1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  LAUREN AGUIAR (Admitted Pro Hac Vice)
   (laguiar@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Ste. 3400, Los Angeles, CA  90071-3144
4  Tel.: (213) 687-5000
   Fax: (213) 687-5600
5

6  Attorneys for the MGA Parties

7
                    UNITED STATES DISTRICT COURT
8
                   CENTRAL DISTRICT OF CALIFORNIA
9
                          EASTERN DIVISION
10

11 | CARTER BRYANT, an individual,      ) CASE NO. CV 04-9049 SGL (RNBx)
                                        )
12 |            Plaintiff,               ) Consolidated with Case No. 04-9059
                                        ) and Case No. 05-2727
13 |     v.                              )
                                        ) Honorable Stephen G. Larson
14 | MATTEL, INC., a Delaware            )
   | corporation,                        ) [PROPOSED] ORDER GRANTING
15 |                                     ) MOTION FOR LEAVE TO SUBMIT PAUL
   |            Defendant.               ) K. MEYER'S SUPPLEMENTAL EXPERT
16 |                                     ) REPORT CONCERNING DISCOVERY
   |                                     ) RECENTLY PRODUCED BY MATTEL
17 | AND CONSOLIDATED ACTIONS.           )
                                        )
18
   Date:  July 14, 2008
19 Time:  10:00 a.m.
   Judge: Honorable Stephen G. Larson
20 Place: Courtroom 1

21
22
23
24
25
26
27
28

---
[Proposed] Order Granting Motion for Leave to Submit Paul K. Meyer's Supplemental Expert Report
Case No. CV 04-9049 SGL (RNBx)

The Motion For Leave to Submit Paul K. Meyer's Supplemental Expert Report Concerning Discovery Recently Produced by Mattel("Motion"), brought by MGA Entertainment, Inc. ("MGA"), MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties"), came for hearing on July ___, 2008, the Honorable Stephen G. Larson presiding. After consideration of the Motion, all papers filed in support thereof and in opposition thereto, as well as the argument of counsel and the other pleadings and papers on file in this action, and good cause appearing, IT IS HEREBY ORDERED that:

The Motion is GRANTED for the reasons stated in the MGA Parties' moving papers on the topics submitted with this Motion. Accordingly, the MGA Parties are granted leave to serve Paul K. Meyer's Supplemental Expert Report.

SO ORDERED:

Dated: _____

The Honorable Stephen G. Larson

2

[Proposed] Order Granting Motion for Leave to Submit Paul K. Meyer's Supplemental Expert Report
Case No. CV 04-9049 SGL (RNBx)