QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Sanford I. Weisburst
51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7170

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., | CASE NUMBER |
|---|---|
| Plaintiff(s) | NO. ED CV04-09049-SGL [CONSOLIDATED WITH CV04-9059 & CV05-2727] |
| v. | |
| MGA ENTERTAINMENT, INC., ET AL., | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

I, _____Sanford I. Weisburst_____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff  ☐ Defendant: _____Mattel, Inc._____ by whom I have been retained.

My *out-of-state* business information is as follows:

_____Quinn Emanuel Urquhart Oliver & Hedges, LLP_____
*Firm Name*
_____51 Madison Avenue, 22nd Floor_____
*Street Address*

| _____New York, NY 10010_____ | _____sandyweisburst@quinnemanuel.com_____ |
|---|---|
| *City, State, Zip* | *E-Mail Address* |
| _____212-849-7170_____ | _____212-849-7100_____ |
| *Telephone Number* | *Fax Number* |

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| Eastern District of New York | January 23, 2008 |
| Southern District of New York | April 11, 2006 |
| Second Circuit Court of Appeals | March 22, 2006 |
| [Please see attached sheet for full list of admissions] | -- |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

FEE PAID

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____ B. Dylan Proctor _____ as local counsel, whose business information is as follows:

Quinn Emanuel Urquhart Oliver & Hedges, LLP
*Firm Name*
865 S. Figueroa Street, 10th Floor
*Street Address*

Los Angeles, CA 90017                    dylanproctor@quinnemanuel.com
*City, State, Zip*                                    *E-Mail Address*
213-443-3000                             213-443-3100
*Telephone Number*                          *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated June 23, 2008                        Sanford I. Weisburst
                                           *Applicant's Name (please print)*
                                           [signature]
                                           *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated 6/24/08                              B. Dylan Proctor
                                           *Designee's Name (please print)*
                                           [signature]
                                           *Designee's Signature*
                                           219354
                                           *Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Sanford I. Weisburst
51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7170

Application of Non-Resident Attorney to Appear in Mattel, Inc. v. MGA Entertainment, Inc. et al., No. ED CV04-09049-SGL [Consolidated with CV04-9059 & CV05-2727]

I am a member in good standing and eligible to practice before the following courts:

| *Title of Court* | *Date of Admission* |
|---|---|
| Eastern District of New York | January 23, 2008 |
| Southern District of New York | April 11, 2006 |
| Second Circuit Court of Appeals | March 22, 2006 |
| Eleventh Circuit Court of Appeals | January 18, 2006 |
| Supreme Court of the United States | November 28, 2005 |
| D.C. Circuit Court of Appeals | April 8, 2004 |
| Seventh Circuit Court of Appeals | February 6, 2004 |
| New York | November 19, 2001 |

Dated 6/23/08

_____
Sanford I. Weisburst

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On July 2, 2008, I served true copies of the following document(s) described as **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Ave., Suite 3400<br>Los Angeles, California 90071<br>*Attorneys for MGA Entertainment, Inc.* | Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90017<br>*Attorneys for Carlos Gustavo Machado* |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 2, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2560221.1