QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Sanford I. Weisburst
51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7170

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MATTEL, INC.,

Plaintiff(s)

v.

MGA ENTERTAINMENT, INC., ET AL.,

Defendant(s).

CASE NUMBER

NO. ED CV04-09049-SGL
[CONSOLIDATED WITH
CV04-9059 & CV05-2727]

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

LODGED
2008 JUL -2 PM 2:17

The Court, having reviewed the accompanying Application of **Sanford I. Weisburst**,
*Applicant's Name*

of **Quinn Emanuel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010**
*Firm Name / Address*

**212-849-7170**                                                **sandyweisburst@quinnemanuel.com**
*Telephone Number*                                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff  ☐ Defendant

**Mattel, Inc.**

and the designation of **B. Dylan Proctor (Bar No. 219354)**
*Local Counsel Designee /State Bar Number*

of **Quinn Emanuel Urquhart Oliver & Hedges LLP, 865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017**
*Local Counsel Firm / Address*

**213-443-3000**                                                **dylanproctor@quinnemanuel.com**
*Telephone Number*                                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated **7-2-08**

U.S. District Judge/~~U.S. Magistrate Judge~~

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On July 2, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Ave., Suite 3400<br>Los Angeles, California 90071<br>*Attorneys for MGA Entertainment, Inc.* | Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90017<br>*Attorneys for Carlos Gustavo Machado* |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 2, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2560221.1