QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**[PROPOSED] CORRECTED AMENDED ORDER REGARDING ADMISSION OF ORIGINAL CARTER BRYANT DRAWINGS**<br><br>**Phase 1:**<br>Discovery Cut-Off:  January 28, 2008<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:  May 27, 2008 |

[PROPOSED] [AMENDED] ORDER REGARDING ORIGINAL CARTER BRYANT DRAWINGS

# [PROPOSED] ORDER

Having considered the parties' Corrected Amended Supplemental Joint Exhibit Stipulation Regarding Original Carter Bryant Drawings (the "Stipulation"), and for good cause shown:

**IT IS HEREBY ORDERED THAT** the following exhibits are hereby admitted into evidence for Phase 1(A) of trial:

| Trial Exhibit Number | | | | | Bates Start |
|---|---|---|---|---|---|
| TX 00001.001 | TX 00780 | | | | BRYANT0000262 |
| TX 00001.002 | | | | | BRYANT0000263 |
| TX 00001.003 | | | | | BRYANT0000264 |
| TX 00001.004 | TX 00728 | | | | BRYANT0000265 |
| TX 00001.005 | | | | | BRYANT0000266 |
| TX 00001.006 | | | | | BRYANT0000267 |
| TX 00001.007 | | | | | BRYANT0000268 |
| TX 00001.008 | | | | | BRYANT0000269 |
| TX 00001.009 | | | | | BRYANT0000270 |
| TX 00001.010 | | | | | BRYANT0000271 |
| TX 00001.011 | | | | | BRYANT0000272 |
| TX | | | | | BRYANT0000310 |

| | | | | | |
|---|---|---|---|---|---|
| TX 00002.001 | | | | | |
| TX 00002.002 | | | | | BRYANT0000311 |
| TX 00002.003 | | | | | BRYANT0000312 |
| TX 00002.004 | TX 00737 | TX 00738 | | | BRYANT0000313 |
| TX 00002.005 | TX 00729 | | | | BRYANT0000314 |
| TX 00002.006 | TX 00745 | | | | BRYANT0000315 |
| TX 00002.007 | | | | | BRYANT0000316 |
| TX 00002.008 | TX 00743 | | | | BRYANT0000317 |
| TX 00002.009 | TX 00733 | | | | BRYANT0000318 |
| TX 00002.010 | | | | | BRYANT0000319 |
| TX 00003.001 | | | | | BRYANT0000222 |
| TX 00003.002 | TX 00726.001 | TX 00727 | | | BRYANT0000223 |
| TX 00003.003 | TX 01152.020 | TX 11838.001 | TX 15182.001 | | BRYANT0000224 |
| TX 00003.004 | TX 10540.001 | TX 15183.001 | | | BRYANT0000225 |
| TX 00003.005 | TX 00791.001 | | | | BRYANT0000226 |
| TX 00003.006 | TX 11837.001 | TX 15184.001 | | | BRYANT0000227 |
| TX 00003.007 | TX 00718 | TX 00719 | | | BRYANT0000228 |
| TX 00003.008 | TX 00789 | | | | BRYANT0000229 |
| TX 00003.009 | TX 00788 | | | | BRYANT0000230 |
| TX 00003.010 | TX 00735 | | | | BRYANT0000231 |

