UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 04-09049 SGL(RNBx) |
| Title: | CARTER BRYANT -v- MATTEL, INC. |
| Date | July 1, 2008 |

Present: The Honorable  STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Mark Schweitzer (PM session) / Theresa Lanza (AM session) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

Attorneys Present for Plaintiff(s):
John B. Quinn
Michael T. Zeller
Jon Corey
William Price

Attorneys Present for Defendants:
Thomas J. Nolan
Lauren E. Aguiar
Carl A. Roth

\_\_\_\_ Day Court Trial    18th Day Jury Trial
\_\_\_\_ One day trial:    \_\_\_\_ Begun (1st day);    \_\_\_\_ Held & Continued;    \_\_\_\_ Completed by jury verdict/submitted to court.
\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by
√ Witnesses called, sworn and testified.    √ Exhibits identified.    √ Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.    Defendant(s) rest.
\_\_\_\_ Closing arguments made by    plaintiff(s)    defendant(s).    Court instructs jury.
\_\_\_\_ Bailiff(s) sworn.    Jury retires to deliberate.    Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of    plaintiff(s)    defendant(s) is read and filed.
\_\_\_\_ Jury polled.    Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists    Filed jury notes.    Filed jury instructions.
\_\_\_\_ Judgment by Court for    plaintiff(s)    defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    plaintiff(s)    defendant(s).
\_\_\_\_ Case submitted.    Briefs to be filed by
\_\_\_\_ Motion to dismiss by    is    granted.    denied.    submitted.
\_\_\_\_ Motion for mistrial by    is    granted.    denied.    submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by    is    granted.    denied.    submitted.
\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
√ Case continued to    to 7/2/08, trial resumes at 9:00 am; Counsel to report at 8:30 p.m., for a bench conference.
\_\_\_\_ Other:

4/15    :
Initials of Deputy Clerk    jh

cc: