Priority Send
cc: USM-ED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., | CASE NUMBER |
| --- | --- |
| Plaintiff, | **CV 04-09049 SGL (RNBx)** |
| v. | |
| MGA ENTERTAINMENT, INC., ISAAC LARIAN, | NOTICE OF COURT ORDER RE: COURT SECURITY OFFICER PRESENCE FOR JURY DELIBERATION |
| Defendants. | |

TO: THE UNITED STATES MARSHAL

On Stephen G. Larson ORDERED that a Court Security Officer be present to provide security for the jury during its deliberation in the above-entitled case. Said Court Security Officer shall be present in the courtroom to take charge of the jury on July 9, 2008 at 9:00 a.m. This order shall remain in effect until the jury is discharged and/or is excused by the Court.

CLERK, U.S. DISTRICT COURT

By: Jim Holmes   /s/
Courtroom Deputy Clerk

cc: File

G-68 (12/97)    NOTICE OF COURT ORDER RE BAILIFF/MATRON'S PRESENCE FOR JURY DELIBERATIONS