```
1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  LAUREN AGUIAR (Admitted Pro Hac Vice)
   (laquiar@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
4  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000
5  Fax: (213) 687-5600
6
7  Attorneys for the MGA Parties
```

[Filed stamp: 2008 JUL -8 AM 10:53, CLERK U.S. DISTRICT COURT, CENTRAL DIST. OF CALIF., RIVERSIDE]

[Handwritten: (w/Seal (proposed) order)]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **APPLICATION TO FILE UNDER SEAL EXHIBITS A, B, C, D, E, AND F OF DECLARATION OF RYAN H. WEINSTEIN IN SUPPORT OF MGA'S MOTION FOR LEAVE TO SUBMIT PAUL K. MEYER'S SUPPLEMENTAL REPORT CONCERNING DISCOVERY RECENTLY PRODUCED BY MATTEL** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | [Local Rule 79-5.1] |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, MGA Entertainment, Inc. ("MGA"), Isaac Larian
3  ("Mr. Larian" or "Larian"), and MGA Entertainment (HK) Limited ("MGA HK"),
4  (collectively, the "MGA Parties") hereby respectfully request that the Court order
5  filed under seal Exhibits A, B, C, D, E, and F to the Declaration of Ryan H.
6  Weinstein In Support of MGA's Motion For Leave to Submit Paul K. Meyer's
7  Supplemental Expert Report Concerning Discovery Recently Produced By Mattel.
8  Exhibits A, B, C, D, E, and F have been designated by Mattel or MGA as
9  "Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.
10 Accordingly, MGA respectfully requests that the Court order Weinstein Exhibits A,
11 B, C, D, E, and F be filed under seal. In the alternative, MGA requests that the Court
12 order such information be deemed not confidential.

DATED: July 7, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan

Attorneys for the MGA Parties