THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
LAUREN AGUIAR (Admitted Pro Hac Vice)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for the MGA Parties-

FILED 2008 JUL -8 AM 10:57
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE**<br><br>Trial Date: May 27, 2008 |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **July 7, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)
(Marriott Riverside – 3400 Market Street, Riverside, CA)

(X) (BY PERSONAL SERVICE)   ☐   By personally delivering copies to the person served. (FEDERAL)

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

( ) (BY FEDERAL EXPRESS)

( ) (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **July 7, 2008**, in Los Angeles, California.

\_\_Jean A. Chun\_\_            \_\_\[signature\]\_\_
PRINT NAME                  SIGNATURE

PROOF OF SERVICE                             NO. CV 04-9049 SGL (RNBx)

## Document List

(1) Declaration of Ryan H. Weinstein in Support of MGA's Motion for Leave to Submit Paul K. Meyer's Supplemental Expert Report Concerning Discovery Recently Produced by Mattel;

(2) Application to File Under Seal Exhibits A, B, C, D, E and F of Declaration of Ryan H. Weinstein in Support of MGA's Motion for Leave to Submit Paul K. Meyer's Supplemental Expert Report Concerning Discovery Recently Produced by Mattel;

(3) [Proposed] Order to File Under Seal Exhibits A, B, C, D, E and F of Declaration of Ryan H. Weinstein in Support of MGA's Motion for Leave to Submit Paul K. Meyer's Supplemental Expert Report Concerning Discovery Recently Produced by Mattel;

(4) Proof of Service