UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV 04-09049 SGL(RNBx) | | Date | July 2, 2008 |
|---|---|---|---|---|
| Title: | CARTER BRYANT -v- MATTEL, INC. | | | |

| Present: The Honorable | STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Jim Holmes | Theresa Lanza (AM session) / Mark Schweitzer (PM session) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn / Michael T. Zeller / Jon Corey / William Price | Thomas J. Nolan / Lauren E. Aguiar / Carl A. Roth / Jason D. Russell / Attorney for Witness Peter Marlow / Steven M. Goldsobel |

|   | Day Court Trial | 19th | Day Jury Trial |   |
|---|---|---|---|---|
|   | One day trial: | Begun (1st day); | Held & Continued; | Completed by jury verdict/submitted to court. |
|   | The Jury is impaneled and sworn. | | | |
|   | Opening statements made by | | | |
| √ | Witnesses called, sworn and testified. | √ Exhibits identified. | √ Exhibits admitted. | |
| √ | Plaintiff(s) [**FINALLY**] rests. | Defendant(s) rest. | | |
|   | Closing arguments made by | plaintiff(s) | defendant(s). | Court instructs jury. |
|   | Bailiff(s) sworn. | Jury retires to deliberate. | | Jury resumes deliberations. |
|   | Jury Verdict in favor of | plaintiff(s) | defendant(s) is read and filed. | |
|   | Jury polled. | Polling waived. | | |
|   | Filed Witness & Exhibit Lists | Filed jury notes. | Filed jury instructions. | |
|   | Judgment by Court for | | plaintiff(s) | defendant(s). |
|   | Findings, Conclusions of Law & Judgment to be prepared by | | plaintiff(s) | defendant(s). |
|   | Case submitted. | Briefs to be filed by | | |
|   | Motion to dismiss by | | is   granted.   denied.   submitted. | |
|   | Motion for mistrial by | | is   granted.   denied.   submitted. | |
|   | Motion for Judgment/Directed Verdict by | | is   granted.   denied.   submitted. | |
|   | Settlement reached and placed on the record. | | | |
|   | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings. | | | |
|   | Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed. | | | |
|   | Trial subpoenaed documents returned to subpoenaing party. | | | |
| √ | Case continued to   to 7/3/08, trial resumes at 9:00 am; Counsel to report at 8:15 p.m., for a bench conference. | | | |
|   | Other: | | | |

6/30   :

Initials of Deputy Clerk   jh

cc: