## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 04-09049 SGL(RNBx) |
| Title: | CARTER BRYANT -v- MATTEL, INC. |

Date: July 3, 2008

Present: The Honorable    STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza (AM session)<br>Mark Schweitzer (PM session) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn<br>Michael T. Zeller<br>Jon Corey<br>William Price | Thomas J. Nolan<br>Lauren E. Aguiar<br>Carl A. Roth<br>Marcus R. Mumford<br><br>Attorney for Witness Margaret A. Leahy<br>Larry W. McFarland |

_____ Day Court Trial    20th _____ Day Jury Trial

_____ One day trial:    _____ Begun (1st day);    _____ Held & Continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

√ Witnesses called, sworn and testified.    √ Exhibits identified.    √ Exhibits admitted.

_____ Plaintiff(s) rests .    √ Defendant(s) rests.

_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.

_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.    _____ Polling waived.

_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.

_____ Judgment by Court for    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by

_____ Motion to dismiss by    _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by    _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for Judgment/Directed Verdict by    _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

√ Case continued to    _____ to 7/8/08,  trial resumes at 9:00 am;

√ Other:

Counsel sets a bench conference hearing on proposed jury instructions for July 7, 2008, at 3:00 p.m.

8/03                :    _____

Initials of Deputy Clerk    jh

cc: