THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
LAUREN AGUIAR (Admitted Pro Hac Vice)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for the MGA Parties

2008 JUL -8 AM 10: 57
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[~~PROPOSED~~] ORDER TO FILE UNDER SEAL EXHIBITS A, B, C, D, E, AND F OF DECLARATION OF RYAN H. WEINSTEIN IN SUPPORT OF MGA'S MOTION FOR LEAVE TO SUBMIT PAUL K. MEYER'S SUPPLEMENTAL REPORT CONCERNING DISCOVERY RECENTLY PRODUCED BY MATTEL |

## ORDER

Based on the Application To File Under Seal, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: Exhibits A, B, C, D, E, and F of Declaration of Ryan H. Weinstein in Support of MGA'S Motion for Leave to Submit Paul K. Meyer's Supplemental Report Concerning Discovery Recently Produced by Mattel.

DATED: July 6, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge

[Proposed]Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)