UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV 04-09049 SGL(RNBx) | Date | July 8, 2008 |
|---|---|---|---|
| Title: | CARTER BRYANT -v- MATTEL, INC. | | |

Present: The Honorable  STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn<br>Michael T. Zeller<br>Jon Corey<br>William Price | Thomas J. Nolan<br>Lauren E. Aguiar<br>Carl A. Roth<br>Jason D. Russell |

____ Day Court Trial      21st Day Jury Trial

____ One day trial:   ____ Begun (1st day);   ____ Held & Continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
√ Witnesses called, sworn and testified.    √ Exhibits identified.    √ Exhibits admitted.
____ Plaintiff(s) rests.    ____ Defendant(s) rests.
____ Closing arguments made by    ____ plaintiff(s)    ____ defendant(s).    ____ Court instructs jury.
____ Bailiff(s) sworn.    ____ Jury retires to deliberate.    ____ Jury resumes deliberations.
____ Jury Verdict in favor of    ____ plaintiff(s)    ____ defendant(s) is read and filed.
____ Jury polled.    ____ Polling waived.
____ Filed Witness & Exhibit Lists    ____ Filed jury notes.    ____ Filed jury instructions.
____ Judgment by Court for    ____ plaintiff(s)    ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).
____ Case submitted.    Briefs to be filed by
____ Motion to dismiss by ____    is    ____ granted.    ____ denied.    ____ submitted.
____ Motion for mistrial by ____    is    ____ granted.    ____ denied.    ____ submitted.
____ Motion for Judgment/Directed Verdict by ____    is    ____ granted.    ____ denied.    ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
✔ Trial continued to 7/10/08, at 9:00 am. A Juror became ill and required medical attention; the trial was recessed early. A Bench Conference was held on various motions and trial issues.
√ Other: Motion to preclude Video Testimony in closing arguments DENIED. Mattel's request to allow Cassidy Park to authenticate GRANTED. Court and counsel confer on jury instructions and verdict form.

5/02   :
Initials of Deputy Clerk   jh

cc: