UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 04-09049 SGL(RNBx) |
| Title: | CARTER BRYANT -v- MATTEL, INC. |
| Date | July 10, 2008 |

Present: The Honorable  STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn<br>Michael T. Zeller<br>Jon Corey<br>William Price | Thomas J. Nolan<br>Lauren E. Aguiar<br>Carl A. Roth<br>Jason D. Russell |

_____ Day Court Trial    22nd Day Jury Trial

_____ One day trial:    _____ Begun (1st day);    _____ Held & Continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by
√  Witnesses called, sworn and testified.    √ Exhibits identified.    √ Exhibits admitted.
√  Plaintiff(s) **rests rebuttal case**.    _____ Defendant(s) rests.
√  Closing arguments made by    √ plaintiff(s)    √ defendant(s).    √ Court instructs jury.
_____ Bailiff(s) sworn.    √ Jury retires to deliberate.    _____ Jury resumes deliberations.
_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.
_____ Jury polled.    _____ Polling waived.
_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    √ Filed jury instructions.
_____ Judgment by Court for    _____    _____ plaintiff(s)    _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).
_____ Case submitted.    _____ Briefs to be filed by
_____ Motion to dismiss by    _____ is    _____ granted.    _____ denied.    _____ submitted.
_____ Motion for mistrial by    _____ is    _____ granted.    _____ denied.    _____ submitted.
_____ Motion for Judgment/Directed Verdict by    _____ is    _____ granted.    _____ denied.    _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
✔  CASE continued to    to 7/11/08, at 9:15 am, FOR DELIBERATIONS.
_____ Other:
.

                                                                            7/00        :  _____
                                                Initials of Deputy Clerk    jh

cc: