Jon D. Corey (Bar No. 185066)
QUINN EMANUEL URQUHART OLIVER & HEDGES,
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: CV 04-9049 SGL (RNBx) |
|---|---|
| PLAINTIFF(S) v. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Declaration of Juan Pablo Alban in Support of Mattel, Inc.'s Opposition to Motion for Leave to Submit Paul K. Meyer's Supplemental Expert Report Concerning Discovery Recently produced by Mattel; Application to File Under Seal Exhibits 1 to the Declaration of Juan Pablo Alban in Support of Mattel, Inc.'s Opposition to Motion for Leave; Proposed Order

**Document Description:**

[ ] Administrative Record
[X] Exhibits
[ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
[ ] Other

**Reason:**

[X] Under Seal
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Electronic versions are not available to filer
[X] Per Court order dated January 4, 2005
[ ] Manual Filing required (*reason*):

July 14, 2008
Date

Jon D. Corey
Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).