QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**PROOF OF SERVICE**<br><br>**Hearing Date:** July 14, 2008<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 1<br><br>**Phase 1**<br>Trial Date: May 27, 2008 |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On July 14, 2008, I served true copies of the following documents described as:

1. **DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION FOR LEAVE TO SUBMIT PAUL K. MEYER'S SUPPLEMENTAL EXPERT REPORT CONCERNING DISCOVERY RECENTLY PRODUCED BY MATTEL;**

2. **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION FOR LEAVE TO SUBMIT PAUL K. MEYER'S SUPPLEMENTAL EXPERT REPORT CONCERNING DISCOVERY RECENTLY PRODUCED BY MATTEL;**

3. **[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION FOR LEAVE TO SUBMIT PAUL K. MEYER'S SUPPLEMENTAL EXPERT REPORT CONCERNING DISCOVERY RECENTLY PRODUCED BY MATTEL**

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 S. Grand Avenue, Sutie 3400
Los Angeles, CA 90071

[√] [PERSONAL] by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 14, 2008, at Los Angeles, California.

_____
Pedro Miranda

07209/2558527.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE