QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION FOR LEAVE TO SUBMIT PAUL K. MEYER'S SUPPLEMENTAL EXPERT REPORT CONCERNING DISCOVERY RECENTLY PRODUCED BY MATTEL |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | [[Proposed] Order filed concurrently] |
| | [Local Rule 79-5.1] |
| | **Phase 1**<br>Trial Date:  May 27, 2008 |

07209/2567037.1

APPLICATION TO FILE UNDER SEAL

1          Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2    entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully

3    requests that the Court order filed under seal Exhibit 1 to the Declaration of Juan

4    Pablo Albán In Support Of Mattel, Inc.'s  Opposition To Motion For Leave To

5    Submit Paul K. Meyer's Supplemental Expert Report Concerning Discovery

6    Recently Produced By Mattel ("Albán Declaration").

7          Exhibit 1 to the Albán Declaration has been designated by MGA

8    Entertainment, Inc. as "Confidential – Attorneys Eyes Only" pursuant to the

9    Protective Order.  Accordingly, Mattel respectfully requests that the Court order that

10   Albán Declaration Exhibit 1 be filed under seal.  In the alternative, Mattel

11   respectfully requests that the Court order such information be deemed not

12   confidential.

13

14   DATED: July 14, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

15

16                               By_____

17                                 Juan Pablo Albán
                                   Attorneys for Plaintiff
18                                 Mattel, Inc.

19

20

21

22

23

24

25

26

27

28