UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV 04-09049 SGL(RNBx) | Date | July 15, 2008 |
|---|---|---|---|
| Title: | CARTER BRYANT -v- MATTEL, INC. | | |

Present: The Honorable    STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn<br>Michael T. Zeller | Thomas J. Nolan<br>Lauren E. Aguiar |

\_\_\_\_\_ Day Court Trial    24th Day Jury Trial
\_\_\_\_\_ One day trial:    \_\_\_\_\_ Begun (1st day);    \_\_\_\_\_ Held & Continued;    \_\_\_\_\_ Completed by jury verdict/submitted to court.
\_\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_\_ Opening statements made by \_\_\_\_\_
\_\_\_\_\_ Witnesses called, sworn and testified.    \_\_\_\_\_ Exhibits identified.    \_\_\_\_\_ Exhibits admitted.
\_\_\_\_\_ Plaintiff(s) **rests rebuttal case** .    \_\_\_\_\_ Defendant(s) rests.
\_\_\_\_\_ Closing arguments made by    \_\_\_\_\_ plaintiff(s)    \_\_\_\_\_ defendant(s).    \_\_\_\_\_ Court instructs jury.
\_\_\_\_\_ Bailiff(s) sworn.    \_\_\_\_\_ Jury retires to deliberate.    ✓ Jury resumes deliberations.
\_\_\_\_\_ Jury Verdict in favor of    \_\_\_\_\_ plaintiff(s)    \_\_\_\_\_ defendant(s) is read and filed.
\_\_\_\_\_ Jury polled.    \_\_\_\_\_ Polling waived.
\_\_\_\_\_ Filed Witness & Exhibit Lists    \_\_\_\_\_ Filed jury notes.    \_\_\_\_\_ Filed jury instructions.
\_\_\_\_\_ Judgment by Court for    \_\_\_\_\_ plaintiff(s)    \_\_\_\_\_ defendant(s).
\_\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_\_\_ plaintiff(s)    \_\_\_\_\_ defendant(s).
\_\_\_\_\_ Case submitted.    \_\_\_\_\_ Briefs to be filed by \_\_\_\_\_
\_\_\_\_\_ Motion to dismiss by \_\_\_\_\_    is    \_\_\_\_\_ granted.    \_\_\_\_\_ denied.    \_\_\_\_\_ submitted.
\_\_\_\_\_ Motion for mistrial by \_\_\_\_\_    is    \_\_\_\_\_ granted.    \_\_\_\_\_ denied.    \_\_\_\_\_ submitted.
\_\_\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_\_\_    is    \_\_\_\_\_ granted.    \_\_\_\_\_ denied.    \_\_\_\_\_ submitted.
\_\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
✔ CASE continued to    to 7/16/08, at 9:00 am, FOR FURTHER DELIBERATIONS.
✔ Other:
10:09 a.m., Court and counsel confer on jury note; [10:25am] the Court responded to the Jury Note.

                                                                                    /14    :
                                                              Initials of Deputy Clerk    jh

cc: