UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**FINAL VERDICT FORM AS GIVEN** |

# VERDICT FORM

We answer the questions submitted to us as follows:

## Timing of Tangible Items

1. For each of the items listed below, has Mattel proven by a preponderance of the evidence that the item was "conceived or reduced to practice" — that is, created — by Carter Bryant, alone or jointly with others, during the period in which he was employed by Mattel (January 4, 1999, to October 19, 2000)?

| Yes | No | |
|---|---|---|
| ☒ | ☐ | TX 5-52, 62-1, 624/5-74, 62-11, 10537, 15180/5-75, 62-12, 10538, 15181/5-111, 708/5-112, 62-13/5-113/5-114/62-14/62-15, 1152-1, 1152-2, 10613/1328/10033-3/10033-4 |
| ☒ | ☐ | TX 5-88, 35-1, 35-3, 5-101, 1327, 10153-3, 10153-4 |
| ☒ | ☐ | TX 5-35, 757 |
| ☒ | ☐ | TX 5-36, 701, 702 |
| ☒ | ☐ | TX 5-37, 703 |
| ☒ | ☐ | TX 5-38, 762 |
| ☐ | ☐ | TX 5-39, 523, 752 |
| ☐ | ☐ | TX 5-40, 753, 754, 13583 |
| ☐ | ☐ | TX 751-2, 751-3, 5-41, 755 |
| ☐ | ☐ | TX 5-42, 756 |
| ☒ | ☐ | TX 5-43, 709 |
| ☒ | ☐ | TX 5-46, 710 |
| ☒ | ☐ | TX 5-49, 704 |
| ☒ | ☐ | TX 5-50, 705 |

| Yes | No |  |
|---|---|---|
| ☒ | ☐ | TX 5-53, 1152-5, 1152-6, 10534, 15175 |
| ☒ | ☐ | TX 5-54, 62-2, 620, 774, 775 |
| ☒ | ☐ | TX 5-55, 62-3, 785, 1152-9 |
| ☒ | ☐ | TX 5-56, 764, 15176 |
| ☒ | ☐ | TX 5-57, 776, 777 |
| ☒ | ☐ | TX 5-58, 765, 15177 |
| ☒ | ☐ | TX 5-59, 739, 740 |
| ☒ | ☐ | TX 5-60, 761 |
| ☒ | ☐ | TX 5-61, 62-4, 782, 796-1, 1748 |
| ☒ | ☐ | TX 5-62, 62-5, 621, 767, 768, 5-71, 62-10, 770, 1752-1 |
| ☒ | ☐ | TX 5-63, 758, 759, 760 |
| ☒ | ☐ | TX 5-64, 62-6, 795, 1152-14, 1750 |
| ☒ | ☐ | TX 5-65, 1152-7, 1152-8, 11789 |
| ☒ | ☐ | TX 5-66, 794, 1152-13 |
| ☒ | ☐ | TX 5-67, 62-7, 784, 1152-11, 1152-12, 10535 |
| ☒ | ☐ | TX 5-68, 62-8, 781, 786, 790, 1751-4 |
| ☒ | ☐ | TX 5-69, 11788, 5-70, 62-9, 623, 783 |
| ☒ | ☐ | TX 5-72, 1152-15, 1152-16, 10536, 15179 |
| ☒ | ☐ | TX 5-73, 741, 742 |
| ☒ | ☐ | TX 5-76, 706 |
| ☒ | ☐ | TX 5-77, 707 |
| ☒ | ☐ | TX 5-78, 10539, 18501 |
| ☒ | ☐ | TX 5-136, 711 |
| ☒ | ☐ | TX 10579, 18281 |
| ☒ | ☐ | TX 15172 |

2. For each of the items listed below, has Mattel proven by a preponderance of the evidence that the item was "conceived or reduced to practice" — that is, created — by Carter Bryant, alone or jointly with others, during the period in which he was employed by Mattel (January 4, 1999, to October 19, 2000)?

