QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION FOR LEAVE TO SUBMIT PAUL K. MEYER'S SUPPLEMENTAL EXPERT REPORT CONCERNING DISCOVERY RECENTLY PRODUCED BY MATTEL |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | [Local Rule 79-5.1] |
| | **Phase 1**<br>Trial Date:  May 27, 2008 |

07209/2567076.1

[PROPOSED] ORDER

ORDER

Based on Mattel, Inc.'s Application To File Under Seal Exhibit 1 to the Declaration of Juan Pablo Albán In Support Of Mattel, Inc.'s  Opposition To Motion For Leave To Submit Paul K. Meyer's Supplemental Expert Report Concerning Discovery Recently Produced By Mattel ("Albán Declaration"), and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that: Exhibit 1 of the Albán Declaration, shall be filed under seal pursuant to Local Rule 79-5.1.

DATED:  July 16, 2008          , 2008  _____

Hon. Stephen G. Larson
United States District Judge

07209/2567076.1

[PROPOSED] ORDER