QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S EXHIBIT LIST FOR PHASE 1B |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Scheduling Order, <u>Federal Rule of Civil Procedure</u> 26(a), <u>Local Rule</u> 16-2, and the direction of the Court, Mattel, Inc. ("Mattel") hereby submits their Phase One B Exhibit List, identifying the exhibits Mattel expects to offer at trial and those Mattel may offer if the need arises. Mattel's list of exhibits are attached as Exhibit A.

Mattel expressly reserves the right to amend and/or supplement this exhibit list, including the ability to amend and/or supplement if the parties are not successful in stipulating to the authenticity and admissibility of certain exhibits to minimize the burden on the Court. Mattel also reserves the right to use at trial any exhibits which were admitted in Phase One A.

DATED: July 18, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
   Michael T. Zeller
   Attorneys for Mattel, Inc.