QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>LIST OF WITNESSES MATTEL INTENDS TO CALL IN ITS CASE-IN-CHIEF IN PHASE 1B |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the direction of the Court, Mattel, Inc. ("Mattel") hereby submits the list of witnesses it intends to call in its case-in-chief in the Phase 1B trial. This list is attached as Exhibit A.

Mattel expressly reserves the right to amend and/or supplement this list.

DATED: July 18, 2008                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.

**EXHIBIT A**

1. Daphne Gronich
2. Mitchell Kamarck
3. Larry Mcfarland
4. Paula Garcia
5. Kenneth Hollander
6. Frank Keiser
7. Isaac Larian
8. Michael Moore
9. Carol Scott
10. Michael Wagner
11. Ralph Oman
12. Carter Bryant
13. Janet Bryant (Video)
14. Edmond Lee (Video)
15. Sarah Chui (Video)
16. Lisa Tonnu
17. Lee Loetz