UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 04-09049 SGL(RNBx) |
| Title: | CARTER BRYANT -v- MATTEL, INC. |
| Date | July 17, 2008 |

Present: The Honorable  STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Michael Schweitzer |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn<br>William C. Price<br>Michael T. Zeller | Thomas J. Nolan<br>Lauren E. Aguiar |

      Day Court Trial     26th    Day Jury Trial

\_\_\_ One day trial:    \_\_\_ Begun (1st day);    \_\_\_ Held & Continued;    \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.

\_\_\_ Opening statements made by \_\_\_

\_\_\_ Witnesses called, sworn and testified.    \_\_\_ Exhibits identified.    \_\_\_ Exhibits admitted.

\_\_\_ Plaintiff(s) rests rebuttal case.    \_\_\_ Defendant(s) rests.

\_\_\_ Closing arguments made by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).    \_\_\_ Court instructs jury.

\_\_\_ Bailiff(s) sworn.    \_\_\_ Jury retires to deliberate.    **√** Jury resumes deliberations.

**√ Jury Verdict FILED (see Doc #4125)**    \_\_\_ plaintiff(s)    \_\_\_ defendant(s) is read and filed.

\_\_\_ Jury polled.    \_\_\_ Polling waived.

\_\_\_ Filed Witness & Exhibit Lists    **√** Filed jury notes.    \_\_\_ Filed jury instructions.

\_\_\_ Judgment by Court for    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).

\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).

\_\_\_ Case submitted.    \_\_\_ Briefs to be filed by \_\_\_

\_\_\_ Motion to dismiss by \_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_ Motion for mistrial by \_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_ Settlement reached and placed on the record.

\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

✔ CASE    will resume 7/23/08, at 9:00 am for Phase II - Jury Trial Proceedings.

✔ Other:    A bench conference in this matter is set for 7/18/08, at 12:00 p.m. (Noon)

                                                                                                                       1/30    : \_\_\_

Initials of Deputy Clerk    jh

cc: