```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  JASON D. RUSSELL (Bar No. 169219)
    (jrussell@skadden.com)
 3  LAUREN E. AGUIAR (Admitted Pro Hac Vice)
    (laguiar@skadden.com)
 4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue
 5  Los Angeles, California 90071-3144
    Telephone:  (213) 687-5000
 6  Facsimile:  (213) 687-5600
 7  Attorneys for the MGA Parties
 8
 9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11                    EASTERN DIVISION
```

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>                    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>MGA PARTIES' ANTICIPATED WITNESS LIST FOR PHASE 1(B) |

The MGA Parties respectfully submit the following list of witnesses they currently intend to call in Phase 1(B). The MGA Parties expressly reserve the right to amend or modify this list based on the evidence and testimony adduced at trial.

Margaret Leahy
Veronica Marlow
Aileen Storer
Steffan Smith
Paula Garcia
Ann Driskill
Glenn Vilppu
Robert Tonner
Debbie Middleton
Daphne Gronich
Lily Martinez
Jill Nordquist
Richard De Anda
Robert Eckert
Tim Kilpin
Martin Hitch
Edmond Lee
Kathleen Simpson-Taylor
Michael Moore
Matt Bousquette
Bruce Stein
Mattel Custodian of Records
Kevin Farr
Tina Patel
Deborah Haag
Heather Polk
Russell Arons
Lisa Tonnu
Tom Gruca
Eric Joachimsthaler
Paul Meyer

In addition, the MGA Parties identify the following witnesses, who may be called if the need arises: Mercedeh Ward, Mina Mirkazemi, Cassidy Park, Brian Hooks, Ron Brawer, Neil Friedman, Milt Zablow, Chuck Scothoon, Jerry Cleary, Robert Simoneau, Evelyn Viohl, Ivy Ross, Adrienne Fontanella, Alan Kaye, Victoria O'Connor, Rachel Harris, and Paul Warner.

Dated: July 18, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Thomas J. Nolan
Attorneys for the MGA Parties