THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
LAUREN E. AGUIAR (Admitted Pro Hac Vice)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants
MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, AND ISAAC LARIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>        Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059<br>and Case No. 05-2727<br><br>**MGA DEFENDANTS' NOTICE OF SERVICE OF PHASE 1B EXHIBIT LIST** |

1 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Proc. 26(a)(3)(A), Local Rule 16-2, the Court's Order, and the parties' meet-and-confer, counter-defendants MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Defendants" or "MGA") are serving an initial Phase 1B Exhibit List (*Exhibit A*) on counsel for Mattel, Inc.

MGA expressly reserves the right to supplement and/or amend its list of Phase 1B Trial Exhibits at any time before or during the Phase 1B trial.

The Court has not yet completely ruled on the parties' motions for partial summary judgment and their motions *in limine*. MGA's inclusion of any document in Exhibit A is not, and should not be interpreted as, a waiver of any argument that certain evidence should be excluded from trial.

Some of the Trial Exhibits included in Exhibit A may be admissible if offered by MGA, but inadmissible if offered by Mattel. MGA and Bryant are not waiving any hearsay or other evidentiary objections they may have with respect to any of the Trial Exhibits included in Exhibit A, if Mattel attempts to offer such evidence.

DATED: July 18, 2008

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ Jonathan D. Uslaner
Jonathan D. Uslaner
Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., MGA
ENTERTAINMENT (HK) LIMITED, and
ISAAC LARIAN