DALE M. CENDALI (admitted pro hac vice)
dcendali@omm.com
MARC FEINSTEIN (S.B. #158901)
mfeinstein@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

PATRICIA GLASER (S.B. #55668)
pglaser@chrisglase.com
Christensen, Glaser, Fink, Jacobs, Weil &
Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

Attorneys for MGA Entertainment, Inc.,
Isaac Larian and MGA Entertainment (HK)
Ltd.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, Plaintiff, | Case No. CV 04-9049 SGL (RNBx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]** |
| MATTEL, INC., a Delaware Corporation, | [PUBLIC REDACTED] **DECLARATION OF B. JENNIFER GLAD IN OPPOSITION TO MATTEL'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED** |
| Defendants, | |
| AND CONSOLIDATED ACTIONS | Hearing Date: T.B.D.<br>Time: T.B.D.<br>Discovery Cutoff: January 1, 2008<br>Trial Date: April 29, 2008 |

I, B. Jennifer Glad, declare and state as follows:

1.     I am an associate in the law firm of O'Melveny & Myers LLP, counsel for MGA Entertainment, Inc. ("MGA"), Isaac Larian and MGA Entertainment (HK) Ltd. ("MGA (HK)") in this action.  Except the facts stated on information and belief, all of the facts set forth herein are known to me personally, and if called as a witness, I could and would testify competently thereto.

2.     On June 20, 2006, counsel for MGA and Mattel participated in a meet and confer before Magistrate Block.  During the meet and confer, the parties discussed Mattel's subpoena to Union Bank for MGA's bank documents for the period of 1999 to 2001.  In particular, the parties agreed that MGA's counsel would take custody of the documents received from Union Bank in response to the subpoena, and that MGA's counsel would review the documents and produce documents for work performed on the "Bratz" and "Prayer Angels" projects by vendors or persons known to have performed work on those projects and appearing on the face of those documents.  It was further agreed that if additional vendors or third persons were later identified as having worked on the "Bratz" or "Prayer Angels" projects, and if the records produced by Union Bank reflect the name of that individual or company on their face, then MGA would produce those records as well.  Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the transcript for the June 20, 2006 meet and confer.

3.     In early July 2006, MGA received several thousand pages of documents from Union Bank in response to Mattel's subpoena.  Included in the documents received from Union Bank were copies of cancelled checks, wire transfers, bank statements and a few deposit slips; there were no signature cards.  The vast majority of the production from Union Bank consisted of copies of cancelled checks from the 1999 to 2001 time period.

4.     MGA's counsel reviewed all the documents received from Union Bank and identified documents that related to MGA's "Bratz" and "Prayer Angels"

1

DECLARATION OF B. JENNIFER GLAD
CASE NO. CV 04-09049 SGL (RNBX)

projects for the period 1999 to 2001.  In particular, MGA's counsel reviewed the documents to identify payments made to vendors or third parties for work related to the "Bratz" or "Prayer Angels" projects.  Based on this review, we determined that the vast majority of the documents in the Union Bank production did not relate to the "Bratz" or "Prayer Angels" projects.  On August 21 and September 11, 2006, MGA produced a total of 106 pages of cancelled checks and wire transfers from Union Bank related to those two projects.  Consistent with the parties' agreement, MGA did not produce copies of the bank statements at that time as they do not reflect on their face who the payments were made to, or any other identifying information.  Rather, the bank statements merely indicate the check number, or wire transfer number, date, and amount of the transaction, without providing any other description or identifying information for the transaction.  Attached hereto as **Exhibit 2** is a true and correct copy of MGA's production of Union Bank documents from August 21 and September 11, 2006.

5.  On May 24 and 25, 2007, Mattel deposed Paula Garcia, MGA's designated 30(b)(6) witness for a variety of topics related to MGA's development of "Bratz" and "Prayer Angels."  During Ms. Garcia's deposition, she identified four additional vendors whom she believed had performed work on the "Bratz" and "Prayer Angels" projects.  MGA's counsel then performed another review of the Union Bank production for documents showing payments to these vendors related to the projects in question.  As a result of this review, we determined that the payments to two of the vendors were related to the "Bratz" and "Prayer Angels" projects.  Subsequently, on August 21, 2007, MGA produced 21 pages of cancelled checks showing the payments to these two vendors.

6.  In addition, on August 21, 2007, MGA produced another 92 pages of documents consisting of bank statements that included entries for the cancelled checks and wire transfer produced to Mattel.  The information produced in the bank statements was duplicative of the information contained on the cancelled checks

2

1  and wire transfer produced by MGA. Redacted from the bank statements was

2  information unrelated to payments for the "Bratz" or "Prayer Angels" projects.

3  Attached hereto as **Exhibit 3** is a true and correct copy of MGA's production of

4  Union Bank documents from August 21, 2007.

5         7.     Following MGA's production of checks and bank statements on

6  August 21, 2007, Mattel requested that MGA produce unredacted copies of the

7  bank statements that showed payments unrelated to the "Bratz" and "Prayer

8  Angels" projects. To avoid further disputes, MGA produced unredacted copies of

9  the bank statements on August 27, 2007, except that MGA redacted the bank

10  account number, after providing notice to Mattel that MGA would be redacting the

11  account number. Notably, MGA produced unredacted copies of the bank

12  statements prior to Mattel's filing of its Reply in support of its Motion to Compel

13  the Production of Documents Withheld as Privileged, as well as Dylan Proctor's

14  supplemental declaration in support of the same, in which Mattel claims that MGA

15  produced only redacted copies of the bank statements. Attached hereto as **Exhibit**

16  **4** is a true and correct copy of MGA's production of Union Bank documents with

17  revised redactions from August 27, 2007.

