ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
9855 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-49/1220

11494

DATE 2/2/01

AMOUNT $3,339.51

Three Thousand Three Hundred Thirty Nine Dollars And 51 Cents

PAY TO THE ORDER OF   ANNA RHEE

TWO SIGNATURES REQUIRED OVER $25,000.00

VOID AFTER 180 DAYS

1-53 (0P 110RC)

PostingDate: 20010214
AccountNum:
Serial: 11494
Amount: 3,339.51
DIN: 27118311

MPSC 02/14/01

142711B311    4502175A.

PostngDate: 20010214
AccountNum:
Serial: 11494
Amount: 3,339.51
DIN: 27118311

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0033

*Exhibit 2 - Page 43*

REDACTED



PostngDate: 20010207
AccountNum:
Serial: 11506
Amount: 865.89
DIN: 26105956

PostngDate: 20010207
AccountNum:
Serial: 11506
Amount: 865.89
DIN: 26105956

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0034

*Exhibit 2 - Page 44*

REDACTED

11514

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
19756 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-48/1220

DATE   2/2/01

AMOUNT   $4,000.00

PAY
TO THE
ORDER
OF
DAVID DEES ILLUSTRATION

Four Thousand Dollars And 00 Cents

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈011514⑈ ⑆122000496⑆   ⑈0000400000⑈

PostngDate: 20010212
AccountNum:
Serial: 11514
Amount: 4,000.00
DIN: 26104745

HPSC 02/12/01
1426104745    5519009?4

▶122000661◀

PostngDate: 20010212
AccountNum:
Serial: 11514
Amount: 4,000.00
DIN: 26104745

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0035

*Exhibit 2 - Page 45*

REDACTED

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
6255 Topanga Canyon Blvd.     Woodland Hills, CA 91367
16-48/1220

**11544**

DATE     AMOUNT

2/2/01     $7,175.00

PAY
TO THE
ORDER
OF

Seven Thousand One Hundred Seventy Five Dollars And 00 Cents

VERONICA MARLOW

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈011544⑈ ⑈122000496⑈     ⑈0000717500⑈

PostngDate: 20010212
AccountNum: :
Serial: 11544
Amount: 7,175.00
DIN: 10410659

MPSC 02/12/01
1010410659

02A901 561566 043 93

02/09/2001 020 00885J

0720872070

PostngDate: 20010212
AccountNum:
Serial: 11544
Amount: 7,175.00
DIN: 10410659

REDACTED     CONFIDENTIAL
ATTORNEYS' EYES ONLY     UB 0036

*Exhibit 2 - Page 46*

REDACTED

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
9255 Topanga Canyon Blvd. Woodland Hills, CA 91367
16-49/1220

11561

DATE 2/9/01

AMOUNT $2,695.00

PAY TO THE ORDER OF

Two Thousand Six Hundred Ninety Five Dollars And 00 Cents

ANNA RHEE

TWO SIGNATURES REQUIRED OVER $25,000.00

VOID AFTER 90 DAYS

⑆011561⑆ ⑈122000496⑈

PostngDate: 20010228
AccountNum:
Serial: 11561
Amount: 2,695.00
DIN: 22436424

PostngDate: 20010228
AccountNum:
Serial: 11561
Amount: 2,695.00
DIN: 22436424

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0037

*Exhibit 2 - Page 47*

REDACTED

11568

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-48/1220

| DATE | AMOUNT |
|------|--------|
| 2/9/01 | $5,500.00 |

PAY
TO THE
ORDER
OF

Five Thousand Five Hundred Dollars And 00 Cents

CARTER H. BRYANT

TELLER 17
MFCU

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈011568⑈ ⑆122000496⑆ ⑆0000550000⑆

PostngDate: 20010214
AccountNum:
Serial: 11568
Amount: 5,500.00
DIN: 10217073

XPSC 02/14/01
1010217073

FOR DEPOSIT ONLY
MATTEL F.C.U.
3722760075-19

PostngDate: 20010214
AccountNum:
Serial: 11568
Amount: 5,500.00
DIN: 10217073

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0038

*Exhibit 2 - Page 48*

REDACTED

11622

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5858 Topanga Canyon Blvd. Woodland Hills, CA 91367

16-43/1220

| DATE | AMOUNT |
|------|--------|
| 2/9/01 | $6,835.00 |

PAY
TO THE
ORDER
OF

Six Thousand Eight Hundred Thirty Five Dollars And 00 Cents

VERONICA MARLOW

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈0⑅⑈622⑈ ⑆⑆22000⑆⑈5⑆ ⑈0000683500⑈

---

PostngDate: 20010213
AccountNum:
Serial: 11622
Amount: 6,835.00
DIN: 22707746

---

HPSC 02/13/01
1322707746

WFB LA. CA 02/13/01
TIMCOR # 2365 PKTK #11
1221052278
082697235?

PAY TO THE ORDER OR
WELLS FARGO BANK
FOR DEPOSIT ONLY
INTERNATIONAL RECTIFIER FA/U
ACCT #0604 419169

Veronica Marlow

---

PostngDate: 20010213
AccountNum:
Serial: 11622
Amount: 6,835.00
DIN: 22707746

---

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0039

*Exhibit 2 - Page 49*

REDACTED

11684

**ABC INTERNATIONAL TRADERS, INC.**
16738 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5959 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1226

| DATE | AMOUNT |
|------|--------|
| 2/16/01 | $600.00 |

PAY
TO THE
ORDER
OF

Six Hundred Dollars And 00 Cents

STEPHEN TARMICHAEL

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈011684⑈ ⑆122000496⑆ ⑈0000060000⑈

