# *Exhibit 3*



# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY COMM'L BANKING 303
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Page 1 of 5
ABC INTERNATIONAL TRADERS, INC

Statement Number:
6/1/00 - 6/30/00

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY30    243 B 0200

ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■  *"It's working capital I didn't have to work for." Fast-Step loans and lines of credit up to $100,000.
Call 800-796-5656 for details. Member FDIC*

## ZERO BALANCE MASTER ACCOUNT SUMMARY

Account Number:
Date of next scheduled statement: July 31, 2000

## CREDITS

### Electronic credits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

### Sweep credits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0107

*Exhibit 3 - Page 117*





**Sweep credits** *continued*

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Zero Balance Accounting credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

# DEBITS

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**UB 0108**

*Exhibit 3 - Page 118*





Page 3 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
6/1/00 - 6/30/00

## Checks paid   continued

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 9499 | 6/29 | 850.00 | | | | | | |

## Electronic debits

| | Date | Description | | Reference | Amount |
|--|------|-------------|--|-----------|--------|
| | | | | | |

**REDACTED**

**CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**

**UB 0109**

*Exhibit 3 - Page 119*





Page 4 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
6/1/00 - 6/30/00

## Electronic debits ·continued

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## Sweep debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## Zero Balance Accounting debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**UB 0110**

*Exhibit 3 - Page 120*



UNION
BANK OF
CALIFORNIA

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**UB 0111**

*Exhibit 3 - Page 121*



UNION BANK OF CALIFORNIA

# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY COMM'L BANKING 303
POST OFFICE BOX 513840
LOS ANGELES          CA   90051-3840

Page 1 of 5
ABC INTERNATIONAL TRADERS, INC

Statement Number:
7/1/00 - 7/31/00

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY30     228 B 1000

ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■ *Making a deposit at our ATM's is fast and convenient. Try it today!*

## ZERO BALANCE MASTER ACCOUNT SUMMARY

Account Number:

## CREDITS

**Electronic credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0112

*Exhibit 3 - Page 122*

 UNION BANK OF CALIFORNIA



**Sweep credits** *continued*

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

# DEBITS

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | | | | | | 9690 | 7/11 | 1,450.00 |
| 9561 | 7/13 | 8,700.00 | | | | | | |
| | | | 9676 | 7/21 | 4,405.97 | | | |
| | | | | | | 9731 | 7/12 | 1,217.81 |

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

 UNION BANK OF CALIFORNIA



 Page 3 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
7/1/00 - 7/31/00

**Checks paid** *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
|  |  |  |  |  |  | 9809 | 7/26 | 2,338.20 |
|  |  |  |  |  |  | 9836 | 7/24 | 2,250.00 |

**Electronic debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
|  |  |  |  |

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0114

*Exhibit 3 - Page 124*



**UNION BANK OF CALIFORNIA**

Page 4 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
7/1/00 - 7/31/00

**Electronic debits** continued

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Zero Balance Accounting debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Other debits, fees and adjustments**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0115

*Exhibit 3 - Page 125*





Page 5 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
7/1/00 - 7/31/00

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**UB 0116**

*Exhibit 3 - Page 126*

**UNION BANK OF CALIFORNIA**

# STATEMENT OF ACCOUNTS

Page 1 of 5
ABC INTERNATIONAL TRADERS, INC

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY COMM'L BANKING 303
POST OFFICE BOX 513840
LOS ANGELES          CA   90051-3840

Statement Number:
8/1/00 - 8/31/00

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY30    318 B 1000

ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■ *Making a deposit at our ATM's is fast and convenient. Try it today!*

## ZERO BALANCE MASTER ACCOUNT SUMMARY

Account Number:

Days in statement period: 31

Date of next scheduled statement: September 29, 2000

## CREDITS

**Electronic credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0117

*Exhibit 3 - Page 127*

UNION
BANK OF
CALIFORNIA



Page 2 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
8/1/00 - 8/31/00

**Sweep credits** *continued*

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

# D E B I T S

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 9677* | 8/2 | 433.00 | | | | | | |

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0118

*Exhibit 3 - Page 128*



UNION
BANK OF
CALIFORNIA

Page 3 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
8/1/00 - 8/31/00

## Checks paid  *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 9972 | 8/9 | 1,550.00 | | | | | | |
| | | | 10088 | 8/21 | 6,320.45 | | | |

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0119

*Exhibit 3 - Page 129*

**UNION BANK OF CALIFORNIA**



Page 4 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
8/1/00 - 8/31/00

**Checks paid** *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
|        |      |        |        |      |        |        |      |        |

**Electronic debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
|      |             |           |        |

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0120**

*Exhibit 3 - Page 130*

UNION
BANK OF
CALIFORNIA



Page 5 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
8/1/00 - 8/31/00

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0121

*Exhibit 3 - Page 131*



# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY COMM'L BANKING 303
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Page 1 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
9/1/00 - 9/29/00

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY30    240 B 0204
ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■ *"Equity Loans... No points. No closing costs. No application fee. No pre-payment penalty."*
*Apply by phone at (800) 838-0083.*
*Member FDIC/Equal Housing Lender*

## ZERO BALANCE MASTER ACCOUNT SUMMARY

Days in statement period: 29

Account Number:
Date of next scheduled statement: October 31, 2000

## CREDITS

### Electronic credits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

### Sweep credits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0122

*Exhibit 3 - Page 132*



UNION BANK OF CALIFORNIA

Page 2 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
9/1/00 - 9/29/00

**Sweep credits  continued**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## DEBITS

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
|  |  |  |  |  |  | 10283 | 9/8 | $ 585.00 |

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0123

*Exhibit 3 - Page 133*

UNION
BANK OF
CALIFORNIA

 

Page 3 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
9/1/00 - 9/29/00

**Checks paid** *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 10333 | 9/8 | 1,110.00 | | | | | | |
| | | | | | | 10431 | 9/27 | 9,360.00 |

**Electronic debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0124

*Exhibit 3 - Page 134*





Page 4 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
9/1/00 - 9/29/00

**Electronic debits** *continued*

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 9/22 | WIRE TRANS  TRN 0009220824 000922 UBOC  UB347664N | 93056050 | 78,458.68 |

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0125

*Exhibit 3 - Page 135*

UNION
BANK OF
CALIFORNIA



Page 5 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
9/1/00 - 9/29/00

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0126**

*Exhibit 3 - Page 136*



# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA

Page 1 of 5
ABC INTERNATIONAL TRADERS, INC

Statement Number:
9/30/00 - 10/31/00

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY COMM'L BANKING 303
POST OFFICE BOX 513840
LOS ANGELES          CA   90051-3840

CY30    209 B 0200

ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■  *"Make your next Cash Reserve payment at any Union Bank of California ATM. It's fast and convenient!"*

