NAME & ADDRESSasfdkl;asdk

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INCOPORATED, | CASE NUMBER: CV 04-09049 SGL (RNBx) |
|---|---|
| PLAINTIFF(S), | |
| v.<br>MGA ENTERTAINMENT, INC., | **RECEIPT FOR EXHIBITS<br>SUBMITTED TO EXHIBITS CUSTODIAN** |
| DEFENDANT(S). | |

I hereby certify that all exhibits identified in the Exhibits List for the above-referenced case number, with the exceptions listed below, were submitted to the Exhibits Custodian on 7-17-08.

Exceptions:

00396, 00743, 01130, 01140, 01195RS, 01234, 01286, 01313, 01703, 04228, 04417, 04623, 10175, 10189, 11210, 11259, 11301, 11567, 11665, 11669, 12079, 13564, 13586, 13627, 13684A, 15229A, 15230, 15231, 15232, 15708, 16543, 17289, 17378, 17818, 18281, 18467, 18480, 18486, 18512, 18513, 18548, 18555, 18556, 18560, 18561,

JUL 18 2008

By _____ JIM HOLMES _____
Date                                    Deputy Clerk

================================================================
**To Be Completed by Exhibits Custodian**

I hereby acknowledge receipt of all exhibits submitted for the above-referenced case, with the following discrepancies:

_____
_____
_____
_____
_____

JUL 18 2008                              ANN VEAL
Date                                    Exhibits Custodian

Distribution: Original (white):   to court file
             Copy 1 (yellow):    retained by Exhibit Custodian
             Copy 2 (blue):      to Courtroom Deputy Clerk

G-78 (08/99)               RECEIPT FOR EXHIBITS SUBMITTED TO EXHIBITS CUSTODIAN

ORIGINAL