THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>DECLARATION OF LARRY MCFARLAND IN SUPPORT OF MGA PARTIES' MOTION TO QUASH LARRY MCFARLAND'S SUBPOENA<br><br>Date: July 23, 2008<br>Time: 10:00 a.m. |

I, Larry W. McFarland, hereby declare as follows:

I am an attorney duly licensed to practice law in the State of California and I am a member of the Bar of this Court. I am a partner of Keats McFarland & Wilson, LLP. I make this declaration in support of MGA Parties' Motion to Quash Larry McFarland's Subpoena. I have personal and first-hand knowledge of the facts set forth in this Declaration and, if called upon to do so, I could and would competently testify thereto.

1. I have represented MGA for years in various matters, including this matter. I have participated in legal defense discussions with MGA Parties' prior trial counsel, O'Melveny & Myers, LLP, and now with MGA Parties' current trial counsel, Skadden, Arps, Slate, Meagher & Flom LLP.

2. I currently represent several third party witnesses in this trial, including Margaret Leahy, Veronica Marlow, Peter Marlow, Sarah Halpern, Anaelise Cloonan and Lucy Arant. The fact of my representation of several of these witnesses, as well as MGA itself, was consistently underscored by counsel for Mattel throughout the trial. (See, e.g., 7/03/08 AM Trial Tr. at 4320:7-10 (Leahy) ("Q. The gentleman who made the objection, that's your attorney Mr. McFarland. A. Was that you? Yes. Q. And you understand that he also represents MGA. A. I didn't know that until recently. Q. But do you know now that he also represents MGA? A. Right."), 4328:10-12 ("Mr. Zeller: They were done by Ms. Leahy's counsel at the time, and it is my recollection that at that time, it was Mr. McFarland."); 6/24/08 PM Trial Tr. at 3642:9-10 (P. Marlow) ("Q. Your lawyer in this case is Larry McFarland; is that true? A. Yes."), 3642:17-19 (P. Marlow) ("Q. Mr. McFarland is someone who has represented MGA for some period of time; is that correct? A. I don't know."); 6/06/08 PM Trial Tr. at 1810:19-22 (I. Larian) ("Q. One quick question. Is Larry McFarland one of your attorneys, one of MGA's attorneys? A. I think he represented

Declaration of Larry McFarland ISO Motion to Quash
Case No. CV 04-9049 SGL (RNBx)

-1-

us. I don't know if he represents us now or not."), 1810:24-24 (I. Larian) ("Q. At some point in time, Mr. McFarland represented MGA? A. I believe so, yes."), 1886:1-6 ("MS. AGUIAR: And Elise Cloonan is also a nonparty. And I'm guessing, based on what Mr. Zeller said, she's also not on the table for Tuesday. MR. ZELLER: That's a little more difficult to say for the moment. But she is on our Tuesday list. She's represented by Larry McFarland."); 6/05/08 AM Trial Tr. at 1452:12-13 (Arant) ("Q. And the lawyer involved is a Larry McFarland? A. Yes."), 1452:16-18 (Arant) ("Q. And you're generally aware that Mr. McFarland has represented MGA for a number of years; is that true? A. I wasn't aware of that.").)

3.   I obtained the information I have with respect to MGA's intellectual property rights in Bratz from the MGA Parties and my analysis of MGA's intellectual property rights is attorney work product and is inextricably intertwined with such communications.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 2_, 2008, at Beverly Hills, California.

_____
Larry W. McFarland

---

Declaration of Larry McFarland ISO Motion to Quash
Case No. CV 04-9049 SGL (RNBx)