THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>DECLARATION OF JASON D. RUSSELL IN SUPPORT OF MGA PARTIES' MOTION TO QUASH LARRY MCFARLAND'S SUBPOENA<br><br>Date:  July 23, 2008<br>Time:  10:00 a.m. |

Declaration of Jason D. Russell ISO Motion to Quash
Case No. CV 04-9049 SGL (RNBx)

I, Jason D. Russell, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") in the above-captioned matter. I submit this Declaration in Support of MGA Parties' Motion to Quash Larry McFarland's Subpoena. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Mattel, Inc.'s Opposition To MGA Defendant's (sic) Motion To Quash Larry McFarland's Deposition Subpoena dated March 27, 2008.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Larry McFarland Trial Subpoena dated July 15, 2008.

4. Attached hereto as **Exhibit C** is a true and correct copy of the April 29, 2008 Order Granting MGA's Motion to Quash Larry McFarland's Deposition Subpoena or For Protective order by the Honorable Edward A. Infante.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Declaration of Robert Herrington dated March 17, 2008 in Support of MGA Entertainment Inc.'s Motion to Quash Larry McFarland's Deposition Subpoena and exhibits 1, 6 and 7 thereto.

6. Attached hereto as **Exhibit E** is a true and correct copy of MGA Defendants' Motion To Quash Larry McFarland's Deposition Subpoena dated March 17, 2008.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Reply in Support of MGA Defendants' Motion To Quash Larry McFarland's Deposition Subpoena Or For Protective Order dated April 7, 2008.

8. Attached hereto as **Exhibit G** is a true and correct copy of a Letter from Andrew C. Temkin to Tim Alger dated May 22, 2008.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 21, 2008, at Los Angeles, California.

_____
Jason D. Russell