1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
   (laguiar@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000
6  Fax: (213) 687-5600

7  Attorneys for The MGA Parties

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12 CARTER BRYANT, an individual,   ) CASE NO. CV 04-9049 SGL (RNBx)
                                   )
13         Plaintiff,              ) Consolidated with Case No. 04-9059
                                   ) and Case No. 05-2727
14         v.                      )
                                   ) [PROPOSED] ORDER GRANTING
15 MATTEL, INC., a Delaware        ) MGA PARTIES' MOTION TO
   corporation,                    ) QUASH LARRY MCFARLAND'S
16                                 ) SUBPOENA
           Defendant.              )
17                                 )
                                   )
18 ─────────────────────────────── )
                                   )
19 AND CONSOLIDATED ACTIONS        )
                                   )
20 ─────────────────────────────── )

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

The Motion to Quash Larry McFarland's Subpoena ("Motion"), brought by MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties"), came for hearing on July ___, 2008, the Honorable Stephen G. Larson presiding. After consideration of the Motion, all papers filed in support thereof and in opposition thereto, as well as the argument of counsel and the other pleadings and papers on file in this action, and good cause appearing, IT IS HEREBY ORDERED that:

The Motion is GRANTED for the reasons stated in the MGA Parties' moving papers on the topics submitted with this Motion. Accordingly, the subpoena served on Mr. McFarland is quashed.

SO ORDERED:

Dated: _____     _____
                     The Honorable Stephen G. Larson