UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                        Date:  July 7, 2008

Title:      MATTEL, INC. -v- MGA ENTERTAINMENT, INC., ISAAC LARIAN
=======================================================================
PRESENT:    HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Mark Schweitzer |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Michael T. Zeller                                           Lauren E. Aguiar
Tamara Jih                                                  Matthew E. Sloan
Sanfor I. Weisburst

PROCEEDINGS:    BENCH CONFERENCE ON PROPOSED FINAL JURY INSTRUCTIONS AND FINAL VERDICT FORM


        A bench conference was held regarding proposed final jury instructions and final verdict form.  As stated on the record, the parties' stated their respective objections to the final jury instructions and final verdict form.  The Court prepares final jury instructions and final verdict form.