UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                               Date:  July 7, 2008

Title:    MATTEL, INC. -v- MGA ENTERTAINMENT, INC., ISAAC LARIAN
===============================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

Michael T. Zeller                                              Lauren E. Aguiar
Tamara Jih                                                     Matthew E. Sloan

                                                               ATTORNEY FOR CARTER BRYANT:
                                                               Christina Anderson (Telephonic Appearance)

PROCEEDINGS:    (1)    MATTEL'S MOTION TO ENFORCE TRIAL SUBPOENA,
                       DOCKET NO.  4072 (Re Carter Bryant)


     This matter came on regularly on the Court's morning law and motion calendar regarding Mattel's motion to enforce trial subpoena regarding Carter Bryant in their rebuttal case.   The motion was DENIED for the reasons as stated on the record.

     IT IS SO ORDERED.