UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                                        Date:  July 9, 2008

Title:        MATTEL, INC. -v- MGA ENTERTAINMENT, INC., ISAAC LARIAN
=====================================================================
PRESENT:    HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

Michael T. Zeller                                                  Thomas Nolan, Lauren E. Aguiar,
Dylan Proctor                                                      Jennifer K. Del Castillo, Jonathan D. Uslaner

PROCEEDINGS:    FURTHER BENCH CONFERENCE ON FINAL JURY INSTRUCTIONS, FINAL VERDICT FORM AND ADMISSION OF EXHIBITS

    A further bench conference was held regarding final jury instructions and final verdict form.  As stated on the record, the parties' stated their respective objections to the final jury instructions and final verdict form.  The Jury Trial in this matter will resume July 10, 2008, at 9:00 a.m.  Following the bench conference as mentioned above, counsel met and conferred with the deputy clerk to go over trial exhibits to be submitted to the Jury for their deliberations.  This matter was recessed.  Counsel were directed to return to the courtroom this afternoon at 5:00 p.m., regarding any disputes on the exhibits.

    This matter was recalled at 5:00 p.m.;   Counsel report on the status of trial exhibits to be submitted to the Jury for their deliberations.  Counsel were directed to meet with the court tomorrow morning at 8:30 a.m, concerning any final disputes relating to the trial exhibits and absent any motions being raised at that time the Court will assume that a stipulation on the exhibits have been reached.

    IT IS SO ORDERED.