QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DECLARATION OF LESLEY E. WILLIAMS IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA AND LARIAN'S MOTION TO QUASH TRIAL SUBPOENA ISSUED TO LARRY MCFARLAND**<br><br>Hearing Date: [TBA]<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Pre-trial Conference: May 19, 2008<br>1(a) Trial Date: May 27, 2008<br>1(b) Trial Date: July 23, 2008 |

07209/2580049.1

WILLIAMS DEC ISO MATTEL'S OPP. TO MGA'S MOTION TO QUASH MCFARLAND'S TRIAL SUB.

1  I, Lesley E. Williams, declare as follows:

2  1. I am a member of the bars of the States of California and New York and an attorney at the law firm Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). Except where otherwise noted, I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of a Complaint in MGA v. Multi Toy, dated April 9, 2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of July, 2008, at Los Angeles, California.

          /s/ Lesley E. Williams
          Lesley E. Williams

07209/2580049.1

-1-
WILLIAMS DEC ISO MATTEL'S OPP. TO MGA'S MOTION TO QUASH MCFARLAND'S TRIAL SUB