B. Dylan Proctor
QUINN EMANUEL URQUHART OLIVER & HEDGES,
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: CV 04-9049 |
|---|---|
| PLAINTIFF(S) v. | Consolidated with Case Nos.CV 04-09059 & 05-02727 |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Exhs. 2, 5, 6, 8 and 10 to the Declaration of B. Dylan Proctor in support of Mattel's Opposition to MGA's Bench Memo re: HK Pleadings; Application to File Under Seal & Proposed Order

**Document Description:**

- [ ] Administrative Record
- [x] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))
- [x] Other  Application to File Under Seal & Proposed Order

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated  Jan. 4, 2005
- [ ] Manual Filing required (*reason*):

July 23, 2008
Date

B. Dylan Proctor
Attorney Name

MATTEL, INC., a Delaware corporation,
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)  NOTICE OF MANUAL FILING  CCD-G92