QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>SUPPLEMENTAL LIST OF WITNESSES MATTEL INTENDS TO CALL IN ITS CASE-IN-CHIEF IN PHASE 1B |

07209/2580869.1

-1-
SUPPLEMENTAL LIST OF WITNESSES MATTEL INTENDS TO CALL IN ITS CASE-IN-CHIEF IN PHASE 1B

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    Pursuant to the direction of the Court, Mattel, Inc. ("Mattel") hereby
3  submits a supplemental list of witnesses it intends to call in its case-in-chief in the
4  Phase 1B trial.  This list is attached as Exhibit A.

5    Mattel expressly reserves the right to amend and/or supplement this list.

6

7  DATED:  July 23, 2008    QUINN EMANUEL URQUHART OLIVER &
8               HEDGES, LLP

9              By /s/ B. Dylan Proctor
10              B. Dylan Proctor
              Attorneys for Mattel, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2580869.1

-2-
SUPPLEMENTAL LIST OF WITNESSES MATTEL INTENDS TO CALL IN ITS CASE-IN-CHIEF IN PHASE 1B

## EXHIBIT A

1. Bryan Armstrong