QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>       vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**MATTEL, INC.'S APPLICATION FOR LEAVE TO FILE *EX PARTE* APPLICATION**<br><br>Hearing Date:   July 24, 2008<br>Time:           3:00 p.m.<br>Place:          Courtroom 1<br><br>**Phase 1:**<br>Trial Date:     May 27, 2008 |

1    Mattel, Inc. ("Mattel") respectfully submits this Application seeking

2   leave to file Mattel's *Ex Parte* Application (1) For Order Compelling Compliance of

3   Larry McFarland, Mitchell Kamarck and Daphne Gronich with Trial Subpoenas,

4   and (2) For Conditional Admission of Evidence.

5    This Court issued an Order on May 19, 2008 directing that the parties

6   are not to submit motions during trial without leave of this Court.  Pursuant to that

7   Order, Mattel herein seeks leave to permit the filing of the attached *ex parte*

8   application.

9    MGA has notified Mattel that three witnesses, each counsel for MGA,

10  are not available and will not appear to testify at trial tomorrow, July 25, 2008,

11  despite the fact that each has been served with a trial subpoena requiring their

12  appearance.  Mattel requires Ms. McFarland's appearance tomorrow, and, at the

13  least, the appearance of Mr. Kamarck and Ms. Gronich on Tuesday, and conditional

14  admission of those exhibits Mattel intends to introduce through them before Isaac

15  Larian testifies tomorrow.  Mattel will be prejudiced if it cannot control the order of

16  its presentation, and will not be able to do so absent an Order of this Court.

17   For these reasons, Mattel respectfully submits that leave to file the

18  attached application is appropriate.

19

20  DATED:  July 24, 2008                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

21

22                                       By /s/ Michael T. Zeller

23                                          Michael T. Zeller
                                            Attorneys for Mattel, Inc.

24

25

26

27

28

-1-