QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL'S EX PARTE APPLICATION FOR ORDER COMPELLING COMPLIANCE OF LARRY MCFARLAND, MITCHELL KAMARCK AND DAPHNE GRONICH WITH TRIAL SUBPOENAE**<br><br>Hearing Date: July 24, 2008<br>Time: 3:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Trial Date: May 27, 2008 |

07209/2582009.1

I, Cyrus S. Naim, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). Except where otherwise noted, I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 hereto is a true and correct copy of a trial subpoena served upon Larry McFarland on July 16, 2008.

3. Attached as Exhibit 2 hereto is a true and correct copy of a trial subpoena served upon Daphne Gronich on May 2, 2008.

4. Attached as Exhibit 3 hereto is a true and correct copy of the trial subpoena served upon Mitchell Kamarck on April 30, 2008.

5. Attached as Exhibit 4 hereto is a true and correct copy of an email chain ending with an email from Larry McFarland to James Webster, dated July 23, 2008, at 9:13 a.m.

6. Attached as Exhibit 5 hereto is a true and correct copy of an email chain ending with an email from Larry McFarland to James Webster, dated July 23, 2008, at 6:40 p.m.

7. Attached as Exhibit 6 hereto is a true and correct copy of an email chain ending with an email from Lauren Aguiar to Michael Zeller and John Quinn, dated July 23, 2008, at 8:38 p.m.

8. Attached as Exhibit 7 hereto is a true and correct copy of an email chain ending with an email from John Quinn to Lauren Aguiar, Michael Zeller, and Jon Corey, dated July 21, 2008, at 5:05 p.m.

9. Attached as Exhibit 8 hereto is a true and correct copy of an email chain ending with an email from Lauren Aguiar to Michael Zeller, dated July 21, 2008, at 10:06 p.m. I have been informed that Ms. Gronich attended the deposition only as an observer.

10. Attached as Exhibit 9 hereto is a true and correct copy of the [Amended] List of Witnesses Mattel Intends to Call in Its Case-in-Chief in Phase 1B, dated July 18, 2008.

11. Attached as Exhibit 10 hereto is a true and correct copy of the Minute Order dated February 25, 2008.

12. Attached as Exhibit 11 hereto is a true and correct copy of excerpts of the transcript of trial dated July 18, 2008.

13. Attached as Exhibit 12 hereto is a true and correct copy of excerpts of the transcript of trial dated July 23, 2008.

14. Attached as Exhibit 13 hereto is a true and correct copy of an email from Michael Zeller to Carl Roth, dated July 20, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of July, 2008, at Los Angeles, California.

        /s/ Cyrus S. Naim
        Cyrus S. Naim