# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV 04-09049 SGL(RNBx) | Date | July 23, 2008 |
|---|---|---|---|
| Title: | CARTER BRYANT -v- MATTEL, INC. | | |

Present: The Honorable    STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| C. Sasse | Theresa Lanza, CSR (A.M.)<br>Mark Schweitzer (P.M.) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn<br>Michael T. Zeller<br>William Price | Thomas J. Nolan<br>Carl A. Roth<br>Lauren E. Aguiar<br>David Hansen |

_____ Day Court Trial    27th _____ Day Jury Trial

_____ One day trial: _____ Begun (1ˢᵗ day); _____ Held & Continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

✔ Opening statements made by

_____ Witnesses called, sworn and    _____ Exhibits    _____ Exhibits admitted.

_____ Plaintiff(s) rest.    _____ Defendant(s) rest.

_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.

_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.    _____ Polling waived.

_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.

_____ Judgment by Court    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by

_____ Motion to dismiss by _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

✔ Case continued    7/25/08, 9:00 am    for further jury trial proceedings.

_____ Other:

5 : 30

Initials of Deputy Clerk    cls

cc: