QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' BENCH MEMORANDUM REGARDING HONG KONG PLEADINGS<br><br>**Phase 1**<br>Phase 1-B Trial Date: July 23, 2008 |

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Exhibits to the Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Opposition to MGA Parties' Bench Memorandum Regarding Hong Kong Pleadings, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 2, 5, 6, 8 and 10 to the Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Opposition to MGA Parties' Bench Memorandum Regarding Hong Kong Pleadings are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 7/23, 2008

Hon. Stephen G. Larson
United States District Judge