QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL, INC.'S AMENDED PROPOSED VERDICT FORM FOR PHASE 1B**<br><br>**Phase 1B:**<br><br>Trial Date:　　　　July 23, 2008 |

1  Mattel, Inc. ("Mattel") hereby proposes the following amended proposed
2  verdict form for Phase 1B of the trial in this matter.  Mattel requests and reserves the
3  right to amend, modify, withdraw and/or supplement this form before or during the
4  trial of this matter.

6  DATED: July 24, 2008                QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP

                                        By /s/ Jon D. Corey
                                           Jon D. Corey
                                           Attorneys for Mattel, Inc.

# Verdict Form for Phase 1B

We answer the questions submitted to us as follows:

## Intentional Interference With Contractual Relations

1. In Phase 1A of this trial, you found that MGA Entertainment, Inc. ("MGA") and Isaac Larian are liable to Mattel for intentional interference with contractual relations. What amount of damages do you award to Mattel?

$_____

## Aiding and Abetting Breach of Fiduciary Duty

2. In Phase 1A of this trial, you found that MGA and Isaac Larian are liable to Mattel for aiding and abetting Carter Bryant's breach of fiduciary duty. What amount of damages do you award to Mattel?

$_____

## Aiding and Abetting Breach of the Duty of Loyalty

3. In Phase 1A of this trial, you found that MGA and Isaac Larian are liable to Mattel for aiding and abetting Carter Bryant's breach of the duty of loyalty. What amount of damages do you award to Mattel?

$_____

**Conversion**

4. In Phase 1A of this trial, you found that MGA, Isaac Larian and MGA Entertainment (HK) Limited ("MGA Hong Kong") are liable to Mattel for conversion. What amount of damages do you award to Mattel?

$_____

**Copyright Infringement**

5. Did MGA infringe Mattel's copyrights?

  Yes  \_\_\_\_

  No   \_\_\_\_

*If your answer is "yes," then answer Questions 6 and 7.*

*If your answer is "no," then answer Question 8.*

6. Was MGA's infringement of Mattel's copyrights willful?

  Yes  \_\_\_\_

  No   \_\_\_\_

7. What amount of damages do you award to Mattel for MGA's infringement of Mattel's copyrights?

$_____

8. Did Isaac Larian infringe Mattel's copyrights?

  Yes  \_\_\_\_

  No   \_\_\_\_

*If your answer is "yes," then answer Questions 9, 10 and 11.*

*If your answer is "no," then answer Question 12.*

9. Was Mr. Larian's infringement of Mattel's copyright's willful?

   Yes ____

   No ____

10. You must answer two questions regarding damages for Isaac Larian's infringement of Mattel's copyrights. First, what amount of damages do you award to Mattel for Isaac Larian's infringement of Mattel's copyrights, as measured by distributions by MGA to Mr. Larian?

   $_____

11. Separately, what amount of damages do you award to Mattel for Isaac Larian's infringement of Mattel's copyrights, as measured by the value of Mr. Larian's ownership interests in MGA?

   $_____

12. Did MGA Hong Kong infringe Mattel's copyrights?

   Yes ____

   No ____

   *If your answer is "yes," then answer Questions 13 and 14.*

   *If your answer is "no," then answer Question 15.*

13. Was MGA Hong Kong's infringement of Mattel's copyrights willful?

   Yes ____

   No ____

14. What amount of damages do you award to Mattel for MGA Hong Kong's infringement of Mattel's copyrights?

1    $_____

### Fraudulent Concealment

15. Did MGA fraudulently conceal the bases for Mattel's claim of intentional interference with contract against it?

    Yes ____

    No ____

16. Did Isaac Larian fraudulently conceal the bases for Mattel's claim of intentional interference with contract against him?

    Yes ____

    No ____

17. Did MGA fraudulently conceal the bases for Mattel's claim of conversion against it?

    Yes ____

    No ____

18. Did Mr. Larian fraudulently conceal the bases for Mattel's claim of conversion against him?

    Yes ____

    No ____

19. Did MGA Hong Kong fraudulently conceal the bases for Mattel's claim of conversion against it?

    Yes ____

    No ____

### Punitive Damages

20. Did MGA act with malice, oppression, or fraud?

| | | |
|---|---|---|
|1| |Yes ____|
|2| |No ____|

*If your answer is "yes," then answer Question 21.*

*If your answer is "no," then answer Question 22.*

21. What amount of punitive damages do you award against MGA?

    $_____

22. Did Isaac Larian act with malice, oppression, or fraud?

    Yes ____

    No ____

*If your answer is "yes," then answer Question 23.*

*If your answer is "no," then answer Question 24.*

23. What amount of punitive damages do you award against Mr. Larian?

    $_____

24. Did MGA Hong Kong act with malice, oppression, or fraud?

    Yes ____

    No ____

*If your answer is "yes," then answer Question 25.*

25. What amount of punitive damages do you award against MGA Hong Kong, if any?

    $_____

1
2
3    Once this verdict form is completed, the foreperson of the jury should sign
4 and date on the lines below.
5
6 DATED: _____, 2008
7
8
9                                                    _____
                                                                    Jury Foreperson
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28