JEROME B. FALK, JR. (No. 39087)
Email: jfalk@howardrice.com
DOUGLAS A. WINTHROP (No. 183532)
Email: dwinthrop@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

THOMAS J. NOLAN (No. 66992)
Email: tnolan@skadden.com
JASON D. RUSSELL (No. 169219)
Email: jrussell@skadden.com
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
Email: lguiar@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Telephone: 213/687-5000
Facsimile: 213/687-5600

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | No. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case Nos. 04-9059 and 05-2727 |
| v. | NOTICE OF ASSOCIATION OF COUNSEL |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that The MGA Parties, by and through their counsel of record, Skadden, Arps, Slate, Meagher & Flom LLP, hereby associates Jerome B. Falk, Jr. (No. 39087) (jfalk@howardrice.com) and Douglas A. Winthrop (No. 183532) (dwinthrop@howardrice.com) of the law firm of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024 (Telephone: (415) 434-1600) Facsimile: (415-217-591)), as associate counsel for The MGA Parties in this matter.

DATED: July __, 2008.

                          Respectfully,

                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                          By: _____
                                  THOMAS J. NOLAN

                          Attorneys for The MGA Parties

We accept the above association.

DATED: July 30, 2008.

                          JEROME B. FALK, JR.
                          DOUGLAS A. WINTHROP
                          HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
                          A Professional Corporation

                          By: _____/s/Jerome B. Falk, Jr._____
                                  JEROME B. FALK, JR.

                          Attorneys for The MGA Parties