THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA'S MOTION TO QUASH<br><br>Date:  TBD<br>Time:  TBD<br>Place: TBD |

I, Robert J. Herrington, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Defendants") in the above-captioned matter. I submit this Declaration in Support of MGA's Motion to Quash. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. On October 24, 2007, Mattel propounded its Third Set of Requests for Production to MGA Entertainment, Inc. A true and correct copy of the Third Set of Requests for Production to MGA Entertainment, Inc. is attached as **Exhibit 1**.

3. On November 26, 2007, MGA served its Objections and Responses to Mattel's Third Set of Requests for Production to MGA Entertainment, Inc. A true and correct copy of the relevant excerpts of Objections and Responses to Mattel's Third Set of Requests for Production to MGA Entertainment, Inc. is attached as **Exhibit 2**.

4. On January 9, 2008, MGA served its Objections and Supplemental Responses to Mattel's Third Set of Requests for Production to MGA Entertainment, Inc. A true and correct copy of the relevant excerpts of Objections and Supplemental Responses to Mattel's Third Set of Requests for Production to MGA Entertainment, Inc. is attached as **Exhibit 3**.

5. On April 14, 2008, the Discovery Master issued an order denying Mattel's motion to compel with respect to requests 1-30 from the Third Set of Requests for Production to MGA Entertainment, Inc. A true and correct copy of the Discovery Master's April 14, 2008 order is attached as **Exhibit 4**.

6. On April 24, 2008, Mattel filed its Notice of Motion and Motion Objecting to Portions of Discovery Master's April 14, 2008 Order Granting in Part

and Denying in Part Mattel, Inc.'s Motion to Compel Production of Documents and Things by MGA, Entertainment, Inc. A true and correct copy of Mattel's April 24, 2008 motion is attached as **Exhibit 5**.

7. On July 24 and 25, 2008, Mattel's served MGA and MGA HK with Rule 45 subpoenas. True and correct copies of the July 24 and July 25 subpoenas are attached as **Exhibits 6 and 7**.

8. Upon information and belief, the following lawsuits are or were pending in courts of Hong Kong: MGA v. Cityworld, MGA v. Double Grand, MGA v. Hunglam, MGA v. Union Top, MGA v. Wai Man, and MGA v. Uni-Fortune.

9. On May 12, 2008 the Court issued an order affirming in part and overruling in part the Discovery Master's order denying Mattel's motion to compel the Third Set of Requests for Production to MGA. A true and correct copy of the Court's May 12, 2008 order is attached as **Exhibit 8**.

10. On July 29, 2008, Mattel's served Multitoy, Inc., a non-party, with a Rule 45 subpoena. A true and correct copy of the July 29 subpoena is attached as **Exhibit 9**.

11. A true and correct copy of the Court's February 4, 2008 order is attached as **Exhibit 10**.

12. After receiving the Subpoenas, MGA investigated whether there are Undertakings that would affect MGA's ability to comply with the Subpoenas. MGA has been advised that there are Undertakings in place that prohibit bringing most of the requested tangible items to the United States from Hong Kong. MGA also has been advised that seeking to amend the Undertakings to allow the items to be shipped to the United States will take several weeks or more.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 31, 2008, at Los Angeles, California.

_____
Robert J. Herrington