Jon D. Corey+
QUINN EMANUEL URQUHART OLIVER & HEDGES,
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: CV 04-9049 SGL (RNBx) |
|---|---|
| PLAINTIFF(S) v. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Declaration of Juan Pablo Alban in Support of Mattel Inc.'s *Ex Parte* Application to (1) Exclude Belatedly-Produced MGA Financial Records and (2) Compel Production of Bratz-Related Litigation Materials; Mattel's Application to File Under Seal (A) Portions of its *Ex Parte* and (B) Exhibits 3,4,6,9,10, 14-32,36,38, 39 & 40 to Juan Pablo Declration; [Proposed] Order Granting Application

**Document Description:**

[ ] Administrative Record

[x] Exhibits

[ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

[x] Other *Ex Parte* Application; Application to File Under Seal and Proposed Order

**Reason:**

[ ] Under Seal

[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

[ ] Electronic versions are not available to filer

[x] Per Court order dated January 4, 2005

[ ] Manual Filing required (*reason*):

| July 31, 2008 | /s/ Jon D. Corey |
|---|---|
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).