QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**[PUBLIC REDACTED] DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR MISTRIAL**<br><br>Date:        August 4, 2008<br>Time:       1:00 pm.<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:   May 27, 2008 |

07209/2588461.1

PROCTOR DEC ISO MATTEL'S OPPOSITION TO MOTION FOR MISTRIAL

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached as Exhibit 1 hereto is a true and correct copy of excerpts of the May 20, 2008 Trial Transcript.

3. Attached as Exhibit 2 hereto is a true and correct copy of excerpts of the May 27, 2008 Trial Transcript.

4. Attached as Exhibit 3 hereto is a true and correct copy of excerpts of the July 10, 2008 Trial Transcript.

5. Attached as Exhibit 4 hereto is a true and correct copy of excerpts of the July 25, 2008 Trial Transcript.

6. Attached as Exhibit 5 hereto is a true and correct copy of excerpts of MGA's Supplemental Brief Regarding Claims to be Tried in Phase One Trial, filed June 20, 2007.

7. Contrary to MGA's suggestion, it was not Mattel that first interjected Isaac Larian's status as an immigrant and ethnicity into this litigation, but MGA and Mr. Larian who did so. For example, in advance of trial, MGA and Mr. Larian asserted that Bratz went in a ▮▮▮▮▮▮▮▮ in part because ▮▮▮▮▮▮▮▮ ▮▮▮▮ Attached as Exhibit 6 hereto is a true and correct copy of excerpts of the MGA Parties' Memorandum of Points and Authorities in Opposition to Mattel, Inc.'s Motion in Limine No. 13, filed on April 28, 2008. Similarly, MGA had interjected the issue of Mr. Larian's ethnicity into prior litigation in the matter <u>Art Attacks LLC v. MGA Entertainment, Inc.</u>, Case No. 04-CV-1035-B-(BLM). Attached as Exhibit 7 hereto is a true and correct copy of excerpts of the trial testimony of Isaac Larian in that matter, dated May 1, 2007. MGA and Larian also used Mr. Larian's status as

1  an immigrant and ethnicity as part of their promotion of the company in media
2  interviews.  Attached as Exhibit 8 hereto is a true and correct copy of an email
3  between Mr. Larian and Christopher Palmeri, a reporter for BusinessWeek
4  Magazine, which is in evidence as TX 4941.
5
6        I declare under penalty of perjury under the laws of the United States of
7  America that the foregoing is true and correct.
8        Executed on July 31, 2008, at Los Angeles, California.

          /s/ B. Dylan Proctor
          B. Dylan Proctor