QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**PROOF OF SERVICE**<br><br>**Phase 1**<br>Trial Date:       May 27, 2008 |

PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On July 31, 2008, I served true copies of the following documents described as:

1. MATTEL, INC.'S *EX PARTE* APPLICATION TO (1) EXCLUDE BELATEDLY-PRODUCED MGA FINANCIAL RECORDS AND (2) COMPEL PRODUCTION OF BRATZ-RELATED LITIGATION MATERIALS; AND MEMORANDUM OF POINTS AND AUTHORITIES - FILED UNDER SEAL

2. DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO (1) EXCLUDE BELATEDLY-PRODUCED MGA FINANCIAL RECORDS AND (2) COMPEL PRODUCTION OF BRATZ-RELATED LITIGATION MATERIALS - FILED UNDER SEAL;

3. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (A) PORTIONS OF ITS *EX PARTE* APPLICATION TO (1) EXCLUDE BELATEDLY-PRODUCED MGA FINANCIAL RECORDS AND (2) COMPEL PRODUCTION OF BRATZ-RELATED LITIGATION MATERIALS AND (B) EXHIBITS 3, 4, 6, 9, 10, 14-32, 36, 38, 29 AND 40 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT THEREOF;

4. [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (A) PORTIONS OF ITS *EX PARTE* APPLICATION TO (1) EXCLUDE ELATEDLY-PRODUCED MGA FINANCIAL RECORDS AND (2) COMPEL PRODUCTION OF BRATZ-RELATED LITIGATION MATERIALS AND (B) EXHIBITS 3, 4, 6, 9, 10, 14-32, 36, 38, 29 AND 40 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT THEREOF

on the parties in this action as follows:

Jerome B. Falk, Jr.
Douglas A. Winthrop
**Howard Rice Nemerovski Canady Falk & Rabkin**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
415-434-1600

[√]   BY FEDEX: I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

Executed on July 31, 2008, at Los Angeles, California.

Lorraine Robles

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On July 31, 2008, I served true copies of the following documents described as:

1. MATTEL, INC.'S *EX PARTE* APPLICATION TO(1) EXCLUDE BELATEDLY-PRODUCED MGA FINANCIAL RECORDS AND (2) COMPEL PRODUCTION OF BRATZ-RELATED LITIGATION MATERIALS; AND MEMORANDUM OF POINTS AND AUTHORITIES - FILED UNDER SEAL

2. DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO (1) EXCLUDE BELATEDLY-PRODUCED MGA FINANCIAL RECORDS AND (2) COMPEL PRODUCTION OF BRATZ-RELATED LITIGATION MATERIALS - FILED UNDER SEAL;

3. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (A) PORTIONS OF ITS *EX PARTE* APPLICATION TO (1) EXCLUDE BELATEDLY-PRODUCED MGA FINANCIAL RECORDS AND (2) COMPEL PRODUCTION OF BRATZ-RELATED LITIGATION MATERIALS AND (B) EXHIBITS 3, 4, 6, 9, 10, 14-32, 36, 38, 29 AND 40 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT THEREOF;

4. [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (A) PORTIONS OF ITS *EX PARTE* APPLICATION TO (1) EXCLUDE ELATEDLY-PRODUCED MGA FINANCIAL RECORDS AND (2) COMPEL PRODUCTION OF BRATZ-RELATED LITIGATION MATERIALS AND (B) EXHIBITS 3, 4, 6, 9, 10, 14-32, 36, 38, 29 AND 40 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT THEREOF

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. Grand Avenue, Sutie 3400
Los Angeles, CA 90071

[√]    [PERSONAL] by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 31, 2008, at Los Angeles, California.

07209/2570553.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE