ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR MISTRIAL<br><br>[[Proposed] Order filed concurrently]<br><br>**Phase 1:**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2589001.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Exhibits 6, 7, and 8 to the Declaration
4 of B. Dylan Proctor in Support of Mattel, Inc.'s Opposition to Defendants' Motion
5 for Mistrial (the "Declaration").
6    The Declaration attaches materials that MGA has designated as
7 "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective
8 Order. MGA has designated Exhibits 6 and 8 as "Confidential," and Exhibit 7 as
9 "Confidential--Attorneys' Eyes Only." Accordingly, Mattel requests that the Court
10 order that the Declaration be filed under seal.
11    In the alternative, Mattel requests that the Court declare that Exhibits 6,
12 7, and 8 to the Declaration are outside the definitions of "Confidential" as contained
13 in the Stipulated Protective Order and order them to be filed as part of the public
14 record.

16 DATED: July 31, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

18                              By /s/ Cyrus S. Naim
19                                 Cyrus S. Naim
                                   Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On July 31, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR MISTRIAL** on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA  90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 31, 2008, at Los Angeles, California.

*/s/ Dave Quintana*

NOW LEGAL -- Dave Quintana

07209/2169461.1