QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (A) PORTIONS OF ITS *EX PARTE* APPLICATION TO (1) EXCLUDE BELATEDLY-PRODUCED MGA FINANCIAL RECORDS AND (2) COMPEL PRODUCTION OF BRATZ-RELATED LITIGATION MATERIALS AND (B) EXHIBITS 3, 4, 6, 9, 10, 14-32, 36, 38, 39 and 40 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT THEREOF<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Trial Date: May 27, 2008 |

07209/2588446.1

APPLICATION TO FILE UNDER SEAL

1        Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (1) Mattel's *Ex Parte* Application to Exclude Belatedly-Produced MGA Financial Records and Compel Production of Bratz-Related Litigation Materials (the "Application"); and (2) Exhibits 3, 4, 6, 9, 10, 14-32, 36, 38, 39 and 40 to the Declaration of Juan Pablo Albán in support thereof ("Albán Declaration").

      Exhibits 3, 4, 6, 9, 10, 14-32, 36, 38, 39 and 40 to the Albán Declaration were designated by MGA as "Confidential—Attorneys Eyes Only" pursuant to the Protective Order.  The Application includes substantive discussion of some or all of these Exhibits.  The publicly filed Application has redacted only such substantive discussion of these Exhibits, and nothing else.  Accordingly, Mattel respectfully requests that the Court order that the Motion and Exhibits 3, 4, 6, 9, 10, 14-32, 36, 38, 39 and 40 to the Albán Declaration, be filed under seal.  In the alternative, Mattel respectfully requests that the Court order such information be deemed not confidential.

DATED: July 31, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Juan Pablo Albán
Juan Pablo Albán
Attorneys for Plaintiff
Mattel, Inc.

07209/2588446.1

APPLICATION TO FILE UNDER SEAL