1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  LAUREN AGUIAR (*Admitted Pro Hac Vice*)
   (laquiar@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
5  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000
6  Fax: (213) 687-5600

Attorneys for the MGA Parties



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL MGA PARTIES' MOTION FOR MISTRIAL**<br><br>[Local Rule 79-5.1] |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Larian"), and MGA Entertainment (HK) Limited ("MGA HK"), (collectively, the "MGA Parties") hereby respectfully request that the Court order filed under seal MGA Parties' Motion for a Mistrial ("Motion.")

Portions of the quoted material in its Motion are from the Sealed Hearing Transcript of July 25, 2008. Accordingly, MGA respectfully requests that the Court order the MGA Parties' Motion for Mistrial be filed under seal. In the alternative, MGA requests that the Court order such information be deemed not confidential.

DATED: July 29, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan

Attorneys for the MGA Parties