1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
   (laguiar@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
4  Los Angeles, California 90071-3144
   Telephone:  (213) 687-5000
5  Facsimile:  (213) 687-5600

6  Attorneys for The MGA Parties

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         EASTERN DIVISION

11 CARTER BRYANT, an individual,      ) CASE NO. CV 04-9049 SGL (RNBx)
                                      )
12                    Plaintiff,      ) Consolidated with Case No. 04-9059
                                      ) and Case No. 05-2727
13        v.                          )
                                      ) Honorable Stephen G. Larson
14 MATTEL, INC., a Delaware           )
   corporation,                       ) DECLARATION OF LISA TONNU
15                                    ) IN SUPPORT OF MGA PARTIES'
                      Defendant.      ) OPPOSITION TO MATTEL, INC.'S
16                                    ) *EX PARTE* APPLICATION TO (1)
   _____) EXCLUDE BELATEDLY-
17 AND CONSOLIDATED ACTIONS           ) PRODUCED MGA FINANCIAL
                                      ) RECORDS AND (2) COMPEL
18                                    ) PRODUCTION OF BRATZ-
                                        RELATED LITIGATION
19                                      MATERIALS

20

21

22

23

24

25

26

27

28
   ─────────────────────────────────────────────────────────────────────────
       Declaration of Lisa Tonnu in Support of MGA's Opp'n to Mattel's *Ex Parte* Motion

I, Lisa Tonnu, hereby declare as follows:

1. I am Vice President of Taxation at MGA Entertainment, Inc. and submit this Declaration in Support of MGA Parties' Opposition To Mattel, Inc.'s *Ex Parte* Application To (1) Exclude Belatedly-Produced MGA Financial Records And (2) Compel Production For Bratz-Related Litigation Materials. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. I have been employed by MGA Entertainment since January 2005. Prior to assuming my current position as Vice President of Taxation, I served as Director of International Taxation and Director of Taxation.

3. I am familiar with the Moss Adams valuation of MGA Entertainment, Bates labeled MGA 3896305 through MGA 3896408.

4. Though the Moss Adams valuation includes a letter to me dated October 12, 2007, neither I nor MGA possessed a final version of the valuation until July 23, 2008.

5. I prepared the 2007 and 2008 "List of Assets" worksheets. The 2008 worksheet updates the 2007 version by, among other things, replacing the old value of Mr. Larian's MGA holdings with a new value based on the Moss Adams valuation. The new value of Mr. Larian's holdings is equal to 81.82% of the Moss Adams valuation of MGA.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 1, 2008, at Stevenson Ranch, California.



Lisa Tonnu

Declaration of Lisa Tonnu in Support of MGA's Motion for Limited Discovery
Case No. CV 04-9049 SGL (RNBx)