1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  LAUREN E. AGUIAR (Admitted Pro Hac Vice)
   (laguiar@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
4  Los Angeles, California 90071-3144
   Telephone:  (213) 687-5000
5  Facsimile:  (213) 687-5600

6  Attorneys for The MGA Parties

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                          EASTERN DIVISION

11 | CARTER BRYANT, an individual,      ) CASE NO. CV 04-9049 SGL (RNBx)
12 |                    Plaintiff,       ) Consolidated with Case No. 04-9059
13 |         v.                          ) and Case No. 05-2727
14 | MATTEL, INC., a Delaware            ) Honorable Stephen G. Larson
   | corporation,                        ) PUBLIC REDACTED
15 |                                     ) DECLARATION OF STEPHEN
   |                    Defendant.       ) SCHULTZ IN SUPPORT OF MGA
16 |                                     ) PARTIES' OPPOSITION TO
   |                                     ) MATTEL, INC.'S *EX PARTE*
17 | AND CONSOLIDATED ACTIONS            ) APPLICATION TO (1) EXCLUDE
   |                                     ) BELATEDLY-PRODUCED MGA
18 |                                     ) FINANCIAL RECORDS AND (2)
   |                                     ) COMPEL PRODUCTION OF
19 |                                     ) BRATZ-RELATED LITIGATION
   |                                     ) MATERIALS

20

21

22

23

24

25

26

27

28

Declaration of Stephen Schultz in Support of MGA's Opp'n to Mattel's *Ex Parte* Motion
Case No. CV 04-9049 SGL (RNBx)

I, Stephen Schultz, hereby declare as follows:

1. I currently serve as the interim Controller of MGA Entertainment and submit this Declaration in Support of MGA Parties' Opposition To Mattel, Inc.'s *Ex Parte* Application To (1) Exclude Belatedly-Produced MGA Financial Records And (2) Compel Production For Bratz-Related Litigation Materials. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. I have served as MGA's interim Controller since June 2008, and have worked in MGA's Controller group since November 2007. My duties include maintaining and auditing MGA's financial records and ensuring timely preparation of financial reports.

3. MGA's consolidated profit-and-loss statement for 2007 was not complete until at least mid-February 2008.

4. There are several reasons for this delay.

5. REDACTED

6. REDACTED

7. REDACTED

---
Declaration of Stephen Schultz in Support of MGA's Opp'n to Mattel's *Ex Parte* Motion
Case No. CV 04-9049 SGL (RNBx)

8.

9.

**REDACTED**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 1, 2008, at Van Nuys, California.

_Stephen Schultz_
Stephen Schultz

Declaration of Stephen Schultz in Support of MGA's Opp'n to Mattel's *Ex Parte* Motion
Case No. CV 04-9049 SGL (RNBx)