THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
DAVID W. HANSEN (Bar No. 196958)
(dhansen@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DECLARATION OF DAVID W. HANSEN IN SUPPORT OF MGA'S MOTION FOR SANCTIONS AND A CURATIVE INSTRUCTION IN CONNECTION WITH MATTEL'S IMPROPER USE OF FOREIGN LAWSUITS DURING MATTEL'S PHASE 1-B OPENING STATEMENT**<br><br>Date: August 5, 2008<br>Time: 8:30 a.m.<br>Place: Courtroom 1 |

Decl. of David W. Hansen in Supp. Of MGA's Motion For Sanctions and a Curative Instruction In Connection with
Mattel's Improper Use Of Foreign Lawsuits During Mattel's Phase 1-B Opening Statement
Case No. CV 04-9049 SGL (RNBx)

1  I, David W. Hansen, hereby declare as follows:

2  1.  I am an attorney licensed to practice law in the State of California and a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Defendants") in the above-captioned matter. I submit this Declaration in Support of MGA's Motion for Sanctions And A Curative Instruction In Connection With Mattel's Improper Use Of Foreign Lawsuits During Mattel's Phase 1-B Opening Statement. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2.  Attached as Exhibit 1 is a true and correct copy of the cease and desist letter from MGA's UK counsel, and the photos of the allegedly infringing Trendy Teenz dolls attached thereto, submitted as Exhibit "RDB6" to the Affidavit of Raymond David Black (dated June 13, 2003) in MGA v. Double Grand (TX 13561-109 thru 112 & 123 thru 125).

3.  Attached as Exhibit 2 is a true and correct copy of an article entitled "Design Registration and Copyright Protection in Hong Kong – A Comparative Study," available at http://www.hg.org/article.asp?id=4853.

4.  Attached as Exhibit 3 is a true and correct copy of the Hong Kong Court of Appeal's decision in San-X Co. Ltd. v. Tai Pan Bread & Cakes Co. Ltd., [2002] HKCU 1338, 2002 WL 1341664, October 30, 2002.

Executed on August 1, 2008, at Los Angeles, California.

_____
David W. Hansen

---

Decl. of David W. Hansen in Supp. Of MGA's Motion For Sanctions and a Curative Instruction In Connection with Mattel's Improper Use Of Foreign Lawsuits During Mattel's Phase 1-B Opening Statement
Case No. CV 04-9049 SGL (RNBx)
-1-

# EXHIBIT 1

HCA NO. 1883/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 1883 OF 2003

BETWEEN

| | |
|---|---|
| MGA ENTERTAINMENT INC. | 1st Plaintiff |
| MGA ENTERTAINMENT (HK) LIMITED | 2nd Plaintiff |

And

| | |
|---|---|
| DOUBLE GRAND CORPORATION LIMITED | Defendant |

This is the marked exhibit referred to in the Affidavit of Raymond David Black dated the 13 day of June 2003.

| Exhibit Ref | Date | Description | Page No. |
|---|---|---|---|
| RDB6 | 2 April 2003 | Copy of cease and desist letter sent by SJ Berwin to Mr Connolly | 4 |

Before me,

M17447.49/LT.292261.1/aaad

Confidential - Attorney's Eyes Only

MGA 0885243

EX 13561-0109

Exhibit 1,
P. 2

# SJBerwin

Date: 2 April 2003
Our ref: 245/245/M17447.1
Your ref:
Partner: Ray Black

By Registered Post and Post

Dear Sirs

**"BRATZ" dolls - MINI TRENDY TEENZ and TRENDY TEENZ dolls**

We have been instructed by MGA Entertainment, Inc. ("MGA").

1. **Our client's rights**

MGA is the worldwide licensor of the "BRATZ" range of dolls, and has designated a licensee of such dolls in the United Kingdom. The "BRATZ" range of dolls includes a mini and large version of the "BRATZ" doll. Representations of both the large and mini versions of the "BRATZ" dolls are enclosed and marked MGA 1.

Our client is the proprietor of registered designs, nos. 2103577, 2103578, 2103579 and 2103580 (the "Registered Designs"), copies of which are enclosed at schedule 1 of the enclosed letter of undertaking (referred to in part 6 of this letter). Our client therefore enjoys exclusive rights over the shape, configuration, pattern and ornamentation of the Registered Designs and can prevent third parties from using a design with the same overall impression on the informed user.

Our client also owns copyright in the surface decoration of the BRATZ dolls. Coloured copies of the original drawings are enclosed in Schedule 2 of the letter of undertaking.

2. **Toy Depot Limited's and your activities**

Our client's licensee has recently purchased a doll called MINI TRENDY TEENZ from Fareham Toys, 79 West St, Fareham, PO16 0AP. A coloured representation of this doll marked TD 1 is enclosed. We note that on the back of the box there is a statement that this doll is "Exclusive to: Toy Depot Ltd 52 Yester Road, BR7 5HR".

We are currently in correspondence with Mr Alan Brown of Toy Depot Limited. During our discussions with him, we have discovered that Toy Depot has also dealt in another product being a full size TRENDY TEENZ doll, a coloured representation of which is attached and marked TD 2. Apart from the size of the full size doll, it is very similar to the MINI TRENDY TEENZ doll. We shall therefore refer to the MINI TRENDY TEENZ and TRENDY TEENZ dolls below, as the TRENDY TEENZ DOLLS.

