1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
7  Facsimile:  (213) 443-3100

8  Attorneys for Mattel, Inc.

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                  EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 13       Plaintiff, | Consolidated with Case No. CV 04-09059 |
| 14       vs. | Case No. CV 05-02727 |
| 15  MATTEL, INC., a Delaware corporation, | **DECLARATION OF LESLEY E. WILLIAMS IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO QUASH TRIAL SUBPOENAS ISSUED TO MGA, MGA HK AND MULTITOY** |
| 16       Defendant. | |
| 17 | |
| 18  AND CONSOLIDATED ACTIONS | |
| 19 | Hearing Date:   Aug. 5, 2008 |
| 20 | Time:           8:30 a.m. Place:          Courtroom 1 |
| 21 | |
| 22 | **Phase 1:** Pre-trial Conference:  May 19, 2008 |
| 23 | 1(a) Trial Date :   May 27, 2008 1(b) Trial Date:    July 23, 2008 |

24
25
26
27
28

07209/2580049.1

WILLIAMS DEC ISO MATTEL'S OPP. TO MGA'S MOTION TO QUASH.

1    I, Lesley E. Williams, declare as follows:

2        1.    I am a member of the bars of the States of California and New

3    York and an attorney at the law firm Quinn Emanuel Urquhart Oliver & Hedges,

4    LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel").  Except

5    where otherwise noted, I make this declaration of personal, firsthand knowledge

6    and, if called and sworn as a witness, I could and would testify competently thereto.

7        2.    Attached as Exhibit 1  is a true and correct copy of a Subpoena

8    served on the Custodian of Records, MGA Entertainment HK on July 24, 2008.

9        3.    Attached as Exhibit 2  is a true and correct copy of a Subpoena

10    served on the Custodian of Records, MGA Entertainment on July 24, 2008.

11        4.    Attached as Exhibit 3 is a true and correct copy of a Subpoena

12    served on Multi Toy on July 27, 2008.

13        5.    On July 29, 2008 and August 1, 2008, I spoke with Justin Lum,

14    outside counsel for Multitoy, who called me in response to the subpoena served on

15    Multitoy.  Lum explained that he would ask Multitoy whether it had any documents

16    or objects responsive to the subpoena and get back to me, but indicated that

17    Multitoy was unlikely to have responsive documents or objects in its possession

18    except with respect to request number three.  Lum did not indicate that Multitoy

19    would be moving to quash the subpoena or that it otherwise objected to its contents.

20    However, it appears that following conversations with MGA's counsel, Multitoy's

21    counsel concluded that Multitoy need not appear or produce documents on the date

22    indicated in the subpoena.

23        I declare under penalty of perjury under the laws of the United States of

24    America that the foregoing is true and correct.

25        Executed this 1st day of August, 2008, at Los Angeles, California.

26

27                    /s/ Lesley E. Williams
                    Lesley E. Williams
28