Jon D. Corey
QUINN EMANUEL URQUHART OLIVER & HEDGES,
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: CV 04-9049 SGL (RNBx) |
|---|---|
| PLAINTIFF(S) v. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Declaration of James Judah in Support of Mattel Inc.'s Reply in Support of *Ex Parte Application to (1) Exclude Belatedly-Produced MGA Financial Records and (2) Compel Production of Bratz-Related Litigation Materials*; Mattel's Application to File Under Seal Portions of its Reply in Support of its *Ex Parte* and Exhibits 1 & 2 to James Judah Declaration; [Proposed] Order Granting Applicatio

**Document Description:**

- [ ] Administrative Record
- [x] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [x] Other   Reply ISO Ex Parte Application; Application to File Under Seal & Proposed Order

**Reason:**

- [ ] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated  January 4, 2005
- [ ] Manual Filing required (*reason*):

August 4, 2008
Date

/s/ Jon D. Corey
Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).