QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**[PUBLIC REDACTED]**<br><br>**DECLARATION OF JAMES JUDAH IN SUPPORT OF PLAINTIFF MATTEL, INC.'S REPLY IN SUPPORT OF *EX PARTE* APPLICATION TO (1) EXCLUDE BELATEDLY-PRODUCED MGA FINANCIAL RECORDS AND (2) COMPEL PRODUCTION OF BRATZ-RELATED LITIGATION MATERIALS**<br><br><u>Phase 1:</u><br><br>Pre-Trial Conference: May 19, 2008<br>Trial Date:                  May 27, 2008 |

07209/2591417.1

DECLARATION OF JAMES JUDAH

# DECLARATION OF JAMES JUDAH

I, Juan Pablo Alban, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration in support of Mattel's Motion to Exclude Belatedly-Produced MGA Financial Records. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the deposition transcript of Lisa Tonnu, Volume 2, dated September 24, 2007.

3. MGA produced the following supplemental interrogatory responses after the close of discovery on January 28, 2008: MGA Entertainment, Inc.'s Fourth Supplemental Responses to Interrogatory Nos. 38, 40 and 41 of Mattel, Inc.'s Revised Third Set of Interrogatories, dated March 3, 2008; MGA Entertainment, Inc.'s Fourth Supplemental Responses to Interrogatory Nos. 43-44 of Mattel, Inc.'s Amended Fourth Set of Interrogatories, dated March 3, 2008; MGA Entertainment Inc.'s Supplemental Response to Interrogatory No. 47 of Mattel, Inc.'s Fifth Set of Interrogatories, dated March 3, 2008; Isaac Larian's Fourth Supplemental Response to Interrogatory Nos. 38, 40 and 41 of Mattel, Inc.'s Revised Third Set of Interrogatories, dated March 3, 2008; Isaac Larian's Fourth Supplemental Response to Interrogatory Nos. 43-44 of Mattel, Inc.'s Amended Fourth Set of Interrogatories, dated March 3, 2008; Isaac Larian's Supplemental Responses to Interrogatory No. 47 of Mattel, Inc.'s Fifth Set of Interrogatories, dated March 3, 2008; MGA Entertainment, Inc.'s Corrected Fifth Supplemental Responses to Interrogatory No. 41 of Mattel, Inc.'s Revised Third Set of Interrogatories, dated March 28, 2008; MGA Entertainment Inc.'s Corrected Second Supplemental Responses to Interrogatory No. 47 of Mattel Inc.'s Fifth Set of Interrogatories, dated March 28,

2008; MGA's Supplemental Response to Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, dated March 28, 2008; MGA Parties Supplement to Interrogatory Response Nos. 27-38 and 50, dated May 20, 2008; and MGA's Supplemental Response to Mattel, Inc.'s Interrogatory No. 10, dated June 2, 2008.

4. Attached as Exhibit 2 is a true and correct copy of excerpts from the deposition transcript of Michael J. Wagner, Volume 2, dated August 3, 2008.

5. Attached as Exhibit 3 is a true and correct copy of excerpts from the Trial Transcript, dated July 24, 2008.

Executed on August 4, 2008, at Los Angeles, California.

_____
James Judah

**EXHIBIT 1**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**EXHIBIT 2**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**EXHIBIT 3**

Trial: Hearing re MtQ McFarland Subpoena 5628

```
 1
 2
 3
 4
 5
 6
 7                    C E R T I F I C A T E
 8
 9
10         I hereby certify that pursuant to Title 28,
11   Section 753 United States Code, the foregoing is a true and
12   correct transcript of the stenographically reported
13   proceedings in the above matter.
14         Certified on July 24, 2008.
15
16
                              _____
17                            MARK SCHWEITZER, CSR, RPR, CRR
                              Official Court Reporter
18                            License No. 10514
19
20
21
22
23
24
25
```

EXHIBIT 3

PAGE 21

Trial: Hearing re MtQ McFarland Subpoena 5628

1    All right. Let me hear from MGA. Because I'm, for
2 the reasons set forth in Shelton, I'm reluctant to have an
3 attorney ever take the stand -- I'm sorry. Was there
4 something else?
5    MR. ZELLER: One thing I wanted to clarify. I
6 think the Court was saying Hong Kong. This was actually a
7 U.S. case, the one that Mr. McFarland is counsel of record.
8    THE COURT: Very well. The Court's ruling applies
9 to that as well. For the reasons set forth in Shelton and
10 cited by Judge Infante, this Court is certainly in accord of
11 the view that it's desirable to keep opposing counsel off the
12 witness stand if that can be avoided. Unless there's some
13 necessary reason, some special reason to have counsel take
14 the witness stand. And then only for the limited purpose of
15 nonprivileged testimony.
16    And certainly in the discovery phase, Judge Infante
17 was 100 percent correct that Mattel could get everything they
18 needed without calling or deposing Mr. McFarland. The one
19 justification I can see at this point is unless MGA is
20 willing to stipulate to the admission of these various
21 documents and various statements and the foundational aspects
22 here, then Mr. McFarland will be necessary to introduce those
23 statements. These statements are coming in. And either
24 Mr. McFarland gets up and they get in through him, or they
25 get in through stipulation. I don't really care one way or

1   the other.

2           I would like to see Mr. McFarland not have to take
3   the stand, because I don't like to see counsel
4   cross-examining counsel. But that is a sufficient reason in
5   my view to set aside Shelton even to the extent that Shelton
6   applies to trial subpoenas as opposed to depositions, and
7   it's not entirely clear that it fully does, but the basic
8   underlying rationale is appealing to the Court. That's my
9   thoughts after reading all the papers.

10          MR. RUSSELL: And if it is a question of getting in
11  the documents, Mr. McFarland, as I understand it from the
12  opposition papers, is only being asked to lay a -- to
13  authenticate, if I really read their papers right, to
14  authenticate documents that were filed within the Central
15  District of California. Of course, your Honor has the power,
16  pursuant to a request for judicial notice, to take mandatory
17  notice of anything filed. They are presumptively authentic.

18          Mr. McFarland certainly isn't needed to
19  authenticate documents that are in the court's docket. And
20  so if that is what we're talking about, you don't need a
21  stipulation. They can file their request, and we're done.

22          So I suspect that that's not what's happening here.
23  If what we're talking about is the contents of the pleadings
24  once they have been judicially noticed, if you read the
25  opposition, I thought it curious --

Trial: Hearing re MtQ McFarland Subpoena 5628

```
 1                  UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3                              ---
 4         HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING
 5                              ---
 6    MATTEL, INC.,                :   PAGES 5625 - 5642
                                   :
 7              PLAINTIFF,          :
                                   :
 8         VS.                     :   NO. ED CV04-09049-SGL
                                   :   [CONSOLIDATED WITH
 9    MGA ENTERTAINMENT, INC.,     :   CV04-9059 & CV05-2727]
      ET AL.,                      :
10                                 :
                DEFENDANTS.         :
11
12
13
14
15              REPORTER'S TRANSCRIPT OF PROCEEDINGS
16                      RIVERSIDE, CALIFORNIA
17                    THURSDAY, JULY 24, 2008
18
19
20
21
22                          MARK SCHWEITZER, CSR, RPR, CRR
                            OFFICIAL COURT REPORTER
23                          UNITED STATES DISTRICT COURT
                            181-H ROYBAL FEDERAL BUILDING
24                          255 EAST TEMPLE STREET
                            LOS ANGELES, CALIFORNIA 90012
25                          (213) 663-3494
```