QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO QUASH MGA TRIAL SUBPOENA ISSUED TO EXPERT LEE LOETZ<br><br>Hearing Date:   September 15, 2008<br>Time:           10:00 a.m.<br>Place:          Courtroom 1 |

## DECLARATION OF SCOTT B. KIDMAN

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California and a Partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. On February 11, 2008, pursuant to this Court's scheduling orders, the parties exchanged expert reports. Among others, Mattel served the report of Lee Loetz, a potential expert witness regarding similarities between the Bratz dolls and certain Carter Bryant drawings. In response to Mr. Loetz's report, on March 17, 2008, MGA served rebuttal reports from its experts, Peter Menell, Robert Tonner and Glenn Vilppu. On that same day, Mattel served its own rebuttal reports, including a rebuttal report from Mr. Loetz rebutting certain opinions of MGA experts Robert Tonner and Debora Middleton.

3. Attached as Exhibit 1 is a true and correct copy of the Amended List of Witnesses Mattel Intends to Call in its Case-in-Chief, dated July 25, 2008.

4. Attached as Exhibit 2 is a true and correct copy of relevant excerpts from the July 18, 2008 Hearing Transcript.

5. Attached as Exhibit 3 is a true and correct copy of the Trial Subpoena to Lee Loetz, dated July 25, 2008. The Loetz subpoena was never served on Mattel and was only brought to Mattel's attention when Mr. Loetz informed me that he had been served.

//
//
//
//
//
//

1  6. Attached as Exhibit 4 is a true and correct copy of relevant
2  excerpts from the July 21, 2008 Hearing Transcript.
3
4  I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6  Executed on August 4, 2008, at Riverside, California.
7
8  /s/ Scott B. Kidman
   Scott B. Kidman
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28