QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**Proof of Service**<br><br>Date: April 23, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 S. Figueroa St., 10th Floor, Los Angeles, California 90017.

On August 5, 2008, I served true copies of the following documents described as:

## ATTACHED DOCUMENT LIST

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071
**(Mission Inn, Riverside, CA)**

[√ ]   **PERSONAL**: By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on August 5, 2008, at Riverside, California.

/s/ Andrea Hoeven
Andrea M. Hoeven

07209/2518691.107209/2465416.1

-2-

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

## DOCUMENT LIST

1. Mattel's Opposition Against MGA's Motion for Sanctions and a Curative Instruction in Connection with Mattel's Improper Use of Foreign Lawsuits During Mattel's Phase 1-B Opening Statement

2. Declaration of Jon D. Corey in Support of Mattel's Opposition Against MGA's Motion for Sanctions and a Curative Instruction in Connection with Mattel's Improper Use of Foreign Lawsuits During Mattel's Phase 1-B Opening Statement

3. Mattel, Inc.'s Application to File Under Seal (1) Portions of Its Opposition to MGA's Motion for Sanction and a Curative Instructions in Connection with Mattel's Improper Use of Foreign Lawsuits During Mattel's Phase 1-B Opening Statement (2) Exhibits 8,9 and 14 to the Declaration of Jon D. Corey in Support Thereof

4. [Proposed] Order re: Mattel, Inc.'s Application to File Under Seal (1) Portions of Its Opposition to MGA's Motion for Sanction and a Curative Instructions in Connection with Mattel's Improper Use of Foreign Lawsuits During Mattel's Phase 1-B Opening Statement (2) Exhibits 8,9 and 14 to the Declaration of Jon D. Corey in Support Thereof

5. Proof of Service