Jon D. Corey
QUINN EMANUEL URQUHART OLIVER & HEDGES
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NUMBER: CV 04-9049 SGL (RNBx) |
| PLAINTIFF(S) | Consolidated with Case No. |
| v. | CV 04-09059 & 05-02727 |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

### List Documents:

Portions of Mattel's Opposition to MGA's Motion for Sanctions and Curative Instruction Re Mattel's Improper Use of Foreign Lawsuits During Phase 1B Opening; Exhibits 8, 9 & 14 to the Coredy Declaration in support thereof; Application to File Under Seal & Proposed Order

### Document Description:

☐ Administrative Record

☒ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☒ Other   Opposition; Application to File Under Seal & Proposed Order

### Reason:

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated   January 4, 2005

☐ Manual Filing required (*reason*):

August 4, 2008
Date

Jon D. Corey
Attorney Name

Plaintiff Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).