```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 90378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100

 7  Attorneys for Mattel, Inc.
```

FILED
2008 AUG -4 PM 3:29
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

[Lodged (proposed) order]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (A) PORTIONS OF ITS REPLY IN SUPPORT OF ITS *EX PARTE* APPLICATION TO (1) EXCLUDE BELATEDLY- PRODUCED MGA FINANCIAL RECORDS AND (2) COMPEL PRODUCTION OF BRATZ-RELATED LITIGATION MATERIALS AND (B) EXHIBITS 1 AND 2 TO THE DECLARATION OF JAMES JUDAH IN SUPPORT THEREOF**<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Trial Date: May 27, 2008 |

ORIGINAL

07209/2591883.1

APPLICATION TO FILE UNDER SEAL

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (1) Mattel's Reply In Support Of Its *Ex Parte* Application to Exclude Belatedly-Produced MGA Financial Records and Compel Production of Bratz-Related Litigation Materials (the "Reply"); and (2) Exhibits 1 and 2 to the Declaration of James Judah in support thereof ("Judah Declaration").

Exhibits 1 and 2 to the Judah Declaration were designated by MGA as "Confidential—Attorneys Eyes Only" pursuant to the Protective Order. The Reply includes substantive discussion of some or all of these Exhibits. The publicly filed Reply has redacted only such substantive discussion of these Exhibits, and nothing else. Accordingly, Mattel respectfully requests that the Court order that the Reply and Exhibits 1 and 2 to the Judah Declaration, be filed under seal. In the alternative, Mattel respectfully requests that the Court order such information be deemed not confidential.

DATED: August 4, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon Corey
Jon Corey
Attorneys for Plaintiff
Mattel, Inc.

07209/2591883.1

APPLICATION TO FILE UNDER SEAL