```
1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  LAUREN AGUIAR (Admitted Pro Hac Vice)
   (laquiar@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
5  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000
6  Fax: (213) 687-5600

7
   Attorneys for the MGA Parties
8
                UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MGA PARTIES' MOTION FOR MISTRIAL** |
| Defendant. | |
| | [Local Rule 79-5.1] |
| AND CONSOLIDATED ACTIONS | |

1     Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2 the Court in this action, MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Larian"),
3 and MGA Entertainment (HK) Limited ("MGA HK"), (collectively, the "MGA
4 Parties") hereby respectfully request that the Court order filed under seal Reply in
5 Support of MGA Parties' Motion for Mistrial ("Reply").

6     Portions of the quoted material in its Reply are from the Sealed Hearing
7 Transcript of July 25, 2008. Accordingly, MGA respectfully requests that the Court
8 order the Reply in Support of MGA Parties' Motion for Mistrial be filed under seal.
9 In the alternative, MGA requests that the Court order such information be deemed
10 not confidential.

12 DATED: August 1, 2008

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP

By: _____
Thomas J. Nolan

Attorneys for the MGA Parties

Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

519083-Los Angeles Server 1A - MSW