THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
LAUREN AGUIAR (Admitted Pro Hac Vice)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for the MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL DECLARATIONS OF CARL ALAN ROTH AND STEPHEN SCHULTZ IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S *EX PARTE* APPLICATION TO (1) EXCLUDE BELATEDLY-PRODUCED MGA FINANCIAL RECORDS AND (2) COMPEL PRODUCTION OF BRATZ-RELATED LITIGATION MATERIALS**<br><br>[Local Rule 79-5.1] |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Larian"),
3  and MGA Entertainment (HK) Limited ("MGA HK"), (collectively, the "MGA
4  Parties") hereby respectfully request that the Court order filed under seal the
5  Declarations of Carl Alan Roth and Stephen Schultz in Support of MGA Parties'
6  Opposition to Mattel's Ex Parte Application to (1) Exclude Belatedly Produced
7  MGA Financial Records and (2) Compel Production of Bratz-Related Litigation
8  Materials.
9      Exhibits to the Declaration of Carl Alan Roth have been designated by Mattel
10 or MGA as "Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.
11 Information disclosed in the Declaration of Stephen Schultz is confidential as
12 defined under the Protective Order. Accordingly, MGA respectfully requests that the
13 Court order the Declarations of Carl Alan Roth and Stephen Schultz be filed under
14 seal. In the alternative, MGA requests that the Court order such information be
15 deemed not confidential.

17 DATED: August 1, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan

Attorneys for the MGA Parties