1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 | JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 | LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
5 | Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600
6
Attorneys for the MGA Parties
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE | NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **August 1, 2008**, I served the foregoing document described as:

**REPLY IN SUPPORT OF MGA PARTIES' MOTION FOR MISTRIAL**
**APPLICATION TO FILE UNDER SEAL**
**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL**
**PROOF OF SERVICE**

on the interested parties in this action addressed as follows:

John B. Quinn, Es.
Jon D. Corey, Esq.
B. Dylan Proctor, Esq.
Michael T. Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

(X)  (BY PERSONAL SERVICE)   ( )   By personally delivering copies to the person served. (FEDERAL)

(X)   I caused such document to be hand delivered to the above addressees. (FEDERAL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **August 1, 2008,** in Los Angeles, California.

_____Jean A. Chun_____          _____/s/ Jean A. Chun_____
PRINT NAME                          SIGNATURE