1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  LAUREN AGUIAR (*Admitted Pro Hac Vice*)
   (laguiar@skedden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
5  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000
6  Fax: (213) 687-5600

7
   Attorneys for the MGA Parties
8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11
   CARTER BRYANT, an individual,      ) CASE NO. CV 04-9049 SGL (RNBx)
12                                    )
                  Plaintiff,          ) Consolidated with Case No. 04-9059
13                                    ) and Case No. 05-2727
         v.                           )
14                                    ) **ORDER TO FILE UNDER SEAL**
   MATTEL, INC., a Delaware           ) **MGA PARTIES' MOTION FOR**
15 corporation,                       ) **MISTRIAL**
                                      )
16                Defendant.          )
                                      )
17 ───────────────────────            )
   AND CONSOLIDATED ACTIONS           )
18 ───────────────────────            )

19

20

21

22

23

24

25

26

27

28

[Proposed]Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the Application To File Under Seal, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following document be filed under seal pursuant to Local Rule 79-5.1: MGA Parties' Motion for Mistrial.

August 05, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge