1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
5  (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
7  Facsimile:  (213) 443-3100

8  Attorneys for Mattel, Inc.

9  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
10 JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
11 LAUREN E. AGUIAR (Admitted Pro Hac Vice)
   (laguiar@skadden.com)
12 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
13 Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000
14 Fax: (213) 687-5600

15 Attorneys for The MGA Parties

16

17                    UNITED STATES DISTRICT COURT

18                  CENTRAL DISTRICT OF CALIFORNIA

19                        EASTERN DIVISION

| | |
|---|---|
| 20  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| 21           Plaintiff, | |
| 22        vs. | Hon. Stephen G. Larson |
| 23  MATTEL, INC., a Delaware corporation, | **STIPULATION REGARDING ADMISSION OF TANGIBLE MGA PRODUCTS** |
| 24           Defendant. | |
| 25 | **Phase 1:** Pre-Trial Conference: May 19, 2008 |
| 26  AND CONSOLIDATED ACTIONS | Trial Date:          May 27, 2008 |

27

28

## STIPULATION

1

2

3       MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., and Isaac

4   Larian (the "MGA Parties"), on the one hand, and Mattel, Inc., on the other hand, by

5   and through their counsel of record, hereby stipulate as follows:

6       (1)   Mattel and MGA offer the Bratz dolls and other MGA products

7   identified on the attached Exhibit A into evidence.

8       (2)   The Bratz dolls and other MGA products introduced at trial are a

9   representative sample of all Bratz dolls and other MGA products, including licensed

10  products.

11      (3)   The MGA Parties will not contend that Mattel has failed to meet its

12  burden in any respect by failing to introduce other Bratz dolls or MGA products,

13  including licensed products.

14      (4)   These stipulated facts shall be read to the jury.

15

16  DATED: August 5, 2008        QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP
17

18                              By_____
                                   Jon D. Corey
19                                 Attorneys for Mattel, Inc.

20  DATED: August 5, 2008        SKADDEN ARPS SLATE MEAGHER &
                                 FLOM LLP
21

22                              By_____
                                   Robert J. Herrington
23                                 Attorneys for MGA Entertainment, Inc.,
                                   Isaac Larian, and MGA Entertainment
24                                 (HK) Ltd.

25

26

27

28

07209/2587467.1

-2-