# EXHIBIT A

| SKU | Description | MGA-TI | Exhibit Number |
|---|---|---|---|
| 292081 | Bratz Fabulous Bratz Yasmin | MGA-TI-000003 | 14001 |
| 292609 | Bratz Babyz Doll Sasha | MGA-TI-000006 | 14002 |
| 303473 | Bratz Dynamite Nevra | MGA-TI-000007 | 14003 |
| 312192 | Bratz Hollywood Dana | MGA-TI-000008 | 14004 |
| 340904 | Bratz Sleep Over - Meygan | MGA-TI-000011 | 14005 |
| 355588 | Bratz Kidz Summer Vacation Sasha | MGA-TI-000012 | 14006 |
| 272977 | Bratz Motorcycle Style! - Meygan | MGA-TI-000013 | 14007 |
| 277521 | Bratz Secret Date Meygan | MGA-TI-000018 | 14008 |
| 324737 | Design Your Own Bratz Yasmin | MGA-TI-000020 | 14009 |
| 292098 | Bratz Fabulous Bratz Sasha | MGA-TI-000022 | 14010 |
| 303558 | Bratz Birthday Bash Sasha | MGA-TI-000017 | 14011 |
| 258377 | Bratz FM Cruiser Radio Shack Yasmin | MGA-TI-000028 | 14012 |
| 258353 | Bratz FM Cruiser Radio Shack Sasha | MGA-TI-000030 | 14013 |
| 312185 | Bratz Hollywood Cloe | MGA-TI-000032 | 14014 |
| 296997 | Bratz Step Out! Yasmin | MGA-TI-000033 | 14015 |
| 297086 | Bratz Step Out! Jade | MGA-TI-000034 | 14016 |
| 277798 | Bratz Tokyo-A-Go Go! Cloe | MGA-TI-000036 | 14017 |
| 277835 | Bratz Tokyo-A-Go-Go! Sasha | MGA-TI-000038 | 14018 |
| 277804 | Bratz Tokyo-A-Go Go! Yasmin | MGA-TI-000039 | 14019 |
| 277552 | Bratz Wintertime Collection Yasmin | MGA-TI-000040 | 14020 |
| 277569 | Bratz Wintertime Collection Jade | MGA-TI-000041 | 14021 |
| 265535E | Bratz Slumber Party - Yasmin | MGA-TI-000048 | 14022 |
| 265542 | Bratz Slumber Party - Meygan | MGA-TI-000049 | 14023 |
| 265559 | Bratz Slumber Party - Sasha | MGA-TI-000050 | 14024 |
| 265528 | Bratz Slumber Party - Jade | MGA-TI-000051 | 14025 |
| 265511 | Bratz Slumber Party - Cloe | MGA-TI-000052 | 14026 |
| 277927 | Bratz Secret Date Jade | MGA-TI-000054 | 14027 |
| 277583 | Bratz Wintertime Collection Sasha | MGA-TI-000056 | 14028 |
| 340911 | Bratz Sleep Over - Sasha | MGA-TI-000096 | 14029 |
| 343677 | Bratz S07 Adventure Girlz Cloe | MGA-TI-000317 | 14031 |
| 343684 | Bratz S07 Adventure Girlz Yasmin | MGA-TI-000318 | 14032 |
| 352327 | Bratz S07 Adventure Girlz Sasha | MGA-TI-000321 | 14033 |
| 337959 | Bratz Back to School - Pheobe | MGA-TI-000324 | 14034 |
| 313489 | Bratz Birthday - Yasmin | MGA-TI-000326 | 14036 |
| 343622 | Bratz Birthday Cloe | MGA-TI-000328 | 14037 |
| 352310 | Bratz Birthday Sasha | MGA-TI-000330 | 14039 |
| 303527 | Bratz Birthday Bash Yasmin | MGA-TI-000334 | 14040 |
| 277903P | Blind Date Cloe | MGA-TI-000336 | 14041 |
| 352396 | Bratz X-Treme Skate Boarding RC Yasmin | MGA-TI-000338 | 14043 |
| 352358P | Bratz X-Treme Skate Boarding RC Cloe | MGA-TI-000340 | 14045 |
| 306016 | Bratz CampFire Cloe | MGA-TI-000342 | 14046 |
| 308023 | Bratz CampFire Phoebe | MGA-TI-000343 | 14047 |
| 306047 | Bratz CampFire Dana | MGA-TI-000344 | 14048 |
| 277958 | Bratz Cloe Collector Doll | MGA-TI-000348 | 14049 |
| 341307 | Bratz Fashion Pixiez Doll Cloe | MGA-TI-000354 | 14051 |
| 341321 | Bratz Fashion Pixiez Doll Jade | MGA-TI-000356 | 14052 |
| 348856 | Bratz Fashion Pixiez Doll Breeana | MGA-TI-000358 | 14053 |
| 313281 | Bratz Feelin' Pretty Collection Cloe | MGA-TI-000361 | 14055 |
| 313328 | Bratz Feelin' Pretty Collection Sasha | MGA-TI-000363 | 14057 |
| 277675 | Bratz Flashback Fever Cloe | MGA-TI-000364 | 14058 |

| | | | |
|---|---|---|---|
| 277682 | Bratz Flashback Fever Yasmin | MGA-TI-000365 | 14059 |
| 277699 | Bratz Flashback Fever Jade | MGA-TI-000366 | 14060 |
| 333944 | Bratz Forever Diamondz Sasha | MGA-TI-000369 | 14061 |
| 334088 | Bratz Forever Diamondz Cloe | MGA-TI-000370 | 14062 |
| 334095 | Bratz Forever Diamondz Yasmin | MGA-TI-000371 | 14063 |
| 334118 | Bratz Forever Diamondz Sharidan | MGA-TI-000373 | 14064 |
| 260400 | Bratz Formal Funk Collection Cloe | MGA-TI-000376 | 14065 |
| 260417 | Bratz Formal Funk Collection Yasmin | MGA-TI-000377 | 14066 |
| 260431 | Bratz Formal Funk Collection - Jade | MGA-TI-000379 | 14067 |
| 260448 | Bratz Formal Funk Collection - Sasha | MGA-TI-000380 | 14068 |
| 264408 | Bratz Funk N' Glow - Yasmin | MGA-TI-000381 | 14069 |
| 264439 | Bratz Funk N Glow - Sasha | MGA-TI-000385 | 14071 |
| 267133 | Bratz Funk N Glow - Dana | MGA-TI-000386 | 14072 |
| 255475 | Bratz Funk N' Glow Yasmin | MGA-TI-000388 | 14073 |
| 255499 | Bratz Funk N' Glow Meygan | MGA-TI-000391 | 14075 |
| 269380 | Bratz Funk Out! Cloe | MGA-TI-000392 | 14076 |
| 269397 | Bratz Funk Out! Yasmin | MGA-TI-000393 | 14077 |
| 269403 | Bratz Funk Out! Jade | MGA-TI-000395 | 14078 |
| 269410 | Bratz Funk Out! Dana | MGA-TI-000397 | 14079 |
| 273387 | Bratz Funk Out! Nevra | MGA-TI-000401 | 14080 |
| 273394 | Bratz Funk Out! Fianna | MGA-TI-000402 | 14081 |
| 255420 | Bratz Funky Fashion Makeover - Jade | MGA-TI-000406 | 14082 |
| 255451 | Bratz Funky Fashion Makeover - Sasha | MGA-TI-000407 | 14083 |
| 263562 | Bratz Funky Fashion Makeover - Dana | MGA-TI-000409 | 14084 |
| 269700 | Bratz Funky Fashion Makeover - Fianna | MGA-TI-000411 | 14085 |
| 271413 | Bratz Funky Fashion Makeover - Dana | MGA-TI-000414 | 14086 |
| 269694 | Bratz Funky Fashion Makeover - Nevra | MGA-TI-000416 | 14087 |
| 313588 | Bratz Genie Magic - Cloe | MGA-TI-000419 | 14088 |
