QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF ITS OPPOSITION TO MGA'S MOTION FOR SANCTIONS AND A CURATIVE INSTRUCTION IN CONNECTION WITH MATTEL'S IMPROPER USE OF FOREIGN LAWSUITS DURING MATTEL'S PHASE 1-B OPENING STATEMENT (2) EXHIBITS 8, 9 AND 14 TO THE DECLARATION OF JON D. COREY IN SUPPORT THEREOF**<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Trial Date: May 27, 2008 |

07209/2592481.1

APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (1) Mattel, Inc.'s Opposition to MGA's Motion for Sanctions and a Curative Instruction in Connection with Mattel's Improper Use of Foreign Lawsuits During Mattel's Phase 1-B Opening Statement (the "Opposition"); and (2) Exhibits 8, 9 and 14 to the Declaration of Jon D. Corey in support thereof ("Corey Declaration").

Exhibits 8, 9 and 14 to the Corey Declaration were designated by MGA as "Confidential—Attorneys Eyes Only" pursuant to the Protective Order. The Opposition includes substantive discussion of some or all of these Exhibits. The publicly filed Opposition has redacted only such substantive discussion of these Exhibits, and nothing else. Accordingly, Mattel respectfully requests that the Court order that the Opposition and Exhibits 8, 9 and 14 to the Corey Declaration, be filed under seal. In the alternative, Mattel respectfully requests that the Court order such information be deemed not confidential.

DATED: August 4, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon Corey
   Jon Corey
   Attorneys for Plaintiff
   Mattel, Inc.