#### UNITED STATES DISTRICT COURT
#### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) Mattel, Inc.'s Response to MGA's Motion for Clarification or Reconsideration of the Court's July 24, 2008 Order Concerning Scope of Copyright Protection; (2) Declaration of B. Dylan Proctor ISO; (3) Application to File Under Seal Mattel's Response; (4) [Proposed] Order Granting Application to File Under Seal

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated  January 4, 2005
- ☐ Manual Filing required (*reason*):

| | |
|---|---|
| August 6, 2008<br>Date | /s/ Cyrus Naim<br>Attorney Name<br>Mattel, Inc.<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).