UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL** - *(PHASE II)*

| | |
|---|---|
| Case No. | CV 04-09049 SGL (RNBx) |
| Title: | MATTEL, INC., v. MGA ENTERTAINMENT, INC., |
| Date | August 5, 2008 |

Present: The Honorable   STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza (A.M.) / Mark Schweitzer (P.M.) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

Attorneys Present for Plaintiff(s):
John B. Quinn
William Price
Michael T. Zeller
John D. Corey

Attorneys Present for Defendants:
Thomas J. Nolan
Carl A. Roth
Lauren E. Aguiar
David Hansen

_____ Day Court Trial   29th (Phase II) Day Jury Trial
_____ One day trial:  _____ Begun (1st day);  _____ Held & Continued;  _____ Completed by jury verdict/submitted to court.
_____ The Jury is impaneled and sworn.
_____ Opening statements made by
✔ Witnesses called, sworn and   ✔ Exhibits   ✔ Exhibits admitted.
_____ Plaintiff(s) rest.   _____ Defendant(s) rest.
_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.
_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.
_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.
_____ Jury polled.   _____ Polling waived.
_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court   _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   Briefs to be filed by _____
_____ Motion to dismiss by _____   is   _____ granted.   _____ denied.   _____ submitted.
_____ Motion for mistrial by _____   is   _____ granted.   _____ denied.   _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____   is   _____ granted.   _____ denied.   _____ submitted.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
✔ Case continued   8/6/08, 9:00 am   for further jury trial proceedings.
✔ Other:   Counsel to be present for bench conference at 8:00 a.m., 8/6/08

: 8/15
Initials of Deputy Clerk   jh

cc: