QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PUBLIC REDACTED] DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S RESPONSE TO MGA'S MOTION FOR CLARIFICATION OR RECONSIDERATION OF THE COURT'S JULY 24, 2008 ORDER CONCERNING SCOPE OF COPYRIGHT PROTECTION<br><br>Phase 1B<br>Trial Date: July 23, 2008 |

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1.  I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.  Attached as Exhibit 1 hereto is a true and correct copy of excerpts of the July 18, 2008 Trial Transcript.

3.  Attached as Exhibit 2 hereto is a true and correct copy of the Court's Order dated July 24, 2008.

4.  Attached as Exhibit 3 hereto is a true and correct copy of excerpts of the MGA Parties' Objections to Mattel's Third Amended Proposed Jury Instructions for Phase 1B.

5.  Attached as Exhibit 4 hereto is a true and correct copy of excerpts of the Complaint in MGA Entertainment, Inc. v. Mattel, Inc., Case No. CV 05-2727 SGL (RNBx).

6.  Attached as Exhibit 5 hereto is a true and correct copy of excerpts of MGA Entertainment, Inc.'s Third Supplemental Responses to Mattel, Inc.'s Fifth Set of Requests for Admission, dated November 30, 2007.

7.  Attached as Exhibit 6 hereto is a true and correct copy of excerpts of the Affirmation of Lee Shiu Cheung in MGA Entertainment, Inc. v. Double Grand Corp. Ltd.

8.  Attached as Exhibit 7 hereto is a true and correct copy of excerpts of the deposition of Spencer Woodman, dated October 9, 2007.

9.  Attached as Exhibit 8 hereto is a true and correct copy of excerpts of the Affirmation of Wai Lim Fan in MGA Entertainment, Inc. v. Hunglam Toys Co. Ltd., dated July 24, 2003.

10. Attached as Exhibit 9 hereto is a true and correct copy of the Expert Report of Glenn V. Vilppu.

11. Attached as Exhibit 10 hereto is a true and correct copy of excerpts of the deposition of Glenn V. Vilppu, dated May 15, 2008.

12. Attached as Exhibit 11 hereto is a true and correct copy of MGA's [Proposed] Copyright Instruction No. 17.17 (Revised) Re: Copyright Infringment – Extrinsic Test; Intrinsic Test.

13. Attached as Exhibit 12 hereto is a true and correct copy of excerpts of Mattel's Third Amended Proposed Jury Instructions for Phase 1B.

14. Attached as Exhibit 13 hereto is a true and correct copy of excerpts of the Expert Report of Peter S. Menell, dated February 11, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 6, 2008, at Riverside, California.

B. Dylan Proctor