QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF ITS OPPOSITION TO MGA'S MOTION FOR SANCTIONS AND A CURATIVE INSTRUCTION IN CONNECTION WITH MATTEL'S IMPROPER USE OF FOREIGN LAWSUITS DURING MATTEL'S PHASE 1-B OPENING STATEMENT (2) EXHIBITS 8, 9 and 14 TO THE DECLARATION OF JON D. COREY IN SUPPORT THEREOF<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Trial Date: May 27, 2008 |

07209/2592494.1

# [PROPOSED] ORDER

Based on Mattel, Inc.'s Application To File Under Seal (1) Mattel, Inc.'s Opposition to MGA's Motion for Sanctions and a Curative Instruction in Connection with Mattel's Improper Use of Foreign Lawsuits During Mattel's Phase 1-B Opening Statement (the "Opposition"); and (2) Exhibits 8, 9 and 14 to the Declaration of Jon D. Corey in support thereof ("Corey Declaration"), and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

(1) the Opposition, and

(2) Exhibits 8, 9 and 14 to the Corey Declaration,

shall be filed under seal pursuant to Local Rule 79-5.1.

DATED: 8/6, 2008

_____
Hon. Stephen G. Larson
United States District Judge

07209/2592494.1