QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (A) PORTIONS OF ITS *EX PARTE* APPLICATION TO (1) EXCLUDE BELATEDLY-PRODUCED MGA FINANCIAL RECORDS AND (2) COMPEL PRODUCTION OF BRATZ-RELATED LITIGATION MATERIALS AND (B) EXHIBITS 3, 4, 6, 9, 10, 14-32, 36, 38, 39 and 40 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT THEREOF<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Trial Date: May 27, 2008 |

07209/2588447.1

[PROPOSED] ORDER

# [PROPOSED] ORDER

Based on Mattel, Inc.'s Application To File Under Seal (1) Mattel's *Ex Parte* Application to Exclude Belatedly-Produced MGA Financial Records and Compel Production of Bratz-Related Litigation Materials (the "Application"); and (2) Exhibits 3, 4, 6, 9, 10, 14-32, 36, 38, 39 and 40 to the Declaration of Juan Pablo Albán support thereof ("Albán Declaration"), and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

    (1) the Application, and

    (2) Exhibits 3, 4, 6, 9, 10, 14-32, 36, 38, 39 and 40 to the Albán Declaration,

shall be filed under seal pursuant to Local Rule 79-5.1.

DATED: 8/6, 2008  _____
Hon. Stephen G. Larson
United States District Judge