**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S RESPONSE TO MGA'S MOTION FOR CLARIFICATION OR RECONSIDERATION OF THE COURT'S JULY 24, 2008 ORDER CONCERNING SCOPE OF COPYRIGHT PROTECTION**<br><br>[[Proposed] Order filed concurrently]<br><br>**Phase 1B**<br>Trial Date: July 23, 2008 |

07209/2594477.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Mattel, Inc.'s Response to MGA's
4 Motion for Clarification or Reconsideration of the Court's July 24, 2008 Order
5 Concerning Scope of Copyright Protection (the "Response"), and Exhibits 6, 8, 9
6 and 13 to the Declaration of B. Dylan Proctor in Support (the "Declaration").

7   The Declaration attaches, and the Response quotes from, materials that
8 MGA has designated as "Confidential" or "Confidential--Attorneys' Eyes Only"
9 pursuant to the Protective Order. MGA has designated Exhibits 6, 8, and 13 as
10 "Confidential--Attorneys' Eyes Only," and Exhibit 9 as "Confidential."
11 Accordingly, Mattel requests that the Court order that the Declaration and Response
12 be filed under seal.

13   In the alternative, Mattel requests that the Court declare that Exhibits 6,
14 8, 9 and 13 to the Declaration are outside the definitions of "Confidential" as
15 contained in the Stipulated Protective Order and order them to be filed as part of the
16 public record.

18 DATED: August 6, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

20          By /s/ Cyrus S. Naim
21          Cyrus S. Naim
            Attorneys for Mattel, Inc.