1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     EASTERN DIVISION

11  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)
                                         Consolidated with
12              Plaintiff,               Case Nos. CV 04-09059 & CV 05-2727

13        vs.                            [PROPOSED] ORDER GRANTING
                                         APPLICATION TO FILE UNDER SEAL
14  MATTEL, INC., a Delaware             MATTEL, INC.'S RESPONSE TO
    corporation,                         MGA'S MOTION FOR
15                                       CLARIFICATION OR
                Defendant.               RECONSIDERATION OF THE
16                                       COURT'S JULY 24, 2008 ORDER
                                         CONCERNING SCOPE OF
17  AND CONSOLIDATED ACTIONS             COPYRIGHT PROTECTION

18                                       Phase 1B
                                         Trial Date: July 23, 2008
19

20

21

22

23

24

25

26

27

28

09/2594480.1
                                                          [PROPOSED] ORDER

1
2                              [PROPOSED] ORDER
3
4              Based on the concurrently filed Application to File Under Seal Mattel,
5   Inc.'s Response to MGA's Motion for Clarification or Reconsideration of the Court's
6   July 24, 2008 Order Concerning Scope of Copyright Protection,
7              IT IS HEREBY ORDERED:
8              Mattel, Inc.'s Response to MGA's Motion for Clarification or
9   Reconsideration of the Court's July 24, 2008 Order Concerning Scope of Copyright
10  Protection, and Exhibits 6, 8, 9 and 13 to the Declaration of B. Dylan Proctor in
11  Support, are ORDERED filed under seal pursuant to Local Rule 79-5.1.
12
13
14  DATED:        8/6        , 2008
                                          _____
15                                        Hon. Stephen G. Larson
                                          United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

07209/2594480.1

-2-

[PROPOSED] ORDER