# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL** - *(PHASE II)*

| | |
|---|---|
| Case No. | CV 04-09049 SGL (RNBx) |
| Title: | MATTEL, INC., v. MGA ENTERTAINMENT, INC., |
| Date | August 6, 2008 |

Present: The Honorable  STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza (A.M.) / Mark Schweitzer (P.M.) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn<br>William Price<br>Michael T. Zeller<br>John D. Corey | Thomas J. Nolan<br>Carl A. Roth<br>Lauren E. Aguiar<br>David Hansen |

____ Day Court Trial    30th (Phase II) Day Jury Trial

____ One day trial:    ____ Begun (1st day);    ____ Held & Continued;    ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
✔ Witnesses called, sworn and    ✔ Exhibits    ✔ Exhibits admitted.
____ Plaintiff(s) rest.    ____ Defendant(s) rest.
____ Closing arguments made by    ____ plaintiff(s)    ____ defendant(s).    ____ Court instructs jury.
____ Bailiff(s) sworn.    ____ Jury retires to deliberate.    ____ Jury resumes deliberations.
____ Jury Verdict in favor of    ____ plaintiff(s)    ____ defendant(s) is read and filed.
____ Jury polled.    ____ Polling waived.
____ Filed Witness & Exhibit Lists    ____ Filed jury notes.    ____ Filed jury instructions.
____ Judgment by Court    ____ plaintiff(s)    ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).
____ Case submitted.    Briefs to be filed by _____
____ Motion to dismiss by _____ is    ____ granted.    ____ denied.    ____ submitted.
____ Motion for mistrial by _____ is    ____ granted.    ____ denied.    ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is    ____ granted.    ____ denied.    ____ submitted.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
✔ Case continued    August 7, 2008, at 9:00 a.m.    for further jury trial proceedings.
✔ Other:    Counsel to be present for bench conference at 8:00 a.m.

                                                                        7 : 39
                                            Initials of Deputy Clerk  jh/cls

cc: