QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MOTION OF MATTEL, INC. TO QUASH MGA TRIAL SUBPOENA ISSUED TO CUSTODIAN OF RECORDS<br><br>**Phase 1B**<br>Trial Date: July 23, 2008 |

# DECLARATION OF CYRUS S. NAIM

I, Cyrus S. Naim, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia. I am an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Trial Subpoena of Custodian of Records, Mattel, Inc., and Attachment A thereto, dated July 31, 2008.

3. Attached as Exhibit 2 is a true and correct copy of Mattel, Inc.'s Objections to Custodian of Records Subpoena, dated August 7, 2008.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the trial transcript in this case dated June 24, 2008.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the trial transcript in this case dated July 21, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2008, at Riverside, California.

/s/ Cyrus S. Naim
_____
Cyrus S. Naim