LODGED

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  LAUREN AGUIAR (Admitted Pro Hac Vice)
   (laguiar@skedden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
4  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000
5  Fax: (213) 687-5600

6
7  Attorneys for the MGA Parties
8
          UNITED STATES DISTRICT COURT
9
          CENTRAL DISTRICT OF CALIFORNIA
10
11 CARTER BRYANT, an individual,          ) CASE NO. CV 04-9049 SGL (RNBx)
                                           )
12                   Plaintiff,            ) Consolidated with Case No. 04-9059
                                           ) and Case No. 05-2727
13        v.                               )
                                           ) [PROPOSED] ORDER TO FILE
14 MATTEL, INC., a Delaware                ) UNDER SEAL DECLARATIONS
   corporation,                            ) OF CARL ALAN ROTH AND
15                                         ) STEPHEN SCHULTZ IN
                     Defendant.            ) SUPPORT OF MGA PARTIES'
16                                         ) OPPOSITION TO MATTEL,
   _____        ) INC.'S *EX PARTE* APPLICATION
17 AND CONSOLIDATED ACTIONS                ) TO (1) EXCLUDE BELATEDLY-
                                           ) PRODUCED MGA FINANCIAL
18                                         ) RECORDS AND (2) COMPEL
                                             PRODUCTION OF BRATZ-
19                                           RELATED LITIGATION
                                             MATERIALS
20
21
22
23
24
25
26
27
28
                    [Proposed] Order To File Under Seal
                    Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the Application To File Under Seal, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: Declarations of Carl Alan Roth and Stephen Schultz in Support of MGA Parties' Opposition to Mattel's *Ex Parte* Application to (1) Exclude Belatedly Produced MGA Financial Records and (2) Compel Production of Bratz-Related Litigation Materials.

DATED: August 4, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge