# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL - *(PHASE II)***

| | |
|---|---|
| Case No. | CV 04-09049 SGL (RNBx) |
| Title: | MATTEL, INC., v. MGA ENTERTAINMENT, INC., |
| Date | August 7, 2008 |

**Present: The Honorable** STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| C. Sasse | Theresa Lanza (A.M.) / Mark Schweitzer (P.M.) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

**Attorneys Present for Plaintiff(s):**
John B. Quinn
William Price
Michael T. Zeller
John D. Corey

**Attorneys Present for Defendants:**
Thomas J. Nolan
Carl A. Roth
Lauren E. Aguiar
David Hansen
Raoul Kennedy
Jordan Feirman
Jonathan Uslaner

___ Day Court Trial     31st (Phase II) Day Jury Trial

___ One day trial:  ___ Begun (1st day);  ___ Held & Continued;  ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
✔ Witnesses called, sworn and   ✔ Exhibits   ✔ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
✔ Case continued   August 8, 2008, at 9:00 a.m.   for further jury trial proceedings.
✔ Other:   Counsel to be present for bench conference at 8:00 a.m. Motion for Sanctions is DENIED. Motion for Clarification or Reconsideration of the Court's 7/24/08 Order Concerning Scope of Copyright Protection- Court will issue an order.

                                                                                          7  :  24
Initials of Deputy Clerk   cls

cc: