# EXHIBIT 5

AO88 (Rev. 12/07) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

CENTRAL                    CALIFORNIA

CARTER BRYANT, an individual,

V.

MATTEL, INC., a Delaware corporation,

SUBPOENA IN A CIVIL CASE

Case Number: CV 04-9049 SGL (RNBx)
Consolidated with cases
CV 04-9059 and CV 05-2727

TO: Custodian of Records, MGA Entertainment, Inc.
16380 Roscoe Blvd., Suite 200
Van Nuys, CA 91406

[X] YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| US District Court, Central District of California<br>Eastern District, Riverside Courthouse<br>3470 Twelfth Street<br>Riverside, CA 92501 | Hon. Stephen Larson<br>Court Room 1 |
| | DATE AND TIME |
| | July 23, 2008<br>9:00 a.m. |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[X] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
SEE ATTACHMENT "A"

| PLACE | DATE AND TIME |
|---|---|
| US District Court, Central District of California<br>Eastern Division, Riverside Courthouse, Court Room 1<br>3470 Twelfth Street, Riverside, CA 92501 | July 23, 2008<br>9:00 a.m. |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Attorneys for Mattel, Inc. | July 21, 2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael T. Zeller, Quinn Emanuel Urquhart Oliver & Hedges, LLP,
865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017   (213) 443-3000

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88

Exhibit 5,
P. 21

AO88 (Rev. 12/07) Subpoena in a Civil Case (Page 2)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
         DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Federal Rule of Civil Procedure 45 (c), (d), and (e), as amended on December 1, 2007:

(c) PROTECTING A PERSON SUBJECT TO A SUBPOENA.

(1) Avoiding Undue Burden or Expense; Sanctions. A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) Command to Produce Materials or Permit Inspection.

(A) Appearance Not Required. A person commanded to produce documents, not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) Quashing or Modifying a Subpoena.

(A) When Required. On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) When Permitted. To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) Specifying Conditions as an Alternative. In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

(d) DUTIES IN RESPONDING TO A SUBPOENA.

(1) Producing Documents or Electronically Stored Information. These procedures apply to producing documents or electronically stored information:

(A) Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) Form for Producing Electronically Stored Information Not Specified. If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) Electronically Stored Information Produced in Only One Form. The person responding need not produce the same electronically stored information in more than one form.

(D) Inaccessible Electronically Stored Information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) Claiming Privilege or Protection.

(A) Information Withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT.

The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

Exhibit __5__,
P. __22__

## ATTACHMENT A

| TX No. | Item Name | SKU |
|---|---|---|
| 14001 | Bratz Fabulous Bratz Yasmin | 292081 |
| 14003 | Bratz Dynamite Nevra | 303473 |
| 14004 | Bratz Hollywood Dana | 312192 |
| 14005 | Bratz Sleep Over - Meygan | 340904 |
| 14006 | Bratz Kidz Summer Vacation Sasha | 355588 |
| 14008 | Bratz Secret Date Meygan | 277521 |
| 14009 | Design Your Own Bratz Yasmin | 324737 |
| 14010 | Bratz Fabulous Bratz Sasha | 292098 |
| 14011 | Bratz Birthday Bash Sasha | 303558 |
| 14014 | Bratz Hollywood Cloe | 312185 |
| 14015 | Bratz Step Out! Yasmin | 296997 |
| 14016 | Bratz Step Out! Jade | 297086 |
| 14017 | Bratz Tokyo-A-Go Go! Cloe | 277798 |
| 14018 | Bratz Tokyo-A-Go-Go! Sasha | 277835 |
| 14019 | Bratz Tokyo-A-Go Go! Yasmin | 277804 |
| 14020 | Bratz Wintertime Collection Yasmin | 277552 |
| 14021 | Bratz Wintertime Collection Jade | 277569 |
| 14022 | Bratz Slumber Party - Yasmin | 265535E |
| 14023 | Bratz Slumber Party - Meygan | 265542 |
| 14024 | Bratz Slumber Party - Sasha | 265559 |
| 14025 | Bratz Slumber Party - Jade | 265528 |
| 14026 | Bratz Slumber Party - Cloe | 265511 |
| 14027 | Bratz Secret Date Jade | 277927 |
| 14028 | Bratz Wintertime Collection Sasha | 277583 |
| 14029 | Bratz Sleep Over - Sasha | 340911 |
| 14031 | Bratz S07 Adventure Girlz Cloe | 343677 |
| 14032 | Bratz S07 Adventure Girlz Yasmin | 343684 |
| 14033 | Bratz S07 Adventure Girlz Sasha | 352327 |
| 14034 | Bratz Back to School - Pheobe | 337959 |
| 14035 | Bratz Birthday - Cloe | 313472 |
| 14036 | Bratz Birthday - Jade | 313489 |
| 14037 | Bratz Birthday Cloe | 343622 |
| 14038 | Bratz Birthday Yasmin | 343639 |
| 14039 | Bratz Birthday Sasha | 352310 |
| 14040 | Bratz Birthday Bash Cloe | 303534 |
| 14041 | Bratz Birthday Bash Phoebe | 303541 |
| 14042 | Bratz Blind Date Jade | 277927P |
| 14043 | Bratz X-Treme Skate Boarding RC Yasmin | 352396 |
| 14044 | Bratz X-Treme Skate Boarding RC Sasha | 353201 |
| 14045 | Bratz X-Treme Skate Boarding RC Cloe | 352358 |
| 14046 | Bratz CampFire Cloe | 306016 |
| 14047 | Bratz CampFire Phoebe | 308023 |
| 14048 | Bratz CampFire Dana | 306047 |
| 14049 | Bratz Cloe Collector Doll | 277958 |
| 14050 | Bratz Costume Party Angel - Yasmin | 333739 |
| 14051 | Bratz Fashion Pixiez Doll Cloe | 341307 |
| 14052 | Bratz Fashion Pixiez Doll Jade | 341321 |
| 14053 | Bratz Fashion Pixiez Doll Breeana | 348856 |
| 14054 | Bratz Fashion Pixiez Dee | 345701 |

Exhibit 5,
P. 23

| TX No. | Item Name | SKU |
|---|---|---|
| 14055 | Bratz Feelin' Pretty Collection Cloe | 313281 |
| 14056 | Bratz Feelin' Pretty Collection Dana | 313311 |
| 14057 | Bratz Feelin' Pretty Collection Sasha | 313328 |
| 14058 | Bratz Flashback Fever Cloe | 277675 |
| 14059 | Bratz Flash Back Fever Yasmin | 277682 |
| 14060 | Bratz Flashback Fever Jade | 277699 |
| 14061 | Bratz Forever Diamondz Sasha | 333944 |
| 14062 | Bratz Forever Diamondz Cloe | 334088 |
| 14063 | Bratz Forever Diamondz Yasmin | 334095 |
| 14064 | Bratz Forever Diamondz Sharidan | 334118 |
| 14065 | Bratz Formal Funk Collection Cloe | 260400 |
| 14066 | Bratz Formal Funk Collection Yasmin | 260417 |
| 14067 | Bratz Formal Funk Collection - Jade | 260431 |
| 14068 | Bratz Formal Funk Collection - Sasha | 260448 |
| 14069 | Bratz Funk N'Glow - Cloe | 264392 |
| 14070 | Bratz Funk N' Glow - Yasmin | 264408 |
| 14071 | Bratz Funk N Glow - Sasha | 264439 |
| 14072 | Bratz Funk N Glow - Dana | 267133 |
| 14073 | Bratz Funk N' Glow Yasmin | 255475 |
| 14074 | Bratz Funk N' Glow Jade | 255482 |
| 14075 | Bratz Funk N' Glow Sasha | 255505 |
| 14076 | Bratz Funk Out! Cloe | 269380 |
| 14077 | BRATZ FUNK OUT! YASMIN | 269397 |
| 14078 | BRATZ FUNK OUT! JADE | 269403 |
| 14079 | BRATZ FUNK OUT! DANA | 269410 |
| 14080 | Bratz Funk Out! Nevra | 273387 |
| 14081 | Bratz Funk Out! Fianna | 273394 |
| 14088 | Bratz Genie Magic - Cloe | 313588 |
| 14089 | Bratz Girlfriendz Cloe | 405160 |
| 14090 | Bratz Girls Night Out- Jade | 269663 |
| 14091 | Bratz Girls Night Out- Dana | 269670 |
| 14092 | Bratz Hollywood Yasmin | 321705 |
| 14093 | Bratz Hollywood Phoebe | 321712 |
| 14094 | Bratz S07 Hot Summer Dayz Cloe | 348818 |
| 14095 | Bratz S07 Hot Summer Dayz Yasmin | 348825 |
| 14096 | Bratz S07 Hot Summer Dayz Jade | 348832 |
| 14097 | Bratz S07 Hot Summer Dayz Sasha | 348849 |
| 14098 | Bratz Ice Champions Yasmin | 334125 |
| 14099 | Bratz Ice Champions Dana | 334132 |
| 14100 | Bratz Ice Champions Vinessa | 334149 |
| 14102 | Bratz Live In Concert Nevra | 297031 |
| 14103 | Bratz Live In Concert Jade | 297048 |
| 14104 | Bratz S07 Magic Hair Cloe | 343714 |
| 14105 | Bratz S07 Magic Hair Jade | 343738 |
| 14106 | Bratz S07 Magic Hair Sasha | 352297 |
| 14107 | Bratz Midnight Dance Meygan | 303664 |
| 14108 | Bratz Midnight Dance Fianna | 303671 |
| 14111 | Bratz Nighty Night Collection- Cloe | 277460 |
| 14112 | Bratz Nighty Night Collection- Yasmin | 277477 |
| 14113 | Bratz Nighty Night Collection- Jade | 277484 |
| 14114 | Bratz Nighty Night Collection- Fianna | 277491 |

