UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL** - *(PHASE II)*

| | | | |
|---|---|---|---|
| Case No. | CV 04-09049 SGL (RNBx) | Date | August 8, 2008 |
| Title: | MATTEL, INC., v. MGA ENTERTAINMENT, INC., | | |

Present: The Honorable STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| C. Sasse | Theresa Lanza (A.M.) / Mark Schweitzer (P.M.) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn<br>William Price<br>Michael T. Zeller<br>John D. Corey | Thomas J. Nolan<br>Carl A. Roth<br>Lauren E. Aguiar<br>Raoul Kennedy<br>Jordan Feirman<br>Patrick Hammon<br>Matthew Sloan |

_____ Day Court Trial    32nd (Phase II) Day Jury Trial

_____ One day trial;  _____ Begun (1st day);  _____ Held & Continued;  _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by
✔ Witnesses called, sworn and    ✔ Exhibits    ✔ Exhibits admitted.
_____ Plaintiff(s) rest.    _____ Defendant(s) rest.
_____ Closing arguments made by _____ plaintiff(s) _____ defendant(s).    _____ Court instructs jury.
_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.
_____ Jury Verdict in favor of _____ plaintiff(s) _____ defendant(s) is read and filed.
_____ Jury polled.    _____ Polling waived.
_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.
_____ Case submitted.    _____ Briefs to be filed by
_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
✔ Case continued    8/12/08, 9:00 am    for further jury trial proceedings.
✔ Other:    Counsel to be present for bench conference at 7:30 a.m.,

6 : 25
Initials of Deputy Clerk    cls

cc: