FILED

UNITED STATES COURT OF APPEALS

AUG 12 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: MGA ENTERTAINMENT, INC.; MGA ENTERTAINMENT HK, LTD. ISAAC LARIAN. | No. 08-73438<br><br>D.C. No. 2:04-cv-09049-SGL-RNB<br>Central District of California, Los Angeles |
| MGA ENTERTAINMENT, INC.; et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,<br><br>Respondent,<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Real Party in Interest. | ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

Petitioners' motion to file portions of the emergency motion and the petition for writ of mandamus under seal is granted. The motion to exceed the page limitation on the petition is granted.

The emergency motion for an order suspending trial is denied.

LN/MOATT

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.