QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**Proof of Service**<br><br>**Phase 1**<br><br>Trial Date:    May 27, 2008 |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 S. Figueroa St., 10th Floor, Los Angeles, California 90017.

On August 6, 2008, I served true copies of the following documents described as:

## SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
**(Mission Inn, Riverside, CA)**

[√] **PERSONAL**: By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on August 6, 2008, at Riverside, California.

*/s/ Andrea M. Hoeven*
Andrea M. Hoeven

# DOCUMENT LIST

1. MATTEL, INC.'S RESPONSE TO MGA'S MOTION FOR CLARIFICATION OR RECONSIDERATION OF THE COURT'S JULY 24, 2008 ORDER CONCERNING SCOPE OF COPYRIGHT PROTECTION

2. DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S RESPONSE TO MGA'S MOTION FOR CLARIFICATION OR RECONSIDERATION OF THE COURT'S JULY 24, 2008 ORDER CONCERNING SCOPE OF COPYRIGHT PROTECTION

3. APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S RESPONSE TO MGA'S MOTION FOR CLARIFICATION OR RECONSIDERATION OF THE COURT'S JULY 24, 2008 ORDER CONCERNING SCOPE OF COPYRIGHT PROTECTION

4. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S RESPONSE TO MGA'S MOTION FOR CLARIFICATION OR RECONSIDERATION OF THE COURT'S JULY 24, 2008 ORDER CONCERNING SCOPE OF COPYRIGHT PROTECTION

5. PROOF OF SERVICE