THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (Admitted Pro Hac Vice)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>MGA PARTIES' SECOND REVISED [PROPOSED] PHASE 1b VERDICT FORM |

[The MGA Parties reserve the right to amend this verdict form in accordance with the evidence presented at trial, particularly with respect to Mattel's copyright claims.]

**VERDICT FORM**

We answer the questions submitted to us as follows:

**Copyright Claims**

1. Has Mattel proven by a preponderance of the evidence that MGA is liable for infringement of any of Mattel's copyrights?

    Yes ____    No ____

2. Has Mattel proven by a preponderance of the evidence that MGA (HK) is liable for infringement of any of Mattel's copyrights?

    Yes ____    No ____

3. Has Mattel proven by a preponderance of the evidence that Isaac Larian is liable for infringement of any of Mattel's copyrights?

    Yes ____    No ____

4. Has Mattel proven by a preponderance of the evidence that Isaac Larian is liable for contributory infringement of any of Mattel's copyrights?

    Yes ____    No ____

5. Has Mattel proven by a preponderance of the evidence that Isaac Larian is liable for vicarious infringement of any of Mattel's copyrights?

    Yes ____    No ____

## Copyright Claim Damages

First Generation Core Fashion Dolls:

6.  If you answered "Yes" to any of Questions 1-5, has Mattel proven by a preponderance of the evidence that the following MGA products infringe the copyrighted drawings in Exhibit A:

| Yes | No |  |
|---|---|---|
| ☐ | ☐ | TX 12286 (Cloe) |
| ☐ | ☐ | TX 17551 (Jade) |
| ☐ | ☐ | TX 17558 (Sasha) |
| ☐ | ☐ | TX 17561 (Yasmin) |

7.  If you answered "Yes" to Question No. 6, state the amount of damages, if any, to which Mattel is entitled for that infringement:

$_____

Later Fashion Dolls:

8.  If you answered "Yes" to any of Questions 1-5, has Mattel proven by a preponderance of the evidence that the following MGA products infringe the copyrighted drawings in Exhibit A:

| Yes | No |  |
|---|---|---|
| ☐ | ☐ | Fashion Dolls, e.g., TX xxx, TX xxx, TX xxx , TX xxx |
| ☐ | ☐ | Fashion Doll Accessories, e.g., TX xxx, TX xxx, TX xxx, TX xxx |

9.  If you answered "Yes" to Question No. 8, state the amount of damages, if any, to which Mattel is entitled for that infringement:

$_____

<u>Other Product Lines:</u>

10.  If you answered "Yes" to any of Questions 1-5, has Mattel proven by a preponderance of the evidence that the following MGA products infringe the copyrighted drawings in Exhibit A:

| Yes | No | |
|---|---|---|
| ☐ | ☐ | Small/Mini Dolls, e.g., TX xxx, TX xxx, TX xxx, TX xxx |
| ☐ | ☐ | Large Dolls, e.g., TX xxx, TX xxx, TX xxx, TX xxx |
| ☐ | ☐ | Small/Mini Doll Accessories, e.g., TX xxx, TX xxx, TX xxx, TX xxx |
| ☐ | ☐ | Large Doll Accessories, e.g., TX xxx, TX xxx, TX xxx, TX xxx |

11.  If you answered "Yes" to Question No. 10, state the amount of damages, if any, to which Mattel is entitled for that infringement:

$\$_____$

[If Mattel is seeking damages based on copyright infringement of merchandise:]

<u>Merchandise:</u>

12.  If you answered "Yes" to any of Questions 1-5, has Mattel proven by a preponderance of the evidence that the following MGA products infringe the copyrighted drawings in Exhibit A:

| Yes | No | |
|---|---|---|
| ☐ | ☐ | Accessories, e.g., TX xxx, TX xxx, TX xx and TX xxx |
| ☐ | ☐ | Home Decor, e.g., TX xxx, TX xxx, TX xx and TX xxx |
| ☐ | ☐ | Stationery, e.g., TX xxx, TX xxx, TX xx and TX xxx |
| ☐ | ☐ | Games & Puzzles, e.g., TX xxx, TX xxx, TX xx and TX xxx |
| ☐ | ☐ | Sporting Goods, e.g., TX xxx, TX xxx, TX xx and TX xxx |
| ☐ | ☐ | Consumer Electronics, e.g., TX xxx, TX xxx, TX xx and TX xxx |

13. If you answered "Yes" to Question No. 12, state the amount of damages, if any, to which Mattel is entitled for that infringement:

$_____

14. Assuming you found any infringement as to questions 6, 8, 10, or 12, do you find that such infringement was willful?  Yes ____  No ____

    (a) If yes, indicate which infringing acts you found to be willful:

        (i) infringement identified in Question 6?  Yes ____   No ____

        If yes, indicate which defendant acted willfully:

        Larian ___  MGA ___  MGA (HK) ___

        (ii) infringement identified in Question 8?  Yes ____   No ____

        If yes, indicate which defendant acted willfully:

        Larian ___  MGA ___  MGA (HK) ___

        (iii) infringement identified in Question 10?  Yes ____  No ____

        If yes, indicate which defendant acted willfully:

        Larian ___  MGA ___  MGA (HK) ___

        (iv) infringement identified in Question 12?  Yes ____  No ____

        If yes, indicate which defendant acted willfully:

        Larian ___  MGA ___  MGA (HK) ___

### Non-Copyright Claims

#### Affirmative Defenses To Non-Copyright Claims

15. Has Mattel proven by a preponderance of the evidence that MGA fraudulently concealed Mattel's intentional interference with contractual relations claim until after April 27, 2002?

