THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (Admitted Pro Hac Vice)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>MGA PARTIES' THIRD REVISED [PROPOSED] PHASE 1b VERDICT FORM |

[The MGA Parties reserve the right to amend this verdict form in accordance with the evidence presented at trial, particularly with respect to Mattel's copyright claims.]

# VERDICT FORM

We answer the questions submitted to us as follows:

## Copyright Claims

1. Has Mattel proven by a preponderance of the evidence that MGA is liable for infringement of any of Mattel's copyrights in the drawings listed in Exhibit A?

Yes ____ No ____

2. Has Mattel proven by a preponderance of the evidence that MGA (HK) is liable for infringement of any of Mattel's copyrights in the drawings listed in Exhibit A?

Yes ____ No ____

3. Has Mattel proven by a preponderance of the evidence that Isaac Larian is liable for infringement of any of Mattel's copyrights in the drawings listed in Exhibit A?

Yes ____ No ____

4. Has Mattel proven by a preponderance of the evidence that Isaac Larian is liable for contributory infringement of any of Mattel's copyrights in the drawings listed in Exhibit A?

Yes ____ No ____

1

MGA Parties' Second Revised [Proposed] Phase 1b Verdict Forms– Case No. CV 04-9049 SGL (RNBx)
741373.02-New York Server 4A
MSW - Draft August 14, 2008 - 12:35 AM

5. Has Mattel proven by a preponderance of the evidence that Isaac Larian is liable for vicarious infringement of any of Mattel's copyrights in the drawings listed in Exhibit A?

Yes ____ No ____

Copyright Claim Damages

First Generation Bratz Fashion Dolls:

6. If you answered "Yes" to any of Questions 1-5, has Mattel proven by a preponderance of the evidence that the following MGA products infringe the copyrighted drawings in Exhibit A:

| Yes | No | |
|---|---|---|
| ☐ | ☐ | TX 12286 (Cloe) |
| ☐ | ☐ | TX 17551 (Jade) |
| ☐ | ☐ | TX 17558 (Sasha) |
| ☐ | ☐ | TX 17561 (Yasmin) |

7. If you answered "Yes" to Question No. 6, state the amount of damages, if any, to which Mattel is entitled for that infringement:

$______________

Later Fashion Bratz Dolls:

8. If you answered "Yes" to any of Questions 1-5, has Mattel proven by a preponderance of the evidence that the following MGA products infringe the copyrighted drawings in Exhibit A:

| Yes | No | |
|---|---|---|
| ☐ | ☐ | Adventure Girlz (e.g. TX 17516 ) |
| ☐ | ☐ | Back to School (e.g. TX 17517 ) |
| ☐ | ☐ | Beach Party (e.g. TX 17813 ) |

| | | |
|---|---|---|
| ☐ | ☐ | Birthday (e.g. TX 17518 ) |
| ☐ | ☐ | Birthday Bash (e.g. TX 17519 ) |
| ☐ | ☐ | Camp Fire (e.g. TX 17521 ) |
| ☐ | ☐ | Costume Party (e.g. TX 17512 ) |
| ☐ | ☐ | Dyanmite (e.g. TX 17507 ) |
| ☐ | ☐ | Fabulous Bratz (e.g. TX 18690 ) |
| ☐ | ☐ | Feelin' Pretty (e.g. TX 18655 ) |
| ☐ | ☐ | Flashback Fever (e.g. TX 17495 ) |
| ☐ | ☐ | Flower Girlz (e.g. TX 17510 ) |
| ☐ | ☐ | Forever Diamondz (e.g. TX 17527 ) |
| ☐ | ☐ | Formal Funk (e.g. TX 17529 ) |
| ☐ | ☐ | Funk N' Glow (e.g. TX 17530 ) |
| ☐ | ☐ | Funk Out! (e.g. TX 17494 ) |
| ☐ | ☐ | Genie Magic (e.g. TX 17536 ) |
| ☐ | ☐ | Girlfriendz (e.g. TX 18695 ) |
| ☐ | ☐ | Girlfriendz Nite Out (e.g. TX 17728 ) |
| ☐ | ☐ | Girls Nite Out! (e.g. TX 18657 ) |
| ☐ | ☐ | Girlz Really Rock (e.g. TX 14626 ) |
| ☐ | ☐ | Gold Medal Gymnasts (e.g. TX 17539 ) |
| ☐ | ☐ | Head Gamez (e.g. TX 14232 ) |
| ☐ | ☐ | Holiday (e.g. 17776 |
| ☐ | ☐ | Hollywood Style (e.g. TX 18658 ) |
| ☐ | ☐ | Hot Summer Dayz (e.g. TX 18660 ) |
| ☐ | ☐ | I-Candy (e.g. TX 17541 ) |
| ☐ | ☐ | Ice Champions (e.g. TX 18662 ) |
| ☐ | ☐ | Live In Concert (e.g. TX 17505 ) |
| ☐ | ☐ | Magic Hair (e.g. TX 18663 ) |
| ☐ | ☐ | Midnight Dance (e.g. TX 18664 ) |
| ☐ | ☐ | Nighty-Nite (e.g. TX 18665 ) |
| ☐ | ☐ | Ooh La La Paris (e.g. TX 17546 ) |

