## EXHIBIT A

### [SIXTEEN COPYRIGHTED DRAWINGS]

TX [302] [VA 1-378-648, VA 1-378-649, VA 1-378-650, VA 1-378-651, VA 1-378-652, VA 1-378-653, VA 1-378-654, VA 1-378-655, VA 1-378-656, VA 1-378-657, VA 1-378-658, VA 1-378-659, VA 1-378-660, VAu 715-270, VAu 715-271 and VAu 715-273.]

MGA Parties' Second Revised [Proposed] Phase 1b Verdict Forms– Case No. CV 04-9049 SGL (RNBx)
741373.02-New York Server 4A                    MSW - Draft August 14, 2008 - 12:35 AM

Exhibit A,
P. 12