# EXHIBIT B

## [EXHIBITS FOR WHICH JURORS MARKED "YES" IN QUESTIONS 1-4 OF THE VERDICT FORM IN PHASE 1A]

MGA Parties' Second Revised [Proposed] Phase 1b Verdict Forms– Case No. CV 04-9049 SGL (RNBx)
741373.02-New York Server 4A
MSW - Draft August 14, 2008 - 12:35 AM

Exhibit _B_,
P. _13_