UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL** - *(PHASE II)*

| | | | |
|---|---|---|---|
| Case No. | CV 04-09049 SGL (RNBx) | Date | August 13, 2008 |
| Title: | MATTEL, INC., v. MGA ENTERTAINMENT, INC., | | |

Present: The Honorable   STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| C. Sasse | Theresa Lanza (A.M.) <br> Mark Schweitzer (P.M.) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn <br> William Price <br> Michael T. Zeller | Thomas J. Nolan <br> Carl A. Roth <br> Lauren E. Aguiar <br> Jordan Feirman |

\_\_\_\_ Day Court Trial   34th (Phase II) Day Jury Trial
\_\_\_\_ One day trial:   \_\_\_\_ Begun (1st day);   \_\_\_\_ Held & Continued;   \_\_\_\_ Completed by jury verdict/submitted to court.
\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by
✔ Witnesses called, sworn and   ✔ Exhibits   ✔ Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.   \_\_\_\_ Defendant(s) rest.
\_\_\_\_ Closing arguments made by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).   \_\_\_\_ Court instructs jury.
\_\_\_\_ Bailiff(s) sworn.   \_\_\_\_ Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists   \_\_\_\_ Filed jury notes.   \_\_\_\_ Filed jury instructions.
\_\_\_\_ Case submitted.   \_\_\_\_ Briefs to be filed by
\_\_\_\_ Motion to dismiss by \_\_\_\_\_ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by \_\_\_\_\_ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_\_\_ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
✔ Case continued   8/14/08, 9:00 am   for further jury trial proceedings.
✔ Other:   Counsel to be present for bench conference at 8:00 a.m.

7 : 13
Initials of Deputy Clerk   cls

cc: