QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>          Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-09049 SGL (RNBx)<br><br>Judge:     Hon. Stephen G. Larson<br><br>MATTEL INC.'s OBJECTIONS TO THE MGA PARTIES' INSTRUCTION REGARDING COMPETITORS' PRODUCTS AND PROPOSED COUNTER-INSTRUCTION<br><br>**Phase 1B:**<br><br>Trial Date:     July 23, 2008 |

07209/2606081.1

COMPETITIVE PRODUCTS INSTRUCTION OBJECTION

Mattel Inc. hereby objects to the MGA Parties' proposed jury instruction regarding competitors' products.

## MGA PARTIES' PROPOSED SPECIAL INSTRUCTION NO. \_\_\_\_ COMPETITORS' PRODUCTS

You have heard evidence that both Mattel and MGA purchased and evaluated each other's existing products and/or product themes and had those products in their respective design centers. I am instructing you that this is not an issue in this case, and there is no allegation that it is wrong or improper. You should not make any decision for or against MGA or Mattel based on either side having purchased, evaluated or possessed a competitor's product.

## MATTEL'S OBJECTIONS TO THE INSTRUCTION

Mattel objects to the proposed instruction on the following grounds.

1. There is no need for the Court to summarize evidence presented during the trial. The jury is capable of remembering the evidence presented to it over the past several days. Mattel's proposed counter-instruction is a simple and neutral way of advising the jury about the limited probative value of this evidence.

2. The proposed instruction is potentially confusing. It is certainly "wrong [and] improper" to use a competitor's confidential information. Mattel's proposed counter-instruction, which makes clear the instruction only applies to publicly available information, should be given instead.

3. The proposed instruction improperly emphasizes the issue, which was the subject of limited testimony at trial. Mattel's proposed one-sentence counter instruction provides a simple and neutral way of advising the jury about the limited probative value dof this evidence.

07209/2606081.1

COMPETITIVE PRODUCTS INSTRUCTION OBJECTION

4. Mattel objects to the proposed instruction on the grounds that it is misleading and misstates the evidence. Specifically, there is no evidence that MGA has a "design center."

### MATTEL'S PROPOSED COUNTER-INSTRUCTION

I am instructing you that, in this trial, there is no allegation that it is illegal or improper for a company or person to purchase, possess or evaluate the publicly available product of a competitor.

DATED: August 15, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/
Michael T. Zeller
Attorneys for Mattel, Inc.