QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL, INC.'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS FOR PHASE 1B**<br><br>**Phase 1B:**<br><br>Trial Date: July 23, 2008 |

Mattel, Inc. ("Mattel") hereby submits the following supplemental jury instructions for Phase 1B of the trial in this matter. Mattel requests and reserves the right to amend, modify, withdraw and/or supplement its proposed jury instructions before or during the trial in this matter.

DATED: August 17, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
    Jon D. Corey
    Attorneys for Mattel, Inc.

# MATTEL'S SPECIAL JURY INSTRUCTION NO. __
## MULTIPLE CLAIMS

Mattel seeks damages under more than one legal claim or theories and as to three defendants. In awarding damages as to any particular claim or defendant, you should not consider or discount your award based on amounts, if any, that you award as to any other claim or defendant. That is, you should award the full amount of damages you find appropriate as to each separate claim against each defendant, if any. The Court will ensure, once your verdict has been reached, that the plaintiff does not obtain duplicative damages.

# MATTEL'S SPECIAL JURY INSTRUCTION NO. __
# OTHER INVESTIGATIONS

In considering whether and when Mattel was aware of such facts that either did or could have led it to discover that Carter Bryant created Bratz works while employed by Mattel or entered into a contract with and worked with MGA while he was employed by Mattel, you should not consider any evidence of similarities between the Bratz dolls and the Toon Teens or Diva Starz projects at Mattel. Any such similarities are irrelevant to the question of when Mattel became aware of such facts that either did or could have led it to discover that Carter Bryant created Bratz works while employed by Mattel or entered into a contract with and worked with MGA while employed by Mattel.

# MATTEL'S SPECIAL JURY INSTRUCTION NO. __
# INJUNCTIVE RELIEF

You have heard testimony regarding the prospect of an injunction being issued in this case. I instruct you to disregard all such testimony in determining what damages, if any, should be awarded to Mattel.