1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  DAVID W. HANSEN (Bar. No. 196958)
   (dhansen@skadden.com)
3  LAUREN AGUIAR (Admitted Pro Hac Vice)
   (laguiar@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
5  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
6
7  Attorneys for MGA Parties

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12 CARTER BRYANT, an individual,         )  CASE NO. CV 04-9049 SGL (RNBx)
                                          )  Consolidated with Case No. 04-9059
13              Plaintiff,                )  and Case No. 05-2727
                                          )
14       v.                               )  MGA PARTIES' PROPOSED JURY
                                          )  INSTRUCTION REGARDING
15 MATTEL, INC., a Delaware               )  COMPETITIVE PRODUCTS
   corporation,                           )
16                                        )
                Defendant.                )
17 ─────────────────────────              )
   AND CONSOLIDATED ACTIONS               )  Trial Date: May 27, 2008
18                                        )
                                          )
19                                        )
20                                        )

21

22

23

24

25

26

27

28

MGA hereby submits the following proposed Jury Instruction regarding competitive products. MGA has conferred with Mattel on this proposed instruction, but the parties were unable to reach an agreement. MGA's proposal is as follows:

**PROPOSED JURY INSTRUCTION ON COMPETITIVE PRODUCTS**

You have heard evidence that both Mattel and MGA purchased and evaluated each other's existing products and/or product themes and had those products in their respective design centers. I am instructing you that this is not an issue in this case, and there is no allegation that it is wrong or improper. You should not make any decision for or against MGA or Mattel based on either side having purchased, evaluated or possessed a competitor's product.

DATED: August 15, 2008

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Thomas J. Nolan
Thomas J. Nolan
Attorneys for the MGA Parties