


THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING MGA PARTIES' MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW FOR PHASE 1B<br><br>Hearing Date:　August 21, 2008<br>Time:　　　　10:00 AM |

1 | Defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited ("MGA
2 | HK"), and Isaac Larian (collectively, the "MGA Parties"), Motion for Partial Judgment as a
3 | Matter of Law for Phase 1b (the "Motion"), came on regularly for hearing on August __,
4 | 2008, the Honorable Stephen G. Larson presiding.  After consideration of the Motion, all
5 | papers filed in support thereof and in opposition thereto, as well as the argument of counsel
6 | and the other pleadings and papers on file in this action, and good cause appearing, IT IS
7 | HEREBY ORDERED that:

MGA Parties' Motion for Partial Judgment as a Matter of Law for Phase 1b is GRANTED for the reasons stated in the MGA Parties' moving papers.

SO ORDERED:

Dated: _____          _____
                                            The Honorable Stephen G. Larson