QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | **DECLARATION OF OLEG STOLYAR IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(A)** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | **Phase 1B**<br>Trial Date: July 23, 2008 |

07209/2606413.1

# DECLARATION OF OLEG STOLYAR

I, Oleg Stolyar, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached as Exhibit 1 hereto is a true and correct copy of the Final Pretrial Conference Order, dated June 7, 2008.

3. Attached as Exhibit 2 hereto is a true and correct copy of the Court's Order re Statute of Limitations Defense, dated May 27, 2008.

4. Attached as Exhibit 3 hereto is a true and correct copy of the Court's Further and Final Order re Statute of Limitations Defense, dated June 2, 2008.

5. Attached as Exhibit 4 hereto is a true and correct copy of the Court's Post-Phase 1A Order Re: Motion for Partial Summary Judgment on the Issue of Substantial Similarity, dated July 24, 2008.

6. Attached as Exhibit 5 hereto is a true and correct copy of Trial Exhibit 10, admitted in evidence on June 6, 2008.

7. Attached as Exhibit 6 hereto is a true and correct copy of Trial Exhibit 12, admitted in evidence on June 6, 2008.

8. Attached as Exhibit 7 hereto is a true and correct copy of Trial Exhibit 17.

9. Attached as Exhibit 8 hereto is a true and correct copy of Trial Exhibit 502, admitted in evidence on June 13, 2008.

10. Attached as Exhibit 9 hereto is a true and correct copy of Trial Exhibit 558, admitted in evidence on June 5, 2008.

11. Attached as Exhibit 10 hereto is a true and correct copy of Trial Exhibit 560, admitted in evidence on June 5, 2008.

12. Attached as Exhibit 11 hereto is a true and correct copy of Trial Exhibit 562, admitted in evidence on June 5, 2008.

13. Attached as Exhibit 12 hereto is a true and correct copy of Trial Exhibit 564, admitted in evidence on June 5, 2008.

14. Attached as Exhibit 13 hereto is a true and correct copy of Trial Exhibit 631, admitted in evidence on June 10, 2008.

15. Attached as Exhibit 14 hereto is a true and correct copy of Trial Exhibit 947, admitted in evidence on June 6, 2008.

16. Attached as Exhibit 15 hereto is a true and correct copy of Trial Exhibit 952.

17. Attached as Exhibit 16 hereto is a true and correct copy of Trial Exhibit 1701, admitted in evidence on June 6, 2008.

18. Attached as Exhibit 17 hereto is a true and correct copy of Trial Exhibit 4507, admitted in evidence on May 29, 2008.

19. Attached as Exhibit 18 hereto is a true and correct copy of Trial Exhibit 4942, admitted in evidence on June 6, 2008.

20. Attached as Exhibit 19 hereto is a true and correct copy of Trial Exhibit 5463.

21. Attached as Exhibit 20 hereto is a true and correct copy of Trial Exhibit 10001, admitted in evidence on August 13, 2008.

22. Attached as Exhibit 21 hereto is a true and correct copy of Trial Exhibit 10176.

23. Attached as Exhibit 22 hereto is a true and correct copy of Trial Exhibit 12058, admitted in evidence on June 10, 2008.

24. Attached as Exhibit 23 hereto is a true and correct copy of Trial Exhibit 13738, admitted in evidence on August 5, 2008.

25. Attached as Exhibit 24 hereto is a true and correct copy of excerpts of the trial transcript in this action dated May 30, 2008, June 6, 2008, June

12, 2008, July 10, 2008, July 23, 2008, August 7, 2008, August 8, 2008, August 12, 2008, August 14, 2008, and August 15, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 18, 2008, at Los Angeles, California.

/s/ Oleg Stolyar
Oleg Stolyar