# EXHIBIT 5



HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

———————

BETWEEN

ABC INTERNATIONAL TRADERS, INC.                    Plaintiff
doing business as MGA ENTERTAINMENT

and

(1)  TOYS & TRENDS (HONG KONG) LIMITED

(2)  CITYWORLD LIMITED

(3)  JURG WILLI KESSELRING                    Defendants

This is the exhibit marked "LSC-3" referred to in the Affirmation of Lee Shiu Cheung dated the 18th day of June 2002.

| Description of document | Date | No. of pages |
|---|---|---|
| Copies of 17 initial concept and Design drawings of the BRATZ Dolls made by Mr. Bryant in the year 2000 | divers | 17 |

Before me,

*Chan Yee*

Solicitor, HKSAR

Chan Yiu Chee
Solicitor, Hong Kong SAR
C.L. Chow & Macksion Chan, Solicitors

M 0001489A

**DEPOSITION EXHIBIT**

EXHIBIT **5**

PAGE **44**

EX 10-0001



EXHIBIT ___5___

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment

PAGE ___45___

Isaac Larian, CEO

JUNE 2000

Contract date : 9/18/2000

M 0001489

EX 10-0002



8/1998

EXHIBIT  5

PAGE  46

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date  9/5/00

M 0001490

EX 10-0003



All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/18/00

EXHIBIT 5

PAGE 47

M 0001491

EX 10-0004



8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date

EXHIBIT ___ 5

PAGE ___ 48

M 0001492

EX 10-0005



© 1998

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date Aug 6 00

EXHIBIT 5

PAGE 49

M 0001493

EX 10-0006



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

**EXHIBIT** 5

Contract date **PAGE** 4 b loo **50**

M 0001494

EX 10-0007



©
8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

EXHIBIT        5

PAGE  8/5/00   51

M 0001495

EX 10-0008



8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment

Isaac Larian, CEO

EXHIBIT ___ 5

PAGE ___ 52

M 0001496

EX 10-0009



8/1998

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian

Contract date  9/18/00

EXHIBIT    5

PAGE    53

M 0001497

EX 10-0010



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment

Isaac Larian, CEO

EXHIBIT ___ 5

PAGE ___ 54

M 0001498

EX 10-0011



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment

Isaac Larian, CEO

Contract date: 4/18/00

EXHIBIT _____ 5

PAGE _____ 55

M 0001499

EX 10-0012



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

EXHIBIT __5__

PAGE __56__

M 0001500

EX 10-0013



All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date

EXHIBIT 5

PAGE 51

M 0001501

EX 10-0014



*DOLL PIECE COUNT**

LONG TEE

SHORT TEE

JEANS

HAIRSTYLE #1

SNEAKERS

HAIRSTYLE #2

MARY JANES

TOTAL PIECES*
- LONG SLEEVED TEE SHIRT
- CUFFED "JEANS"
- SHORT SLEEVED TEE SHIRT
- SKIRT
- POP-ON/OFF SNEAKERS
- POP-ON/OFF MARY JANES
- BACKPACK
- LONG HAIRSTYLE "WIG" (POP-ON/OFF)
- SHORT HAIRSTYLE "WIG" (POP-ON/OFF)
- DOLL BODY/HEAD

* DESIGN SUBJECT TO CHANGE

DRAWINGS. NOT TO ACTUAL SIZE

EXHIBIT ___ 5$

PAGE ___ 58
M 0001502

EX 10-0015

BODY



NOT ACTUAL SIZE

ACTUAL DOLL HEIGHT (WITH HEAD) APPX. 9½" - 10"

EXHIBIT 503        5

PAGE        59

EX 10-0016



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

MOD0H504   5

PAGE _____ 66

EX 10-0017



M 0001505

EXHIBIT 5

PAGE 61

EX 10-0018