# EXHIBIT 8



PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Isaac Larian | Examiner: | Ali Abdelwahed |
| Serial No. | 10/373,602 | Group Art Unit: | 3712 |
| Filed: | February 24, 2003 | Docket No. | 15904-142 |
| Title: | DOLL WITH AESTHETIC CHANGEABLE FOOTGEAR | | |

---

CERTIFICATE UNDER 37 CFR 1.8
I hereby certify that this correspondence and identified enclosures are being deposited with the United States Postal Service, as first class mail, postage prepaid, under 37 C.F.R. 1.8 on the date indicated, and is addressed to the Mail Stop Non-Fee Amendment, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on August 12, 2003.

Justina S. Townsend

---

Mail Stop NON-FEE AMENDMENT
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### DECLARATION OF CARTER BRYANT

I, CARTER BRYANT, hereby declare as follows:

1. I am the president of Carter Bryant Enterprises, 634 West Mt. Vernon, Suite 264, Nixa, MO, 65714; and I have been in the freelance design field for about eight (8) years.

2. I am familiar with the Bratz doll projects of MGA Entertainment and I have worked with Isaac Larian president of MGA Entertainment on the Bratz doll project.

3. I am familiar with the doll designs as shown in the attached drawings from the above-identified patent application. These dolls have strap type shoes, and the dolls have a snap on feature at about the ankle of the dolls so that different footgear may be mounted on the doll. Regarding the strap type shoes, as disclosed in the patent application, the coloring of the skin tone on the exposed areas of the feet are matched to the coloring of the lower legs of the dolls.

Serial No. 09/647,752

4. I was actively involved with the release of the Bratz dolls of the configuration as set forth in paragraph 3 above, and this release did not occur until the fall of the year 2002.

I hereby declare that all statements made herein of my own knowledge are true, and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent application issuing thereon.

Respectfully submitted,

*Carter Bryant*

Attached:
2 Sheets Drawings

- 2 -

EXHIBIT 8

PAGE 82

MGA 0825458

EX 502-0002



FIG. 1

FIG. 2

EXHIBIT 8

PAGE 83

MGA 0825459

EX 502-0003



FIG. 3

FIG. 4

FIG. 5

EXHIBIT 8
PAGE 84

MGA 0825460

EX 502-0004