# EXHIBIT 9

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000

*143 940 854*



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-301-533

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**
Title of Work ▼
Jade Doll Configuration, Accessories and Packaging

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-090-287 | 2001 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| ABC International Traders, Inc d/b/a MGA Entertainment, Inc | ABC International Traders, Inc. d/b/a MGA Entertainment |

**B**
Location and Nature of Incorrect Information in Basic Registration ▼
Line Number ___2a___ Line Heading or Description Nature of Authorship

Incorrect Information as It Appears in Basic Registration ▼

Only "3-dimensional sculpture" box checked

Corrected Information ▼

Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number ___5___ Line Heading or Description Previous Registration

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-287 for the Jade Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-487 (December 22, 2003) for the Jade Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information

Line 6a - Derivative Work
   Jade Drawing (VA 1-218-487)

Line 6b - Material Added
   3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page
              • See detailed instructions    Sign the form at Space F

DO NOT WRITE HERE
Page 1 of ___2___ pages



Δ π EXHIBIT 558
Deponent Armstrong
Date 8/1/07 Rptr AL
WWW.DEPOBOOK.COM

EXHIBIT M 0110217 9

PAGE 85

+ Added from C.O. records.

| FORM CA RECEIVED | FORM CA |
|---|---|
| 4/25/05 | |
| FUNDS RECEIVED DATE | |
| 3/28/05 | |
| EXAMINED BY  *wm* | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☒ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ☒YES ☐NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

Continuation of ☐ Part B or ☐ Part C                                                              **D**

Line 3a - Year of Completion
   Incorrect information   2000
   Corrected information   2001

Line 3b - Year of Publication
   Incorrect information   February 12, 2001
   Corrected information   At least as early as May 21, 2001

Correspondence  Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York   10036
Phone ( 212 ) 819-8200     Fax ( 212 ) 354-8113     Email   cwitschel@whitecase.com                **E**

Deposit Account  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name _____
Account Number _____

Certification*  I, the undersigned, hereby certify that I am the (Check only one)
   ☐ author      ☐ owner of exclusive right(s)
   ☐ other copyright claimant   ☒ duly authorized agent of   MGA Entertainment Inc.
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲
   of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge        **F**

Typed or printed name   Carol A. Witschel                              Date ▼ 4/22/05

Handwritten signature (X) ▼   *Carol A Witschel*

Certificate will be mailed in window envelope to this address:
Name ▼   Carol A. Witschel - White & Case LLP
Number/Street/Apt ▼   1155 Avenue of the Americas
City/State/ZIP ▼   New York, New York   10036                          **G**

EXHIBIT  ~~M-0110218~~  558-9

PAGE   86

TRIAL EXHIBIT 00558-002