# EXHIBIT 10

EXHIBIT _____

PAGE _____



Δ π EXHIBIT 560
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.



Form CA
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1-301-534

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE
EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION
March 28 2005
Month   Day   Year

143 940 887

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**
Title of Work ▼
Sasha Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼
VA 1-090-288

Year of Basic Registration ▼
2001

Name(s) of Author(s) ▼
ABC International Traders, Inc d/b/a MGA Entertainment, Inc

Name(s) of Copyright Claimant(s) ▼
* ABC International Traders, Inc.d/b/a MGA Entertainment

**B**
Location and Nature of Incorrect Information in Basic Registration ▼
Line Number ___2a___   Line Heading or Description Nature of Authorship
Incorrect Information as It Appears in Basic Registration ▼

Only "3-dimensional sculpture" box checked

Corrected Information ▼

Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number ___5___   Line Heading or Description Previous Registration
Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-288 for the Sasha Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-488 (December 22, 2003) for the Sasha Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information

Line 6a - Derivative Work
    Sasha Drawing (VA 1-218-488)

Line 6b - Material Added
    3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶ • Complete all applicable spaces (D-B) on the reverse side of this page
                • See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of 2 pages

M 0110219

EXHIBIT 10
PAGE 87

TRIAL EXHIBIT 00560-001

\* Added from C.O. records.

| FORM CA RECEIVED | FORM CA |
| --- | --- |
| 4/25/05 | |
| FUNDS RECEIVED DATE | |
| 3/28/05 | |
| EXAMINED BY  *Wm* | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☒ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☒ Part B or ☐ Part C

**D**

Line 3a - Year of Completion
  Incorrect information  2000
  Corrected information  2001

Line 3b - Year of Publication
  Incorrect information  February 12, 2001
  Corrected information  At least as early as May 21, 2001

Correspondence  Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone ( 212 ) 819-8200    Fax ( 212 ) 354-8113    Email  cwitschel@whitecase.com

**E**

Deposit Account  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name
Account Number

Certification\*  I, the undersigned, hereby certify that I am the (Check only one)
  ☐ author
  ☐ other copyright claimant
  ☐ owner of exclusive right(s)
  ☒ duly authorized agent of  MGA Entertainment Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Carol A. Witschel          Date ▼ 4/22/05

Handwritten signature (X) ▼  *Carol A Witschel*

**F**

| Certificate will be mailed in window envelope to this address | Name ▼  Carol A. Witschel – White & Case LLP |
| --- | --- |
| | Number/Street/Apt ▼  1155 Avenue of the Americas |
| | City/State/ZIP ▼  New York, New York  10036 |

**G**

17 U.S.C. § 506(e)...

Rev July 2006...

EXHIBIT 10  10220
PAGE 88   560-2

TRIAL EXHIBIT 00560-002