# EXHIBIT 11

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000

*143 940 843*



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-301-535

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*March 28 2005*
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**

Title of Work ▼
Cloe Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼
VA 1-090-289

Year of Basic Registration ▼
2001

Name(s) of Author(s) ▼
ABC International Traders, Inc d/b/a MGA Entertainment, Inc

Name(s) of Copyright Claimant(s) ▼
* ABC International Traders, Inc. d/b/a MGA Entertainment

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____ 2a _____   Line Heading or Description Nature of Authorship

Incorrect Information as It Appears in Basic Registration ▼

Only "3-dimensional sculpture" box checked

Corrected Information ▼

Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ 5 _____   Line Heading or Description Previous Registration

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-289 for the Cloe Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-490 (December 22, 2003) for the Cloe Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information

Line 6a - Derivative Work
        Cloe Drawing (VA 1-218-490)

Line 6b - Material Added
        3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶   Complete all applicable spaces (D-G) on the reverse side of this page
• See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of ___ pages

Δ π EXHIBIT 502
Deponent Armstrong
Date 8/11/07 Rptr. AC

EXHIBIT

PAGE M 0110221

TRIAL EXHIBIT 00562-001

* Added from C.O. records.

| FORM CA RECEIVED | 4/25/05 | FORM CA |
| FUNDS RECEIVED DATE | 3/28/05 | |
| EXAMINED BY | lmu | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☒ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO | | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☑ Part B or ☐ Part C

**D**

Line 3a - Year of Completion
Incorrect information  2000
Corrected information  2001

Line 3b - Year of Publication
Incorrect information  February 12, 2001
Corrected information  At least as early as May 21, 2001

Correspondence Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone (212) 819-8200          Fax (212) 354-8113          Email cwitschel@whitecase.com

**E**

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name_____

Account Number_____

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author          ☐ owner of exclusive right(s)  MGA Entertainment Inc.
☐ other copyright claimant   ☑ duly authorized agent of _____
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**F**

Typed or printed name ▼
          Carol A. Witschel                              Date ▼  4/22/05
Handwritten signature (X) ▼
          Carol A. Witschel

Certificate will be mailed in window envelope to this address

| Name ▼ | |
| Carol A. Witschel - White & Case LLP | **G** |
| Number/Street/Apt ▼ | |
| 1155 Avenue of the Americas | |
| City/State/ZIP ▼ | |
| New York, New York  10036 | |

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form July 2002—20,000   Web Rev. July 2002   Printed on recycled paper          U.S. Government Printing Office 2000-461-113/20009

EXHIBIT ___11___

PAGE ___90___   ~~M 0110222~~   562-2

TRIAL EXHIBIT 00562-002