# EXHIBIT 12

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

*143 940 865*

VA 1-381-536

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*March 28 2005*

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**

Title of Work ▼
Yasmin Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼
VA 1-090-290

Year of Basic Registration ▼
2001

Name(s) of Author(s) ▼
ABC International Traders, Inc. d/b/a MGA Entertainment, Inc.

Name(s) of Copyright Claimant(s) ▼
* ABC International Traders, Inc. d/b/a
MGA Entertainment

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number __2a__   Line Heading or Description __Nature of Authorship__

Incorrect Information as It Appears in Basic Registration ▼

Only "3-dimensional sculpture" box checked

Corrected Information ▼

Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number __5__   Line Heading or Description __Previous Registration__

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-290 for the Yasmin Doll Configuration, Accessories and Packaging,
should cite to registration VA 1-218-491 (December 22, 2003) for the Yasmin Drawing, which was
registered after this basic registration but prior to the filing of this Form CA, and should include the
following additional information

Line 6a - Derivative Work
    Yasmin Drawing (VA 1-218-491)

Line 6b - Material Added
    3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of 2 pages

Δ π EXHIBIT 564
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

EXHIBIT __12__
M 0110223

PAGE __91__

TRIAL EXHIBIT 00564-001

\* Added from C.O. records.

FORM CA RECEIVED

4/25/05

FUNDS RECEIVED DATE

3/28/05

EXAMINED BY

CORRESPONDENCE ☒

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒ YES ☐ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☐ Part B or ☐ Part C

**D**

Line 3a - Year of Completion
    Incorrect information  2000
    Corrected information  2001

Line 3b - Year of Publication
    Incorrect information  February 12, 2001
    Corrected information  At least as early as May 21, 2001

Correspondence Give name and address to which correspondence about this application should be sent

Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York    10036
Phone ( 212 819-8200       Fax (212) 354-8113        Email cwitschel@whitecase.com

**E**

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the  (Check only one)
    ☐ author                   ☐ owner of exclusive right(s)
    ☐ other copyright claimant  ☐ duly authorized agent of  MGA Entertainment Inc.
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
    of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**F**

Typed or printed name ▼
    Carol A. Witschel                                    Date ▼ 4/22/05

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
    Carol A. Witschel - White & Case LLP
Number/Street/Apt ▼
    1155 Avenue of the Americas
City/State/Zip ▼
    New York, New York    10036

**G**

17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev July 2002—60,000   Web Rev July 2002   Printed on recycled paper

U.S. Government Printing Office 2002-661-423/89 809

564-2
EXHIBIT ___ M 0110224 12

PAGE ___ 92

TRIAL EXHIBIT 00564-002