# EXHIBIT 13



**ANNUAL RETIREMENT GUIDE**

The McGraw-Hill Companies

# BusinessWeek

JULY 28, 2003 — www.businessweek.com

**STOCK VS. OPTIONS**
THE NEW EXEC COMP GAME

**STRATEGIES**
► YAHOO!
► GENERAL MILLS
► MATTEL

**GE**
MEET CHARLENE BEGLEY, A RISING STAR

**INVESTING**
HOW OUR WALL STREET COLUMN PERFORMED

# CITI'S NEXT ACT

**CHUCK PRINCE**, Sandy Weill's top troubleshooter, is the unlikely choice to become CEO. Does he have the right stuff to lead the world's most important bank? PAGE 30

#BX88G0D ***CR LOT 0016A*C033
#JLI2121G091 0H30011G    BX003G76
071994
MAR 22 04  0975
GARY JOLICOPUR   T099
2121 GATES AVE B
REDONDO BEACH   CA   90270-2007



EXHIBIT 13
Exhibit no. 631
Date: 8/30/07
Maberlda Pyburn
M 0074054  93
631.1
EX 631-0001



**COMMENTARY**
By Christopher Palmeri

EXHIBIT 13
PAGE M 0074094

631.2
EX 631-0002

**BusinessWeek**

Mattel won't live or die on every new toy it develops. But it can't just rely on Barbies, either. "Like they say in business school—no risk, no reward," says Isaac Larian, CEO of privately held MGA. He should know. He got the idea for Bratz after seeing his own kids run around in navel-baring tops and hip-huggers. As Eckert is finding out, sometimes the best ideas are right in front of you.

*Palmer covers toys from Los Angeles*

EXHIBIT M 0074056 13
PAGE 95
6313
EX 631-0003