# EXHIBIT 14

Claimant
Isaac Larian
First
Exhibits IL 1 and ILA-D
14.05.04

IN THE HIGH COURT OF JUSTICE

CHANCERY DIVISION

INTELLECTUAL PROPERTY

B ET W E E N:

MGA ENTERTAINMENT, INC.                                    Claimant

- and -

THOMAS CHRISTOPHER JOSEPH METSON

Defendant

---

AFFIDAVIT OF ISAAC LARIAN

---

I, ISAAC LARIAN, of 16730 Schoenborn Street, North Hills, California, CA 91343, USA MAKE OATH and say as follows:

(53 pgs)

Exhibit no. 947
Date: 10/9/07
Woodman P. Pyburn

EXHIBIT 14
PAGE MG 8039

Confidential - Attorney's Eyes Only

EX 947-0001

8.  I established the Claimant and was the inspiration behind the BRATZ dolls. I have been the main driving force behind the success of the Claimant.

EXHIBIT 14

PAGE 97

Confidential - Attorney's Eyes Only

MGA 0868040

EX 947-0002

211. In the circumstances, I respectfully request that this Honourable Court should grant the injunction and disclosure order sought by the Claimant in this action.

Sworn at 14730 SCHOENBORN ST. ) /s/ [signature]
NORTH HILLS, CA. 91343 )
)

May 14, 2004

Before me   [signature] Joseph David Newcomb

JOSEPH DAVID NEWCOMB
Commission # 1466241
Notary Public - California
Los Angeles County
My Comm. Expires Jan 27, 2008

346

EXHIBIT 14
PAGE 98