# EXHIBIT 15

HCA No. 1883/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 1883 OF 2003

****************

BETWEEN

MGA ENTERTAINMENT INC.                              1st Plaintiff

MGA ENTERTAINMENT (H.K.) LIMITED          2nd Plaintiff

And

DOUBLE GRAND CORPORATION LIMITED    Defendant

**********************

**AFFIRMATION OF LEE SHIU CHEUNG**

**********************

I, Lee Shiu Cheung of Room 1001, Empire Centre, 68 Mody Road, Tsimshatsui East, Kowloon, Hong Kong do solemnly, sincerely and truly affirm and say as follows:-

1.    I am the Managing Director of MGA (H.K.) Entertainment Limited (hereinafter referred to as "MGA HK"), the 2nd Plaintiff herein, which is an affiliate of MGA Entertainment Inc., the 1st Plaintiff herein (hereinafter referred to as "MGA US"). I am duly authorised by MGA US and MGA HK to make this affirmation on their behalf. Unless otherwise stated, the facts and matters contained herein are true and they are either within my own personal knowledge or gleaned from books and records of MGA US or MGAHK to which I have free access. Insofar as facts and matters that do

1

EXHIBIT 15

PAGE 99

Exhibit no. 952
Date: 10/9/07
Woodman P. Pyburn

952-1

Confidential - Attorney's Eyes Only

MGA 0883920

EX 952-0001

not fall within the aforesaid category, they are related to me by the respective sources stated hereinafter and are true to the best of my information and belief.

2. MGA US was originally founded in 1979 as a consumer electronics business. In 1987, MGA US obtained exclusive rights to sell Nintendo hand held LCD games (Game Boy) in the USA and naturally, Game Boy was an instant success worldwide. This event paved way for MGA US to create innovative products for other best selling licenses, including Hello Kitty and Power Rangers. In 2002, MGA US added Spider-Man: The Movie and in 2003 MGA US added The Hulk to its already existing collection of licenses. MGA US is thus a successful and reputable company in the toy business. MGA US holds other licenses including licences from Marvel Characters, Inc., Atari Corporation and BVS Merchandising, Inc. (Disney). Now produced and shown to me marked exhibit "LSC-1" is a copy of the corporate profile of MGA US downloaded from its website.

3. Since 1987 MGA US has primarily concentrated and focused its efforts in the toy industry and as at the date hereof, MGA US has 8 product categories and they are smart toys, interactive dolls, handheld games, fashion dolls, youth electronics, music, licensed products and small dolls. In the years 2001 and 2002, MGA US' s revenue exceeded US$98 million and US$225 million respectively. The projected revenue for the year 2003 is over US$650 million due to the success of a range of dolls known as BRATZ which is the subject matter of this action and will be dealt with in detail hereinafter. For the year 2002, the sale of BRATZ dolls and, accessories accounted for 69% of the total revenue of approximately US$225 million. MGA US forecasts that the sale of BRATZ dolls, and accessories for the year 2003 will account for 72%

2

EXHIBIT ___15___

PAGE ___100___ ___95-7-2___

Confidential - Attorney's Eyes Only

MGA 0883921

EX 952-0002

of the revenue of this year.

4.   Toys designed and marketed by MGA US have been the subject of numerous awards and prizes.  However, the most successful toy designed and marketed by MGA US must be BRATZ dolls.  For two consecutive years, MGA has won the toy industry's most prestigious award, The People's Choice Toy of the Year for Bratz-related toys.  It has also won two consecutive Family Fun Toy of the Year award for Bratz-related toys.  Additionally, in 2001 and 2002, Bratz-related toys won Today's toy tests.

