# EXHIBIT 16

02/24/08   11:08am   P. 002

FROM OPPENHEIMER - L.A.                    (THU) 2.13' 03 16:46/ST. .0:42/NO. 4860087645 P 14

Docket No. 15994-142

### DECLARATION, POWER OF ATTORNEY AND PETITION

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled DOLL WITH AESTHETIC CHANGEABLE FOOTGEAR the specification of which is attached hereto.

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with 37 C.F.R. § 1.56(a).

I hereby declare: All statements of my own knowledge are true, and I believe that all statements made on information and belief are true. I make these statements with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued on the application.

### POWER OF ATTORNEY

I appoint the following as my attorneys with full power of substitution and revocation, to prosecute said application and to transact in connection therewith all business in the Patent and Trademark Office and before competent International Authorities:

Barman, C., Reg. 29,249
Bubya, M.P., Reg. 45,287
Bosworth, M.K., Reg. 28,186
Bovasso, L.I., Reg. 24,075
Boyce, I., Reg. 40,920
Brown, M.B., Reg. 28,590
Burton, D.L., Reg. 45,323
Canter, B., Reg. 34,792
Chen, A., Reg. P48,508
Chou, C., Reg. 41,672
Coleman, B.R., Reg. 39,145
Collman, L.C., Reg. 39,645

Darrow, C., Reg. 30,166
Djespenbrock III, A.B., Reg. 39,560
Edwards, W.G., Reg. 44,426
Farber, M., Reg. 32,612
Gelfound, G.A., Reg. 41,032
Hamdok, C.A.S., Reg. 22,586
Huowen, S.R., Reg. 38,466
Harris, M.D., Reg. 26,690
Hayden, R.D., Reg. 42,645
Heyninck, M., Reg. 44,763
Hickman, P.L., Reg. 28,516

Hilberg, C.R., Reg. P48,740
Inskeep, J.W., Reg. 33,910
Kennedy, B., Reg. 33,407
Khan, T., Reg. 46,273
Kudla, J.F., Reg. P47,724
Larson, D.N., Reg. 39,401
Lazaris, S.J., Reg. 45,981
Lorvick, C.J., Reg. 35,244
Licako, S.C. Reg. 47,749
MacLean, K.A., Reg. 31,118
Maddux, M.M., Reg. 50,962
McKinley, D., Reg. 42,867

McRoss, L., Reg. 40,427
Morton, C.A., Reg. 44,954
Nader, R., Reg. P47,269
Rose, A. C., Reg. 17,047
Rosenberg, C., Reg. 31,464
Sherry, E., Reg. 43,918
Smith, G.P., Reg. 20,142
Swienton, B., Reg. 49,030
Valencia, R.A., Reg. 43,216
Wood, G.B., Reg. 28,133
Wrigley, B.A., Reg. 34,950

whose address is:

## OPPENHEIMER

OPPENHEIMER WOLFF & DONNELLY LLP
2029 Century Park East, Suite 3800
Los Angeles, California 90067
(310) 788-5000 • Fax (310) 788-5100

Exhibit 1701
___/___/08___ ____
Jane Siegers, CSR 10648

EXHIBIT 16

PAGE 120

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3765285

EX 1701-0001

02/24/08   11:08am   P. 008

FROM OPPENHEIMER - L. A.                (THU) 2. 13'03 16:47/St. 16;42/NO. 4860087645 P 15

Docket No. 13904-142

Address all communications and telephone calls to Alan C. Rose of the below-listed firm at (310) 788-5030 and at e-mail address arose@oppenheimer.com.

Wherefore I pray that Letters Patent be granted to me for the invention or discovery described and claimed in the foregoing specification and claims, and I hereby subscribe my name to the foregoing specification and claims, declaration, power of attorney, and this petition.

Full name of sole or first inventor ISAAC LARIAN

Inventor's signature _____ Date 2-24-2003

Residence:          237 Carolwood, Los Angeles, California 90077
Citizenship         United States of American
Post Office Address   237 Carolwood, Los Angeles, California 90077 USA

-2-

LA: 333337 v01 02/13/2003

EXHIBIT 16

PAGE 121

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3765286

EX 1701-0002