# EXHIBIT 20

| | |
|---|---|
| From: | Paula Treantafelles |
| To: | 'Robert Haynes-Peterson' |
| CC: | |
| BCC: | |
| Sent Date: | 2001-05-01 02:50:17:657 |
| Received Date: | 2001-05-01 02:50:17:657 |
| Subject: | RE: From DOLLS |
| Attachments: | |

**REDACTED**

Confidential - For Attorney's Eyes Only

EXHIBIT 20
PAGE 204

MGA 0051255
EX 10001-0001

REDACTED

How did MGA design the four different girls? Both inspiration for the overall design, and the look of each girl?
The four girls were already concepted when presented by the inventor during our first meeting. I thought they were incredible and I tried to stay true this inventor/creator's vision.

Confidential - For Attorney's Eyes Only

EXHIBIT __20__
PAGE __205__

MGA 0051256
EX 10001-0002

[REDACTED]

Confidential - For Attorney's Eyes Only

EXHIBIT 26

PAGE 204

MGA 0051257
EX 10001-0003