# EXHIBIT 22

Immigrant's Creative Company Shakes Up Toy Industry

By JEFF WEISS; Contributing Reporter

1,098 words

29 March 2004

San Femando Valley Business Journal

English

2004 San Fernando Valley Business Journal. All rights reserved.

EXHIBIT __22__

PAGE __214__                    M 0101133

EX 12058-0001

"My oldest son, 17-year-old Jason, is very creative and a music writer. He has come up with some of our popular toys," Larian said. "He came up with Commandobot—a robot that was the first ever robot toy to work on voice recognition. It was a fantastic seller that was featured in Wired magazine. It was Jason's idea for Bratz."

"Yasmin, my 15-year-old daughter, is involved in the business as well. She's particularly interested in fashion and focus groups. One of the Bratz is named after her," Larian said. "My 10-year-old son, Cameron, is also the namesake for one of the boy Bratz. Cameron comes up with different product ideas. One of our best ideas was a winter wonderland Bratz line. We were on a family ski vacation and he said 'Dad, you should do a Bratz winter break.' So we did it and it sold wonderfully."

EXHIBIT **22**

PAGE **215**                M-0101134

EX 12058-0002

EXHIBIT 22

PAGE 216

M 0101135

EX 12058-0003