QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Honorable Stephen G. Larson<br><br>**DECLARATION OF SARAH J. COLE IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Hearing Date: August 21, 2008<br>Place: Courtroom 1<br>Time: 10:00 a.m.<br><br>**Phase 1B:**<br><br>Trial Date: July 23, 2008 |

07209/2609816.1

COLE DEC ISO MATTEL'S OPPOSITION TO MGA'S MOTION FOR JUDGMENT AS A MATTER OF LAW

# DECLARATION OF SARAH J. COLE

I, Sarah J. Cole, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached as Exhibit A is a true and correct copy of the Final [Phase 1A] Jury Instructions as Given, filed July 10, 2008. (Docket No. 4115).

3. Attached as Exhibit B is a true and correct copy of excerpts of the trial transcript in this action dated May 28, 2008, May 30, 2008, June 6, 2008, June 11, 2008, June 17, 2008, June 18, 2008, July 1, 2008, July 2, 2008, July 8, 2008, July 9, 2008, July 23, 2008, August 5, 2008, August 6, 2008, August 8, 2008, August 12, 2008, August 13, 2008, August 15, 2008 and August 18, 2008.

4. Attached as Exhibit C is a true and correct copy of the Court's Order Granting in Part, Denying in Part, and Deferring in Part the Parties' Motions for Partial Summary Judgment, filed April 25, 2008. (Docket No. 3286).

5. Attached as Exhibit D is a true and correct copy of the Court's Phase B Jury Instructions as Given, filed August 20, 2008. (Docket No. 4267).

6. Attached as Exhibit E is a true and correct copy of the MGA Parties' Supplemental [Proposed] Phase 1-B Jury Instructions, filed August 11, 2008. (Docket No. 4242).

7. Attached as Exhibit F is a true and correct copy of Trial Exhibit 10001, admitted in evidence on August 13, 2008.

8. Attached as Exhibit G is a true and correct copy of the relevant portions of Trial Exhibit 13725, admitted in evidence on August 5, 2008.

9. Attached as Exhibit H is a true and correct copy of Trial Exhibit 655, admitted in evidence on August 7, 2008.

1  10. Attached as Exhibit I is a true and correct copy of Trial Exhibit
2  656, admitted in evidence on August 7, 2008.
3  11. Attached as Exhibit J is a true and correct copy of Trial Exhibit
4  657, admitted in evidence on August 7, 2008.
5  12. Attached as Exhibit K is a true and correct copy of Trial Exhibit
6  658, admitted in evidence on August 7, 2008.
7  13. Attached as Exhibit L is a true and correct copy of Trial Exhibit
8  659, admitted in evidence on August 7, 2008.
9  14. Attached as Exhibit M is a true and correct copy of the relevant
10  portions of Trial Exhibit 13931, admitted in evidence on August 7, 2008.
11  15. Attached as Exhibit N is a true and correct copy of Trial Exhibit
12  13959, admitted in evidence on August 7, 2008.
13  16. Attached as Exhibit O is a true and correct copy of Trial Exhibit
14  13960, admitted in evidence on August 7, 2008.
15  17. Attached as Exhibit P is a true and correct copy of the Stipulation
16  Regarding Admission of Tangible Items, dated August 5, 2008.
17  18. Attached as Exhibit Q is a true and correct copy of Trial Exhibit
18  513, admitted in evidence on August 8, 2008.
19  19. Attached as Exhibit R is a true and correct copy of Trial Exhibit
20  567, admitted in evidence on August 8, 2008.
21  20. Attached as Exhibit S is a true and correct copy of Trial Exhibit
22  568, admitted in evidence on August 8, 2008.
23  21. Attached as Exhibit T is a true and correct copy of Trial Exhibit
24  569, admitted in evidence on August 8, 2008.
25  22. Attached as Exhibit U is a true and correct copy of Trial Exhibit
26  570, admitted in evidence on August 8, 2008.
27  23. Attached as Exhibit V is a true and correct copy of Trial Exhibit
28  571, admitted in evidence on August 8, 2008.

1 | 24. Attached as Exhibit W is a true and correct copy of Trial Exhibit
2 | 572, admitted in evidence on August 8, 2008.
3 | 25. Attached as Exhibit X is a true and correct copy of Trial Exhibit
4 | 573, admitted in evidence on August 8, 2008.
5 | 26. Attached as Exhibit Y is a true and correct copy of Trial Exhibit
6 | 574, admitted in evidence on August 8, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2008, at Los Angeles, California.

/s/ Sarah J. Cole
Sarah J. Cole