# EXHIBIT H

# *MGA Entertainment, Inc.*

*Consolidated Financial Statements for the
Years Ended December 31, 2002 and 2001
and Independent Auditors' Report*

EXHIBIT __H__

PAGE __250__

**Confidential - Attorney's Eyes Only**

Exhibit __655__
Tonny
9 /24/07  Pgs. __14__
J'ana Siegers, CSR 10845

MGA 0863860

EX 655-0001

# Deloitte.

Deloitte & Touche LLP
350 South Grand Avenue
Suite 200
Los Angeles, CA 90071-3462
USA

Tel: +1 213 688 0800
Fax: +1 213 688 0100
www.deloitte.com

**INDEPENDENT AUDITORS' REPORT**

Board of Directors and Stockholders
MGA Entertainment, Inc.

We have audited the accompanying consolidated balance sheets of MGA Entertainment, Inc. and subsidiaries (the "Company") as of December 31, 2002 and 2001 and the related statements of operations, stockholders' equity (deficiency) and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, such consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2002 and 2001 and the results of its operations and its cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

As discussed in Note 1 to the consolidated financial statements, the stockholders of MGA Entertainment (H.K.) Ltd., who are also the stockholders of the MGA Entertainment, Inc., contributed their stock to MGA Entertainment, Inc. on October 1, 2002. Because the entities are under common control, the transaction has been accounted for similar to a pooling of interest and, accordingly, reflects the consolidated financial position and results of operations as if the entities were consolidated for all periods presented.

*Deloitte + Touche LLP*

February 9, 2004

Pacific Southwest:   Carlsbad   Costa Mesa   Las Vegas   Los Angeles   Newport   Reno   San Diego

Member of
Deloitte Touche Tohmatsu

EXHIBIT H

PAGE 251

**Confidential - Attorney's Eyes Only**                              MGA 0863861

## MGA ENTERTAINMENT, INC.

### CONSOLIDATED BALANCE SHEETS
### DECEMBER 31, 2002 AND 2001

| ASSETS (Note 4) | 2002 | 2001 |
|---|---|---|
| **CURRENT ASSETS:** | | |
| Cash and cash equivalents | $26,833,160 | $ 799,554 |
| Accounts receivable, net of allowances for doubtful accounts and sales discounts of $7,938,000 and $3,609,000 at December 31, 2002 and 2001, respectively (Note 2) | 13,467,620 | 15,068,048 |
| Inventories—net (Note 2) | 36,946,047 | 13,892,695 |
| Prepaid expenses and other current assets (Note 2) | 3,093,422 | 1,049,471 |
| Total current assets | 80,340,249 | 30,809,768 |
| **PROPERTY AND EQUIPMENT:** | | |
| Equipment | 8,216,359 | 2,735,287 |
| Leasehold improvements | 326,474 | 477,195 |
| | 8,542,833 | 3,212,482 |
| Accumulated depreciation and amortization | (4,849,577) | (2,231,057) |
| Property and equipment—net | 3,693,256 | 981,425 |
| Other assets (Note 6) | 2,362,69 | |
| TOTAL | $ | $31,791,193 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIENCY)** | | |
| **CURRENT LIABILITIES:** | | |
| Accounts payable | $38,983,973 | 354,879 |
| Accrued liabilities (Notes 2 and 6) | 7,583,95 | 392,680 |
| Current maturities of notes payable (Note 4) | 437,66 | 83,839 |
| Total current liabilities | 7,005 | 31,398 |
| NOTES PAYABLE (Note 4) | | 24,997 |
| NOTES PAYABLE TO RELATED PARTIES (Note 3) | | 85,702 |
| DEFERRED INCOME TAX LIABILITIES | | |
| Total liabilities | 3 | 35,90,097 |
| COMMITMENTS AND CONTINGENCIES (Note 6) | | |
| STOCKHOLDERS' EQUITY (DEFICIENCY) (Note 7): stock, no par value—authorized, 100,000,000 shares, d outstanding, 22,201,000 shares | 00 | 250,00 |
| earnings (accumulated deficit) | | (98,5593) |
| Stockholder receivable (Note 3) | | 8,521) |
| Total stockholders' equity (deficiency) | | 8,904) |
| | $ 39 | 1,193 |

official statements.

EXHIBIT A

PAGE 252

Confidential - Attorney's Eyes Only                    MGA 0863862

EX 655-0003

## MGA ENTERTAINMENT, INC.

**CONSOLIDATED STATEMENTS OF OPERATIONS**
**YEARS ENDED DECEMBER 31, 2002 AND 2001**

|  | 2002 | 2001 |
|---|---|---|
| NET SALES (Note 2) | $216,575,563 | $96,370,206 |
| COST OF SALES | 116,216,852 | 64,662,964 |
| GROSS PROFIT | 100,358,711 | 31,707,242 |
| OPERATING EXPENSES: |  |  |
| Sales and marketing (Note 3) | 28,400,226 | 16,662,523 |
| General and administrative (Note 5) | 22,979,464 | 13,890,684 |
| Total operating expenses | 51,379,690 | 30,553,207 |
| INCOME FROM OPERATIONS | 48,979,021 | 1,154,035 |
| OTHER EXPENSE: |  |  |
| Interest expense—net (Notes 3 and 4) | 713,788 | 1,206,383 |
| Other expense (Note 6) | 563,065 | 305,364 |
| Total other expense | 1,276,853 | 1,511,747 |
| INCOME (LOSS) BEFORE PROVISION FOR INCOME TAXES | 47,702,168 | (357,712) |
| PROVISION FOR INCOME TAXES (Note 2) | 865,373 | 52,409 |
| NET INCOME (LOSS) | $ 46,836,795 | $ (410,121) |

See accompanying notes to consolidated financial statements.

-3-

EXHIBIT  H
PAGE  253

Confidential - Attorney's Eyes Only

MGA 0863863

EX 655-0004

EXHIBIT H

PAGE 254

Confidential - Attorney's Eyes Only

MGA 0863864

EX 655-0005

## MGA ENTERTAINMENT, INC.

CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY (DEFICIENCY)
YEARS ENDED DECEMBER 31, 2002 AND 2001

| | Common Stock | | Retained Earnings (Accumulated Deficit) | Stockholder Receivable | Total Stockholders' Equity (Deficiency) |
| --- | --- | --- | --- | --- | --- |
| | Number of Shares | Amount | | | |
| BALANCE—January 1, 2001 (Note 1) | 22,201,000 | $225,129 | $ (3,185,391) | $ — | $ (2,960,262) |
| Net loss | | | (410,121) | | (410,121) |
| Advances to stockholder | | | | (378,521) | (378,521) |
| BALANCE—December 31, 2002 | 22,201,000 | 225,129 | (3,595,512) | (378,521) | (3,748,904) |
| Net income | | | 46,836,795 | | 46,836,795 |
| Distributions to stockholders | | | (7,965,129) | | (7,965,129) |
| Reclassification of advances to stockholder | | | (378,521) | 378,521 | |
| BALANCE—December 31, 2002 | 22,201,000 | $225,129 | $34,897,633 | $ — | $35,122,762 |

See accompanying notes to consolidated financial statements.

# MGA ENTERTAINMENT, INC.

## CONSOLIDATED STATEMENTS OF CASH FLOWS
YEARS ENDED DECEMBER 31, 2002 AND 2001

|  | 2002 | 2001 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | |
| Net income (loss) | $ 46,836,795 | $ (410,121) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities: | | |
| Depreciation and amortization | 2,653,985 | 2,750,949 |
| Loss on disposal of property and equipment | 426,557 | 397,354 |
| Deferred income taxes | 63,000 | |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | 1,600,428 | (6,324,792) |
| Inventories | (23,053,352) | 385,232 |
| Prepaid expenses and other current assets | (2,043,951) | (31,464) |
| Other assets | (2,362,694) | |
| Accounts payable | 26,329,094 | 1,588,088 |
| Accrued liabilities | 5,291,271 | (170,508) |
| Net cash provided by (used in) operating activities | 55,740,933 | (1,815,262) |
| **CASH FLOWS FROM INVESTING ACTIVITIES**—Purchase of property and equipment | (5,792,173) | (2,926,726) |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | |
| Net (repayment on) proceeds from notes payable | (16,396,381) | 5,490,237 |
| Repayments of subordinated notes payable to related parties | (1,024,828) | (2,327,726) |
| Proceeds from subordinated notes payable to related parties | 1,471,184 | 1,421,400 |
| Advances to stockholder | | (378,521) |
| Distributions to stockholders | (7,965,129) | |
| Net cash (used in) provided by financing activities | (23,915,154) | 4,205,390 |
| **NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS** | 26,033,606 | (536,598) |
| CASH AND CASH EQUIVALENTS—Beginning of year | 799,554 | 1,336,152 |
| CASH AND CASH EQUIVALENTS—End of year | $ 26,833,160 | 799,554 |
| **SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION**—Cash paid during the year for: | | |
| Interest | $    687,598 | $ 1,689,691 |
| Income taxes | $    743,575 | $          - |

SUPPLEMENTAL DISCLOSURES OF NONCASH INVESTING AND FINANCING ACTIVITIES:
As discussed in Note 3, during 2002, the Company reclassified a note receivable in the amount of $378,521 from the majority stockholder as a distribution.

See accompanying notes to consolidated financial statements.

- 5 -

EXHIBIT  H

PAGE  255

Confidential - Attorney's Eyes Only

MGA 0863865

EX 655-0006

## MGA ENTERTAINMENT, INC.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
YEARS ENDED DECEMBER 31, 2002 AND 2001

1.  **BASIS OF PRESENTATION**

    On February 6, 2002, MGA Entertainment, Inc. ("MGA" or the "Company") incorporated a wholly owned subsidiary, MGA Entertainment (Mauritius) Limited ("Mauritius"), a Mauritius corporation. On October 1, 2002, the stockholders of MGA Entertainment (H.K.) Ltd. ("Hong Kong"), a Hong Kong corporation, which is related to MGA by common ownership, contributed all of the common stock of Hong Kong to MGA. Concurrently, MGA contributed the common stock of Hong Kong to Mauritius. MGA, Hong Kong and Mauritius entered into various product licensing, development and manufacturing agreements with each other effective October 1, 2002.

    The transaction has been accounted for similar to a pooling of interest because the entities are under common control and, accordingly, reflects the consolidated financial position and results of operations as if the entities were consolidated for all periods presented. The consolidated financial statements include MGA and its wholly owned subsidiaries, Mauritius and Hong Kong for 2002 and MGA and Hong Kong for 2001. The consolidated entities are collectively referred to as the Company in the notes to the consolidated financial statements.

    The Company is engaged in importing, distributing and licensing handheld electronics, toys, dolls and entertainment devices. The Company sells its products to foreign and domestic retail and wholesale customers.

2.  **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

    *Principles of Consolidation*—The accompanying consolidated financial statements include the accounts of MGA Entertainment, Inc. and its wholly owned subsidiaries. All significant intercompany balances and transactions have been eliminated.

