# EXHIBIT O

EXHIBIT O
PAGE 371

# Bratz Profits (through June 2008)

| | |
|---|---|
| **Revenues** | **$3.1 billion** |
| **Costs** | **-$2.3 billion** |
| **Bratz Profits** | **$777.9 million** |

P. 2 - 53.0



PLAINTIFF'S EXHIBIT
13960
CV 04-9049 SGL

EX 13960-0001

# EXHIBIT P

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2     John B. Quinn (Bar No. 090378)
      johnquinn@quinnemanuel.com
3     Michael T. Zeller (Bar No. 196417)
      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
5     (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
6   Los Angeles, California 90017-2543
    Telephone:  (213) 443-3000
7   Facsimile:   (213) 443-3100

8   Attorneys for Mattel, Inc.

9   THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
10  JASON D. RUSSELL (Bar No. 169219)
    (jrussell@skadden.com)
11  LAUREN E. AGUIAR (Admitted Pro Hac Vice)
    (laguiar@skadden.com)
12  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
13  Los Angeles, CA 90071-3144
    Tel.: (213) 687-5000
14  Fax: (213) 687-5600

15  Attorneys for The MGA Parties

16

17              UNITED STATES DISTRICT COURT

18             CENTRAL DISTRICT OF CALIFORNIA

19                   EASTERN DIVISION

| | |
|---|---|
| 20  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 21            Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| 22       vs. | Hon. Stephen G. Larson |
| 23  MATTEL, INC., a Delaware corporation, | **STIPULATION REGARDING ADMISSION OF TANGIBLE MGA PRODUCTS** |
| 24            Defendant. | |
| 25 | **Phase 1:** |
| 26  AND CONSOLIDATED ACTIONS | Pre-Trial Conference: May 19, 2008 Trial Date:          May 27, 2008 |

27

28

EXHIBIT _P_

PAGE _372_

-1-

STIPULATION REGARDING TANGIBLE ITEMS

07209/2587467.1

## STIPULATION

MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., and Isaac Larian (the "MGA Parties"), on the one hand, and Mattel, Inc., on the other hand, by and through their counsel of record, hereby stipulate as follows:

(1)   Mattel and MGA offer the Bratz dolls and other MGA products identified on the attached Exhibit A into evidence.

(2)   The Bratz dolls and other MGA products introduced at trial are a representative sample of all Bratz dolls and other MGA products, including licensed products.

(3)   The MGA Parties will not contend that Mattel has failed to meet its burden in any respect by failing to introduce other Bratz dolls or MGA products, including licensed products.

(4)   These stipulated facts shall be read to the jury.

DATED:  August 5, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By _____
   Jon D. Corey
   Attorneys for Mattel, Inc.

DATED:  August 5, 2008          SKADDEN ARPS SLATE MEAGHER & FLOM LLP


By _____
   Robert J. Herrington
   Attorneys for MGA Entertainment, Inc.,
   Isaac Larian, and MGA Entertainment
   (HK) Ltd.

07209/2587467.1

EXHIBIT **P**

PAGE **373**

-2-

STIPULATION REGARDING TANGIBLE ITEMS

EXHIBIT __P__

PAGE __374__

**Exhibit A**

| SKU | Description | MGA-TI | Exhibit Number |
|---|---|---|---|
| 292081 | Bratz Fabulous Bratz Yasmin | MGA-TI-000003 | 14001 |
| 292609 | Bratz Babyz Doll Sasha | MGA-TI-000006 | 14002 |
| 303473 | Bratz Dynamite Nevra | MGA-TI-000007 | 14003 |
| 312192 | Bratz Hollywood Dana | MGA-TI-000008 | 14004 |
| 340904 | Bratz Sleep Over - Meygan | MGA-TI-000011 | 14005 |
| 355588 | Bratz Kidz Summer Vacation Sasha | MGA-TI-000012 | 14006 |
| 272977 | Bratz Motorcycle Style! - Meygan | MGA-TI-000013 | 14007 |
| 277521 | Bratz Secret Date Meygan | MGA-TI-000018 | 14008 |
| 324737 | Design Your Own Bratz Yasmin | MGA-TI-000020 | 14009 |
| 292098 | Bratz Fabulous Bratz Sasha | MGA-TI-000022 | 14010 |
| 303558 | Bratz Birthday Bash Sasha | MGA-TI-000017 | 14011 |
| 258377 | Bratz FM Cruiser Radio Shack Yasmin | MGA-TI-000028 | 14012 |
| 258353 | Bratz FM Cruiser Radio Shack Sasha | MGA-TI-000030 | 14013 |
| 312185 | Bratz Hollywood Cloe | MGA-TI-000032 | 14014 |
| 296997 | Bratz Step Out! Yasmin | MGA-TI-000033 | 14015 |
| 297086 | Bratz Step Out! Jade | MGA-TI-000034 | 14016 |
| 277798 | Bratz Tokyo-A-Go Go! Cloe | MGA-TI-000036 | 14017 |
| 277835 | Bratz Tokyo-A-Go-Go! Sasha | MGA-TI-000038 | 14018 |
| 277804 | Bratz Tokyo-A-Go Go! Yasmin | MGA-TI-000039 | 14019 |
| 277552 | Bratz Wintertime Collection Yasmin | MGA-TI-000040 | 14020 |
| 277569 | Bratz Wintertime Collection Jade | MGA-TI-000041 | 14021 |
| 265535E | Bratz Slumber Party - Yasmin | MGA-TI-000048 | 14022 |
| 265542 | Bratz Slumber Party - Meygan | MGA-TI-000049 | 14023 |
| 265559 | Bratz Slumber Party - Sasha | MGA-TI-000050 | 14024 |
| 265528 | Bratz Slumber Party - Jade | MGA-TI-000051 | 14025 |
| 265511 | Bratz Slumber Party - Cloe | MGA-TI-000052 | 14026 |
| 277927 | Bratz Secret Date Jade | MGA-TI-000054 | 14027 |
| 277583 | Bratz Wintertime Collection Sasha | MGA-TI-000056 | 14028 |
| 340911 | Bratz Sleep Over - Sasha | MGA-TI-000096 | 14029 |
| 343677 | Bratz S07 Adventure Girlz Cloe | MGA-TI-000317 | 14031 |
| 343684 | Bratz S07 Adventure Girlz Yasmin | MGA-TI-000318 | 14032 |
| 352327 | Bratz S07 Adventure Girlz Sasha | MGA-TI-000321 | 14033 |
| 337959 | Bratz Back to School - Phoebe | MGA-TI-000324 | 14034 |
| 313489 | Bratz Birthday - Yasmin | MGA-TI-000326 | 14036 |
| 343622 | Bratz Birthday Cloe | MGA-TI-000328 | 14037 |
| 352310 | Bratz Birthday Sasha | MGA-TI-000330 | 14039 |
| 303527 | Bratz Birthday Bash Yasmin | MGA-TI-000334 | 14040 |
| 277903P | Blind Date Cloe | MGA-TI-000336 | 14041 |
| 352396 | Bratz X-Treme Skate Boarding RC Yasmin | MGA-TI-000338 | 14043 |
| 352358P | Bratz X-Treme Skate Boarding RC Cloe | MGA-TI-000340 | 14045 |
| 306016 | Bratz CampFire Cloe | MGA-TI-000342 | 14046 |
| 308023 | Bratz CampFire Phoebe | MGA-TI-000343 | 14047 |
| 306047 | Bratz CampFire Dana | MGA-TI-000344 | 14048 |
| 277958 | Bratz Cloe Collector Doll | MGA-TI-000348 | 14049 |
| 341307 | Bratz Fashion Pixiez Doll Cloe | MGA-TI-000354 | 14051 |
| 341321 | Bratz Fashion Pixiez Doll Jade | MGA-TI-000356 | 14052 |
| 348856 | Bratz Fashion Pixiez Doll Breeana | MGA-TI-000358 | 14053 |
| 313281 | Bratz Feelin' Pretty Collection Cloe | MGA-TI-000361 | 14055 |
| 313328 | Bratz Feelin' Pretty Collection Sasha | MGA-TI-000363 | 14057 |
| 277675 | Bratz Flashback Fever Cloe | MGA-TI-000364 | 14058 |

EXHIBIT P

PAGE 375



| | | | |
|---|---|---|---|
| 277682 | Bratz Flashback Fever Yasmin | MGA-TI-000365 | 14059 |
| 277699 | Bratz Flashback Fever Jade | MGA-TI-000366 | 14060 |
| 333944 | Bratz Forever Diamondz Sasha | MGA-TI-000369 | 14061 |
| 334088 | Bratz Forever Diamondz Cloe | MGA-TI-000370 | 14062 |
| 334095 | Bratz Forever Diamondz Yasmin | MGA-TI-000371 | 14063 |
| 334118 | Bratz Forever Diamondz Sharidan | MGA-TI-000373 | 14064 |
| 260400 | Bratz Formal Funk Collection Cloe | MGA-TI-000376 | 14065 |
| 260417 | Bratz Formal Funk Collection Yasmin | MGA-TI-000377 | 14066 |
| 260431 | Bratz Formal Funk Collection - Jade | MGA-TI-000379 | 14067 |
| 260448 | Bratz Formal Funk Collection - Sasha | MGA-TI-000380 | 14068 |
| 264408 | Bratz Funk N' Glow - Yasmin | MGA-TI-000381 | 14069 |
| 264439 | Bratz Funk N Glow - Sasha | MGA-TI-000385 | 14071 |
| 267133 | Bratz Funk N Glow - Dana | MGA-TI-000386 | 14072 |
| 255475 | Bratz Funk N' Glow Yasmin | MGA-TI-000388 | 14073 |
| 255499 | Bratz Funk N' Glow Meygan | MGA-TI-000391 | 14075 |
| 269380 | Bratz Funk Out! Cloe | MGA-TI-000392 | 14076 |
| 269397 | Bratz Funk Out! Yasmin | MGA-TI-000393 | 14077 |
| 269403 | Bratz Funk Out! Jade | MGA-TI-000395 | 14078 |
| 269410 | Bratz Funk Out! Dana | MGA-TI-000397 | 14079 |
| 273387 | Bratz Funk Out! Nevra | MGA-TI-000401 | 14080 |
| 273394 | Bratz Funk Out! Fianna | MGA-TI-000402 | 14081 |
| 255420 | Bratz Funky Fashion Makeover - Jade | MGA-TI-000406 | 14082 |
| 255451 | Bratz Funky Fashion Makeover - Sasha | MGA-TI-000407 | 14083 |
| 263562 | Bratz Funky Fashion Makeover - Dana | MGA-TI-000409 | 14084 |
| 269700 | Bratz Funky Fashion Makeover - Fianna | MGA-TI-000411 | 14085 |
| 271413 | Bratz Funky Fashion Makeover - Dana | MGA-TI-000414 | 14086 |
| 269694 | Bratz Funky Fashion Makeover - Nevra | MGA-TI-000416 | 14087 |
| 313588 | Bratz Genie Magic - Cloe | MGA-TI-000419 | 14088 |
| 269663 | Bratz Girls Night Out- Jade | MGA-TI-000427 | 14090 |
| 348818 | Bratz S07 Hot Summer Dayz Cloe | MGA-TI-000436 | 14094 |
| 348825 | Bratz S07 Hot Summer Dayz Yasmin | MGA-TI-000437 | 14095 |
| 348849 | Bratz S07 Hot Summer Dayz Sasha | MGA-TI-000439 | 14097 |
| 334125 | Bratz Ice Champions Yasmin | MGA-TI-000443 | 14098 |
| 334132 | Bratz Ice Champions Dana | MGA-TI-000444 | 14099 |
| 297048 | Bratz Live In Concert Jade | MGA-TI-000453 | 14102 |
| 297031 | Bratz Live In Concert Nevra | MGA-TI-000454 | 14103 |
| 343714 | Bratz S07 Magic Hair Cloe | MGA-TI-000455 | 14104 |
| 352297 | Bratz S07 Magic Hair Sasha | MGA-TI-000458 | 14106 |
| 303664 | Bratz Midnight Dance Meygan | MGA-TI-000460 | 14107 |
| 271345 | Bratz Motorcycle Style! Yasmin | MGA-TI-000462 | 14109 |
| 272960 | Bratz Motorcycle - Jade | MGA-TI-000464 | 14110 |
| 277460 | Bratz Nighty Night Collection- Cloe | MGA-TI-000465 | 14111 |
| 277477 | Bratz Nighty Night Collection- Yasmin | MGA-TI-000466 | 14112 |
| 277484 | Bratz Nighty Night Collection- Jade | MGA-TI-000467 | 14113 |
| 277507 | Bratz Nighty Night Collection- Sasha | MGA-TI-000469 | 14115 |
| 303961 | Bratz OOH LA LA Dana | MGA-TI-000471 | 14116 |
| 341222 | Bratz P4F Cloe | MGA-TI-000490 | 14117 |
| 341239 | Bratz Passion For Fashion Jade | MGA-TI-000491 | 14118 |
| 333858 | Bratz P4F Jade | MGA-TI-000492 | 14119 |
| 333821 | Bratz Passion For Fashion Sasha | MGA-TI-000493 | 14120 |
| 341246 | Bratz P4F Sasha | MGA-TI-000494 | 14121 |
| 333807 | Bratz Passion For Fashion Yasmin | MGA-TI-000495 | 14122 |

