# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL - *(PHASE B)*

| | | | |
|---|---|---|---|
| Case No. | CV 04-09049 SGL (RNBx) | Date | August 20, 2008 |
| Title: | MATTEL, INC., v. MGA ENTERTAINMENT, INC., | | |

**Present: The Honorable** STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza (A.M.)<br>Mark Schweitzer (P.M.) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn<br>William Price<br>Michael T. Zeller<br>Dylan Proctor<br>John D. Corey | Thomas J. Nolan<br>Lauren E. Aguiar<br>Raoul Kennedy<br>Carl A. Roth |

_____ Day Court Trial    37th (Phase B)    Day Jury Trial

_____ One day trial: _____ Begun (1ˢᵗ day); _____ Held & Continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

_____ Witnesses called, sworn and _____ Exhibits _____ Exhibits admitted.

_____ Plaintiff(s) rest. _____ Defendant(s) rest.

_____ Closing arguments made by _____ plaintiff(s) _____ defendant(s). _____ Court instructs jury.

_____ Bailiff(s) sworn. _____ Jury retires to deliberate. _____ Jury resumes deliberations.

_____ Jury Verdict in favor of _____ plaintiff(s) _____ defendant(s) is read and filed.

_____ Jury polled. _____ Polling waived.

_____ Filed Witness & Exhibit Lists _____ Filed jury notes. _____ Filed jury instructions.

_____ Case submitted. _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

✔ Case continued 8/21/08, 12:00 noon for jury deliberations.

_____ Other:

5/40    :    _____

Initials of Deputy Clerk    jh

cc: