UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL** - *(PHASE B)* - **AMENDED TRIAL MINUTES**

| | |
|---|---|
| Case No. | CV 04-09049 SGL (RNBx) |
| Title: | MATTEL, INC., v. MGA ENTERTAINMENT, INC., |
| Date | August 20, 2008 |

Present: The Honorable  STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza (A.M.) / Mark Schweitzer (P.M.) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn<br>William Price<br>Michael T. Zeller<br>Dylan Proctor<br>John D. Corey | Thomas J. Nolan<br>Lauren E. Aguiar<br>Raoul Kennedy<br>Carl A. Roth |

___ Day Court Trial    37th (Phase B) Day Jury Trial

___ One day trial:  ___ Begun (1st day);  ___ Held & Continued;  ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.  ___ Exhibits  ___ Exhibits admitted.
___ Plaintiff(s) rest.  ___ Defendant(s) rest.
✔ **Closing arguments made by**  ✔ plaintiff(s)  ✔ defendant(s).  ✔ **Court instructs jury.**
✔ Bailiff(s) sworn.  ___ Jury retires to deliberate.  ___ Jury resumes deliberations.
___ Jury Verdict in favor of  ___ plaintiff(s)  ___ defendant(s) is read and filed.
___ Jury polled.  ___ Polling waived.
___ Filed Witness & Exhibit Lists  ___ Filed jury notes.  ✔ **Filed jury instructions re: Phase B**
___ Case submitted.  ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is ___ granted.  ___ denied.  ___ submitted.
___ Motion for mistrial by _____ is ___ granted.  ___ denied.  ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted.  ___ denied.  ___ submitted.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
✔ Case continued  **8/21/08, 12:00 noon**  **for jury panel to report for commencement of deliberations.**
✔ Other:  **A bench conference is scheduled with Counsel for 8:30 am, regarding trial exhibits.**

5/40 : _____
Initials of Deputy Clerk  jh

cc: