UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL** - *(PHASE B)*

| | |
|---|---|
| Case No. | CV 04-09049 SGL (RNBx) |
| Title: | MATTEL, INC., v. MGA ENTERTAINMENT, INC., |
| Date | August 21, 2008 |

Present: The Honorable   STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza (A.M.) / Mark Schweitzer (P.M.) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

Attorneys Present for Plaintiff(s):
John B. Quinn
Michael T. Zeller
John D. Corey

Attorneys Present for Defendants:
Thomas J. Nolan
Lauren E. Aguiar
Carl A. Roth

_____ Day Court Trial    38th (Phase B) Day Jury Trial

____ One day trial:    ____ Begun (1st day);    ____ Held & Continued;    ____ Completed by jury verdict/submitted to court.
____ The Jury is impaneled and sworn.
____ Opening statements made by _____
____ Witnesses called, sworn and testified.    ____ Exhibits    ____ Exhibits admitted.
____ Plaintiff(s) rest.    ____ Defendant(s) rest.
____ Closing arguments made by    ____ plaintiff(s)    ____ defendant(s).    ____ Court instructs jury.
____ Bailiff(s) sworn.    ✓ Jury retires to deliberate.    ____ Jury resumes deliberations.
____ Jury Verdict in favor of    ____ plaintiff(s)    ____ defendant(s) is read and filed.
____ Jury polled.    ____ Polling waived.
____ Filed Witness & Exhibit Lists    ✓ Filed jury notes.    ____ Filed jury instructions.
____ Case submitted.    ____ Briefs to be filed by _____
____ Motion to dismiss by _____ is    ____ granted.    ____ denied.    ____ submitted.
____ Motion for mistrial by _____ is    ____ granted.    ____ denied.    ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is    ____ granted.    ____ denied.    ____ submitted.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✓ Counsel stipulate to the exhibits for Phase B;   Parties' admitted Exhibit list labeled Phase 1A and 1B will be filed/entered.
____ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued   8/22/08,    the schedule for continued deliberations is 9am to 4pm.
✓ Other:   Court confers with counsel on Jury Note Nos. #1 and #2

                                                             ___/20 : ___
                                          Initials of Deputy Clerk   jh

cc: