QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-09049 SGL (RNBx)<br><br>Judge:   Hon. Stephen G. Larson<br><br>MATTEL INC.'S CLARIFICATION OF ITS RESPONSE TO JURY NOTE NO. 4<br><br>**Phase 1B:**<br><br>Trial Date:   July 23, 2008 |

07209/2615135.1

MATTEL INC.'S CLARIFICATION OF ITS PRIOR RESPONSE TO JURY NOTE NO. 4

1  Out of abundance of caution, Mattel wishes to clarify its prior oral response to
2  Jury Note No. 4.  On August 22, 2008, the jury submitted a note "Can we find that
3  the first generation dolls violate the copyright of Mattel, but that subsequent
4  generations of dolls do not violate the copyright?"  Mattel's counsel stated on the
5  record that such a finding is possible.

6  Mattel has not changed its consistent position that, as a matter of law, later
7  waves of Bratz dolls infringe the drawings owned by Mattel.  Mattel's oral response
8  to the Jury Note No. 4 addressed *only* whether the jury may issue a verdict finding,
9  as a factual matter, that the later waves of the dolls do not infringe.  There is,
10 however, a crucial distinction between what the jury may find and what a reasonable
11 jury must find as a matter of law.

12 As Mattel explained in its JMOL motion [Dockt. No. 4265], *as a matter of*
13 *law*, no reasonable jury could find that the later waves of Bratz dolls are not
14 substantially similar to the drawings owned by Mattel.  Virtually every element that
15 the Court held to be protectable as a matter of law is visually consistent in later
16 waves of Bratz dolls.  *Id*., at 8:12-10:18.  Further, having sued for infringement of
17 the drawings that the jury determined Mattel owns, MGA is estopped from
18 contesting substantial similarity.  *Id*., at 6:12-8:11.  Therefore, if the first wave of
19 the Bratz dolls infringes Mattel's copyrights, then so must the later waves.

20 Accordingly, if the jury finds, *as a factual matter*, that only the first wave of
21 Bratz dolls infringes, then, for the reasons set forth in Mattel's JMOL motion, such a
22 verdict would be contrary to the overwhelming weight of the evidence and
23 erroneous as a matter of law.

24 DATED: August 25, 2008    QUINN EMANUEL URQUHART OLIVER &
                             HEDGES, LLP

          By /s/
             John B. Quinn
             Attorneys for Mattel, Inc.

07209/2615135.1

MATTEL INC.'S CLARIFICATION OF ITS PRIOR RESPONSE TO JURY NOTE NO. 4