# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL - *(PHASE 1B)*

| | | | |
|---|---|---|---|
| Case No. | CV 04-09049 SGL (RNBx) | Date | August 22, 2008 |
| Title: | MATTEL, INC., v. MGA ENTERTAINMENT, INC., | | |

Present: The Honorable     STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza (A.M.) Mark Schweitzer (P.M.) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| William C. Price Michael T. Zeller Dylan Proctor | Raoul D. Kennedy Carl A. Roth |

_____ Day Court Trial     39th (Phase 1B)     _____ Day Jury Trial

_____ One day trial:     _____ Begun (1st day);     _____ Held & Continued;     _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

_____ Witnesses called, sworn and testified.     _____ Exhibits identified.     _____ Exhibits admitted.

_____ Plaintiff(s) rest.     _____ Defendant(s) rest.

_____ Closing arguments made by     _____ plaintiff(s).     _____ defendant(s).     _____ Court instructs jury.

_____ Bailiff(s) sworn.     _____ Jury retires to deliberate.     ✔ Jury resumes deliberations.

_____ Jury Verdict in favor of     _____ plaintiff(s)     _____ defendant(s) is read and filed.

_____ Jury polled.     _____ Polling waived.

_____ Filed Witness & Exhibit Lists     _____ Filed jury notes.     _____ Filed jury instructions.

_____ Case submitted.     _____ Briefs to be filed by _____

_____ Motion to dismiss by _____     is _____ granted.     _____ denied.     _____ submitted.

_____ Motion for mistrial by _____     is _____ granted.     _____ denied.     _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____     is _____ granted.     _____ denied.     _____ submitted.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Trial subpoenaed documents returned to subpoenaing party.

✔ Case continued to     8/26/08,     the schedule for continued deliberations is 9am to 4pm.

✔ Other:     Court confers with counsel on Jury Note Nos. #4 and #5

/21     :     _____

Initials of Deputy Clerk     jh

cc: