UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL -** *(PHASE 1B)*

| | |
|---|---|
| Case No. | CV 04-09049 SGL (RNBx) |
| Title: | MATTEL, INC., v. MGA ENTERTAINMENT, INC., |
| Date | August 26, 2008 |

Present: The Honorable   STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| William C. Price | Thomas J. Nolan |
| Michael T. Zeller | Lauren E. Aguiar |
| John D. Corey | Carl A. Roth |

_____ Day Court Trial   40th (Phase 1B) Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   _____ Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
_____ Witnesses called, sworn and testified.   _____ Exhibits identified.   _____ Exhibits admitted.
_____ Plaintiff(s) rest.   _____ Defendant(s) rest.
_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.
_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   ✔ Jury resumes deliberations.
✔ **Jury Verdict Read and Filed (See Separately Issued Verdict Form)**
✔ Jury polled.   _____ Polling waived.
✔ Filed Witness & Exhibit Lists   ✔ Filed jury notes.   _____ Filed jury instructions.
_____ Case submitted.   _____ Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted.   _____ denied.   _____ submitted.
_____ Motion for mistrial by _____ is _____ granted.   _____ denied.   _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.   _____ denied.   _____ submitted.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✔ Filed Receipt for Release of Exhibits.
_____ Trial subpoenaed documents returned to subpoenaing party.
✔ Case continued to   8/27/08, at 8:30 a.m.   the bench conference with counsel regarding outstanding trial issues.
✔ Other:   All 9 Jurors thanked and discharged.

              /30       :
Initials of Deputy Clerk   jh

cc: