NAME & ADDRESS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., | CASE NUMBER: CV 04-09049 SGL (RNBx) |
|---|---|
| PLAINTIFF(S), | Re: IA Trial Proceedings |
| v.<br>MGA ENTERTAINMENT, INC.,<br>DEFENDANT(S). | RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the joint _____ exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):

00396, 00743, 01130, 01140, 01195RS, 01234, 01286, 01313, 01703, 04228, 04417, 04623, 10175, 10189, 11210, 11259, 11301, 11567, 11665, 11669, 12079, 13564, 13586, 13627, 13684A, 15229A, 15230, 15231, 15232, 15708, 16543, 17289, 17378, 17818, 18281, 18467, 18480, 18486, 18512, 18513, 18548, 18555,

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

8/5/08
Date

Counsel for: ☒ Plaintiff ☐ Defendant ☐ _____

_____
Signature                                    Telephone Number

8/5/08
Date

Counsel for: ☐ Plaintiff ☒ Defendant ☐ _____

Jonathan D. Usher
Signature                                    Telephone Number

========================================================================
I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

Clerk, U. S. District Court

AUG 27 2008
Date

By _____
Deputy Clerk

cc: Judge   Exhibits Custodian   Counsel Signing Document

G-38 (06/98)   RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL