UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC.,<br><br>    Plaintiff(s),<br>v.<br><br>MGA ENTERTAINMENT, INC.,<br><br>    Defendant(s). | CASE NUMBER<br><br>CV 04-09049-SGL(RNBx)<br><br>RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL<br>RE: PHASE 1B |
|---|---|

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the *(check one)*:

☐ plaintiff's    ☐ defendant's    ☑ joint

exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):

_____

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

Dated: August 26, 2008

*[signature]*
Signature of Counsel for: ☑ Plaintiff ☐ Defendant ☐ _____

William C. Price    (213) 443-3156
Print Name           Telephone Number

Dated: August 26, 2008

*[signature]*
Signature of Counsel for: ☐ Plaintiff ☑ Defendant ☐ _____

Lauren Aguiar    (917) 741-0483
Print Name           Telephone Number

I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

CLERK, U. S. DISTRICT COURT

Dated: AUG 27 2008

By   Jim Holmes, Courtroom Deputy Clerk

cc: Judge
  Exhibits Custodian
  Counsel Signing Document

G-38 (6/98)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL