1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  LAUREN AGUIAR (*Admitted Pro Hac Vice*)
   (laguiar@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
4  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5
6  Attorneys for MGA PARTIES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059<br>and Case No. 05-2727<br><br>**MGA PARTIES' PROPOSED SCHEDULING DATES** |

Pursuant to the Court's request at the August 27, 2008 conference, the MGA Parties hereby submit the following proposed schedule.

| Stage 1 | |
|---|---|
| Through September 19, 2008 | Period for settlement discussions and meetings with Ambassador Prosper |
| September 19, 2008 | Report to Court on settlement status, and submission of proposals for new Discovery Magistrate |
| **Stage 2** | |
| September 29, 2008 | Opening briefs and submissions regarding remaining claims and defenses for Phase 1(c) |
| October 13, 2008 | Response briefs and submissions |
| October 20, 2008 | Reply briefs and submissions |
| October 27, 2008 (or other date TBD by Court) | Hearing on 1(c) issues |
| **Stage 3** | |
| 10 days following Court's ruling on Phase 1(c) issues and issuance of a judgment | Opening briefs for JMOLs, new trial and/or remittitur |
| 14 days following opening briefs | Response briefs |
| 7 days following response briefs | Reply briefs |
| TBD by Court | Hearing on JMOLs, new trial and/or remittitur |
| **Stage 4** | |
| 10 days following Court's ruling on JMOLs, new trial and/or remittitur | Opening briefs for injunction, constructive trust and/or other remedial measures |
| 14 days following opening briefs | Response briefs |
| 7 days following response briefs | Reply briefs |
| TBD by Court | Hearing on injunction, constructive trust and/or other remedial measures |
| **Stage 5** | |
| 2 weeks after Court's ruling on injunction, constructive trust | Lifting of stay on Phase 2, after the appointment of new Discovery Magistrate |

| | |
|---|---|
| and/or other remedial measures | |

DATED: August 28, 2008

Respectfully submitted,

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP

By: _____
Thomas J. Nolan
Attorneys for the MGA Parties