QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>MATTEL, INC.'S SUBMISSION REGARDING THE COURT'S PROPOSED SCHEDULE |

Pursuant to the Court's directive at the August 27, 2008 Status Conference, Mattel, Inc. hereby submits its proposed dates for the Court's phasing of remaining activities in these consolidated cases.[1]  All briefing would proceed consistent with the <u>Local Rules</u>, unless the Court orders otherwise.  Mattel respectfully requests that the parties be permitted to file motions five calendar days after a meeting of counsel, rather than the 20 days required by <u>Local Rule</u> 7-3.  The Court is currently available on the hearing dates listed below.

| **Phase** | **Begin Date** | **End Date/Hearing** |
|---|---|---|
| Settlement Stay | August 26, 2008 | September 12, 2008 |
| Finish Phase 1 Trial | September 12, 2008 | October 6th, 2008 (hearing) |
| Post-Trial Motions | October 13, 2008 | November 3, 2008 (hearing) |
| Remedial Motions | November 10, 2008 | December 1, 2008 (hearing) |
| Phase 2 Stay Lifted | December 8, 2008 | |

DATED:  August 29, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
   Michael T. Zeller
   Attorneys for Mattel, Inc.

---

[1] As the Court is aware, Mattel does not agree that remedial motions should be heard in this order -- indeed, they are part of and should be heard as part of the remainder of phase 1 trial -- or that all phase 2 discovery should be stayed yet further.  Mattel will file a submission on these subjects separately.