1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
12 | Plaintiff, | Consolidated with Case No. CV 04-09059
13 | vs. | Case No. CV 05-02727
14 | MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson
15 | Defendant. | DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S REQUEST FOR MODIFICATION TO PROPOSED SCHEDULE
16 |  |
17 | AND CONSOLIDATED ACTIONS |
18 |  | **Phase 1:**
    |  | Trial Date:            May 27, 2008

07209/2621132.1

DECLARATION OF B. DYLAN PROCTOR

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge and/or on information and belief, and if called and sworn as a witness, I could and would testify competently thereto.

2. Mattel first served a notice of deposition for Carlos Gustavo Machado Gomez in June 2007. On September 4, 2007, Machado's counsel agreed that October 26, 2007 was an acceptable date for Machado's deposition. The MGA parties also later agreed to this date, and Mattel re-noticed the deposition for that date. However, Machado then cancelled that deposition, and did not offer any alternative dates.

3. On August 10, 2007, Mattel served Jorge Castilla with a deposition subpoena. After MGA contested Mattel's right to take such discovery, Mattel brought a motion to compel additional discovery. The Court granted this motion on January 7, 2008, specifically granting Mattel leave to depose Castilla. On January 15, 2008, Mattel served Mr. Castilla with a second deposition subpoena, pursuant to the Court's Order. Thereafter, counsel for Mattel and Castilla stipulated to a date in February on which Mr. Castilla was to be deposed.

4. On February 4, 2008, the Court ordered all discovery related to Phase 2 stayed. Neither of these depositions has taken place.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 29, 2008, at Los Angeles, California.

/s/
B. Dylan Proctor

07209/2621132.1

-1-   Case No. CV 04-9049 SGL (RNBx)

DECLARATION OF B. DYLAN PROCTOR