| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
| | (tnolan@skadden.com) |
| 2 | LAUREN E. AGUIAR (*Admitted Pro Hac Vice*) |
| | (laguiar@skadden.com) |
| 3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Avenue |
| 4 | Los Angeles, California 90071-3144 |
| | Telephone: (213) 687-5000 |
| 5 | Facsimile: (213) 687-5600 |
| 6 | Attorneys for The MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | DECLARATION OF THOMAS J. NOLAN IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S REQUEST TO RECALL THE JURY |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | |

Declaration of Thomas J. Nolan in Support of MGA Parties' Opposition To Mattel's Request to Recall the Jury
Case No. CV 04-9049 SGL (RNBx)

I, Thomas J. Nolan, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") in the above-captioned matter. I submit this Declaration in Support of MGA Parties' Opposition To Mattel's Request to Recall the Jury. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. With this Court's permission, representatives of both sides in this litigation had discussions with several of the jurors regarding the case after the verdict was read and the jury discharged. These discussions occurred outside of the courtroom used to hold the Bratz products entered into evidence and immediately outside of the jury room where the jury deliberated in this case. I, along with certain of my partners at Skadden Arps, my client and members of his family spoke with several of the jurors about all aspects of the trial as well as the jurors' deliberative process. I also observed Mattel's counsel, William Price and Jon Corey and in house Mattel counsel, Michael Moore, also speaking with several of the jurors. My partner, Lauren Aguiar, and my client observed Mr. Corey hand juror Number 7 his business card and suggest she should call him if she wanted to talk.

3. On the morning of Thursday, August 28, 2008, I received a telephone call from Juror No. 4. He called to inform me that he and he believed other jurors had received an invitation from Mattel's counsel John Quinn to attend a dinner at Mario's Place Italian Restaurant in Riverside on Tuesday, September 2 or Wednesday, September 3 as a thank you for their service and to discuss the trial with them.

/
/
/
/

1

Declaration of Thomas J. Nolan in Support of MGA Parties' Opposition To Mattel's Request to Recall the Jury
Case No. CV 04-9049 SGL (RNBx)

1 | I declare under penalty of perjury under the laws of the United States of America and the
2 | State of California that the foregoing is true and correct.
3 |     Executed on September 1, 2008 at Big Sky, Montana.

_Thomas J. Nolan_

2

Declaration of Thomas J. Nolan in Support of MGA Parties' Opposition To Mattel's Request to Recall the Jury
Case No. CV 04-9049 SGL (RNBx)