UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                    Date: August 28, 2008

Title:   MATTEL, INC. -v- MGA ENTERTAINMENT, INC., ISAAC LARIAN
===============================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                                     Theresa Lanza
    Courtroom Deputy Clerk                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                        None present

PROCEEDINGS:   HEARING RE: JUROR E-MAIL OF 8/28/08 - (AFTER RETURN OF VERDICT)

     The Court held a hearing with counsel regarding an e-mail sent the deputy clerk following the return of the verdict in Phase 1B and after the discharge of the jury panel.

     Counsel may e-file their respective responses to the e-mail by the end of the day August 29, 2008, for the court's consideration. The deputy clerk will file under seal the e-mail at issue.

     IT IS SO ORDERED.