UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                                Date: September 9, 2008

Title:         MATTEL, INC. v. MGA ENTERTAINMENT, INC., et al.,
                 AND CONSOLIDATED ACTIONS
=======================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

　　　　　Jim Holmes                                                     None Present
　　　　　Courtroom Deputy Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                        None Present

PROCEEDINGS:    ORDER RE CITATION TO AND E-FILING OF OVERSIZED TRANSCRIPT

　　　　The Court is informed by the Court Reporter that the transcript from Phase 1A and 1B of this action is more than 8,300 pages in length.  To conserve the resources that printing such an oversized transcript might entail, the Court, after consultation with the parties, instructs the parties as follows:

　　　　The parties shall, at their convenience, but no later than September 29, 2008, jointly lodge a laptop computer with the electronic version of the transcript, as well as the software to access it.  The laptop should be delivered to the Court's Deputy Clerk, James Holmes, or delivered to chambers staff.  The laptop will be returned to the party specified in the parties' Joint Notice of Lodging upon the Court's resolution of the motions referenced in the Court's September 2, 2008, minute Order.

　　　　Assuming the parties cite to the Phase 1A and 1B transcript in the motion, opposition, and reply papers referenced in the Court's minute Order of September 2, 2008, the parties shall e-file, jointly or separately, no later than the due date of the reply document, copies of the sessions of the transcript to which the parties cite.  This filing shall be e-filed as a separate docket entry captioned "Notice of Filing of Phase 1A and Phase 1B Transcripts in Support of and Opposition to [Titles of

Motions]."  The parties are instructed to refrain from delivering a paper courtesy copy of this filing to chambers.

Any sealed transcripts to which the parties cite shall be filed in accordance with the Court's under seal filing provisions.

**IT IS SO ORDERED.**