Jon D. Corey (Bar No. 185066)
Quinn Emanuel Urquhart Oliver & Hedges,
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant, an individual | CASE NUMBER: CV 04-9049 SGL(RNBx) |
|---|---|
| PLAINTIFF(S) v. | |
| Mattel, Inc. a Delaware corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Joint Notice of Lodging of Laptop with Livenote and Trial Transcripts for Phase 1A and 1B

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))
- [X] Other Joint Notice of Lodging

**Reason:**

- [ ] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [X] Manual Filing required (*reason*): Lodging of Laptop with Livenote and Trial Transcripts

September 11, 2008
Date

Jon D. Corey
Attorney Name

MATTEL, INC.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).