1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  LAUREN E. AGUIAR (Admitted Pro Hac Vice)
   (laguiar@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Ste. 3400, Los Angeles, CA 90071-3144
4  Tel.: (213) 687-5000 / Fax: (213) 687-5600

5  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
6  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Embarcadero Center, Suite 3800
7  San Francisco, CA 94111-5974
   Tel.: (415) 984-2698 / Fax: (415) 984-2626
8
   Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
9  MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

10 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
11 (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
12 (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
13 (joncorey@quinnemnauel.com)
   865 South Figueroa Street, 10th Floor
14 Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
15 Facsimile: (213) 443-3100

16 Attorneys for Mattel, Inc.

17                          UNITED STATES DISTRICT COURT
18                         CENTRAL DISTRICT OF CALIFORNIA
19                                   EASTERN DIVISION

| | |
|---|---|
| 20  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 21              Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 22       v. | Honorable Stephen G. Larson |
| 23  MATTEL, INC., a Delaware corporation, | JOINT NOTICE OF LODGING OF LAPTOP WITH LIVENOTE AND TRIAL TRANSCRIPTS FOR PHASE 1A AND 1B |
| 24              Defendant. | |
| 25  _____ | Trial Date: May 27, 2008 |
| 26  AND CONSOLIDATED ACTIONS. | Time:       9:00 a.m. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") and Mattel, Inc. ("Mattel") hereby lodge with the Court the following items:

1. Laptop containing LiveNote software and final trial transcripts from Phases 1A and 1B. The laptop will be returned to Mattel's counsel upon the Court's resolution of the motions referenced in the Court's September 2, 2008 Order;

2. Index of the trial transcripts in Phases 1A and 1B.

DATED: September 10, 2008         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Thomas J. Nolan
Attorneys for the MGA Parties

DATED: September 11, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
John B. Quinn
Attorneys for Mattel, Inc.