UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                      Date: September 23, 2008

Title:    MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
=======================================================================

PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

  Jim Holmes          None Present
  Courtroom Deputy Clerk      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

None Present           None Present

PROCEEDINGS:    ORDER RE PENDING MOTIONS AS REPORTED ON THE COURT'S DOCKET (IN CHAMBERS)

  A review of the Court's docket, which indicates over 4,200 filings in this case, reveals that hundreds of motions appear to be pending resolution by the Court that have in fact already been resolved.

  Currently pending before the Court are the parties' motions for judgment as a matter of law, docket #4078, #4080, # 4264, and #4265.  Other discovery motions have been reserved or withdrawn by the parties pending the reopening of Phase 2 discovery.

  In order to effectively docket, consider, and resolve any future motions that may be filed by the parties, the Court **ORDERS** that all pending motions, other than the above-referenced motions for judgment as a matter of law, and to the extent the Court has not already ruled upon those motions elsewhere in the record, be **DENIED WITHOUT PREJUDICE**.  The Clerk is instructed to make any docket adjustments necessary to reflect this Order.  This Order deals with mere internal housekeeping issues and is not meant to affect the substantive rights of any party.

  **IT IS SO ORDERED.**

MINUTES FORM 90                 Initials of Deputy Clerk: jh
CIVIL -- GEN           1