QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><hr>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>STIPULATION RE MOTION FOR PERMANENT INJUNCTION<br><br>[[Proposed] Order lodged concurrently]<br><br>**Phase 1(a):**<br>Trial Date:   May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date:   July 23, 2008 |

# STIPULATION

WHEREAS, Mattel, Inc. ("Mattel") intends to file a motion for permanent injunction on or about September 29, 2008, pursuant to the briefing schedule ordered by the Court;

WHEREAS, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd. (collectively, the "MGA Parties") intend to oppose Mattel's motion;

WHEREAS, the parties believe the complexity and importance of the issues that will be raised in these briefs justify relief from the Local Rules' limitation on the length of memoranda of points and authorities to 25 pages and the Court's Standing Order limiting the length of reply memoranda to 12 pages, because additional pages will be necessary to adequately present the parties' respective arguments;

NOW, THEREFORE, Mattel and the MGA Parties, by and through their counsel of record, hereby agree as follows, subject to the Court's approval:

1. The memorandum of points and authorities in support of Mattel's motion for permanent injunction may not exceed, but may include up to, 30 pages in length.

2. The memorandum of points and authorities in support of the MGA Parties' opposition to Mattel's motion for permanent injunction may not exceed, but may include up to, 30 pages in length.

/ / /

/ / /

/ / /

/ / /

07209/2647989.1

3.   Mattel's reply memorandum of points and authorities in support of Mattel's motion for permanent injunction may not exceed, but may include up to, 20 pages in length.

IT IS SO STIPULATED.

DATED: September 25, 2008           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *(signature)*
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: September 25, 2008           SKADDEN ARPS SLATE MEAGHER & FLOM, LLP

By *(signature)*
Jason Russell
Attorneys for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd.