1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER RE: STIPULATION RE MOTION FOR PERMANENT INJUNCTION |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | **Phase 1(a):**<br>Trial Date:   May 27, 2008 |
| | **Phase 1(b):**<br>Trial Date:   July 23, 2008 |

07209/2648104.1

PROPOSED ORDER

# [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that:

1. The memorandum of points and authorities in support of Mattel's motion for permanent injunction may not exceed, but may include up to, 30 pages in length.

2. The memorandum of points and authorities in support of the MGA Parties' opposition to Mattel's motion for permanent injunction may not exceed, but may include up to, 30 pages in length.

3. Mattel's reply memorandum of points and authorities in support of Mattel's motion for permanent injunction may not exceed, but may include up to, 20 pages in length.

IT IS SO ORDERED.

DATED:_____, 2008      _____
                                  HON. STEPHEN G. LARSON

07209/2648104.1