QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MOTION FOR DECLARATORY JUDGMENT OF OWNERSHIP OF BRATZ WORKS**<br><br>Hearing Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Trial Date: May 27, 2008 |

I, Cyrus S. Naim, declare as follows:

1.  I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.  Attached as Exhibit 1 is a true and correct copy of Carter Bryant's Employee Confidential Information and Inventions Agreement, dated January 4, 1999, and admitted at trial in this action as Trial Exhibit 25.

3.  Attached as Exhibit 2 is a true and correct copy of the Court's Order Granting in Part, Denying in Part, and Deferring in Part The Parties' Motions for Partial Summary Judgment, dated April 25, 2008.

4.  Attached as Exhibit 3 is a true and correct copy of an agreement between MGA Entertainment, Inc. and Carter Bryant, dated as of September 18, 2000, and admitted at trial in this action as Trial Exhibit 15.

5.  Attached as Exhibit 4 is a true and correct copy of the Final Verdict Form as Given, dated July 17, 2008.

6.  Attached as Exhibit 5 is a true and correct copy of excerpts of the Court's Phase B Jury Instructions As Given.

7.  Attached as Exhibit 6 is a true and correct copy of excerpts of the MGA Parties' Revised Disputed [Proposed] Jury Instructions, dated July 25, 2008.

8.  Attached as Exhibit 7 is a true and correct copy of excerpts of Mattel, Inc.'s Second Amended Answer and Counterclaims [Public Redacted Version], dated July 12, 2007.

9.  Attached as Exhibit 8 is a true and correct copy of excerpts of the Amended Answer and Affirmative Defenses of MGA Entertainment Inc., MGA Entertainment (HK) Limited And MGAE de Mexico S.R.L. de C.V. to Mattel, Inc.'s Second Amended Answer and Counterclaims, dated September 19, 2007

1.     10.    Attached as Exhibit 9 is a true and correct copy of Carter Bryant's Second Amended Reply to Mattel's Counterclaims, dated October 16, 2007.

2.     11.    Attached as Exhibit 10 is a true and correct copy of Copyright Registration No. VA 1-218-487, admitted at trial in this action as Trial Exhibit 505.

3.     12.    Attached as Exhibit 11 is a true and correct copy of Copyright Registration No. VA 1-218-488, admitted at trial in this action as Trial Exhibit 507.

4.     13.    Attached as Exhibit 12 is a true and correct copy of Copyright Registration No. VA 1-218-490, admitted at trial in this action as Trial Exhibit 509.

5.     14.    Attached as Exhibit 13 is a true and correct copy of Copyright Registration No. VA 1-218-491, admitted at trial in this action as Trial Exhibit 511.

6.     15.    Attached as Exhibit 14 is a true and correct copy of Copyright Registration No. VA 1-218-489, admitted at trial in this action as Trial Exhibit 513.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of September, 2008, at Los Angeles, California.

                          /s/ Cyrus S. Naim
                          Cyrus S. Naim