# EXHIBIT 10



LIBRARY OF CONGRESS
Copyright Office of the United States
WASHINGTON, D.C.

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled JADE DRAWING registered under number VA 1-218-487

THIS IS TO CERTIFY ALSO that the attached photocopies are a true representation of the work entitled JADE DRAWING deposited in the Copyright Office on December 22 2003 registered under number VA 1-218-487.

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on May 17 2004.

Marybeth Peters
Register of Copyrights

By Tracie M Coleman
Head
Certifications and Documents Section
Information and Reference Division

Use of this material is governed by the U. S copyright law 17 U.S.C 101 et seq.

Δ π EXHIBIT 505
Deponent ARMSTRONG
Date 7/18/07 Rptr. ACC
WWW.DEPOBOOK.COM

EXHIBIT 10
PAGE 57

M 0110179

**Additional Certificate (17 U.S.C. 706)**

Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

# FORM VA

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-218-487

EFFECTIVE DATE OF REGISTRATION

DEC 2 2 2003

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work** ▼ JADE Drawing

**NATURE OF THIS WORK** ▼ See instructions: color drawing

**Previous or Alternative Titles** ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**NAME OF AUTHOR** ▼
a Carter Bryant

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No

**Author's Nationality or Domicile** Name of Country: U.S.A. OR { Citizen of / Domiciled in }

**Was This Author's Contribution to the Work** Anonymous? ☐ Yes ☑ No; Pseudonymous? ☐ Yes ☑ No. If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☑ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b **Name of Author** ▼

**Dates of Birth and Death** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**Author's Nationality or Domicile** Name of Country OR { Citizen of / Domiciled in }

**Was This Author's Contribution to the Work** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a **Year in Which Creation of This Work Was Completed** 1998. This information must be given Year in all cases.

b **Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published. Month February Day 12 Year 2001 U.S.A. Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA Entertainment Inc 16730 Schoenborn Street
North Hills CA 91343 6122

See instructions before completing this space

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED DEC 22 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED DEC 22 2003
FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT 10

PAGE 58

M 0110180

EXAMINED BY

CHECKED BY

FORM VA

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION [illegible]

Yes ✓ No [illegible]

[illegible]

Previous Registration Number ▼ — Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION [illegible]

a. Preexisting Material [illegible]

b. Material Added to This Work [illegible]

**7** DEPOSIT ACCOUNT [illegible]

a. Name ▼ — Account Number ▼

b. CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Larry W. McFarland, Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212

Area code and daytime telephone number [illegible] — Fax number [illegible]

Email lmcfarland@kmwlaw.com

**8** CERTIFICATION I, the undersigned, hereby certify that I am the

author / other copyright claimant / owner of exclusive right(s) / ✓ authorized agent of MGA Entertainment, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Larry W. McFarland — Date: December 16, 2003

Handwritten signature (X) ▼

X

**9** Certificate will be mailed in window envelope to this address

Name ▼ Larry W. McFarland, Keats McFarland & Wilson LLP

Number/Street/Apt ▼ 9720 Wilshire Boulevard, Penthouse Suite

City/State/ZIP ▼ Beverly Hills, California 90212

YOU MUST: Complete all necessary spaces. Sign your application in space 8.

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material

MAIL TO: Library of Congress, Copyright Office, 101 Independence Avenue, S.E., Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002 — 20,000 Web Rev: June 2002 — Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

EXHIBIT 10

PAGE 59

M 0110181



VA 1-218-487

EXHIBIT 10

PAGE 60

M 0110182



EXHIBIT 10

PAGE 6

M 0110183

# EXHIBIT 11



LIBRARY OF CONGRESS
Copyright Office of the United States
WASHINGTON, D.C.

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled SASHA DRAWING registered under number VA 1-218-488.

THIS IS TO CERTIFY ALSO that the attached photocopies are a true representation of the work entitled SASHA DRAWING deposited in the Copyright Office on December 22, 2003 registered under number VA 1-218-488.

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents Section
Information and Reference Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

EXHIBIT 507
Deponent ARMSTRONG
Date 7/18/07 Rptr. ACC
WWW.DEPOBOOK.COM

Additional Certificate (17 U.S.C. 706)
Certificate of Registration

This certificate, issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
Register of Copyrights, United States of America

# FORM VA

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-218-488

EFFECTIVE DATE OF REGISTRATION
DEC 22 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
SASHA Drawing

NATURE OF THIS WORK ▼ See instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

NAME OF AUTHOR ▼
a Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of U.S.A. / Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☑ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Name of Author ▼
b

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of / Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed
1998 Year — This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month February Day 12 Year 2001
U.S.A. Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MGA Entertainment Inc 16730 Schoenborn Street
North Hills CA 91343 6122

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED DEC 22 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED DEC 22 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT 11
PAGE 63

M 0110185

COPYRIGHT OFFICE

EXHIBIT 11

PAGE 64

M 0110186

EX 507-0003



EXHIBIT 11

PAGE 65

M 0110187

EX 507-0004

# EXHIBIT 12



LIBRARY OF CONGRESS
Copyright Office of the United States
WASHINGTON, D.C.

