QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR:**<br><br>**(1) CONSTRUCTIVE TRUST;**<br><br>**(2) FINDING OF LIABILITY AND INJUNCTIVE RELIEF UNDER CAL. BUS. & PROF. CODE § 17200**<br><br>Hearing Date:  November 10, 2008<br>Time:           1:00 p.m.<br>Place:          Courtroom 1<br><br>**Phase 1:**<br>Trial Date:  May 27, 2008 |

07209/2647479.1

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit "A" is a true and correct copy of the Phase 1A Verdict, dated July 17, 2008.

3. Attached as Exhibit "B" is a true and correct copy of the document admitted at trial in this action as Trial Exhibit 302.

4. Attached as Exhibit "C" is a true and correct copy of the Court's Order Granting In Part, Denying In Part, And Deferring In Part The Parties' Motions For Partial Summary, dated April 25, 2008.

5. Attached as Exhibit "D" is a true and correct copy of Carter Bryant's Employee Confidential Information and Inventions Agreement, dated January 4, 1999, and admitted at trial in this action as Trial Exhibit 25.

6. Attached as Exhibit "E" is a true and correct copy of the Phase 1A Final Jury Instructions Given.

7. Attached as Exhibit "F" are true and correct copies of records from the United States Patent and Trademark Office website which show that MGA Entertainment, Inc. purports to own no fewer than 23 trademark registrations that include the term "Bratz."

8. Attached as Exhibit "G" are true and correct copies of records from the United States Patent and Trademark Office website which show no fewer than nine "live" applications filed by MGA Entertainment, Inc. for trademarks that include the term "Bratz."

9. Attached as Exhibit "H" are true and correct copies of records from the United States Patent and Trademark Office website which show no fewer

than 39 "dead" applications filed by MGA Entertainment, Inc. for trademarks that include the term "Bratz."

10.  Attached as Exhibit "I" is a true and correct record from the United States Patent and Trademark Office website which show that MGA Entertainment, Inc. obtained a trademark registration for the term "Jade" but that such registration was cancelled on or about December 7, 2006.

11.  Attached as Exhibit "J" is a true and correct copy of a print out from the MGA Entertainment, Inc.'s website which shows that MGA purports to own no fewer than 4 domain names that include the term "Bratz," including bratz.com, be-bratz.com, bratzpetz,com and bratz.com international.

12.  Attached as Exhibit "K" is a true and correct copy of a July 18, 2008 Business Week article entitled, "Could Mattel End Up With Bratz?" in which Isaac Larian is quoted as saying: "We own the name Bratz.  There's no way [Mattel is] ever going to get it."

13.  Attached as Exhibit "L" is a true and correct copy of a chart prepared by MGA's damages expert, Paul Meyer, admitted at trial in this action as Trial Exhibit 18923-15.

14.  Attached as Exhibit "M" is a true and correct copy of MGA Entertainment, Inc.'s opposition to Lovins, Inc.'s motion to suspend proceedings before the Trademark Trial and Appeal Board regarding Lovins' opposition to MGA's application to register "Bratz" as a trademark for "dolls" in International Class 28, dated August 5, 2002.

15.  Attached as Exhibit "N" is a true and correct copy of MGA Entertainment, Inc.'s trademark registration for "BRATZ" for "Infant's and Children's Clothing, Namely, Tops, Bottoms, Sleepwear, Hats; and Infant's and Children's Outerwear, Namely, Jackets, Parkas, Coats, Snow Suits and Mittens, In Class 25" obtained by assignment from Lovins, Inc.

1       16.     Attached as Exhibit "O" is a true and correct copy of a record
2  from the United States Patent and Trademark Office website which shows that on
3  September 22, 2008, MGA Entertainment Inc. filed a trademark application for the
4  word mark "Bratz Design Academy."
5       I declare under penalty of perjury under the laws of the United States of
6  America that the foregoing is true and correct.
7       Executed this 29th day of September, 2008, at Los Angeles, California.

/s/ Scott B. Kidman
Scott B. Kidman

07209/2647479.1

-3-
KIDMAN DEC. ISO MATTEL INC.'S MOTION FOR CONSTRUCTIVE TRUST AND INJUNCTIVE RELIEF