UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**[PROPOSED] ORDER GRANTING MATTEL'S MOTION FOR CONSTRUCTIVE TRUST AND FOR FINDING LIABILITY AND INJUNCTIVE RELIEF PURSUANT TO CAL. BUS. & PROF CODE § 17200** |

# ORDER

Having considered Mattel, Inc.'s ("Mattel") Motion for Constructive Trust and for a Finding of Liability and Injunctive Relief Pursuant to <u>California Business & Professional Code</u> § 17200, and all other papers and arguments submitted in connection therewith, as well as the evidence admitted at trial and the jury's verdicts in the Phase 1 trial, the Court hereby GRANTS the Motion against MGA Entertainment Inc. ("MGA"), MGA Entertainment (HK) Ltd. ("MGA Hong Kong"), Isaac Larian ("Larian") (collectively the "MGA Defendants"), and Carter Bryant ("Bryant"), and ORDERS as follows:

1. A constructive trust in favor of Mattel on all rights to trademarks, service marks and domain names held by MGA or Larian, or any person or entity acting on their behalf or for their benefit, anywhere in the world that include the terms "Bratz" or "Jade," including all such trademark registrations and trademark applications (including, without limitation, United States Trademark Registrations identified by Registration Nos. 3206114, 3327385, 3150045, 3087710, 3055465, 3072141, 3127890, 3024713, 2989052, 2911097, 3080450, 2921772, 3071614, 2803235, 2848386, 2795675, 2776558, 2848281, 2751890, 2671473, 2787942, 2789216 and 2836780 and United States Trademark Applications identified by Serial Nos. 78530196, 78571028, 78706504, 78706502, 78819868, 78857100, 78490324, 77443372 and 77575881), and the good will inhering therein, as well as all such domain name registrations, is HEREBY ORDERED and all rights therein are ORDERED transferred to Mattel.

2. MGA and Larian are HEREBY ORDERED to (a) identify all trademark registrations and applications held by them, or any person or entity acting on their behalf or for their benefit, anywhere in the world that include the terms "Bratz" or "Jade," (b) identify all marks that include the terms "Bratz" or "Jade" in which they, or any person or entity acting on their behalf or for their benefit, claim to own trademark rights, whether or not such marks are subject to existing

1  trademark registrations or pending trademark applications, (c) identify all domain
2  names and domain name registrations held by them, or any person or entity acting
3  on their behalf or for their benefit, anywhere in the world that include the terms
4  "Bratz" or "Jade," and (d) execute any and all documents necessary to effect the
5  transfer and/or assignment of such marks and domain names and associated
6  applications and registrations to Mattel.  MGA shall fully comply with (a), (b) and
7  (c) of this paragraph within fourteen (14) calendar days of the date of this Order.

8        3.    The Court HEREBY FINDS that the MGA Defendants and
9  Bryant violated <u>California Business and Professions Code</u> § 17200 and are liable to
10 Mattel on its twelfth claim for relief for unfair competition.

11       4.    The MGA Defendants and Bryant, along with their respective
12 officers, directors, principals, agents, representatives, servants, employees, affiliates,
13 successors or assigns, and any person or entity acting on their behalf or in concert or
14 participation with them, are HEREBY PERMANENTLY ENJOINED from (a)
15 using the terms "Bratz" or "Jade," either alone or in combination and whether as a
16 trademark, domain name or otherwise, in connection with the manufacture,
17 promotion, advertising, distribution, offering for sale or sale of any goods or
18 services anywhere in the world and (b) taking any action to preclude Mattel from
19 using the terms "Bratz" or "Jade" in any such manner, including without limitation
20 as a mark in connection with goods and services.

21       **IT IS SO ORDERED.**

23 DATED:                     , 2008   _____
                                       Hon. Stephen G. Larson
24                                     United States District Judge