QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with <br> CV 04-09059 <br> CV 05-2727 <br><br> **DECLARATION OF KENNETH HOLLANDER IN SUPPORT OF MATTEL, INC.'S MOTION FOR A PERMANENT INJUNCTION** <br><br> Date: November 10, 2008 <br> Time: 1:00 p.m. <br> Place: Courtroom 1 <br><br> **Phase 1(a):** <br> Trial Date: May 27, 2008 <br><br> **Phase 1(b):** <br> Trial Date: July 23, 2008 |

## DECLARATION OF KENNETH HOLLANDER

I, Kenneth Hollander, declare as follows:

1. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2. I make this declaration in support of plaintiff Mattel, Inc.'s ("Mattel") Motion for Permanent Injunction.

3. I was retained on behalf of Mattel to conduct survey research in this case to determine the extent to which, if any, girls aged 8-13 recognize certain Carter Bryant drawings as looking like Bratz dolls. I have over 20 years experience in conducting market research. A true and correct copy of my *curriculum vitae* as attached as Exhibit A to this Declaration.

4. Attached as Exhibit B is a true and correct copy of the expert report I prepared in this case, dated March 17, 2008. I certify that this report is true, accurate and correct, and accurately sets forth my opinions in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2008, at Mendocino, California.

*/s/ Kenneth Hollander*

Kenneth Hollander