1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2 | johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3 | (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4 | (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5 | Los Angeles, California 90017-2543
   Telephone:   (213) 443-3000
6 | Facsimile:   (213) 443-3100

7 | Attorneys for Mattel, Inc.

8 |                    UNITED STATES DISTRICT COURT

9 |                  CENTRAL DISTRICT OF CALIFORNIA

10 |                        EASTERN DIVISION

| | |
|---|---|
| 11 — CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12 — Plaintiff, | Consolidated with<br>Case No.    CV 04-09059 |
| 13 — vs. | Case No.    CV 05-2727 |
| 14 — MATTEL, INC., a Delaware corporation, | Declaration of Frank Keiser in Support of Mattel's Motion for Preliminary Injunction |
| 15 — | |
| 16 — Defendant. | Date:   09/27/2008 |
| 17 — AND CONSOLIDATED ACTIONS | |

18

19

20                    **DECLARATION OF FRANK KEISER**

21        I, Frank Keiser, declare as follows:

22        1.        I am the president and owner of 3D Scanning and Consulting, a
company specializing in three-dimensional scanning. I make this declaration of

23

personal, firsthand knowledge, and if called and sworn as a witness, I could and

24

would testify competently thereto.

25        2.        I make this declaration in support of plaintiff Mattel, Inc.'s

26

27 | ("Mattel") Motion for a Permanent Injunction.

28

3.     I have been retained on behalf of Mattel to create three-dimensional scans of Bratz objects.  I am an expert in the field of three-dimensional scanning with over nine years experience scanning objects for the aerospace industry, automotive industry, and entertainment industry.  A true and correct copy of my *curriculum vitae* is attached hereto as Exhibit A.

4.     A scan is a three-dimensional image accurately depicting an object's surface that is viewed on a computer equipped with software designed to read three-dimensional scan files.

5.     I create three-dimensional scans using the Atos II scanning system, which includes two cameras and a projector.  A three-dimensional scan is created by first placing small targets on each object prior to scanning.  Using the Atos II scanning system, I then take a series of simultaneous images of the object from different angles.  An attached computer assembles these images using the sticker targets as a guide and creates a three-dimensional polygon mesh composite of the object's surface.

6.     The Atos II scanning system takes highly accurate shots of the surface of the object it is scanning with a margin of error of approximately four microns.  The system assembles these shots into a three-dimensional scan with a margin of error of approximately .001 inches.  For purposes of comparison, one hundred microns is comparable to .000004 inches, while a human hair is approximately .007 to .008 inches.

7.     On August 23, 2008, I created three-dimensional scans of the Bratz doll sculpt (TX 1135) and the Peyton, Bratz World Twiins doll.

8.     Prior to taking these scans, I calibrated the Atos II scanning system that was used to create the scans by scanning a calibration panel in approximately 24 different positions. Additionally, the scanning system software continuously and automatically checks for calibration during scanning and will not

1  accept a shot if the machine has fallen out of calibration due to, for example,

2  temperature changes or physical movement.

3          9.      The three-dimensional scans I created for the Bratz doll sculpt

4  (TX 1135) and the Peyton, Bratz World Twiins doll are accurate because I

5  successfully calibrated the Atos II scanning system prior to scanning these objects,

6  and the system did not reject any scans during scanning.

7          10.     I also created two-dimensional scan renderings of the three-

8  dimensional scans.

9          11.     The two-dimensional scan renderings of the Bratz doll sculpt

10  (TX 1135) were slightly scaled down in size to facilitate an accurate comparison of

11  the shapes, features and proportions of the sculpts.

12          12.     True and correct copies of the two-dimensional scan renderings

13  of the Bratz doll sculpt (TX 1135) (silver) and the Peyton, Bratz World Twiins doll

14  (gold) are attached hereto as Exhibit B.

15

16          I declare under penalty of perjury under the laws of the United States of

17  America that the foregoing is true and correct.

18

19          Executed on September 27, 2008, at Tustin, California.

20

21          _____

         Frank Keiser

22

23

24

25

26

27

28