EXHIBIT A



**Biography
Of
Frank Keiser**

I am the President and owner of 3D Scanning and Consulting. I am an expert in the area of three-dimensional scanning and am proficient with many of the other tools and techniques used in the field.

I spent the first four years of my career (1964-1968) in the United States Navy, working on Avionics gear on the F4B and F4J aircraft. After leaving the Military, I spent the next 19 years working for Telex Computer Products. During that 19 years I was the South Western Regional Specialist, setting up repair centers for repairing computer parts; working in Engineering, helping to develop new technologies in computer products; and working in Paris, France as the Engineering Marketing Liaison to Europe.

After leaving Telex Computer Products, I worked at Keiser Manufacturing, my family's manufacturing business, making valves for the oil industry. During this period, I performed research for cleaning potable water using ozone gas. I developed new and cheaper ways to make higher concentrations of ozone gas with high reliability generators.

I left Keiser Manufacturing and went to work for Art Carr performance Transmissions as Vice President of Manufacturing. I set up new manufacturing processes for automatic transmission parts using computerized numerically controlled (CNC) machinery. I was also in charge of high-performance parts design. I continued my career at All American Racers, an Indy Champ car team. My responsibilities were to make lay up tools for manufacture of carbon fiber race car parts and suspension parts.

In 1998, I joined Ctek. Ctek manufactured concept prototype automobiles for Mitsubishi, Ford, and GM. While at Ctek, I was introduced to white light scanning using the Atos HR White Light Scanner. The technology was new and had only been in the U.S. for less than a year. I went to work for Capture 3D, the U.S. distributor of the Atos system in 1999, so that I could further study the process of three-dimensional scanning. At Capture 3D, I used my expertise in that and other subsequent Atos machines to perform three-dimensional scans and other engineering for: Mercedes Benz, Ford, General Motors, Mitsubishi, Toyota, Mazda, Lincoln Mercury, and Chrysler. I also conducted work in the area of reverse engineering for Walt Disney Imagineering, Boeing, and many other internationally renowned companies.

While at Capture3D, I worked for NASA setting up procedures for the three-dimensional scanning and subsequent reverse engineering of the debris from Columbia space shuttle. I worked with the Columbia Accident Investigation Board (CAIB) and provided them the data they needed to enable them to identify the parts of the shuttle that had become debris. While at NASA, I met several officials from, who offered me three-dimensional scanning and other

EXHIBIT __A__
PAGE __4__

equipment to help start my own three-dimensional scanning business. I accepted their offer and founded 3D Scanning and Consulting ("3DS") in June, 2003.

   I use two Atos II White Light Scanners to perform three-dimensional scans for Fisker, Hyundai, Kia, Mitsubishi, BMW, Mazda, Boeing, Columbia Air, Walt Disney, NASCAR, and West Coast Choppers. For the car companies, I use my three-dimensional models for engineering and commercials. For the Walt Disney Corporation, I used my three-dimensional scans to help create the underwater scenes for the submarine ride at Disney's theme park in Southern California. I also helped to create authentic movie memorabilia for some of the Star Wars films.

EXHIBIT A
PAGE 5

EXHIBIT B







EXHIBIT B
PAGE 6



EXHIBIT B
PAGE 7





EXHIBIT B
PAGE 8





EXHIBIT B
PAGE 9