QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No.      CV 04-09059<br>Case No.      CV 05-2727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | NOTICE OF LODGING IN SUPPORT OF MATTEL INC.'S MOTION FOR A PERMANENT INJUNCTION |
| Defendant. | Date:   Nov. 10, 2008<br>Time:   1:00 p.m.<br>Place:  Courtroom 1 |
| AND CONSOLIDATED ACTIONS | |
| | **Phase 1(a)**<br>Trial Date:   May 27, 2008 |
| | **Phase 1(b)**<br>Trial Date:   July 23, 2008 |

07209/2649482.1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that pursuant to <u>Local Rule</u> 11-5.1 Mattel, Inc. hereby lodges three CD's containing the following Bratz television advertisements with the Court in support of its Motion for a Permanent Injunction:

1.  Bratz Girls Nite Out, Spring 2004, MGBZ4013

2.  Sunkissed Summer, Spring 2004, MGBZ4025

3.  Sunkissed Summer/Pool, Spring 2004, MGBZ4035

4.  Funky Fashion Makeover, Fall 2004, MGBZ3263

5.  Bratz Pad, Fall 2004, MGBZ4335

6.  Bratz Twins, Fall 2004, MGBZ4355

7.  Bratz Pretty N Punk, Spring 2005, MGBZ5213

Mattel also hereby lodges TX 1136A, the sculpt that the jury found belonged to Mattel.

DATED:  September 29, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                    By /s/ Michael T. Zeller
                                       Michael T. Zeller
                                       Attorneys for Mattel, Inc.