1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2      johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
      865 South Figueroa Street, 10th Floor
5   Los Angeles, California  90017-2543
      Telephone:  (213) 443-3000
6   Facsimile:    (213) 443-3100

7   Attorneys for Mattel, Inc.

8

9                    UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                         EASTERN DIVISION

| 12 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|---|
| 13 | Plaintiff, | Consolidated with CV 04-09059 |
| 14 | vs. | CV 05-2727 |
| 15 | MATTEL, INC., a Delaware corporation, | **DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION FOR A PERMANENT INJUNCTION** |
| 16 | Defendant. | |
| 17 | | Date:   November 10, 2008 |
| 18 | AND CONSOLIDATED ACTIONS | Time:   1:00 p.m.  Place:  Courtroom 1 |
| 19 | | **Phase 1(a):** |
| 20 | | Trial Date:   May 27, 2008 |
| 21 | | **Phase 1(b):** Trial Date:   July 23, 2008 |

22

23

24

25

26

27

28

# DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1.      I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.      All Bratz products attached hereto were purchased in 2008.

3.      Attached as Exhibit 1 is a true and correct copy of TX 5-88.  TX 5-88 is a Bratz sculpt drawing that Mattel owns.  See Declaration of Diane C. Hutnyan ("Hutnyan Decl.") Ex. 1 (Phase 1(a) Verdict Form) at 1.  Carter Bryant testified that he gave it to the sculptor, Margaret Leahy to guide her as to what the Bratz sculpt should look like.  See Trial Tr. 2561:22-2563:16; see also Trial Tr. 2567:23-25.

4.      Attached as Exhibit 2 is a true and correct copy of a photograph of the "Nevaeh" Bratz World Twiins doll, released in 2008, without clothes.

5.      Below, Exhibit 1 (TX 5-88) (left) is next to Exhibit 2 (the "Nevaeh" Bratz World Twiins doll) (right).  Lines have been superimposed to allow for easy assessment and comparison of features.  This view shows the similarity of curves and proportions both vertically and horizontally, as well as the in common angular waist, knock-knees, pigeon toes, and hands upturned at the wrists.



6. Attached as Exhibit 3 is a true and correct copy of TX 323-32. TX 323-32 is a sculpt drawing that Mattel owns. See Hutnyan Decl. Ex. 1 (Phase 1(a) Verdict Form) at 1. Attached as Exhibit 4 is a true and correct copy of Mattel's copyright registration VAu 960-439 for the drawing identified as TX 323-32.

7. Carter Bryant testified that he gave TX 323-32 to the sculptor, Margaret Leahy to guide her as to what the Bratz sculpt should look like. See Trial Tr. 2561:22-2563:16; see also Trial Tr. 2567:23-25.

8. Attached as Exhibit 5 is a true and correct copy of a photograph of the "Peyton" Bratz World Twiins doll, released in 2008, without clothes.

9. Below, Exhibit 3 (TX 323-32) (left) is next to Exhibit 5 (the 2008 "Peyton" Bratz World Twiins doll) (right). Lines have been superimposed to allow for easy assessment and comparison of features. This view is a straight on view showing the similarity of proportions and anatomical landmarks, including crown, chin, shoulders, chest, waist, crotch, knees, and ankles. The comparison also shows the similarity of horizontal landmarks like the elbows and wrists.



10. Attached as Exhibit 6 is a true and correct copy of a photograph of a Bratz Movie "Cloe" doll, released in 2007, without clothes.

1       11.    Below, Exhibit 1 (TX 5-88) (left) is next to Exhibit 5 (the

2 "Peyton" Bratz World Twiins doll) (middle), which is next to Exhibit 6 (Bratz

3 Movie "Cloe" doll) (right).  Lines have been superimposed to allow for easy

4 assessment and comparison of features.  This view is a 3/4 angle view showing the

5 similarities in the major vertical landmarks of the works, including neck, shoulders,

6 chest, waist, crotch, and ankles.  The comparison also shows the similarities of

7 horizontal landmarks.



17       12.    Mattel is lodging with its motion TX 1136 , a sculpt that the jury

18 found was owned by Mattel.  See Hutnyan Decl. Ex. 1 (Phase 1(a) Verdict Form) at

19 1.  Mattel has registered the sculpt with the Copyright Office.  Attached as Exhibit 7

20 is a true and correct copy of copyright registration VAu 964-321 for the sculpt

21 identified as TX 1136.

