EXHIBIT 1



9-10" tall

14-15yrs old

Now 7th

JOINTED HERE, @ SHOULDERS

JOINTED HIPS

SCULPTED FINGERNAILS

removable ankles

BASIC SHK SCULPT

ATTORNEY'S EYES ONLY

BRYANT 00277



EXHIBIT ___1___
PAGE ___33___

EX 5-0088

EXHIBIT 2

EXHIBIT 2
PAGE 34

EXHIBIT 3



TOP OF HEAD

ROOTING LINE / SEPERATION LINE

ACTUAL PROPORTION

ACTUAL SIZE
10"

EXHIBIT 3
PAGE 35

SL00044

EX 323-0032

EXHIBIT 4

*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DOLL SCULPT DRAWING** registered under number **VAu 960-439.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DOLL SCULPT DRAWING** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VAu 960-439.**

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT 4
PAGE 36

**M 0920275**

EX 13889-0001



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 960-439

**Effective date of
registration:**

May 15, 2008

## Title

Title of Work: Doll Sculpt Drawing
Nature of Work: Drawing

## Completion/Publication

Year of Completion: 2000

## Author

Author: Carter Bryant
Author Created: 2-Dimensional artwork

Work made for hire: No
Citizen of: United States
Year Born: 1968
Anonymous: No                          Pseudonymous: No

## Copyright claimant

Copyright Claimant: Mattel, Inc.

333 Continental Blvd. M1-1220, El Segundo, CA, 90245-5012

Transfer Statement: Assignment.

## Certification

Name: Robert D. Walsh, authorized agent of Mattel, Inc.
Date: May 14, 2008

EXHIBIT 4
PAGE 37

M 0920276

EX 13889-0002

IPN#:

Registration #:   VAU000960439

Service Request #:   1-62541022

Mattel, Inc.
Robert D. Walsh
333 Continental Blvd M1-1220
El Segundo, CA 90245-5012

EXHIBIT ___4___
PAGE ___38___

**M 0920277**

EX 13889-0003



TOP OF HEAD

ROOTING LINE/SEPERATION LINE

ACTUAL PROPORTION

ACTUAL SIZE
10"

EXHIBIT 4
PAGE 39

M 0920278

EX 13889-0004

S.H.

LC COPYRIGHT

0  025  473  379  9

1-62541022

DCSU-UNPUB.

Doll Sculpt Drawing

EXHIBIT 4
PAGE 40

M 0920279

EX 13889-0005

EXHIBIT 5



EXHIBIT 5
PAGE 41



EXHIBIT 6
PAGE 42

EXHIBIT 7

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-321**

**Effective date of registration:**

July 25, 2008

## Title

Title of Work: Body and Head Sculpture

Nature of Work: Sculpture

## Completion/Publication

Year of Completion: 2000

## Author

Author: Carter Bryant

Author Created: 3-Dimensional Sculpture

Work made for hire: No

Citizen of: United States

Year Born: 1968

Anonymous: No          Pseudonymous: No

## Copyright claimant

Copyright Claimant: Mattel, Inc

333 Continental Blvd , El Segundo, CA, 90245-5012

Transfer Statement: by assignment

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Robert D Walsh

Date: July 24, 2008

Correspondence: Yes

Page 1 of 1

EXHIBIT 7
PAGE 43

M 0920547

IPN#:

Registration #:   VAU000964321

Service Request #:   1-81192546

Mattel, Inc  MI-1220
Robert Walsh
333 Continental Blvd
El Segundo, CA 90245-5012



EXHIBIT 7
PAGE 44

M 0920548

EX 13900-0002



Confidential - Attorney's Eyes Only

MGA HK 0011156



EXHIBIT 1136

EX 1136-0001

EXHIBIT 7
PAGE 46

M 0920550

EX 13900-0004



EXHIBIT 7
PAGE 47

EX 1136 0002

M 0920551

EX 13900-0005



EXHIBIT 1
PAGE 48

EX 1136-0003

M 0920552

EX 13900-0006



EXHIBIT 7
PAGE 49

EX 1136-0004

M 0920553

EX 13900-0007



EXHIBIT  7
PAGE  50

EX 1126 0005

M 0920554

EX 13900-0008



EXHIBIT
1136

EXHIBIT 2
PAGE 51



EXHIBIT 8
PAGE 52