

EXHIBIT 8
PAGE 53



EXHIBIT 8
PAGE 54



EXHIBIT 8
PAGE 55

EXHIBIT 9



MGA-TI 000818

EXHIBIT  9
PAGE  56

# PAGE INTENTIONALLY BLANK

EXHIBIT _9_
PAGE _57_

# PAGE INTENTIONALLY BLANK

EXHIBIT ___9___
PAGE ___58___

# PAGE INTENTIONALLY BLANK

EXHIBIT __9__
PAGE __59__

# PAGE INTENTIONALLY BLANK

EXHIBIT 9
PAGE 60

# PAGE
# INTENTIONALLY
# BLANK



EXHIBIT ___9___
PAGE ___41___

# PAGE

# INTENTIONALLY

# BLANK

EXHIBIT __9__
PAGE __62__

# PAGE

# INTENTIONALLY

# BLANK

EXHIBIT ___9___
PAGE ___63___

EXHIBIT

1135

1135.1

CONFIDENTIAL ATTORNEYS' EYES ONLY

EXHIBIT 10   KMW-L 000469
PAGE 64

CONFIDENTIAL ATTORNEYS' EYES ONLY

1135.2

EXHIBIT 10   KMW-L 000470

PAGE   65

CONFIDENTIAL ATTORNEYS' EYES ONLY

EXHIBIT __10__    1135 -3
PAGE __66__    KMW-L 000471

CONFIDENTIAL ATTORNEYS' EYES ONLY

EXHIBIT __10__
PAGE __67__

1135-4

KMW-L 000472

EXHIBIT 11



ATTORNEY'S EYES
ONLY

BRYANT 00214

EXHIBIT 11
PAGE 68

EXHIBIT 12

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF HEADS** registered under number **VAu 715-273.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DRAWING OF HEADS** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VAu 715-273**.

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certifications Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT 12
PAGE 69

**M 0920270**

EX 13888-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG **VAu715–273**

EFFECTIVE DATE OF REGISTRATION

**OCT 3 0 2006**
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
drawing of heads

**NATURE OF THIS WORK ▼ See instructions**
drawing

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
Carter Bryant

**DATES OF BIRTH AND DEATH**
Year Born ▼  1968        Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☑ 2-Dimensional artwork      ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
1999
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245 - 5012

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

See instructions before completing this space.

APPLICATION RECEIVED
**OCT 3 0 2006**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**OCT 3 0 2006**
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

07209/1985444.1

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT  12
PAGE  70

M 0920271

EX 13888-0002

| EXAMINED BY | STJ | FORM VA |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☑ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**        **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**        **Account Number ▼**

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

b

Area code and daytime telephone number  ( 310 ) 252-6650        Fax number   ( 310 )252-4991

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Mattel, Inc.**
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert D. Walsh        Date  October 27, 2006

Handwritten signature (X) ▼

x  Robert D. Walsh

**9**

| Certificate will be mailed in window envelope to this address: | **Name ▼** Robert D. Walsh  Mattel, Inc.  MI -1220 |
|---|---|
| | **Number/Street/Apt ▼** 333 Continental Blvd. |
| | **City/State/ZIP ▼** El Segundo, CA 90245 -5012 |

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006

U.S. Government Printing Office: 2004-320-958/60,126

EXHIBIT  12
PAGE   71

M 0920272

EX 13888-0003

VAu715–273

drawing of heads

OCT 3 0 2006

EXHIBIT  12
PAGE  72

M 0920273

EX 13888-0004



FACES
SAME HEAD BUT
DIFF FACE PAINT

— NOT ACTUAL SIZE —

EXHIBIT 12
PAGE 73

M 0920274

EX 13888-0005

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-319

**Effective date of registration:**

July 25, 2008

## Title

|  |  |
|---|---|
| Title of Work: | Drawings of Heads |
| Nature of Work: | Drawings |

## Completion/Publication

| Year of Completion: | 1999 |
|---|---|

## Author

|  |  |
|---|---|
| Author: | Carter Bryant |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United States |
| Year Born: | 1968 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright claimant

|  |  |
|---|---|
| Copyright Claimant: | Mattel, Inc , |
|  | 333 Continental Blvd , El Segundo, CA, 90245-5012 |
| Transfer Statement: | by assignment |

## Limitation of copyright claim

|  |  |
|---|---|
| Previously registered: | Yes |
| Previous registration and year: | VAu 715-273    2006 |
| Basis of current registration: | This is a changed version of the work |
| New material included in claim: | Additional artistic work |

## Certification

|  |  |
|---|---|
| Name: | Robert D Walsh |
| Date: | July 24, 2008 |

Page 1 of 2

12

PAGE 74

**M 0920492**

EX 13898-0001

Correspondence:  Yes

Page 2 of 2

EXHIBIT __12__
PAGE ___75___

M 0920493

EX 13898-0002

IPN#:

Registration #:   VAU000964319

Service Request #:   1-81192502

Mattel, Inc  MI-1220
Robert D  Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT   12
PAGE   76

**M 0920494**

EX 13898-0003