

ATTORNEY'S EYES
ONLY

BRYANT 00192

EX 5-0052

EXHIBIT __12__
PAGE __77__

M 0920495

EX 13898-0004



ATTORNEY'S EYES
ONLY

BRYANT 00214

EX 5-0074

EXHIBIT 12
PAGE 78

M 0920496

EX 13898-0005



ATTORNEY'S EYES
ONLY

BRYANT 00215

EX 5-0075

EXHIBIT 12
PAGE 79

M 0920497

EX 13898-0006



ATTORNEY'S EYES
ONLY

BRYANT 00300

EX 5-0111

EXHIBIT 12
PAGE 80

M 0920498

EX 13898-0007



ATTORNEY'S EYES
ONLY

BRYANT 00301

EX 5-0112

EXHIBIT 12
PAGE 81

M 0920499

EX 13898-0008



ATTORNEY'S EYES
ONLY

BRYANT 00302

EX 5-0113

EXHIBIT 12
PAGE 82

M 0920500

EX 13898-0009



ATTORNEY'S EYES ONLY          BRYANT 00303

EX 5-0114

EXHIBIT 12
PAGE 83

M 0920501

EX 13898-0010



ATTORNEY'S EYES
ONLY

BRYANT 00192

EXHIBIT
62

EX 62-0001

EXHIBIT 12
PAGE 84

M 0920502

EX 13898-0011



ATTORNEY'S EYES
ONLY

BRYANT 00214

EX 62-0011

EXHIBIT 12
PAGE 85

M 0920503

EX 13898-0012



HALLYDAY

ZÖE

ATTORNEY'S EYES
ONLY

BRYANT 00215

EX 62-0012

EXHIBIT 12
PAGE 86

M 0920504

EX 13898-0013



ATTORNEY'S EYES ONLY

BRYANT 00301

EX 62-0013

EXHIBIT  12
PAGE  87

M 0920505

EX 13898-0014



BRYANT 01003

CONFIDENTIAL
ATTORNEYS EYES
ONLY

EX 62-0014

EXHIBIT 12
PAGE 88

M 0920506

EX 13898-0015



CONFIDENTIAL

BRYANT 01243

EX 62-0015

EXHIBIT 12
PAGE 89

M 0920507

EX 13898-0016



ATTORNEY'S EYES
ONLY

BRYANT 00192

EX 624-0001

EXHIBIT 12
PAGE 90

M 0920508

EX 13898-0017



ATTORNEY'S EYES
ONLY

BRYANT 00300



TRIAL EXHIBIT 00708-001

EXHIBIT 12
PAGE 91

M 0920509

EX 13898-0018



EXHIBIT 12
PAGE 92

EX 1152-0001

M 0920510

EX 13898-0019



CONFIDENTIAL          BRYANT 01243

EXHIBIT 12
PAGE 93

EX 1152-0002

M 0920511

EX 13898-0020



2½" APPX

LUPÉ

ACTUAL SIZE

-LUPE-

Sculptural
Drawings;
Heads

9/19/99



2½"
APPX

ACTUAL
SIZE

ZOE

-ZOE-



DEPOSITION
EXHIBIT

CONFIDENTIAL     Attorney's Eyes Only     BRYANT 01976

EXHIBIT __12__     EX 1328-0001
PAGE __94__     M 0920512

EX 13898-0021



SCULPTURAL
DRAWINGS;
HEADS

4/14/99

CONFIDENTIAL      Attorney's Eyes Only      BRYANT 01976



EXHIBIT 12
PAGE 95

EX 1328-0002

M 0920513

EX 13898-0022



ATTORNEY'S EYES
ONLY

BRYANT 00214

EX 10537-0001

EXHIBIT 12
PAGE 96

M 0920514

EX 13898-0023



ATTORNEY'S EYES
ONLY

BRYANT 00215

EX 10538-0001

EXHIBIT 12    M 0920515
PAGE 97

EX 13898-0024

CONFIDENTIAL                    BRYANT 01243

EX 10613-0001

EXHIBIT _12_

PAGE _98_                    M 0920516

EX 13898-0025



ATTORNEY'S EYES ONLY

BRYANT 00214

TRIAL EXHIBIT 15180-001

EXHIBIT 12
PAGE 99

M 0920517

EX 13898-0026



HALLYDAY



ZOE





ATTORNEY'S EYES
ONLY

BRYANT 00215

TRIAL EXHIBIT 15181-001

EXHIBIT 12
PAGE 100

M 0920518

EX 13898-0027

EXHIBIT 13



EXHIBIT 13
PAGE lol

EXHIBIT 14



EXHIBIT 15

"The Bratz"

EXHIBIT 178

EXHIBIT 15
PAGE 103

EXHIBIT 16