

EX 14036-0001

EXHIBIT 26



EXHIBIT 26
PAGE 123

EX 14623-0001



EXHIBIT 27
PAGE 124

EX 14624-0001

EXHIBIT 28



EXHIBIT 28
PAGE 125

EX 504-0001

EXHIBIT 29



EXHIBIT __79__
PAGE __126__

EX 14416-0001

EXHIBIT 30



EXHIBIT 30
PAGE 127

EXHIBIT 31



EXHIBIT 31
PAGE 128

EX 14627-0001

EXHIBIT 32



EXHIBIT __32__
PAGE __129__

TRIAL EXHIBIT 17558-001

EXHIBIT 33



EX 14061-0001

EXHIBIT 33
PAGE 130

EXHIBIT 34



EXHIBIT 35



EXHIBIT __35__
PAGE __132__

EX 14626-0001

EXHIBIT 36



EXHIBIT _36_
PAGE _133_

EXHIBIT 37



EXHIBIT 37
PAGE 134

EXHIBIT 38



EXHIBIT __38__
PAGE __135__

EXHIBIT 39



EXHIBIT 39
PAGE 136

EXHIBIT 40



EXHIBIT 40
PAGE 137

EXHIBIT 1109

EXHIBIT 41



EXHIBIT ___41___
PAGE ___138___

EXHIBIT 42