

EXHIBIT 42
PAGE 139

EXHIBIT 110

EXHIBIT 43



EXHIBIT __43__
PAGE __140__

EXHIBIT 44



EXHIBIT __44__
PAGE __141__

EXHIBIT 45



Now she has a whole new look for nighttime fun with the rest of the Bratz gang!

**EXHIBIT** 302-5

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006457

EXHIBIT 45
PAGE 142

EXHIBIT 46



EXHIBIT 46
PAGE 143

EXHIBIT 47

EXHIBIT  722   EXHIBIT  47

EXHIBIT 48



EXHIBIT 48
PAGE 145

EXHIBIT 49



EXHIBIT 49
PAGE 146

EXHIBIT 1108

EXHIBIT 50



For partytime, change her into a short skirt, braids and silver stompers!

EXHIBIT " 302-7

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006459

EXHIBIT 50
PAGE 147

EXHIBIT 51

## Meet Zoe!

She's the queen of cool at school with her short dark brown hair and funky stompin' sneaks. Hiphugger jeans, short tee shirt and glittery vinyl backpack complete her daytime look.



EXHIBIT 1302-3

CONFIDENTIAL
ATTORNEY'S EYES ONLY

EXHIBIT 51   MGA006455
PAGE 148

EXHIBIT 52



EXHIBIT 52

PAGE 149

EXHIBIT 53



EXHIBIT 53
PAGE 150

EXHIBIT 54



**Meet Lupe!**

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery tennies , a fun red updo and fresh backpack give her a great look for school!

EXHIBIT · 302-6

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006458

EXHIBIT 54
PAGE 151

EXHIBIT 55



EXHIBIT __55__
PAGE __152__

EXHIBIT 56





EXHIBIT 56
PAGE 154