

















EXHIBIT 56
PAGE 163









EXHIBIT 56
PAGE 167

