

EXHIBIT __56__
PAGE __169__





EXHIBIT 56
PAGE 171





EXHIBIT _56_
PAGE _173_



EXHIBIT  56
PAGE  174





EXHIBIT _56_
PAGE _175_





EXHIBIT 5
PAGE 177



EXHIBIT 56
PAGE 178



EXHIBIT 56
PAGE 179



EXHIBIT 56
PAGE 180



EXHIBIT 56
PAGE 181



EXHIBIT 56
PAGE 182

