





Case 2:04-cv-09049-DOC-RNB   Document 4307-10   Filed 09/29/08   Page 4 of 16   Page ID #:108485























EXHIBIT 5e
PAGE 198



EXHIBIT 5u
PAGE 199