

EXHIBIT 5ᴸ
PAGE 200



EXHIBIT 5e

PAGE 201



EXHIBIT 56
PAGE 202



EXHIBIT 56
PAGE 203



EXHIBIT 5e
PAGE 204



EXHIBIT 5u
PAGE 205



EXHIBIT 56
PAGE 206



EXHIBIT 56
PAGE 207



EXHIBIT 56
PAGE 208



EXHIBIT 56
PAGE 209



EXHIBIT 5e
PAGE 210



EXHIBIT 5u
PAGE 211



EXHIBIT 56
PAGE 212



EXHIBIT 56
PAGE 213



EXHIBIT **56**
PAGE **214**



EXHIBIT 56
PAGE 215



EXHIBIT 5u
PAGE 216



EXHIBIT 5c
PAGE 217



EXHIBIT 56
PAGE 218



EXHIBIT 56
PAGE 219



EXHIBIT 56
PAGE 220



EXHIBIT 5e
PAGE 221