

EXHIBIT 5e
PAGE 222



EXHIBIT 56
PAGE 223



EXHIBIT 56
PAGE 224



EXHIBIT 56
PAGE 225



EXHIBIT 5e
PAGE 226



EXHIBIT 56
PAGE 227



EXHIBIT 56
PAGE 228



EXHIBIT 5e
PAGE 229



EXHIBIT 5e
PAGE  230



EXHIBIT 5e
PAGE 231



EXHIBIT 5e
PAGE 232



EXHIBIT 56
PAGE 233



EXHIBIT 5\6
PAGE 234



EXHIBIT 5u
PAGE 235



EXHIBIT 56
PAGE 236



EXHIBIT 56
PAGE 237



EXHIBIT 56
PAGE 238



EXHIBIT 56
PAGE 239



EXHIBIT 56
PAGE 240



EXHIBIT 56
PAGE 241



EXHIBIT 5e
PAGE 242



EXHIBIT 5e
PAGE 243



EXHIBIT 56
PAGE 244