

EXHIBIT 5e
PAGE 245







EXHIBIT 56
PAGE 247





EXHIBIT 5u
PAGE 249



EXHIBIT 5e
PAGE 250

EXHIBIT 5ℓ
PAGE 251







EXHIBIT 56
PAGE 254









EXHIBIT 56
PAGE 258


EXHIBIT 5e
PAGE 259





EXHIBIT 56
PAGE 261