

EXHIBIT 56
PAGE 262



EXHIBIT 56
PAGE 263



EXHIBIT 5e
PAGE 264

56
265



EXHIBIT 5u

PAGE 266



EXHIBIT 56
PAGE 267





EXHIBIT 56
PAGE 268



EXHIBIT 56
PAGE 269



EXHIBIT 5e
PAGE 270



EXHIBIT 56
PAGE 271





EXHIBIT 56
PAGE 273




EXHIBIT 5&
PAGE 274



EXHIBIT 56
PAGE 275



EXHIBIT 56
PAGE 276





EXHIBIT __56__
PAGE __277__