





EXHIBIT 5e
PAGE 280



EXHIBIT 56
PAGE 281



EXHIBIT 5e
PAGE 282



EXHIBIT 56
PAGE 283







EXHIBIT 5e
PAGE 286







EXHIBIT 56
PAGE 291





EXHIBIT 5e
PAGE 293