





EXHIBIT 5e
PAGE 297



WARNING:
CHOKING HAZARD-Small parts.
Not for children under 3 years.

EXHIBIT 51e
PAGE 298





EXHIBIT 5e
PAGE 300


**Buy stocks for $4**

No account minimum required

Click here >

ING DIRECT | sha


Save money. Live better.

Free Shipping with site to store

Toys

FIND

Store Finder    Local Ad    Top Products    Sign In/New    Track Orders

Toys ▸ Dolls & Stuffed Toys ▸ **Fashion Dolls**

## Big BRATZ Girls Rock Doll, Sasha





NEW

**$29.94**

**Buy Online**

**In Stock**

**ADD TO CART ▸**

Add to:  ▶ Wish List

**Find in Stores**

Information not available. Check store for availability. Learn More


⊕ Zoom in

### Connect & Share:
**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**


Big BRATZ Girls Rock Do
Yasmin
**$29.94**

## Features & Specifications

The BRATZ are rockin' like royalty. This Big BRATZ Girls Rock Doll comes dressed in true rocker style. The doll comes with real make-up to give your BRATZ or yourself a makeover. You'll find everything you need to create a look that's ready to rock!

**Big BRATZ Girls Rock Doll, Sasha:**

EXHIBIT 5e
PAGE 301

http://www.walmart.com/catalog/product.do?product_id=9605745                    9/28/2008



Two New Innovations
for Mom and Baby

Learn More

**Similac** Strong babies start here.




**Walmart** ·:
Save money. Live better.

Free Shipping with **site to store**

 Toys

**FIND**

Store Finder    Local Ad    Top Products    Sign In/New    Track Orders

Toys    Dolls & St

## Big BRATZ Girls Rock Doll, Clo



N

$



**Out of Stock Online**

**Find in Stores**

Information not available. Check store for availability. Learn More

⊕ Zoom in

**Information below:**

- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**

 BRATZ Rock Doll, Yasmir
**$21.97**

Big BRATZ Girls Rock Do
Sasha
**$29.94**

**Connect & Share:**

**Ratings and Reviews**

Be the first to rate and review this product.

**Q&A Exchange**

Be the first to ask a question.

## Features & Specifications

The BRATZ are rockin' like royalty. This extra-large BRATZ comes dressed in rocker style.
The kit includes real make-up to give Cloe a makeover, plus everything you need to create
a complete look that's ready to rock.

**Big BRATZ Girls Rock Doll, Cloe:**

EXHIBIT 56
PAGE 302


ADVERTISEMENT
 Buy stocks for $4
No account minimum required
Click here >
ING DIRECT | sha

 Free Shipping with site to store  Toys    FIND

Store Finder    Local Ad    Top Products    Sign In/New    Track Orders

 Dolls & St

## Big BRATZ Girls Rock Doll, Yas



N
...
$

**Out of Stock Online**

**Find in Stores**
Information not available. Check store for availability. Learn More

⊕ Zoom in

### Information below:
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

### May We Also Suggest
 BRATZ Hair Torso Doll, C
**$29.93**

 BRATZ Hair Color Doll, C
**$27.97**

⬇ See more below

**Connect & Share:**
**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

## Features & Specifications

The BRATZ are rockin' like royalty. This Big BRATZ Girls Rock Doll comes dressed in true rocker style. The doll comes with real make-up to give your BRATZ or yourself a makeover. You'll find everything you need to create a look that's ready to rock!

**Big BRATZ Girls Rock Doll, Yasmin:**

 EXHIBIT 54
PAGE 303

Case 2:04-cv-09049-DOC-RNB Document 4307-16 Filed 09/29/08 Page 11 of 17 Page ID #:108602




## Two New Innovations for Mom and Baby

Learn More

**Similac** Strong babies start here.



**Walmart** Save money. Live better.

Free Shipping with **site to store**

Toys

[FIND]

Store Finder    Local Ad    Top Products    Sign In/New    Track Orders

 Toys  ›  Dolls & St

## Big BRATZ Hair Doll, Sasha

$





### Find in Stores

Information not available. Check store for availability. Learn More

 Enlarge image

**Age Range:** 6 and up

**Information below:**

- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**



BRATZ Magic Fashion Na
Sasha
**$24.97**



BRATZ Big Babyz Skater
Sasha
**$22.88**

⬇ See more below

## Connect & Share:

**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

## Features & Specifications

When you're the hair designer, you can go wild with color! Apply your own creative color streaks with a professional-style hair streaker. Add extra sparkle with hair glitter. Use clips to create cool styles and awesome up-dos. Then, get some pretty pink style with wild and

EXHIBIT **5 ω**

PAGE **304**



All Products   GO                                         Sign In | New

Save 10% today when you open a REDcard℠ credit account.   ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Adventure Girlz - Jade**

