

All Products  GO      Sign In | New

**Save 10% today when you open a REDcard℠ credit account.** ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : Bratz Magic Hair - Cloe

◀◀ Previous Page

**Browse Similar Items**
Bestsellers
Magic Make-Up
All Bratz Toys
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Girls' Dress-Up
Bratz



🔍 VIEW LARGER IMAGE

**Bratz Magic Hair - Cloe**

**$27.99**

Quantity: 1

➕ **Add to Cart**

——— OR ———

Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

**Find it at a Target store**

**Availability :**
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Use your creativity to design hot new looks for Cloe and you
- Special Bratz memory hair—crimp it, curl it, color it and glitter it
- Next, try out the color and glitter on your own hair
- No batteries required
- For ages 6 yrs. and up

**Better Together**

Buy this Bratz Magic Hair - Cloe with Littlest Pet Shop Plug and Play today!

Total List Price: $54.98
Buy Together Today:
$57.98

EXHIBIT 51
PAGE 311



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

Search: All Products

AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★ GALACTIC STAR WARS SWEEPSTAKES    SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



PRODUCT ZOOM

### Bratz Magic Hair Color Torso Yasmin 14" Doll

by: MGA Entertainment

Give Yasmin a whole new look with the 14" Bratz Magic Hair Color Torso Yasmin doll! Now, you're the stylist. Yasmin comes with five tubes of bright hair color cream and two bottles of glitter gel, so you can create a sparkly, streaked look for...(read more)

**Manufacturer's Age:** 6 years and up
**Our Recommended Age:** 6 - 9 years (details)

 **Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**

(0 Ratings)

Be the first to Rate and Review this Item



Our P

Qty: 1  ADD I

ADD TO 
ADD TO

EM

**RELATED ITE**

 Include to cart

This ite unavai

 Include to cart



## PRODUCT INFORMATION

### Features

- Bratz Magic Hair Color Torso Yasmin is ready for her makeover
- Yasmin's hair color cream and glitter gel work on your hair, too
- Includes 14" Yasmin doll, 5 tubes of hair color cream, 2 bottles of glitter gel, a no-heat curling iron, crimping cartridge, 2 clips and hairbrush
- Doll height: 14"

### Product Description

Give Yasmin a whole new look with the 14" Bratz Magic Hair Color Torso Yasmin doll! Now, you're the stylist. Yasmin comes with five tubes of bright hair color cream and two bottles of glitter gel, so you can create a sparkly, streaked look for your doll.



EXHIBIT 5e
PAGE 312



All Products  Sign In | New

Save 10% today when you open a REDcard℠ credit account. ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz on Ice Doll - Yasmin**

◀◀ Previous Page

**Browse Similar Items**
Toys
Girls' Toys
Dolls + Stuffed Animals
Bestsellers
All Bratz Toys
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories

**Recently Viewed Items**



MGA Entertainment Brtz Magic Hair Color FFM - Yasmin

new
Our Price: **$29.99**



MGA Entertainment Bratz P4F Collection- Cloe

new



🔍 VIEW LARGER IMAGE

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Bratz girl Yasmin takes to the ice with strength, grace and style
- Includes fun winter fashions and ice skating accessories
- Pose Yasmin on her ice pedestal
- For ages 6 yrs. and up

EXHIBIT 5u
PAGE 3/3

**Better Together**

Buy this Bratz on Ice Doll - Yasmin with Bratz on Ice Doll - Vinessa today!

**Bratz on Ice Doll - Yasr**

clearance
**$15.99**
List price: $19.99
You Save: $4.00 (**20%**)

Quantity: 1

➕ **Add to Cart**

— OR —
Sign-in for 1-Click

➕ Add to TargetLists

Total List Price: $39.98
**Buy Together Today:**
**$35.98**



All Products [GO]    Sign In | New

**Save 10% today when you open a REDcard credit account.** ▸ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Magic Hair - Jade**

《 Previous Page

**Browse Similar Items**
Bestsellers
Magic Make-Up
All Bratz Toys
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Asian Dolls
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Girls' Dress-Up
Bratz

**Recently Viewed Items**



MGA Entertainment Bratz Girlz Really Rock Cloe
new
Our Price: **$21.99**



MGA Entertainment Bratz Designed by Jade
new



**Bratz Magic Hair - Jade**

We're sorry.
This item is out of stock.

