

All Products  GO                                              Sign In | New

Save 10% today when you open a REDcard℠ credit account.    ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : Bratz Passion 4 Fashion Collection Doll - Yasmin

◀◀ Previous Page

**Browse Similar Items**

6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
Hispanic Dolls
Fashion Dolls + Accessories
Girls' Dolls + Accessories
All Bratz Toys

**Recently Viewed Items**



Bratz on Ice Doll - Dana
**clearance**
Our Price: **$9.99**



Bratz Adventure Girlz - Jade
**clearance**
Our Price: **$12.59**



Bratz Magic Hair Color Funky Fashion Makeover Torso Sasha



🔍 VIEW LARGER IMAGE

**Availability :**
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

**Bratz Passion 4 Fashion Collection Doll - Yasmin**

new
**$16.99**

Quantity: 1

**+ Add to Cart**

— OR —
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

**Find it at a Target store**

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- The Bratz are expressing their passion for fashion with show-stopping style
- Yasmin comes with 2 complete outfits and a hairbrush
- 10" Tall

EXHIBIT 56
PAGE 329

Guests Who Viewed This Item Also Viewed

   

http://www.target.com/Bratz-Passion-Fashion-Collection-Doll/dp/B001CXI5S8/qid=1222...    9/28/2008



All Products  GO

Sign In | New

Save 10% today when you open a REDcard℠ credit account. ▶ LEARN MORE

**Target** : **Kids** : **Favorite Characters** : **Bratz** : **All Bratz Toys** : **Bratz Pampered Pupz - Sasha**

◀◀ Previous Page

**Browse Similar Items**
Ethnic Dolls
African American Dolls
Pretend Time
Dress-Up
Fashion Dolls + Accessories
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Girls' Dolls + Accessories
Pampered Pupz
All Bratz Toys

**Recently Viewed Items**



Bratz Magic Make-Up - Maribel
Our Price: **$24.99**



MGA Entertainment Bratz Designed by Sasha
new
Our Price: **$21.99**



**Bratz Pampered Pupz - Sasha**

**$19.99**

Quantity: 1

+ Add to Cart

— OR —

**Sign-in** for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

🔍 VIEW LARGER IMAGE

Avg. Guest Rating: ★★★★
Availability :
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- A pampered pooch never goes out of fashion—get your pup ready to go by washing the dirt spots in the elegant tub that pumps real water
- Paint your pup's nails with polish that you can wear yourself or put on your Bratz
- Dress 'em up in adorable outfits that coordinate with their Bratz owners
- Go online to print out a personalized adoption certificate for your Bratz Pampered Pu
- For ages 6 yrs. and up
- 9.5" Tall

EXHIBIT 54
PAGE 330

**Better Together**

Buy this **Bratz Pampered Pupz - Sasha** with **Bratz Pampered Pupz - Cloe** today!


ADVERTISEMENT — Walmart Easy Investing — Buy stocks for $4 — No account minimum required — Click here > — ING DIRECT | sha


Walmart — Save money. Live better.

Free Shipping with site to store

Toys

Store Finder | Local Ad | Top Products | Sign In/New | Track Orders

Toys > Dolls & Stuffed Toys > Fashion Dolls

# BRATZ Pop Diva Doll, Jade

**$19.97**



+ Enlarge image

**Age Range:** 6 and up

### Connect & Share:
**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

**Buy Online**

**In Stock**

[ADD TO CART >]

Add to: Wish List | Registry

**Delivery Options**  Learn More
- site to store - Free shipping to s
- Ship to home

**Find in Stores**

Information not available. Check store for availability. Learn More

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**


BRATZ Pop Diva Doll, Ya
★★★★★
$19.97

BRATZ Pop Diva Doll, Cl
$19.97

↓ See more below

## Features & Specifications

Join the new BRATZ band and light up the night! Plug in the microphone for you; both the mic and your BRATZ fashions light up and flash to the sound of your voice. The mic also plugs into your own music player to project your voice.

