


| AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS |

★ ENTER FOR A CHANCE TO WIN! ★
**GALACTIC STAR WARS SWEEPSTAKES**    SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls





PRODUCT ZOOM



CLICK TO PLAY DEMO

### Be-Bratz.com - Style 1
by: MGA Entertainment

These hot new dolls in slick new outfits DON'T have names! That's because with Be-Bratz.com, YOU get to create and become a new Bratz character online! The necklace becomes a USB key to unlock your Bratz character! Create your personality,...(read more)

**Manufacturer's Age:** 6 years and up
**Our Recommended Age:** 6 - 9 years (details)

 **Spend $49 or more on select toys and get free shipping!** - (Details)

**Buy 2 Get The 3rd Free All Bratz Dolls!** - (Details)

**Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**

(26 Ratings)

Rate and Review this Item     Read 26 Reviews

List P
Our Pr

Qty:
1    ADD I

ADD TO
ADD TO

EM

RELATED ITE

no image available


Include to cart




Include to cart



## PRODUCT INFORMATION

### Product Description

These hot new dolls in slick new outfits DON'T have names! That's because with Be-Bratz.com, YOU get to create and become a new Bratz character online! The necklace becomes a USB key to unlock your Bratz character! Create your personality, design your hair, make-up and clothes and decorate your room! Chat with other Bratz online! Play games and you earn credits to buy stuff for your Bratz! Go to the clothing store, food store even take her to the salon! You make sure your Bratz and her e-pet are healthy and happy! For the first time you can truly Be-Bratz in the Bratz world! Bonus real-working mouse and mouse pad include, plus a pet that matches your online e-pet!

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 9 years (details)

**Note:** Gift wrap is available for this item.


EXHIBIT 54
PAGE 347




Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

Search: All Products

AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★
GALACTIC STAR WARS SWEEPSTAKES   SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



PRODUCT ZOOM

## Bratz Collector Series Anyssa 11" Doll

by: MGA Entertainment

No detail was spared in designing this lovingly crafted Collector Series Bratz 11" Anyssa Doll, a totally new Bratz character with a face molded from high-quality porcelain. Her cutting-edge, high-fashion outfit is accented with real...(read more)

**Manufacturer's Age:** 14 years and up
**Our Recommended Age:** 6 years and up (details)

 Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

Release Date: Buy now for shipping by 10/24/2008. - (Details)

**Average Customer Rating**

(0 Ratings)

Be the first to Rate and Review this Item

releases

Our Pr

Qty:
1   ADD I


ADD TO
ADD TO

 EM

**RELATED ITE**



Include to cart




Include to cart





### PRODUCT INFORMATION

**Features**

- Framed in bold hues and striking silhouettes, the Bratz dolls sparkle with Swarovski crystals
- Porcelain body and head
- Includes one doll with high-fashion outfit, plastic display stand, and hand bag
- Doll height: 11"

**Product Description**

No detail was spared in designing this lovingly crafted Collector Series Bratz 11" Anyssa Doll, a totally new Bratz character with a face molded from high-quality porcelain. Her cutting-edge, high-fashion outfit is accented with real Swarovski crystals.

**Manufacturer's Age:** 14 years and up



EXHIBIT 56
PAGE 348



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

Search: All Products



AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★
GALACTIC STAR WARS SWEEPSTAKES    SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



### Bratz Collector Series Daphne 11" Doll

by: MGA Entertainment

No detail was spared in designing this lovingly crafted Collector Series Bratz 11" Daphne Doll, a totally new Bratz character with a face molded from high-quality porcelain. Her cutting-edge, high-fashion outfit is accented with real...(read more)

**Manufacturer's Age:** 14 years and up

**Our Recommended Age:** 6 years and up (details)

 Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

PRODUCT ZOOM

Release Date: Buy now for shipping by 10/24/2008. - (Details)

**Average Customer Rating**

(0 Ratings)

Be the first to Rate and Review this Item

releases

Our Pr

Qty: 1   ADD I

 ADD TO
 ADD TO

EM

**RELATED ITE**


☐ Include to cart


☐ Include to cart

## PRODUCT INFORMATION

### Features

- Framed in bold hues and striking silhouettes, the Bratz dolls sparkle with Swarovski crystals
- Porcelain body and head
- Includes one doll with high-fashion outfit, plastic display stand, and hand bag
- Doll height: 11"

### Product Description

No detail was spared in designing this lovingly crafted Collector Series Bratz 11" Daphne Doll, a totally new Bratz character with a face molded from high-quality porcelain. Her cutting-edge, high-fashion outfit is accented with real Swarovski crystals.

