1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
   (laguiar@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000
6  Fax: (213) 687-5600

7  Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>DECLARATION OF JASON D. RUSSELL IN SUPPORT OF MGA PARTIES' REQUEST FOR JUDICIAL NOTICE<br><br>Hearing Date:   November 10, 2008<br>Time:             1:00 PM |

1. I am an attorney licensed to practice law in the State of California and a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") in the above-captioned matter. I submit this Declaration in Support of MGA Parties' Request For Judicial Notice in support of their Phase 1c Statement of Position. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. The documents attached as Exhibits 1-8 were retrieved from the United States Patent and Trademark Office ("USPTO") website, http://www.uspto.gov, using the Trademark Document Retrieval system ("TDR" – http://tmportal.uspto.gov/external/portal/tow) and Trademark Trial and Appeal Board inquiry system ("TTABVUE" – http://ttabvue.uspto.gov/ttabvue/) on September 26, 2008.

3. Attached as Exhibit 1 is a true and correct copy of the Application for Trademark Serial No. 76179479, dated December 11, 2000, as retrieved from the USPTO – TDR website.

4. Attached as Exhibit 2 is a true and correct copy of the Registration Certificate for Trademark Serial No. 76179479, dated December 2, 2003, as retrieved from the USPTO – TDR website.

5. Attached as Exhibit 3 is a true and correct copy of the Statement of Use Submitted In Support Of Trademark Serial No. 76179479, dated February 24, 2003, as retrieved from the USPTO – TDR website. This document is part of a file labeled "4-Mar-2003 Paper Correspondence Incoming."

6. Attached as Exhibit 4 is a true and correct copy of the Trademark Trial And Appeal Board Case No. 91150381 Opposition to Registration, dated November 9, 2001, as retrieved from the USPTO – TTABVUE website.

7. Attached as Exhibit 5 is a true and correct copy of the 1st Amended Complaint Lovins Inc v. Abc Intl Traders Inc, et al. W.D. Wash. Case No. 2:02cv1405, dated July 8, 2002, as retrieved  from the USPTO – TTABVUE website. This document is part of a file

1  labeled "Plaintiff's Motion to Suspend Proceeding Pending Civil Action" filed in
2  Trademark Trial And Appeal Board Case No. 91150381 on July 19, 2002.
3     8.   Attached as Exhibit 6 is a true and correct copy of the Application for
4  Trademark Serial No. 76242565, dated April 18, 2001, as retrieved from the USPTO – TDR
5  website.
6     9.   Attached as Exhibit 7 is a true and correct copy of the Record of Assignment of
7  Trademark Serial No. 76242565, dated November 12, 2002, as retrieved from the USPTO –
8  TDR website. This document is part of a file labeled "6-Feb-2003 Paper Correspondence
9  Incoming."
10    10.  Attached as Exhibit 8 is a true and correct copy of the Registration Certificate
11 for Trademark Serial No. 76242565, dated December 2, 2003, as retrieved from the USPTO
12 – TDR website.
13    I declare under penalty of perjury under the laws of the United States of America and
14 the State of California that the foregoing is true and correct.

Executed on September 29, 2008, at Los Angeles, California.

_____
Jason D. Russell