# EXHIBIT 1

APPLICANT:      ABC International Traders, Inc. dba MGA Entertainment

ADDRESS:      16730 Schoenborn Street
North Hills, California 91343

INTENT TO USE:      15 U.S.C. 1051(b), as amended

GOODS:      Dolls In International Class 28

**BRATZ**

12-11-2000

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11

**TRADEMARK**

76179479

Exhibit 1
Page 3

TRADEMARK  APPLICATION  SERIAL  N     **76179479**

U.S. DEPARTMENT OF COMMERCE
PATENT  AND TRADEMARK  OFFICE
FEE  RECORD  SHEET

12/15/2000 KGIBBONS 00000167 76179479

01 FC:361                          325.00 OP

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119

Exhibit 1
Page 4



## UNITED STATES PATENT AND TRADEMARK OFFICE

12424
WILSHIRE
BOULEVARD

SUITE
1200

LOS ANGELES
CALIFORNIA
90025

TELEPHONE:
310.826.7474

FACSIMILE
310.826.6991

2361
JEFFERSON DAVIS
HIGHWAY

SUITE
522

ARLINGTON
VIRGINIA
22202

TELEPHONE
703.415.0933

FACSIMILE
703.418.2768

Assistant Commissioner for Trademarks
BOX NEW APP FEE
2900 Crystal Drive
Arlington, VA  22202-3513

December 7, 2000

Our Ref.: O.L. No. 005636/ LBA/sl

Sir:

  Transmitted herewith for filing is a trademark application of ABC International Traders, Inc. dba MGA Entertainment for the trademark BRATZ in International Class(es) 28.

  The following is enclosed:

[X] Executed application form;
[X] Associated Power of Attorney
[X] Drawing
[X] Acknowledgement card;

[X] Please charge any additional fees or credit overpayment to Deposit Account No. 18-2345.

[X] Our check in the amount of   $325.00
  is enclosed to cover the filing fee as calculated below:

Basic Filing Fee -----------------------------------------------$325.00
  at $325.00 per class  ----------------------------------$ 0.00
            **Total Fee**  **$325.00**

  All correspondence regarding this application should be sent to
Lucy B. Arant at Russ, August Kabat & Kent,
12424 Wilshire Boulevard, Los Angeles, California 90025.

Respectfully submitted,

*Lucy B. Arant*

Lucy B. Arant
Attorney for Applicant

LBA /sl
Enclosures

Exhibit 1
Page 5

Dec 07 00 03:04p        mga entertainment                                    8188948094;# 9/10
SENT BY:                    12- 7- 0 ; 1:39PM ;

# UNITED STATES
## APPLICATION FOR REGISTRATION

Mark: <u>BRATZ</u> _____

Class(es): <u>28</u> _____

To the Assistant Secretary and Commissioner of Patents and Trademarks:

<u>ABC INTERNATIONAL TRADERS, INC. d/b/a/ MGA ENTERTAINMENT</u> _____
(Name of Applicant)

<u>A California Corporation</u> _____
(Citizenship of applicant-or-members of firm-or-jurisdiction in which corporation formed)

<u>16730 Schoenborn Street, North Hills, California 91343</u> _____
(Complete business address)

The Applicant requests registration of the above-identified trademark/service mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et. seq., as amended) for the following goods/services: <u>DOLLS in International Class 28.</u>

The applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services. (15U.S.C.1051(b), as amended.)

The intended manner or mode of use of mark on or in connection with the goods is: <u>By applying the mark directly to the goods, on packaging for the goods, and in other customary means of the trade.</u>

The undersigned <u>Isaac E. Larian</u>, declares that he/she

(for corporation) is a (title of officer) **President and Chief Executive Officer** of applicant corporation and is authorized to execute this declaration on behalf of said corporation; that he/she believes said corporation to be entitled to use such mark in commerce; that to the best of his/her knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; that all statements made herein of his/her own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

1

Exhibit 1
Page 6

Dec 07 00 03:04p   mga entertainment   8188948094;#10/10
SENT BY:                    12- 7- 0 ; 1:39PM ;

## POWER OF ATTORNEY

Applicant hereby appoints jointly and severally, with full power of substitution, the power of appointment of an associate attorney and the power of revocation:

Evan M. Kent                    Lucy B. Arant                    France D. Lemoine

all members of the Bar of the State of California.

### c/o RUSS, AUGUST, KABAT & KENT
### 12424 Wilshire Boulevard, 12th Floor,
### Los Angeles, CA 90025 U.S.A.

12424 Wilshire Boulevard, 12th Floor, Los Angeles, CA 90025 U.S.A., to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration.

