1 THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
4 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
5 Los Angeles, CA  90071-3144
Tel.: (213) 687-5000
6 Fax: (213) 687-5600

7 Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER GRANTING MGA PARTIES' REQUEST FOR JUDICIAL NOTICE |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | Hearing Date: November 10, 2008<br>Time: 1:00 PM |

[Proposed] Order Granting MGA Parties' Req. for Jud. Notice –Case No. CV 04-9049 SGL (RNBx)

1  Pursuant to Rule 201 of the Federal Rules of Evidence and good cause appearing, the Court hereby takes judicial notice of the following exhibits attached to the Declaration of Jason D. Russell filed September 29, 2008:

1. A true and correct copy of the Application for Trademark Serial No. 76179479, dated December 11, 2000, attached as **Exhibit 1**;

2. A true and correct copy of the Registration Certificate for Trademark Serial No. 76179479, dated December 2, 2003, attached as **Exhibit 2**;

3. A true and correct copy of the Statement Of Use Submitted In Support Of Trademark Serial No. 76179479, dated February 24, 2003, attached as **Exhibit 3**;

4. A true and correct copy of the Opposition to Registration filed in Trademark Trial And Appeal Board Case No. 91150381, dated November 9, 2001, attached as **Exhibit 4**;

5. A true and correct copy of the 1st Amended Complaint <u>Lovins Inc v. Abc Intl Traders Inc, et al.</u> W.D. Wash. Case No. 2:02cv1405, submitted to the U.S. Trademark Trial And Appeal Board in conjunction with Case No. 91150381, dated July 8, 2002, attached as **Exhibit 5**;

6. A true and correct copy of the Application for Trademark Serial No. 76242565, dated April 18, 2001, attached as **Exhibit 6**;

7. A true and correct copy of the Record of Assignment of Trademark Serial No. 76242565, dated November 12, 2002, attached as **Exhibit 7**; and

8. A true and correct copy of the Registration Certificate for Trademark Serial No. 76242565, dated December 2, 2003, attached as **Exhibit 8**.

IT IS SO ORDERED

DATED: _____, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge