QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727<br><br>**DECLARATION OF KATHLEEN SIMPSON-TAYLOR IN SUPPORT OF MATTEL'S EX PARTE APPLICATION FOR AN EXPEDITED HEARING ON MATTEL'S MOTION FOR PERMANENT INJUNCTION**<br><br>**Phase 1(a)**<br>Trial Date:   May 27, 2008<br><br>**Phase 1(b)**<br>Trial Date:   July 23, 2008 |

## **DECLARATION OF KATHLEEN SIMPSON-TAYLOR**

I, Kathleen Simpson Taylor, declare as follows:

1. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2. I make this declaration in support of Mattel, Inc.'s ("Mattel") Ex Parte Application to Reschedule Hearing on Mattel's Motion for a Permanent Injunction.

3. I am Vice President of Finance for Mattel, Inc. I am responsible for management of receivables and other retail customer facing activities.

4. In terms of shipments and receivables, the period from September to December of each year is by far the single most significant time of the year for Mattel. Greater than 50% of all shipments are made during these four months. For example, in 2006, approximately 51% of Mattel's total shipments for the year occurred between September and December. In 2007, approximately 53% of shipments for the year occurred during the same period.

5. This concentration of shipments in the holiday season is heavily supported by television advertising. Though Mattel advertises its toys year-round, the second half of the year receives the bulk of Mattel's advertising dollars. This end of year advertising aligns to Mattel's seasonal shipping activity. Thus, the majority of Mattel's annual advertising spending for BARBIE for 2008 has yet to occur.

6. Based on historical patterns, Mattel estimates that it will earn a considerable percentage of its fashion doll revenue in the final months of this year. Typically, Mattel earns approximately 70% of its fashion doll revenue in the second half of the year, with a heavy concentration in the final months of the year.

07209/2649805.1

-2-   Case No. CV 04-9049 SGL (RNBx)
DECLARATION OF KATHLEEN SIMPSON-TAYLOR IN SUPPORT OF APPLICATION FOR EXPEDITED HEARING

7. The greatest demographic overlap between Mattel products and infringing Bratz products falls with the 3-8 age group. This age group is associated with 70% of Mattel's retail dollars from sales of dolls, totaling hundreds of millions of dollars.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2008, at Los Angeles, California.

*Kathleen S-Taylor*

Kathleen Simpson-Taylor

07209/2649805.1

-3-   Case No. CV 04-9049 SGL (RNBx)
DECLARATION OF KATHLEEN SIMPSON-TAYLOR IN SUPPORT OF APPLICATION FOR EXPEDITED HEARING