UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.　CV 04-09059<br>Case No.　CV 05-2727<br><br>**[Proposed] ORDER GRANTING MATTEL INC.,'S *EX PARTE* APPLICATION FOR AN EXPEDITED HEARING ON MATTEL'S MOTION FOR A PERMANENT INJUNCTION**<br><br>**Phase 1(a)**<br>Trial Date:　May 27, 2008<br><br>**Phase 1(b)**<br>Trial Date:　July 23, 2008 |

07209/2649551.1

PROPOSED ORDER

# [Proposed] Order

Having considered Mattel Inc.'s *Ex Parte* Application for an Expedited Hearing on Mattel's Motion for Permanent Injunction ("Application") and such other matters as the Court deems appropriate, and good cause appearing therefore:

IT IS HEREBY ORDERED that Mattel's Application is granted. Mattel's Motion for Preliminary Injunction shall be set for hearing on October 27, 2008, at _____ a.m./p.m. The MGA Parties' opposition brief is due for filing and service on October 10, 2008. Mattel's reply brief is due for filing and service on October 20, 2008.

IT IS SO ORDERED.

DATED: September ____, 2008          _____

Hon. Stephen G. Larson
United States District Judge