ORIGINAL

Lodged (proposed) order

FILED 2008 SEP 29 PM 3:27 U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
6   Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8                       UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10                             EASTERN DIVISION

11 | CARTER BRYANT, an individual,        | CASE NO. CV 04-9049 SGL (RNBx)
                                          | Consolidated with
12 |          Plaintiff,                  | Case Nos. CV 04-09059 & CV 05-2727
13 |     vs.                              | Hon. Stephen G. Larson
14 | MATTEL, INC., a Delaware             | MATTEL, INC.'S APPLICATION TO FILE
   | corporation,                         | UNDER SEAL ITS MOTION FOR
15 |                                      | PERMANENT INJUNCTION AND THE
   |          Defendant.                  | EXHIBITS TO THE DECLARATION OF
16 |                                      | DIANE C. HUTNYAN IN SUPPORT
                                          | THEREOF
17 | AND CONSOLIDATED ACTIONS
                                          | [[Proposed] Order filed concurrently]
18
                                          | Date:  November 10, 2008
19                                        | Time:  1:00 p.m.
                                          | Place: Courtroom 1
20
                                          | **Phase 1(a):**
21                                        | Trial Date:  May 27, 2008
22                                        | **Phase 1(b):**
                                          | Trial Date:  July 23, 2008

07209/2650172.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal (1) Mattel's Motion for Permanent
4  Injunction ("Motion") and (2) the exhibits to the Declaration of Diane C. Hutnyan in
5  support thereof ("Exhibits").
6         The Motion and Exhibits include materials that Mattel, MGA or Bryant
7  have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant
8  to the Protective Order. Accordingly, Mattel requests that the Court order that the
9  Motion and Exhibits be filed under seal.

10
11 DATED: September 29, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
12
13                              By /s/ B. Dylan Proctor
14                              B. Dylan Proctor
                                Attorneys for Mattel, Inc.

07209/2650172.1

-2-
MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL