QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059 and<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S NOTICE OF ERRATA REGARDING MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION FOR PERMANENT INJUNCTION AND THE EXHIBITS TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT THEREOF<br><br>Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1(a):**<br>Trial Date: May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date: July 23, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in the document captioned "Application to File Under Seal Mattel, Inc.'s Its Motion for Permanent Injunction and the Exhibits to the Declaration of Diane C. Hutnyan in Support Thereof," Mattel's statement at 2:4-5 requesting that the exhibits to the Declaration of Diane C. Hutnyan be filed under seal, should instead request that Exhibits 5, 6, 7, 9, 14, 28, 32, 33, 35, 38, 63, 77, 79, 80, 82, 84, 85, 86, 87, 88, 89, 91, 94, 142, 144, 146, 147, and 150 to the Declaration of Diane C. Hutnyan be filed under seal.

Attached as Exhibit A is a corrected Application to File Under Seal. Attached as Exhibit B is a corrected Proposed Order. Additionally, Mattel is filing a corrected, public-redacted version of the Declaration of Diane C. Hutnyan in Support of Mattel, Inc.'s Motion for Permanent Injunction.

DATED: September 30, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.

-1-

NOTICE OF ERRATA

**EXHIBIT A**

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S [CORRECTED] APPLICATION TO FILE UNDER SEAL ITS MOTION FOR PERMANENT INJUNCTION AND THE EXHIBITS TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently]<br><br>Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1(a):**<br>Trial Date: May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date: July 23, 2008 |

07209/2652392.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (1) Mattel's Motion for Permanent Injunction ("Motion") and (2) Exhibits 5, 6, 7, 9, 14, 28, 32, 33, 35, 38, 63, 77, 79, 80, 82, 84, 85, 86, 87, 88, 89, 91, 94, 142, 144, 146, 147, and 150 to the Declaration of Diane C. Hutnyan in support thereof ("Exhibits").

      The Motion and Exhibits include materials that Mattel, MGA or Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Motion and Exhibits be filed under seal.

DATED: September 30, 2008      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
   B. Dylan Proctor
   Attorneys for Mattel, Inc.

**EXHIBIT B**

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>       vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S [CORRECTED] APPLICATION TO FILE UNDER SEAL ITS MOTION FOR PERMANENT INJUNCTION AND EXHIBITS TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT THEREOF<br><br>Date:   November 10, 2008<br>Time:   1:00 p.m.<br>Place:  Courtroom 1<br><br>**Phase 1(a):**<br>Trial Date:   May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date:   July 23, 2008 |

07209/2652393.1

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Motion For Permanent Injunction and the Exhibits to the Declaration of Diane C. Hutnyan in Support Thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Motion For Permanent Injunction and Exhibits 5, 6, 7, 9, 14, 28, 32, 33, 35, 38, 63, 77, 79, 80, 82, 84, 85, 86, 87, 88, 89, 91, 94, 142, 144, 146, 147, and 150 to the Declaration of Diane C. Hutnyan in support thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:                , 2008  _____
Hon. Stephen G. Larson
United States District Judge