QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>        vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>CV 04-09059<br>CV 05-2727<br><br>**[CORRECTED] [PUBLIC REDACTED] DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR A PERMANENT INJUNCTION**<br><br>Date:    November 10, 2008<br>Time:    1:00 p.m.<br>Place:   Courtroom 1 |

07209/2652425.1

**DECLARATION OF DIANE C. HUTNYAN**

I, Diane C. Hutnyan, declare as follows:

1.     I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

**Mattel Owns The Bratz Copyrights**

2.     Attached as Exhibit 1 is a true and correct copy of the Phase 1(a) Final Verdict Form.  In Phase 1(a) of the trial, the jury found that while he was employed by Mattel, Carter Bryant created numerous two-dimensional designs, as well as a three-dimensional sculpture, upon which the Bratz dolls and other products have been based.  See Hutnyan Decl. Ex. 1 (Phase 1(a) Verdict Form) at 1-5.

3.     Attached as Exhibit 2 is true and correct copy of the Order Regarding Partial Summary Judgment, dated April 25, 2008.  This Court previously granted summary judgment in favor of Mattel on the "issue of . . . applicability of the Inventions Agreement to any Bratz-related 'inventions' (including any designs, improvements, ideas, concepts, and copyrightable subject matter) that he is found to have created during the period of his employment with Mattel.").  Hutnyan Decl. Ex. 2. (April 25, 2008 Order re: Partial S.J.) at 5.

4.     Mattel has registered all works that it was found to own under the Phase 1(a) Verdict with the United States Copyright Office.  See infra Hutnyan Decl. Exhs. 95 -122.

**MGA, MGA Hong Kong and Isaac Larian Infringed**

**Mattel's Bratz Copyrights**

5.     In Phase 1(b) of the trial, the jury determined that MGA, MGA Hong Kong, and Isaac Larian infringed Mattel's copyrights.  Attached as Exhibit 3 is a true and correct copy of the Phase 1(b) Final Verdict Form.

6.   Attached as Exhibit 4 is a true and correct copy of the Phase 1(b) Jury Instructions as given.

### Bratz Products on the Market

7.   Since June 2001, when the Bratz dolls first arrived on the market, MGA has released at least 597 Bratz dolls. Attached as Exhibit 5 is a true and correct copy of Trial Exhibit ("TX") 660, a list of Bratz sales dated 2001-2006.

8.   Attached as Exhibit 6 is a true and correct copy of a list of Bratz sales by SKU numbers for 2007.

9.   Attached as Exhibit 7 is a true and correct copy of a list of Bratz sales by SKU numbers for 2008.

10.   According to Exhibits 5-7, there are at least 597 Bratz doll SKUs from 2001 through 2008. See Ex. 5, 6 and 7. There are dozens of characters beyond the original four of Cloe, Sasha, Yasmin and Jade, including Ciara, Dana, Diona, Felicia, Fianna, Katia, Kiana, Krysta, Kumi, Lana, Leah, Lela, Lilee, Liliana, Lina, Maribel, Meygan, Nevaeh, Nevra, Nona, Nora, Oriana, Peyton, Phoebe, Roxxi, Sasha, Sharidan, Sierrna, Sorya, Sunya, Tess, Tiana, Trinity, Vinessa, and Valentina. Id.

11.   Many of the characters appear in several products. For example, there is a "Sleepin' Style Meygan," a "Wild Wild West Meygan," a "Costume Party Wicked Witch Meygan," and a "Play Girlfriendz Meygan." Id.

### The Core Bratz Fashion Dolls
### Use The Same Head, Face and Body Sculpt

12.   Leon Djiguerian testified that he held a series of design positions at MGA over the last eight years and is currently the Bratz brand manager. See Trial Tr. 7201:19-7202:3. He testified that he had specific knowledge of the sculpts developed at MGA for the Bratz dolls over the last eight years. See Trial Tr. 7202:4-11. Mr. Djiguerian stated that all the Bratz fashion dolls, not just the

1 | characters of Cloe, Sasha, Yasmin and Jade, are made with the same sculpt. See
2 | Trial Tr. 7220:1-20.

3 |     13.    Lui Domingo, a senior designer at MGA, testified that while he
4 | "designs" fashions and accessories for the dolls, the sculpt used is still the "core
5 | Bratz fashion doll sculpt." See Trial Tr. 7246:19-23 ("Q: And we've talked about
6 | how you designed the Tokyo a Go-Go doll and designed the Nighty-Nite doll.
7 | When you designed that doll, is it correct that you're working with a sculpt that is
8 | the core Bratz fashion doll sculpt? A. Correct."); 7220:16-20 ("Q: There are a
9 | number of names associated with these core fashion dolls, correct? A: Correct. Q:
10 | Not just Sasha, Yasmin, Cloe. And I missed one, but Meegan 9(sic) and other
11 | names, correct? A: Yes. Q: And they are all made with the same sculpt? A:
12 | Yes.").

13 |     14.    Ninette Pembleton, MGA's Vice President of Operations, testified as
14 | MGA's designee about MGA's Bratz products. She testified that could not identify
15 | any changes to the head and body of the Bratz dolls over time. See Trial Tr. 5784:9-
16 | 5785:8 ("Q: So as far as you know, those of the head and the dolls -- the head and
17 | the body for all those fashion dolls, all the different generations, the new characters,
18 | so far as you know, it's all been the same and has never changed from the
19 | beginning? A: I don't know otherwise.")

20 |     15.    Attached as Exhibit 8 is a true and correct copy of excerpts from a
21 | hearing transcript in the above-captioned case, dated August 8, 2008. MGA's
22 | counsel, Carl Roth, acknowledged that the sculpt never changed. "What has
23 | remained unchanged is the sculpt, generally speaking." Hutnyan Decl., Ex. 4
24 | (Argument by Carl Roth, August 8, 2008) at 6540:13-15.

25 |     16.    Attached as Exhibit 9 is a true and correct copy of excerpts from the
26 | deposition testimony of Peter Menell, dated April 1, 2008. Peter Menell testified as
27 | one of MGA's litigation consultants. He explained that in performing his analysis of
28 | the body features of the Bratz dolls, he needed only analyze one doll because "the

1  sculpt is the same for all the dolls. . . . I only have to do the one doll." Hutnyan
2  Decl. Ex. 9 (Menell Dep. Tr.) at 125:6-21.

3       17.    Attached as Exhibit 10 is a true and correct copy of a <u>Wall Street</u>
4  <u>Journal</u> article written by Nicholas Casey, entitled "Bratz Dolls Begin To Show
5  Their Age" and dated September 22, 2008. According to the article, MGA's CEO,
6  Isaac Larian, stated that when MGA began this year to standardize the dolls'
7  clothing and accessories, "[t]hey had become the same doll with different names."

8       18.    Attached as Exhibit 11 is a true and correct copy of TX 5-88. TX 5-88
9  is a Bratz sculpt drawing that Mattel owns. <u>See</u> Hutnyan Decl. Ex. 1 (Phase 1(a)
10 Verdict Form) at 1. Carter Bryant testified that he gave it to the sculptor, Margaret
11 Leahy, to guide her as to what the Bratz sculpt should look like. <u>See</u> Trial Tr.
12 2561:22-2563:16; <u>see also</u> Trial Tr. 2567:23-25.

13      19.    Attached as Exhibit 150 is a true and correct copy of excerpts from the
14 deposition of Margaret Leahy, dated December 12, 2007.

15      20.    Attached as Exhibit 146 is a true and correct copy of excerpts of the
16 deposition transcript of Paula Garcia, dated May 25, 2007.

17      21.    Attached as Exhibit 12 is a true and correct copy of Mattel's copyright
18 registration VAu 715-270 for the drawing identified as TX 5-88.

19      22.    Attached as Exhibit 132 is a true and correct copy of MGA's Form CA
20 for the Bratz movie doll sculpt, which is TX 577.

21      23.    Attached as Exhibit 133 is a true and correct copy of MGA's copyright
22 registration VA 1-148-305, which is TX 565.

