# Market Analysis

## Market Definition

The target audience for the Bratz are tween girls from 7-11 years old. Tweens consist of three markets in one; the *primary* market - spending money on their own wants and needs, the *influence* market – directing the spending of their parents' money on their want and needs and the *future* market – for all goods and services who have all their purchases ahead of them. All three markets combined, tweens have more market potential than any other demographic group.

Girls lead the tween market and are gender specific. Tweens want a product uniquely made for them. They do not want adults to infiltrate into their world. Tweens aspire to be like "big girls" and are fashion conscious. At this age, girls are also making the transition from play to reality and becoming self-reliant.

### Industry Analysis

The Barbie brand is unquestionably dominant in the Fashion Doll category. This means that all things being equal, a consumer will choose the Barbie doll over all others. That being the case, Mattel does not have to compete based on a targeted price point. They can, and do, price their most successful Barbie offerings at every price point from $5.00 to $20.00. It is an inefficient scattering of offerings, but Mattel manages to collect revenues at all possible price point triggers – not just one.

For those items that are not Barbie related, the price point target has to be more strategic. The market seems to have focused in on the $15.00 price point. For YTD 2000, of the top 11 selling non-Barbie branded fashion dolls, nine were priced within a dollar or two of $15.00. It appears to be a collective decision that is more than arbitrary. In a sample of 11 products selected from among the midrange sellers, only three had a price point very close to $15.00. Among the bottom dwellers of the category, these are nearly none with a price point close to $15.00. Those should not be interpreted as a casual relationship that exists between this particular price point and sales success. There is no basis on which to draw that conclusion definitively. It is, however, a noteworthy point and an indicator of where pricing attention could best be focused.

The fashion doll category market is stagnant. The market for these products amounted to $1.1 billion in 2000--representing a 1% decline from 1999.

Referenced sources agree that the major trend is for funky, edgy fashion or small dolls. The trend has been toward the development of such products (Diva Starz, Bratz™).

The overall fashion doll market for the toy industry is projected to be $1.3 billion by the end of 2001. The overall market potential for Bratz™ is estimated to be $30 million by the end of 2001.



Confidential - For Attorney's Eyes Only



MGA 4033301

Brands and licenses are so pervasive in the Fashion Doll category it would be appropriate to say that they define the category. For YTD 2000, retailers sold $324MM of branded/licensed product in the category. That accounts for 89% of all sales of fashion dolls. In fact, a review of the top brands/licenses in the category reveals a domino effect where the licenses drive fashion and the fashion drives the doll category.

| Brand/License | Sales $ | Sales Units |
|---|---|---|
| Barbie | $298,254,562 | 24,469,979 |
| Britney Spears | $13,362,740 | 885,119 |
| Spice Girls | $1,695,582 | 284,903 |
| Toy Story | $1,508,963 | 114,857 |
| Star Wars | $1,392,632 | 133,115 |
| Christina Aguilera | $1,344,720 | 74,182 |
| S Club 7 | $409,829 | 26,040 |
| Aladdin | $344,028 | 22,783 |
| Tarzan | $311,886 | 27,991 |
| Charlie's Angels | $181,374 | 12,116 |

Category success without licensing or very strong branding are few and far between. The market is apparently looking for fashion leadership, and that leadership must have a name. Primarily, leadership is provided by Barbie. Barbie is still viewed as the ideal female figure and as an infinitely versatile model of modern fashion. It is not surprising that Barbie is a clear leader. Media images are secondary sources for fashion leadership. Category consumers are drawn to images or major fashion and lifestyle leaders like Britney Spears which is why Bratz will be successful. They are the girls with a "passion for fashion".

**Strengths**

In terms of product strength, Bratz™ has several distinct advantages over the competition. First is its marked advancement in the physical appearance of the dolls. The Bratz™ are unique in many ways; their eyes are big with a hint of animé style; their lips are more pronounced, their feet and heads are oversized. There is no fashion doll on the market that bears the resemblance to the Bratz™. Additionally, the fashions exemplified mirror those worn by today's tween. Chunky shoes, tube tops and their hair accessories demonstrate the urban girl for the 21st century.

In marketing, our most powerful assets are distribution and image of the brand. ABC will launch an aggressive $2.5 million dollar television campaign for fourth quarter 2001. Print advertising in popular tween magazines such as *Cosmo Girl*, *Teen* and *Jump* will further enhance our product positioning.

