

LIBRARY OF CONGRESS
Copyright Office of the United States
WASHINGTON D.C.

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled **JADE DRAWING** registered under number **VA 1-218-487**

THIS IS TO CERTIFY ALSO that the attached photocopies are a true representation of the work entitled **JADE DRAWING** deposited in the Copyright Office on December 22, 2003 registered under number **VA 1-218-487.**

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on May 17 2004.

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents Section
Information and Reference Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

Δπ EXHIBIT 505
Deponent ARMSTRONG
Date 7/18/07 Rptr. ACC
WWW.DEPOBOOK.COM

M 0110179

EXHIBIT 18
PAGE 1537

**Additional Certificate (17 U.S.C. 706)**
Certificate of Registration

This certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
VA 1-218-487

EFFECTIVE DATE OF REGISTRATION
DEC 22 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼ JADE Drawing

NATURE OF THIS WORK ▼ See instructions: color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

NAME OF AUTHOR ▼
a Carter Bryant

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No

Author's Nationality or Domicile Name of Country OR Citizen of U.S.A. / Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☑ No; Pseudonymous? ☐ Yes ☑ No. If the answer to either of these questions is "Yes" see detailed instructions.

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture ☐ Map ☐ Technical drawing
☑ 2 Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile Name of Country OR Citizen of / Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes" see detailed instructions.

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2 Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed: 1998 — This information must be given in all cases

b Date and Nation of First Publication of This Particular Work — Complete this information ONLY if this work has been published: Month February Day 12 Year 2001; Nation U.S.A.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
MGA Entertainment Inc 16730 Schoenborn Street
North Hills CA 91343 6122

See instructions before completing this space

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED DEC 22 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED DEC 22 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT 18
PAGE 1538

M 0110180

EXAMINED BY

CHECKED BY

FORM VA

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5** PREVIOUS REGISTRATION

Year of Registration

**6** DERIVATIVE WORK OR COMPILATION

a

Material Added to This Work

b

**7** DEPOSIT ACCOUNT

Name

Account Number

a

CORRESPONDENCE

b

Larry W McFarland Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills California 90212

310 . 248 3830

310 860 0363

lmcfarland@kmwlaw com

**8** CERTIFICATION I the undersigned hereby certify that I am the

other copyright claimant
owner of exclusive right(s)
✓ authorized agent of MGA Entertainment Inc

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date

Larry W McFarland

Date December 16 2003

Handwritten signature (X)

X

**9** Certificate will be mailed in window envelope to this address

Name
Larry W McFarland Keats McFarland & Wilson LLP

Number/Street/Apt
9720 Wilshire Boulevard Penthouse Suite

City/State/ZIP
Beverly Hills California 90212

YOU MUST
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002 20 000 Web Rev June 2002 Printed on recycled paper

U S Government Printing Office 2000 461 113/20 021

M 0110181

EXHIBIT 18
PAGE 1539

VA 1 218 487

M 0110182

EXHIBIT 18
PAGE 1540

EX 505-0004



EXHIBIT 18
PAGE 1541

M 0110183

EX 505-0005

EXHIBIT 19



LIBRARY OF CONGRESS
Copyright Office
of the United States
WASHINGTON D.C

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled SASHA DRAWING registered under number VA 1-218-488.

THIS IS TO CERTIFY ALSO that the attached photocopies are a true representation of the work entitled SASHA DRAWING deposited in the Copyright Office on December 22 2003 registered under number VA 1-218-488.

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on May 17 2004.

Marybeth Peters
Register of Copyrights

By: Tracie M Coleman
Head
Certifications and Documents Section
Information and Reference Division

Use of this material is governed by the U S. copyright law 17 U.S.C. 101 et seq.

