whether in tangible, digital, electronic or other form, including any DESIGN that, in whole or in part, REFERS OR RELATES TO BRATZ.

8. "MATTEL" means plaintiff and counter-defendant Mattel, Inc., its current employees, officers, directors, agents, representatives, attorneys, parents, subsidiaries, divisions, AFFILIATES, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control.

9. "THE BRATZ PITCH MATERIALS" means each and every BRATZ WORK which was displayed, shown, provided, or offered to YOU on or before the date on which YOU executed the BRYANT/MGA AGREEMENT.

10. "THIS ACTION" refers to *Mattel, Inc. v. Bryant*, Case No. CV 04-9059 SGL (RNBx), filed on April 27, 2004, and the cases consolidated therewith.

11. "BRYANT/MGA AGREEMENT" means the written agreement between CARTER BRYANT and MGA dated as of September 18, 2000, produced as BRYANT 00794-00799, and any other version or versions thereof.

12. "CONTEND" means to contend, argue, assert, maintain, put at issue, declare, and/or claim in connection with THIS ACTION.

13. "CREATE OR IMPROVE" or "CREATED OR IMPROVED," in the context of a BRATZ WORK or BRATZ WORKS, means to create, improve, develop, modify, alter, conceive, reduce to practice, or otherwise work on the BRATZ WORK or BRATZ WORKS.

14. "DOCUMENT" or "DOCUMENTS" means all "writings" and "recordings" as those terms are defined in Rule 34 of the Federal Rules of Civil Procedure and Rule 1001 of the Federal Rules of Evidence, including, but not limited to, all writings and records of every type and description including, but not limited to, contracts, agreements, correspondence, memoranda, letters, facsimiles, electronic mail ("e-mail"), records of telephone conversations, handwritten and

1 typewritten notes of any kind, statements, reports, minutes, recordings, transcripts
2 and summaries of meetings, voice recordings, pictures, photographs, drawings,
3 computer cards, tapes, discs, printouts and records of all types, studies, instruction
4 manuals, policy manuals and statements, books, pamphlets, invoices, canceled
5 checks and every other device or medium by which or through which information of
6 any type is transmitted, recorded or preserved. Without any limitation on the
7 foregoing, the term "DOCUMENT" shall include all copies that differ in any respect
8 from the original or other versions of the DOCUMENT, including, but not limited
9 to, all drafts and all copies of such drafts or originals containing initials, comments,
10 notations, insertions, corrections, marginal notes, amendments or any other variation
11 of any kind.

12   15.  The singular form of a noun or pronoun includes within its
13 meaning the plural form of the noun or pronoun so used, and vice versa; the use of
14 the masculine form of a pronoun also includes within its meaning the feminine form
15 of the pronoun so used, and vice versa; the use of any tense of any verb includes
16 also within its meaning all other tenses of the verb so used, whenever such
17 construction results in a broader request for information; and "and" includes "or"
18 and vice versa, whenever such construction results in a broader disclosure of
19 documents or information.

-4-
MATTEL'S FIFTH SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA



EXHIBIT 22
PAGE 1560

EX 10234-0005

## Requests for Admission

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU have copied or prepared derivative works from at least one of THE BRATZ PITCH MATERIALS.

**REQUEST FOR ADMISSION NO. 2:**

Admit that YOU have not copied or prepared derivative works from at least one of THE BRATZ PITCH MATERIALS.

**REQUEST FOR ADMISSION NO. 3:**

Admit that YOU have copied or prepared derivative works from more than one of THE BRATZ PITCH MATERIALS.

**REQUEST FOR ADMISSION NO. 4:**

Admit that YOU have not copied or prepared derivative works from more than one of THE BRATZ PITCH MATERIALS.

**REQUEST FOR ADMISSION NO. 5:**

Admit that YOU have copied or prepared derivative works from all of THE BRATZ PITCH MATERIALS.

**REQUEST FOR ADMISSION NO. 6:**

Admit that YOU have not copied or prepared derivative works from all of THE BRATZ PITCH MATERIALS.

