

EXHIBIT 24
PAGE 1622

HKP 00069
EX 13866-0005



EXHIBIT 24
PAGE 1623

HKP 00070
EX 13866-0006



EXHIBIT 24
PAGE 1624

HKP 00071
EX 13866-0007



EXHIBIT 24
PAGE 1625

HKP 00072
EX 13866-0008



EXHIBIT 24
PAGE 1626

HKP 00073
EX 13866-0009



EXHIBIT 24
PAGE 1627

HKP 00074
EX 13866-0010





HKP 00084
EX 13868-0001



EXHIBIT 25
PAGE 1430

HKP 00085
EX 13868-0002



EXHIBIT 25
PAGE 1631

HKP 00086
EX 13868-0003





EXHIBIT 25
PAGE 1633

HKP 00088
EX 13868-0005



EXHIBIT 25
PAGE 1634

HKP 00089
EX 13868-0006



EXHIBIT 25
PAGE 1635

HKP 00090
EX 13868-0007



EXHIBIT 25
PAGE 1636

HKP 00091
EX 13868-0008



EXHIBIT 25
PAGE 1637

HKP 00092
EX 13868-0009



EXHIBIT 25
PAGE 1638

HKP 00093
EX 13868-0010



EXHIBIT 25
PAGE 1639

HKP 00094
EX 13868-0011



EXHIBIT 25
PAGE 1640

HKP 00095
EX 13868-0012

EXHIBIT 26