

M-TI 0000017

EXHIBIT  31
PAGE  1697

EXHIBIT 32

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 33

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 34



HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

BETWEEN

ABC INTERNATIONAL TRADERS, INC.                        Plaintiff
doing business as MGA ENTERTAINMENT

and

(1) TOYS & TRENDS (HONG KONG) LIMITED

(2) CITYWORLD LIMITED

(3) JURG WILLI KESSELRING                              Defendants

AFFIDAVIT OF ISAAC LARIAN

I, Isaac Larian of 16730 Schoenborn Street, North Hills, California, United States of American do make oath and say as follows: –

1.   I am the CEO of MGA and duly authorised by MGA to make this affidavit on its behalf. Unless otherwise stated, the facts and matters contained herein are either within my own personal knowledge or gleaned from books and records of MGA to which I have free access. Insofar as facts and matters that do not fall within the aforesaid category, they are related to me by the respective sources stated hereinafter and are true to the best of my information and belief. For the purpose of this affidavit, I shall adopt the abbreviations used in the First Affirmation of Lee Shiu Cheung filed on behalf of MGA on the 18th June 2002 (hereinafter referred to as "the 1st Lee Affirmation").

- 1 -

M 0001558


DEPOSITION EXHIBIT

EXHIBIT  34
PAGE     1741

EX 12-0001

2.

3.

4.

5.

2

M 0001559

EXHIBIT __34__
PAGE __1742__

EX 12-0002

6.

7.

8.

3

M 0001560

EXHIBIT __34__
PAGE __1743__

EX 12-0003



the 3 dimensional Funky Tweenz dolls have infringed the 2 dimensional drawings which are artistic works in which copyright subsists. The aforesaid, I think, would be sufficient to deal with these paragraphs but for the sake of completeness I shall deal with the dolls mentioned therein.

13. The Bratz dolls were first exhibited in the USA in November 2000. They were further exhibited in Hong Kong in January 2001. The Bratz dolls were first publicly made available for sale at the retail level in August 2001 in the USA.

14. I have never heard of Simba Toys GmbH & Co. and have never come across these Girlz dolls until reading the Kesselring Affidavit. Just by looking at the photographs and not having seen the samples I cannot see how these dolls can infringe MGA's copyright in the artistic works for they do not look the same. Furthermore, I do not accept that these dolls were marketed all over Europe before the Nurnberg Toy Fair without any evidence but a bare allegation coming from Mr. Kesselring.

15. The photographs of the We Teen dolls exhibited as "JWK-6" do not resemble the Bratz dolls by just looking at the pictures.

16. To say the Fad dolls have similar dimensions and proportions to the Bratz dolls is just sheer nonsense. One can see very clearly from the photographs that they do not. These dolls have plastic hair and square faces Mr. Kesselring has not asserted that these dolls are published prior to the Bratz dolls.

17. Looking at the photographs of the Sassy Secrets dolls one can see very clearly that they do not resemble the Bratz dolls at all. These are 6 inch electronic dolls which can talk. Further, they do not have change of fabric fashion and shoes that Bratz are popular for and Funky Tweenz have copied. Again Mr. Kesselring has not asserted that these dolls are published prior to the Bratz dolls.

5

M 0001562

EXHIBIT __34__
PAGE __1745__

EX 12-0005

26.   Dressing dolls had always been a huge market for the toy industry.  The Barbie doll has been around for over 43 years and has a retail turnover of US$1.5 billion a year.  According to the leading USA toy market research company, TRSTS, Barbie dolls command 88.5% of the doll market last year.  But the latest research results show this share has shrunken to 84.6% so far this year due to the appearance of the Bratz dolls which now command 10.1% of the market share which is the 2nd largest market share after Mattel and Barbie.  Prior to the appearance of Bratz dolls, no doll could take away the market share enjoyed by Barbie.  The Barbie doll has been so successful because it has been able to reinvent itself time and time again like 3 or 4 years ago, the Barbie doll range introduced a new range of dolls called the Generation Girls which is a dressing doll with a trendy look.

27.

28.

29.

8

M 0001565

EXHIBIT __34__
PAGE __1748__

EX 12-0008



30.  Mr. Kesselring said he took inspiration from a lot of other dolls on the market but oddly, he never referred to the Bratz dolls.  The Bratz dolls won the People's Choice Awards of the Toy Industry which is similar to the Oscars in the film industry, as well as Doctor Toy best top 10 Toy Award and Family Fun Best Toy Award. Bratz were further cited to be the first doll ever to beat Barbie in the fashion doll category.  I find it quite inconceivable that he never referred to the Bratz dolls despite its huge success and wide media coverage evidenced by some of the sample media cuttings exhibited as "LSC-10" to the 1st Lee Affirmation.  Even the article taken from The Toy Book which he exhibited as "JWK-10c" has a whole column devoted to Bratz dolls.  The said article says and I quote, "Trying to capture some of MGA's success, a host of manufacturers are debuting personality/fashion dolls."

