

EXHIBIT 39
PAGE 1861

HKP 00048
EX 13856-0034



EXHIBIT __39__

PAGE ___1862___

HKP 00049
EX 13856-0035



EXHIBIT 39
PAGE 1863

HKP 00050
EX 13856-0036



EXHIBIT 39
PAGE 1864

HKP 00051
EX 13856-0037



EXHIBIT 39
PAGE 1865

EXHIBIT 40



M-TI 0000012

EXHIBIT 40
PAGE 1B1o6

EXHIBIT 41



EXHIBIT 41
PAGE 1867

HKP 00076
EX 13867-0001



EXHIBIT __41__
PAGE __18u8__

HKP 00077
EX 13867-0002



EXHIBIT 41
PAGE 1869

HKP 00078
EX 13867-0003



EXHIBIT _41_

PAGE ___1870_

HKP 00079
EX 13867-0004



EXHIBIT ___41___
PAGE ___1871___

HKP 00080
EX 13867-0005



EXHIBIT 41
PAGE 1872

HKP 00081
EX 13867-0006



EXHIBIT _41_

PAGE __1013__

HKP 00082
EX 13867-0007



EXHIBIT ___41___

PAGE ___1071___

HKP 00083
EX 13867-0008

EXHIBIT 42

No. 3242/2003

IN THE HIGH COURT OF THE
HONG KONG SPECIAL ADMINISTRATIVE REGION
COURT OF FIRST INSTANCE
ACTION NO. 3242 OF 2003

———————

BETWEEN

MGA ENTERTAINMENT INC.                                    Plaintiff

-and-

UNION TOP (HK) CO. LTD.                                    Defendant

———————

## STATEMENT OF CLAIM

1.     The Plaintiff is a company incorporated and existing under the laws of the
       United States of America with its principal office situated at 16730
       Schoenborn Street, North Hills, CA 91343-6122, USA. The Plaintiff has
       at all material times carried on business in the design, manufacture and
       sale of, inter alia, toys and dolls.

2.     The Defendant is a company incorporated and existing under the laws of
       Hong Kong with its registered office situated at Unit 1105, 11th Floor,
       Tower II, Enterprise Square, 9 Sheung Yuet Road, Kowloon Bay,
       Kowloon, Hong Kong. At all material times, the Defendant carried on
       business in the sale and supply of toys and dolls.

1

EXHIBIT __42__
PAGE __1875__

MGA 3883025

(A)   Drawings made by Carter Bryant between 1998 and 2000 in respect of the "BRATZ" dolls.

(B)   Wax models made by Margaret Leahy in or about the winter of 2000-2001 in respect of the head sculpt of the "BRATZ" dolls.   The wax models have since been destroyed.

(C)   Silicon rubber moulds made by Jessie Ramirez in or about the winter of 2000-2001 in respect of the head, body parts and shoes of the "BRATZ" dolls.   The silicon rubber moulds have since been destroyed but the polyurethane samples produced from the moulds are still available.

(D)   Decoration directions and decor masters made by Anna Rhee and revised by Carter Bryant in or about the winter of 2000-2001 in respect of the facial decorations of the "BRATZ" dolls.


## PARTICULARS OF SUBSISTENCE AND OWNERSHIP


(a)   The drawings referred to in paragraph (A) hereinabove are the original works of Carter Bryant who has expended independent skill, labour and judgment on such works in the process of their creation.


(b)   (i)   Prior to 18th September 2000, Carter Bryant created part of the drawings referred to in

3

EXHIBIT 42
PAGE 1876

MGA 3883027

paragraph (A) hereinabove on his own and after 18th September 2000, he created the remainder of the said drawings for valuable consideration at the request and commission of the Plaintiff, with the agreement and understanding that all rights including copyright subsisting in the drawings would vest in the Plaintiff upon creation.

(ii)   By an Assignment dated 18th September 2000, Carter Bryant assigned all rights including copyright subsisting in the said drawings to the Plaintiff.

(c)   The wax models referred to in paragraph (B) hereinabove are the original works of Margaret Leahy who has expended independent skill, labour and judgment on such works in the process of their creation.

(d)   (i)   Margaret Leahy created the wax models referred to in paragraph (B) hereinabove for valuable consideration at the request and commission of the Plaintiff, with the agreement and understanding that all rights including copyright subsisting in the wax models would vest in the Plaintiff upon creation.

4



EXHIBIT _42_
PAGE _1877_

MGA  3883028
EX 13785-0004

revisions of the decoration directions and the decor masters to the Plaintiff.

(i)    At all material times, Carter Bryant, Margaret Leahy, Jessie Ramirez and Anna Rhee were all domiciled and resident in the United States of America.

(j)    The Copyright Works were first published in the United States in or about June 2001 by the offer for sale and sale of the BRATZ dolls to the general public. Alternatively, the Copyright Works or one or more of them were unpublished.

7.    Prior to the commencement of this action, the Defendant has infringed the copyright subsisting in the Copyright Works by manufacturing, authorizing the manufacture of, importing into Hong Kong, exporting from Hong Kong, offering or exposing for sale or supply, selling or supplying, distributing and/or possessing for purpose of or in the course of or in connection with trade or business, without the Plaintiff's licence or consent, dolls and/or packaging which are infringing copies of the Copyright Works ("the Infringing Dolls"), in the knowledge or having reason to believe that the Infringing Dolls were infringing copies of the Copyright Works.

## PARTICULARS OF INFRINGEMENT

7



EXHIBIT _42_
PAGE _1878_

MGA  3883031

EX 13785-0007