(e)     That the Defendant was in the business of sale and supply of dolls and was at all material times a competitor of the Plaintiff and its distributor in Hong Kong;

(f)     That the Defendant had at all material times market access to the BRATZ dolls;

(g)     That the Defendant was at all material times aware of the BRATZ dolls and their popularity and that the BRATZ dolls would have been made from works in which copyright would subsist and, in the light of such knowledge, the Defendant knew or ought to have known that the Infringing Dolls were infringing copies;

(h)     That the Infringing Dolls were slavish copies of the BRATZ dolls;

(i)     That the pictorial depictions appearing on the packaging of the BRATZ dolls' "Fun N' Glow Collection" were copied in the packaging of some of the Infringing Dolls;

(j)     That the Plaintiff's "BRATZ" trade mark was copied and used on the packaging of some of the Infringing Dolls; and

11



EXHIBIT 42
PAGE 1879

MGA 3883035

Dated the     day of September, 2003.


MARTIN LIAO

Counsel for the Plaintiff


WILLIAM W.L. FAN & CO.

Solicitors for the Plaintiff


23

EXHIBIT 42

PAGE 1880

MGA 3883047

EX 13785-0023

No. 3242/2003

IN THE HIGH COURT OF THE
HONG KONG SPECIAL ADMINISTRATIVE REGION
COURT OF FIRST INSTANCE
ACTION NO. 3242 OF 2003

BETWEEN

MGA ENTERTAINMENT INC.                    Plaintiff

and

UNION TOP (HK) CO. LTD.                    Defendant

---

**STATEMENT OF CLAIM**

---

Dated this          day of September, 2003.
Filed this          day of September, 2003.

MESSRS. WILLIAM W. L. FAN & CO.
Solicitors
507 Hang Seng Building
77 Des Voeux Road Central
Hong Kong
[Tel: 2110 2128]
[Fax: 2111 9336]

WF-1975-RC/MT
ML/814/03

EXHIBIT _43_
PAGE _1881_

MGA 3883048
EX 13785-0024

EXHIBIT 43

HCA 3242/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

ACTION NO. 3242 OF 2003

---

BETWEEN

MGA ENTERTAINMENT INC.                                          Plaintiff

and

UNION TOP (HK) COMPANY LIMITED                               Defendant

---

## AFFIRMATION OF LEE SHIU CHEUNG

I, Lee Shiu Cheung of Room 1001, Empire Centre, 68 Mody Road, Tsimshatsui East, Kowloon, Hong Kong do solemnly, sincerely and truly affirm and say as follows:-

1.    I am the Managing Director of MGA (H.K.) Entertainment Limited (hereinafter "MGAHK"), which is a subsidiary company and manufacturing licensee of MGA Entertainment Inc., formerly known as ABC International Traders, Inc. trading as MGA Entertainment, the Plaintiff herein.  I am duly authorized by the Plaintiff to make this affirmation on its behalf.  Unless otherwise stated, the facts and matters

1

EXHIBIT __43__
PAGE __1882__

MGA 3892910
EX 13725-0001

14.   The facial decorations and features of the BRATZ dolls are unique and much time, effort and monetary resources have been expended in creating and perfecting them. The Plaintiff commissioned one Anna Rhee to design the facial decoration of the BRATZ dolls with the understanding and agreement that all intellectual property rights including copyright should belong to the Plaintiff. At all material times, Anna Rhee was a resident of and domiciled in the USA.

15.   Based on the initial concept drawings of Mr. Bryant and using her own independent skill, labour and judgment, Anna Rhee drew some decoration directions for the facial decorations for different series of dolls. She then created the original deco or paint masters which were hand-painted facial decoration on a rubber head sculpt of a doll. With the input of Mr. Bryant, Anna Rhee revised the deco masters a number of times until they were perfected and became the final version that were used to serve as the benchmark and template from which the original four different BRATZ dolls' individual facial decoration were mass produced by spray masking. Now produced and shown to marked "LSC-8" is the pile of decoration direction (inclusive those on the 2001 Fall series and Funk 'N' Glow Series) made by Anna Rhee from the initial concept drawings of Mr. Bryant in Winter 2000-2001, "LSC-9a-d" are the deco masters hand-painted by Anna Rhee for the 2001 Fall Series in about Winter 2000 - 2001 and "LSC-10" is a bundle of documents setting out the various changes contributed to by Mr. Bryant during the design process. There is now produced and shown to me marked "LSC-11" a copy assignment of copyright executed by Anna Rhee in favour of the Plaintiff. Copyright subsisting in the above deco masters and decoration directions made by Anna Rhee belong to the Plaintiff and is covered by the

