

PAGE 43 1916

MGA 3893088

EX 13725-0179



EXHIBIT ___43___
PAGE ___1917___

MGA 3893089

EX 13725-0180



EXHIBIT 43
PAGE 1918

MGA 3893090

EX 13725-0181



EXHIBIT ___43___

PAGE ___1919___

MGA 3893091

EX 13725-0182



EXHIBIT  43
PAGE  1920

MGA  3893092

EX 13725-0183



EXHIBIT __43__
PAGE ___1921___

MGA 3893093

EX 13725-0184



EXHIBIT 43
PAGE 1922

MGA 3893094

EX 13725-0185



EXHIBIT 43
PAGE 1923

MGA 3893095

EX 13725-0186



EXHIBIT 43
PAGE 1924

MGA 3893096

EX 13725-0187



EXHIBIT 43
PAGE _____ 1925

MGA 3893097

EX 13725-0188



EXHIBIT 43
PAGE ___ 1926

MGA 3893098

EX 13725-0189



EXHIBIT 43

PAGE 1927

MGA 3893099

EX 13725-0190



EXHIBIT 43
PAGE 1928

MGA 3893100

EX 13725-0191



EXHIBIT 93

PAGE ___1929___

MGA 3893101

EX 13725-0192



EXHIBIT 43

PAGE 1930

MGA 3893102

EX 13725-0193



EXHIBIT 43
PAGE 1931

MGA 3893103

EX 13725-0194



EXHIBIT 43
PAGE ___1982___

MGA 3893104

EX 13725-0195



EXHIBIT ___43___
PAGE ___1984___

MGA 3893106

EX 13725-0197



EXHIBIT 43
PAGE 1935

MGA 3893107

EX 13725-0198



EXHIBIT  43
PAGE  1936

MGA 3893108

EX 13725-0199



EXHIBIT __43__
PAGE __1937__

MGA 3893109

EX 13725-0200



EXHIBIT ___43___
PAGE ___1938___

MGA 3893110

EX 13725-0201



EXHIBIT  43

PAGE  1939

MGA 3893111

EX 13725-0202



EXHIBIT 43
PAGE ___1940___

MGA 3893112

EX 13725-0203



EXHIBIT ___43___
PAGE ___1941___

MGA 3893113

EX 13725-0204



EXHIBIT   43
PAGE   1942        MGA  3893114

EX 13725-0205



EXHIBIT __43__
PAGE __1943__

MGA 3893115

EX 13725-0206



EXHIBIT __43__
PAGE __1944__

MGA 3893116

EX 13725-0207



EXHIBIT ___43___
PAGE ___1945___

MGA 3893117

EX 13725-0208

EXHIBIT 44

HCA 46/2004

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

ACTION NO. 46 OF 2004

BETWEEN

MGA ENTERTAINMENT INC.                                    Plaintiff

and

WAI MAN INTERNATIONAL (HK) LIMITED                       Defendant

AFFIRMATION OF LEE SHIU CHEUNG

I, Lee Shiu Cheung of Room 1001, Empire Centre, 68 Mody Road, Tsimshatsui East, Kowloon, Hong Kong do solemnly, sincerely and truly affirm and say as follows:-

1.   I am the Managing Director of MGA (H.K.) Entertainment Limited (hereinafter "MGAHK"), which is an affiliate and manufacturing licensee of MGA Entertainment Inc., the Plaintiff herein.   I am duly authorised by the Plaintiff to make this affirmation on its behalf.   Unless otherwise stated, the facts and matters contained herein are true to the best of my knowledge and belief and they either are within my

1

EXHIBIT __44__
PAGE __1946__

MGA  3888203
EX 13743-0001

