Hall 1, 2, 3, 5 and 7 of the Exhibition Centre and there were over 1,300 exhibitors.

4. On 6th January 2004, Investigator X posing as a buyer from India and Investigator Y posing as a buyer from Hong Kong were assigned by my company to attend the Fair. Investigator X was sent in as he had conducted investigation on copyright infringement or passing off on behalf of the Plaintiff for several times and is familiar with the design and distinctive features of BRATZ doll which is the subject matter in this action.

5. The investigators arrived at the Exhibition Centre at 9:00 a.m. for registration and started checking at 9:30 a.m. right after the Fair was announced open. The schedule for the investigators was to attend the booths of the Plaintiff's targeted companies first, followed by a general checking on the booths of other exhibitors. The Defendant was not one of the Plaintiff's targeted companies. There is now produced and shown to me marked "LYC-2", a copy of the front cover and the relevant page of an Information Guide Map referred to from time to time by the investigators during the checking and showing the booth number of the Defendant being 5P07.

6. After checking the Plaintiff's targeted companies which is not related to this action, the investigators proceeded to other booths of the Fair.





7. During the general checking in Hall 5, the investigators' attention were attracted to the Defendant's booth where a series of fashion dolls in funky styles standing at 10 inches tall and named "The Twin Sisters" were displayed. There were over 20 styles of the said "The Twin Sisters" being displayed. The investigators reported to me that they found the overall size, eye shape and facial decoration of the said "The Twin Sisters" were substantially similar to those of the BRATZ dolls.

8. Investigator X then approached the Defendant's booth intending to make further enquires. He was received by one Mr. Kenny Lam who did not mention about his position in the Defendant but claimed himself to be responsible particularly for a new line of products of the Defendant. There is now produced and shown to me marked "LYC-3", a copy of name card of the said Mr. Kenny Lam. Investigator X expressed his interest in "The Twin Sisters" and Mr. Lam said that they were brand-new products of the Defendant and were just launched for the first time at the Fair. Mr. Lam further gave Investigator X two leaflets/flyers of the same and a quotation sheet therefor. There are now produced and shown to me marked "LYC-4", copies of the said leaflets/flyers and quotation.

9. Mr. Lam also claimed that the Defendant owns a factory in Mainland China but did not specify the district in which the factory is located. Investigator X believes that the name, address and other contacts of the said factory appears at

the back of the name card of Mr. Lam. It is believed that the factory referred to by Mr. Lam is called "星雄玩具製品廠" in Chinese (Starero Toys Factory) and is located at Dongguan, Mainland.

10. Investigator X asked for a sample of "The Twin Sisters" but was unable to get one. Mr. Lam told Investigator X that the products were so new that no sample could be provided for the time being. However, Mr. Lam did invite Investigator X to come to the Defendant's office after the Fair and visit its showroom for further negotiation of business.

11. During the visit to the Defendant's booth, Investigator X also noticed that "The Twin Sisters" come in mini size as well. The mini dolls were displayed under 2 main series named "Paulina" and "Thalia" respectively. Like the full sized "The Twin Sisters", over 20 styles of each of "Paulina" and "Thalia" were displayed. Investigator X reported to me that "Paulina" and "Thalia" were taller in size (around 6 and a half inches tall) than the mini version of BRATZ dolls but the overall design of which is very similar to BRATZ, especially the facial decoration. Investigator X further reported to me that at the material time, he was more concerned with "The Twin Sisters" which is no doubt a BRATZ knock off and did not specifically make much enquiries on "Paulina" and " Thalia". However, the quotation sheet provided by the Defendant as exhibited before also includes quotation of mini version of "The Twin Sisters", that is "Paulina" and "Thalia". During the conference between







Investigator X, the Plaintiff's solicitors and I held at the Plaintiff's solicitors' office on 6th January 2004, we did not mention much about "Paulina" and "Thalia". I verily believe that is why "Paulina" and "Thalia" were not specifically included as infringing items in the Plaintiff's complaint to HKTDC made on 7th January 2004.

