





EXHIBIT __46__
PAGE __1991__

M 0110169

EX 561-0005

EXHIBIT 47

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-301-535

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE
EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*March 28 2005*
Month   Day   Year

*143 940 843*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**
Title of Work ▼

Cloe Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼
VA 1-090-289

Year of Basic Registration ▼
2001

Name(s) of Author(s) ▼
ABC International Traders, Inc. d/b/a MGA Entertainment, Inc

Name(s) of Copyright Claimant(s) ▼
★ ABC International Traders, Inc. d/b/a MGA Entertainment

**B**
Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___2a___   Line Heading or Description   Nature of Authorship

Incorrect Information as It Appears in Basic Registration ▼

Only "3-dimensional sculpture" box checked

Corrected Information ▼

Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number ___5___   Line Heading or Description   Previous Registration

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-289 for the Cloe Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-490 (December 22, 2003) for the Cloe Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information

Line 6a – Derivative Work
     Cloe Drawing (VA 1-218-490)

Line 6b – Material Added
     3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶  • Complete all applicable spaces (D-E) on the reverse side of this page
                • See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of ___2___ pages

Δ π EXHIBIT *202*
Deponent *Armstrong*
Date *8/1/07* Rptr. *AC*
WWW.DEPOBOOK.COM

EXHIBIT *47*
PAGE *1992*

M 0110221

EX 562-0001

* Added from C.O. records.

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| 4/25/05 | |
| FUNDS RECEIVED DATE | |
| 3/28/05 | |
| EXAMINED BY   Wme | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☒ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☑ Part II or ☐ Part C

**D**

Line 3a – Year of Completion
   Incorrect information  2000
   Corrected information  2001

Line 3b – Year of Publication
   Incorrect information  February 12, 2001
   Corrected information  At least as early as May 21, 2001

**E**

Correspondence  Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone (212) 819-8200       Fax (212) 354-8113       Email cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

**F**

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author   ☐ owner of exclusive right(s)
☐ other copyright claimant   ☑ duly authorized agent of  NGA Entertainment Inc.
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼  Carol A. Witschel                          Date ▼  4/22/05

Handwritten signature (X) ▼   Carol A Witschel

**G**

Certificate will be mailed in window envelope to this address

Name ▼
Carol A. Witschel – White & Case LLP
Number/Street/Apt ▼
1155 Avenue of the Americas
City/State/ZIP ▼
New York, New York  10036

17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev July 2002—40,000   Web Rev July 2002   Printed on recycled paper                 ☆U.S. Government Printing Office: 2002-494-422/60-060

EXHIBIT 47
PAGE 1993

562-2
M 0110222

EX 562-0002

EXHIBIT 48



121610594



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-090-290

EFFECTIVE DATE OF REGISTRATION

**JUN 1 8 2001**

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**     **NATURE OF THIS WORK ▼** See instructions

Yasmin Doll Configuration, Accessories and Packaging

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

---

**NAME OF AUTHOR ▼**
ABC International Traders, Inc. d/b/a
MGA Entertainment

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?     ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2000
◄ Year     This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ February     Day ▶ 12     Year ▶ 2001
United States of America     ◄ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA 91343

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 18 2001
ONE DEPOSIT RECEIVED
JUL 18 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

---

Δ π EXHIBIT 2613
Deponent Armstrong
Date 8/1/07   Rptr. AC
WWW.DEPOBOOK.COM

M 0110639

EXHIBIT 48
PAGE 1994

EX 563-0001

EXAMINED BY ____ 77-17

CHECKED BY ____

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ▶ ( 310 ) 826-7474, ext. 270 .          Fax number ▶ 310 , 826-4415
Email ▶ larant@raklaw.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ABC International Traders, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lucy B. Arant                                                  Date ▶ 7/16/01

Handwritten signature (X) ▼
X _Lucy B Arant_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
Number/Street/Apt ▼
12424 Wilshire Boulevard, Suite 1200
City/State/ZIP ▼
Los Angeles, California  90025

9

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000          ⊕ PRINTED ON RECYCLED PAPER          ⊕U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

EXHIBIT 48
PAGE 1995

M 0110640

563-2

EX 563-0002

VA 1-090-290

EXHIBIT **4B**
PAGE **1996**

M 0110641

563

EX 563-0003

EXHIBIT 49

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



Form CA
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1-381-536

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005
Month   Day   Year

*143 940 865*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**

Title of Work ▼

Yasmin Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼          Year of Basic Registration ▼

VA 1-090-290                                              2001

Name(s) of Author(s) ▼                                   Name(s) of Copyright Claimant(s) ▼

ABC International Traders, Inc d/b/a MGA Entertainment,   * ABC International Traders, Inc. d/b/a
Inc                                                        MGA Entertainment

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___2a___          Line Heading or Description  Nature of Authorship

