

Δ π EXHIBIT 560
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



Form CA
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1-301-534

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE
EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*143 940 887*

*March 28 2005*
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**
Title of Work ▼
Sasha Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼
VA 1-090-288

Year of Basic Registration ▼
2001

Name(s) of Author(s) ▼
ABC International Traders, Inc d/b/a MGA Entertainment, Inc

Name(s) of Copyright Claimant(s) ▼
ABC International Traders, Inc. d/b/a MGA Entertainment

**B**
Location and Nature of Incorrect Information in Basic Registration ▼
Line Number   2a   Line Heading or Description   Nature of Authorship

Incorrect Information as It Appears in Basic Registration ▼
Only "3-dimensional sculpture" box checked

Corrected Information ▼
Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number   5   Line Heading or Description   Previous Registration

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-288 for the Sasha Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-488 (December 22, 2003) for the Sasha Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information

Line 6a - Derivative Work
      Sasha Drawing (VA 1-218-488)

Line 6b - Material Added
      3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶   • Complete all applicable spaces (D-R) on the reverse side of this page   • See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT   53
PAGE   2012

M 0110219

EX 560-0001

☆ Added from C.O. records.

| FORM CA RECEIVED | FORM CA |
|---|---|
| 4/25/05 | |
| **FUNDS RECEIVED DATE** | |
| 3/28/05 | |
| **EXAMINED BY** Wm | **FOR COPYRIGHT OFFICE USE ONLY** |
| **CORRESPONDENCE** ☒ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☒ Part B or ☐ Part C

**D**

Line 3a - Year of Completion
  Incorrect information  2000
  Corrected information  2001

Line 3b - Year of Publication
  Incorrect information   February 12, 2001
  Corrected information   At least as early as May 21, 2001

**E**

Correspondence Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone ( 212 819-8200        Fax ( 212 354-8113        Email cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

**F**

Certification* I, the undersigned, hereby certify that I am the (Check only one)
  ☐ author
  ☐ other copyright claimant
  ☐ owner of exclusive right(s)
  ☒ duly authorized agent of  MGA Entertainment Inc.
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge
Typed or printed name ▼  Carol A. Witschel                    Date ▼ 4/22/05

Handwritten signature (X) ▼  Carol A Witschel

**G**

Certificate will be mailed in window envelope to this address

Name ▼  Carol A. Witschel - White & Case LLP
Number/Street ▼  1155 Avenue of the Americas
City/State/Zip ▼  New York, New York  10036

17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev July 2002—20,000  Web Rev July 2002  Printed on recycled paper                    U S Government Printing Office 2002-461-113/96 609

EXHIBIT  53
PAGE  2013

M 0110220

560-2

EX 560-0002



EXHIBIT 55





EXHIBIT 57



EX 17558

EX 1108

30.26

EXHIBIT 57
PAGE ____



EXHIBIT 58
PAGE 3018

EXHIBIT 59



EXHIBIT 60



EXHIBIT 60
PAGE 2020

EXHIBIT 61



EXHIBIT 61
PAGE 0071

EXHIBIT 62

Page 1 of 3

**Bonnie Blume**

**From:** Isaac Larian (Do Not Use)
**Sent:** Monday, June 30, 2003 2:24 PM
**To:** Isaac Larian (Do Not Use); Bonnie Blume
**Subject:** FW: Interview with Isaac

BELOW

-----Original Message-----
**From:** Sam Phillips [mailto:samphillips@dial.plpex.com]
**Sent:** Friday, June 27, 2003 1:02 AM
**To:** dmalacrida@mgae.com
**Subject:** Interview with Isaac

Dear Dave

Here's an idea of things I'd like to discuss with Isaac for License Europe magazine:

The history of MGA Entertainmnet and the corporate culture (private/public; core business etc)

MGA IS A PRIVATE COMPANY ESTALBLISHED IN 1979
Isaac's background - how he became involved in the toy business etc

CAME TO THE USA AT 17 WITH $750 IN MY POCKET, HAVE A CIVIL ENGINEERING DEGREE, STARTED THE COMPANY SELLING GIFT ON MAIL ORDER AND THEN CONSUMER ELECTRONICS. ESTABLISHED TOYS ( MGA) IN 1987 WITH NINTENDO.
(Dave if you have anything you could send me on these topics in advance I'd be very grateful - I have looked online but in vain!)

