

licensing spotlight: mga

**Isaac Larian**

bigger than ever before," Larian says with no small satisfaction.

Adds Cindy Elfenbein, MGA's vp retail business development: "Kids have changed, and there's a whole new consumer out there. They've been waiting for a new line. No one took a chance on this more than MGA. Barbie hasn't changed over the years; she's still sleek and big-breasted. Kids want something they can relate to with a sense of style, fashion and character. Bratz have attitude."

The core product line is flourishing. MGA lead designer Paula Garcia and her team churn out roughly 12 Bratz lines a year — from the Asian-inspired Tokyo a Go-Go to the Rock Angelz line, set to debut in August.

Now, the sassy little upstarts are on their way to becoming multimedia stars, segueing into direct-to-video DVDs, a TV series and a feature in the works through Fox, as well as CDs through Universal Music Enterprises and video games debuting in the fall via THQ Interactive. Those initiatives will dovetail with the Rock Angelz rollout and will be backed by the company's biggest marketing campaign to date, estimated at $50 million.

In September, a Bratz fashion magazine will hit U.S. newsstands. A U.K. version swept that country during its 11-month run, with circulation topping out at 100,000.

Led by a 15-member licensing team at MGA headquarters in

Van Nuys, Calif., the Bratz brand is expanding at record pace. The company signed its first licensing apparel deal at Licensing International 2001, before the dolls had even hit the market.

Two-thirds of MGA's deals are international, and the company employs agents to seek out foreign licensees. Once a licensee signs on, MGA works closely with them to ensure that designs on the various products stay true to the specs of the brand. "Computers and digital files have made all of that a whole lot easier," MGA executive vp worldwide licensing Sid Kaufman says.

During the first submission stage, MGA looks at the overall product and gives licensees ideas via an approval form. Once approved, the product is categorized as hard goods (publishing, party goods, electronics, etc.) or soft goods (wearable items).

Next comes the strike-off stage, in which the printing quality is examined. Once approved, the soft goods go into preproduction, and the hard

Chloe

See BRATZ on page 20

# Face Time

## The IMAGES of Bratz appear on everything from LIP GLOSS to BOARD GAMES

Thanks to the ever-growing Bratz brand, MGA Entertainment has become a global product-licensing powerhouse: The company is partnered with 350 licensees, more than half of which are international.

"Bratz licensees are subject to an extensive evaluation and must be financially solid companies who are leaders in their individual categories," MGA executive vp worldwide licensing Sid Kaufman says. "They must have proven product-development capabilities, strong distribution and retail relationships and an aggressive sales-and-marketing orientation." Kaufman highlights a few of MGA's licensees, noting why they are right for the Bratz line.

| | | |
|---|---|---|
| Accessory Network | Bags | "It's a top licensee in the category with excellent product and retail distribution." |
| Hasbro | Board games | "[Twister Is] the right product for Bratz." |
| Hershey Mexico | Candy lip gloss | "It's a great product from a terrific company." |
| Jerry Leigh | Apparel | "They have wonderful design with complete distribution in mass, mid and upper markets." |
| Leapfrog | Learning products | "Leapfrog is a marquee partner for learning products." |
| Penguin | Publishing | "They are committed to developing a range of books expanding on the characters and themes used in the doll lines." |
| THQ | Interactive games | "They were looking to develop a franchise for for the tween girls market, and they're one of the largest publishers and distributors in the world." |
| Titan | Magazine | "Titan is a successful U.K. licensee that's able to expand into North America. They have great editorial (content) and outstanding working relationships with magazine publishers around the world." |

— Christina MacDonald

Roxxi

EXHIBIT 64
PAGE 2028

M-CS 00089

EX 13761-0003

licensing spotlight: mga  JUNE 2005

## Bratz

*Continued from page 3—*

goods get final art. Then, during the final production stage, the licensing department closely examines 10-12 samples before final distribution.

"This is not a character where you take a piece of art and throw it on your garment because we're talking to a tween girl that's going through that self-expression period, and it's an identity," Kaufman says. "What we try to do is every time we come out with a new style guide, we meet in mass with our licensees and present them our rationale and our product boards. We always ask ourselves: How do I make this product appeal to this untapped, underdeveloped market? Because it's so particular."

MGA also puts its employees on the ground so that they can understand the sensibilities of foreign markets and design localized programs with main branding themes The dolls might have different price points or names depending on the region.

