EXHIBIT 71



Copyright
For curr
website a
right Offic

147900013

Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

RE    VA 1-334-487

EFFECTIVE DATE OF REGISTRATION

Feb 1 2006

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼

BRATZ CAMPFIRE PACKAGING STYLE GUIDE HOLIDAY 2005

NATURE OF THIS WORK ▼ See instructions

Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2** NAME OF AUTHOR ▼

**a** MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
{ Domiciled in   USA

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☑ 2-Dimensional artwork       ☐ Photograph     ☑ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
{ Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**3 a** Year in Which Creation of This Work Was Completed
2005     Year   In all cases.

This information must be given

**b** Date and Nation of First Publication of This Particular Work
Complete this information   Month  March  Day  31  Year  2005
ONLY if this work has been published.     United States of America     Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 01

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 0 1 2006

FUNDS RECEIVED

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

Δ π EXHIBIT 572
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

EXHIBIT 71
PAGE 2044

M 0110227

EX 572-0001

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

**a**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New artwork and text

**b**

**6**

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼        **Account Number** ▼

MGA ENTERTAINMENT, INC.        DA 92613

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

**b**

Area code and daytime telephone number  ( 818 ) 894-2525        Fax number  ( 818 ) 895-0771

Email

**7**

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SAM KHARE        Date  1/31/06

Handwritten signature (X) ▼

X _Sam Khare_

**8**

---

**Certificate will be mailed in window envelope to this address:**

**Name** ▼
IP Department, MGA ENTERTAINMENT, INC.

**Number/Street/Apt** ▼
16380 Roscoe Boulevard

**City/State/ZIP** ▼
Van Nuys, CA 91406

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⟳ Printed on recycled paper        U.S. Government Printing Office: 2003-496-605/60,029

EXHIBIT 71
PAGE 2045

572-2

M 0110228

EX 572-0002

EXHIBIT 72

Copyright
For curre
website a
right Off



147900024

e.
ce
y-



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-334-488**

EFFECTIVE DATE OF REGISTRATION

Feb ___ 2006
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

BRATZ OOH LA LA PACKAGING STYLE GUIDE HOLIDAY 2005

NATURE OF THIS WORK ▼ See instructions

Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

NAME OF AUTHOR ▼

**a**  MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
      Domiciled in USA

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☒ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
      Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a**  Year in Which Creation of This Work Was Completed
2005
Year    in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information Month February Day 18 Year 2005
ONLY if this work has been published.
United States of America    Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

APPLICATION RECEIVED
FEB 01 2006
ONE DEPOSIT RECEIVED
FEB 01 2006
TWO DEPOSITS RECEIVED
FEB 01 2006
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

---



Δ π EXHIBIT 573
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

EXHIBIT 72
PAGE 2046

M 0110229

EX 573-0001

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  ☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New artwork and text

**6**
a
b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼
MGA ENTERTAINMENT, INC.          DA 92613

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

b

Area code and daytime telephone number   ( 818 ) 894-2525          Fax number   ( 818 ) 895-0771
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   MGA Entertainment, Inc.
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SAM KHARE          Date   1/31/06

Handwritten signature (X) ▼
X

Certificate will be mailed in window envelope to this address:

Name ▼
IP Department, MGA ENTERTAINMENT, INC.
Number/Street/Apt ▼
16380 Roscoe Boulevard
City/State/ZIP ▼
Van Nuys, CA 91406

**9**

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—60,000   Web Rev: June 2002   ☺ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,026

EXHIBIT  72
PAGE  2047          573-2          M 0110230

EX 573-0002

EXHIBIT 73



...ject to change
...opyright Office
...write the Copy-
...00

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1-301-529

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**
Title of Work ▼
Jade Drawing

Registration Number of the Basic Registration ▼
VA 1-218-487

Year of Basic Registration ▼
2003

Name(s) of Author(s) ▼
Carter Bryant

Name(s) of Copyright Claimant(s) ▼
MGA Entertainment, Inc

**B**
Location and Nature of Incorrect Information in Basic Registration ▼
Line Number  3b  Line Heading or Description  Date of Publication

