

30.

31.

32.

9

M 0001578

941-9

EXHIBIT 78
PAGE 2078

EX 941-0009



33.

34.

35.

10

M 0001579

942-10

EXHIBIT __78__
PAGE __2079__

EX 941-0010

EXHIBIT 79

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 80

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 81



Funky Fashion Makeover, Fall 2004, MGBZ3263

Pause

EXHIBIT 81
PAGE 2117



Bratz Pad, Fall 2004, MGBZ4335

EXHIBIT 81
PAGE    2118



Bratz Twins, Fall 2004, MGBZ4355

EXHIBIT 81
PAGE 2119



Bratz Pretty N Punk, Spring 2005, MGBZ5213

EXHIBIT 81
PAGE 2120



Bratz Girlz Nite Out, Spring 2004, MGBZ4013

Pause

EXHIBIT 81
PAGE    2121



Sunkissed Summer, Spring 2004, MGBZ4025

EXHIBIT 81
PAGE   2122



3. Sun Deck

Pause

Sunkissed Summer/Pool, Spring 2004, MGBZ4035

EXHIBIT 81
PAGE    2123

EXHIBIT 82

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 83

Barbie Beats Bratz In Copyright Suit

Page 1 of 2

NEWS

# Mattel Prevails in Bratz Copyright Trial

By Gina Keating

*Reuters*

**RIVERSIDE, California**

Mattel Inc won a nearly complete victory on Thursday in its federal copyright infringement case against rival MGA Entertainment Inc over which toymaker owns the original drawings for the $1 billion-plus Bratz fashion doll franchise.

The decision by a California jury could have far-reaching implications for both companies as well as the toy industry if Mattel wins the large damages award it is seeking as well as an injunction to stop MGA from selling Bratz, the main rival to its Barbie dolls.

The federal jury found that the creator of the multi-ethnic, big-headed dolls, Carter Bryant, created their characters and the name while he was under contract as a Barbie designer at Mattel.

Mattel shares gained 4.4 percent in after-hours trade following the verdict.

Mattel Chairman and Chief Executive Bob Eckert, who testified at the trial, said it had pursued the case "as a matter of principle" and that the verdict was "a victory not only for Mattel but for all those who believe in fair play."

"While the case has been very complicated, the underlying principle has been a simple one: you shouldn't take what isn't yours," Eckert said in a statement.

The decision put Mattel in commanding position going into the damages phase of the trial, in which the jury will determine if the Bratz doll infringes on the drawings Mattel now owns and whether MGA owes Mattel damages as a result. That phase begins July 23.

Other than four drawings that Bryant testified he made in a notebook while on an eight-month hiatus from Mattel in 1998, privately held MGA lost the rights to all drawings and "sculpts" of the Bratz.

"DISAPPOINTED"

While the verdict is a blow for MGA, it can claim in the damages phase that Mattel has no rights to the dolls themselves because they are different from the drawings and were made by MGA designers.

"The real issues will be fleshed out in (the damages phase)," MGA attorney Thomas Nolan said outside the courtroom. "We have always taken the strong position that Bratz dolls do not infringe on Carter Bryant's drawings ... that substantial changes were made to the dolls to make them marketable."

MGA later said in a statement that Mattel was only suing MGA over the "first generation" of Bratz dolls

http://abcnews.go.com/print?id=5398480

EXHIBIT 83
PAGE 2137

9/28/2008

issued in 2001.

"Under no circumstance will Mattel be able to assert ownership of the Bratz franchise - which will always belong to MGA," MGA Chief Executive Isaac Larian said in the statement.

The jury also found that Larian had interfered with Mattel's contractual relationship with Bryant and that both he and his company were liable for "conversion," the term used for industrial theft.

Larian, who attended court every day of the seven-week trial, said outside court he was confident his company "will prevail in the end," and that he was considering appealing the jury's verdict.

Mattel attorney John Quinn said on a conference call with reporters that the damages for copyright infringement would be based on MGA's profits from Bratz and any related products, which some estimates pegged at $500 million a year.

"We assume the evidence is going to be that the damages here are very, very substantial," Quinn said. "It's no secret that Bratz has been a very successful product."

Quinn would not comment on whether MGA and Mattel are engaged in settlement talks.

The verdict could be the start of a reversal of fortune for MGA, which grew Bratz from drawings to a multibillion-dollar franchise in seven years as Mattel watched market share for its venerable Barbie line melt away.

Barbie's sales troubles have extended into the first quarter of 2008 -- domestic sales fell 12 percent, while worldwide sales were flat compared with a year earlier.

The pouty-lipped Bratz, on the other hand, have been such a hit that MGA is launching a new Bratz line in August, which Larian expected to rake in retail sales of up to $200 million by the end of the year.

"The value of the (Bratz) brand and the value of Mattel's ownership stake have to be assessed," said Chris Byrne, an independent toy industry analyst. "I think it is going to have an effect on MGA, moving forward, and on what they do."

(With additional reporting by Aarthi Sivaraman in New York)

(Writing by Mary Milliken; Editing by Phil Berlowitz and Braden Reddall)

*Copyright 2008 Reuters News Service. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.*

Copyright © 2008 ABC News Internet Ventures

EXHIBIT __83__
PAGE __2138__

EXHIBIT 84

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 85

EXHIBIT 86

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 87

EXHIBIT 88

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 89

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 90

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Westlaw.

