ISAAC LARIAN (CEO: Yes, I would help her retire. I would throw a party for her.

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): He's welcome to throw a party for Barbie any time he wants, but it won't be a retirement party. She has been and will remain the number one fashion doll in the industry.

JOHN BERMAN (ABC NEWS): (Voiceover) Meet Chuck Scothon. A senior Mattel executive and former high school offensive lineman. His product is the long-legged goliath of the toy business. Since she was first created in 1959, Barbie has been an icon among icons with almost absurd success. One study found that 90% of American girls between 3 and 10-years-old owns a Barbie doll.

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): Now, we're traveling through the world of fairytopia.

JOHN BERMAN (ABC NEWS): (Voiceover) Scothon doesn't like to talk about Bratz. Let alone the fact that they might pose a challenge.

JOHN BERMAN (ABC NEWS): (Off-camera) How was it, do you think, this become a story?

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): I think a lot of people like to talk about the underdog and the leadership positions. I think at the end of the day it's really about making more out of something than there really is.

JOHN BERMAN (ABC NEWS): (Voiceover) But last year, Barbie might have started to show her age. Sales dropped 13%, just as Bratz were getting white hot.

JOHN BERMAN (ABC NEWS): (Off-camera) Is Barbie in danger?

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): Not in the least. Barbie has been and will continue to be the number one fashion doll.

JOHN BERMAN (ABC NEWS): (Voiceover) Barbie has rebounded a bit this year, but Isaac Larian is not impressed. He says he has the key to cool. A multicultural doll with the edgy sassy attitude girls want these days.

ISAAC LARIAN (CEO: The kids look at Bratz dolls and they think they are teenagers. And we ask them how old do you think Bratz dolls are? They say they are teenagers. And when they look at Barbie doll they think it's old mom.

JOHN BERMAN (ABC NEWS): (Off-camera) They think mom when they look at Barbie dolls?

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): What I would suggest and say to that is, first of all if Barbie, for some girls, reminds them of their mothers, I would think of nothing better. The most important job a woman can have in many ways is being a mom.

JOHN BERMAN (ABC NEWS): (Voiceover) There is no mistaking a Bratz doll for a mom.

JOHN BERMAN (ABC NEWS): (Off-camera) I look at that Bratz doll. She's wearing, you know, the leopard skin top, she's got the sequins, she's got the hairs, I mean, you know, people have compared them to street walkers. They look a little, you know, trashy.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT  90
PAGE  2228

M 0062150

ISAAC LARIAN (CEO: They don't look trashy to me. And this is - I think trashy is in the eye of the adults. When we show these to the little girls, and we have done that over and over, everybody said they're beautiful. They never say they look like a streetwalker.

JOHN BERMAN (ABC NEWS): (Voiceover) Barbie is clearly going for a different image. What image, you ask?

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): First and foremost, I would say the Barbie doll is truly based on some great values for little girls. The courage, inspiration, imaginative play.

JOHN BERMAN (ABC NEWS): (Voiceover) Whatever that means exactly, Barbie is famous for having careers like Doctor Barbie and Astronaut Barbie. The Bratz dolls? Well, they like...

CARTOON VOICEOVER (GROUP): Shopping.

JOHN BERMAN (ABC NEWS): (Voiceover) This is their motto.

ISAAC LARIAN (CEO: The girls with the passion for fashion.

JOHN BERMAN (ABC NEWS): (Off-camera) The girls with the passion for fashion.

ISAAC LARIAN (CEO: Right.

JOHN BERMAN (ABC NEWS): (Off-camera) What's that about?

ISAAC LARIAN (CEO: They have good fashion. It's okay to look good. It's okay, who said that you have to, who said that girls don't have to look good?

JOHN BERMAN (ABC NEWS): (Off-camera) And Barbie doesn't look good? I could tell you, there are a lot of people who think Barbie looks good.

ISAAC LARIAN (CEO: I don't know. The consumers who are buying Bratz doll don't think Barbie is good.

JOHN BERMAN (ABC NEWS): (Voiceover) If all this is true why hasn't Bratz yet overtaken Barbie as number one? According to Larian...

ISAAC LARIAN (CEO: We would have beaten them up this year and year before if they had not engaged in, what I call, really unfair competition.

