Los Angeles area company as a maker of electronic handheld games in the late 1970s. The company made its name as the licensee for the handheld Pac-Man and Ms. Pac-Man games.

Last year, MGA entered the competitive fashion doll category by creating the Bratz, designed to appeal to fashion-conscious girls ages 7 to 12, and intended, as MGA's public relations director Dave Malacrida put it, ``to take market share away from Barbie,'' Mattel Inc.'s best-selling doll for the last 43 years.

``Bratz are the anti-Barbie,'' Malacrida said.

The Bratz favor low-rise glitter jeans, micro skirts and midriff-baring tops. Their bodies resemble those of teen girls, instead of Barbie's shape, which is rarely seen on a real woman. Their hair, eyes and skin reflect various ethnicities. Before Christmas, Sasha, Jade and Yasmin disappeared quickly from the shelves of the huge new Toys 'R Us (NYSE:TOY - news) store in New York City's Times Square, leaving blue-eyed blonde Cloe to fend for herself. The same thing happened at Wal-Mart (NYSE:WMT - news) and other toy retailers.

``If you look at Barbie, the scale is a girl about 5 feet, 11 inches tall,'' Larian said. ``Not every girl looks like that. You see all kinds of girls, all kinds of beauty, in every shape and color. We wanted to make dolls who look like real girls.''

Larian, a doting father of two boys and a girl, named one of the dolls Yasmin after his own daughter.

BEATING BARBIE

In December 2001, the Bratz did the unthinkable. In the crowded fashion doll category, they outsold Barbie, the perennial best seller for Mattel Inc. (NYSE:MAT - news), the largest publicly traded U.S.-based toymaker. The Bratz ranked No. 1, with about $8.5 million in sales, or 588,282 units sold at an average price of $14.41 each, for December alone, at retailers representing 65 percent of the U.S. market, according to NPD TRSTS, a report by The NPD Group, of Port Washington, New York.

``My reaction was, 'Oh my God, we beat Barbie,''' said Larian, whose company's sales were estimated at $100 million in 2001.

Tina Sederberg, a buyer for Target stores, recalled her first impression of the Bratz dolls at a Toy Fair 2001 preview.

``They were very different, very beautiful, fashion forward and a little bit edgy, which is what attracted girls to the line,'' she said, in an interview from Target Corp. (NYSE:TGT - news) headquarters in Minneapolis. ``We are very happy with current sales results.''

IS ``RAPUNZEL BARBIE'' READY TO RUMBLE?

Mattel, with fourth-quarter 2001 sales of $1.61 billion, dominated the fashion doll category's sales for all of 2001 ``with strong sales of Holiday Barbie and the Barbie VW Beetle,'' The NPD Group said in a report this week. ``Not far behind was MGA Entertainment's new introduction, the Bratz doll assortment, capturing third position in the overall dolls supercategory.''

At Toy Fair this year, Mattel showed ``Rapunzel Barbie'' in Caucasian and African-American versions with hair flowing past her feet, much like Rapunzel of the classic fairy-tale fame. The line's ``sold separately'' items include Ken, in a fairy-tale prince costume; an animated video, and a carriage drawn

EXHIBIT 92
PAGE 2242

Confidential - For Attorney's Eyes Only

MGA 0142815

by a horse with an exceptionally long, flowing (yes, brushable!) mane.

"Hair play is the No. 1 play category for girls," said Julia Jensen, Mattel's spokeswoman for Barbie.

CLUB CLOTHES AND A CAR

At Toy Fair 2002, MGA Entertainment showed a new version of the Bratz with Funk N' Glow clothes embedded with fiber-optics -- a fashion trend already seen on teen club dance floors. When you close the front of the jacket, the icon on the back lights up.

The Funk N' Glow line of dolls will be priced about $10 higher -- suggested retail is $24.99 -- than the original Bratz.

A Bratzmobile, which looks like a squared-off blue 1957 Cadillac with a built-in FM radio and a trunk that pops open, is part of this year's extended toy line. It will sell for about $34.99. A Stylin' Salon and Spa, with salon chairs upholstered in leopard print and a mauve tub on one side, and an aqua health-club juice bar on the other side, will sell for $49.99.

"We're building a brand," MGA spokesman Malacrida said.

Email this story - Most-emailed articles - Most-viewed articles

Related News Categories: US Market News

[Search News]  Help

Copyright © 2002 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service
Copyright © 2002 Reuters Limited. All rights reserved. Republication or redistribution of Reuters content is expressly prohibited without the prior written consent of Reuters. Reuters shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.
Questions or Comments?

