

EXHIBIT 108
PAGE 2387

M 0920254

EX 13884-0005

EXHIBIT 109

*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF DOLL NO. 12** registered under number **VA 1-378-660.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DRAWING OF DOLL NO. 12** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VA 1-378-660.**

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certifications Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

**M 0920255**

EXHIBIT _109_
PAGE _2328_

EX 13885-0001

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG **VA 1-378-660**

EFFECTIVE DATE OF REGISTRATION

| 10 | 30 | 06 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼ 
drawing of Doll No. 12

NATURE OF THIS WORK ▼ See Instructions 
drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**

NAME OF AUTHOR ▼ 
Carter Bryant

DATES OF BIRTH AND DEATH 
Year Born ▼ 1968    Year Died ▼

Was this contribution to the work a "work made for hire"? 
☐ Yes 
☑ No

Author's Nationality or Domicile 
Name of Country 
OR { Citizen of ___ USA 
    Domiciled in ___

Was This Author's Contribution to the Work 
Anonymous? ☐ Yes ☑ No 
Pseudonymous? ☐ Yes ☑ No 
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See Instructions** 
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing 
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text 
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death 
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"? 
☐ Yes 
☐ No

Author's Nationality or Domicile 
Name of Country 
OR { Citizen of ___ 
    Domiciled in ___

Was This Author's Contribution to the Work 
Anonymous? ☐ Yes ☐ No 
Pseudonymous? ☐ Yes ☐ No 
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See Instructions** 
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing 
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text 
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed 2000 
This information must be given Year in all cases.

**b** Date and Nation of First Publication of This Particular Work 
Complete this information ONLY if this work has been published. 
Month 2   Day 12   Year 2001 *approx.* 
Early 2001, USA    Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc. 
333 Continental Blvd. 
El Segundo, CA 90245 - 5012

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼ 
Assignment

APPLICATION RECEIVED 
OCT 3 0 2006 
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED 
OCT 3 0 2006

FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. 
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE 
Page 1 of 2 pages

07209/1985444.1

EXHIBIT 109 
PAGE 2327

M 0920256

EX 13885-0002

\* Amended by CO authority Robert Walsh, authorized agent of claimant. Fax on 11/3/06.

| EXAMINED BY | S7I | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**       **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**       **Account Number ▼**

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

b

Area code and daytime telephone number   ( 310 ) 252-6650       Fax number   ( 310 )252-4991

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Mattel, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert D. Walsh       Date   October 27, 2006

Handwritten signature (X) ▼

X   Robert D. Walsh

| Certificate will be mailed in window envelope to this address: | Name ▼ Robert D. Walsh Mattel, Inc. MI -1220 | • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 333 Continental Blvd. | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/Zip ▼ El Segundo, CA 90245 -5012 | Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

**9**

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

07209/1985447.1

Form VA   Rev: 07/2006   Print: 07/2006—30,000   Printed on recycled paper       U.S. Government Printing Office: 2004-320-956 /60,128

EXHIBIT  109

PAGE  2330

M 0920257

EX 13885-0003

VA 1-378-660

Drawing o Doll #12

OCT 3 0 2006

LC COPYRIGHT
0 011 103 372 9

EXHIBIT 109
PAGE 2331

M 0920258

EX 13885-0004



M 0920259

EXHIBIT 109
PAGE 2332

EX 13885-0005

EXHIBIT 110

LIBRARY OF CONGRESS

## Copyright Office
## of the United States

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **BODY DRAWING** registered under number **VAu 715-270**. This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **BODY DRAWING** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VAu 715-270.**

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT __110__
PAGE __2333__

M 0920260

EX 13886-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REC **VAu 715 – 270**

EFFECTIVE DATE OF REGISTRATION

**OCT 3 0 2006**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

### 1
**Title of This Work ▼**
body drawing

**NATURE OF THIS WORK ▼** See Instructions
drawing

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

### 2
**a**  **NAME OF AUTHOR ▼**
Carter Bryant

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1968

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
      Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
      Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

### 3
**a**  **Year in Which Creation of This Work Was Completed**
2000
This information must be given in all cases.

**b**  **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ____ Day ____ Year ____
Nation ____

### 4
See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245 - 5012

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED **OCT 3 0 2006**
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED **OCT 3 0 2006**
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

07209/1985444.1

EXHIBIT 110
PAGE 2334

M 0920261

EX 13886-0002

| EXAMINED BY | S71 | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☑ Yes CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                        **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

**b**

Area code and daytime telephone number  ( 310 ) 252-6650        Fax number  ( 310 )252-4991

Email

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Mattel, Inc.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert D. Walsh                                  Date  October 27, 2006

