

fake
eye lashes!
in colors!
Glittery

ATTORNEY'S EYES
ONLY

BRYANT 00177

EX 5-0037

M 0920284

EXHIBIT _112_
PAGE _2347_

EX 13890-0005



ATTORNEY'S EYES ONLY

BRYANT 00178

EX 5-0038

M 0920285

EXHIBIT 112
PAGE 2348

EX 13890-0006

Meet the Bratz!

They're the cool girls from your school!
4 best friends with totally transformable looks!
Simply pop off their hair and shoes and trade for a new look. Each doll comes with 2 pop-off "wigs" and 2 pairs of shoes, plus, 2 hip fashions!

Meet Zoe! (AKA "ANGEL")

She's the queen of cool in class in her short dark brown hair and funky stompin' sneaks. At night, she likes to go long and blonde, with a skirt and sandals for a sweeter look!

Meet Lupe! (AKA "PRINCESS!")

She's the Hispanic girl with lotsa 'tude. For school, it's casual in wide-leg khakis and sweatshirt and a fun updo. At night, long brown braids & a mini do the trick.

Meet Hallidae! (AKA HIP HOP!)

She's got the heat! Ultra trendy streetwear 'n' braids for hittin' the books, and on date night, it's sassy short dress & totally new 'do.

Meet Jade! (AKA LI'L STAR!)

She's got the lock on far out fashion! Twisty black hair with fun blue streaks for school zone, and for tearing it up with friends on the weekends, its fantasy time in light blue hair, short skirt and boots.

ATTORNEY'S EYES ONLY

BRYANT 00183



ATTORNEY'S EYES ONLY          BRYANT 00186

EX 5-0046

EXHIBIT  112
PAGE  2350

M 0920287

EX 13890-0008



JADE

fave color: pink
fave insect: dragonfly
fave food:

clean bag

ATTORNEY'S EYES
ONLY

BRYANT 00189

EX 5-0049

EXHIBIT 112
PAGE 2351

M 0920288

EX 13890-0009



ATTORNEY'S EYES
ONLY

BRYANT 00190

EX 5-0050

EXHIBIT 112
PAGE 252

M 0920289

EX 13890-0010



20C

ATTORNEY'S EYES ONLY

BRYANT 00193

EX 5-0053

EXHIBIT 112
PAGE 0353

M 0920290

EX 13890-0011



ATTORNEY'S EYES ONLY

BRYANT 00194

EX 5-0054

EXHIBIT 112
PAGE 2354

M 0920291

EX 13890-0012





ATTORNEY'S EYES
ONLY

BRYANT 00197

EX 5-0057

EXHIBIT 112
PAGE 2355

M 0920292

EX 13890-0013



Hollidae

ATTORNEY'S EYES
ONLY

BRYANT 00199

EX 5-0059

M 0920293

EXHIBIT 112
PAGE 2350

EX 13890-0014



ATTORNEY'S EYES
ONLY

BRYANT 00200

EX 5-0060

EXHIBIT _112_
PAGE _2357_

M 0920294

EX 13890-0015



JADE

ATTORNEY'S EYES
ONLY

BRYANT 00201

EX 5-0061

M 0920295

EX 13890-0016

EXHIBIT 112
PAGE 2358



ATTORNEY'S EYES ONLY     BRYANT 00203

EX 5-0063

M 0920296

EXHIBIT 112
PAGE 2359

EX 13890-0017



ATTORNEY'S EYES ONLY

BRYANT 00204

EX 5-0064

M 0920297

EX 13890-0018

EXHIBIT 112
PAGE 2360



LUPE

ATTORNEY'S EYES ONLY

BRYANT 00206

EX 5-0066

EXHIBIT 112
PAGE 2361

M 0920298

EX 13890-0019



20E

ATTORNEY'S EYES
ONLY

BRYANT 00208

EX 5-0068

EXHIBIT 112
PAGE 2362

M 0920299

EX 13890-0020



ATTORNEY'S EYES
ONLY

BRYANT 00212

EX 5-0072

EXHIBIT 112
PAGE 2363

M 0920300

EX 13890-0021



ATTORNEY'S EYES ONLY

BRYANT 00213

EX 5-0073

EXHIBIT 112
PAGE 2364

M 0920301

EX 13890-0022



ATTORNEY'S EYES
ONLY

BRYANT 00216

EX 5-0076

EXHIBIT 112
PAGE 2365

M 0920302

EX 13890-0023



Plug

rooted hair

recessed scalp

① lower hair rooted onto recessed scalp, lining up notches in plug and in scalp.

notches

top view

② twist hair onto place to lock.

③ Now hair can be brushed and styled.

ATTORNEY'S EYES ONLY

BRYANT 00217

EX 5-0077

EXHIBIT 112
PAGE 0366

M 0920303

EX 13890-0024



ATTORNEY'S EYES
ONLY

BRYANT 00218

EX 5-0076

M 0920304

EX 13890-0025

EXHIBIT 112
PAGE 2367



**ATTORNEY'S EYES ONLY**

BRYANT 00341

EX 5-0136

M 0920305

EX 13890-0026

EXHIBIT __1/2__
PAGE __2368__



ATTORNEY'S EYES
ONLY

BRYANT 00194

EX 62-0002

EXHIBIT 112
PAGE 2369

M 0920306

EX 13890-0027



JADE

ATTORNEY'S EYES ONLY

BRYANT 00201

EX 62-0004

M 0920307

EX 13890-0028

EXHIBIT __112__
PAGE __2370__



ATTORNEY'S EYES
ONLY

BRYANT 00204

EX 62-0006

M 0920308

EX 13890-0029

EXHIBIT _112_
PAGE _2371_



2ÖE

**ATTORNEY'S EYES ONLY**

BRYANT 00208

EX 62-0008

EXHIBIT 112
PAGE 2372

M 0920309

EX 13890-0030



TRIAL EXHIBIT 00620-001

EXHIBIT 112
PAGE 2513

M 0920310

EX 13890-0031



JADE

ATTORNEY'S EYES ONLY

BRYANT 00176



DEPOSITION
EXHIBIT
701
Bryant J

EX 701-0001

EXHIBIT  112
PAGE  2374

M 0920311

EX 13890-0032