

ATTORNEY'S EYES ONLY
BRYANT 00176
DEPOSITION EXHIBIT 702 Bryant J 4-25-07
PENGAD 800-631-6989

7/12/2006
IMG_1475.JPG

EXHIBIT 112
PAGE 2375

EX 702-0001

M 0920312

EX 13890-0033

EX 702-0002

M 0920313

EXHIBIT 112
PAGE 2376

EX 13890-0034

fake eyelashes! in colors! Glittery

ATTORNEY'S EYES ONLY

BRYANT 00177

DEPOSITION EXHIBIT
703
Bryant J
9-25-07

EX 703-0001

EXHIBIT 112
PAGE 2377

M 0920314



JADE
fave color: pink
fave insect: dragonfly
fave food:
clear bag

ATTORNEY'S EYES ONLY

BRYANT 00189

DEPOSITION EXHIBIT
704
Bryant J.
9-25-07

EX 704-0001

EXHIBIT 112
PAGE 2378

M 0920315

EX 13890-0036



ATTORNEY'S EYES ONLY

BRYANT 00190

EX 705-0001

M 0920316

EXHIBIT 112
PAGE 2379

EX 13890-0037



ATTORNEY'S EYES ONLY

BRYANT 00216

DEPOSITION EXHIBIT
706
Bryant J.
9-25-07
PENGAD 800-631-6989

EX 706-0001

EXHIBIT 112
PAGE 2380

M 0920317

EX 13890-0038


DEPOSITION
EXHIBIT
707
Bryant J.
9-25-07
PENGAD 800-631-6989

Plug
rooted hair
recessed scalp
notches
top view

(1) lower rooted hair onto recessed scalp, lining up notches in plug and in scalp.

(2) twist hair onto place to lock.

(3) Now hair can be Brushed and styled.

ATTORNEY'S EYES ONLY

BRYANT 00217

EX 707-0001

EXHIBIT 112
PAGE 2381

M 0920318

EX 13890-0039

DEPOSITION EXHIBIT 709 9-25-07 Bryant, J

Meet the Bratz!

they're the cool girls from your school!

4 best friends with totally transformable looks!

Simply pop off their hair and shoes and trade for a new look. Each doll comes with 2 pop-off "wigs" and 2 pairs of shoes, plus, 2 hip fashions!

Meet Zoe! (AKA "ANGEL")

She's the queen of cool in class in her short dark brown hair and funky ~~see~~ stompin' sneaks. At night, she likes to go ~~blonde and to~~ long and blonde, with a skirt and sandals for a sweeter look!

Meet Lupe! (AKA "PRINCESS!")

She's the Hispanic girl with lotsa'tude. For school, it's casual in wide-leg khakis and sweatshirt and a funked updo. At night, long brown braids & a mini do the trick

Meet Hallidae! (AKA HIP HOP!)

She's got the beat! Ultra trendy streetwear 'n' braids for hittin' the books, and on date night, it's a sassy short dress & totally new 'do.

Meet Jade! (AKA LI'L STAR!)

She's got the lock on far out fashion! Twisty black hair with fun blue streaks for school zone, and for tearing it up with friends on the weekends, it's fantasy time in light blue hair, short skirt and boots.

ATTORNEY'S EYES ONLY

BRYANT 00183

EX 709-0001

EXHIBIT 112
PAGE 2382

M 0920319

EX 13890-0040

ATTORNEY'S EYES ONLY

BRYANT 00186

EX 710-0001

EXHIBIT 112
PAGE 2383

M 0920320

EX 13890-0041



DEPOSITION
EXHIBIT
711
Bryant J.
9-25-07

ATTORNEY'S EYES ONLY

BRYANT 00341

EX 711-0001

EXHIBIT 112
PAGE 7384

M 0920321

EX 13890-0042



ATTORNEY'S EYES ONLY

BRYANT 00199

TRIAL EXHIBIT 00739-001

EXHIBIT 112
PAGE 2385

M 0920322

EX 13890-0043



EX 740-0001

M 0920323

EXHIBIT 112
PAGE 2386

EX 13890-0044



EX 740-0002

EXHIBIT 112
PAGE 2387

M 0920324

EX 13890-0045



ATTORNEY'S EYES ONLY

BRYANT 00213

TRIAL EXHIBIT 00741-001

EXHIBIT 112
PAGE 2388

M 0920325

EX 13890-0046



DEPOSITION EXHIBIT
742
Bryant J 9-25-07
PENGAD 800-631-6989

EX 742-0001

EXHIBIT 112
PAGE 2389

M 0920326

EX 13890-0047



EX 742-0002

EXHIBIT 112
PAGE 2390

M 0920327

EX 13890-0048



silver lame top
lavender pants w/ black & white accents
silver & lavender

HALLADAY

fave color: lavender
fave insect: bee
fave food: mac n' cheese
if you were a fruit: nectarine!
pet: dalmation
fave music: hip hop & reggae

ATTORNEY'S EYES ONLY

BRYANT 00175

DEPOSITION
EXHIBIT
757
Bryant J
9-25-07

EX 757-0001

EXHIBIT 112
PAGE 2391

M 0920328

EX 13890-0049



ATTORNEY'S EYES ONLY      BRYANT 00203



TRIAL EXHIBIT 00758-001

EXHIBIT 112
PAGE 2392

M 0920329

EX 13890-0050