

DEPOSITION
EXHIBIT
759   9-25-07
Bryant J

EX 759-0001

M 0920330

EX 13890-0051

EXHIBIT   112
PAGE   2393



EX 759-0002

M 0920331

EXHIBIT 112
PAGE 2394

EX 13890-0052

DEPOSITION
EXHIBIT
760
Bryant, T
9-25-07
PENEKO 600-831-6989

EX 760-0001

EXHIBIT 112
PAGE 2395

M 0920332

EX 13890-0053



EX 760-0002

M 0920333

EXHIBIT _112_
PAGE _2396_

EX 13890-0054



ATTORNEY'S EYES ONLY          BRYANT 00200



DEPOSITION EXHIBIT
761
Bryant J   9-25-07

EX 761-0001

M 0920334

EX 13890-0055

EXHIBIT 112
PAGE 2397



ATTORNEY'S EYES ONLY          BRYANT 00178



EX 762-0001

EXHIBIT 112
PAGE 2398

M 0920335

EX 13890-0056



ATTORNEY'S EYES ONLY

BRYANT 00194



TRIAL EXHIBIT 00774-001

EXHIBIT 112
PAGE 2399

M 0920336

EX 13890-0057

EX 775-0001

EXHIBIT __112__
PAGE __2400__



EX 775-0002

M 0920338

EXHIBIT 112
PAGE 2401

EX 13890-0059







ATTORNEY'S EYES ONLY

BRYANT 00197

TRIAL EXHIBIT 00776-001

EXHIBIT _112_
PAGE _2402_

M 0920339

EX 13890-0060



EX 777-0001

M 0920340

EX 13890-0061

EXHIBIT 112
PAGE 2403



EX 777-0002

M 0920341

EXHIBIT 112
PAGE 2404

EX 13890-0062



20E



ATTORNEY'S EYES
ONLY

BRYANT 00208

DEPOSITION
EXHIBIT
781
Bryant J  2-25-07

TRIAL EXHIBIT 00781-001

EXHIBIT  112
PAGE  2405

M 0920342

EX 13890-0063



DEPOSITION
EXHIBIT
782
9-26-07  DAT
EX 782-0001

EXHIBIT 112
PAGE 2406

M 0920343

EX 13890-0064