

EX 782-0002

M 0920344

EX 13890-0065

EXHIBIT __112__
PAGE __2407__



DEPOSITION EXHIBIT
786
9-26-07 DFE

EX 786-0001

EXHIBIT 112
PAGE 2408

M 0920345

EX 13890-0066



ZoE

EX 786-0002

M 0920346

EXHIBIT 112
PAGE 2409

EX 13890-0067

DEPOSITION
EXHIBIT
790
9-26-07  ortc

EX 790-0001

EXHIBIT 112
PAGE 2410

M 0920347

EX 13890-0068



EX 790-0002

EXHIBIT 112
PAGE 241

M 0920348

EX 13890-0069



LUPE
☆

ATTORNEY'S EYES
ONLY

BRYANT 00206



DEPOSITION
EXHIBIT
794
9-26-07  DAC

EX 794-0001

M 0920349

EXHIBIT 112
PAGE 2412

EX 13890-0070







DEPOSITION EXHIBIT
795
9-26-07 DAC

ATTORNEY'S EYES ONLY          BRYANT 00204

TRIAL EXHIBIT 00795-001

EXHIBIT 112
PAGE 2413

M 0920350

EX 13890-0071



JADE

ATTORNEY'S EYES ONLY

BRYANT 00201


796
Q-26607 DAC

TRIAL EXHIBIT 00796-001

EXHIBIT 112
PAGE 2414

M 0920351

EX 13890-0072



EXHIBIT 112
PAGE 2415

EX 1152-0005

M 0920352

EX 13890-0073



206

ATTORNEY'S EYES ONLY

BRYANT 00193

EX 1152-0006

EXHIBIT 112
PAGE 2416

M 0920353

EX 13890-0074



EXHIBIT 112
PAGE 2417

EX 1152-0013

M 0920354

EX 13890-0075



EX 1152-0014

M 0920355

EXHIBIT __112__
PAGE __2418__

EX 13890-0076



EX 1152-0015

M 0920356

EX 13890-0077

EXHIBIT 112
PAGE 2419



**ATTORNEY'S EYES ONLY**

**BRYANT 00212**

EX 1152-0016

EXHIBIT 112
PAGE 2420

M 0920357

EX 13890-0078



JADE

(5 pgs)
Exhibit no. 1748
Date: 1/24/08
Tonnu  P. Pyburn

ATTORNEY'S EYES
ONLY

BRYANT 00201

1748.1

EXHIBIT 112
PAGE 2421

EX 1748-0001

M 0920358

EX 13890-0079