

ATTORNEY'S EYES ONLY                    BRYANT 00201

EXHIBIT 112
PAGE 2422

1748.2
EX 1748-0002

M 0920359

EX 13890-0080



EXHIBIT __112__
PAGE __2423__

1748.3
EX 1748-0003

M 0920360

EX 13890-0081



1748.4
EX 1748-0004

M 0920361

EXHIBIT  112
PAGE  2424

EX 13890-0082

1248 5
EX 1748-0005

M 0920362

EX 13890-0083

EXHIBIT 112
PAGE 2425







ATTORNEY'S EYES ONLY

BRYANT 00204

1750.1

EXHIBIT 112
PAGE 2426

EX 1750-0001

M 0920363

EX 13890-0084



ATTORNEY'S EYES ONLY          BRYANT 00204

EXHIBIT  112
PAGE  2427

1750.2
EX 1750-0002

M 0920364

EX 13890-0085



1750.3
EX 1750-0003

M 0920365

EX 13890-0086

EXHIBIT ___112___
PAGE ___2428___



EXHIBIT __112__
PAGE __2429__

17304
EX 1750-0004

M 0920366

EX 13890-0087



2ᵒE

ATTORNEY'S EYES
ONLY

BRYANT 00208

12514
EX 1751-0004

EXHIBIT 112
PAGE 2430

M 0920367

EX 13890-0088



2ot

ATTORNEY'S EYES ONLY

BRYANT 00193

EX 10534-0001

EXHIBIT 112
PAGE 2431

M 0920368

EX 13890-0089



**ATTORNEY'S EYES ONLY**

**BRYANT 00212**

EX 10536-0001

EXHIBIT __112__
PAGE __2432__

M 0920369

EX 13890-0090



ATTORNEY'S EYES
ONLY

BRYANT 00218

EX 10539-0001

EXHIBIT _112_
PAGE _2433_

M 0920370

EX 13890-0091







BRYANT  00972

**CONFIDENTIAL**
**ATTORNEYS EYES**
**ONLY**

EX 10579-0001

EXHIBIT _11Z_
PAGE _2434_

M 0920371

EX 13890-0092



Jade
" purrfect "

- animation
- portfolio drawings
- b & white of fashions

ATTORNEY'S EYES
ONLY

BRYANT 00140

TRIAL EXHIBIT 15172-001

EXHIBIT 112
PAGE 2435

M 0920372

EX 13890-0093



20¢

ATTORNEY'S EYES ONLY

BRYANT 00193

TRIAL EXHIBIT 15175-001

EXHIBIT 112
PAGE 2436

M 0920373

EX 13890-0094



*Zoe*

*Zoe*

**ATTORNEY'S EYES ONLY**

**BRYANT 00212**

TRIAL EXHIBIT 15179-001

EXHIBIT __1/2__
PAGE __2437__

M 0920374

EX 13890-0095









BRYANT 00972

CONFIDENTIAL
ATTORNEYS EYES
ONLY

TRIAL EXHIBIT 18281-001

EXHIBIT 112
PAGE 2438

M 0920375

EX 13890-0096



ATTORNEY'S EYES ONLY

BRYANT 00218

TRIAL EXHIBIT NUMBER 18501-001

EXHIBIT 112
PAGE 2439

M 0920376

EX 13890-0097

EXHIBIT 113