# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-306**

Effective date of registration:

July 25, 2008

---

## Title
- **Title of Work:** Bryant Drawing C
- **Nature of Work:** Drawing

## Completion/Publication
- **Year of Completion:** 2000

## Author
- **Author:** Carter Bryant
- **Author Created:** 2-Dimensional artwork
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1968
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** Mattel, Inc
  333 Continental Blvd, El Segundo, CA, 90245-5012
- **Transfer Statement:** By assignment

## Limitation of copyright claim
- **Previously registered:** No

## Certification
- **Name:** Robert D Walsh
- **Date:** July 24, 2008

- **Correspondence:** Yes

Page 1 of 1

EXHIBIT 113
PAGE 7440

M 0920377

EX 13891-0001

IPN#: 

Registration #: VAU000964306

Service Request #: 1-81192414

Mattel, Inc MI- 1220
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT 113
PAGE 2441

M 0920378

EX 13891-0002



ATTORNEY'S EYES ONLY    BRYANT 00173

EXHIBIT 113
PAGE 2442

EX 5-0034

M 0920379

EX 13891-0003

EXHIBIT 114

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-308**

Effective date of registration:

July 25, 2008

## Title
- **Title of Work:** Bryant Drawings B
- **Nature of Work:** Drawings

## Completion/Publication
- **Year of Completion:** 2000

## Author
- **Author:** Carter Bryant
- **Author Created:** 2-Dimensional artwork
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1968
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** Mattel, Inc.
  333 Continental Blvd , El Segundo, CA, 90245-5012
- **Transfer Statement:** By assignment

## Limitation of copyright claim
- **Previously registered:** No

## Certification
- **Name:** Robert D Walsh
- **Date:** July 24, 2008

- **Correspondence:** Yes

Page 1 of 1

M 0920380


EXHIBIT 114
PAGE 2443

EX 13892-0001

IPN#:

Registration #:   VAU000964308

Service Request #:   1-81192313

Mattel, Inc. MI-1220
Robert D. Walsh
333 Continental Blvd
El Segundo, CA 90245-5012


EXHIBIT 114
PAGE 2444

M 0920381

EX 13892-0002





CONFIDENTIAL    Attorney's Eyes Only    BRYANT 02775

DEPOSITION EXHIBIT 771 BryantJ 2-25-07

EXHIBIT 114
PAGE 2445

EX 771-0001

M 0920382

EX 13892-0003





EXHIBIT 114
PAGE 2447

EX 773-0002
M 0920384
EX 13892-0005



EXHIBIT 114
PAGE 2448

EX 1107-0001

M 0920385

EX 13892-0006



EXHIBIT 114
PAGE 2449

EX 1108-0001

M 0920386

EX 13892-0007



EXHIBIT 114
PAGE 2450

EX 1109-0001

M 0920387

EX 13892-0008



EXHIBIT 114
PAGE 2451

EX 1110-0001
M 0920388
EX 13892-0009



CONFIDENTIAL   Attorney's Eyes Only   BRYANT 02774

EX 10638-0001

EXHIBIT 114
PAGE 2452

M 0920389

EX 13892-0010



CONFIDENTIAL    Attorney's Eyes Only    BRYANT 02776

EXHIBIT 115

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-309**

Effective date of registration:

July 25, 2008

---

### Title
- **Title of Work:** Bryant Drawings A
- **Nature of Work:** Drawings

### Completion/Publication
- **Year of Completion:** 2000

### Author
- **Author:** Carter Bryant
- **Author Created:** 2-Dimensional artwork
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1968
- **Anonymous:** No    **Pseudonymous:** No

### Copyright claimant
- **Copyright Claimant:** Mattel, Inc
  333 Continental Blvd., El Segundo, CA, 90245-5012
- **Transfer Statement:** By assignment

### Limitation of copyright claim
- **Previously registered:** No

### Certification
- **Name:** Robert D Walsh
- **Date:** July 24, 2008

- **Correspondence:** Yes

Page 1 of 1

EXHIBIT 115
PAGE 2454

M 0920391

EX 13893-0001

IPN#:

Registration #: VAU000964309

Service Request #: 1-81192271

Mattel, Inc MI-1220
Robert Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT 115
PAGE 2455

M 0920392

EX 13893-0002



ATTORNEY'S EYES ONLY   BRYANT 00232

EX 3-0011

EXHIBIT 115
PAGE 2456

M 0920393

EX 13893-0003

