

ATTORNEY'S EYES
ONLY

BRYANT 00155

EX 5-0018

EXHIBIT 115
PAGE 2458

M 0920395

EX 13893-0005



ATTORNEY'S EYES ONLY

BRYANT 00156

EX 5-0019

EXHIBIT 115
PAGE 2459

M 0920396

EX 13893-0006



Zoe

holidge

A

ATTORNEY'S EYES ONLY

BRYANT 00163

EX 5-0026

EXHIBIT 115
PAGE 2460

M 0920397

EX 13893-0007



ATTORNEY'S EYES ONLY

BRYANT 00164

EX 5-0027

EXHIBIT _115_
PAGE _2461_

M 0920398

EX 13893-0008



FASHION PAK

PAJAMA POWER!

FABRICS UNDETERMINED



- TANK TOP
- DRAWSTRING BOTTOMS
- FUZZY ANIMAL SLIPPERS
- FUZZY PILLOW
- FUZZY NIGHT BLINDERS
- FUZZY LAMB

ATTORNEY'S EYES
ONLY

BRYANT 00165

EX 5-0028

EXHIBIT __115__
PAGE __2462__

M 0920399

EX 13893-0009



FINAL DESIGNS

ATTORNEY'S EYES ONLY          BRYANT 00167

EX 5-0030

EXHIBIT _115_
PAGE _2463_

M 0920400

EX 13893-0010



Hallidae

ATTORNEY'S EYES
ONLY

BRYANT 00235

EX 5-0081

EXHIBIT _115_
PAGE _2464_

M 0920401

EX 13893-0011



Zoe

ATTORNEY'S EYES ONLY

BRYANT 00236

EX 5-0082

EXHIBIT  _115_
PAGE  _2465_

M 0920402

EX 13893-0012



Jade

ATTORNEY'S EYES
ONLY

BRYANT 00237

EX 5-0063

EXHIBIT _115_
PAGE _2466_

M 0920403

EX 13893-0013



YASMIN'S
BOOT.
FINAL

APPX. ACTUAL SIZE

SIDE         FRONT

ATTORNEY'S EYES ONLY

BRYANT 00284

EX 5-0095

EXHIBIT __115__
PAGE __2467__

M 0920404

EX 13893-0014



FIONA'S BOOTS

BOOT DE #1

APPROXIMATE ACTUAL SIZE

110% of original

ATTORNEY'S EYES ONLY

BRYANT 00285

EX 5-0096

M 0920405

EXHIBIT 115
PAGE 2468

EX 13893-0015



JADE/YASMIN
PLATFORM SANDAL
(PLATFORM DESIGN #2)

FINAL DESIGNS

'INDICATION' OF TOES
ON INSIDE OF SHOE

APX. ACTUAL SIZE.

ATTORNEY'S EYES
ONLY

BRYANT 00288

EX 5-0099

EXHIBIT _115_
PAGE _2469_

M 0920406

EX 13893-0016



SL00030

EX 323-0016

EXHIBIT 115
PAGE 2470

M 0920407

EX 13893-0017



SL00031

EX 323-0018

M 0920408

EXHIBIT _115_
PAGE _2471_

EX 13893-0018



SL00038

EX 323-0026

EXHIBIT _115_
PAGE _2472_

M 0920409

EX 13893-0019



ATTORNEY'S EYES ONLY

BRYANT 00163

DEPOSITION
EXHIBIT
7/2
Bryant T.

EX 712-0001

EXHIBIT 115
PAGE 2473

M 0920410

EX 13893-0020



ATTORNEY'S EYES ONLY

BRYANT 00164

DEPOSITION
EXHIBIT
713
Bryant J  9-25-07

EX 713-0001

EXHIBIT 115
PAGE 2474

M 0920411

EX 13893-0021



Zoe

ATTORNEY'S EYES ONLY

BRYANT 00236



EX 715-0001

M 0920412

EXHIBIT  115
PAGE  2475

EX 13893-0022



*Hallidae*

ATTORNEY'S EYES ONLY

BRYANT 00235



DEPOSITION
EXHIBIT
720
Bryant J   9-25-07

EX 720-0001

EXHIBIT  115
PAGE   2476

M 0920413

EX 13893-0023



Jade

ATTORNEY'S EYES
ONLY
BRYANT 00257



DEPOSITION
EXHIBIT
723
Bryant J   9-25-07

EX 723-0001

EXHIBIT _115_
PAGE _2477_

M 0920414

EX 13893-0024



ATTORNEY'S EYES ONLY

BRYANT 00151

EX 10515-0001

M 0920415

EXHIBIT 115
PAGE 2478

EX 13893-0025



ATTORNEY'S EYES
ONLY

BRYANT 00155

EX 10518-0001

EXHIBIT _115_
PAGE _2479_

M 0920416

EX 13893-0026



ATTORNEY'S EYES ONLY

BRYANT 00156

EX 10519-0001

EXHIBIT _115_
PAGE _2480_

M 0920417

EX 13893-0027