

FASHION PAK

PAJAMA POWER!

FABRICS UNDETERMINED

nity-nite

- TANK TOP
- DRAWSTRING BOTTOMS
- FUZZY ANIMAL SLIPPERS
- FUZZY PILLOW
- FUZZY NIGHT BLINDERS
- FUZZY LAMB

ATTORNEY'S EYES ONLY

BRYANT 00165

EX 10526-0001

M 0920418

EX 13893-0028

EXHIBIT 115
PAGE 2481

EXHIBIT 116

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-310

**Effective date of registration:**

July 25, 2008

## Title

**Title of Work:** Bryant Bratz Pitch Materials B

**Nature of Work:** Drawings

## Completion/Publication

**Year of Completion:** 2000

## Author

**Author:** Carter Bryant

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1968

**Anonymous:** No  **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mattel, Inc.

333 Continental Blvd , El Segundo, CA, 90245-5012

**Transfer Statement:** By assignment

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Robert D. Walsh

**Date:** July 24, 2008

**Correspondence:** Yes

Page 1 of 1

EXHIBIT 116
PAGE 2982

**M 0920419**

EX 13894-0001

IPN#: 

Registration #:   VAU000964310

Service Request #:   1-81192219

Mattel, Inc  MI-1220
Robert D. Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

116
2483

**M 0920420**

EX 13894-0002



"The Bratz"

ATTORNEY'S EYES
ONLY

BRYANT 00310



11-5-04     SH

EX 2-0001

EXHIBIT __116__
PAGE __2484__

M 0920421

EX 13894-0003



"HALLIDAE"

ATTORNEY'S EYES ONLY

BRYANT 00311

EXHIBIT 116
PAGE 2485

EX 2-0002

M 0920422

EX 13894-0004



New look ~ same doll! :)

ATTORNEY'S EYES
ONLY

BRYANT 00312

EX 2-0003

EXHIBIT 116
PAGE 2486

M 0920423

EX 13894-0005



after transform.

ATTORNEY'S EYES
ONLY

BRYANT 00313

EX 2-0004

EXHIBIT 116
PAGE 2487

M 0920424

EX 13894-0006



ATTORNEY'S EYES
ONLY

BRYANT 00314

EX 2-0005

EXHIBIT _116_
PAGE _2488_

M 0920425

EX 13894-0007



ATTORNEY'S EYES
ONLY

EX 2-0006

EXHIBIT 116
PAGE 2489

M 0920426

EX 13894-0008



ATTORNEY'S EYES
ONLY

BRYANT 00316

EX 2-0007

EXHIBIT 116
PAGE 2490

M 0920427

EX 13894-0009



*after transform*

ATTORNEY'S EYES
ONLY

BRYANT 00317

EX 2-0008

EXHIBIT _116_
PAGE _2491_

M 0920428

EX 13894-0010



ATTORNEY'S EYES
ONLY

BRYANT 00318

after Transform -

EX 2-0009

EXHIBIT 116
PAGE 2492

M 0920429



"LUPE"

ATTORNEY'S EYES
ONLY

BRYANT 00319

EX 2-0010

EXHIBIT _116_
PAGE _2493_

M 0920430

EX 13894-0012



DEPOSITION EXHIBIT 734

EX 734-0001

M 0920431

EXHIBIT 116
PAGE 2494

EX 13894-0013



EX 734-0002

EXHIBIT 116
PAGE 2495

M 0920432

EX 13894-0014







ATTORNEY'S EYES
ONLY

BRYANT 00313

TRIAL EXHIBIT 00737-001

EXHIBIT _116_
PAGE _2496_

M 0920433

EX 13894-0015



after transform.

ATTORNEY'S EYES ONLY

BRYANT 00317



DEPOSITION
EXHIBIT
743
Bryant J  9-25-07

TRIAL EXHIBIT 00743-001

EXHIBIT 116
PAGE 2497

M 0920434

EX 13894-0016



DEPOSITION
EXHIBIT
744
FERGA/D 800-831-6989

EXHIBIT 116
PAGE 2498

EX 744-0001

M 0920435

EX 13894-0017



EX 744-0002

M 0920436

EX 13894-0018

EXHIBIT _116_
PAGE _2499_



EXHIBIT 116
PAGE 2500

EX 746-0001

M 0920437

EX 13894-0019





7/12/2006
IMG_1359.JPG

EX 778-0001

M 0920439

EX 13894-0021

EXHIBIT 116
PAGE 2502



EX 778-0002

M 0920440

EXHIBIT _116_
PAGE 2503

EX 13894-0022

EXHIBIT 117

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-311**

**Effective date of registration:**

July 25, 2008

## Title

Title of Work: Bryant Bratz Pitch Materials A

Nature of Work: Drawings

## Completion/Publication

Year of Completion: 2000

## Author

Author: Carter Bryant

Author Created: 2-Dimensional artwork

Work made for hire: No

Citizen of: United States

Year Born: 1968

Anonymous: No                    Pseudonymous: No

## Copyright claimant

Copyright Claimant: Mattel, Inc

333 Continental Blvd, El Segundo, CA, 90245-5012

Transfer Statement: By assignment

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Robert D Walsh

Date: June 24, 2008

Correspondence: Yes

Page 1 of 1



EXHIBIT ___117___
PAGE ___2504___

**M 0920441**

EX 13895-0001

IPN#:

Registration #:    VAU000964311

Service Request #:    1-81192193

Mattel, Inc  MI-1220
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT  _117_
PAGE  _2505_

**M 0920442**

EX 13895-0002

EX 1-0001

DEPOSITION
EXHIBIT

BRYANT 00262

ATTORNEY'S EYES
ONLY





EXHIBIT ___117___
PAGE __2506__

M 0920443

EX 13895-0003

EX 1-0002

ATTORNEY'S EYES ONLY

BRYANT 00263

# Bratz!

Meet the Bratz! The Totally Transformable Teenage dolls! They're four best friends from high school who love to trade clothes, shoes and hairdos! They come to school with a new look every day!

By simply popping off the hairstyle and shoes, and exchanging them for one of their other hairstyles and pairs of shoes, or a friend's hairstyle and shoes, you can create a whole new look! Complete the look by changing their pants or skirts for one of their additional garments!

Each doll comes dressed in a trendy, hip outfit, with one or two additional pieces, such as an additional skirt or t-shirt (for mix and matching.) Each doll also comes with two great hairstyles, 2 great pairs of shoes, and a cool backpack.

EXHIBIT _117_
PAGE _2507_

M 0920444

EX 13895-0004