EX 1-0003

ATTORNEY'S EYES ONLY

BRYANT 00264

# Meet Zoe!

She's the queen of cool at school with her short dark brown hair and funky stompin' sneaks. Hiphugger jeans, short tea shirt, and glittery vinyl backpack complete her daytime look.



EXHIBIT 117
PAGE 2508

M 0920445

EX 13895-0005



EX 1-0004

BRYANT 00265

ATTORNEY'S EYES ONLY

To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

EXHIBIT 117
PAGE 2509

M 0920446

EX 13895-0006

EX 1-0005

BRYANT 00266

ATTORNEY'S EYES
ONLY



Now she has a whole new look for nighttime fun with the rest of the Bratz gang!

EXHIBIT 117
PAGE 2516

M 0920447

EX 13895-0007

EX 1-0006

BRYANT 00267

ATTORNEY'S EYES
ONLY

## Meet Lupe!

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery tannies , a fun red updo and fresh backpack give her a great look for school!



EXHIBIT  117
PAGE  2511

M 0920448

EX 13895-0008

EX 1-0007

BRYANT 00268

ATTORNEY'S EYES
ONLY



For partytime, change her into a
short skirt, braids and silver
stompers!

EXHIBIT _117_
PAGE _2512_

M 0920449

EX 13895-0009

EX 1-0006

BRYANT 00269

ATTORNEY'S EYES ONLY



EXHIBIT _117_
PAGE _2513_

M 0920450

EX 13895-0010

EX 1-0009

ATTORNEY'S EYES
ONLY

BRYANT 00270



On date night, It's a sassy short
dress, platforms, and a totally
new 'do!

EXHIBIT 117
PAGE 2514

M 0920451

EX 13895-0011

EX 1-0010

BRYANT 00271

ATTORNEY's EYES ONLY

## Meet Jade!

Jade loves far-out fashion! Mary Janes and a baby doll are just perfect for study hall! Twisty hairdo..fringe-y jacket and a sweater than sweet..backpack and Jade is ready for serious school house rock!



EXHIBIT __117__
PAGE __2515__

M 0920452

EX 13895-0012

EX 1-0011

BRYANT 00272

ATTORNEY'S EYES
ONLY

For weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!



EXHIBIT __117__
PAGE __2516__

M 0920453

EX 13895-0013



DOC. B (2)

DEPOSITION
EXHIBIT
727
Bryant J

EXHIBIT 117
PAGE 2517

EX 727-0001

M 0920454

EX 13895-0014



EXHIBIT __117__
PAGE __2518__

M 0920455

EX 13895-0015



EXHIBIT _117_
PAGE _2519_

M 0920456

EX 13895-0016



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

EXHIBIT 117
PAGE 2520

M 0920457

EX 13895-0017



DEPOSITION
EXHIBIT
780
9-25-07

EXHIBIT __117__
PAGE __2521__



EXHIBIT 117
PAGE 2522

M 0920459

EX 13895-0019

EXHIBIT 118

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-315**

**Effective date of registration:**

July 25, 2008

## Title

| | |
|---|---|
| Title of Work: | Bryant Drawings E |
| Nature of Work: | Drawings |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2000 |

## Author

| | |
|---|---|
| Author: | Carter Bryant |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United States |
| Year Born: | 1968 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Mattel, Inc |
| | 333 Continental Blvd, El Segundo, CA, 90245-5012 |
| Transfer Statement: | by assignment |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | No |

## Certification

| | |
|---|---|
| Name: | Robert D Walsh |
| Date: | July 24, 2008 |

| | |
|---|---|
| Correspondence: | Yes |

Page 1 of 1

**M 0920460**

 EXHIBIT *118*
PAGE *2523*



EX 13896-0001

IPN#:

Registration #:   VAU000964315

Service Request #:   1-81192458

Mattel, Inc
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

**M 0920461**

EXHIBIT  118
PAGE  2524

EX 13896-0002



ATTORNEY'S EYES
ONLY

BRYANT 00276

EX 5-0087

M 0920462

EX 13896-0003



EXHIBIT 118
PAGE 2525



THIS IS
WORE THE
LIP LOOK I
WANT FOR
HER.

JANE'S
"GLAMOUR"
DRESS

ATTORNEY'S EYES
ONLY

BRYANT 00297

EX 5-0108

M 0920463

EXHIBIT 118
PAGE 2526

EX 13896-0004



THIS IS WORE THIS LIP LOOK I WANT THE FACE.

JADE'S "GLAMOUR" DRESS

ATTORNEY'S EYES ONLY

BRYANT 00297



DEPOSITION EXHIBIT
724
Bryant J   0-25-07

TRIAL EXHIBIT 00724-001

EXHIBIT 118
PAGE 2527

M 0920464

EX 13896-0005

DEPOSITION
EXHIBIT
725
Bryant J
4-25-07

EX 725-0001

M 0920465

EXHIBIT 118
PAGE 2528

EX 13896-0006

EX 725-0002

EXHIBIT 118
PAGE 2529

M 0920466

EX 13896-0007

EXHIBIT 119

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-318**

**Effective date of registration:**

July 25, 2008

### Title

Title of Work: Bryant Drawings F

Nature of Work: Drawings

### Completion/Publication

Year of Completion: 1999

### Author

Author: Carter Bryant

Author Created: 2-Dimensional artwork

Work made for hire: No

Citizen of: United States

Year Born: 1968

Anonymous: No          Pseudonymous: No

### Copyright claimant

Copyright Claimant: Mattel, Inc

333 Continental Blvd , El Segundo, CA, 90245-5012

Transfer Statement: by assignment

### Limitation of copyright claim

Previously registered: No

### Certification

Name: Robert D Walsh

Date: July 24, 2008

Correspondence: Yes

Page 1 of 1

EXHIBIT 119
PAGE 2530

M 0920467

EX 13897-0001

IPN#:

Registration #: VAU000964318

Service Request #: 1-81192480

Mattel, Inc MI-1220
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT 119
PAGE 2531

M 0920468

EX 13897-0002