

VAL

ATTORNEY'S EYES
ONLY

BRYANT 00105

EX 5-0055

M 0920469

EXHIBIT _119_
PAGE _2532_

EX 13897-0003



ATTORNEY'S EYES ONLY

BRYANT 00205

EX 5-0065

EXHIBIT _119_
PAGE _2533_

M 0920470

EX 13897-0004



JARED

ATTORNEY'S EYES ONLY

BRYANT 00207

EX 5-0067

M 0920471

EX 13897-0005

EXHIBIT __119__
PAGE __2534__



ATTORNEY'S EYES
ONLY                    BRYANT 00209

EX 5-0069

EXHIBIT  119
PAGE  2535

M 0920472

EX 13897-0006



ATTORNEY'S EYES
ONLY

BRYANT 00210

EX 5-0070

M 0920473

EX 13897-0007

EXHIBIT __119__
PAGE __2536__



VAL

ATTORNEY'S EYES
ONLY

BRYANT 00106

EX 62-0003

EXHIBIT 119
PAGE 2537

M 0920474

EX 13897-0008



JARED

ATTORNEY'S EYES ONLY

BRYANT 00207

EX 62-0007

M 0920475

EX 13897-0009

EXHIBIT 119
PAGE 2538

Body
94%

ATTORNEY'S EYES
ONLY

BRYANT 00210

EX 62-0009

EXHIBIT _119_
PAGE _2539_

M 0920476

EX 13897-0010



BODY
94%

MATTEL 623
EXHIBIT
FOR IDENTIFICATION
PAMELA S. HARRIS CSR 3809
Aug 20 20 07
WITNESS
Samir Khare

ATTORNEY'S EYES
ONLY

BRYANT 00210

EXHIBIT 119
PAGE 2540

EX 623-0001

M 0920477

EX 13897-0011



DEPOSITION EXHIBIT 783

EXHIBIT 119
PAGE 2541



EXHIBIT 119
PAGE 2542

EX 783-0002

M 0920479

EX 13897-0013



DEPOSITION EXHIBIT

7-84

9-2007 DAC

EXHIBIT __119__
PAGE __2543__

EX 784-0001

M 0920480

EX 13897-0014



EX 784-0002

M 0920481

EX 13897-0015

EXHIBIT 119
PAGE 2544



DEPOSITION
EXHIBIT

785
9-26-07 DAC

EXHIBIT __119__
PAGE __2545__

EX 785-0001

M 0920482

EX 13897-0016



EXHIBIT 119
PAGE 2546

EX 785-0002

M 0920483

EX 13897-0017



EXHIBIT ___119___
PAGE ___2547___

EX 1152-0007

M 0920484

EX 13897-0018



**ATTORNEY'S EYES ONLY**  **BRYANT 00205**

EX 1152-0008

EXHIBIT 119
PAGE 254B

**M 0920485**

EX 13897-0019



EXHIBIT 119
PAGE 2549

EX 1152-0009

M 0920486

EX 13897-0020



EXHIBIT __119__
PAGE __2550__

EX 1152-0011

M 0920487

EX 13897-0021





JARED

ATTORNEY'S EYES
ONLY

BRYANT 00207

EX 1152-0012

EXHIBIT __119__
PAGE __2551__

M 0920488

EX 13897-0022





JAKED

ATTORNEY'S EYES ONLY

BRYANT 00207

EX 10535-0001

EXHIBIT 119
PAGE 2552

M 0920489

EX 13897-0023



ATTORNEY'S EYES
ONLY

BRYANT 00209

EX 11788-0001

EXHIBIT 119
PAGE 2553

M 0920490

EX 13897-0024



ATTORNEY'S EYES ONLY

BRYANT 00205

EX 11789-0001

EXHIBIT 119
PAGE 2554

M 0920491

EX 13897-0025