EXHIBIT 120

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**IIIII**
**\* \***

**Registration Number:**

## VAu 964-319

**Effective date of registration:**

July 25, 2008

## Title

| | |
|---|---|
| Title of Work: | Drawings of Heads |
| Nature of Work: | Drawings |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1999 |

## Author

| | |
|---|---|
| Author: | Carter Bryant |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United States |
| Year Born: | 1968 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Mattel, Inc , |
| | 333 Continental Blvd , El Segundo, CA, 90245-5012 |
| Transfer Statement: | by assignment |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | Yes |
| Previous registration and year: | VAu 715-273    2006 |
| Basis of current registration: | This is a changed version of the work |
| New material included in claim: | Additional artistic work |

## Certification

| | |
|---|---|
| Name: | Robert D Walsh |
| Date: | July 24, 2008 |

Page 1 of 2

EXHIBIT _120_
PAGE _2555_

M 0920492

EX 13898-0001

Correspondence:  Yes

EXHIBIT _120_
PAGE _2556_

M 0920493

EX 13898-0002

IPN#:

**Registration #:**  VAU000964319

**Service Request #:**  1-81192502

Mattel, Inc  MI-1220
Robert D  Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT _120_
PAGE _2557_

**M 0920494**

EX 13898-0003



ATTORNEY'S EYES
ONLY

BRYANT 00192

EX 5-0052

EXHIBIT _120_
PAGE _2558_

M 0920495

EX 13898-0004



ATTORNEY'S EYES ONLY

BRYANT 00214

EX 5-0074

EXHIBIT 120
PAGE 2559

M 0920496

EX 13898-0005







ATTORNEY'S EYES ONLY

BRYANT 00215

EX 5-0075

EXHIBIT _120_
PAGE _2560_

M 0920497

EX 13898-0006



ATTORNEY'S EYES
ONLY

BRYANT 00300

EX 5-0111

EXHIBIT _120_
PAGE _2561_

M 0920498

EX 13898-0007



ATTORNEY'S EYES ONLY

BRYANT 00301

EX 5-0112

EXHIBIT _120_
PAGE _2562_

M 0920499

EX 13898-0008



ATTORNEY'S EYES
ONLY

BRYANT 00302

EX 5-0113

EXHIBIT _120_
PAGE _2563_

M 0920500

EX 13898-0009



ATTORNEY'S EYES
ONLY

BRYANT 00303

EX 5-0114

EXHIBIT 120
PAGE 2564

M 0920501

EX 13898-0010







ATTORNEY'S EYES
ONLY

BRYANT 00192

EX 62-0001

EXHIBIT _120_
PAGE _2565_

M 0920502

EX 13898-0011



ATTORNEY'S EYES
ONLY

BRYANT 00214

EX 62-0011

EXHIBIT _120_
PAGE _2566_

M 0920503

EX 13898-0012



ATTORNEY'S EYES
ONLY

BRYANT 00215

EX 62-0012

EXHIBIT 120
PAGE 2567

M 0920504

EX 13898-0013



ATTORNEY'S EYES
ONLY

BRYANT 00301

EX 62-0013

EXHIBIT _120_
PAGE _2568_

M 0920505

EX 13898-0014



BRYANT 01003

CONFIDENTIAL
ATTORNEYS EYES
ONLY

EX 62-0014

EXHIBIT __126__
PAGE __2569__

M 0920506

EX 13898-0015



CONFIDENTIAL                 BRYANT 01243



ATTORNEY'S EYES
ONLY

BRYANT 00192

EX 624-0001

EXHIBIT _120_
PAGE _2571_

M 0920508

EX 13898-0017



ATTORNEY'S EYES
ONLY

BRYANT 00300



TRIAL EXHIBIT 00708-001

EXHIBIT _120_
PAGE _2572_

M 0920509

EX 13898-0018



EXHIBIT **120**

PAGE **2573**

EX 1152-0001

M 0920510

EX 13898-0019



CONFIDENTIAL

BRYANT 01243

EXHIBIT _120_
PAGE _2574_

EX 1152-0002

M 0920511

EX 13898-0020



ACTUAL SIZE

—LUPE—

SCULPTURAL
DRAWINGS;
HEADS

9/19/99



ZOE

—ZOE—



CONFIDENTIAL        Attorney's Eyes Only        BRYANT 01076

EXHIBIT _120_
PAGE _2575_

EX 1328-0001

M 0920512

EX 13898-0021

SCULPTURAL
DRAWINGS;
HEADS

2½" APPX

ACTUAL SIZE

LUPE

4/19/99

CONFIDENTIAL        Attorney's Eyes Only        BRYANT 01976

EXHIBIT __120__
PAGE __2576__

EX 1328-0002

M 0920513

EX 13898-0022



ATTORNEY'S EYES
ONLY

BRYANT 00214

EXHIBIT _120_
PAGE _2577_

EX 10537-0001

M 0920514

EX 13898-0023



FINALLY DAY

ZOE





**ATTORNEY'S EYES ONLY**

**BRYANT 00215**

EX 10538-0001

EXHIBIT _120_
PAGE _2578_

M 0920515

EX 13898-0024











CONFIDENTIAL

BRYANT 01243

EXHIBIT 120
PAGE 2579

EX 10613-0001

M 0920516

EX 13898-0025



ATTORNEY'S EYES
ONLY

EXHIBIT __120__
PAGE __2580__

BRYANT 00214

TRIAL EXHIBIT 15180-001

M 0920517

EX 13898-0026



ATTORNEY'S EYES
ONLY

BRYANT 00215

TRIAL EXHIBIT 15181-001

EXHIBIT **120**
PAGE **2581**

M 0920518

EX 13898-0027

EXHIBIT 121