# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-320

**Effective date of registration:**

July 25, 2008

## Title

| | |
|---|---|
| Title of Work: | Body Drawings |
| Nature of Work: | Drawings |

## Completion/Publication

Year of Completion: 1999

## Author

| | |
|---|---|
| Author: | Carter Bryant |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United States |
| Year Born: | 1968 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Mattel, Inc |
| | 333 Continental Blvd , El Segundo, CA, 90245-5012 |
| Transfer Statement: | by assignment |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | Yes |
| Previous registration and year: | VAu 715-270    2006 |
| Basis of current registration: | This is a changed version of the work |
| New material included in claim: | Additional artistic work |

## Certification

| | |
|---|---|
| Name: | Robert D Walsh |
| Date: | July 24, 2008 |

Page 1 of 2

EXHIBIT 121
PAGE 2502

**M 0920519**

EX 13899-0001

**Correspondence:** Yes

EXHIBIT __121__
PAGE __2583__

M 0920520

EX 13899-0002

IPN#:

Registration #:   VAU000964320

Service Request #:   1-81192524

Mattel, Inc   MI-1220
Robert D  Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT _121_
PAGE _2584_

**M 0920521**

EX 13899-0003



ATTORNEY'S EYES
ONLY

BRYANT 00196

EX 5-0056

EXHIBIT _121_
PAGE _2585_

M 0920522

EX 13899-0004



ATTORNEY'S EYES ONLY

BRYANT 00202

EX 5-0062

EXHIBIT 121
PAGE 2586

M 0920524

EX 13899-0006



? 90% ?



ATTORNEY'S EYES
ONLY

BRYANT 00211

EX 5-0071

EXHIBIT 121
PAGE 2587

M 0920525

EX 13899-0007



9 - 10" tall

14-15yrs old

Nov 7th

JOINTED HERE, @ SHOULDERS

JOINTED @ HIPS

SCULPTED FINGERNAILS

removable ankles

BASIC 5th SCULPT

ATTORNEY'S EYES ONLY

BRYANT 00277

EX 5-0088

EXHIBIT 121
PAGE 2588

M 0920526

EX 13899-0008



JOINTED HERE, @ SHOULDERS

JOINTED @ HIPS

SCULPTED FINGERNAILS

BASIC SHOE SCULPT

ATTORNEY'S EYES ONLY          BRYANT D0290

EX 5-0101

EXHIBIT 121
PAGE 2589

M 0920527

EX 13899-0009



9-10' tall

14-15yr old

Now 9th

JOINTED HERE, @ SHOULDERS

JOINTED @ HIPS

SCULPTED FINGERNAILS

removable ankles

BASIC 5TH SCULPT

ATTORNEY'S EYES ONLY

BRYANT 00277



Def't's
Exhibit no. 35
Date: 12/06/04
P. Pyeurs

35-1

TRIAL EXHIBIT 00035-001

EXHIBIT 121
PAGE 2590

M 0920528

EX 13899-0010



JOINTED HERE, @ SHOULDERS

JOINTED @ HIPS

SCULPTED FINGERNAILS

BASIC STK SCULPT

ATTORNEY'S EYES ONLY

BRYANT 00290

TRIAL EXHIBIT 00035-003

EXHIBIT 121
PAGE 2591

M 0920529

EX 13899-0011



ATTORNEY'S EYES
ONLY          BRYANT 00202

EX 62-0005

EXHIBIT  121
PAGE  2592

M 0920530

EX 13899-0012



? 90?-?

ATTORNEY'S EYES ONLY

BRYANT 00241

EX 62-0010

EXHIBIT 121
PAGE 2593

M 0920531

EX 13899-0013



ATTORNEY'S EYES
ONLY

BRYANT 00202

TRIAL EXHIBIT 00621-001

EXHIBIT 121
PAGE 2594

M 0920532

EX 13899-0014



DEPOSITION
EXHIBIT
764
Bryant J    7-25-07

EX 764-0001

EXHIBIT __121__
PAGE __2595__

M 0920533

EX 13899-0015



EX 764-0002

EXHIBIT **121**
PAGE **2596**

M 0920534

EX 13899-0016



DEPOSITION EXHIBIT
765
Bryant J

EX 765-0001

EXHIBIT __121__
PAGE __2597__

M 0920535

EX 13899-0017



EX 765-0002

EXHIBIT 121
PAGE 2598

M 0920536

EX 13899-0018



DEPOSITION
EXHIBIT
768
BryantJ

PENGAD 800-631-6989

EX 768-0001

EXHIBIT __121__
PAGE __2600__

M 0920538

EX 13899-0020



EX 768-0002

EXHIBIT 121
PAGE 2601

M 0920539

EX 13899-0021



EX 770-0001

M 0920540

EX 13899-0022

EXHIBIT __121__
PAGE __2602__



ATTORNEY'S EYES
ONLY

BRYANT 00211

EX 770-0002

EXHIBIT 121
PAGE 2603

M 0920541

EX 13899-0023



SCULPTURAL BODY DRAWING; 9/19/99
TO BE USED FOR ALL DOLLS

JOINTED HERE, @ SHOULDERS

JOINTED @ HIPS

SCULPTED FINGERNAILS

TOTAL DOLL HEIGHT w/ HEAD 11½" 12"

9"

ACTUAL SIZE

BASIC SHOE SCULPT

2" APPX

2¼" APPX

CONFIDENTIAL          Attorney's Eyes Only

BRYANT 01975


DEPOSITION EXHIBIT
Bryant 1327
1-24-08

EX 1327-0001

EXHIBIT  121
PAGE  2604

M 0920542

EX 13899-0024