10

1   on notice.

2

3              (CONCLUSION OF REDACTED SIDEBAR CONFERENCE.)

4

5

6

7

8                   C E R T I F I C A T E

9

10

11          I hereby certify that pursuant to Title 28,

12   Section 753 United States Code, the foregoing is a true and

13   correct transcript of the stenographically reported

14   proceedings in the above matter.

15          Certified on June 12, 2008.

16

17                    _____

18                    MARK SCHWEITZER, CSR, RPR, CRR
                      Official Court Reporter
19                    License No. 10514

20

21

22

23

24

25

EXHIBIT 123
PAGE 2626

EXHIBIT 124

## Sequence of events is key in Bratz suit; Mattel attorneys focus on when the popular rival doll was created.

Los Angeles Times - Los Angeles, Calif.
Subjects: Dolls, Litigation
Author: David Colker
Date: Jun 6, 2008
Start Page: C.2
Section: Business; Part C; Business Desk
Text Word Count: 379

**Document Text**

Never has the birth date of a doll been so important -- worth possibly billions of dollars. At the Barbie vs. Bratz face-off in federal court Thursday, the battle in the dueling copyright infringement lawsuits was largely over the date the phenomenally successful Bratz dolls were created.

Mattel Inc. -- home of the Barbie empire -- alleges in its suit that the dolls were secretly created by one of its employees and then taken to rival MGA Entertainment Corp., which makes the Bratz line.

At one point Thursday, Mattel's lawyers showed enlargements of doll drawings, clearly labeled "Bratz," on screens at U.S. District Court in Riverside.

Isaac Larian, chief executive and majority owner of MGA, was asked if he saw the drawings -- showing the dolls' characteristic hip-hugging jeans and bare midriffs -- at a meeting in September 2000.

"These were the drawings that were shown to me," Larian said.

The date was important because the man behind the drawings was Carter Bryant, a Mattel designer. Bryant defected later that year to MGA, where he has collected about $30 million in royalties off Bratz, according to Larian's testimony.

Mattel is claiming it's owed a stake in Bratz because Bryant had an exclusivity contract with the company.

In an opening argument last week, MGA attorney Tom Nolan countered that the actual creation of the Bratz came during a time that Bryant wasn't working for Mattel.

MGA is a private company and hasn't released detailed information on how much it has earned from Bratz, but analysts have said it's as much as $2 billion a year.

The high stakes involved were underscored by an anonymous letter submitted to the court that MGA said it received Wednesday. The letter warned Larian that Mattel executives "have collaborated to spy on you and your family at your home and your children's school."

After a discussion among Judge Stephen Larson and attorneys from both sides, conducted out of earshot of those in the courtroom, Larson said he had sealed the letter and he didn't discuss its content.

Mattel spokeswoman Lisa Marie Bongiovanni said in a statement that "the allegations concerning Mattel executives and their alleged activities are completely unfounded."

Larian will testify today, followed by Mattel CEO Bob Eckert.

--

david.colker@latimes.com

Credit: Times Staff Writer

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

EXHIBIT 124
PAGE 2627

EXHIBIT 125

**From:** Michael T Zeller
**Sent:** Thursday, August 21, 2008 5:16 PM
**To:** 'Jill.Thomas@Mattel.com'; 'Michael.Moore@Mattel.com'; MGA / Bryant Team; 'NORMILER@Mattel.com'
**Subject:** Fw: Anonymous letter


Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017

Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100

E-mail: michaelzeller@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Aguiar, Lauren E
**To:** Michael T Zeller; Nolan, Thomas J (LAC)
**Cc:** John Quinn; Jon Corey; Herrington, Robert J (LAC) ; Roth, Carl A (LAC) ; Kennedy, Raoul D (SFC)
**Sent:** Thu Aug 21 17:12:53 2008
**Subject:** Re: Anonymous letter

Mike

We have looked at the transcripts and don't see a reference that would support the idea that Mr. Larian is prohibited from doing certain things with the letter. In fact, Tom and I specifically recall a discussion with the Judge in which Tom made it clear that Mr. Larian has First Amendment rights, was going to take possession of the original letter and pursue his options, including raising it with law enforcement. Is there a section of the transcript that you're thinking about, when you say "Court's Orders"?

