# Factiva

Dow Jones & Reuters

**BARBIE: Barbie's midlife crisis**

2,807 words
14 May 2004
Brand Strategy
20
English
Copyright: Centaur Communications Ltd. and licensors

Joanna Doonar looks at Barbie's long-running career as the number one doll for girls and questions whether the break-up campaign and constant reinvention is enough to keep the Bratz at bay

The break up of one of the world's top celebrity couples earlier this year generated 1,223 media stories in the US in publications such as Business Week and Time and reached over 69 million Britons, featuring in nearly every national newspaper.

The world had followed the high profile relationship for years. But this wasn't JLo and Ben or Cruise and Cruz. The US celebrities were Mattel's manufactured dolls, Barbie and Ken. The split, after more than 40 years together, was part of Mattel's strategy to show the world that the Barbie brand was being revitalised. The brand sells more than $3.6bn (£2bn) annually sales at retail worldwide. Barbie outsold its nearest competitors by two-to-one all year in 2003, selling over one billion Barbies. "The campaign reinforced that people consider Barbie not just a doll but a character. She has a personality. That means a lot," says Tim Kilpin, senior vice president, girls marketing, Mattel.

Barbie Clarke, MD of agency, Kids and Youth and editor of the International Journal of Advertising and Marketing to Children says: "The Barbie brand's been phenomenal - everybody's amazed at its long life. It hasn't gone out of fashion but cleverly reinvented itself."

But Barbie experienced a 6% decline in Q1 2004, which contributed to a 76% decline in Mattel's operating income to $12.7m (£7.1m). Like all toys, Barbie is competing for children's attention. "Girls are moving away from traditional toy lines and into fashion accessories," says Dave Lawrence, planning director at consultancy, Logistix Kids.

Since 2001, Barbie has come up against a new girl in town, MGA Entertainment's Bratz doll. Barbie still claims to be the number one girl brand in the world and the most popular fashion doll ever introduced. However, Bratz, a more urban fashion doll, claims to be the undisputed number one fashion doll and property. MGA's Bratz sales worldwide are over $500m (£272m) and the brand is worth around $1.5bn (£800m) when all Bratz revenue and licensing deals are included.

Multi-faceted girls' world

As Bratz's sales increase and Barbie's stagnate, Mattel is focusing on both younger and older girls, using storytelling in its strategy. "What you see now are several different Barbie worlds anchored by content and storytelling. A girl can understand what role Barbie is playing, what the other characters are doing and how they interrelate. That's a much richer level of story that leads to a richer level of play," says Kilpin.

The **Barbie doll** launched in America in 1959, created by Ruth Handler who'd watched her daughter play with paper dolls. The brand which stood for fashion, career and aspiration, was introduced in Europe in 1961. Ken was also introduced in this year, but Barbie's career path

EXHIBIT **128**
PAGE **2639**

M 0070239

Pedigree's Deane is less derogatory: "Barbie's strategy has been bourne out of necessity but it's sensible given the current marketplace." Kilpin is certain his product still has the edge: "I don't believe that Bratz is anything close to equalling Barbie's level of aspiration. Bratz has a very specific definition of appeal."

In UK retailer Hamleys, the Bratz range has exploded this year and according to Sanders: "We're having a Bratz boutique. Although it won't be quite a big as the Barbie section the brands' shelf space will be a similar size."

Whether Barbie is fashionable enough is questioned by Clarke who believes that dolls need to be a bit more edgy: "Children are music- orientated and that has an influence on the dolls they're playing with. Look at the appeal of Pop Idol." This year, however, Barbie has unveiled branded designer clothing as well as a perfume.

But one thing Barbie will always hold over Bratz is its 45-year heritage. Lawrence explains: "That's something Bratz can't reverse. Bratz can draw in older kids as it is revolutionary but it can't build brand heritage." Lawrence even describes parents and grandparents buying a child's first Barbie as a recognised milestone. Clarke agrees: "Barbie will always be comforting and nostalgic in a way that Star Wars and Hornby is."

