EX 013985



**2001**





2006

2007



2008

TX 14633

EX 12286, 14062, 14628, 14629

EXHIBIT 135
PAGE 2655

EXHIBIT 136



ALL MATERIALS © 2000 CARTER BRYANT

II
15 PAGES   EX. NO. 302
1,18,06
A. PRAXMARER, CSR • WIT: LARIAN

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006453

EXHIBIT 136
PAGE 2656

302

EX 302-0001



Meet the Bratz! The Totally Transformable Teenage dolls! They're four best friends from high school who love to trade clothes, shoes and hairdos! They come to school with a new look every day!

By simply popping off the hairstyle and shoes, and exchanging them for one of their other hairstyles and pairs of shoes, or a friend's hairstyle and shoes, you can create a whole new look! Complete the look by changing their pants or skirts for one of their additional garments!

Each doll comes dressed in a trendy, hip outfit, with one or two additional pieces, such as an additional skirt or t-shirt (for mix and matching.) Each doll also comes with two great hairstyles, 2 great pairs of shoes, and a cool backpack.

CONFIDENTIAL
ATTORNEY'S EYES ONLY          MGA006454

EXHIBIT 136
PAGE 2657

EX 302-0002

**Meet Zoe!**

She's the queen of cool at school with her short dark brown hair and funky stompin' sneaks. Hiphugger jeans, short tee shirt and glittery vinyl backpack complete her daytime look.

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006455

EXHIBIT ___136___
PAGE ___2658___



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006456

EXHIBIT ___136___
PAGE ___2659___

EX 302-0004



Now she has a whole new look for nighttime fun with the rest of the Bratz gang!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006457

EXHIBIT ___134___
PAGE ___2660___

EX 302-0005



Meet Hype!

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery tennies , a fun red updo and fresh backpack give her a great look for school!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006458

EXHIBIT 136
PAGE 2661

EX 302-0006



For partytime, change her into a short skirt, braids and silver stompers!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006459

EXHIBIT 136
PAGE 2662

EX 302-0007



## Meet Hallidae!

She's got the beat! Ultra trendy street wear 'n' braids for hittin' the books. Jean skirt, boots and knit cap, not to mention a funky bookpack (check out the logos!) give Hallidae a look that is all that!



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006460

EXHIBIT ___136___
PAGE ___2663___

EX 302-0008



On date night, it's a sassy short dress, platforms, and a totally new 'do!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006461

EXHIBIT ___136___
PAGE ___2664___



**Meet Jade!**

Jade loves far-out fashion! Mary Janes and a baby doll are just perfect for study hall! Twisty hairdo, fringe-y jacket and a sweater than sweet backpack and Jade is ready for serious school house rock!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006462

EXHIBIT ___136___
PAGE ___2662___

For weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006463

EXHIBIT __136__
PAGE __2666__

EX 302-0011



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006464

EXHIBIT __136__
PAGE __2667__

EX 302-0012



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006465

EXHIBIT 136

2668

EX 302-0013



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006466

EXHIBIT __136__
PAGE __2669__

EX 302-0014



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006467

EXHIBIT 136
PAGE 2670

EX 302-0015

EXHIBIT 137



Exhibit 1107
Garcia
10/10/07 Pgs 1
J'ana Siegers, CSR 10845

EXHIBIT 137
PAGE 2171

EX 1107-0001

EXHIBIT 138



EX 3-0005          EX 1108          EX 17558

TX 13975

EXHIBIT 138
PAGE 2672

EXHIBIT 139



EX 013977

EX 3-0013          EX 1109          EX 12286

TX 13977

EXHIBIT 13⁹
PAGE 2673

EXHIBIT 140



EX 1152-0019            EX 1110            EX 17561

TX 13978

EXHIBIT __146__
PAGE __2674__

EXHIBIT 141







EX 734-0001          EX 1107          EX 504

TX 13976

EXHIBIT 141
PAGE 2675