EXHIBIT 142

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 143

CONFORMED COPY

FILED

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
5  (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile:  (213) 443-3100

2007 MAY 18  PM 3: 45

CENTRAL DISTRICT COURT
DISTRICT OF CALIF.
RIVERSIDE

BY _____

8  Attorneys for Mattel, Inc.

9

10                        UNITED STATES DISTRICT COURT

11                       CENTRAL DISTRICT OF CALIFORNIA

12                              EASTERN DIVISION

13  CARTER BRYANT, an individual,        Case No. CV 04-09049 SGL (RNBx)

14          Plaintiff,                    Consolidated with
                                          Case No. CV 04-09059
15      vs.                               Case No. CV 05-02727

16  MATTEL, INC., a Delaware corporation, **DISCOVERY MATTER**

17          Defendant.                    Hon. Edward A. Infante (Ret.)
                                          Discovery Master
18  _____
    AND CONSOLIDATED CASES              [PROPOSED] ORDER GRANTING
19                                       MATTEL INC.'S MOTION TO
                                         COMPEL MGA TO PRODUCE
20                                       WITNESSES FOR DEPOSITION
                                         PURSUANT TO RULE 30(B)(6)
21
                                         Date: May 15, 2007
22                                       Time: 8:15 a.m.
                                         Place: Telephonic
23
                                         Discovery Cut-Off: October 22, 2007
24                                       Pre-Trial Conference: January 14, 2008
                                         Trial Date: February 12, 2008
25

26

27

28

07209/2121176.1

05/18/07

ORDER GRANTING MATTEL'S MOTION TO COMPEL DEPOSITION OF MGA

EXHIBIT 143

PAGE 2694

Ed

## ~~[PROPOSED]~~ ORDER

Having considered Mattel, Inc.'s Motion To Compel MGA To Produce Witnesses For Deposition Pursuant To Rule 30(b)(6) (the "Motion"), and all other papers and argument submitted in support of or opposition to the Motion, and finding good cause therefor, Mattel's Motion is GRANTED.

IT IS HEREBY ORDERED that:

1.    MGA shall make Paula Garcia available for deposition on or before June 15, 2007 as a designee on Topics 1-3 and 6-8 of Mattel's Notice of Deposition of MGA Pursuant to Rule 30(b)(6) dated February 16, 2005 and in her individual capacity.

2.    MGA shall confirm its designees and the dates of the designees' availability for deposition for all Topics except Topic Nos. 25 and 26 in Mattel's Notice of Deposition of MGA Pursuant to Rule 30(b)(6) dated February 1, 2007 (the "Second Notice") on or before May 22, 2007.

3.    MGA shall make its designees for all Topics in the Second Notice, except Topic Nos. 25 and 26, available for deposition on or before June 30, 2007.

4.    The parties shall meet and confer regarding the timing of the depositions on Topic Nos. 25 and 26 of the Second Notice. Such depositions may take place after June 30, 2007.

5.    All of MGA's objections and/or limitations regarding the Topics in Mattel's Rule 30(b)(6) deposition notices are overruled.

//
//
//
//
//
//

07209/2121176.1

-1-
ORDER GRANTING MATTEL'S MOTION TO COMPEL DEPOSITION OF MGA

EXHIBIT _143_
PAGE _2695_

6.     Mattel's request for sanctions is denied.

**IT IS SO ORDERED.**

DATED: _May 16,_____, 2007

_Edward A. Infante_
Hon. Edward A. Infante (Ret.)
Discovery Master

07209/2121176.1

EXHIBIT _143_
PAGE _2094_

## PROOF OF SERVICE BY E-MAIL

I, Anthony Sales, not a party to the within action, hereby declare that on May 17,

2007, I served the attached ORDER GRANTING MATTEL INC.'S MOTION TO COMPEL

MGA TO PRODUCE WITNESSES FOR DEPOSITION PURSUANT TO RULE 30(B)(6)

in the within action by e-mail addressed as follows:

| | | |
|---|---|---|
| Robert Millman Esq. | Littler Mendelson | rfmillman@littler.com |
| Douglas Wickham Esq. | Littler Mendelson | dwickham@littler.com |
| Keith Jacoby Esq. | Littler Mendelson | kjacoby@littler.com |
| Dominic Messiha Esq | Littler Mendelson | dmessiha@littler.com |
| Diba Rastegar Esq. | Littler Mendelson | drastegar@littler.com |
| Michelle Park Esq. | Littler Mendelson | mpark@littler.com |
| Alaya B. Meyers, Esq. | Littler Mendelson | ameyers@littler.com |
| Brady Mitchell, Esq. | Littler Mendelson | bmitchell@littler.com |
| Carol Miller, Esq. | Littler Mendelson | cmiller@littler.com |
| Ryan P. Eskin, Esq. | Littler Mendelson | reskin@littler.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | jbq@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Morris Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgetmorris@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| Dale Cendali Esq. | O'Melveny & Myers LLP | dcendali@omm.com |
| Diana Torres Esq. | O'Melveny & Myers LLP | dtorres@omm.com |
| James Jenal Esq. | O'Melveny & Myers LLP | jjenal@omm.com |
| Alicia Meyer Esq. | O'Melveny & Myers LLP | ameyer@omm.com |
| Jennifer Glad Esq. | O'Melveny & Myers LLP | jglad@omm.com |
| David Hurwitz, Esq. | O'Melveny & Myers LLP | dhurwitz@omm.com |
| Johanna Schmitt Esq. | O'Melveny & Myers LLP | jschmitt@omm.com |
| Patricia Glaser Esq. | Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP | pglaser@chrisglase.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on May 17, 2007, at San Francisco, California

