Exhibit 1.



Exhibit 1
Page 13

EX 565-0005



Exhibit 1
Page 14