# Exhibit 2.



Exhibit 2
Page 15



Exhibit 2
Page 16