Exhibit 3.



Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



PRODUCT ZOOM

### Bratz Learning Make-Up Designer Cloe

by: MGA Entertainment

Learn the art of fashion design! All the supplies you need to draw, trace, cut out and decorate your own fashion designs!... (read more)

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 9 years (details)

 Buy 2 Get The 3rd Free All Bratz Dolls! - (Details)

Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**

(1 Rating)

Rate and Review this Item     Read 1 Review

### PRODUCT INFORMATION

**Product Description**

Learn the art of fashion design! All the supplies you need to draw, trace, cut out and decorate your own fashion designs!

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 9 years (details)

**Note:** Gift wrap is available for this item.

**Item #:** 404368

**SKU:** F88E5825

**UPC/EAN/ISBN:** 035051370918

**Manufacturer #:** 370895







Exhibit 3
Page 17



Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls

# Bratz Learning Make-Up Designer Yasmin

by: MGA Entertainment



Learn the art of fashion design! All the supplies you need to draw, trace, cut out and decorate your own fashion designs!... (read more)

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 9 years (details)

**BUY 2 GET 1 FREE** Buy 2 Get The 3rd Free All Bratz Dolls! - (Details)

Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

Qty: 1

**Average Customer Rating**

(1 Rating)

Rate and Review this Item    Read 1 Review

## PRODUCT INFORMATION

**Product Description**

Learn the art of fashion design! All the supplies you need to draw, trace, cut out and decorate your own fashion designs!

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 9 years (details)

**Note:** Gift wrap is available for this item.

**Item #:** 404368
**SKU:** 5FF64122
**UPC/EAN/ISBN:** 035051370901
**Manufacturer #:** 370895



Exhibit 3
Page 18

Bratz Make-Up Stylistz Set ... e : Target                                   Page 1 of 3



All Products                                             Sign In | New

 Save 10% today when you open a REDcard credit account.      ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Make-Up Stylistz Set - Cloe**

◀◀ Previous Page

**Browse Similar Items**

Toys
Dolls + Stuffed Animals
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Girls' Dress-Up
Hair Stylistz
All Bratz Toys

**Recently Viewed Items**



Bratz Magic Make-Up - Yasmin

Our Price: **$24.99**



Bratz on Ice Doll - Yasmin

clearance
Our Price: **$15.99**



◎ **VIEW LARGER IMAGE**

**Availability :**
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

**Bratz Make-Up Stylistz Cloe**

clearance
**$12.59**
List price: $17.99
You Save: $5.40 (30%)

Quantity: 1

**+ Add to Cart**

OR
Sign-in for 1-Click

**+ Add to TargetLists**

**Find it at a Target store**

**FEATURES** | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO

- Cloe hits the world of high fashion in this Bratz doll that lets girls try out one of the coolest jobs in the biz
- Cloe is dressed for creating beautiful looks, with a stylist's belt full of make-up tools
- Doll comes with a hairbrush and stylist belt that girls can wear; pockets include the they need to become stylists, too
- Bratz Nail Stylistz and Hair Stylistz dolls also available (sold separately)
- For ages 6 yrs. and up
- 9.5" Tall

**Better Together**

Buy this Bratz Make-Up Stylistz Set - Cloe with Bratz Hair Stylistz Doll - Yasmin today!

Total List                                    Exhibit 3
                                               Page 19

http://www.target.com/Bratz-Make-Up-Stylistz-Set-Cloe/dp/B000PGOHDK/qid=1222630...   9/28/2008

Bratz Passion 4 Fashion Col... on Doll - Yasmin : Target     Page 1 of 2



All Products  GO     Sign In | New

Save 10% today when you open a REDcard℠ credit account.  ▸ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : Bratz Passion 4 Fashion Collection Doll - Yasmin

◂◂ Previous Page

**Browse Similar Items**

6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
Hispanic Dolls
Fashion Dolls + Accessories
Girls' Dolls + Accessories
All Bratz Toys

**Recently Viewed Items**



Bratz on Ice Doll - Dana

clearance
Our Price: $9.99



Bratz Adventure Girlz - Jade

clearance
Our Price: $12.59



Bratz Magic Hair Color Funky Fashion Makeover Torso Sasha



🔍 VIEW LARGER IMAGE

**Bratz Passion 4 Fashion Collection Doll - Yasmin**

new
**$16.99**

Quantity: 1

[ + Add to Cart ]

OR
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

[ Find it at a Target store ]

Availability :
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

FEATURES   DESCRIPTION   ADDITIONAL INFO   SHIPPING INFO

- The Bratz are expressing their passion for fashion with show-stopping style
- Yasmin comes with 2 complete outfits and a hairbrush
- 10" Tall

**Guests Who Viewed This Item Also Viewed**

   

Exhibit 3
Page 20

Bratz Pampered Pupz - Sasha  .rget                                                                 Page 1 of 3



All Products                                                         Sign In | New



Target : Kids : Favorite Characters : Bratz : All Bratz Toys   Bratz Pampered Pupz - Sasha

**‹‹ Previous Page**

**Browse Similar Items**

Ethnic Dolls
African American Dolls
Pretend Time
Dress-Up
Fashion Dolls +
Accessories
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Girls' Dolls + Accessories
Pampered Pupz
All Bratz Toys

**Recently Viewed Items**



Bratz Magic Make-Up - Maribel

Our Price: **$24.99**



MGA Entertainment Bratz Designed by Sasha

new
Our Price: **$21.99**



**VIEW LARGER IMAGE**

Avg. Guest Rating: ★★★★☆
Availability :
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

**Bratz Pampered Pupz - Sasha**

**$19.99**

Quantity: 1

**+ Add to Cart**

OR
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists



FEATURES    DESCRIPTION    ADDITIONAL INFO    SHIPPING INFO

- A pampered pooch never goes out of fashion—get your pup ready to go by washing the dirt spots in the elegant tub that pumps real water
- Paint your pup's nails with polish that you can wear yourself or put on your Bratz
- Dress 'em up in adorable outfits that coordinate with their Bratz owners
- Go online to print out a personalized adoption certificate for your Bratz Pampered Pu
- For ages 6 yrs. and up
- 9.5" Tall

**Better Together**

Buy this Bratz Pampered Pupz - Sasha with Bratz Pampered Pupz - Cloe to

Exhibit 3
Page 21

Walmart.com: BRATZ Pop L    Doll, Jade: Dolls & Stuffed Toys                              Page 1 of 5





**BRATZ Pop Diva Doll, Jade**

**$19.97**

**Buy Online**

**In Stock**

[ADD TO CART ▸]

Add to:  ▸ Wish List   ▸ Registry

**Delivery Options**  Learn More
- site to store - Free shipping to s
- Ship to home

**Find in Stores**

Information not available. Check store for availability. Learn More

⊕ Enlarge image

**Age Range:** 6 and up

**Connect & Share:**
**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**


BRATZ Pop Diva Doll, Ya
★★★★★
$19.97


BRATZ Pop Diva Doll, Cl
$19.97

↓ See more below

## Features & Specifications

Join the new BRATZ band and light up the night! Plug in the microphone for you; both the mic and your BRATZ fashions light up and flash to the sound of your voice. The mic also plugs into your own music player to project your voice.

**BRATZ Pop Diva Doll, Jade:**

- Includes speaker-style doll stand and cool guitar

Exhibit 3
Page 22