Bratz Shrek Doll Yasmin - 1    . Entertainment - Toys "R" Us                    Page 1 of 2



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

Search: All Products

| AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS |

★ ENTER FOR A CHANCE TO WIN! ★
GALACTIC STAR WARS SWEEPSTAKES     SEE DETAILS

Home > Dolls & Stuffed Animals > Ethnic Dolls

### Bratz Shrek Doll Yasmin

by: MGA Entertainment

List F
Our Pr



Dressed from head to toe in cool Shrek fashions, this Bratz Shrek Yasmin Doll from MGA Entertainment features Shrek ears and comes with a real lip gloss just for you!...(read more)

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

Qty: 1    ADD IT

**BUY 2 GET 1 FREE** Buy 2 Get The 3rd Free All Bratz Dolls! - (Details)

ADD TO
ADD TO

$ Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

EM

PRODUCT ZOOM

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

RELATED ITE

**Average Customer Rating**

(1 Rating)



Rate and Review this Item     Read 1 Review

Include to cart

### PRODUCT INFORMATION

**Product Description**

Dressed from head to toe in cool Shrek fashions, this Bratz Shrek Yasmin Doll from MGA Entertainment features Shrek ears and comes with a real lip gloss just for you!

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

ADD ITE
ADD TO

**Note:** Gift wrap is available for this item.

**Item #:** 737914
**SKU:** 03D2464F
**UPC/EAN/ISBN:** 035051352341
**Manufacturer #:** 352341

Exhibit 3
Page 23

http://www.toysrus.com/product/index.jsp?productId=2590937                9/27/2008

Walmart.com: BRATZ Spotlight Yasmin: Dolls & Stuffed Toys        Page 1 of 5



## Features & Specifications

Girls can go wild and give Yasmin a curled, crimped and colorful makeover, then use the real hair color and hair glitter to create their own makeover, too.

**BRATZ Spotlight Yasmin:**

- 5 tubes of real hair color for your Bratz and you

Exhibit 3
Page 24

http://www.walmart.com/catalog/product.do?product_id=9605767        9/28/2008

Walmart.com: BRATZ Spotlight Sasha: Dolls & Stuffed Toys                                   Page 1 of 5



# Features & Specifications

Girls can go wild and give Sasha a curled, crimped and colorful makeover, then use the real hair color and hair glitter to create their own makeover, too.

**BRATZ Spotlight Sasha:**

- 5 tubes of real hair color for your Bratz and you

Exhibit 3
Page 25

http://www.walmart.com/catalog/product.do?product_id=9605769                              9/28/2008

Bratz Magic Hair Color 4 Piece Set - 9" Cloe Doll - MGA Entertainment - Toys "R" Us     Page 1 of 2





### Bratz Magic Hair Color 4 Piece Set - 9" Cloe Doll

by: MGA Entertainment

Now you and your 9" Bratz doll Cloe can have the hair you've always wanted! With the Bratz Magic Hair Color 5-in-1 set, you're the hair designer. Spray Cloe's blonde hair with purple or fuchsia hair coloring, or use the hair mixing bowl and...(read more)

**Manufacturer's Age:** 6 years and up
**Our Recommended Age:** 6 - 9 years (details)

SHIPS FREE — Spend $49 or more on select toys and get free shipping! - (Details)

BUY 2 GET 1 FREE — Buy 2 Get The 3rd Free All Bratz Dolls! - (Details)

$ — Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**

(0 Ratings)

Be the first to Rate and Review this Item

### PRODUCT INFORMATION

**Features**

- The Bratz Magic Hair Color 5-in-1 set and Cloe doll let you create beautiful hair color for Cloe and for yourself
- Cloe comes ready for the salon in her black smock; underneath, she wears a purple dress, perfect for a night on the town
- Includes purple and fuchsia hair color; silver and blue glitter gel; a highlighting brush; a hairbrush; and a mixing bowl
- Doll weight: 4.9 oz



Exhibit 3
Page 26

Bratz Hair Stylistz Doll - Ya... : Target                                    Page 1 of 3



All Products    **GO**                                   Sign In | New

Save 10% today when you open a REDcard credit account.    ▸ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Hair Stylistz Doll - Yasmin**

◂◂ Previous Page

**Browse Similar Items**

Ethnic Dolls
Hispanic Dolls
Pretend Time
Dress-Up
Fashion Dolls + Accessories
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Girls' Dolls + Accessories
Hair Stylistz
All Bratz Toys

**Recently Viewed Items**



Bratz Rodeo Doll - Sonya
Our Price: **$16.99**



Bratz Walking Doll - Sasha
Our Price: **$29.99**



🔍 VIEW LARGER IMAGE

**Bratz Hair Stylistz Doll Yasmin**

**$17.99**

Quantity: 1

 **+ Add to Cart**

OR
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

| **FEATURES** | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Yasmin hits the world of high fashion in this Bratz doll that lets girls try out one of the coolest jobs in the biz
- Yasmin is dressed for creating fabulous 'do's, with a stylist's belt full of hair-styling t
- Doll comes with a hairbrush and stylist belt that girls can wear; pockets include the they need to become stylists, too
- Bratz Make-up Stylistz and Nail Stylistz dolls also available (sold separately)
- For ages 6 yrs. and up
- 9.5" Tall

**Better Together**

Buy this Bratz Hair Stylistz Doll - Yasmin with Bratz Make-Up Stylistz Set - Cloe today!

Exhibit 3
Page 27

Walmart.com: BRATZ Hair Style Doll, Yasmin: Dolls & Stuffed Toys                      Page 1 of 5








Toys    FIND

Store Finder    Local Ad    Top Products    Sign In/New    Track Orders



Toys > Dolls & St

## BRATZ Hair Style Doll, Yasmin






⊕ Enlarge image

**Age Range:** 6 and up

### Find in Stores
Information not available. Check store for availability. Learn More

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**

 BRATZ Hair Style Doll, C
$17.97

  BRATZ Hair Style Doll, S
★★
$17.97

**Connect & Share:**
**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

## Features & Specifications

Style this BRATZ doll's hair just like in a real salon! Her hair changes color with water, so you can spray it a different color, glitter it, highlight it and style it. Plus, the hair highlights and glitter work on your hair too.

Exhibit 3
Page 28