Walmart.com: BRATZ Hair    e Doll, Cloe: Dolls & Stuffed Toys                             Page 1 of 5



   Free Shipping with site to store   | Toys                               | FIND |

Store Finder    Local Ad    Top Products    Sign In/New    Track Orders

  Toys   Dolls & St

## BRATZ Hair Style Doll, Cloe

 



### Find in Stores

Information not available. Check store for availability. Learn More

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**

 BRATZ Hair Style Doll, Y.
$17.97

 BRATZ Hair Style Doll, S
★★
$17.97

⊕ Enlarge image

**Age Range:** 6 and up

**Connect & Share:**
**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

## Features & Specifications

Style this BRATZ doll's hair just like in a real salon! Her hair changes color with water, so you can spray it a different color, glitter it, highlight it and style it. Plus, the hair highlights and glitter work on your hair too.

Exhibit 3
Page 29

http://www.walmart.com/catalog/product.do?product_id=9188549                                9/28/2008

Bratz Magic Fashion Nails - ... a : Target                                Page 1 of 2



All Products  GO                                       Sign In | New

Save 10% today when you open a REDcard™ credit account.   ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Magic Fashion Nails - Sasha**

◀◀ Previous Page

**Browse Similar Items**
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
Girls' Stuffed Animals + Toys
All Bratz Toys

**Recently Viewed Items**



Bratz Star Singerz - Yasmin
Our Price: **$19.99**



Bratz on Ice Doll - Vinessa
Our Price: **$19.99**



Bratz Sun-Kissed - Cloe
Our Price: **$14.99**



Bratz Neon Pop Divaz - Sasha



 VIEW LARGER IMAGE

**Bratz Magic Fashion Na Sasha**

**$24.99**

Quantity: 1

**+ Add to Cart**

or
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

FEATURES   DESCRIPTION   ADDITIONAL INFO   SHIPPING INFO

• Design your nails then decorate your Bratz fashion with the same styles
• 5-in-1 fashion nail tools let you paint it, draw it, gem it and stamp it on your nails, t create one-of-a-kind Bratz fashion designs
• Includes real stick-on nails for you, real nail polish, a fine-tip glitter glue pen, gem placement tool, gems and glue pen
• Also includes a nail art stamping tool and an ink pad
• Nail decorations let you decorate with Bratz fashion, then wipe off so you can desigr looks

**Guest Reviews**

Write an online review and share your thoughts with other guests.

Exhibit 3
Page 30

Bratz Magic Make-Up - Sasha — Target
Page 1 of 3



All Products  Sign In | New

Save 10% today when you open a REDcard℠ credit account. ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : Bratz Magic Make-Up - Sasha

◀◀ Previous Page

**Browse Similar Items**

Ethnic Dolls
African American Dolls
Pretend Time
Dress-Up
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Girls' Dolls + Accessories
Girls' Dress-Up
All Bratz Toys

**Recently Viewed Items**



MGA Entertainment BRATZ SPORTZ ROCK CLIMBING SASHA

Our Price: **$9.99**
stores only



Bratz Magic Fashion Nails - Cloe

Our Price: **$27.99**



🔍 VIEW LARGER IMAGE

**Availability:**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

FEATURES   DESCRIPTION   ADDITIONAL INFO   SHIPPING INFO

See Description and Additional info for more details.

**Bratz Magic Make-Up - Sasha**

**$24.99**

Quantity: 1

[ + Add to Cart ]

OR
Sign-In for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

**Guest Reviews**

Write an online review and share your thoughts with other guests.

