

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



**PRODUCT ZOOM**



### Bratz Fashion and Fragrance Cloe 9" Doll

by: MGA Entertainment

This 9" Bratz Fashion and Fragrance Cloe doll is ready to hit the runway! She comes with two fabulous, runway-ready outfits and features a variety of poses, so she can put on a glamorous show. Cloe also has a bottle of her very own perfume....(read more)

**Manufacturer's Age:** 6 years and up
**Our Recommended Age:** 6 - 9 years (details)

**SHIPS FREE** Spend $49 or more on select toys and get free shipping! - (Details)

**BUY 2 GET 1 FREE** Buy 2 Get The 3rd Free All Bratz Dolls! - (Details)

Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**

(1 Rating)

Rate and Review this Item    Read 1 Review

**PRODUCT INFORMATION**

**Features**

- Bratz Fashion and Fragrance Cloe doll is ready to hit the runway
- Cloe comes with her own bottle of perfume, which you can use, too
- Includes Bratz Cloe doll, two runway outfits, and a bottle of perfume
- Doll height: 9"

**Product Description**

Qty: 1  


ADD TO

EN

**RELATED ITE**



Include to cart

Include to cart

Exhibit 3
Page 35

Bratz Flower Girlz - Cloe : T...       Page 1 of 3



All Products  GO       Sign In | New


Save 10% today when you open a REDcard℠ credit account.   ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : Bratz Flower Girlz - Cloe

◀◀ Previous Page

**Browse Similar Items**
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Flower Girlz
All Bratz Toys

**Recently Viewed Items**



Bratz Walking Doll - Yasmin

Our Price: **$29.99**



Bratz Passion 4 Fashion Collection Doll - Yasmin

new
Our Price: **$16.99**



🔍 VIEW LARGER IMAGE

**Bratz Flower Girlz - Clo**

**$17.99**

Quantity: 1

**+ Add to Cart**
or
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

**FEATURES**   DESCRIPTION   ADDITIONAL INFO   SHIPPING INFO

• Gardening is in vogue with Cloe and her ultra-cool and environmentally friendly, gre thumb accessories
• Bratz Girlz Cloe doll comes with flower seeds, a watering can and flowerpot so kids grow their own flowers
• Dressed for the occasion, Cloe wears a top made from flower petals and has her ow signature floral scent
• Includes a hairbrush along with real gardening equipment and flower seeds
• For ages 6 yrs. and up
• 9.5" Tall

**Better Together**

Buy this Bratz Flower Girlz - Cloe with Bratz Pampered Pupz - Cloe today

Exhibit 3
Page 36

Bratz Girlfriendz Nite Out D... Cloe - MGA Entertainment - Toys "R" Us                Page 1 of 2



Bratz Magic Hair - Cloe : Target  
Page 1 of 3



All Products  Sign In | New


Save 10% today when you open a REDcard credit account. ► LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Magic Hair - Cloe**

◄◄ Previous Page

**Browse Similar Items**

Bestsellers
Magic Make-Up
All Bratz Toys
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Girls' Dress-Up
Bratz



VIEW LARGER IMAGE

**Bratz Magic Hair - Cloe**

**$27.99**

Quantity: 1

**+ Add to Cart**

OR
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

Find it at a Target store

**Availability :**
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

FEATURES    DESCRIPTION    ADDITIONAL INFO    SHIPPING INFO

- Use your creativity to design hot new looks for Cloe and you
- Special Bratz memory hair—crimp it, curl it, color it and glitter it
- Next, try out the color and glitter on your own hair
- No batteries required
- For ages 6 yrs. and up

**Better Together**

Buy this Bratz Magic Hair - Cloe with Littlest Pet Shop Plug and Play today!

Total List Price: $54.98
**Buy Together Today: $57.98**

Exhibit 3
Page 38

http://www.target.com/Bratz-Magic-Hair-Cloe/dp/B000MGGTH0/qid=1222628953/ref=br... 9/28/2008



All Products  GO    Sign In | New

Save 10% today when you open a REDcard℠ credit account.   ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : Bratz on Ice Doll - Yasmin



**Browse Similar Items**

Toys
Girls' Toys
Dolls + Stuffed Animals
Bestsellers
All Bratz Toys
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories

**Recently Viewed Items**



MGA Entertainment Brtz Magic Hair Color FFM - Yasmin

new
Our Price: $29.99



MGA Entertainment Bratz P4F Collection- Cloe

new



👁 VIEW LARGER IMAGE

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

FEATURES   DESCRIPTION   ADDITIONAL INFO   SHIPPING INFO

- Bratz girl Yasmin takes to the ice with strength, grace and style
- Includes fun winter fashions and ice skating accessories
- Pose Yasmin on her ice pedestal
- For ages 6 yrs. and up

**Better Together**

Buy this Bratz on Ice Doll - Yasmin with Bratz on Ice Doll - Vinessa today!

**Bratz on Ice Doll - Yasr**

clearance
**$15.99**
List price: $19.99
You Save: $4.00 (20%)

Quantity: 1

[+ Add to Cart]

OR
Sign-in for 1-Click

+ Add to TargetLists

Total List Price: $39.98
Buy Together Today:
$35.98

Exhibit 3
Page 39

Bratz Magic Hair - Jade : Target     Page 1 of 3



All Products      Sign In | New



Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Magic Hair - Jade**

« Previous Page

**Browse Similar Items**

Bestsellers
Magic Make-Up
All Bratz Toys
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Asian Dolls
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Girls' Dress-Up
Bratz

**Recently Viewed Items**



MGA Entertainment Bratz Girlz Really Rock Cloe

new
Our Price: **$21.99**

### Bratz Magic Hair - Jade



We're sorry.
This item is out of stock.

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

Find it at a Target store

VIEW LARGER IMAGE

**Availability :**
This item is out of stock.

Warranty Information

**FEATURES**   DESCRIPTION   ADDITIONAL INFO   SHIPPING INFO

- Jade's magic memory hair allows you to crimp it, curl it, color it and glitter it!
- Use your creativity to create hot new hair looks for Jade, then try out the color and on your own hair
- The Bratz doll comes dressed in a super fashionable outfit, along with lots of cool be accessories
- Accessories include a hairbrush, crimping and curling irons, glitter and more; no bat required
- For ages 6 yrs. and up
- 10" Tall

**Guests Who Bought This Item Also Bought**



MGA Entertainment Bratz Designed by Jade

new

   

Exhibit 3
Page 40

http://www.target.com/Bratz-Magic-Hair-Jade/dp/B000MGGTIE/qid=1222631372/ref=br...    9/28/2008