[PROPOSED] [AMENDED] ORDER REGARDING ORIGINAL CARTER BRYANT DRAWINGS

| # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | TX 00003.012 | TX 00792 | | | | BRYANT0000233 |
| 2 | TX 00003.013 | TX 00793 | | | | BRYANT0000234 |
| 3 | TX 00004.001 | | | | | BRYANT0000238 |
| 4 | TX 00004.002 | TX 12876.001 | | | | BRYANT0000239 |
| 5 | TX 00004.003 | TX 12877.001 | | | | BRYANT0000240 |
| 6 | TX 00004.004 | TX 12878.001 | | | | BRYANT0000241 |
| 7 | TX 00004.005 | TX 12879.001 | | | | BRYANT0000242 |
| 8 | TX 00004.006 | TX 12880.001 | | | | BRYANT0000243 |
| 9 | TX 00004.007 | TX 12881.001 | | | | BRYANT0000244 |
| 10 | TX 00004.008 | TX 12882.001 | | | | BRYANT0000245 |
| 11 | TX 00004.009 | TX 12883.001 | | | | BRYANT0000246 |
| 12 | TX 00004.010 | | | | | BRYANT0000247 |
| 13 | TX 00004.011 | | | | | BRYANT0000248 |
| 14 | TX 00004.012 | | | | | BRYANT0000249 |
| 15 | TX 00004.013 | | | | | BRYANT0000250 |
| 16 | TX 00004.014 | | | | | BRYANT0000251 |
| 17 | TX 00004.015 | | | | | BRYANT0000252 |
| 18 | TX 00004.016 | | | | | BRYANT0000253 |
| 19 | TX 00004.017 | | | | | BRYANT0000254 |
| 20 | TX | | | | | BRYANT0000255 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 00004.018 | | | | | |
| 2 | TX 00004.019 | | | | | BRYANT0000256 |
| 3 | TX 00004.020 | | | | | BRYANT0000257 |
| 4 | TX 00004.021 | | | | | BRYANT0000258 |
| 5 | TX 00004.022 | | | | | BRYANT0000259 |
| 6 | TX 00004.023 | | | | | BRYANT0000260 |
| 7 | TX 00004.024 | | | | | BRYANT0000261 |
| 8 | TX 00005.001 | TX 10503.001 | | | | BRYANT0000138 |
| 9 | TX 00005.002 | TX 10504.001 | | | | BRYANT0000139 |
| 10 | TX 00005.003 | TX 10505.001 | | | | BRYANT0000140 |
| 11 | TX 00005.004 | TX 10506.001 | | | | BRYANT0000141 |
| 12 | TX 00005.005 | TX 10507.001 | | | | BRYANT0000142 |
| 13 | TX 00005.006 | TX 10508.001 | | | | BRYANT0000143 |
| 14 | TX 00005.007 | TX 10509.001 | | | | BRYANT0000144 |
| 15 | TX 00005.008 | TX 10510.001 | | | | BRYANT0000145 |
| 16 | TX 00005.009 | TX 10511.001 | | | | BRYANT0000146 |
| 17 | TX 00005.010 | TX 10512.001 | | | | BRYANT0000147 |
| 18 | TX 00005.011 | TX 10513.001 | | | | BRYANT0000148 |
| 19 | TX 00005.012 | TX 10514.001 | | | | BRYANT0000149 |
| 20 | TX 00005.013 | TX 11849.001 | | | | BRYANT0000150 |

[PROPOSED] [AMENDED] ORDER REGARDING ORIGINAL CARTER BRYANT DRAWINGS

| | | | | | |
|---|---|---|---|---|---|
| TX 00005.014 | TX 10515.001 | | | | BRYANT0000151 |
| TX 00005.015 | TX 10516.001 | | | | BRYANT0000152 |
| TX 00005.016 | TX 11835.001 | | | | BRYANT0000153 |
| TX 00005.017 | TX 10517.001 | | | | BRYANT0000154 |
| TX 00005.018 | TX 10518.001 | | | | BRYANT0000155 |
| TX 00005.019 | TX 10519.001 | | | | BRYANT0000156 |
| TX 00005.020 | TX 10520.001 | | | | BRYANT0000157 |
| TX 00005.021 | TX 10521.001 | | | | BRYANT0000158 |
| TX 00005.022 | TX 10522.001 | | | | BRYANT0000159 |
| TX 00005.023 | TX 10523.001 | | | | BRYANT0000160 |
| TX 00005.024 | TX 10524.001 | | | | BRYANT0000161 |
| TX 00005.025 | TX 10525.001 | | | | BRYANT0000162 |
| TX 00005.026 | TX 00712 | | | | BRYANT0000163 |
| TX 00005.027 | TX 00713 | | | | BRYANT0000164 |
| TX 00005.028 | TX 10526.001 | | | | BRYANT0000165 |
| TX 00005.029 | TX 10527.001 | | | | BRYANT0000166 |
| TX 00005.030 | TX 10528.001 | | | | BRYANT0000167 |
| TX 00005.031 | TX 10529.001 | | | | BRYANT0000168 |
| TX 00005.032 | TX 10530.001 | | | | BRYANT0000169 |
| TX | TX | | | | BRYANT0000170 |