| Yes | No | |
|---|---|---|
| [X] | [ ] | TX 3-1, 779, 780, 1-1, 2-1, 778 |
| [X] | [ ] | TX 3-2, 726, 727, 728, 1-4, 2-5 |
| [X] | [ ] | TX 3-3, 1152-19, 1152-20, 11838, 15182, 1-6, 2-10, 5-104, 10544 |
| [X] | [ ] | TX 3-5, 791, 1-8, 2-2 |
| [X] | [ ] | TX 3-6, 11837, 15184, 1-7, 2-8, 743, 744, 5-107, 1152-17, 1152-18, 10547 |
| [X] | [ ] | TX 3-8, 789, 1-11, 2-9, 734, 5-106, 10546 |
| [X] | [ ] | TX 3-9, 788, 1-10, 2-6, 746, 5-103, 10543 |
| [X] | [ ] | TX 3-10, 735, 736 |
| [X] | [ ] | TX 3-12, 792, 1-3, 2-7, 5-102, 10542 |
| [X] | [ ] | TX 3-13, 793, 1-5, 2-3, 10-3 |
| [X] | [ ] | TX 5-79, 1-9, 2-4, 737, 10545, 5-105 |
| [X] | [ ] | TX 1-2 |
| [X] | [ ] | TX 3-11 |
| [X] | [ ] | TX 5-26, 712 |
| [X] | [ ] | TX 5-27, 713 |
| [X] | [ ] | TX 5-81, 720 |
| [X] | [ ] | TX 5-82, 715 |
| [X] | [ ] | TX 5-83, 723 |
| [X] | [ ] | TX 3-4, 5-84, 716, 717 |
| [X] | [ ] | TX 3-7, 5-85, 718, 719, 10-2, 63-1 |
| [X] | [ ] | TX 5-80, 721, 722, 5-86 |
| [X] | [ ] | TX 5-87, 5-108, 724, 725 |
| [X] | [ ] | TX 5-34 |

3. For each of the items listed below, has Mattel proven by a preponderance of the evidence that the item was "conceived or reduced to practice" — that is, created — by Carter Bryant, alone or jointly with others, during the period in which he was employed by Mattel (January 4, 1999, to October 19, 2000)?

| Yes | No | |
|-----|-----|-----|
| ☒ | ☐ | TX 5-89, 35-2, 323-32, 323-33 |
| ☒ | ☐ | TX 1107, 10638 |
| ☒ | ☐ | TX 1108, 10639 |
| ☒ | ☐ | TX 1109, 771 |
| ☒ | ☐ | TX 1110, 773 |
| ☒ | ☐ | TX 5-14, 10515 |
| ☒ | ☐ | TX 5-18, 10518 |
| ☒ | ☐ | TX 5-19, 10519 |
| ☒ | ☐ | TX 5-28, 10526 |
| ☒ | ☐ | TX 5-30 |
| ☒ | ☐ | TX 5-95 |
| ☒ | ☐ | TX 5-96 |
| ☒ | ☐ | TX 5-99 |
| ☒ | ☐ | TX 323-18 |
| ☒ | ☐ | TX 323-19 |
| ☒ | ☐ | TX 323-26 |

4. For each of the items listed below, has Mattel proven by a preponderance of the evidence that the item was "conceived or reduced to practice" — that is, created — by Carter Bryant, alone or jointly with others, during the period in which he was employed by Mattel (January 4, 1999, to October 19, 2000)?

| **Trial Exhibit No.** | YES | NO |
|---|---|---|
| The Three Dimensional Item Presented at Pitch Meeting | X | |
| Trial Exhibit 1136 | X | |

### Timing of Ideas

5. Has Mattel proven by a preponderance of the evidence that Carter Bryant conceived the "Bratz" characters while employed by Mattel?

Yes  X

No  ___

6. Has Mattel proven by a preponderance of the evidence that Carter Bryant conceived the name "Bratz" while employed by Mattel?

Yes  X

No  ___

**Intentional Interference with Contractual Relations**

7. Is MGA Entertainment, Inc. ("MGA") liable to Mattel for intentional interference with contractual relations?

    Yes    X

    No    ___

8. Is Isaac Larian liable to Mattel for intentional interference with contractual relations?

    Yes    X

    No    ___

**Aiding and Abetting Breach of Fiduciary Duty**

9. Is MGA liable to Mattel for aiding and abetting breach of fiduciary duty?

    Yes    X

    No    ___

10. Is Isaac Larian liable to Mattel for aiding and abetting breach of fiduciary duty?

    Yes    X

    No    ___

**Aiding and Abetting Breach of the Duty of Loyalty**

11. Is MGA liable to Mattel for aiding and abetting breach of the duty of loyalty?

    Yes    X

    No    ___

12. Is Isaac Larian liable to Mattel for aiding and abetting breach of the duty of loyalty?

Yes  X

No  ___

### Conversion

13. Is MGA liable to Mattel for conversion?

Yes  X

No  ___

14. Is Isaac Larian liable to Mattel for conversion?

Yes  X

No  ___

15. Is MGA Entertainment (HK) Limited liable to Mattel for conversion?

Yes  X

No  ___

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

DATED: *July 17*, 2008

_____
Presiding Juror