18         8.     Thereafter, Mattel requested that MGA once again produce revised

19  copies of its Union Bank production, to include a "redacted" stamp on the line

20  where the bank account number had been redacted from the bank statements.

21  Accordingly, on August 29, 2007, MGA produced another revised set of bank

22  statements, with "redacted" stamped in the space where the bank account number

23  had been redacted. This set was in all other aspects identical to the set produced on

24  August 27, 2007. Attached hereto as **Exhibit 5** is a true and correct copy of

25  MGA's production of Union Bank documents with the "redacted" stamp added

26  from August 29, 2007.

27         9.     MGA has produced all documents received from Union Bank for work

28  known to be related to "Bratz" or "Prayer Angels." To the extent there are

DECLARATION OF B. JENNIFER GLAD
CASE NO. CV 04-09049 SGL (RNBX)

1   documents in the Union Bank production that MGA has not produced to Mattel, we

2   have determined that those documents are unrelated to the "Bratz" or "Prayer

3   Angels" projects.  I am informed that it was explained to Mattel's counsel why

4   these documents have not been produced.

5         10.    Mattel has produced many documents that have been redacted to

6   exclude information on projects outside the scope of this litigation.  Attached hereto

7   as **Exhibit 6** is a true and correct copy of representative samples of redacted

8   documents produced by Mattel.

9

10         I declare under penalty of perjury under the laws of the United States of

11   America that the foregoing is true and correct.  Executed on September 5, 2007, at

12   Los Angeles, California.

13

14   By: _____

15           B. Jennifer Glad

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# *Exhibit 1*



Meet and Confer Proceedings  6/20/2006  12:16:00 PM

1       UNITED STATES DISTRICT COURT

2       CENTRAL DISTRICT OF CALIFORNIA

3

4    HONORABLE ROBERT N. BLOCK, MAGISTRATE JUDGE PRESIDING

5

6    MATTEL, INC.,        )

                          )

7       Plaintiff,  )

                          ) CASE NO. 2:04-CV-090590-SGL-RNB

8       VS.        )

                          )

9    CARTER BRYANT, ET AL.,  )

                          )

10      Defendants.  )

    ————————————————)

11

12

13           MEET AND CONFER

14         SANTA ANA, CALIFORNIA

15           JUNE 20, 2006

16

17

18   COURT DEPUTY/RECORDER:     TRINA DEBOSE

19   TRANSCRIBED BY:        HUNTINGTON COURT REPORTERS

                       & TRANSCRIPTION INC.