PostngDate: 20010222
AccountNum:
Serial: 11684
Amount: 600.00
DIN: 22138860

HPSC  02/22/01
1022136860

FRANCE VÜR
FOR DEPOSIT ONLY
CALIFORNIA FEDERAL BANK

PostngDate: 20010222
AccountNum:
Serial: 11684
Amount: 600.00
DIN: 22138860

REDACTED         CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0040

*Exhibit 2 - Page 50*

REDACTED

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

11687

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5285 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

| DATE | AMOUNT |
|------|--------|
| 2/16/01 | $800.00 |

PAY
TO THE
ORDER
OF

Eight Hundred Dollars And 00 Cents

VERONICA MARLOW

TWO SIGNATURES REQUIRED
OVER $25000.00

⑆011687⑆ ⑆122000496⑆          ⑈0000080000⑈

PostngDate: 20010226
AccountNum:
Serial: 11687
Amount: 800.00
DIN: 14912067

MPSC 02/26/01
1114912067

INT. 14, CA 02/22/01
TRACE# 2528 P17# 011
▶122105278◀
1222415073

PAY TO THE ORDER OF
WELLS FARGO BANK
FOR DEPOSIT ONLY
INTERNATIONAL A./OTHER F.O.U.
ACCT. #0804 41500-9

Veronica Marlow

PostngDate: 20010226
AccountNum:
Serial: 11687
Amount: 800.00
DIN: 14912067

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

REDACTED

UB 0041

*Exhibit 2 - Page 51*



PostngDate: 20010228
AccountNum:
Serial: 11734
Amount: 1,030.00
DIN: 18116307

PostngDate: 20010228
AccountNum:
Serial: 11734
Amount: 1,030.00
DIN: 18116307

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0042

*Exhibit 2 - Page 52*

REDACTED



PostngDate: 20010313
AccountNum:
Serial: 11768
Amount: 4,969.25
DIN: 14537126

PostngDate: 20010313
AccountNum:
Serial: 11768
Amount: 4,969.25
DIN: 14537126

CONFIDENTIAL
ATTORNEYS' EYES ONLY

REDACTED          UB 0043

*Exhibit 2 - Page 53*



PostngDate: 20010323
AccountNum:
Serial: 11858
Amount: 5,607.98
DIN: 22113062

PostngDate: 20010323
AccountNum:
Serial: 11858
Amount: 5,607.98
DIN: 22113062

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0044

*Exhibit 2 - Page 54*

REDACTED



PostngDate: 20010326
AccountNum:
Serial: 11889
Amount: 3,000.00
DIN: 10510068

PostngDate: 20010326
AccountNum:
Serial: 11889
Amount: 3,000.00
DIN: 10510068

REDACTED                    CONFIDENTIAL
                        ATTORNEYS' EYES ONLY

UB 0045

*Exhibit 2 - Page 55*

REDACTED



PostngDate: 20010326
AccountNum:
Serial: 11898
Amount: 1,200.00
DIN: 75003230

PostngDate: 20010326
AccountNum:
Serial: 11898
Amount: 1,200.00
DIN: 75003230

REDACTED                    CONFIDENTIAL
                   ATTORNEYS' EYES ONLY

UB 0046

*Exhibit 2 - Page 56*

REDACTED

P8169009-15

**ABC INTERNATIONAL TRADERS, INC.**
14730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-66/1220

11937

| DATE | AMOUNT |
|------|--------|
| 3/30/01 | $575.36 |

PAY TO THE ORDER OF    Five Hundred Seventy Five Dollars And 36 Cents

CARTER B. BRYANT

TELLER #
MFCU

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈011937⑈ ⑆122000496⑈ ⑇0000057536⑈

PostngDate: 20010409
AccountNum:
Serial: 11937
Amount: 575.36
DIN: 22514331

---

HPSC 470.41
132514331

FOR DEPOSIT ONLY
MATTEL F.C.U.
532270075-00

PostngDate: 20010409
AccountNum:
Serial: 11937
Amount: 575.36
DIN: 22514331

**CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**

REDACTED       UB 0047

*Exhibit 2 - Page 57*

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2526

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5856 Topanga Canyon Blvd.   Woodland Hills, CA 91367

11964

16-48/1220

| DATE | AMOUNT |
|------|--------|
| 3/30/01 | $6,500.00 |

PAY
TO THE
ORDER
OF

Six Thousand Five Hundred Dollars And 00 Cents

L.A. FOCUS

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈011964⑈ ⑈122000496⑈ ⑈0000650000⑈

PostngDate: 20010404
AccountNum:
Serial: 11964
Amount: 6,500.00
DIN: 26340621

KPSC 04/04/01

1426340621

▶122000661◀ L
309 N TEMPLE LA CA   15
04/04/01 #429110439 0449

54065940

0429 10247

PAY TO THE ORDER OF
BANK OF AMERICA
TARZANA, CA 91356
▶122000661◀
FOR DEPOSIT ONLY
L.A. FOCUS
0435110439 CA

PostngDate: 20010404
AccountNum:
Serial: 11964
Amount: 6,500.00
DIN: 26340621

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0048

*Exhibit 2 - Page 58*

REDACTED



PostngDate: 20010412
AccountNum:
Serial: 12019
Amount: 5,000.00
DIN: 22120152

PostngDate: 20010412
AccountNum:
Serial: 12019
Amount: 5,000.00
DIN: 22120152

CONFIDENTIAL
ATTORNEYS' EYES ONLY

REDACTED    UB 0049

*Exhibit 2 - Page 59*

ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

12070

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1270

DATE   4/6/01

AMOUNT   $1,836.83

PAY
TO THE
ORDER
OF

One Thousand Eight Hundred Thirty Six Dollars And 83 Cents

VERONICA MARLOW

TWO SIGNATURES REQUIRED
OVER $5,000.00

VOID AFTER 90 DAYS

⑈012070⑈ ⑈122000496⑈ ⑈0000183683⑈

PostngDate: 20010412
AccountNum:
Serial: 12070
Amount: 1,836.83
DIN: 14707524

MPSC 04/12/01
1114707524

▶1221053784
002742109S

PostngDate: 20010412
AccountNum:
Serial: 12070
Amount: 1,836.83
DIN: 14707524

# REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0050

*Exhibit 2 - Page 60*

ABC INTERNATIONAL TRADERS, INC.
16738 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