## ZERO BALANCE MASTER ACCOUNT SUMMARY

Account Number: _____

Days in statement period: 32

Date of next scheduled statement: November 30, 2000

## CREDITS

**Electronic credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0127

*Exhibit 3 - Page 137*





Page 2 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
9/30/00 - 10/31/00

H

**Sweep credits** continued

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

# DEBITS

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | | | 10496 | 10/3 | 8,603.71 | | | |
| | | | 10497 | 10/2 | 1,620.00 | | | |
| 10459 | 10/19 | 866.00 | | | | | | |
| | | | 10505 | 10/19 | 1,082.50 | | | |
| 10466 | 10/10 | 162.38 | | | | | | |
| | | | | | | 10563 | 10/18 | 5,500.00 |
| | | | | | | 10570 | 10/19 | 1,374.78 |
| | | | | | | 10575 | 10/18 | 1,031.23 |

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**UB 0128**

*Exhibit 3 - Page 138*





 Page 3 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
9/30/00 - 10/31/00

## Checks paid  continued

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
|  |  |  | 10611 | 10/16 | 1,020.00 |  |  |  |
|  |  |  |  |  |  | 10707* | 10/27 | 2,970.00 |

## Electronic debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0129

*Exhibit 3 - Page 139*



UNION
BANK OF
CALIFORNIA



Page 4 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
9/30/00 - 10/31/00

## Electronic debits  continued

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## Sweep debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## Zero Balance Accounting debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

UB 0130

*Exhibit 3 - Page 140*



UNION
BANK OF
CALIFORNIA

age 5 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
9/30/00 - 10/31/00

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0131

*Exhibit 3 - Page 141*

UNION
BANK OF
CALIFORNIA

# STATEMENT
# OF ACCOUNTS

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY COMM'L BANKING 303
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Page 1 of 5
ABC INTERNATIONAL TRADERS, INC

Statement Number:
11/1/00 - 11/30/00

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY30    284 B 0030

ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■ "Grow your business by expanding to the internet. Web site design - 888.382.7552 or websitepros.com/UBOC."

ZERO BALANCE MASTER ACCOUNT SUMMARY                                    Account Number:
Days in statement period: 30                          Date of next scheduled statement: December 29, 2000

# CREDITS

**Electronic credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0132

*Exhibit 3 - Page 142*





Page 2 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
11/1/00 - 11/30/00

**Sweep credits** _continued_

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

# DEBITS

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | | | | | | 10761 | 11/9 | 6,481.11 |

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0133

_Exhibit 3 - Page 143_

 

**UNION BANK OF CALIFORNIA**

Page 3 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
11/1/00 - 11/30/00

## Checks paid  *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 10798 | 11/13 | 2,713.31 | | | | | | |
| 10799 | 11/6 | 2,220.00 | | | | | | |
| | | | | | | 10920* | 11/24 | 1,320.00 |
| | | | | | | 10922 | 11/28 | 502.35 |
| | | | 10865 | 11/16 | 9,551.71 | | | |
| | | | 10885 | 11/28 | 216.50 | | | |

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0134

*Exhibit 3 - Page 144*







Page 4 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
11/1/00 - 11/30/00

**Electronic debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0135

*Exhibit 3 - Page 145*





Page 5 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
11/1/00 - 11/30/00

H

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0136

*Exhibit 3 - Page 146*



STATEMENT
OF ACCOUNTS

Page 1 of 5
ABC INTERNATIONAL TRADERS, INC

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY COMM'L BANKING 303
POST OFFICE BOX 513840
LOS ANGELES         CA  90051-3840

Statement Number:
12/1/00 - 12/29/00

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY30    204 B 1200

ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■ *Preserve your credit and conserve your capital. Fast Step® Lease up to $500,000 - Call 877 800-6770.*

## ZERO BALANCE MASTER ACCOUNT SUMMARY

Days in statement period: 29

Account Number:

Date of next scheduled statement: January 31, 2001

## CREDITS

**Electronic credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

- - - - - - - -

**Sweep credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0137

*Exhibit 3 - Page 147*





ABC INTERNATIONAL TRADERS, INC
Statement Number:
12/1/00 - 12/29/00

**Sweep credits  continued**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Zero Balance Accounting credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

# DEBITS

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
|  |  |  |  |  |  | 11057 | 12/14 | 12,990.00 |
|  |  |  | 11032 | 12/18 | 5,956.68 |  |  |  |
|  |  |  |  |  |  | 11086 | 12/12 | 6,830.00 |

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0138

*Exhibit 3 - Page 148*



UNION
BANK OF
CALIFORNIA



age 3 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
12/1/00 - 12/29/00

## Checks paid  continued

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 11097 | 12/20 | 1,165.23 | | | | | | |
| | | | 11139 | 12/22 | 1,035.00 | | | |

## Electronic debits

| | Date | Description | | Reference | Amount |
|--|------|-------------|--|-----------|--------|
| | | | | | |

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0139

*Exhibit 3 - Page 149*



UNION
BANK OF
CALIFORNIA



Page 4 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
12/1/00 - 12/29/00

**Electronic debits** *continued*

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Zero Balance Accounting debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**UB 0140**

*Exhibit 3 - Page 150*





Page 5 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
12/1/00 - 12/29/00

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0141**

*Exhibit 3 - Page 151*



## STATEMENT OF ACCOUNTS

**UNION BANK OF CALIFORNIA**

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY COMM'L BANKING 303
POST OFFICE BOX 513840
LOS ANGELES         CA   90051-3840

Page 1 of 5
ABC INTERNATIONAL TRADERS, INC

Statement Number:
12/30/00 - 1/31/01

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY30    263 B 1030

**ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122**

■ *We have a Merchant Card Program that will help you help your customers. Whether your customers are consumers, other businesses or the government, your business can benefit from offering the choice to pay by credit card. Give your customers the choice today, call toll free (888) 603-8779, stop by your nearest banking office, or visit our web site at uboc.com.*

### ZERO BALANCE MASTER ACCOUNT SUMMARY

Days in statement period: 33                                    Account Number:

Date of next scheduled statement: February 28, 2001

## CREDITS

**Electronic credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

- - - - - - - - - -

**Sweep credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0142**

*Exhibit 3 - Page 152*





 Page 2 of 5
ABC INTERNATIONAL TRADERS, INC

Statement Number:
12/30/00 - 1/31/01

**Sweep credits** *continued*

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

# Debits

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | | | 11250 | 1/10 | 465.82 | | | |

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0143

*Exhibit 3 - Page 153*







UNION
BANK OF
CALIFORNIA

Page 3 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
12/30/00 - 1/31/01

## Checks paid  *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | | | | | | 11406 | 1/26 | 6,170.25 |
| 11304 | 1/19 | 5,500.00 | | | | | | |
| | | | 11361 | 1/23 | 2,685.00 | | | |
| | | | 11370 | 1/29 | 1,768.75 | 11426 | 1/26 | 17,455.00 |
| | | | | | | 11436 | 1/23 | 5,125.00 |
| 11335 | 1/19 | 6,716.00 | | | | | | |

## Electronic debits

| | Date | Description | | Reference | Amount |
|--|------|-------------|--|-----------|--------|