Mr Brown has also informed us that you were directly involved in purchasing the TRENDY TEENZ DOLLS from your contacts in Hong Kong, namely, Mr Edwin Yui and Mr Benny Shui at Trade Express (HK) Export Co., Room 502, 5th Floor, Enterprise Centre, 4 Hart Avenue, TSIM SHA TSUI, Kowloon, Hong Kong in October last year.

We understand from Mr Brown that you resigned as director of Toy Depot on 31 January 2003, and have formed your own company, "Toy Depot (Far East) Co. Limited".

222 Gray's Inn Road
London WC1X 8XF
T +44 (0)20 7533 2222
F +44 (0)20 7533 2000
E info@sjberwin.com
www.sjberwin.com
DX 255 London

SJ Berwin is regulated by the Law Society. A list of names of partners and their professional qualifications is open to inspection at the above office. The partners are either solicitors or registered foreign lawyers.

LT:261034_2/ads

Berlin   Brussels   Frankfurt   London   Madrid   Munich   Paris

Confidential - Attorney's Eyes Only

MGA 0885244

EX 13561-0110

Exhibit  1  ,
P.  3

3. **Design Rights**

We have advised our client that the TRENDY TEENZ DOLLS infringe their design rights, due to their overwhelming similarity to the Designs, (and consequently any offer, exposure for sale or distribution of these TRENDY TEENZ DOLLS by you would constitute an infringement of our client's registered design rights). In particular, we draw your attention to the following, which are identical or extremely similar in both the Registered Designs and TRENDY TEENZ DOLLS:

(a) the shape of each doll's head;

(b) the size of each doll's head in comparison with the remainder of the doll;

(c) the shape and size of the nose;

(d) the shape of the eyes;

(e) the shape of the lips; and

(f) the unusual size of each doll's feet in comparison with the remainder of the doll.

4. **Copyright**

We also consider that the TRENDY TEENZ DOLLS infringe our client's copyright in the surface decoration of the BRATZ dolls. In particular, we draw your attention to the following similarities:

(a) the eyelashes of both BRATZ and TRENDY TEENZ DOLLS, in particular the three distinct lashes above the eye;

(b) the two-tone eye shadow used on both BRATZ and TRENDY TEENZ DOLLS, both in style, shape and colour;

(c) the shape of the eyes after being "made up" with mascara and eye shadow, of BRATZ and TRENDY TEENZ DOLLS; and

(d) the shape of the lips when painted with "lipstick" of BRATZ and TRENDY TEENZ DOLLS, and the use of a lipliner (slightly darker in colour than the colour used on the lips) on both dolls.

Consequently, the issuing to the public of the TRENDY TEENZ DOLLS by you constitutes an infringement of our client's copyright in the surface decoration under s16(2) of the Copyright Designs and Patents Act 1988. Further, any further dealings in the TRENDY TEENZ DOLLS, will also amount to secondary infringement under s23 of the same Act, as you are now on notice of our client's rights.

5. **Our client's past actions**

We should point out that our client is willing to take whatever action is necessary to protect its rights. Our client has already taken action against other manufacturers and distributors which have infringed their rights in the BRATZ dolls. For instance, our client has obtained an interim injunction against the manufacturer of a similar doll called Funky Tweenz in Hong Kong (a copy of the order is enclosed). Following the interim injunction the manufacturer agreed to change the design of its product. Our client has also taken action against two

Confidential - Attorney's Eyes Only

MGA 0885245

EX 13561-0111



Exhibit 1, P. 4

distributors in the UK, being LB Group Limited and David Halsall International Limited, who agreed to settle our client's claims and have paid significant amounts to our client by way of damages and a contribution to the legal costs.

6. Demands

In the circumstances, we have advised our client that you are a joint tortfeasor and liable for design right and copyright infringement, as you have acted beyond your constitutional role as a director of Toy Depot and have committed and participated directly in the infringing acts.

We are therefore instructed to demand that you enter into the undertakings enclosed in this letter by close of business on 9 April 2003. Should the undertakings not be provided within this time frame, our client reserves the right to initiate proceedings to prevent any dealings by you in the TRENDY TEENZ DOLLS, and to seek all appropriate relief, including injunctive relief, damages and legal costs.

In the meantime, our client expressly reserves its rights.

We look forward to hearing from you.

Yours faithfully

SJBrown

Mr James Connolly
19 Whitehouses
Mythholmroyd Hebden Brisge
Halifax
West Yorkshire
HX7 5AB

Confidential - Attorney's Eyes Only

MGA 0885246

EX 13561-0112


Exhibit 1,
P. 5

TD 2

Confidential - Attorney's Eyes Only

MGA 0885257

EX 13561-0123

Exhibit 1,
P. 6

TRENDY TEENZ



Confidential - Attorney's Eyes Only

MGA 0885258

EX 13561-0124

Exhibit 1, P. 7



Confidential - Attorney's Eyes Only

MGA 0885259

EX 13561-0125

Exhibit 1, P. 8