| 269663 | Bratz Girls Night Out- Jade | MGA-TI-000427 | 14090 |
| 348818 | Bratz S07 Hot Summer Dayz Cloe | MGA-TI-000436 | 14094 |
| 348825 | Bratz S07 Hot Summer Dayz Yasmin | MGA-TI-000437 | 14095 |
| 348849 | Bratz S07 Hot Summer Dayz Sasha | MGA-TI-000439 | 14097 |
| 334125 | Bratz Ice Champions Yasmin | MGA-TI-000443 | 14098 |
| 334132 | Bratz Ice Champions Dana | MGA-TI-000444 | 14099 |
| 297048 | Bratz Live In Concert Jade | MGA-TI-000453 | 14102 |
| 297031 | Bratz Live In Concert Nevra | MGA-TI-000454 | 14103 |
| 343714 | Bratz S07 Magic Hair Cloe | MGA-TI-000455 | 14104 |
| 352297 | Bratz S07 Magic Hair Sasha | MGA-TI-000458 | 14106 |
| 303664 | Bratz Midnight Dance Meygan | MGA-TI-000460 | 14107 |
| 271345 | Bratz Motorcycle Style!  Yasmin | MGA-TI-000462 | 14109 |
| 272960 | Bratz Motorcycle - Jade | MGA-TI-000464 | 14110 |
| 277460 | Bratz Nighty Night Collection- Cloe | MGA-TI-000465 | 14111 |
| 277477 | Bratz Nighty Night Collection- Yasmin | MGA-TI-000466 | 14112 |
| 277484 | Bratz Nighty Night Collection- Jade | MGA-TI-000467 | 14113 |
| 277507 | Bratz Nighty Night Collection- Sasha | MGA-TI-000469 | 14115 |
| 303961 | Bratz OOH LA LA Dana | MGA-TI-000471 | 14116 |
| 341222 | Bratz P4F Cloe | MGA-TI-000490 | 14117 |
| 341239 | Bratz Passion For Fashion Jade | MGA-TI-000491 | 14118 |
| 333858 | Bratz P4F Jade | MGA-TI-000492 | 14119 |
| 333821 | Bratz Passion For Fashion Sasha | MGA-TI-000493 | 14120 |
| 341246 | Bratz P4F Sasha | MGA-TI-000494 | 14121 |
| 333807 | Bratz Passion For Fashion Yasmin | MGA-TI-000495 | 14122 |

| | | | |
|---|---|---|---|
| 341215 | Bratz P4F Yasmin | MGA-TI-000496 | 14123 |
| 294092 | Bratz Play Sportz Yasmin Soccer | MGA-TI-000497 | 14124 |
| 294115 | Bratz Play Sportz Meygan Bowling | MGA-TI-000498 | 14125 |
| 333814 | Bratz Passion For Fashion Cloe | MGA-TI-000489 | 14126 |
| 295587 | Bratz Play Sportz Tennis Fianna | MGA-TI-000500 | 14127 |
| 296676 | Bratz Play Sportz Basketball Dana | MGA-TI-000502 | 14129 |
| 313168 | Bratz Play Sportz Gymnastics - Yasmin | MGA-TI-000503 | 14130 |
| 319795 | Bratz Play Sportz Cheerleader Cloe | MGA-TI-000505 | 14132 |
| 325710 | Play Sportz One on One Basket Ball Jade & Meygan | MGA-TI-000508 | 14133 |
| 325789 | Play Sportz One on One Tennis Cloe & Jade | MGA-TI-000512 | 14134 |
| 337867 | Bratz Play Sportz Teamz Softball Dana & Cloe | MGA-TI-000521 | 14138 |
| 337911 | Bratz Play Sportz Teamz Soccer - Roxxi & Cloe | MGA-TI-000523 | 14140 |
| 343615 | Bratz Play Sportz Doll Cheerleading - Yasmin | MGA-TI-000524 | 14141 |
| 350644 | Bratz Play Sportz Doll Dance-Fianna | MGA-TI-000525 | 14142 |
| 350651 | Bratz Play Sportz Doll Soccer-Cloe | MGA-TI-000526 | 14143 |
| 292029 | Bratz World London Pretty 'N' Punk Yasmin | MGA-TI-000531 | 14144 |
| 292043 | Bratz World London Pretty 'N' Punk Jade | MGA-TI-000532 | 14145 |
| 292050 | Bratz World London Pretty 'N' Punk Meygan | MGA-TI-000533 | 14146 |
| 313632 | Bratz Princess - Cloe | MGA-TI-000534 | 14147 |
| 313649 | Bratz Princess - Yasmin | MGA-TI-000535 | 14148 |
| 313656 | Bratz Princess - Jade | MGA-TI-000536 | 14149 |
| 313663 | Bratz Princess - Fianna | MGA-TI-000537 | 14150 |
| 297079 | Bratz Rock Angelz Yasmin | MGA-TI-000540 | 14153 |
| 303886 | Bratz Rock Angelz Cloe | MGA-TI-000541 | 14154 |
| 303916 | Bratz Rock Angelz Sasha | MGA-TI-000543 | 14156 |
| 333999 | Bratz Rodeo Yasmin | MGA-TI-000545 | 14158 |
| 277903 | Bratz Secret Date Cloe | MGA-TI-000548 | 14161 |
| 277910 | Bratz Secret Date Yasmin | MGA-TI-000549 | 14162 |
| 339786 | Bratz Sleep Over - Yasmin | MGA-TI-000553 | 14164 |
| 256335 | Bratz Slumber Party - Jade | MGA-TI-000558 | 14167 |
| 256328 | Bratz Slumber Party - Cloe | MGA-TI-000559 | 14168 |
| 320951 | Bratz Spring Break Doll Pack - Yasmin | MGA-TI-000562 | 14169 |
| 296980 | Bratz Step Out! Cloe | MGA-TI-000564 | 14170 |
| 297000 | Bratz Step Out! Sasha | MGA-TI-000565 | 14171 |
| 257219 | Bratz Strut It Cloe | MGA-TI-000567 | 14173 |
| 257226 | Bratz Strut It - Yasmin | MGA-TI-000568 | 14174 |
| 257233 | Bratz Strut It - Jade | MGA-TI-000569 | 14175 |
| 257240 | Bratz Strut It - Sasha | MGA-TI-000571 | 14176 |
| 258292 | Bratz Style It - Yasmin | MGA-TI-000574 | 14177 |
| 258308 | Bratz Style It - Jade | MGA-TI-000575 | 14178 |
| 258322L | Bratz Style It - Sasha | MGA-TI-000577 | 14179 |
| 269533 | Bratz Sun-Kissed Summer - Yasmin | MGA-TI-000585 | 14180 |
| 269564 | Bratz Sun-Kissed Summer - Sasha | MGA-TI-000588 | 14181 |
| 313410 | Bratz Sweet Dreamz Pajama Party - Cloe | MGA-TI-000591 | 14182 |
| 313427 | Bratz Sweet Dreamz Pajama Party - Yasmin | MGA-TI-000592 | 14183 |
| 313458 | Bratz Sweet Dreamz Pajama Party - Felicia | MGA-TI-000595 | 14186 |
| 338390 | Bratz Special Feature Talking Jade | MGA-TI-000602 | 14187 |
| 338406 | Bratz Special Feature Talking Sasha | MGA-TI-000603 | 14188 |
| 277811 | Bratz Tokyo-A-Go Go! Jade | MGA-TI-000604 | 14189 |
| 294184 | Bratz Treasures! Cloe | MGA-TI-000605 | 14190 |
| 294191 | Bratz Treasures! Yasmin | MGA-TI-000606 | 14191 |
| 292074 | Bratz Fabulous Bratz Cloe | MGA-TI-000612 | 14194 |

| | | | |
|---|---|---|---|
| 273462 | Bratz Wild Life Safari- Nevra | MGA-TI-000614 | 14195 |