Exhibit 5,
P. 24

| TX No. | Item Name | SKU |
|---|---|---|
| 14115 | Bratz Nighty Night Collection- Sasha | 277507 |
| 14116 | Bratz OOH LA LA Dana | 303961 |
| 14117 | Bratz P4F Cloe | 341222 |
| 14118 | Bratz Passion For Fashion Jade | 333838 |
| 14119 | Bratz P4F Jade | 341239 |
| 14120 | Bratz Passion For Fashion Sasha | 333821 |
| 14121 | Bratz P4F Sasha | 341246 |
| 14122 | Bratz Passion For Fashion Yasmin | 333807 |
| 14123 | Bratz P4F Yasmin | 341215 |
| 14124 | Bratz Play Sportz Yasmin Soccer | 294092 |
| 14125 | Bratz Play Sportz Meygan Bowling | 294115 |
| 14126 | Bratz Play Sportz Sasha Cheerleading | 294122 |
| 14127 | Bratz Play Sportz Tennis Fianna | 295587 |
| 14128 | Bratz Play Sportz Karate Roxxi | 296669 |
| 14129 | Bratz Play Sportz Basketball Dana | 296676 |
| 14130 | Bratz Play Sportz Gymnastics - Yasmin | 313168 |
| 14131 | Bratz Play Sportz Softball - Phoebe | 313182 |
| 14132 | Bratz Play Sportz Cheerleader Cloe | 319795 |
| 14133 | Play Sportz One on One Basket Ball Jade & Meygan | 325710 |
| 14134 | Play Sportz One on One Tennis Cloe & Jade | 325789 |
| 14135 | Bratz Play Sportz Doll Snow Boarding - Lilee | 333692 |
| 14136 | Bratz Play Sportz Doll Sports Car - Katia | 333715 |
| 14137 | Play Sportz Teamz Soccer - Cloe & Katia | 334262 |
| 14138 | Bratz Play Sportz Teamz Softball Dana & Cloe | 337867 |
| 14139 | Bratz Play Sportz Teamz Softball Leah & Dana | 337874 |
| 14140 | Bratz Play Sportz Teamz Soccer - Roxxi & Cloe | 337911 |
| 14141 | Bratz Play Sportz Doll Cheerleading - Yasmin | 343615 |
| 14142 | Bratz Play Sportz Doll Dance-Fianna | 350644 |
| 14143 | Bratz Play Sportz Doll Soccer-Cloe | 350651 |
| 14144 | Bratz World London Pretty 'N' Punk Yasmin | 292029 |
| 14145 | Bratz World London Pretty 'N' Punk Jade | 292043 |
| 14146 | Bratz World London Pretty 'N' Punk Meygan | 292050 |
| 14147 | Bratz Princess - Cloe | 313632 |
| 14148 | Bratz Princess - Yasmin | 313649 |
| 14149 | Bratz Princess - Jade | 313656 |
| 14150 | Bratz Princess - Fianna | 313663 |
| 14151 | Bratz Princess - Roxxi | 313670 |
| 14152 | Bratz Princess Sisters Ciara & Diona | 313700 |
| 14153 | Bratz Rock Angelz Yasmin | 297079 |
| 14154 | Bratz Rock Angelz Cloe | 303886 |
| 14155 | Bratz Rock Angelz Jade | 303909 |
| 14156 | Bratz Rock Angelz Sasha | 303916 |
| 14157 | Bratz Rodeo Yasmin | 333999 |
| 14158 | Bratz Rodeo Cloe | 334002 |
| 14159 | Bratz Rodeo Sorya | 334019 |
| 14160 | Bratz Secret Date Nevra | 277514 |
| 14161 | Bratz Secret Date Cloe | 277903 |
| 14162 | Bratz Secret Date Yasmin | 277910 |
| 14163 | Bratz Sisterz - Kiani & Lilana | 321125 |
| 14164 | Bratz Sleep Over - Yasmin | 339786 |
| 14165 | Bratz Sleep Over - Jade | 339793 |

Exhibit 5 ,
P. 25

| TX No. | Item Name | SKU |
|---|---|---|
| 14166 | Bratz Slumber Party - Cloe | 256328 |
| 14167 | Bratz Slumber Party - Jade | 256335 |
| 14168 | Bratz Slumber Party - Yasmin | 256342 |
| 14169 | Bratz Spring Break Doll Pack - Yasmin | 320951 |
| 14170 | Bratz Step Out! Cloe | 296980 |
| 14171 | Bratz Step Out! Sasha | 297000 |
| 14172 | Bratz Step Out! Meygan | 297093 |
| 14173 | Bratz Strut It Cloe | 257219 |
| 14174 | Bratz Strut It - Yasmin | 257226 |
| 14175 | Bratz Strut It - Jade | 257233 |
| 14176 | Bratz Strut It! - Sasha | 257240 |
| 14177 | Bratz Style It - Yasmin | 258292 |
| 14178 | Bratz Style It - Jade | 258308 |
| 14179 | Bratz Style It! - Sasha | 258322 |
| 14180 | Bratz Sun-Kissed Summer - Yasmin | 269533 |
| 14181 | Bratz Sun-Kissed Summer - Sasha | 269564 |
| 14182 | Bratz Sweet Dreamz Pajama Party - Cloe | 313410 |
| 14183 | Bratz Sweet Dreamz Pajama Party - Yasmin | 313427 |
| 14184 | Bratz Sweet Dreamz Pajama Party - Sienna | 313434W |
| 14185 | Bratz Sweet Dreamz Pajama Party - Kumi | 313441W |
| 14186 | Bratz Sweet Dreamz Pajama Party - Felicia | 313458 |
| 14187 | Bratz Special Feature Talking Jade | 338390 |
| 14188 | Bratz Special Feature Talking Sasha | 338406 |
| 14189 | Bratz Tokyo-A-Go Go! Jade | 277811 |
| 14190 | Bratz Treasures! Cloe | 294184 |
| 14191 | Bratz Treasures! Yasmin | 294191 |
| 14192 | Bratz Twiins Krysta & Lela (identical) | 321118 |
| 14193 | Bratz Twins Collector Doll | 277941 |
| 14194 | Bratz Fabulous Bratz Cloe | 292074 |
| 14195 | Bratz Wild Life Safari- Nevra | 273462 |
| 14196 | Bratz Wild Life Safari- Fianna | 273479 |
| 14197 | Bratz Wild Life Safari- Cloe | 284031 |
| 14198 | Bratz Wild Wild West Fienna | 306498 |
| 14199 | Bratz Wild Wild West Dana | 309000 |
| 14200 | Bratz Wild Wild West Kiana | 309017 |
| 14201 | Bratz Wintertime Collection Cloe | 260356 |
| 14202 | Bratz Wintertime Collection Yasmin | 260363 |
| 14203 | Bratz Wintertime Collection Dana | 260370 |
| 14204 | Bratz Wintertime Collection - Jade | 260387 |
| 14205 | Bratz Wintertime Collection Dana | 277576 |
| 14206 | Bratz Fall 2002 - Jade | 254034 |
| 14207 | Bratz Fall 2002 - Sasha | 254058 |
| 14208 | Bratz Fall 2002 - Meygan | 254065 |
| 14209 | Bratz Boyz Formal Funk-Cameron | 261209 |
| 14210 | Bratz Boyz Formal Funk Dylan | 261216 |
| 14211 | Bratz Boyz Formal Funk - Eitan | 261223 |
| 14212 | Boyz Sun-Kissed Summer - Dylan | 269595TT |
| 14213 | Bratz Boyz Sun-Kissed Summer - Koby | 269601 |
| 14214 | Bratz Boyz Sun-Kissed Summer- Eitan | 269618 |
| 14215 | Bratz Boyz Sun-Kissed Summer- Cade | 269625 |
| 14216 | Boyz Wintertime Collection - Cameron | 277606 |