    Yes ____   No ____

16. Has Mattel proven by a preponderance of the evidence that Isaac Larian fraudulently concealed Mattel's intentional inference with contractual relations claim until after April 27, 2002?

    Yes \_\_\_\_    No \_\_\_\_

17. Has Mattel proven by a preponderance of the evidence that MGA fraudulently concealed Mattel's conversion claim until after April 27, 2001?

    Yes \_\_\_\_    No \_\_\_\_

18. Has Mattel proven by a preponderance of the evidence that Isaac Larian fraudulently concealed Mattel's conversion claim until after April 27, 2001?

    Yes \_\_\_\_    No \_\_\_\_

19. Has Mattel proven by a preponderance of the evidence that MGA (HK) fraudulently concealed Mattel's conversion claim until after April 27, 2001?

    Yes \_\_\_\_    No \_\_\_\_

<u>Non-Copyright Claim Damages</u>

20. State the amount of nominal or compensatory damages, if any, Mattel is entitled to on its claim for intentional interference with contractual relations:

    $_____

How much of this amount, if any, was also awarded above as damages for copyright infringement in questions 7, 9, 11, or 13?

    $_____

21. State the amount of nominal or compensatory damages, if any, Mattel is entitled to on its claim for aiding and abetting breach of fiduciary duty:

$_____

How much of this amount, if any, was also awarded above as damages for copyright infringement in questions 7, 9, 11, or 13 or as damages for intentional interference with contractual relations in question 20?

$_____

22. State the amount of nominal or compensatory damages, if any, Mattel is entitled to on its claim for aiding and abetting breach of the duty of loyalty:

$_____

How much of this amount, if any, was also awarded above as damages for copyright infringement in questions 7, 9, 11, or 13, as damages for intentional interference with contractual relations in question 20, or as damages for aiding and abetting breach of fiduciary duty in question 21?

$_____

23. For those drawings and items in Exhibit B that you found were converted, state the total fair market value, if any, of these drawings and items at the time of conversion:

$_____

State the amount of reasonable compensation, if any, for the time and money spent by Mattel in attempting to recover this property:

$_____

How much of the amounts found under Question 23, if any, was also awarded above as damages for copyright infringement in questions 7, 9, 11, or 13, as damages for intentional interference with contractual relations in question 20, as damages for

aiding and abetting breach of fiduciary duty in question 21, or as damages for aiding and abetting breach of duty of loyalty in question 22?

$_____

24. State the amount of punitive damages, if any, to which Mattel is entitled against MGA:

$_____

25. State the amount of punitive damages, if any, to which Mattel is entitled against MGA HK:

$_____

26. State the amount of punitive damages, if any, to which Mattel is entitled against Isaac Larian:

$_____

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

DATED: _____, 2008

_____
Presiding Juror

[Based on the Court's rulings, the MGA Parties have omitted from their verdict form questions regarding the affirmative defenses that the Court has found to be equitable: laches, waiver, estoppel and acquiescence. The MGA Parties understand that the Court will make findings of fact and rule on these affirmative defenses after the jury renders its verdict. In omitting these questions, the MGA Parties preserve their position that the jury should be instructed and questioned on these defenses.

Likewise, the MGA Parties understand the Court to have stated that a general, rather than a special, verdict form should be submitted on non-copyright issues. The MGA Parties have therefore presented general verdict questions above, but preserve their position that a special verdict form would be appropriate given the complexity of all claims in this case.]

DATED: August 13, 2008        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Thomas J. Nolan_____
Thomas J. Nolan
Attorneys for the MGA Parties

# EXHIBIT A

## [SIXTEEN COPYRIGHTED DRAWINGS]

TX [302] [VA 1-378-648, VA 1-378-649, VA 1-378-650, VA 1-378-651, VA 1-378-652, VA 1-378-653, VA 1-378-654, VA 1-378-655, VA 1-378-656, VA 1-378-657, VA 1-378-658, VA 1-378-659, VA 1-378-660, VAu 715-270, VAu 715-271 and VAu 715-273.]

# EXHIBIT B

[EXHIBITS FOR WHICH JURORS MARKED "YES" IN QUESTIONS 1-4 OF THE VERDICT FORM IN PHASE 1A]