3

MGA Parties' Second Revised [Proposed] Phase 1b Verdict Forms– Case No. CV 04-9049 SGL (RNBx)

741373.02-New York Server 4A

MSW - Draft August 14, 2008 - 12:35 AM

| | | |
|---|---|---|
| ☐ | ☐ | Pampered Pupz (e.g. TX 17513 ) |
| ☐ | ☐ | Passion 4 Fashion (e.g. TX 17726 ) |
| ☐ | ☐ | Play Sportz 1 (e.g. TX 17563 ) |
| ☐ | ☐ | Princess (e.g. TX 17566 ) |
| ☐ | ☐ | Princess Wicked Twiins (e.g. TX 18674 ) |
| ☐ | ☐ | Rock Angelz (e.g. TX 18676 ) |
| ☐ | ☐ | Rodeo (e.g. TX 18675 ) |
| ☐ | ☐ | Secret (Blind) Date (e.g. TX 18678 ) |
| ☐ | ☐ | Shrek (e.g. 17567) |
| ☐ | ☐ | Sisterz (e.g. TX 18679 ) |
| ☐ | ☐ | Sleepin' Style (e.g. TX 18737 ) |
| ☐ | ☐ | Sleep-Over (e.g. TX 17568 ) |
| ☐ | ☐ | Slumber Party (e.g. TX 14167 ) |
| ☐ | ☐ | Spider Man (e.g. 17569) |
| ☐ | ☐ | Spring Break (e.g. TX 18682 ) |
| ☐ | ☐ | Star Singerz (e.g. TX 18875 ) |
| ☐ | ☐ | Step Out! (e.g. TX 18683 ) |
| ☐ | ☐ | Strut It! (e.g. TX 17571 ) |
| ☐ | ☐ | Style It! (e.g. TX 17573 ) |
| ☐ | ☐ | Sun-Kissed Summer (e.g. TX 18684 ) |
| ☐ | ☐ | Sweet Dreamz Pajama Party (e.g. TX 18685 ) |
| ☐ | ☐ | Sweet Heart (e.g. TX 17576 ) |
| ☐ | ☐ | Treasure (e.g. TX 17501 ) |
| ☐ | ☐ | Triiiplets (e.g. TX 17361 ) |
| ☐ | ☐ | Twiins 1st Edition (e.g. TX 18689 ) |
| ☐ | ☐ | Walking Bratz (e.g. TX 18871 ) |
| ☐ | ☐ | Wild Life Safari (e.g. TX 18691 ) |
| ☐ | ☐ | Wild Wild West (e.g. TX 17506 ) |
| ☐ | ☐ | Wintertime Wonderland (e.g. TX 18693 ) |
| ☐ | ☐ | World Destination 1 Tokyo A Go-Go (e.g. TX 17369 ) |

4

MGA Parties' Second Revised [Proposed] Phase 1b Verdict Forms– Case No. CV 04-9049 SGL (RNBx)

741373.02-New York Server 4A

MSW - Draft August 14, 2008 - 12:35 AM

| | | |
|---|---|---|
| ☐ | ☐ | World Destination 2: London - Pretty N' Punk (e.g. TX 17565 ) |
| ☐ | ☐ | X-Press It! (e.g. TX 17366 ) |
| ☐ | ☐ | X-treme Skateboarding (e.g. TX 18652 ) |

9. If you answered "Yes" to Question No. 8, state the amount of damages, if any, to which Mattel is entitled for that infringement:

$________________

Other Product Lines:

10. If you answered "Yes" to any of Questions 1-5, has Mattel proven by a preponderance of the evidence that the following MGA products infringe the copyrighted drawings in Exhibit A:

| Yes | No | |
|---|---|---|
| ☐ | ☐ | Boyz (e.g. TX 17477) |
| ☐ | ☐ | Lil' (Micro) Bratz (e.g. TX 17491) |
| ☐ | ☐ | Lil Bratz Boyz (e.g. TX 17489) |
| ☐ | ☐ | Babyz (molded hair) (e.g. TX 17775) |
| ☐ | ☐ | Babyz (rooted hair) (e.g. TX 17471) |
| ☐ | ☐ | Big Babyz (molded hair) (e.g. TX 17467) |
| ☐ | ☐ | Big Babyz (rooted hair) (e.g. TX 17466) |
| ☐ | ☐ | Kidz (Girl) (e.g. TX 17478) |
| ☐ | ☐ | Kidz Boyz (e.g. TX 18876) |
| ☐ | ☐ | Big Kidz (e.g. TX 18877) |
| ☐ | ☐ | Lil' Angelz (molded hair) (e.g. TX 17486) |
| ☐ | ☐ | Lil' Angelz (rooted hair) (e.g. TX 18878) |
| ☐ | ☐ | Itsy Bitsy Bratz (e.g. TX 17482) |

5

MGA Parties' Second Revised [Proposed] Phase 1b Verdict Forms– Case No. CV 04-9049 SGL (RNBx)
741373.02-New York Server 4A
MSW - Draft August 14, 2008 - 12:35 AM

| | | |
|---|---|---|
| ☐ | ☐ | Itsy Bitsy Petz (e.g. 17485) |
| ☐ | ☐ | Petz (e.g. TX 17602) |
| ☐ | ☐ | Babyz and Big Babyz Ponyz (e.g. TX 17473 and TX 17468) |
| ☐ | ☐ | Star Singerz (e.g. TX 18875) |
| ☐ | ☐ | Movie Starz (e.g. TX 17731) |
| ☐ | ☐ | Fashion Pixiez (e.g. TX 17525) |
| ☐ | ☐ | Walking Bratz (e.g. TX 18879) |
| ☐ | ☐ | Talking Bratz (bent leg) (e.g. TX 14188) |
| ☐ | ☐ | Talking Bratz (straight leg) (e.g. TX 17577) |

11. If you answered "Yes" to Question No. 10, state the amount of damages, if any, to which Mattel is entitled for that infringement:

$______________

[If Mattel is seeking damages based on copyright infringement of merchandise:]

Merchandise:

12. If you answered "Yes" to any of Questions 1-5, has Mattel proven by a preponderance of the evidence that the following MGA products infringe the copyrighted drawings in Exhibit A:

| Yes | No | |
|---|---|---|
| ☐ | ☐ | Vehicles e.g., TX 17367 and TX 17545 |
| ☐ | ☐ | Playsets, e.g., TX 17528, TX 17574, TX 17815, and TX 18815 |
| ☐ | ☐ | Outdoor, e.g., TX 18796, and TX 17426 |
| ☐ | ☐ | Games, e.g., TX 18802 |
| ☐ | ☐ | Lifestyle Products, e.g., TX 18804, TX 17698, and TX 17443 |
| ☐ | ☐ | Electronics, e.g., TX 18799, TX 18798, TX 17440 |
| ☐ | ☐ | Fashions, e.g., TX 17777, TX 17779, TX 17804 |

13. If you answered "Yes" to Question No. 12, state the amount of damages, if any, to which Mattel is entitled for that infringement:

$______________

14. Assuming you found any infringement as to questions 6, 8, 10, or 12, do you find that such infringement was willful? Yes ____ No ____

(a) If yes, indicate which infringing acts you found to be willful:

(i) infringement identified in Question 6? Yes ____ No ____

If yes, indicate which defendant acted willfully:

Larian ___ MGA ___ MGA (HK) ___

(ii) infringement identified in Question 8? Yes ____ No ____

If yes, indicate which defendant acted willfully:

Larian ___ MGA ___ MGA (HK) ___

(iii) infringement identified in Question 10? Yes ____ No ____

If yes, indicate which defendant acted willfully:

Larian ___ MGA ___ MGA (HK) ___

(iv) infringement identified in Question 12? Yes ____ No ____

If yes, indicate which defendant acted willfully:

7

MGA Parties' Second Revised [Proposed] Phase 1b Verdict Forms– Case No. CV 04-9049 SGL (RNBx)

741373.02-New York Server 4A

MSW - Draft August 14, 2008 - 12:35 AM

Larian ___ MGA ___ MGA (HK) ___

**Non-Copyright Claims**

Affirmative Defenses To Non-Copyright Claims

15. Has Mattel proven by a preponderance of the evidence that MGA fraudulently concealed Mattel's intentional interference with contractual relations claim until after April 27, 2002?