5.   The BRATZ dolls come in 2 sizes.  The full version stands at 10 inches tall and the mini version stands at 4 and a half inches tall.  The mini version has been marketed under the names "Micro Bratz" and "Lil' Bratz" but will be referred to herein as "mini Bratz"

6.   MGA HK has become a manufacturing licensee of MGA as of 1ˢᵗ January 2003.

**Copyright Works**

7.   On 18ᵗʰ September 2000, MGA entered into an agreement with Mr. Carter Bryant (hereinafter referred to as "Mr. Bryant") whereby Mr. Bryant designed and developed a line of dolls known as BRATZ (hereinafter referred to as "the Bryant Agreement").  Mr. Bryant was a graduate of Ottis College in fashion and toy design.  Although BRATZ is a misspelling of the word "brats", the former was coined by MGA US not to denote naughty or spoilt children by to denote hip and cool young adolescent or

3

EXHIBIT **15**

PAGE **101** 952-3

MGA 0883922

EX 952-0003

teenage girls. This idea of hip and cool is born out in the design of the BRATZ dolls.

8.   Now produced and shown to me marked "LSC-2" is a copy of the Bryant Agreement.
I crave leave to draw this Court's attention to clause 3 of the Bryant Agreement.
whereby all intellectual property rights including copyright subsisting in the works
generated by Mr. Bryant shall be owned by MGA US.   Pursuant and prior to the
Bryant Agreement and commission, Mr. Bryant initially designed a range of 4 girls
and subsequently extended the range by adding 1 more girl and 2 boys. The designs
of the BRATZ dolls are all original drawings created by Mr. Bryant using his own
independent labour, skill and judgement.   At all material times, Mr. Bryant is a
resident of and domiciled in the USA.

9.   Now produced and shown to me marked "LSC-3 " are copies of 17 initial concept
drawings of the first 4 BRATZ dolls designed by Mr. Bryant pursuant to the Bryant
Agreement. Now produced and shown to me marked "LSC-4" is a copy of a sheet of
paper setting out the initial concept and idea of the BRATZ dolls by Mr. Bryant. The
girls represent best friends in high school who love to trade clothes, shoes and
hairdos. Since these accessories are interchangeable, the dolls can look different
every day.   The success of the BRATZ dolls ensured a lucrative business of
supplying accessories to the owners of BRATZ dolls creating a steady stream of
revenue.

4

EXHIBIT __15__

PAGE __102__

_952 4_

MGA 0883923

EX 952-0004

Confidential - Attorney's Eyes Only

10. The first 4 BRATZ dolls were given a name and a different ethnic origin so they could appeal to everyone in the targeted age group of girls between 5 and 14 years old. Cloe is Caucasian, Sasha is Black, Yasmin is Hispanic and Jade is Asian. Meygan the 5th female doll that was subsequently added to the range is a red-head.

11. After making the design drawings exhibited as "LSC-3", wax models of the sculpting of the head, body parts and shoes of the BRATZ dolls were made by Margaret Leheay who is a freelance sculptor in or about winter 2000-2001. These wax models were created by Margaret Leheay using her own independent skill, labour and judgement. Margaret Leheay was commissioned by MGA US to make the said wax models for valuable consideration.  At all material times, Margaret Leheay was a resident of and domiciled in the United States of America. It was the understanding and agreement between Margaret Leheay and MGA US that all intellectual property rights including copyright subsisting in the wax models shall belong to MGA US. Now produced and shown to me marked exhibit "LSC-5" being a copy assignment of copyright executed by Margaret Leheay in favour of MGA US.

12. The wax models were then used to make silicon rubber moulds of the head, body parts and shoes of the BRATZ dolls. The silicon rubber moulds were made under commission by Jessie Ramirez under valuable consideration in or about winter 2000-2001. These silicon rubber moulds were created by Jessie Ramirez using her own independent skill, labour and judgement. At all material times, Jessie Ramirez is a resident of and domiciled in the United States of America. It was the understanding and agreement between Jessie Ramirez and MGA US that all intellectual property rights including copyright subsisting in the silicon rubber moulds shall belong to MGA

5

EXHIBIT **15**

PAGE **103** ~~2525~~

Confidential - Attorney's Eyes Only

MGA 0883924

EX 952-0005

US. During the process of making the silicon rubber moulds the wax models were destroyed.

13. Polyurethane samples were produced from the silicon rubber moulds. The silicon rubber moulds have also been destroyed after the polyurethane samples were made. These samples were necessary for the making of production moulds of the dolls. There are now produced and shown to me marked "LSC-5" the polyurethane samples of the head sculpt and some body parts and shoes of the full version BRATZ dolls. It was the understanding and agreement between Jesse Ramirez and MGA US that all intellectual property rights including copyright subsisting in the polyurethane samples shall belong to MGA US. Now produced and shown to me marked "LSC-6" is the copy assignment of copyright executed by Jesse Ramirez in favour of MGA US.