    *Cash and Cash Equivalents*—The Company considers all highly liquid instruments with an initial maturity of three months or less to be cash equivalents.

    *Revenue Recognition*—Revenue is recognized when a product is shipped and both title and risk of loss have passed, which can range up to 60 days after shipment. Accounts receivable have been reduced by $49,001,711 and $9,072,095 and inventories have been increased by $22,572,946 and $3,220,469 as of December 31, 2002 and 2001, respectively, for unrecognized sales related to products shipped for which title and risk of loss have not passed. Revenue is recognized net of returns, discounts and other customer incentives.

    *Royalty Income*—During the year ended December 31, 2002, the Company began to license the distribution of certain products in exchange for a royalty fee generally based on a percentage of sales of the licensed products. Certain license arrangements provide for advance royalty payments. Royalty income is recognized as the related product is sold. Royalty income included in net sales in the accompanying consolidated statements of operations totaled $1,759,266 in 2002. Accrued liabilities include $4,786,358 in deferred royalty income at December 31, 2002.

- 6 -

EXHIBIT $\underline{H}$

PAGE $\underline{256}$

Confidential - Attorney's Eyes Only

MGA 0863866

*Concentrations*—Financial instruments that subject the Company to credit risk consist primarily of cash and cash equivalents and accounts receivable. The Company, at times, maintains cash and cash equivalents balances with certain high-quality major financial institutions in excess of federally insured deposit limits.

Sales to two significant customers in 2002 and 2001 accounted for 21% and 22%, and 17% and 24%, respectively, of sales. The Company had two significant customers comprising 33% and 38%, and 7% and 48% of accounts receivable at December 31, 2002 and 2001, respectively.

The Company performs periodic credit evaluations of its customers and maintains allowances for potential credit losses. The Company estimates credit losses based on management's evaluation of historical experience and current industry trends. Although the Company expects to collect amounts due, actual collections may differ from the estimated amounts.

Inventory purchases from one significant vendor accounted for 63% and 33% of net inventory purchases for the years ended December 31, 2002 and 2001, respectively.

*Inventories*—Inventories are stated at the lower of cost or market, cost being determined using the average-cost method. Inventories are composed primarily of finished goods. Inventories are net of an excess and slow moving reserve of $1,735,000 and $3,921,000 as of December 31, 2002 and 2001, respectively.

*Property and Equipment*—Property and equipment are stated at cost, less accumulated depreciation and amortization. Property and equipment are depreciated using the straight-line method over the estimated useful lives of the related assets, generally ranging from one to five years. Leasehold improvements are amortized over the shorter of the lease term or the estimated life of the improvement.

*Royalty Expense*—Advance royalties, paid by the Company for the right to use certain trade names and characters, are included in prepaid expenses and other current assets and are amortized at the contractual royalty rate based on actual net product sales. Minimum guaranteed royalty commitments are expensed when it is determined by the Company that the minimum will not be attained through future sales of the related products. Royalty liabilities, in excess of the minimum guaranteed amount, are recorded when such amounts are earned by the licensor. Royalties expense totaled $4,716,690 and $2,508,408 in 2002 and 2001, respectively, and is included in cost of sales in the accompanying consolidated statements of operations.

*Advertising Costs*—Advertising costs are generally expensed as incurred and amounted to $13,952,974 and $7,679,710 for the years ended December 31, 2002 and 2001, respectively. At December 31, 2002, prepaid expenses include $1,460,542 of advertising costs related to certain advertising that did not occur until 2003.

*Income Taxes*—MGA has elected to be taxed as an S Corporation for federal income tax and California franchise tax purposes. As an S Corporation, taxable income or loss of the Company is allocated to stockholders based on their respective ownership. Additionally, S Corporations are subject to a California franchise tax of 1.5% of taxable income. As a result of the S Corporation election, the income tax provision for the years ended December 31, 2002 and 2001 includes the provision for California franchise tax of approximately $745,000 and $800, respectively. Additionally, income taxes include taxes on the Company's subsidiaries, Mauritius and Hong Kong.

-7-

EXHIBIT H

PAGE 257

Confidential - Attorney's Eyes Only

MGA 0863867

*Stock-Based Compensation*—The Company uses the disclosure-only provisions of Statement of Financial Accounting Standards ("SFAS") No. 123, *Accounting for Stock-Based Compensation*. The Company continues to account for its stock compensation arrangements using the intrinsic value method in accordance with Accounting Principles Board ("APB") Opinion No. 25, *Accounting for Stock Issued to Employees*. SFAS No. 123, as amended by SFAS No. 148, *Accounting for Stock-Based Compensation—Transition and Disclosure*, requires companies to estimate employee stock compensation expense based on the fair value method of accounting. However, the statement allows the alternative of continued use of the intrinsic value method described in APB Opinion No. 25, *Accounting for Stock Issued to Employees*, if pro forma disclosure of fair value amounts is provided. The pro forma fair value disclosure is not provided because it is not material.

*Impairment of Long-Lived Assets*—The Company reviews the recoverability of intangible assets and other long-lived assets whenever events or changes in circumstances indicate that the carrying value of such assets may not be recoverable. If the expected future cash flows from the use of such assets (undiscounted and without interest charges) are less than the carrying value, the Company's policy is to record an impairment loss for the difference between the carrying value and estimated fair value of the assets.

*Use of Estimates*—The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the periods reported. Actual results could materially differ from those estimates.

*Recent Accounting Pronouncements*—In June 2001, the Financial Accounting Standards Board ("FASB") issued SFAS No. 141, *Business Combinations*, and SFAS No. 142, *Goodwill and Other Intangibles Assets*. SFAS No. 141 requires the purchase method of accounting for business combinations initiated after June 30, 2001 and eliminates the pooling-of-interests method. SFAS No. 142 changes the accounting for goodwill from an amortization method to an impairment method-only approach. The Company adopted SFAS No. 142 effective January 1, 2002. The adoption of SFAS Nos. 141 and 142 did not have an impact on the Company's consolidated financial statements.

In August 2001, FASB issued SFAS No. 144, *Accounting for the Impairment or Disposal of Long-Lived Assets*. SFAS No. 144 supersedes SFAS No. 121, *Accounting for the Impairment of Long-Lived Assets and for Long-Lived Assets to Be Disposed Of*. SFAS No. 144 retained substantially all of the requirements of SFAS No. 121 while resolving certain implementation issues. The Company adopted SFAS No. 144 effective January 1, 2002. The adoption of SFAS No. 144 did not have an impact on the Company's consolidated financial statements.

In April 2002, FASB issued SFAS No. 145, which rescinds SFAS No. 4, *Reporting Gains and Losses from Extinguishment of Debt*, and also amends other existing authoritative pronouncements to make various technical corrections, clarify meanings, or describe their applicability under changed conditions. A principal effect will be the prospective characterization of gains and losses from debt extinguishments used as part of an entity's risk management strategy. Under SFAS No. 4, all gains and losses from early extinguishment of debt were required to be aggregated and, if material, classified as an extraordinary item, net of related income tax effect. Under SFAS No. 145, gains and losses from extinguishment of debt will not be classified as extraordinary items unless they meet much more narrow criteria in APB Opinion No. 30, *Reporting the Results of Operations—Reporting the Effects of Disposal of a Segment of a Business, and Extraordinary, Unusual and Infrequently Occurring Events and Transactions*. SFAS

- 8 -

EXHIBIT __H__

PAGE __258__

Confidential - Attorney's Eyes Only

MGA 0863868

EX 655-0009

No. 145 may be adopted early but is otherwise effective for fiscal years beginning after May 15, 2002 and must be adopted with retroactive effect. The Company adopted SFAS No. 145 on January 1, 2003, and there was no impact on its consolidated financial statements.

In June 2002, FASB issued SFAS No. 146, *Accounting for Costs Associated with Exit or Disposal Activities*. SFAS No. 146 requires that costs associated with an exit or disposal activity be recognized when incurred as opposed to an entity's commitment to an exit plan as previously allowed. The provisions of SFAS No. 146 are effective for exit or disposal activities that are initiated after December 31, 2002, with early application encouraged. The Company adopted SFAS No. 146 on January 1, 2003, and there was no impact on its consolidated financial statements.

In December 2002, FASB issued SFAS No. 148, *Accounting for Stock-Based Compensation— Transition and Disclosure*. This statement amends SFAS No. 123 to provide alternative methods of transition for an entity that voluntary changes to the fair-value-based method of accounting for stock-based employee compensation. It also amends the disclosure provision of SFAS No. 123 to require prominent disclosure about the effects on reported net income of an entity's accounting policy decisions with respect to stock-based employee compensation. This statement also amends APB Opinion No. 28, *Interim Financial Reporting*, to require disclosure about those effects in interim financial statements. SFAS No. 148 is effective for financial statements for fiscal years ending after December 15, 2002. The adoption of SFAS No. 148 did not have a material impact on the Company's consolidated financial statements.

In May 2003, FASB issued SFAS No. 150, *Accounting for Instruments with Characteristics of both Liabilities and Equities*. SFAS No. 150 establishes standards to classify and measure certain types of financial instruments having characteristics of both liabilities and equity. Such freestanding instruments (i.e., those entered into separately from an entity's other financial instruments or equity transactions or that are legally detachable and separately exercisable) must be classified as liabilities or, in some cases assets. In addition, SFAS No. 150 requires that financial instruments containing obligations to repurchase the issuing entity's equity shares and, under certain circumstances, obligations that are settled by delivery of the issuer's shares be classified as liabilities. The provisions of SFAS No. 150 will become effective at various dates through 2006, depending on the financial instrument. The Company does not believe that the adoption of SFAS No. 150 will have an effect on the consolidated financial statements.

In November 2002, FASB issued FASB Interpretation No. ("FIN") 45, *Guarantor's Accounting and Disclosure Requirements for Guarantees, Including Indirect Guarantees of Indebtedness of Others*, which elaborates on required disclosures by a guarantor in its financial statements about its obligations under certain guarantees that it has issued and clarifies the need for a guarantor to recognize, at inception of certain guarantees, a liability for the fair value of the obligation undertaken in issuing the guarantee. FIN 45 is effective for the Company on January 1, 2003. The Company has no guarantees, and therefore, FIN 45 will have no impact on its consolidated financial statements.

In January 2003, FASB issued FIN 46R, *Consolidation of Variable Interest Entities*. In general, a variable interest entity is a corporation, partnership, trust or any other structure used for business purposes that either (a) does not have equity investors with voting rights or (b) has equity investors that do not provide sufficient financial resources to the entities created after January 31, 2003 and for transactions entered into prior to February 1, 2003. The provisions apply in the first year or interim period beginning after June 15, 2003, regardless of when the variable interest entity was established. For entities created after December 31, 2003, FIN 46R must be applied immediately. Certain of the

- 9 -

EXHIBIT __H__

PAGE __259__

Confidential - Attorney's Eyes Only                                          MGA 0863869

EX 655-0010

disclosure requirements apply in all financial statements issued after January 31, 2003, regardless of when the variable interest entity was established. The adoption of FIN 46R did not have an effect on the Company's consolidated financial statements.