EXHIBIT P

PAGE 376

| | | | |
|---|---|---|---|
| 341215 | Bratz P4F Yasmin | MGA-TI-000496 | 14123 |
| 294092 | Bratz Play Sportz Yasmin Soccer | MGA-TI-000497 | 14124 |
| 294115 | Bratz Play Sportz Meygan Bowling | MGA-TI-000498 | 14125 |
| 333814 | Bratz Passion For Fashion Cloe | MGA-TI-000489 | 14126 |
| 295587 | Bratz Play Sportz Tennis Fianna | MGA-TI-000500 | 14127 |
| 296676 | Bratz Play Sportz Basketball Dana | MGA-TI-000502 | 14129 |
| 313168 | Bratz Play Sportz Gymnastics - Yasmin | MGA-TI-000503 | 14130 |
| 319795 | Bratz Play Sportz Cheerleader Cloe | MGA-TI-000505 | 14132 |
| 325710 | Play Sportz One on One Basket Ball Jade & Meygan | MGA-TI-000508 | 14133 |
| 325789 | Play Sportz One on One Tennis Cloe & Jade | MGA-TI-000512 | 14134 |
| 337867 | Bratz Play Sportz Teamz Softball Dana & Cloe | MGA-TI-000521 | 14138 |
| 337911 | Bratz Play Sportz Teamz Soccer - Roxxi & Cloe | MGA-TI-000523 | 14140 |
| 343615 | Bratz Play Sportz Doll Cheerleading - Yasmin | MGA-TI-000524 | 14141 |
| 350644 | Bratz Play Sportz Doll Dance-Fianna | MGA-TI-000525 | 14142 |
| 350651 | Bratz Play Sportz Doll Soccer-Cloe | MGA-TI-000526 | 14143 |
| 292029 | Bratz World London Pretty 'N' Punk Yasmin | MGA-TI-000531 | 14144 |
| 292043 | Bratz World London Pretty 'N' Punk Jade | MGA-TI-000532 | 14145 |
| 292050 | Bratz World London Pretty 'N' Punk Meygan | MGA-TI-000533 | 14146 |
| 313632 | Bratz Princess - Cloe | MGA-TI-000534 | 14147 |
| 313649 | Bratz Princess - Yasmin | MGA-TI-000535 | 14148 |
| 313656 | Bratz Princess - Jade | MGA-TI-000536 | 14149 |
| 313663 | Bratz Princess - Fianna | MGA-TI-000537 | 14150 |
| 297079 | Bratz Rock Angelz Yasmin | MGA-TI-000540 | 14153 |
| 303886 | Bratz Rock Angelz Cloe | MGA-TI-000541 | 14154 |
| 303916 | Bratz Rock Angelz Sasha | MGA-TI-000543 | 14156 |
| 333999 | Bratz Rodeo Yasmin | MGA-TI-000545 | 14158 |
| 277903 | Bratz Secret Date Cloe | MGA-TI-000548 | 14161 |
| 277910 | Bratz Secret Date Yasmin | MGA-TI-000549 | 14162 |
| 339786 | Bratz Sleep Over - Yasmin | MGA-TI-000553 | 14164 |
| 256335 | Bratz Slumber Party - Jade | MGA-TI-000558 | 14167 |
| 256328 | Bratz Slumber Party - Cloe | MGA-TI-000559 | 14168 |
| 320951 | Bratz Spring Break Doll Pack - Yasmin | MGA-TI-000562 | 14169 |
| 296980 | Bratz Step Out! Cloe | MGA-TI-000564 | 14170 |
| 297000 | Bratz Step Out! Sasha | MGA-TI-000565 | 14171 |
| 257219 | Bratz Strut It Cloe | MGA-TI-000567 | 14173 |
| 257226 | Bratz Strut It - Yasmin | MGA-TI-000568 | 14174 |
| 257233 | Bratz Strut It - Jade | MGA-TI-000569 | 14175 |
| 257240 | Bratz Strut It - Sasha | MGA-TI-000571 | 14176 |
| 258292 | Bratz Style It - Yasmin | MGA-TI-000574 | 14177 |
| 258308 | Bratz Style It - Jade | MGA-TI-000575 | 14178 |
| 258322L | Bratz Style It - Sasha | MGA-TI-000577 | 14179 |
| 269533 | Bratz Sun-Kissed Summer - Yasmin | MGA-TI-000585 | 14180 |
| 269564 | Bratz Sun-Kissed Summer - Sasha | MGA-TI-000588 | 14181 |
| 313410 | Bratz Sweet Dreamz Pajama Party - Cloe | MGA-TI-000591 | 14182 |
| 313427 | Bratz Sweet Dreamz Pajama Party - Yasmin | MGA-TI-000592 | 14183 |
| 313458 | Bratz Sweet Dreamz Pajama Party - Felicia | MGA-TI-000595 | 14186 |
| 338390 | Bratz Special Feature Talking Jade | MGA-TI-000602 | 14187 |
| 338406 | Bratz Special Feature Talking Sasha | MGA-TI-000603 | 14188 |
| 277811 | Bratz Tokyo-A-Go Go! Jade | MGA-TI-000604 | 14189 |
| 294184 | Bratz Treasures! Cloe | MGA-TI-000605 | 14190 |
| 294191 | Bratz Treasures! Cloe | MGA-TI-000606 | 14191 |
| 292074 | Bratz Fabulous Bratz Cloe | MGA-TI-000612 | 14194 |

EXHIBIT P

PAGE 377



| | | | |
|---|---|---|---|
| 273462 | Bratz Wild Life Safari- Nevra | MGA-TI-000614 | 14195 |
| 284031 | Bratz Wild Life Safari- Cloe | MGA-TI-000622 | 14197 |
| 306498W | Bratz Wild Wild West Fianna | MGA-TI-000625 | 14198 |
| 309000 | Bratz Wild Wild West Dana | MGA-TI-000626 | 14199 |
| 260370 | Bratz Wintertime Collection Dana | MGA-TI-000630 | 14203 |
| 260387 | Bratz Wintertime Collection - Jade | MGA-TI-000631 | 14204 |
| 277576 | Bratz Wintertime Collection Dana | MGA-TI-000633 | 14205 |
| 254034 | Bratz Fall 2002 - Jade | MGA-TI-000634 | 14206 |
| 254058 | Bratz Fall 2002 - Sasha | MGA-TI-000635 | 14207 |
| 254065 | Bratz Fall 2002 - Meygan | MGA-TI-000636 | 14208 |
| 261209 | Bratz Boyz Formal Funk-Cameron | MGA-TI-000638 | 14209 |
| 261216 | Bratz Boyz Formal Funk Dylan | MGA-TI-000639 | 14210 |
| 261223 | Bratz Boyz Formal Funk - Eitan | MGA-TI-000640 | 14211 |
| 269595 | Bratz Boyz Sun-Kissed Summer - Dylan | MGA-TI-000643 | 14212 |
| 269601 | Bratz Boyz Sun-Kissed Summer - Koby | MGA-TI-000644 | 14213 |
| 269618 | Bratz Boyz Sun-Kissed Summer- Eitan | MGA-TI-000645 | 14214 |
| 269625 | Bratz Boyz Sun-Kissed Summer- Cade | MGA-TI-000648 | 14215 |
| 277606 | Boyz Wintertime Collection - Cameron | MGA-TI-000649 | 14216 |
| 277637 | Boyz Wintertime Collection - Koby | MGA-TI-000653 | 14217 |
| 277644 | Boyz Wintertime Collection - Cade | MGA-TI-000654 | 14218 |
| 322481 | Bratz Head Gamez Cloe Doll Pack | | 14232 |
| 313496 | Bratz Birthday Jade | | 14416 |
| 256311 | Bratz Slumber Party Sasha | | 14543 |
| 407980, 35051 | | | |
| 407980 | 2007 Yasmin (Girlfriendz Nite Out) | | 14623 |
| 379409, 35051 | | | |
| 379409 | 2008 Yasmin (Girlz Really Rock) | | 14624 |
| 381198, 35051 | | | |
| 381198 | 2008 Sasha (Girlz Really Rock) | | 14626 |
| 379423, 35051 | | | |
| 379423 | 2008 Jade (Girlz Really Rock) | | 14627 |
| 355106, 35051 | | | |
| 355106 | 2007 Cloe (Star Singerz) | | 14628 |
| 379652, 35051 | | | |
| 379652 | 2008 Cloe (Magic Hair Color) | | 14629 |
| 337874 | Bratz Play Sportz Teamz Softball Leah & Dana | MGA-TI-000522 | 16872 |
| 278221 | Lil Bratz Folls 4 Pack | MGA-TI-000001 | 17358 |
| 292586 | Bratz Babyz Doll Cloe | MGA-TI-000004 | 17359 |
| 292586 | Bratz Babyz Cloe | MGA-TI-000005 | 17360 |
| 334279 | Triiiplets | MGA-TI-000009 | 17361 |
| 337935 | Bratz Back to School - Yasmin | MGA-TI-000010 | 17362 |
| | Plastic Doll (McDonalds's Toy) Sasha | MGA-TI-000014 | 17363 |
| | Plastic Doll (McDonalds's Toy) Cloe | MGA-TI-000015 | 17364 |
| | Plastic Doll (McDonalds's Toy) Jade | MGA-TI-000016 | 17365 |
| 254027 | Xpress It! Yasmin | MGA-TI-000026 | 17366 |