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled CLOE DRAWING registered under number VA 1-218-490.

THIS IS TO CERTIFY ALSO that the attached photocopies are a true representation of the work entitled CLOE DRAWING deposited in the Copyright Office on December 22, 2003 registered under number VA 1-218-490.

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on May 17, 2004

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents Section
Information and Reference Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

EXHIBIT 509
Deponent ARMSTRONG
Date 7/18/07 Rptr. ACC
WWW.DEPOBOOK.COM

EXHIBIT 12

PAGE 66

M 0110193



Additional Certificate (17 U.S.C. 706)
Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-218-490

EFFECTIVE DATE OF REGISTRATION
DEC 22 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work: CLOE Drawing

NATURE OF THIS WORK (See instructions): color drawing

Previous or Alternative Titles:

Publication as a Contribution: If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work:

If published in a periodical or serial give: Volume / Number / Issue Date / On Pages

**2**

**a** NAME OF AUTHOR: Carter Bryant

DATES OF BIRTH AND DEATH: Year Born / Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ✓ No

Author's Nationality or Domicile (Name of Country): OR { Citizen of U.S.A. / Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ✓ No; Pseudonymous? ☐ Yes ✓ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship (Check appropriate box(es). See instructions): ☐ 3-Dimensional sculpture; ✓ 2-Dimensional artwork; ☐ Reproduction of work of art; ☐ Map; ☐ Photograph; ☐ Jewelry design; ☐ Technical drawing; ☐ Text; ☐ Architectural work

**b** Name of Author:

Dates of Birth and Death: Year Born / Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile (Name of Country): OR { Citizen of / Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship (Check appropriate box(es). See instructions): ☐ 3-Dimensional sculpture; ☐ 2-Dimensional artwork; ☐ Reproduction of work of art; ☐ Map; ☐ Photograph; ☐ Jewelry design; ☐ Technical drawing; ☐ Text; ☐ Architectural work

NOTE: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**a** Year in Which Creation of This Work Was Completed: 1998. This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work. Complete this information ONLY if this work has been published. Month: February Day: 12 Year: 2001 Nation: U.S.A.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.

MGA Entertainment Inc 16730 Schoenborn Street
North Hills CA 91343 6122

Transfer: If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

Assignment

See instructions before completing this space.

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED: DEC 22 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED: DEC 22 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT 12
PAGE 67

M 0110194

EXAMINED BY
CHECKED BY

FORM VA

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION [illegible]

**6** DERIVATIVE WORK OR COMPILATION [illegible]

a. Preexisting Material [illegible]

b. Material Added to This Work [illegible]

**7** DEPOSIT ACCOUNT [illegible]

Name
Account Number

CORRESPONDENCE [illegible]

Larry W. McFarland, Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212

(310) 248-3830

Fax (310) 860-0363

Email lmcfarland@kmwlaw.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the

check only one ▶
- author
- other copyright claimant
- owner of exclusive right(s)
- ✓ authorized agent of MGA Entertainment, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Larry W. McFarland

Date December 16, 2003

Handwritten signature (X) ▼

X [signature]

**9** Certificate will be mailed in window envelope to this address

Name ▼
Larry W. McFarland, Keats McFarland & Wilson LLP

Number/Street/Apt ▼
9720 Wilshire Boulevard, Penthouse Suite

City/State/ZIP ▼
Beverly Hills, California 90212

YOU MUST:
Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000 Web Rev: June 2002 Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

EXHIBIT 12

PAGE 68

M 0110195

LIBRARY OF CONGRESS
COPYRIGHT OFFICE

EXHIBIT 12

PAGE 69

M 0110196

EXHIBIT 12

PAGE 70

M 0110197

EX 509-0005

# EXHIBIT 13



LIBRARY OF CONGRESS
Copyright Office of the United States
WASHINGTON, D.C.

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled YASMIN DRAWING registered under number VA 1-218-491.

THIS IS TO CERTIFY ALSO that the attached photocopies are a true representation of the work entitled YASMIN DRAWING deposited in the Copyright Office on December 22, 2003 registered under number VA 1-218-491.