22       13.    Attached as Exhibit 8 are true and correct copies of photographs

23 of TX 1136.

24       14.    Attached as Exhibit 9 are true and correct copies of photographs

25 of TX 17733, the Bratz production sculpt.

26       15.    Attached as Exhibit 10 hereto is a true and correct copy of a

27 photograph of TX 1135.  Ms. Leahy testified that TX 1135 is a casting from the

28

1  same mold as TX 1136. See Hutnyan Decl. Ex. 150 (Leahy Dep. Tr. 12/12/07) at
2  227:25-229:20.

3          16.     Ms. Garcia testified that the sculpt of which TX 1135 and TX
4  1136 are castings was intended to "translate" Bryant drawings into a three-
5  dimensional representation. See Trial Tr. 642:7-25; 644:25-645:6 ("I asked
6  Margaret to create a sculpt to match what she understood to be the drawings in
7  Carter's portfolio"); 651:14-652:7; 800:6-17 (in creating the sculpt, "the exercise
8  was to create a 3D version of those 2D drawings").

9          17.     Frank Keiser, an expert in three-dimensional scanning of objects,
10 scanned the head of TX 1135 to produce highly accurate 3D computer renderings of
11 the shape of the head. See Declaration of Frank Keiser ("Keiser Decl.") at 2. (TX
12 1136 was not made available to Mattel for scanning.)  The silver heads in the picture
13 below are those renderings. Mr. Keiser also scanned the head of the doll depicted in
14 Exhibit 5, the "Peyton" Bratz World Twiins doll. The gold heads in the pictures
15 below are those renderings. The rightmost two images are composites of the two
16 scanned renderings showing one of the renderings in a "cloud" form so that the
17 features of the other rendering may be viewed at the same time.

18 /
19 /
20 /
21 /
22 /
23 /
24 /
25 /
26 /
27 /
28 /

07209/2649661.2

-4-

18.    These renderings allow comparison of the shape of the head, the placement of the eyes, nose, lips and ears, the contour of the forehead leading down to the eyes, the contour of the cheeks coming up to the eyes, and the orientation or positioning of the eyes.  They also demonstrate the relationship between the various facial features.



19.    Attached as Exhibit 11 is a true and correct copy of TX 5-74.  TX 5-74 is a drawing that Mattel owns.  See Hutnyan Decl. Ex. 1 (Phase 1(a) Verdict Form) at 1.

20.    Attached as Exhibit 12 are true and correct copies of Mattel's copyright registrations VAu 715-273 and VAu 964-319 for the drawing identified as TX 5-74.

21.    Attached as Exhibit 13 is a true and correct copy of a photograph of a Bratz "Tess" Play Sportz Dance doll, released in 2007.

/

/

/

/

/

/

07209/2649661.2

22.    Below, one of the faces from Exhibit 11 (TX 5-74) (left) is next to the face of Exhibit 13 (the Bratz "Tess" Play Sportz Dance doll released in 2007) (right). Lines have been superimposed to allow for easy assessment and comparison of features. This view shows the similarities of both the specific features of the drawing and doll and also the proportions and relationship of each feature to others, including the similar distances between the brow, the top and bottom of the eye, the nose, the top and bottom of the lips, and the chin.



23.    Attached as Exhibit 14 is a true and correct copy of a photograph of a Bratz "Leah" Play Sportz Extreme doll, released in 2008.

24.    Below, a different face from Exhibit 11 (TX 5-74) (left) is next to Exhibit 14 (right). Lines have been superimposed to allow for easy assessment and comparison of features. This view likewise shows the similarities of both the specific features of the drawing and doll and the proportions and relationship of each feature to others.



1    25.    Attached as Exhibit 15 is a true and correct copy of TX 778.  TX

2  778 is a drawing that Mattel owns.  See Hutnyan Decl. Ex. 1 (Phase 1(a) Verdict

3  Form) at 1.  Attached as Exhibit 16 is a true and correct copy of Mattel's copyright

4  registration VA 1-378-650 for the drawing identified as TX 778.

5    26.    Attached as Exhibit 17 hereto is a true and correct copy of a

6  photograph of a Bratz "Sasha" Play Sportz (RC-Xtreme!) Skateboarding doll,

7  released in 2007.

8    27.    Below, one of the faces from Exhibit 15 (TX 778) (left) is next to

9  Exhibit 17 (right).  Lines have been superimposed to allow for easy assessment and

10  comparison of features.  This view shows the similar expression of features and the

11  similar proportions and relationship between features, including the contours of the

12  character's jawline, cheekbone and forehead, and the distance between the eyes.