◀◀ Previous Page

**Browse Similar Items**

Toys
Girls' Toys
Dolls + Stuffed Animals
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Asian Dolls
Pretend Time
Dress-Up
Fashion Dolls +
Accessories
Girls' Dolls + Accessories
Girls' Dress-Up
All Bratz Toys

**Recently Viewed Items**



Bratz Magic Hair Color
Funky Fashion Makeover
Torso Sasha

new
Our Price: **$29.99**



Bratz Movie Stars - Cloe
Our Price: **$19.89**



## Bratz Adventure Girlz - Jade

clearance
**$12.59**
List price: ~~$17.99~~
You Save: **$5.40 (30%)**

Quantity: 1

+ Add to Cart

———————— OR ————————

Sign-in for 1-Click

+ Add to TargetLists

🔍 VIEW LARGER IMAGE

**Availability :**

Usually ships within 24 hours.

This item is available online, but is not
available in stores.

Prices, promotions, styles and availability
may vary by store and online.

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Jade ventures into the wild armed with all the right gear—including first and foremo
super-cute wardrobe
- Adventure Girlz set features 2 cute and campy mix-and-match outfits and all of Jade
safari-going necessities
- Also includes Jade doll, a camera, canteen, binoculars, backpack and more
- Comes with a Bratz Adventure Girlz button to wear; Cloe and Yasmin Adventure Girl
sold separately
- For ages 6 yrs. and up

**Better Together**

Buy this Bratz Adventure Girlz - Jade with Bratz Flower Girlz - Cloe today!

EXHIBIT 54
PAGE 305

Total List Price: $35.98
Buy Together Today:
$30.58



Help | My Account | Email Signup | Store Locator | Wishlist | 🛒Shopping

BABIES**Я**US

Search:
All Products

AGE    BRAND    CATEGORY    VIDEO GAMES    SPECIALTY TOYS    CLEARANCE    GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★
**Я GALACTIC STAR WARS SWEEPSTAKES**    SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls









NEW!

🔍 PRODUCT ZOOM

# Bratz Fashion and Fragrance Yasmin 9" Doll

by: MGA Entertainment

This 9" Bratz Fashion and Fragrance Yasmin doll is ready to hit the runway! She comes with two fabulous, runway-ready outfits and features a variety of poses, so she can put on a glamorous show. Yasmin also has a bottle of her very own perfume....(read more)

**Manufacturer's Age:** 6 years and up
**Our Recommended Age:** 6 - 9 years (details)

SHIPS FREE    **Spend $49 or more on select toys and get free shipping!** - (Details)

BUY 2 GET 1 FREE    **Buy 2 Get The 3rd Free All Bratz Dolls!** - (Details)

$    **Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

**Average Customer Rating**

(0 Ratings)

Be the first to Rate and Review this Item

TEMPO
AVAILA

Our Pr

STOR

ADD TO

ADD TO

EM

RELATED ITE





Include to cart




Include to cart





This ite
unavai

---

## PRODUCT INFORMATION

### Features

- Bratz Fashion and Fragrance Yasmin doll is ready to hit the runway
- Yasmin comes with her own bottle of perfume, which you can use, too
- Includes Bratz Yasmin doll, two runway outfits, hairbrush, and a bottle of perfume
- Doll height: 9"

### Product Description

This 9" Bratz Fashion and Fragrance Yasmin doll is ready to hit the runway! She comes with two fabulous, runway-ready outfits and features a variety of poses, so she can put on a glamorous show. Yasmin also has a bottle of her very own perfume.

EXHIBIT 5b

PAGE 306



Help | My Account | Email Signup | Store Locator | Wishlist | 🛒Shopping



Search:
All Products

| AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS |

★ ENTER FOR A CHANCE TO WIN! ★
ℛ GALACTIC STAR WARS SWEEPSTAKES          SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls







NEW!

🔍 PRODUCT ZOOM



# Bratz Fashion and Fragrance Jade 9" Doll

by: MGA Entertainment

This 9" Bratz Fashion and Fragrance Jade doll is ready to hit the runway! She comes with two fabulous, runway-ready outfits and features a variety of poses, so she can put on a glamorous show. Jade also has a bottle of her very own perfume....(read more)

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 9 years (details)

BUY 2 GET 1 FREE   **Buy 2 Get The 3rd Free All Bratz Dolls!** - (Details)

$   **Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

**Average Customer Rating**

(0 Ratings)

Be the first to Rate and Review this Item

TEMPO
AVAILA

Our Pr

STOR

ADD TO

ADD TO

EM



RELATED ITE



☐ Include
to cart



☐ Include
to cart



This ite
unavai

## PRODUCT INFORMATION

### Features

- Bratz Fashion and Fragrance Jade doll is ready to hit the runway
- Jade comes with her own bottle of perfume, which you can use, too
- Includes Bratz Jade doll, two runway outfits, a hairbrush and a bottle of perfume
- Doll height: 9"

### Product Description

This 9" Bratz Fashion and Fragrance Jade doll is ready to hit the runway! She comes with two fabulous, runway-ready outfits and features a variety of poses, so she can put on a glamorous show. Jade also has a bottle of her very own perfume.