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

Find it at a Target store

⊙ VIEW LARGER IMAGE

**Availability :**
This item is out of stock.

Warranty Information

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

• Jade's magic memory hair allows you to crimp it, curl it, color it and glitter it!
• Use your creativity to create hot new hair looks for Jade, then try out the color and on your own hair
• The Bratz doll comes dressed in a super fashionable outfit, along with lots of cool be accessories
• Accessories include a hairbrush, crimping and curling irons, glitter and more; no bat required
• For ages 6 yrs. and up
• 10" Tall

**Guests Who Bought This Item Also Bought**

  

EXHIBIT 56
PAGE 314

http://www.target.com/Bratz-Magic-Hair-Jade/dp/B000MGGTIE/gid=1222631372/ref=br... 9/28/2008



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

Search: All Products

AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★
GALACTIC STAR WARS SWEEPSTAKES
SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls




PRODUCT ZOOM

### Bratz Magic Hair Color 4 Piece Set - 9" Cloe Doll

by: MGA Entertainment

Now you and your 9" Bratz doll Cloe can have the hair you've always wanted! With the Bratz Magic Hair Color 5-in-1 set, you're the hair designer. Spray Cloe's blonde hair with purple or fuchsia hair coloring, or use the hair mixing bowl and...(read more)

**Manufacturer's Age:** 6 years and up
**Our Recommended Age:** 6 - 9 years (details)

 Spend $49 or more on select toys and get free shipping! - (Details)

 Buy 2 Get The 3rd Free All Bratz Dolls! - (Details)

 Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**

(0 Ratings)

Be the first to Rate and Review this Item

Qty: 1    ADD IT

ADD TO

ADD TO

EM

RELATED ITE



Include to cart



This ite unavai



Include to cart

### PRODUCT INFORMATION

**Features**

- The Bratz Magic Hair Color 5-in-1 set and Cloe doll let you create beautiful hair color for Cloe and for yourself
- Cloe comes ready for the salon in her black smock; underneath, she wears a purple dress, perfect for a night on the town
- Includes purple and fuchsia hair color; silver and blue glitter gel; a highlighting brush; a hairbrush; and a mixing bowl
- Doll weight: 4.9 oz


EXHIBIT 56
PAGE 315



Help | My Account | Email Signup | Store Locator | Wishlist | 🛒 Shopping



Search: All Products

AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★
Я GALACTIC STAR WARS SWEEPSTAKES      SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Playsets



### Bratz Hair Magic Styling Torso - Yasmin
by: MGA Entertainment

Pick up some Hair Magic fashion tips with the Bratz, straight from their newest DVD (sold separately) and try them out on this Bratz Hair Magic Styling Torso featuring Yasmin from MGA Entertainment! Create fantastic, pretty pixie make-up...(read more)

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

 Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

**Average Customer Rating**

(4 Ratings)

Rate and Review this Item     Read 4 Reviews

🔍 PRODUCT ZOOM

TEMP
AVAIL

List P
Our Pr

STOR

ADD TO

ADD TO

EM

RELATED ITE



☐ Include to cart

ADD ITE

ADD TO

## PRODUCT INFORMATION

**Product Description**

Pick up some Hair Magic fashion tips with the Bratz, straight from their newest DVD (sold separately) and try them out on this Bratz Hair Magic Styling Torso featuring Yasmin from MGA Entertainment! Create fantastic, pretty pixie make-up looks for your Bratz and yourself!

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

**Note:** Gift wrap is available for this item.

**Item #:** 734467

**SKU:** D2923D6B

**UPC/EAN/ISBN:** 035051348870

**Manufacturer #:** 348870

**PRODUCT REVIEWS SUMMARY**



EXHIBIT 56
PAGE 316

http://www.toysrus.com/product/index.jsp?productId=2591342                    9/27/2008



All Products  GO         Sign In | New

**Save 10% today when you open a REDcard credit account.** ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Hair Stylistz Doll - Yasmin**

◀◀ Previous Page

**Browse Similar Items**
Ethnic Dolls
Hispanic Dolls
Pretend Time
Dress-Up
Fashion Dolls + Accessories
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Girls' Dolls + Accessories
Hair Stylistz
All Bratz Toys

**Recently Viewed Items**



Bratz Rodeo Doll - Sonya
Our Price: **$16.99**



Bratz Walking Doll - Sasha
Our Price: **$29.99**



🔍 VIEW LARGER IMAGE

**Bratz Hair Stylistz Doll Yasmin**

**$17.99**

Quantity: 1

➕ **Add to Cart**

———— OR ————
Sign-in for 1-Click

➕ Add to Club Wedd
➕ Add to Target Baby
➕ Add to TargetLists

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

**Warranty Information**

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Yasmin hits the world of high fashion in this Bratz doll that lets girls try out one of the coolest jobs in the biz
- Yasmin is dressed for creating fabulous 'do's, with a stylist's belt full of hair-styling t
- Doll comes with a hairbrush and stylist belt that girls can wear; pockets include the they need to become stylists, too
- Bratz Make-up Stylistz and Nail Stylistz dolls also available (sold separately)
- For ages 6 yrs. and up
- 9.5" Tall

**Better Together**

Buy this Bratz Hair Stylistz Doll - Yasmin with Bratz Make-Up Stylistz Set today!