**BRATZ Pop Diva Doll, Jade:**
- Includes speaker-style doll stand and cool guitar


EXHIBIT 56
PAGE 331



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

 Search: All Products

AGE   BRAND   CATEGORY   VIDEO GAMES   SPECIALTY TOYS   CLEARANCE   GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★
GALACTIC STAR WARS SWEEPSTAKES   SEE DETAILS

Home > Dolls & Stuffed Animals > Ethnic Dolls

### Bratz Shrek Doll Yasmin

by: MGA Entertainment



Dressed from head to toe in cool Shrek fashions, this Bratz Shrek Yasmin Doll from MGA Entertainment features Shrek ears and comes with a real lip gloss just for you!...(read more)

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

 **Buy 2 Get The 3rd Free All Bratz Dolls!** - (Details)

 **Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

 PRODUCT ZOOM

Qty: 1   ADD IT
ADD TO
ADD TO

**Average Customer Rating**

(1 Rating)

Rate and Review this Item    Read 1 Review

RELATED ITE

Include to cart

ADD ITE
ADD TO

### PRODUCT INFORMATION

**Product Description**

Dressed from head to toe in cool Shrek fashions, this Bratz Shrek Yasmin Doll from MGA Entertainment features Shrek ears and comes with a real lip gloss just for you!

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

**Note:** Gift wrap is available for this item.

**Item #:** 737914

**SKU:** 03D2464F

**UPC/EAN/ISBN:** 035051352341

**Manufacturer #:** 352341




EXHIBIT 56
PAGE 332



### Features & Specifications

Girls can go wild and give Yasmin a curled, crimped and colorful makeover, then use the real hair color and hair glitter to create their own makeover, too.

**BRATZ Spotlight Yasmin:**

- 5 tubes of real hair color for your Bratz and you



EXHIBIT 56
PAGE 333

http://www.walmart.com/catalog/product.do?product_id=9605767                9/28/2008

○ Yes ○ No     ○ Yes ○ No     ○ Yes ● No

**Walmart** Save money. Live better.    Free Shipping with site to store

Toys

Store Finder | Local Ad | Top Products | Sign In/New | Track Orders

Toys > Dolls & Stuffed Toys > Fashion Dolls

## BRATZ Spotlight Sasha



NEW

**$21.97**

**Buy Online**

**In Stock**

[ADD TO CART ▶]

Add to: ▶ Wish List

**Find in Stores**

Information not available. Check store for availability. Learn More

⊕ Enlarge image

**Connect & Share:**

**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**

BRATZ Talking: Sasha
★☆☆☆☆
$20.00

BRATZ Pop Diva Doll, Sa
$19.97

↓ See more below

## Features & Specifications

Girls can go wild and give Sasha a curled, crimped and colorful makeover, then use the real hair color and hair glitter to create their own makeover, too.

**BRATZ Spotlight Sasha:**

- 5 tubes of real hair color for your Bratz and you



EXHIBIT 56
PAGE 334



All Products [ ] GO    Sign In | New

Save 10% today when you open a REDcard℠ credit account.    ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Star Singerz - Jade**

◀◀ Previous Page

**Browse Similar Items**

Ethnic Dolls
Asian Dolls
Pretend Time
Dress-Up
Fashion Dolls + Accessories
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Girls' Dolls + Accessories
Singerz
All Bratz Toys

**Recently Viewed Items**



Bratz Neon Pop Divaz - Yasmin

Our Price: **$19.99**



Bratz Fashion Designer Funky Fashion Makeover Torso - Cloe

Our Price: **$24.99**



Bratz Star Singerz - Jade

$19.99

Quantity: 1

[+ Add to Cart]

— OR —

Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

🔍 VIEW LARGER IMAGE

Availability :
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Jade's got the moves and grooves and girls can join the show with a real working headset mic that plays over the radio
- Star Singerz Jade spins in different dancing poses when you put her on the speaker-shape dance base
- Headset microphone transmits singers' voices wirelessly to your FM radio so girls and their Bratz can put on a performance together
- Jade doll is dressed in a dazzling pop-star outfit and comes with cool, color-coordinated accessories
- For ages 6 yrs. and up
- 10.5" Tall

EXHIBIT 5e
PAGE 335

**Better Together**

Buy this Bratz Star Singerz - Jade with Bratz Star Singerz - Yasmin today!