**Manufacturer's Age:** 14 years and up

EXHIBIT 56
PAGE 349

http://www.toysrus.com/product/index.jsp?productId=3170182                9/27/2008




| AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS |

★ ENTER FOR A CHANCE TO WIN! ★
**GALACTIC STAR WARS SWEEPSTAKES**  SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



### Bratz Elf Meygan 10" Doll - Holiday
by: MGA Entertainment

'Tis the season to be stylish! This 10" Bratz Holiday Elf Meygan doll spreads holiday cheer in her cute elf outfit, complete with fuzzy boots. Made from bendable plastic, she's fully poseable and features longer, more luxurious tresses...(read more)

**Manufacturer's Age:** 6 years and up
**Our Recommended Age:** 6 - 13 years (details)

 **Buy 2 Get The 3rd Free All Bratz Dolls!** - (Details)

 **Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**
(1 Rating)
Rate and Review this Item    Read 1 Review



Qty: 1   ADD IT

ADD TO
ADD TO
EM

**RELATED ITE**


Include to cart


Include to cart



Include to cart


Include to cart

## PRODUCT INFORMATION

### Features

- Bratz Holiday Yasmin doll is dressed like an elf
- Doll is articulated at the neck, arms, hips and ankles
- She features longer, more luxurious hair
- Includes doll, present, an extra set of earrings and necklace
- Doll height: 10"

### Product Description

'Tis the season to be stylish! This 10" Bratz Holiday Elf Meygan doll spreads holiday cheer in her cute elf outfit, complete with fuzzy boots. Made from bendable plastic, she's fully poseable and features longer, more luxurious tresses that you can style.

EXHIBIT 56
PAGE 350



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

Search: All Products

AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★
GALACTIC STAR WARS SWEEPSTAKES   SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



### Bratz Girlfriendz II Doll - Dana

by: MGA Entertainment

Direct from the Bratz closet, delivered straight to you, comes mix n match far out fashion styles exclusively designed for your Bratz! With two separate fashion looks per pack, get ready for a fashion show that is sure to go on all night!...(read more)

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

 **Buy 2 Get The 3rd Free All Bratz Dolls!** - (Details)

 **Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**

(2 Ratings)

Rate and Review this Item   Read 2 Reviews

  

PRODUCT ZOOM

List P
Our P

Qty: 1   ADD I

ADD TO
ADD TO

EM

RELATED ITE



Include to cart



Include to cart

ADD ITE
ADD TO

## PRODUCT INFORMATION

**Product Description**

Direct from the Bratz closet, delivered straight to you, comes mix n match far out fashion styles exclusively designed for your Bratz! With two separate fashion looks per pack, get ready for a fashion show that is sure to go on all night!

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

Note: Gift wrap is available for this item.

Item #: 857421

SKU: 7726EB37

UPC/EAN/ISBN: 035051408864

Manufacturer #: 408864

EXHIBIT 56
PAGE 351

http://www.toysrus.com/product/index.jsp?productId=2661734   9/27/2008



All Products [GO]    Sign In | New

Save 10% today when you open a REDcard℠ credit account.    ► LEARN MORE

**Target** : **Kids** : **Favorite Characters** : **Bratz** : **All Bratz Toys** : Bratz on Ice Doll - Dana

◄◄ Previous Page

**Browse Similar Items**
Toys
Kids
Girls' Toys
Dolls + Stuffed Animals
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
All Bratz Toys

**Recently Viewed Items**



Bratz Adventure Girlz - Jade

clearance
Our Price: **$12.59**



Bratz Magic Hair Color Funky Fashion Makeover Torso Sasha

new



🔍 VIEW LARGER IMAGE

Avg. Guest Rating: ★★★☆☆
Availability :
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Bratz on Ice Doll - Dana

clearance
**$9.99**
List price: $19.99
You Save: $10.00 (50%)

Quantity: 1

[+ Add to Cart]

———— OR ————
Sign-in for 1-Click

[+ Add to TargetLists]

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Bratz girl Dana takes to the ice with strength, grace and style
- Includes fun winter fashions and ice skating accessories
- Pose Dana on her ice pedestal
- For ages 6 yrs. and up

**Better Together**

Buy this Bratz on Ice Doll - Dana with Bratz on Ice Doll - Yasmin today!

Total List Price: $39.98
**Buy Together Today:**

EXHIBIT 56
PAGE 352

http://www.target.com/Bratz-on-Ice-Doll-Dana/dp/B000EPFF6U/qid=1222628953/ref=br...    9/28/2008



All Products 

Sign In | New

**Save 10% today when you open a REDcard℠ credit account.**  ▶ LEARN MORE

**Target** : **Kids** : **Favorite Characters** : **Bratz** : **All Bratz Toys** : **Bratz on Ice Doll - Vinessa**

◀◀ Previous Page

**Browse Similar Items**
Bestsellers
All Bratz Toys
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories

**Recently Viewed Items**



Bratz Sun-Kissed - Cloe
Our Price: **$14.99**



Bratz Neon Pop Divaz - Sasha
Our Price: **$19.99**

MGA Entertainment Bratz Wintertime Collection-



Q VIEW LARGER IMAGE

**Availability** :
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

**FEATURES** | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO

- Bratz girl Vinessa takes to the ice with strength, grace and style
- Includes fun winter fashions and ice skating accessories
- Pose Vinessa on her ice pedestal
- For ages 6 yrs. and up

**Better Together**

Buy this Bratz on Ice Doll - Vinessa with Bratz on Ice Doll - Yasmin today!