_December 7 2000_
Date

_Signature_

Isaac E. Larian
Name

President and Chief Executive Officer
Title

Exhibit 1
Page 7

# EXHIBIT 2

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

Reg. No. 2,789,216

## United States Patent and Trademark Office

Registered Dec. 2, 2003

### TRADEMARK
**PRINCIPAL REGISTER**

## BRATZ

MGA ENTERTAINMENT, INC. (CALIFORNIA CORPORATION)

16730 SCHOENBORN ST

NORTH HILLS, CA 913436122 BY CHANGE OF NAME ABC INTERNATIONAL TRADERS, INC. (CALIFORNIA CORPORATION), DBA MGA ENTERTAINMENT, NORTH HILLS, CA 91343

FOR: DOLLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-21-2001; IN COMMERCE 5-21-2001.

SN 76-179,479, FILED 12-11-2000.

AMY LOHR, EXAMINING ATTORNEY

Exhibit 2
Page 8

# EXHIBIT 3

*co 112 docket*

# Incoming Correspondence Routing Sheet

## To:  LAW OFFICE 112

## Word Mark:  BRATZ

**Serial No: 76179479**



**Mail Date:  03042003**



**Doc. Type:  Statement of Use**

---

# No Fee

**RAM Mail Date: 030403**

Exhibit 3
Page 9

**WHITE & CASE**
LIMITED LIABILITY PARTNERSHIP

1155 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036-2787

TELEPHONE: (1-212) 819-8200
FACSIMILE:  (1-212) 354-8113

LOS ANGELES
MIAMI
NEW YORK
PALO ALTO
WASHINGTON, D.C.

BERLIN
BRATISLAVA
BRUSSELS
BUDAPEST
DRESDEN
DÜSSELDORF
FRANKFURT
HAMBURG
HELSINKI
ISTANBUL
LONDON
MILAN
MOSCOW
PARIS
PRAGUE
ROME
STOCKHOLM
WARSAW

ALMATY
ANKARA
BANGKOK
BOMBAY/MUMBAI
HO CHI MINH CITY
HONG KONG
JAKARTA
SHANGHAI
SINGAPORE
TOKYO

BAHRAIN
JEDDAH
RIYADH

MEXICO CITY
SÃO PAULO

JOHANNESBURG

March 3, 2003

**VIA EXPRESS MAIL**

Amy Lohr, Law Office 107
Assistant Commissioner of Patents and Trademarks
2900 Crystal Drive
Arlington, VA 22202

Re:  Statement of Use
     Applicant:  MGA Entertainment Inc.
     Serial No.: 76/179479
     Mark:  BRATZ
     Classes: 28

CERTIFICATE OF MAILING UNDER 37 CFR 1.8

"Express Mail" mailing number: EL917669400US
Date of Deposit:  March 3, 2003

I hereby certify that this correspondence is being deposited with the United States Postal Service as Express Mail in an envelope addressed to Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513 on the date shown above.

Name: Helen Bruno

Signature:

Dear Ms. Lohr,

        We have been advised by the Intent-to-Use Division that the referenced trademark application is presently in review and that the Notice of Allowance should issue shortly.

        Due to the popularity of the BRATZ products in the toy market, the Applicant is quite anxious to secure registration. Accordingly, in the interest of time, we are filing both an Allegation of Use and a Statement of Use along with supporting specimens of the mark as used in commerce. Please kindly process whichever document is applicable and, if possible, expedite prosecution of this application.

        Furthermore, enclosed is a check in the amount of $100.00 for the filing fee. Please charge any deficiencies to Deposit Account No. 23-1705.

        Please note that the Applicant's name has changed from ABC International Traders, Inc. d/b/a MGA Entertainment to MGA Entertainment Inc. To that effect, attached please find a copy of our submissions to the Assignments Branch for the recordal of change of name.

Exhibit 3
Page 10

Lastly, please stamp the enclosed postcard to acknowledge receipt.

Thank you for your assistance.

Very truly yours,

Helen Bruno
Senior Legal Assistant

Enclosures

Exhibit 3
Page 11

STATEMENT OF USE UNDER 37 CFR 2.88

Mark:         BRATZ

Serial No.:   76/179479

Applicant:    MGA Entertainment Inc.

Notice of Allowance Issue Date:

Box ITU - Fee
Assistant Commissioner of Patents
        and Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Applicant requests registration of the above-identified trademark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et. seq., as amended).  One (1) specimens showing the mark as used in commerce are submitted with this statement.

Applicant is using the mark in commerce on or in connection with the goods and/or services identified in the Notice of Allowance in this application.

The mark was first used anywhere in connection with the goods and/or services at least as early as May 21, 2001; was first used in connection with the goods and/or services in commerce at least as early as May 21, 2001.

DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this Statement of Use on behalf of applicant; he/she believes the applicant to be the owner of the trademark sought to be registered;

03/17/2003 NWILSON  00000010 76179479

01 FC:6003                    100.00 OP

Exhibit 3
Page 12

02/27/03  11:03am  P. 003

the trademark is now in use in commerce; and all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

MGA ENTERTAINMENT INC.