23      24.    Attached as Exhibit 151 is a true and correct copy of a photograph of a
24 Bratz movie sculpt.

25                   **MGA's Admissions Regarding Infringement**

26      25.    Attached as Exhibit 13 is a true and correct copy of TX 13520, MGA's
27 Business Plan, dated March 2001. As MGA stated in its business plan, "[t]he
28 Bratz[] are unique in many ways; their eyes are big with a hint of anime style; their

07209/2649713.2

-4-

1 | lips are more pronounced, their feet and heads are oversized." See Hutnyan Decl.
2 | Ex. 13 at 15.

3 | 26.   At trial, Carter Bryant identified the lips and eyes of the Bratz dolls as
4 | "distinctive" and acknowledged that these features were reflected in his drawings.
5 | Trial Tr. 6664:14-6665:7.  Mr. Bryant also testified that all the Bratz dolls had an
6 | "overall similar appearance." See Trial Tr. 6669:11-23.

7 | 27.   Margaret Hatch Leahy, the Bratz sculptor, testified that "Bryant's
8 | drawings have the factors that MGA say[s] are unique to the dolls, which is the
9 | oversized eyes, protrusive lips, and the diminished nose." Trial Tr. 6847:22-6848:1.

10 | 28.   Attached as Exhibit 14 is a true and correct copy of TX 13691, the
11 | Affirmation of Lee Shiu Cheung *In the High Court of the Hong Kong Special*
12 | *Administration Region Court of First Instance, Civil Action No. 1883 of 2003,*
13 | *between MGA Entertainment, Inc., MGA Entertainment (H.K.) Ltd., and Double*
14 | *Grand Corp. Ltd. ("Double Grand"),* dated June 18, 2003.  In it, MGA states that
15 | "Bratz is popular because of its unique funky and sassy image." See Hutnyan Decl.
16 | Ex. 14.  MGA also states that "the facial decorations and features of the [Bratz]
17 | dolls are unique. . ." Id.

18 | 29.   MGA's CEO, Isaac Larian, and Vice President of Product Design and
19 | Development, Paula Garcia, together testified at least 18 times at trial that Carter
20 | Bryant's drawings were the "inspiration" for the Bratz dolls. See Trial Tr. (Larian)
21 | 1649:12-17; 1654:4-6; 1654:12-14 ("Carter Bryant was one of the inventors of Bratz
22 | because the drawings that he did became the inspiration for Bratz."); 1656:21-23;
23 | 1664:5-9; 1700:19-24; 1749:10-14; 1750:22-1751:2 ("the drawings that Carter
24 | Bryant showed us are absolutely the inspiration for the Bratz."); 1856:13-14;
25 | 1860:3-6; 6096:11-17; 6100:3-8; 6115:7-11; 6116:11-16; 6126:20-25; 6171:25-
26 | 6172:1; 6172:5-17; Trial Tr. (Garcia) 6868:3-7.

27 | 30.   On at least four occasions at trial, MGA's counsel stated that Mr.
28 | Bryant's drawings inspired Bratz: "Mr. Bryant's drawings were the inspiration for

1  Bratz." See Trial Tr. 5518:10-11; see also Trial Tr. 4901:23-25; 5552:6-9; 5553:10-
2  14. MGA's counsel also referred to the Bratz drawings as being "for Bratz" -- the
3  "original concept drawings for the Bratz." See Trial Tr. 4943:13-16.

4      31.    In May 2001, Ms. Garcia said in an e-mail interview that "[t]he four
5  girls were already concepted when presented by the inventor during our first
6  meeting. I thought they were incredible, and I tried to stay true to this
7  inventor/creator's vision." Attached as Exhibit 15 is a true and correct copy of TX
8  10001, an e-mail between Paula Garcia and Haynes Peterson, dated May 1, 2001.
9  At trial, Ms. Garcia testified regarding this statement:

10      I was referring to the four characters, and I wanted to stay -- this was in
11      reference to Carter Bryant's characters in the portfolio drawings. I wanted --
12      because certainly there were things in that portfolio that I loved very much,
13      and we talked about that there were some that I was concerned about. And it
14      was, you know, it was for me to say I tried to stay true to this inventor's
15      vision. Meaning, you know, I tried to do -- wherever it felt comfortable
16      without me feeling that it was going to impose on the success of Bratz, I tried
17      to stay true to his vision. See Trial Tr. (Garcia) 994:20-995:8.

18      32.    Ms Garcia also testified that she "absolutely loved Carter Bryant's
19  overall vision and concept of four multi-ethnic individual fashionable girls." See
20  Trial Tr. (Garcia) at 7092:13-23. She acknowledged that the idea of "hip, edgy
21  characters" came from Bryant's Bratz drawings. See Trial Tr. (Garcia) at 6868:3-7.

22  **In Prior Infringement Actions, MGA Admitted**
23  **That the Bratz Dolls Are Based On Bryant Drawings Owned By Mattel**

24      33.    Attached hereto as Exhibit 16 is a true and correct copy of relevant
25  excerpts of TX 13738, the complaint MGA filed in *MGA Entertainment, Inc. v.*
26  *Multitoy, Inc.* ("*Multitoy*"), dated April 12, 2004.

27      34.    In *Multitoy*, MGA stated that the Bratz dolls are three-dimensional
28  depictions of the Bratz drawings:

1    "In 2001, Plaintiff introduced a new line of fashion dolls known

2    as the "BRATZ" . . . *which are three-dimensional depictions of*

3    *the BRATZ Characters* (Hereinafter the "BRATZ Dolls"). See

4    Hutnyan Decl. Ex. 16, (TX 13738-002-3) at ¶ 5 (emphasis

5    added).

6    35.    MGA stated in *Multitoy* that the "BRATZ Characters" "include, but are

7    not limited to, 'Cloe,' 'Jade,' Sasha,' 'Yasmin,' 'Meygan,'" and attached as Exhibit 1 to

8    its Complaint "true and correct copies of exemplars of the BRATZ Characters, in

9    the form of selected pages from Plaintiff's copyrighted BRATZ Purse Style Guide."

10   See Hutnyan Decl. Ex. 16 (TX-13738-002) at ¶ 3.

11   36.    The selected pages of the BRATZ Purse Style Guide which MGA

12   attached as Exhibit 1, are two-dimensional Bratz drawings. See Hutnyan Decl. Ex.

13   16 (TX-13738-030).

14   37.    Attached as Exhibit 17 is a true and correct copy of TX 574, MGA's

15   copyright registration VA 1-233-273 for the BRATZ Purse Style Guide.  MGA

16   stated in this registration that the BRATZ Purse Style Guide is derivative of

17   "preexisting artwork including Reg Nos VA 1 218-487 VA 1 218 488 VA 1 218 489

18   VA 1 218 490 VA 1 218 491." See Hutnyan Decl. Ex. 17 (TX 574-002).

19   38.    VA 1 218-487, VA 1-218-488, VA 1 218-489, VA 1-218-490 and VA

20   1-218-491 are MGA's registrations for original Bryant drawings the jury has found

21   that Mattel owns. See VA 1 218-487, VA 1-218-488, VA 1 218-489, VA 1-218-

22   490, and VA 1-218-491, true and correct copies of which are attached as Hutnyan

23   Decl. Exs. 18, 19, 20, 21, and 66 (TX 505, 507, 509, 513, and 511).

24   39.    Attached as Exhibit 22 is a true and correct copy of relevant excerpts of

25   TX 10234, MGA's Statement of Claim *In the High Court of the Hong Kong Special*

26   *Administration Region Court of First Instance, Civil Action No. 3856 of 2003,*

27   *between MGA Entertainment, Inc and Uni-Fortune Toys Industrial, Ltd. and Fu Wei*

28   *Toys Co. Ltd.* ("*Uni-Fortune*"), dated October 16, 2003.

-7-

1   40.   MGA stated in *Uni-Fortune* that the "Glitter Girls" are "reproductions

2   of or a reproduction of a substantial part of the said Artistic Works," which MGA

3   defined as including Bryant's original Bratz design drawings. See Hutnyan Decl.