The Bratz™ will be offered to retailers at a price point close to that of Barbie's. ABC is confident that girls will purchase the Bratz™ over Barbie because they are not defined by race or ethnicity. This was a conscious decision so the consumer can choose the doll that reflects their own fashion style or appearance.



Confidential - For Attorney's Eyes Only

**Weaknesses**

There is one handicap inherent in ABC venturing into the Fashion Doll category. The only notable marketplace disadvantage is that ABC is competing with the number one toy company in the world, Mattel.

This category is monopolized by Mattel with Barbie. By year-end 2001 we will have positioned ourselves by capturing 3% of the market share and thereby reduce this weakness considerably. We do not wish to dominate this category but instead grow our Bratz™ business steadily one year at a time.

Corporate weaknesses, at this time, consist only of staffing. However, we are taking steps to secure a Chief Operating Officer, Vice President of Product Development and an Associate Product Manager which we feel should alleviate this problem.

**Opportunities**

The upside potential for Bratz™ is to double our market share in the fashion doll category and being considered as a contender for Mattel.

Based on ABC's plan to continually refresh the brand each season with new product offerings, as introduced in the Mission section, it is apparent that we can achieve a steady growth in market share.

**Unexploited Opportunities**

An altogether new application for this product would be tapping into licensing the property.

ABC can effectively leverage the Bratz™ brand by introducing not only apparel but accessories such as handbags, bookbags, footwear, eyewear, headwear, jewelry, watches and luggage, to name a few. This opportunity will be exploited further at the Licensing Show in June.

The cost to begin licensing is minimal. Costs will primarily be centered around marketing the brand to the trade to create awareness. It is imperative that this introduction is done simultaneously with the release of the dolls on shelf. This will generate more interest in the brand. The only risk involved is that the Bratz™ dolls do not sell-thru at retail. However, preliminary research with young girls indicates this will not be the case.



Confidential - For Attorney's Eyes Only

## Risk

### Business Risk

*Competition*

ABC International Traders, Inc. competes with Mattel, who is the largest toy company in the world. Mattel has greater sales, and financial, production, distribution, and marketing resources than ABC International Traders, Inc. There can be no assurance that competition in the future will not increase from other toy manufacturers, many of which, like ABC International Traders, Inc., have recently debuted their line of fashion dolls for Fall 2001. Competitors will try to offer knock off dolls with better features and lower price points.

### Elements of Risk

Since this the initial introduction of ABC International Traders, Inc. into the Fashion Doll market, ABC runs the risk of failure from trade acceptance by retailers. This is being overcome already by the orders placed from the top five major retailers. Additionally, ABC's Sales Department has been provided with the necessary tools and information to combat any resistance.

ABC can also fail if not receiving consumer acceptance. Initial research disproves such a theory. However, additional research will be conducted on March 22 and 23, 2001 with girls from ages 5.5 – 13 years old.

Lastly, licensing a property no one has yet heard of can prove to be quite a challenge. If the fashion dolls to not sell-thru well at retail, this can cause a backlash with licensees who have already spent monies in advances and product development. Promoting the brand through advertising and trade show events will counteract this risk.



Confidential - For Attorney's Eyes Only

# Marketing Plan

ABC International Traders, Inc.'s marketing strategy is to enhance, promote and support the fact that Bratz™ offers urban streetwear fashions coupled with extreme looks into the Fashion Doll category with which Mattel cannot compete.

The overall marketing plan for our product is based on the following fundamentals:

- Entering the Fashion Doll category in Fall 2001
- Reach the tween market (girls 7-12) who are no longer interested in Barbie
- Place the Bratz™ in mass market retailers for Fall 2001
- Secure 3% market share in the Fashion Doll category by year-end 2001

## Sales Strategy

The Bratz™ should be treated as a long-term brand with future line extensions.

As such, the target market segments to focus on tweens. Because of the Bratz™ special market characteristics, our in-store sales strategy includes:

- Securing end-caps
- Free-standing inserts
- Floor minders
- Point of Purchase displays

**Positioning**

Our Bratz™ is seen by the consumer as innovative and hip. Its unique advantages can be exploited to arrive at a winning position in the consumer's mind.

In terms of market segmentation advantages, we can use middle class consumers and ethnic appeal to arrive at a winning position here.

To be effective, other licensed products depend on the presence of our Bratz™ .