EXHIBIT 507
Deponent ARMSTRONG
Date 7/18/07 Rptr. ACC
WWW.DEPOBOOK.COM

EXHIBIT 19
PAGE 1542

M 0110184

Additional Certificate (17 U.S.C. 706)
Certificate of Registration



*Marybeth Peters*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
VA 1-218-488

EFFECTIVE DATE OF REGISTRATION
DEC 22 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work: SASHA Drawing

NATURE OF THIS WORK (See instructions): color drawing

Previous or Alternative Titles:

Publication as a Contribution: If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared. Title of Collective Work:

If published in a periodical or serial give Volume: Number: Issue Date: On Pages:

**2**

a NAME OF AUTHOR: Carter Bryant

DATES OF BIRTH AND DEATH Year Born: Year Died:

Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No

Author's Nationality or Domicile (Name of Country): OR Citizen of U.S.A / Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☑ No; Pseudonymous? ☐ Yes ☑ No. If the answer to either of these questions is "Yes" see detailed instructions.

Nature of Authorship: Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture ☐ Map ☐ Technical drawing
☑ 2 Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions). For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank.

b Name of Author:

Dates of Birth and Death Year Born: Year Died:

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile (Name of Country): OR Citizen of / Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes" see detailed instructions.

Nature of Authorship: Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2 Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed: 1998 (This information must be given in all cases)

b Date and Nation of First Publication of This Particular Work (Complete this information ONLY if this work has been published): Month February Day 12 Year 2001, U.S.A. Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2:
MGA Entertainment Inc 16730 Schoenborn Street
North Hills CA 91343 6122

See instructions before completing this space

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright: Assignment

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED DEC 22 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED DEC 22 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5 9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT 19
PAGE 1543

M 0110185

EX 507-0002



VA 1 218 468

EXHIBIT 19
PAGE 1544

M 0110186

EX 507-0003



EXHIBIT 19
PAGE 1645

M 0110187

EX 507-0004

EXHIBIT 20



LIBRARY OF CONGRESS

Copyright Office of the United States

WASHINGTON, D.C.

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled CLOE DRAWING registered under number VA 1-218-490.

THIS IS TO CERTIFY ALSO that the attached photocopies are a true representation of the work entitled CLOE DRAWING deposited in the Copyright Office on December 22 2003 registered under number VA 1-218-490.

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on May 17 2004.

Marybeth Peters
Register of Copyrights

By Tracie M. Coleman
Head
Certifications and Documents Section
Information and Reference Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

Δπ EXHIBIT 509
Deponent ARMSTRONG
Date 7/18/07 Rptr. ACC
WWW.DEPOBOOK.COM

EXHIBIT 20
PAGE 1546

M 0110193

**Additional Certificate (17 U.S.C. 706)**
Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-218-490

EFFECTIVE DATE OF REGISTRATION
DEC 22 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work: CLOE Drawing

NATURE OF THIS WORK (See instructions): color drawing

Previous or Alternative Titles:

Publication as a Contribution: If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work:

If published in a periodical or serial give: Volume — Number — Issue Date — On Pages

**2**

NAME OF AUTHOR
a Carter Bryant

DATES OF BIRTH AND DEATH
Year Born — Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of U.S.A. / Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship: Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☑ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Name of Author
b

Dates of Birth and Death
Year Born — Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of / Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship: Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed: 1998
This information must be given in all cases. Year

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month February Day 12 Year 2001
U.S.A. Nation

**4**

COPYRIGHT CLAIMANT(S): Name and address must be given even if the claimant is the same as the author given in space 2.

MGA Entertainment Inc 16730 Schoenborn Street
North Hills CA 91343 6122

See instructions before completing this space.

Transfer: If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

Assignment

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED DEC 22 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED DEC 22 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT 20
PAGE 1547

M 0110194

EX 509-0002

EXAMINED BY [handwritten initials]

CHECKED BY

CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION [illegible]

[illegible]

5

DERIVATIVE WORK OR COMPILATION [illegible]

a. Preexisting Material [illegible]

6

b. Material Added to This Work [illegible]

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

7

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. [illegible]

Larry W. McFarland, Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212

[illegible] 3830

[illegible] lmcfarland@kmwlaw.com

CERTIFICATION [illegible]

[illegible]

MGA Entertainment, Inc.