1  REQUEST FOR ADMISSION NO. 7:
2        Admit that at least one of THE BRATZ PITCH MATERIALS is an
3  original work of authorship within the meaning of 17 U.S.C. § 102.
4
5  REQUEST FOR ADMISSION NO. 8:
6        Admit that none of THE BRATZ PITCH MATERIALS is an original
7  work of authorship within the meaning of 17 U.S.C. § 102.
8
9  REQUEST FOR ADMISSION NO. 9:
10       Admit that more than one of THE BRATZ PITCH MATERIALS is an
11 original work of authorship within the meaning of 17 U.S.C. § 102.
12
13 REQUEST FOR ADMISSION NO. 10:
14       Admit that each of THE BRATZ PITCH MATERIALS is an original
15 work of authorship within the meaning of 17 U.S.C. § 102.
16
17 REQUEST FOR ADMISSION NO. 11:
18       Admit that YOU CONTEND YOU believed the BRYANT/MGA
19 AGREEMENT was lawful when YOU entered into the agreement.
20
21 REQUEST FOR ADMISSION NO. 12:
22       Admit that YOU do not CONTEND YOU believed the
23 BRYANT/MGA AGREEMENT was lawful when YOU entered into the agreement.
24
25 REQUEST FOR ADMISSION NO. 13:
26       Admit that YOU believed the BRYANT/MGA AGREEMENT may not
27 be lawful when YOU entered into the agreement.
28

REQUEST FOR ADMISSION NO. 14:

Admit that YOU CONTEND YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that it would be lawful for YOU to market BRATZ.

REQUEST FOR ADMISSION NO. 15:

Admit that YOU do not CONTEND YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that it would be lawful for YOU to market BRATZ.

REQUEST FOR ADMISSION NO. 16:

Admit that YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that it may not be lawful for YOU to market BRATZ.

REQUEST FOR ADMISSION NO. 17:

Admit that YOU CONTEND YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that it would be lawful for YOU to copy THE BRATZ PITCH MATERIALS.

REQUEST FOR ADMISSION NO. 18:

Admit that YOU do not CONTEND YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that it would be lawful for YOU to copy THE BRATZ PITCH MATERIALS.

REQUEST FOR ADMISSION NO. 19:

Admit that YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that it may not be lawful for YOU to copy THE BRATZ PITCH MATERIALS.

REQUEST FOR ADMISSION NO. 20:

Admit that YOU CONTEND YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that it would be lawful for YOU to produce BRATZ.

REQUEST FOR ADMISSION NO. 21:

Admit that YOU do not CONTEND YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that it would be lawful for YOU to produce BRATZ.

REQUEST FOR ADMISSION NO. 22:

Admit that YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that it may not be lawful for YOU to produce BRATZ.

REQUEST FOR ADMISSION NO. 23:

Admit that YOU CONTEND YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that it would be lawful for YOU to prepare derivative works from THE BRATZ PITCH MATERIALS.

REQUEST FOR ADMISSION NO. 24:

Admit that YOU do not CONTEND YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that it would be lawful for YOU to prepare derivative works from THE BRATZ PITCH MATERIALS.

REQUEST FOR ADMISSION NO. 25:

Admit that YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that it may not be lawful for YOU to prepare derivative works from THE BRATZ PITCH MATERIALS.

REQUEST FOR ADMISSION NO. 26:

Admit that YOU CONTEND YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that it would be lawful for YOU to acquire THE BRATZ PITCH MATERIALS from BRYANT.

REQUEST FOR ADMISSION NO. 27:

Admit that YOU do not CONTEND YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that it would be lawful for YOU to acquire THE BRATZ PITCH MATERIALS from BRYANT.

REQUEST FOR ADMISSION NO. 28:

Admit that YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that it may not be lawful for YOU to acquire THE BRATZ PITCH MATERIALS from BRYANT.

REQUEST FOR ADMISSION NO. 29:

Admit that YOU CONTEND YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that entering into the BRYANT/MGA AGREEMENT would not subject YOU to legal liability.

REQUEST FOR ADMISSION NO. 30:

Admit that YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that entering into the BRYANT/MGA AGREEMENT could subject YOU to legal liability.