31.  The reason why design drawings of the dolls head had to be made was because they had to get the colour scheme of features of the head so that after moulding they can be dyed properly according to the scheme which serves as a benchmark.  This is very apparent from paragraph 21 of the Affirmation of Wilson Lam.

32.  Having taken a look at the pictures of the Barbie dolls exhibited as "JWK-12" they bear no resemblance to the Funky Tweenz but Funky Tweenz bear a striking resemblance to the Bratz dolls.

Paragraphs 30-33

33.  The safety certificates exhibited as "JWK-13" only pertain to Europe and Canada and not the USA which has more stricter requirements.  MGA's fears stated in paragraph 36 of the 1st Lee Affirmation are valid.

34.  I fail to see how that the life span of fashion dolls will only last 2 years as alleged.  The Barbie doll has been around for over 43 years.  The Defendants have not shown by way of evidence how an injunction would affect their reputation.

9

M 0001566

EXHIBIT  34
PAGE  1749

EX 12-0009

35.   MGA is not using this action to stifle competition as alleged. MGA welcomes lawful competition but not copying. The other examples of dolls mentioned in the Kesselring Affidavit do not resemble the Bratz dolls at all. If MGA was to stifle lawful competition it would have taken legal action against those manufacturers. One must bear in mind that no one has stated that other dolls on the market resemble Bratz dolls save and except Funky Tweenz dolls. There is abundant evidence in this regard from independent third parties.

36.

37.

38.

10

M 0001567

EXHIBIT 34
PAGE 1750

EX 12-0010

39.

40.

41.

42.

Sworn at State of California )
County of Los Angeles )
 )
 )
Subscribed and sworn to before )
me on )
this 2 day of July  2002 )

Before me, Eve Marie Johnson

_____ Notary Public

This affidavit is filed on behalf of the Plaintiff.

EVE MARIE JOHNSON
COMM. # 1312814
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. JULY 12, 2005

11

M 0001568

EXHIBIT __34__
PAGE __1751__

EX 12-0011

HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

BETWEEN

ABC INTERNATIONAL TRADERS, INC.
doing business as MGA ENTERTAINMENT                    Plaintiff

and

(1) TOYS & TRENDS (HONG KONG) LIMITED

(2) CITYWORLD LIMITED

(3) JURG WILLI KESSELRING          Defendants



AFFIDAVIT OF ISAAC LARIAN

Filed this 5th day of July 2002.

William WL Fan & Co.
507 Hang Seng Building
77 Des Voeux Road
Central
Hong Kong
Tel: 2110 2128

12

M 0001569

EXHIBIT __34__
PAGE __1752__

EX 12-0012

EXHIBIT 35

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



EXHIBIT 36
PAGE 1802

EX 13709-0001

EXHIBIT 37

033

HCA No. 2687/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2687 OF 2003

_____

BETWEEN

MGA ENTERTAINMENT INC.                              Plaintiff

And

HUNGLAM TOYS COMPANY LIMITED            Defendant

(Writ issued on the 22nd July 2003)

_____

STATEMENT OF CLAIM

_____

1.   The Plaintiff is and at all material times a corporation existing under the laws of the USA carrying on business in the design, manufacture, marketing and selling of toys, in particular, fashion dolls.

2.   The Defendant is and at all material times a corporation existing under the laws of Hong Kong carrying on a business in the manufacture and selling of toys.

3.   The Plaintiff is and at all material times, has been the owner of the copyright subsisting in original artistic works in respect of the Plaintiff's Bratz fashion dolls ("the said Artistic Works").

1

EXHIBIT __37__
PAGE __1803__

MGA 3893650

034

Particulars of Original Artistic Works

(a)    Wax models of the head of the Bratz Dolls made between the years 2000 and 2001.

(b)    Silicon rubber moulds and polyurethane samples of the head of Bratz dolls made from sub-paragraph (a) of the Bratz Dolls made between the years 2000 and 2001.

(c)    4 drawings of the facial decoration of the Bratz fashion dolls made between the years 2000 and 2001.

(d)    8 drawings 4 of which are pantone colour guides of the facial decorations of the Bratz fashion dolls made between the years of 2000 and 2001.

(e)    4 hand painted deco-masters on 4 rubber head sculpts made between the years 2000 and 2001.

Particulars of Ownership and Subsistence

(f)    Margaret Leahy (hereinunder referred to as "Ms. Leahy") was commissioned by the Plaintiff to sculpt the head referred to in sub-paragraph (a) hereof. At all material times, it was the understanding and agreement between the Plaintiff and Ms. Leahy that copyright subsisting in the artistic works should vest in the Plaintiff. Pursuant thereto, a confirmatory assignment was made between the Plaintiff and Ms. Leahy in June 2003.