EXHIBIT _43_
PAGE _1883_

MGA 3892916
EX 13725-0007

40.   The Defendant's illicit trade was carried out evasively and in a clandestine manner. Once alerted of an action against it, I verily fear that the Defendant will take immediate steps to conceal or destroy the evidence relating to its infringing activities. I do not know whether the Defendant became aware of the action in Italy against General Trade in May 2003 or the actions that the Plaintiff has previously taken in Hong Kong. What is certain is that, after the Plaintiff had commenced actions in Italy and in Hong Kong, the Defendant was still in possession for trade infringing copies of the BRATZ dolls and counterfeit dolls which usurped and infringed the "BRATZ" trademark. It is also probable that the Defendant have in its possession relevant documents and materials relating to its infringements.

41.   For these reasons, I would respectfully request for an ex parte entry order to be made so that the evidence relating to the infringement of both trademark and copyright by the Defendant may be preserved.

**Strong Prima Facie Case**

42.   I have looked at the "Fashion Dolls" closely from the photographs and the videotape exhibited hereinabove and find that it is a slavish copy of the BRATZ dolls and is a clear infringement of the Plaintiff's copyright in the works relating to BRATZ. In particular, I would draw attention to the following features in the "Fashion Doll", namely:

(a)   The oversized head;

(b)   The facial decoration;

18

EXHIBIT _43_
PAGE _1884_

MGA  3892927
EX 13725-0018

(c)   The oversized eyes;

(d)   The diminished nose;

(e)   The protrusive and defined mouth;

(f)   The multi-coloured make-up;

(g)   The few and exaggerated eyelashes;

(h)   The two-toned lipstick;

(i)   The disproportionately large feet and shoes;

(j)   The snap-on shoes.

43.   The similarities between BRATZ and the "Fashion Doll" is even more obvious when one looks at them and their facial decoration or make-up. I crave leave to refer to the exhibit "LSC-9a -d" are the deco masters and "LSC-8" the decoration directions. The pattern, style and combination and layers of different colours of the multi-coloured facial decoration or make-up on the "Fashion Doll" are substantially similar to those of BRATZ. Even the exaggerated eyelashes and two-toned lips in BRATZ are present in the "Fashion Doll".

44.   These are prominent features of BRATZ. There may be dolls in the market which may have some of these attributes but, as far as I am aware, there are no dolls that I know of which possess these features in aggregate or which look similar to BRATZ, save for the infringing copies. Not only that BRATZ were copied in close resemblance in the "Fashion Doll", the 5-girls theme of the BRATZ girls was also imitated. This is shown in the packaging of the "Fashion Doll". Furthermore, the

19

EXHIBIT __43__
PAGE __1885__

MGA  3892928
EX 13725-0019

BRATZ "2002 Fall Limited Edition- The Funk 'N' Glow Collection" featured a pictorial depiction of the 5 BRATZ girls dancing together both in front and at the back of the packaging. Now produced and shown to me marked "LSC-21a" is a sample of Cloe in the Funk 'N' Glow Collection packaging and "LSC-21b" is a sample Sasha in the Funk 'N' Glow Collection packaging. The packaging of the other BRATZ girls in the Funk 'N' Glow Collection was the same. The pictorial depiction was identically copied in the "Fashion Doll" packaging.

45.  All of above suggest a strong case of copying of BRATZ by the "Fashion Doll". In short, the Defendant has copied the head sculpt and the facial decoration of the BRATZ dolls. I verily believe that the close similarities between the "Fashion Doll" and BRATZ could not have been coincidental and must have come about as a result of copying. At all material times, the Defendant had market access to the BRATZ dolls in Hong Kong and elsewhere.

46.  We could not acquire a sample of the Defendant's "BRATZ" dolls. The investigator has seen 4 samples of the Defendant's "BRATZ" dolls of which, according to Fact Finders, the packaging and appearance looked very cheap. The Plaintiff is the registered owner of the trademark "BRATZ" in Hong Kong in respect of dolls. It has never permitted or licensed the use of the "BRATZ" trademark on the Defendant's dolls. It is obvious that the Defendant's dolls were counterfeit dolls which infringed the Plaintiff's trademark.