Affirmed at Messrs. C.L. Chow & Macksion Chan, Solicitors, Rms 501-2, Hang Seng Bldg., 77 Des Voeux Road Central, Hong Kong this 13th day of January 2004 -------- )

Before me,

Chan Yiu Chee
Solicitor, Hong Kong SAR
C.L. Chow & Macksion Chan, Solicitors

This affirmation is filed on behalf of the Plaintiff.



EXHIBIT 45
PAGE 1975

MGA 3888360

HCA NO. 46/2004

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

ACTION NO. 46 OF 2004

---

BETWEEN

MGA ENTERTAINMENT INC. Plaintiff

and

WAI MAN INTERNATIONAL (HK) LTD. Defendant

---

***************************************************

**AFFIRMATION OF LAM YUEN CHAK**

***************************************************

Filed on the 13th day of January 2004.

**William W. L. Fan & Co.,**
**Solicitors**
Room 507, Hang Seng Building,
77 Des Voeux Road Central,
Hong Kong.
Tel: 2110 2128 Fax: 2111 9336
Ref: WF-2169-CKM

HCA No. 46/2004

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 46 OF 2004

***************

BETWEEN

MGA ENTERTAINMENT INC. Plaintiff

And

WAI MAN INTERNATIONAL (HK) LIMITED Defendant

*********************************

This is the marked exhibit referred to in the Affirmation of Lam Yuen Chak dated the 13 day of January 2004. .

| Exhibit Ref | Date | Description | Page No. |
|---|---|---|---|
| LYC-1 | N/A | A sealed envelope containing papers written the names of the Investigator X and Investigator Y | 1 |

Before me,

Chan Yiu Chee
Solicitor, Hong Kong SAR
C.I. Solicitors HKSAR Solicitors

EXHIBIT 45
PAGE 1977

HCA No. 46/2004

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 46 OF 2004

***************

BETWEEN

MGA ENTERTAINMENT INC. Plaintiff

And

WAI MAN INTERNATIONAL (HK) LIMITED Defendant

*********************************

This is the marked exhibit referred to in the Affirmation of Lam Yuen Chak dated the 13 day of January 2004. .

| Exhibit Ref | Date | Description | Page No. |
|---|---|---|---|
| LYC-2 | N/A | Copy of the front cover and the relevant page of an Information Guide Map | 2 |

Before me,

Solicitor, HKSAR

Chan Yiu Choe
Solicitor, Hong Kong SAR
C.L. Chow & Macksion Chan, Solicitors

(2)

EXHIBIT 45
PAGE 1978







Organiser :

香港貿易發展局
Hong Kong Trade Development Council






Organisers :