Incorrect Information as It Appears in Basic Registration ▼

Only "3-dimensional sculpture" box checked

Corrected Information ▼

Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number ___5___          Line Heading or Description  Previous Registration

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-290 for the Yasmin Doll Configuration, Accessories and Packaging,
should cite to registration VA 1-218-491 (December 22, 2003) for the Yasmin Drawing, which was
registered after this basic registration but prior to the filing of this Form CA, and should include the
following additional information

Line 6a - Derivative Work
       Yasmin Drawing (VA 1-218-491)

Line 6b - Material Added
       3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page    DO NOT WRITE HERE
                • See detailed instructions   • Sign the form at Space F                   Page 1 of ___2___ pages

Δ π EXHIBIT 564
Deponent Armstrong
Date 8/1/07  Rptr. AC
WWW.DEPOBOOK.COM

EXHIBIT  49
PAGE  1998

M 0110223

EX 564-0001

* Added from C.O. records.

| FORM CA RECEIVED | | PORM CA |
|---|---|---|
| | 4/25/05 | |
| FUNDS RECEIVED DATE | | |
| | 3/28/05 | FOR |
| EXAMINED BY | | COPYRIGHT |
| | Wru | OFFICE |
| CORRESPONDENCE NO | | USE |
| | | ONLY |

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒YES ☐ NO

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☑Part B or ☐ Part C

**D**

Line 3a - Year of Completion
    Incorrect information  2000
    Corrected information  2001

Line 3b - Year of Publication
    Incorrect information  February 12, 2001
    Corrected information  At least as early as May 21, 2001

Correspondence Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone ( 212 ) 819-8200    Fax (212) 354-8113    Email cwitschel@whitecase.com

**E**

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant  ☑ duly authorized agent of  MGA Entertainment Inc.
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**F**

Typed or printed name ▼ Carol A. Witschel          Date ▼ 4/22/05

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address | Name ▼ |
|---|---|
| | Carol A. Witschel — White & Case LLP |
| | Number/Street/Apt ▼ |
| | 1155 Avenue of the Americas |
| | City/State/ZIP ▼ |
| | New York, New York  10036 |

**G**

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev. July 2000—20 000   Web Rev. July 2002   Printed on recycled paper

U.S. Government Printing Office 2002-461-423/69 100

EXHIBIT 49
PAGE 1999

964-2

M 0110224

EX 564-0002



Copyright Office
of the United States

THIS IS TO CERTIFY that the attached . . . . . . . . . . . . . . . . is a . . . . of copyright . . . . the work entitled JADE DOLL, CONFIGURATION, ACCESSORIES AND PACKAGING registered . . . . . . . . . . be VA 1-090-287

THIS IS TO CERTIFY ALSO . . . . . . . . . . . . . . . . . . . . . . . a . . . representation . . . of the work . . . titled JADE DOLL CONFIGURATION, ACCESSORIES AND PACKAGING . . . . . . ed . . . . . . . . . . . . Office . . . . . . . . . . . registered . . . . . VA 1-090-287

IN WITNESS WHEREOF . . the seal of . . . Office . . . affixed . . . . . . . . May 1 . 2004

Re . . . . . . Copyrights

. . . . . . . . . . . . . . . . . . .
Ro . . .
Certification and Documents
Section
Information and Reference
Division

Use of this material is covered by the U. S. copyright law 17 U.S.C
. . . . et seq

△ π EXHIBIT 557
Deponent Armstrong
Date 11/03 Rptr. AC
WWW.DEPOBOOK.COM

EXHIBIT 50
PAGE 2000

M 0110155

EX 557-0001

Additional Certificate (17 U.S.C. 706)
Certificate of Registration

FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-090-287

EFFECTIVE DATE OF REGISTRATION

JUN 1 8 2001

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**TITLE OF THIS WORK ▼**

Jade D. ? Configuration , accessories and ...

**NATURE OF THIS WORK ▼**

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** ... Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   Pages ▼

**NAME OF AUTHOR ▼**
ABC International Traders, Inc. d/b/a
MGA Entertainment

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

Was this Author's Contribution to the Work
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**Year in Which Creation of This Work Was Completed**
2000
This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Month February   Day 12   Year 2001
United States of America

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA  91343

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2  pages

EXHIBIT 50
PAGE 2001

M 0110156

EX 557-0002



EXHIBIT 50
PAGE 2002

M 0110157

EX 557-0003

EXHIBIT 50

PAGE 2003

M 0110158

EX 557-0004







EXHIBIT 50
PAGE _____ 0004

M 0110159

EX 557-0005

EXHIBIT 51

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1–301–533**

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE
EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION
*March 28 2005*
Month   Day   Year

*143 940 854*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**
Title of Work ▼
Jade Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼
VA 1-090-287

Year of Basic Registration ▼
2001

Name(s) of Author(s) ▼
ABC International Traders, Inc d/b/a MGA Entertainment, Inc