How did Bratz evolve?

THEY EVLVED AS A CHLANGE BY A WALMART BUYER TO DESIGN AND BRING A PRODUCT THAT WILL BEAT BARBIE.
At what point did you know it would be a global hit?

RIGHT FROM THE BEGINNING WHEN WE DID FOCUS GROUP STUDIES.
Why do you think it hit the spot so successfully?

BECAUSE IT GIVES LITTLE GIRLS WHAT THEY ARE LOOKING FOR: REALISIM ( 10.5" AND NOT 11.5), FASHIONABLE , A LIFE STYLE STATEMNET, WHAT THEY WEAR NOW.
Why was it the right time?

GIRLS AGES OF 7-11 HAVE BEEN LOOKING FOR A LONG TIME FOR A DOLL TO REPLACE THE "BABISH" BARBIE . NOBODY GAVE THEM WHAT THEY ENVISIONED TILL BRATZ CAME TO THE MARKET.
What do you think about it being so popular internationally - Spain, Scandinavia, etc?

BRATZ ARE THE NO 1 FASHION DOLL IN SPAIN, UK, FRANCE, SCANDINIVA, ITALY,

Exhibit no. 630
Date: 4/30/07
Nolacrida B. Pyburn

6/30/2003
**Confidential - Attorney's Eyes Only**

EXHIBIT U2
PAGE 0022

MGA 0860577

630.1

EX 630-0001

Page 2 of 3

ETC.

IN SPAIN, BARTZ NOW HAVE A MUCH BIGGER MARKET SHARE THAN BARBIE.

BUT NOT ONLY DOLLS ARE DOING GREAT. THANKS TO GREAT LICENSING PARTNERS LIKE KIDS ENTERTAINMENT IN SCANDINVIA AND TLC IN THE UK, BRATZ LICENSED PRODUCTS ARE SOME OF HOTTEST SOUGHT AFTER PRODUCTS OUT THERE.

I'd like to know more about Isaac's insight into the girls' marekt and how this translated into the Bratz phenomenon.

How has the Bratz phenomenon affected your company and how will it impact the company and toy business long term?
MGA WAS GROWING 30-40% PER YEAR PRIOR TO BRATZ. THIS GROWTH WAS FULED BY PRODUCT INNOVATION. WITH BRATZ THE GROWTH HAS BEEN MORE THAN 200-300%. THE TOY BUSINESS AS A WHOLE DOES NOT GROW MORE THAN 2% PER YEAR. SO , OUR GROWTH IS COMING AT THE EXPENSE OF OTHER TOY COMPANIES LIKE MATTEL.

What's your strategy for the growth of Bratz globally?

BY COUNTIBNUING PRODUCTION INOVATION, MAINTAINING QUALITY AND AGGRESSIVE MARKETING.
How will MGA manage its success?

WITH SOURNDING OURSELVES WITH PASSIONABLE PEOPLE.

Had you been a licensor before?

NO. THIS IS THE FIRST TIME. BUT WE HAVE BEEN A LICENSEE MANY TIMES.
Was Bratz part of a conscious decision to become one?
YES.

What is your view of the licensing business as a whole and how it serves kids?

IT IS GREAT. THE KIDS TODAY ARE BRAND CONSIOUSE AND IF YOU HAVE A PROPERTY LIKE BRATZ THEY WILL BUY THE GOODS AS LONG AS THEY ARE GETTING THE QUALITY THEY HAVE COME TO EXPECT FROM THE BRAND.
Where do you think the greatest innovation is in licensing (and toys) at the moment?
IN NEW PROPERTIES LIKE BRATZ AS WELL AS RETRO, EVERGREEN'S LIKE CARE BEAR, TMNT. MARVEL DID A GREAT JOB WITH SPIDERMAN AND I HOPE THEY COUNTINUE WITH THAT.

Do you believe in 'brand building'?'

ABSOULTELY. WE ARE TOUGH ON PRODUCT APPROVAL AND WE DO THIS TO BUILD THE BRATZ BRAND. WE HAVE LAUNCHED 3 NEW BRNADS AT THE LICENSING SHOW ( SP, BOYZ, L'LL BRATZ) AND WE HAVE MORE ON THE WAY.