When searching out domestic licensees, MGA's team is out on the floor — asking buyers who they like to work with, looking at the quality and innovation of the products and evaluating whether a certain company will be able to satisfy the terms and conditions MGA demands.

"A big aspect is whether they understand fashion and (whether they're) going to push themselves and think outside of the box," MGA domestic licensing director Marcy George says.

"We try to find the partners that interpret our brand best."

When asked about the company's future licensing plans, Kaufman says the trend is toward private labels at retail and less space for licensed goods. His goal is to sustain MGA's core program and supplement it with the right products.

"We try to provide leadership for the brand, and it's a precarious thing because any kink in the armor has potential vulnerabilities," Kaufman says. "We are a serious competitor, and because we are new, we have to be ahead of the curve — and not just in performance."

Much of this commitment involves protecting the Bratz brand, including the dolls and licensed products, from infringement. MGA scours major trade shows for infringement violations, and it has agents in foreign territories on the lookout for copycats.

The company's in-house legal department handles not only its infringement cases but also its licensing deals.

While a crystal ball has yet to be added to the list of upcoming toys on MGA's slate, it's safe to predict that the Bratz brand will be around for a while. Does the brand have the potential to become a successful "retro" property? George is confident that the Bratz might never have to make a comeback because they might never leave the scene.

"Bratz is never generic, basic or doing the same theme season after season," she says. "The possibilities are endless with this hugely successful brand. We believe the Bratz brand will endure for decades, continuously, as long as we keep it fresh." ∎



Congratulations BRATZ

Thanks for a fantastic partnership over the past years. We are proud to represent the strongest girl's brand in the Nordic region of Europe and look forward to many years of success to come!

- More than 2 millions dolls sold in the Nordic region since launch in 2002.
- That is about 2.7 dolls per 6-10 year-old girl.
- Bratz retail value is more than $65 million.
- Market share is between 45% and 70%.
- More than 20 licensing contracts covering the Nordic area.


KIDZ ENTERTAINMENT



For more information about Kidz Entertainment, please contact us at 453 355 6000 or mp@kidz entertainment.com



20

EXHIBIT 64
PAGE 2029

M-CS 00090

EX 13761-0004

EXHIBIT 65

**149003973**

to change.
ight Office
e the Copy-

**⊙ Form VA**
For a Work of the Visual Arts

**VA 1-340-165**

EFFECTIVE DATE OF REGISTRATION

**JAN 2 5 2006**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼

BRATZ PASSION 4 FASHION PACKAGING STYLE GUIDE FALL 2006

NATURE OF THIS WORK ▼ See Instructions

Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

NAME OF AUTHOR ▼

**a** MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in USA

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☑ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

Name of Author ▼

**b**

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed    2005

**b** Date and Nation of First Publication of This Particular Work
Month October    Day 31    Year 2005
United States of America    Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 2 5 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 2 5 2006
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages

Δ π EXHIBIT 567
Deponent Armstrong
Date 5/1/07 Rptr. AC
WWW.DEPOBOOK.COM

EXHIBIT 65
PAGE 2030

M 0110231

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

a  See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New artwork and text

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**7**

MGA ENTERTAINMENT, INC.          DA 92613

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

b

Area code and daytime telephone number  ( 818 ) 894-2525          Fax number  ( 818 ) 895-0771
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

**8**

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment, Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SAM KHARE          Date  1/23/06

Handwritten signature (X) ▼
x  _Sam Khare_

| Certificate will be mailed in window envelope to this address: | Name ▼ IP Department, MGA ENTERAINMENT, INC. | **9** |
| | Number/Street/Apt ▼ 16380 Roscoe Boulevard | |
| | City/State/ZIP ▼ Van Nuys, CA 91406 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000  Web Rev: June 2002  ⊕ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029

EXHIBIT __65__
PAGE __2031__

567-2
M 0110232

EX 567-0002



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled YASMIN DRAWING registered under number VA **1-218-491**.

THIS IS TO CERTIFY ALSO that the attached photocopies are a true representation of the work entitled **YASMIN** DRAWING deposited in the Copyright Office on December 22, 2003 registered under number VA 1-218-491.

IN WITNESS WHEREOF the seal of this Office is affixed hereto on May 17 2004

Marybeth Peters
Register of Copyrights

By:   Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.