Incorrect Information as It Appears in Basic Registration ▼
February 12, 2001

Corrected Information ▼
at least as early as May 21, 2001

Explanation of Correction ▼

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number  Line Heading or Description
Amplified Information and Explanation of Information ▼



Ⓐ π EXHIBIT 5060
Deponent ARMSTRONG
Date 7/18/07 Rptr. ACC
WWW.DEPOBOOK.COM

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page
• See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of 2 pages

73
PAGE 2048

M 0110209

EX 506-0001

FORM CA RECEIVED

**MAR 28 2005**

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION    ☒ YES ☐ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET
Continuation of ☐ Part B or ☐ Part C

**D**

Correspondence Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone ( 212 )  819-8200          Fax ( 212 )  354-8113          Email  cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name:

Account Number _____ A 5 - 113

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author   ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of   MGA Entertainment Inc.
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
· of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼  Carol A. Witschel                              Date ▼
                                                                        March 24, 2005

Handwritten signature (X) ▼  Carl A. Witschel

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼  Carol A. Witschel - White & Case LLP
Number/Street ▼  1155 Avenue of the Americas
City/State/Zip ▼  New York, New York  10036

**G**

Rev July 2002—20,000 Web Rev July 2002 Printed on recycled paper

U.S. Government Printing Office 2002 491-423/60 009



EXHIBIT  73
PAGE  2049

M 0110210

EX 506-0002

EXHIBIT 74

Copyright Office fees are subject to change

yright Office
te the Copy-
)

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1-301-530

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**
Title of Work ▼
Sasha Drawing

Registration Number of the Basic Registration ▼
VA 1-218-488

Year of Basic Registration ▼
2003

Name(s) of Author(s) ▼
Carter Bryant

Name(s) of Copyright Claimant(s) ▼
MGA Entertainment, Inc

**B**
Location and Nature of Incorrect Information in Basic Registration ▼
Line Number   3b   Line Heading or Description   Date of Publication
Incorrect Information as It Appears in Basic Registration ▼
February 12, 2001

Corrected Information ▼
at least as early as May 21, 2001

Explanation of Correction ▼

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number   Line Heading or Description
Amplified Information and Explanation of Information ▼



EXHIBIT 508
Deponent ARMSTRONG
Date 7/8/07 Rptr ACC
WWW.DEPOBOOK.COM

MORE ON BACK ▶   • Complete all applicable spaces (D-M) on the reverse side of this page   DO NOT WRITE HERE
• See detailed instructions   • Sign the form at Space F   Page 1 of 2 pages

EXHIBIT 74
PAGE 2650

M 0110211

EX 508-0001

| FORM CA RECEIVED | FORM CA |
|---|---|
| **MAR 28 2005** | |
| FUNDS RECEIVED DATE | |

| EXAMINED BY | _won_ | FOR COPYRIGHT |
|---|---|---|
| CORRESPONDENCE ☒ | | OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☑ YES ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

Continuation of ☐ Part B or ☐ Part C

**D**

Correspondence Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone ( 212 )  819-8200          Fax ( 212 )  354-8113          Email  cwitschel@whitecase.com

Deposit Account. If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the (Check only one)

☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant   ☑ duly authorized agent of    MGA Entertainment Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼ Carol A. Witschel                                    Date ▼  March 24, 2005

Handwritten signature (X) ▼  _Carol A Witschel_

| Certificate will be mailed in window envelope to this address | Name ▼ Carol A. Witschel — White & Case LLP |
|---|---|
| | Number/Street/Apt ▼ 1155 Avenue of the Americas |
| | City/State/ZIP ▼ New York, New York  10036 |

**G**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev July 2002—20,000   Web Rev July 2002   Printed on recycled paper                         U.S. Government Printing Office 2002 451-526-60 000

EXHIBIT 74
PAGE 2051

M 0110212

EX 508-0002

EXHIBIT 75



... to change ... ight Office ... the Copy-


**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 1–301–531**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005

Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**
Title of Work ▼
Cloe Drawing