12/23/06 ABCNIGHTLINE (No Page)

NewsRoom

Page 1

12/23/06 ABC Nightline (Pg. Unavail. Online)
2006 WLNR 22434503

ABC Nightline
Copyright 2006 American Broadcasting Company

December 23, 2006

NIGHTLINE

[SHOW: ABC Nightline] [AIRDATE: 12/22/06] [AIRTIME: 23:35] [ANCHOR: MARTIN BASHIR]
[ANCHOR LOCATION: NEW YORK, NY USA] [STORY: NIGHTLINE]

TOPIC:

CONTENT:

GRAPHICS: NIGHTLINE

GRAPHICS: BRAWL IN THE DOLLHOUSE

MARTIN BASHIR (ABC NEWS): Tonight on 'Nightline," brawl in the dollhouse.  After
almost 50 years of domination, Barbie is facing brash new competition from the
Bratz dolls.  Billions of dollars are on the line.  It's a toy story where nobody
is playing nice.

GRAPHICS: CHRISTMAS JOURNEY

MARTIN BASHIR (ABC NEWS): A Christmas journey.  Retracing the root historians say
Joseph and Mary would have taken from Nazareth to Bethlehem.  The dangers, the
difficulties, then and today.

GRAPHICS: FANTASY VS REALITY

MARTIN BASHIR (ABC NEWS): Fantasy versus reality.  It seems like the perfect gift
for a romantic holiday season.  So why do so many of us get it wrong?  Tonight, we
take you inside one store that thinks it has the answer.

MATT NEELY (STOCKING FELLA): The 34B should look good.

ANNOUNCER: From the global resources of ABC News, with Terry Moran in Washington,
Martin Bashir and Cynthia McFadden in New York City, this is 'Nightline," December
22nd, 2006.

GRAPHICS: NIGHTLINE: DECEMBER 22, 2006

REPORTER: JOHN BERMAN
REPORTER LOCATION: LOS ANGELES, CA USA

TOPIC:

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT 90
PAGE 2226

M 0062148

CONTENT: BARBIE, BRATZ, MATTEL, MICRO GAMES OF AMERICA, CHUCK SCOTHON

MARTIN BASHIR (ABC NEWS): (Off-camera)  Good evening.  Many of us have spent at least part of today rushing around the shops looking for that perfect Christmas present particularly for our children.  Toys are now big business.  Almost $11 billion will be spent on them during the holiday season alone.  And nowhere is the business more competitive than in the world of dolls.  Yes.  Barbie has long been the biggest-selling toy doll of all, but now there's a serious challenger.  And in the fight to be number one nobody's backing down.  Here's ABC's John Berman.

JOHN BERMAN (ABC NEWS): (Voiceover)  In this corner, measuring nine inches tall with big eyes and even bigger bling, the challenger, Bratz.  And in this corner, with flowing blond hair and impossibly disproportionate bust, a 47-year undisputed, undefeated champion from Mattel, Barbie.  Now you might think the world of dolls isn't the kind of place for a knock down, drag out brawl but you'd be wrong.

ISAAC LARIAN (CEO: Ken is not gonna save Barbie.  Barbie is not gonna save Barbie.  And the leadership that they have at Mattel right now, it's not gonna save Barbie.

JOHN BERMAN (ABC NEWS): (Off-camera)  You sound like a linebacker on a football team.  You're like taunting Mattel.

ISAAC LARIAN (CEO: It's good.  It's good for the business.

JOHN BERMAN (ABC NEWS): (Off-camera)  It's good?  Trash talking in the doll business is good?

ISAAC LARIAN (CEO: I'm not trash talking.  I'm telling - I'm talking about the facts.

JOHN BERMAN (ABC NEWS): (Voiceover)  Meet Isaac Larian.  The seemingly nice man who wants to pummel Barbie.  He is the CEO of Micro Games of America, which makes the Bratz doll.  He might not strike you as the doll kind of guy.  He came to the US from Iran with nothing.

ISAAC LARIAN (CEO: I came here in 1971 with a one-way ticket and $750 in my pocket and a big American dream.  And I have lived the American dream.

JOHN BERMAN (ABC NEWS): (Voiceover)  Larian went from washing dishes to building a toy company to the American dream on steroids.  Largely due to this big-eyed, big-headed cartoonish doll.  When Larian first saw the Bratz design in 2001, he thought they looked like aliens.

JOHN BERMAN (ABC NEWS): (Off-camera)  Do you still they look like aliens?

ISAAC LARIAN (CEO: No.  I think now they look beautiful.  I've grown to like them.

JOHN BERMAN (ABC NEWS): (Voiceover)  Last year's $2 billion in sales can make many things beautiful.  Larian now says Bratz has a 40% market share and is the number two doll in the US market.  Number two for now.  Larian claims his Bratz girls are breathing down the lanky plastic neck of number one.  That would be Barbie.

JOHN BERMAN (ABC NEWS): (Off-camera)  What's wrong with Barbie?

ISAAC LARIAN (CEO: It's time for her to retire.  She's been around for too long.

JOHN BERMAN (ABC NEWS): (Voiceover)  And you want to help Barbie retire?

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT __90__
PAGE __2227__

M 0062149