JOHN BERMAN (ABC NEWS): (Off-camera) Really unfair competition? Those are fighting words.

ISAAC LARIAN (CEO: They are fighting words.

JOHN BERMAN (ABC NEWS): (Voiceover) The Barbie-Bratz battle has moved beyond the Barbie dream house to the courthouse. Round one. Mattel filed a lawsuit alleging that the designer of the Bratz concept came up with the idea when he was working at Mattel. Round two, Isaac Larian sued back saying that Mattel tried to corner the market on doll hair, and more seriously that Mattel ripped off the Bratz concept for a new line of Barbie dolls. The MyScene dolls.

JOHN BERMAN (ABC NEWS): (Off-camera) This is, the MyScene Barbies are what has, to

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT  90
PAGE  2229

M 0062151

some extent, they're in the center of a little bit of a controversy now because Bratz says these look just like their dolls.

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): Okay.

JOHN BERMAN (ABC NEWS): (Off-camera) I mean, don't you see the resemblance between MyScene Barbie and the Bratz doll?

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): What we see is an evolution to the Barbie brand. And again, the Barbie brand is made up of dolls that target girls of every age because it's really an evolution of where the Barbie doll has been with a little bit more animated look, but not necessarily something that's been inspired by the competition at all.

JOHN BERMAN (ABC NEWS): (Voiceover) The cases are still pending, but both companies say they are confident they will win the legal battle, though they say it differently.

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): I'm not really gonna talk about the legal piece of this. I have all the confidence in the world that the justice system and that, that our attorneys can work through those issues.

ISAAC LARIAN (CEO: When we're done with Mattel, we will get them for billions of dollars, not only for this, but for defamation.

JOHN BERMAN (ABC NEWS): (Voiceover) Who will prevail in this doll brawl? It's one thing to be hot. Bratz are hot, but another to be iconic.

ISAAC LARIAN (CEO: We're gonna become number one. I promise you that.

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): I can't speak to his guarantee. What I can speak to is I believe that Barbie will continue to be the number fashion doll around the globe.

JOHN BERMAN (ABC NEWS): (Off-camera) We're talking about dolls. I mean, shouldn't everyone be able to play nice?

ISAAC LARIAN (CEO: They have gotten away too much with bullying everybody around. And somebody has to stand up to them. I will.

JOHN BERMAN (ABC NEWS): (Off-camera) So you're gonna fight them on the schoolyard?

ISAAC LARIAN (CEO: I'm gonna fight, I'm gonna, not in the school schoolyard. I'm gonna fight them in the courthouse.

JOHN BERMAN (ABC NEWS): (Off-camera) And with this thing?

ISAAC LARIAN (CEO: With this thing and many other things. But all 100% the old American fashion way.

JOHN BERMAN (ABC NEWS): (Voiceover) Merry Christmas. I'm John Berman for 'Nightline" in Los Angeles.

MARTIN BASHIR (ABC NEWS): (Off-camera) The doll wars in a store near you.

GRAPHICS: ROAD TO BETHLEHEM

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT  90
PAGE  2230

M 0062152

12/23/06 ABCNIGHTLINE (No Page)                                          Page 6

MARTIN BASHIR (ABC NEWS): (Voiceover)  And just ahead on 'Nightline," retracing the journey that has inspired millions for centuries. In the footsteps of Joseph and Mary.

GRAPHICS: STOCKING FELLAS

MARTIN BASHIR (ABC NEWS): (Voiceover)  And stocking fellas. One store's solution to the challenge of buying lingerie. It's a 'Sign of the times."

ANNOUNCER: ABC News 'Nightline," brought to you by...

COMMERCIAL BREAK

REPORTER: WILF DINNICK
REPORTER LOCATION: NAZARETH, ISRAEL

TOPIC:

CONTENT: CHRISTMAS STORY, CHURCH OF NATIVITY, JESUS, MARY, JOSEPH, ISRAEL

MARTIN BASHIR (ABC NEWS): (Off-camera)  It's easy and commonplace to sentimentalize the Christmas story. Mary and Joseph, traveling for days on a donkey from their home in Nazareth to Bethlehem. Mary eventually giving birth to Jesus in a stable because there was no room for them at the inn. It wasn't an easy journey back then, but imagine making the same trek today in 2006. Here's ABC's Wilf Dinnick.