Confidential - For Attorney's Eyes Only

EXHIBIT 92
PAGE 2243

MGA 0142816

FW: Bratz: Front Pg of Busi..ss Sec LA Times					Page 1 of 6

### Danny Kim

| | |
|---|---|
| From: | Amy Hyland |
| Sent: | Friday, August 05, 2005 9:28 AM |
| To: | 'Guzman, Guillermo' |
| Subject: | RE: Bratz: Front Pg of Business Sec LA Times |
| Attachments: | Apr-Jun05 Barbie Sales.xls |

Gui -

As you know, our policy is never to publicly release information specifically related to Barbie or other brands. We are showing very different numbers (please see attached). The LA Times actually didn't combine the data source in one sentence, rather, the NPD reference was in a sentence right after the Barbie number.

Thanks.
Amy


-----Original Message-----
From: Guzman, Guillermo [mailto:Guillermo.Guzman@Mattel.com]
Sent: Thursday, August 04, 2005 6:38 PM
To: Amy Hyland
Subject: RE: Bratz: Front Pg of Business Sec LA Times

   Amy – please ignore, the 6% is our internal number. They combined data sources on the same sentence which makes it read like is all NPD.


   -----Original Message-----
   From: Guzman, Guillermo
   Sent: Thursday, August 04, 2005 2:50 PM
   To: 'Amy Hyland'
   Subject: RE: Bratz: Front Pg of Business Sec LA Times

   Has NPD placed the Barbie 6% decrease number anywhere on a public domain where it would allow them to use it?


      -----Original Message-----
      From: Amy Hyland [mailto:Amy_Hyland@npd.com]
      Sent: Thursday, August 04, 2005 2:31 PM
      To: Guzman, Guillermo
      Subject: RE: Bratz: Front Pg of Business Sec LA Times

      Gui,

      I'm double-checking but the reference to Barbie did not come from NPD - just the following sentence which says Bratz grew. Looks confusing but I think it's just the way it's written with the 2 sentences back to back.

      I'll get back to you to confirm.

      Amy


2/21/2007

Confidential - Attorney's Eyes Only

NPD00127

EXHIBIT 93
PAGE 2244

-----Original Message-----
From: Guzman, Guillermo [mailto:Guillermo.Guzman@Mattel.com]
Sent: Thursday, August 04, 2005 5:23 PM
To: Amy Hyland
Subject: FW: Bratz: Front Pg of Business Sec LA Times

Amy – please review the article below. Let's talk about the sentence where they quote NPD reporting Barbie being down 6%.

-----Original Message-----
From: Zimmerman, Erika
Sent: Thursday, August 04, 2005 1:56 PM
To: Guzman, Guillermo
Subject: FW: Bratz: Front Pg of Business Sec LA Times

-----Original Message-----
From: Zimmerman, Erika
Sent: Monday, August 01, 2005 5:02 PM
To: Guzman, Guillermo; Penny, Scott; Kim, Bonnie; Simmons, David; Knutson, Neil; Lacock, Steven; Ganet, Joshua; Dona, Amy; Yamanaka, Irene; Ramos, Laura (El Segundo)
Subject: Bratz: Front Pg of Business Sec LA Times

<http://www.latimes.com/business/la-fi-bratz1aug01,1,3490665.story?coll=la-headlines-business>

# Bratz Dolls' Maker Plays to Win in Battle With Barbie

By Melinda Fulmer
Times Staff Writer

August 1, 2005

Bratz maker Isaac Larian couldn't help but gloat after archrival Mattel Inc. released its second-quarter earnings last month.

For the first time since Larian launched the dolls with their funky, streetwise look four years ago, he said, Mattel Chief Executive Robert Eckert mentioned Bratz by name, acknowledging on a call with analysts that they had put pressure on his company's iconic Barbie.

2/21/2007

Confidential - Attorney's Eyes Only

NPD00128

EXHIBIT 93
PAGE 2245

"They are no longer calling us their 'nearest competitor,'" said Larian, chief executive and owner of MGA Entertainment Inc. of Van Nuys. "That was a first," he said with a laugh.

If Larian has his way, Barbie will be playing second fiddle in years ahead to his girls with their "passion for fashion."

Indeed, Barbie, the world's most popular doll, has already yielded her crown to Bratz in Britain. And Barbie's grip in the United States is weakening, with sales sliding for a seventh straight quarter, down 6% for the three months ended June 30. Bratz's year-over-year sales rose 19% during the same period, research firm NPD Funworld reported.

For Larian, 51, the numbers are sweet vindication, given the skepticism of some in the industry who wonder whether he can continue to thrive as a largely one-brand man.

"I'm very competitive," he said. "I want to be No. 1 - I don't want to be No. 2."

For now, he'll have to settle for being a strong No. 2, with privately held MGA estimating that Bratz racked up $2.5 billion in 2004 retail sales, between its dolls and products sold by licensees. Barbie dolls and licensed products recorded an estimated $3 billion in worldwide sales. (Larian declines to give wholesale sales figures or profit, and Mattel does not break out sales for Barbie separately.)