**Handwritten signature (X)** ▼
X _Robert D. Walsh_

**9**

Certificate will be mailed in window envelope to this address:
**Name** ▼
Robert D. Walsh  Mattel, Inc. MI -1220
**Number/Street/Apt** ▼
333 Continental Blvd.
**City/State/ZIP** ▼
El Segundo, CA 90245 -5012

· Complete all necessary spaces
· Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA  Rev: 07/2006  Print: 07/2006 —30,000  Printed on recycled paper        U.S. Government Printing Office: 2004-320-956 /60, 126

EXHIBIT __110__
PAGE __2335__

M 0920262

EX 13886-0003

VAu 715 - 270

body drawing

OCT 3 0 2006

EXHIBIT __110__
PAGE __2336__

M 0920263

EX 13886-0004



BODY

JOINTED NECK, @ SHOULDERS

POSSIBLE
TWIST
WAIST,
BELOW
BELLY
BUTTON

JOINTED @
HIPS

SCULPTED
FINGERNAILS

NOT ACTUAL
SIZE

ACTUAL DOLL
HEIGHT (WITH HEAD)
APPX. 9½" - 10"

BASIC SHOE
SCULPT

EXHIBIT ___110___
PAGE ___2337___

M 0920264

EX 13886-0005

EXHIBIT 111

*LIBRARY OF CONGRESS*

*Copyright Office of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DOLL SCULPT DRAWING** registered under number **VAu 960-439.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DOLL SCULPT DRAWING** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VAu 960-439.**

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U.S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT __*III*__
PAGE __*2338*__

**M 0920275**

EX 13889-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 960-439

**Effective date of registration:**

May 15, 2008

## Title

**Title of Work:** Doll Sculpt Drawing

**Nature of Work:** Drawing

## Completion/Publication

**Year of Completion:** 2000

## Author

**Author:** Carter Bryant

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1968

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mattel, Inc.

333 Continental Blvd. M1-1220, El Segundo, CA, 90245-5012

**Transfer Statement:** Assignment.

## Certification

**Name:** Robert D. Walsh, authorized agent of Mattel, Inc.

**Date:** May 14, 2008

Page 1 of 1

EXHIBIT _111_
PAGE _2339_

M 0920276

EX 13889-0002

IPN#:

Registration #:   VAU000960439

Service Request #:   1-62541022

Mattel, Inc.
Robert D. Walsh
333 Continental Blvd M1-1220
El Segundo, CA 90245-5012

EXHIBIT __///__
PAGE __2340__

**M 0920277**

EX 13889-0003



TOP OF HEAD

ROOTING LINE/SEPERATION LINE

ACTUAL PROPORTION

ACTUAL SIZE
10"

EXHIBIT _III_
PAGE _2341_

M 0920278

EX 13889-0004

S.H.

LC COPYRIGHT

0 025 473 379 9

1-62541022

DCSU-UNPUB.

Doll Sculpt Drawing

EXHIBIT ___///___
PAGE ___2342___

M 0920279

EX 13889-0005

EXHIBIT 112

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-304**

**Effective date of registration:**

July 25, 2008

## Title

Title of Work: Bryant Drawings D

Nature of Work: Drawings

## Completion/Publication

Year of Completion: 1999

## Author

■ Author: Carter Bryant

Author Created: 2-Dimensional artwork

Work made for hire: No

Citizen of: United States

Year Born: 1968

Anonymous: No                    Pseudonymous: No

## Copyright claimant

Copyright Claimant: Mattel, Inc

333 Continental Blvd., El Segundo, CA, 90245-5012

Transfer Statement: By assignment

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Robert D Walsh

Date: July 24, 2008

Correspondence: Yes

Page 1 of 1

EXHIBIT 112
PAGE 0343

M 0920280

EX 13890-0001

IPN#:

\*\*

Registration #:   VAU000964304

Service Request #:   1-81192436

Mattel, Inc. MI-1220
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT __112__
PAGE __2344__

**M 0920281**

EX 13890-0002



silver lame
top

lavender
pants
w/ black
&
white
accents

silver &
lavender



HALLADAY

fave color: lavender
fave insect: bee
fave food: mac 'n' cheese
if you were
a fruit: nectarine!
pet: dalmation
fave
music: hip hop
& reggae

ATTORNEY'S EYES
ONLY

BRYANT 00175

EX 5-0035

EXHIBIT  112
PAGE  2345

M 0920282

EX 13890-0003



JADE

ATTORNEY'S EYES
ONLY

BRYANT 00176

EX 5-0036

EXHIBIT _112_
PAGE _∂346_

M 0920283

EX 13890-0004