Also, we don't believe this can be construed as an attmept to influence deliberations. As we all know, the Judge has instructed the jury numerous times not to search the internet or read anything publicly available about this case.

Lauren

---

**From:** Michael T Zeller
**To:** Aguiar, Lauren E (NYC); Nolan, Thomas J (LAC)
**Cc:** John Quinn ; Jon Corey ; Herrington, Robert J (LAC); Roth, Carl A (LAC)

EXHIBIT 125
PAGE 2628

**Sent:** Thu Aug 21 18:29:54 2008
**Subject:** Re: Anonymous letter

Any news on this?

Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017

Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100

E-mail: michaelzeller@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Michael T Zeller
**To:** 'Lauren.Aguiar@skadden.com' ; 'Thomas.Nolan@skadden.com'
**Cc:** John Quinn; Jon Corey; 'Robert.Herrington@skadden.com' ; 'Carl.Roth@skadden.com'
**Sent:** Thu Aug 21 08:23:19 2008
**Subject:** Re: Anonymous letter

Thanks.

Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017

Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100

E-mail: michaelzeller@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT 125
PAGE 2629

**From:** Aguiar, Lauren E
**To:** Michael T Zeller; Nolan, Thomas J (LAC)
**Cc:** John Quinn; Jon Corey; Herrington, Robert J (LAC) ; Roth, Carl A (LAC)
**Sent:** Thu Aug 21 08:21:59 2008
**Subject:** Re: Anonymous letter

Mike

We were not aware of the posting, but will discuss the issue with our client and get back to you.

Lauren


----- Original Message -----
From: Michael T Zeller <michaelzeller@quinnemanuel.com>
To: Nolan, Thomas J (LAC); Aguiar, Lauren E (NYC)
Cc: John Quinn <johnquinn@quinnemanuel.com>; Jon Corey <joncorey@quinnemanuel.com>; Herrington, Robert J (LAC); Roth, Carl A (LAC)
Sent: Thu Aug 21 11:15:53 2008
Subject: Anonymous letter

MGA is posting the anonymous letter on its web site, which we believe is inconsistent with the Court's Orders and may be an effort to improperly influence deliberations. Its publication by MGA also constitutes defamation and other torts. We would prefer to avoid having to raise this with Judge Larson, so please let us know if MGA will be immediately taking the letter off of its site. We look forward to hearing from you, and Mattel reserves all of its rights in this matter.

Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA  90017

Direct:  (213) 443-3180
Main Phone:  (213) 443-3000
Main Fax:  (213) 443-3100

E-mail:  michaelzeller@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---------------------------------------------------------------------------
***************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting,

EXHIBIT  125
PAGE  2630

marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
================================================================================
==========

--------------------------------------------------------------------------------
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************

EXHIBIT 125
PAGE 2631

EXHIBIT 126

## O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
NEWPORT BEACH

400 South Hope Street
Los Angeles, California 90071-2899

TELEPHONE (213) 430-6000
FACSIMILE (213) 430-6407
www.omm.com

NEW YORK
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

RECEIVED
JUN 1 4 2007

OUR FILE NUMBER
527,436-04

WRITER'S DIRECT DIAL
(213) 430-6445

WRITER'S E-MAIL ADDRESS
LHeffley@omm.com

June 12, 2007

**PRIVILEGED DOCUMENT**

Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:   *Mattel, Inc. v. MGA Entertainment, Inc.*
       *Returned Documents Inadvertently Produced to MGA and Carter Bryant by Mattel*

Dear Mr. Alger:

On June 11, 2007, we received your letter requesting that all copies in our possession of the document with Bates Nos. M 0075233 through M 0075244 be returned to your office. These pages were inadvertently produced to MGA and Carter Bryant by Mattel and are protected by the attorney-client and work product privileges.