Although Clarke applauds Barbie's new strategy she feels the brand will still only appeal to the very young. "Barbie's appeal is waning. Bratz is more adult and girls consider Barbie as the brand they played with when they were young. Barbie's enormous success rate will be sustained," she warns.

For Kilpin, the future challenge is the wide choice of products for girls. Barbie's strategy will continue to reflect technological trends says Kilpin: "Technology that seems fresh, new and unusual to us is part of a girl's world everyday. It's important for our products to reflect that." Lawrence notes that this is an increasing trend for toys but cautions: "Technology has to benefit the end consumer and just because you can use it, doesn't mean you should."

Bratz is due to release a feature film this year and both Sindy and Bratz have developed websites but Kilpin feels that Barbie's aspirational message will always put its brand ahead of competitors: "What's important are the core needs and play patterns. That's why the message of aspiration is still relevant."

Lawrence confirms that keeping in touch with girls should be Barbie's top priority: "Attitudes and fashions in the kids market are very volatile. Barbie has established that it wants to be seen at the height of fashion. It can't hark back to its history and heritage but has to keep pace now."

Whatever happens Barbie has secured her place as a celebrity. As Sindy's Deane points out: "If I said 'Barbie, Sindy and Cloe' would you recognise all three? I think people would probably draw a complete blank with Cloe from Bratz." The question is how long Barbie can rely on her celebrity status.

KEY LEARNINGS

Even as the world's number one girls brand with a 45-year heritage Barbie has had to battle with competitors both from within the toy category and outside it.

Barbie has adapted to keep in touch with the girls market, continually reinventing itself and moving away from being just a doll. Barbie has introduced new ranges to attract older girls who are growing out of dolls earlier, and it has put technology into products, providing girls with more content.

Barbie recognised that the popularity of its films could be translated into a strategy for the whole brand. Its storytelling strategy is now being rolled out across all ranges, which provides young girls with a context and a storyline for their dolls.

EXHIBIT _128_
PAGE _2640_

M 0070240

In forming commercial partnerships Barbie has stressed that it has used a selective and smart strategy, choosing brands that will bring credibility to the brand such as Dolce & Gabbana, Prada and Jean Paul Gaultier.

Mattel successfully used PR to ensure Barbie's new strategy received maximum press attention. The public break up of Barbie and long-term boyfriend Ken generated 1,223 media stories in US publications such as Business Week.

TIMELINE 1959 Californian doll, Barbie launches in America at the New York Toy Fair. It's the first ever teen doll (rather than a baby doll) and 351,000 dolls sell for $3 each.

1961 Barbie launches in Europe. Barbie and Ken meet in their first TV commercial together.

1965 Barbie represents an astronaut.

1967 Barbie launches its first celebrity doll, fashion model Twiggy.

Barbie's face is resculptured.

1975 The first Olympic athlete Barbie is launched.

1977 Barbie's face is resculptured.

1980 The first black and hispanic Barbies are introduced. 1980s Mattel verges on bankruptcy. Jill Barad (Mattel's CEO in 1997), is credited for helping to turn the brand around.

Summit Barbie dolls are introduced to commemorate the end of the Cold War.

1982 Barbie sales reach $200m globally.

1989 The Barbie Liberation Army forms to act against Barbie's claims: 'Math is tough' and 'Will we ever have enough clothes?'. 1990 Freundshcafts (friendship) Barbie is introduced to commemorate the fall of the Berlin Wall.

1992 Army Barbie represents a medic Sergeant enlisted in Desert Storm. 1997 Barbie sales reach $1.9bn.

1998 Barbie is resculptured and repainted with lighter make up. 2000 Website www.barbie.com is relaunched.

2001 MGA Entertainment launches Bratz, a more urban fashion doll. Barbie debuts in her first film, Barbie in the Nutcracker. 2003 Mattel launches Flavas, also for tweens, which is discontinued in 2004. Barbie experiences a 5% decline in Q4 sales.

2004 Barbie's annual sales reach $3.6bn at retail worldwide, across 150 markets. Barbie claims to be the number one girl brand in the world. The brand is the leading girls licence with products in over 30 categories. Barbie.com is the number one girl's website in the world. Barbie unveils five new lines and a strategy based on storytelling at the New York Toy Fair.