Anthony R. Sales

EXHIBIT __143__
PAGE __2695__

EXHIBIT 144

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 145



EXHIBIT
18819

EXHIBIT 145
PAGE 2717

EXHIBIT 146

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 147

EXHIBIT 148

MGA Entertainment - Contact                                     Page 1 of 4



Please select your country below and contact the appropriate local office or distributor.

**USA**

MGA Entertainment, Inc.

Attn: Customer Service

16300 Roscoe Blvd.

Suite 150

Van Nuys, CA 91406

(800) 222-4685

Email Us (Preferred method of contact)

**International**

**Australia**

**Bratz™ Fan Club Inquiries**

**Customer Service Inquiries**

Funtastic Limited

635 Waverley Road

Glen Waverley

Victoria

Australia 3150

1800-660-655

**www.funtastic.com.au/customer.php**

**Belgium**

MGA Entertainment Benelux

Sloterweg 303A

1171 VC Badhoevedorp

The Netherlands

Nederlands: klantenservice@mgae.com

Français: serviceclients@mgae.com

EXHIBIT 14B

PAGE 2745

MGA Entertainment - Contact

**Canada**

MGA Entertainment, Inc.

Attn: Customer Service

16300 Roscoe Blvd.

Suite 150

Van Nuys, CA 91406

USA

(800) 222-4685

English: **E-mail Us**

Français: serviceclients-ca@mgae.com

---

**Denmark**

TOP TOY A/S

Roskildevej 16, Tune

4000 Roskilde

Denmark

MyePets.com support: **myepetsDK@mgae.com**

General inquiries: **info@top-toy.com**

---

**France**

MGA Entertainment France

20 rue Saarinen

BP 50212

94150 Rungis

France

serviceconsommateurs@mgae.com

---

**Germany**

MGA Entertainment GmbH

Röntgenstr. 3

64291 Darmstadt

Deutschland

06151/36 096-0

kundenservice@mgae.com

---

**Luxembourg**

MGA Entertainment Benelux

Sloterweg 303A

1171 VC Badhoevedorp

EXHIBIT 148
PAGE 2746

MGA Entertainment - Contact                                                          Page 3 of 4

The Netherlands
serviceclients@mgae.com

---

**Mexico**
MGA Entertainment México
Ave. Insurgentes Sur 1898
Piso 15
Col. Florida
01030 México, D.F.,
México
servicioalcliente@mgae.com

---

**The Netherlands**
MGA Entertainment Benelux
Postbus 85
1170 AB Badhoevedorp
Nederland
klantenservice@mgae.com

---

**Spain**
MGA Entertainment Iberia, S.L.
Avda. De Burgos, 114. 1ª Planta.
28050 Madrid
España
+34 902 21 21 52
acliente@mgae.com
C.I.F. B-84499557

---

**Sweden**
TOP TOY A/S
Roskildevej 16, Tune
4000 Roskilde
Denmark
**info@top-toy.com**

---

**UK**
**Bratz™ Fan Club Inquiries**

EXHIBIT 148
PAGE 2747

MGA Entertainment - Contact

**Customer Service Inquiries**

MGA
P.O. Box 2106
Hockley
Essex
SS5 4YG
UK
support@mgae.biz
0844 561 1899

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com |
www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com |
Bratz.com International

EXHIBIT 148
PAGE 2148

EXHIBIT 149

Meet the Bratz!

They're the cool girls from your school!

4 best friends with totally transformable looks!

Simply pop off their hair and shoes and trade for a new look. Each doll comes with 2 pop-off "wigs" and 2 pairs of shoes, plus, 2 hip fashions!

Meet Zoe! (AKA "ANGEL")

She's the queen of cool in class in her short dark brown hair and funky ~~roc~~ stompin' sneaks. At night, she likes to go ~~blonde~~ ~~and go~~ long and blonde, with a skirt and sandals for a sweeter look!

Meet Lope! (AKA "PRINCESS!")

She's the Hispanic girl with lotsa 'tude. For school, it's casual in wide-leg khakis and sweatshirt and a fun updo. At night, long brown braids & a mini do the trick.

Meet Hallidae! (AKA HIP HOP!)

She's got the beat! Ultra trendy street-wear 'n' braids for hittin' the books, and on date night, it's a sassy short dress & totally new 'do.

Meet Jade! (AKA LI'L STAR!)

She's got the lock on far out fashion! Twisty black hair with fun blue streaks for school zone, and for tearing it up with friends on the weekends, it's fantasy time in light blue hair, short skirt and boots.

ATTORNEY'S EYES
ONLY

BRYANT 00183

EXHIBIT __149__
PAGE __2749__

EX 5-0043

EXHIBIT 150

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT 151



EXHIBIT 151
PAGE 2758