Exhibit 3
Page 31

Bratz Adventure Girlz - Jade .    .get

Page 1 of 3



All Products  GO

Sign In | New

Save 10% today when you open a REDcard℠ credit account. ▸ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : Bratz Adventure Girlz - Jade

◂◂ Previous Page

**Browse Similar Items**

Toys
Girls' Toys
Dolls + Stuffed Animals
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Asian Dolls
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Girls' Dress-Up
All Bratz Toys

**Recently Viewed Items**



Bratz Magic Hair Color Funky Fashion Makeover Torso Sasha

new
Our Price: $29.99



Bratz Movie Stars - Cloe
Our Price: $19.89



🔍 VIEW LARGER IMAGE

Availability :
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

FEATURES   DESCRIPTION   ADDITIONAL INFO   SHIPPING INFO

- Jade ventures into the wild armed with all the right gear—including first and foremo super-cute wardrobe
- Adventure Girlz set features 2 cute and campy mix-and-match outfits and all of Jade safari-going necessities
- Also includes Jade doll, a camera, canteen, binoculars, backpack and more
- Comes with a Bratz Adventure Girlz button to wear; Cloe and Yasmin Adventure Girl sold separately
- For ages 6 yrs. and up

**Better Together**



Buy this Bratz Adventure Girlz - Jade with Bratz Flower Girlz - Cloe today!

**Bratz Adventure Girlz - Jade**

clearance
**$12.59**
List price: $17.99
You Save: $5.40 (30%)

Quantity: 1

[+ Add to Cart]

or
Sign-in for 1-Click

+ Add to TargetLists

Total List Price: $35.98
Buy Together Today
$30.58

Exhibit 3
Page 32

http://www.target.com/Bratz-Adventure-Girlz-Jade/dp/B000LIA4FM/qid=1222628953/ref...   9/28/2008



Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



PRODUCT ZOOM



# Bratz Fashion and Fragrance Yasmin 9" Doll

by: MGA Entertainment

This 9" Bratz Fashion and Fragrance Yasmin doll is ready to hit the runway! She comes with two fabulous, runway-ready outfits and features a variety of poses, so she can put on a glamorous show. Yasmin also has a bottle of her very own perfume....(read more)

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 9 years (details)

 Spend $49 or more on select toys and get free shipping! - (Details)

 Buy 2 Get The 3rd Free All Bratz Dolls! - (Details)

Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

**Average Customer Rating**

(0 Ratings)

Be the first to Rate and Review this Item







## PRODUCT INFORMATION

### Features

- Bratz Fashion and Fragrance Yasmin doll is ready to hit the runway
- Yasmin comes with her own bottle of perfume, which you can use, too
- Includes Bratz Yasmin doll, two runway outfits, hairbrush, and a bottle of perfume
- Doll height: 9"

### Product Description

This 9" Bratz Fashion and Fragrance Yasmin doll is ready to hit the runway! She comes with two fabulous, runway-ready outfits and features a variety of poses, so she can put on a glamorous show. Yasmin also has a bottle of her very own perfume.

Exhibit 3
Page 33



Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



PRODUCT ZOOM



### Bratz Fashion and Fragrance Jade 9" Doll

by: MGA Entertainment

This 9" Bratz Fashion and Fragrance Jade doll is ready to hit the runway! She comes with two fabulous, runway-ready outfits and features a variety of poses, so she can put on a glamorous show. Jade also has a bottle of her very own perfume....(read more)

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 9 years (details)

**Buy 2 Get The 3rd Free All Bratz Dolls!** - (Details)

**Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

**Average Customer Rating**

(0 Ratings)

Be the first to Rate and Review this Item

---

### PRODUCT INFORMATION

**Features**

- Bratz Fashion and Fragrance Jade doll is ready to hit the runway
- Jade comes with her own bottle of perfume, which you can use, too
- Includes Bratz Jade doll, two runway outfits, a hairbrush and a bottle of perfume
- Doll height: 9"

**Product Description**

This 9" Bratz Fashion and Fragrance Jade doll is ready to hit the runway! She comes with two fabulous, runway-ready outfits and features a variety of poses, so she can put on a glamorous show. Jade also has a bottle of her very own perfume.

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 9 years (details)



Exhibit 3
Page 34