[PROPOSED] [AMENDED] ORDER REGARDING ORIGINAL CARTER BRYANT DRAWINGS

| | | | | | |
|---|---|---|---|---|---|
| 00005.033 | 00393.001 | | | | |
| TX 00005.034 | | | | | BRYANT0000173 |
| TX 00005.035 | | | | | BRYANT0000175 |
| TX 00005.044 | TX 11848.001 | | | | BRYANT0000184 |
| TX 00005.045 | TX 10532.001 | | | | BRYANT0000185 |
| TX 00005.047 | TX 11809.001 | | | | BRYANT0000187 |
| TX 00005.048 | TX 10533.001 | | | | BRYANT0000188 |
| TX 00005.051 | TX 11810.001 | | | | BRYANT0000191 |
| TX 00005.077 | TX 00707 | | | | BRYANT0000217 |
| TX 00005.084 | TX 00716 | TX 00717 | | | BRYANT0000273 |
| TX 00005.085 | | | | | BRYANT0000274 |
| TX 00005.086 | | | | | BRYANT0000275 |
| TX 00005.087 | | | | | BRYANT0000276 |
| TX 00005.090 | | | | | BRYANT0000279 |
| TX 00005.091 | TX 12128.001 | | | | BRYANT0000280 |
| TX 00005.092 | | | | | BRYANT0000281 |
| TX 00005.093 | | | | | BRYANT0000282 |
| TX 00005.094 | | | | | BRYANT0000283 |
| TX 00005.095 | | | | | BRYANT0000284 |
| TX 00005.096 | | | | | BRYANT0000285 |

[PROPOSED] [AMENDED] ORDER REGARDING ORIGINAL CARTER BRYANT DRAWINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | TX 00005.097 | | | | | BRYANT0000286 |
| 2 | TX 00005.098 | | | | | BRYANT0000287 |
| 3 | TX 00005.099 | | | | | BRYANT0000288 |
| 4 | TX 00005.100 | | | | | BRYANT0000289 |
| 5 | TX 00005.102 | TX 10542.001 | | | | BRYANT0000291 |
| 6 | TX 00005.103 | TX 10543.001 | | | | BRYANT0000292 |
| 7 | TX 00005.104 | TX 10544.001 | | | | BRYANT0000293 |
| 8 | TX 00005.105 | TX 10545.001 | | | | BRYANT0000294 |
| 9 | TX 00005.106 | TX 10546.001 | | | | BRYANT0000295 |
| 10 | TX 00005.107 | TX 10547.001 | | | | BRYANT0000296 |
| 11 | TX 00005.108 | TX 00724.001 | TX 00725.001 | | | BRYANT0000297 |
| 12 | TX 00005.109 | | | | | BRYANT0000298 |
| 13 | TX 00005.110 | | | | | BRYANT0000299 |
| 14 | TX 00005.111 | TX 00708 | | | | BRYANT0000300 |
| 15 | TX 00005.113 | | | | | BRYANT0000302 |
| 16 | TX 00005.114 | | | | | BRYANT0000303 |
| 17 | TX 00005.115 | | | | | BRYANT0000320 |
| 18 | TX 00005.116 | TX 11812.001 | | | | BRYANT0000321 |
| 19 | TX 00005.117 | TX 12884.001 | | | | BRYANT0000322 |
| 20 | TX | TX | | | | BRYANT0000323 |

| | | | | | |
|---|---|---|---|---|---|
| TX 00005.118 | TX 11811.001 | | | | |
| TX 00005.119 | TX 11808.001 | | | | BRYANT0000324 |
| TX 00005.120 | TX 10015.001 | | | | BRYANT0000325 |
| TX 00005.121 | | | | | BRYANT0000326 |
| TX 00005.122 | | | | | BRYANT0000327 |
| TX 00005.123 | TX 11807.001 | | | | BRYANT0000328 |
| TX 00005.124 | TX 10549.001 | | | | BRYANT0000329 |
| TX 00005.125 | | | | | BRYANT0000330 |
| TX 00005.126 | | | | | BRYANT0000331 |
| TX 00005.127 | | | | | BRYANT0000332 |
| TX 00005.128 | TX 11278.001 | | | | BRYANT0000333 |
| TX 00005.129 | TX 10550.001 | | | | BRYANT0000334 |
| TX 00005.130 | TX 10550.002 | | | | BRYANT0000335 |
| TX 00005.131 | TX 10550.003 | | | | BRYANT0000336 |
| TX 00005.132 | TX 10550.004 | | | | BRYANT0000337 |
| TX 00005.133 | TX 10550.005 | | | | BRYANT0000338 |
| TX 00005.134 | TX 10550.006 | | | | BRYANT0000339 |
| TX 00005.135 | TX 11279.001 | | | | BRYANT0000340 |
| TX 00005.136 | TX 00711.001 | | | | BRYANT0000341 |
| TX 00005.137 | TX 11847.001 | | | | BRYANT0000342 |