20                 1450 W. COLORADO BOULEVARD

                   SUITE 100

21                 PASADENA, CALIFORNIA 91105

                   (626) 792-7250

22

23

24

25   PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;

*Exhibit 1 - Page 5*

Meet and Confer Proceedings  6/20/2006  12:16:00 PM

1    APPEARANCES:

2    ON BEHALF OF THE PLAINTIFF:

3        QUINN EMANUEL URQUHART OLIVER & HEDGES
         BY:  JOHN QUINN, ATTORNEY AT LAW

4        BY:  MIKE ZELLER, ATTORNEY AT LAW
         865 S. FIGUEROA STREET, 10TH FLOOR

5        Los Angeles, CALIFORNIA 90017

6

7    ON BEHALF OF THE DEFENDANT:

8        LITTLER MENDELSON
         BY:  KEITH JACOBY, ATTORNEY AT LAW

9        BY:  DOUGLAS A. WICKHAM, ATTORNEY AT LAW
         2049 CENTURY PARK EAST, 5TH FLOOR

10       LOS ANGELES, CALIFORNIA 90067

11

12   ON BEHALF OF INTERVENOR MGA ENTERTAINMENT:

13       O'MELVENY & MYERS
         BY:  DALE CENDALI, ATTORNEY AT LAW

14       BY:  PAULA AMBROSINI, ATTORNEY AT LAW
         400 S. HOPE STREET

15       LOS ANGELES, CALIFORNIA 90071

16

17

18

19

20

21

22

23

24

25

*Exhibit 1 - Page 6*

1      MR. QUINN: YES, SUBJECT TO A LOT OF OTHER

2    AGREEMENTS AND CONDITIONS.

3      MS. CENDALI: WHICH COUNSEL ARE -- ARE ALL

4    AWARE OF.

5      MS. AMBROSINI: OKAY. AND THE PARTIES HAVE

6    ALSO REACHED AN AGREEMENT WITH RESPECT TO A SUBPOENA

7    THAT MATTEL SERVED ON UNION BANK FOR DOCUMENTS RELATING

8    TO MGA'S FINANCIAL DEALINGS WITH UNION BANK. AND THE

9    AGREEMENT HAS BEEN THAT UNION BANK WILL PRODUCE

10    DOCUMENTS RESPONSIVE TO MATTEL'S SUBPOENA DIRECTLY TO

11    MGA ON THE RETURN DATE OF THE SUBPOENA, WHICH IS DAY

12    AFTER TOMORROW. MGA WILL REVIEW THOSE DOCUMENTS AND

13    WILL PRODUCE TO MATTEL DOCUMENTS THAT EVIDENCE MGA'S

14    PAYMENTS TO THIRD PARTIES OR INTERNAL PAYMENTS MADE

15    REGARDING THE -- I GUESS I BETTER SAY REGARDING BRATZ,

16    OTHERWISE THEY'RE GOING TO CALL ME OUT ON IT --

17    REGARDING BRATZ, AND MGA WILL PRODUCE AUDITED FINANCIAL

18    STATEMENTS TO MATTEL. AND I BELIEVE THAT'S IT. IS THAT

19    THE EXTENT OF THE AGREEMENT?

20      MS. CENDALI: AND IF --

21      MS. AMBROSINI: SUBJECT -- SUBJECT TO THE

22    QUALIFICATION THAT IF MATTEL LATER IDENTIFIES ADDITIONAL

23    PERSONS WHOM THEY BELIEVE WERE PAID FOR WORK ON BRATZ

24    AND FOR WHOM WE DID NOT PRODUCE RECORDS THEY WILL

25    IDENTIFY THOSE PERSONS TO US AND WE WILL THEN DISCUSS

*Exhibit 1 - Page 7*

1    FURTHER PRODUCTION.

2         MR. QUINN:  THERE ARE A COUPLE OF THINGS THAT

3    I THINK NEED TO BE CLARIFIED HERE, YOUR HONOR.  ONE

4    THING IS, IS THAT THE PAYMENT RECORDS -- FIRST OF ALL,

5    THE UNION BANK RECORDS WILL NOT BE PRODUCED TO MGA BUT

6    INSTEAD TO MGA'S OUTSIDE COUNSEL, WHICH IS A LITTLE BIT

7    MORE IMPORTANT IN THIS PARTICULAR CONTEXT.  AND IT

8    WILL -- THOSE RECORDS WILL BE KEPT IN THE CUSTODY OF

9    MGA'S OUTSIDE COUNSEL, O'MELVENY & MYERS, BECAUSE WE --

10   WE OBVIOUSLY DO WANT TO MAKE SURE THAT THE PRODUCTION

11   THAT IS BEING MADE BY UNION BANK IS KEPT INTACT AND THAT

12   THAT EVIDENCE IS -- IS PRESERVED.  AND SO THAT'S A

13   FAIRLY INDISPENSABLE PART OF THE AGREEMENT.  UNION BANK,

14   BY THE WAY, HAS ALREADY PULLED THESE RECORDS.  THERE ARE

15   APPROXIMATELY SIX THOUSAND PAGES OF DOCUMENTS THAT

16   ENCOMPASS THIS UNIVERSE.

17        THE COURT:  HANG ON A SECOND.  TRINA, ARE YOU

18   PERIODICALLY CHECKING TO MAKE SURE THAT --

19        THE CLERK:  YES, YOUR HONOR.

20        THE COURT:  -- THE RECORDING'S PICKED UP?

21        THE CLERK:  YES.

22        THE COURT:  GOOD.  GO ON.

23        MR. QUINN:  IN ADDITION, THE PAYMENT RECORDS

24   THAT MGA THROUGH ITS COUNSEL WILL BE PRODUCING TO US AS

25   PART OF THIS FIRST IN A WAY WE'LL SAY THE DOCUMENTS

Meet and Confer Proceedings  6/20/2006  12:16:00 PM

1    PERTAIN TO NOT JUST BRATZ BUT ALSO ANY OTHER PROJECT

2    THAT CARTER BRYANT WORKED ON WITH RESPECT TO -- OR ON

3    BEHALF OF OR FOR OR WITH MGA, SO THAT'S A LITTLE BIT

4    BROADER IN THAT -- IN THAT REGARD.  AND THEN FINALLY IN

5    TERMS OF THE IDENTIFICATION, THE AGREEMENT AS I

6    UNDERSTOOD IT WAS IS THAT IF THERE ARE ADDITIONAL PEOPLE

7    WE IDENTIFY LATER AS PEOPLE WHO WERE INVOLVED WITH

8    BRATZ, SAY A THIRD PARTY VENDOR OR ONE OF THESE OTHER

9    PROJECTS, THAT WE WILL RECEIVE THOSE RECORDS.  IT

10   SOUNDED LIKE IT WAS MORE GOING TO BE A MATTER OF FUTURE

11   DISCUSSION, BUT RATHER IF THOSE PEOPLE ARE IDENTIFIED WE

12   WILL RECEIVE THOSE RECORDS PERTAINING TO THOSE PERSONS

13   FROM -- FROM MGA'S COUNSEL.

14        MR. ZELLER:  I THINK THE WAY WE HAD AGREED TO