**12112**

| DATE | AMOUNT |
|------|--------|
| 6/12/01 | $448.15 |

PAY
TO THE
ORDER
OF

Four Hundred Forty Eight Dollars And 15 Cents

VERONICA MARLOW

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈012112⑈ ⑆122000496⑆ ⑈00000044815⑈

PostngDate: 20010423
AccountNum:
Serial: 12112
Amount: 448.15
DIN: 14812926

KPSC 4/23/01
1114812926

Veronica Marlow

PAY TO THE ORDER OF
WELLS FARGO BANK
FOR DEPOSIT ONLY
INTERNATIONAL RECEPTION 7011
ABC INTERNATIONAL
12112

▶122195278◀
6521577976

PostngDate: 20010423
AccountNum:
Serial: 12112
Amount: 448.15
DIN: 14812926

# REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0051

*Exhibit 2 - Page 61*

ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5850 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1226

12165

DATE
4/19/01

AMOUNT
$3,808.00

PAY
TO THE
ORDER
OF

Three Thousand Eight Hundred Dollars And 00 Cents

VERONICA MARLOW

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈012165⑈ ⑈122000496⑈                                    ⑈0000380000⑈

PostngDate: 20010425
AccountNum:
Serial: 12165
Amount: 3,800.00
DIN: 22503696

---

MPSC H/ZS/+I
1322503696

⑈122105278⑈
1327500043

PostngDate: 20010425
AccountNum:
Serial: 12165
Amount: 3,800.00
DIN: 22503696

REDACTED            CONFIDENTIAL
                    ATTORNEYS' EYES ONLY

REDACTED            UB 0052

*Exhibit 2 - Page 62*

**ABC INTERNATIONAL TRADERS, INC.**
16732 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2628

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd. Woodland Hills, CA 91367

16-48/1220

12185

DATE 4/27/01

AMOUNT $216.00

PAY TO THE ORDER OF
Two Hundred Sixteen Dollars And 00 Cents

ANNA RHEE

TWO SIGNATURES REQUIRED OVER $25,000.00

VOID AFTER 90 DAYS

US742-05

PostngDate: 20010509
AccountNum:
Serial: 12185
Amount: 216.00
DIN: 23028523

HPSC 05/09/01
1323028523    63318441

PostngDate: 20010509
AccountNum:
Serial: 12185
Amount: 216.00
DIN: 23028523

**REDACTED**

UB 0053

*Exhibit 2 - Page 63*

| | | 12217 |
|---|---|---|
| **ABC INTERNATIONAL TRADERS, INC.**<br>18730 SCHOENBORN STREET<br>NORTH HILLS, CALIFORNIA 91343-6122<br>PHONE (818) 894-2525 | **UNION BANK OF CALIFORNIA**<br>San Fernando Valley Commercial Banking Office<br>5850 Topanga Canyon Blvd.   Woodland Hills, CA 91367<br>16-48/1220 | |
| | DATE | AMOUNT |
| | 4/27/01 | $300.00 |

PAY
TO THE
ORDER
OF

Three Hundred Dollars And 00 Cents

STEPHEN TARNICKAEL

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑆012217⑆ ⑆122000496⑆ ⑈00000030000⑈

---

PostngDate: 20010511
AccountNum:
Serial: 12217
Amount: 300.00
DIN: 26220677

---

MPSG 05/11/01
1426220677

860001968
LA PROCESSED 02

05102001

FOR DEP
CALIFORNIA FEDERAL BANK
BRANCH 744

---

PostngDate: 20010511
AccountNum:
Serial: 12217
Amount: 300.00
DIN: 26220677

---

**REDACTED**

**CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**

# REDACTED

UB 0054

*Exhibit 2 - Page 64*

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**12225**

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1228

| DATE | AMOUNT |
|------|--------|
| 4/27/01 | $2,830.00 |

PAY
TO THE
ORDER
OF

Two Thousand Eight Hundred Thirty Dollars And 00 Cents

VERONICA HALLOU

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑆012225⑆ ⑈122000496⑈ ⑆0000283000⑉

---

PostngDate: 20010504
AccountNum:
Serial: 12225
Amount: 2,830.00
DIN: 18706238

---

HPSC 65/H/41
1218706238

STB LL CA #3-2001
TRACER 274 RTB (1)
▶1221052784
0027046359

PAY TO THE ORDER OF
WELLS FARGO BANK
N.A. DEPOSIT ONLY
BANCOMER TRANSMIT PAYEE
ACCT # 0554 518948

Veronica Hallou

---

PostngDate: 20010504
AccountNum:
Serial: 12225
Amount: 2,830.00
DIN: 18706238

---

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

REDACTED   UB 0055

Exhibit 2 - Page 65



PostngDate: 20010524
AccountNum:
Serial: 12239
Amount: 433.00
DIN: 18922708

PostngDate: 20010524
AccountNum:
Serial: 12239
Amount: 433.00
DIN: 18922708

CONFIDENTIAL
ATTORNEYS' EYES ONLY

REDACTED     UB 0056

*Exhibit 2 - Page 66*

ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
6399 Topanga Canyon Blvd.   Woodland Hills, CA 91367

**12245**

88 767001  16-66/1220

DATE  5/7/01

AMOUNT  $5,342.76

PAY TO THE ORDER OF

Five Thousand Three Hundred Forty Two Dollars And 76 Cents

CARTER N. BRYANT

TWO SIGNATURES REQUIRED OVER $25,000.00

VOID AFTER 90 DAYS

⑿"012245"⑈ ⑆122000496⑆ ⑇00005342876⑇

PostngDate: 20010515
AccountNum:
Serial: 12245
Amount: 5,342.76
DIN: 18404503

---

MPSC 05/5/01
12 18404503

WESCORP>32227609467<05/14/2001
004  47  5  40003569800
32227609075 - 00

FOR DEPOSIT ONLY
MATTEL F.C.U.
32227609075-0 7 0 7 0

PostngDate: 20010515
AccountNum:
Serial: 12245
Amount: 5,342.76
DIN: 18404503

---

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**REDACTED**

UB 0057

*Exhibit 2 - Page 67*



PostngDate: 20010514
AccountNum:
Serial: 12276
Amount: 4,517.64
DIN: 14614976

PostngDate: 20010514
AccountNum:
Serial: 12276
Amount: 4,517.64
DIN: 14614976

CONFIDENTIAL
ATTORNEYS' EYES ONLY

REDACTED          UB 0058

*Exhibit 2 - Page 68*

**ABC INTERNATIONAL TRADERS, INC.**
16736 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
3910 Topanga Canyon Blvd.   Woodland Hills, CA 91367