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**UB 0144**

*Exhibit 3 - Page 154*







Page 4 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
12/30/00 - 1/31/01

## Electronic debits  continued

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## Sweep debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## Zero Balance Accounting debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0145**

*Exhibit 3 - Page 155*





UNION
BANK OF
CALIFORNIA

Page 5 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
12/30/00 - 1/31/01

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0146

*Exhibit 3 - Page 156*



**UNION BANK OF CALIFORNIA**

## STATEMENT OF ACCOUNTS

Page 1 of 5
ABC INTERNATIONAL TRADERS, INC

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY COMM'L BANKING 303
POST OFFICE BOX 513848
LOS ANGELES        CA   90051-3840

Statement Number:
2/1/01 - 2/28/01

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY3O    275 B 0200

ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■ *Pay for improvements to your home, or pay off credit cards. Our Equity Loan Account gives you the flexibility to maximize your financial options through the equity in your home. There are no points, application fees, closing costs, or pre-payment penalties. To find out more or to apply by phone, call 866-UBLOANS today.*

---

### ZERO BALANCE MASTER ACCOUNT SUMMARY

Account Number:

Days in statement period: 28

Date of next scheduled statement: March 30, 2001

---

## CREDITS

**Electronic credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0147

*Exhibit 3 - Page 157*





UNION BANK OF CALIFORNIA

Page 2 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
2/1/01 - 2/28/01

### Sweep credits  continued

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

### Zero Balance Accounting credits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

### Other credits and adjustments

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## DEBITS

### Checks paid

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | | | 11494 | 2/14 | 3,339.51 | | | |
| | | | 11506 | 2/7 | 865.89 | | | |
| | | | | | | 11544 | 2/12 | 7,175.00 |
| | | | | | | 11546 | 2/7 | 1,468.75 |
| | | | 11514 | 2/12 | 4,000.00 | | | |

REDACTED                CONFIDENTIAL                UB 0148
ATTORNEYS' EYES ONLY

*Exhibit 3 - Page 158*



UNION
BANK OF
CALIFORNIA



Page 3 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
2/1/01 - 2/28/01

## Checks paid  *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 11561 | 2/28 | 2,695.00 | | | | 11684 | 2/22 | 600.00 |
| | | | 11622 | 2/13 | 6,835.00 | | | |
| | | | | | | 11687 | 2/26 | 800.00 |
| | | | | | | 11688 | 2/20 | 981.25 |
| 11568 | 2/14 | 5,500.00 | | | | | | |
| | | | | | | 11734* | 2/28 | 1,030.00 |

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0149**

*Exhibit 3 - Page 159*



**UNION BANK OF CALIFORNIA**

Page 4 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
2/1/01 - 2/28/01

## Checks paid  continued

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | | | | | | | | |

## Electronic debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| | | | |

## Sweep debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| | | | |

## Zero Balance Accounting debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| | | | |

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0150

*Exhibit 3 - Page 160*



UNION
BANK OF
CALIFORNIA

Page 5 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
2/1/01 - 2/28/01

REDACTED                CONFIDENTIAL                    UB 0151
                     ATTORNEYS' EYES ONLY

*Exhibit 3 - Page 161*



# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA

Page 1 of 5
ABC INTERNATIONAL TRADERS, INC

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY COMM'L BANKING 303
POST OFFICE BOX 513840
LOS ANGELES          CA  90051-3840

Statement Number:
3/1/01 - 3/30/01

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY30     171 B 1230

ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■ Plan for retirement today! For more information about Union Bank of California IRA and
Retirement Plans, please see the insert enclosed, visit a banking office or call 800-796-5656.

---

**ZERO BALANCE MASTER ACCOUNT SUMMARY**

Account Number:

Days in statement period: 30

Date of next scheduled statement: April 30, 2001

## CREDITS

**Deposits**

*including check and cash credits*

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Electronic credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

REDACTED

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

UB 0152

*Exhibit 3 - Page 162*



**UNION BANK OF CALIFORNIA**

age 2 of 5
ABC INTERNATIONAL TRADERS, INC

Statement Number:
3/1/01 - 3/30/01

**Sweep credits**

| Date | Description | Reference | Amount |
|---|---|---|---|

**Zero Balance Accounting credits**

| Date | Description | Reference | Amount |
|---|---|---|---|

**Other credits and adjustments**

| Date | Description | Reference | Amount |
|---|---|---|---|

## D E B I T S

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 11768 | 3/13 | $ 4,969.25 |

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

UB 0153

*Exhibit 3 - Page 163*

  

Union Bank of California

Page 3 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
3/1/01 - 3/30/01

## Checks paid  *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 11799 | 3/7 | 1,800.00 | | | | 11889 | 3/26 | 3,000.00 |
| | | | 11839 | 3/12 | 1,125.00 | | | |
| | | | | | | 11898 | 3/26 | 1,200.00 |
| | | | 11858 | 3/23 | 5,607.98 | 11904 | 3/19 | 2,512.50 |
| 11819 | 3/5 | 3,120.00 | | | | | | |

## Electronic debits

| | Date | Description | | Reference | Amount |
|--|------|-------------|--|-----------|--------|

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0154

*Exhibit 3 - Page 164*





Page 4 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
3/1/01 - 3/30/01

**Electronic debits** *continued*

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Zero Balance Accounting debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Other debits, fees and adjustments**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

# DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|------|----------------|------|----------------|------|----------------|

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0155**

*Exhibit 3 - Page 165*





UNION
BANK OF
CALIFORNIA

age 5 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
3/1/01 - 3/30/01

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0156**

*Exhibit 3 - Page 166*

UNION
BANK OF
CALIFORNIA

# STATEMENT OF ACCOUNTS

Page 1 of 5
ABC INTERNATIONAL TRADERS, INC

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY COMM'L BANKING 303
POST OFFICE BOX 513840
LOS ANGELES      CA   90051-3840

Statement Number:
3/31/01 - 4/30/01

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY30    253 B 0030

ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■ *Thank you..because your business is important to our business. We sincerely appreciate that you have chosen Union Bank of California for your business needs.*

---

## ZERO BALANCE MASTER ACCOUNT SUMMARY
Account Number:

Days in statement period: 31

Date of next scheduled statement: May 31, 2001

## CREDITS

**Electronic credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

- - - - - - -

**Sweep credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0157**

*Exhibit 3 - Page 167*



UNION
BANK OF
CALIFORNIA

age 2 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
3/31/01 - 4/30/01

**Sweep credits continued**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Zero Balance Accounting credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Other credits and adjustments**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

# DEBITS

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | | | 11964 | 4/4 | 6,500.00 | | | |
| | | | | | | 12007 | 4/2 | 1,062.50 |
| 11937 | 4/9 | 575.36 | | | | | | |

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0158

*Exhibit 3 - Page 168*


UNION BANK OF CALIFORNIA

 