| 284031 | Bratz Wild Life Safari- Cloe | MGA-TI-000622 | 14197 |
| 306498W | Bratz Wild Wild West Fianna | MGA-TI-000625 | 14198 |
| 309000 | Bratz Wild Wild West Dana | MGA-TI-000626 | 14199 |
| 260370 | Bratz Wintertime Collection Dana | MGA-TI-000630 | 14203 |
| 260387 | Bratz Wintertime Collection - Jade | MGA-TI-000631 | 14204 |
| 277576 | Bratz Wintertime Collection Dana | MGA-TI-000633 | 14205 |
| 254034 | Bratz Fall 2002 - Jade | MGA-TI-000634 | 14206 |
| 254058 | Bratz Fall 2002 - Sasha | MGA-TI-000635 | 14207 |
| 254065 | Bratz Fall 2002 - Meygan | MGA-TI-000636 | 14208 |
| 261209 | Bratz Boyz Formal Funk-Cameron | MGA-TI-000638 | 14209 |
| 261216 | Bratz Boyz Formal Funk Dylan | MGA-TI-000639 | 14210 |
| 261223 | Bratz Boyz Formal Funk - Eitan | MGA-TI-000640 | 14211 |
| 269595 | Bratz Boyz Sun-Kissed Summer - Dylan | MGA-TI-000643 | 14212 |
| 269601 | Bratz Boyz Sun-Kissed Summer - Koby | MGA-TI-000644 | 14213 |
| 269618 | Bratz Boyz Sun-Kissed Summer- Eitan | MGA-TI-000645 | 14214 |
| 269625 | Bratz Boyz Sun-Kissed Summer- Cade | MGA-TI-000648 | 14215 |
| 277606 | Boyz Wintertime Collection - Cameron | MGA-TI-000649 | 14216 |
| 277637 | Boyz Wintertime Collection - Koby | MGA-TI-000653 | 14217 |
| 277644 | Boyz Wintertime Collection - Cade | MGA-TI-000654 | 14218 |
| 322481 | Bratz Head Gamez Cloe Doll Pack | | 14232 |
| 313496 | Bratz Birthday Jade | | 14416 |
| 256311 | Bratz Slumber Party Sasha | | 14543 |
| 407980, 35051 | | | |
| 407980 | 2007 Yasmin (Girlfriendz Nite Out) | | 14623 |
| 379409, 35051 | | | |
| 379409 | 2008 Yasmin (Girlz Really Rock) | | 14624 |
| 381198, 35051 | | | |
| 381198 | 2008 Sasha (Girlz Really Rock) | | 14626 |
| 379423, 35051 | | | |
| 379423 | 2008 Jade (Girlz Really Rock) | | 14627 |
| 355106, 35051 | | | |
| 355106 | 2007 Cloe (Star Singerz) | | 14628 |
| 379652, 35051 | | | |
| 379652 | 2008 Cloe (Magic Hair Color) | | 14629 |
| 337874 | Bratz Play Sportz Teamz Softball Leah & Dana | MGA-TI-000522 | 16872 |
| 278221 | Lil Bratz Folls 4 Pack | MGA-TI-000001 | 17358 |
| 292586 | Bratz Babyz Doll Cloe | MGA-TI-000004 | 17359 |
| 292586 | Bratz Babyz Cloe | MGA-TI-000005 | 17360 |
| 334279 | Triiiplets | MGA-TI-000009 | 17361 |
| 337935 | Bratz Back to School - Yasmin | MGA-TI-000010 | 17362 |
| | Plastic Doll (McDonalds's Toy) Sasha | MGA-TI-000014 | 17363 |
| | Plastic Doll (McDonalds's Toy) Cloe | MGA-TI-000015 | 17364 |
| | Plastic Doll (McDonalds's Toy) Jade | MGA-TI-000016 | 17365 |
| 254027 | Xpress It! Yasmin | MGA-TI-000026 | 17366 |

| | | | |
|---|---|---|---|
| 258346 | Bratz FM Cruiser Radio Shack Cloe | MGA-TI-000027 | 17367 |
| 255499 | Bratz Funk N' Glow Meygan | MGA-TI-000031 | 17368 |
| 277828 | Bratz Tokyo-A-Go Go! Fianna | MGA-TI-000037 | 17369 |
| 329985 | Bratz Annual 2007 | MGA-TI-000208 | 17407 |
| 238209 | Beauty Braclet | MGA-TI-000209 | 17408 |
| 373117 | 4 Milk Chocolate Surprise Eggs | MGA-TI-000210 | 17409 |
| 219355 | Vals and Candy (Valentines) | MGA-TI-000211 | 17410 |
| 112241 | Package of birthday invitations | MGA-TI-000212 | 17411 |
| 112401 | Package of party purses | MGA-TI-000213 | 17412 |
| 112210 | Package of party hats 8 | MGA-TI-000214 | 17413 |
| | Paper cups | MGA-TI-000215 | 17414 |
| 060449 | Pop Princesses Book | MGA-TI-000216 | 17415 |
| 460432 | Sweetz Style Book | MGA-TI-000217 | 17416 |
| 394692 | Spiral Bound Notebook | MGA-TI-000218 | 17417 |
| 112463 | Mini Purse Note Pads | MGA-TI-000219 | 17418 |
| | Nail Stencil Factory Battery Operated Nail Dryer | MGA-TI-000220 | 17419 |
| 770272 | Slippers | MGA-TI-000221 | 17420 |
| 304321 | The Jet Set (education game) | MGA-TI-000222 | 17421 |
| 443883 | Lunch Box and Flask | MGA-TI-000223 | 17422 |
| 141610 | Metal Lunch Box | MGA-TI-000224 | 17423 |
| 082521 | Medium Camping Chair | MGA-TI-000225 | 17424 |
| | Flip Flops | MGA-TI-000226 | 17425 |
| | Backpacking Kit (Tent,Sleeping Bag,Pillow) | MGA-TI-000227 | 17426 |
| 206660 | White Costume with Princess Crown and jewelry | MGA-TI-000228 | 17427 |
| | Bratz Fake Nails Black | MGA-TI-000229 | 17428 |
| | Bratz Fake Nails Red | MGA-TI-000230 | 17429 |
| | Perfume and lipgloss in metal container with handle | MGA-TI-000231 | 17430 |
| | Vinyl Lunch Pail (Purple) | MGA-TI-000232 | 17431 |
| 400035 | Small Gift Bag | MGA-TI-000233 | 17432 |
| | Left Hand Spiral Notebook | MGA-TI-000234 | 17433 |
| 119503 | Binder | MGA-TI-000235 | 17434 |
| 741468 | Binder | MGA-TI-000236 | 17435 |
| 329923 | Summer Annual Activity Special | MGA-TI-000237 | 17436 |
| 092320 | Pink Socks | MGA-TI-000238 | 17437 |
| 849374 | Kite | MGA-TI-000239 | 17438 |
| 446365 | Spinning Plastic Straw | MGA-TI-000240 | 17439 |
| 931605 | The Secret Necklace Computer Game (education) | MGA-TI-000241 | 17440 |
| 081357 | Sleeping Bag in knapsack | MGA-TI-000242 | 17441 |
| 629261 | Watch inside pink container | MGA-TI-000243 | 17442 |
| 972564 | Magical Beauty Land | MGA-TI-000244 | 17443 |
| 640771 | Glamitivity Set | MGA-TI-000245 | 17444 |
| | Black shirt and jeans decorated in gold sequins and rhinestones | MGA-TI-000246 | 17445 |
| 676297 | Activity Book with glitter stickers | MGA-TI-000247 | 17446 |
| BZ7402 | Scrub-A-Dub Tub Fun | MGA-TI-000248 | 17447 |