Exhibit 5,
P. 26

| TX No. | Item Name | SKU |
|---|---|---|
| 14217 | Boyz Wintertime Collection - Koby | 277637 |
| 14218 | Boyz Wintertime Collection - Cade | 277644 |
| 14256 | Boyz Step Off Dylan | 309390 |
| 14258 | Bratz Head Games Doll Pack | 314233 |
| 14271 | Bratz Play Sportz Cloe Golf | 294085 |
| 14276 | Bratz CampFire Yasmin | 306030 |
| 14298 | Bratz OOH LA LA Cloe | 303954W |
| 14299 | Bratz OOH LA LA Dana | 303961W |
| 14303 | Bratz Play Sportz Basketball Dana | 296676W |
| 14304 | Bratz $9.99 Party Sasha | 303558W |
| 14305 | Bratz $9.99 PARTY- Cloe | 303534W |
| 14375 | Bratz Holiday - New Years | 257776 |
| 14378 | Bratz Holiday - Spring Fling | 256281 |
| 14379 | Bratz Boyz F03 Eitan | 261179 |
| 14380 | Bratz Boyz F03 Dylan | 260349 |
| 14381 | Bratz Boyz F03 Koby | 261186 |
| 14388 | Bratz Sweetheart (VAL) Doll Pack Refresh | 315957 |
| 14389 | Bratz Boyz S03 Dylan | 257714 |
| 14390 | Bratz Boyz Tokyo-A-Go Go! Dylan | 277873 |
| 14393 | Bratz Holiday Doll 2004- Cloe | 277934 |
| 14395 | Bratz Holiday - Indepen Dance | 256298 |
| 14401 | Boyz Funk Out! - Koby | 269465 |
| 14406 | Bratz Boyz F03 Cameron | 260332 |
| 14410 | Bratz Play Sportz 6 pc Asst Wave 3 | 294078X3 |
| 14428 | Holiday Bratz - Spring Fling | 256281I |
| 14429 | Bratz Holiday - Sweetheaert Dana Doll | 269496 |
| 14432 | Bratz Funk Out! Sasha 6 pk. | 269427L |
| 14434 | Bratz Girls Night Out- Cloe | 269649 |
| 14435 | Bratz Girls Night Out- Yasmin | 269656 |
| 14463 | Boyz Flashback Fever 80's Cade | 277767 |
| 14479 | Boyz Triiplatz | 311904L |
| 14481 | Bratz Blind Date Yasmin | 277910P |
| 14493 | Bratz Rock Angelz 2 Doll Pack | 402268 |
| 14495 | Bratz Feelin' Pretty Collection Jade | 313304 |
| 14500 | Boyz Step Off Eitan | 305064 |
| 14505 | Bratz Sun-Kissed Summer - Dana | 269557 |
| 14506 | Bratz Sun-Kissed Summer - Sasha - 6 pk | 269564L |
| 14507 | Bratz Sun-Kissed Summer - Jade | 269540 |
| 14512 | Bratz Girls Night Out- Sasha | 269687 |
| 14524 | Bratz Kidz Doll - Yasmin | 326731 |
| 14525 | Bratz Kidz Doll - Cloe | 326724 |
| 14526 | Bratz Kidz Doll - Sasha | 326755 |
| 14527 | Bratz Kidz Doll - Jade | 326748 |
| 14536 | Bratz Kidz Sisterz | 326311 |
| 14539 | Bratz Slumber Party - Meygan | 256359 |
| 14540 | Beach Party Bratz-Sasha | 254294 |
| 14542 | Bratz Boyz Tokyo-A-Go Go! Cameron | 277859 |
| 14543 | Bratz Slumber Party Sasha | 256311 |
| 14551 | Beach Party Bratz-Sasha, 0/6 | 254294L |
| 14557 | Bratz Boyz F02 Dylan | 255987 |
| 14565 | Bratz Tokyo Kimono Doll TRU Exclusive | 291558 |

Exhibit 5,
P. 27

| TX No. | Item Name | SKU |
|---|---|---|
| 14572 | Boyz Play Sportz Cameron/Football | 308997 |
| 14585 | Boyz Funk Out! - Cade | 269489 |
| 14592 | Bratz Boyz F02 Cameron | 255970 |
| 14599 | Boyz Wintertime Collection - Eitan | 277620 |
| 14611 | Bratz S07 Pampered Pupz Charli | 343608 |
| 14613 | Bratz Boyz World London Punkz Eitan | 292265 |
| 17362 | Bratz Back to School - Yasmin | 337935 |
| 17362 | Bratz Back to School - Yasmin w/Tape Dispenser | 337935TT |
| 17368 | Bratz Funk N' Glow Meygan | 255499 |
| 17369 | Bratz Tokyo-A-Go Go! Fianna | 277828 |
| 17476 | Boyz Prince - Iden | 313687 |
| 17494 | Bratz Funk Out! Sasha | 269427 |
| 17495 | Bratz Flashback Fever Fianna | 277705 |
| 17496 | Bratz i-Candy Cloe | 291893 |
| 17497 | Bratz i-Candy Phoebe | 291930 |
| 17498 | Bratz Tokyo A-Go Go! Collector Doll KUMI | 283898 |
| 17500 | Bratz Midnight Dance Yasmin | 303657 |
| 17501 | Bratz Treasures! Roxxi | 294214 |
| 17502 | Bratz Fabulous Bratz Tiana | 292104 |
| 17503 | Bratz OOH LA LA Kumi | 303978 |
| 17504 | Bratz Life In Concert Dana | 291985 |
| 17505 | Bratz Life In Concert Yasmin | 291961 |
| 17506 | Bratz Wild Wild West Yasmin | 306474 |
| 17507 | Bratz Dynamite Cloe | 303466 |
| 17508 | Bratz Twins Tess & Nona | 300328 |
| 17509 | Design Your Own Bratz Cloe | 324720 |
| 17511 | Bratz Play Sportz Doll Inline Skating-Sasha | 352334 |
| 17513 | Bratz S07 Pampered Pupz Cloe | 343585 |
| 17516 | Bratz S07 Adventure Girlz Jade | 343691 |
| 17517 | Bratz Back to School - Cloe | 337942 |
| 17519 | Bratz Birthday Bash Yasmin | 303527 |
| 17521 | Bratz CampFire Felicia | 306054 |
| 17522 | Big Bratz Collector Doll Yasmin | 260615B |
| 17523 | Bratz Meygan Collector Doll | 304142 |
| 17524 | Bratz Fashion Pixiez Doll Yasmin | 341314 |
| 17526 | Bratz Flashback Fever Sasha | 283782 |
| 17527 | Bratz Forever Diamondz Jade | 334101 |
| 17529 | Bratz Formal Funk Collection - Dana | 260424 |
| 17530 | Bratz Funk N Glow Jade | 264415 |
| 17531 | Bratz Funk N' Glow Cloe | 255468 |
| 17536 | Bratz Genie Magic - Megan | 313595 |
| 17539 | Bratz Gold Medal Gymnasts Sasha | 353430 |
| 17540 | Bratz Holiday Doll - Trinity | 334200 |
| 17541 | Bratz i-Candy Yasmin | 291909 |
| 17543 | Bratz S07 Magic Hair Yasmin | 343721 |
| 17546 | Bratz OOH LA LA Cloe | 303954 |
| 17547 | Bratz Cloe | 248538 |
| 17551 | Bratz Jade | 248545 |
| 17555 | Bratz Doll Sasha | 248552 |
| 17559 | Bratz Yasmin | 248569 |
| 17563 | Bratz Passion For Fashion Cloe | 333814 |