Yes ____ No ____

16. Has Mattel proven by a preponderance of the evidence that Isaac Larian fraudulently concealed Mattel's intentional inference with contractual relations claim until after April 27, 2002?

Yes ____ No ____

17. Has Mattel proven by a preponderance of the evidence that MGA fraudulently concealed Mattel's conversion claim until after April 27, 2001?

Yes ____ No ____

18. Has Mattel proven by a preponderance of the evidence that Isaac Larian fraudulently concealed Mattel's conversion claim until after April 27, 2001?

Yes ____ No ____

19. Has Mattel proven by a preponderance of the evidence that MGA (HK) fraudulently concealed Mattel's conversion claim until after April 27, 2001?

Yes ____ No ____

8

MGA Parties' Second Revised [Proposed] Phase 1b Verdict Forms– Case No. CV 04-9049 SGL (RNBx)

741373.02-New York Server 4A

MSW - Draft August 14, 2008 - 12:35 AM

Non-Copyright Claim Damages

20. State the amount of nominal or compensatory damages, if any, Mattel is entitled to on its claim for intentional interference with contractual relations:

$______________

How much of this amount, if any, was also awarded above as damages for copyright infringement in questions 7, 9, 11, or 13?

$______________

21. State the amount of nominal or compensatory damages, if any, Mattel is entitled to on its claim for aiding and abetting breach of fiduciary duty:

$______________

How much of this amount, if any, was also awarded above as damages for copyright infringement in questions 7, 9, 11, or 13 or as damages for intentional interference with contractual relations in question 20?

$______________

22. State the amount of nominal or compensatory damages, if any, Mattel is entitled to on its claim for aiding and abetting breach of the duty of loyalty:

$______________

How much of this amount, if any, was also awarded above as damages for copyright infringement in questions 7, 9, 11, or 13, as damages for intentional interference with contractual relations in question 20, or as damages for aiding and abetting breach of fiduciary duty in question 21?

$______________

9

MGA Parties' Second Revised [Proposed] Phase 1b Verdict Forms– Case No. CV 04-9049 SGL (RNBx)
741373.02-New York Server 4A
MSW - Draft August 14, 2008 - 12:35 AM

23. For those drawings and items in Exhibit B that you found were converted, state the total fair market value, if any, of these drawings and items at the time of conversion:

$______________

State the amount of reasonable compensation, if any, for the time and money spent by Mattel in attempting to recover this property:

$______________

How much of the amounts found under Question 23, if any, was also awarded above as damages for copyright infringement in questions 7, 9, 11, or 13, as damages for intentional interference with contractual relations in question 20, as damages for aiding and abetting breach of fiduciary duty in question 21, or as damages for aiding and abetting breach of duty of loyalty in question 22?

$______________

24. State the amount of punitive damages, if any, to which Mattel is entitled against MGA:

$______________

25. State the amount of punitive damages, if any, to which Mattel is entitled against MGA HK:

$______________

26. State the amount of punitive damages, if any, to which Mattel is entitled against Isaac Larian:

$______________

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

10

MGA Parties' Second Revised [Proposed] Phase 1b Verdict Forms– Case No. CV 04-9049 SGL (RNBx)

741373.02-New York Server 4A MSW - Draft August 14, 2008 - 12:35 AM

DATED: ______________, 2008

________________________________
Presiding Juror

[Based on the Court's rulings, the MGA Parties have omitted from their verdict form questions regarding the affirmative defenses that the Court has found to be equitable: laches, waiver, estoppel and acquiescence. The MGA Parties understand that the Court will make findings of fact and rule on these affirmative defenses after the jury renders its verdict. In omitting these questions, the MGA Parties preserve their position that the jury should be instructed and questioned on these defenses. Likewise, the MGA Parties understand the Court to have stated that a general, rather than a special, verdict form should be submitted on non-copyright issues. The MGA Parties have therefore presented general verdict questions above, but preserve their position that a special verdict form would be appropriate given the complexity of all claims in this case.]

DATED: August 13, 2008 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Thomas J. Nolan
Thomas J. Nolan
Attorneys for the MGA Parties

11

MGA Parties' Second Revised [Proposed] Phase 1b Verdict Forms– Case No. CV 04-9049 SGL (RNBx)
741373.02-New York Server 4A MSW - Draft August 14, 2008 - 12:35 AM