14. As regards the mini Bratz, the design process is more or less the same as the full sized version. Margaret Leheay was again commissioned to produce wax models of the miniature version of the Bratz dolls. The wax models were used by Jessie Ramirez to produce silicon rubber moulds and from the silicon rubber moulds, polyurethane samples of the head and body parts were produced. Now produced and shown to me marked as "LSC-7 " are polyurethane samples of the head and body parts of the mini Bratz. Again, the wax models and the silicon rubber moulds were destroyed during the process only leaving behind the polyurethane samples behind. Similar to the full sized version, copyright subsisting in the mini version of the wax model, silicon rubber moulds and polyurethane samples belong to MGA US and are covered by the assignment exhibited as "LSC-6".

EXHIBIT 15

PAGE 104

952-6

Confidential - Attorney's Eyes Only

MGA 0883925

EX 952-0006

15. The facial decorations and features of the BRATZ dolls are unique and much time, effort and monetary resources have been expended in perfecting them.  MGA US commissioned one Anna Rhee to design the facial decoration of the BRATZ dolls with the understanding and agreement that all intellectual property rights including copyright shall belong to MGA US.  At all material times, Anna Rhee is a resident of and domiciled in the United States of America.

16. Based on and originated from the initial concept drawings of Mr. Bryant, Anna Rhee drew some decoration directions for the facial decorations for different series of dolls. She then created the original deco masters which are hand-painted facial decorations on a rubber head sculpt of a doll.  With the input of Mr. Bryant, Ms. Rhee revised the deco masters a number of times until they are perfected being the final version that were used to serve as the benchmark and template from which the original four different Bratz dolls' individual facial decorations are mass produced by spray masking.  Now produced and shown to me marked "LSC-8" is the pile of decoration directions (inclusive those on the 2001 Fall series), "LSC-9a to d" are the deco masters for the 2001 Fall Series and "LSC-10" is a bundle of documents setting out the various changes during the design process made by Anna Rhee from the initial concept drawings of Mr. Bryant.

17. The full size versions of the first 4 BRATZ dolls were first published in the United States of America in November 2001 (2001 Fall Series) when they were offered for

7

EXHIBIT __15__

PAGE __N5__        952-7

Confidential - Attorney's Eyes Only

MGA 0883926

EX 952-0007

sale to the general public. The mini versions of the first 4 BRATZ dolls were first published in the United States of America in or about March 2002 when they were offered for sale to the general public. Both versions of the BRATZ dolls were available for sale in Hong Kong since December 2002. Now produced and shown to me marked "LSC-11a to d" are samples of the first 4 full sized version BRATZ dolls in their packaging and "LSC-12" is a sample of Cloe in the mini version and her packaging.

18. The Bratz dolls are unique in a variety of ways including their oversized heads and individual facial decoration. One thing that has contributed to the success of Bratz and mini-Bratz is the oversized eyes and mouth that are capable of being decorated with makeup and the diminished size of the nose that serves no decorative purposes. Thus, the elements of the face that can be made-up, the eyes and mouth, are exaggerated while the elements of the face that cannot be made-up, the nose, is reduced. In addition, Bratz make-up is multi-colored and the eyelashes are exaggerated in size but limited in number of eyelashes. The lipstick is also two-toned in order to draw attention to the lips.

19. A prominent feature of Bratz and Mini-Bratz is the snap on shoes. Carter Bryant originally designed the snap on shoes so that shoes could be an important part of the play value of Bratz. By employing snap on shoes, girls are able to easily change the dolls footwear and it allows many different varieties of footwear to be worn by the dolls.

20. Insofar as this action is concerned, the Defendant has copied the facial decoration of

EXHIBIT **15**

PAGE **106**

*952-8*

8

Confidential - Attorney's Eyes Only

MGA 0883927

EX 952-0008

the full and mini versions of Cloe and the head, body parts and shoes of the mini version of Cloe.  I crave leave to refer to "LSC-11a" and "LSC-12".