*Reclassifications*—Certain reclassifications have been made to the 2001 financial statements to conform to the 2002 presentation.

### 3. RELATED PARTY TRANSACTIONS

*Notes Payable to Related Parties*—Notes payable to related parties are to stockholders, a former stockholder and others related to the stockholders. Borrowings are unsecured advances that are subordinated to the line of credit (see Note 4). Interest is accrued at 10% for 2002 and 2001. Interest expense on the notes was $311,184 and $382,993 for the years ended December 31, 2002 and 2001, respectively.

*Stockholder Receivable*—At December 31, 2001, the Company had a stockholder receivable of $378,521 that arose from advances made to the majority stockholder and chief executive officer in connection with payments made to a former stockholder and officer of the Company for the purchase by the majority stockholder of the former stockholder's ownership interest in the Company. During 2002, the stockholder receivable was reclassified as a distribution.

On January 1, 2001, the Company entered into a five-year consulting agreement with the former stockholder, which provides for monthly payments of $7,500.

### 4. NOTES PAYABLE

Notes payable consist of the following at December 31:

|  | . 2002 | 2001 |
|---|---|---|
| Line of credit | $   407,205 | $16,757,539 |
| Note payable | 1,105,250 | 1,151,297 |
|  | 1,512,455 | 17,908,836 |
| Less current portion | 437,669 | 16,783,839 |
|  | $1,074,786 | $ 1,124,997 |

The line of credit provides for borrowings up to $18,000,000, limited to 75% of eligible accounts receivable and up to 60% of eligible inventories, as defined. Borrowings under the line of credit are collateralized by substantially all of the Company's assets. The line of credit was renewed and amended in October 2002 and expired May 15, 2003. Additionally, the amended line-of-credit agreement contains certain restrictive covenants, including, but not limited to, the maintenance of minimum net worth, as defined.

Borrowings under the line of credit may be used as follows:

- Revolving line of credit;
- Commercial letters of credit of up to $5,000,000, with a maximum maturity of 120 days; and
- Trade acceptances up to $3,000,000, with a maximum maturity of 90 days.

- 10 -

EXHIBIT __4__

PAGE __260__

Confidential - Attorney's Eyes Only

MGA 0863870

Interest is payable monthly at the rate of 1.125% in excess of the prime rate on line-of-credit advances, 2% on commercial letters of credit and 2.75% on trade acceptances. The prime rate was 4.25% and 4.75% at December 31, 2002 and 2001, respectively.

In addition, the Company has a promissory note payable to the Small Business Administration, with an original amount of $1,350,000, due in monthly installments of $7,299, including interest at 4.0% per annum through July 2024. The note is secured by certain real estate owned by the Company's stockholders.

Future maturities of notes payable are as follows:

| Year Ending December 31 | |
|---|---|
| 2003 | $ 437,669 |
| 2004 | 27,467 |
| 2005 | 29,062 |
| 2006 | 30,750 |
| 2007 | 32,536 |
| Thereafter | 954,971 |
| | $1,512,455 |

5.  **EMPLOYEE BENEFIT PLAN**

The Company has a 401(k) plan covering eligible employees. Employer contributions are made at a rate of 25% of the employee's contributions, up to 5% of the employee's salary. Total contributions are not to exceed the annual amounts deductible under federal income tax regulations. The Company contributed $17,635 and $21,197 to the 401(k) plan for the years ended December 31, 2002 and 2001, respectively.

6.  **COMMITMENTS AND CONTINGENCIES**

*Leases*—The Company leases facilities and certain equipment under noncancelable operating leases expiring during 2005. The leases are generally on a net-rent basis, whereby the Company pays taxes, maintenance and insurance. At December 31, 2002, the future minimum lease commitments under these leases are as follows:

| Year Ending December 31 | |
|---|---|
| 2003 | $ 736,634 |
| 2004 | 434,874 |
| 2005 | 25,165 |
| | $1,196,673 |

In addition, the Company leases office and warehouse facilities from partnerships, in which the Company's stockholders are the partners, at a current rate of approximately $20,992 per month, on a month-to-month basis.

- 11 -

EXHIBIT _H_

PAGE _261_

**Confidential - Attorney's Eyes Only**

MGA 0863871

EX 655-0012

The Company stores certain inventory at a public warehouse. Rent is based on the square footage utilized and can be canceled with one day's notice.

Total rent expense was $784,271 and $630,055 for the years ended December 31, 2002 and 2001, respectively, including $251,904 in 2002 and 2001 paid to the affiliated partnerships.

*Litigation*—The U.S. Customs Service has asserted that the Company owes approximately $604,000 for invalid duty drawback filings. The Company has accrued this amount, which is included in accrued expenses in the accompanying consolidated balance sheets at December 31, 2002. The Company is disputing the assessment.

In March 2002, a corporation filed a Demand for Arbitration seeking damages from the Company for breach of a license agreement and other claims arising from certain product design and production activities occurring subsequent to December 31, 2001. In April 2002, the Company filed a complaint against the corporation and its president for copyright infringement, trademark infringement and breach of the same license agreement. In June 2002, an arbitration judgment was awarded against the Company for damages plus related costs. The license agreement was terminated by the arbitrator. In August 2002, the United States District Court confirmed the arbitration award against the Company for a total amount of approximately $1,725,000. The Company filed an appeal in August 2002, which resulted in a confirmation of the award against the Company in October 2003. The Company paid the award in December 2003. As security for the arbitration award, the Company deposited approximately $2,200,000 with a bank for a standby letter of credit. As of December 31, 2002, the deposit is included in other assets in the accompanying consolidated balance sheet at December 31, 2002.

In April 2003, an arbitration judgment was awarded against the Company for $200,000 as a result of a claim brought against the Company for breach of contract and services rendered. The $200,000 award is included in accrued liabilities in the accompanying consolidated balance sheets at December 31, 2002

In September 2003, the Company was awarded a $5,600,000 settlement as a result of a breach of contract claim against a licensor. The Company received the settlement, in full, in September 2003, which will be included in the results of operations in 2003.

The Company is also subject to other claims arising in the ordinary course of business. In the opinion of management, the ultimate resolution of such pending claims and legal proceedings will not have a materially adverse effect on the Company's business or financial condition.

7.   STOCK-BASED COMPENSATION

The Company has a stock option plan (the "Plan") for qualifying directors, key employees and significant consultants, as defined by the Plan. At December 31, 2002, all outstanding options have been granted to current employees. The Plan provides for options to be granted at an exercise price at least equal to the market value of the shares on the date of the grant, as determined by the Board of Directors. The maximum aggregate number of shares of common stock authorized under the Plan is 3,920,000 shares. Stock options granted vest over five years and expire after 10 years from the date of grant.

- 12 -

EXHIBIT H

PAGE 262

Confidential - Attorney's Eyes Only

MGA 0863872

EX 655-0013

A summary of the option transactions under the Plan follows:

| | Number of Shares | Weighted-Average Exercise Price |
|---|---|---|
| Outstanding, January 1, 2001 | 1,020,000 | $ 0.23 |
| Stock options granted | 180,000 | $ 3.86 |
| Stock options canceled | 520,000 | $ 0.23 |
| Outstanding, December 31, 2001 | 680,000 | $ 1.19 |
| Canceled | 500,000 | $ 0.23 |
| Outstanding, December 31, 2002 | 180,000 | $ 3.86 |

As of December 31, 2002, there were 3,740,000 shares available for future grant. As of December 31, 2002 and 2001, 9,000 and 175,000 stock options, respectively, were vested.

SFAS No. 123 defines and encourages the use of the fair value method of accounting for employee stock-based compensation but allows the continued use of the intrinsic value-based method of accounting prescribed in APB Opinion No. 25 and related interpretations. As permitted under SFAS No. 123, the Company continues to use the intrinsic value method of accounting for stock-based compensation. Disclosures required by SFAS No. 123 have been omitted because the amounts are not material.

The Company implemented a phantom stock plan in 2003, with aggregate authorized units of 660,000. The phantom stock plan provides unit awards to be granted at fair value as determined by the Company's board of directors. Awards vest over five years. The Company granted 150,000 units in November 2003 at $87.50 per unit.

* * * * * *

- 13 -

EXHIBIT H

PAGE 263

Confidential - Attorney's Eyes Only

MGA 0863873

EX 655-0014

# EXHIBIT I

CONSOLIDATED FINANCIAL STATEMENTS
MGA Entertainment, Inc.
*Year ended December 31, 2003*
*Report of Independent Auditors*

EXHIBIT __I__

PAGE __264__

**Confidential - Attorney's Eyes Only**



MGA 0863874

EX 656-0001

MGA Entertainment, Inc.

Consolidated Financial Statements

Year ended December 31, 2003

#### Contents

Report of Independent Auditors..................................................................................................................1

Consolidated Financial Statements

Consolidated Balance Sheet..........................................................................................................................2
Consolidated Statement of Income................................................................................................................3
Consolidated Statement of Stockholders' Equity..........................................................................................4
Consolidated Statement of Cash Flows ........................................................................................................5
Notes to Consolidated Financial Statements.................................................................................................6

EXHIBIT __I__

PAGE _265_

**Confidential - Attorney's Eyes Only**

MGA 0863875

**ЕⅢ ERNST & YOUNG**

Ernst & Young LLP
Warner Center Plaza 5
Suite 300
21800 Oxnard Street
Woodland Hills, California 91367-7534

Phone: (818) 703-4700
Fax:   (818) 347-0255
www.ey.com

## Report of Independent Auditors

Board of Directors and Stockholders
MGA Entertainment, Inc.

We have audited the accompanying consolidated balance sheet of MGA Entertainment, Inc. and subsidiaries (the Company) as of December 31, 2003, and the related statements of income, stockholders' equity and cash flows for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2003, and the results of its operations and its cash flows for the year then ended in conformity with accounting principles generally accepted in the United States.

*Ernst + Young LLP*

June 18, 2004

A Member Practice of Ernst & Young Global                    l

EXHIBIT __I__

PAGE __266__

Confidential - Attorney's Eyes Only

MGA 0863876

MGA Entertainment, Inc.

Consolidated Balance Sheet

December 31, 2003

**Assets**

Current assets:

| | | |
|---|---|---:|
| Cash and cash equivalents | $ | 76,919,138 |
| Accounts receivable, net of allowances for doubtful accounts of $7,157,579 | | 31,141,263 |
| Inventories | | 60,370,905 |
| Prepaid expenses and other current assets | | 20,900,932 |
| Total current assets | | 189,332,238 |

Property and equipment:

| | |
|---|---:|
| Equipment | 23,266,599 |
| Leasehold improvements | 1,181,955 |
| | 24,448,554 |
| Accumulated depreciation and amortization | (12,099,997) |
| Property and equipment, net | 12,348,557 |

| | | |
|---|---|---:|
| Other assets | | 2,001,767 |
| Total assets | $ | 203,682,562 |

**Liabilities and stockholders' equity**

Current liabilities:

| | | |
|---|---|---:|
| Accounts payable | $ | 20,161,949 |
| Accrued liabilities | | 48,588,188 |
| Accrued discounts and allowances | | 27,776,167 |
| Accrued royalties | | 9,193,915 |
| Notes payable to related parties | | 2,695,610 |
| Total current liabilities | | 108,415,829 |

| | |
|---|---:|
| Deferred income tax liabilities | 423,000 |

Stockholders' equity

| | | |
|---|---|---:|
| Common stock, no par value – authorized, 100,000,000 shares; issued and outstanding – 22,201,000 shares | | 225,129 |
| Stockholder receivable | | (29,498,189) |
| Retained earnings | | 124,116,793 |
| Total stockholders' equity | | 94,843,733 |
| Total liabilities and stockholders' equity | $ | 203,682,562 |

*See accompanying notes.*

2

EXHIBIT __I__

PAGE __267__

**Confidential - Attorney's Eyes Only**

MGA 0863877

EX 656-0004

MGA Entertainment, Inc.