EXHIBIT _P_

PAGE _378_



| | | | |
|---|---|---|---|
| 258346 | Bratz FM Cruiser Radio Shack Cloe | MGA-TI-000027 | 17367 |
| 255499 | Bratz Funk N' Glow Meygan | MGA-TI-000031 | 17368 |
| 277828 | Bratz Tokyo-A-Go Go! Fianna | MGA-TI-000037 | 17369 |
| 329985 | Bratz Annual 2007 | MGA-TI-000208 | 17407 |
| 238209 | Beauty Braclet | MGA-TI-000209 | 17408 |
| 373117 | 4 Milk Chocolate Surprise Eggs | MGA-TI-000210 | 17409 |
| 219355 | Vals and Candy (Valentines) | MGA-TI-000211 | 17410 |
| 112241 | Package of birthday invitations | MGA-TI-000212 | 17411 |
| 112401 | Package of party purses | MGA-TI-000213 | 17412 |
| 112210 | Package of party hats 8 | MGA-TI-000214 | 17413 |
| | Paper cups | MGA-TI-000215 | 17414 |
| 060449 | Pop Princesses Book | MGA-TI-000216 | 17415 |
| 460432 | Sweetz Style Book | MGA-TI-000217 | 17416 |
| 394692 | Spiral Bound Notebook | MGA-TI-000218 | 17417 |
| 112463 | Mini Purse Note Pads | MGA-TI-000219 | 17418 |
| | Nail Stencil Factory Battery Operated Nail Dryer | MGA-TI-000220 | 17419 |
| 770272 | Slippers | MGA-TI-000221 | 17420 |
| 304321 | The Jet Set (education game) | MGA-TI-000222 | 17421 |
| 443883 | Lunch Box and Flask | MGA-TI-000223 | 17422 |
| 141610 | Metal Lunch Box | MGA-TI-000224 | 17423 |
| 082521 | Medium Camping Chair | MGA-TI-000225 | 17424 |
| | Flip Flops | MGA-TI-000226 | 17425 |
| | Backpacking Kit (Tent,Sleeping Bag,Pillow) | MGA-TI-000227 | 17426 |
| 206660 | White Costume with Princess Crown and jewelry | MGA-TI-000228 | 17427 |
| | Bratz Fake Nails Black | MGA-TI-000229 | 17428 |
| | Bratz Fake Nails Red | MGA-TI-000230 | 17429 |
| | Perfume and lipgloss in metal container with handle | MGA-TI-000231 | 17430 |
| | Vinyl Lunch Pail (Purple) | MGA-TI-000232 | 17431 |
| 400035 | Small Gift Bag | MGA-TI-000233 | 17432 |
| | Left Hand Spiral Notebook | MGA-TI-000234 | 17433 |
| 119503 | Binder | MGA-TI-000235 | 17434 |
| 741468 | Binder | MGA-TI-000236 | 17435 |
| 329923 | Summer Annual Activity Special | MGA-TI-000237 | 17436 |
| 092320 | Pink Socks | MGA-TI-000238 | 17437 |
| 849374 | Kite | MGA-TI-000239 | 17438 |
| 446365 | Spinning Plastic Straw | MGA-TI-000240 | 17439 |
| 931605 | The Secret Necklace Computer Game (education) | MGA-TI-000241 | 17440 |
| 081357 | Sleeping Bag in knapsack | MGA-TI-000242 | 17441 |
| 629261 | Watch inside pink container | MGA-TI-000243 | 17442 |
| 972564 | Magical Beauty Land | MGA-TI-000244 | 17443 |
| 640771 | Glarnitivity Set | MGA-TI-000245 | 17444 |
| | Black shirt and jeans decorated in gold sequins and rhinestones | MGA-TI-000246 | 17445 |
| 676297 | Activity Book with glitter stickers | MGA-TI-000247 | 17446 |
| BZ7402 | Scrub-A-Dub Tub Fun | MGA-TI-000248 | 17447 |
| BZ7402 | Basketball Bath Set | MGA-TI-000249 | 17448 |
| BZ7402 | Decorative Pillow | MGA-TI-000250 | 17449 |
| BZ7402 | Bath Blast | MGA-TI-000251 | 17450 |
| BZ7402 | Spoil Me Spa Set | MGA-TI-000252 | 17451 |
| BZ7401 | Bath Crayons and Coloring Book | MGA-TI-000253 | 17452 |
| | Purple Ice Skating Costume for 5-6 year old | MGA-TI-000254 | 17453 |
| 970000 | Holiday Countdown Poster | MGA-TI-000255 | 17454 |

EXHIBIT  P

PAGE 379

| | Edible Icing Image | MGA-TI-000256 | 17455 |
|---|---|---|---|
| | Plastic cup with Straw | MGA-TI-000257 | 17456 |
| | Metal Water Bottle | MGA-TI-000258 | 17457 |
| | Purple Container with Pink Handles | MGA-TI-000259 | 17458 |
| 266207 | Single Duvet Cover and Pillowcase | MGA-TI-000260 | 17459 |
| 043881 | The Fabulous Style Swap | MGA-TI-000261 | 17460 |
| 644677 | Watch in metal box with hair clips | MGA-TI-000262 | 17461 |
| | Vinyl Lunch Pail | MGA-TI-000263 | 17462 |
| 629438 | Watch and Clock Gift Set | MGA-TI-000264 | 17463 |
| | Inflatable Chair | MGA-TI-000265 | 17464 |
| 219355 | Vals and Candy (Valentines) | MGA-TI-000266 | 17465 |
| 334576 | Bratz Big Babys Doll Pack Katia | MGA-TI-000267 | 17466 |
| 304951B | Bratz Big Babyz Doll Yasmin | MGA-TI-000268 | 17467 |
| 312956 | Bratz Babyz Big Ponyz Celeste | MGA-TI-000269 | 17468 |
| 304227 | Bratz Babyz Boyz Cameron | MGA-TI-000270 | 17469 |
| 348955 | Bratz Babyz Hair Flair Glow in the Dark | MGA-TI-000271 | 17470 |
| 101031 | Holiday (Babyz) Lela | MGA-TI-000272 | 17471 |
| 292616 | Bratz Babyz Doll Jade | MGA-TI-000273 | 17472 |
| 304296 | Bratz Babyz Ponyz Playset Hot To Trot | MGA-TI-000274 | 17473 |
| 348757 | Playz Sportz (Boyz) Baseball Kade | MGA-TI-000275 | 17474 |
| 315199 | Playz Sportz (Boyz) Dylan | MGA-TI-000276 | 17475 |
| 313687 | Boyz Prince - Iden | MGA-TI-000277 | 17476 |
| 302445 | Step Off! (boyz) Koby | MGA-TI-000278 | 17477 |
| 354321 | Horseback Fun (kidz) Yasmin | MGA-TI-000279 | 17478 |
| 358145 | Horseback Fun (kidz) Sasha | MGA-TI-000280 | 17479 |
| 354314 | Horseback Fun (kidz) Cloe | MGA-TI-000281 | 17480 |
| 305668 | Superstar Catz (petz) Kendall | MGA-TI-000282 | 17481 |
| 356998 | Hair Flair (Itsy Bitsy) Sasha | MGA-TI-000283 | 17482 |
| 404286 | Bratz Itsy Bitsy 4 Doll Pack | MGA-TI-000284 | 17483 |
| 325970 | Itsy Bitsy Bratz - Vinessa Poperoni Pizza | MGA-TI-000285 | 17484 |
| 321255 | Reptile Roller Derby (Itsy Bitsy Petz) | MGA-TI-000286 | 17485 |
| 372868-W8 | Collector Series (Lil' Angelz) Katia | MGA-TI-000287 | 17486 |
| 372875-W8 | Collector Series (Lil' Angelz) Fianna | MGA-TI-000288 | 17487 |
| 372806-W8 | Collector Series (Lil' Angelz) Jasmin | MGA-TI-000289 | 17488 |
| 278375 | Lil Boyz Pax Mikko | MGA-TI-000290 | 17489 |
| 278382 | Lil Boyz Pax Colin | MGA-TI-000291 | 17490 |
| 312550 | Lil Bratz Funk House Talia | MGA-TI-000292 | 17491 |
| 100478 | Forever Diamondz (Micro Bratz) Cloe | MGA-TI-000293 | 17492 |
| 100515 | Forever Diamondz (Micro Bratz) Sharidan | MGA-TI-000294 | 17493 |
| 269427 | Funk Out Sasha | MGA-TI-000295 | 17494 |
| 277705 | Bratz Flashback Fever Fianna | MGA-TI-000296 | 17495 |
| 291893 | Bratz I-Candy Cloe | MGA-TI-000297 | 17496 |
| 291930 | Bratz I-Candy Cloe | MGA-TI-000298 | 17497 |
| 283898 | Bratz Tokyo A-Go Go! Collector Doll KUMI | MGA-TI-000299 | 17498 |
| 277903P | Blind Date Cloe | MGA-TI-000300 | 17499 |
| 303657 | Bratz Midnight Dance Yasmin | MGA-TI-000301 | 17500 |
| 294214 | Bratz Treasures! Roxxi | MGA-TI-000302 | 17501 |
| 292104 | Bratz Fabulous Bratz Tiana | MGA-TI-000303 | 17502 |
| 303978 | Bratz OOH LA LA Kumi | MGA-TI-000304 | 17503 |