IN WITNESS WHEREOF the seal of this Office is affixed hereto on May 17, 2004

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents Section
Information and Reference Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

EXHIBIT 511
Deponent ARMSTRONG
Date 7/18/07 Rptr. ACC
WWW.DEPOBOOK.COM

M 0110198

EXHIBIT 13

PAGE 71

Additional Certificate (17 U.S.C. 706)
Certificate of Registration

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-218-491

EFFECTIVE DATE OF REGISTRATION
DEC 22 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
Title of This Work ▼ YASMIN Drawing
NATURE OF THIS WORK ▼ See instructions: color drawing
Previous or Alternative Titles ▼
Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**
a NAME OF AUTHOR ▼ Carter Bryant
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No
Author's Nationality or Domicile Name of Country: OR { Citizen of U.S.A. / Domiciled in
Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☑ No; Pseudonymous? ☐ Yes ☑ No. If the answer to either of these questions is "Yes," see detailed instructions.
Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☑ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼
Dates of Birth and Death Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
Author's Nationality or Domicile Name of Country: OR { Citizen of / Domiciled in
Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.
Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**
a Year in Which Creation of This Work Was Completed: 1998 — This information must be given in all cases.
b Date and Nation of First Publication of This Particular Work — Complete this information ONLY if this work has been published. Month February Day 12 Year 2001; U.S.A. Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MGA Entertainment Inc 16730 Schoenborn Street
North Hills CA 91343 6122
See instructions before completing this space.
Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED DEC 22 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED DEC 22 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.
DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT 13
PAGE 72

M 0110199

EXAMINED BY JB

CHECKED BY

FORM VA

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☑ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

a See instructions before completing this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼ Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

b

Larry W McFarland Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills California 90212

Area code and daytime telephone number (310) 248 3830 Fax number (310) 860 0363

Email lmcfarland@kmwlaw com

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the

check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☑ authorized agent of MGA Entertainment Inc

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Larry W McFarland Date December 16 2003

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼
Larry W McFarland Keats McFarland & Wilson LLP

Number/Street/Apt ▼
9720 Wilshire Boulevard Penthouse Suite

City/State/ZIP ▼
Beverly Hills California 90212

YOU MUST:
Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

VA 1-218-491

EXHIBIT 13

PAGE 74

M 0110201



EXHIBIT 13

PAGE 75

M 0110202

EX 511-0005

# EXHIBIT 14



LIBRARY OF CONGRESS
Copyright Office of the United States
WASHINGTON, D.C.

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled **BRATZ GROUP DRAWING** registered under number **VA 1-218-489**.

THIS IS TO CERTIFY ALSO that the attached photocopies are a true representation of the work entitled **BRATZ GROUP DRAWING** deposited in the Copyright Office on December 22, 2003 registered under number **VA 1-218-489.**

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents Section
Information and Reference Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

EXHIBIT 513
Deponent ARMSTRONG
Date 7/18/07 Rptr. ACC
WWW.DEPOBOOK.COM

EXHIBIT 14
PAGE 76

M 0110188

**Additional Certificate (17 U.S.C. 706)**
Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
VA 1-218-489

EFFECTIVE DATE OF REGISTRATION
DEC 22 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work: BRATZ Group Drawing

NATURE OF THIS WORK (See instructions): color drawing

Previous or Alternative Titles:

Publication as a Contribution: If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work:

If published in a periodical or serial give: Volume — Number — Issue Date — On Pages

**2**

a NAME OF AUTHOR: Carter Bryant

DATES OF BIRTH AND DEATH: Year Born — Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No

Author's Nationality or Domicile (Name of Country): OR Citizen of USA / Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☑ No; Pseudonymous? ☐ Yes ☑ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship (Check appropriate box(es)) See instructions:
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☑ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author:

Dates of Birth and Death: Year Born — Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile (Name of Country): OR Citizen of / Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship (Check appropriate box(es)) See instructions:
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed: 1998 (This information must be given in all cases.)

b Date and Nation of First Publication of This Particular Work (Complete this information ONLY if this work has been published): Month February Day 12 Year 2001, Nation U.S.A.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2:
MGA Entertainment Inc 16730 Schoenborn Street
North Hills CA 91343 6122

See instructions before completing this space.

Transfer: If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright: Assignment

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED DEC 22 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED DEC 22 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT 14
PAGE 77

M 0110189

EXAMINED BY [initials]
CHECKED BY
FORM VA

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? [illegible]

Yes ✓ No [illegible]

[illegible]

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

5

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation. [illegible]

a. Preexisting Material [illegible] ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

6

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

a. Name ▼ Account Number ▼

7

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b. Larry W. McFarland, Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212

Area code and daytime telephone number: (310) 248-3830

Fax number: (310) 860-0[illegible]

Email: lmcfarland@kmwlaw.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶
- author
- other copyright claimant
- owner of exclusive right(s)
- ✓ authorized agent of MGA Entertainment, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

8

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Larry W. McFarland

Date: December 16, 2003

Handwritten signature (X) ▼

X [signature]

Certificate will be mailed in window envelope to this address:

Name ▼ Larry W. McFarland, Keats McFarland & Wilson LLP

Number/Street/Apt ▼ 9720 Wilshire Boulevard, Penthouse Suite

City/State/ZIP ▼ Beverly Hills, California 90212

9

YOU MUST: Complete all necessary spaces. Sign your application in space 8.

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO: Library of Congress, Copyright Office, 101 Independence Avenue, S.E., Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000 Web Rev: June 2002 Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

VA 1 218 489

EXHIBIT 14
PAGE 79

M 0110191

EX 513-0004



EXHIBIT 14

PAGE 80

M 0110192

EX 513-0005