22    28.    Attached as Exhibit 18 is a true and correct copy of TX 717.  TX

23  717 is a drawing that Mattel owns.  See Hutnyan Decl. Ex. 1 (Phase 1(a) Verdict

24  Form) at 1.  Attached as Exhibit 19 is a true and correct copy of Mattel's copyright

25  registration VA 1-378-653 for the drawing identified as TX 717.

26  /

27  /

28  /

29.     Below, the head from the drawing of Exhibit 18 (TX 717) (right) is next to Exhibit 14 (left). Lines have been superimposed to allow for easy assessment and comparison of features. This view again shows the similar expression of features and the similar proportions and relationship between features, including the contours of the character's jawline, cheekbone and forehead, and the distance between the eyes.



30.     Attached as Exhibit 20 is a true and correct copy of TX 12286, a photograph of the head of a Cloe doll released in 2001.

31.     Attached as Exhibit 21 is a true and correct copy of TX 14062, a photograph of the head of a Cloe doll released in 2006.

32.     Attached as Exhibit 22 hereto is a true and correct copy of TX 14628, a photograph of the head of a Cloe doll released in 2007.

33.     Attached as Exhibit 23 is a true and correct copy of TX 14629, a photograph of the head of a Cloe doll released in 2008.

/

/

/

/

34.    Below are photographs of Exhibits 20-23 next to each other (left to right) for comparison.

  

35.    Attached as Exhibit 24 is a true and correct copy of TX 17561, a photograph of the head of a Yasmin doll released in 2001.

36.    Attached as Exhibit 25 is a true and correct copy of TX 14036, a photograph of the head of a Yasmin doll released in 2006.

37.    Attached as Exhibit 26 is a true and correct copy of TX 14623, a photograph of the head of a Yasmin doll released in 2007.

38.    Attached as Exhibit 27 is a true and correct copy of TX 14624, a photograph of the head of a Yasmin doll released in 2008.

39.    Below are photographs of Exhibits 24 through 27 next to each other (left to right) for comparison.

   

40.    Attached as Exhibit 28 is a true and correct copy of TX 504, a photograph of the head of a Jade doll released in 2001.

1       41.    Attached as Exhibit 29 is a true and correct copy of TX 14416, a

2 photograph of the head of a Jade doll released in 2006.

3       42.    Attached as Exhibit 30 is a true and correct copy of TX 14105, a

4 photograph of the head of a Jade doll released in 2007.

5       43.    Attached as Exhibit 31 is a true and correct copy of TX 14627, a

6 photograph of the head of a Jade doll released in 2008.

7       44.    Below are photographs of Exhibits 28 through 31 next to each

8 other (left to right) for comparison.

9

10   

11

12

13

14

15       45.    Attached as Exhibit 32 is a true and correct copy of TX 17558, a

16 photograph of the head of a Sasha doll released in 2001.

17       46.    Attached as Exhibit 33 is a true and correct copy of TX 14061, a

18 photograph of the head of a Sasha doll released in 2006.

19       47.    Attached as Exhibit 34 is a true and correct copy of TX 14625, a

20 photograph of the head of a Sasha doll released in 2007.

21       48.    Attached as Exhibit 35 is a true and correct copy of TX 14626, a

22 photograph of the head of a Sasha doll released in 2008.

23 /

24 /

25 /

26 /

27 /

28

49.     Below are photographs of Exhibits 32 through 35 next to each other (left to right) for comparison.

  

50.     Attached as Exhibit 36 is a true and correct copy of a photograph of the head of a Bratz "Meygan" Strut It doll, released in 2002.

51.     Attached as Exhibit 37 is a true and correct copy of a photograph of the head of a Bratz "Meygan" Wild Life Safari doll, released in 2004.

52.     Attached as Exhibit 38 is a true and correct copy of a photograph of the head of a Bratz "Meygan" Sportz Blazin Bowlin doll, released in 2005.

53.     Attached as Exhibit 39 is a true and correct copy of a photograph of the head of a Bratz "Meygan" Head Gamez doll, which Mattel believes upon information and belief was released in 2005.

54.     Below are photographs of Exhibits 36 through 39 next to each other (left to right) for comparison.

   

55.     Attached as Exhibit 40 is a true and correct copy of TX 1109. TX 1109 is a drawing that Mattel owns. See Hutnyan Decl. Ex. 1 (Phase 1(a) Verdict Form) at 4.