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 9 years (details)



EXHIBIT 56
PAGE 307



Help | My Account | Email Signup | Store Locator | Wishlist | 🛒Shopping



Search:
All Products

| AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS |

★ ENTER FOR A CHANCE TO WIN! ★
🅡 GALACTIC STAR WARS SWEEPSTAKES          SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



🔍 PRODUCT ZOOM



## Bratz Fashion and Fragrance Cloe 9" Doll

by: MGA Entertainment

This 9" Bratz Fashion and Fragrance Cloe doll is ready to hit the runway! She comes with two fabulous, runway-ready outfits and features a variety of poses, so she can put on a glamorous show. Cloe also has a bottle of her very own perfume....(read more)

**Manufacturer's Age:** 6 years and up
**Our Recommended Age:** 6 - 9 years (details)

**SHIPS FREE** **Spend $49 or more on select toys and get free shipping!** - (Details)

**BUY 2 GET 1 FREE** **Buy 2 Get The 3rd Free All Bratz Dolls!** - (Details)

**$** **Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

### Average Customer Rating

(1 Rating)

Rate and Review this Item    Read 1 Review

Our Pr

Qty:
1    ADD IT

ADD TO

ADD TO

✉ EM

RELATED ITE



☐ Include to cart



☐ Include to cart



This ite unavai

## PRODUCT INFORMATION

### Features

- Bratz Fashion and Fragrance Cloe doll is ready to hit the runway
- Cloe comes with her own bottle of perfume, which you can use, too
- Includes Bratz Cloe doll, two runway outfits, and a bottle of perfume
- Doll height: 9"

**Product Description**

EXHIBIT 56
PAGE 308

Case 2:04-cv-09049-DOC-RNB   Document 4307-16   Filed 09/29/08   Page 16 of 17   Page ID #:108607



All Products    [GO]                                    Sign In | New

 Save 10% today when you open a REDcard℠ credit account.    ▸ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Flower Girlz - Cloe**

‹‹ Previous Page

**Browse Similar Items**

6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls +
Accessories
Girls' Dolls + Accessories
Flower Girlz
All Bratz Toys

**Recently Viewed Items**



Bratz Walking Doll -
Yasmin

Our Price: **$29.99**



Bratz Passion 4 Fashion
Collection Doll - Yasmin

new
Our Price: **$16.99**





**Bratz Flower Girlz - Clo**

**$17.99**

Quantity: 1

**+ Add to Cart**

━━ OR ━━

Sign-in for 1-Click

**+ Add to Club Wedd**

**+ Add to Target Baby**

**+ Add to TargetLists**

🔍 VIEW LARGER IMAGE

Availability :
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

• Gardening is in vogue with Cloe and her ultra-cool and environmentally friendly, gre thumb accessories
• Bratz Girlz Cloe doll comes with flower seeds, a watering can and flowerpot so kids grow their own flowers
• Dressed for the occasion, Cloe wears a top made from flower petals and has her ow signature floral scent
• Includes a hairbrush along with real gardening equipment and flower seeds
• For ages 6 yrs. and up
• 9.5" Tall

**Better Together**

Buy this Bratz Flower Girlz - Cloe with Bratz Pampered Pupz - Cloe today!

 EXHIBIT 5ü
PAGE _309_



Help | My Account | Email Signup | Store Locator | Wishlist | 🛒 Shopping

BABIESЯUS

Search:
All Products

AGE    |    BRAND    |    CATEGORY    |    VIDEO GAMES    |    SPECIALTY TOYS    |    CLEARANCE    |    GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★
Я GALACTIC STAR WARS SWEEPSTAKES    SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls




🔍 PRODUCT ZOOM




▲

# Bratz Girlfriendz Nite Out Doll - Cloe

by: MGA Entertainment

Direct from the Bratz closet and delivered straight to you comes mix-n-match, far out fashion styles exclusively designed for your Bratz! With two separate fashion looks per pack, get ready for a fashion show that is sure to go on all night!...(read more)

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 9 years (details)

 **Buy 2 Get The 3rd Free All Bratz Dolls!** - (Details)

 **Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**

(2 Ratings)

Rate and Review this Item    Read 2 Reviews

List F
Our F

Qty:  ADD IT
1

ADD TO

ADD TO

EM

RELATED ITE


Include
to cart

ADD ITE

ADD TO

## PRODUCT INFORMATION

### Product Description

Direct from the Bratz closet and delivered straight to you comes mix-n-match, far out fashion styles exclusively designed for your Bratz! With two separate fashion looks per pack, get ready for a fashion show that is sure to go on all night!

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 9 years (details)

**Note:** Gift wrap is available for this item.

**Item #:** 856619

**SKU:** 7726E937

**UPC/EAN/ISBN:** 035051407973

EXHIBIT 56
PAGE 310