EXHIBIT 56
PAGE 317








### BRATZ Hair Style Doll, Yasmin





**Find in Stores**

Information not available. Check store for availability. Learn More

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**

 BRATZ Hair Style Doll, C
$17.97

 BRATZ Hair Style Doll, S
 ★★☆☆☆
$17.97

⊕ Enlarge image

**Age Range:** 6 and up

**Connect & Share:**

**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

EXHIBIT  56
PAGE  318

### Features & Specifications

Style this BRATZ doll's hair just like in a real salon! Her hair changes color with water, so you can spray it a different color, glitter it, highlight it and style it. Plus, the hair highlights and glitter work on your hair too.






# BRATZ Hair Style Doll, Cloe



$

**Find in Stores**

Information not available. Check store for availability. Learn More

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**



BRATZ Hair Style Doll, Y
$17.97



BRATZ Hair Style Doll, S
★★☆☆☆
$17.97

+ Enlarge image

**Age Range:** 6 and up

## Connect & Share:

**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

## Features & Specifications

Style this BRATZ doll's hair just like in a real salon! Her hair changes color with water, so you can spray it a different color, glitter it, highlight it and style it. Plus, the hair highlights and glitter work on your hair too.

EXHIBIT 56
PAGE 319

http://www.walmart.com/catalog/product.do?product_id=9188549                 9/28/2008



All Products    Sign In | New

Save 10% today when you open a REDcard℠ credit account.   ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Magic Hair Color Funky Fashion Makeover Tors**

◀◀ Previous Page

**Browse Similar Items**
- 6-7 Dolls + Accessories
- 6-7 Girls' Shop by Price
- 8-9 Dolls + Accessories
- 8-9 Girls' Shop by Price
- African American Dolls
- Dress-Up
- Other Dolls
- Magic Make-Up
- All Bratz Toys

**Recently Viewed Items**



Bratz Movie Stars - Cloe
Our Price: **$19.89**



MGA Entertainment Bratz World - Yasmin's House
new
Our Price: **$24.99**



MGA Entertainment Bratz Magic Hair Color FFM - Cloe
new



**Bratz Magic Hair Color Funky Fashion Makeover Torso Sasha**

new
**$29.99**

Quantity: 1

[+ Add to Cart]

—— OR ——
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

[Find it at a Target store]

🔍 VIEW LARGER IMAGE

Availability:
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

See Description and Additional info for more details.

**Guests Who Viewed This Item Also Viewed**

  

EXHIBIT 5U
PAGE 320

http://www.target.com/Bratz-Magic-Color-Fashion-Makeover/dp/B00190JZ4M/qid=1222...   9/28/2008



All Products  GO                                                          Sign In | New

Save 10% today when you open a REDcard℠ credit account.    ▶ LEARN MORE

**Target** : **Kids** : **Favorite Characters** : **Bratz** : **All Bratz Toys** : Bratz Fashion Designer Funky Fashion Makeover Torso - Cloe

◀◀ Previous Page

**Browse Similar Items**
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
Girls' Stuffed Animals + Toys
Fashion Dolls + Accessories
All Bratz Toys

**Recently Viewed Items**



Bratz Magic Make-Up Studio Play Set - Katia
Our Price: **$49.99**



Bratz Pampered Pupz - Sasha
Our Price: **$19.99**



Bratz Magic Make-Up - Maribel
Our Price: **$24.99**



 VIEW LARGER IMAGE

**Bratz Fashion Designer Funky Fashion Makeover Torso - Cloe**

**$24.99**

Quantity: 1

➕ **Add to Cart**
——— OR ———
Sign-in for 1-Click

➕ Add to Club Wedd
➕ Add to Target Baby
➕ Add to TargetLists

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Create fabulous new designer looks for your Bratz and you
- Use glitter glue, sequins and markers to decorate your Bratz
- Nail polish, colored cream and stencils can be used on your Bratz and yourself

Guests Who Viewed This Item Also Viewed

EXHIBIT  56
PAGE  321



All Products 

Sign In | New

Save 10% today when you open a REDcard℠ credit account. ▶ LEARN MORE

**Target** : **Kids** : **Favorite Characters** : **Bratz** : **All Bratz Toys** : **Bratz Magic Fashion Nails - Sasha**

◀◀ Previous Page

**Browse Similar Items**
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
Girls' Stuffed Animals + Toys
All Bratz Toys