All Products  Sign In | New

Save 10% today when you open a REDcard℠ credit account. ► LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Star Singerz - Cloe**

« Previous Page

**Browse Similar Items**
Toys
Girls' Toys
Dolls + Stuffed Animals
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Singerz
All Bratz Toys

**Recently Viewed Items**



Bratz Walking Doll - Cloe
Our Price: $29.99



Bratz Snap-On Glam - Yasmin
Our Price: $16.99



VIEW LARGER IMAGE

Availability :
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

**Bratz Star Singerz - Clo**

clearance
**$13.99**
List price: $19.99
You Save: $6.00 (30%)

Quantity: 1

[+ Add to Cart]
OR
Sign-in for 1-Click

[+ Add to TargetLists]

[Find it at a Target store]



| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

• Cloe's got the moves and grooves and girls can join the show with a real working he mic that plays over the radio
• Star Singerz Cloe spins in different dancing poses when you put her on the speaker-shape dance base
• Headset microphone transmits singers' voices wirelessly to your FM radio so girls an their Bratz can put on a performance together
• Cloe doll is dressed in a dazzling pop-star outfit and comes with cool, color-coordina accessories
• For ages 6 yrs. and up
• 10.5" Tall

EXHIBIT 56
PAGE 336

**Better Together**

Buy this Bratz Star Singerz - Cloe with Bratz Star Singerz - Yasmin today!



All Products  Sign In | New

**Save 10% today when you open a REDcard℠ credit account.** ▶ LEARN MORE

**Target** : **Kids** : **Favorite Characters** : **Bratz** : **All Bratz Toys** : **Bratz Star Singerz - Sasha**

◄◄ Previous Page

**Browse Similar Items**
Ethnic Dolls
African American Dolls
Pretend Time
Dress-Up
Fashion Dolls + Accessories
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Girls' Dolls + Accessories
Singerz
All Bratz Toys

**Recently Viewed Items**



Bratz Fashion Designer - Sasha

Our Price: **$19.99**



MGA Entertainment Bratz Wintertime Collection - Cloe

new
Our Price: **$16.99**



VIEW LARGER IMAGE

**Bratz Star Singerz - Sas**

**$19.99**

Quantity: 1

[+ Add to Cart]

OR
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

[Find it at a Target store]

**Availability :**
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

**FEATURES** | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO

- Sasha's got the moves and grooves and girls can join the show with a real working headset mic that plays over the radio
- Star Singerz Sasha spins in different dancing poses when you put her on the speaker shaped dance base
- Headset microphone transmits singers' voices wirelessly to your FM radio so girls an their Bratz can put on a performance together
- Sasha doll is dressed in a dazzling pop-star outfit and comes with cool, color-coordin accessories
- For ages 6 yrs. and up
- 10.5" Tall

EXHIBIT 56
PAGE 337

**Better Together**

Buy this Bratz Star Singerz - Sasha with Bratz Walking Doll - Sasha today!



### BRATZ Styling Torso, Cloe

**$29.93**



**Buy Online**

**In Stock**

[ADD TO CART ▸]

Add to:  Wish List

**Find in Stores**

Information not availa



Enlarge image

**Age Range:** 6 and up

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**

BRATZ Styling Torso, Ya:
$29.93

**Connect & Share:**

**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.



EXHIBIT 56
PAGE 338

### Features & Specifications

Create fabulous new designer looks for your BRATZ and you! Use glitter glue, sequins and markers to decorate your BRATZ and her fashion. The included nail polish, colored cream and stencils can be used either on your BRATZ or on you!



Toys > Dolls & Stuffed Toys > Fashion Dolls

## BRATZ Styling Torso, Yasmin



$29.93

**Buy Online**

In Stock

[ADD TO CART ▶]

Add to: 🕀 Wish List

**Find in Stores**

Information not availa

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- Gifting Options
- Payment Options
- Shipping & Delivery



⊕ Enlarge image

**Age Range:** 6 and up

**Connect & Share:**

**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

EXHIBIT 56
PAGE 339

## Features & Specifications

Create fabulous new designer looks for your BRATZ and you! Use glitter glue, sequins and markers to decorate your BRATZ and her fashion. The included nail polish, colored cream and stencils can be used either on your BRATZ or on you!






Toys

Store Finder | Local Ad | Top Products | Sign In/New | Track Orders

Toys  Dolls & Stuffed Toys  Fashion Dolls

### BRATZ Sunkissed Doll, Cloe

**$14.97**





**Buy Online**

**In Stock**

[ADD TO CART ▶]

Add to: 💬 Wish List

**Find in Stores**

Information not availa

**Enlarge image**

**Age Range:** 6 and up

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**

 BRATZ Sunkissed Doll, Y
$14.97

**Connect & Share:**

**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

EXHIBIT 56
PAGE 340

### Features & Specifications

Step into the sun for a whole new look! This BRATZ girl's clothing actually changes color in sunlight. Plus, she comes with cool shades and a bracelet for you that also change color in sunlight!