**Bratz on Ice Doll - Vine**

**$19.99**

Quantity: 1

**+ Add to Cart**

——— OR ———
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

Total List Price: $39.98
**Buy Together Today:**
**$35.98**



EXHIBIT 5µ
PAGE 353



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

Search: All Products

AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★
GALACTIC STAR WARS SWEEPSTAKES
SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



 

PRODUCT ZOOM

### Bratz Magic Hair Color 4 Piece Set - 9" Fianna Doll

by: MGA Entertainment

Now you and your 9" Bratz doll Fianna can have the hair you've always wanted! With the Bratz Magic Hair Color 5-in-1 set, you're the hair designer. Spray Fianna's blonde hair with purple, fuchsia, or yellow hair coloring, or use the hair...(read more)

**Manufacturer's Age:** 6 years and up
**Our Recommended Age:** 6 - 9 years (details)

 Spend $49 or more on select toys and get free shipping! - (Details)

 Buy 2 Get The 3rd Free All Bratz Dolls! - (Details)

Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**

(0 Ratings)

Be the first to Rate and Review this Item

Our Pr

Qty: ADD I
1

ADD TO
ADD TO
EM

RELATED ITE





Include to cart



This ite
unavai



Include to cart

### PRODUCT INFORMATION

**Features**

- The Bratz Magic Hair Color 5-in-1 set and Fianna doll let you create beautiful hair color for Fianna and for yourself
- Fianna comes ready for the salon in her black smock; underneath, she wears a black dress, perfect for a night on the town
- Includes purple, fuchsia, and yellow hair color; silver and crimson glitter gel; a highlighting brush; a hairbrush; and a mixing bowl
- Doll weight: 4.9 oz
- Doll height: 9"



EXHIBIT 9e
PAGE 354

http://www.toysrus.com/product/index.jsp?productId=3105964&isTopSellingItem=true   9/27/2008



All Products  Sign In | New

**Save 10% today when you open a REDcard℠ credit account.** ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Magic Make-Up - Cloe**

◀◀ Previous Page

**Browse Similar Items**
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Girls' Dress-Up
All Bratz Toys

**Recently Viewed Items**



MGA Entertainment Bratz Designed by Yasmin

new
Our Price: **$21.99**



MGA Entertainment Bratz Designed by Cloe

new
Our Price: **$21.99**



**Bratz Magic Make-Up -**

**$24.99**

Quantity: 1

**+ Add to Cart**

———— OR ————
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

 VIEW LARGER IMAGE

**Avg. Guest Rating:** ★★★★★
**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

• Girls use make-up markers and a pump-action airbrush to create fabulous new look: Cloe—and to create make-up "tattoos" on themselves
• Bratz Cloe doll and cool tools let kids practice, play and get creative with make-up
• Real working make-up airbrush comes with special stencils to spray sleek, colorful n styles right onto Cloe
• Water-based markers and air-brush make-ups easily wash off both kids and Bratz d allowing your young artist to try endless designs
• For ages 6 yrs. and up
• 9.5" Tall

Better Together



EXHIBIT 5u
PAGE 355



All Products     Sign In | New

Save 10% today when you open a REDcard℠ credit account.    ▶ LEARN MORE

**Target** : **Kids** : **Favorite Characters** : **Bratz** : **All Bratz Toys** : Bratz Magic Make-Up - Maribel

◀◀ Previous Page

**Browse Similar Items**

6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Girls' Dress-Up
All Bratz Toys

**Recently Viewed Items**



MGA Entertainment Bratz Designed by Sasha

new
Our Price: **$21.99**



MGA Entertainment Brtz Wintertime Collection - Sasha

new
Our Price: **$16.99**





VIEW LARGER IMAGE

**Bratz Magic Make-Up - Maribel**

**$24.99**

**Quantity:** 1

[+ Add to Cart]

---- OR ----
**Sign-in** for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

**Warranty Information**

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

• Girls use make-up markers and a pump-action airbrush to create fabulous new looks Maribel—and to create make-up "tattoos" on themselves
• Bratz Maribel doll and cool tools let kids practice, play and get creative with make-u
• Real working make-up airbrush comes with special stencils to spray sleek, colorful n styles right onto Maribel
• Water-based markers and air-brush make-ups easily wash off both kids and Bratz d allowing your young artist to try endless designs
• For ages 6 yrs. and up
• 9.5" Tall