Name: _____
Title: _____

Dated: 2-29-2003

Exhibit 3
Page 13

TRADEMARK/SERVICE MARK ALLEGATION OF USE

TO THE ASSISTANT COMMISSIONER OF TRADEMARKS:

Mark:          BRATZ

Serial No.:    76/179479

Applicant:     MGA Entertainment Inc.

Box ITU
Assistant Commissioner of Patents
        and Trademarks
2900 Crystal Drive
Arlington, VA  22202

**Notice of Allowance Information**:

Enter yes, if you are filing the Allegation of Use **after** the Notice of Allowance has issued.

☐ Yes

☐ No

    The owner is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance.

    The mark was first used anywhere on the goods and/or services at least as early as <u>May 21, 2001</u>; was first used in commerce on the goods and/or services at least as early as <u>May 21, 2001</u>.

    Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. § 1051 et seq., as amended).

Exhibit 3
Page 14

Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as currently used in commerce.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

MGA ENTERTAINMENT INC.

By: _____
Name: _____
Title: _____

DATED: _____

Exhibit 3
Page 15

EXHIBIT 4

**BOX TTAB FEE**

11-13-2001

U.S. Patent & TMOfc/TM Mai: Rcpt Dt. #76

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | | | |
|---|---|---|---|
| Applicant: | ABC International Traders, Inc., d/b/a MGA Entertainment | Attorney Docket No.: LOVC62194 | |
| Serial No.: | 76/179,479 | International Class: 28 | |
| Filed: | December 11, 2000 | Published for Opposition: August 14, 2001 | |
| Mark: | BRATZ | *Official Gazette*: Vol. 1249, No. 2, Page TM 364 | |
| Goods: | dolls | | |

LOVINS, INC., D/B/A FRIDAY HARBOR SPORTSWEAR, a Washington corporation,

               Opposer,

     v.

ABC INTERNATIONAL TRADERS, INC., D/B/A MGA ENTERTAINMENT CORPORATION, a California corporation,

             Applicant.

Opposition No. _____

NOTICE OF OPPOSITION

11/16/2001 SCORT1    00000066 76179479

01 FC:377    300.00 OP

Seattle, Washington 98101

November 9, 2001

TO THE COMMISSIONER FOR TRADEMARKS

TRADEMARK TRIAL AND APPEAL BOARD

     Lovins, Inc., d/b/a Friday Harbor Sportswear, a corporation of the State of Washington, having a place of business at 1625 39th Avenue East, Seattle, Washington 98112 (hereinafter "Opposer") believes that it will be damaged by registration of the trademark BRATZ as requested by Application Serial No. 76/179,479, filed December 11, 2000, in International Class 28, and hereby opposes the same.

     As grounds for the opposition, Opposer alleges as follows:

-1-

HKNC\1574P.DOC.DOT

Exhibit 4
Page 16

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS PLLC

LAW OFFICES

1420 FIFTH AVENUE
SUITE 2800
SEATTLE, WASHINGTON 98101-2347
TELEPHONE: (206) 682-8100

1.     On information and belief, ABC International Traders, Inc., d/b/a MGA Entertainment Corporation, is a California corporation having a place of business at 16730 Schoenborn Street, North Hills, California 91343 (hereinafter "Applicant").

2.     Continuously, since long prior to any date upon which Applicant can rely, Opposer has used the trademark BRATZ in association with the sale of clothing, including infant and children's clothing.

3.     Opposer will be damaged by the registration sought by Applicant insofar as the registration will be *prima facie* evidence of the validity of the registration, Applicant's ownership of the mark BRATZ, and Applicant's exclusive right to use the mark BRATZ when in fact, Applicant is not entitled to such rights by virtue of Opposer's prior and continuous use of the trademark BRATZ in association with the sale of clothing, including infant and children's clothing.

4.     The mark BRATZ claimed by Application Serial No. 76/179,479 is identical to the trademark BRATZ previously used by Opposer in association with the sale of clothing, including children's clothing, and therefore when used in association with dolls, is likely to cause confusion, or to cause mistake, or to deceive within the meaning of Section 2(d) of the Lanham Act, 15 U.S.C. § 1052(d).

5.     Based upon the foregoing, registration of the mark BRATZ as requested by Application Serial No. 76/179,479, filed December 11, 2000, is likely to cause injury and damage to Opposer.

WHEREFORE, Opposer respectfully requests that the registration of the mark BRATZ shown by Application Serial No. 76/179,479 be denied pursuant to Section 2(d) of the Lanham Act, 15 U.S.C. § 1052(d) and that this opposition be sustained.

Accompanying the duplicate signed copies of this Notice of Opposition is our check for the required filing fee in the amount of $300.00. Please charge any excess fees to Deposit Account No. 03-1740 of Opposer's counsel noted below.