4   Ex. 22.

5   41.   Attached as Exhibits 23, 24, and 25 are true and correct copies of TX

6   13865, TX 13866, and TX 13868, photographs of the "Glitter Girls" Dolls.

7   42.   Attached as Exhibit 26 is a true and correct copy of TX 13572, MGA's

8   Answer to Requests for Further and Better Particulars of the Statement of Claim in

9   the *Uni-Fortune* action, dated December 12, 2003. MGA admitted in this Answer

10   that each of the Bratz "Artistic Works" were based on Bryant's design drawings:

11   "[T]here was no antecedent designs, products, drawings or

12   articles from which the artistic works referred to in sub-

13   paragraphs (a), (b) (c), (d), (e) and (f) of the Particulars of the

14   Original Artistic were derived. The author of the artistic works

15   pleaded in sub-paragraphs (b), (d), (e) and (f) of the Particulars

16   of Original Works referred to the drawings in sub-paragraph (a)

17   of the Particulars of Original Works. The silicon rubber moulds

18   in sub-paragraph (c) were developed from the wax models in

19   sub-paragraph (b) of the Particulars of Original Works. The

20   polyurethane samples in sub-paragraph (c) were developed from

21   the rubber moulds." See Hutnyan Decl. Ex. 26 (TX 13572-001-

22   002).

23   43.   Attached as Exhibit 27 is a true and correct copy of relevant excerpts of

24   TX 13690, MGA's Amended Statement of Claim in the *Double Grand* action, dated

25   October 4, 2004.

26   44.   In *Double Grand*, MGA claimed that the "Mini Trendy Teenz,"

27   "Trendy Teenz, " RockerHeadz Bobblehead Fashion Dolls," and "RockerHeadz

28   Fashion Doll Bobble Pen" were "reproductions of or a reproduction of a substantial

1  part of the said Artistic Works," which MGA defined as including Bryant's original

2  Bratz design drawings. See Hutnyan Decl. Ex. 27 (TX 13690-0002, 0005) at ¶¶ 3,

3  4.

4      45.    Attached as Exhibit 28 is a true and correct copy of relevant excerpts of

5  TX 13561, the Affirmation of Raymond David Black, dated June 13, 2003, which

6  Mr. Black submitted on MGA's behalf in the *Double Grand* action.

7      46.    Mr. Black's Affirmation attaches photographs of the "Mini Trendy

8  Teenz," "Trendy Teenz," "Rocker Headz Fashion Doll Bobble Pen," and "Rocker

9  Headz Bobble Head Fashion Dolls" at TX 13561-0029-31, 0120-122, 0124-125,

10  0194, 0208, 0210, 0278, 0280. See Hutnyan Decl. Ex. 28.

11      47.    Mr. Black's Affirmation also includes a cease and desist letter that

12  MGA sent on March 7, 2003 regarding the "Mini Trendy Teenz." See Hutnyan

13  Decl. Ex. 28 (TX 13561-0022-23). In this letter, MGA stated:

14          "We consider that the MINI TRENDY TEENZ dolls infringe

15          such rights, due to their overwhelming similarity to the Designs .

16          . . In particular, we draw your attention to the following, which

17          are identical or extremely similar in both the Registered Designs

18          and MINI TRENDY TEENZ dolls:

19          (a) The shape of each doll's head;

20          (b) The size of each doll's head in comparison with the

21          remainder of the doll;

22          (c) The shape and size of the nose;

23          (d) the shape of the eyes;

24          (e) the shape of the lips;

25          (f) the unusual size of each doll's feet in comparison with the

26          remainder of the doll.

27          We also consider that the MINI TRENDY TEENZ dolls infringe

28          our client's copyright in the surface decoration of the BRATZ

07209/2649713.2

-9-

1  |  dolls.  We enclose coloured copies of the original drawings and

2  |  would draw your attention in particular to:

3  |  (a) the eyelashes of both BRATZ and MINI TRENDY TEENZ

4  |  dolls, in particular the three distinct lashes above the eye;

5  |  (b) the two-tone eye shadow used on both BRATZ and MINI

6  |  TRENDY TEENZ dolls, both in style, shape and colour;

7  |  (c) the shape of the eyes after being "made up" with mascara and

8  |  eye shadow, of BRATZ and MINI TRENDY TEENZ dolls; and

9  |  (d) the shape of the lips when painted with "lipstick" of BRATZ

10 |  and MINI TRENDY TEENZ dolls, and the use of a lipliner

11 |  (slightly darker in colour than the colour used on the lips) on

12 |  both dolls."  See Hutnyan Decl. Ex. 28 (TX 13561-22-23, 0067-

13 |  81) (attaching the referenced "original drawings").

14 |  48.  Attached as Exhibits 29, 30, and 31 are true and correct copies of TX

15 |  13696, 13698, 13700, photographs of the "Mini Trendy Teenz."

16 |  49.  Mr. Lee's Affirmation in the *Double Grand* action, attaches another

17 |  cease and desist letter from MGA to Double Grand, dated May 6, 2003, in which

18 |  MGA claimed that the "Trendy Teenz Dolls," "Mini Trendy Teenz Dolls," "Rocker

19 |  Headz Fashion Doll Bobble Pen," and "Rocker Headz Bobblehead Fashion Dolls"

20 |  were "substantially similar to MGA's Bratz Dolls" and infringed "MGA's copyright

21 |  in the designs and drawings of the Bratz Dolls."  See Hutnyan Decl. Ex. 14 (TX

22 |  13691-0142).

23 |  50.  Mr. Lee claimed in his Affirmation that "the facial decoration of the

24 |  ['Mini Trendy Teenz'] doll head is a reproduction of the facial decoration of Cloe,"

25 |  and that the "Trendy Teenz, Rocker Headz Bobblehead Fashion Dolls and Rocker

26 |  Headz Fashion Doll Bobble Pen have copied Bratz image in particular the eyes and

27 |  lips." Ex. 14 at TX 13691-0013-14, ¶¶ 35, 37ii.

28 |

1    51.   Mr. Lee also declared that the Bratz facial decorations were based on

2  Bryant's original design drawings. Id. at TX 13691-0007, 0028-42, 0049-0073

3  (attaching the Bratz facial decorations and Bryant's original design drawings).

4    52.   Attached as Exhibit 32 is a true and correct copy of relevant excerpts of

5  TX 13693, the Third Affirmation of Lee Shiu Cheung, dated July 14, 2003.

6    53.   In his Third Affirmation, Mr. Lee declared that the snap-on shoes

7  feature of the Bratz doll came from one of Bryant's initial Bratz drawings. See

8  Hutnyan Decl. Ex. 32 (TX 13693-008) at ¶ 16; see also Hutnyan Decl. Ex. 14 (TX

9  13691-0028-42) (LSC-3 of Lee's First Affirmation).

10    54.   Attached as Exhibit 33 is a true and correct copy of relevant excerpts of

11  TX 13705, MGA's Statement of Claim *In the High Court of the Hong Kong Special*

12  *Administration Region Court of First Instance, Civil Action No. 2152 of 2002,*

13  *between ABC International Traders Inc. doing business as MGA Entertainment, Inc.*

14  *and Toys & Trends (HK), Ltd., Cityworld Ltd. and Jurg Willi Kisselring*

15  *("Cityworld")* dated July 3, 2002.

16    55.   MGA claimed in *Cityworld* that the "Funky Tweenz" dolls "are

17  reproductions of or a reproduction of a substantial part of the said Artistic Works,"

18  which MGA defined as "17 initial concept and design drawings of the BRATZ dolls

19  made by Mr. Bryant." See Hutnyan Decl. Ex. 33 (TX 13705-0002-0003) at ¶¶ 3, 4.

20    56.   Attached as Exhibit 34 is a true and correct copy of relevant excerpts of

21  TX 12, the Affidavit of Isaac Larian in *Cityworld*, dated July 5, 2002.  Mr Larian

22  stated in his Affidavit that "[t]he complaint made by MGA is that the 3 dimensional

23  Funky Tweenz dolls have infringed the 2 dimensional drawings which are artistic

24  works in which copyright subsists." See Hutnyan Decl. 34 (TX 12) at ¶ 12.