**Pricing**



Confidential - For Attorney's Eyes Only

The Bratz™ price (MSRP $14.99) is competitive with Barbie. There is a higher perceived value in Bratz™ because each doll comes with five accessories pieces so each doll has two complete outfits.
The prices for our products are determined first and foremost by costs. It is important to know that competitive pricing is essential to our market profile.
Examples of competitive pricing include:

| Rank | Item | Manufacturer | Intro Date | Average Price |
|---|---|---|---|---|
| 1 | Celebration Barbie | Mattel | June 2000 | $33.27 |
| 2 | Barbie Wizard of Oz | Mattel | February 2000 | $14.87 |
| 3 | Mary Kate & Ashley | Mattel | March 2000 | $15.03 |
| 4 | Superslide Kelly | Mattel | December 1999 | $15.27 |

## Distribution Channels

ABC International Traders, Inc.'s marketing department plans to sell our Bratz™ through several channels. In addition to selling the product to mass marketers, it will be sold at mid-tier department stores, toy specialty stores and through e-commerce. Key competition uses the same distribution channels.

A partial list of ABC International Traders, Inc.'s major current customer include:

- Wal-Mart
- Kmart
- Target
- Toys 'R Us
- K*B Toys
- RadioShack

### Direct Sales

The majority of ABC International Traders, Inc. sales will be handled internally through direct sales by our staff.

ABC International Traders, Inc. anticipates hiring two additional National Account Sales Managers for Kmart and Target.

We have chosen to use a direct sales force because our products require considerable customer education and post-sales support–directly from the company. Our price point, pricing structure and profits are such that our costs of sales warrants "person-to-person" selling strategy.

### International Distributors

One of the key elements designed into the ABC International Traders, Inc. marketing



Confidential - For Attorney's Eyes Only

plan is the targeting of our distributors. We will select distribution channels already in existence and staffed with professionals possessing appropriate backgrounds and clientele.

ABC International Traders, Inc. products are very pertinent to the nature of distributor's business and to the well-being of their customer base.

This strategic marketing approach takes full advantage of the fact that these professionals are already involved with parallel products and services. They already have a track record of experience.

By operating within these distribution channels in this manner, we can maintain control of our market. In addition, we can generate growth at a reasonable pace and obtain excellent sales results.

Bratz™ fresh look and attitude is especially appreciated internationally. Overseas, fashion-forward couture is ahead of the American designers. The United Kingdom, Australian and Italy already see the fashion trends demonstrated in Bratz™ and have committed to developing the brand in their markets.

## Advertising and Promotion

ABC International Traders, Inc. recognizes the key to success at this time requires extensive promotion. This must be done aggressively on a wide scale. ABC International Traders, Inc. plans to advertise in major trade and consumer magazines such as *Teen, Jump, Cosmo Girl* and *License!*. Co-op advertising will also be placed with mass market retailers.

### Objectives

- Position ABC International Traders, Inc. as a leader in the fashion doll market.
- Increase company awareness and brand name recognition among retailers, buyers, and customers.
- Develop, through market research, significant information to create immediate and long-term marketing plans.
- Coordinate sales literature and promotional collateral in order to secure licensees and promotional partners.

### Media Objectives

- Gain awareness of company among industry groups, buyers, and customers.



Confidential - For Attorney's Eyes Only

- Establish an image of ABC International Traders, Inc. as a organization that is professional, completely reliable, and highly positioned in the market.
- Maximize efficiency in selection and scheduling of published ads in publications to cover tween and trade markets.

**Media Strategy**

- Select primary business publications with high specific market penetration.
- Schedule adequate frequency of ads to impact market with corporate image and product messages.
- Where possible, position advertising in or near product reviews and appropriate editorials.
- Take advantage of special high-interest issues of major publications when possible (Discount Store News' Wal-Mart issue).
- To get the most out of our promotional budget, our media coverage will be to focus on a tween audience.

We will develop an advertising campaign built around product innovation, beginning with a "who we are" statement and supporting it with ads that reinforce individuality of each girl. Additionally, we will develop a consistent reach and frequency throughout the year.

**Advertising Campaign**

The best way to reach our potential customers is to develop an intense advertising campaign promoting the Bratz™ basic premise--"The Girls with a Passion for Fashion". This will also be conveyed through the interactive website www.bratzpack.com. Over the course of the campaign, 92% of all girls 4-9 years old will see our ads an average of 15 times.

To establish the Bratz™ image, the delivery and tone of our statements will be urban glamour.

Ads will convey the look and feel of a youthful company.

Because Bratz™ is so unique, it is important to develop a promotional campaign that is consistent and easy to understand.

**Preliminary Media Schedule**

Television advertising will air for 12 weeks beginning October 1st through December 23, 2001. Cable television will air on Nickelodeon, Fox Family and Cartoon Network. Network television will air on ABC (see Appendix for media chart).