[illegible]

8

Typed or printed name and date [illegible]

Larry W. McFarland

Date December 16, 2003

Handwritten signature (X)

X [signature]

9

Certificate will be mailed in window envelope to this address:

Name: Larry W. McFarland, Keats McFarland & Wilson LLP

Number/Street/Apt: 9720 Wilshire Boulevard, Penthouse Suite

City/State/ZIP: Beverly Hills, California 90212

YOU MUST: Complete all necessary spaces. Sign your application in space 8.

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO: Library of Congress, Copyright Office, 101 Independence Avenue, S.E., Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000 Web Rev: June 2002 Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

EXHIBIT 20
PAGE 1548

M 0110195



EXHIBIT 20
PAGE 1549

M 0110196

EX 509-0004

EXHIBIT 21



LIBRARY OF CONGRESS
Copyright Office of the United States
WASHINGTON, D.C.

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled **BRATZ GROUP DRAWING** registered under number **VA 1-218-489**.

THIS IS TO CERTIFY ALSO that the attached photocopies are a true representation of the work entitled **BRATZ GROUP DRAWING** deposited in the Copyright Office on December 22 2003 registered under number **VA 1-218-489.**

IN WITNESS WHEREOF the seal of this Office is affixed hereto on May 17 2004

Marybeth Peters
Register of Copyrights

By Tracie M Coleman
Head
Certifications and Documents Section
Information and Reference Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

EXHIBIT 513
Deponent ARMSTRONG
Date 7/19/07 Rptr. ACC
WWW.DEPOBOOK.COM

M 0110188

EXHIBIT 21
PAGE 1551

EX 513-0001

**Additional Certificate (17 U.S.C. 706)**

Certificate of Registration

This certificate ... under the seal of the Copyright Office ... attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-218-489

EFFECTIVE DATE OF REGISTRATION

DEC 22 2003

Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼
BRATZ Group Drawing

NATURE OF THIS WORK ▼ See instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

NAME OF AUTHOR ▼
a Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of U S A / Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture ☐ Map ☐ Technical drawing
☑ 2 Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions). For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

Name of Author ▼
b

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of / Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2 Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed
1998
This information must be given ◄ Year in all cases

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published
Month February Day 12 Year 2001
U.S.A. Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
MGA Entertainment Inc 16730 Schoenborn Street
North Hills CA 91343 6122

See instructions before completing this space

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED DEC 22 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED DEC 22 2003
FUNDS RECEIVED

MORE ON BACK ► Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT 21
PAGE 1552

M 0110189

EXAMINED BY [initials] FORM VA

CHECKED BY

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5** PREVIOUS REGISTRATION Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

Yes ✓ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) [illegible]

[illegible] the first published edition of a work previously registered in unpublished form

[illegible] the first application submitted by this author as copyright claimant

[illegible] changed version of the work as shown by space 6 on this application

If your answer is "Yes" give Previous Registration Number / Year of Registration

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

a Name / Account Number

b CORRESPONDENCE Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP

Larry W McFarland Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills California 90212

Area code and daytime telephone number (310) 248 3830 Fax number (310) 860 0363

Email lmcfarland@kmwlaw.com

**8** CERTIFICATION I the undersigned hereby certify that I am the

Check only one

author
other copyright claimant
owner of exclusive right(s)
✓ authorized agent of MGA Entertainment Inc

Name of author or other copyright claimant or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date If this application gives a date of publication in space 3 do not sign and submit it before that date

Larry W McFarland Date December 16 2003

Handwritten signature (X)

X [signature]

**9** Certificate will be mailed in window envelope to this address

Name: Larry W McFarland Keats McFarland & Wilson LLP

Number/Street/Apt: 9720 Wilshire Boulevard Penthouse Suite

City/State/ZIP: Beverly Hills California 90212

YOU MUST: Complete all necessary spaces. Sign your application in space 8. SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material. MAIL TO: Library of Congress Copyright Office 101 Independence Avenue SE Washington DC 20559-6000

17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000 Web Rev June 2002 Printed on recycled paper