REQUEST FOR ADMISSION NO. 31:

Admit that YOU CONTEND that no one told YOU when or before YOU entered into the BRYANT/MGA AGREEMENT that entering into the BRYANT/MGA AGREEMENT could or might subject YOU to legal liability.

REQUEST FOR ADMISSION NO. 32:

Admit that at least one person told YOU when or before YOU entered into the BRYANT/MGA AGREEMENT that entering into the BRYANT/MGA AGREEMENT could or might subject YOU to legal liability.

REQUEST FOR ADMISSION NO. 33:

Admit that YOU CONTEND YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that BRYANT did not CREATE OR IMPROVE any of THE BRATZ PITCH MATERIALS while employed by MATTEL.

**REQUEST FOR ADMISSION NO. 34:**

Admit that YOU do not CONTEND YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that BRYANT did not CREATE OR IMPROVE any of THE BRATZ PITCH MATERIALS while employed by MATTEL.

**REQUEST FOR ADMISSION NO. 35:**

Admit that BRYANT CREATED OR IMPROVED at least one of THE BRATZ PITCH MATERIALS while employed by MATTEL.

**REQUEST FOR ADMISSION NO. 36:**

Admit that BRYANT CREATED OR IMPROVED more than one of THE BRATZ PITCH MATERIALS while employed by MATTEL.

**REQUEST FOR ADMISSION NO. 37:**

Admit that BRYANT CREATED OR IMPROVED all of THE BRATZ PITCH MATERIALS while employed by MATTEL.

**REQUEST FOR ADMISSION NO. 38:**

Admit that YOU CONTEND that at the time YOU entered into the BRYANT/MGA AGREEMENT, YOU had no reason to believe that BRYANT CREATED OR IMPROVED any of THE BRATZ PITCH MATERIALS while employed by MATTEL.

**REQUEST FOR ADMISSION NO. 39:**

Admit that YOU do not CONTEND that at the time YOU entered into the BRYANT/MGA AGREEMENT, YOU had no reason to believe that BRYANT

1 CREATED OR IMPROVED any of THE BRATZ PITCH MATERIALS while
2 employed by MATTEL.

4 REQUEST FOR ADMISSION NO. 40:
5     Admit that at the time YOU entered into the BRYANT/MGA
6 AGREEMENT, YOU knew or had reason to believe that BRYANT CREATED OR
7 IMPROVED at least one of THE BRATZ PITCH MATERIALS while employed by
8 MATTEL.

10 REQUEST FOR ADMISSION NO. 41:
11     Admit that at the time YOU entered into the BRYANT/MGA
12 AGREEMENT, YOU knew or had reason to believe that BRYANT CREATED OR
13 IMPROVED more than one of THE BRATZ PITCH MATERIALS while employed
14 by MATTEL.

16 REQUEST FOR ADMISSION NO. 42:
17     Admit that at the time YOU entered into the BRYANT/MGA
18 AGREEMENT, YOU knew or had reason to believe that BRYANT CREATED OR
19 IMPROVED all of THE BRATZ PITCH MATERIALS while employed by
20 MATTEL.

22 REQUEST FOR ADMISSION NO. 43:
23     Admit that YOU deny YOU willfully infringed any copyrights in
24 BRATZ WORKS.

26 REQUEST FOR ADMISSION NO. 44:
27     Admit that YOU deny YOU willfully infringed any copyrights
28 MATTEL claims it owns in BRATZ WORKS.

-12-
MATTEL'S FIFTH SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA

EXHIBIT 22
PAGE 1568

07209/2138116.1
EX 10234-0013

REQUEST FOR ADMISSION NO. 45:

Admit that YOU did not suspect MATTEL owned any of THE BRATZ PITCH MATERIALS when or before YOU executed the BRYANT/MGA AGREEMENT.

REQUEST FOR ADMISSION NO. 46:

Admit that YOU suspected MATTEL owned at least one of THE BRATZ PITCH MATERIALS when or before YOU entered into the BRYANT/MGA AGREEMENT.

REQUEST FOR ADMISSION NO. 47:

Admit that YOU suspected MATTEL owned more than one of THE BRATZ PITCH MATERIALS when or before YOU entered into the BRYANT/MGA AGREEMENT.