(g)    At all material times, Ms. Leahy is a resident of and domiciled in the USA.

2

EXHIBIT __37__
PAGE __1804__

MGA 3893651

036

(n)   The said Artistic Works as described in sub-paragraphs (a) to (e) above were first published in the USA in or about June 2001 when the Bratz fashion dolls were exhibited and offered for sale.  Alternatively, the said Artistic Works are unpublished.  The artistic works referred to in sub-paragraph (a) and the silicon rubber moulds referred to in sub-paragraph (b) were destroyed in the course of the Plaintiff's business.

4.    Prior to the issue of the writ herein, the Defendant has infringed the said Artistic Works by authorizing the manufacture, the manufacture of and/or importing into and exporting from Hong Kong in its course of business, possessing for the purpose of trade or business, selling or offering or exposing for sale, for the purpose of trade or business exhibiting in public or distributing fashion dolls known as Scampz which are reproductions of or a reproduction of a substantial part of the Artistic Works without the license of the Plaintiff (hereinafter referred to as the "Infringing Dolls").

Particulars

The Plaintiff will in particular rely on the following facts and matters:-

(a)   The possession for the purpose of trade or business and exposure for sale of the Infringing Dolls by the Defendant in a showroom of the Defendant's registered offices on the 3rd July 2003 to an investigator employed by the Plaintiff.

(b)   The selling of six Infringing Dolls as samples by the Defendant at the Defendant's registered offices on the 3rd July 2003 to an investigator employed by the Plaintiff.

4

EXHIBIT 37
PAGE 1805

MGA 3893653

040

dealing therewith by the Defendant would offend against the foregoing injunctions or either of them.

(3)   An inquiry as to damages, alternatively damages or, at the Plaintiff's option, account of profits, in respect of the Defendant's wrongful acts of infringement of copyright as aforesaid.

(4)   Additional damages pursuant to section 108(2) of the copyright Ordinance.

(5)   An order for the payment by the Defendant of all the sums found due to the Plaintiff upon making such inquiries and/or accounts together with such interest thereon as this Honourable Court shall deem just pursuant to Section 48 of the High Court Ordinance.

(6)   An order for discovery or verification upon oath of all matters relating to the foregoing.

(7)   Costs.

(8)   Such further or other relief as this Honourable Court shall deem just.

Dated this 3rd day of November 2003.

Colin Andrew Shipp
Counsel for the Plaintiff

William WL Pan & Co.
Solicitors for the Plaintiff

8

EXHIBIT  37
PAGE  1806

MGA  3893657



HCA No. 2687/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2687 OF 2003

BETWEEN

MGA ENTERTAINMENT INC.                    Plaintiff

and

HUNGLAM TOYS COMPANY LIMITED

                                          Defendant



**STATEMENT OF CLAIM**

Filed this 3rd day of November, 2003.

We, the undersigned, hereby
consent to this Statement of
Claim being filed out of time.

Dated the 3rd day of November 2003

Messrs. Jal N. Karbhari & Co.,
Solicitors for the Defendant

William WL Fan & Co.
507 Hang Seng Building
77 Des Voeux Road
Central
Hong Kong
Tel: 2110 2128
Fax: 2111 9336
Ref: WF-2015-RC

EXHIBIT __37__    9
PAGE __1807__

MGA  3893658

EXHIBIT 38

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 39

HCA No. 2687/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2687 OF 2003

BETWEEN _____

MGA ENTERTAINMENT INC.                          Plaintiff

and

(1) HUNGLAM TOYS COMPANY LIMITED
(2) CHOY KAM YING
(3) KWOK YIN KWAN, MAY
(4) KWOK CHIN HUNG                              Defendants

_____

WITNESS STATEMENT OF SANJAY VASWANI

I, SANJAY VASWANI of Suite 1701-1702, Central Plaza, 18 Harbour Road, Wanchai, Hong Kong, hereby say as follows:-

1.   I am an investigator of Kroll Fact Finders Limited ("my Company") which is a company incorporated under the laws of Hong Kong carrying business which is habitually engaged in the investigation of intellectual property infringement cases. The contents of this witness statement are all within my personal knowledge and are true.

EXHIBIT  39
PAGE  1858

HKP 00015

25.    There are now produced and shown to me marked "**SV-8 a, b, c, d, e** and **f**" 6 SCAMPZ dolls obtained by me from the 1st Defendant.   Further produced and shown to me marked "**SV-9**" are the printed quotation and sample invoice.

Signed by :

SANJAY VASWANI

On the   15th   day of December 2005.

9

EXHIBIT  39
PAGE  1859

HKP 00023
EX 13856-0009



EXHIBIT 39
PAGE 1860

HKP 00047
EX 13856-0033