47.  The similarities between BRATZ and the "Fashion Doll" and the infringing acts of

EXHIBIT __43__
PAGE __1886__

MGA  3892929
EX 13725-0020

HCA 3242  /2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 3242    0F 2003

---

BETWEEN: -

MGA ENTERTAINMENT INC.                          Plaintiff

and

UNION TOP (HK) COMPANY LIMITED              Defendant

---

This is the exhibit marked "LSC-8" referred to in the Affirmation of Lee Shiu Cheung

affirmed herein on the 7/k day of August 2003.

| DATE | DESCRIPTION | No. of page |
|------|-------------|-------------|
| Winter 2000-2001 | Copy of decoration directions created By Anna Rhee | 24 |

Before me,

Chan Yau Chee
Solicitor, Hong Kong SAR
Cl. Chow & Macksion Chan, Solicitors

Solicitor, HKSAR

EXHIBIT __43__
PAGE __1887__

MGA 3892954

EX 13725-0045





COOL FUNK HEAD





COOL FUNK HEAD

EXHIBIT __43__
PAGE __1888__

MGA 3892955

EX 13725-0046



EXHIBIT __43__
PAGE __1887__

MGA  3892956
EX 13725-0047





EXHIBIT ___43___
PAGE ___1890___

MGA 3892957

EX 13725-0048



EXHIBIT 43
PAGE 1891

MGA 3892958

EX 13725-0049





EXHIBIT _43_
PAGE _1892_

MGA 3892959

EX 13725-0050



EXHIBIT __43__
PAGE __1893__

MGA  3892960

EX 13725-0051

EXHIBIT __43__
PAGE ___1894___

MGA 3892961

EX 13725-0052



ASIAN LOOK
PALE SKIN

WORKS ON EYELIDS
NOT QUITE AS
INTENSE AS SKETCH

VERY GLOSSY/SHIMMERY LIPS
HUMAN METALLIC!

EXHIBIT ___43___
PAGE ___1045___

MGA 3892962

EX 13725-0053



EXHIBIT   43
PAGE   1896

MGA  3892963

EX 13725-0054



EXHIBIT ___43___
PAGE ___1897___

MGA 3892964

EX 13725-0055



EXHIBIT ___43___
PAGE ___1898___

MGA 3892965

EX 13725-0056



EXHIBIT __43__
PAGE __1899__

MGA 3892966

EX 13725-0057



EXHIBIT ___43___
PAGE ___1900___

MGA 3892967

EX 13725-0058



EXHIBIT 43
PAGE 1951

MGA 3892968

EX 13725-0059



EXHIBIT 43
PAGE 1902

MGA 3892969

EX 13725-0060





EXHIBIT ___43___
PAGE ___1903___

MGA 3892970

EX 13725-0061



EXHIBIT ___43___
PAGE ___1904___

MGA 3892971

EX 13725-0062



EXHIBIT __43__
PAGE ___1905___

MGA 3892972

EX 13725-0063



EXHIBIT __43__
PAGE __1906__

MGA 3892973

EX 13725-0064





EXHIBIT 43
PAGE 1907

MGA 3892974

EX 13725-0065



EXHIBIT ___43___
PAGE ___1908___

MGA 3892975

EX 13725-0066





EXHIBIT ___43___
PAGE ___1909___          MGA 3892976

EX 13725-0067



for both heads

one with hazel
eyes & greenish
eye shadows

one with violet
eyes & light
violet eyeshadow

• dark brown lashes
(not black)

EXHIBIT 43
PAGE 1916

MGA 3892977

EX 13725-0068



EXHIBIT ___43___
PAGE ___1911___

MGA 3892978

EX 13725-0069

HCA 3242 /2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 3242 OF 2003

BETWEEN: -

MGA ENTERTAINMENT INC.                                    Plaintiff

and

UNION TOP (HK) COMPANY LIMITED                    Defendant

This is the exhibit marked "LSC-17" referred to in the Affirmation of Lee Shiu Cheung affirmed herein on the 29th day of August 2003.

| DATE | DESCRIPTION | NO. OF PAGE |
|------|-------------|-------------|
| N/A | Copy of photographs of the "Fashion Doll" | 33 |

Before me,

C.L. Chow Lee
Solicitor, Hong Kong SAR
C.L. Chow & Macinice Chow, Solicitors

Solicitor, HKSAR

EXHIBIT 43
PAGE 1912

MGA 3893084

EX 13725-0175



EXHIBIT __43__
PAGE __1913__

MGA 3893085

EX 13725-0176



EXHIBIT 43

PAGE 1914

MGA 3893086

EX 13725-0177



EXHIBIT 48
PAGE 1915

MGA  3893087

EX 13725-0178