香港貿易發展局
Hong Kong Trade Development Council






**6-9 January 2004**

Hong Kong Convention and Exhibition Centre



EXHIBIT 45
PAGE 1979

MGA 3888364

EX 13742-0010



| Exhibitor | Booth No. |
|---|---|
| Tutax Tech (HK) Ltd | 3E14 |
| TUV Rheinland Hong Kong Ltd | 3F13 |
| tvgames.cc Ltd | 1L06 |
| Twinklers | 3G26, 28 |
| Twowell Development Limited | 1C36 |
| Tze Kun Plastic Material Ltd | 3B21 |
| ULBA International Ltd. | 5N37 |
| Ultra-graphic Transfer Ltd. | 2E46 |
| Uni-Fortune Toys Industrial Limited | 1K02, 04, L01, 03 |
| Unima Industrial (HK) Ltd | 2A26, 28, B25, 27 |
| Unimax Toys Limited | 2A04, 06, 08, B03, 05, 07 |
| Union Feather Co | 3H24 |
| Union Gain Industrial Ltd. | 2D42 |
| Union Grand Enterprises Limited | 3B38 |
| Union Rubber Mfg. Co Ltd | 1K41 |
| Union Toys Industrial Company | 3E38 |
| Unisia Manufactory | 3A06, 5D03 |
| Unispace Enterprise Company Limited | 5A30 |
| United Fund (Far East) Ltd | 3L37 |
| Unity Merchandise Co | 5D24 |
| Universal (HK) Toys Ind'l Co Ltd | 3A34 |
| Universal Hobbies HK Ltd | 2F09 |
| Universal Manufacturing Company | 3A10 |
| Useful Industrial Limited | 2K09 |
| U-Tek Electronics Company Limited | 3K08 |
| Vacform Novelties Ltd | 3J35 |
| Vanker Industries Limited | 1N10 |
| Vasen International Limited | 5H20 |
| VectorZone Industrial Company Ltd | 1E40 |
| Vibo Enterprise Co Ltd | 1K18, 20 |
| Vico Infant & Gift Products Co Ltd | 1P38A |
| Victory International Mfy Ltd | 5J19 |
| Vigor Toys Ltd | 2F34 |
| Vinba Industrial Ltd | 1A39 |
| Vincent Industrial (H.K.) Limited | 3F22, 24 |
| Vincent Toys Industrial Co Ltd | 1F16 |
| Vita Electronics Corp. Ltd | 1G43 |
| Vogue (HK) Ltd | 5H30 |
| VTech Electronics Limited | 1L22, 24, M21, 23 |
| V-Top Industries Ltd | 1N16 |
| Wah Hing Toys (Holdings) Company Limited | 2J19, 21, 23 |
| WAH NGAI CO | 3L44 |
| Wah Po Hing Yip International Ltd | 1A33 |
| Wai Dick Toys Co Ltd | 1L21, 23 |
| Wai Kwong Industrial Products Ltd | 5J08 |
| Wai Lam Manufactory Limited | 1B25, 27 |
| Wai Man International (HK) Ltd | 5P07 |
| Wai Yip United Manufacture Co Ltd | 3H20, 22 |



| Exhibitor |
|---|
| Wanted (Far East) Ltd |
| Wapiti International Limited |
| Water Way International Limited |
| Wally International Group Ltd |
| Well Success Toys Ltd |
| Well Up International Ltd |
| Wellfounded Developments Limited |
| Wellmax Trading Limited |
| Wellproof Manufactory Limited |
| Well-Tech Toys Company Limited |
| Welon (China) Ltd. |
| White Star International Stationery Ltd |
| WIDE BALL LTD |
| Wide Concept Ltd |
| Wide Spark Ltd |
| Wide Spectrum Co. Ltd |
| WiderWorld Company Ltd |
| Wilco Products Ltd |
| Wiltech HK Electronics Ltd |
| Win Direct Ind Co |
| Win Lok Industries Ltd |
| Win Sang Manufactoring Factory Ltd |
| Win Star Toys Manufactory Ltd |
| Win Tai Industrial Ltd |
| Winbel Manufacturing Corp. Ltd |
| Winfat Ind'l Co Ltd |
| Wing Crown Industrial Ltd |
| Wing Fung Hing Toys Co Ltd |
| Wing Fung Industrial Vacuum Electro-plating Co Ltd |
| Wing Hing Manufacturing Company Ltd |
| Wing Kai Industrial (HK) Ltd |
| Wing Mou Products Development Ltd |
| Wing Sang Toys Factory Limited |
| Wing Shun Trading Company |
| Wing Tai Manufacturing Co Ltd |
| Wing Tai Plastic & Metal Fty Ltd |
| Wing Tat Hang Kee Co Ltd |
| Wing Wah Development (Hong Kong) Ltd |
| Wing Wah Toys & Games Co Ltd |
| Wing Yue (Hui's) Ind Ltd |
| Winmax Industries Limited |
| Winmanton Co Ltd |
| Winner Toys Manufactory Ltd |
| Winning RC-Tech Co |
| Wintech Limited |
| Wintex Creative Products Ltd |
| WISE UNICORN IND'L LTD |
| Wiseman International Digitech Ltd |