Name(s) of Copyright Claimant(s) ▼
ABC International Traders, Inc. d/b/a MGA Entertainment

**B**
Location and Nature of Incorrect Information in Basic Registration ▼
Line Number ___2a___   Line Heading or Description ___Nature of Authorship___

Incorrect Information as It Appears in Basic Registration ▼
Only "3-dimensional sculpture" box checked

Corrected Information ▼
Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number ___5___   Line Heading or Description ___Previous Registration___

Amplified Information and Explanation of Information ▼
"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-287 for the Jade Doll Configuration, Accessories and Packaging,
should cite to registration VA 1-218-487 (December 22, 2003) for the Jade Drawing, which was
registered after this basic registration but prior to the filing of this Form CA, and should include the
following additional information

Line 6a - Derivative Work
Jade Drawing (VA 1-218-487)

Line 6b - Material Added
3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page
• See detailed instructions   Sign the form at Space F

DO NOT WRITE HERE
Page 1 of ___ pages



Δ π EXHIBIT 558
Deponent *Armstrong*
Date *8/1/07*  Rptr. *AC*
WWW.DEPOBOOK.COM



EXHIBIT 51
PAGE 2005

M 0110217

\* Added from C.O. records.

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| 4/25/05 | |
| FUNDS RECEIVED DATE | |
| 3/28/05 | |
| EXAMINED BY _WH_ | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☒ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☐ Part B or ☐ Part C

**D**

Line 3a - Year of Completion
　　Incorrect information　2000
　　Corrected information　2001

Line 3b - Year of Publication
　　Incorrect information　February 12, 2001
　　Corrected information　At least as early as May 21, 2001

**E**

Correspondence Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Phone ( 212 ) 819-8200　　Fax ( 212 ) 354-8113　　Email cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

**F**

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author　☐ owner of exclusive right(s)
☐ other copyright claimant　☒ duly authorized agent of　MGA Entertainment Inc.
　　　　　Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼ Carol A. Witschel　　　　　Date ▼ 4/22/05

Handwritten signature (X) ▼ _Carol A. Witschel_

**G**

Certificate will be mailed in window envelope to this address

Name ▼
Carol A. Witschel - White & Case LLP
Number/Street/Apt ▼
1155 Avenue of the Americas
City/State/ZIP ▼
New York, New York 10036

17 U.S.C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev July 2002—20,000　Web Rev July 2002　Printed on recycled paper

U.S. Government Printing Office 2002-481-423/60 009

EXHIBIT 51
PAGE 2006
M 0110218
558-2



*Copyright Office*
*of the United States*

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled SASHA DOLL CONFIGURATION, ACCESSORIES AND PACKAGING registered under number VA 1-090-288.

THIS IS TO CERTIFY ALSO that the attached photocopy is a true representation of the work entitled SASHA DOLL CONFIGURATION, ACCESSORIES AND PACKAGING deposited in the Copyright Office on July 18, 2001, registered under number VA 1-090-288.

IN WITNESS WHEREOF the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

Tracie M. Merman
Head
Certifications and Documents Section
Information and Reference Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

EXHIBIT 52
PAGE 0007

Δ π EXHIBIT 559
Deponent _____
Date 8/1/09 Rptr. TC
WWW.DEPOBOOK.COM

M 0110160

EX 559-0001

Additional Certificate (17 U.S.C. 706)

Certificate of Registration







FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-090-288

EFFECTIVE DATE OF REGISTRATION

JUN 18 2001

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

TITLE OF THIS WORK ▼                    NATURE OF THIS WORK ▼

Sasha Doll Configuration, Accessories and Packaging

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼        Number ▼           Issue Date ▼        On Pages ▼

---

NAME OF AUTHOR ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
      Domiciled in ▶ U.S.A.

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture       ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph     ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture       ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph     ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work



NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

Year in Which Creation of This Work Was Completed
2000 ◀ Year    This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ February  Day ▶ 12  Year ▶ 2001
United States of America    ◀ Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA  91343

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.
                • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages

EXHIBIT 52
PAGE  2008

M 0110161

EX 559-0002

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ▶ (310) 826-7474, ext. 270      Fax number ▶ (310) 826-4415
Email ▶  larant@raklaw.com

CERTIFICATION* I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  ABC International Traders, Inc.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lucy B. Arant      Date▶  7/16/01

Handwritten signature (X) ▼
X  _Lucy B Arant_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
Number/Street/Apt ▼
12424 Wilshire Boulevard, Suite 1200
City/State/ZIP ▼
Los Angeles, California  90025

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000      ⟳ PRINTED ON RECYCLED PAPER      ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

EXHIBIT  52
PAGE  2009

M 0110162

559 - 3

EX 559-0003

EXHIBIT __52__

PAGE ___2010___

M 0110163

EX 559-0004







EXHIBIT ___52___

PAGE ___2011___

M 0110164

EX 559-0005

EXHIBIT 53