I'd like to discuss the toy licensing arena in the light of Bratz doing the unthinkable (rivalling Barbie) - such as the copycat ideas coming up, how it changes retailers' outlook etc

6/30/2003

Confidential - Attorney's Eyes Only

EXHIBIT __02__     MGA 0860578

PAGE __2023__     630.2

EX 630-0002

IT IS UNFORTUNATE THAT BIG TOY COMPANIES WITH UNLIMITED RESOURCES RESORT TO IMMITATION RATHER THAN PRODUCT INNOVATION. BUT, WE BELIEVE THAT CONSUMERS ARE SMART AND WILL WANT TO ORIGINAL BRAND.

There's a stream of consciousness from me - I know that we'll get diverted onto other interesting topics. Ideally, if we could have an hour - just in case we need that long.  Monday, Tues, Weds next week still good for me if that suits Isaac.
I'm sorry we didnt' meet in New York!

Look forward very much to hearing from you - thanks for your help
Best wishes
Sam

+ 4 (0)1672 871274
www.licenseeurope.com

Confidential - Attorney's Eyes Only

EXHIBIT __U2__
PAGE __2024__

MGA 0860579

630.3

EX 630-0003

EXHIBIT 63

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 64



EXHIBIT 64
PAGE 3036

M-CS 00087

EX 13761-0001



JUNE 2005

# What's Up With Bratz?

## Isaac Larian's **DIVAESQUE** dolls are the latest in a line of **TOY ENTERTAINERS**

One never knows where the next good idea is going to come from. Isaac Larian was running a company that imported and distributed electronic gizmos six years ago when a buyer from Wal-Mart told him the retail chain was eager to find a fashion doll that could compete with Mattel's Barbie. Ever the entrepreneur, Larian immediately set to work, and the first Bratz doll hit store shelves in 2001.

In the ensuing years, Bratz has become a toy phenomenon, with MGA now "the largest independently owned toy company in the world," according to Larian. Sales, he says, topped $1 billion in 2004 at retail, including revenue from 30,000 Wal-Mart outlets. (Because the company is privately held, there is no public accounting.)

Larian's 10-inch knockouts with bee-stung lips, thigh-length hair and removable feet have continued to be a top seller among their core demographic: girls ages 7-11.

Along the way, the toy mogul has caught the attention of Hollywood.

"Isaac Larian is a visionary entrepreneur," says Jim Gianopulos, co-chairman of Fox Filmed Entertainment, which has entered into an agreement to make movies and TV shows with MGA.

"He understands consumers, the retail infrastructure and creative properties, which is a great combination. We're delighted to be in business with them."

In addition, the product line has turned into a major licensing success story. MGA won best character brand license and overall license of the year honors last year from the International Licensing Industry Merchandisers Assn., which nominated the company again in those categories (and three more) for its Licensing International 2005 show, running June 21-23 at New York's Jacob K. Javits Convention Center.

With more than 350 licensees worldwide, MGA enjoys a healthy flow of third-party income. While the flagship doll line generates substantial revenue, Larian estimates that licensing accounts for about half of his company's revenue and possibly a greater share of its profits.

"You can't really compare (licensing revenue with product revenue) because with licensing we get royalties, and there is very little cost — only that of doing the approvals and things like that," he notes, underscoring why licensing should be an important part of the long-term growth plan of any company with original content or an appropriate brand. "Our licensing strategy has evolved. You need the right property to be able to do it, and, of course, we always wanted to — we had big hopes, big dreams."

His dreams came true. "Today, it is huge for us," Larian concedes, noting that MGA's licensing revenue increased 30%-40% during the first four months of this year, compared with January-April 2004, largely because of increased sales of licensed goods (as opposed to more licensees). For the same period, he cites NPD figures that show sales of Bratz dolls up 17%.

"A lot of people initially thought Bratz was going to be a fad, here and gone, but we're doing better than ever. The brand is

Jade

Sasha

2   www.hollywoodreporter.com

EXHIBIT __64__
PAGE __2027__

M-CS 00088

EX 13761-0002