**M 0110198**

EXHIBIT 66
PAGE 2032

Additional Certificate (17 U.S.C. 706)

Certificate of Registration





**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-218-491**

EFFECTIVE DATE OF REGISTRATION

**DEC 2 2 2003**

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**1** Title of This Work ▼
YASMIN Drawing

NATURE OF THIS WORK ▼ See instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼
Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ U.S.A ___
     { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NOTE**

Under the law the author of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

Nature of Authorship  Check appropriate boxes See Instructions
☐ 3 Dimensional sculpture    ☐ Map              ☐ Technical drawing
☑ 2 Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship  Check appropriate boxes See Instructions
☐ 3 Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
1998
This information must be given in all cases

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month February  Day 12  Year 2001
U.S.A.  Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA 91343 6122

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions      Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __2__ pages

---

EXHIBIT __66__
PAGE __2033__

M 0110199

EX 511-0002

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| | CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☑ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

a
See instructions before completing this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Larry W McFarland Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills California 90212

b

Area code and daytime telephone number    ( 310 ) 248 3830    Fax number    ( 310 ) 860 0363

Email lmcfarland@kmwlaw com

**CERTIFICATION\*** I the undersigned hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of MGA Entertainment Inc
Name of author or other copyright claimant or owner of exclusive right(s) A

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Larry W McFarland    Date December 16 2003

Handwritten signature (X) ▼

X _[signature]_

| Certificate will be mailed in window envelope to this address | Name ▼ Larry W McFarland Keats McFarland & Wilson LLP | **9** |
| --- | --- | --- |
| | Number/Street/Apt ▼ 9720 Wilshire Boulevard Penthouse Suite | |
| | City/State/ZIP ▼ Beverly Hills California 90212 | |

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000 Web Rev June 2002 ⊛ Printed on recycled paper    US Government Printing Office 2000-461 113/20 021

EXHIBIT 66
PAGE 2034

M 0110200

EX 511-0003

VA 1-218-491



M 0110201

EXHIBIT 66
PAGE 2035

EX 511-0004



EXHIBIT __66__
PAGE ___2036___

M 0110202

EX 511-0005

EXHIBIT 67

149003995

C... ...to change.
F... ...ght Office
w... ...the Copy-
ri...

**Form VA**

VA 1–340–167

REGIST

EFFECTIVE DATE OF REGISTRATION

**JAN 2 5 2006**

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼

BRATZ ROCK ANGELZ PACKAGING STYLE GUIDE FALL 2005

NATURE OF THIS WORK ▼ See Instructions

Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** NAME OF AUTHOR ▼

**a** MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in USA

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?    ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☒ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed    2005    ◄ This information must be given ONLY if this work has been published.

Date and Nation of First Publication of This Particular Work
Complete this information Month January    Day 19    Year 2005
United States of America    Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

APPLICATION RECEIVED
**JAN 2 5 2006**
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
**JAN 2 5 2006**
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE
• See detailed instructions.    • Sign the form at line 8.    Page 1 of ___ pages



Δ π EXHIBIT 5168
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM



EXHIBIT 67
PAGE 2037

M 0110233

EX 568-0001

| EXAMINED BY | PB | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New artwork and text

**6**

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                      Account Number ▼

MGA ENTERTAINMENT, INC.                    DA 92613

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Area code and daytime telephone number   ( 818 ) 894-2525        Fax number   ( 818 ) 895-0771

Email

**7**

a

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ►

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SAM KHARE                                                      Date   1/23/06

Handwritten signature (X) ▼

X   [signature]

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼  IP Department, MGA ENTERTAINMENT, INC. |
| | Number/Street/Apt ▼  16380 Roscoe Boulevard |
| | City/State/ZIP ▼  Van Nuys, CA 91406 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ❀ Printed on recycled paper        U.S. Government Printing Office

EXHIBIT 67
PAGE 2038

568-2

M 0110234

EX 568-0002

EXHIBIT 68

Co[...] change.
Fo[...] ght Office
we[...] the Copy-
rig[...]

149

**Form VA**
For a Work of the Visual Arts

VA 1–340–168

EFFECTIVE DATE OF REGISTRATION

**JAN 25 2006**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
Title of This Work ▼

BRATZ GENIE MAGIC STYLE GUIDE

NATURE OF THIS WORK ▼ See Instructions

Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼
MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in __USA__ }

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map           ☐ Technical drawing
☑ 2-Dimensional artwork     ☐ Photograph    ☑ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____ }

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2005
This information must be given Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month __March__  Day __30__  Year __2005__
ONLY if this work has been published.
__United States of America__     Nation

---

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 25 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 25 2006
FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

---

EXHIBIT **68**
PAGE **2039**



Δ π EXHIBIT 569
Deponent Armstrong
Date 8/1/09 Rptr. AC
WWW.DEPOBOOK.COM

M 0110235

EX 569-0001

| EXAMINED BY | RB | **FORM VA** |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | **FOR COPYRIGHT OFFICE USE ONLY** |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New artwork and text

**6**

See instructions before completing this space.