Registration Number of the Basic Registration ▼
VA 1-218-490

Year of Basic Registration ▼
2003

Name(s) of Author(s) ▼
Carter Bryant

Name(s) of Copyright Claimant(s) ▼
MGA Entertainment, Inc

**B**
Location and Nature of Incorrect Information in Basic Registration ▼
Line Number   3b      Line Heading or Description  Date of Publication

Incorrect Information as It Appears in Basic Registration ▼
February 12, 2001

Corrected Information ▼
at least as early as May 21, 2001

Explanation of Correction ▼

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____ Line Heading or Description _____
Amplified Information and Explanation of Information ▼

EXHIBIT 510
Deponent ARMSTRONG
Date 7/8/07 Rptr. ACC
WWW.DEPOBOOK.COM

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page • See detailed instructions. • Sign the form at Space F

EXHIBIT 75
PAGE 2052

M 0110213

EX 510-0001

FORM CA RECEIVED

MAR 2 8 2005

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE☑

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☑YES ☐ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET
Continuation of ☐ Part B or ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Phone ( 212) 819-8200      Fax ( 212) 354-8113      Email  cwitschel@whitecase.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name

Account Number

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of   MGA Entertainment Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼Carol A. Witschel                        Date ▼ March 24, 2005

Handwritten signature (X) ▼  Carol A. Witschel

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Carol A. Witschel — White & Case LLP

Number/Street ▼
1155 Avenue of the Americas

City/State/ZIP ▼
New York, New York  10036

17 U.S.C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Rev: July 2003—00,000   Web Rev July 2003   Printed on recycled paper                US Government Printing Office 2003-491-425/60 009

EXHIBIT 75
PAGE 2053

M 0110214

EX 510-0002

EXHIBIT 76

Copyright Office fees are subject to change.

~~1439-10912~~

right Office
e the Copy-

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1-381-532

| TX | TXU | PA | PAU | VA | VAU | ER | ERU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**
Title of Work ▼
**Yasmin Drawing**

Registration Number of the Basic Registration ▼
VA 1-218-491

Year of Basic Registration ▼
2003

Name(s) of Author(s) ▼
Carter Bryant

Name(s) of Copyright Claimant(s) ▼
MGA Entertainment, Inc

---

**B**
Location and Nature of Incorrect Information in Basic Registration ▼
Line Number     **3b**     Line Heading or Description **Date of Publication**

Incorrect Information as It Appears in Basic Registration ▼
February 12, 2001

Corrected Information ▼
at least as early as May 21, 2001

Explanation of Correction ▼

---

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (D–G) on the reverse side of this page       DO NOT WRITE HERE
                • See detailed instructions   • Sign the form at Space F                        Page 1 of ___ pages



Δπ EXHIBIT 512
Deponent ARMSTRONG
Date 7/8/07 Rptr. ACC
www.doctoscook.com

EXHIBIT 76
PAGE 2054

M 0110215

EX 512-0001

FORM CA RECEIVED

MAR 28 2005

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION   ☒ YES ☐ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of □ Part B or □ Part C

**D**

Correspondence  Give name and address to which correspondence about this application should be sent

Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone (212) 819-8200      Fax (212) 354-8113      Email CVitschel@whitecase.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of   MGA Entertainment Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Carol A. Witschel                          Date ▼  March 24, 2005

Handwritten signature (X) ▼  *Carol A. Witschel*

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Carol A. Witschel - White & Case LLP

Number/Street/Apt ▼
1155 Avenue of the Americas

City/State/Zip ▼
New York, New York  10036

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev July 2003—20,000   Web Rev July 2002   Printed on recycled paper          US Government Printing Office 2002-491-223/69 009

EXHIBIT ___76___
PAGE ___2055___

M 0110216

EX 512-0002

EXHIBIT 77

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 78



HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

————————

BETWEEN

    ABC INTERNATIONAL TRADERS, INC.
    doing business as MGA ENTERTAINMENT           Plaintiff

                    and

    (1) TOYS & TRENDS (HONG KONG) LIMITED

    (2) CITYWORLD LIMITED

    (3) JURG WILLI KESSELRING                 Defendants

————————

AFFIRMATION OF LEE SHIU CHEUNG

————————

    I, Lee Shiu Cheung of Room 1001, Empire Centre, 68 Mody Road, Tsimshatsui East, Kowloon, Hong Kong do solemnly, sincerely and truly affirm and say as follows: -