WILF DINNICK (ABC NEWS): (Voiceover)  A heavily pregnant woman, traveling across deserts, through ancient cities and river crossings. The story of a trip inspiring Christians around the world. The gospel according to Luke says it began in Nazareth, a city where it's believed an angel told Mary she would have a son named Jesus.

WILF DINNICK (ABC NEWS): (Off-camera)  Today, Nazareth is a city of about 70,000 people. But back in Joseph and Mary's day, it was only a small village of about 1,000. Now, to get to Bethlehem, it's actually only 65 miles, as the crow flies but Joseph and Mary, they had a complicated route. We're gonna take the exact same route. Well, they had a donkey. We've got this car.

WILF DINNICK (ABC NEWS): (Voiceover)  The Bible does not have details of the journey. But historians told us, Mary and Joseph probably did not take the direct way to Bethlehem because then, like today, the Middle East was a complicated, sometimes dangerous, place. From Nazareth they headed east to the Jordan River to avoid hostile territory controlled by the Samaritans who hated Jews. They crossed the river by foot by the ancient city of Bet She'an. Then through the Jordan Valley, land that was controlled by Jewish kings, back into Israel, over the Jordan River again and through the ancient city of Jericho passed Jerusalem and then on to Bethlehem. Steve Pfann sees similarities between today and 2,000 years ago.

STEPHEN PFANN (PRESIDENT: There is an interesting parallel that can be drawn with border crossings, and police at the border, soldiers at the border, questions of taxation and other types of things put more into a modern context.

WILF DINNICK (ABC NEWS): (Voiceover)  So, we drove from Nazareth to the Jordan River. It was in shallow areas like this where Mary and Joseph simply walked across the river.

ISRAELI SECURITY PERSONNEL (MALE): But you don't understand. Hey, I'm telling you,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT  90
PAGE  2231

M 0062153

there is a problem.

WILF DINNICK (ABC NEWS): (Voiceover) But today, crossing the Jordan is not so simple. We were greeted by Israeli security.

WILF DINNICK (ABC NEWS): (Off-camera) The security here is so tight in fact that they won't even let us shoot here, even though we have permission. This is the Jordan Valley and this as far as we can come here because this is now an international border.

WILF DINNICK (ABC NEWS): (Voiceover) So from here on in, it was hidden cameras only. Passport checks, departure tax and duty-free.

WILF DINNICK (ABC NEWS): (Off-camera) And then we have to get on a bus to make the very short trip from Israel to Jordan. This is how you have to do it in 2006.

WILF DINNICK (ABC NEWS): (Voiceover) I did manage to sneak a few shots as we crossed the Jordan River. On the other side, Jordanians were also nervous about our cameras.

WILF DINNICK (ABC NEWS): (Off-camera) We face yet another delay here. This is now on the Jordanian side and the security here says we can't actually use the camera, even though we applied for permission weeks ago, they somehow have lost our permission. So we're trying to go down to the Jordan Valley now, as quickly as we can, and then we'll cross over to the Israeli side.

WILF DINNICK (ABC NEWS): (Voiceover) The Jordan Valley is flat, perfect for traveling. In Joseph and Mary's day there would have been hardly anything here. Today, plenty of busy Arab towns.

WILF DINNICK (ABC NEWS): (Off-camera) Okay, let's go in. A lot has changed over the last 2,000 years but one thing that has remained the same is the type of bread made almost exactly the same way as when Joseph and Mary made their journey.

WILF DINNICK (ABC NEWS): (Voiceover) Then back into Israel, just before the border closes.

WILF DINNICK (ABC NEWS): (Off-camera) We're now gonna cross the Jordan River for the second time here, where Mary and Joseph would have waded across on their way to Bethlehem.

WILF DINNICK (ABC NEWS): (Voiceover) Then on to the ancient town of Jericho, it is Palestinian and the Israeli army demands special ID to enter.

WILF DINNICK (ABC NEWS): (Off-camera) Could I get a falafel with hummus and pita? Pita, yeah. Okay.

WILF DINNICK (ABC NEWS): (Voiceover) This was a chance for Mary and Joseph to rest before the final, grueling leg of the trip, which was a treacherous road that was yet again blocked for us by the Israeli army.