Starting this month, the battle in the dollhouse may get even more heated, with MGA set to release a direct-to-video movie, video game and music CD and produce an animated TV series tied to its new line of Bratz Rock Angelz dolls.

The Bratz product blitz will go up against Mattel's launch this month of "Barbie My Scene Goes Hollywood," a direct-to-video movie featuring an animated Lindsay Lohan character.

The debut of Rock Angelz, with an accompanying 300 licensed products, represents MGA's biggest launch ever. The "Bratz" animated series, which is set to debut in September on the Fox network, cost him $10 million to produce, Larian said.

It's a big bet, analysts say - and one that could easily backfire if little girls used to hip-hop and pop don't relate to the rock theme. But analysts say Larian can afford to suffer a dud now and then, as when his Pretty in Punk dolls flopped last year.

"Even if they fail they're not going to put him under," said Jim Silver, publisher of industry publication Toy Wishes, of the Rock Angelz line.

With no shareholders to report to, said analyst Sean McGowan of Harris Nesbitt in New York, Larian can move more quickly and take chances that

2/21/2007

Confidential - Attorney's Eyes Only

NPD00129

EXHIBIT 93
PAGE 2246

Mattel can't despite its much deeper pockets, such as rolling out more themes and accessories during the year.

"Bratz has done a better job of keeping things fresh," McGowan said.

Mattel has fared best in recent years with girls ages 4 to 6, who favor the fairies, rainbows and unicorns in its Fairytopia line, while Bratz has won much of the business with girls 7 to 11, who are beginning to outgrow dolls.

Its doe-eyed characters Yasmin, Cloe, Sasha and Jade wear what these girls' older sisters are wearing, and they have a wider range of skin tones and exotic names that make them appealing to girls around the world.

"The [older] kids don't want to play with Barbie anymore," Larian said. "They think Barbie is for babies."

Mattel executives dispute Larian's claims. The Barbie line is regaining its footing, they say, citing the relatively brighter second quarter after a first quarter in which worldwide sales were down 15% year over year.

"I think we have made headway in terms of making [the brand] cooler and more relevant to older girls," said Dianne Douglas, a senior vice president at El Segundo-based Mattel. But, she said, "we still have work to do."

Analyst McGowan agrees that Mattel is making progress.

"The Barbie product I see in stores is better," he said. "Retailers tell me there has been an improvement - not an increase in sales but less of a decrease."

McGowan expects to see Barbie sales break their losing streak this fall, with the arrival of "My Scene Goes Hollywood" and a bigger advertising push by Mattel.

The Bratz-versus-Barbie battle has been just as intense outside the toy aisles and in Los Angeles courthouses.

Larian filed suit against Mattel in April in U.S. District Court, accusing his rival of copying the Bratz dolls' heavily made-up, almond-shaped eyes and pouty, lip-glossed mouths, as well as packaging and themes, for its My Scene dolls.

"They are blatantly knocking us off," Larian said. "Short of calling them Bratz, I don't know what else they can do."

Mattel says it's the other way around. Last year, it sued Carter Bryant, a designer for MGA, claiming that he brought doll designs to the company after leaving Mattel.

Mattel's Los Angeles-based attorney, John B. Quinn, said he believed that Larian's suit - filed a day before Mattel's first-quarter earnings report - was in part a "publicity ploy" designed to draw attention to the blond icon's woes.

2/21/2007
Confidential - Attorney's Eyes Only

NPD00130

EXHIBIT 93
PAGE 2247

Larian might be said to have a passion for bashin' - he rarely passes up a chance to provoke Mattel. MGA's showroom at the American International Toy Fair in New York in February featured a prominently displayed photograph of Fashion Fever Barbie's teen pitchwoman, actress Hilary Duff, holding a Bratz doll.

Larian has sued McDonald's Corp. and Nordstrom Inc. in disputes over Bratz-themed merchandise. He even took on George Lucas and Lucasfilm Ltd., successfully defending MGA's rights to "Star Wars" hand-held games - electronic toys were once the company's principal business, back when it called itself Micro Games of America.

Even as he keeps his attorneys busy - a recent Bratz-themed licensing supplement to the Hollywood Reporter included five ads from law firms congratulating Larian - others believe that Larian crossed the line when he took on his own industry's trade group, the Toy Industry Assn., withdrawing from the organization and accusing it of favoring Mattel in its annual product awards.

"I am not just going to get pushed around by these big bullies," he said, "whether it's Lucasfilm, McDonald's or Mattel."

Like it or not, observers say, it's this pit-bull determination that enabled Larian to rise from teenage immigrant from Iran to toy industry mogul.