Per the Stipulated Protective Order and per your request, enclosed is our original document and one duplicate copy of the pages listed above. We have also deleted all electronic copies of this document, therefore certifying the destruction of any and all versions of this document we have on file.

Very truly yours,

*Laura Heffley*

Laura Heffley
Paralegal

LH:lh

Enclosures

EXHIBIT 126
PAGE 2632

EXHIBIT 127



**THE WALL STREET JOURNAL.**
ONLINE

May 23, 2008

PAGE ONE

*BARBIE'S REVENGE*
# Brawl Over Doll Is Heading to Trial

**Mattel Alleges Skulduggery
In Claim to Rival's Bratz Design**

By NICHOLAS CASEY
*May 23, 2008*
DOW JONES REPRINTS

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit: www.djreprints.com.

• See a sample reprint in PDF format.
• Order a reprint of this article now.

LOS ANGELES -- Four years ago, **Mattel** Inc. exhorted its executives to help save Barbie from a new doll clique called the Bratz.

"The House is on Fire!" said an internal presentation on the decline of its iconic Barbie doll franchise. Market share was dropping at a "chilling rate," the presentation said. Barbie needed to be more "aggressive, revolutionary, and ruthless."

That call to arms has led to a federal courthouse. In a lawsuit set for trial on Tuesday in Riverside, Calif., Mattel accuses MGA Entertainment Inc., the maker of Bratz, of essentially stealing the idea for the pouty-lipped dolls with the big heads. Mattel is trying to seize ownership of the Bratz line, which analysts estimate racks up annual sales of more than $500 million. MGA denies wrongdoing, and accuses Mattel in a separate suit of copying Bratz.

On Monday, the former Mattel designer who sold the Bratz concept to MGA, who was also a defendant in the lawsuit, agreed to a confidential settlement with his former employer. Mattel had accused the designer, Carter Bryant, of dreaming up the hit doll while on Mattel's payroll. Mattel didn't disclose the terms of the settlement, but said the agreement will bolster its case; MGA says its position isn't undermined. Mr. Bryant declined to comment.




SEE FULL-SIZE IMAGE
Click to see a larger image.
The companies

The Bratz-Barbie brawl has major ramifications for both companies. The Bratz line, which hit stores in 2001 and swiftly became the industry's hottest doll, accounts for about half of revenues at closely held MGA. It has become a major threat to the Barbie franchise, which produces annual world-wide sales estimated at about $1.25 billion. Mattel has been telling investors it's working to solve Barbie's problems, but sales of the Barbie line declined 12% in the U.S. in the first quarter as competitors chewed away at its market share.

Recently released court records reveal just how nasty the multiyear fight has become. Rattled by the success of Bratz, Mattel hired private investigators to spy on one of its own executives whom it suspected of leaking secrets. And MGA, possibly fearing the kind of litigation it now faces, tried to keep quiet Mr. Bryant's role in creating Bratz,



internal emails show.

**LEGAL CAT FIGHT**

*A three-way legal fight between Barbie maker Mattel Inc., MGA Entertainment Inc. -- the maker of a doll clique called the Bratz -- and Carter Bryant, the former Mattel designer who sold the Bratz concept to MGA, is close to an end. See some of the key dates in the case.*