Document BRASTR0020040517e05e0000q

© 2004 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

EXHIBIT _128_
PAGE _2641_

M 0070241

wasn't affected. Barbie's adopted almost 100 careers over time including rock star, paleontologist and presidential candidate.

"Barbie was not a traditional role model. From very early on Barbie had careers. Whatever a girl wanted to be, Barbie gave her the vehicle to dream of that, whether it was an astronaut or a teacher; that had enormous power," says Kilpin.

Barbie has also appealed across all territories. "Internationally Barbie has resonance with kids. All children play with dolls and Barbie became a strong global brand", says Lawrence. Today Barbie sells in 150 countries with 50% of sales taking place outside the US.

Despite Barbie's success, in the 1980s Mattel verged on bankruptcy. Jill Barad, who became Mattel's CEO in 1997, is credited for turning the brand around, increasing sales from $200m (£110m) in 1982 to $1.9bn (£1bn) in 1997.

Disproportionate figures

The brand, however, has been criticised. Barbie's disproportionate figure was often attacked and in the 1980s, when a talking Barbie claimed 'Math is tough' feminists were quick to condemn. "Certainly there have been issues about her looks" admits Kilpin, "but the aspirational message has often overridden this."

Commercial partnerships have always been high on Barbie's agenda, with fashion designers including Dolce & Gabbana, Jean Paul Gaultier and Prada. "We try to be as selective and as smart as we can about these relationships," explains Kilpin.

The brand has had a strong and healthy licensing programme for the past 15 years according to Kilpin: "Our licensing programme touches upon every type of consumer product whether it's apparel, home furnishings or stationery." The brand is the leading girls licence with products in over 30 categories.

Kilpin believes the brand's always stayed relevant with Mattel, for example, reacting to the increasing importance of technology to girls. In the mid-1990s the brand entered the software market with CD-roms with many titles becoming top sellers. A Barbie digital camera was introduced in 1998 followed by website Barbie.com, currently the number one girl's website in the world attracting 31 million visits in January 2004.

Despite reacting to the need for technology Logistix's Lawrence believes that in more recent years Barbie has lost touch with how kids develop: "Bratz came in with a more street fashionable look. Although Barbie's still a big iconic brand, it's been a bit of a sleeping giant."

Mattel responded to the phenomenon of kids growing older younger by launching fashion-orientated dolls for the tween market such as My Scene in 2002 and Flavas in 2003 (this has been discontinued). However, Bratz attracted girls who wanted lifestyle and accessory brands, not just dolls, with its launch in 2001.

Isaac Larian, president and CEO of MGA Entertainment (owner of Bratz dolls), explains: "Bratz is a lifestyle statement. It appeals to girls between the ages of 8-14 because they have a passion for fashion and like content and movies."

Lawrence adds: "Bratz came in as a lifestyle brand rather than just a range of dolls. It wasn't just the latest toy incarnation; it really struck a chord. It also had a great depth of marketing support."

Pedigree's Sindy doll, relaunching later this year, is also focusing on lifestyle. Denise Deane, design and development director, Sindy, Pedigree, says: "I think Bratz completely re-energised the marketplace. Brands now have a website, a pencil case, a film. Children expect this and brands need a range of products in order to be successful."

EXHIBIT _128_
PAGE _2642_

M 0070242

Although Bratz and Barbie are regarded as fierce rivals, Deane believes Bratz's impact is positive: "It did the industry a great favour and raised the age that girls would play with dolls. Young girls were increasingly concerned about their street cred and were moving to lifestyle products earlier. Bratz made it quite cool to be an older girl and own dolls."

By the end of 2003 as Bratz sales increased, Barbie's declined. It was Barbie's three films launched from 2001, based around traditional tales which propelled a change of strategy. Kilpin says: "As each fantasy brand such as Barbie in the Nutcracker became more popular we saw the importance of stories. The real lightbulb was 'How do we take that and apply it across the rest of the brand?'"