- [PROPOSED] [AMENDED] ORDER REGARDING ORIGINAL CARTER BRYANT DRAWINGS

| # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | TX 00005.138 | TX 11839.001 | | | | BRYANT0000343 |
| 2 | TX 00005.139 | TX 11839.002 | | | | BRYANT0000344 |
| 3 | TX 00005.140 | TX 11851.001 | | | | BRYANT0000345 |
| 4 | TX 00005.141 | TX 12885.001 | | | | BRYANT0000346 |
| 5 | TX 00005.142 | TX 12886.001 | | | | BRYANT0000347 |
| 6 | TX 00005.143 | TX 12887.001 | | | | BRYANT0000348 |
| 7 | TX 00005.144 | TX 00832.001 | | | | BRYANT0000349 |
| 8 | TX 00005.145 | TX 00832.002 | | | | BRYANT0000350 |
| 9 | TX 00005.146 | TX 00832.003 | | | | BRYANT0000351 |
| 10 | TX 00035.001 | TX 00005.088 | | | | BRYANT0000277 |
| 11 | TX 00035.002 | TX 00005.089 | | | | BRYANT0000278 |
| 12 | TX 00035.003 | TX 00005.101 | TX 00796.003 | TX 10541.001 | TX 15196.001 | BRYANT0000290 |
| 13 | TX 00062.001 | TX 00005.052 | TX 00624 | | | BRYANT0000192 |
| 14 | TX 00062.002 | TX 00005.054 | TX 00620 | TX 00775 | | BRYANT0000194 |
| 15 | TX 00062.003 | TX 00005.055 | | | | BRYANT0000195 |
| 16 | TX 00062.009 | TX 00005.070 | TX 00623 | | | BRYANT0000210 |
| 17 | TX 00062.011 | TX 00005.074 | TX 10537.001 | TX 15180.001 | | BRYANT0000214 |
| 18 | TX 00062.013 | TX 00005.112 | TX 10548.001 | TX 15203.001 | | BRYANT0000301 |
| 19 | TX 00062.014 | | | | | BRYANT0001003 |
| 20 | TX | TX | TX | | | BRYANT0001243 |