15   IT IN MY UNDERSTANDING WAS THAT WE WOULD -- IF AT ANY

16   TIME IN THE FUTURE WE IDENTIFIED TO THEM ANY NAME OF AN

17   INDIVIDUAL OR A COMPANY, AND IF ANY OF THE RECORDS

18   PRODUCED BY UNION BANK REFLECT THE NAME OF THAT

19   INDIVIDUAL OR THE COMPANY O'MELVENY WILL PRODUCE THOSE

20   TO US.

21        MS. CENDALI:  I THINK THAT THEIR RECITATION IS

22   CORRECT.  WE ALSO DISCUSSED IT BEING ATTORNEYS EYES ONLY

23   AND THAT OBVIOUSLY WE'RE -- THERE'S A LOT OF COMPETITIVE

24   INFORMATION HERE THAT --

25        THE COURT:  MR. ZELLER'S NODDING HIS HEAD IN

*Exhibit 1 - Page 9*

1    AGREEMENT.

2          MS. CENDALI:  OKAY.  FAIR ENOUGH.

3          THE COURT:  ALL RIGHT.  THOSE ARE THE OTHER --

4          MS. AMBROSINI:  THOSE WERE THE TWO --

5          THE COURT:  -- COLLATERAL ISSUES.

6          MS. AMBROSINI:  -- EASY ONES.  AND NOW THE

7    LAST MOTION WHICH IS WITH RESPECT TO MATTEL'S MOTION TO

8    COMPEL BRYANT TO PRODUCE DOCUMENTS.

9          THE COURT:  AND BY THE WAY, BEFORE YOU

10   PROCEED, WHO SIGNED THIS?  IS IT YOU, MR. ZELLER?  YOU

11   KNOW, UNDER OUR LOCAL RULES ANY MOTION -- JOINT

12   STIPULATION THAT'S OVER TWENTY-FIVE -- I FORGET, TEN

13   PAGES, TWENTY-FIVE PAGES, IT'S SUPPOSED TO HAVE AN INDEX

14   TABLE AND AUTHORITIES THAT LIST ALL THE HEADINGS SO I

15   CAN QUICKLY FLIP TO, YOU KNOW, FIGURE OUT WHAT THE

16   ISSUES ARE IN DISPUTE.  I HAVE -- I HAVE TO --

17         MR. ZELLER:  YES.  I ACTUALLY NOTICED THAT AS

18   WELL, YOUR HONOR.  I'M NOT SURE IF IT'S BECAUSE MAYBE WE

19   OVERLOOKED IT.  I'M NOT A HUNDRED PERCENT SURE.  BUT

20   ALSO I -- I KNOW THAT THAT RULE WAS -- WAS RELATIVELY

21   RECENT, THE ONE ABOUT THE TABLE OF CONTENTS I THOUGHT.

22   SO MAYBE --

23         THE COURT:  RELATIVELY RECENT?  YES.  IT MAY

24   NOT WITHIN -- IF YOU CONSIDER LIKE FIVE YEARS AGO

25   RECENT.

# *Exhibit 2*

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
9838 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-49/1220

9499

| DATE | AMOUNT |
|---|---|
| 6/16/00 | $850.00 |

PAY
TO THE
ORDER
OF

Eight Hundred Fifty Dollars And 00 Cents

Ani Nters

TELLER 4
MFCU

TWO SIGNATURES REQUIRED
OVER $25,000.00

⑈0009499⑈ ⑆122000496⑆ ⑈000008 5000⑈

88405009-

PostngDate: 20000629
Account
Serial: 9
Amount: 850.00
DIN: 10100296

---

MPSC 06/29/00
1010100296

WESCORP>322280867<06/23/2000
003 86 5 10014110580
322276075 - 00

FOR DEPOSIT ONLY
MATTEL F.C.U.
322276075-08

PostngDate: 20000629
AccountNum:
Serial: 9499
Amount: 850.00
DIN: 10100296

---

**CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**

UB 0001

*Exhibit 2 - Page 11*

REDACTED

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5959 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

09561

DATE
5/23/00

AMOUNT
$8,700.00

PAY
TO THE
ORDER
OF

Eight Thousand Seven Hundred Dollars And 00 Cents

AMY MYERS

TWO SIGNATURES REQUIRED
OVER $25,000.00

TELLER 4
MFCU

VOID AFTER 90 DAYS

⑈009561⑈ ⑆122000496⑆ ⑈000087000⑈

PostngDate: 20000713
AccountNum:
Serial: 9561
Amount: 8,700.00
DIN: 10121374

HPSC 07/13/00
1010121374

FOR DEPOSIT ONLY
MATTEL F.C.U.
3222760075-08

JUL 12 '00

WESCORP>3222806{<07/12/2000
0002<07/12/2000 S. 3.3015757810
069 05.08 3222760075 - 00

PostngDate: 20000713
AccountNum:
Serial: 9561
Amount: 8,700.00
DIN: 10121374

REDACTED

**CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**

UB 0002

*Exhibit 2 - Page 12*

REDACTED

**ABC INTERNATIONAL TRADERS, INC.**
16738 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2575

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

15-48/1220

**09676**

DATE 7/6/00

AMOUNT $4,405.97

PAY TO THE ORDER OF   Amy Myers

Four Thousand Four Hundred Five Dollars And 97 Cents

TWO SIGNATURES REQUIRED OVER $25,000.00

TELLER 4
MFCU

VOID AFTER 90 DAYS

⑈009676⑈  ⑈122000496⑈  ⑈0000440597⑈

PostngDate: 20000721
AccountNum:
Serial: 9676
Amount: 4,405.97
DIN: 18200453

HPSC  7/21/91
1218200453

FOR DEPOSIT ONLY
MATTEL F.C. 120 01 1
322276075-08

PostngDate: 20000721
AccountNum:
Serial: 9676
Amount: 4,405.97
DIN: 18200453

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0003

*Exhibit 2 - Page 13*

**REDACTED**



PostngDate: 20000802
AccountNum:
Serial: 9677
Amount: 433.00
DIN: 11114443

PostngDate: 20000802
AccountNum.
Serial: 9677
Amount: 433.00
DIN: 11114443

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0004

*Exhibit 2 - Page 14*

REDACTED

ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-48/1220

09690

DATE
7/6/00

AMOUNT
$1,450.00

PAY One Thousand Four Hundred Fifty Dollars And 00 Cents
TO THE
ORDER
OF   CREATIVITY

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈009690⑈  ⑈122000496⑈   ⑈0000145000⑈