12286

16-48/1220

DATE 5/7/01

AMOUNT $1,500.00

PAY TO THE ORDER OF

One Thousand Five Hundred Dollars And 00 Cents

STEPHEN CARMICHAEL

TWO SIGNATURES REQUIRED OVER $50,000.00

⑆012286⑆ ⑈122000496⑈ ⑆0000150000⑆

PostngDate: 20010514
AccountNum: 3030153854
Serial: 12286
Amount: 1,500.00
DIN: 22616360

PostngDate: 20010514
AccountNum: 3030153854
Serial: 12286
Amount: 1,500.00
DIN: 22616360

MPSC  05/14/01
1322616360
9X0032291
LA PROCESSED 02
City, State
05132001

FOR DEPOSIT ONLY
CALIFORNIA FEDERAL BANK
BRANCH 744

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0059

*Exhibit 2 - Page 69*

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1220

12348

| DATE | AMOUNT |
|------|--------|
| 3/17/01 | $7,015.00 |

PAY
TO THE
ORDER
OF

Seven Thousand Fifteen Dollars And 00 Cents

DAVID DEES ILLUSTRATION

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑂012348⑂  ⑈122000498⑈            ⑆000070⑈500⑆

PostngDate: 20010522
AccountNum:
Serial: 12348
Amount: 7,015.00
DIN: 22232697

▶122000661◀ L
1000 N TEMPLE LA CA   19
MPSC  05/22/41    05/21/41 0910292S1 CA00

1322232697    7725064

N

PostngDate: 20010522
AccountNum:
Serial: 12348
Amount: 7,015.00
DIN: 22232697

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0060

REDACTED

*Exhibit 2 - Page 70*



PostngDate: 20010522
AccountNum:
Serial: 12359
Amount: 6,592.00
DIN: 22106702

PostngDate: 20010522
AccountNum:
Serial: 12359
Amount: 6,592.00
DIN: 22106702

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0061

REDACTED

*Exhibit 2 - Page 71*

ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

12378

DATE          AMOUNT
5/17/01       $3,520.00

PAY TO THE ORDER OF   Three Thousand Five Hundred Twenty Dollars And 00 Cents

VERONICA MARLOW

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑆012378⑆ ⑈122000496⑈          ⑇0000352000⑇

PostngDate: 20010522
AccountNum:
Serial: 12378
Amount: 3,520.00
DIN: 22713639

---

PostngDate: 20010522
AccountNum:
Serial: 12378
Amount: 3,520.00
DIN: 22713639

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0062

*Exhibit 2 - Page 72*

12489

ABC INTERNATIONAL TRADERS, INC.
18730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-8122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
8965 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1220

DATE
6/8/01

AMOUNT
$5,000.00

TELLER
MFCU

PAY
TO THE
ORDER
OF

Five Thousand Dollars And 00 Cents

CARTER N. BRYANT

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑆012489⑆ ⑆122000496⑆ ⑆0000500000⑈

PostngDate: 20010621
AccountNum:
Serial: 12489
Amount: 5,000.00
DIN: 10306613

HPSC 46/21/41
1010306613

PostngDate: 20010621
AccountNum:
Serial: 12489
Amount: 5,000.00
DIN: 10306613

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0063

*Exhibit 2 - Page 73*

**ABC INTERNATIONAL TRADERS, INC.**
16738 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16 4907220

12524

DATE
8/15/01

AMOUNT
$800.00

PAY
TO THE
ORDER
OF

Eight Hundred Dollars And 00 Cents

JAIME RAMOS

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈012524⑈ ⑈122000496⑈ ⑈0000080000⑈

PostngDate: 20010621
AccountNum: :
Serial: 12524
Amount: 800.00
DIN: 18329692

HPSC 06/21/01
1218329692

22195699

PostngDate: 20010621
AccountNum: :
Serial: 12524
Amount: 800.00
DIN: 18329692

# REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0064

Exhibit 2 - Page 74

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**ABC INTERNATIONAL TRADERS, INC.**
16736 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA, 91343-6122
PHONE (818) 894-2525

**12567**

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5656 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

| DATE | AMOUNT |
|------|--------|
| 6/22/01 | $1,775.00 |

PAY
TO THE
ORDER
OF

One Thousand Seven Hundred Seventy Five Dollars And 00 Cents

CREATIVITY

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑆012567⑆ ⑈122000496⑈                    ⑆0000177500⑆

PostngDate: 20010712
AccountNum:
Serial: 12567
Amount: 1,775.00
DIN: 42608987

---

114-45

UNION BANK NA
MTRY PK 91755
071201-42608987

PAY TO THE ORDER OF
UNION BANK OF CALIFORNIA
San Carlos, California 94070
FOR DEPOSIT ONLY
CREATIVITY, INC.
Account No. 1410012900

PostngDate: 20010712
AccountNum:
Serial: 12567
Amount: 1,775.00
DIN: 42608987

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0065

REDACTED

Exhibit 2 - Page 75



PostngDate: 20010625
AccountNum:
Serial: 12607
Amount: 10,975.00
DIN: 11024790

PostngDate: 20010625
AccountNum:
Serial: 12607
Amount: 10,975.00
DIN: 11024790

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0066

*Exhibit 2 - Page 76*



PostngDate: 20010718
AccountNum:
Serial: 12678
Amount: 9,000.00
DIN: 48107238

PostngDate: 20010718
AccountNum:
Serial: 12678
Amount: 9,000.00
DIN: 48107238

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0067

*Exhibit 2 - Page 77*

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5955 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-49/1220