Page 3 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
3/31/01 - 4/30/01

**Checks paid** *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 12019 | 4/12 | 5,000.00 | | | | | | |
| | | | | | | 12165 | 4/25 | 3,800.00 |
| | | | | | | 12166 | 4/23 | 1,400.00 |
| | | | 12112 | 4/23 | 448.15 | | | |
| | | | 12113 | 4/16 | 2,256.25 | | | |

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0159

*Exhibit 3 - Page 169*





Page 4 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
3/31/01 - 4/30/01

**Electronic debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Zero Balance Accounting debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**UB 0160**

*Exhibit 3 - Page 170*

 

UNION
BANK OF
CALIFORNIA



Page 5 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
3/31/01 - 4/30/01

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0161**

*Exhibit 3 - Page 171*

# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY COMM'L BANKING 303
POST OFFICE BOX 513840
LOS ANGELES        CA   90051-3840

Page 1 of 5
ABC INTERNATIONAL TRADERS, INC

Statement Number:
5/1/01 - 5/31/01

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY30    206 B 1000

ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■ *Thank you..because your business is important to our business. We sincerely appreciate that you have chosen Union Bank of California for your business needs.*

## ZERO BALANCE MASTER ACCOUNT SUMMARY

Account Number:

Days in statement period: 31

Date of next scheduled statement: June 29, 2001

## CREDITS

**Electronic credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0162

*Exhibit 3 - Page 172*



UNION
BANK OF
CALIFORNIA



age 2 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
5/1/01 - 5/31/01

**Sweep credits** *continued*

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Zero Balance Accounting credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## DEBITS

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
|        |      |        | 12217  | 5/11 | 300.00 |        |      |        |
|        |      |        | 12225  | 5/4  | 2,830.00 |      |      |        |
| 12185  | 5/9  | 216.00 |        |      |        |        |      |        |
|        |      |        |        |      |        | 12276  | 5/14 | 4,517.64 |
|        |      |        | 12239  | 5/24 | 433.00 |        |      |        |
|        |      |        | 12245  | 5/15 | 5,342.76 |      |      |        |

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**UB 0163**

*Exhibit 3 - Page 173*





**UNION BANK OF CALIFORNIA**

Page 3 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
5/1/01 - 5/31/01

## Checks paid   *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 12286 | 5/14 | 1,500.00 | | | | | | |
| | | | | | | 12378 | 5/22 | 3,520.00 |
| | | | 12348 | 5/22 | 7,015.00 | | | |

## Electronic debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0164

*Exhibit 3 - Page 174*

UNION
BANK OF
CALIFORNIA

Page 4 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
5/1/01 - 5/31/01

**Electronic debits  continued**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Zero Balance Accounting debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Other debits, fees and adjustments**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

# DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|------|----------------|------|----------------|------|----------------|

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0165

*Exhibit 3 - Page 175*



UNION BANK OF CALIFORNIA

Page 5 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
5/1/01 - 5/31/01

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0166

*Exhibit 3 - Page 176*

**UNION BANK OF CALIFORNIA**

# STATEMENT OF ACCOUNTS

Page 1 of 4
ABC INTERNATIONAL TRADERS, INC

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY COMM'L BANKING 303
POST OFFICE BOX 513840
LOS ANGELES          CA  90051-3840

Statement Number:
6/1/01 - 6/29/01

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY30    172 B 0000

ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■ *Thank you..because your business is important to our business. We sincerely appreciate that you have chosen Union Bank of California for your business needs.*

## ZERO BALANCE MASTER ACCOUNT SUMMARY

Account Number:

Days in statement period: 29

Date of next scheduled statement: July 31, 2001

## CREDITS

**Electronic credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0167**

*Exhibit 3 - Page 177*





age 2 of 4
ABC INTERNATIONAL TRADERS, INC

Statement Number:
6/1/01 - 6/29/01

**Sweep credits** continued

| Date | Description | Reference | Amount |
|---|---|---|---|
|  |  |  |  |

**Zero Balance Accounting credits**

| Date | Description | Reference | Amount |
|---|---|---|---|
|  |  |  |  |

**Other credits and adjustments**

| Date | Description | Reference | Amount |
|---|---|---|---|
|  |  |  |  |

# DEBITS

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0168**

*Exhibit 3 - Page 178*

Union
Bank of
California

Page 3 of 4
ABC INTERNATIONAL TRADERS, INC
Statement Number:
6/1/01 - 6/29/01

## Checks paid  *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 12489* | 6/21 | 5,000.00 | | | | | | |
| | | | 12524 | 6/21 | 800.00 | | | |
| | | | | | | 12607* | 6/25 | 10,975.00 |

## Electronic debits

| | Date | Description | | Reference | Amount |
|--|------|-------------|--|-----------|--------|

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

UB 0169

*Exhibit 3 - Page 179*





UNION BANK OF CALIFORNIA

Page 4 of 4
ABC INTERNATIONAL TRADERS, INC
Statement Number:
6/1/01 - 6/29/01

H

**Electronic debits** *continued*

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Zero Balance Accounting debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Other debits, fees and adjustments**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

# D A I L Y   L E D G E R   B A L A N C E

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|------|----------------|------|----------------|------|----------------|

**ZERO BALANCE SUBSIDIARY ACCOUNTS**

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0170**

*Exhibit 3 - Page 180*

# STATEMENT OF ACCOUNTS

Page 1 of 5
ABC INTERNATIONAL TRADERS, INC

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY COMM'L BANKING 303
POST OFFICE BOX 513840
LOS ANGELES        CA   90051-3840

Statement Number:
6/30/01 - 7/31/01

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY30    218 B 0000

ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■ *Thank you..because your business is important to our business. We sincerely appreciate that you have chosen Union Bank of California for your business needs.*

## ZERO BALANCE MASTER ACCOUNT SUMMARY

Account Number: ------------
Days in statement period: 32                Date of next scheduled statement: August 31, 2001

## CREDITS

### Electronic credits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

- - - - - - - -

### Sweep credits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0171**

*Exhibit 3 - Page 181*





 **Page 2 of 5**
ABC INTERNATIONAL TRADERS, INC
Statement Number:
6/30/01 - 7/31/01

UNION BANK OF CALIFORNIA

**Sweep credits** continued

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Zero Balance Accounting credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

# DEBITS

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 12567* | 7/12 | 1,775.00 | | | | | | |
| | | | | | | 12678* | 7/18 | 9,000.00 |

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0172**

*Exhibit 3 - Page 182*





 Page 3 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
6/30/01 - 7/31/01

**Checks paid** *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
|        |      |        |        |      |        |        |      |        |

**Electronic debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
|      |             |           |        |

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

UB 0173

*Exhibit 3 - Page 183*



**UNION BANK OF CALIFORNIA**

Page 4 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
6/30/01 - 7/31/01

**Electronic debits** continued

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Zero Balance Accounting debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Other debits, fees and adjustments**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0174

*Exhibit 3 - Page 184*





age 5 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
6/30/01 - 7/31/01

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0175**

*Exhibit 3 - Page 185*

# STATEMENT OF ACCOUNTS

**UNION BANK OF CALIFORNIA**

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY COMM'L BANKING 303
POST OFFICE BOX 513840
LOS ANGELES          CA  90051-3840