| BZ7402 | Basketball Bath Set | MGA-TI-000249 | 17448 |
| BZ7402 | Decorative Pillow | MGA-TI-000250 | 17449 |
| BZ7402 | Bath Blast | MGA-TI-000251 | 17450 |
| BZ7402 | Spoil Me Spa Set | MGA-TI-000252 | 17451 |
| BZ7401 | Bath Crayons and Coloring Book | MGA-TI-000253 | 17452 |
| | Purple Ice Skating Costume for 5-6 year old | MGA-TI-000254 | 17453 |
| 970000 | Holiday Countdown Poster | MGA-TI-000255 | 17454 |

| | | | |
|---|---|---|---|
| | Edible Icing Image | MGA-TI-000256 | 17455 |
| | Plastic cup with Straw | MGA-TI-000257 | 17456 |
| | Metal Water Bottle | MGA-TI-000258 | 17457 |
| | Purple Container with Pink Handles | MGA-TI-000259 | 17458 |
| 266207 | Single Duvet Cover and Pillowcase | MGA-TI-000260 | 17459 |
| 043881 | The Fabulous Style Swap | MGA-TI-000261 | 17460 |
| 644677 | Watch in metal box with hair clips | MGA-TI-000262 | 17461 |
| | Vinyl Lunch Pail | MGA-TI-000263 | 17462 |
| 629438 | Watch and Clock Gift Set | MGA-TI-000264 | 17463 |
| | Inflatable Chair | MGA-TI-000265 | 17464 |
| 219355 | Vals and Candy (Valentines) | MGA-TI-000266 | 17465 |
| 334576 | Bratz Big Babys Doll Pack Katia | MGA-TI-000267 | 17466 |
| 304951B | Bratz Big Babyz Doll Yasmin | MGA-TI-000268 | 17467 |
| 312956 | Bratz Babyz Big Ponyz Celeste | MGA-TI-000269 | 17468 |
| 304227 | Bratz Babyz Boyz Cameron | MGA-TI-000270 | 17469 |
| 348955 | Bratz Babyz Hair Flair Glow in the Dark | MGA-TI-000271 | 17470 |
| 101031 | Holiday (Babyz) Lela | MGA-TI-000272 | 17471 |
| 292616 | Bratz Babyz Doll Jade | MGA-TI-000273 | 17472 |
| 304296 | Bratz Babyz Ponyz Playset Hot To Trot | MGA-TI-000274 | 17473 |
| 348757 | Playz Sportz (Boyz) Baseball Kade | MGA-TI-000275 | 17474 |
| 315199 | Playz Sportz (Boyz) Dylan | MGA-TI-000276 | 17475 |
| 313687 | Boyz Prince - Iden | MGA-TI-000277 | 17476 |
| 302445 | Step Off! (boyz) Koby | MGA-TI-000278 | 17477 |
| 354321 | Horseback Fun (kidz) Yasmin | MGA-TI-000279 | 17478 |
| 358145 | Horseback Fun (kidz) Sasha | MGA-TI-000280 | 17479 |
| 354314 | Horseback Fun (kidz) Cloe | MGA-TI-000281 | 17480 |
| 305668 | Superstar Catz (petz) Kendall | MGA-TI-000282 | 17481 |
| 356998 | Hair Flair (Itsy Bitsy) Sasha | MGA-TI-000283 | 17482 |
| 404286 | Bratz Itsy Bitsy 4 Doll Pack | MGA-TI-000284 | 17483 |
| 325970 | Itsy Bitsy Bratz - Vinessa Poperoni Pizza | MGA-TI-000285 | 17484 |
| 321255 | Reptile Roller Derby (Itsy Bitsy Petz) | MGA-TI-000286 | 17485 |
| 372868-W8 | Collector Series (Lil' Angelz) Katia | MGA-TI-000287 | 17486 |
| 372875-W8 | Collector Series (Lil' Angelz) Fianna | MGA-TI-000288 | 17487 |
| 372806-W8 | Collector Series (Lil' Angelz) Jasmin | MGA-TI-000289 | 17488 |
| 278375 | Lil Boyz Pax Mikko | MGA-TI-000290 | 17489 |
| 278382 | Lil Boyz Pax Colin | MGA-TI-000291 | 17490 |
| 312550 | Lil Bratz Funk House Talia | MGA-TI-000292 | 17491 |
| 100478 | Forever Diamondz (Micro Bratz) Cloe | MGA-TI-000293 | 17492 |
| 100515 | Forever Diamondz (Micro Bratz) Sharidan | MGA-TI-000294 | 17493 |
| 269427 | Funk Out Sasha | MGA-TI-000295 | 17494 |
| 277705 | Bratz Flashback Fever Fianna | MGA-TI-000296 | 17495 |
| 291893 | Bratz I-Candy Cloe | MGA-TI-000297 | 17496 |
| 291930 | Bratz I-Candy Cloe | MGA-TI-000298 | 17497 |
| 283898 | Bratz Tokyo A-Go Go! Collector Doll KUMI | MGA-TI-000299 | 17498 |
| 277903P | Blind Date Cloe | MGA-TI-000300 | 17499 |
| 303657 | Bratz Midnight Dance Yasmin | MGA-TI-000301 | 17500 |
| 294214 | Bratz Treasures! Roxxi | MGA-TI-000302 | 17501 |
| 292104 | Bratz Fabulous Bratz Tiana | MGA-TI-000303 | 17502 |
| 303978 | Bratz OOH LA LA Kumi | MGA-TI-000304 | 17503 |

| | | | |
|---|---|---|---|
| 291985 | Bratz Life In Concert Dana | MGA-TI-000305 | 17504 |
| 291961 | Bratz Life In Concert Yasmin | MGA-TI-000306 | 17505 |
| 306474 | Bratz Wild Wild West Yasmin | MGA-TI-000307 | 17506 |
| 303466 | Bratz Dynamite Cloe | MGA-TI-000308 | 17507 |
| 300328 | Bratz Twins Tess & Nona | MGA-TI-000309 | 17508 |
| 324720 | Design Your Own Bratz Cloe | MGA-TI-000310 | 17509 |
| 358916 | Flower Girlz | MGA-TI-000311 | 17510 |
| 352334 | Bratz Play Sportz Doll Inline Skating-Sasha | MGA-TI-000312 | 17511 |
| 354611 | Costume Party Jasmin | MGA-TI-000313 | 17512 |
| 343585 | Bratz S07 Pampered Pupz Cloe | MGA-TI-000314 | 17513 |
| 354727 | Birthday Sasha | MGA-TI-000315 | 17514 |
| | Flower Girlz (packaging) | MGA-TI-000316 | 17515 |
| 343691 | Bratz S07 Adventure Girlz Jade | MGA-TI-000319 | 17516 |
| 337942 | Bratz Back to School - Cloe | MGA-TI-000323 | 17517 |
| 343646 | Birthday Meygan | MGA-TI-000332 | 17518 |
| 303534 | Bratz Birthday Bash Cloe | MGA-TI-000333 | 17519 |
| 353201P | Bratz X-Treme Skate Boarding RC Sasha | MGA-TI-000341 | 17520 |
| 306054 | Bratz CampFire Felicia | MGA-TI-000345 | 17521 |
| 260607 | Big Bratz Collector Doll Yasmin | MGA-TI-000347 | 17522 |
| 304142 | Bratz Meygan Collector Doll | MGA-TI-000349 | 17523 |
| 341314 | Bratz Fashion Pixiez Doll Yasmin | MGA-TI-000355 | 17524 |
| 345718 | Fashion Pixiez | MGA-TI-000360 | 17525 |
| 283782 | Bratz Flashback Fever Sasha | MGA-TI-000368 | 17526 |
| 334101 | Bratz Forever Diamondz Jade | MGA-TI-000372 | 17527 |
| 257790 | Bratz Formal Punk Super Stylin' Runway Disco | MGA-TI-000374 | 17528 |
| 257790 | Formal Funk - Play Set | MGA-TI-000375 | 17528A |