| TX No. | Item Name | SKU |
|---|---|---|
| 17564 | Play Sportz One on One Tennis Cloe & Meygan | 325796 |
| 17565 | Bratz World London Pretty 'N' Punk Cloe | 292012 |
| 17568 | Bratz Sleep Over - Cloe | 339779 |
| 17570 | Bratz Spring Break Doll Pack - Cloe | 320944 |
| 17571 | Bratz Strut it! - Meygan | 257257 |
| 17572 | Bratz Style It - Cloe | 258285 |
| 17573 | Bratz Style It - Dana | 258315 |
| 17575 | Bratz Sun-Kissed Summer - Cloe | 269526 |
| 17577 | Bratz Special Feature Talking Cloe | 334187 |
| 17578 | Bratz Special Feature Talking Yasmin | 334194 |
| 17579 | Bratz Twins Collector Dolls | 301226 |
| 17581 | Bratz Wild Wild West Cloe | 306481 |
| 17582 | Bratz Wintertime Collection Sasha | 260394 |
| 17583 | Bratz Babyz Sitter (1 Bratz & 1 Babyz) Lana & Alicia | 334224 |
| 17584 | Bratz Boyz Formal Funk - Koby | 261230 |
| 17585 | Bratz Boyz Sun-Kissed Summer - Cameron | 269588 |
| 17586 | Boyz Wintertime Collection - Dylan | 277613 |
| 17805 | Bratz Fall 2002 - Yasmin | 254027 |
| 17807 | Bratz Fall 2002 - Cloe | 254010 |
| 17810 | Bratz Doll S02 Sasha | 251439 |
| 17811 | Bratz Doll S02 Jade | 251460 |
| 17812 | Bratz Doll S02 Yasmin | 251453 |
| 17813 | Beach Party Bratz-Cloe | 254263 |
| 17814 | Beach Party Bratz-Jade | 254287 |
| 18291 | Bratz Life In Concert Sasha | 291978 |
| 20001 | Bratz Funk Out! Sasha | 26942TT |
| 20002 | Bratz Babys FND Floor Display Program - 36 pc Bundle Ralphs | 31402BFX |
| 20003 | Bratz Birthday Doll Pack 6 pc Asst | 31498Y |
| 20004 | Bratz Play Sportz Doll Skiing - Yasmin | 33708 |
| 20005 | Bratz Wild Wild West Sasha | 100409 |
| 20006 | Bratz Kidz: Doll with Puzzle | 100669TS |
| 20007 | Bratz Yasmin Collector Doll $39.99 SRP | 100768 |
| 20008 | Bratz Kidz Babyz Sitterz | 100775 |
| 20009 | Bratz princess Doll 6 pc Asst. (Dress) | 100812 |
| 20010 | Bratz Princess - Cloe | 100829 |
| 20011 | Bratz Class Doll pack 6 pc Asst. (Gym Outfit) | 100842I |
| 20012 | Bratz princess - Fianna | 100850 |
| 20013 | Bratz Princess Doll 6 pc Asst. (Jean) | 100874I |
| 20014 | Bratz Ice Champions 6 pc Asst. | 101253I |
| 20015 | Bratz Ice Champions Yasmin | 101260 |
| 20016 | Bratz Ice Champions Dana | 101277 |
| 20017 | Bratz Ice Champions Vinessa | 101284 |
| 20018 | Bratz Play Sportz Doll Pack 6 pc Asst. Wave 6 | 101291I |
| 20019 | Bratz Special Feature Talking Cloe | 101383AM |
| 20020 | Bratz Winter Girlz 6 pc Asst. | 101406 |
| 20021 | Bratz Winter Fun Pack | 101499 |
| 20022 | Bratz Play Sportz Teamz 12 pc Asst. | 101550 |
| 20023 | Bratz Kidz on Ice Doll - Cloe | 101574 |
| 20024 | Bratz Special Feature Talking Doll 3 pc Asst. (w/o LED) | 101604 |

Exhibit 5,
P. 29

| TX No. | Item Name | SKU |
|---|---|---|
| 20025 | Bratz Special Feature Sasha | 101642 |
| 20026 | Bratz Kidz Doll with Puzzle (Jade) | 101802 |
| 20027 | Bratz Kidz Pampered Pups Yasmin | 101949 |
| 20028 | Bratz Play Sportz Dolls | 102083 |
| 20029 | Bratz Sweetz Dolls 6 pc Asst. | 102199 |
| 20030 | Bratz Secret Date Dolls 6 pc Asst. | 102243 |
| 20031 | Bratz Doll Asst. | 248521 |
| 20032 | Bratz Doll Cloe International | 248538G |
| 20033 | Bratz Doll Jade International | 248545G |
| 20034 | Bratz Doll Sasha International | 248552G |
| 20035 | Bratz Doll Yasmin International | 248569G |
| 20036 | Bratz Sasha 4pack | 250517 |
| 20037 | Bratz Doll Asst (4-1-1) | 250524 |
| 20038 | Bratz Doll S'02 Sasha TRU, 0/6 | 251439L |
| 20039 | Bratz Doll S02 Cloe | 251446 |
| 20040 | Beach Party Bratz Int'l Asst | 251590 |
| 20041 | Bratz Beach Int'l Sasha | 251606 |
| 20042 | Bratz Beach Int'l Cloe | 251613 |
| 20043 | Bratz Beach Int'l Yasmin | 251620 |
| 20044 | Bratz Beach Int'l Jade | 251637 |
| 20045 | Bratz Asst - Kroger | 251705 |
| 20046 | Bratz Doll F02 Sasha TRU | 254058L |
| 20047 | Bratz Funk N' Glow Asst | 254089 |
| 20048 | Bratz Beach Party Asst | 254256 |
| 20049 | Beach Party Bratz-Yasmin | 254270 |
| 20050 | Beach Party Bratz Asst Kmart 18 pc tray | 254300K |
| 20051 | Bratz Doll & Beach 12pc Asst PDQ | 254553W |
| 20052 | Bratz Doll Asst S02 Int'l | 254744 |
| 20053 | Bratz Doll S02 Int'l Cloe | 254751 |
| 20054 | Bratz Doll S02 Int'l Yasmin | 254768 |
| 20055 | Bratz Doll S02 Int'l Jade | 254775 |
| 20056 | Bratz Doll S02 Int'l Sasha | 254782 |
| 20057 | Bratz Funk N' Glow Sasha TRU | 255505L |
| 20058 | BRATZ Dolls F02 Int'l Asst | 256267 |
| 20059 | Bratz Holiday - Sweetheart | 256274 |
| 20060 | Bratz Slumber Party Asst. | 256304 |
| 20061 | Bratz Doll F02 Int'l Cloe | 256786 |
| 20062 | Bratz Doll F02 Int'l Yasmin | 256793 |
| 20063 | Bratz Doll F02 Int'l Jade | 256809 |
| 20064 | Bratz Doll F02 Int'l Sasha | 256816 |
| 20065 | Bratz Doll F'02 Int'l Meygan | 256823 |
| 20066 | Bratz Funk n Glow Asst Int'l | 256861 |
| 20067 | Bratz Funk N' Glow Int'l Cloe | 256878 |
| 20068 | Bratz Funk N' Glow Int'l Yasmin | 256885 |
| 20069 | Bratz Funk N' Glow Int'l Jade | 256892 |
| 20070 | Bratz Funk N' Glow Int'l Sasha | 256908 |
| 20071 | Bratz Funk N' Glow Int'l Meygan | 256915 |
| 20072 | Bratz Strut N 8 pc Asst Collection | 257202 |
| 20073 | Bratz Holiday Collector Edition Asst | 257387 |
| 20074 | Bratz Strut It! - Collection Sasha | 257401 |
| 20075 | Holiday Bratz - New Years | 257778B |