21.  The current average FOB sales value of the full and mini version of the BRATZ dolls are respectively US$10.66 and US$4.73.

22.  The BRATZ dolls and their accessories (which are not the subject matter of this action) are marketed and sold in more than 52 countries and places including the European Union, the Americas, the Balkans, the Baltics, Norway, Switzerland, Russia, Ukraine, Poland, Hungary, Czech Republic, Lebanon, UAE, Saudi Arabia, Egypt, Syria, Israel, South Africa, Australia, New Zealand, Philippines, Indonesia, Taiwan, Thailand, Singapore, South Korea, Japan and Hong Kong.

23.  The BRATZ dolls have their own website at www.bratzpack.com.  The site provides some games, e-greetings and Mix N Match Mall of Bratz' fashion and hairdos.  The site also maintains a fan club known as BRATZ pack and maintains a list of its members.  The aim of this fan club is to notify its members of new fashion trends that the BRATZ dolls will wear themselves and the launch and marketing thereof.  Now produced and shown to me marked "LSC-13" are downloaded copies from the said web-site.

23.  So far MGA US has spent a total of over US$22 million in advertising and promotion expenses worldwide in relation to the Bratz brand.

9

EXHIBIT __15__

PAGE __107__   _952-7_

MGA 0883928

Confidential - Attorney's Eyes Only

EX 952-0009

24. As mentioned hereinbefore, the BRATZ dolls have become an instant success and they have become collectibles.  Considerable media coverage have been given to these dolls and now produced and shown to me marked "LSC-14" is a selection of press cuttings and celebrity photos of the BRATZ pack.

25. Another major source of revenue generated by the BRATZ dolls is income derived from merchandising rights by granting non-exclusive licenses to other companies worldwide.  So far, 120 merchandise licence agreements have been granted in respect of a wide range of products including paper napkins, girls clothing, jewelry, bedding, home furnishing, stationery, toiletries, video games, footwear and electrical appliances etc.  Pursuant to these licenses, Bratz branded goods are sold in Spain, Portugal, Australia, New Zealand, Finland, Germany, Austria, Switzerland, France, Belgium, Luxembourg, Mexico, Italy, UK, Ireland, Eire, Greece, Norway, Channel Islands, Brazil, Columbia, Greece, Cyprus, Denmark, Iceland, Sweden, Columbia, Venezuela, Turkey, Peru, Israel, all Central America countries, all Carribean Island countries, Dominican Republic, Ecuador, Venezuela, Bolivia, Paraguay, Chile, UAE, Saudi Arabia, Kuwait, Iran, Lebanon, Syria, Jordan, Egypt, Qatar, Oman, Behrain, Yemen and Hong Kong.  MGA projects annual licensing revenue of $12 million per year by year-end 2004.

26. Furthermore, MGA US has granted exclusive distribution rights of the BRATZ dolls and accessories to Bandai Inc. for a term of 3 years starting from 1st April 2001 in France, Belgium, Germany, Austria, Switzerland, Spain, UK, Portugal, Ireland,

10

EXHIBIT 15

PAGE 108

952-10

Confidential - Attorney's Eyes Only

MGA 0883929

EX 952-0010

Luxembourg and Netherlands.

**The Defendant and its Infringing Activities**

27. BY reason of the success of the BRATZ dolls many knock offs have appeared in the market.  In order to save guard the business interests and exclusivity of the BRATZ dolls, the Plaintiff had obtained interim injunctions in Hong Kong against Toys & Trends (Hong Kong) Limited and Cityworld Limited.  The Plaintiff has also taken action in the UK against LB Group Limited and David Halsall International Limited who settled the Plaintiff's claims and paid significant amounts of damages.

28. Now produced and shown to me marked "LSC-15" is a copy of the latest annual return of the Defendant.  It was filed on 18th July 2002.  The Defendant has a paid up capital of HK$10,000 of which 1 share with a nominal value of HK$1.00 is held by Peter Leung.  Peter Leung and Leung Wai Hung are directors of the Defendant.