Consolidated Statement of Income

Year ended December 31, 2003

| | |
|---|---:|
| Net sales | $ 557,834,691 |
| Cost of sales | 328,417,724 |
| Gross profit | 229,416,967 |
| | |
| Operating expenses: | |
| Sales and marketing | 48,613,725 |
| General and administrative | 39,603,854 |
| Income from operations | 141,199,388 |
| | |
| Other income: | |
| Interest income, net | 171,523 |
| Other income | 5,841,515 |
| Total other income | 6,013,038 |
| | |
| Income before provision for income taxes | 147,212,426 |
| Provision for income taxes | 8,056,049 |
| Net income | $ 139,156,377 |

*See accompanying notes.*

3

EXHIBIT __I__

PAGE _268_

**Confidential - Attorney's Eyes Only**

MGA 0863878

EX 656-0005

EXHIBIT I

PAGE 261

Confidential - Attorney's Eyes Only

MGA 0863879

EX 656-0006

MGA Entertainment, Inc.

Consolidated Statement of Stockholders' Equity

| | Common Stock | | Stockholder Receivable | Retained Earnings | Total Stockholders' Equity |
|---|---|---|---|---|---|
| | Number of Shares | Amount | | | |
| Balance at January 1, 2003 | 22,201,000 | $   225,129 | $        -- | $  34,897,636 | $  35,122,765 |
| Net income | -- | -- | -- | 139,156,377 | 139,156,377 |
| Distributions to stockholders | -- | -- | -- | (49,937,220) | (49,937,220) |
| Advances to stockholders | -- | -- | (29,498,189) | -- | (29,498,189) |
| Balance at December 31, 2003 | 22,201,000 | $   225,129 | $(29,498,189) | $ 124,116,793 | $  94,843,733 |

*See accompanying notes.*

4

MGA Entertainment, Inc.

Consolidated Statement of Cash Flows

Year ended December 31, 2003

| | |
|---|---:|
| **Operating activities** | |
| Net income | $ 139,156,377 |
| Adjustments to reconcile net income to net cash provided by operating activities: | |
| Depreciation and amortization | 7,638,872 |
| Loss on disposal of property and equipment | 23,325 |
| Deferred income taxes | (320,891) |
| Changes in operating assets and liabilities: | |
| Accounts receivable | (10,875,613) |
| Inventories | (23,424,858) |
| Prepaid expenses and other current assets | (17,700,810) |
| Other assets | 935,118 |
| Accounts payable | 6,989,586 |
| Accrued liabilities | 17,339,182 |
| Accrued sales discounts and allowances | 20,978,137 |
| Accrued royalties | 7,047,363 |
| Net cash provided by operating activities | 147,785,788 |
| | |
| **Investing activities** | |
| Purchase of property and equipment | (16,317,498) |
| Net cash used in investing activities | (16,317,498) |
| | |
| **Financing activities** | |
| Principal payments of notes payable | (1,512,455) |
| Principal payments of notes payable to related parties | (434,448) |
| Advances to stockholders | (29,498,189) |
| Distributions to stockholders | (49,937,220) |
| Net cash used in financing activities | (81,382,312) |
| | |
| Net increase in cash and cash equivalents | 50,085,978 |
| Cash and cash equivalents at beginning of year | 26,833,160 |
| Cash and cash equivalents at end of year | $ 76,919,138 |
| | |
| Supplemental disclosure of cash flow information | |
| Cash paid during the year for: | |
| Interest | $ 415,781 |
| Income taxes | $ 9,309,731 |

*See accompanying notes.*

5

EXHIBIT __I__

PAGE __270__

**Confidential - Attorney's Eyes Only**

MGA 0863880

EX 656-0007

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements

December 31, 2003

1. Summary of Significant Accounting Policies

Principles of Consolidation

The accompanying consolidated financial statements include MGA Entertainment, Inc. (MGA or the Company) and its wholly owed subsidiaries, MGA Entertainment (Mauritius) Limited (Mauritius) and MGA Entertainment (H.K.) Ltd. (Hong Kong). All significant intercompany balances and transactions have been eliminated. The consolidated entities are collectively referred to as the Company.

The Company is engaged in importing, distributing and licensing of dolls, handheld electronics, toys and entertainment devices. During the year ended December 31, 2003, a significant portion of its revenue was derived from the sale of toys, dolls and other products in the Company's "Bratz" product line. The Company sells its products to foreign and domestic retail and wholesale customers.

Cash and Cash Equivalents

The Company considers all highly liquid instruments with an initial maturity of three months or less to be cash equivalents.

Revenue Recognition

Revenue is recognized when a product is shipped and both title and risk of loss have passed, which can range up to 60 days after shipment. Accounts receivable have been reduced by $82,311,792 and inventories have been increased by $29,825,499 at December 31, 2003 for unrecognized revenue related to products shipped for which title and risk of loss have not passed.

Royalty Income

The Company licenses the distribution of certain products in exchange for a royalty fee generally based on a percentage of sales of the licensed products. Certain license arrangements provide for advance royalty payments. At December 31, 2003, unearned royalties amounted to $8,685,312 and were included in accrued liabilities in the accompanying consolidated balance sheet.

6

EXHIBIT 工

PAGE 271

Confidential - Attorney's Eyes Only

MGA 0863881

EX 656-0008

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

### 1. Summary of Significant Accounting Policies (continued)

#### Concentrations

Financial instruments that subject the Company to credit risk consist primarily of cash and cash equivalents and accounts receivable. The Company maintains cash and cash equivalents balances with certain high-quality major financial institutions in excess of federally insured deposit limits.

Sales to the Company's two largest customers in 2003 accounted for 19% and 21%, respectively, of sales. The same two significant customers represented 51% and 40%, respectively, of accounts receivable at December 31, 2003.

The Company performs periodic credit evaluations of its customers and maintains allowances for potential credit losses. The Company estimates credit losses based on management's evaluation of historical experience and current industry trends. Although the Company expects to collect amounts due, actual collections may differ from the estimated amounts.

Inventory purchases from one significant vendor accounted for substantially all of inventory purchases for the year ended December 31, 2003.

#### Inventories

Inventories are stated at the lower of cost or market, cost being determined using the average-cost method. Inventories are composed primarily of finished goods.

#### Property and Equipment

Property and equipment are stated at cost, less accumulated depreciation and amortization. Property and equipment are depreciated using the straight-line method over the estimated useful lives of the related assets, generally ranging from one to five years. Leasehold improvements are amortized over the shorter of the lease term or the estimated life of the improvement.

7

EXHIBIT I

PAGE 272

Confidential - Attorney's Eyes Only

MGA 0863882

EX 656-0009

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

1. Summary of Significant Accounting Policies (continued)

**Royalty Expense**

Advance royalties, paid by the Company for the right to use certain trade names and characters, are included in prepaid expenses and other current assets and are amortized at the contractual royalty rate based on actual net product sales. Minimum guaranteed royalty commitments are expensed when it is determined by the Company that the minimum will not be attained through future sales of the related products. Royalty liabilities, in excess of the minimum guaranteed amount, are recorded when such amounts are earned by the licensor. Royalties expense totaled $15,685,837 in 2003, and is included in cost of sales in the accompanying consolidated statements of Income.

**Advertising Costs**

Advertising costs are generally expensed as incurred and amounted to $31,726,821 for the year ended December 31, 2003.

**Income Taxes**

MGA has elected to be taxed as an S Corporation for federal income tax and California franchise tax purposes. As an S Corporation, United States taxable income or loss of the Company is allocated to stockholders based on their respective ownership. Additionally, S Corporations are subject to a California franchise tax of 1.5% of taxable income. As a result of the S Corporation election, the California current and deferred income tax expense for MGA Entertainment, Inc. for the year ended December 31, 2003 amounted to $1,097,946. Additionally, income taxes include foreign taxes on the Company's subsidiaries, Mauritius of $6,598,103 and Hong Kong of $360,000.

**Impairment of Long-Lived Assets**

The Company reviews the recoverability of other long-lived assets whenever events or changes in circumstances indicate that the carrying value of such assets may not be recoverable. If the expected future cash flows from the use of such assets (undiscounted and without interest charges) are less than the carrying value, the Company's policy is to record an impairment loss for the difference between the carrying value and estimated fair value of the assets.

8

EXHIBIT __I__

PAGE __273__

**Confidential - Attorney's Eyes Only**

**MGA 0863883**

EX 656-0010

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

**1. Summary of Significant Accounting Policies (continued)**

**Use of Estimates**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the periods reported. Actual results could materially differ from those estimates.

**2. Related Party Transactions**

**Notes Payable to Related Parties**

Notes payable to related parties are to stockholders, a former stockholder and others related to the stockholders. Borrowings are unsecured advances. Interest is accrued at 10% and was $181,238 for the year ended December 31, 2003.

On January 1, 2001, the Company entered into a five-year consulting agreement with the former stockholder, which provides for monthly payments of $7,500.

**Stockholder Receivable**

At December 31, 2003, the Company had a stockholder receivable of $29,498,189 that arose from advances made to the majority stockholder and chief executive officer.

**Leases**

In the beginning of 2003, the Company entered into a month-to-month lease agreement paid to a partnership in which the stockholders are partners. The total rent expense for 2003 was $251,904.

Subsequent to December 31, 2003, the Company entered into facilities lease agreements with an entity owned by the majority stockholder of the Company with a total commitment of $6,270,211 over the next five years.

9

EXHIBIT ___I___

PAGE _274_

Confidential - Attorney's Eyes Only

MGA 0863884

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

### 3. Employee Benefit Plan

The Company has a 401(k) plan covering eligible employees. Employer contributions are made at a rate of 25% of the employee's contributions, up to 5% of the employee's salary. Total contributions are not to exceed the annual amounts deductible under federal income tax regulations. The Company contributed $46,994 to the 401(k) plan for the year ended December 31, 2003.

### 4. Commitments and Contingencies

**Leases**

The Company leases facilities and certain equipment under noncancelable operating leases expiring during 2008. The leases are generally on a net-rent basis, whereby the Company pays taxes, maintenance and insurance.