EXHIBIT P

PAGE 380

| | | | |
|---|---|---|---|
| 291985 | Bratz Life In Concert Dana | MGA-TI-000305 | 17504 |
| 291961 | Bratz Life In Concert Yasmin | MGA-TI-000306 | 17505 |
| 306474 | Bratz Wild Wild West Yasmin | MGA-TI-000307 | 17506 |
| 303466 | Bratz Dynamite Cloe | MGA-TI-000308 | 17507 |
| 300328 | Bratz Twins Tess & Nona | MGA-TI-000309 | 17508 |
| 324720 | Design Your Own Bratz Cloe | MGA-TI-000310 | 17509 |
| 358916 | Flower Girlz | MGA-TI-000311 | 17510 |
| 352334 | Bratz Play Sportz Doll Inline Skating-Sasha | MGA-TI-000312 | 17511 |
| 354611 | Costume Party Jasmin | MGA-TI-000313 | 17512 |
| 343585 | Bratz S07 Pampered Pupz Cloe | MGA-TI-000314 | 17513 |
| 354727 | Birthday Sasha | MGA-TI-000315 | 17514 |
| | Flower Girlz (packaging) | MGA-TI-000316 | 17515 |
| 343691 | Bratz S07 Adventure Girlz Jade | MGA-TI-000319 | 17516 |
| 337942 | Bratz Back to School - Cloe | MGA-TI-000323 | 17517 |
| 343646 | Birthday Meygan | MGA-TI-000332 | 17518 |
| 303534 | Bratz Birthday Bash Cloe | MGA-TI-000333 | 17519 |
| 353201P | Bratz X-Treme Skate Boarding RC Sasha | MGA-TI-000341 | 17520 |
| 306054 | Bratz CampFire Felicia | MGA-TI-000345 | 17521 |
| 260607 | Big Bratz Collector Doll Yasmin | MGA-TI-000347 | 17522 |
| 304142 | Bratz Meygan Collector Doll | MGA-TI-000349 | 17523 |
| 341314 | Bratz Fashion Pixiez Doll Yasmin | MGA-TI-000355 | 17524 |
| 345718 | Fashion Pixiez | MGA-TI-000360 | 17525 |
| 283782 | Bratz Flashback Fever Sasha | MGA-TI-000368 | 17526 |
| 334101 | Bratz Forever Diamondz Jade | MGA-TI-000372 | 17527 |
| 257790 | Bratz Formal Punk Super Stylin' Runway Disco | MGA-TI-000374 | 17528 |
| 257790 | Formal Funk - Play Set | MGA-TI-000375 | 17528A |
| 260424 | Bratz Formal Funk Collection - Dana | MGA-TI-000378 | 17529 |
| 264415 | Bratz Funk N Glow Jade | MGA-TI-000384 | 17530 |
| 255468 | Bratz Funk N' Glow Cloe | MGA-TI-000387 | 17531 |
| 255406 | Bratz Funky Fashion Makeover - Cloe | MGA-TI-000403 | 17533 |
| 255413 | Bratz Funky Fashion Makeover - Yasmin | MGA-TI-000405 | 17534 |
| 263555 | Bratz Funky Fashion Makeover- Meygan | MGA-TI-000408 | 17535 |
| 313595 | Bratz Genie Magic - Megan | MGA-TI-000420 | 17536 |
| 313595 | Genie Magic | MGA-TI-000421 | 17536A |
| 313601 | Genie Magic Sasha | MGA-TI-000422 | 17537 |
| 269649 | Bratz Doll (Girlz Night Out) Cloe | MGA-TI-000424 | 17538 |
| 353430 | Bratz Gold Medal Gymnasts Sasha | MGA-TI-000431 | 17539 |
| 334200 | Bratz Holiday Doll - Trinity | MGA-TI-000432 | 17540 |
| 291909 | Bratz I-Candy Yasmin | MGA-TI-000002 | 17541 |
| 291909 | I-Candy | MGA-TI-000441 | 17541A |
| 291954 | Bratz Doll  (Live In Concert) Cloe | MGA-TI-000448 | 17542 |
| 343721 | Bratz S07 Magic Hair Yasmin | MGA-TI-000456 | 17543 |
| 303657 | Midnight Dance Jasmin | MGA-TI-000459 | 17544 |
| 271444 | Bratz Motorcycle Style! - Cloe | MGA-TI-000463 | 17545 |
| 303954 | Bratz OOH LA LA Cloe | MGA-TI-000470 | 17546 |
| 248538 | Bratz Cloe | MGA-TI-000473 | 17547 |
| 248538 | Original Bratz Doll - CLOE | MGA-TI-000474 | 17548 |
| 248538 | Bratz Doll (original) - CLOE | MGA-TI-000475 | 17549 |
| 248538 | Original Bratz Doll - CLOE | MGA-TI-000476 | 17550 |
| 248545 | Bratz Jade | MGA-TI-000477 | 17551 |
| 248545 | Original Bratz Doll - JADE | MGA-TI-000478 | 17552 |
| 248545 | Original Bratz Doll - JADE | MGA-TI-000479 | 17553 |

| | | | |
|---|---|---|---|
| 248545 | Bratz Doll (original) - JADE | MGA-TI-000480 | 17554 |
| 248552 | Bratz Doll Sasha | MGA-TI-000481 | 17555 |
| 248552 | Original Bratz Doll - SASHA | MGA-TI-000482 | 17556 |
| 248552 | Bratz Doll (original) - SASHA | MGA-TI-000483 | 17557 |
| admitted in Phase 1A | Original Bratz Doll - SASHA | MGA-TI-000484 | 17558 |
| 248569 | Bratz Yasmin | MGA-TI-000485 | 17559 |
| 248569 | Original Bratz Doll - YASMINE | MGA-TI-000486 | 17560 |
| admitted in Phase 1A | Original Bratz Doll - YASMINE | MGA-TI-000487 | 17561 |
| 248569 | Bratz Doll (original) - YASMINE | MGA-TI-000488 | 17562 |
| 294122 | Bratz Play Sportz Sasha Cheerleading | MGA-TI-000499 | 17563 |
| 325796 | Play Sportz One on One Tennis Cloe & Meygan | MGA-TI-000513 | 17564 |
| 292012 | Bratz World London Pretty 'N' Punk Cloe | MGA-TI-000530 | 17565 |
| 313670 | Bratz Princess - Roxxi | MGA-TI-000538 | 17566 |
| 352341 | Shrek Doll Yasmine | MGA-TI-000550 | 17567 |
| 339779 | Bratz Sleep Over - Cloe | MGA-TI-000552 | 17568 |
| 350910 | Spider Man Cloe | MGA-TI-000560 | 17569 |
| 320944 | Bratz Spring Break Doll Pack - Cloe | MGA-TI-000561 | 17570 |
| 257257 | Bratz Strut it - Meygan | MGA-TI-000572 | 17571 |
| 258285 | Bratz Style It - Cloe | MGA-TI-000573 | 17572 |
| 258315 | Bratz Style It - Dana | MGA-TI-000576 | 17573 |
| 264729 | Bratz Stylin Salon N Spa - Version 2 | MGA-TI-000578 | 17574 |
| 269526 | Bratz Sun-Kissed Summer - Cloe | MGA-TI-000582 | 17575 |
| 344100 | Sweet Heart Phoebe | MGA-TI-000599 | 17576 |
| 334187 | Bratz Special Feature Talking Cloe | MGA-TI-000600 | 17577 |
| 334194 | Bratz Special Feature Talking Yasmin | MGA-TI-000601 | 17578 |
| 301226 | Bratz Twins Collector Dolls | MGA-TI-000609 | 17579 |
| 273486 | Bratz Doll (Wild Life Safari) Meygan | MGA-TI-000621 | 17580 |
| 306481 | Bratz Wild Wild West Cloe | MGA-TI-000624 | 17581 |
| 260394 | Bratz Wintertime Collection Sasha | MGA-TI-000632 | 17582 |
| 334224 | Bratz Babyz Sitter (1 Bratz & 1 Babyz) Lana & Alicia | MGA-TI-000637 | 17583 |
| 261230 | Bratz Boyz Formal Funk - Koby | MGA-TI-000641 | 17584 |
| 269588 | Bratz Boyz Sun-Kissed Summer - Cameron | MGA-TI-000642 | 17585 |
| 277613 | Boyz Wintertime Collection - Dylan | MGA-TI-000650 | 17586 |
| 277613 | Wintertime Wonderland | MGA-TI-000651 | 17586A |
| 268796 | Catz Brigitte | MGA-TI-000655 | 17587 |
| 268802 | Bratz Petz- Jolie | MGA-TI-000656 | 17588 |
| 268819 | Catz Kendall | MGA-TI-000657 | 17589 |
| 268826 | Catz Daphne | MGA-TI-000658 | 17590 |
| 274087 | Bratz Petz Dogz Shae | MGA-TI-000659 | 17591 |
| 274094 | Bratz Petz Dogz Kali | MGA-TI-000660 | 17592 |
| 274100 | Bratz Petz Dogz Pilar | MGA-TI-000661 | 17593 |
| 274117 | Bratz Petz Dogz Abby | MGA-TI-000662 | 17594 |
| 272724 | Easter Bunny | MGA-TI-000663 | 17595 |
| 272731 | Bratz Petz- Easter Bunny Tess | MGA-TI-000664 | 17596 |
| 272748 | Bratz Petz- Easter Bunny Tatiana | MGA-TI-000665 | 17597 |
| 272755 | Bratz Petz- Easter Bunny Viveca | MGA-TI-000666 | 17598 |
| 274131 | Bratz Petz Foxz Carly | MGA-TI-000667 | 17599 |
| 274148 | Foxz Reilly | MGA-TI-000668 | 17600 |

EXHIBIT P

PAGE 382



| | | | |
|---|---|---|---|
| 274155 | Bratz Petz Foxz Shayna | MGA-TI-000669 | 17601 |
| 274162 | Bratz Petz Foxz Bree | MGA-TI-000670 | 17602 |
| 796611 | Bratz Boots | MGA-TI-000708 | 17623 |
| 081002 | Bratz Kit (make-up) | MGA-TI-000709 | 17624 |
| 144225 | Bratz Bag | MGA-TI-000710 | 17625 |
| 144812 | Bratz Travel Stationery Pack | MGA-TI-000711 | 17626 |
| 144812 | Bratz Travel Stationery Pack | MGA-TI-000712 | 17627 |
| 578944 | Bratz Notebook | MGA-TI-000713 | 17628 |
| 578951 | Bratz Binder 4 Ring | MGA-TI-000714 | 17629 |
| 119497 | Bratz Binder | MGA-TI-000715 | 17630 |
| 052805 | Bratz Briefcase | MGA-TI-000716 | 17631 |
| 169002 | Bratz Magnets | MGA-TI-000717 | 17632 |
| 144072 | Bratz Secrets Book Set | MGA-TI-000718 | 17633 |
| 014096 | Bratz School Pack | MGA-TI-000719 | 17634 |
| 148651 | Bratz Sticker Extravaganza | MGA-TI-000720 | 17635 |
| 119565 | Bratz Sketch Book | MGA-TI-000721 | 17636 |
| 119565 | Bratz Board | MGA-TI-000722 | 17637 |
| 132335 | Bratz Accessory | MGA-TI-000723 | 17638 |
| | Bratz Sandals | MGA-TI-000724 | 17639 |
| 699243 | Bratz Shoes | MGA-TI-000725 | 17640 |
| | Bratz Shoes | MGA-TI-000726 | 17641 |
| 159077 | Bratz Stickers | MGA-TI-000727 | 17642 |
| | Bratz Bag | MGA-TI-000728 | 17643 |
| 132175 | Bratz Watch | MGA-TI-000729 | 17644 |
| 144201 | Bratz Pencil Tin | MGA-TI-000730 | 17645 |
| 613756 | Bratz Umbrella | MGA-TI-000731 | 17646 |
| 046484 | Bratz Fuzzy Set | MGA-TI-000732 | 17647 |
| 188114 | Bratz Stickers | MGA-TI-000733 | 17648 |
| 623005 | Bratz Stationery | MGA-TI-000734 | 17649 |
| 361332 | Backpack Yellow/blue | MGA-TI-000735 | 17650 |
| 002304 | Bratz Backpack Pink flowers | MGA-TI-000736 | 17651 |
| 000485 | Bratz Purse purple | MGA-TI-000737 | 17652 |
| 361332 | Bratz Backpack pink/blue | MGA-TI-000738 | 17653 |
| 970446 | Bratz Blanket | MGA-TI-000739 | 17654 |
| 004577 | Bratz Bag | MGA-TI-000740 | 17655 |
| 010840 | Bratz Fashion Pixiez Purse | MGA-TI-000741 | 17656 |
| | Bratz Dress Up | MGA-TI-000742 | 17657 |
| 000676 | Bratz Sneaker Skates | MGA-TI-000743 | 17658 |
| 550486 | Bratz CD Player | MGA-TI-000744 | 17659 |
| 038951 | Bratz Stickers | MGA-TI-000745 | 17660 |
| | Bratz Backpack Purple Lrg. | MGA-TI-000746 | 17661 |
| 065312 | Bratz Bag (Petz) | MGA-TI-000747 | 17662 |
| 006535-F | Bratz Backpack (Petz) | MGA-TI-000748 | 17663 |
| 065350 | Bratz Backpacks (2) Petz | MGA-TI-000749 | 17664 |
| 007778 | Bratz Elastic | MGA-TI-000750 | 17665 |
| | Bratz Swimwear Yellow | MGA-TI-000751 | 17666 |
| 004621 | Bratz Clip-On Purse | MGA-TI-000752 | 17667 |
| 004591 | Bratz Body Jewels | MGA-TI-000753 | 17668 |
| 006614 | Bratz Bottle | MGA-TI-000754 | 17669 |
| 949614 | Bratz Boots | MGA-TI-000755 | 17670 |
| 972360 | Bratz Tennis Shoes | MGA-TI-000756 | 17671 |
| 81654 | Bratz Flip Out Sofa | MGA-TI-000757 | 17672 |