56.     Below, the head of Exhibit 40 (TX 1109) (left) is next to Exhibit 6 (the Bratz Movie "Cloe" doll released in 2007) (right). This view shows the similarities of expression of features and proportion in the drawing and doll, including the contours of the dolls' jawline, cheekbone and forehead, and the distance between the eyes.



57.     Below, the head of Exhibit 40 (TX 1109) (left) is next to Exhibit 14 (Bratz Play Sportz X-treme "Leah" doll released in 2008) (right). This view again shows the similarities of expression of features and proportion in the drawing and doll.

 

58.     Attached as Exhibit 41 is a true and correct copy of a photograph of the face of a Bratz Wild Wild West "Cloe" released in 2005.

59.     Below, the head of Exhibit 40 (TX 1109) (left) is next to Exhibit 41 (Bratz Wild Wild West "Cloe" doll released in 2005) (right). This view shows the similarities of expression of features and proportion in the drawing and doll.



60.     Attached as Exhibit 42 is a true and correct copy of TX 1110. TX 1110 is a drawing that Mattel owns. See Hutnyan Decl. Ex. 1 (Phase 1(a) Verdict Form) at 4.

61.     Attached as Exhibit 43 is a true and correct copy of a photograph of the face of a Bratz Passion 4 Fashion "Yasmin" doll, released in 2007.

62.     Below, the head of Exhibit 42 (TX 1110) (left) is next to Exhibit 43 (Bratz Passion 4 Fashion "Yasmin" doll released in 2006) (right). This view shows the similarities of expression of features and proportion in the drawing and doll.



1    63.  Attached as Exhibit 44 is a true and correct copy of a photograph

2 of the face of a Walking Bratz "Yasmin" doll released in 2007.

3    64.  Below, the head of Exhibit 42 (TX 1110) (left) is next to Exhibit

4 44 (Walking Bratz "Yasmin" doll released in 2007) (right). This shows the

5 similarities of expression of features and proportion in the drawing and doll.

 

14    65.  Attached as Exhibit 45 is a true and correct copy of TX 302-5.

15 TX 302-5 is a drawing that Mattel owns. See Hutnyan Decl. Ex. 1 (Phase 1(a)

16 Verdict Form) at 3.

17    66.  Attached as Exhibit 46 is a true and correct copy of a photograph

18 of the head of a Bratz Movie "Cloe" doll released in 2007.

19    67.  Below, the head of Exhibit 45 (TX 302-5) (left) is next to Exhibit

20 46 (the Bratz Movie "Cloe" doll released in 2007) (right). This shows the

21 similarities of expression of features and proportion in the drawing and doll.

 

68.     Below, the head of Exhibit 45 (TX 302-5) (left) is next to Exhibit 41 (the Bratz Wild Wild West "Cloe" doll released in 2005) (right). This shows the similarities of expression of features and proportion in the drawing and doll.

 

69.     Attached as Exhibit 47 is a true and correct copy of TX 722. TX 722 is a drawing that Mattel owns. See Hutnyan Decl. Ex. 1 (Phase 1(a) Verdict Form) at 3.

70.     Attached as Exhibit 48 is a true and correct copy of a photograph of the face of a Bratz Nighty Nite "Sasha" doll released in 2004.

71.     Below, the head of Exhibit 47 (TX 722) (left) is next to Exhibit 48 (the Bratz Nighty Nite "Sasha" doll released in 2004) (right). This shows the similarities of expression of features and proportion in the drawing and doll.

 

1    72.    Attached as Exhibit 49 is a true and correct copy of TX 1108.

2 TX 1108 is a drawing that Mattel owns. See Hutnyan Decl. Ex. 1 (Phase 1(a)

3 Verdict Form).

4    73.    Below, the head of Exhibit 49 (TX 1108) (left) is next to Exhibit

5 48 (the Bratz Nighty Nite "Sasha" doll released in 2004) (right). This shows the

6 similarities of expression of features and proportion in the drawing and doll.

 

16    74.    Attached as Exhibit 50 is a true and correct copy of TX 302-7.

17 TX 302-7 is a drawing that Mattel owns. See Hutnyan Decl. Ex. 1 (Phase 1(a)

18 Verdict Form) at 3.

19    75.    Below, the head of Exhibit 50 (TX 302-7) (left) is next to Exhibit

20 43 (Bratz Passion 4 Fashion "Yasmin" doll released in 2006) (right). This shows the

21 similarities of expression of features and proportion in the drawing and doll.