**Recently Viewed Items**



Bratz Star Singerz - Yasmin
Our Price: **$19.99**



Bratz on Ice Doll - Vinessa
Our Price: **$19.99**



Bratz Sun-Kissed - Cloe
Our Price: **$14.99**



Bratz Neon Pop Divaz - Sasha



**Bratz Magic Fashion Na Sasha**

**$24.99**

Quantity: 1

**+ Add to Cart**

―― OR ――
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

🔍 VIEW LARGER IMAGE

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

• Design your nails then decorate your Bratz fashion with the same styles
• 5-in-1 fashion nail tools let you paint it, draw it, gem it and stamp it on your nails, t create one-of-a-kind Bratz fashion designs
• Includes real stick-on nails for you, real nail polish, a fine-tip glitter glue pen, gem placement tool, gems and glue pen
• Also includes a nail art stamping tool and an ink pad
• Nail decorations let you decorate with Bratz fashion, then wipe off so you can desig looks

**Guest Reviews**

Write an online review and share your thoughts with other guests.



EXHIBIT 54
PAGE 322

http://www.target.com/Bratz-Magic-Fashion-Nails-Sasha/dp/B0013HFAFE/qid=12226305... 9/28/2008



All Products [GO]    Sign In | New

Save 10% today when you open a REDcard℠ credit account.  ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Magic Make-Up - Sasha**

« Previous Page

**Browse Similar Items**
Ethnic Dolls
African American Dolls
Pretend Time
Dress-Up
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Girls' Dolls + Accessories
Girls' Dress-Up
All Bratz Toys

**Recently Viewed Items**



MGA Entertainment BRATZ SPORTZ ROCK CLIMBING SASHA
Our Price: **$9.99**
stores only



Bratz Magic Fashion Nails - Cloe
Our Price: **$27.99**



VIEW LARGER IMAGE

**Bratz Magic Make-Up - Sasha**

**$24.99**

Quantity: 1

[+ Add to Cart]

OR

Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

See Description and Additional info for more details.

**Guest Reviews**
Write an online review and share your thoughts with other guests.

EXHIBIT 5<u>6</u>
PAGE 323



Walmart Easy Investing — Buy stocks for $4 — No account minimum required — Click here > — ING DIRECT


Save money. Live better.

Free Shipping with site to store

Toys   FIND

Store Finder | Local Ad | Top Products | Sign In/New | Track Orders

Toys  Dolls & Stuffed Toys  Fashion Dolls

## BRATZ Hair Torso Doll, Cloe



NEW

**$29.93**



**Buy Online**

**In Stock**

ADD TO CART ▶

Add to: ⓘ Wish List

**Find in Stores**

Information not available. Check store for availability. Learn More



⊕ Zoom in

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**

 BRATZ Hair Torso Doll, Y
$29.93

 BRATZ Hair Torso Doll, S
$29.93

⬇ See more below

**Connect & Share:**

**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

## Features & Specifications

Go wild and give your BRATZ a curled, crimped and colorful makeover, then use the real hair color and hair glitter to give yourself a makeover too!

5 tubes of real hair color for your Bratz and you

- Crimp and curl your Bratz special memory hair

EXHIBIT 56
PAGE 324



http://www.walmart.com/catalog/product.do?product_id=9605760                     9/28/2008



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

Search: All Products

AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS

 ★ ENTER FOR A CHANCE TO WIN! ★ GALACTIC STAR WARS SWEEPSTAKES — SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



### Bratz Learning Make-Up Designer Cloe

by: MGA Entertainment

Learn the art of fashion design! All the supplies you need to draw, trace, cut out and decorate your own fashion designs!... (read more)

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 9 years (details)

 **Buy 2 Get The 3rd Free All Bratz Dolls!** - (Details)

 **Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

PRODUCT ZOOM

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**

(1 Rating)

Rate and Review this Item     Read 1 Review

List P
Our Pr

Qty: 1   ADD I

ADD TO 
ADD TO

 EM

RELATED ITE



 Include to cart



 Include to cart



 Include

### PRODUCT INFORMATION

**Product Description**

Learn the art of fashion design! All the supplies you need to draw, trace, cut out and decorate your own fashion designs!