Walmart.com: BRATZ Talking: Sasha: Dolls & Stuffed Toys                                       Page 1 of 6
Case 2:04-cv-09049-DOC-RNB   Document 4307-18   Filed 09/29/08   Page 13 of 18   Page ID
                                     #:108639


Walmart Easy Investing — Buy stocks for $4 — No account minimum required — Click here > — ING DIRECT


Walmart — Save money. Live better.

Free Shipping with site to store

Toys                              FIND

Store Finder | Local Ad | Top Products | Sign In/New | Track Orders

Toys › Dolls & Stuffed Toys › Fashion Dolls

## BRATZ Talking: Sasha

★☆☆☆☆ **2 Customer Ratings**

 CLEARANCE

**$20.00**
Was: $26.84



**Buy Online**

**In Stock**

[ADD TO CART ▸]

Add to: ▶ Wish List

**Find in Stores**

Information not available. Check store for availability. Learn More

⊕ Enlarge image

**Age Range:** 6 Years and up

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- Accessories to Buy
- Gifting Options
- Payment Options
- Shipping & Delivery

**Connect & Share:**
**Ratings and Reviews**
★☆☆☆☆ (2 Customer Ratings)
Read reviews or write a review

**Q&A Exchange**
Be the first to ask a question.

EXHIBIT 56
PAGE 341

## Features & Specifications

Want to talk about boys, fashion, friends and more? Want to learn fashion tips that only the BRATZ know? Now you can ask Sasha and find out! With interactive buttons on the base, you can finally have a conversation with a real BRATZ doll.



All Products  GO                                    Sign In | New

Save 10% today when you open a REDcard℠ credit account.  ► LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Talking Cloe**

◄◄ Previous Page

**Browse Similar Items**
Toys
Girls' Toys
Dolls + Stuffed Animals
Bestsellers
All Bratz Toys
Top Dolls + Accessories
Pretend Time
Dress-Up
Fashion Dolls + Accessories
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Girls' Dolls + Accessories
Girls' Dress-Up

**Recently Viewed Items**



Bratz Pampered Pupz - Cloe
Our Price: **$19.99**



Bratz Star Singerz - Cloe
clearance
Our Price: **$13.99**



🔍 VIEW LARGER IMAGE

Avg. Guest Rating: ★★★★★
Availability :
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Want to talk about boys, fashion, friends and more?
- Now you can ask Cloe a question and she'll answer
- Use interactive buttons on the base to get fashion tips only the Bratz know
- Star brush included
- For ages 6 yrs. and up

**Better Together**

Buy this Bratz Talking Cloe with Bratz Pink and Clear Jelly Sport Watch today!

**Bratz Talking Cloe**

clearance
**$17.49**
List price: $24.99
You Save: **$7.50 (30%)**

Quantity: 1

[+ Add to Cart]
------ OR ------
Sign-in for 1-Click

[+ Add to TargetLists]

Total List Price: $38.98
**Buy Together Today:**



EXHIBIT 56
PAGE 342

http://www.target.com/Bratz-Talking-Cloe/dp/B000EPEEYI/qid=1222630395/ref=br_1_8/    9/28/2008



All Products  Sign In | New

Save 10% today when you open a REDcard℠ credit account. ► LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Walking Doll - Sasha**

‹‹ Previous Page

**Browse Similar Items**
Ethnic Dolls
African American Dolls
Pretend Time
Dress-Up
Fashion Dolls + Accessories
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Girls' Dolls + Accessories
All Bratz Toys

**Recently Viewed Items**



Bratz Flower Girlz - Cloe
Our Price: **$17.99**



Bratz Walking Doll - Yasmin
Our Price: **$29.99**





VIEW LARGER IMAGE

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

Bratz Walking Doll - Sa

**$29.99**

Quantity: 1



Add to Cart
—— OR ——
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Nothing's better than strolling down the avenue in style, so walk tall with the new Walking Bratz dolls
- Sasha and her pup really walk, so you can go strolling together
- Check out the special interactive package and watch Sasha take her dog for a walk herself
- Includes a bonus puppy
- For ages 6 yrs. and up
- 10" Tall