**Better Together**

EXHIBIT 5e
PAGE 356

Buy this **Bratz Magic Make-Up - Maribel** with **Bratz Nail Stylistz - Leah** today!

http://www.target.com/Bratz-Magic-Make-Up-Maribel/dp/B000PGPZJK/qid=1222630589...  9/28/2008



All Products     Sign In | New

Save 10% today when you open a REDcard℠ credit account.    ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Nail Stylistz - Leah**

◀◀ Previous Page

**Browse Similar Items**
Toys
Dolls + Stuffed Animals
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Girls' Dress-Up
Hair Stylistz
All Bratz Toys

**Recently Viewed Items**



Bratz Make-Up Stylistz Set - Cloe

clearance
Our Price: **$12.59**



Bratz Magic Make-Up - Yasmin
Our Price: **$24.99**



VIEW LARGER IMAGE

**Availability :**
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

**Bratz Nail Stylistz - Lea**

clearance
**$12.59**
List price: $17.99
You Save: **$5.40 (30%)**

Quantity: 1

[+ Add to Cart]
— OR —
Sign-in for 1-Click

[+ Add to TargetLists]

[Find it at a Target store]

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Leah hits the world of high fashion in this Bratz doll that lets girls try out one of the coolest jobs in the biz
- Leah is dressed for creating fabulous nails, with a stylist's belt full of manicuring too
- Doll comes with a hairbrush and stylist belt that girls can wear; pockets include the they need to become stylists, too
- Bratz Make-up Stylistz and Hair Stylistz dolls also available (sold separately)
- For ages 6 yrs. and up
- 9.5" Tall

**Better Together**

Buy this Bratz Nail Stylistz - Leah with Bratz Hair Stylistz Doll - Yasmin today!

EXHIBIT 50
PAGE 357

Total List Price: $35.98

http://www.target.com/Bratz-Kidz-Nail-Stylistz-Leah/dp/B000PGPZT0/qid=1222630136/r...    9/28/2008



All Products [GO]    Sign In | New

Save 10% today when you open a REDcard℠ credit account.    ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Pampered Pupz - Cloe**

◀◀ Previous Page

**Browse Similar Items**
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Pampered Pupz
All Bratz Toys

**Recently Viewed Items**



Bratz Star Singerz - Cloe
clearance
Our Price: **$13.99**



Bratz Walking Doll - Cloe
Our Price: **$29.99**



Bratz Snap-On Glam -



**Bratz Pampered Pupz -**

**$19.99**

Quantity: 1

[+ Add to Cart]
— OR —
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

🔍 VIEW LARGER IMAGE

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

[FEATURES] [DESCRIPTION] [ADDITIONAL INFO] [SHIPPING INFO]

- A pampered pooch never goes out of fashion—get your pup ready to go by washing the dirt spots in the elegant tub that pumps real water
- Paint your pup's nails with polish that you can wear yourself or put on your Bratz
- Dress 'em up in adorable outfits that coordinate with their Bratz owners
- Go online to print out a personalized adoption certificate for your Bratz Pampered Pu
- For ages 6 yrs. and up
- 9.5" Tall

**Better Together**

Buy this Bratz Pampered Pupz - Cloe with Bratz Pampered Pupz - Sasha today!

EXHIBIT 5u
PAGE 358



All Products  Sign In | New

**Save 10% today when you open a REDcard℠ credit account.** ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Rodeo Doll - Sonya**

◀◀ Previous Page

**Browse Similar Items**
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
All Bratz Toys

**Recently Viewed Items**



Bratz Walking Doll - Sasha
Our Price: **$29.99**

Bratz Flower Girlz - Cloe
Our Price: **$17.99**



Bratz Walking Doll - Yasmin

**Bratz Rodeo Doll - Sony**



$16.99

Quantity: 1


+ Add to Cart
— OR —
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

🔍 VIEW LARGER IMAGE

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Cool Bratz style goes country with the Sonya Rodeo Doll
- Packed with fashion frontier accessories like boots and cowgirl hat
- Comes with extra mix-and-match outfit
- Includes a star-shaped brush and lasso
- For ages 6 yrs. and up

**Better Together**

Buy this Bratz Rodeo Doll - Sonya with Bratz Adventure Girlz - Jade today!


EXHIBIT 5ω
PAGE 359

Total List Price: $34.98
**Buy Together Today:**
$29.58

http://www.target.com/Bratz-Rodeo-Doll-Sonya/dp/B000EPFF4C/qid=1222629647/ref=br...   9/28/2008