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS PLLC

LAW OFFICES

1420 FIFTH AVENUE
SUITE 2800
SEATTLE, WASHINGTON 98101-2347
TELEPHONE: (206) 682-8100

Please direct all correspondence to Cindy L. Caditz of Christensen O'Connor Johnson Kindness[PLLC] at the following address:

Cindy L. Caditz
Christensen O'Connor Johnson Kindness[PLLC]
1420 Fifth Avenue, Suite 2800
Seattle, WA  98101-2347

Please direct all telephone calls to Cindy L. Caditz at 206-695-1715.

Respectfully submitted,

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS[PLLC]

Cindy L. Caditz
Attorneys for Opposer

## CERTIFICATE OF MAILING

I hereby certify that this NOTICE OF OPPOSITION to U.S. Trademark Application Serial No. 76/179,479 for the mark BRATZ is being deposited with the U.S. Postal Service in a sealed envelope as first class mail with postage thereon fully prepaid addressed to:  BOX TTAB FEE, Commissioner for Trademarks, Trademark Trial and Appeal Board, 2900 Crystal Drive, Arlington, VA 22202-3513, on  11-9-01          .

Date: November 9, 2001          Jeffrey Harbert

CLC:jh

HKNC\1574p.doc.dot

Exhibit 4
Page 18

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS[PLLC]

LAW OFFICES

1420 FIFTH AVENUE
SUITE 2800
SEATTLE, WASHINGTON 98101-2347
TELEPHONE: (206) 682-8100

# EXHIBIT 5

Honorable Barbara Jacobs Rothstein

# COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Lovins, Inc. d/b/a Friday Harbor Sportswear, a Washington corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>ABC International Traders, Inc., d/b/a MGA Entertainment Corporation, a California corporation; Talk of the Town Apparel Corp., a New York corporation; Jammies Manufacturing, Inc., a New York corporation; Target Corporation, a Minnesota corporation; Toys "R" Us-Delaware, Inc. d/b/a Kids "R" Us, a Delaware corporation, and John Does (1-5),<br><br>        Defendants. | No. CV 02-1405R<br><br>FIRST AMENDED COMPLAINT<br><br><br>**DEMAND FOR JURY TRIAL** |

## I.   THE PARTIES

1.     Plaintiff, Lovins, Inc. d/b/a Friday Harbor Sportswear, is a Washington corporation having a principal place of business at 1625 39th Avenue East, Seattle, Washington 98112 (hereinafter "Lovins").

2.     On information and belief, Defendant ABC International Traders, Inc., d/b/a MGA Entertainment Corporation, is a California corporation, having a principal place of business at 16730 Schoenborn Street, North Hills, California 91343 (hereinafter "ABC").

AMENDED COMPLAINT
(Cause No. CV 02- 1405R) - 1
LOVC\2296PLA (AMENDED COMPLAINT).DOC

Exhibit 5
Page 19

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

1    3.    On information and belief, Defendant Talk of the Town Apparel Corp. is a

2   New York Corporation having a place of business at 100 West 33rd Street, Suite 1100, New

3   York, New York 10001 (hereinafter "TOT").

4    4.    On information and belief, Defendant Jammies Manufacturing, Inc., is a New

5   York Corporation having a place of business at 100 West 33rd Street, New York, New York

6   10001 (hereinafter "Jammies").

7    5.    On information and belief, Defendant Target Corporation is a Minnesota

8   corporation employing as an agent for service of process C T Corp System, 520 Pike Street,

9   Seattle, Washington 98101 (hereinafter "Target").

10    6.    On information and belief, Defendant Toys "R" Us-Delaware, Inc. d/b/a Kids

11   "R" Us, is a Delaware corporation employing as an agent for service of process Prentice Hall

12   Corp System, 1010 Union Avenue SE, Olympia, Washington 98501 (hereinafter "TRU").

13    7.    On information and belief, Defendants John Does (1-5) are manufacturers,

14   distributors, licensees, licensors, agents or suppliers acting in cooperation with the named

15   defendants. Among the potential John Does are, to the extent they are not included among the

16   named defendants, the entities associated with Federal Trade Commission Registered

17   Numbers RN # 19040 and RN # 84140.

18    **II.  JURISDICTION AND VENUE**

19    8.    This is an action arising under the Trademark Act of 1946 (15 U.S.C. § 1051 et

20   seq.), the laws of the State of Washington, and the common law. This Court has jurisdiction

21   pursuant to 15 U.S.C. § 1121 (actions arising under the Lanham Act), 28 U.S.C. § 1338 (acts

22   of Congress relating to trademarks and unfair competition), and 28 U.S.C. § 1367

23   (supplemental jurisdiction over related state law claims). The amount in controversy exceeds

24   the sum or value of $75,000.

25    9.    Venue is proper in this judicial district under 28 U.S.C. § 1391.