25    57.   Attached as Exhibit 35 is a true and correct copy of relevant excerpts of

26  TX 13707, the Affirmation of Lee Shiu Cheung in *Cityworld*, dated June 18, 2002.

27    58.   Mr. Lee's Affirmation attaches the 17 Bratz design drawings referenced

28  in MGA's Statement of Claim, as well as images of the "Funky Tweenz." See

1    Hutnyan Decl. Ex. 35 (TX 13707-003 at ¶ 7, 0015-32, 0091-00105, 00113, 116,
2    119).

3        59.     Attached as Exhibit 36 is a true and correct copy of TX 13709, a
4    photograph of a "Funky Tweenz" doll.

5        60.     Attached as Exhibit 37 is a true and correct copy of relevant excerpts of
6    TX 13784, MGA's Statement of Claim *In the High Court of the Hong Kong Special*
7    *Administration Region Court of First Instance, Civil Action No. 2687 of 2003,*
8    *between MGA Entertainment, Inc. and Hunglam Toys Co. Ltd.* ("*Hunglam*"), dated
9    November 3, 2003.

10       61.     MGA stated in *Hunglam* that the "head sculpt and facial decoration" of
11   the "fashion dolls known as Scampz" "are reproductions of or a reproduction of a
12   substantial part of the Artistic Works." See Hutnyan Decl. Ex. 37 (TX 13784-004)
13   at ¶ 4. MGA's Statement of Claim defines "Artistic Works" to include the facial
14   decoration of the Bratz fashion dolls. Id. at TX 13784-002.

15       62.     Attached as Exhibit 38 is a true and correct copy of relevant excerpts of
16   TX 13718, the Affirmation of Lee Shiu Cheung in the *Hunglam* action, dated
17   August 12, 2003. Mr. Lee's Affirmation attaches as Exhibit LSC-8 the facial
18   decorations referenced in MGA's Statement of Claim. See Hutnyan Decl. Ex. 38
19   (TX 13718-0060-84).

20       63.     Mr. Lee declared in this Affirmation that these facial decorations were
21   based on Bryant's Bratz concept drawings. See Hutnyan Decl. Ex. 38 (TX 13718-
22   006) at ¶ 14.

23       64.     Bryant's Bratz concept drawings are attached as Exhibit LSC-3 to Mr.
24   Lee's Affirmation. Id. at TX 13718-0034-52.

25       65.     Mr. Lee also declared in his Affirmation that the "Scampz" doll is a
26   "slavish copy of the BRATZ dolls," that "all the prominent features of the BRATZ
27   dolls are present in the SCAMPZ dolls including in particular the oversized head,
28   eyes and lips and the diminished nose," and that the "Scampz" have "copied the

1 | head sculpt and the facial decoration of the Bratz dolls." Id. at TX 13718-0016-17,
2 | ¶¶ 40, 41, 43.

3 | 66. Attached as Exhibit 39 is a true and correct copy of relevant excerpts of
4 | TX 13856, the Witness Statement of Sanjay Vaswani in the *Hunglam* action, dated
5 | December 15, 2005. Mr. Vaswani attached as Exhibits SV-8(a)-(f) to his Witness
6 | Statement photographs of the "Scampz" dolls at issue. See Hutnyan Decl. Ex. 39
7 | (TX 13856-009, 033-038).

8 | 67. Attached as Exhibits 40 and 41 are true and correct copies of TX 13722
9 | and TX 13867, photographs of the "Scampz" dolls.

10 | 68. Attached as Exhibit 42 is a true and correct copy of relevant excerpts of
11 | TX 13785, MGA's Statement of Claim *In the High Court of the Hong Kong Special*
12 | *Administration Region Court of First Instance, Civil Action No. 3242 of 2003,*
13 | *between MGA Entertainment, Inc. and Union Top (HK) Ltd.* ("*Union Top*"), dated
14 | September 2003.

15 | 69. In *Union Top*, MGA claimed that the "Fashion Dolls" "are infringing
16 | copies of the Copyright Works" and "were slavish copies of the BRATZ dolls." See
17 | Hutnyan Decl. Ex. 42 (TX 13785-007, 0011) at ¶¶ 7, 8(h).

18 | 70. MGA defined the "Copyright Works" as including "drawings made by
19 | Carter Bryant between 1998 and 2000." Id. at TX 13785-003-4.

20 | 71. Attached as Exhibit 43 is a true and correct copy of relevant excerpts of
21 | TX 13725, the Affirmation of Lee Shiu Cheung in the *Union Top* action, dated
22 | August 2003.

23 | 72. Mr. Lee attached as Exhibit LSC-17 to his Affirmation photographs of
24 | the "Fashion Dolls." See Hutnyan Decl. Ex. 43 (TX 13725-0175-208).

25 | 73. Mr. Lee declared in this Affirmation that the "Fashion Dolls" are
26 | "slavish copies" of the Bratz:

27 | "I have looked at the "Fashion Dolls" closely from the
28 | photographs and the videotape exhibited hereinabove and find

1  that it is a slavish copy of the BRATZ dolls and is a clear

2  infringement of the Plaintiff's copyright in the works relating to

3  BRATZ. In particular, I would draw attention to the following

4  features in the 'Fashion Doll', namely:

5  (a) The oversized head;

6  (b) The facial decoration;

7  (c) The oversized eyes;

8  (d) The diminished nose;

9  (e) The protrusive and defined mouth;

10  (f) The multi-coloured make-up;

11  (g) The few and exaggerated eyelashes;

12  (h) The two-toned lipstick;

13  (i) The disproportionately large feet and shoes;

14  (j) The snap-on shoes." Id. at (TX 13725-0018-19, ¶ 42).

15  74. Mr. Lee further declared that the "Fashion Dolls" copied the head

16  sculpt and facial decoration of the Bratz dolls. Id. at TX 13725-0019-0020 at ¶¶ 43-

17  45.

18  75. Mr. Lee's Affirmation attaches as Exhibit LSC-8 the Bratz facial

19  decorations MGA claims were copied in the *Hunglam* action. Id. at TX 13725-

20  0045-69.

21  76. Mr. Lee declared in this Affirmation that these facial decorations are

22  based off Bryant's initial Bratz design drawings. Id. at TX 13725-007, ¶15.

23  77. Attached as Exhibit 44 is a true and correct copy of relevant excerpts of

24  TX 13743, the Affirmation of Lee Shiu Cheung *In the High Court of the Hong Kong*

25  *Special Administration Region Court of First Instance, Civil Action No. 46 of 2004,*

26  *between MGA Entertainment, Inc. and Wai Man International (HK) Ltd.* ("*Wai*

27  *Man*"), dated January 13, 2004.

28

1     78.    Mr. Lee declared in this Affirmation that the "Twin Sisters" bear "a

2 striking resemblance" to the Bratz and that they are "obviously slavish copies of the

3 head sculpt and facial decorations" of Bratz. See Hutnyan Decl. Ex. 44 (TX 13743-

4 0013-15) at ¶¶ 32, 35-38.

5     79.    Mr. Lee declared in this Affirmation that the Bratz facial decorations

6 are based off Bryant's Bratz concept drawings. Id. at TX 13743-007, ¶ 15.

7     80.    Mr. Lee's Affirmation attaches as Exhibit LSC-21 photographs of the

8 "Twin Sisters." Id. at TX 13743-00142-145.

9     81.    Attached as Exhibit 45 is a true and correct copy of relevant excerpts of

10 TX 13742, the Affirmation of Lam Yuen Chak in *Wai Man*, dated January 13, 2004.

11 Mr. Lam's Affirmation attaches as Exhibit LYC-4 a photograph of the "Twin

12 Sisters." See Hutnyan Decl. Ex. 45 (TX 13742-004, 14-15).

13     82.    Mr. Larian testified at trial that MGA had support for its allegations of

14 copying or reproduction in other litigation. He admitted that MGA would not allege

15 that other companies had knocked off Bratz unless MGA had supporting evidence

16 for those allegations. Trial Tr. 6271:24-6272:11.