Additional publications will include *Disney Adventures*, *Nickelodeon Magazine*, and *Girls Life*. Editorial will run in the June issue of *License!*

**Sales Support Collateral Materials**

ABC International Traders, Inc. has developed a variety of collateral materials to support our sales efforts. These items include sell sheets, FAQs, line list, media and promotional plans.

**Advertising Budget**

For the next nine months, advertising and promotion will require $3,000,000 million dollars. On an ongoing basis we will budget our advertising investment as 15% of total sales.

## Public Relations

**Publicity Strategy**

During 2001 ABC International Traders, Inc. will focus on the following publicity strategies:

- Develop a sustained public relations effort, with ongoing contact between key editors and top-level personnel.
- Develop a regular and consistent product update program for the major target media, keeping key editors abreast of Bratz™ enhancements and new product introductions.
- Develop an internal newsletter that can cover key sales successes, significant marketing and manufacturing events, technical support and product development stories. Internally, the newsletter would be targeted at all company personnel and sales representatives; externally the piece would be targeted at key customers and prospects.
- Establish contact with editorial staff for the purpose of being included in product "round-ups"--product comparisons in publications such as Consumer Reports, where

competing products are compared. This exposure builds credibility and market acceptance.

- Produce a complete company backgrounder on ABC International Traders, Inc. to be used as the primary public relations tool for all target media editorial contact. This will also be effective for inclusion in press kits and sales packages. The backgrounder would include sections on the following broad subjects:

  - Overview of the Market: size; characteristics.
  - The Market in 2000, present and future.
  - The Company
  - History
  - Management Philosophy
  - Brief sketches of Top Executives
  - The Products
  - Market Niches

**Press Release**

ABC International Traders, Inc. will develop a series of press releases on the entire Bratz™ line. Prepare press releases for each new product introduction, and participation in a trade shows.

**Trade Show**

ABC International Traders, Inc. will participate in several trade shows in 2001: 1) International Licensing Show in June, 2) Hong Kong Pre-Toy Fair in July and 3) New York Pre-Toy Fair in September and Dallas Pre-Toy Fair in November.

In 2001, ABC International Traders, Inc. will concentrate on promoting the Bratz™ for licensing. In deciding on the ABC International Traders, Inc. plan for the International Licensing Show, the following factors have been taken into consideration:

Target audience of the show—securing at least seven licensees

Geographic location—New York is also host to many international companies who may be interested in licensing Bratz™ in their markets

Time frame—in securing apparel and accessories licensees after June, there will be ample time for each manufacturer to debut their Bratz™ collection at the MAGIC show in February 2002.

EXHIBIT 14

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 15

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **To:** | 'Robert Haynes-Peterson' |
| **CC:** | |
| **BCC:** | |
| **Sent Date:** | 2001-05-01 02:50:17:657 |
| **Received Date:** | 2001-05-01 02:50:17:657 |
| **Subject:** | RE: From DOLLS |
| **Attachments:** | |

Robert
I apologize for taking so long to respond to the below. Please see my responses to your questions below.

-----Original Message-----
From: Robert Haynes-Peterson [mailto:rhp@collector-online.com]
Sent: Wednesday, April 25, 2001 1:23 PM
To: ptreantafelles@mgae.com
Subject: From DOLLS

Hi Paula,

I'm just following up on the email I sent you last week. Our email system was down over the weekend and Monday, so in case you sent me a response I didn't get, I'm resending you the questions and information.

Sorry if I'm repreating myself, but I would love to get to talk with you ASAP, and my editor's reminding me it's time for a story. :-)

Thanks for your help,

Robert Haynes-Peterson
Associate Editor, DOLLS Magazine

Previous letter:

It was a pleasure indeed meeting you at Toyfair!

I think Dave told you I was going to email you with some questions on the Bratz dolls for our "Small Talk" feature. You can either answer them here, or give me a call at 212-989-8700 x 209

Basically, the deal is for Small Talk, we want the company to chat about their dolls a little, give us some quotes, enthusiasm etc. That's easy enough with Bratz because they're so dang cool! :-)

So here ya go, feel free to answer what you like and how you like. This is supposed to be fun:

EXHIBIT 15
PAGE 1504

What is your exact title?
Senior Product Manager

What is your involvement with Bratz?
I am the Senior brand manager for BRATZ. I found the original concept from the inventor. In the meantime I have challenged the inventor in terms of designing of the fashion/dolls, I have managed the development of the dolls in HK, I have done all Marketing (packaging, press kit, TV commericial and website development). I have also supported the liscensing directior in developing strategies to launch our licensing plan

Can you give me some idea what the Bratz line is about? Who it's for, what the goal of the dolls are (fun, aspiration, diversity, play, collectibility, whatever), and the niche MGA feels they'll fill?
The BRATZ are the dolls with a passion for fashion. Cloe, Sasha, Jade and Yasmin are the bratzpack. They about style, attitude and self expression. BRATZ are the dolls that young girls aspire to and the older girls identify with.