U S Government Printing Office 2000 461 113/20 021

M 0110190

EXHIBIT 21
PAGE 1553

VA 2 213 489

M 0110191

EXHIBIT 21
PAGE 1554



M 0110192

EXHIBIT 21
PAGE 1555

EX 513-0005

EXHIBIT 22



QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br>Plaintiff,<br>v.<br>MATTEL, INC., a Delaware Corporation,<br>Defendant, | CASE NO. CV 04-09049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-9059 and CV 05-2727 |
| AND CONSOLIDATED ACTIONS. | MATTEL, INC.'S FIFTH SET OF REQUESTS FOR ADMISSION TO MGA ENTERTAINMENT, INC. |

PROPOUNDING PARTY: Mattel, Inc.

RESPONDING PARTY: MGA Entertainment, Inc.

SET NO.: FIVE

07209/2138116.1

EXHIBIT 22
PAGE 1556

EX 10234-0001

Pursuant to Federal Rule of Civil Procedure 36, MGA Entertainment, Inc. is requested to respond to the following requests for admission (the "Requests") within thirty days hereof. MGA Entertainment, Inc. shall be obligated to supplement its responses to the Requests at such times and to the extent required by the Federal Rules of Civil Procedure.

## Definitions

1. "BRYANT" means Carter Bryant individually.

2. "YOU" and "MGA" mean MGA Entertainment, Inc., any of its current or former employees, officers, directors, agents, representatives, attorneys, experts, divisions, AFFILIATES, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control. Without limiting the foregoing, "MGA" includes the entities known as ABC International Traders or ABC International Traders, Inc. For purposes of the Requests, "YOU" and "MGA" do not include BRYANT.

3. "AFFILIATES" means any and all corporations, proprietorships, d/b/a's, partnerships, joint ventures and business entities of any kind that, directly or indirectly, in whole or in part, own or control, are under common ownership or control with, or are owned or controlled by a PERSON, party or entity, including without limitation each parent, subsidiary and joint venture of such PERSON, party or entity.

4. "PERSON" or "PERSONS" means all natural persons, partnerships, corporations, joint ventures and any kind of business, legal or public entity or organization, as well as its, his or her agents, representatives, employees, officers and directors and any one else acting on its, his or her behalf, pursuant to its, his or her authority or subject to its, his or her control.

5. "DESIGN" or "DESIGNS" means any and all representations, whether two-dimensional or three-dimensional, and whether in tangible, digital, electronic or other form, including but not limited to all works, designs, artwork, sketches, drawings, illustrations, representations, depictions, blueprints, schematics, diagrams, images, sculptures, prototypes, models, samples, rotocasts, reductions to practice, developments, inventions and/or improvements, as well as all other items, things and DOCUMENTS in which any of the foregoing are or have been expressed, embodied, contained, fixed or reflected in any manner, whether in whole or in part.

6. "BRATZ" means any project, product, doll or DESIGN ever known by that name (whether in whole or in part and regardless of what such project, product or doll is or has been also, previously or subsequently called) and any product, doll or DESIGN or any portion thereof that is now or has ever been known as, or sold or marketed under, the name or term "Bratz" (whether in whole or in part and regardless of what such product, doll or DESIGN or portion thereof is or has been also, previously or subsequently called) or that is now or has ever been sold or marketed as part of the "Bratz" line, and each version or iteration of such product, doll or DESIGN or any portion thereof. As used herein, "product, doll or DESIGN or any portion thereof" also includes without limitation any names, fashions, accessories, artwork, packaging or any other works, materials, matters or items included or associated therewith. Without limiting the generality of the foregoing, and contrary to MGA's recent assertions in connection with other Mattel discovery requests, the term "BRATZ" does not and shall not require that there be a doll existing at the time of the event, incident or occurrence that is the subject of, or otherwise relevant or responsive to, the Requests.

7. "BRATZ WORK" or "BRATZ WORKS" means any representation of BRATZ, whether two-dimensional or three-dimensional, and

EXHIBIT 22
PAGE 1558