REQUEST FOR ADMISSION NO. 48:

Admit that YOU CONTEND that no one told YOU that any of THE BRATZ PITCH MATERIALS belonged to, or could or might belong to, MATTEL when or before YOU entered into the BRYANT/MGA AGREEMENT.

REQUEST FOR ADMISSION NO. 49:

Admit that YOU do not CONTEND that no one told YOU that any of THE BRATZ PITCH MATERIALS belonged to, or could or might belong to, MATTEL when or before YOU entered into the BRYANT/MGA AGREEMENT.

REQUEST FOR ADMISSION NO. 50:

Admit that at least one person told YOU that at least one of THE BRATZ PITCH MATERIALS belonged to, or could or might belong to, MATTEL when or before YOU entered into the BRYANT/MGA AGREEMENT.

REQUEST FOR ADMISSION NO. 51:

Admit that YOU CONTEND that no one told YOU that BRYANT CREATED OR IMPROVED any BRATZ WORK while employed by MATTEL when or before YOU entered into the BRYANT/MGA AGREEMENT.

REQUEST FOR ADMISSION NO. 52:

Admit that YOU do not CONTEND that no one told YOU that BRYANT CREATED OR IMPROVED any BRATZ WORK while employed by MATTEL when or before YOU entered into the BRYANT/MGA AGREEMENT.

REQUEST FOR ADMISSION NO. 53:

Admit that at least one person told YOU that BRYANT CREATED OR IMPROVED at least one BRATZ WORK while employed by MATTEL when or before YOU entered into the BRYANT/MGA AGREEMENT.

REQUEST FOR ADMISSION NO. 54:

Admit that YOU CONTEND that, assuming BRYANT transferred rights in any or all of THE BRATZ PITCH MATERIALS to MATTEL, YOU are entitled to priority over MATTEL as to such materials or YOUR rights are superior to those of MATTEL as to such materials under 17 U.S.C. § 205(d) or otherwise.

REQUEST FOR ADMISSION NO. 55:

Admit that YOU do not CONTEND that, assuming BRYANT transferred rights in any or all of THE BRATZ PITCH MATERIALS to MATTEL, YOU are entitled to priority over MATTEL as to such materials or YOUR rights are superior to those of MATTEL as to such materials under 17 U.S.C. § 205(d) or otherwise.

REQUEST FOR ADMISSION NO. 56

Admit that, assuming BRYANT transferred rights in any or all of THE BRATZ PITCH MATERIALS to MATTEL, YOU are not entitled to priority over MATTEL as to such materials and YOUR rights are not superior to those of MATTEL as to such materials under 17 U.S.C. § 205(d) or otherwise.

REQUEST FOR ADMISSION NO. 57:

Admit that YOU CONTEND that YOU are a transferee in good faith under 17 U.S.C. § 205(d) with respect to at least one of THE BRATZ PITCH MATERIALS.

REQUEST FOR ADMISSION NO. 58:

Admit that YOU do not CONTEND that YOU are a transferee in good faith under 17 U.S.C. § 205(d) with respect to at least one of THE BRATZ PITCH MATERIALS.

REQUEST FOR ADMISSION NO. 59:

Admit that YOU CONTEND that YOU may be a transferee in good faith under 17 U.S.C. § 205(d) with respect to at least one of THE BRATZ PITCH MATERIALS.

-15-
MATTEL'S FIFTH SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA



EXHIBIT 22
PAGE 1571

EX 10234-0016

REQUEST FOR ADMISSION NO. 60:

Admit that YOU do not CONTEND that YOU may be a transferee in good faith under 17 U.S.C. § 205(d) with respect to at least one of THE BRATZ PITCH MATERIALS.

REQUEST FOR ADMISSION NO. 61:

Admit that YOU CONTEND that YOU are a transferee in good faith under 17 U.S.C. § 205(d) with respect to all of THE BRATZ PITCH MATERIALS.

REQUEST FOR ADMISSION NO. 62:

Admit that YOU do not CONTEND that YOU are a transferee in good faith under 17 U.S.C. § 205(d) with respect to all of THE BRATZ PITCH MATERIALS.

REQUEST FOR ADMISSION NO. 63:

Admit that YOU CONTEND that YOU may be a transferee in good faith under 17 U.S.C. § 205(d) with respect to all of THE BRATZ PITCH MATERIALS.