HCA No. 46/2004

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 46 OF 2004

**************

BETWEEN

MGA ENTERTAINMENT INC. Plaintiff

And

WAI MAN INTERNATIONAL (HK) LIMITED Defendant

********************************

This is the marked exhibit referred to in the Affirmation of Lam Yuen Chak dated the 13 day of January 2004. .

| Exhibit Ref | Date | Description | Page No. |
|---|---|---|---|
| LYC-3 | N/A | Copy of name card of Mr. Kenny Lam | 1 |

Before me,

Solicitor, HKSAR

Chan Yiu Chee
Solicitor, Hong Kong SAR
C. Chen & Mackinon Chan, Solicitors

19

EXHIBIT 45
PAGE 1981




**Kenny Lam**

H.K Tel: 60306399

Flat D, 8/F., Jade Plaza 513 Canton Road, Kowloon, Hong Kong.
Tel: 2787 9286
Fax: 2787 9280
E-mail: waimanhk@netvigator.com



偉文國際(香港)有限公司
星雄玩具製品廠

林志强

手提: 13823770781

電話: 0769-6515218 6515228
傳真: 0769-6515208
地址: 東莞市石排鎮田[illegible]工業區
E-mail: starerotoys@hotmail.com

EXHIBIT 45
PAGE 1982

MGA 3888367

EX 13742-0013

HCA No. 46/2004

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 46 OF 2004

***************

BETWEEN

MGA ENTERTAINMENT INC. Plaintiff

And

WAI MAN INTERNATIONAL (HK) LIMITED Defendant

*********************************

This is the marked exhibit referred to in the Affirmation of Lam Yuen Chak dated the 13 day of January 2004. .

| Exhibit Ref | Date | Description | Page No. |
|---|---|---|---|
| LYC-4 | N/A | Copy of the leaflets/flyers and quotation | 4 |

Before me

Solicitor, HKSAR

Chan Yiu Chee
Solicitor, Hong Kong SAR
C.L. Chow & Macksion Chan, Solicitors

(17)

EXHIBIT 45
PAGE 1983

MGA 3888368

EX 13742-0014




EXHIBIT 45
PAGE 1984

MGA 3888369

EX 13742-0015

# STARERO TOYS FACTORY
星雄玩具製品廠

地址: 中國廣東省東莞市石排鎮田邊工業區
Tel: (86) 0769-6515218 / 6515228 Fax: (86) 0769-6515208
E-mail: starerotoys@hotmail.com

HK Office: Flat D,8/F Jade Plaza, 513 Canton Road,
Kowloon, Hong Kong
Tel: (852) 2787 9286, Fax: (852) 2787 9280
E-mail: waimanhk@netvigator.com,
waimanhk8@hotmail.com