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼       Account Number ▼

MGA ENTERTAINMENT, INC.       DA 92613

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Area code and daytime telephone number ( 818 ) 894-2525       Fax number ( 818 ) 895-0771

Email

**7**

a

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of MGA Entertainment, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SAM KHARE       Date 1/23/06

Handwritten signature (X) ▼

X

**8**

| | |
| Certificate will be mailed in window envelope to this address: | Name ▼<br>IP Department, MGA ENTERAINMENT, INC.<br><br>Number/Street/Apt ▼<br>16380 Roscoe Boulevard<br><br>City/State/ZIP ▼<br>Van Nuys, CA 91406 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev: August 2003—30,000 Web Rev: June 2002 ☺ Printed on recycled paper       U.S. Government Printing Office: 2000-458-608/60,028

EXHIBIT 68
PAGE 2040

569-2

M 0110236

EX 569-0002

EXHIBIT 69

Cop-
For
web
righ

149003940

change.
.t Office
e Copy-

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–340–169**

EFFECTIVE DATE OF REGISTRATION

**JAN 2 5 2006**

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼

BRATZ GENIE MAGIC PACKAGING STYLE GUIDE SPRING 2006

NATURE OF THIS WORK ▼ See Instructions

Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

**a**

NAME OF AUTHOR ▼

MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country

OR { Citizen of _____
Domiciled in   USA

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☒ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☒ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country

OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a**

Year in Which Creation of This Work Was Completed
2005

This information must be given in all cases.

**b**

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month   May    Day   18    Year   2005
United States of America    Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 2 5 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
JAN 2 5 2006
FUNDS RECEIVED

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ Pages



Δ π EXHIBIT 570
Deponent Armstrong
Date 8/1/07 Rptr. PC
WWW.DEPOBOOK.COM

EXHIBIT 69
PAGE 2041



M 0110237

| EXAMINED BY | DB | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**   **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New artwork and text

**6**

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**   **Account Number ▼**

MGA ENTERTAINMENT, INC.   DA 92613

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Area code and daytime telephone number ( 818 ) 894-2525   Fax number ( 818 ) 895-0771

Email

**7**

a

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of MGA Entertainment, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SAM KHARE   Date 1/23/06

Handwritten signature (X) ▼

X

**8**

**Certificate will be mailed in window envelope to this address:**

**Name ▼**
IP Department, MGA ENTERAINMENT, INC.

**Number/Street/Apt ▼**
16380 Roscoe Boulevard

**City/State/ZIP ▼**
Van Nuys, CA 91406

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Prev. August 2003—30,000   Web Rev. June 2002   ⊕ Printed on recycled paper   U.S. Government Printing Office: 2003-494-805/60,029

EXHIBIT 67
PAGE 2042

570-2

M 0110238

EX 570-0002

EXHIBIT 70

149003984

Cop___ ___change.
For ___ ___t Office
web___ ___e Copy-
right

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG   VA 1–340–170

EFFECTIVE DATE OF REGISTRATION

**JAN 2 5 2006**
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
BRATZ PASSION 4 FASHION STYLE GUIDE

NATURE OF THIS WORK ▼ See Instructions
Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NAME OF AUTHOR ▼
**a** MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☒ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2005
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month August   Day 29   Year 2005
United States of America   Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 2 3 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
JAN 2 5 2006
FUNDS RECEIVED

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages



Δ π EXHIBIT 571
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

EXHIBIT 70
PAGE 2042

M 0110239

EX 571-0001

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New artwork and text

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼
MGA ENTERTAINMENT, INC.                    DA 92613

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Area code and daytime telephone number  ( 818 ) 894-2525          Fax number  ( 818 ) 895-0771
Email

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  MGA Entertainment, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SAM KHARE                                                    Date  1/23/06

Handwritten signature (X) ▼
X  _Sam Khare_

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ IP Department, MGA ENTERTAINMENT, INC. |
| | Number/Street/Apt ▼ 16380 Roscoe Boulevard |
| | City/State/ZIP ▼ Van Nuys, CA 91406 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊕ Printed on recycled paper          U.S. Government Printing Office: 2003-496-606/80,028

EXHIBIT  70
PAGE  2043

571 - 2

M 0110240

EX 571-0002