1.    I am the Managing Director of MGA (HK) Entertainment Ltd. (hereinafter referred to as "MGAHK"), an affiliate of ABC International Traders Inc, doing business as MGA Entertainment, the Plaintiff herein (hereinafter referred to as "MGA") and duly authorised by MGA to make this affirmation on its behalf. Unless otherwise stated, the facts and matters contained herein are true and they are either within my own personal knowledge or gleaned from books and records of MGAHK to which I have free access or supplied or related to me by Isaac Larain, the CEO of MGA.  Insofar as facts and matters that do not fall within the aforesaid category, they are related to me by the respective sources stated hereinafter and are true to the best of my information and belief.



M 0001570

EXHIBIT 78
PAGE 2070

EX 941-0001

2. MGA was originally founded in 1979 as a consumer electronics business. However, in 1987 MGA obtained exclusive rights to sell Nintendo hand held LCD games (Game Boy) in the USA and naturally, Game Boy was an instant success which paved the way for MGA to enter the toy business. MGA obtained licenses to deal with a series of action figures known as Power Rangers back in the 1990s which was again another mega success worldwide. This year MGA added Spider-Man: The Movie to its already existing collection of licences. Thus one can see that MGA is a reputable company in the toy business with substantial goodwill by successfully acquiring the aforesaid licences of these "mega hits". MGA holds a total of 17 licences and others include Hello Kitty and Coca Cola. Now produced and shown to me marked "LSC-1" is a copy of the corporate profile of MGA downloaded from its website.

3. Since 1987 MGA has primarily concentrated and focused its efforts in the toy industry and as at the date hereof, MGA has 8 product categories and they are smart toys, interactive dolls, handheld games, fashion dolls, youth electronics, music, licensed products and small dolls. In the years 2000 and 2001, MGA's revenue exceeded US$93 million and US$98 million respectively. The projected revenue for the year 2002 is US$250 million due to the success of a range of dolls known as BRATZ which is the subject matter of this action and will be dealt with in detail hereinafter. For the year 2001, the sale of BRATZ dolls, accessories and income from licence fees accounted for 22% of the total revenue of US$160 million. MGA forecasts that the sale of BRATZ dolls, accessories and income from licence fees for the year 2002 will account for 50% of the revenue for that year.

4. Toys designed and marketed by MGA have been the subject of numerous awards and prizes. However, the most successful toy designed and marketed by MGA must be the BRATZ dolls. In the year 2001, BRATZ dolls won the

2

M 0001571

941-2

EXHIBIT 78
PAGE 2071

EX 941-0002

following awards in the USA, namely, Toy of the Year Award (Winner) and People's Choice Toy of the Year (Winner).

**BRATZ DOLLS**

5.   On 18 September 2000, MGA entered into an agreement to commission Mr. Carter Bryant (hereinafter referred to as "Mr. Bryant") to design and develop a line of dolls known as BRATZ (hereinafter referred to as "the Agreement"). Mr. Bryant was a graduate of Ottis College in fashion and toy design. Although BRATZ is a misspelling of the word "brats", the former was coined by MGA not to denote naughty or spoilt children but to denote hip and cool young adolescent or teenage girls. This idea of hip and cool is born out in the design of the BRATZ dolls.

6.   Now produced and shown to me marked "LSC-2" is a copy of the Agreement. I crave leave to draw this Court's attention to clause 3 of the Agreement whereby all intellectual property right including copyright subsisting in the works generated by Mr. Bryant shall be owned by MGA. Pursuant and prior to the Agreement and commission, Mr. Bryant did design a range of 4 dolls known as BRATZ and did make original design drawings of the BRATZ dolls. At all material times, Mr. Bryant is a resident of and domiciled in the USA.