WILF DINNICK (ABC NEWS): (Off-camera) This is the part of the trip we cannot do by car. This is the ancient route between Jericho and Bethlehem. The silence here is amazing, the view is stunning, but it must have been a daunting part of the journey for Mary and Joseph.

WILF DINNICK (ABC NEWS): (Voiceover) The last stretch of the journey that Mary and

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT  90
PAGE  2232

M 0062154

Joseph took into Bethlehem is now impossible. Blocked by Israel's security wall. Even Bethlehem itself is cut off by the wall. We had to drive through this gate controlled by Israeli soldiers.

WILF DINNICK (ABC NEWS): (Off-camera) We finally arrive in Bethlehem, and that's the church of the nativity behind us. Now our trip took 15 hours, we crossed two international borders and dozens of military checkpoints. Joseph and Mary's trip took about a week.

WILF DINNICK (ABC NEWS): (Voiceover) But on our trip, we met at least one historian who believes Joseph and Mary's journey never happened. The gospel according to Luke says the couple made the trip to Bethlehem for a Roman census, but historians now know there was no census at the time.

REVEREND JEROME MURPHY-O'CONNOR (ECOLE BIBLIQUE: I have no problem with the divinity of Christ. I have no problem with his birth in Bethlehem. It's just the colorful little bits that writers, storytellers, felt inclined to add. Those, we can legitimately question.

WILF DINNICK (ABC NEWS): (Voiceover) He also believes, like many other historians, the couple already lived in Bethlehem and went to Nazareth later to look for work. But don't tell that to anyone here. In the Church of the Nativity, in this small spot where it's believed Mary gave birth to Jesus. For the faithful, a miracle, after such a grueling journey.

REVEREND JEROME MURPHY-O'CONNOR (ECOLE BIBLIQUE: It's an extremely good yarn, and that's why it has survived because people prefer good yarns to the truth.

WILF DINNICK (ABC NEWS): (Voiceover) And it is a good story. And for us, an amazing journey. Wilf Dinnick for "Nightline" in Bethlehem.

MARTIN BASHIR (ABC NEWS): (Off-camera) The Christmas journey then and now. And when we come back, Santa's little helpers like you've never seen them before. It's a "Sign of the Times."

GRAPHICS: SIGN OF THE TIMES

COMMERCIAL BREAK

ANNOUNCER: 'Nightline" continues from New York City with Martin Bashir.

REPORTER: NICK WATT
REPORTER LOCATION: LONDON, ENGLAND

TOPIC:

CONTENT: LINGERIE, STOCKING FELLA, MARKS AND SPENCER, MYLA

MARTIN BASHIR (ABC NEWS): (Off-camera) It seems like the perfect gift, the sexy little outfit for the one we love this Christmas. If only it were that simple. According to experts, men are simply hopeless at choosing lingerie. So now, a department store in Britain is employing Santa's little helpers to guide men away from any lingerie land mines and, according to ABC's Nick Watt, it's a "Sign of the Times."

MATT NEELY (STOCKING FELLA): (Inaudible) nice, actually. You guys doing okay? Finding everything you want? Yeah?

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT 90
PAGE 2233

M 0062155

CUSTOMER (MALE): Yeah, we're fine.

CUSTOMER (FEMALE): Yes, thank you.

CUSTOMER (MALE): Thank you, sir.

MATT NEELY (STOCKING FELLA): Give me a shout if you need any more help.

NICK WATT (ABC NEWS): (Voiceover) Here at Marks and Spencer they noticed a lot of lingerie returned by women after Christmas. The problem? Men were buying it. Matt Neely is part of the solution.

MATT NEELY (STOCKING FELLA): We were given all sorts of training about the styles of bra and what function it performs in terms pushing it together or lifting up, or squashing it down.

MATT NEELY (STOCKING FELLA): There we are.

NICK WATT (ABC NEWS): (Voiceover) Two hundred stocking fellas were sent out to help hapless husbands.

MATT NEELY (STOCKING FELLA): That's quite sweet.

CUSTOMER (MALE): Mm-hmm.

MATT NEELY (STOCKING FELLA): Okay?

CUSTOMER (MALE): No.

MATT NEELY (STOCKING FELLA): You know, if the guys are wandering around not really know what they're doing, or kind of skirting around the outside too afraid to step in.