Larian, who trained as a civil engineer, started out importing brass decor and knickknacks before moving into the more lucrative electronics business in the late 1980s, eventually securing the U.S. distribution rights for Nintendo hand-held games.

It was the introduction of Bratz in June 2001 that secured Larian's fortune. Yet ultimately, some observers say, his single-minded determination to make Bratz the bestselling fashion doll could be his downfall.

Aside from Alien Racers, a line of action figures and vehicles, MGA depends almost entirely on Bratz for its income -- 70% to 80% of total sales by analysts' estimates.

"You never want to be that reliant on one product," McGowan of Harris Nesbitt said.

After all, tastes can change quickly - Larian's own success illustrates that point.

"In a matter of one or two years, you can have a relatively unknown small toy company become one of the largest brands in the entire business," said Brian Dubinsky, president of manufacturer Toy Quest in West Los Angeles and a former employee of Larian's. "How many other industries can you say that for?"

Whatever happens with this season's new products, MGA and Mattel will continue to see their fortunes intertwined, especially as long as Larian can influence the conversation. In a news release issued July 19, a day after Mattel's earnings report, MGA quoted new figures showing its share of the British fashion doll market at 49.3%, nearly 9 percentage points ahead of that of a company it would only call "its nearest competitor."

Erika Zimmerman

Sales Research - Mattel, Inc.

El Segundo, CA

310.252.5481

erika.zimmerman@mattel.com

This message (including any attachments) is only for the use of the person(s) for whom it is intended. It may contain Mattel confidential, proprietary and/or trade secret information. If you are not the intended recipient, you should not copy, distribute or use this information for any purpose, and you should delete this message and inform the sender immediately.

2/21/2007

Confidential - Attorney's Eyes Only

NPD00132

EXHIBIT __93__
PAGE __2249__

| | Apr-Jun'04 | Apr-Jun'05 | % Chg |
|---|---|---|---|
| Total TOTAL PROPERTY (BRAND + LICENSE) | $138,524 | $100,478 | -27 |
| BARBIE | $138,524 | $100,478 | -27 |

| | Apr-Jun'04 | Apr-Jun'05 | % Chg |
|---|---|---|---|
| Total BRAND | $109,791 | $81,399 | -26 |
| BARBIE | $96,708 | $74,020 | -23 |
| BARBIE STUDIO | $597 | $564 | -5 |
| BARBIE WEE 3 FRIENDS | $80 | $477 | 499 |
| MY SCENE BARBIE | $12,406 | $6,337 | -49 |

Confidential - Attorney's Eyes Only

NPD00133

EXHIBIT 93
PAGE 2250

| ██████████████ | Apr-Jun'04 | Apr-Jun'05 | % chg |
|---|---|---|---|
| BARBIE w/in Dolls Supercategory | $103,352 | $72,462 | -30 |
| BARIE w/in Fashion Dolls & Access | $102,897 | $72,462 | -30 |
| BARBIE w/in Fashion Dolls | $83,009 | $60,863 | -27 |

| ██████████████ | | | |
|---|---|---|---|
| Dolls Supercategory | Apr-Jun'04 | Apr-Jun'05 | % Chg |
| Total BRAND | $103,279 | $72,378 | -30 |
| BARBIE | $90,942 | $65,568 | -28 |
| BARBIE WEE 3 FRIENDS | $80 | $477 | 499 |
| MY SCENE BARBIE | $12,257 | $6,331 | -48 |

| Fashion Dolls & Access | Apr-Jun'04 | Apr-Jun'05 | % Chg |
|---|---|---|---|
| Total BRAND | $102,824 | $72,378 | -30 |
| BARBIE | $90,487 | $65,568 | -28 |
| BARBIE WEE 3 FRIENDS | $80 | $477 | 499 |
| MY SCENE BARBIE | $12,257 | $6,331 | -48 |

| Fashion Dolls | Apr-Jun'04 | Apr-Jun'05 | % Chg |
|---|---|---|---|
| Total BRAND | $83,009 | $60,863 | -27 |
| BARBIE | $72,295 | $54,297 | -25 |
| BARBIE WEE 3 FRIENDS | $80 | $434 | 446 |
| MY SCENE BARBIE | $10,634 | $6,132 | -42 |

Confidential - Attorney's Eyes Only

NPD00134

EXHIBIT 93
PAGE 2251

EXHIBIT 94

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 95

**LIBRARY OF CONGRESS**

*Copyright Office of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF TWO DOLLS** registered under number **VAu 715-271**. This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DRAWING OF TWO DOLLS** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VAu 715-271**.

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

*Rosemary J. Kelly*
Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT __95__
PAGE __2257__

M 0920265

EX 13887-0001