- **1998:** After leaving a job at Mattel, Mr. Bryant moves back to his parents' home near Springfield, Mo., where he says he has a eureka moment involving the fashions and hair styles of teenagers at the local high school.
- **1999:** Mr. Bryant returns to Los Angeles and signs a new contract with Mattel to design clothes for the Barbie lines.
- **September 2000:** Mr. Bryant takes a vacation day from Mattel to discuss the doll idea with MGA. Talks continue for weeks.
- **October 2000:** Mr. Bryant jumps ship to MGA and the Bratz project shifts into gear. Mr. Bryant begins shaping what would become the doll line's edgy style.
- **2001:** The Bratz line hits stores.
- **August 2002:** Mattel Chief Executive Robert Eckert receives an anonymous letter saying Mr. Bryant had created Bratz while at Mattel.
- **2004:** Mattel hires private investigators to spy on one of its own executives who it suspected of leaking secrets. Later the same year, Mattel files a lawsuit against Mr. Bryant, accusing him of dreaming up the hit doll while on Mattel's payroll.
- **2005:** MGA countersues, claiming Mattel altered the design of its own dolls to more closely resemble the Bratz line and used its sway with retailers to stifle competition.
- **2006:** Mattel expands its lawsuit to include MGA and its CEO, Isaac Larian.
- **May 19, 2008:** Mr. Bryant agrees to a confidential settlement with Mattel.
- **May 29, 2008:** Hearings are set to begin in Riverside, Calif., in the lawsuit in which Mattel accuses MGA of stealing the Bratz idea.

*Sources: WSJ reporting, Associated Press, Reuters*

**HOT PROPERTY**

- **What's New:** A long battle over MGA Entertainment's popular Bratz doll is slated for trial on Tuesday.
- **The Background:** Mattel says a designer dreamed up Bratz while on Mattel's payroll, making the idea Mattel's.
- **What's at Stake:** Bratz sales have been estimated at more than $500 million a year.

The dispute hinges in part on when Mr. Bryant first came up with the idea for the Bratz dolls and sketched it in his notebook. Mr. Bryant has said that he wasn't working for Mattel at the time. Mattel has hired forensic experts to test his notebook in an effort to undermine his story, court records indicate. MGA, for its part, has argued in court that too much time has elapsed for Mattel to even bring such an intellectual-property claim.

Mr. Bryant, now 39 years old, designed clothes for Mattel dolls until 1998. He then left the company and moved back to his parents' home near Springfield, Mo., to take a break from Los Angeles life, according to sworn statements by Mr. Bryant and his parents. Driving past Springfield's Kickapoo High School, he said in a deposition, he had a eureka moment involving fashions and hairstyles.

**'Big, Baggy Jeans'**

The local teenagers, he said, "were wearing kind of, you know, oversized clothes, big, baggy jeans...just got me to kind of thinking, you know, wouldn't it be cool if there were some characters that kind of accurately represented today's teenager." Mr. Bryant said he went back home to sketch an idea: sassy girls with frizzed hair, bare bellies and arms akimbo.

"Meet the Bratz!" reads a note he said he wrote to accompany one of the drawings. The note describes a character named Hallidae who has "got the beat," and "on date night, it's a sassy short dress & totally new 'do." He said he shelved the drawings for a while.

By the following year, 1999, Mr. Bryant returned to the Los Angeles area and signed a new contract with Mattel. He designed clothes for Barbie, including its "collector" lines.

In his deposition, he said he began thinking about the Bratz again after returning to Mattel, and even had the sketches notarized to make it clear Bratz was his idea. He said he didn't believe Mattel would be interested in the characters, and he didn't show them to his employer.

He did show them to Veronica Marlow, a freelance designer to whom he had first mentioned the idea in a hallway during a fire drill at Mattel, according to Ms. Marlow's deposition. Eventually, he showed her the sketches in his car, in Mattel's parking lot, she recalled. By that summer, she had left Mattel and was doing freelance work for MGA. She offered to introduce Mr. Bryant to the company.



MGA, which is located in the San Fernando Valley, was founded in 1979 by Isaac Larian. At first, it sold cheap, hand-held videogames. Court documents indicate the

Brawl Over Doll Is Heading to Trial - WSJ.com                                                                 Page 3 of 6

company was losing money in 2000.

On Sept. 1, 2000, Mr. Bryant took a day off from Mattel to meet Mr. Larian at his office. Mr. Bryant arrived with a black portfolio containing his Bratz sketches and a small model of the doll wearing a short skirt. It was a rough prototype made of doll parts. Mr. Bryant said in his deposition he had used a doll head from a Mattel waste bin and other parts of his own, and had paid a Mattel colleague to paint it.