As girls warmed to the story-based lines they were more eager to buy into the products. Julia Jensen, vice president, PR, Mattel's Girls Division, says: "We've had some big hits and some dismal failures. However, we've recognised that content is more important now. Kids want a story."

It's a doll's life

At the 2004 New York Toy Fair five new Barbie lines were unveiled. For three to five year-olds the Fairytopia range features fairy and mermaid dolls which come with a map and book. The Cali Girl surfer range includes the new Barbie who's spending time apart from Ken. This gives Mattel the opportunity to launch a new male doll, Blaine, this Autumn. Speaking on the decision for Barbie to part with Ken, Jensen says: "We accidently created a finite world for Barbie. We had to get Ken away so that we could bring in more products to be Barbie's friends."

Cali Girl Barbies come with a Calizine, a magazine telling girls about their doll's interests. Paul Sanders, buyer for girls and preschool toys at Hamleys, thinks consumers expect more from toy products. "Parents want more play value from toys. Extra material in the boxes is very beneficial as they're perceived to be good value." Sanders adds that Hamleys is currently selling a Barbie My Scene product which includes a hair braider and the extra product increases sales.

Other new Barbie ranges include 'Wee 3 friends', for four to six year- olds and 'Barbie Now', which positions itself as 'super aspirational'. The fifth new line revolves around Barbie's next small screen film, The Princess and the Pauper. This range launches in July.

Barbie's continuing to promote its My Scene range for seven to nine year-olds by stressing its commitment to fashion. Barbie has tied up with fashion brands Sephora, Levis and Aldo and Jensen says: "This shows the power of Barbie. There isn't another brand out there that Sephora will work with and it's very difficult to find global brands that are willing to do a deal."

Providing technological content has also been addressed. Cali Girl has a car which includes a working CD player and Barbie Now has a mobile phone where girls can SMS different Barbies or friends. The Prince and the Pauper range includes a lifesize talking toy cat, Serafina, which uses watermark technology to interact with the DVD as it plays.

Dr Janine Spencer, developmental psychologist at Brunel University believes using technology is a clever move: "Children don't expect it but they like toys that do things. It takes them into a magical world and can help them use imagination."

Barbie's new range will roll out this year accompanied by a large-scale marketing push. The budget is undisclosed but the campaigns will roll out across websites, press, promotions and retail events.

Whether Barbie's sales will increase more than those of Bratz is yet to be seen but MGA's Larian is keen to state he's unimpressed with the strategy. "Barbie's new strategy is an act of desperation. I can tell you that Bratz awareness and marketshare are growing by double and triple digits in every country worldwide while our competitors are losing market share."

EXHIBIT _128_
PAGE _2643_

M 0070243

EXHIBIT 129



EX 3-0001

EX 12286

14D

MGA's Packaging Also Infringes The Drawings

EXHIBIT 129
PAGE 2644

EXHIBIT 130



CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT _13Q_
PAGE _2645_

M 0914654
EX 12286-0001

EXHIBIT 131



8/1998

ATTORNEY'S EYES
ONLY

BRYANT 00222



3
11-5-04            S

EXHIBIT 131
PAGE 2646

EX 3-0001

EXHIBIT 132

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼

BRATZ THE MOVIE DOLL SCULPT

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VAu 738-464 | 2007 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| MGA Entertainment, Inc. | MGA Entertainment, Inc. |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___1___     Line Heading or Description ___Title of This Work___

Incorrect Information as It Appears in Basic Registration ▼

BRATZ THE MOVIE DOLL SCULPT

Corrected Information ▼

ARTICULATED BRATZ DOLL SCULPT

Explanation of Correction ▼

Clerical error.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number ___5___     Line Heading or Description ___Previous Registration___

Amplified Information and Explanation of Information ▼

"Yes" Box should be checked, 5 c. Box should be checked.

This basic registration VAu 738-464 is derivative of VA 1-301-537 and VA 1-148-305.

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.
                      • See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages

EXHIBIT _132_
PAGE _2647_



△ π EXHIBIT _5717_
Deponent _Armstrong_
Date _3/1/07_ Rptr. _AC_
WWW.DEPOBOOK.COM

MGA 0842218

EX 577-0001

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

Sam Khare, MGA Entertainment, Inc.