[PROPOSED] [AMENDED] ORDER REGARDING ORIGINAL CARTER BRYANT DRAWINGS

| | | | | | |
|---|---|---|---|---|---|
| 00062.015 | 10613.001 | 01152.001 | | | |
| TX 00523.001 | TX 00005.039 | | TX 00752 | | BRYANT0000179 |
| TX 00621.001 | TX 00005.062 | TX 00062.005 | TX 00768 | | BRYANT0000202 |
| TX 00701 | TX 00005.036 | TX 00702.001 | | | BRYANT0000176 |
| TX 00703 | TX 00005.037 | | | | BRYANT0000177 |
| TX 00704 | TX 00005.049 | | | | BRYANT0000189 |
| TX 00705 | TX 00005.050 | | | | BRYANT0000190 |
| TX 00706 | TX 00005.076 | | | | BRYANT0000216 |
| TX 00709 | TX 00005.043 | | | | BRYANT0000183 |
| TX 00710 | TX 00005.046 | | | | BRYANT0000186 |
| TX 00714 | TX 00003.011 | | | | BRYANT0000232 |
| TX 00715 | TX 00005.082 | | | | BRYANT0000236 |
| TX 00720 | TX 00005.081 | | | | BRYANT0000235 |
| TX 00721 | TX 00005.080 | TX 00722 | | | BRYANT0000221 |
| TX 00723 | TX 00005.083 | | | | BRYANT0000237 |
| TX 00730 | TX 00731.001 | | | | BRYANT0001049 |
| TX 00732 | | | | | BRYANT0001111 |
| TX 00739 | TX 00005.059 | | | | BRYANT0000199 |
| TX 00741 | TX 00005.073 | TX 00742 | | | BRYANT0000213 |
| TX 00747 | | | | | BRYANT0001110 |
| TX 00749 | | | | | BRYANT0001112 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | TX 00751.001 | | | | | BRYANT0000179 |
| 2 | TX 00753 | TX 00005.040 | TX 13583.001 | | | BRYANT0000180 |
| 3 | TX 00755 | TX 00005.041 | | | | BRYANT0000181 |
| 4 | TX 00756 | TX 00005.042 | | | | BRYANT0000182 |
| 5 | TX 00757 | TX 00005.035 | | | | BRYANT0000175 |
| 6 | TX 00758 | TX 00005.063 | TX 00759 | TX 00760 | | BRYANT0000203 |
| 7 | TX 00761 | TX 00005.060 | | | | BRYANT0000200 |
| 8 | TX 00762 | TX 00005.038 | | | | BRYANT0000178 |
| 9 | TX 00763 | | | | | BRYANT0001118 |
| 10 | TX 00766 | | | | | BRYANT0001247 |
| 11 | TX 00776 | TX 00005.057 | TX 00777 | | | BRYANT0000197 |
| 12 | TX 00787 | TX 00005.079 | | | | BRYANT0000220 |
| 13 | TX 00794 | TX 00005.066 | | | | BRYANT0000206 |
| 14 | TX 01107.001 | TX 10638.001 | | | | BRYANT0002774 |
| 15 | TX 01108.001 | TX 10639.001 | | | | BRYANT0002776 |
| 16 | TX 01109.001 | TX 00771.001 | | | | BRYANT0002775 |
| 17 | TX 01110.001 | | | | | BRYANT0002777 |
| 18 | TX 01152.008 | TX 00005.065 | TX 11789.001 | | | BRYANT0000205 |
| 19 | TX 01155C | | | | | BLACK NOTEBOOK |
| 20 | TX 01156.001 | | | | | BRYANT0000116 |

[PROPOSED] [AMENDED] ORDER REGARDING ORIGINAL CARTER BRYANT DRAWINGS

| | | | | | |
|---|---|---|---|---|---|
| TX 01162.001 | | | | | BRYANT0000124 |
| TX 01164.001 | | | | | BRYANT0000131 |
| TX 01313 C | | | | | Turquoise Notebook |
| TX 01327.001 | | | | | BRYANT0001975 |
| TX 01328.001 | | | | | BRYANT0001976 |
| TX 01747.005 | TX 00062.003 | TX 00005.055 | | | BRYANT0000195 |
| TX 01748.001 | TX 00005.061 | TX 00062.004 | TX 00796 | | BRYANT0000201 |
| TX 01750.001 | TX 00005.064 | TX 00062.006 | | | BRYANT0000204 |
| TX 01751.004 | TX 00005.068 | TX 00062.008 | TX 00786 | TX 00790 | BRYANT0000208 |
| TX 01752.001 | TX 00005.071 | TX 00062.010 | TX 00770 | TX 01752.001 | BRYANT0000211 |
| TX 10535.001 | TX 00005.067 | TX 01152.012 | TX 15172.001 | TX 00062.007 | BRYANT0000207 |
| TX 11788.001 | | TX 00005.069 | | | BRYANT0000209 |
| TX 15058.001 | | | | | BRYANT0000013 |
| TX 15059.001 | TX 10019.001 | | | | BRYANT0000014 |
| TX 15091.001 | | | | | BRYANT0000046 |
| TX 15110.001 | | | | | BRYANT0000065 |
| TX 15118.001 | | | | | BRYANT0000073 |
| TX 15175.001 | TX 00005.053 | TX 01152.006 | TX 10534.001 | | BRYANT0000193 |
| TX 15176.001 | TX 00005.056 | TX 00764 | | | BRYANT0000196 |
| TX | TX | TX 00765 | | | BRYANT0000198 |