PostngDate: 20000711
AccountNum:
Serial: 9690
Amount: 1,450.00
DIN: 43725739

PAY TO THE ORDER OF
UNION BANK OF CALIFORNIA
Menlo Park, California 91025
FOR DEPOSIT ONLY
DRAGON STUDIOS
dba CREATIVITY
Account No. 44 040386

6051598784 POSITION 871160 40125739

PostngDate: 20000711
AccountNum:
Serial: 9690
Amount: 1,450.00
DIN: 43725739

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0005

REDACTED

*Exhibit 2 - Page 15*

ABC INTERNATIONAL TRADERS, INC.
16738 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 81343-6122
PHONE (818) 894-2525

**09731**

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
9855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

DATE   7/6/00

AMOUNT   $1,217.81

PAY TO THE ORDER OF

One Thousand Two Hundred Seventeen Dollars And 81 Cents

VERONICA MARLOW

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

#009731# ⑈122000496⑈ ⑈00001217 81⑈

PostngDate: 20000712
AccountNum:
Serial: 9731
Amount: 1,217.81
DIN: 15010422

HPSC 07/12/00
1115010422

NFR. TOPC. A1 6122099
LA TRADER 2274 PCO4 011
►122101191◄
53724105

Veronica Marlow

PAY TO THE ORDER OF
WELLS FARGO BANK
FOR DEPOSIT ONLY
INTERNATIONAL TRADERS INC
ACCT. #0904 615086

PostngDate: 20000712
AccountNum:
Serial: 9731
Amount: 1,217.81
DIN: 15010422

**CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**

UB 0006

*Exhibit 2 - Page 16*

REDACTED

ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2925

09809

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
9956 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

| DATE | AMOUNT |
|------|--------|
| 7/21/00 | $2,338.20 |

PAY
TO THE
ORDER
OF

VERONICA MARLOW

Two Thousand Three Hundred Thirty Eight Dollars And 20 Cents

TWO SIGNATURES REQUIRED
OVER $15,000.00

VOID AFTER 90 DAYS

⑈009809⑈ ⑈122000496⑈ ⑈000023382 0⑈

PostngDate: 20000726
AccountNum:
Serial: 9809
Amount: 2,338.20
DIN: 14403327

PostngDate: 20000726
AccountNum:
Serial: 9809
Amount: 2,338.20
DIN: 14403327

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0007

*Exhibit 2 - Page 17*

REDACTED



PostngDate: 20000821
AccountNum:
Serial: 10088
Amount: 6,320.45
DIN: 10126788

PostngDate: 20000821
AccountNum:
Serial: 10088
Amount: 6,320.45
DIN: 10126788

REDACTED              CONFIDENTIAL
                 ATTORNEYS' EYES ONLY

UB 0008

*Exhibit 2 - Page 18*

REDACTED

10124

ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2625

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1226

DATE
8/18/00

AMOUNT
$3,725.00

PAY
TO THE
ORDER
OF

CREATIVITY

Three Thousand Seven Hundred Twenty Five Dollars And 00 Cents

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIEW

⑈010124⑈ ⑆122000496⑆ ⑈0000372500⑈

PostngDate: 20000829
AccountNum:
Serial: 10124
Amount: 3,725.00
DIN: 83907648

▶122000496◀
UNION BANCAL NA        WCSC
ATRT PK 9/33    00/29/00

2583907648

PAY TO THE ORDER OF
UNION BANK OF CALIFORNIA
FOR DEPOSIT ONLY
DRAGON STUDIOS
dba CREATIVITY
Account No. 49 041094

PostngDate: 20000829
AccountNum:
Serial: 10124
Amount: 3,725.00
DIN: 83907648

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0009

*Exhibit 2 - Page 19*

REDACTED

ABC INTERNATIONAL TRADERS, INC.
18730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UL - 41180
UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-49/1210

10459

DATE
9/29/00

AMOUNT
$866.00

PAY
TO THE
ORDER
OF

Eight Hundred Sixty Six Dollars And 00 Cents

ANNA TREE

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈010459⑈ ⑆122000496⑆ ⑈00000866600⑈

PostngDate: 20001019
AccountNum:
Serial: 10459
Amount: 866.00
DIN: 15131801

MPSC  11/19/00

▶122000661◀L
1009 N TEMPLE LA.CA   79
11/19/00 12336553 If  048

1020   8592 C

38171100

For Deposit Only
Paine Webber, Inc.
Newport Beach, CA
Bank of America NT & SA
121000358
Deposit in Credit of
Within Named Payee's
Account With Us
Paine Webber, Inc.
Above Endorsement Guaranteed
12336-53517

PostngDate: 20001019
AccountNum:
Serial: 10459
Amount: 866.00
DIN: 15131801

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0010

*Exhibit 2 - Page 20*

REDACTED

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A 30% REDUCTED BORDER

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA  91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
9055 Topanga Canyon Blvd.   Woodland Hills, CA  91367
16-49/1220

**10466**

DATE
9/29/00

AMOUNT
$162.38

PAY
TO THE
ORDER
OF

One Hundred Sixty Two Dollars And 38 Cents

CARTER H. BRYANT

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈010466⑈ ⑆122000496⑈                    ⑆00000016238⑈

PostngDate: 20001010
AccountNum:
Serial: 10466
Amount: 162.38
DIN: 19300386

---

FOR DEPOSIT ONLY
MATTEL, INC.
32227607E

PostngDate: 20001010
AccountNum:
Serial: 10466
Amount: 162.38
DIN: 19300386

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0011

REDACTED

*Exhibit 2 - Page 21*

ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5959 Topanga Canyon Blvd.   Woodland Hills, CA  91367
18-45/1224