12897

DATE    AMOUNT
7/27/01    $5,400.00

PAY
TO THE    Five Thousand Four Hundred Dollars And 00 Cents
ORDER
OF    STEPHEN TARMICHAEL

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑆012897⑆ ⑆122000496⑆    ⑆0000540000⑆

PostngDate: 20010801
AccountNum:
Serial: 12897
Amount: 5,400.00
DIN: 22206810

---

MPSC 08/01/01
1322206810

PostngDate: 20010801
AccountNum:
Serial: 12897
Amount: 5,400.00
DIN: 22206810

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0068

Exhibit 2 - Page 78



PostngDate: 20010810
AccountNum:
Serial: 12972
Amount: 4,000.00
DIN: 26501555

PostngDate: 20010810
AccountNum:
Serial: 12972
Amount: 4,000.00
DIN: 26501555

CONFIDENTIAL
ATTORNEYS' EYES ONLY

REDACTED

UB 0069

*Exhibit 2 - Page 79*

ABC INTERNATIONAL TRADERS, INC.
18730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5956 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-48/1220

12994

DATE
8/3/01

AMOUNT
$12,100.00

PAY
TO THE
ORDER
OF

Twelve Thousand One Hundred Dollars And 00 Cents

VERONICA MARLOW

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈012994⑈ ⑈122000496⑈

⑈012994⑈ ⑈122000496⑈                          ⑈000121l0000⑈

PostngDate: 20010806
AccountNum:
Serial: 12994
Amount: 12,100.00
DIN: 46323323

PostngDate: 20010806
AccountNum:
Serial: 12994
Amount: 12,100.00
DIN: 46323323

REDACTED

**CONFIDENTIAL
ATTORNEYS' EYES ONLY**

UB 0070

*Exhibit 2 - Page 80*



PostngDate: 20010808
AccountNum:
Serial: 13002
Amount: 100,000.00
DIN: 48210639

PostngDate: 20010808
AccountNum:
Serial: 13002
Amount: 100,000.00
DIN: 48210639

REDACTED

**CONFIDENTIAL
ATTORNEYS' EYES ONLY**

UB 0071

*Exhibit 2 - Page 81*

13112

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-43/1220

| DATE | AMOUNT |
|---|---|
| 8/17/01 | $1,200.00 |

PAY
TO THE
ORDER
OF

One Thousand Two Hundred Dollars And 00 Cents

STEPHEN TARMICHAEL

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑆013112⑆ ⑆122000496⑆ ⑆0000120000⑈

PostngDate: 20010821
AccountNum:
Serial: 13112
Amount: 1,200.00
DIN: 18533578

MPSC 08/21/01
1218533578
90124733
L8 PROCESSED 02
City, State

FOR DEPOSIT ONLY
CALIFORNIA FEDERAL...

PostngDate: 20010821
AccountNum:
Serial: 13112
Amount: 1,200.00
DIN: 18533578

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0072

Exhibit 2 - Page 82

13120

**ABC INTERNATIONAL TRADERS, INC.**
14730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-5122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
9655 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

DATE
8/21/01

AMOUNT
$171,014.00

PAY
TO THE
ORDER
OF

One Hundred Seventy One Thousand Fourteen Dollars And 88 Cents

ELDRIDGE INK

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 30 DAYS

⑈013120⑈ ⑆122000496⑆ ⑈0017101400⑈

PostngDate: 20010822
AccountNum:
Serial: 13120
Amount: 171,014.00
DIN: 47117148

366-77

47117143

PostngDate: 20010822
AccountNum:
Serial: 13120
Amount: 171,014.00
DIN: 47117148

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0073

*Exhibit 2 - Page 83*

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
3964 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-49/1220

13123

DATE   8/24/01

AMOUNT   $31,798.00

PAY TO THE ORDER OF

Thirty One Thousand Seven Hundred Ninety Eight Dollars And 00 Cents

ELDRIDGE INK

TWO SIGNATURES REQUIRED
OVER $25,000.00

⑆013123⑆ ⑉122000496⑈

⑆013123⑆ ⑉122000496⑈          ⑇0003179800⑇

PostngDate: 20010824
AccountNum:
Serial: 13123
Amount: 31,798.00
DIN: 45409858

:122000496:
UNION BANK NA
MTRY PK 91755
082401 45409858

PostngDate: 20010824
AccountNum:
Serial: 13123
Amount: 31,798.00
DIN: 45409858

# REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0074

*Exhibit 2 - Page 84*

ABC INTERNATIONAL TRADERS, INC.
14730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5656 Topanga Canyon Blvd.    Woodland Hills, CA 91367

16-46/1226

13177

DATE          AMOUNT
8/31/01       $1,250.00

PAY
TO THE
ORDER
OF

One Thousand Two Hundred Fifty Dollars And 00 Cents

ANNA RHEE

TWO SIGNATURES REQUIRED
OVER $20,000.00

VOID AFTER 90 DAYS

⑆013177⑆ ⑈122000496⑈          ⑇0000125000⑇

---

PostngDate: 20010914
AccountNum:
Serial: 13177
Amount: 1,250.00
DIN: 19200442

---

KPSC #/KA1
1219200442

---

PostngDate: 20010914
AccountNum:
Serial: 13177
Amount: 1,250.00
DIN: 19200442

---

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0075

*Exhibit 2 - Page 85*

ABC INTERNATIONAL TRADERS, INC.
18730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2528

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
8888 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-48/1220

13220

DATE    8/31/01

AMOUNT    $1,500.00

PAY
TO THE
ORDER
OF    One Thousand Five Hundred Dollars And 00 Cents

VERONICA MARLOW

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑆013220⑆ ⑇122000496⑇    ⑈0000150000⑈