Page 1 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
8/1/01 - 8/31/01

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY30    295 B 0000
ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■ *Thank you..because your business is important to our business. We sincerely*
*appreciate that you have chosen Union Bank of California for your business needs.*

## ZERO BALANCE MASTER ACCOUNT SUMMARY

Account Number:

Days in statement period: 31

Date of next scheduled statement: September 28, 2001

## CREDITS

### Electronic credits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

### Sweep credits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0176

*Exhibit 3 - Page 186*





Page 2 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
8/1/01 - 8/31/01

**Sweep credits** *continued*

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Zero Balance Accounting credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Other credits and adjustments**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## DEBITS

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | | | | | | 12897* | 8/1 | 5,400.00 |

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

UB 0177

*Exhibit 3 - Page 187*





Union Bank of California

Page 3 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
8/1/01 - 8/31/01

## Checks paid  continued

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | 12994 | 8/6 | 12,100.00 | | | |
| | | | 13002 | 8/8 | 100,000.00 | | | |
| 12972 | 8/10 | 4,000.00 | | | | | | |

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0178**

*Exhibit 3 - Page 188*



 
## Checks paid  continued

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | | | 13120* | 8/22 | 171,014.00 | | | |
| | | | 13123 | 8/24 | 31,798.00 | | | |
| 13112 | 8/21 | 1,200.00 | | | | | | |

## Electronic debits

| | Date | Description | | | Reference | Amount |
|--|------|-------------|--|--|-----------|--------|

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0179

*Exhibit 3 - Page 189*

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0180**

*Exhibit 3 - Page 190*



# STATEMENT OF ACCOUNTS

Union Bank of California

Page 1 of 4
ABC INTERNATIONAL TRADERS, INC

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY COMM'L BANKING 383
POST OFFICE BOX 513840
LOS ANGELES        CA   90051-3840

Statement Number:
9/1/01 - 9/28/01

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY30     192 B 0030

ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■ *Easier. Faster. More Secure: Web Cash Management. Ask
your Account Officer about our exciting, new Web services.*

## ZERO BALANCE MASTER ACCOUNT SUMMARY

Account Number:

Days in statement period: 28

Date of next scheduled statement: October 31, 2001

# CREDITS

### Electronic credits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

### Sweep credits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0181

*Exhibit 3 - Page 191*





UNION BANK OF CALIFORNIA

Page 2 of 4
ABC INTERNATIONAL TRADERS, INC
Statement Number:
9/1/01 - 9/28/01

H

**Sweep credits** *continued*

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Zero Balance Accounting credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Other credits and adjustments**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

# DEBITS

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
|        |      |        |        |      |        | 13220* | 9/10 | 1,500.00 |

13177   9/14   1,250.00

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**UB 0182**

*Exhibit 3 - Page 192*



**Checks paid** *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|

**Electronic debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

REDACTED

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

UB 0183

*Exhibit 3 - Page 193*

Union
Bank of
California

Page 4 of 4
ABC INTERNATIONAL TRADERS, INC
Statement Number:
9/1/01 - 9/28/01

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0184**

*Exhibit 3 - Page 194*

UNION BANK OF CALIFORNIA

# STATEMENT OF ACCOUNTS

Page 1 of 5
ABC INTERNATIONAL TRADERS, INC

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY COMM'L BANKING 303
POST OFFICE BOX 513840
LOS ANGELES          CA   90051-3840

Statement Number:
9/29/01 - 10/31/01

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY30    286 B 0000

ABC INTERNATIONAL TRADERS, INC
GENERAL
16750 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■ *"Get buying power for the growing needs of your business with our lease financing program. Enjoy 100% equipment financing, low monthly payments, and flexible lease plans to fit your business needs. Call a bank officer for complete details."*

## ZERO BALANCE MASTER ACCOUNT SUMMARY

Account Number:

Days in statement period: 33

Date of next scheduled statement: November 30, 2001

## CREDITS

**Electronic credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0185

*Exhibit 3 - Page 195*





UNION BANK OF CALIFORNIA

Page 2 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
9/29/01 - 10/31/01

H

## Sweep credits  *continued*

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## Zero Balance Accounting credits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## Other credits and adjustments

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## DEBITS

### Checks paid

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | | | | | | 13400 | 10/3 | 1,000.00 |

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0186

*Exhibit 3 - Page 196*




## Checks paid *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | | | 13492 | 10/16 $ | 3,700.00 | | | |
| | | | | | | 13567 | 10/18 | 691.20 |
| | | | 13509 | 10/16 | 8,200.00 | 13573 | 10/22 | 1,200.00 |
| 13449 | 10/23 | 995.00 | 13517* | 10/10 | 6,762.56 | | | |
| 13475 | 10/16 | 1,530.00 | | | | | | |

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0187**

*Exhibit 3 - Page 197*



UNION BANK OF CALIFORNIA

Page 4 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
9/29/01 - 10/31/01

## Checks paid  continued

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 13629 | 10/24 | 2,100.00 | 13647* | 10/26 | 600.00 | | | |

## Electronic debits

| | Date | Description | | | Reference | Amount |
|---|------|-------------|---|---|-----------|--------|

## Sweep debits

| | Date | Description | | | Reference | Amount |
|---|------|-------------|---|---|-----------|--------|

## Zero Balance Accounting debits

| | Date | Description | | | Reference | Amount |
|---|------|-------------|---|---|-----------|--------|

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0188

*Exhibit 3 - Page 198*

UNION
BANK OF
CALIFORNIA

Page 5 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
9/29/01 - 10/31/01

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**UB 0189**

*Exhibit 3 - Page 199*

# STATEMENT OF ACCOUNTS

**UNION BANK OF CALIFORNIA**

Page 1 of 4
ABC INTERNATIONAL TRADERS, INC

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY CORPORATE DEPOSITS 3
POST OFFICE BOX 513840
LOS ANGELES          CA   90051-3840

Statement Number:
11/1/01 - 11/30/01

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY30    259 B 0030

ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■  *Easier, Faster, More Secure – Wires on the Web at uboc.com. Initiate, send and track
wire transfers over the Internet. Click on uboc.com and view the demo or ask your
banking officer for details. Web Cash Management. Add some easy to your day.*

## ZERO BALANCE MASTER ACCOUNT SUMMARY

Account Number:

Days in statement period: 30

Date of next scheduled statement: December 31, 2001

## CREDITS

**Electronic credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0190**

*Exhibit 3 - Page 200*

 UNION BANK OF CALIFORNIA



Page 2 of 4
**ABC INTERNATIONAL TRADERS, INC**
Statement Number:
11/1/01 - 11/30/01

**Sweep credits** continued

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

# DEBITS

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | | | 13694 | 11/2 | 3,820.00 | | | |
| 13587* | 11/7 | 1,971.00 | | | | | | |
| 13651* | 11/7 | 1,323.00 | | | | | | |
| 13660* | 11/7 | 377.10 | | | | | | |
| | | | | | | 13777 | 11/13 | 2,112.89 |
| | | | 13736 | 11/7 | 270.00 | | | |