| 260424 | Bratz Formal Funk Collection - Dana | MGA-TI-000378 | 17529 |
| 264415 | Bratz Funk N Glow Jade | MGA-TI-000384 | 17530 |
| 255468 | Bratz Funk N' Glow Cloe | MGA-TI-000387 | 17531 |
| 255406 | Bratz Funky Fashion Makeover - Cloe | MGA-TI-000403 | 17533 |
| 255413 | Bratz Funky Fashion Makeover - Yasmin | MGA-TI-000405 | 17534 |
| 263555 | Bratz Funky Fashion Makeover- Meygan | MGA-TI-000408 | 17535 |
| 313595 | Bratz Genie Magic - Megan | MGA-TI-000420 | 17536 |
| 313595 | Genie Magic | MGA-TI-000421 | 17536A |
| 313601 | Genie Magic Sasha | MGA-TI-000422 | 17537 |
| 269649 | Bratz Doll (Girlz Night Out) Cloe | MGA-TI-000424 | 17538 |
| 353430 | Bratz Gold Medal Gymnasts Sasha | MGA-TI-000431 | 17539 |
| 334200 | Bratz Holiday Doll - Trinity | MGA-TI-000432 | 17540 |
| 291909 | Bratz I-Candy Yasmin | MGA-TI-000002 | 17541 |
| 291909 | I-Candy | MGA-TI-000441 | 17541A |
| 291954 | Bratz Doll (Live N Concert) Cloe | MGA-TI-000448 | 17542 |
| 343721 | Bratz S07 Magic Hair Yasmin | MGA-TI-000456 | 17543 |
| 303657 | Midnight Dance Jasmin | MGA-TI-000459 | 17544 |
| 271444 | Bratz Motorcycle Style! - Cloe | MGA-TI-000463 | 17545 |
| 303954 | Bratz OOH LA LA Cloe | MGA-TI-000470 | 17546 |
| 248538 | Bratz Cloe | MGA-TI-000473 | 17547 |
| 248538 | Original Bratz Doll - CLOE | MGA-TI-000474 | 17548 |
| 248538 | Bratz Doll (original) - CLOE | MGA-TI-000475 | 17549 |
| 248538 | Original Bratz Doll - CLOE | MGA-TI-000476 | 17550 |
| 248545 | Bratz Jade | MGA-TI-000477 | 17551 |
| 248545 | Original Bratz Doll - JADE | MGA-TI-000478 | 17552 |
| 248545 | Original Bratz Doll - JADE | MGA-TI-000479 | 17553 |

| | | | |
|---|---|---|---|
| 248545 | Bratz Doll (original) - JADE | MGA-TI-000480 | 17554 |
| 248552 | Bratz Doll Sasha | MGA-TI-000481 | 17555 |
| 248552 | Original Bratz Doll - SASHA | MGA-TI-000482 | 17556 |
| 248552 | Bratz Doll (original) - SASHA | MGA-TI-000483 | 17557 |
| admitted in Phase 1A | Original Bratz Doll - SASHA | MGA-TI-000484 | 17558 |
| 248569 | Bratz Yasmin | MGA-TI-000485 | 17559 |
| 248569 | Original Bratz Doll - YASMINE | MGA-TI-000486 | 17560 |
| admitted in Phase 1A | Original Bratz Doll - YASMINE | MGA-TI-000487 | 17561 |
| 248569 | Bratz Doll (original) - YASMINE | MGA-TI-000488 | 17562 |
| 294122 | Bratz Play Sportz Sasha Cheerleading | MGA-TI-000499 | 17563 |
| 325796 | Play Sportz One on One Tennis Cloe & Meygan | MGA-TI-000513 | 17564 |
| 292012 | Bratz World London Pretty 'N' Punk Cloe | MGA-TI-000530 | 17565 |
| 313670 | Bratz Princess - Roxxi | MGA-TI-000538 | 17566 |
| 352341 | Shrek Doll Yasmine | MGA-TI-000550 | 17567 |
| 339779 | Bratz Sleep Over - Cloe | MGA-TI-000552 | 17568 |
| 350910 | Spider Man Cloe | MGA-TI-000560 | 17569 |
| 320944 | Bratz Spring Break Doll Pack - Cloe | MGA-TI-000561 | 17570 |
| 257257 | Bratz Strut it - Meygan | MGA-TI-000572 | 17571 |
| 258285 | Bratz Style It - Cloe | MGA-TI-000573 | 17572 |
| 258315 | Bratz Style It - Dana | MGA-TI-000576 | 17573 |
| 264729 | Bratz Stylin Salon N Spa - Version 2 | MGA-TI-000578 | 17574 |
| 269526 | Bratz Sun-Kissed Summer - Cloe | MGA-TI-000582 | 17575 |
| 344100 | Sweet Heart Phoebe | MGA-TI-000599 | 17576 |
| 334187 | Bratz Special Feature Talking Cloe | MGA-TI-000600 | 17577 |
| 334194 | Bratz Special Feature Talking Yasmin | MGA-TI-000601 | 17578 |
| 301226 | Bratz Twins Collector Dolls | MGA-TI-000609 | 17579 |
| 273486 | Bratz Doll (Wild Life Safari) Meygan | MGA-TI-000621 | 17580 |
| 306481 | Bratz Wild Wild West Cloe | MGA-TI-000624 | 17581 |
| 260394 | Bratz Wintertime Collection Sasha | MGA-TI-000632 | 17582 |
| 334224 | Bratz Babyz Sitter (1 Bratz & 1 Babyz) Lana & Alicia | MGA-TI-000637 | 17583 |
| 261230 | Bratz Boyz Formal Funk - Koby | MGA-TI-000641 | 17584 |
| 269588 | Bratz Boyz Sun-Kissed Summer - Cameron | MGA-TI-000642 | 17585 |
| 277613 | Boyz Wintertime Collection - Dylan | MGA-TI-000650 | 17586 |
| 277613 | Wintertime Wonderland | MGA-TI-000651 | 17586A |
| 268796 | Catz Brigitte | MGA-TI-000655 | 17587 |
| 268802 | Bratz Petz- Jolie | MGA-TI-000656 | 17588 |
| 268819 | Catz Kendall | MGA-TI-000657 | 17589 |
| 268826 | Catz Daphne | MGA-TI-000658 | 17590 |
| 274087 | Bratz Petz Dogz Shae | MGA-TI-000659 | 17591 |
| 274094 | Bratz Petz Dogz Kali | MGA-TI-000660 | 17592 |
| 274100 | Bratz Petz Dogz Pilar | MGA-TI-000661 | 17593 |
| 274117 | Bratz Petz Dogz Abby | MGA-TI-000662 | 17594 |
| 272724 | Easter Bunny | MGA-TI-000663 | 17595 |
| 272731 | Bratz Petz- Easter Bunny Tess | MGA-TI-000664 | 17596 |
| 272748 | Bratz Petz- Easter Bunny Tatiana | MGA-TI-000665 | 17597 |
| 272755 | Bratz Petz- Easter Bunny Viveca | MGA-TI-000666 | 17598 |
| 274131 | Bratz Petz Foxz Carly | MGA-TI-000667 | 17599 |
| 274148 | Foxz Reilly | MGA-TI-000668 | 17600 |

| | | | |
|---|---|---|---|
| 274155 | Bratz Petz Foxz Shayna | MGA-TI-000669 | 17601 |
| 274162 | Bratz Petz Foxz Bree | MGA-TI-000670 | 17602 |
| 796611 | Bratz Boots | MGA-TI-000708 | 17623 |
| 081002 | Bratz Kit (make-up) | MGA-TI-000709 | 17624 |
| 144225 | Bratz Bag | MGA-TI-000710 | 17625 |
| 144812 | Bratz Travel Stationery Pack | MGA-TI-000711 | 17626 |
| 144812 | Bratz Travel Stationery Pack | MGA-TI-000712 | 17627 |