Exhibit 5,
P. 30

| TX No. | Item Name | SKU |
|---|---|---|
| 20076 | Bratz Style It Collection | 258278 |
| 20077 | Style It Cloe | 258285B |
| 20078 | Bratz Style It - Cloe | 258286JP |
| 20079 | Styl It Yasmin | 258292B |
| 20080 | Style It Jade | 258308B |
| 20081 | Style It Dana | 258315B |
| 20082 | Style It Sasha | 258322B |
| 20083 | Bratz Wintertime Collection Cloe | 260356B |
| 20084 | Bratz Wintertime Collection Cloe | 260358JP |
| 20085 | Bratz Wintertime Collection Yasmin | 260363B |
| 20086 | Bratz Wintertime Collection Cloe | 260366E |
| 20087 | Bratz Wintertime Collection Dana | 260370B |
| 20088 | Bratz Wintertime Collection - Jade | 260387B |
| 20089 | Bratz Wintertime Collection Sasha | 260394B |
| 20090 | Bratz Formal Funk Collection Cloe | 260400E |
| 20091 | Bratz Formal Funk Collection Yasmin | 260417E |
| 20092 | Bratz Formal Funk Collection Dana | 260424E |
| 20093 | Bratz Formal Funk Collection - Jade | 260431E |
| 20094 | Bratz Formal Funk Collection - Sasha | 260448E |
| 20095 | Bratz Collector Doll Yasmin | 260815 |
| 20096 | Bratz Strut It Meygan Int'l | 261229TT |
| 20097 | Bratz Strut It Collection Asst. Internation | 261575 |
| 20098 | BRATZ STRUT IT! COLLECTION Asst. - JNH INT'L | 261576J |
| 20099 | Bratz Strut It - Sasha (International) | 261582 |
| 20100 | Bratz Strut It Cloe - INT'L | 261599 |
| 20101 | Bratz Strut It Yasmin INT'L (Bandai) | 261605F |
| 20102 | Bratz Strut It Jade - INT'L | 261612 |
| 20103 | Bratz Strut It Meygan - INT'L | 261629 |
| 20104 | Bratz Slumber Party Asst. spring '03 | 261667CB |
| 20105 | Bratz Slumber Party - Sasha (International) | 261674 |
| 20106 | Bratz Slumber Cloe Int'l | 261681 |
| 20107 | Bratz Slumber Jade, Int'l | 261698 |
| 20108 | Bratz Slumber Yasmin Int'l | 261704 |
| 20109 | Bratz Slumber Meygan, Int'l | 261711 |
| 20110 | Bratz Strut It Yasmin INT'L | 261805 |
| 20111 | Bratz Formal Funk Collection 6 pc Asst | 262008 |
| 20112 | Bratz Beach Party Asst 6/6 | 262726 |
| 20113 | BRATZ BEACH PARTY INTERNATIONAL | 262732 |
| 20114 | Bratz Beach Party Cloe Int'l | 263029 |
| 20115 | Bratz Beach Party Yasmin Int'l | 263036 |
| 20116 | Bratz Beach Party Jade Int'l | 263043 |
| 20117 | Bratz Beach Party- Sasha Int'l | 263050 |
| 20118 | Bratz Wintertime collection 6 pc Asst. | 263333 |
| 20119 | Bratz Funk N Glow Cloe | 264392B |
| 20120 | Bratz Funk N' Glow - Yasmin | 264408B |
| 20121 | Bratz Funk N Glow Jade | 264415B |
| 20122 | Bratz Funk N Glow (light up clothes) Meygan | 264422 |
| 20123 | Bratz Funk N Glow - Sasha | 264439B |
| 20124 | Bratz Funk & glow - Fall 03 - TRU | 264804 |
| 20125 | Bratz Doll Asst. PDQ | 264842 |
| 20126 | Bratz Slumber Party Asst. TRU | 265399 |

Exhibit 5,
P. 31

| TX No. | Item Name | SKU |
|---|---|---|
| 20127 | Bratz Slumber Party Sasha | 265405 |
| 20128 | Bratz Slumber Party - Cloe | 265511B |
| 20129 | Bratz Funk N Glow Jade | 265515E |
| 20130 | Bratz Slumber Party - Jade | 265528B |
| 20131 | Bratz Slumber Party - Yasmin | 265536B |
| 20132 | Bratz Slumber Party - Meygan | 265542B |
| 20133 | Bratz Slumber Party - Sasha | 265559 |
| 20134 | Bratz Slumber Party - Yasmin | 266636 |
| 20135 | Bratz Funk N Glow - Dana | 267133B |
| 20136 | BJ's Bratz Formal Funk Asst | 267564 |
| 20137 | BJ's Bratz Wintertime Wonderland Asst. | 267577 |
| 20138 | BJ's Holiday Bratz - New Year's | 267591 |
| 20139 | Bratz Funk Out Asst. | 268373 |
| 20140 | Funk Out Floor Display 32 pc Asst. Fred Meyer | 268981 |
| 20141 | Bratz Funk Out! Cloe | 269380B |
| 20142 | Bratz Funk Out! - Yasmin | 269397B |
| 20143 | Bratz Funk Out - Jade | 269403B |
| 20144 | Bratz Funk Out! - Dana | 269410B |
| 20145 | Bratz Funk Out! Sasha | 269427B |
| 20146 | Bratz Sun Kissed Summer Asst. | 269519H |
| 20147 | Bratz Sun-Kissed Summer - Cloe | 269526B |
| 20148 | Bratz Sun-Kissed Summer - Yasmin | 269528TT |
| 20149 | Bratz Sun-Kissed Summer - Yasmin | 269533TT |
| 20150 | Bratz Sun-Kissed Summer - Sasha | 269564B |
| 20151 | Bratz Sun Kissed Summer Asst. | 269619 |
| 20152 | Bratz Girls Night Out 6 pc Asst. | 269632 |
| 20153 | Bratz Girls Nite Out Jade | 269663B |
| 20154 | Bratz Girls Nite Out Dana | 269670B |
| 20155 | Bratz Girls Nite Out- Cloe | 269849TT |
| 20156 | Bratz Funk Out! - Nevra | 273387B |
| 20157 | Bratz Funk Out! - Fianna | 273394B |
| 20158 | Bratz Wild Life Safari 6 pc. Asst | 273455 |
| 20159 | Bratz Wild Life Safari- Nevra | 273462B |
| 20160 | Bratz Wild Life Safari- Fianna | 273479B |
| 20161 | Bratz Wild Life Safari- Meygan | 273496 |
| 20162 | Funk Out! Asst. (II) 6 Pk | 273523 |
| 20163 | Bratz Funk N Glow + Shoe Pack Asst. 0/12 | 274483 |
| 20164 | Bratz FunkOut Doll Asst - Wal-Mart 0/6 | 274812 |
| 20165 | Bratz Indepen Dance Daria Doll | 275756 |
| 20166 | Bratz Beach Bash Asst. 6/12 | 275817 |
| 20167 | Bratz Nighty Nite Asst. | 277453L |
| 20168 | Bratz Nighty-Nite Collection Cloe | 277460EU |
| 20169 | Bratz Nighty Night Collection 6 pc. Asst. | 277463 |
| 20170 | Bratz Nighty-Nite Collection Yasmin | 277477EU |
| 20171 | Bratz Nighty-Nite Collection Jade | 277484EU |
| 20172 | Bratz Nighty-Nite Collection Fianna | 277491Eu |
| 20173 | Bratz Nighty Night Collection Sasha | 277507L |
| 20174 | Bratz Blind Date Meygan | 277521P |
| 20175 | Bratz Wintertime Collection Cloe | 277546 |
| 20176 | Bratz Wintertime Collection Yasmin | 277552H |
| 20177 | Bratz Wintertime Collection Jade | 277569TT |