29. I crave leave to refer to the Affidavit of Ray Black dated 13th June 2003 and filed on behalf of the Plaintiffs which sets out the full background that brought to light the infringing activities of the Defendant.

30. On 6th March 2003, Mr. Ray Dorrity of Bandai, UK ("Dorrity"), the distributor of BRATZ dolls in the UK had discovered the sale of "Mini Trendy Teenz" by one Fareham Toys in Fareham, the UK. Dorrity then purchased two samples of the Mini Trendy Teenz

11

EXHIBIT __15__

PAGE __109__ ~~952-11~~

Confidential - Attorney's Eyes Only

MGA 0883930

EX 952-0011

and had referred the matter to Mr. Ray Black of SJ Berwin, the UK lawyers of MGA US together with the samples. Now produced and shown to me marked "LSC-16" is a sample of the infringing Mini Trendy Teenz obtained by Dorrity.

31. SJ Berwin had obtained 4 full sized versions Trendy Teenz from Toy Depot UK on 25th March 2003 and sent a sample to Messrs. William W. L. Fan & Co. in end March 2003. Now produced and shown to me marked exhibit "LSC-17" is the said sample.

32. In the meantime, private investigators were instructed to conduct enquiries into the Defendant's infringing activities. I crave leave to refer to the Affirmation of Lam Yuen Chak of Kroll Fact Finders Limited dated 16th June 2003 and filed on behalf of the Plaintiffs.

33. On 4th April 2003, Mr. Erik Siersema of Hasbro, UK, the distributor of BRATZ dolls in Holland, wrote to Sandrine Raspide of MGA US disclosing to MGA US that they had encountered a "L'il Bratz knock off" called Designer Girls / Mini Trendy Teens with the name Toy Depot (Far East) Company in HK on the packaging and enquired about the "Bratz Knock Off products / protection". Now produced and shown to me marked "LSC-18" is a copy of the said e-mail and "LSC-19" is a sample of Mini Trendy Teenz provided by Hasbro UK, the back of the packing bears two companies names, namely one "Kingsley Paige Plc" and one "Toy Depot (Far East) Company".

34. In reliance of what Mr. Connolly had said to Mr. Ray Black that he was able to procure undertakings from the Defendant and/or its directors, the Plaintiffs' solicitors in Hong Kong wrote to the Defendant on 6 May 2003 requesting a suitable undertaking from

EXHIBIT __15__

PAGE __110__ 952-12

Confidential - Attorney's Eyes Only

MGA 0883931

EX 952-0012

the Defendant. Now produced and shown to me in a bundle marked "LSC-20" is a copy of the said letter. The Defendant's solicitors replied on 12 May 2003 requesting more time to take instructions. The said letter is exhibited as "LSC-21". Correspondence was exchanged between .the 2 firms, copies of which are all exhibited as "LSC-22". The end result of this series of correspondence was that the Defendant might have been alerted of an impending civil claim and refused to supply samples to the investigators. Accordingly, a writ was issued against the Defendant on 26 May 2003. However, if Mr. Connolly did not misrepresent that the Defendant was willing to give suitable undertakings, the writ would be issued against the Defendant sooner. The misrepresentation of Mr. Connolly lured the Plaintiff into a false sense of security.

35. However, the investigations do show that the Defendant was still dealing in mini version of the Trendy Teenz which is a slavish copy of the mini version of Cloe down to the shoes and its snap on function. However, due to time constraints the Plaintiff has been unable to locate the copyright works relating to the shoes. The facial decoration of the doll head design on the Bobble pen and Rocker Headz Bobbing Fashion doll is also a reproduction of the facial decoration of Cloe. I crave leave to refer to paragraph 9 of the Affirmation of Lam Yuen Chak on the Defendant's quotations.

36. We have visited the Defendant's website again at www.doublegrand.com on 26th May 2003. The front page displayed some photographs of the Defendant's products including the Rocker Headz Bobblehead Fashion Dolls. Now produced and shown

13

EXHIBIT __15__

PAGE __III__ 952-13

MGA 0883932

Confidential - Attorney's Eyes Only

EX 952-0013

to me marked "LSC-23" is the print-out of the web-site.