The future minimum lease commitments under these leases are as follows:

|  | Related Party | Other | Total |
|---|---|---|---|
| Year ending December 31: | | | |
| 2004 | $   831,235 | $ 2,987,118 | $ 3,818,353 |
| 2005 | 1,359,744 | 1,994,571 | 3,354,315 |
| 2006 | 1,359,744 | 864,935 | 2,224,679 |
| 2007 | 1,359,744 | 191,832 | 1,551,576 |
| 2008 | 1,359,744 | 63,944 | 1,423,688 |
|  | $ 6,270,211 | $ 6,102,400 | $12,372,611 |

Total rent expense was $1,723,517 for the year ended December 31, 2003, including $251,904 in 2003, paid to the partnerships in which stockholders are partners.

**Litigation**

The U.S. Customs Service has asserted that the Company owes approximately $604,000 for invalid duty drawback filings. The Company has accrued this amount, which is included in accrued liabilities in the accompanying consolidated balance sheet at December 31, 2003. The Company is disputing the assessment.

10

EXHIBIT _I_

PAGE _275_

**Confidential - Attorney's Eyes Only**

MGA 0863885

EX 656-0012

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

#### 4. Commitments and Contingencies (continued)

Litigation (continued)

In March 2002, a corporation filed a Demand for Arbitration seeking damages from the Company for breach of a license agreement and other claims arising from certain product design and production activities occurring subsequent to December 31, 2001. In April 2002, the Company filed a counterclaim for copyright infringement, trademark infringement and breach of the same license agreement. In June 2002, an arbitration judgment was awarded against the Company for damages plus related costs. The license agreement was also terminated by the arbitrator. In August 2002, the United States District Court confirmed the arbitration award against the Company for a total amount of approximately $1,766,656. The Company paid the arbitration award during 2003. The Company filed an appeal in August 2002, which is due to be heard in 2004. As security for the arbitration award, the Company deposited approximately $2,200,000 with a bank for a standby letter of credit. As of December 31, 2003, the deposit is included in other current assets in the accompanying consolidated balance sheet.

In September 2003, the Company was awarded a $5,600,000 settlement as a result of a breach of contract claim against a licensor. The Company received the settlement, in full, in September 2003, which is included in other income in the consolidated statement of income.

In April 2004, an action was filed by Mattel, Inc. (Mattel) against an independent contractor of the Company that was the original creator of the dolls sold since 2001 by the Company under the trade name "Bratz." The complaint alleges causes of action for breach of contract, breach of duty of loyalty, breach of fiduciary duty, unjust enrichment and conversion. The compliant alleges that the contractor performed services for an unnamed "competitor" while employed by Mattel, and that in violation of a Mattel inventions and assignments agreement and conflict of interest agreement executed by the contractor, the contractor allegedly misappropriated Mattel property for his own gain and the gain of the unnamed "competitor." The Company is not named in the complaint but has a substantial interest in the case outcome. The contractor and the Company intend to vigorously defend this action. Discovery in this matter has not yet begun, however management of the Company believes that the ultimate outcome of the matter will not result in any significant adverse effect on its financial statements or its business.

The Company is also subject to other claims arising in the ordinary course of business. In the opinion of management, the ultimate resolution of such pending claims and legal proceedings will not have a materially adverse effect on the Company's business or financial condition.

11

EXHIBIT  I

PAGE  276

Confidential - Attorney's Eyes Only

MGA 0863886

EX 656-0013

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

5. Phantom Stock Plan

The Company implemented a phantom stock plan in 2003, with aggregate authorized units of 660,000. The phantom stock plan provides unit awards to be granted at fair value as determined by the Company's board of directors. Awards vest over five years. In 2004, the Company granted 330,000 units under the plan. Upon death, termination without cause or a change in control, the holder of the unit is entitled to a cash payment equal to the difference between the current fair market value and the fair market value on the date of grant times the number of vested units held.

12

EXHIBIT $\underline{\underline{\mathbf{I}}}$

PAGE $277$

Confidential - Attorney's Eyes Only

MGA 0863887

EX 656-0014

# EXHIBIT J

CONSOLIDATED FINANCIAL STATEMENTS

MGA Entertainment, Inc.
Years Ended December 31, 2004 and 2003



Exhibit 657
Tonnu
9/24/07 Pgs. 14
J'ana Siegers, CSR 10845

Confidential - Attorney's Eyes Only

MGA 0863888

EXHIBIT J

PAGE 278

EX 657-0001

MGA Entertainment, Inc.

Consolidated Financial Statements

Years Ended December 31, 2004 and 2003

## Contents

Report of Independent Auditors.................................................................................................1

Consolidated Financial Statements

Consolidated Balance Sheets.................................................................................................2
Consolidated Statements of Income.......................................................................................3
Consolidated Statements of Stockholders' Equity..................................................................4
Consolidated Statements of Cash Flows.................................................................................5
Notes to Consolidated Financial Statements...........................................................................6

Confidential - Attorney's Eyes Only

MGA 0863889

EXHIBIT 5

PAGE 279

EX 657-0002

 **ERNST & YOUNG**

■ Ernst & Young LLP        ■ Phone: (818) 703-4700
Warner Center Tower 5        Fax    (818) 703-1633
Suite 500                    www.ey.com
21800 Oxnard Street
Woodland Hills, California 91367-7534

### Report of Independent Auditors

Board of Directors and Stockholders
MGA Entertainment, Inc.

We have audited the accompanying consolidated balance sheets of MGA Entertainment, Inc. (the Company) as of December 31, 2004 and 2003, and the related statements of income, stockholders' equity and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. We were not engaged to perform an audit of the Company's internal control over financial reporting. Our audits included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2004 and 2003, and the results of its operations and its cash flows for the years then ended in conformity with accounting principles generally accepted in the United States.

*Ernst & Young LLP*

May 6, 2005

A Member Practice of Ernst & Young Global

1

**Confidential - Attorney's Eyes Only**

EXHIBIT __5__

PAGE __280__

MGA 0863890

EX 657-0003

## MGA Entertainment, Inc.

### Consolidated Balance Sheets

|  | December 31 | |
|  | 2004 | 2003 |
| --- | --- | --- |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 145,432,136 | $ 76,919,138 |
| Accounts receivable, net of allowances for doubtful accounts | | |
| of $7,838,174 and $7,158,174, respectively | 55,385,146 | 31,141,263 |
| Inventories | 52,018,778 | 60,370,905 |
| Prepaid expenses and other current assets | 9,858,496 | 20,900,932 |
| Total current assets | 262,694,556 | 189,332,238 |
| | | |
| Property and equipment: | | |
| Equipment | 39,750,379 | 23,266,599 |
| Leasehold improvements | 3,670,091 | 1,181,955 |
| | 43,420,470 | 24,448,554 |
| Accumulated depreciation and amortization | (24,116,660) | (12,099,997) |
| Property and equipment, net | 19,303,810 | 12,348,557 |
| | | |
| Other assets | 7,838,014 | 2,001,767 |
| Total assets | $ 289,836,380 | $ 203,682,562 |
| | | |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 21,179,284 | $ 20,161,949 |
| Accrued liabilities | 76,206,968 | 48,588,138 |
| Accrued discounts and allowances | 26,503,672 | 27,776,167 |
| Accrued royalties | 5,640,683 | 9,193,915 |
| Notes payable to related parties | — | 2,695,610 |
| Total current liabilities | 129,530,607 | 108,415,829 |
| | | |
| Deferred income tax liabilities | 1,039,334 | 423,000 |
| | | |
| Stockholders' equity | | |
| Common stock, no par value – authorized, 100,000,000 | | |
| shares; issued and outstanding – 22,200,000 shares | 225,129 | 225,129 |
| Stockholder receivable | (5,195,188) | (29,498,189) |
| Retained earnings | 164,347,973 | 124,116,793 |
| Accumulated other comprehensive loss | (111,475) | — |
| Total stockholders' equity | 159,266,439 | 94,843,733 |
| Total liabilities and stockholders' equity | $ 289,836,380 | $ 203,682,562 |

*See accompanying notes.*

2

**Confidential - Attorney's Eyes Only**

MGA 0863891

EXHIBIT 5

PAGE 281

EX 657-0004

MGA Entertainment, Inc.

Consolidated Statements of Income

| | Years Ended December 31, | |
| | 2004 | 2003 |
|---|---|---|
| Net sales | $ 613,272,419 | $ 557,834,691 |
| Cost of sales | 318,139,211 | 328,417,724 |
| Gross profit | 295,133,208 | 229,416,967 |
| Operating expenses: | | |
| Sales and marketing | 61,783,783 | 48,613,725 |
| General and administrative | 71,760,452 | 39,603,854 |
| Income from operations | 161,588,973 | 141,199,388 |
| Other income: | | |
| Interest income, net | 1,002,475 | 171,523 |
| Other income | (81,562) | 5,841,515 |
| Total other income | 920,913 | 6,013,038 |
| Income before provision for income taxes | 162,509,886 | 147,212,426 |
| Provision for income taxes | 14,051,389 | 8,056,049 |
| Net income | $ 148,458,497 | $ 139,156,377 |

*See accompanying notes.*

3

Confidential - Attorney's Eyes Only

MGA 0863892

EXHIBIT 5

PAGE 282

EX 657-0005

EXHIBIT 5

PAGE 283

Confidential - Attorney's Eyes Only

MGA Entertainment, Inc.

Consolidated Statements of Stockholders' Equity

| | Common Stock | | Stockholder Receivable | Retained Earnings | Accumulated Other Comprehensive Loss | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| | Number of Shares | Amount | | | | |
| Balance at January 1, 2003 | 22,200,000 | $ 225,129 | $ — | $ 34,897,633 | $ — | $ 35,122,762 |
| Net income | — | — | — | 139,156,377 | — | 139,156,377 |
| Distributions to stockholders | — | — | — | (49,937,217) | — | (49,937,217) |
| Advances to stockholder | — | — | (29,498,189) | — | — | (29,498,189) |
| Balance at December 31, 2003 | 22,200,000 | 225,129 | (29,498,189) | 124,116,793 | — | 94,843,733 |
| Net income | — | — | — | 148,458,497 | — | 148,458,497 |
| Other comprehensive income (loss): | | | | | | |
| Translation loss | — | — | — | — | (111,475) | (111,475) |
| Total other comprehensive income | | | | | | 148,347,022 |
| Distributions to stockholders | — | — | — | (108,227,317) | — | (108,227,317) |
| Reduction in advances to stockholder | — | — | 24,303,001 | — | — | 24,303,001 |
| Balance at December 31, 2004 | 22,200,000 | $ 225,129 | $ (5,195,188) | $ 164,347,973 | $ (111,475) | $ 159,266,439 |