EXHIBIT _P_

PAGE _283_

| | | | |
|---|---|---|---|
| 622763 | Bratz Notebook | MGA-TI-000758 | 17673 |
| 622800 | Bratz Eraser Set | MGA-TI-000759 | 17674 |
| 622862 | Bratz Box | MGA-TI-000760 | 17675 |
| 943186 | Bratz Dress | MGA-TI-000761 | 17676 |
| 622855 | Bratz Pencil Tin | MGA-TI-000762 | 17677 |
| 622954 | Bratz Secrets Book Set | MGA-TI-000763 | 17678 |
| 622763 | Bratz Notebook | MGA-TI-000764 | 17679 |
| 550103 | Bratz Discman | MGA-TI-000765 | 17680 |
| 5600287 | Bratz Translator | MGA-TI-000766 | 17681 |
| 184934 | Bratz Body Art | MGA-TI-000767 | 17682 |
| 003846 | Bratz Tote Bag | MGA-TI-000768 | 17683 |
| 747847 | Bratz Shoes | MGA-TI-000769 | 17684 |
| | Bratz Bag Yellow/Pink | MGA-TI-000770 | 17685 |
| | Bratz Bag Yellow/Pink | MGA-TI-000771 | 17686 |
| 433453 | Bratz Valance | MGA-TI-000772 | 17687 |
| 433408 | Bratz Bed Sheets | MGA-TI-000773 | 17688 |
| 010581 | Bratz Funky Activity Pack | MGA-TI-000774 | 17689 |
| 015300 | Bratz Bag | MGA-TI-000775 | 17690 |
| 320951 | Bratz Flip Out Sofa Pink | MGA-TI-000776 | 17691 |
| 007754 | Bratz Skipping Rope | MGA-TI-000777 | 17692 |
| 007778 | Bratz Elastic | MGA-TI-000778 | 17693 |
| 133226 | Bratz Study Kit | MGA-TI-000779 | 17694 |
| 624118 | Bratz Pencil & Jacket | MGA-TI-000780 | 17695 |
| 189548 | Bratz Window Decorations | MGA-TI-000781 | 17696 |
| 000911/00 048 | Bratz Wallet | MGA-TI-000782 | 17697 |
| 443422 | Bratz Blanket (Duvet) | MGA-TI-000783 | 17698 |
| 354741 | Bratz Passion 4 Fashion Cloe | MGA-TI-000811 | 17726 |
| 408871 | Bratz Doll (Girfriendz Nite Out) Phoebe | MGA-TI-000812 | 17727 |
| 408888 | Bratz Girlfriendz Nite Out Sasha | MGA-TI-000813 | 17728 |
| 354550 | Bratz Play Sportz Yasmin | MGA-TI-000814 | 17729 |
| 362357 | Bratz Doll (Playz Sportz) Tess | MGA-TI-000815 | 17730 |
| 358435 | Bratz the Movie Jade | MGA-TI-000816 | 17731 |
| | Burger King Happy Meal Toys Spring 2006 | MGA-TI-000826 | 17740 |
| 358473 | Bratz The Movie Funky Fashion Makeover | MGA-TI-000869 | 17772 |
| 332893-S7 | Sewing Machine | MGA-TI-000870 | 17773 |
| 372790-W12 | Bratz Lil' Angelz Cloe | MGA-TI-000871 | 17774 |
| 302469 | Bratz Doll (Babyz) Fianna | MGA-TI-000872 | 17775 |
| 354659 | Bratz Doll (Holiday) Yasmin | MGA-TI-000874 | 17776 |
| 248682 | Fashion Pack (Dynamite Dance) | MGA-TI-000876 | 17777 |
| 248576 | Fashion Pack ( Pajama Power) | MGA-TI-000877 | 17778 |
| 249115 | Fashion Pack (Study Hall) | MGA-TI-000878 | 17779 |
| 248583 | Fashion Pack (Study Hall) | MGA-TI-000879 | 17780 |
| 255260 | Micro Bratz F02 Cloe | MGA-TI-000898 | 17799 |
| 251682 | Micro Bratz - Jade | MGA-TI-000899 | 17800 |
| 255307 | Micro Bratz F02 Sasha | MGA-TI-000900 | 17801 |
| 254096 | Bratz Fashion Pack F'02 Just Do P.E. | MGA-TI-000901 | 17802 |
| 254119 | Bratz Fashion Pack F'02 Punk n Prep | MGA-TI-000902 | 17803 |
| 254102 | Bratz Fashion Pack F'02 Party Perfection | MGA-TI-000903 | 17804 |
| 254027 | Bratz Fall 2002 - Yasmin | MGA-TI-000904 | 17805 |
| 254058 | Bratz Doll (Xpress It!) Sasha | MGA-TI-000905 | 17806 |

EXHIBIT P

PAGE 384



| | | | |
|---|---|---|---|
| 254010 | Bratz Fall 2002 - Cloe | MGA-TI-000906 | 17807 |
| 254065 | Bratz Doll (Xpress It!) Meygan | MGA-TI-000907 | 17808 |
| 254034 | Bratz Doll (Xpress It!) Jade | MGA-TI-000908 | 17809 |
| 251439 | Bratz Doll S02 Sasha | MGA-TI-000909 | 17810 |
| 251460 | Bratz Doll S02 Jade | MGA-TI-000910 | 17811 |
| 251453 | Bratz Doll S02 Yasmin | MGA-TI-000911 | 17812 |
| 254263 | Beach Party Bratz-Cloe | MGA-TI-000912 | 17813 |
| 254287 | Beach Party Bratz-Jade | MGA-TI-000913 | 17814 |
| 259206 | Bratz Stylin' Hair Studio | MGA-TI-000914 | 17815 |
| 303446 | Bratz Doll (Dynamite) Cloe | MGA-TI-000352 | 18290 |
| 291978 | Bratz Life In Concert Sasha | MGA-TI-000451 | 18291 |
| 324706 | Bratz Doll (Playz Sportz) Basketball | MGA-TI-000506 | 18292 |
| 257219 | Cloe | | 18512 |
| 269380 | Cloe | | 18513 |
| 255482 | Bratz Funk N' Glow Jade | MGA-TI-000389 | 18542 |
| 313472 | Bratz Birthday - Cloe | MGA-TI-000325 | 18650 |
| 343639 | Bratz Birthday Yasmin | MGA-TI-000329 | 18651 |
| 353201 | Bratz X-Treme Skate Boarding RC Sasha | MGA-TI-000339 | 18652 |
| 333746 | Costume Party Lela | MGA-TI-000351 | 18653 |
| 345701 | Bratz Fashion Pixiez Dee | MGA-TI-000359 | 18654 |
| 313311 | Bratz Feelin' Pretty Collection Dana | MGA-TI-000362 | 18655 |
| 264392 | Bratz Funk N' Glow - Cloe | MGA-TI-000383 | 18656 |
| 269670 | Bratz Girls Night Out- Dana | MGA-TI-000428 | 18657 |
| 321705 | Bratz Hollywood Yasmin | MGA-TI-000433 | 18658 |
| 321712 | Bratz Hollywood Phoebe | MGA-TI-000434 | 18659 |
| 348832 | Bratz S07 Hot Summer Dayz Jade | MGA-TI-000438 | 18660 |
| 334149 | Bratz Ice Champions Vinessa | MGA-TI-000446 | 18661 |
| 327387 | Bratz Ice Champions Playset w/ Maribel | MGA-TI-000447 | 18662 |
| 343738 | Bratz S07 Magic Hair Jade | MGA-TI-000457 | 18663 |
| 303671 | Bratz Midnight Dance Fianna | MGA-TI-000461 | 18664 |
| 277491 | Bratz Nighty Night Collection- Fianna | MGA-TI-000468 | 18665 |
| 296669 | Bratz Play Sportz Karate Roxxi | MGA-TI-000501 | 18666 |
| 313182 | Bratz Play Sportz Softball - Phoebe | MGA-TI-000504 | 18667 |
| 333692 | Bratz Play Sportz Doll Snow Boarding - Lilee | MGA-TI-000515 | 18668 |
| 333715 | Bratz Play Sportz Doll Sports Car - Katia | MGA-TI-000517 | 18669 |
| 334262 | Play Sportz Teamz Soccer - Cloe & Katia | MGA-TI-000518 | 18670 |
| 333739 | Bratz Costume Party Angel - Yasmin | MGA-TI-000350 | 18671 |
| 357353 | Playz Sportz Vinessa | MGA-TI-000529 | 18673 |
| 313700 | Bratz Princess Sisters Ciara & Diona | MGA-TI-000539 | 18674 |
| 334002 | Bratz Rodeo Cloe | MGA-TI-000546 | 18675 |
| 303909 | Bratz Rock Angelz Jade | MGA-TI-000542 | 18676 |
| 334019 | Bratz Rodeo Sorya | MGA-TI-000544 | 18677 |
| 277514 | Bratz Secret Date Nevra | MGA-TI-000547 | 18678 |
| 321125 | Bratz Sisterz - Kiani & Lilana | MGA-TI-000551 | 18679 |
| 256342 | Bratz Slumber Party - Yasmin | MGA-TI-000557 | 18680 |
| 339793 | Bratz Sleep Over - Jade | MGA-TI-000554 | 18681 |
| 320968 | Spring Break Leah | MGA-TI-000563 | 18682 |
| 297093 | Bratz Step Out! Meygan | MGA-TI-000566 | 18683 |
| 369562 | Sun Kissed Summer Cloe | MGA-TI-000584 | 18684 |
| 313434 | Bratz Sweet Dreamz Pajama Party - Siernna | MGA-TI-000593 | 18685 |
| 313441 | Bratz Sweet Dreamz Pajama Party - Kumi | MGA-TI-000594 | 18686 |
| 344087 | Sweet Heart Lilee | MGA-TI-000597 | 18687 |