 

1      76.    Attached as Exhibit 51 is a true and correct copy of TX 302-3.

2  TX 302-3 is a drawing that Mattel owns. <u>See</u> Hutnyan Decl. Ex. 1 (Phase 1(a)

3  Verdict Form) at 3.

4      77.    Attached as Exhibit 52 is a true and correct copy of a photograph

5  of the face of a Bratz Girlfriendz "Phoebe" doll released in 2007.

6      78.    Below, the head of Exhibit 51 (TX 302-3) (left) is next to Exhibit

7  52 (Bratz Girlfriendz "Phoebe" doll released in 2007) (right). This shows the

8  similarities of expression of features and proportion in the drawing and doll.

 

17      79.    Attached as Exhibit 53 is a true and correct copy of a photograph

18  of the face of a Bratz Movie "Sharidan" doll released in 2007.

19      80.    Below, the head of Exhibit 51 (TX 302-3) (left) is next to Exhibit

20  53 (Bratz Movie "Sharidan" doll released in 2007) (right). This shows the

21  similarities of expression of features and proportion in the drawing and doll.

 

07209/2649661.2

PROCTOR DECLARATION ISO MATTEL'S MOTION FOR PERMANENT INJUNCTION

1

2        81.    Attached as Exhibit 54 is a true and correct copy of TX 302-6.

3  TX 302-6 is a drawing that Mattel owns. <u>See</u> Hutnyan Decl. Ex. 1 (Phase 1(a)

4  Verdict Form) at 3.

5        82.    Below, the head of Exhibit 54 (TX 302-6) (left) is next to Exhibit

6  44 (Walking Bratz "Yasmin" doll released in 2007) (right). This shows the

7  similarities of expression of features and proportion in the drawing and doll.



16        83.    Below, a face from Exhibit 11 (TX 5-74) (left) is next to the face

17  of Exhibit 41 (Bratz Wild Wild West "Cloe" doll released in 2007) (right). This

18  shows the similarities of expression of features and proportion in the drawing and

19  doll.



84.     Below, a face from Exhibit 11 (TX 5-74) (left) is next to the face of Exhibit 6 (Bratz Movie "Cloe" doll released in 2007) (right).  This shows the similarities of expression of features and proportion in the drawing and doll.

 

85.     Below, a face from Exhibit 11 (TX 5-74) (left) is next to the face of Exhibit 14 (Bratz Play Sportz X-treme "Leah" doll released in 2007) (right).  This shows the similarities of expression of features and proportion in the drawing and doll.

 

/

86.     Below, a face from Exhibit 11 (TX 5-74) (left) is next to the face of Exhibit 44 (Walking Bratz "Yasmin" doll released in 2007) (right).  This shows the similarities of expression of features and proportion in the drawing and doll.



87.     Attached as Exhibit 55 is a true and correct copy of a photograph of the face of a Bratz Star Singerz "Yasmin" doll released in 2007.

88.     Below, a face from Exhibit 11 (TX 5-74) (left) is next to the face of Exhibit 55 (Bratz Star Singerz "Yasmin" doll released in 2007) (right).  This shows the similarities of expression of features and proportion in the drawing and doll.




**Infringing Products Currently on the Market**

90.     At my direction, individuals visited major retail stores in three major metropolitan areas -- Los Angeles, New York, and San Francisco-- in an attempt to identify infringing products currently on the market.  These individuals visited a total 17 stores, including: K-Mart on 8th Street in New York, New York; K-Mart on 34th Street in New York, New York; Toys-R-Us in New York City, New York; Target in Brooklyn, New York; KB Toys in Brooklyn, New York; Jeffrey's Toy Store in San Francisco, California; Target in San Mateo, California; Toys-R-Us in San Mateo, California; Walmart in Martinez, California; Walmart in Torrance, California; Toys-R-Us in Culver City, California; Target in Culver City, California; Target in Manhattan Beach, California; Target in Southgate, California; Target in Los Angeles, California; Toys-R-Us in Hawthorne, California; and K-Mart in Los Angeles, California.

91.     At my direction, individuals also visited the websites for Walmart, Target, and KB Toys in an attempt to identify infringing products currently on the market.

92.     Upon information and belief, attached as Exhibit 56 hereto are true and correct color photographs and/or copies of the approximately 206 Bratz fashion dolls available at these stores and on those websites and selected other Bratz products available at these stores.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2008, at Los Angeles, California.

B. Dylan Proctor