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 9 years (details)

**Note:** Gift wrap is available for this item.

**Item #:** 404368

**SKU:** F88E5825

**UPC/EAN/ISBN:** 035051370918

**Manufacturer #:** 370895



EXHIBIT ___56___
PAGE ___325___





Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

Search: All Products

AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★
GALACTIC STAR WARS SWEEPSTAKES     SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



PRODUCT ZOOM

### Bratz Learning Make-Up Designer Yasmin

by: MGA Entertainment

Learn the art of fashion design! All the supplies you need to draw, trace, cut out and decorate your own fashion designs!...
(read more)

**Manufacturer's Age:** 6 years and up
**Our Recommended Age:** 6 - 9 years (details)

 **Buy 2 Get The 3rd Free All Bratz Dolls!** -
(Details)

 **Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** -
(Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)



**Average Customer Rating**

(1 Rating)

Rate and Review this Item    Read 1 Review

Qty: 1    ADD I...

ADD TO
ADD TO
EM...

RELATED ITE...

☐ Includ... to cart


☐ Includ... to cart

## PRODUCT INFORMATION

**Product Description**

Learn the art of fashion design! All the supplies you need to draw, trace, cut out and decorate your own fashion designs!

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 9 years (details)

**Note:** Gift wrap is available for this item.

**Item #:** 404368
**SKU:** 5FF64122
**UPC/EAN/ISBN:** 035051370901
**Manufacturer #:** 370895


☐ Includ...



EXHIBIT 56
PAGE 326

http://www.toysrus.com/product/index.jsp?productId=2888924                                 9/27/2008



All Products [GO]   Sign In | New

Save 10% today when you open a REDcard℠ credit account. ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Make-Up Stylistz Set - Cloe**

◀◀ Previous Page

**Browse Similar Items**

Toys
Dolls + Stuffed Animals
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Girls' Dress-Up
Hair Stylistz
All Bratz Toys

**Recently Viewed Items**



Bratz Magic Make-Up - Yasmin
Our Price: **$24.99**



Bratz on Ice Doll - Yasmin
clearance
Our Price: **$15.99**



Q VIEW LARGER IMAGE

Availability :
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Cloe hits the world of high fashion in this Bratz doll that lets girls try out one of the coolest jobs in the biz
- Cloe is dressed for creating beautiful looks, with a stylist's belt full of make-up tools
- Doll comes with a hairbrush and stylist belt that girls can wear; pockets include the they need to become stylists, too
- Bratz Nail Stylistz and Hair Stylistz dolls also available (sold separately)
- For ages 6 yrs. and up
- 9.5" Tall

**Better Together**

Buy this Bratz Make-Up Stylistz Set - Cloe with Bratz Hair Stylistz Doll - Yasmin today!
Total List Price: $35.98

**Bratz Make-Up Stylistz Cloe**

clearance
**$12.59**
List price: $17.99
You Save: $5.40 (30%)

Quantity: 1

[+ Add to Cart]
────OR────
Sign-in for 1-Click

[+ Add to TargetLists]

[Find it at a Target store]

EXHIBIT 56
PAGE 327



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

Search: All Products

AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS

 ★ ENTER FOR A CHANCE TO WIN! ★ GALACTIC STAR WARS SWEEPSTAKES   SEE DETAILS

Home > Dolls & Stuffed Animals > Ethnic Dolls



 PRODUCT ZOOM

CLICK TO PLAY DEMO

### Bratz Movie Starz - Yasmin Styling Body
by: MGA Entertainment

Lights, camera, action! Help get Yasmin ready for the red carpet. Before she puts on her glitzy gown to attend the movie premiere, Yasmin gets ready with spa treatment. Paint her nails, gloss her lips and comb her hair with this Yasmin Stylin...(read more)

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

 Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**

(9 Ratings)

Rate and Review this Item    Read 9 Reviews

 List P
Our Pr

Qty: 1    ADD I

 ADD TO
ADD TO

 EM

 RELATED ITE



 Include to cart

 ADD ITE
 ADD TO

### PRODUCT INFORMATION

**Product Description**

Lights, camera, action! Help get Yasmin ready for the red carpet. Before she puts on her glitzy gown to attend the movie premiere, Yasmin gets ready with spa treatment. Paint her nails, gloss her lips and comb her hair with this Yasmin Stylin Body. Every little girl loves the movie star treatment! Help Yasmin by performing a little makeover magic before her big Hollywood debut.

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

**Note:** Gift wrap is available for this item.

**Item #:** 855817

**SKU:** 7726BE37

**UPC/EAN/ISBN:** 035051358466

**Manufacturer #:** 358466

EXHIBIT 54
PAGE 328

http://www.toysrus.com/product/index.jsp?productId=2661712&isTopSellingItem=true    9/27/2008