EXHIBIT 56
PAGE 343

**Better Together**

Buy this Bratz Walking Doll - Sasha with Bratz Walking Doll - Yasmin today!

http://www.target.com/Bratz-Walking-Doll-Sasha/dp/B000PGPZMM/qid=1222629647/ref... 9/28/2008



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

Search: All Products

AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★
GALACTIC STAR WARS SWEEPSTAKES
SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



PRODUCT ZOOM

### Bratz Walking Doll - Cloe
by: MGA Entertainment

Nothing is better than strolling down the avenue in style, so walk tall with new Walking Bratz! She and her dog really walk, so you can go for a stroll together!...(read more)

**Manufacturer's Age:** 6 - 9 years
**Our Recommended Age:** 6 - 9 years (details)

SHIPS FREE — Spend $49 or more on select toys and get free shipping! - (Details)

BUY 2 GET 1 FREE — Buy 2 Get The 3rd Free All Bratz Dolls! - (Details)

$ — Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**
(4 Ratings)
Rate and Review this Item    Read 4 Reviews

Qty: 1    ADD I[T]
ADD TO
ADD TO
EM

RELATED ITE[MS]




Include to cart






Include to cart





Include

### PRODUCT INFORMATION

**Product Description**

Nothing is better than strolling down the avenue in style, so walk tall with new Walking Bratz! She and her dog really walk, so you can go for a stroll together!

**Manufacturer's Age:** 6 - 9 years
**Our Recommended Age:** 6 - 9 years (details)

Note: Gift wrap is available for this item.

**Item #:** 40064
**SKU:** B4AD5B71
**UPC/EAN/ISBN:** 035051361275
**Manufacturer #:** 366546

EXHIBIT 56
PAGE 344



All Products  GO    Sign In | New

Save 10% today when you open a REDcard℠ credit account. ► LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **MGA Entertainment Bratz World - Yasmin's House**

« Previous Page

**Browse Similar Items**
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
Hispanic Dolls
Fashion Dolls + Accessories
Girls' Dolls + Accessories
All Bratz Toys

**Recently Viewed Items**



MGA Entertainment Bratz Magic Hair Color FFM - Cloe

new
Our Price: **$29.99**



Bratz World House

new
Our Price: **$39.99**



Bratz Magic Hair - Cloe

Our Price: **$27.99**



VIEW LARGER IMAGE

**Availability** :
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO

See Description and Additional info for more details.

MGA Entertainment Bratz World - Yasmin's House

new
**$24.99**

Quantity: 1

**+ Add to Cart**

── OR ──
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

Find it at a Target store



EXHIBIT 56
PAGE 345

**Better Together**

Buy this MGA Entertainment Bratz World - Yasmin's House with MGA Entertainment Bratz - Cloe's House today!

Total List Price: $49.98
**Buy Together Today:** $49.98


**Buy stocks for $4**
No account minimum required
Click here >
ING DIRECT

 Free Shipping with site to store   Toys   FIND

Store Finder | Local Ad | Top Products | Sign In/New | Track Orders

Toys > Dolls & Stuffed Toys > Fashion Dolls

# Be-BRATZ Electronic Doll, African American

★★★★☆ 7 Customer Ratings

 CLEARANCE

**$15.00**
Was: $19.93

**Buy Online**
In Stock
[ADD TO CART ▶]
Add to: ▶ Wish List

**Find in Stores**
Information not available. Check store for availability. Learn More



⊕ Zoom in

**Age Range:** 6 Years and up

**Connect & Share:**
**Ratings and Reviews**
★★★★☆ (7 Customer Ratings)
Read reviews or write a review

**Q&A Exchange**
Be the first to ask a question.

**Information below:**
• Features & Specifications
• Customer Product Reviews
• Customer Product Q&A
• Gifting Options
• Payment Options
• Shipping & Delivery

EXHIBIT 56
PAGE 346

## Features & Specifications

These hot new dolls in slick outfits don't have names! That's because with Be-BRATZ.com, you get to create and become a new BRATZ character online! The doll's necklace becomes a USB key to unlock your character, so you can create your own personality, design your hair, make-up and clothes and decorate your room! Chat with other BRATZ online and play games to earn credits and buy stuff. Go to the clothing store and food store; you can even