26

27

AMENDED COMPLAINT
(Cause No. CV 02- 1405R) - 2
L0VC\2296PLA (AMENDED COMPLAINT).DOC

Exhibit 5
Page 20

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS^PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA  98101-2347
TELEPHONE: 206.682.8100

### III. THE SENIORITY AND DISTINCTIVENESS OF PLAINTIFF'S RIGHTS IN THE NAME AND MARK "BRATZ"

10.     Since at least 1994, and in any event long prior to any date upon which any defendant can rely, Lovins has continuously used the trademark BRATZ in association with the sale of clothing, including infant and children's clothing.

11.     Lovins sells and offers to sell clothing in association with the mark BRATZ nationwide and abroad.  The mark BRATZ has been affixed to clothing sold and worn throughout the United States.  Based upon this prior use, Lovins owns common law trademark rights in the mark BRATZ throughout the United States.

12.     By virtue of extensive advertising, promotion, and continuous use of the BRATZ name and mark since at least 1994, customers throughout the United States have come to recognize and rely upon the consistent quality and nature of goods associated with the BRATZ name and mark.  By reason of these activities, the name and mark BRATZ has come to be associated with valuable goodwill and is an asset representing high quality and value.

### IV.     DEFENDANTS' INFRINGING ACTIVITIES

13.     On information and belief, defendants, or some of them, have recently offered for sale and sold clothing, children's products and toys in association with marks comprised of or including "Bratz."

14.     Defendants' use of names and marks comprised of or including the mark BRATZ, in association with the sale or offer for sale of products for children, is likely to cause confusion or to cause mistake or to deceive.

15.     Defendants, or some of them, knew of Lovins' prior rights in the mark BRATZ prior to their use of infringing marks in association with the sale of goods.  Indeed, defendants ABC and/or TOT had contacted Lovins to seek rights to use the mark BRATZ.  Defendants were in negotiations with Lovins when defendants began using marks comprised of or including the mark BRATZ in association with the sale of goods.

AMENDED COMPLAINT
(Cause No. CV 02- 1405R) - 3
LOVCV2296PLA (AMENDED COMPLAINT).DOC

Exhibit 5
Page 21

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA  98101-2347
TELEPHONE: 206.682.8100

1    16.    Defendants are marketing and selling children's products, toys and clothing to

2    girls under the age of twelve in association with marks comprised of or including the mark

3    BRATZ. Such marketing is directed toward "Girls with a Passion for Fashion." Furthermore,

4    some of the infringing "Bratz"-labeled clothing is decorated with a depiction of four young

5    women in suggestive poses and attire. The inappropriate and sexualized nature of defendants'

6    products and marketing has caused and is causing immediate and irreparable harm to Lovins'

7    reputation.

8    17.    Despite defendants' actual knowledge of Lovins' superior rights and the

9    damage being suffered by Lovins as a result of the defendants' infringing activities,

10   defendants have deliberately infringed Lovins' mark and are diluting the distinctive quality of

11   the name and mark BRATZ.

12   **COUNT I:  TRADEMARK INFRINGEMENT - WASHINGTON**

13   18.    Defendants' activities described herein constitute trademark infringement in

14   violation of R.C.W. § 19.77.140 and the common law.

15   **COUNT II:  TRADE NAME INFRINGEMENT**

16   19.    Defendants' activities described herein constitute trade name infringement in

17   violation of the common law.

18   **COUNT III:  FALSE DESIGNATION OF ORIGIN**

19   20.    Defendants' activities described herein constitute a false designation of origin,

20   false description and/or misleading representation suggesting or implying that the goods and

21   services of defendants originate from, are connected with, or are otherwise associated with or

22   approved by Plaintiff Lovins in violation of 15 U.S.C. § 1125(a), Section 43(a) of the Lanham

23   Act.

24   **COUNT IV:  CONSUMER PROTECTION ACT**

25   21.    Defendants' activities described herein constitute unfair business practices and

26   unfair competition in violation of the Washington State Consumer Protection Act, R.C.W. §

27   19.86.020.

AMENDED COMPLAINT
(Cause No. CV 02- 1405R) - 4
LOVC0296PLA (AMENDED COMPLAINT).DOC

Exhibit 5
Page 22

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS℠ℒℒℂ

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Lovins prays that judgment be entered in its favor against defendants, providing the following alternative and cumulative relief:

1.     An order pursuant to   15 U.S.C. § 1116,   R.C.W. § 19.77.150, R.C.W. § 19.77.160, R.C.W. § 19.86.090, and I.C. § 48-511, preliminarily and permanently enjoining defendants ABC International Traders, Inc., d/b/a MGA Entertainment Corporation, Talk of the Town Apparel Corp., Jammies Manufacturing, Inc., Target Corporation, Toys "R" Us-Delaware, Inc. d/b/a Kids "R" Us, and John Does (1-5), their officers, agents, servants, employees, assigns, successors, and all other persons in active concert, combination, or participation with them from:  (1) using names or marks comprised of or including the mark BRATZ or any names or marks confusingly similar to BRATZ in connection with the promotion or provision of juvenile products, toys, or clothing; and (2) engaging in unfair competition, or unfair and deceptive acts or practices in connection with defendants' services or products.