17     83.    At trial, Mr. Larian was asked to compare the Nevra doll and the Mini

18 Trendy Teenz to the original Bratz dolls. See Trial Tr. (Larian) 6156:10-6158:9.

19 Mr. Larian stated that the Nevra doll used the core Bratz production sculpt that was

20 used for the other Bratz dolls and that it was more similar to the Bratz dolls than the

21 Mini Trendy Teenz was. See Trial Tr. 6156:10-6158:9; Trial Tr. 6159:13-18.

22              **MGA Represented to the Copyright Office That**

23       **Bratz Are Based on the Bryant Drawings Owned by Mattel**

24     84.    Attached as Exhibit 46 is true and correct copy of MGA's copyright

25 registration VA 1-090-289, which is TX 561.

26     85.    Attached as Exhibit 47 is true and correct copy of MGA's Form CA 1-

27 301-535, which is TX 562.

28

86.    MGA represented to the U.S. Copyright Office that the original Bratz Cloe doll was a derivative of one of Bryant's original Bratz Cloe drawings. See Hutnyan Decl. Exhs. 47, 46, and 20 (TX 562, 561 and 509). The jury found that Mattel owns the drawing in question. See Hutnyan Decl. Ex. 1 (Phase 1(a) Jury Verdict) at TX 3-0013.

87.    Attached as Exhibit 48 is true and correct copy of MGA's copyright registration VA 1-090-290, which is TX 563.

88.    Attached as Exhibit 49 is true and correct copy of MGA's Form CA 1-301-536, which is TX 564.

89.    MGA represented to the U.S. Copyright Office that the original Bratz Yasmin doll was a derivative of one of Bryant's original Bratz Yasmin drawings. See Hutnyan Decl. Exhs. 49, 48, and 66 (TX 564, 563 and 511). The jury found that Mattel owns the drawing in question. See Hutnyan Decl. Ex. 1 (Phase 1(a) Jury Verdict) at TX 3-0003.

90.    Attached as Exhibit 50 is true and correct copy of MGA's copyright registration VA 1-090-287, which is TX 557.

91.    Attached as Exhibit 51 is true and correct copy of MGA's Form CA 1-301-533, which is TX 558.

92.    MGA represented to the U.S. Copyright Office that the original Bratz Jade doll was a derivative of one of Bryant's original Bratz Jade drawings. See Hutnyan Decl. Ex. 51, 50, and 18  (TX 558, 557 and 505). The jury found that Mattel owns the drawing in question. See Hutnyan Decl. Ex. 1 (Phase 1(a) Verdict Form) at TX 3-0009.

93.    Attached as Exhibit 52 is true and correct copy of MGA's copyright registration VA 1-090-288, which is TX 559.

94.    Attached as Exhibit 53 is true and correct copy of MGA's Form CA 1-301-534, which is TX 560.

1    95.    MGA represented to the U.S. Copyright Office that the original Bratz
2  Sasha doll was a derivative of one of Bryant's original Bratz Sasha drawings. <u>See</u>
3  Hutnyan Decl. Ex. 53, 52, and 19  (TX 560, 559 and 507).  The jury found that
4  Mattel owns the drawing in question. <u>See</u> Hutnyan Decl. Ex. 1 (Phase 1(a) Verdict
5  Form) at TX 3-0005.

6                    **MGA's Depictions of the Bratz Characters**
7              **Conceived by Bryant Also Infringe Mattel's Copyrights**

8    96.    Attached as Exhibit 54 is a true and correct copy of slide 30.20, which
9  was used in Mattel's phase 1B opening statement.  This slide shows that the "Jade"
10  doll released by MGA in 2001 includes recognizable traits of the "Jade" character
11  created by Bryant, including, among other things, the character's cat mascot.

12    97.    Attached as Exhibit 55 is a true and correct copy of slide 30.23, which
13  was used in Mattel's phase 1B opening statement. This  slide shows  that the
14  "Yasmin" doll released by MGA in 2001 includes recognizable traits of the "Lupe"
15  character created by Bryant, including, among other things, the character's princess
16  mascot.

17    98.    Attached as Exhibit 56 is a true and correct copy of slide 30.25, which
18  was used in Mattel's phase 1B opening statement.  This slide shows  that the "Cloe"
19  doll released by MGA in 2001 includes recognizable traits of the "Zoe" character
20  created by Bryant, including, among other things, the character's angel mascot.

21    99.    Attached as Exhibit 57 is a true and correct copy of slide 30.26, which
22  was used in Mattel's phase 1B opening statement.  This slide shows  that the "Sasha"
23  doll released by MGA in 2001 includes recognizable traits of the
24  "Hallidae" character created by Bryant, including, among other things, the
25  character's bunny mascot.

26    100.    Attached as Exhibit 58 is a true and correct copy of slide 34.1, which
27  was used in Mattel's phase 1B opening statement.  This slide shows a comparison
28

07209/2649713.2

1   between the "Jade" doll head released by MGA in 2001 and the "Jade" doll heads
2   released in 2002-2005.

3       101.   Attached as Exhibit 59 is a true and correct copy of slide 34.2, which
4   was used in Mattel's phase 1B opening statement.  This slide shows a comparison
5   between the "Jade" doll head released by MGA in 2001 and the "Jade" doll heads
6   released in 2006-2008.

7       102.   Attached as Exhibit 60 is a true and correct copy of a photograph of a
8   Bratz backpack.

9       103.   Attached as Exhibit 61 is a true and correct copy of a photograph of a
10  Bratz toothbrush.

11      104.   Attached as Exhibit 134 is a true and correct copy of TX 14632.

12      105.   Attached as Exhibit 135 is a true and correct copy of TX 14633.

13      106.   Attached as Exhibit 136 is a true and correct copy of TX 302.

14      107.   Attached as Exhibit 137 is a true and correct copy of TX 1107.

15      108.   Attached as Exhibit 138 is a true and correct copy of TX 13975.

16      109.   Attached as Exhibit 139 is a true and correct copy of TX 13977.

17      110.   Attached as Exhibit 140 is a true and correct copy of TX 13978.

18      111.   Attached as Exhibit 141 is a true and correct copy of TX 13976.

19      112.   Attached as Exhibit 149 is a true and correct copy of TX 5-043.

20      **MGA's Bratz-Based Licensing Infringes Mattel's Copyrights**

21      113.   MGA has over 784 license agreements covering a wide range of Bratz
22  products including clothing, jewelry, bedding, home furnishing, stationery,
23  toiletries, video games, footwear, napkins, and electrical appliances.  See Hutnyan
24  Decl. Ex. 14 (TX 13691); See also Hutnyan Decl. Ex. 5 (TX 660).

25      114.   Attached as Exhibit 62 is a true and correct copy of TX 630, an e-mail
26  from Isaac Larian to Isaac Larian and Bonnie Blume, dated June 30, 2003.  In this e-
27  mail, Mr. Larian states that MGA made a "conscious decision" to become a licensor

28

1   with Bratz.  See Hutnyan Decl. Ex. 62 (TX 630).  Mr. Larian also states that MGA

2   had never licensed any products prior to Bratz.  See Hutnyan Decl. Ex. 62 (TX 630).

3        115.   At trial Larian testified that MGA's licensing success is driven by and

4   contingent upon the success of the Bratz dolls.  See Trial Tr. at 6176:16-19 ("Q:

5   The idea was to leverage the idea of the popularity of the Bratz dolls so you can sell

6   the Bratz dolls.  A:  To leverage the Bratz brand in order to sell Bratz pets and other

7   products.  It's all about branding, sir."); see also Trial Tr. (Larian) 6170:4-15 (Q:

8   My question is a little more specific.  If the Bratz dolls aren't selling through at

9   retail, no one is going to be interested in licensing a bicycle helmet that has Bratz on

10   it; right? . . . THE WITNESS:  Again, the Bratz brand started with four dolls.  The

11   four dolls had to sell with marketing and advertising to establish the brand, and then

12   once the brand became successful, we were able to license it, and that's how the

13   licensing business works.").  Larian also said in an e-mail interview that the success

14   of Bratz licensed goods depended on the customer goodwill for Bratz Products.  See

15   also Hutnyan Decl. Ex. 62 (TX 630) ("the kids today are very brand conscious and if

16   you have a property like Bratz they will buy the goods as long as they are getting the

17   quality they have come to expect from the brand.").  As MGA acknowledged in its

18   March 2001 Business Plan, the "only risk involved" with the licensing program "is

19   that the Bratz dolls do not sell-through at retail."  See Hutnyan Decl. Ex. 13 (TX

20   13520) at 16.