BRATZ appeal to two very different consumers.

Our core target market are girls 7-10 years old (the young consumer). The young consumer loves BRATZ since they look so cool and they allow an extension for more traditional fashion/small doll play but more importantly they are dolls that like the girl they want to become when they get older (cool and pretty).

The older consumer (girls between 10-13) love BRATZ because they can identify with them. They represent the strength, attitude and fashion expression that are appropriate to girls of this age group. This is my niche. BRATZ are extremely collectible for girls who fall within this age group. They are far more interested in representing their BRATZ in the coolest fashion and decorating their room

How did MGA design the four different girls? Both inspiration for the overall design, and the look of each girl?
The four girls were already concepted when presented by the inventor during our first meeting. I thought they were incredible and I tried to stay true this inventor/creator's vision.

Do the girls have any sort of back story?
BRATZ all have very different personallities characterized by each of their own "fashion passion" but they all represent style, self expression and strength/indepence.

What kind of feedback are you getting from girls about the dolls? How they relate to them, how they're initiating play, etc?
I think I covered this in the above. Please let me know if you more on this.

Are more girls planned as the line takes off? And accessories?
Absolutely. There will be more characters and tons more FASHION accessories.

Any news yet on website development, animation tie-ins, etc? This question may be premature?
We are in full development of an interactive BRATZ website www.bratzpack.com. The objective of this website is to introduce each character and the position of the bratzpack. Its so fun!

EXHIBIT 15
PAGE 1505

What kind of feedback are you getting from older girls? I ask, because my personal suspicion is that this line will get a lot of attention from older teens through 20-somethings, especially if there is a strong web presence.

Got any other great "inside scoops" for DOLLS? Nothing I can speak of now... but MGA is always poised for more incredible dolls. We are just getting started.

Finally, anything personal you want to say about Bratz - personal impressions, on your excitement over the line, what they mean to you? Anything like that?
I am stronly commited to the BRATZ position. I hope that BRATZ will be the line that represents the self expression and indepence of girls today.

Thanks so much for your help! As I said, feel free to call or email. I look forward to the new images from Dave, and I think they are a great little line. Good luck with them and all the new lines you introduced at Toy Fair!

Take care,
Robert Haynes-Peterson
Associate Editor, DOLLS Magazine

EXHIBIT 15
PAGE 1506

EXHIBIT 16

LARRY W. MCFARLAND (State Bar No. 129668)
DAVID K. CAPLAN (State Bar No. 181174)
ELLIE SCHWIMMER (State Bar No. 221522)
KEATS MCFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Tel: (310) 248-3830
Fax: (310) 860-0363

Attorneys for Plaintiff
MGA ENTERTAINMENT, INC.

FILED
CLERK, U S DISTRICT COURT
APR 12 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

under seal

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MGA ENTERTAINMENT, INC., Plaintiff, v. MULTITOY, INC., YUAN-LAN LIU, an individual, JEFF WU, an individual and dba IMC TOYS, ALL TOYS IMPORTS, INC., SUSAN LIU, an individual, TOYSDIVISION, INC., TOM LIU, an individual, and DOES 1-20, Defendants. | CV04-2524 CBM (CWx) **UNDER SEAL** Civil Action No.: COMPLAINT FOR: 1. FEDERAL COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 501 et seq.); 2. FEDERAL TRADEMARK COUNTERFEITING (15 U.S.C. § 1114); 3. FALSE DESIGNATION OF ORIGIN AND FALSE DESCRIPTION (15 U.S.C. § 1125(a)); 4. TRADE DRESS INFRINGEMENT-PRODUCT PACKAGING (15 U.S.C. §§ 1125 et seq.); 5. TRADE DRESS INFRINGEMENT-PRODUCT CONFIGURATION (15 U.S.C. §§ 1125 et seq.); 6. STATE STATUTORY UNFAIR COMPETITION; 7. STATE COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION; and 8. CONSTRU[CTIVE TRUST] |

DOCKETED ON CM
APR 16 2004
BY 019

DOES form given