REQUEST FOR ADMISSION NO. 64:

Admit that YOU do not CONTEND that YOU may be a transferee in good faith under 17 U.S.C. § 205(d) with respect to all of THE BRATZ PITCH MATERIALS.

REQUEST FOR ADMISSION NO. 65:

Admit that YOU are not a transferee in good faith under 17 U.S.C. § 205(d) with respect to any of THE BRATZ PITCH MATERIALS.

**REQUEST FOR ADMISSION NO. 66:**

Admit that YOU CONTEND that YOU maintained a good faith belief that MATTEL did not have any rights to THE BRATZ PITCH MATERIALS when YOU entered into the BRYANT/MGA AGREEMENT.

**REQUEST FOR ADMISSION NO. 67:**

Admit that YOU do not CONTEND that YOU maintained a good faith belief that MATTEL did not have any rights to THE BRATZ PITCH MATERIALS when YOU entered into the BRYANT/MGA AGREEMENT.

**REQUEST FOR ADMISSION NO. 68:**

Admit that YOU did not maintain a good faith belief that MATTEL did not have any rights to any of THE BRATZ PITCH MATERIALS when YOU entered into the BRYANT/MGA AGREEMENT.

**REQUEST FOR ADMISSION NO. 69:**

Admit that BRYANT was the sole author of each of THE BRATZ PITCH MATERIALS.

**REQUEST FOR ADMISSION NO. 70:**

Admit that BRYANT was not the sole author of each of THE BRATZ PITCH MATERIALS.

**REQUEST FOR ADMISSION NO. 71:**

Admit that BRYANT was the sole author of each and every BRATZ WORK created on or before October 3, 2000.

REQUEST FOR ADMISSION NO. 72:

Admit that BRYANT was not the sole author of each and every BRATZ WORK created on or before October 3, 2000.

REQUEST FOR ADMISSION NO. 73:

Admit that BRYANT was the sole author of at least one BRATZ WORK created on or before October 3, 2000.

REQUEST FOR ADMISSION NO. 74:

Admit that BRYANT was not the sole author of at least one BRATZ WORK created on or before October 3, 2000.

REQUEST FOR ADMISSION NO. 75:

Admit that the DOCUMENT attached hereto as Exhibit 1 is an authentic and genuine copy of a sworn affidavit signed by Isaac Larian on or about July 5, 2002.

REQUEST FOR ADMISSION NO. 76:

Admit that, in the DOCUMENT attached hereto as Exhibit 1, Isaac Larian swore that the BRATZ dolls were first exhibited in the United States in November 2000.

REQUEST FOR ADMISSION NO. 77:

Admit that the BRATZ dolls were first exhibited in the United States in November 2000.

REQUEST FOR ADMISSION NO. 78:

Admit that the BRATZ dolls were not first exhibited in the United States in November 2000.

REQUEST FOR ADMISSION NO. 79:

Admit that the DOCUMENT attached hereto as Exhibit 2 is an authentic and genuine copy of a Statement of Claim YOU filed on or about October 16, 2003.

REQUEST FOR ADMISSION NO. 80:

Admit that, in the DOCUMENT attached hereto as Exhibit 2, YOU claimed that BRYANT was commissioned by YOU to make 18 BRATZ design drawings between 1998 and 2000.

REQUEST FOR ADMISSION NO. 81:

Admit that BRYANT was commissioned by YOU to make 18 BRATZ design drawings between 1998 and 2000.

REQUEST FOR ADMISSION NO. 82:

Admit that BRYANT was not commissioned by YOU to make 18 BRATZ design drawings between 1998 and 2000.

REQUEST FOR ADMISSION NO. 83:

Admit that the set of 18 BRATZ design drawings referenced in Paragraph 3(a) in the DOCUMENT attached hereto as Exhibit 2 includes at least one of the BRATZ PITCH MATERIALS.

REQUEST FOR ADMISSION NO. 84:

Admit that the set of 18 BRATZ design drawings referenced in Paragraph 3(a) in the DOCUMENT attached hereto as Exhibit 2 includes more than one of the BRATZ PITCH MATERIALS.