## QUOTATION SHEET 2004

| ITEM | DESCRIPTION | SPECIFICATION | PCS/CTN | FOB Hong Kong / Yanitan HKD/PC | CTN SIZE (est.) L*W*H (MM) | N.W. (est.) (KGS) | G.W. (est.) (KGS) | 1X20' (No. of Ctn) | 1X40' (No. of Ctn) |
|---|---|---|---|---|---|---|---|---|---|
| Twist Sister - Short | | | | | | | | | |
| ST128 | 6-1/2" TWIN SISTERS IN SINGLE PACKING | | 12 | 5.30 | 700x220x185 | 1.7 | 2.3 | 983 | 1,931 |
| ST128 | 6-1/2" TWIN SISTERS IN SINGLE PACKING | | 24 | 5.30 | 925x220x258 | 3.3 | 4.0 | 533 | 1,048 |
| ST138 | 6-1/2" TWIN SISTERS IN DOUBLE PACKING | | 12 | 9.80 | 745x215x260 | 2.9 | 3.6 | 672 | 1,321 |
| ST138 | 6-1/2" TWIN SISTERS IN DOUBLE PACKING | | 24 | 9.80 | 745x425x260 | 5.3 | 6.0 | 340 | 668 |
| ST168 | 6-1/2" TWIN SISTERS IN MUSICAL STAGE | | 12 | 8.70 | 595x337x255 | 4.0 | 5.0 | 548 | 1,076 |
| ST168 | 6-1/2" TWIN SISTERS IN MUSICAL STAGE | | 24 | 8.70 | 595x337x485 | 8.0 | 9.0 | 288 | 566 |
| ST188 | 6-1/2" TWIN SISTERS IN BLISTER CARD | | 24 / 96 | 4.20 | 802x282x585 | 10.5 | 12.6 | 212 | 416 |
| Twist Sister - Tall | | | | | | | | | |
| ST228 | 10-1/2" TWIN SISTERS IN FASHION CLOTHES [Assortment A with 6 styles] | | 12 | 9.20 | 700x320x180 | 2.2 | 2.9 | 694 | 1,364 |
| ST228 | 10-1/2" TWIN SISTERS IN FASHION CLOTHES [Assortment B with 5 styles] | | 12 | 9.80 | 700x320x180 | 2.2 | 2.9 | 694 | 1,364 |
| ST228 | 10-1/2" TWIN SISTERS IN FASHION CLOTHES [Assortment C with 4 styles] | | 12 | 11.00 | 700x320x180 | 2.2 | 2.9 | 694 | 1,364 |
| | | | | | | | | | |
| ST228 | 10-1/2" TWIN SISTERS IN FASHION CLOTHES [Assortment A with 6 styles] | | 24 | 9.20 | 920x320x250 | 4.5 | 5.2 | 380 | 747 |
| ST228 | 10-1/2" TWIN SISTERS IN FASHION CLOTHES [Assortment B with 5 styles] | | 24 | 9.80 | 920x320x250 | 4.5 | 5.2 | 380 | 747 |
| ST228 | 10-1/2" TWIN SISTERS IN FASHION CLOTHES [Assortment C with 4 styles] | | 24 | 11.00 | 920x320x250 | 4.5 | 5.2 | 380 | 747 |
| | | | | | | | | | |
| ST238 | 10-1/2" TWIN SISTERS IN FASHION CLOTHES [Assortment A with 6 styles] | | 12 | 10.00 | 475x315x330 | 2.7 | 3.5 | 567 | 1,114 |
| ST238 | 10-1/2" TWIN SISTERS IN FASHION CLOTHES [Assortment B with 5 styles] | | 12 | 10.60 | 475x315x330 | 2.7 | 3.5 | 567 | 1,114 |
| ST238 | 10-1/2" TWIN SISTERS IN FASHION CLOTHES [Assortment C with 4 styles] | | 12 | 11.80 | 475x315x330 | 2.7 | 3.5 | 567 | 1,114 |