7.   Now produced and shown to me marked "LSC-3" are copies of 17 initial concept and design drawings of the BRATZ dolls made by Mr. Bryant in the year 2000 pursuant to the Agreement. Now produced and shown to me marked "LSC-4" is a copy of a sheet of paper setting out the initial concept and idea of the BRATZ dolls by Mr. Bryant. The 4 dolls represent 4 best friends in high school who love to trade clothes, shoes and hairdos. Since these accessories are interchangeable, the 4 dolls can look different every day. And furthermore, there would be a lucrative business of supplying accessories to the owners of BRATZ dolls thus ensuring a steady stream of revenue.

3

M 0001572

942-3

EXHIBIT __78__
PAGE __2072__

EX 941-0003

8.   Each of the 4 BRATZ dolls was given a name and a different ethnic origin so they could appeal to everyone in the targeted age group of girls between 5 to 14 years old. Chloe is Caucasian, Sasha is black, Yasmin is Hispanic and Jade is Oriental.

9.   The BRATZ dolls are the subject matter of copyright protection in the United States and copies of their registration certificates are now produced and shown to me marked "LSC-5". Samples of each of the 4 dolls in their original packaging are now produced and shown to me marked "LSC-6a to d".

10.  The BRATZ dolls and accessories are marketed and sold in the following packs: -

   a)   BRATZ dolls, Beach Party doll and micro BRATZ doll- BRATZ dolls are those exhibited as "IL-6a to d", Beach Party dolls are BRATZ dolls wearing beach apparel and micro BRATZ dolls are smaller versions of BRATZ dolls. The total sales of the Bratz dolls and Micro Bratz dolls for 2001 was over US$22 million. The 1st quarter sales (FOB) for dolls this year has so far been over US$17 Million. Now produced and shown to me marked "LSC-7" is a sample of 1 micro BRATZ doll.

   b)   BRATZ fashion pack- These are separately sold apparel so that the dolls could have a wider selection of new clothing. The total sales value (FOB) of the fashion packs for the year 2001 was over US$940,000. The first quarter sales(FOB) for the said fashion packs this year has so far been over US$1.5 million. Now produced and shown to me marked "LSC-8" is a sample of a BRATZ fashion pack.

   c)   BRATZ shoe pack- These are additional shoes of different styles sold in separate packs. The total sales value (FOB) of the shoe packs for the year 2001 was over US$140,000.

4

M 0001573

941-4

EXHIBIT 78
PAGE 2073

EX 941-0004

11. The BRATZ dolls and accessories are marketed and sold in the European Union, the Americas, Australia, New Zealand, Philippines, Indonesia, Israel, Japan and Switzerland.

12. The BRATZ dolls have their own website at www.bratzpack.com. The site also maintains a fan club known as BRATZ pack which maintains a list of its members. The aim of this fan club is to notify its members of new fashion trends that the BRATZ dolls will wear themselves and the launch and marketing thereof. Now produced and shown to me marked "LSC-9" are downloaded copies from the said website.

13. So far MGA has spent a total of US$7.5 million in advertising and promotion expenses in USA alone. A further sum of US$5 million has been spent in MGA's other markets worldwide as listed hereinabove.

14. As mentioned hereinbefore, the BRATZ dolls have become an instant success and they have become collectibles. Considerable media coverage have been given to these dolls and now produced and shown to me marked "LSC-10" is a selection of press cuttings and celebrity photos of the BRATZ pack.

15. Another major source of revenue generated by the BRATZ dolls is income derived from merchandising rights by granting non-exclusive licences to other companies worldwide. So far, 27 merchandise licence agreements have been granted in respect of a wide range of products including paper napkins, girls clothing, jewelry, bedding, home furnishing, stationery, toiletries, video games and footwear etc. Now produced and shown to me marked "LSC-11" is a sample of a merchandise licence agreement.

16. Furthermore, MGA has granted exclusive distribution rights of the BRATZ dolls and accessories to Bandai Inc. for a term of 3 years starting from 1 April 2001 in France, Belgium, Germany, Austria, Switzerland, Spain, UK, Portugal, Ireland, Luxembourg and Netherlands.

5

M 0001574

941-5

EXHIBIT _78_
PAGE _2074_

EX 941-0005

17.

18.

19.

20.

6

M 0001575

941-6

EXHIBIT __78__
PAGE __2075__

EX 941-0006