NICK WATT (ABC NEWS): (Voiceover) He helps the unromantic.

NICK WATT (ABC NEWS): (Off-camera) Do you always buy underwear for Christmas?

CUSTOMER (MALE): No.

NICK WATT (ABC NEWS): (Off-camera) So why this year?

CUSTOMER (MALE): Because I've run out of ideas.

MATT NEELY (STOCKING FELLA): Yeah.

NICK WATT (ABC NEWS): (Voiceover) He helps the clueless.

MATT NEELY (STOCKING FELLA): What color are you looking for?

CUSTOMER (MALE): Well...

NICK WATT (ABC NEWS): (Voiceover) He even helps those who think they know better.

NICK WATT (ABC NEWS): (Off-camera) Do you have the right size?

CUSTOMER (MALE): I have the right size, yeah.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT 90
PAGE 2234

M 0062156

NICK WATT (ABC NEWS): (Off-camera) Color?

CUSTOMER (MALE): Well, color is my, my choice really, actually.

MATT NEELY (STOCKING FELLA): Hopefully, the presence of another man in the department will put them at ease.

NICK WATT (ABC NEWS): (Off-camera) Now, this is Myla, an upmarket lingerie boutique where they have a very different philosophy. Here, they only employ women.

TAMARA DAVIES (MANAGER: I would say 75% of my customers are men.

NICK WATT (ABC NEWS): (Off-camera) Are men?

TAMARA DAVIES (MANAGER: Are men. Male.

NICK WATT (ABC NEWS): (Voiceover) Men, like Anatoly (PH).

TAMARA DAVIES (MANAGER: Do you know what she likes? Do you know what color?

CUSTOMER (MALE): Colors, yeah, yeah.

TAMARA DAVIES (MANAGER: Size?

CUSTOMER (MALE): Size, yeah. I think, it's a must if you - you have to know your woman.

NICK WATT (ABC NEWS): (Voiceover) But even at Myla, some men aren't quite so sure about the size.

TAMARA DAVIES (MANAGER: So they're like this, or, I mean, as a woman, you know, female working here, we have men come in and said, 'She's your size, what size are you?"

NICK WATT (ABC NEWS): (Voiceover) So, there's one bonus of a female assistant but it's not male bonding.

NICK WATT (ABC NEWS): (Off-camera) And how do you put them at ease?

TAMARA DAVIES (MANAGER: Smiling, 'Hello, how are you today?" Talk about the weather.

NICK WATT (ABC NEWS): (Off-camera) Bit of humor?

TAMARA DAVIES (MANAGER: A bit of humor, yes. We do that.

NICK WATT (ABC NEWS): (Off-camera) Do you flirt a little bit?

TAMARA DAVIES (MANAGER: Yes, a little.

NICK WATT (ABC NEWS): (Off-camera) Apparently a lot of men end up buying two pairs, something safe and something saucy that they're both gonna enjoy.

NICK WATT (ABC NEWS): (Voiceover) As Bridget Jones found out in the movie, safe can also be sexy.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT 90
PAGE 2235

M 0062157

CLIP FROM "BRIDGET JONES'S DIARY"

HUGH GRANT (ACTOR): Oh, absolutely enormous panties. No, no, don't apologize. I like them. Hello, mommy.

TAMARA DAVIES (MANAGER: Men don't wanna leave here. I got a guy here in yesterday, and he was looking around. He spent about half an hour, and he said to me, 'I just, I just don't wanna leave. I wanna stay here forever."

MATT NEELY (STOCKING FELLA): It's a 34B, which will be no good.

NICK WATT (ABC NEWS): (Voiceover)  I wonder if any one's ever said that...

MATT NEELY (STOCKING FELLA): Yeah.

NICK WATT (ABC NEWS): (Voiceover)  ...to a stocking fella? I'm Nick Watt for "Nightline" in Lingerie Land.

MARTIN BASHIR (ABC NEWS): (Off-camera)  And in case you're wondering, I bought my wife a rather fetching handbag. And when we come back, a special look at the achievements and events of the past year.

COMMERCIAL BREAK

MARTIN BASHIR (ABC NEWS): (Off-camera)  Next week on "Nightline," a look at some memorable moments and provocative people we've covered during 2006. The year in entertainment, power, money and love. It's all part of our special series beginning on Christmas Day with the 'Year in Jesus." We hope you'll join us. But that's our report for tonight. I'm Martin Bashir. For Cynthia McFadden, Terry Moran, and all of us at ABC News, good night America and have a very happy and peaceful Christmas.