Mr. Larian said in his deposition that he expressed concern about Mattel: "I asked him if this was something that he was doing at Mattel...and he said 'No.'" He added: "I didn't want to have a lawsuit." Mr. Bryant told him it was a side project, according to the depositions of both men. About two weeks later, Mr. Larian called the designer at home and said he was interested in the project, the two men said.

In the weeks that followed, Mr. Bryant continued to discuss the doll idea with MGA. Many of the calls took place from his desk at Mattel, according to phone records and his deposition. He continued to work for Mattel even after Mr. Larian asked him to quit, according to both men's depositions. In October 2000, when he finally gave notice to Mattel that he was leaving, he refused to say where he was going.

He joined forces with MGA, and the Bratz project shifted into gear. Mr. Bryant began shaping what would become the doll line's edgy style. He had already made research trips to Toys "R" Us to examine toys, and to Hot Topic, a goth-rock clothing store, where he bought things like thongs, string bikinis and metal belts. "This is going to be big!" he wrote to Mr. Larian.

When the doll landed on store shelves in 2001, it generated buzz in the media, on Wall Street, and most importantly, among young girls. Sales took off, yielding a bonanza for Mr. Bryant, who received a royalty of 3% of sales on the Bratz lines he worked on. Mattel later claimed that he received more than $30 million from the agreement.



**Popularity Contest**
Mattel's Barbie line has been hurt by the popularity of Bratz dolls, pictured below. Estimated U.S. sales of Barbie dolls and accessories, in billions
Source: Needham & Co.

In August 2002, Mattel Chief Executive Robert Eckert received an anonymous letter. "Dear CEO," the letter began. "I have information that I think Mattel should investigate." The letter went on to say Mr. Bryant had created Bratz while at Mattel -- alleging that he had "worked out a deal with MGA that let him collect a large sum of money each year from MGA in exchange for his secrecy."

There is some evidence that MGA was concerned that if Mr. Bryant's involvement became known, it might bring trouble from Mattel. In a March 2002 email that is in the court record, Mr. Larian scolded employees over information about Mr. Bryant's involvement that was given to an online Bratz fan group, referring to possible "legal grief." "There must be no mention about Mattel or any of their properties, Carter [Bryant], any MGA Bratz arts, etc," he wrote.

In a March 2004 article in the San Fernando Valley Business Journal, Mr. Larian was quoted saying his teenage son was the inventor: "It was Jason's idea for Bratz." In a later deposition, Mr. Larian said he was misquoted. The article's author said in his own deposition that he couldn't remember the interview in detail, but that Mr. Larian hadn't complained after the article ran.

By 2004, the Bratz line was notching steady sales with "tweenage" girls between 8 and 12 years old, and its appeal was spreading to children as young as 5, Barbie's prime territory. Mattel had tried to update its doll lines by introducing urban-chic dolls under the names "My Scene" and "Flavas."

EXHIBIT 127
PAGE 2635

**'Call to Action'**

In a 2004 email under the heading "Confidential: The Barbie Call to Action," Timothy Kilpin, head of Mattel's girls division, lamented that Mattel had "been out-thought and out-executed." He expressed surprise that shelf space for Bratz at Wal-Mart had increased 180%, while Barbie's had declined 39%. Visits to important retailers, the email said, had shown that "the Barbie business is in serious decline." Fixing it would require "grenades" to be launched, he wrote. "Complacency will kill us."

"The House is on Fire!" became a catch phrase in internal presentations in 2004, often accompanied by a logo of a burning house.



Exhibit A

These sketches by designer Carter Bryant became the basis for MGA Entertainment's Bratz doll line. An upcoming trial will delve into whether he drew them while working at Mattel.