Phone (_818_) 894-2525       Fax (_818_) 895-0771       Email _____

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _MGA Entertainment, Inc.

Account Number DA 92613

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author   ☐ owner of exclusive right(s)
☐ other copyright claimant   ☑ duly authorized agent of _____
_____ Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼   SAM KHARE       Date ▼ 7/17/07

Handwritten signature (X) ▼

| | | |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼<br>IP Department, MGA Entertainment, Inc.<br><br>Number/Street/Apt ▼<br>16380 Roscoe Boulevard<br><br>City/State/ZIP ▼<br>Van Nuys, CA 91406 | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in Space F<br>**SEND ALL ELEMENTS IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*<br>**MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6000 |

*17 *USC* §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006 —·:,000   Printed on recycled paper

U.S. Government Printing Office: 2006-·····/··,···

577-2

**MGA 0842219**

EXHIBIT _132_
PAGE _2648_

EX 577-0002

EXHIBIT 133



LIBRARY OF CONGRESS

Copyright Office
of the United States

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled BRATZ DOLL SCULPTURE (FEMALE) registered under number VA 1-148-305

THIS IS TO CERTIFY ALSO, that the attached additional pages are a true representation of the work entitled BRATZ DOLL SCULPTURE (FEMALE) deposited in the Copyright Office on 2nd 2002 registered under number VA 1-148-305

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By    Tracie M. Christian
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

Δ π EXHIBIT 505
Deponent Armstrong
Date 5/1/07 Rptr. AC
WWW.DEPOBOOK.COM

M 0110174

EXHIBIT 133
PAGE 2649

EX 565-0001

**Additional Certificate (17 U.S.C. 706)**
Certificate of Registration



This certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*



FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-148-305

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

TITLE OF THIS WORK ▼

Bratz Doll Sculpture (Female)

NATURE OF THIS WORK ▼

PREVIOUS OR ALTERNATIVE TITLES ▼

NAME OF AUTHOR ▼

ABC International Traders, Inc. d/b/a MGA Entertainment

Citizenship or Domicile

California, USA

NAME OF AUTHOR ▼

COPYRIGHT CLAIMANT(S)

ABC International Traders, Inc. d/b/a MGA Entertainment
16730 Schoenborn Street
North Hills, CA 91343

2000   February   12   2001   United States of America

MARCH 25 2002
MARCH 25 2002

MORE ON BACK ▶

EXHIBIT 133
PAGE 2650

M 0110175

565 2

EX 565-0002

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION

☐ Yes ☐ No  If your answer is "Yes,"

DERIVATIVE WORK OR COMPILATION

a. Preexisting Material

N/A

b. Material Added to This Work

DEPOSIT ACCOUNT
Name ▼                                           Account Number ▼

CORRESPONDENCE
Carol A. Witschel, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, New York   10036

Area code and daytime telephone number ▶   212 819-8578          Fax number ▶  212  354-8113
Email ▶  CWitschel@whitecase.com

CERTIFICATION*  I, the undersigned, hereby certify that I am the

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  ABC International Traders, Inc.
                                       d/b/a MGA Entertainment

of the work identified in this application

Typed or printed name and date ▼

Carol A. Witschel                                                    Date ▶  3/5/02

Handwritten signature (X) ▼

X  Carol A Witschel

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼  Carol A. Witschel, Esq.
White & Case LLP

Number/Street/Apt ▼
1155 Avenue of the Americas

City/State/ZIP ▼
New York, New York   10036

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

M 0110176

505-3

EX 565-0003

EXHIBIT  133
PAGE  2651



EXHIBIT _133_
PAGE _2652_

M 0110177

EX 565-0004



VA 1-148-305

EXHIBIT _133_
PAGE _2653_

M 0110178

EX 565-0005

EXHIBIT 134



EX 013984

2002

2001

2003

2004

2005

TX 14632

EX 17813, EX 14201, EX 14076, EX 14232, EX 12286

EXHIBIT 134
PAGE 2654