[PROPOSED] [AMENDED] ORDER REGARDING ORIGINAL CARTER BRYANT DRAWINGS

| | | | | | |
|---|---|---|---|---|---|
| 15177.001 | 00005.058 | | | | |
| TX 15179.001 | TX 00005.072 | TX 01152.016 | TX 10536.001 | | BRYANT0000212 |
| TX 15181.001 | TX 00005.075 | TX 10538.001 | TX 00062.012 | | BRYANT0000215 |
| TX 15242.001 | | | | | BRYANT0000725 |
| TX 15243.001 | | | | | BRYANT0000861 |
| TX 15333.001 | TX 13584.001 | | | | BRYANT0002692 |
| TX 15339.001 | | | | | BRYANT0002786 |
| TX 15340.001 | | | | | BRYANT0002787 |
| TX 15341.001 | TX 10641.001 | | | | BRYANT0002788 |
| TX 15341.002 | TX 10642.001 | | | | BRYANT0002789 |
| TX 15364.003 | | | | | BRYANT0004842 |
| TX 15364.004 | | | | | BRYANT0004843 |
| TX 15364.005 | | | | | BRYANT0004844 |
| TX 15364.006 | | | | | BRYANT0004845 |
| TX 15364.007 | | | | | BRYANT0004846 |
| TX 15364.008 | | | | | BRYANT0004847 |
| TX 15364.009 | | | | | BRYANT0004848 |
| TX 15364.010 | | | | | BRYANT0004849 |
| TX 15364.011 | TX 01157.001 | | | | BRYANT0004850 |
| TX 15364.012 | | | | | BRYANT0004851 |

[PROPOSED] [AMENDED] ORDER REGARDING ORIGINAL CARTER BRYANT DRAWINGS

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| TX 15364.013 |  |  |  |  | BRYANT0004852 |
| TX 15364.014 |  |  |  |  | BRYANT0004853 |
| TX 15393.001 | TX 10669.001 |  |  |  | BRYANT0005025 |
| TX 15429.001 |  |  |  |  | BRYANT20001773 |
| TX 15429.003 |  |  |  |  | BRYANT20001775 |
| TX 15429.005 |  |  |  |  | BRYANT20001777 |
| TX 15429.007 |  |  |  |  | BRYANT20001779 |
| TX 15435.001 |  |  |  |  | BRYANT20001798 |
| TX 15439.001 |  |  |  |  | BRYANT20001810 |
| TX 18281.001 | TX 10579.001 |  |  |  | BRYANT0000972 |
| TX 18460.001 |  |  |  |  | BRYANT0000002 |
| TX 18485.001 |  |  |  |  | BRYANT0000855 |
| TX 18486.001 |  |  |  |  | BRYANT0000868 |
| TX 18487.001 |  |  |  |  | BRYANT0000891 |
| TX 18488.001 |  |  |  |  | BRYANT0002667 |
| TX 18489.001 |  |  |  |  | BRYANT0002669 |
| TX 18490.001 |  |  |  |  | BRYANT0002674 |
| TX 18491.001 |  |  |  |  | BRYANT0002675 |
| TX 18492.001 |  |  |  |  | BRYANT0002684 |
| TX |  |  |  |  | BRYANT0002781 |

[PROPOSED] [AMENDED] ORDER REGARDING ORIGINAL CARTER BRYANT DRAWINGS

| | | | | | |
|---|---|---|---|---|---|
| 18493.001 | | | | | |
| TX 18496.001 | | | | | BRYANT0002848 |
| TX 18497.001 | | | | | BRYANT0002864 |
| TX 18498.001 | | | | | BRYANT0004764 |
| TX 18499.001 | | | | | BRYANT0004765 |
| TX 18500.001 | | | | | BRYANT0004766 |
| TX 18501.001 | TX 00005.078 | TX 10539.001 | | | BRYANT0000218 |
| TX 18515.001 | | | | | BRYANT0005031 |

This Order and the stipulation to which it refers, correct certain clerical errors contained in the parties' Amended Supplemental Joint Exhibit Stipulation Regarding Original Carter Bryant Drawing, dated June 13, 2006.  This Order replaces the Order Regarding Admission of Original Carter Bryant Drawings, dated June 13, 2006.

**IT IS SO ORDERED.**

DATED:  July ____, 2008

_____
Honorable Stephen G. Larson
United States District Judge

[PROPOSED] [AMENDED] ORDER REGARDING ORIGINAL CARTER BRYANT DRAWINGS