10496

| DATE | AMOUNT |
|------|--------|
| 9/29/00 | $8,603.71 |

PAY
TO THE
ORDER
OF        VERONICA MARLOW

Eight Thousand Six Hundred Three Dollars And 71 Cents

TWO SIGNATURES REQUIRED
OVER $25,000.00

⑆010496⑆ ⑇122000496⑇        ⑈0000860371⑈

PostngDate: 20001003
AccountNum:
Serial: 10496
Amount: 8,603.71
DIN: 11636195

KPSC 10/03/00
1011636195

WFB 10/03 AZ 10/03/00
LA TRACTOR 2128 PKT# 011
1221011914
54304126

PAY TO THE ORDER OF
WELLS FARGO BANK
FOR DEPOSIT ONLY
INTERNATIONAL RECTIFIER F.C.U.
ACCT. #9601412000

Veronica Marlow

PostngDate: 20001003
AccountNum:
Serial: 10496
Amount: 8,603.71
DIN: 11636195

REDACTED                    CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0012

Exhibit 2 - Page 22

REDACTED

UK - 41180

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

10505

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
9860 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1220

DATE
10/6/00

AMOUNT
$1,082.50

PAY
TO THE
ORDER
OF

One Thousand Eighty Two Dollars And 50 Cents

ANNA RHEE

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑆010505⑆ ⑈122000496⑈ ⑆0000108250⑆

PostngDate: 20001019
AccountNum:
Serial: 10505
Amount: 1,082.50
DIN: 15131800

MPSC  10/19/00   ▶122000661◀1
3604 N TEMPLE LA CA     19
10/19/00  1233953517 0490

‖15131800   39171176                          1020

651

115131800
451579
12000661

PostngDate: 20001019
AccountNum:
Serial: 10505
Amount: 1,082.50
DIN: 15131800

For Deposit Only
Paine Webber, Inc.
Newport Beach RC59303
Bank of America NT & SA
121000358
Deposit to Credit of
Within Named Payee's
Account With Us
Paine Webber, Inc.
Above Endorsement Guaranteed
12338-53517

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0013

Exhibit 2 - Page 23

REDACTED

88769009   - 15

**ABC INTERNATIONAL TRADERS, INC.**
18730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

10563

TELLER
MFCU

DATE   10/11/00

AMOUNT   $5,500.00

PAY TO THE ORDER OF   CARTER M. BRYANT

Five Thousand Five Hundred Dollars And 00 Cents

TWO SIGNATURES REQUIRED OVER $25,000.00

VOID AFTER 90 DAYS

⑈010563⑈ ⑆122000496⑆   ⑈0000550000⑆

PostngDate: 20001018
AccountNum:
Serial: 10563
Amount: 5,500.00
DIN: 10140893

MPSC 10/18/00

1010140893

FOR DEPOSIT ONLY
MATTEL F.C.U.
322276075-00

WESCORR>322200067<10/17/2000
004 57  5 100132715O
322276075 - 00

PostngDate: 20001018
AccountNum:
Serial: 10563
Amount: 5,500.00
DIN: 10140893

**CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**

UB 0014

*Exhibit 2 - Page 24*

REDACTED

UK - 41180

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-48/1220

10570

| DATE | AMOUNT |
|------|--------|
| 10/13/00 | $1,374.78 |

PAY
TO THE
ORDER
OF

One Thousand Three Hundred Seventy Four Dollars And 78 Cents

ANNA IKEE

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈010570⑈ ⑆122000496⑆ ⑆0000137478⑈

PostngDate: 20001019
AccountNum:
Serial: 10570
Amount: 1,374.78
DIN: 15131802

---

MPSC 10/19/00

111151318002   33171181

▶122000661◀{
XXX V TEKFE {A AS   19
10/19/00 12385357 (A19

10 2 )   6 5 7 4 1

For Deposit Only
Prime Weber, Inc.
Newport Beach #6599303
Bank of America NT & SA
121000358
Deposit to Credit of
Within Name J Pa...
Account With Us
Prime Webber, Inc
Above E... ... of G... ...
12356-36517

PostngDate: 20001019
AccountNum:
Serial: 10570
Amount: 1,374.78
DIN: 15131802

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0015

REDACTED   *Exhibit 2 - Page 25*

88769089-15

ABC INTERNATIONAL TRADERS, INC.
16738 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

18-49/1220

10575

TELLER 4
MFCU

DATE
10/13/00

AMOUNT
$1,031.23

PAY
TO THE
ORDER
OF

One Thousand Thirty One Dollars And 23 Cents

CARTER N. BRYANT

TWO SIGNATURES REQUIRED
OVER $25,000.00

⑈010575⑈ ⑆122000496⑈ ⑈00000103123⑈

PostingDate: 20001018
AccountNum:
Serial: 10575
Amount: 1,031.23
DIN: 10140892

MPSC  10/18/00
1010140892

FOR DEPOSIT ONLY
MATTEL F.C.U.
#9227507-5

WESCORP>3222800867< 10/17/2000
004 57 5 100 1837140
3222760075 - 00

PostingDate: 20001018
AccountNum:
Serial: 10575
Amount: 1,031.23
DIN: 10140892

**CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**

UB 0016

REDACTED

*Exhibit 2 - Page 26*



PostngDate: 20001109
AccountNum:
Serial: 10761
Amount: 6,481.11
DIN: 14243862

PostngDate: 20001109
AccountNum:
Serial: 10761
Amount: 6,481.11
DIN: 14243862

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0017

*Exhibit 2 - Page 27*

REDACTED

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
8456 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-48/1220