PostngDate: 20010910
AccountNum:
Serial: 13220
Amount: 1,500.00
DIN: 75014850

PAY TO THE ORDER OF
WELLS FARGO BANK
FOR DEPOSIT ONLY
INTERNATIONAL LOTTERY FUND
ABCO1, 496044132699

PostngDate: 20010910
AccountNum:
Serial: 13220
Amount: 1,500.00
DIN: 75014850

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0076

*Exhibit 2 - Page 86*

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-8122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-49/1220

13400

DATE  9/28/01

AMOUNT  $1,000.00

One Thousand Dollars And 00 Cents

PAY TO THE ORDER OF  DAVID DEES ILLUSTRATION

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈013400⑈  ⑆122000496⑆  ⑈0000100000⑈

PostngDate: 20011003
AccountNum:
Serial: 13400
Amount: 1,000.00
DIN: 22427007



MPSC  10/03/01
1322427007

▶122000661◀1
1446 V TEMPLE [1.0]   19
10/03/01 #1322397 CA48
7360073414

PostngDate: 20011003
AccountNum:
Serial: 13400
Amount: 1,000.00
DIN: 22427007

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0077

*Exhibit 2 - Page 87*

**ABC INTERNATIONAL TRADERS, INC.**
14730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-8122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1220

13449

DATE   10/5/01

AMOUNT   $995.00

PAY TO THE ORDER OF    CARTER K. BRYANT

Nine Hundred Ninety Five Dollars And 00 Cents

TELLER 17
MFCU

TWO SIGNATURES REQUIRED OVER $25,000.00

VOID AFTER 90 DAYS

⑊013449⑊ ⑆122000496⑆ ⑈0000099500⑈

PostngDate: 20011023
AccountNum:
Serial: 13449
Amount: 995.00
DIN: 18213323

---

XPSC 10/23/11
1218213323

WESCORP #3222808670(10/22/2001
010013609910 005 S-5 100 55 00
3222/6075 - 00

PostngDate: 20011023
AccountNum:
Serial: 13449
Amount: 995.00
DIN: 18213323

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0078

*Exhibit 2 - Page 88*

ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

13475

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.    Woodland Hills, CA 91367
16-48/1220

DATE
10/5/01

AMOUNT
$1,530.00

PAY TO THE ORDER OF    One Thousand Five Hundred Thirty Dollars And 00 Cents

JAIME RAMOS

TWO SIGNATURES REQUIRED OVER $25,000.00

VOID AFTER 90 DAYS

⑈013475⑈ ⑆122000496⑆    ⑈00001530000⑈

PostngDate: 20011016
AccountNum:
Serial: 13475
Amount: 1,530.00
DIN: 18217193

---

HPSC  10/16/01
1218217193

10/16/01
UB/BK 02C
1220-414×4
23069591

Telesis Community C.U.
>3222803 04<
OCT 15 2001
Chatsworth, CA
3LR 045×1

JAIME P.

PostngDate: 20011016
AccountNum:
Serial: 13475
Amount: 1,530.00
DIN: 18217193

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0079

Exhibit 2 - Page 89

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

13492

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1220

| DATE | AMOUNT |
|------|--------|
| 10/5/01 | $3,700.00 |

Three Thousand Seven Hundred Dollars And 00 Cents

PAY TO THE ORDER OF

SOUTH BAY HOLDS

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑆013492⑆ ⑆122000496⑆ ⑆0000370000⑈

PostngDate: 20011016
AccountNum:
Serial: 13492
Amount: 3,700.00
DIN: 14406049

MPSC 10/16/01

1114406049 7660203078

PostngDate: 20011016
AccountNum:
Serial: 13492
Amount: 3,700.00
DIN: 14406049

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0080

Exhibit 2 - Page 90



PostngDate: 20011016
AccountNum:
Serial: 13509
Amount: 8,200.00
DIN: 26826985

PostngDate: 20011016
AccountNum:
Serial: 13509
Amount: 8,200.00
DIN: 26826985

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0081

*Exhibit 2 - Page 91*

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

13517

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-49/1229

DATE
10/5/01

AMOUNT
$6,762.56

PAY: Six Thousand Seven Hundred Sixty Two Dollars And 56 Cents

TO THE
ORDER
OF

PHOTOVISIONS

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈013517⑈ ⑆122000496⑆ ⑈000676256⑈

PostngDate: 20011010
AccountNum:
Serial: 13517
Amount: 6,762.56
DIN: 14526062

10/09/2001 HPSC N/W/O ⑆122016064 CHF

10-5-01

PostngDate: 20011010
AccountNum:
Serial: 13517
Amount: 6,762.56
DIN: 14526062

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0082

REDACTED

Exhibit 2 - Page 92



PostingDate: 20011023
AccountNum:
Serial: 13330
Amount: 864.00
DIN: 47323876

PostngDate: 20011023
AccountNum:
Serial: 13330
Amount: 864.00
DIN: 47323876

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0083

Exhibit 2 - Page 93

ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2626

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5800 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-46/1220

13567

DATE
10/12/01

AMOUNT
$691.20

PAY ... Six Hundred Ninety One Dollars And 20 Cents

TO THE
ORDER
OF ...

PHOTOVISIONS

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑆013567⑆ ⑈122000496⑈ ⑆00000069120⑆

PostngDate: 20011018
AccountNum:
Serial: 13567
Amount: 691.20
DIN: 18228489

◄ 10/17/200 MPSCSW/ER070   >12201606<   CNB

1218228489

OCT 17 01

D006   70952

PostngDate: 20011018
AccountNum
Serial: 13567
Amount: 691.20
DIN: 18228489

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0084

REDACTED

Exhibit 2 - Page 94

13573

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
8866 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1220

DATE
10/12/01

AMOUNT
$1,200.00

PAY
TO THE
ORDER
OF

One Thousand Two Hundred Dollars And 00 Cents

STEPHEN CARMICHAEL

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑆013573⑆ ⑆122000496⑆ ⑆000120000⑆