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0191**

*Exhibit 3 - Page 201*



UNION BANK OF CALIFORNIA

Page 3 of 4
ABC INTERNATIONAL TRADERS, INC
Statement Number:
11/1/01 - 11/30/01

## Checks paid *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | 13838* | 11/23 $ | 500.00 | | | |
| | | | | | | 13909 | 11/23 | 5,700.00 |
| | | | | | | 13934* | 11/21 | 133,747.00 |
| 13830 | 11/19 | 1,123.20 | | | | | | |

## Electronic debits

| | Date | Description | | Reference | Amount |
|---|---|---|---|---|---|

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0192**

*Exhibit 3 - Page 202*



**UNION BANK OF CALIFORNIA**

Page 4 of 4
ABC INTERNATIONAL TRADERS, INC
Statement Number:
11/1/01 - 11/30/01

## Electronic debits continued

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## Sweep debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## Zero Balance Accounting debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## Other debits, fees and adjustments

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|------|---------------|------|---------------|------|---------------|

## ZERO BALANCE SUBSIDIARY ACCOUNTS

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0193

*Exhibit 3 - Page 203*



UNION BANK OF CALIFORNIA

# STATEMENT OF ACCOUNTS

Page 1 of 5
ABC INTERNATIONAL TRADERS, INC

UNION BANK OF CALIFORNIA
SAN FERNANDO VALLEY CORPORATE DEPOSITS 3
POST OFFICE BOX 513840
LOS ANGELES          CA   90051-3840

Statement Number:
12/1/01 - 12/31/01

Customer Inquiries
800-618-6466

Thank you for banking with us
since 1996

CY30    313 B 1000

ABC INTERNATIONAL TRADERS, INC
GENERAL
16730 SCHOENBORN ST
NORTH HILLS CA 91343-6122

■ *Thank you for your business in 2001. All of us at Union Bank wish you and your family a healthy, happy and prosperous new year!*

## ZERO BALANCE MASTER ACCOUNT SUMMARY

Account Number:

Days in statement period: 31

Date of next scheduled statement: January 31, 2002

## C R E D I T S

**Electronic credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

**Sweep credits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0194

*Exhibit 3 - Page 204*





**UNION BANK OF CALIFORNIA**

Page 2 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
12/1/01 - 12/31/01

### Sweep credits  continued

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

### Zero Balance Accounting credits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

## DEBITS

### Checks paid

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 13852* | 12/3 | 790.00 | | | | | | |
| 13925* | 12/3 | 864.00 | | | | | | |

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0195**

*Exhibit 3 - Page 205*



UNION
BANK OF
CALIFORNIA

Page 3 of 5
ABC INTERNATIONAL TRADERS, INC

Statement Number:
12/1/01 - 12/31/01

**Checks paid** *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | 14098 | 12/10 | 25,700.00 | | | |
| | | | | | | 14166 | 12/20 | 272,120.00 |
| | | | | | | 14238* | 12/24 | 200.00 |

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**UB 0196**

*Exhibit 3 - Page 206*

UNION
BANK OF
CALIFORNIA

 

Page 4 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
12/1/01 - 12/31/01

## Checks paid  continued

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | | | | | | 14304 | 12/27 | 1,000.00 |
| | | | | | | 14323 | 12/26 | 35,582.00 |

## Electronic debits

| | Date | Description | | Reference | Amount |
|---|------|-------------|---|-----------|--------|

## Sweep debits

| | Date | Description | | Reference | Amount |
|---|------|-------------|---|-----------|--------|

## Zero Balance Accounting debits

| | Date | Description | | Reference | Amount |
|---|------|-------------|---|-----------|--------|

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0197**

*Exhibit 3 - Page 207*



UNION BANK OF CALIFORNIA

Page 5 of 5
ABC INTERNATIONAL TRADERS, INC
Statement Number:
12/1/01 - 12/31/01

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0198

*Exhibit 3 - Page 208*




ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2535

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-49/1220

09836

| DATE | AMOUNT |
|------|--------|
| 7/21/00 | $2,250.00 |

PAY
TO THE
ORDER
OF

Two Thousand Two Hundred Fifty Dollars And 00 Cents

VIVIAN J. MATT
1608 WELLESLEY AVE. SOUTH
APT.#3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈009836⑈ ⑆122000496⑈

⑈009836⑈ ⑆122000496⑈                    ⑈000022500⑈

PostngDate: 20000724
AccountNum:
Serial: 9836
Amount: 2,250.00
DIN: 45102269

>122000496<
UNION BANCAL MA
MTRY PK 91755
872400 45102269

PostngDate: 20000724
AccountNum:
Serial: 9836
Amount: 2,250.00
DIN: 45102269

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0199

REDACTED

Exhibit 3 - Page 209




ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**09972**

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

| DATE | AMOUNT |
|------|--------|
| 8/4/00 | $1,550.00 |

One Thousand Five Hundred Fifty Dollars And 00 Cents

PAY
TO THE
ORDER
OF

VIVIAN J. MATT
1408 WELLESLEY AVE. SOUTH
APT. #3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $20,000.00

VOID AFTER 90 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑆009972⑆ ⑈122000496⑈ ⑆0000155000⑆

PostngDate: 20000809
AccountNum:
Serial: 9972
Amount: 1,550.00
DIN: 45215210

---

PostngDate: 20000809
AccountNum:
Serial: 9972
Amount: 1,550.00
DIN: 45215210

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0200**

*Exhibit 3 - Page 210*




ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

10283

DATE
9/1/00

AMOUNT
$585.00

PAY
TO THE
ORDER
OF

Five Hundred Eighty Five Dollars And 00 Cents

VIVIAN J. KATZ
1406 WELLESLEY AVE. SOUTH
APT.#3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈⑈010283⑈⑈ ⑈122000496⑈ ⑈0000058500⑈

PostngDate: 20000908
AccountNum:
Serial: 10283
Amount: 585.00
DIN: 48410987

1184-76

UNION BANCAL NA
MTRY PK 91755
090800 48410987

PostngDate: 20000908
AccountNum:
Serial: 10283
Amount: 585.00
DIN: 48410987

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0201**

*Exhibit 3 - Page 211*




ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-49/1220

**10333**

DATE          AMOUNT
9/8/00        $1,110.00

One Thousand One Hundred Ten Dollars And 00 Cents

PAY
TO THE
ORDER
OF
VIVIAN J. MATT
1408 WELLESLEY AVE. SOUTH
APT. K3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈010333⑈ ⑆122000496⑆ ⑈0000111000⑈