| 578944 | Bratz Notebook | MGA-TI-000713 | 17628 |
| 578951 | Bratz Binder 4 Ring | MGA-TI-000714 | 17629 |
| 119497 | Bratz Binder | MGA-TI-000715 | 17630 |
| 052805 | Bratz Briefcase | MGA-TI-000716 | 17631 |
| 169002 | Bratz Magnets | MGA-TI-000717 | 17632 |
| 144072 | Bratz Secrets Book Set | MGA-TI-000718 | 17633 |
| 014096 | Bratz School Pack | MGA-TI-000719 | 17634 |
| 148651 | Bratz Sticker Extravaganza | MGA-TI-000720 | 17635 |
| 119565 | Bratz Sketch Book | MGA-TI-000721 | 17636 |
| 119565 | Bratz Board | MGA-TI-000722 | 17637 |
| 132335 | Bratz Accessory | MGA-TI-000723 | 17638 |
| | Bratz Sandals | MGA-TI-000724 | 17639 |
| 699243 | Bratz Shoes | MGA-TI-000725 | 17640 |
| | Bratz Shoes | MGA-TI-000726 | 17641 |
| 159077 | Bratz Stickers | MGA-TI-000727 | 17642 |
| | Bratz Bag | MGA-TI-000728 | 17643 |
| 132175 | Bratz Watch | MGA-TI-000729 | 17644 |
| 144201 | Bratz Pencil Tin | MGA-TI-000730 | 17645 |
| 613756 | Bratz Umbrella | MGA-TI-000731 | 17646 |
| 046484 | Bratz Fuzzy Set | MGA-TI-000732 | 17647 |
| 188114 | Bratz Stickers | MGA-TI-000733 | 17648 |
| 623005 | Bratz Stationery | MGA-TI-000734 | 17649 |
| 361332 | Backpack Yellow/blue | MGA-TI-000735 | 17650 |
| 002304 | Bratz Backpack Pink flowers | MGA-TI-000736 | 17651 |
| 000485 | Bratz Purse purple | MGA-TI-000737 | 17652 |
| 361332 | Bratz Backpack pink/blue | MGA-TI-000738 | 17653 |
| 970446 | Bratz Blanket | MGA-TI-000739 | 17654 |
| 004577 | Bratz Bag | MGA-TI-000740 | 17655 |
| 010840 | Bratz Fashion Pixiez Purse | MGA-TI-000741 | 17656 |
| | Bratz Dress Up | MGA-TI-000742 | 17657 |
| 000676 | Bratz Sneaker Skates | MGA-TI-000743 | 17658 |
| 550486 | Bratz CD Player | MGA-TI-000744 | 17659 |
| 038951 | Bratz Stickers | MGA-TI-000745 | 17660 |
| | Bratz Backpack Purple Lrg. | MGA-TI-000746 | 17661 |
| 065312 | Bratz Bag (Petz) | MGA-TI-000747 | 17662 |
| 006535-F | Bratz Backpack (Petz) | MGA-TI-000748 | 17663 |
| 065350 | Bratz Backpacks (2) Petz | MGA-TI-000749 | 17664 |
| 007778 | Bratz Elastic | MGA-TI-000750 | 17665 |
| | Bratz Swimwear Yellow | MGA-TI-000751 | 17666 |
| 004621 | Bratz Clip-On Purse | MGA-TI-000752 | 17667 |
| 004591 | Bratz Body Jewels | MGA-TI-000753 | 17668 |
| 006614 | Bratz Bottle | MGA-TI-000754 | 17669 |
| 949614 | Bratz Boots | MGA-TI-000755 | 17670 |
| 972360 | Bratz Tennis Shoes | MGA-TI-000756 | 17671 |
| 81654 | Bratz Flip Out Sofa | MGA-TI-000757 | 17672 |

| | | | |
|---|---|---|---|
| 622763 | Bratz Notebook | MGA-TI-000758 | 17673 |
| 622800 | Bratz Eraser Set | MGA-TI-000759 | 17674 |
| 622862 | Bratz Box | MGA-TI-000760 | 17675 |
| 943186 | Bratz Dress | MGA-TI-000761 | 17676 |
| 622855 | Bratz Pencil Tin | MGA-TI-000762 | 17677 |
| 622954 | Bratz Secrets Book Set | MGA-TI-000763 | 17678 |
| 622763 | Bratz Notebook | MGA-TI-000764 | 17679 |
| 550103 | Bratz Discman | MGA-TI-000765 | 17680 |
| 5600287 | Bratz Translator | MGA-TI-000766 | 17681 |
| 184934 | Bratz Body Art | MGA-TI-000767 | 17682 |
| 003846 | Bratz Tote Bag | MGA-TI-000768 | 17683 |
| 747847 | Bratz Shoes | MGA-TI-000769 | 17684 |
| | Bratz Bag Yellow/Pink | MGA-TI-000770 | 17685 |
| | Bratz Bag Yellow/Pink | MGA-TI-000771 | 17686 |
| 433453 | Bratz Valance | MGA-TI-000772 | 17687 |
| 433408 | Bratz Bed Sheets | MGA-TI-000773 | 17688 |
| 010581 | Bratz Funky Activity Pack | MGA-TI-000774 | 17689 |
| 015300 | Bratz Bag | MGA-TI-000775 | 17690 |
| 320951 | Bratz Flip Out Sofa Pink | MGA-TI-000776 | 17691 |
| 007754 | Bratz Skipping Rope | MGA-TI-000777 | 17692 |
| 007778 | Bratz Elastic | MGA-TI-000778 | 17693 |
| 133226 | Bratz Study Kit | MGA-TI-000779 | 17694 |
| 624118 | Bratz Pencil & Jacket | MGA-TI-000780 | 17695 |
| 189548 | Bratz Window Decorations | MGA-TI-000781 | 17696 |
| 000911/00048 | Bratz Wallet | MGA-TI-000782 | 17697 |
| 443422 | Bratz Blanket (Duvet) | MGA-TI-000783 | 17698 |
| 354741 | Bratz Passion 4 Fashion Cloe | MGA-TI-000811 | 17726 |
| 408871 | Bratz Doll (Girfriendz Nite Out) Phoebe | MGA-TI-000812 | 17727 |
| 408888 | Bratz Girlfriendz Nite Out Sasha | MGA-TI-000813 | 17728 |
| 354550 | Bratz Play Sportz Yasmin | MGA-TI-000814 | 17729 |
| 362357 | Bratz Doll (Playz Sportz) Tess | MGA-TI-000815 | 17730 |
| 358435 | Bratz the Movie Jade | MGA-TI-000816 | 17731 |
| | Burger King Happy Meal Toys Spring 2006 | MGA-TI-000826 | 17740 |
| 358473 | Bratz The Movie Funky Fashion Makeover | MGA-TI-000869 | 17772 |
| 332893-S7 | Sewing Machine | MGA-TI-000870 | 17773 |
| 372790-W12 | Bratz Lil' Angelz Cloe | MGA-TI-000871 | 17774 |
| 302469 | Bratz Doll (Babyz) Fianna | MGA-TI-000872 | 17775 |
| 354659 | Bratz Doll (Holiday) Yasmin | MGA-TI-000874 | 17776 |
| 248682 | Fashion Pack (Dynamite Dance) | MGA-TI-000876 | 17777 |
| 248576 | Fashion Pack ( Pajama Power) | MGA-TI-000877 | 17778 |
| 249115 | Fashion Pack (Study Hall) | MGA-TI-000878 | 17779 |
| 248583 | Fashion Pack (Study Hall) | MGA-TI-000879 | 17780 |
| 255260 | Micro Bratz F02 Cloe | MGA-TI-000898 | 17799 |
| 251682 | Micro Bratz - Jade | MGA-TI-000899 | 17800 |
| 255307 | Micro Bratz F02 Sasha | MGA-TI-000900 | 17801 |
| 254096 | Bratz Fashion Pack F'02 Just Do P.E. | MGA-TI-000901 | 17802 |
| 254119 | Bratz Fashion Pack F'02 Punk n Prep | MGA-TI-000902 | 17803 |