Exhibit 5, P. 32

| TX No. | Item Name | SKU |
|---|---|---|
| 20178 | Bratz Flashback Feber 6 pc Asst | 277668 |
| 20179 | Bratz Flashback Fever Cloe | 277675B |
| 20180 | Bratz Flash Back Fever Yasmin | 277682B |
| 20181 | Bratz Wintertime Collection Sasha | 277683H |
| 20182 | Bratz Flashback Fever Jade | 277699B |
| 20183 | Bratz Flashback Fever Fianna | 277705B |
| 20184 | Bratz Tokyo-A-Go Go! Collection 5 pc. Asst | 277781 |
| 20185 | Bratz Tokyo-A-Go Go! - Cloe | 277798B |
| 20186 | Bratz Tokyo-A-Go Go! - Yasmin | 277804B |
| 20187 | Bratz Tokyo-A-Go Go! - Jade | 277811B |
| 20188 | Bratz Tokyo-A-Go-Go! - Fianna | 277828B |
| 20189 | Bratz Tokyo-A-Go-Go! - Sasha | 277835B |
| 20190 | Bratz Secret Date Collection 6 pc Asst | 277897 |
| 20191 | Bratz Secret Date- Cloe | 277903J |
| 20192 | Bratz Twin Collector Doll | 277941I |
| 20193 | Bratz Flash Back Fever Sasha | 283782H |
| 20194 | Bratz Tokyo A-Go-Go! Collector Doll | 283898TT |
| 20195 | Bratz Wild Life Safari- Cloe | 284031B |
| 20196 | Bratz Wild Life Safari- Yasmin | 284048 |
| 20197 | Bratz Mystery Date and Twins Asst 18 pc PDQ | 286851 |
| 20198 | Bratz Funk Out Girls & Boyz Asst. PDQ | 286875 |
| 20199 | Bratz Doll w/ Free Fashion Pack | 287339 |
| 20200 | Bratz Wintertime Wonderland PDQ | 287660 |
| 20201 | Bratz Wintertime Wonderland Girls & Boys Asst | 288107 |
| 20202 | Bratz Kimono Doll Exclusive- Target | 290858 |
| 20203 | Bratz Girls Nite Out Kiss N Make Up 6pc. Asst. | 291046 |
| 20204 | Bratz I-Candy 6 pc Asst | 291886 |
| 20205 | Bratz Candyz Cloe | 291893B |
| 20206 | Bratz Candyz Yasmin | 291909B |
| 20207 | Bratz Candyz Phoebe | 291930B |
| 20208 | Bratz Life In Concert 6 pc Asst | 291947 |
| 20209 | Bratz Life In Concert - Yasmin | 291961TT |
| 20210 | Bratz Life In Concert Cloe | 291964 |
| 20211 | Bratz Life In Concert Sasha | 291978FD |
| 20212 | Bratz Life In Concert - Dana | 291985TT |
| 20213 | Bratz World London Pretty 'N' Punk 6 pc Asst | 292005 |
| 20214 | Bratz World London Pretty 'N' Punk Cloe | 292012TT |
| 20215 | Bratz World London Pretty 'N' Punk Yasmin | 292029TT |
| 20216 | Bratz World London Pretty 'N' Punk Jade | 292043TT |
| 20217 | Bratz World London Pretty 'N' Punk Meygan | 292050TT |
| 20218 | Bratz Fabulous Bratz 6 pc Asst | 292067 |
| 20219 | Bratz Fabulous Bratz Cloe | 292074B |
| 20220 | Bratz Fabulous Bratz Yasmin | 292081B |
| 20221 | Bratz Fabulous Bratz Sasha | 292098B |
| 20222 | Bratz Fabulous Bratz Tiana | 292104B |
| 20223 | Bratz Play Sportz 6 pc Asst | 294078 |
| 20224 | Bratz Play Sportz Yasmin Soccer | 294092W |
| 20225 | Bratz Sportz Meygan Bowling | 294115TT |
| 20226 | Bratz Sportz Sasha Cheerleading | 294122B |
| 20227 | Bratz Treasures! 6 pc Asst. | 294177 |
| 20228 | Bratz Treasures, Cloe | 294184B |

Exhibit 5, P. 33

| TX No. | Item Name | SKU |
|---|---|---|
| 20229 | Bratz Treasures, Yasmin | 294191B |
| 20230 | Bratz Treasures! Cloe | 294194W |
| 20231 | Bratz Treasures Roxxi | 294214B |
| 20232 | Bratz 4-Pack Original Bundle (Target) | 294702 |
| 20233 | Bratz 2001 Doll Pack Cloe | 294719 |
| 20234 | Bratz 2001 Doll Pack Jade | 294726 |
| 20235 | Bratz 2001 Doll Pack Sasha | 294733 |
| 20236 | Bratz 2001 Doll Pack Yasmin | 294740 |
| 20237 | Bratz Play Sportz Tennis | 295587B |
| 20238 | Bratz and Boyz Funk out 12Pc. Asst. MPA/ALDt | 295808 |
| 20239 | Bratz Wild Life Safari Asst. | 295815 |
| 20240 | Bratz Funk Out Floor Display | 295884 |
| 20241 | Bratz Girls Nite Out Kiss N Make Up Yasmin | 296447 |
| 20242 | Bratz Sportz Karate Roxxi | 296669B |
| 20243 | Bratz Play Sportz Basketball Dana | 296676B |
| 20244 | Bratz Step Out! Doll 6 pc Asst | 296973 |
| 20245 | Bratz Step Out! Doll 6 pc Asst | 296978EU |
| 20246 | Bratz Step Out! Cloe | 296980SC |
| 20247 | Bratz Step Out! Yasmin | 296997SC |
| 20248 | Bratz Step Out! Sasha | 297000BT |
| 20249 | Bratz Treasures! Jade | 297017 |
| 20250 | Bratz Treasures! Sasha | 297024 |
| 20251 | Bratz Rock Angelz Yasmin | 297079B |
| 20252 | Bratz Step Out! Jade | 297086SC |
| 20253 | Bratz Step Out! Meygan | 297093SC |
| 20254 | Bratz Pallet Program - Pallet A 168 pcs. | 297406 |
| 20255 | Bratz Pallet Program - Pallet A1 168 pcs. | 297413 |
| 20256 | Bratz Pallet Program - Pallet B 136 pcs. | 297420 |
| 20257 | Bratz Pallet Program - Pallet B1 136 pcs. | 297437 |
| 20258 | Bratz Pallet Program - Pallet C 88 pcs. | 297444 |
| 20259 | Walmart Bratz Pallet C1 - 88 pcs | 297461 |
| 20260 | Bratz Twins Tess & Nona | 300328BJ |
| 20261 | Bratz Twins Collector Dolls | 301226K |
| 20262 | Bratz Hollywood 6 pc Asst. Wave 1 | 302178 |
| 20263 | Bratz Dynamite 6 pc Asst | 303459 |
| 20264 | Bratz Dynamite Cloe | 303466W |
| 20265 | Bratz Dynamite Nevra | 303473W |
| 20266 | Bratz Dynamite Meygan | 303490 |
| 20267 | Bratz Birthday Bash 6 pc Assortment | 303510 |
| 20268 | Bratz Birthday Bash Yasmin | 303527TT |
| 20269 | Bratz Birthday Bash- Cloe | 303534TT |
| 20270 | Bratz Birthday Bash Phoebe | 303541TT |
| 20271 | Bratz Birthday Bash Sasha | 303558TT |
| 20272 | Bratz Wanted 6 pc Doll Asst. | 303565 |
| 20273 | Bratz Wanted Yasmin | 303572 |
| 20274 | Bratz Wanted Meygan | 303589 |
| 20275 | Bratz Wanted Fianna | 303596 |
| 20276 | Bratz Midnight Dance 6 pc Asst | 303640 |
| 20277 | Bratz Midnight Dance Yasmin | 303657TT |
| 20278 | Bratz Midnight Dance Fianna | 303671TT |
| 20279 | Bratz OOH LA LA Cloe | 303864EU |

| TX No. | Item Name | SKU |
|---|---|---|
| 20280 | Bratz Rock Angelz 6 pc Asst | 303879 |
| 20281 | Bratz Rock Angelz Cloe | 303886B |
| 20282 | Bratz Rock Angelz Jade | 303909B |
| 20283 | Bratz Rock Angelz Sasha | 303916B |
| 20284 | Bratz OOH LA LA 6 pc Asst | 303947 |
| 20285 | Bratz OOH LA LA Cloe | 303954SC |
| 20286 | Bratz OOH LA LA Dana | 303961EU |
| 20287 | Bratz OOH LA LA Kumi | 303978EU |
| 20288 | Bratz Holiday Doll | 304135J |
| 20289 | Bratz Holiday Doll | 304136 |
| 20290 | Bratz CampFire 8 pc Asst. | 306009 |
| 20291 | Bratz Winter Adventure Cloe | 306016B |
| 20292 | Bratz Winter Adventure Phoebe | 306023B |
| 20293 | Bratz CampFire Dana | 306047B |
| 20294 | Bratz Winter Adventure Felicia | 306054EU |
| 20295 | Bratz Wild Wild West 6pc Asst | 306467I |
| 20296 | Bratz Wild Wild West Yasmin | 306474TT |
| 20297 | Bratz Wild Wild West Cloe | 306481TT |
| 20298 | Bratz Wild Wild West 6pc Asst | 306487 |
| 20299 | Bratz Wild Wild West Fienna | 306498TT |
| 20300 | Bratz Sportz 18 Doll Asst. Display | 307549U |
| 20301 | Bratz Wild Wild West Dana | 309000TT |
| 20302 | Bratz Wild Wild West Kiana | 309017TT |
| 20303 | Bratz Hollywood 6 pc Asst. Wave 2 (TRU CA) | 312178C |
| 20304 | Bratz Hollywood Cloe | 312185TT |
| 20305 | Bratz Hollywood Dana | 312192TT |
| 20306 | Bratz Play Sportz Gymnastics - Yasmin | 313168B |
| 20307 | Bratz Play Sportz Softball - Phoebe | 313182TT |
| 20308 | Bratz Feelin' Pretty Collection Cloe | 313281TT |
| 20309 | Bratz Feelin' Pretty Collection Yasmin | 313298 |
| 20310 | Bratz Feelin' Pretty Collection Dana | 313311TT |
| 20311 | Bratz Feelin' Pretty Collection Sasha | 313328TT |
| 20312 | Bratz Sportz Floor Display Program - 18 pc Bundle | 313397FX |
| 20313 | Bratz Sweet Dreamz Pajama Party 6 pc Asst | 313403 |
| 20314 | Bratz Sweet Dreamz Pajama Party - Cloe | 313410W |
| 20315 | Bratz Sweet Dreamz Pajama Party - Yasmin | 313427W |
| 20316 | Bratz Sweet Dreamz Pajama Party - Felicia | 313458W |
| 20317 | Bratz Genie Magic - Jade | 313471 |
| 20318 | Bratz Birthday - Cloe | 313472W |
| 20319 | Bratz Birthday - Jade | 313489W |
| 20320 | Bratz Genie Magic Doll Pack 6 pc Asst | 313557 |
| 20321 | Bratz Genie Magic - Cloe | 313588W |
| 20322 | Bratz Genie Magic - Megan | 313595W |
| 20323 | Bratz Princess Doll Pack 6 pc Asst | 313625 |
| 20324 | Bratz Princess - Cloe | 313632TT |
| 20325 | Bratz Princess - Yasmin | 313649W |
| 20326 | Bratz Princess - Jade | 313656W |
| 20327 | Bratz Princess - Fianna | 313663TT |
| 20328 | Bratz Genie Magic - Yasmin | 313664 |
| 20329 | Bratz Princess - Roxxi | 313670W |
| 20330 | Bratz Princess Sisters Ciara & Diona 3pc in 1 PDQ | 313700TS |