## BALANCE OF CONVENIENCE

37. As already adverted to hereinabove, one of the main revenue streams of the BRATZ dolls are license fees.  The demand and price of BRATZ licenses depend on the exclusivity and popularity of the product.

   (i)   The FOB value of Mini Trendy Teenz was US$0.86 each only, while the mini Bratz is sold at US$4.73.  The quotations from the Defendant on the Mini Trendy Teenz, RockerHeadz Bobblehead Fashion Dolls and RockerHeadz Fashion Doll Bobble Pen also reflected that the infringing articles are cheap imitations of the Bratz dolls.

   (ii)  Bratz is popular because of its unique funky and sassy image.  I also refer to paragraph 18 hereinbefore explaining the unique facial features of the dolls. The Trendy Teenz, RockerHeadz Bobblehead Fashion Dolls and RockerHeadz Fashion Doll Bobble Pen have copied BRATZ' image in particular the eyes and lips and will dilute the exclusivity and affect the image of the BRATZ dolls.

   The continual sale of the cheap imitations will no doubt affect the demand of licenses and the prices that MGA US can command.  Any dilution in exclusivity and diminution in value of license fee is a potential loss which can not be adequately compensated by damages.  It is impossible to calculate the monetary loss in this regard.

   (iii) Furthermore, Bandai UK, MGA US' licensee in the UK and Hasbro, MGA US' distributor in Holland have already lodged complaints to MGA US concerning the appearance of the infringing dolls on the markets.  Now produced and

14

EXHIBIT   15

952-14

PAGE   112   MGA 0883933

Confidential - Attorney's Eyes Only

EX 952-0014

shown to me marked "LSC-24" is an e-mail from Mr. Dorrity to Mr. Ray Black of SJ Berwin of 2nd June 2003. As shown in Dorrity's said e-mail, the continual sale of the cheap imitations would no doubt adversely affect the sales of BRATZ.

38. From the aforesaid e-mail from Mr. Dorrity of Bandai to Mr. Ray Black and from the e-mail from Mr. Erik Siersema of Hasbro as referred to above ("LSC-18"), the licensee and distributor of Bratz have expressed their deep concern about the status of Bratz knock off products protection. Thus, the appearance of the infringing Trendy Teenz dolls have already caused concern and if the Defendant is not stopped, MGA US's future bargaining power with Bandai UK and Hasbro would be affected. Bandai Inc. is one of the largest toy companies in the world and MGA US cannot afford to maintain a lesser bargaining position by reason of the appearance of cheap imitations. The will affect the terms of the distributorship when it comes up for renewal next year. Cheap imitations also affect the value of licence fees and such loss is irreparable and unquantifiable.

39. The targeted consumers of BRATZ dolls are girls aged between 4 and 14 years old. They may not all be savvy or mature enough to notice the Mini Trendy Teenz, full version trendy Teenz dolls, RockerHeadz Bobblehead Fashion Dolls and RockerHeadz Fashion Doll Bobble Pen are not of MGA US' manufacture. Many customers may have mistakenly thought this is an addition to the line of BRATZ dolls especially the Mini Trendy Teenz is of the same size as Little Bratz. Even without taking the aforesaid into account, it would be entirely a matter of guesswork to know how many sales of BRATZ dolls would have been made were it not for the

15

EXHIBIT **15**

PAGE **113**  *752-15*
MGA 0883934

Confidential - Attorney's Eyes Only

EX 952-0015

Defendant's unlawful activities.  It would be difficult, if not impossible, for MGA US to show any diminution in projected sales was attributable to infringing copies on the market.

40.  Since toy safety laws in the USA are very stringent, MGA HK had to conduct many safety, reliability and drop tests on the BRATZ dolls.  There is no evidence that the Defendant did any of these tests to comply with US legislation.  There is also no evidence to show that Mini Trendy Teenz, full version trendy Teenz dolls, RockerHeadz Bobblehead Fashion Dolls and RockerHeadz Fashion Doll Bobble Pen are available for sale in USA at retail level.  However, this does not stop North American customers from purchasing these infringements through the web.  Due to the apparent similarity between the toys, any accident caused by defective manufacture in USA or elsewhere e.g. maybe falsely attributed to BRATZ dolls and the Plaintiffs.   Again this damage to reputation, especially to a new product is unquantifiable and irreparable.