*See accompanying notes.*

4

MGA 0863893

EX 657-0006

### MGA Entertainment, Inc.

### Consolidated Statements of Cash Flows

| | Years Ended December 31, | |
| --- | --- | --- |
| | 2004 | 2003 |
| **Operating activities** | | |
| Net income | $ 148,458,497 | $ 139,156,377 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 12,754,437 | 7,638,872 |
| Loss on disposal of property and equipment | 253,915 | 23,325 |
| Deferred income taxes | 544,810 | (320,891) |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | (24,243,883) | (10,875,613) |
| Inventories | 8,352,127 | (23,424,858) |
| Prepaid expenses and other current assets | 11,688,150 | (17,700,810) |
| Other assets | (6,410,437) | 935,118 |
| Accounts payable | 1,017,335 | 6,989,586 |
| Accrued liabilities | 27,618,780 | 17,339,182 |
| Accrued discounts and allowances | (1,272,495) | 20,978,137 |
| Accrued royalties | (3,553,232) | 7,047,363 |
| Net cash provided by operating activities | 175,208,004 | 147,785,788 |
| | | |
| **Investing activities** | | |
| Purchase of property and equipment | (19,963,605) | (16,317,498) |
| Net cash used in investing activities | (19,963,605) | (16,317,498) |
| | | |
| **Financing activities** | | |
| Principal payments of notes payable | — | (1,512,455) |
| Principal payments of notes payable to related parties | (2,695,610) | (434,448) |
| Advances to stockholders | — | (29,498,189) |
| Distributions to stockholders | (83,924,316) | (49,937,220) |
| Net cash used in financing activities | (86,619,926) | (81,382,312) |
| Effect of exchange rate changes on cash and cash equivalents | (111,475) | — |
| Net increase in cash and cash equivalents | 68,512,998 | 50,085,978 |
| Cash and cash equivalents at beginning of year | 76,919,138 | 26,833,160 |
| Cash and cash equivalents at end of year | $ 145,432,136 | $ 76,919,138 |
| | | |
| Supplemental disclosure of cash flow information | | |
| Cash paid during the year for: | | |
| Interest | $ 287,255 | $ 415,781 |
| Income taxes | $ 4,163,516 | $ 9,309,731 |

*See accompanying notes.*

5

**Confidential - Attorney's Eyes Only**

EXHIBIT _5_

PAGE _284_

MGA 0863894

EX 657-0007

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements

December 31, 2004

**I. Summary of Significant Accounting Policies**

**Principles of Consolidation**

The accompanying consolidated financial statements include MGA Entertainment, Inc. (MGA or the Company) and its wholly owed subsidiaries, MGA Entertainment (Mauritius) Limited (Mauritius), MGA Entertainment (H.K.) Ltd (Hong Kong), MGA Entertainment (Canada) Limited (Canada) and MGA Entertainment (Mexico) Limited (Mexico). All significant intercompany balances and transactions have been eliminated. The consolidated entities are collectively referred to as the Company.

The Company is engaged in designing, manufacturing, distributing and licensing of dolls, handheld electronics, toys and entertainment devices. During the years ended December 31, 2004 and 2003, a significant portion of its revenue was derived from the sale of toys, dolls and other products in the Company's "Bratz" product line. The Company sells its products to foreign and domestic retail and wholesale customers.

**Cash and Cash Equivalents**

The Company considers all highly liquid instruments with an original maturity of three months or less to be cash equivalents.

**Revenue Recognition**

Revenue is recognized when a product is shipped and both title and risk of loss have passed, which can range up to 60 days after shipment. At December 31, 2004 and 2003, accounts receivable have been reduced by $68,750,004 and $82,311,792, respectively, along with inventories, which have been increased by $30,369,925 and $29,825,499, respectively, for unrecognized revenue related to products shipped for which title and risk of loss have not passed.

**Royalty Income**

The Company licenses the distribution of certain products in exchange for a royalty fee generally based on a percentage of sales of the licensed products. Certain license arrangements provide for advance royalty payments. At December 31, 2004 and 2003, unearned royalties amounted to $9,862,283 and $8,685,312, respectively, and were included in accrued liabilities in the accompanying consolidated balance sheets.

6

**Confidential - Attorney's Eyes Only**

MGA 0863895

EXHIBIT _5_

PAGE _285_

EX 657-0008

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

**1. Summary of Significant Accounting Policies (continued)**

**Concentrations**

Financial instruments that subject the Company to credit risk consist primarily of cash and cash equivalents and accounts receivable. The Company maintains cash and cash equivalents balances with certain high-quality major financial institutions in excess of federally insured deposit limits.

For the years ended December 31, 2004 and 2003, sales to two largest customers accounted for 32% and 21%, and 19% and 21%, respectively, of sales. The same two significant customers represented 47% and 26%, and 51% and 40%, of accounts receivable at December 31, 2004 and 2003, respectively.

The Company performs periodic credit evaluations of its customers and maintains allowances for potential credit losses. The Company estimates credit losses based on management's evaluation of historical experience and current industry trends. Although the Company expects to collect amounts due, actual collections may differ from the estimated amounts.

Inventory purchases from one significant vendor accounted for substantially all of inventory purchases for the years ended December 31, 2004 and 2003.

**Foreign Currency Translation**

Assets and liabilities of foreign subsidiaries with functional currencies other than the U.S. dollar are translated into U.S. dollars using the exchange rates in effect at the balance sheet date. Results of their operations are translated using the average exchange rates during the period. The resulting foreign currency translation adjustment is included in stockholders' equity as a component of accumulated other comprehensive income (loss). Transaction gains and losses are recorded in the consolidated statements of income.

**Inventories**

Inventories are stated at the lower of cost or market, cost being determined using the average-cost method. Inventories are composed primarily of finished goods and raw materials.

7

**Confidential - Attorney's Eyes Only**

**MGA 0863896**

EXHIBIT 5

PAGE 286

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

### 1. Summary of Significant Accounting Policies (continued)

#### Property and Equipment

Property and equipment are stated at cost, less accumulated depreciation and amortization. Property and equipment are depreciated using the straight-line method over the estimated useful lives of the related assets, generally ranging from one to five years. Leasehold improvements are amortized over the shorter of the lease term or the estimated life of the improvement.

#### Royalty Expense

Advance royalties, paid by the Company for the right to use certain trade names and characters, are included in prepaid expenses and other current assets, and are amortized at the contractual royalty rate based on actual net product sales. Minimum guaranteed royalty commitments are expensed when it is determined by the Company that the minimum will not be attained through future sales of the related products. Royalty liabilities, in excess of the minimum guaranteed amount, are recorded when such amounts are earned by the licensor. Royalties expense totaled $7,096,535 in 2004 and $15,685,837 in 2003, and is included in cost of sales in the accompanying consolidated statements of income.

#### Advertising Costs

Advertising costs are generally expensed as incurred and for the years ended December 31, 2004 and 2003, amounted to $43,022,995 and $31,726,821, respectively.

#### Income Taxes

MGA has elected to be taxed as an S Corporation for federal income tax and California franchise tax purposes. As an S Corporation, United States taxable income or loss of the Company is allocated to stockholders based on their respective ownership. Additionally, S Corporations are subject to a California franchise tax of 1.5% of taxable income. As a result of the S Corporation election, the California current and deferred income tax expense for MGA Entertainment, Inc. for the years ended December 31, 2004 and 2003, amounted to $1,742,806 and $1,097,946, respectively. Additionally, income taxes include foreign taxes on the Company's subsidiaries, Mauritius of $11,902,534 and $6,598,103, and Hong Kong of $406,000 and $360,000 for the years ended December 31, 2004 and 2003, respectively. There was no current or deferred tax provision for Mexico in 2004 and 2003.

8

**Confidential - Attorney's Eyes Only**

**MGA 0863897**

EXHIBIT ___5___

PAGE __281__

EX 657-0010

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

1. Summary of Significant Accounting Policies (continued)

**Impairment of Long-Lived Assets**

The Company reviews the recoverability of other long-lived assets whenever events or changes in circumstances indicate that the carrying value of such assets may not be recoverable. If the expected future cash flows from the use of such assets (undiscounted and without interest charges) are less than the carrying value, the Company's policy is to record an impairment loss for the difference between the carrying value and estimated fair value of the assets.

**Use of Estimates**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the periods reported. Actual results could materially differ from those estimates.

2. Related Party Transactions

**Notes Payable to Related Parties**

Notes payable to related parties are to stockholders, a former stockholder and others related to the stockholders. Borrowings are unsecured advances. Interest is accrued at 10% and was $138,388 and $181,238 for the years ended December 31, 2004 and 2003, respectively.

On January 1, 2001, the Company entered into a five-year consulting agreement with the former stockholder, which provides for monthly payments of $7,500.

**Stockholder Receivable**

At December 31, 2004 and 2003, the Company had a stockholder receivable of $5,195,188 and $29,498,189, respectively, which arose from advances made to the majority stockholder and chief executive officer.

9

Confidential - Attorney's Eyes Only

MGA 0863898

EXHIBIT 5
PAGE 288

EX 657-0011

.MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

**2. Related Party Transactions (continued)**

Leases

The Company entered into a month-to-month lease agreement with a partnership in which the
stockholders are partners. The total rent expense for 2004 and 2003 were $251,904 and
$251,904, respectively.

In addition, in 2004 the Company entered into facilities lease agreements with an entity owned
by the majority stockholder of the Company with a total commitment of $7,420,145 over the
next five years.

**3. Employee Benefit Plan**

The Company has a 401(k) plan covering eligible employees. Employer contributions are made
at a rate of 25% of the employee's contributions, up to 5% of the employee's salary. Total
contributions are not to exceed the annual amounts deductible under federal income tax
regulations. The Company contributed $107,403 and $46,994 to the 401(k) plan for the years
ended December 31, 2004, and 2003, respectively.

**4. Commitments and Contingencies**

Leases

The Company leases facilities and certain equipment under noncancelable operating leases
expiring during 2009. The leases are generally on a net-rent basis, whereby the Company pays
taxes, maintenance and insurance.

The future minimum lease commitments under these leases are as follows:

| Year ending December 31: | Related Party | Other | Total |
|---|---|---|---|
| 2005 | $ 1,484,029 | $ 2,816,480 | $ 4,300,509 |
| 2006 | 1,484,029 | 1,580,830 | 3,064,859 |
| 2007 | 1,484,029 | 715,897 | 2,199,926 |
| 2008 | 1,484,029 | 282,592 | 1,766,621 |
| 2009 | 1,484,029 | — | 1,484,029 |
| | $ 7,420,145 | $ 5,395,799 | $12,815,944 |

10

Confidential - Attorney's Eyes Only

MGA 0863899

EXHIBIT _5_

PAGE _289_

EX 657-0012

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

**4. Commitments and Contingencies (continued)**

Leases (continued)

Total rent expense was $5,508,224 and $1,723,517 for the years ended December 31, 2004 and 2003, respectively, including $1,098,386 in 2004 and $251,904 in 2003, paid to the partnerships in which stockholders are partners.

Litigation

In 2003, the U.S. Customs Service has asserted that the Company owes approximately $604,000 for invalid duty drawback filings. The Company settled the suit in 2004 for $400,000. Per the settlement agreement, the Company agreed to pay $300,000 on September 27, 2004, with the remaining amount paid in four installments of $25,000 on October 25, 2004, November 25, 2004, December 25, 2004, and the last payment payable on January 25, 2005.