EXHIBIT P

PAGE 385

| | | | |
|---|---|---|---|
| 321118 | Bratz Twiins Krysta & Lela (identical) | MGA-TI-000610 | 18688 |
| 277941 | Bratz Twins Collector Doll | MGA-TI-000611 | 18689 |
| 292104 | Fabulous Las Vegas Tiana | MGA-TI-000613 | 18690 |
| 273479 | Bratz Wild Life Safari- Fianna | MGA-TI-000617 | 18691 |
| 309017 | Bratz Wild Wild West Kiana | MGA-TI-000627 | 18692 |
| 260356 | Bratz Wintertime Collection Cloe | MGA-TI-000628 | 18693 |
| 260363 | Bratz Wintertime Collection Yasmin | MGA-TI-000629 | 18694 |
| 405160 | Bratz Girlfriendz Cloe | MGA-TI-000423 | 18695 |
| 269427 | Bratz Funk Out! Sasha | MGA-TI-000399 | 18697 |
| 269427 | Bratz Funk Out! Sasha | MGA-TI-000400 | 18698 |
| 254108 | Bratz Doll Cloe | MGA-TI-000025 | 18701 |
| 269397 | Bratz Doll Yasmin | MGA-TI-000394 | 18702 |
| 350651 | Bratz Doll Play Sportz Soccer Cloe | MGA-TI-000527 | 18703 |
| 257233 | Bratz Doll Jade | MGA-TI-000570 | 18704 |
| 313564 | Bratz Doll Genie Magic Yasmin | MGA-TI-000417 | 18705 |
| 352334 | Bratz Doll Play Sportz Inline Skating Sasha | MGA-TI-000528 | 18706 |
| 334132 | Bratz Doll Ice Champions Dana | MGA-TI-000445 | 18707 |
| 348818 | Summer Days Cloe | MGA-TI-000435 | 18708 |
| 343684 | Bratz Doll Adventure Girlz Yasmin | MGA-TI-000320 | 18709 |
| 269687 | Bratz Doll Girlz Night Out Sasha | MGA-TI-000425 | 18710 |
| 343646 | Bratz Doll Bday Meygan | MGA-TI-000331 | 18711 |
| 343547 | Bratz Doll Kidz Yasmin | MGA-TI-000873 | 18712 |
| | | MGA-TI-000867 | |
| 354741 | Bratz Doll Passion 4 Fashion Cloe | (A) | 18713 |
| 277705 | Bratz Doll Flashback Fever Fianna | MGA-TI-000367 | 18714 |
| 269403 | Bratz Doll Jade | MGA-TI-000396 | 18715 |
| 258360 | Bratz Doll FM Cruiser Jade | MGA-TI-000029 | 18716 |
| 273486 | Bratz Doll Safari Meygan | MGA-TI-000620 | 18717 |
| 273486 | Bratz Doll Safari Meygan | MGA-TI-000619 | 18718 |
| 325703 | Bratz Doll Play Sportz Basketball Yasmin & Jade | MGA-TI-000507 | 18719 |
| 325772 | Bratz Doll Play Sportz Tennis Jade & Meygan | MGA-TI-000511 | 18720 |
| 325765 | Bratz Doll Play Sportz Jade & Yasmin | MGA-TI-000510 | 18721 |
| 325802 | Bratz Doll Play Sportz Megan & Yasmin | MGA-TI-000514 | 18722 |
| 325758 | Bratz Doll Play Sportz Cloe & Yasmin | MGA-TI-000509 | 18723 |
| 306474 | Bratz Doll Wild Wild West Yasmin | MGA-TI-000623 | 18724 |
| 333708 | Bratz Doll Play Sportz Skiing Yasmin | MGA-TI-000516 | 18725 |
| 264392 | Bratz Doll Funk n Glo Cloe | MGA-TI-000382 | 18726 |
| 255505 | Bratz Doll Funk n Glo Sasha | MGA-TI-000390 | 18727 |
| 340911 | Bratz Doll Sleepin' Style Sasha | MGA-TI-000556 | 18728 |
| 340911 | Bratz Doll Sleepin in style Sasha | MGA-TI-000555 | 18729 |
| 291961 | Bratz Doll Live in Concert Yasmin | MGA-TI-000450 | 18730 |
| 344070 | Bratz Doll Sweet Heart Sasha | MGA-TI-000596 | 18731 |
| 344094 | Bratz Doll Sweet Heart Yasmin | MGA-TI-000598 | 18732 |
| 277620 | Bratz Doll Winterland Eitan | MGA-TI-000652 | 18733 |
| 269618 | Bratz Doll Sunkissed Summer Eitan | MGA-TI-000646 | 18734 |
| 334279 | Bratz Doll Triiiplets | MGA-TI-000019 | 18735 |
| 369618 | Bratz Doll Sunkissed Eitan | MGA-TI-000647 | 18736 |
| 340904 | Bratz Doll Sleepin' Style Meygan | MGA-TI-000024 | 18737 |
| 369504 | Bratz Doll Sunkissed Summer Jade | MGA-TI-000580 | 18738 |
| 303671 | Bratz Doll Midnite Dance Fianna | MGA-TI-000023 | 18739 |
| 353409 | Bratz Doll Goldmedal Gymnyst Cloe | MGA-TI-000429 | 18740 |
| 269656 | Bratz Doll Girlz Nite Out Yasmin | MGA-TI-000426 | 18741 |

EXHIBIT P

PAGE 386


| | | | |
|---|---|---|---|
| 269540 | Bratz Doll Sunkissed Summer Jade | MGA-TI-000579 | 18742 |
| 269526 | Bratz Doll Sunkissed Summer Cloe | MGA-TI-000583 | 18743 |
| 269540 | Bratz Doll Sunkissed Summer Jade | MGA-TI-000581 | 18744 |
| 303473 | Bratz Doll Bratz Dynamite Nevra | MGA-TI-000021 | 18745 |
| 313571 | Bratz Doll Genie Magic Jade | MGA-TI-000418 | 18746 |
| 294214 | Bratz Doll Bratz Treasures Roxxi | MGA-TI-000608 | 18747 |
| 273462 | Bratz Doll Wildlife Safari Nevra | MGA-TI-000616 | 18748 |
| 273479 | Bratz Doll Wildlife Safari Fianna | MGA-TI-000618 | 18749 |
| 273462 | Bratz Doll Wildlife Safari Nevra | MGA-TI-000615 | 18750 |
| 354703 | Bratz Doll Bratz Bday Yasmin | MGA-TI-000875 | 18751 |
| 294911 | Bratz Doll Bratz Treasures Yasmin | MGA-TI-000607 | 18752 |
| 291930 | Bratz Doll Bratz I-Candy Phoebe | MGA-TI-000442 | 18753 |
| 291893 | Bratz Doll Bratz I-Candy Cloe | MGA-TI-000440 | 18754 |
| 269564 | Bratz Doll Sunkissed Summer Sasha | MGA-TI-000589 | 18755 |
| 269557 | Bratz Doll Sunkissed Summer Dana | MGA-TI-000590 | 18756 |
| 269333 | Bratz Doll Sunkissed Summer Yasmin | MGA-TI-000586 | 18757 |
| 269333 | Bratz Doll Sunkissed Summer Yasmin | MGA-TI-000587 | 18758 |
| 303978 | Bratz Doll Ooh-la-la Kumi | MGA-TI-000472 | 18759 |
| 255406 | Bratz Doll Funky Fashion Makeover Cloe | MGA-TI-000404 | 18760 |
| 271420 | Bratz Doll Funky Fashion Makeover Meygan | MGA-TI-000412 | 18761 |
| 269494 | Bratz Doll Funky Fashion Makeover Nevra | MGA-TI-000413 | 18762 |
| 534262 | Bratz Doll Play Sportz Soccer Katia & Cloe | MGA-TI-000519 | 18763 |
| 271543 | Bratz Doll Funky Fashion Makeover Dana | MGA-TI-000415 | 18764 |
| 387858 | Bratz Doll Play Sportz Cloe & Yasmin Softball | MGA-TI-000520 | 18765 |
| 306034 | Bratz Doll Camfire Yasmin | MGA-TI-000346 | 18766 |
| 291985 | Bratz Doll Live in Concert Dana | MGA-TI-000452 | 18767 |
| 303480 | Bratz Doll Dynamite Meygan | MGA-TI-000353 | 18768 |
| 291954 | Bratz Doll Live in Concert Cloe | MGA-TI-000449 | 18769 |
| 353416 | Bratz Doll Bday Bash Phoebe | MGA-TI-000430 | 18770 |
| 303541 | Bratz Doll Gymnastics Gold Medal Yasmin | MGA-TI-000335 | 18771 |
| 313416 | Bratz Doll Bratz Bday Jade | MGA-TI-000327 | 18772 |
| 337935 | Bratz Doll Bratz Back 2 School Yasmin | MGA-TI-000322 | 18773 |
| 277927P | Bratz Doll Blind Date Jade | MGA-TI-000337 | 18774 |
| 351338 | Bratz Doll Fashion Pixiez Sasha | MGA-TI-000357 | 18775 |
| 283898 | Bratz Doll Bratzworld Tokoyo Kumi | MGA-TI-000035 | 18776 |
| 344643P | Foldable Scooter | MGA-TI-000918 | 18796 |
| 323914 | Sitting Pillow | MGA-TI-000919 | 18797 |
| 365242 | MP3 Player | MGA-TI-000920 | 18798 |
| 305156 | 35mm Camera with Flash | MGA-TI-000921 | 18799 |
| 366065 | Talk Back Alarm Clock | MGA-TI-000922 | 18800 |
| 308379EU | Rockin' Helmet | MGA-TI-000923 | 18801 |
| 402312 | Bead Urself | MGA-TI-000924 | 18802 |
| 257813 | Electric Funk Cordless Phone | MGA-TI-000925 | 18803 |
| 269878 | Wall Clock | MGA-TI-000926 | 18804 |
| 270416 | Groovin' Glow Lamp | MGA-TI-000927 | 18805 |
| 333647 | Designer Canopy | MGA-TI-000928 | 18806 |
| 338444 | Heart Shapped Pillow | MGA-TI-000929 | 18807 |
| 272175 | Super Stylin' Skates-Size 5 | MGA-TI-000930 | 18808 |
| 299172 | 3 Shelf Storage | MGA-TI-000931 | 18809 |
| 365624 | Light Up Roller Luggage | MGA-TI-000932 | 18810 |
| 383758 | Tour Bus | MGA-TI-000935 | 18815 |
| 100331 | Bratz, Girls Really Rock, a Bratz Musical | MGA-TI-000938 | 18821 |



EXHIBIT P

PAGE 387



# Stipulation

2:04-cv-09049-SGL-RNB Carter Bryant v. Mattel Inc
(RNBx), AO279, DISCOVERY, PROTORD, RELATED-G


### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Naim, Cyrus on 8/5/2008 at 10:13 PM PDT and filed on 8/5/2008

| | |
|---|---|
| **Case Name:** | Carter Bryant v. Mattel Inc |
| **Case Number:** | 2:04-cv-9049 |
| **Filer:** | Mattel Inc |
| **Document Number:** | 4203 |

**Docket Text:**
**PRETRIAL STIPULATION regarding Exhibits** *Admission of Tangible MGA Products* **filed by defendant Mattel Inc. (Attachments: # (1) Exhibit A)(Naim, Cyrus)**


**2:04-cv-9049 Notice has been electronically mailed to:**

Juan Pablo Alban    juanpabloalban@quinnemanuel.com

Timothy L Alger    timalger@quinnemanuel.com

Christa M Anderson    canderson@kvn.com

Robyn Aronson    robynaronson@dwt.com

Marina Vladimir Bogorad    marina.bogorad@skadden.com

Matthew C Bousquette    caldwell@caldwell-leslie.com

Linda M Burrow    burrow@caldwell-leslie.com, popescu@caldwell-leslie.com

Jon D Corey    joncorey@quinnemanuel.com

Alexander H Cote    acote@obsklaw.com, feseroma@obsklaw.com

Christian C Dowell    cdowell@kmwlaw.com

Leah Chava Gershon    leah@spertuslaw.com

EXHIBIT P

PAGE 358


Scott E Gizer    sgizer@chrisglase.com

Melissa Grant    melissagrant@quinnemanuel.com

Emil W Herich    eherich@kmwlaw.com

Diane C Hutnyan    dianehutnyan@quinnemanuel.com, andreahoeven@quinnemanuel.com

Stan Karas    stankaras@quinnemanuel.com, gayleduran@quinnemanuel.com,
westonreid@quinnemanuel.com