2.     Judgment awarding Plaintiff compensatory and exceptional damages to be paid jointly and severally by defendants pursuant to 15 U.S.C. § 1117, R.C.W. §19.86.090, and I.C. § 48-513 plus reasonable attorneys' fees and costs pursuant to these statutes and R.C.W. § 19.77.150.

3.     An order pursuant to 15 U.S.C. § 1118 and 19.77.150 directing that defendants' infringing goods and materials be delivered up for destruction.

4.     An order pursuant to the authority of this Court granted by 15 U.S.C. § 1119, Section 37 of the Lanham Act, instructing the Commissioner of Patents and Trademarks to cancel any registration owned by defendants for marks comprised of or including the word BRATZ and to deny any application seeking registration of marks comprised of or including the word BRATZ for juvenile products, toys or clothing.

5.     Such other and further relief as this Court may deem just and proper.

///

AMENDED COMPLAINT
(Cause No. CV 02- 1405R) - 5
LOVC\2296PLA (AMENDED COMPLAINT).DOC

Exhibit 5
Page 23

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS™LLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

1   ///

2   ///

3                           **JURY DEMAND**

4          Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff Lovins hereby

5   demands a trial by jury of all issues so triable.

6          Dated this 8th day of July, 2002.

7

8                                    CHRISTENSEN O'CONNOR

9                                    JOHNSON KINDNESS PLLC

10

11

12

13                                   F. Ross Boundy, WSBA No:  403
                                     Cindy L. Caditz, WSBA No:  16,701

14                                   Gregory F. Wesner, WSBA No:  30,241
                                     Attorneys for Plaintiff

15  GFW:SLJ

16

17

18

19

20

21

22

23

24

25

26

27

AMENDED COMPLAINT                    Exhibit 5              CHRISTENSEN      LAW OFFICES
(Cause No. CV 02- 1405R) - 6         Page 24               O'CONNOR         1420 Fifth Avenue, Suite 2800
LOVC\2296PLA (AMENDED COMPLAINT).DOC                       JOHNSON          Seattle, WA  98101-2347
                                                           KINDNESS PLLC    TELEPHONE:  206.682.8100

# EXHIBIT 6

**04-18-2001**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11

| | |
|---|---|
| Applicant: | Lovins, Inc. |
| Address: | 1625 - 39th Avenue East<br>Seattle, Washington 98112 |
| Date of First Use: | For International Class 25.  At least as early as January 15, 1994 |
| Date of First Use in<br>Commerce: | For International Class 25.  At least as early as January 15, 1994 |
| Goods: | Int'l Class 25:  infant's and children's clothing, including tops, bottoms,<br>sleepwear, hats, and outerwear |



**TRADEMARK**



76242565

-3-

LOVC\26510200.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS PLLC

Exhibit 6
Page 25

TRADEMARK APPLICATION SERIAL NO.    **76242565**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

04/23/2001 SWILSON  00000243 76242565

01 FC:361                    325.00 OP

PTO-1555
   (5/87)

Exhibit 6
Page 26

BOX NEW APP
FEE

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Applicant: Lovins, Inc.                                Attorney Docket No: LOVC226510

Mark:       BRATZ and Design                    International Class: 25

<u>TRANSMITTAL LETTER OF TRADEMARK APPLICATION BASED ON USE</u>

TO THE COMMISSIONER FOR TRADEMARKS:

We enclose herewith the papers in an application for registration of the mark BRATZ and Design in the name of Lovins, Inc., based on actual use, said papers comprising:

1.      Written application;

2.      Drawing (Design);

3.      One specimen of the mark as actually used;

4.      Our Check No. _12745|_ in the amount of $325.00 ($325.00 per class) covering the filing fee.  Please charge any additional fees or credit any overpayment to Deposit Account No. 03-1740.  <u>A copy of this letter is enclosed</u>.