21        116.   Attached as Exhibit 63 is a true and correct copy of TX 13239, a

22   memorandum from Ian McLagan at Alliance Consulting Group to Dee Dee

23   Valencia and Shirin Salemnia at MGA, dated July 10, 2003.  According to this

24   memorandum, the success of licensed goods has depended upon the key Bratz doll

25   attributes, which had to be "mirrored in any brand extensions."

26        117.   Further, consumers purchase licensed goods based upon their

27   experience with the Bratz dolls themselves.  Thus, for licensing to succeed, MGA

28   said that "[t]he Bratz should be treated as a long term brand with future line

1  extensions. . . . To be effective, other licensed products depend on the presence of
2  our Bratz." See Hutnyan Decl. Ex. 13 (TX 13520) at 18.

3      118.   Attached as Exhibit 64 is a true and correct copy of TX 13761, a
4  Hollywood Reporter article entitled "What's Up With Bratz?," dated June 2005.
5  Larian has said licensing should be part of the long term growth plan of any
6  company, but "you need the right property to be able to do it." See Hutnyan Decl.
7  Ex. 64 (TX 13761) at 2.

8      119.   Attached as Exhibit 65 is a true and correct copy of MGA's copyright
9  registration VA 1-340-165, which is TX 567.

10     120.   Attached as Exhibit 67 is a true and correct copy of MGA's copyright
11  registration VA 1-340-167, which is TX 568.

12     121.   Attached as Exhibit 68 is a true and correct copy of MGA's copyright
13  registration VA 1-340-168, which is TX 569.

14     122.   Attached as Exhibit 69 is a true and correct copy of MGA's copyright
15  registration VA 1-340-169, which is TX 570.

16     123.   Attached as Exhibit 70 is a true and correct copy of MGA's copyright
17  registration VA 1-340-170, which is TX 571.

18     124.   Attached as Exhibit 71 is a true and correct copy of MGA's copyright
19  registration VA 1-334-487, which is TX 572.

20     125.   Attached as Exhibit 72 is a true and correct copy of MGA's copyright
21  registration VA 1-334-488, which is TX 573.

22     126.   Attached as Exhibit 73 is a true and correct copy of MGA's Form CA
23  1-301-529, which is TX 506.

24     127.   Attached as Exhibit 74 is a true and correct copy of MGA's Form CA
25  1-301-530, which is TX 508.

26     128.   Attached as Exhibit 75 is a true and correct copy of MGA's Form CA
27  1-301-531, which is TX 510.

28

1    129.   Attached as Exhibit 76 is a true and correct copy of MGA's Form CA
2 1-301-532, which is TX 512.

3    130.   MGA requires licensed products to conform to the Bratz dolls and
4 provides style guides that licensees must follow "in connection with the use of
5 Bratz" on licensed product. See Trial Tr. (Armstrong) 6655:3-13. MGA has
6 registered copyrights of many of these style guides with the U.S. Copyright Office
7 and represented that the style guides are derivative of "preexisting artwork
8 including" certain original Bryant drawings that the jury has found that Mattel owns.
9 See Hutnyan Decl. Ex. 17 (TX 574), Ex. 18 (TX 505), Ex. 19 (TX 507), Ex. 20 (TX
10 509), Ex. 21 (TX 513), Ex. 22 (TX 511), Ex. 65 (TX 567), Ex. 67 (TX 568), Ex. 68
11 (TX 569), Ex. 69 (TX 570), Ex. 70 (TX 571), Ex. 71 (TX 572), Ex. 72 (TX 573),
12 Ex. 73 (TX 506), Ex. 74 (TX 508), Ex. 75 (TX 510), Ex. 76 (TX 512); see also
13 Hutnyan Decl. Ex. 1 at 1-4 (Phase 1(a) Verdict). Bryant Armstrong, MGA's
14 designee with respect to statements it made in its copyright applications, stated that
15 these style guides are based upon the original Bratz drawings. See Trial Tr.
16 (Armstrong) 6654:4-7.

17    131.   According to MGA, the purpose of the style guides and similarities is
18 to tie the licensed products to the Bratz brand. Trial Tr. (Larian) 6173:1-24. ("Q:
19 And when you are developing something like that, one of the things you're trying to
20 do is connect that extension, line extension, to the Bratz dolls; right? A: The
21 execution of it, yes. For all the brand to basically mesh together, yes . . . Q: And
22 this is an example of tying kind of an unrelated product back to the core of the
23 brand, which are the Bratz dolls. A: Again, it has to all -- it's mixed together. It's
24 like Nike. When you buy the shoes, the shirt has -- they all -- a shirt doesn't look
25 like a shoe, but as a brand, they all mesh together.").

26    132.   According to evidence produced by MGA in this case, Bratz licensed
27 products have been successful. See Hutnyan Decl. Ex. 62 (TX 630) at 2 ("Bratz
28 licensed products are some of the hottest sought after products out there.").

1  According to MGA's calculations, it had a $38.8-million licensing business as of
2  2004, including a substantial number of manufacturers producing Bratz products.
3  See infra Hutnyan Decl. Ex. 79 (TX 3645) at 2.

4      133.  MGA has stated that "cheap imitations also affect the value of license
5  fees and such loss is irreparable and unquantifiable." See Hutnyan Decl. Ex. 56 (TX
6  941) at 15.

7      134.  Attached as Exhibit 147 is a true and correct copy of MGA's Domestic
8  Licensing - Payment Log dated June 30, 2007, which is TX 1709A.

9      135.  Attached as Exhibit 148 is a true and correct copy of the Office Contact
10  Information from MGA Entertainment's Website.

11  **Derivative Bratz Products**

12      136.  Attached as Exhibit 77 is a true and correct copy of excerpts from the
13  deposition testimony of Lisa Tonnu, dated September 24, 2007.

14      137.  Attached as Exhibit 78 is true and correct copy of the affirmation of
15  Lee Shiu Cheung in *Cityworld*, dated June 18, 2002, which is TX 941.

16      138.  Attached as Exhibit 79 is a true and correct copy of TX 3645, MGA's
17  Five Year Plan Strategic Outline, dated May 20, 2004.

18      139.  MGA's Bratz Petz line alone is a $20-million-a-year business and its
19  Bratz fashion accessory business $40 million a year, according to MGA's internal
20  numbers. See Hutnyan Decl. Ex. 79 (TX 3645) at 2, 9.  In addition to these product
21  lines, MGA also receives revenue from Bratz DVD and TV syndication, music
22  sales, and theatrical productions.  According to evidence presented in this case, there
23  is a wide variety of around 10,000 Bratz products that extends from dolls to
24  accessories to sporting goods to electronics. See Hutnyan Decl. Ex. 5 (TX 660); see
25  also Hutnyan Decl. Ex. 54 (Dep. of Lisa Tonnu) at 381:16-382:1.

26      140.  Mr Larian testified that MGA's success in these derivative markets is
27  due to the base success of the infringing Bratz doll. See Trial Tr. (Larian) at
28  6176:16-19 ("Q:  The idea was to leverage the idea of the popularity of the Bratz

-22-

1 dolls so you can sell the Bratz dolls --A: To leverage the Bratz brand in order to sell
2 Bratz pets and other products. It's all about branding, sir."); see also Trial Tr.
3 (Larian) at 6170:4-15 (Q: My question is a little more specific. If the Bratz dolls
4 aren't selling through at retail, no one is going to be interested in licensing a bicycle
5 helmet that has Bratz on it; right? . . . THE WITNESS: Again, the Bratz brand
6 started with four dolls. The four dolls had to sell with marketing and advertising to
7 establish the brand, and then once the brand became successful, we were able to
8 license it, and that's how the licensing business works.").