# STARERO TOYS FACTORY

星雄玩具製品廠

地址: 中國廣東省東莞市石排鎮田邊工業區

Tel: (86) 0769-6515218 / 6515228 Fax: (86) 0769-6515208

E-mail: starerotoys@hotmail.com

HK Office: Flat D,8/F Jade Plaza, 513 Canton Road, Kowloon, Hong Kong

Tel: (852) 2787 9286, Fax: (852) 2787 9280

E-mail: waimanhk@netvigator.com, waimanhk8@hotmail.com

## QUOTATION SHEET 2004

| ITEM | DESCRIPTION | SPECIFICATION | PCS/CTN | FOB Hong Kong / Yanitan HKD/PC | CTN SIZE (est.) L*W*H (MM) | N.W. (est.) (KGS) | G.W. (est.) (KGS) | 1X20' (No. of Ctn) | 1X40' (No. of Ctn) |
|---|---|---|---|---|---|---|---|---|---|
| ST238 | 10-1/2" TWIN SISTERS IN FASHION CLOTHES [Assortment A with 6 styles] | | 24 | 10.00 | 930x315x330 | 5.5 | 6.5 | 290 | 569 |
| ST238 | 10-1/2" TWIN SISTERS IN FASHION CLOTHES [Assortment B with 5 styles] | | 24 | 10.60 | 930x315x330 | 5.5 | 6.5 | 290 | 569 |
| ST238 | 10-1/2" TWIN SISTERS IN FASHION CLOTHES [Assortment C with 4 styles] | | 24 | 11.80 | 930x315x330 | 5.5 | 6.5 | 290 | 569 |
| KF606 | Western Rider | | 6 / 48 | 5.50 | 070x280x555 | 15.5 | 18.8 | 168 | 331 |
| ST5530 | 15" Dolls with Stroller Basket | | 8 | 57.00 | 730x432x596 | 14.5 | 16.0 | 149 | 293 |
| ST5530A | Stroller Basket | | 8 | 37.00 | 730x432x596 | 11.5 | 13.0 | 149 | 293 |

1. ORIGIN: CHINA
2. DELIVERY: 30~45 DAYS UPON RECEIPT OF THE FIRM ORDER AND L/C.
3. PAYMENT: BY IRREVOCABLE LETTER OF CREDIT OR T/T IN ADVANCE.
4. RATES ARE SUBJECT TO FINAL CONFIRMATION

(13)



LIBRARY OF CONGRESS

Copyright Office of the United States

WASHINGTON

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled CLOE DOLL CONFIGURATION, ACCESSORIES AND PACKAGING registered under number VA 1-090-289.

THIS IS TO CERTIFY ALSO that the attached photocopies are a true representation of the work entitled CLOE DOLL CONFIGURATION, ACCESSORIES AND PACKAGING deposited in the Copyright Office on July 18, 2001 registered under number VA 1-090-289.

IN WITNESS WHEREOF the seal of this Office is affixed hereto on May 17, 2004

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents Section
Information and Reference Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.




M 0110165

EXHIBIT 46
PAGE 1987

**Additional Certificate (17 U.S.C. 706)**

Certificate of Registration

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-090-289

EFFECTIVE DATE OF REGISTRATION

JUN 18 2001

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

TITLE OF THIS WORK ▼

Cloe Doll Configuration, Accessories and Packaging

NATURE OF THIS WORK ▼

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

NAME OF AUTHOR ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? XX Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

Was This Author's Contribution to the Work
Anonymous? ☐ Yes X No
Pseudonymous? Yes X No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
X 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? Yes No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

Year in Which Creation of This Work Was Completed
2000
This information must be given in all cases. ◀ Year

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ February Day ▶ 12 Year ▶ 2001
United States of America ◀ Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA 91343

See instructions before completing this space.

APPLICATION RECEIVED
JUL 5 2001
ONE DEPOSIT RECEIVED
JUL 5 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED
DO NOT WRITE HERE OFFICE USE ONLY

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT 46
PAGE 1988

M 0110166

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California 90025

Area code and daytime telephone number ▶ 310 826-7474, ext. 270 Fax number ▶ 310, 826-4415

Email ▶ larant@raklaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ABC International Traders, Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lucy B. Arant Date ▶ 7-16-01

Handwritten signature (X) ▼

X Lucy B Arant

Certificate will be mailed in window envelope to this address:

Name ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent

Number/Street/Apt ▼
12424 Wilshire Boulevard, Suite 1200

City/State/ZIP ▼
Los Angeles, California 90025

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999, the filing fee for Form VA is $30.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

9

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

1999—100,000

PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

EXHIBIT 46
PAGE 1989

M 0110167

561-3

EX 561-0003


VA 1-090-289