FOR INFORMATION ON ORDERING A VIDEO OR TRANSCRIPT COPY OF ABC NEWS OR ABC NEWS NOW PROGRAMMING, PLEASE VISIT THE SECURE ONLINE ORDER FORM LOCATED AT WWW.TRANSCRIPTS.TV

---- INDEX REFERENCES ----

COMPANY: MATTEL INC; ABC NEWS; BRATZ F C; REACH TRADE AND MARKETING; ABC

INDUSTRY: (TV (1TV19); Underwear (1UN06); Entertainment (1EN08); Gen Y Entertainment (1GE14); TV Programming (1TV26); Games & Toys (1GA85); Gen Y TV (1GE33); Apparel (1AP19); Consumer Products & Services (1CO62); Children's Apparel (1CH40); Apparel & Textiles (1AP20))

REGION: (Americas (1AM92); North America (1NO39); Mediterranean (1ME20); Middle East (1MI23); USA (1US73); Palestine (1PA37); New York (1NE72); Israel (1IS16); Arab States (1AR46))

Language: EN

OTHER INDEXING: (MARTIN BASHIR (ABC NEWS); MARTIN BASHIR (ABC NEWS); MARTIN BASHIR (ABC NEWS); MATT NEELY (STOCKING FELLA); ANNOUNCER; MARTIN BASHIR (ABC NEWS); JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT 90
PAGE 2236

M 0062158

BERMAN (ABC NEWS); JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS); CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS); JOHN BERMAN (ABC NEWS); CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS); JOHN BERMAN (ABC NEWS); CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS); JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS); CARTOON VOICEOVER (GROUP); JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); JOHN BERMAN (ABC NEWS); CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS); CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS); CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); MARTIN BASHIR (ABC NEWS); MARTIN BASHIR (ABC NEWS); MARTIN BASHIR (ABC NEWS); ANNOUNCER; MARTIN BASHIR (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); STEPHEN PFANN (PRESIDENT; WILF DINNICK (ABC NEWS); ISRAELI SECURITY PERSONNEL (MALE); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); REVEREND JEROME MURPHY-O'CONNOR (ECOLE BIBLIQUE; WILF DINNICK (ABC NEWS); REVEREND JEROME MURPHY-O'CONNOR (ECOLE BIBLIQUE; WILF DINNICK (ABC NEWS); MARTIN BASHIR (ABC NEWS); ANNOUNCER; MARTIN BASHIR (ABC NEWS); MATT NEELY (STOCKING FELLA); CUSTOMER (MALE); CUSTOMER (FEMALE); CUSTOMER (MALE); MATT NEELY (STOCKING FELLA); NICK WATT (ABC NEWS); MATT NEELY (STOCKING FELLA); MATT NEELY (STOCKING FELLA); NICK WATT (ABC NEWS); MATT NEELY (STOCKING FELLA); CUSTOMER (MALE); MATT NEELY (STOCKING FELLA); CUSTOMER (MALE); MATT NEELY (STOCKING FELLA); NICK WATT (ABC NEWS); NICK WATT (ABC NEWS); CUSTOMER (MALE); NICK WATT (ABC NEWS); CUSTOMER (MALE); MATT NEELY (STOCKING FELLA); NICK WATT (ABC NEWS); MATT NEELY (STOCKING FELLA); CUSTOMER (MALE); NICK WATT (ABC NEWS); NICK WATT (ABC NEWS); CUSTOMER (MALE); NICK WATT (ABC NEWS); CUSTOMER (MALE); MATT NEELY (STOCKING FELLA); NICK WATT (ABC NEWS); TAMARA DAVIES (MANAGER; NICK WATT (ABC NEWS); TAMARA DAVIES (MANAGER; NICK WATT (ABC NEWS); TAMARA DAVIES (MANAGER; CUSTOMER (MALE); TAMARA DAVIES (MANAGER; CUSTOMER (MALE); NICK WATT (ABC NEWS); TAMARA DAVIES (MANAGER; NICK WATT (ABC NEWS); NICK WATT (ABC NEWS); TAMARA DAVIES (MANAGER; NICK WATT (ABC NEWS); TAMARA DAVIES (MANAGER; NICK WATT (ABC NEWS); TAMARA DAVIES (MANAGER; NICK WATT (ABC NEWS); NICK WATT (ABC NEWS); HUGH GRANT (ACTOR); TAMARA DAVIES (MANAGER; MATT NEELY (STOCKING FELLA); NICK WATT (ABC NEWS); MATT NEELY (STOCKING FELLA); NICK WATT (ABC NEWS); MARTIN BASHIR (ABC NEWS); MARTIN BASHIR (ABC NEWS))  (ABC; ABC NEWS; BASHIR; BETHLEHEM; BIBLE; BRATZ; BRAWL; CHRISTMAS; CHRISTMAS JOURNEY; CHUCK; CONTENT; CONTENT: BARBIE; CONTENT: CHRISTMAS; CONTENT: LINGERIE; CYNTHIA MCFADDEN TERRY MORAN; DIARY; DIVISION; DOLLHOUSE; FANTASY; FELLAS; GRAPHICS; GRAPHICS: BRAWL; GRAPHICS: CHRISTMAS; GRAPHICS: FANTASY; GRAPHICS: SIGN; HUGH; ISAAC; JEWISH; JOSEPH; JOURNEY; KEN; LUKE; MARTIN BASHIR; MARY GRAPHICS: STOCKING; MATT; MATTEL; NICK; NIGHTLINE; NIGHTLINE: DECEMBER; PALESTINIAN; SIGN; STOCKING; TAMARA; TERRY MORAN; TOPIC; USA) (Astronaut Barbie; Barbie; Barbies; BRATZ; BRATZ DOLL WARS; Cynthia McFadden; Doctor Barbie; Finding; Hey; Isaac; Isaac Larian; JOHN BERMAN; Jordanians; Largely; Larian; Mary; Matt Neely; MyScene Barbie; Passport; Round; Steve Pfann)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT 90
PAGE 2237