Mattel began to investigate its rival. An undated internal Mattel file, which turned up in pretrial discovery, contains detailed information on Mr. Larian's personal life, including the ages of his children and his mother's home address. The file noted Mr. Larian's penchant for writing poetry, and included the name of his family's Jewish temple. One document concluded that Mr. Larian "believes he is all knowing and all powerful" and "becomes enraged if told 'NO.'" Mr. Larian has said the dossier is "far from the truth."

The pretrial discovery also revealed that Mattel had investigated one of its own executives. A confidential memo to Richard de Anda, Mattel's head of internal security, included a surveillance log from a private detective sent to the home of Ronald Brawer, a Mattel vice president and general manager who later left to work for MGA. Investigators watched Mr. Brawer's home in Manhattan Beach and followed his car as he ran errands. The report indicates the investigators videotaped Mr. Brawer's child on occasion. Mattel eventually sued Mr. Brawer, alleging he sought to pass company secrets to MGA. After that lawsuit was dismissed, Mattel appealed, and the two parties settled the case in 2006.

In a subsequent deposition, Mr. Brawer mentioned that prior to his departure, one strategy Mattel considered in "trying to defeat Bratz was to litigate them to death."

**Unnamed 'Competitor'**

In April 2004, Mattel sued Mr. Bryant for his involvement with an unnamed "competitor" that allegedly received Mattel intellectual property. In 2005, MGA filed a complaint against Mattel, claiming its updated Barbie line borrowed from Bratz. That case is set to go to trial this fall. In November 2006, Mattel added MGA and Mr. Larian as defendants in its lawsuit against Mr. Bryant.

MGA's lawyers have argued that Mattel didn't file its claims against MGA within the three-year statute of limitations for such actions. MGA contends that clock started ticking no later than 2002 with the anonymous letter to Mr. Eckert about Mr. Bryant's role in creating Bratz. Mattel likely knew about Mr. Bryant's involvement "as early as the day he quit," says Thomas Nolan, a lawyer for MGA.

Mattel says it was unaware of Mr. Bryant's precise involvement in the birth of the Bratz until a 2003 Wall Street Journal story mentioned his connection. The company says the anonymous letter was insufficient to establish Mr. Bryant's role.

The case may come down to an analysis of Mr. Bryant's first Bratz drawings.

At trial, Mattel is expected to raise questions about Mr. Bryant's account of how he began doing the early Bratz sketches after seeing the Missouri high-school teens, between his two stints at Mattel.

Mr. Bryant said he tore the sketches out of a notebook in 1998 before he returned to Mattel. Mattel says its forensic experts will argue that an analysis of paper fiber shows that those pages are similar to pages from a 1999 notebook Mr. Bryant used for Mattel projects. Mattel's lawyers say trace ink appears to have bled into the final pages of the 1999 notebook -- and the ink matches the shape of Mr. Bryant's earliest Bratz sketches.

MGA says its witnesses will substantiate Mr. Bryant's claim that he drew the pictures in 1998. Mr. Bryant himself is expected to take the stand.

**Write to** Nicholas Casey at nicholas.casey@wsj.com[2]

**URL for this article:**
http://online.wsj.com/article/SB120345433842377837.html

**Hyperlinks in this Article:**
(1) http://online.wsj.com/public/resources/documents/info-enlargePic07.html
(2) mailto:nicholas.casey@wsj.com

Copyright 2008 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

**RELATED ARTICLES FROM ACROSS THE WEB**
Related Content may require a subscription | Subscribe Now -- Get 2 Weeks FREE

EXHIBIT 127
PAGE 2637

**Related Articles from WSJ.com**
- Business  Sep. 22, 2008
- MGA Makes Offer in Bratz Case  Sep. 11, 2008
- Jury Awards Mattel $40 Million In Bratz Copyright Lawsuit  Aug. 26, 2008
- U.S. Reclaims Olympic Basketball Supremacy  Aug. 24, 2008

**More related content**      Powered by Sphere

EXHIBIT 127
PAGE 2638

EXHIBIT 128