10798

DATE
11/3/00

AMOUNT
$2,713.31

PAY
TO THE
ORDER
OF

Two Thousand Seven Hundred Thirteen Dollars And 31 Cents

VERONICA MARLOW

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈010798⑈ ⑆122000496⑆ ⑈0000271331⑈

PostngDate: 20001113
AccountNum: :
Serial: 10798
Amount: 2,713.31
DIN: 10205488

MPSC 1V/BAN
1019205488

PAY TO THE ORDER OF
WELLS FARGO BANK
7/01 DEPOSIT ONLY
INTERNATIONAL NORTHERN F.D.U.
ACCT. #0904 413008

Veronica Marlow

NFB TEMPO AZ 11/06/00
LA TRACER 2303 PKG# #11
▶122101191◀
'46188442

PostngDate: 20001113
AccountNum:
Serial: 10798
Amount: 2,713.31
DIN: 10205488

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0018

*Exhibit 2 - Page 28*

REDACTED



**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-8122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

10865

DATE 11/10/00

AMOUNT $9,551.71

Nine Thousand Five Hundred Fifty One Dollars And 71 Cents

PAY TO THE ORDER OF   VERONICA MARLOW

⑈010865⑈ ⑆122000496⑆ ⑈00009551710⑈

PostngDate: 20001116
AccountNum:
Serial: 10865
Amount: 9,551.71
DIN: 18520460

PostngDate: 20001116
AccountNum: :
Serial: 10865
Amount: 9,551.71
DIN: 18520460

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0019

*Exhibit 2 - Page 29*

REDACTED



**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2625

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
6320 Topanga Canyon Blvd.   Woodland Hills, CA 91367

10885

16-48/1220

DATE 11/17/00

AMOUNT $216.50

w/c - 91150.56
. A/o 11/27/00

PAY TO THE ORDER OF

Two Hundred Sixteen Dollars And 50 Cents

ANNA RHEE

TWO SIGNATURES REQUIRED OVER $5,000.00

VOID AFTER 90 DAYS

⑈010885⑈ ⑆122000496⑆   ⑆000002 1650⑈

PostngDate: 20001128
AccountNum:
Serial: 10885
Amount: 216.50
DIN: 15200529

---

PostngDate: 20001128
AccountNum:
Serial: 10885
Amount: 216.50
DIN: 15200529

**CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**

UB 0020

*Exhibit 2 - Page 30*

REDACTED

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
8968 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1220

**10922**

DATE
11/17/00

AMOUNT
$502.35

PAY
TO THE
ORDER
OF   CARTER H. BRYANT

Five Hundred Two Dollars And 35 Cents

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈010922⑈ ⑆122004964⑆ ⑈00000050235⑈

PostngDate: 20001128
AccountNum:
Serial: 10922
Amount: 502.35
DIN: 10323123

HPSC   11/28/00
1010323123

FOR DEPOSIT ONLY
MATTEL F.C.U.
322276075-7

PostngDate: 20001128
AccountNum:
Serial: 10922
Amount: 502.35
DIN: 10323123

**CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**

UB 0021

*Exhibit 2 - Page 31*

REDACTED



PostngDate: 20001218
AccountNum:
Serial: 11032
Amount: 5,956.68
DIN: 19405294

PostngDate: 20001218
AccountNum:
Serial: 11032
Amount: 5,956.68
DIN: 19405294

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0022

*Exhibit 2 - Page 32*

REDACTED



**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5964 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1220

11057

11243

DATE  12/8/00

AMOUNT  $12,990.00

PAY
TO THE
ORDER
OF

Twelve Thousand Nine Hundred Ninety Dollars And 00 Cents

LEARY 3-D DESIGN

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈011057⑈ ⑆122000496⑆ ⑇0001299000⑇

PostngDate: 20001214
AccountNum:
Serial: 11057
Amount: 12,990.00
DIN: 10207138

PostngDate: 20001214
AccountNum:
Serial: 11057
Amount: 12,990.00
DIN: 10207138

**CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**

UB 0023

*Exhibit 2 - Page 33*

REDACTED

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER, HAS A MICROPRINTED BORDER

**11086**

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5956 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-43/1220

| DATE | AMOUNT |
|------|--------|
| 12/8/00 | $6,830.00 |

PAY
TO THE
ORDER
OF

Six Thousand Eight Hundred Thirty Dollars And 00 Cents

VERONICA MARLOW

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑆011086⑆ ⑉122000496⑉ ⑆000068 3000⑆