PostngDate: 20011022
AccountNum:
Serial: 13573
Amount: 1,200.00
DIN: 26236959

HPSC 10/22/01
14262305 201106711
LA PROCESSED 02
City, State
10192001

For Deposit Only
California Federal Bank
Branch 744

PostngDate: 20011022
AccountNum:
Serial: 13573
Amount: 1,200.00
DIN: 26236959

REDACTED

**CONFIDENTIAL
ATTORNEYS' EYES ONLY**

UB 0085

REDACTED

*Exhibit 2 - Page 95*



PostngDate: 20011107
AccountNum: .
Serial: 13587
Amount: 1,971.00
DIN: 45223420

PostngDate: 20011107
AccountNum:
Serial: 13587
Amount: 1,971.00
DIN: 45223420

# REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0086

*Exhibit 2 - Page 96*



PostngDate: 20011024
AccountNum:
Serial: 13629
Amount: 2,100.00
DIN: 22300930

PostngDate: 20011024
AccountNum:
Serial: 13629
Amount: 2,100.00
DIN: 22300930

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0087

*Exhibit 2 - Page 97*



PostngDate: 20011026
AccountNum:
Serial: 13647
Amount: 600.00
DIN: 26602663

PostngDate: 20011026
AccountNum:
Serial: 13647
Amount: 600.00
DIN: 26602663

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0088

Exhibit 2 – Page 98



PostngDate: 20011107
AccountNum: 
Serial: 13651
Amount: 1,323.00
DIN: 45223419

PostngDate: 20011107
AccountNum: 
Serial: 13651
Amount: 1,323.00
DIN: 45223419

# REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0089

*Exhibit 2 - Page 99*

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA, 91343-6122
PHONE (818) 894-2525

13660

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1226

DATE   10/24/01     AMOUNT   $377.10

PAY TO THE ORDER OF   CARTER H. BRYANT

Three hundred Seventy Seven Dollars And 10 Cents

TWO SIGNATURES REQUIRED OVER $25,000.00

⑈013660⑈ ⑆122000496⑆ ⑈00000037710⑆

PostngDate: 20011107
AccountNum:
Serial: 13660
Amount: 377.10
DIN: 10105547

KPSC 11/17/01
1010105547

PROCESSED

PostngDate: 20011107
AccountNum:
Serial: 13660
Amount: 377.10
DIN: 10105547

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0090

*Exhibit 2 - Page 100*

ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 834-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5655 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-48/1220

13694

DATE
10/26/01

AMOUNT
$3,820.00

PAY
TO THE
ORDER
OF

Three Thousand Eight Hundred Twenty Dollars And 00 Cents

VERONICA MARLOW

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

PostngDate: 20011102
AccountNum:
Serial: 13694
Amount: 3,820.00
DIN: 18709843

HPSC  11/01/01
1218709843

PostngDate: 20011102
AccountNum:
Serial: 13694
Amount: 3,820.00
DIN: 18709843

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0091

Exhibit 2 - Page 101



PostingDate: 20011107
AccountNum:
Serial: 13720
Amount: 205,951.21
DIN: 10105546

PostingDate: 20011107
AccountNum:
Serial: 13720
Amount: 205,951.21
DIN: 10105546

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0092

*Exhibit 2 - Page 102*



PostngDate: 20011107
AccountNum:
Serial: 13736
Amount: 270.00
DIN: 45223427

PostngDate: 20011107
AccountNum:
Serial: 13736
Amount: 270.00
DIN: 45223427

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0093

*Exhibit 2 - Page 103*

**13777**

ABC INTERNATIONAL TRADERS, INC.
11730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
9666 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-49/1220

DATE 11/2/01

AMOUNT $2,112.89

PAY
TO THE
ORDER
OF

Two Thousand One Hundred Twelve Dollars And 89 Cents

VERONICA MARLOW

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑆013777⑆ ⑈122000496⑈ ⑇0000211289⑇

PostngDate: 20011113
AccountNum:
Serial: 13777
Amount: 2,112.89
DIN: 19501249

---

HPSC 11/13/01

lro LA, CA 11/09/01
TRACER# 2671 PKT# 011
►12210S278◄
0625170914

PostngDate: 20011113
AccountNum:
Serial: 13777
Amount: 2,112.89
DIN: 19501249

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0094

*Exhibit 2 - Page 104*



PostngDate: 20011119
AccountNum:
Serial: 13830
Amount: 1,123.20
DIN: 18309218

PostngDate: 20011119
AccountNum:
Serial: 13830
Amount: 1,123.20
DIN: 18309218

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0095

REDACTED

*Exhibit 2 - Page 105*



PostngDate: 20011123
AccountNum:
Serial: 13838
Amount: 500.00
DIN: 14236267

PostngDate: 20011123
AccountNum:
Serial: 13838
Amount: 500.00
DIN: 14236267

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0096

REDACTED

*Exhibit 2 - Page 106*

**ABC INTERNATIONAL TRADERS, INC.**
16738 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

13852

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5968 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

DATE
11/16/01

AMOUNT
$790.00

PAY
TO THE
ORDER
OF

Seven Hundred Ninety Dollars And 00 Cents

ANNA KNER

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈⑂013852⑈ ⑈⑇1220004⑉6⑈            ⑈0000079000⑈

PostngDate: 20011203
AccountNum: 3030153854
Serial: 13852
Amount: 790.00
DIN: 22600148

MPSC  12/03/01
1322600148

NFS LA, CA 12/03/01
7055/05 2005 PTB 61)
▸12210S278◂
0725510015

6621346282  Co114
$750:00
12/03/01 10:32am
09 00 0910  0310033

PostngDate: 20011203
AccountNum: 3030153854
Serial: 13852
Amount: 790.00
DIN: 22600148

REDACTED

**CONFIDENTIAL
ATTORNEYS' EYES ONLY**

UB 0097

**REDACTED**

*Exhibit 2 - Page 107*

**ABC INTERNATIONAL TRADERS, INC.**
18730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA  91367
16-48/1220

13909

DATE
11/16/01

AMOUNT
$5,700.00

PAY
TO THE
ORDER
OF

Five Thousand Seven Hundred Dollars And 00 Cents

VERONICA HARLOW

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈013909⑈  ⑆122000496⑆                          ⑈0000570000⑈