PostngDate: 20000908
AccountNum:
Serial: 10333
Amount: 1,110.00
DIN: 48410986

---

UNION BANCAL NA
MTRY PK 91755
090830 48410986

1183-76

PostngDate: 20000908
AccountNum:
Serial: 10333
Amount: 1,110.00
DIN: 48410986

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0202**

*Exhibit 3 - Page 212*




ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A DOCUMENTED BORDER

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1220

**10497**

| DATE | AMOUNT |
|---|---|
| 9/29/00 | $1,620.00 |

PAY
TO THE
ORDER
OF

One Thousand Six Hundred Twenty Dollars And 00 Cents

VIVIAN J. MATT
1408 WELLESLEY AVE. SOUTH
APT.#3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑉THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW⑉

⑈010497⑈ ⑆122000496⑆

⑈010497⑈ ⑆122000496⑆                    ⑇000016 2000⑇

PostngDate: 20001002
AccountNum:
Serial: 10497
Amount: 1,620.00
DIN: 46206371

UNION BANCAL NA
MTKY PK 91755
100200 46206371

PostngDate: 20001002
AccountNum:
Serial: 10497
Amount: 1,620.00
DIN: 46206371

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0203**

**REDACTED**

*Exhibit 3 - Page 213*

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**10611**

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
8866 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16 48/1220

DATE                   AMOUNT
10/13/00               $1,020.00

One Thousand Twenty Dollars And 00 Cents

PAY
TO THE
ORDER
OF

VIVIAN J. MATT
1408 WELLESLEY AVE. SOUTH
APT. #3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

⑈010611⑈  ⑆122000496⑈

⑈010611⑈  ⑆122000496⑈                    ⑈0000102000⑈

PostngDate: 20001016
AccountNum:
Serial: 10611
Amount: 1,020.00
DIN: 46103105

PostngDate: 20001016
AccountNum:
Serial: 10611
Amount: 1,020.00
DIN: 46103105

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**UB 0204**

**REDACTED**

*Exhibit 3 - Page 214*




ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICRO-PRINTED BORDER

**ABC INTERNATIONAL TRADERS, INC.**
15730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1220

**10707**

DATE                    AMOUNT
10/27/00               $2,970.00

Two Thousand Nine Hundred Seventy Dollars And 00 Cents

PAY
TO THE
ORDER
OF

VIVIAN J. MATT
1408 WELLESLEY AVE. SOUTH
APT. #3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈010707⑈ ⑆122000496⑆

⑈010707⑈ ⑆122000496⑆                          ⑈000029 7000⑈

PostngDate: 20001027
AccountNum:
Serial: 10707
Amount: 2,970.00
DIN: 46311672

UNION BANK, NA
MTDV PK 91755
102700 46311672

PostngDate: 20001027
AccountNum:
Serial: 10707
Amount: 2,970.00
DIN: 46311672

REDACTED

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0205**

*Exhibit 3 - Page 215*




ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER • TRUE & MICROPRINTED BORDER

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

10799

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

DATE
11/3/00

AMOUNT
$2,220.00

Two Thousand Two Hundred Twenty Dollars And 00 Cents

PAY TO THE ORDER OF

VIVIAN J. MATT
1408 WELLESLEY AVE. SOUTH
APT. #3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK • HOLD AT AN ANGLE TO VIEW

⑈010799⑈ ⑆122000496⑈ ⑈0000222000⑈

PostngDate: 20001106
AccountNum:
Serial: 10799
Amount: 2,220.00
DIN: 47201515

>122008496<
UNION BANCAL NA
MTRY PK 91755
110699 47201515

1406-54

PostngDate: 20001106
AccountNum:
Serial: 10799
Amount: 2,220.00
DIN: 47201515

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**REDACTED**

UB 0206

*Exhibit 3 - Page 216*




ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA  91367

16-49/1220

10920

| DATE | AMOUNT |
|------|--------|
| 11/17/00 | $1,320.00 |

One Thousand Three Hundred Twenty Dollars And 00 Cents

PAY
TO THE
ORDER
OF

VIVIAN J. MATT
1408 WELLESLEY AVE. SOUTH
APT. #3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈0 10920⑈  ⑆12 2000496⑆    ⑈0000 13 2000⑈

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK · HOLD AT AN ANGLE TO VIEW

PostngDate: 20001124
AccountNum:
Serial: 10920
Amount: 1,320.00
DIN: 45100180

71-50

>122000496<
UNION BANCAL NA
MTRY PK 91755
112400. 45100180.

PostngDate: 20001124
AccountNum:
Serial: 10920
Amount: 1,320.00
DIN: 45100180

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0207

*Exhibit 3 - Page 217*

 

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

11139

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
6966 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

| DATE | AMOUNT |
|------|--------|
| 12/14/00 | $1,035.00 |

PAY
TO THE
ORDER
OF

One Thousand Thirty Five Dollars And 00 Cents

VIVIAN J. NATT
1406 WELLESLEY AVE. SOUTH
APT.#3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑆ THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW ⑆

⑈011139⑈ ⑆122000496⑆ ⑆0000103500⑈

PostngDate: 20001222
AccountNum:
Serial: 11139
Amount: 1,035.00
DIN: 49506160

>122000496<
UNION BANCAL NA
MTRY PK 91755
122000 49506160

017.77

PostngDate: 20001222
AccountNum:
Serial: 11139
Amount: 1,035.00
DIN: 49506160

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0208**

*Exhibit 3 - Page 218*




**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-48/1230

11370

| DATE | AMOUNT |
|---|---|
| 1/12/01 | $1,768.75 |

One Thousand Seven Hundred Sixty Eight Dollars And 75 Cents

PAY
TO THE
ORDER
OF

VIVIAN J. MATT
1408 WELLESLEY AVE. SOUTH
APT.#3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈011370⑈ ⑆122000496⑈

⑈011370⑈ ⑆122000496⑈                    ⑆0000176875⑈

PostngDate: 20010129
AccountNum:
Serial: 11370
Amount: 1,768.75
DIN: 46101333

>122000496<
UNION BANCAL NA
MTRY PK 91755
012901 46101333

PostngDate: 20010129
AccountNum:
Serial: 11370
Amount: 1,768.75
DIN: 46101333

**REDACTED**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0209

*Exhibit 3 - Page 219*



ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

11546

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5959 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-46/1220

| DATE | AMOUNT |
|---|---|
| 2/2/01 | $1,468.75 |

PAY
TO THE
ORDER
OF

One Thousand Four Hundred Sixty Eight Dollars And 75 Cents

VIVIAN J. KATT
1408 WELLESLEY AVE. SOUTH
APT. #3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈011546⑈ ⑆122000496⑆ ⑈0000146875⑈

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

PostngDate: 20010207
AccountNum:
Serial: 11546
Amount: 1,468.75
DIN: 46100639

220-77

⑈122000496⑆
UNION BANK NO
MTRY PK 91755
2/8/01 46100639

PostngDate: 20010207
AccountNum:
Serial: 11546
Amount: 1,468.75
DIN: 46100639

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0210**

*Exhibit 3 - Page 220*




11688

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA  91367

16-49/1220

DATE                    AMOUNT

2/16/01                 $981.25

PAY
TO THE
ORDER
OF

Nine Hundred Eighty One Dollars And 25 Cents

VIVIAN J. MATT
1408 WELLESLEY AVE. SOUTH
APT.#3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈011688⑈ ⑆122000496⑆                    ⑈000098125⑈