| 254102 | Bratz Fashion Pack F'02 Party Perfection | MGA-TI-000903 | 17804 |
| 254027 | Bratz Fall 2002 - Yasmin | MGA-TI-000904 | 17805 |
| 254058 | Bratz Doll (Xpress It!) Sasha | MGA-TI-000905 | 17806 |

| | | | |
|---|---|---|---|
| 254010 | Bratz Fall 2002 - Cloe | MGA-TI-000906 | 17807 |
| 254065 | Bratz Doll (Xpress It!) Meygan | MGA-TI-000907 | 17808 |
| 254034 | Bratz Doll (Xpress It!) Jade | MGA-TI-000908 | 17809 |
| 251439 | Bratz Doll S02 Sasha | MGA-TI-000909 | 17810 |
| 251460 | Bratz Doll S02 Jade | MGA-TI-000910 | 17811 |
| 251453 | Bratz Doll S02 Yasmin | MGA-TI-000911 | 17812 |
| 254263 | Beach Party Bratz-Cloe | MGA-TI-000912 | 17813 |
| 254287 | Beach Party Bratz-Jade | MGA-TI-000913 | 17814 |
| 259206 | Bratz Stylin' Hair Studio | MGA-TI-000914 | 17815 |
| 303446 | Bratz Doll (Dynamite) Cloe | MGA-TI-000352 | 18290 |
| 291978 | Bratz Life In Concert Sasha | MGA-TI-000451 | 18291 |
| 324706 | Bratz Doll (Playz Sportz) Basketball | MGA-TI-000506 | 18292 |
| 257219 | Cloe | | 18512 |
| 269380 | Cloe | | 18513 |
| 255482 | Bratz Funk N' Glow Jade | MGA-TI-000389 | 18542 |
| 313472 | Bratz Birthday - Cloe | MGA-TI-000325 | 18650 |
| 343639 | Bratz Birthday Yasmin | MGA-TI-000329 | 18651 |
| 353201 | Bratz X-Treme Skate Boarding RC Sasha | MGA-TI-000339 | 18652 |
| 333746 | Costume Party Lela | MGA-TI-000351 | 18653 |
| 345701 | Bratz Fashion Pixiez Dee | MGA-TI-000359 | 18654 |
| 313311 | Bratz Feelin' Pretty Collection Dana | MGA-TI-000362 | 18655 |
| 264392 | Bratz Funk N' Glow - Cloe | MGA-TI-000383 | 18656 |
| 269670 | Bratz Girls Night Out- Dana | MGA-TI-000428 | 18657 |
| 321705 | Bratz Hollywood Yasmin | MGA-TI-000433 | 18658 |
| 321712 | Bratz Hollywood Phoebe | MGA-TI-000434 | 18659 |
| 348832 | Bratz S07 Hot Summer Dayz Jade | MGA-TI-000438 | 18660 |
| 334149 | Bratz Ice Champions Vinessa | MGA-TI-000446 | 18661 |
| 327387 | Bratz Ice Champions Playset w/ Maribel | MGA-TI-000447 | 18662 |
| 343738 | Bratz S07 Magic Hair Jade | MGA-TI-000457 | 18663 |
| 303671 | Bratz Midnight Dance Fianna | MGA-TI-000461 | 18664 |
| 277491 | Bratz Nighty Night Collection- Fianna | MGA-TI-000468 | 18665 |
| 296669 | Bratz Play Sportz Karate Roxxi | MGA-TI-000501 | 18666 |
| 313182 | Bratz Play Sportz Softball - Phoebe | MGA-TI-000504 | 18667 |
| 333692 | Bratz Play Sportz Doll Snow Boarding - Lilee | MGA-TI-000515 | 18668 |
| 333715 | Bratz Play Sportz Doll Sports Car - Katia | MGA-TI-000517 | 18669 |
| 334262 | Play Sportz Teamz Soccer - Cloe & Katia | MGA-TI-000518 | 18670 |
| 333739 | Bratz Costume Party Angel - Yasmin | MGA-TI-000350 | 18671 |
| 357353 | Playz Sportz Vinessa | MGA-TI-000529 | 18673 |
| 313700 | Bratz Princess Sisters Ciara & Diona | MGA-TI-000539 | 18674 |
| 334002 | Bratz Rodeo Cloe | MGA-TI-000546 | 18675 |
| 303909 | Bratz Rock Angelz Jade | MGA-TI-000542 | 18676 |
| 334019 | Bratz Rodeo Sorya | MGA-TI-000544 | 18677 |
| 277514 | Bratz Secret Date Nevra | MGA-TI-000547 | 18678 |
| 321125 | Bratz Sisterz - Kiani & Lilana | MGA-TI-000551 | 18679 |
| 256342 | Bratz Slumber Party - Yasmin | MGA-TI-000557 | 18680 |
| 339793 | Bratz Sleep Over - Jade | MGA-TI-000554 | 18681 |
| 320968 | Spring Break Leah | MGA-TI-000563 | 18682 |
| 297093 | Bratz Step Out! Meygan | MGA-TI-000566 | 18683 |
| 369562 | Sun Kissed Summer Cloe | MGA-TI-000584 | 18684 |
| 313434 | Bratz Sweet Dreamz Pajama Party - Siernna | MGA-TI-000593 | 18685 |
| 313441 | Bratz Sweet Dreamz Pajama Party - Kumi | MGA-TI-000594 | 18686 |
| 344087 | Sweet Heart Lilee | MGA-TI-000597 | 18687 |

| | | | |
|---|---|---|---|
| 321118 | Bratz Twiins Krysta & Lela (identical) | MGA-TI-000610 | 18688 |
| 277941 | Bratz Twins Collector Doll | MGA-TI-000611 | 18689 |
| 292104 | Fabulous Las Vegas Tiana | MGA-TI-000613 | 18690 |
| 273479 | Bratz Wild Life Safari- Fianna | MGA-TI-000617 | 18691 |
| 309017 | Bratz Wild Wild West Kiana | MGA-TI-000627 | 18692 |
| 260356 | Bratz Wintertime Collection Cloe | MGA-TI-000628 | 18693 |
| 260363 | Bratz Wintertime Collection Yasmin | MGA-TI-000629 | 18694 |
| 405160 | Bratz Girlfriendz Cloe | MGA-TI-000423 | 18695 |
| 269427 | Bratz Funk Out! Sasha | MGA-TI-000399 | 18697 |
| 269427 | Bratz Funk Out! Sasha | MGA-TI-000400 | 18698 |
| 254108 | Bratz Doll Cloe | MGA-TI-000025 | 18701 |
| 269397 | Bratz Doll Yasmin | MGA-TI-000394 | 18702 |
| 350651 | Bratz Doll Play Sportz Soccer Cloe | MGA-TI-000527 | 18703 |
| 257233 | Bratz Doll Jade | MGA-TI-000570 | 18704 |
| 313564 | Bratz Doll Genie Magic Yasmin | MGA-TI-000417 | 18705 |
| 352334 | Bratz Doll Play Sportz Inline Skating Sasha | MGA-TI-000528 | 18706 |
| 334132 | Bratz Doll Ice Champions Dana | MGA-TI-000445 | 18707 |
| 348818 | Summer Days Cloe | MGA-TI-000435 | 18708 |
| 343684 | Bratz Doll Adventure Girlz Yasmin | MGA-TI-000320 | 18709 |
| 269687 | Bratz Doll Girlz Night Out Sasha | MGA-TI-000425 | 18710 |
| 343646 | Bratz Doll Bday Meygan | MGA-TI-000331 | 18711 |
| 343547 | Bratz Doll Kidz Yasmin | MGA-TI-000873 | 18712 |
| 354741 | Bratz Doll Passion 4 Fashion Cloe | MGA-TI-000867 (A) | 18713 |
| 277705 | Bratz Doll Flashback Fever Fianna | MGA-TI-000367 | 18714 |
| 269403 | Bratz Doll Jade | MGA-TI-000396 | 18715 |
| 258360 | Bratz Doll FM Cruiser Jade | MGA-TI-000029 | 18716 |