Exhibit 5,
P. 35

| TX No. | Item Name | SKU |
|---|---|---|
| 20331 | Bratz Sports FND Floor Display Program - 18 pc Bundle Ralphs | 314036FX |
| 20332 | Bratz Party Doll Floor Display Program - 18 pc Bundle | 314202 FX |
| 20333 | Bratz Birthday Doll Pack 6 pc Asst | 314981 |
| 20334 | Bratz TWIINS 6 pc Asst Wave 1 | 315834 |
| 20335 | Bratz Play Sportz Cheerleader Cloe | 319795TT |
| 20336 | Bratz Spring Break Doll Pack - Leah | 320868 |
| 20337 | Bratz Twiins Krysta & Lela (identical) | 321118SC |
| 20338 | Bratz Sisterz - Kiani & Lilana | 321125SC |
| 20339 | Bratz Hollywood Yasmin | 321705B |
| 20340 | Bratz Hollywood Phoebe | 321712B |
| 20341 | Bratz Doll with Stationary Pack | 323228 |
| 20342 | Bratz Bozy Twiinz Zack & Alak | 323433 |
| 20343 | Play Sportz One on One BasketBall 6 pc Asst (W1) | 324690 |
| 20344 | Play Sportz One on One Tennis 6 pc Asst (w1) | 324713 |
| 20345 | Bratz Rock Angelz 2 Doll Pack | 324980 |
| 20346 | Play Sportz One on One Basket Ball Yasmin & Jade | 325031 |
| 20347 | Play Sportz One on One Tennis Cloe & Meygan | 325796TT |
| 20348 | Bratz Kidz Doll Pack 6 pc Asst | 326717 |
| 20349 | Bratz Costume Party 6 pc Asst | 326892 |
| 20350 | Bratz Passion For Fashion Doll 6 pc Asst. | 327141 |
| 20351 | Bratz Ice Champions 6 pc Asst | 327325 |
| 20352 | Bratz Football Cloe | 330097 |
| 20353 | Bratz Football Meygan | 330103 |
| 20354 | Bratz Football Yasmin | 330110 |
| 20355 | Bratz Sweet Dreamz Doll Pack 6 pc Asst | 332374 |
| 20356 | Bratz Sweet Dreamz Pajama Party Cloe | 332381 |
| 20357 | Bratz Sweet Dreamz Pajama Party Yasmin | 332398 |
| 20358 | Bratz Sweet Dreamz Pajama Party Siernna | 332404 |
| 20359 | Bratz Sweet Dreamz Pajama Party Kumi | 332411 |
| 20360 | Bratz Sweet Dreamz Pajama Party Felicia | 332428 |
| 20361 | Bratz Class Doll Pack 6 pc Asst | 332435 |
| 20362 | Bratz Class Yasmin | 332442 |
| 20363 | Bratz Class Cloe | 332459 |
| 20364 | Bratz Class Kaji | 332466 |
| 20365 | Bratz Class Kumi (Foreign Exchange Student) | 332473 |
| 20366 | Bratz Class Sasha | 332480 |
| 20367 | Bratz Princess Doll Pack 6 pc Asst | 332497 |
| 20368 | Bratz Princess Cloe | 332503 |
| 20369 | Bratz Genie Magic Yasmin | 332565B |
| 20370 | Bratz Genie Magic Jade | 332572B |
| 20371 | Bratz Genie Magic Cloe | 332589 |
| 20372 | Bratz Genie Magic Meygan | 332596B |
| 20373 | Bratz Genie Magic Sasha | 332602B |
| 20374 | Bratz Birthday Doll Pack 6 pc Asst | 332619 |
| 20375 | Bratz Genie Magic Doll Pack 6 pc Asst | 332668 |
| 20376 | Bratz Birthday Cloe | 332826 |
| 20377 | Bratz Feelin' Pretty Collection Doll 6 pc Asst. Wave 1 | 333043 |
| 20378 | Bratz Play Sportz Doll Snow Boarding - Lilee | 333692B |
| 20379 | Bratz Play Sportz Doll Sports Car - Katia | 333715B |
| 20380 | Bratz Costume Party Witch - Lela | 333748 |

Exhibit 5,
P. 36

| TX No. | Item Name | SKU |
|---|---|---|
| 20381 | Bratz Passion For Fashion Yasmin | 333807SC |
| 20382 | Bratz Passion For Fashion Cloe | 333814SC |
| 20383 | Bratz Passion For Fashion Sasha | 333821SC |
| 20384 | Bratz Passion For Fashion Jade | 333838SC |
| 20385 | Bratz Forever Diamondz Sasha | 333944B |
| 20386 | Bratz Rodeo 6 pc Asst | 333982 |
| 20387 | Bratz Wild Wild West Yasmin | 333999EU |
| 20388 | Bratz Wild Wild West Cloe | 334002EU |
| 20389 | Bratz Wild Wild West Sorya | 334019EU |
| 20390 | Bratz Forever Diamondz 6 pc Asst | 334071 |
| 20391 | Bratz Forever Diamondz Cloe | 334088B |
| 20392 | Bratz Forever Diamondz Yasmin | 334095B |
| 20393 | Bratz Forever Diamondz Jade | 334101EU |
| 20394 | Bratz Forever Diamondz Sharidan | 334118B |
| 20395 | Bratz Ice Champions Yasmin | 334125SC |
| 20396 | Bratz Ice Champions Dana | 334132SC |
| 20397 | Bratz Ice Champions Vinessa | 334149SC |
| 20398 | Bratz Special Feature Talking Doll 3 pc Asst | 334170 |
| 20399 | Bratz Holiday Doll - Trinity | 334200J |
| 20400 | Bratz Babyz Sitterz (1 Bratz & 1 Babyz) Lana & Alicia | 334224SC |
| 20401 | Play Sportz Teamz Soccer Teamz 6 pc Asst | 334248 |
| 20402 | Play Sportz Teamz Soccer - Yasmin & Roxxi | 334255 |
| 20403 | Play Sportz One on One Soccer - Cloe & Katia | 334262SC |
| 20404 | Bratz Class Doll Pack 6 pc Asst. | 336112 |
| 20405 | Bratz Spring Break Doll Pack 6 pc Asst | 336129 |
| 20406 | Bratz Play Sportz Teamz Softball 6 pc Asst | 337843 |
| 20407 | Bratz Class Doll Pack 6 pc Asst. | 337928 |
| 20408 | Design Your Own Bratz | 338062 |
| 20409 | Bratz Special Feature Talking Sasha | 338406EU |
| 20410 | Bratz Diamondz 6 pc Asst | 338536 |
| 20411 | Bratz Diamondz Vinessa | 338543 |
| 20412 | Bratz Sleep-Over 6 pc Asst | 339762 |
| 20413 | Bratz Sleep Over - Cloe | 339779TT |
| 20414 | Bratz Sleep Over - Yasmin | 339786TT |
| 20415 | Bratz Sleep Over - Jade | 339793TT |
| 20416 | Bratz Sleep-Over Adventure Doll 6 pc Asst. | 340539 |
| 20417 | Bratz Sleep-Over Adventure Doll - Cloe | 340546 |
| 20418 | Bratz Sleep-Over Adventure Doll - Yasmin | 340553 |
| 20419 | Bratz Sleep-Over Adventure Doll-Meygan | 340560 |
| 20420 | Bratz Sleep Over - Meygan | 340904TT |
| 20421 | Bratz Sleep Over - Sasha | 340911TT |
| 20422 | Bratz P4F Sasha | 341246C |
| 20423 | Bratz Fashion Pixiez Doll 6 pc Asst | 341291 |
| 20424 | Bratz Fashion Pixiez Doll Sasha | 341338 |
| 20425 | Bratz Kidz Cloe | 343530 |
| 20426 | Bratz Kidz Yasmin | 343547 |
| 20427 | Bratz Kidz Jade | 343554 |
| 20428 | Bratz Kidz Sasha | 343561 |
| 20429 | Bratz S07 Pampered Pupz 6 pc Asst | 343578 |
| 20430 | Bratz S07 Pampered Pupz Yasmin | 343592 |
| 20431 | Bratz Play Sportz Doll Cheerleading - Yasmin | 343615EU |