41.  Since Toy Depot Ltd., the exclusive distributor of Trendy Teenz dolls in the UK, has agreed not to deal with the infringing dolls anymore and the Defendant has only just embarked on its unlawful activities, the balance of convenience would favour the grant of an injunction for any loss would be easily quantifiable by mould costs and limited advertising expenses incurred unlike on the other hand, the Plaintiffs' BRATZ dolls have appeared in the market for longer than the Defendant's dolls.

42.  As shown by the Defendant's annual return herein, it is an insubstantial company and its ability to pay damages is in doubt.  On the other hand, as shown hereinabove

16

EXHIBIT __15__

PAGE __114__  _952-16_

Confidential - Attorney's Eyes Only

MGA 0883935

EX 952-0016

MGA US is a company doing business in a substantial way and it is able and willing to give a cross-undertaking on damages.

Affirmed at *Messrs. C. L. Chow &* )
*Macksion Chan, Solicitors,* )
*Rooms 5 01-2, Hang Seng Building,* )
*77 Des Voeux Road Central, H.k.* )
this *8th* day of June 2003. )

Before me,

*Chauyin Chee*

Chan Yin Chee
Solicitor, Hong Kong SAR
Solicitor & Macksion Chan, Solicitors

This affirmation is filed for and on behalf of the 1st and 2nd Plaintiffs.

17

EXHIBIT **15**

PAGE **115**   *952-17*

Confidential - Attorney's Eyes Only

MGA 0883936

EX 952-0017

HCA No. 1883/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 1883 OF 2003

***************

BETWEEN

MGA ENTERTAINMENT INC.                1st Plaintiff

MGA ENTERTAINMENT (H.K.) LIMITED         2nd Plaintiff

And

DOUBLE GRAND CORPORATION LIMITED Defendant

*********************************************************************************

**AFFIRMATION OF LEE SHIU CHEUNG**

*********************************************************************************

Filed this 18th day of June 2003.

**William W. L. Fan & Co.**
Solicitors

Room 507, Hang Seng Building,
77 Des Voeux Road Central,
Hong Kong.
Tel: 2110 2128    Fax: 2111 9336
Ref: WF-1921-RC

18

EXHIBIT __15__

PAGE __116__
         952-18

Confidential - Attorney's Eyes Only

MGA 0883937

EX 952-0018

EXHIBIT 15

PAGE 117

EX 952-0019

HCA No. 1883/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 1883 OF 2003

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BETWEEN

MGA ENTERTAINMENT INC.                                    1ª Plaintiff

MGA ENTERTAINMENT (H.K.) LIMITED                 2ⁿᵈ Plaintiff

And

DOUBLE GRAND CORPORATION LIMITED          Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This is the marked exhibit referred to in the Affirmation of Lee Shiu Cheung dated the 18 day of June 2003.

| Exhibit Ref | Date | Description | Page No. |
|---|---|---|---|
| LSC- 4 | N/A | A Copy of a paper setting out the initial concept and idea of Bratz dolls by Mr. Bryant | 1 |

Before me,

~~Chan Tin Chee~~
~~Notary Hong Kong SAR~~
Solicitor, HKSAR ~~Commission~~

EXHIBIT    15

PAGE    118

MGA 0883962

Confidential - Attorney's Eyes Only

EX 952-0020



Meet the Bratz! The Totally Transformable Teenage dolls! They're four best friends from high school who love to trade clothes, shoes and hairdos! They come to school with a new look every day!

By simply popping off the hairstyle and shoes, and exchanging them for one of their other hairstyles and pairs of shoes, or a friend's hairstyle and shoes, you can create a whole new look! Complete the look by changing their pants or skirts for one of their additional garments!

Each doll comes dressed in a trendy, hip outfit, with one or two additional pieces, such as an additional skirt or t-shirt (for mix and matching.) Each doll also comes with two great hairstyles, 2 great pairs of shoes, and a cool backpack.

Confidential - Attorney's Eyes Only

EXHIBIT **15**

MGA 0883963

PAGE **119** *952-20*

EX 952-0021