In April 2004, an action was filed by Mattel, Inc. (Mattel) against an independent contractor of the Company, who was the original creator of the dolls sold since 2001 by the Company under the trade name "Bratz." The complaint alleges causes of action for breach of contract, breach of duty of loyalty, breach of fiduciary duty, unjust enrichment and conversion. The compliant alleges that the contractor performed services for an unnamed "competitor" while employed by Mattel, and that in violation of a Mattel inventions and assignments agreement and conflict of interest agreement executed by the contractor, the contractor allegedly misappropriated Mattel property for his own gain and the gain of the unnamed "competitor." The Company is not named in the complaint but has a substantial interest in the case outcome. The contractor and the Company intend to vigorously defend this action. Discovery in this matter has begun, but it is too early to assess whether there will ultimately be any significant adverse effect on MGA financial statements or its business.

In 2004, the Company filed two suits against two defendants in Italy for damages. In January 2005, one of the defendants settled the suit for the sum of $918,610. The other suit is currently still pending judgment. The Company will recognize the settlement income in 2005, when received.

The Company is also subject to other claims arising in the ordinary course of business. In the opinion of management, the ultimate resolution of such pending claims and legal proceedings will not have a materially adverse effect on the Company's business or financial condition.

11

Confidential - Attorney's Eyes Only

EXHIBIT 5

PAGE 290

MGA 0863900

EX 657-0013

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

5. Phantom Stock Plan

The Company implemented a phantom stock plan in 2003, with aggregate authorized units of 660,000. The phantom stock plan provides unit awards to be granted at fair value as determined by the Company's board of directors. Awards vest over five years. In 2004, the Company granted 330,000 units under the plan. Upon death, termination without cause or a change in control, the holder of the unit is entitled to a cash payment equal to the difference between the current fair market value and the fair market value on the date of grant times the number of vested units held. At December 31, 2004, the Company recorded a compensation expense amounting to $800,000, related to 19,939 units of vested phantom stocks.

12

Confidential - Attorney's Eyes Only

MGA 0863901

EXHIBIT 5

PAGE 291

EX 657-0014

# EXHIBIT K

CONSOLIDATED FINANCIAL STATEMENTS

MGA Entertainment, Inc.
Years Ended December 31, 2005 and 2004



Confidential - Attorney's Eyes Only

MGA 0868693

EXHIBIT __K__

PAGE _292_

EX 658-0001

MGA Entertainment, Inc.

Consolidated Financial Statements

Years Ended December 31, 2005 and 2004

## Contents

Report of Independent Auditors.................................................................................................1

Consolidated Financial Statements

Consolidated Balance Sheets .....................................................................................................2
Consolidated Statements of Income...........................................................................................3
Consolidated Statements of Stockholders' Equity .....................................................................4
Consolidated Statements of Cash Flows.....................................................................................5
Notes to Consolidated Financial Statements..............................................................................6

Confidential - Attorney's Eyes Only

MGA 0868694

EXHIBIT K

PAGE 293

EX 658-0002

 **ERNST & YOUNG**

■ Ernst & Young LLP
725 South Figueroa Street
Los Angeles, California 90017-5418

■ Phone: (213) 977-3200
www.ey.com

## Report of Independent Auditors

Board of Directors and Stockholders
MGA Entertainment, Inc.

We have audited the accompanying consolidated balance sheets of MGA Entertainment, Inc. (the Company) as of December 31, 2005 and 2004, and the related statements of income, stockholders' equity and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. We were not engaged to perform an audit of the Company's internal control over financial reporting. Our audits included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2005 and 2004, and the results of its operations and its cash flows for the years then ended in conformity with accounting principles generally accepted in the United States.

*Ernst + Young LLP*

Woodland Hills, California
March 31, 2006

1

Confidential – Attorney's Eyes Only

MGA 0868695

EXHIBIT K

PAGE 294

EX 658-0003

## MGA Entertainment, Inc.

### Consolidated Balance Sheets

|  | December 31, | |
|  | 2005 | 2004 |
| --- | ---: | ---: |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 59,731,483 | $145,432,136 |
| Accounts receivable, net of allowances for doubtful | | |
| accounts of $2,999,298 in 2005 and $7,838,000 in 2004 | 140,517,178 | 55,385,146 |
| Inventories | 30,794,471 | 52,018,778 |
| Prepaid expenses and other current assets | 5,417,002 | 9,858,496 |
| Total current assets | 236,460,134 | 262,694,556 |
| | | |
| Property and equipment: | | |
| Equipment | 57,489,777 | 39,750,379 |
| Leasehold improvements | 4,179,267 | 3,670,091 |
| | 61,669,044 | 43,420,470 |
| Accumulated depreciation and amortization | (40,394,427) | (24,116,660) |
| Property and equipment, net | 21,274,617 | 19,303,810 |
| | | |
| Episodic production costs and other | 6,009,228 | 7,627,680 |
| Total assets | $ 263,743,979 | $289,626,046 |
| | | |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 5,870,664 | $ 21,179,284 |
| Accrued liabilities | 78,381,853 | 73,701,600 |
| Accrued discounts and allowances | 26,474,616 | 26,503,672 |
| Accrued royalties | 5,972,838 | 5,640,683 |
| Total current liabilities | 116,699,971 | 127,025,239 |
| | | |
| Deferred income tax liabilities | 1,658,779 | 3,334,368 |
| | | |
| Stockholders' equity | | |
| Common stock, no par value – authorized, 100,000,000 | | |
| shares; issued and outstanding – 22,201,000 shares | 225,129 | 225,129 |
| Stockholder receivable | – | (5,195,188) |
| Retained earnings | 145,160,100 | 164,236,498 |
| Total stockholders' equity | 145,385,229 | 159,266,439 |
| Total liabilities and stockholders' equity | $ 263,743,979 | $289,626,046 |

*See accompanying notes.*

2

Confidential - Attorney's Eyes Only

MGA 0868696

EXHIBIT K

PAGE 295

EX 658-0004

MGA Entertainment, Inc.

Consolidated Statements of Income

|  | Years Ended December 31, | |
|---|---|---|
|  | 2005 | 2004 |
| Net sales | $ 706,381,747 | $ 613,272,419 |
| Cost of sales | 395,266,317 | 318,139,211 |
| Gross profit | 311,115,430 | 295,133,208 |
| Operating expenses: | | |
| Sales and marketing | 79,680,296 | 61,783,783 |
| General and administrative | 91,413,962 | 71,760,452 |
| Income from operations | 140,021,172 | 161,588,973 |
| Other income: | | |
| Interest income, net | 2,694,993 | 1,002,475 |
| Other income | 3,174,085 | (81,562) |
| Total other income | 5,869,078 | 920,913 |
| Income before provision for income taxes | 145,890,250 | 162,509,886 |
| Provision for income taxes | 13,129,336 | 14,051,389 |
| Net income | $ 132,760,914 | $ 148,458,497 |

*See accompanying notes.*

3

Confidential - Attorney's Eyes Only

MGA 0868697

EXHIBIT K

PAGE 296

EX 658-0005

MGA 0868698

EX 658-0006

Confidential - Attorney's Eyes Only

EXHIBIT K

PAGE 297

## MGA Entertainment, Inc.

### Statements of Stockholders' Equity

| | Common Stock | | Stockholder Receivable | Retained Earnings | Accumulated Other Comprehensive Gain | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| | Number of Shares | Amount | | | | |
| Balance at January 1, 2004 | 22,201,000 | $ 225,129 | $(29,498,189) | $ 124,116,793 | $ — | $ 94,843,733 |
| Net income | — | — | — | 148,458,497 | — | 148,458,497 |
| Distributions to stockholders | — | — | — | (108,227,317) | — | (108,227,317) |
| Repayment of advances to stockholders | — | — | 24,303,001 | — | — | 24,303,001 |
| Cumulative FX translation adj. | — | — | — | — | (111,475) | (111,475) |
| Balance at December 31, 2004 | 22,201,000 | 225,129 | (5,195,188) | 164,347,973 | (111,475) | 159,266,439 |
| Net income | — | — | — | 132,760,914 | — | 132,760,914 |
| Distributions to stockholders | — | — | — | (151,796,331) | — | (151,796,331) |
| Repayment of advances to stockholder | — | — | 5,195,188 | — | — | 5,195,188 |
| Cumulative FX translation adj. | — | — | — | — | (40,981) | (40,981) |
| Balance at December 31, 2005 | 22,201,000 | $ 225,129 | $ — | $ 145,312,556 | $ (152,456) | $ 145,385,229 |

*See accompanying notes.*

4.

MGA Entertainment, Inc.

## Statements of Cash Flows

|  | Years Ended December 31 | |
|  | 2005 | 2004 |
|---|---|---|
| **Operating activities** | | |
| Net income | $ 132,760,914 | $ 148,458,497 |
| Adjustments to reconcile net income to net cash | | |
| provided by operating activities: | | |
| Depreciation and amortization | 16,287,139 | 12,754,437 |
| Loss on disposal of property and equipment | 7,091 | 253,915 |
| Deferred income taxes | (1,675,589) | 3,557,082 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | (85,132,032) | (24,243,883) |
| Inventories | 21,224,307 | 8,352,127 |
| Prepaid expenses and other current assets | 4,441,494 | 10,396,722 |
| Episodic production costs and other | 1,618,452 | (5,625,913) |
| Accounts payable | (15,308,620) | 1,017,335 |
| Accrued liabilities and other | 4,680,253 | 25,113,412 |
| Accrued discounts and allowances | (29,056) | (1,272,495) |
| Accrued royalties | 332,155 | (3,553,232) |
| Net cash provided by operating activities | 79,206,508 | 175,208,004 |
| | | |
| **Investing activities** | | |
| Purchase of property and equipment, net | (18,308,186) | (19,963,605) |
| Proceeds from sale of fixed assets | 43,149 | – |
| Net cash used in investing activities | (18,265,037) | (19,963,605) |
| | | |
| **Financing activities** | | |
| Principal payments of notes payable | – | – |
| Principal payments of notes payable to related parties | – | (2,695,610) |
| Repayment of advances to stockholders | 5,195,188 | 24,303,001 |
| Distributions to stockholders | (151,796,331) | (108,227,317) |
| Cumulative foreign exchange translation adjustment | (40,981) | (111,475) |
| Net cash used in financing activities | (146,642,124) | (86,731,401) |
| | | |
| Net (decrease) increase in cash and cash equivalents | (85,700,653) | 68,512,998 |
| Cash and cash equivalents at beginning of year | 145,432,136 | 76,919,138 |
| Cash and cash equivalents at end of year | $ 59,731,483 | $ 145,432,136 |
| | | |
| **Supplemental disclosure of cash flow information** | | |
| Cash paid during the year for: | | |
| Interest | $ – | $ 287,255 |
| Income taxes | $ 3,016,685 | $ 4,163,516 |

*See accompanying notes.*

5

Confidential - Attorney's Eyes Only

MGA 0868699

EXHIBIT __K__

PAGE __298__

EX 658-0007

# MGA Entertainment, Inc.

## Notes to Consolidated Financial Statements

December 31, 2005

### 1. Summary of Significant Accounting Policies

#### Principles of Consolidation

The accompanying consolidated financial statements include MGA Entertainment, Inc. (MGA or the Company) and subsidiaries, all of which are wholly owned. All significant intercompany balances and transactions have been eliminated. The consolidated entities are collectively referred to as the Company.