John W Keker    jkeker@kvn.com, DRoberts@kvn.com, efiling@kvn.com

Michael P Kelly    mikelly@skadden.com

Raoul D Kennedy    rkennedy@skadden.com

Alisa Morgenthaler Lever    amorgenthaler@chrisglase.com

Larry W McFarland    lmcfarland@kmwlaw.com

Cyrus S Naim    cyrusnaim@quinnemanuel.com

Thomas J Nolan    tnolan@skadden.com, carl.roth@skadden.com, marcus.mumford@skadden.com

Randa A F Osman    randaosman@quinnemanuel.com

Mark E Overland    moverland@obsklaw.com, jhibino@obsklaw.com

Michael H Page    mhp@kvn.com, efiling@kvn.com

Kenneth A Plevan    kenneth.plevan@skadden.com, drogosa@skadden.com, sumclaug@skadden.com

Brett Dylan Proctor    dylanproctor@quinnemanuel.com, westonreid@quinnemanuel.com

Rebekah L Punak    rpunak@kvn.com, lhartzlewis@kvn.com

John B Quinn    johnquinn@quinnemanuel.com

Jason D Russell    jrussell@skadden.com, allison.velkes@skadden.com

David C Scheper    dscheper@obsklaw.com, feseroma@obsklaw.com

Oleg Stolyar    alexstolyar@quinnemanuel.com

Sandra L Tholen    tholen@caldwell-leslie.com

John Elliot Trinidad    jtrinidad@kvn.com, cparker@kvn.com, efiling@kvn.com, yjayasuriya@kvn.com

Audrey Walton-Hadlock    awaltonhadlock@kvn.com, efiling@kvn.com

EXHIBIT P

PAGE 389


Sanford I Weisburst    sandyweisburst@quinnemanuel.com

Matthew M Werdegar    mmw@kvn.com

Douglas Andrew Winthrop    dwinthrop@hrice.com

Michael T Zeller    michaelzeller@quinnemanuel.com

**2:04-cv-9049 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Lauren E Aguiar
Skadden Arps Slate Meagher & Flom
1440 New York Ave
Washington, DC 20005-2111

Jerome B Falk , Jr
Howard Rice Nemerovski Canady Falk & Rabkin
3 Embarcadero Ctr 7th Fl
San Francisco, CA 94111-4024

David W Foster
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005-2111

Cheryl Plambeck
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Amy R Sabrin
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005-2111

Kien C Tiet
Stern and Goldberg
6345 Balboa Boulevard, Suite 200
Encino, CA 91316

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\Administrator\Desktop\Stip.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/5/2008] [FileNumber=6284058-0]
[595428afd48595a553dab51ea031143d2b01e5307d2b3b9e14cdbf92922054936979e
c5aaf721e8b01d683b24baf1db284377a8767749b98c16ab9bab2a4ef9d]]
**Document description:**Exhibit A
**Original filename:**C:\Documents and Settings\Administrator\Desktop\Exhibit A.pdf

EXHIBIT __P__

PAGE __390__

CM/ECF - California Central District                                     Page 4 of 4

**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/5/2008] [FileNumber=6284058-1]
[73cb144624d9e8e74cec66f3f7ab19af00092213bf729585917214e9a49e3897bd431
5feb2f92d47abe125710dccc988523e0777af8e08fcb600f63360983faa]]

EXHIBIT P

PAGE 391

# EXHIBIT Q



*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **BRATZ GROUP DRAWING** registered under number **VA 1-218-489**.

**THIS IS TO CERTIFY ALSO** that the attached photocopies are a true representation of the work entitled **BRATZ GROUP DRAWING** deposited in the Copyright Office on December 22, 2003 registered under number **VA 1-218-489**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By:   Tracie M. Coleman
      Head
      Certifications and Documents
      Section
      Information and Reference
      Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

Ⓐ π EXHIBIT 513
Deponent ARMSTRONG
Date 7/18/07 Rptr. ACC
WWW.DEPOBOOK.COM

M 0110188

EXHIBIT Q

PAGE 392

EX 513-0001

Additional Certificate (17 U.S.C. 706)
## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts

VA 1-218-489

EFFECTIVE DATE OF REGISTRATION

**DEC 22 2003**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼

BRATZ Group Drawing

NATURE OF THIS WORK ▼ See Instructions

color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼       Number ▼              Issue Date ▼              On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _USA_
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship  Check appropriate box(es)  See Instructions
☐ 3 Dimensional sculpture      ☐ Map              ☐ Technical drawing
☑ 2 Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**NOTE**

Under the law the author of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship  Check appropriate box(es)  See Instructions
☐ 3 Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**3**

**a**

Year in Which Creation of This Work Was Completed   1998
This information must be given  Year in all cases

Date and Nation of First Publication of This Particular Work
Complete this information   Month  February   Day  12   Year  2001
ONLY if this work has been published   U.S.A.                    Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc  16730 Schoenborn Street
North Hills  CA  91343 6122

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

See instructions before completing this space

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions       Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

EXHIBIT *Q*

PAGE *393*

M 0110189

EX 513-0002

| EXAMINED BY [signature] | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is  Yes   why is another registration being sought  (Check appropriate box )  ▼
a  ☐ This is the first published edition of a work previously registered in unpublished form
b  ☐ This is the first application submitted by this author as copyright claimant
c  ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is  Yes   give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation
a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates  ▼

**6**

a

See instructions
before completing
this space

b  Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed  ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                        Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Larry W McFarland  Keats McFarland & Wilson LLP
9720 Wilshire Boulevard  Penthouse Suite
Beverly Hills  California  90212

b

Area code and daytime telephone number   ( 310 ) 248 3830                    Fax number   ( 310 ) 860 0363
Email  lmcfarland@kmwlaw com

**CERTIFICATION**  I  the undersigned  hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment  Inc
Name of author or other copyright claimant  or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Larry W  McFarland                                        Date  December 16  2003

Handwritten signature (X) ▼
X  [signature]

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Larry W  McFarland   Keats McFarland & Wilson LLP
Number/Street/Apt ▼
9720 Wilshire Boulevard  Penthouse Suite
City/State/ZIP ▼
Beverly Hills  California  90212

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

Rev  June 2002—39 000    Web Rev  June 2002    ♻ Printed on recycled paper                    U S Government Printing Office  2000 461 113/20 021

M 0110190

EX 513-0003

VA 1-218-489



BRATZ
(story board)

**EXHIBIT** Q

**PAGE** 395

M 0110191



8/1996

EXHIBIT _a_

PAGE _396_

M 0110192

EX 513-0005

# EXHIBIT R

C F W r

149003973

to change.
ight Office
e the Copy-

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–340–165**

EFFECTIVE DATE OF REGISTRATION

**JAN 2 5 2006**

Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
Title of This Work ▼

BRATZ PASSION 4 FASHION PACKAGING STYLE GUIDE FALL 2006

NATURE OF THIS WORK ▼ See Instructions

Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼
MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     { Domiciled in USA

Was This Author's Contribution to the Work
Anonymous?        ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☑ 2-Dimensional artwork        ☐ Photograph     ☑ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?        ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed   2005
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month October   Day 31   Year 2005
United States of America   Nation

**4**
See Instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

APPLICATION RECEIVED
JAN 2 5 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 2 5 2006

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT R
PAGE 397

Δ π EXHIBIT 567
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

M 0110231

EX 567-0001



| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491,
VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New artwork and text

**6**

a
See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

MGA ENTERTAINMENT, INC.          DA 92613

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Area code and daytime telephone number   ( 818 ) 894-2525          Fax number   ( 818 ) 895-0771

Email

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  MGA Entertainment, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) A

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SAM KHARE          Date  1/23/06

Handwritten signature (X) ▼
x

**8**

**CERTIFICATION**

| Certificate will be mailed in window envelope to this address: | Name ▼ IP Department, MGA ENTERAINMENT, INC. |
|---|---|
| | Number/Street/Apt ▼ 16380 Roscoe Boulevard |
| | City/State/ZIP ▼ Van Nuys, CA 91406 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊕ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029

EXHIBIT R
PAGE 398

567-2
M 0110232

EX 567-0002

# EXHIBIT S

**149003995**

C... ...to change.
Fo... ...ght Office
w... ...e the Copy-
ri...

**Form VA**

VA 1-340-167

EFFECTIVE DATE OF REGISTRATION

JAN 2 5 2006
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
Title of This Work ▼
BRATZ ROCK ANGELZ PACKAGING STYLE GUIDE FALL 2005

NATURE OF THIS WORK ▼ See Instructions
Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
NAME OF AUTHOR ▼
a  MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in  USA

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☑ 2-Dimensional artwork      ☐ Photograph     ☑ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

b  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**
a  Year in Which Creation of This Work Was Completed
   2005
   This information must be given in all cases.

b  Date and Nation of First Publication of This Particular Work
   Complete this information ONLY if this work has been published.
   Month  JANUARY   Day  19   Year  2005
   United States of America    Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MGA ENTERTAINMENT, INC.
16300 Roscoe Boulevard, Van Nuys, CA 91406

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED  JAN 2 5 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED  JAN 2 5 2006
FUNDS RECEIVED

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT  5

PAGE  399

Δ π EXHIBIT  568
Deponent  Armstrong
Date  8/1/07  Rptr.  AC
WWW.DEPOBOOK.COM



M 0110233

EX 568-0001

|  | EXAMINED BY *DB* | FORM VA |
|---|---|---|
|  | CHECKED BY | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

**a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New artwork and text

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

MGA ENTERTAINMENT, INC.                 DA 92613

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

**b**

Area code and daytime telephone number  ( 818 ) 894-2525         Fax number  ( 818 ) 895-0771
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

**8**

check only one ▶ { ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   MGA Entertainment, Inc.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SAM KHARE                                           Date  1/23/06

Handwritten signature (X) ▼
X  *Sam Khare*

**CERTIFICATION** Certificate will be mailed in window envelope to this address:

Name ▼
IP Department, MGA ENTERTAINMENT, INC.

Number/Street/Apt ▼
16380 Roscoe Boulevard

City/State/ZIP ▼
Van Nuys, CA 91406

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rec August 2003—30,000   Web Rev. June 2002  ☺ Printed on recycled paper         U.S. Government Printing Office: 2003-496-605/80,028

EXHIBIT *5*
PAGE *400*

568-2

M 0110234

EX 568-0002

# EXHIBIT T

Form VA
For a Work of the Visual Arts

VA 1-340-168

EFFECTIVE DATE OF REGISTRATION

JAN 2 5 2006

Month         Day         Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** Title of This Work ▼

BRATZ GENIE MAGIC STYLE GUIDE

NATURE OF THIS WORK ▼ See Instructions

Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2** NAME OF AUTHOR ▼

**a** MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in   USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?  ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☒ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Name of Author ▼

**b**

Dates of Birth and Death
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3** Year in Which Creation of This Work Was Completed
**a** 2005
This information must be given in all cases.
Year in all cases.