5.      A filing date in accordance with 37 C.F.R. § 1.10 is requested.  The Express Mail Certificate appears below.

Respectfully submitted,

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS^PLLC

KiSong Kim Lang-Caditz
Direct Dial No. 206.695.1715

**EXPRESS MAIL CERTIFICATE**
"Express Mail" mailing label number __EL510880775US__
Date of Deposit __April 18, 2001__
    I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. § 1.10 on the date indicated above and is addressed to the Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.
        Judy Ringold
    (Typed or printed name of person mailing paper or fee)

_Judy Ringold_
(Signature of person mailing paper or fee)

KLC:MPW

LOVC226510240.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS^PLLC

Exhibit 6
Page 27

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**TRADEMARK APPLICATION - PRINCIPAL REGISTER**
**BASED ON ACTUAL USE**
**CORPORATE APPLICANT**

Mark:  BRATZ and Design

International Class:  25

Attorney Docket No:  LOVC226510

TO THE COMMISSIONER FOR TRADEMARKS:

Lovins, Inc., a Washington corporation
1625 - 39th Avenue East
Seattle, Washington 98112

The above-identified applicant requests registration of the mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. § 1051, et seq., as amended), for use with:

> infant's and children's clothing, including tops, bottoms, sleepwear, hats, and outerwear.

Applicant is using the mark in commerce on or in connection with the above-identified goods (15 U.S.C. § 1051(a), as amended).  A specimen showing the mark as used in commerce is submitted with this application.

Date of first use of the mark anywhere:  at least as early as January 15, 1994.

Date of first use of the mark in commerce which the U.S. Congress may regulate:  at least as early as January 15, 1994.

Applicant hereby appoints the firm of Christensen O'Connor Johnson Kindness[PLLC] and Bruce E. O'Connor, Reg. No. 24,849; Lee E. Johnson, Reg. No. 22,946; Gary S. Kindness, Reg. No. 22,178; James W. Anable, Reg. No. 26,827; James R. Uhlir, Reg. No. 25,096; Jerald E. Nagae, Reg. No. 29,418; Dennis K. Shelton, Reg. No. 26,997; Jeffrey M. Sakoi, Reg. No. 32,059; KiSong Kim Lang-Caditz; Ward Brown, Reg. No. 28,400; F. Ross Boundy; Robert J. Carlson, Reg.

-1-

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS[PLLC]

LOVC26510200.DOC

Exhibit 6
Page 28

No. 35,472; Marcia S. Kelbon, Reg. No. 34,358; Rodney C. Tullett, Reg. No. 34,034; Daiva K. Tautvydas, Reg. No. 36,077; Mary L. Culic, Reg. No. 40,574; Julie C. VanDerZanden, Reg. No. 38,105; George E. Renzoni, Ph.D., Reg. No. 37,919; and Philip P. Mann, Reg. No. 30,960; members of the firm, as its attorneys with full power of substitution and revocation to prosecute this application for registration, to transact all business in the U.S. Patent and Trademark Office in connection therewith and to receive the certificate of registration.

Direct all telephone calls to KiSong Kim Lang-Caditz at telephone number 206.695.1715. Address all correspondence to:

KiSong Kim Lang-Caditz, Esq.<br>
Christensen O'Connor Johnson Kindness<sup>PLLC</sup><br>
1420 Fifth Avenue<br>
Suite 2800<br>
Seattle, WA 98101-2347

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of this application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the applicant; that he believes the applicant is the owner of the mark; that to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when used on or in connection with the goods of such other person, firm, corporation or association to cause confusion, or to cause mistake, or to deceive; that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true.

LOVINS, INC.

Date: 4/16/01

Curtis B. Lovins, President

KLC:MPW

LOVC2o510200.DOC

-2-

LAW OFFICES

CHRISTENSEN O'CONNOR JOHNSON KINDNESS<sup>PLLC</sup>

1420 FIFTH AVENUE
SUITE 2800
SEATTLE, WASHINGTON 98101-2347
TELEPHONE 206.682.8100

Exhibit 6
Page 29

# EXHIBIT 7

| Form PTO-1594<br>1-31-92 | RECORDATION FORM COVER SHEET<br>**TRADEMARKS ONLY** | U.S. DEPARTMENT OF COMMERCE<br>Patent and Trademark Office |
|---|---|---|

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1.  Name of conveying party(ies):<br><br>Lovins, Inc. d/b/a Friday Harbor Sportswear<br><br>☐ Individuals      ☐ Association<br>☐ General Partnership   ☐ Limited Partnership<br><br>x Corporation - Washington<br>☐ Other<br><br>Additional name(s) of conveying party(ies) attached? ☐ Yes  x No | 2.  Name and address of receiving party(ies):<br><br>Name:_____ ABC International Traders, Inc. d/b/a MGA Entertainment<br><br>Internal Address:<br><br>Street Address: 16730 Schoenborn Street<br><br>City: _North Hills___  State: CA__ Zip Code: 91343<br><br>☐ Individual(s) citizenship_____<br>☐ Association_____<br>☐ General Partnership_____<br>☐ Limited Partnership_____<br>x Corporation__California_____<br>☐ Other_____<br>If assignee is not domiciled in the United States, a domestic representative designation is attached:    ☐ Yes  ☐ No<br>(Designations must be a separate document from Assignment)<br>Additional name(s) & address(es) attached?  ☐ Yes  ☐ No |
|---|---|
| 3.  Nature of conveyance:<br><br>x  Assignment        ☐ Merger<br>☐ Security Interest   ☐ Change of Name<br>☐ Other<br><br>Execution Date: __October 22, 2002_____ | |