9 **MGA's Bratz-Based Advertising Infringe Mattel's Copyrights**

10     141.   Attached as Exhibit 80 are true and correct copies of MGA Bratz print
11 advertisements identified by Bates Nos. MGA0031330-332, MGA0147523,
12 MGA0184581, MGA0184592, MGA0203974, MGA066857, MGA1255291,
13 MGA1538647, MGA2684712, MGA2896769, MGA2905375, MGA2909529,
14 MGA2924287-290, and MGA2972766.

15     142.   Attached as Exhibit 81 are true and correct copies of screenshots from
16 Bratz television commercials identified by Bates Nos. MGBZ3263, MGBZ4335,
17 MGBZ4355, MGBZ5213, MGBZ4013, MGBZ4025, and MGBZ4035. Mattel has
18 concurrently lodged herewith CD's containing the Bratz television commercials
19 identified by bates MGBZ3263, MGBZ4335, MGBZ4355, MGBZ5213,
20 MGBZ4013, MGBZ4025, and MGBZ4035.

21     143.   MGA's advertising of Bratz relies primarily on images of the infringing
22 dolls. Depictions of the dolls figure prominently in MGA's print and television
23 advertising. See, e.g., Hutnyan Decl. Ex. 80 at MGA0147532, MGA0031331. The
24 advertisements depict the characteristic features of Bratz – large eyes, accentuated
25 lips and eyebrows, disproportionately small noses and bodies. See, e.g., Hutnyan
26 Decl. Ex. 80 at MGA0031330, MGA031332, and MGA0066857.

27     144.   Some of the advertisements consist only of a photograph of an actual
28 doll or dolls and their features. See, e.g., Hutnyan Decl. Ex. 80 at MGA0031330,

07209/2649713.2

1  MGA0031331, MGA0031332; Hutnyan Decl. Ex. 80 at MGA0203974 and
2  MGA2684712.

3  **MGA's Packaging Infringes Mattel's Copyrights**

4  145.   Attached as Exhibit 82 is a true and correct copy of excerpts from the
5  deposition testimony of Samir Khare, dated January 25, 2008.

6  146.   Attached as Exhibit 129 is a true and correct copy of slide 14D, which
7  was used in Mattel's phase 1(b) closing argument.

8  147.   Attached as Exhibit 130 is a true and correct copy of a photograph of
9  an original Cloe doll released in 2001, which is TX 12286.

10  148.   Attached as Exhibit 131 is a true and correct copy of TX 3-001, a
11  Carter Bryant drawing of the original four Bratz characters.

12  **Irreparable Harm to Mattel**

13  149.   Mr. Larian declared publicly during trial that MGA would continue to
14  produce Bratz products despite the jury verdict:  "Under no circumstance will Mattel
15  be able to assert ownership of the Bratz franchise -- which will always belong to
16  MGA.  Our customers, retailers, vendors, and suppliers can take comfort knowing
17  there will be no disruption in MGA's manufacture and sales of Bratz dolls or any
18  other products."  Attached as Exhibit 83 is a true and correct copy of an ABC News
19  article entitled "Mattel Prevails in Bratz Copyright Trial," written by Gina Keating,
20  dated July 17, 2008.

21  150.   Attached as Exhibit 84 is a true and correct copy of the Declaration of
22  Isaac Larian in support of MGA's Petition for Writ of Mandamus in In re MGA
23  Entm't, in the Ninth Circuit Court of Appeals, Case No. 08-73438.

24  151.   Attached as Exhibit 85 is a true and correct copy of MGA's Petition for
25  Writ of Mandamus in In re MGA Entm't, in the Ninth Circuit Court of Appeals,
26  Case No. 08-73438.

27
28

1    152.   Attached as Exhibit 86 is a true and correct copy of MGA's Emergency
2  Motion Under Circuit Rule 27-3 in In re MGA Entm't, in the Ninth Circuit Court of
3  Appeals, Case No. 08-73438.

4    153.   Mr. Larian has stated that MGA ████████████████████████
5  ████████████████████████████████████████████████████
6  ████████████████████████████████████████████████████
7  See Hutnyan Decl. Ex 84 (Larian Decl.) at ¶ 4; Hutnyan Decl. Ex. 85 (Pet. for Writ
8  of Mandamus) at 6.  MGA has maintained that the ██████████████████████
9  ████████████████████████████████████████████
10 ████████████████████████████████████████ See Hutnyan
11 Decl. Ex. 85 (Pet. for Writ of Mandamus) at 34.  MGA also said that it ████████
12 ████████████████████████████████████████████████████
13 ████████████████████████████████████████████████
14 ████████████████████████████████████████████████ See
15 Hutnyan Decl. Ex. 86 (Emergency Motion Under Circuit Rule 27-3) at 2.  MGA
16 said that these statements were ██████████████████████████████████
17 ████████████████████ See Hutnyan Decl. Ex. 85 (Pet. for Writ of Mandamus)
18 at 34, 36.

19   154.   Attached as Exhibit 87 is a true and correct copy of a letter from
20 Thomas M. Cambern, Managing Director of Wachovia Securities, to MGA, dated
21 July 21, 2008, which is identified by Bates No. MGA 3896745-46.

22   155.   Attached as Exhibit 88 is a true and correct copy of a letter from
23 Thomas M. Cambern, Managing Director of Wachovia Securities, to MGA, dated
24 July 21, 2008, which is identified by Bates No. MGA 3896747-48.

25   156.   Attached as Exhibit 89 is a true and correct copy of a letter from
26 Thomas M. Cambern, Managing Director of Wachovia Securities, to MGA, dated
27 July 21, 2008, which is identified by Bates No. MGA 3896749-50.

28

157. ███████████████████████████████████

███████████████████ See Hutnyan Decl. Ex. 87-89. ████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████ See Hutnyan Decl. Ex. 87-89.

158.   Attached as Exhibit 128 is a true and correct copy of the Factivia article entitled "Barbie's midlife crisis," dated May 14, 2004.

159.   Attached as Exhibit 90 is a true and correct copy of the transcript of ABC Nightline, dated December 22, 2006.

160.   Attached as Exhibit 91 is a true and correct copy of an email from Isaac Larian to Simon Gardner and Mel Woods, dated May 30, 2005 that discusses a proposed deal with Hasbro.  The document is identified by Bates No. MGA0188423-24.

161.   Attached as Exhibit 92 is a true and correct copy of the Yahoo! Finance article entitled "With Bratz, a toymaker's dreams come true," written by Jan Paschal and dated February 14, 2002.

162.   Attached as Exhibit 93 is a true and correct copy of the Los Angeles Times article entitled "Bratz Dolls' Maker Play to Win in Battle with Barbie," written by Melinda Fulmer and dated August 1, 2005.

163.   Attached as Exhibit 94 is a true and correct copy of an email from Rosie Bayles to Isaac Larian, dated March 21, 2002 that discusses Bratz market share.  The document is identified by Bates Nos. MGA0190236-42.

164.   MGA has stated that infringing Bratz products take market share from Mattel.  Isaac Larian has said "our growth is coming at the expense of other toy companies like Mattel" and that Mattel's loss of market share is due to Bratz.  See Hutnyan Decl. Ex. 62 (TX 630) at 2; Hutnyan Decl. Ex. 128 (Factivia article) ("MGA's Larian is keen to state . . . 'I can tell you that Bratz awareness and market share are growing by double and triple digits in every country worldwide while

1  [Mattel is] losing market share.'"); Hutnyan Decl. Ex. 90. Larian noted that "With
2  10 SKU Bratz has 20% of the USA fashion doll market. And, the best is yet to
3  come for this fall and 2004. With 600 SKU Barbie has 60% of the market share and
4  declining." See Hutnyan Decl. Ex. 91 at 1 (MGA 0188423). In Ninth Circuit
5  filings, MGA also stated that "MGA introduced the Bratz dolls in early 2001 and
6  they soon began eroding Mattel's substantial market share in fashion dolls." See
7  Hutnyan Decl. Ex. 86 (Emergency Motion Under Circuit Rule 27-3) at 3; Hutnyan
8  Decl. Ex. 85 (Pet. for Writ of Mandamus) at 8.