M 0062159

12/23/06 ABCNIGHTLINE (No Page)         Page 13

Word Count: 5025
12/23/06 ABCNIGHTLINE (No Page)

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT 90
PAGE 2238

M 0062160

EXHIBIT 91

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 92

| ☒ Yahoo! Finance | Search - Finance Home - Yahoo! - Help | ☒ Reuters |

☒ Click here for more information

[ Latest Headlines | Market Overview | News Alerts ]

Thursday February 14, 3:18 pm Eastern Time

# With Bratz, a toy maker's dreams come true

By Jan Paschal

NEW YORK, Feb 14 (Reuters) - For Isaac Larian, a toy maker who first set foot on U.S. soil in 1971 as a teenager from Tehran with $570 in his pocket, this year's Toy Fair represented his ``wildest dreams come true.''

ADVERTISEMENT

☒ Click Here!

The reason? The ``People's Choice Toy of the Year Award'' went to his company, privately held MGA Entertainment Inc., of North Hills, California, for the Bratz -- a quartet of 11-inch dolls with attitude.

The Bratz, marketed as ``the dolls with a passion for fashion,'' favor clothes that take their style cues from pop music superstars Britney Spears and J. Lo, as well as from American teen girls who make the club scenes on both coasts.

``The People's Choice'' awards -- where consumers pick their favorites -- are sponsored by the Toy Industry Association, which owns and manages Toy Fair. Other ``Toy of the Year'' awards, called ``T.O.T.Y.'s'' in the business, are given in other categories, including best boy's, best girl's and best educational toys.

The Bratz, known as Yasmin, Cloe, Jade and Sasha, love thick-soled sneakers, boots and shoes (think Skechers and Steve Madden). Though sold separately, they run in a pack like 'tweens and teens often do. (Check them out at http://www.bratzpack.com/.)

``When they announced the girl's toy winner and we didn't get it, I threw my acceptance speech away,'' Larian told Reuters. ``Then, when it came time for 'People's Choice' and they called out MGA, I ran up to the podium and gave my speech from memory. Now I know what the Oscars feel like.''

Larian, the chief executive of MGA Entertainment, who has a master's degree in business, founded the

EXHIBIT 92
PAGE 2241

Confidential - For Attorney's Eyes Only

MGA 0142814