PostngDate: 20001212
AccountNum:
Serial: 11086
Amount: 6,830.00
DIN: 11325016

---

MPSC 12/12/00
1011325016

IFB LA, CA 1222000
TRACE# 2319 PKG# 11
▶1221052278◀
1120615349

PAY TO THE ORDER OF
WELLS FARGO BANK
FOR DEPOSIT ONLY
INTERNATIONAL RECOVER R.O.U.
ACCT. #ABCA 410568

Veronica Marlow

PostngDate: 20001212
AccountNum:
Serial: 11086
Amount: 6,830.00
DIN: 11325016

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0024

*Exhibit 2 - Page 34*

REDACTED



PostngDate: 20001220
AccountNum:
Serial: 11097
Amount: 1,165.23
DIN: 48121080

PostngDate: 20001220
AccountNum:
Serial: 11097
Amount: 1,165.23
DIN: 48121080

**CONFIDENTIAL
ATTORNEYS' EYES ONLY**

UB 0025

REDACTED

*Exhibit 2 - Page 35*

ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

11250

DATE
12/29/00

AMOUNT
$465.82

TELLER 16
MFCU

PAY
TO THE
ORDER
OF

Four Hundred Sixty Five Dollars And 82 Cents

CARTER R. BRYANT

TWO SIGNATURES REQUIRED
OVER $75,000.00

VOID AFTER 90 DAYS

⑈011250⑈ ⑆122000496⑈ ⑈000046582⑈

PostngDate: 20010110
AccountNum:
Serial: 11250
Amount: 465.82
DIN: 18118974

MPSC 0/MAI
1218118974

FOR DEPOSIT ONLY
MATTEL F.C.U.
3222760075-16

WESCORP>3222808862<01/09/2001
006 207 S 4001836570
3222760075 - 00

PostngDate: 20010110
AccountNum:
Serial: 11250
Amount: 465.82
DIN: 18118974

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0026

*Exhibit 2 - Page 36*

REDACTED

ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA  91367
16-48/1220

11304

DATE
1/12/01

AMOUNT
$5,500.00

PAY
TO THE
ORDER
OF

Five Thousand Five Hundred Dollars And 00 Cents

CARTER N. BRYANT

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈011304⑈ ⑆122000496⑆ ⑈0000550000⑈

PostngDate: 20010119
AccountNum:
Serial: 11304
Amount: 5,500.00
DIN: 26109332

HPSC 1/19/01
1426109332

PostngDate: 20010119
AccountNum:
Serial: 11304
Amount: 5,500.00
DIN: 26109332

REDACTED          CONFIDENTIAL          UB 0027
ATTORNEYS' EYES ONLY

REDACTED

*Exhibit 2 – Page 37*

ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
8530 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1220

11335

11843

DATE 1/12/01

AMOUNT $6,716.00

Six Thousand Seven Hundred Sixteen Dollars And 00 Cents

PAY
TO THE
ORDER
OF

LEAHY 3-B DESIGN

TELLER 17
MFCU

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑆011335⑆ ⑈122000496⑈                    ⑆00006716500⑆

PostngDate: 20010119
AccountNum:
Serial: 11335
Amount: 6,716.00
DIN: 26109333

---

HPSC 01/19/01
1426109333

FOR DEPOSIT ONLY
MATTEL F.C.U.
0227780276-18

PostngDate: 20010119
AccountNum:
Serial: 11335
Amount: 6,716.00
DIN: 26109333

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0028

Exhibit 2 - Page 38

REDACTED



**PostngDate:** 20010123
**AccountNum:** :
**Serial:** 11361
**Amount:** 2,685.00
**DIN:** 26430869

**PostngDate:** 20010123
**AccountNum:**
**Serial:** 11361
**Amount:** 2,685.00
**DIN:** 26430869

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0029

*Exhibit 2 - Page 39*

REDACTED

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**ABC INTERNATIONAL TRADERS, INC.**
15730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

11406

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
6966 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1220

DATE 1/19/01          AMOUNT $6,170.25

PAY TO THE ORDER OF

Six Thousand One Hundred Seventy Dollars And 25 Cents

TELLER 16
MFCU

LEANT_3-D DESIGN

|1243

TWO SIGNATURES REQUIRED OVER $25,000.00

VOID AFTER 90 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑊011406⑊ ⑊122000496⑊ ⑊00006170 25⑊

PostngDate: 20010126
AccountNum:
Serial: 11406
Amount: 6,170.25
DIN: 10204945

MPSC 01/26/01
1010204945

FOR DEPOSIT ONLY
MATTEL F.C.U.
32227607S-16

WESCORP>32228086(01/25/2001.
.005 _TOB_S_100176I 14.960
.00 _ 32228075 _

PostngDate: 20010126
AccountNum:
Serial: 11406
Amount: 6,170.25
DIN: 10204945

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0030

*Exhibit 2 - Page 40*

REDACTED

ABC INTERNATIONAL TRADERS, INC.
15730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5955 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-49/1220

11426

DATE
1/19/01

AMOUNT
$17,455.00

PAY
TO THE
ORDER
OF

VERONICA MARLOW

Seventeen Thousand Four Hundred Fifty Five Dollars And 00 Cents

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈011426⑈ ⑆122000496⑇ ⑈0001745500⑇

PostngDate: 20010126
AccountNum:
Serial: 11426
Amount: 17,455.00
DIN: 22415710

MPSC 01/26/01
132415710

PAY TO THE ORDER OF
VERONICA MARLOW
FOR DEPOSIT ONLY
INTO UNION BANK, N.A.
ACCT. # 0004 438...

IFB 16, 01 0202001
TRACE # 0075   PKT. #11
122185278
1021791783

Veronica Marlow

PostngDate: 20010126
AccountNum:
Serial: 11426
Amount: 17,455.00
DIN: 22415710

REDACTED                    CONFIDENTIAL
ATTORNEYS' EYES ONLY                    UB 0031

*Exhibit 2 - Page 41*

REDACTED



PostngDate: 20010123
AccountNum:
Serial: 11436
Amount: 5,125.00
DIN: 26430868

PostngDate: 20010123
AccountNum:
Serial: 11436
Amount: 5,125.00
DIN: 26430868

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0032

*Exhibit 2 - Page 42*

REDACTED