PostngDate: 20011123
AccountNum: 3030153854
Serial: 13909
Amount: 5,700.00
DIN: 14236266

HPSC  11/23/01
1114236266

NOV 21 01

2948

1533

HFB LA¿ CA 11212001
TRACE# 2664 P&TW 0114
▶122105278◄
1120533449

PostngDate: 20011123
AccountNum: 3030153854
Serial: 13909
Amount: 5,700.00
DIN: 14236266

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0098

REDACTED

Exhibit 2 - Page 108

ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-8122
PHONE-(818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
3888 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-48/1220

13925

DATE   11/21/01

AMOUNT   $864.00

PAY TO THE ORDER OF   ANNA RHEE

Eight Hundred Sixty Four Dollars And 00 Cents

TWO SIGNATURES REQUIRED OVER $25,000.00

VOID AFTER 90 DAYS

⑆013925⑆ ⑉122000496⑉ ⑈0000086400⑈

PostngDate: 20011203
AccountNum:
Serial: 13925
Amount: 864.00
DIN: 22600149

---

HPSC   12/03/01
1322600149

EB U.A. CA 12/03/01
TRPCM 265 7418 011
▶122100327▲
0725510016

E621944282   Ca114
$864.00
12/03/01  10:53am
09  C0810   0310033

PostngDate: 20011203
AccountNum:
Serial: 13925
Amount: 864.00
DIN: 22600149

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0099

Exhibit 2 - Page 109

13934

**ABC INTERNATIONAL TRADERS, INC.**
16736 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5638 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-48/1220

DATE 11/21/01

AMOUNT $133,747.00

PAY
TO THE
ORDER
OF        ELDRIDGE INK

One Hundred Thirty Three Thousand Seven Hundred Forty Seven Dollars And 00 Cents

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑆013934⑆ ⑈122000496⑇

⑆013934⑆ ⑈122000496⑇                    ⑈0013374700⑇

PostngDate: 20011121
AccountNum:
Serial: 13934
Amount: 133,747.00
DIN: 47212846

UNION BANK NA
MTRY PK 91755
112101 47212846

PostngDate: 20011121
AccountNum:
Serial: 13934
Amount: 133,747.00
DIN: 47212846

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0100

Exhibit 2 - Page 110



PostngDate: 20011210
AccountNum:
Serial: 14098
Amount: 25,700.00
DIN: 48409385

PostngDate: 20011210
AccountNum:
Serial: 14098
Amount: 25,700.00
DIN: 48409385

CONFIDENTIAL
ATTORNEYS' EYES ONLY

REDACTED

UB 0101

*Exhibit 2 - Page 111*

14166

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
8550 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1220

e10

DATE
12/19/01

AMOUNT
$272,120.00

PAY
TO THE
ORDER
OF

Two Hundred Seventy Two Thousand One Hundred Twenty Dollars And 00 Cents

ELDRIDGE INK

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈014166⑈ ⑆122000496⑆ ⑈0027212000⑈

PostngDate: 20011220
AccountNum:
Serial: 14166
Amount: 272,120.00
DIN: 45209094

129-77

>122000496<
UNION BNKCAL NA
MIRY PK 91755
122001-45209094

PostngDate: 20011220
AccountNum:
Serial: 14166
Amount: 272,120.00
DIN: 45209094

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0102

*Exhibit 2 - Page 112*



PostngDate: 20011227
AccountNum:
Serial: 14304
Amount: 1,000.00
DIN: 10901964

PostngDate: 20011227
AccountNum:
Serial: 14304
Amount: 1,000.00
DIN: 10901964

CONFIDENTIAL
ATTORNEYS' EYES ONLY

REDACTED                    UB 0103

*Exhibit 2 - Page 113*



PostngDate: 20011226
AccountNum:
Serial: 14323
Amount: 35,582.00
DIN: 47301481

CONFIDENTIAL
ATTORNEYS' EYES ONLY

REDACTED

UB 0104

*Exhibit 2 - Page 114*

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5956 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1220

11799

DATE     AMOUNT
3/2/01    $1,800.00

PAY   One Thousand Eight Hundred Dollars And 00 Cents
TO THE
ORDER
OF

STEPHEN TARRICHAEL

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈011799⑈ ⑆122000496⑆ ⑈0000180000⑈

PostngDate: 20010307
AccountNum:
Serial: 11799
Amount: 1,800.00
DIN: 22100295

---

MPSC 03/07/01
1322100295

20011987
LA PROCESSED 02
City, State
03062001

FOR DEPOSIT ONLY
CALIFORNIA FEDERAL BANK
BRANCH 244

PostngDate: 20010307
AccountNum:
Serial: 11799
Amount: 1,800.00
DIN: 22100295

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0105

*Exhibit 2 - Page 115*

 September 22, 2000          2                    H

WIRE SERVICES DEPARTMENT
POST OFFICE BOX 60691
LOS ANGELES, CA  90060


(800) 618-6466

1
1

303
ABC INTERNATIONAL TRADERS, INC
16730 SCHOENBORN STREET
NORTH HILLS, CA 91343-6122



If you have a checking or savings account with Union Bank of California,
the wire transfer fee(s) will be charged against your account or appear
on your account analysis statement.


Outgoing Wire Transfer Debits

| Type | Amount | Our TRN | Sent To | Reference |
|------|--------|---------|---------|-----------|
| 1000 | | : | CHASE MANHATTAN BANK EARLY LIGHT INDUSTRIAL CO LTD INFORMATION | |

Originator to Benef:
Beneficiary's Acct:
Beneficiary:            EARLY LIGHT INDUSTRIAL CO LTD
Beneficiary's Bank:


CONFIDENTIAL
ATTORNEYS' EYES ONLY          REDACTED                    UB 0106


Exhibit 2 - Page 116