PostngDate: 20010220
AccountNum:
Serial: 11688
Amount: 981.25
DIN: 45102141

777-58                UNION BANICAL MA
                      MTRV PK 91755

PostngDate: 20010220
AccountNum:
Serial: 11688
Amount: 981.25
DIN: 45102141

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0211**

*Exhibit 3 - Page 221*



ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**11819**

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5655 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

| DATE | AMOUNT |
|------|--------|
| 3/2/01 | $3,120.00 |

PAY
TO THE
ORDER
OF

Three Thousand One Hundred Twenty Dollars And 00 Cents

VIVIAN J. MATT
1408 WELLESLEY AVE. SOUTH
APT.#3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈011819⑈ ⑈1220004⑈6⑈

⑈011819⑈ ⑈1220004⑈6⑈     ⑈0000312000⑈

PostngDate: 20010305
AccountNum:
Serial: 11819
Amount: 3,120.00
DIN: 46404499

UNION BANK NA
MTRY PK 91755
030501  46404499

PostngDate: 20010305
AccountNum:
Serial: 11819
Amount: 3,120.00
DIN: 46404499

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0212**

**REDACTED**

*Exhibit 3 - Page 222*

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
6864 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1220

**11839**

| DATE | AMOUNT |
|---|---|
| 3/9/01 | $1,125.00 |

One Thousand One Hundred Twenty Five Dollars And 00 Cents

PAY
TO THE
ORDER
OF

VIVIAN J. NATT
1408 WELLESLEY AVE. SOUTH
APT.#3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈011839⑈ ⑆122000496⑆

⑈011839⑈ ⑆122000496⑆          ⑈0000112500⑈

PostngDate: 20010312
AccountNum:
Serial: 11839
Amount: 1,125.00
DIN: 46202229

---

UNION BANK NA
MTCW PY 91755
651001 46202229

PostngDate: 20010312
AccountNum:
Serial: 11839
Amount: 1,125.00
DIN: 46202229

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0213

**REDACTED**

*Exhibit 3 - Page 223*

 

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 81343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5858 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-48/1220

**11904**

| DATE | AMOUNT |
|---|---|
| 3/16/01 | $2,512.50 |

PAY
TO THE
ORDER
OF

Two Thousand Five Hundred Twelve Dollars And 50 Cents

VIVIAN J. MATT
1408 WELLESLEY AVE. SOUTH
APT.#3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈011904⑈ ⑈122000496⑈

⑈011904⑈ ⑈122000496⑈                    ⑈0000251250⑈

PostngDate: 20010319
AccountNum:
Serial: 11904
Amount: 2,512.50
DIN: 48111649

S12200049⑈
UNION BANK OF CA
MTRY PK 91755
831981 48111643

PostngDate: 20010319
AccountNum:
Serial: 11904
Amount: 2,512.50
DIN: 48111649

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**UB 0214**

**REDACTED**

*Exhibit 3 - Page 224*




ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
6855 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-48/1220

12007

DATE          AMOUNT
3/30/01        $1,062.50

PAY
TO THE
ORDER
OF

One Thousand Sixty Two Dollars And 50 Cents

VIVIAN J. HATT
1408 WELLESLEY AVE. SOUTH
APT. #3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑆012007⑆ ⑈122000496⑈

⑆012007⑆ ⑈122000496⑈                    ⑉0000106250⑉

PostngDate: 20010402
AccountNum:
Serial: 12007
Amount: 1,062.50
DIN: 45110170

⑈122000496⑈
UNION BANK NA
WIRE ...
040201 45110170

Vivian Hatt

PostngDate: 20010402
AccountNum:
Serial: 12007
Amount: 1,062.50
DIN: 45110170

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0215

REDACTED

*Exhibit 3 - Page 225*

 

ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2626

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-49/1220

12113

DATE     4/12/01

AMOUNT     $2,256.25

PAY
TO THE
ORDER
OF

Two Thousand Two Hundred Fifty Six Dollars And 25 Cents

VIVIAN J. MATT
1408 WELLESLEY AVE. SOUTH
APT. #3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈012113⑈ ⑆122000496⑈     ⑈0000225625⑈

PostngDate: 20010416
AccountNum:
Serial: 12113
Amount: 2,256.25
DIN: 46101728

551-77

122000496
UNION BANK OF CALIFORNIA
MTRY PK 91755
041601 46101728

PostngDate: 20010416
AccountNum:
Serial: 12113
Amount: 2,256.25
DIN: 46101728

REDACTED     CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0216

*Exhibit 3 - Page 226*




ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5855 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

**12166**

DATE
4/19/01

AMOUNT
$1,400.00

PAY
TO THE
ORDER
OF

One Thousand Four Hundred Dollars And 00 Cents

VIVIAN J. MATT
1408 WELLESLEY AVE. SOUTH
APT.#3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIEW

⑈012166⑈ ⑆122000496⑇ ⑊0000140000⑈

PostngDate: 20010423
AccountNum:
Serial: 12166
Amount: 1,400.00
DIN: 47305386

423-77

>122000496<
UNION BANK, NA
MTWV PV 01766
042301 47305386

PostngDate: 20010423
AccountNum:
Serial: 12166
Amount: 1,400.00
DIN: 47305386

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0217**

*Exhibit 3 - Page 227*




**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5866 Topanga Canyon Blvd.   Woodland Hills, CA ·91367

16-49/1220

14238

| DATE | AMOUNT |
|---|---|
| 12/20/01 | $200.00 |

PAY
TO THE
ORDER
OF

Two Hundred Dollars And 00 Cents

---

VIVIAN J. KATT
1408 WELLESLEY AVE. SOUTH
APT.#3
LOS ANGELES CA 90025

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑆014238⑆  ⑈122000496⑈      ⑇00000020000⑇

PostngDate: 20011224
AccountNum:
Serial: 14238
Amount: 200.00
DIN: 49108415

---

2916-75

UNION BANK NA
WDLD PK 91750
122401 49108415

PostngDate: 20011224
AccountNum:
Serial: 14238
Amount: 200.00
DIN: 49108415

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0218**

*Exhibit 3 - Page 228*




**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-8122
PHONE (818) 894-2625

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5856 Topanga Canyon Blvd.   Woodland Hills, CA 91367

16-49/1220

**10431**

DATE
9/22/00

AMOUNT
$9,360.00

Nine Thousand Three Hundred Sixty Dollars And 00 Cents

PAY
TO THE
ORDER
OF

APOLLO JUNO, INC.
515 CHAPPAQUA ROAD

BRIAR CLIFF MANOR NY 10510

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

PostngDate: 20000927
AccountNum:
Serial: 10431
Amount: 9,360.00
DIN: 14631660

---

PostngDate: 20000927
AccountNum:
Serial: 10431
Amount: 9,360.00
DIN: 14631660

**REDACTED**

**CONFIDENTIAL**
ATTORNEYS' EYES ONLY

**UB 0219**

*Exhibit 3 - Page 229*