| 273486 | Bratz Doll Safari Meygan | MGA-TI-000620 | 18717 |
| 273486 | Bratz Doll Safari Meygan | MGA-TI-000619 | 18718 |
| 325703 | Bratz Doll Play Sportz Basketball Yasmin & Jade | MGA-TI-000507 | 18719 |
| 325772 | Bratz Doll Play Sportz Tennis Jade & Meygan | MGA-TI-000511 | 18720 |
| 325765 | Bratz Doll Play Sportz Jade & Yasmin | MGA-TI-000510 | 18721 |
| 325802 | Bratz Doll Play Sportz Megan & Yasmin | MGA-TI-000514 | 18722 |
| 325758 | Bratz Doll Play Sportz Cloe & Yasmin | MGA-TI-000509 | 18723 |
| 306474 | Bratz Doll Wild Wild West Yasmin | MGA-TI-000623 | 18724 |
| 333708 | Bratz Doll Play Sportz Skiing Yasmin | MGA-TI-000516 | 18725 |
| 264392 | Bratz Doll Funk n Glo Cloe | MGA-TI-000382 | 18726 |
| 255505 | Bratz Doll Funk n Glo Sasha | MGA-TI-000390 | 18727 |
| 340911 | Bratz Doll Sleepin' Style Sasha | MGA-TI-000556 | 18728 |
| 340911 | Bratz Doll Sleepin in style Sasha | MGA-TI-000555 | 18729 |
| 291961 | Bratz Doll Live in Concert Yasmin | MGA-TI-000450 | 18730 |
| 344070 | Bratz Doll Sweet Heart Sasha | MGA-TI-000596 | 18731 |
| 344094 | Bratz Doll Sweet Heart Yasmin | MGA-TI-000598 | 18732 |
| 277620 | Bratz Doll Winterland Eitan | MGA-TI-000652 | 18733 |
| 269618 | Bratz Doll Sunkissed Summer Eitan | MGA-TI-000646 | 18734 |
| 334279 | Bratz Doll Triiiplets | MGA-TI-000019 | 18735 |
| 369618 | Bratz Doll Sunkissed Eitan | MGA-TI-000647 | 18736 |
| 340904 | Bratz Doll Sleepin' Style Meygan | MGA-TI-000024 | 18737 |
| 369504 | Bratz Doll Sunkissed Summer Jade | MGA-TI-000580 | 18738 |
| 303671 | Bratz Doll Midnite Dance Fianna | MGA-TI-000023 | 18739 |
| 353409 | Bratz Doll Goldmedal Gymnyst Cloe | MGA-TI-000429 | 18740 |
| 269656 | Bratz Doll Girlz Nite Out Yasmin | MGA-TI-000426 | 18741 |

| | | | |
|---|---|---|---|
| 269540 | Bratz Doll Sunkissed Summer Jade | MGA-TI-000579 | 18742 |
| 269526 | Bratz Doll Sunkissed Summer Cloe | MGA-TI-000583 | 18743 |
| 269540 | Bratz Doll Sunkissed Summer Jade | MGA-TI-000581 | 18744 |
| 303473 | Bratz Doll Bratz Dynamite Nevra | MGA-TI-000021 | 18745 |
| 313571 | Bratz Doll Genie Magic Jade | MGA-TI-000418 | 18746 |
| 294214 | Bratz Doll Bratz Treasures Roxxi | MGA-TI-000608 | 18747 |
| 273462 | Bratz Doll Wildlife Safari Nevra | MGA-TI-000616 | 18748 |
| 273479 | Bratz Doll Wildlife Safari Fianna | MGA-TI-000618 | 18749 |
| 273462 | Bratz Doll Wildlife Safari Nevra | MGA-TI-000615 | 18750 |
| 354703 | Bratz Doll Bratz Bday Yasmin | MGA-TI-000875 | 18751 |
| 294911 | Bratz Doll Bratz Treasures Yasmin | MGA-TI-000607 | 18752 |
| 291930 | Bratz Doll Bratz I-Candy Phoebe | MGA-TI-000442 | 18753 |
| 291893 | Bratz Doll Bratz I-Candy Cloe | MGA-TI-000440 | 18754 |
| 269564 | Bratz Doll Sunkissed Summer Sasha | MGA-TI-000589 | 18755 |
| 269557 | Bratz Doll Sunkissed Summer Dana | MGA-TI-000590 | 18756 |
| 269333 | Bratz Doll Sunkissed Summer Yasmin | MGA-TI-000586 | 18757 |
| 269333 | Bratz Doll Sunkissed Summer Yasmin | MGA-TI-000587 | 18758 |
| 303978 | Bratz Doll Ooh-la-la Kumi | MGA-TI-000472 | 18759 |
| 255406 | Bratz Doll Funky Fashion Makeover Cloe | MGA-TI-000404 | 18760 |
| 271420 | Bratz Doll Funky Fashion Makeover Meygan | MGA-TI-000412 | 18761 |
| 269494 | Bratz Doll Funky Fashion Makeover Nevra | MGA-TI-000413 | 18762 |
| 534262 | Bratz Doll Play Sportz Soccer Katia & Cloe | MGA-TI-000519 | 18763 |
| 271543 | Bratz Doll Funky Fashion Makeover Dana | MGA-TI-000415 | 18764 |
| 387858 | Bratz Doll Play Sportz Cloe & Yasmin Softball | MGA-TI-000520 | 18765 |
| 306034 | Bratz Doll Camfire Yasmin | MGA-TI-000346 | 18766 |
| 291985 | Bratz Doll Live in Concert Dana | MGA-TI-000452 | 18767 |
| 303480 | Bratz Doll Dynamite Meygan | MGA-TI-000353 | 18768 |
| 291954 | Bratz Doll Live in Concert Cloe | MGA-TI-000449 | 18769 |
| 353416 | Bratz Doll Bday Bash Phoebe | MGA-TI-000430 | 18770 |
| 303541 | Bratz Doll Gymnastics Gold Medal Yasmin | MGA-TI-000335 | 18771 |
| 313416 | Bratz Doll Bratz Bday Jade | MGA-TI-000327 | 18772 |
| 337935 | Bratz Doll Bratz Back 2 School Yasmin | MGA-TI-000322 | 18773 |
| 277927P | Bratz Doll Blind Date Jade | MGA-TI-000337 | 18774 |
| 351338 | Bratz Doll Fashion Pixiez Sasha | MGA-TI-000357 | 18775 |
| 283898 | Bratz Doll Bratzworld Tokoyo Kumi | MGA-TI-000035 | 18776 |
| 344643P | Foldable Scooter | MGA-TI-000918 | 18796 |
| 323914 | Sitting Pillow | MGA-TI-000919 | 18797 |
| 365242 | MP3 Player | MGA-TI-000920 | 18798 |
| 305156 | 35mm Camera with Flash | MGA-TI-000921 | 18799 |
| 366065 | Talk Back Alarm Clock | MGA-TI-000922 | 18800 |
| 308379EU | Rockin' Helmet | MGA-TI-000923 | 18801 |
| 402312 | Bead Urself | MGA-TI-000924 | 18802 |
| 257813 | Electric Funk Cordless Phone | MGA-TI-000925 | 18803 |
| 269878 | Wall Clock | MGA-TI-000926 | 18804 |
| 270416 | Groovin' Glow Lamp | MGA-TI-000927 | 18805 |
| 333647 | Designer Canopy | MGA-TI-000928 | 18806 |
| 338444 | Heart Shapped Pillow | MGA-TI-000929 | 18807 |
| 272175 | Super Stylin' Skates-Size 5 | MGA-TI-000930 | 18808 |
| 299172 | 3 Shelf Storage | MGA-TI-000931 | 18809 |
| 365624 | Light Up Roller Luggage | MGA-TI-000932 | 18810 |
| 383758 | Tour Bus | MGA-TI-000935 | 18815 |
| 100331 | Bratz, Girls Really Rock, a Bratz Musical | MGA-TI-000938 | 18821 |