Exhibit 5,
P. 37

| TX No. | Item Name | SKU |
|---|---|---|
| 20432 | Bratz Birthday Meygan | 343646 |
| 20433 | Bratz S07 Adventure Girlz Doll 6 pc Asst | 343660 |
| 20434 | Bratz S07 Magic Hair Doll 6 pc Asst | 343707 |
| 20435 | Bratz S07 Sleep Over Cloe | 344117 |
| 20436 | Bratz S07 Sleep Over Yasmin | 344124 |
| 20437 | Bratz S07 Sleep Over Leah | 344131 |
| 20438 | Bratz S07 Sleep Over Sasha | 344155 |
| 20439 | Bratz Fashion Piziez Lina | 346718 |
| 20440 | Bratz S07 Hot Summer Dayz Doll 6 pc Asst | 348801 |
| 20441 | Bratz Kidz Summer Vacation Doll 6 pc Asst | 348993 |
| 20442 | Bratz Kidz Summer Vacation Cloe | 349006 |
| 20443 | Bratz Kidz Summer Vacation Yasmin | 349013 |
| 20444 | Bratz Kidz Summer Vacation Jade | 349020 |
| 20445 | Bratz Pampered Pupz Sasha | 350303C |
| 20446 | Bratz Fashion Pixiez Dee & Lina 4 pc Asst | 351566 |
| 20447 | Bratz Pampered Pupz Sasha | 352303 |
| 20448 | Bratz Sweetheart 6 pc Asst | 353164C |
| 20449 | Bratz X-Treme Skate Boarding Dolls RC 6pc Asst | 353218 |
| 20450 | Bratz Sweetheart 3 pc Asst Executive in CDU | 353641TS |
| 20451 | Bratz Kidz Sleep-Over Adventure Doll-Sasha | 355595 |
| 20452 | Bratz Spanish Speaking Bratz Doll Cloe | 355731 |
| 20453 | Bratz Kidz 88 Pc Pallet Program | 355894 |
| 20454 | Bratz Genie Magic - Sasha | 383501 |
| 20455 | Bratz Rock Angelz Roxxi | 401858 |
| 20456 | Bratz Holiday Doll | 402473 |
| 20457 | Bratz Birthday Bash Doll w/Camera 18 pc Asst PDQ | 402892 |
| 20458 | Bratz Ooh la La 6 pc Asst. | 403128 |
| 20459 | Bratz Play Sportz Pack | 403234 |
| 20460 | Bratz Rock Angelz #1 Fan | 403357 |
| 20461 | Bratz Step out Doll and Matchmaker Journal | 404323 |
| 20462 | Bratz Genie Magic Meygan Doll in Jeans with Varsity | 404934 |
| 20463 | Bratz Diamondz Vinessa | 405061 |
| 20464 | Bratz Diamondz Fianna | 405078 |
| 20465 | Bratz Diamondz Katia | 405085 |
| 20466 | Bratz Girlfriendz 6 pc Asst | 405153 |
| 20467 | Bratz Girlfriendz Yasmin | 405177 |
| 20468 | Bratz Girlfriendz Meygan | 405184 |
| 20469 | Bratz Strut It Meygan and Funk Out! Yasmin 6 pc Asst | 405481 |
| 20470 | Bratz Kidz on Ice Doll - Cloe | 406280 |
| 20471 | Bratz Diamondz Kidz Doll 4 pc Asst | 406495 |
| 20472 | Bratz Diamondz Kidz Doll - Cloe | 406525 |
| 20473 | Bratz Diamondz Kidz Doll - Yasmin | 406532 |
| 20474 | Bratz Collector Doll Big Cloe | 406563 |
| 20475 | Bratz Collector Doll Big Yasmin | 406670 |
| 20476 | Bratz Diamondz Doll with Babyz Diamondz Doll - 78 Pallet | 406693 |
| 20477 | Bratz Diamondz Doll w/Jewelry Case & Jewelry 4pc Asst | 406891 |
| 20478 | Bratz Diamondz 94 pc Pallet Program | 406952 |
| 20479 | Bratz Sleep Over 15 pc PDQ Bundle | 406983 |
| 20480 | Bratz Sleep Over 15 pc PDQ Bundle | 406990 |

Exhibit 5,
P. 38

| TX No. | Item Name | SKU |
|---|---|---|
| 20481 | TRU TWINS ASST | 407003 |
| 20482 | Bratz Step Out and Feelin' Pretty AA Combo | 407027 |
| 20483 | Bratz Genie Yasmin | 407218 |
| 20484 | Bratz Genie Cloe | 407225 |
| 20485 | Bratz Genie Jade | 407232 |
| 20486 | Bratz Genie Meygan | 407249 |
| 20487 | Bratz Genie Sasha | 407256 |
| 20488 | Bratz Doll and Purse Bonus Pack | 407263 |
| 20489 | Bratz Behind the Scenes Fashion Doll 6 pc Asst. | 407270 |
| 20490 | Bratz CampFire 6 pc Asst | 407423 |
| 20491 | Bratz Feelin' Pretty Collection Doll | 407447 |
| 20492 | Bratz Step Out! Doll | 407454 |
| 20493 | Bratz Sports dolls and Boyz doll 3 pc Bundle | 407492 |
| 20494 | Bratz Kidz Adventure Girlz - Cloe | 407883 |
| 20495 | Bratz Diamondz Signing for the Islander | 407898 |
| 20496 | Bratz Diamondz Contest Ballot Box | 407904 |
| 20497 | Bratz Diamondz CD Giveaway Bundle | 407911 |
| 20498 | Adventure Girlz 80 pc Pallet | 407935 |
| 20499 | Bratz Magic Hair 96 pc Pallet Program | 408352 |
| 20500 | Bratz Slumber party Assortment, Int'l | 2611667 |
| 20501 | BRATZ Beach party Yasmin Top Toy | 2630376TT |
| 20502 | Bratz Treasures! 6 pc Asst. | 294177X2 |
| 20503 | Bratz Step Out! Doll 6 pc Asst | 296973T1 |
| 20504 | Bratz Step Out! & Midnight Doll 6 pc Asst | 296973X2 |
| 20505 | Bratz Midnight Dance Meygan | 3003664TT |
| 20506 | Bratz Spring Break Doll Pack 8 pc Asst | 3020937 |
| 20507 | Bratz Hollywood 6 pc Asst. Wave 3 | 312178X2 |
| 20508 | Bratz Boyz Doll Pack 6 pc Asst Wave 2 | 313336X1 |
| 20509 | Play Sportz One on One Tennis 6pc Asst | 324713X1T |
| 20510 | Bratz Play Sportz Teamz Tennis Teams 6 pc Asst (W2) | 324813X1 |
| 20511 | Bratz Kidz Doll 6 pc Asst | 326717S7 |
| 20512 | Bratz Class Sasha | 332480B1 |
| 20513 | Bratz Genie Magic Doll Pack 6 pc Asst | 3325581 |
| 20514 | Bratz Sleep Over Asst. Style 1 in CDU | 339762V1 |
| 20515 | Bratz Sleep Over Asst. Style 1 in CDU | 339762V3 |
| 20516 | Bratz Sleep Over 6pc Asst | 339762V4 |
| 20517 | Bratz Sleep Over 6 pc Asst | 339762S7 |
| 20518 | Bratz Sweetheart 4 pc Asst | 353641S7 |

Exhibit 5,
P. 39