The Company is engaged in designing, manufacturing, distributing and licensing of dolls, handheld electronics, toys and entertainment products. During the years ended December 31, 2005 and 2004, a majority of its revenue was derived from the sale of toys, dolls and other products in the Company's "Bratz" product line. The Company sells its products to foreign and domestic retail and wholesale customers.

#### Cash and Cash Equivalents

The Company considers all highly liquid instruments with an original maturity of three months or less to be cash equivalents.

#### Revenue Recognition

Revenue, net of estimated items and discounts or allowances, is recognized when a product is shipped and both title and risk of loss have passed to the customer. During the year ended December 31, 2004, the majority of the Company's shipments had terms whereby title did not pass until 60 days after shipment. During the year ended December 31, 2005, the Company revised its terms of sales whereby substantially all shipment have title pass and risk of loss transferred to the customer at shipment. At December 31, 2004, accounts receivable and net sales were reduced by $68,750,004 and inventories were increased and cost of sales were decreased by $30,369,925 for unrecognized revenue related to products shipped for which title and risk of loss had not passed. These amounts were included in revenue for the year ending December 31, 2005. Thus, the 2005 statement of income has approximately 14 months of revenue and related costs due to the change in sales terms

6

Confidential - Attorney's Eyes Only

MGA 0868700

EXHIBIT K

PAGE 299

EX 658-0008

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

### 1. Summary of Significant Accounting Policies (continued)

**Royalty Income**

The Company licenses the distribution of certain products in exchange for a royalty generally based on a percentage of sales of the licensed products. Certain license arrangements provide for advance royalty payments. At December 31, 2005 and 2004, unearned royalties amounted to $6,259,397 and $9,862,283, respectively, and were included in accrued liabilities in the accompanying consolidated balance sheets. Royalty income from third parties of approximately $43,918,900 is included in net sales.

**Concentrations**

Financial instruments that subject the Company to credit risk consist primarily of cash and cash equivalents and accounts receivable. The Company maintains cash and cash equivalents balances with certain high-quality major financial institutions in excess of federally insured deposit limits.

For the years ended December 31, 2005 and 2004, sales to the three largest customers accounted for 40%, 19% and 18%, and 32%, 21% and 17%, respectively, of sales. The same three significant customers represented 50%, 26% and 12%, and 47%, 26% and 8%, of accounts receivable at December 31, 2005 and 2004, respectively.

The Company performs periodic credit evaluations of its customers and maintains allowances for potential credit losses. The Company estimates credit losses based on management's evaluation of historical experience and current industry trends. Although the Company expects to collect amounts due, actual collections may differ from the estimated amounts.

Inventory purchases from one significant vendor accounted for substantially all of inventory purchases for the years ended December 31, 2005 and 2004.

**Foreign Currency Translation**

Assets and liabilities of foreign subsidiaries with functional currencies other than the U.S. dollar are translated into U.S. dollars using the exchange rates in effect at the balance sheet date. Results of their operations are translated using the average exchange rates during the period. The resulting foreign currency translation adjustment is insignificant. Transaction gains and losses are recorded in the consolidated statements of income.

7

Confidential - Attorney's Eyes Only

MGA 0868701

EXHIBIT  K

PAGE 300

EX 658-0009

## MGA Entertainment, Inc.

### Notes to Consolidated Financial Statements (continued)

#### 1. Summary of Significant Accounting Policies (continued)

**Inventories**

Inventories are stated at the lower of cost or market, cost being determined using the first-in, first-out method. Inventories are composed primarily of finished goods and raw materials.

**Property and Equipment**

Property and equipment are stated at cost, less accumulated depreciation and amortization. Property and equipment are depreciated using the straight-line method over the estimated useful lives of the related assets, generally ranging from one to five years. Leasehold improvements are amortized over the shorter of the lease term or the estimated life of the improvement.

Included in equipment at December 31, 2005, is approximately $3,400,000 of equipment and software related to a computer system that was not placed into service until January 2006.

**Royalty Expense**

Advance royalties, paid by the Company for the right to use certain trade names and characters, are included in prepaid expenses and other current assets, and are amortized at the contractual royalty rate based on actual net product sales. Minimum guaranteed royalty commitments are expensed when it is determined by the Company that the minimum will not be attained through future sales of the related products. Royalty liabilities, in excess of the minimum guaranteed amount, are recorded when such amounts are earned by the licensor. Royalties expense totaled $7,454,628 in 2005 and $7,096,535 in 2004, and is included in cost of sales in the accompanying consolidated statements of income.

**Episodic Production Costs**

Episodic productions are costs related to the production of videos for airing and distribution featuring some of the Company's products and characters. Production costs are capitalized and then expensed when the videos are aired or released. Episodic production costs of approximately $15,274,000 and $1,896,900 were expensed for the years ended December 31, 2005 and 2004, respectively.

8

Confidential - Attorney's Eyes Only

MGA 0868702

EXHIBIT ___K

PAGE 39

EX 658-0010

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

### 1. Summary of Significant Accounting Policies (continued)

**Advertising Costs**

Advertising costs are generally expensed as incurred and for the years ended December 31, 2005 and 2004, amounted to $44,296,987 and $43,022,995, respectively.

**Income Taxes**

MGA has elected to be taxed as an S Corporation for federal income tax and California franchise tax purposes. As an S Corporation, United States taxable income or loss of the Company is allocated to stockholders based on their respective ownership. Additionally, S Corporations are subject to a California franchise tax of 1.5% of taxable income.

The provision for income taxes is composed of the following:

|  | 2005 | 2004 |
|---|---|---|
| State income taxes | $ 2,766,977 | $ 1,742,805 |
| Foreign income taxes | 10,362,359 | 12,308,584 |
|  | $ 13,129,336 | $ 14,051,389 |

**Impairment of Long-Lived Assets**

The Company reviews the recoverability of other long-lived assets whenever events or changes in circumstances indicate that the carrying value of such assets may not be recoverable. If the expected future cash flows from the use of such assets (undiscounted and without interest charges) are less than the carrying value, the Company's policy is to record an impairment loss for the difference between the carrying value and estimated fair value of the assets.

**Use of Estimates**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the periods reported. Actual results could materially differ from those estimates.

9

Confidential - Attorney's Eyes Only

EXHIBIT K

PAGE 302

# MGA Entertainment, Inc.

## Notes to Consolidated Financial Statements (continued)

### 1. Summary of Significant Accounting Policies (continued)

#### Reclassifications

Certain amounts in 2004 financial statements have been reclassified to conform to current presentation.

### 2. Related Party Transactions

#### Notes Payable to Related Parties

During 2004, the Company had notes payable to stockholders, a former stockholder and others related to the stockholders. Borrowings were unsecured advances and were paid off in 2004. Interest is accrued at 10% and was $138,388 for the years ended December 31, 2004.

#### Stockholder Receivable

At December 31, 2004, the Company had a stockholder receivable of $5,195,188, which arose from advances made to the majority stockholder and chief executive officer.

#### Leases

The Company had a month-to-month lease agreement with a partnership in which the stockholders are partners. The total rent expense in 2004 was $251,904. The lease was terminated in 2004.

In addition, in 2004 the Company entered into facilities lease agreements with an entity owned by the majority stockholder of the Company with a total remaining commitment of $19,476,590 at December 31, 2005. (See Note 4.)

### 3. Employee Benefit Plan

The Company has a 401(k) plan covering eligible employees. Employer contributions are made at a rate of 25% of the employee's contributions, up to 5% of the employee's salary. Total contributions are not to exceed the annual amounts deductible under federal income tax regulations. The Company contributed $365,704 and $107,403 to the 401(k) plan for the years ended December 31, 2005, and 2004, respectively.

10

Confidential - Attorney's Eyes Only

MGA 0868704

EXHIBIT K

PAGE 303

EX 658-0012

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

### 4. Commitments and Contingencies (continued)

**Leases**

The Company leases facilities and certain equipment under noncancelable operating leases expiring during 2009. The leases are generally on a net-rent basis, whereby the Company pays taxes, maintenance and insurance.

The future minimum lease commitments under these leases are as follows:

|  | Related Party | Other | Total |
|---|---|---|---|
| Year ending December 31: |  |  |  |
| 2006 | $ 3,895,318 | $ 1,364,168 | $ 5,259,486 |
| 2007 | 3,895,318 | 499,858 | 4,395,176 |
| 2008 | 3,895,318 | 283,280 | 4,178,598 |
| 2009 | 3,895,318 | 199,504 | 4,094,822 |
| 2010 | 3,895,318 | — | 3,895,318 |
|  | $19,476,590 | $ 2,346,810 | $21,823,400 |

Total rent expense was $7,405,049 and $5,508,224 for the years ended December 31, 2005 and 2004, respectively, including $2,786,234 in 2005 and $1,098,386 in 2004, paid to the partnerships in which stockholders are partners.

**Litigation**

In April 2004, an action was filed by Mattel, Inc. (Mattel) against an independent contractor of the Company, who was the original creator of the dolls sold since 2001 by the Company under the trade name "Bratz." The complaint alleges causes of action for breach of contract, breach of duty of loyalty, breach of fiduciary duty, unjust enrichment and conversion. The compliant alleges that the contractor performed services for an unnamed "competitor" while employed by Mattel, and that in violation of a Mattel inventions and assignments agreement and conflict of interest agreement executed by the contractor, the contractor allegedly misappropriated Mattel property for his own gain and the gain of the unnamed "competitor." The Company is not named in the complaint but has a substantial interest in the case outcome. The contractor and the Company intend to vigorously defend this action. Discovery in this matter has begun, but it is too early for legal counsel to assess whether there will ultimately be any significant adverse effect on MGA financial statements or its business.

11

Confidential - Attorney's Eyes Only

MGA 0868705

EXHIBIT K

PAGE 304

EX 658-0013

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

### 4. Commitments and Contingencies (continued)

#### Litigation (continued)

The Company is also subject to other claims arising in the ordinary course of business. In the opinion of management, the ultimate resolution of all pending claims and legal proceedings will not have a materially adverse effect on the Company's business or financial condition.

#### 5. Phantom Stock Plan

The Company implemented a phantom stock plan in 2003, with aggregate authorized units of 660,000. The phantom stock plan provides unit awards to be granted at fair value as determined by the Company's board of directors. Awards vest over five years. As of December 31, 2005, the Company had granted 395,000 units under the plan. Upon death, termination without cause or a change in control, the holder of the unit is entitled to a cash payment equal to the difference between the current fair market value and the fair market value on the date of grant times the number of vested units held. At December 31, 2005, the Company recorded an accrued expense amounting to approximately $1.4 million, related to 46,089 units of vested phantom stocks.

12

Confidential - Attorney's Eyes Only

MGA 0868706

EXHIBIT K

PAGE 305

EX 658-0014