Date and Nation of First Publication of This Particular Work
**b** Complete this information Month March   Day 30   Year 2005
ONLY if this work has been published.   United States of America   Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 2 5 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 2 5 2006
FUNDS RECEIVED

**MORE ON BACK** ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages



EXHIBIT I
PAGE 401



Δ π EXHIBIT 569
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

M 0110235

EX 569-0001

| EXAMINED BY | *RB* | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

**6**

**a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New artwork and text

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

MGA ENTERTAINMENT, INC.    DA 92613

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

**b**

Area code and daytime telephone number  ( 818 ) 894-2525    Fax number  ( 818 ) 895-0771

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  MGA Entertainment, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SAM KHARE    Date  1/23/06

Handwritten signature (X) ▼
x  *[signature]*

| Certificate will be mailed in window envelope to this address: | Name ▼ IP Department, MGA ENTERAINMENT, INC. |
|---|---|
| | Number/Street/Apt ▼ 16380 Roscoe Boulevard |
| | City/State/ZIP ▼ Van Nuys, CA 91406 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000  Web Rev: June 2002  ⊕ Printed on recycled paper    U.S. Government Printing Office: 2003-496-605/60,029

EXHIBIT I
PAGE 402

569-2
M 0110236

EX 569-0002

**EXHIBIT U**

149003940

Copy...
For...
web...
right

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–340–169**

EFFECTIVE DATE OF REGISTRATION

**JAN 2 5 2006**

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼

BRATZ GENIE MAGIC PACKAGING STYLE GUIDE SPRING 2006

NATURE OF THIS WORK ▼ See Instructions

Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**  NAME OF AUTHOR ▼

MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in ____ USA

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☑ 2-Dimensional artwork      ☐ Photograph       ☑ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

---

**3**

**a**  Year in Which Creation of This Work Was Completed
2005
This information must be given
Year in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information
ONLY if this work
has been published.
Month May  Day 18  Year 2005
United States of America                    Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 2 5 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 2 5 2006
FUNDS RECEIVED

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ Pages

EXHIBIT J
PAGE 403



Δ π EXHIBIT 570
Deponent Armstrong
Date 8/1/07 Rptr. PC
WWW.DEPOBOOK.COM

M 0110237

EX 570-0001

| EXAMINED BY | DB | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE  Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New artwork and text

**6**
a
See instructions before completing this space.
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼
MGA ENTERTAINMENT, INC.          DA 92613

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Area code and daytime telephone number  ( 818 ) 894-2525          Fax number  ( 818 ) 895-0771
Email

**7**
a
b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of MGA Entertainment, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SAM KHARE          Date 1/23/06

Handwritten signature (X) ▼
x

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼  IP Department, MGA ENTERAINMENT, INC. |
| | Number/Street/Apt ▼  16380 Roscoe Boulevard |
| | City/State/ZIP ▼  Van Nuys, CA 91406 |

**9**

*17 U.S.C. § 506(a): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ☼ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029

EXHIBIT U
PAGE 404

57D- 2

M 0110238

EX 570-0002

# EXHIBIT V

Copy̶      ̶change.
For ̶                    ̶t Office
web̶                     ̶e Copy-
right

**149003984**

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG   **VA 1-340-170**

EFFECTIVE DATE OF REGISTRATION

**JAN 25 2006**

Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼                                    NATURE OF THIS WORK ▼ See Instructions

BRATZ PASSION 4 FASHION STYLE GUIDE          Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

NAME OF AUTHOR ▼                                       DATES OF BIRTH AND DEATH
                                                       Year Born ▼        Year Died ▼

**a** MGA ENTERTAINMENT, INC.

Was this contribution to the work a       Author's Nationality or Domicile       Was This Author's Contribution to the Work
"work made for hire"?                     Name of Country                        If the answer to either
☒ Yes                            OR {    Citizen of _____                    Anonymous?     ☐ Yes ☐ No    of these questions is
☐ No                                     Domiciled in   USA                     Pseudonymous?  ☐ Yes ☐ No    "Yes," see detailed
                                                                                                             instructions.

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

Nature of Authorship Check appropriate box(es).See Instructions
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☒ 2-Dimensional artwork      ☐ Photograph    ☒ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

Name of Author ▼                                      Dates of Birth and Death
                                                      Year Born ▼        Year Died ▼
**b**

Was this contribution to the work a       Author's Nationality or Domicile       Was This Author's Contribution to the Work
"work made for hire"?                     Name of Country                        If the answer to either
☐ Yes                            OR {    Citizen of _____                    Anonymous?     ☐ Yes ☐ No    of these questions is
☐ No                                     Domiciled in _____                  Pseudonymous?  ☐ Yes ☐ No    "Yes," see detailed
                                                                                                             instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was
Completed                                 **b** Date and Nation of First Publication of This Particular Work
                                              Complete this information Month  August   Day  29   Year  2005
       2005              This information      ONLY if this work
                        must be given          has been published.   United States of America                Nation
                        Year in all cases.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

See instructions
before completing
this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**JAN 25 2006**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**JAN 25 2006**
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXHIBIT ___

PAGE 405

Δ π EXHIBIT 571
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

M 0110239

EX 571-0001

| EXAMINED BY *DB* | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New artwork and text

**6**
a
b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼     Account Number ▼

MGA ENTERTAINMENT, INC.     DA 92613

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Area code and daytime telephone number ( 818 ) 894-2525     Fax number ( 818 ) 895-0771

Email

**7**
a
b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☒ authorized agent of MGA Entertainment, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SAM KHARE     Date 1/23/06

Handwritten signature (X) ▼

X *Sam Khare*

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ IP Department, MGA ENTERAINMENT, INC. |
|---|---|
| | Number/Street/Apt ▼ 16380 Roscoe Boulevard |
| | City/State/ZIP ▼ Van Nuys, CA 91406 |

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⬧ Printed on recycled paper     U.S. Government Printing Office: 2003-494-895/60,029

EXHIBIT ✓
PAGE 406

571-2

M 0110240

EX 571-0002

**EXHIBIT W**

Copyright ... ge.
For curr ... ce
website a ...
right Offic ... y-



147900013

© **Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–334–487**

EFFECTIVE DATE OF REGISTRATION

Feb 1 2006

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼

BRATZ CAMPFIRE PACKAGING STYLE GUIDE HOLIDAY 2005

NATURE OF THIS WORK ▼ See Instructions

Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in  USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of the work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☑ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2005    This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month March   Day 31   Year 2005
United States of America    Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space

APPLICATION RECEIVED
FEB 01 2006

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 01 2006

FUNDS RECEIVED

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXHIBIT ω
PAGE 407



Δπ EXHIBIT 572
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

M 0110227

EX 572-0001

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**     **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**6**

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

a   See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New artwork and text

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**     **Account Number ▼**

**7**

MGA ENTERTAINMENT, INC.     DA 92613

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

b

Area code and daytime telephone number ( 818 ) 894-2525     Fax number ( 818 ) 895-0771
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

**8**

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of MGA Entertainment, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SAM KHARE     Date 1/31/06

Handwritten signature (X) ▼
X Sam Khare

Certificate will be mailed in window envelope to this address:

**9**

**Name ▼**
IP Department, MGA ENTERTAINMENT, INC.
**Number/Street/Apt ▼**
16380 Roscoe Boulevard
**City/State/ZIP ▼**
Van Nuys, CA 91406

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—30,000   Web Rev. June 2002   ⊛ Printed on recycled paper     U.S. Government Printing Office: 2003-494-605/60,029

EXHIBIT ☑

PAGE 408

572-2

M 0110228

EX 572-0002

# EXHIBIT X

Copyright
For curre
website m
right Offi





**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1–334–488

EFFECTIVE DATE OF REGISTRATION

Feb 1 2006
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼
BRATZ OOH LA LA PACKAGING STYLE GUIDE HOLIDAY 2005

NATURE OF THIS WORK ▼ See instructions
Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NAME OF AUTHOR ▼
a   MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
Domiciled in   USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☑ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes   ☑ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☑ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Name of Author ▼
b

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes   ☐ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

a   Year in Which Creation of This Work Was Completed
2005
This information must be given in all cases.

b   Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month   February   Day   18   Year   2005
United States of America   Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 01 2006
ONE DEPOSIT RECEIVED
FEB 01 2006
TWO DEPOSITS RECEIVED
FEB 01 2006
FUNDS RECEIVED

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2   pages



Δ π EXHIBIT 573
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

M 0110229

EX 573-0001

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New artwork and text

**6**

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

MGA ENTERTAINMENT, INC.                    DA 92613

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Area code and daytime telephone number   ( 818 ) 894-2525        Fax number   ( 818 ) 895-0771

Email

**7**

a

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶   ☐ author
                    ☐ other copyright claimant
                    ☐ owner of exclusive right(s)
                    ☑ authorized agent of  MGA Entertainment, Inc.
                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SAM KHARE                                   Date  1/31/06

Handwritten signature (X) ▼
X

**8**

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼ IP Department, MGA ENTERTAINMENT, INC. | |
|---|---|---|
| | Number/Street/Apt ▼ 16380 Roscoe Boulevard | |
| | City/State/ZIP ▼ Van Nuys, CA 91406 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—50,000   Web Rev: June 2002   ⊕ Printed on recycled paper        U.S. Government Printing Office: 2003-494-605/60,029

EXHIBIT  X

PAGE  410

573-2

M 0110230

EX 573-0002

**EXHIBIT Y**

Copyright Off—
For curr
website
right Off

139092638

ge
ice
by

© **Form VA**
For a Work of the Visual Arts

VA 1–233–273

EFFECTIVE DATE OF REGISTRATION

MAR 0 1 2004

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼

BRATZ Purse Style Guide

NATURE OF THIS WORK ▼ See instructions

Text Illustrations

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see Instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**a** NAME OF AUTHOR ▼

MGA Entertainment Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in USA

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is Yes see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture
☒ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☒ Text
☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture
☐ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2002  ◄ This information must be given in all cases   Year

**b** Date and Nation of First Publication of This Particular Work at least as early as
Complete this information ONLY if this work has been published   Month October   Day 14   Year 2002
United States of America   Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc
16730 Schoenborn Street North Hills California 91343

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
MAR – 1 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR – 1 2004

FUNDS RECEIVED

MORE ON BACK ► Complete all applicable spaces (numbers 5 11) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ____



Δ π EXHIBIT 574
Deponent Armstrong
Date 8/1/07  Rptr. AC
WWW.DEPOBOOK.COM

M 0110205

EXHIBIT 4
PAGE 411

EX 574-0001

EXAMINED BY [signature]    FORM VA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Preexisting artwork including Reg Nos VA 1 218-487 VA 1 218 488 VA 1 218 489 VA 1 218-490 VA 1 218 491 VA 1 090 287 VA 1 090 288 VA 1 090 289 and VA 1 090 290 and other prior character artwork

b Material Added to This Work Give a brief general statement of the material that has been added to the work and in which copyright is claimed ▼

New illustrations and text

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

b

Larry W McFarland Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills California 90212

Area code and daytime telephone number  ( 310 ) 248 3830    Fax number  ( 310 ) 860 0363

Email  lmcfarland@knxwlaw com

**CERTIFICATION*** I the undersigned hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment Inc
   Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Larry W McFarland    Date February 27 2004

Handwritten signature (X) ▼

X [signature] Larry W McFarland

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Larry W McFarland Keats McFarland & Wilson LLP

Number/Street/Apt ▼
9720 Wilshire Boulevard Penthouse Suite

City/State/ZIP ▼
Beverly Hills California 90212

YOU MUST
Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue S E
Wash ington D C 20559-6000

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev August 2003—30 000   Web Rev July ☐ 2002   ⊖ Printed on recycled paper    U S Government Printing Office 2003-486 605/80 029

574-2

M 0110206

EXHIBIT 4

PAGE 412

EX 574-0002