| 4.  Application number(s) or registration number(s):<br>A.  Trademark Application No.(s)<br><br>   76/242565<br><br>                   Additional numbers attached?  ☐ Yes  x No | Trademark Registration No.(s) |
|---|---|

| 5.  Name and address of party to whom correspondence concerning document should be mailed:<br>Name: Helen Bruno, Senior Legal Assistant<br><br>Internal Address: White & Case LLP<br><br><br>Street Address:_____ 1155 Avenue of the Americas_____<br>City: New York_____  State: New York_____ ZIP:10036 | 6.  Total number of applications and registrations involved       . . . . . . . . . | 1 |
|---|---|---|

| | 7.  Total fee (37 CFR 3.41) : . . . . . . . . . . $ 40.00<br>  x  Enclosed<br>  ☐ Authorized to be charged to deposit account |
|---|---|
| | 8.  Deposit account number:<br>    23-1705 (in case of deficiency)_____<br>(Attach duplicate copy of this page if paying by deposit account) |

**DO NOT USE THIS SPACE**

9.  Statement and signature.
*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

| Helen Bruno | | November 12, 2002 |
|---|---|---|
| Name of Person Signing | Signature | Date |

Total number of pages comprising cover sheet: | 3 |

OMB No. 0651-0011 (exp. 4/94)

**Do not detach this portion**

Mail documents to be recorded with required cover sheet information to:

    **Commissioner of Patents and Trademarks**
    **Box Assignments**
    **Washington, D.C. 20231**

EV121020330US

Public burden reporting for this sample cover sheet is estimated to average about 30 minutes per document to be recorded, including time for reviewing the document and gathering the data needed, and completing and reviewing the sample cover sheet. Send comments regarding this burden estimate to the U.S. Patent and Trademark Office, Office of Information Systems, PK2-1000C, Washington, D.C. 20231, and to the Office of Management and Budget, Paperwork Reduction Project (0651-0011), Washington, D.C. 20503.

Exhibit 7
Page 30

# TRADEMARK ASSIGNMENT

**WHEREAS**, Lovins, Inc. d/b/a Friday Harbor Sportswear, a Washington corporation ("**Assignor**"), has adopted and used the trademark BRATZ and design (the "**Mark**") in commerce in connection with infant's and children's clothing; and

**WHEREAS**, Assignor has applied to register the Mark on the Principal Register of the United States Patent & Trademark Office, and the application has been assigned Serial No. 76/242565 (the "Application"); and

**WHEREAS**, ABC International Traders, Inc. d/b/a MGA Entertainment, a California corporation ("**Assignee**"), intends to acquire all right, title and interest in and to said Mark and Application.

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby sells, assigns and transfers to Assignee all common-law and statutory right, title and interest in and to the Mark, together the goodwill of the business symbolized by the Mark, and together with the Application for registration of the Mark.

**IN WITNESS WHEREOF**, Assignor has caused this instrument to be executed this 22 day of October, 2002 by its duly authorized agent.

LOVINS, INC. d/b/a/ Friday Harbor Sportswear

By: _____
Name: Curt Lovins
Title: President

Exhibit 7
Page 31

## ACKNOWLEDGMENT

STATE OF _Washington_ )

: ss.:

COUNTY OF _King_ )

On this _24th_ day of October, 2002, before me personally appeared _Curtis B. Lovins_ to me known who, being by me duly sworn, did depose and say that he is President of described herein and which executed the foregoing instrument and that he signed his name thereto pursuant to the authority granted by Lovins, Inc. d/b/a Friday Harbor Sportswear.

Notary Public

RICHARD B. DEE

Exhibit 7
Page 32

# EXHIBIT 8

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,787,942

**United States Patent and Trademark Office**

Registered Dec. 2, 2003

## TRADEMARK
### PRINCIPAL REGISTER



MGA ENTERTAINMENT, INC. (CALIFORNIA CORPORATION)
16730 SCHOENBORN STREET
NORTH HILLS, CA 913436122 , BY ASSIGNMENT; BY CHANGE OF NAME LOVINS, INC. (WASHINGTON CORPORATION) SEATTLE, WA 98112

FOR: INFANT'S AND CHILDREN'S CLOTHING, NAMELY, TOPS, BOTTOMS, SLEEPWEAR, HATS; AND INFANT'S AND CHILDREN'S OUTERWEAR NAMELY, JACKETS, PARKAS, COATS, SNOW SUITS AND MITTENS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-15-1994; IN COMMERCE 1-15-1994.

SER. NO. 76-242,565, FILED 4-18-2001.

GENE MACIOL, EXAMINING ATTORNEY

Exhibit 8
Page 33