9  165. According to MGA, it designed the Bratz doll to take market share
10  from Mattel. MGA's Public Relations Director, Dave Malacrida, has testified that
11  the Bratz dolls were designed "to take market share away from Barbie, Mattel Inc.'s
12  best selling product." See Hutnyan Decl. Ex. 92 (Paschal article) at Bates No. MGA
13  0142815; see also Hutnyan Decl. Ex. 93 (Fulmer article) at Bates No. NPD00127
14  ("For Larian the numbers are sweet vindication . . .'I'm very competitive . . . I want
15  to be No.1 - I don't want to be No. 2.'"). See Hutnyan Decl. Ex. 92 at 3 (Bates No.
16  MGA 0190238) ("What is Barbie's market share in UK? We want 50% of that for
17  2002 (and the rest in 2003!).").

18  166. According to MGA, it leveraged the Bratz dolls into derivative
19  markets. See Trial Tr. (Larian) at 6176:16-19 ("Q: The idea was to leverage the
20  idea of the popularity of the Bratz dolls so you can sell the Bratz dolls --A: To
21  leverage the Bratz brand in order to sell Bratz pets and other products. It's all about
22  branding, sir."); see also Trial Tr. (Larian) at 6168:11-14 (Q: And the core, the core
23  of the Bratz brand, what you are leveraging off of here, is the dolls; right? A: No,
24  we are leveraging the Bratz brand. The Bratz brand was launched with four dolls in
25  2001."); Hutnyan Decl. Ex. 79 (TX 3645) at 8 (noting strategy was to "leverage
26  Bratz Brand" to "$100 million by 2008").

27
28

167. According to MGA, customer goodwill associated with infringing Bratz dolls is currently in decline, as evidenced by falling sales. See Hutnyan Decl. Ex. 6 (Nicholas article).

168. Attached as Exhibit 144 is a true and correct copy of the Affirmation of Lee Shiu Cheung, dated June 18, 2003, which is TX 952.

169. Attached as Exhibit 145 is a true and correct copy of TX 18819.

**Mattel's Bratz Copyright Registrations**

170. Attached as Exhibit 95 is a true and correct copy of Mattel's copyright registration VAu 751-271, which is TX 13887.

171. Attached as Exhibit 96 is a true and correct copy of Mattel's copyright registration VAu 715-273, which is TX 13888.

172. Attached as Exhibit 97 is a true and correct copy of Mattel's copyright registration VA 1-378-648, which is TX 13873.

173. Attached as Exhibit 98 is a true and correct copy of Mattel's copyright registration VA 1-378-649, which is TX 13874.

174. Attached as Exhibit 99 is a true and correct copy of Mattel's copyright registration VA 1-378-650, which is TX 13875.

175. Attached as Exhibit 100 is a true and correct copy of Mattel's copyright registration VA 1-378-651, which is TX 13876.

176. Attached as Exhibit 101 is a true and correct copy of Mattel's copyright registration VA 1-378-652, which is TX 13877.

177. Attached as Exhibit 102 is a true and correct copy of Mattel's copyright registration VA 1-378-653, which is TX 13878.

178. Attached as Exhibit 103 is a true and correct copy of Mattel's copyright registration VA 1-378-654, which is TX 13879.

179. Attached as Exhibit 104 is a true and correct copy of Mattel's copyright registration VA 1-378-655, which is TX 13880.

180. Attached as Exhibit 105 is a true and correct copy of Mattel's copyright registration VA 1-378-656, which is TX 13881.

181. Attached as Exhibit 106 is a true and correct copy of Mattel's copyright registration VA 1-378-657, which is TX 13882.

182. Attached as Exhibit 107 is a true and correct copy of Mattel's copyright registration VA 1-378-658, which is TX 13883.

183. Attached as Exhibit 108 is a true and correct copy of Mattel's copyright registration VA 1-378-659, which is TX 13884.

184. Attached as Exhibit 109 is a true and correct copy of Mattel's copyright registration VA 1-378-660, which is TX 13885.

185. Attached as Exhibit 110 is a true and correct copy of Mattel's copyright registration VAu 715-270, which is TX 13886.

186. Attached as Exhibit 111 is a true and correct copy of Mattel's copyright registration VAu 960-439, which is TX 13889.

187. Attached as Exhibit 112 is a true and correct copy of Mattel's copyright registration VAu 964-304, which is TX 13890.

188. Attached as Exhibit 113 is a true and correct copy of Mattel's copyright registration VAu 964-306, which is TX 13891.

189. Attached as Exhibit 114 is a true and correct copy of Mattel's copyright registration VAu 964-308, which is TX 13892.

190. Attached as Exhibit 115 is a true and correct copy of Mattel's copyright registration VAu 964-309, which is TX 13893.

191. Attached as Exhibit 116 is a true and correct copy of Mattel's copyright registration VAu 964-310, which is TX 13894.

192. Attached as Exhibit 117 is a true and correct copy of Mattel's copyright registration VAu 964-311, which is TX 13895.

193. Attached as Exhibit 118 is a true and correct copy of Mattel's copyright registration VAu 964-315, which is TX 13896.

1    194.    Attached as Exhibit 119 is a true and correct copy of Mattel's copyright
2  registration VAu 964-318, which is TX 13897.

3    195.    Attached as Exhibit 120 is a true and correct copy of Mattel's copyright
4  registration VAu 964-319, which is TX 13898.

5    196.    Attached as Exhibit 121 is a true and correct copy of Mattel's copyright
6  registration VAu 964-320, which is TX 13899.

7    197.    Attached as Exhibit 122 is a true and correct copy of Mattel's copyright
8  registration VAu 964-321, which is TX 13900.

9                **MGA's Discovery Abuses and the Need for a Special Master**

10   198.    Attached as Exhibit 123 is a true and correct copy of the transcript of a
11  redacted side bar conference, dated June 5, 2008.

12   199.    Attached as Exhibit 124 is a true and correct copy of a Los Angeles
13  Times article written by David Colker, entitled <u>Timing Is Key in Mattel Suit Against</u>
14  <u>Bratz</u>, dated June 6, 2008.

15   200.    Attached as Exhibit 125 is a true and correct copy of an email sent by
16  Lauren Aguiar to Michael Zeller, dated August 21, 2008 relating to the posting of a
17  sealed letter on MGA's website.

18   201.    Attached as Exhibit 126 is a true and correct copy of a letter sent from
19  Laura Heffley to Timothy Alger, dated June 12, 2007 certifying the distribution of a
20  privileged log that Mattel inadvertently produced and clawed back.

21   202.    Attached as Exhibit 127 is a true and correct copy of a Wall Street
22  Journal article, written by Nicholas Casey, entitled <u>Barbie's Revenge, Brawl over</u>
23  <u>Doll is Heading to Trial</u>, dated May 23, 2008.  The contents of the privileged log
24  attached in Exhibit 126 above were summarized in this article even though all
25  copies of the log were certified as being destroyed.

26   203.    Attached as Exhibit 142 is a true and correct copy of Mattel, Inc.'s
27  Opposition to MGA Parties' Motion for Limited Discovery, and Cross-Motion for
28  Issue Preclusion, dated June 16, 2008.

1    204.   Attached as Exhibit 143 is a true and correct copy of the Order

2  Granting in Part Mattel's Motion to Enforce the Court's Order of May 16, 2007, to

3  Compel MGA to Produce Witnesses for Deposition Pursuant to Rule 30(b)(6), and

4  Granting Request for Sanctions.

5    I declare under penalty of perjury under the laws of the United States of

6  America that the foregoing is true and correct.

7    Executed on September 29, 2008, at Los Angeles, California.

8

9

10  Diane C. Hutnyan

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28