Bratz Magic Make-Up - Cloarget    Page 1 of 3



All Products   Sign In | New

Save 10% today when you open a REDcard℠ credit account.   ▸ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Magic Make-Up - Cloe**

◂◂ Previous Page

**Browse Similar Items**

6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Girls' Dress-Up
All Bratz Toys

**Recently Viewed Items**



MGA Entertainment Bratz Designed by Yasmin

new
Our Price: **$21.99**



MGA Entertainment Bratz Designed by Cloe

new
Our Price: **$21.99**



**Bratz Magic Make-Up -**

**$24.99**

Quantity: 1

**+ Add to Cart**

OR
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

 VIEW LARGER IMAGE

Avg. Guest Rating: ★★★★
Availability :
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

FEATURES   DESCRIPTION   ADDITIONAL INFO   SHIPPING INFO

• Girls use make-up markers and a pump-action airbrush to create fabulous new look: Cloe—and to create make-up "tattoos" on themselves
• Bratz Cloe doll and cool tools let kids practice, play and get creative with make-up
• Real working make-up airbrush comes with special stencils to spray sleek, colorful n styles right onto Cloe
• Water-based markers and air-brush make-ups easily wash off both kids and Bratz d allowing your young artist to try endless designs
• For ages 6 yrs. and up
• 9.5" Tall

**Better Together**

Exhibit 3
Page 41

Bratz Pampered Pupz - Cloe ...rget

Page 1 of 2



All Products  GO

Sign In | Nev

**Save 10% today when you open a REDcard℠ credit account.** ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : Bratz Pampered Pupz - Cloe

◂◂ Previous Page

**Browse Similar Items**

6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Pampered Pupz
All Bratz Toys

**Recently Viewed Items**



Bratz Star Singerz - Cloe

clearance
Our Price: **$13.99**



Bratz Walking Doll - Cloe

Our Price: **$29.99**

Bratz Snap-On Glam -



🔍 VIEW LARGER IMAGE

**Bratz Pampered Pupz -**

**$19.99**

Quantity: 1

**+ Add to Cart**

or
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

Availability :
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

FEATURES    DESCRIPTION    ADDITIONAL INFO    SHIPPING INFO

- A pampered pooch never goes out of fashion—get your pup ready to go by washing the dirt spots in the elegant tub that pumps real water
- Paint your pup's nails with polish that you can wear yourself or put on your Bratz
- Dress 'em up in adorable outfits that coordinate with their Bratz owners
- Go online to print out a personalized adoption certificate for your Bratz Pampered Pu
- For ages 6 yrs. and up
- 9.5" Tall

**Better Together**

Buy this Bratz Pampered Pupz - Cloe with Bratz Pampered Pupz - Sasha today!

Exhibit 3
Page 42

http://www.target.com/Bratz-Pampered-Pupz-Pupz-Cloe/dp/B000PGPXUQ/qid=1222630...    9/28/2008

Walmart.com: BRATZ Sunkissed Doll, Cloe: Dolls & Stuffed Toys                     Page 1 of 4



Toys > Dolls & Stuffed Toys > Fashion Dolls

### BRATZ Sunkissed Doll, Cloe

$14.97



**Buy Online**

In Stock

[ADD TO CART ▸]

Add to: 🕮 Wish List

**Find in Stores**

Information not availa



⊕ Enlarge image

**Age Range:** 6 and up

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**



BRATZ Sunkissed Doll, Y
$14.97

**Connect & Share:**

**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

### Features & Specifications

Step into the sun for a whole new look! This BRATZ girl's clothing actually changes color in sunlight. Plus, she comes with cool shades and a bracelet for you that also change color in sunlight!

Exhibit 3
Page 43

http://www.walmart.com/catalog/product.do?product_id=9188534                     9/28/2008



Walmart.com: BRATZ Talk... Sasha: Dolls & Stuffed Toys                              Page 1 of 6



# BRATZ Talking: Sasha

2 Customer Ratings

CLEARANCE

**$20.00**
Was: $26.84

**Buy Online**

In Stock

**ADD TO CART ▸**

Add to:  ▸ Wish List

**Find in Stores**

Information not available. Check store for availability. Learn More

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- Accessories to Buy
- Gifting Options
- Payment Options
- Shipping & Delivery

**Age Range:** 6 Years and up

**Connect & Share:**

**Ratings and Reviews**
★ (2 Customer Ratings)
Read reviews or write a review

**Q&A Exchange**
Be the first to ask a question.

## Features & Specifications

Want to talk about boys, fashion, friends and more? Want to learn fashion tips that only the BRATZ know? Now you can ask Sasha and find out! With interactive buttons on the base, you can finally have a conversation with a real BRATZ doll.

Exhibit 3
Page 44

Bratz Talking Cloe : Target                                                                 Page 1 of 3



All Products    GO                                      Sign In | New

Save 10% today when you open a REDcard℠ credit account.   ▸ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Talking Cloe**

◂◂ Previous Page

**Browse Similar Items**
Toys
Girls' Toys
Dolls + Stuffed Animals
Bestsellers
All Bratz Toys
Top Dolls + Accessories
Pretend Time
Dress-Up
Fashion Dolls + Accessories
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Girls' Dolls + Accessories
Girls' Dress-Up



**Bratz Talking Cloe**

clearance
**$17.49**
List price: $24.99
You Save: $7.50 (30%)

Quantity: 1

+ Add to Cart

or
Sign-in for 1-Click

+ Add to TargetLists 

🔍 VIEW LARGER IMAGE

Avg. Guest Rating: ★★★★
Availability :
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

FEATURES   DESCRIPTION   ADDITIONAL INFO   SHIPPING INFO

- Want to talk about boys, fashion, friends and more?
- Now you can ask Cloe a question and she'll answer
- Use interactive buttons on the base to get fashion tips only the Bratz know
- Star brush included
- For ages 6 yrs. and up

**Recently Viewed Items**



Bratz Pampered Pupz - Cloe
Our Price: **$19.99**



Bratz Star Singerz - Cloe
clearance
Our Price: **$13.99**

**Better Together**

Buy this Bratz Talking Cloe with Bratz Pink and Clear Jelly Sport Watch today!

Total List
Buy Toge

Exhibit 3
Page 45

Bratz Walking Doll - Sasha : get                                Page 1 of 3



All Products  GO                                    Sign In | New

Save 10% today when you open a REDcard℠ credit account.    ▸ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : Bratz Walking Doll - Sasha

◂◂ Previous Page

**Browse Similar Items**
Ethnic Dolls
African American Dolls
Pretend Time
Dress-Up
Fashion Dolls + Accessories
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Girls' Dolls + Accessories
All Bratz Toys

**Recently Viewed Items**



Bratz Flower Girlz - Cloe
Our Price: **$17.99**



Bratz Walking Doll - Yasmin
Our Price: **$29.99**





🔍 VIEW LARGER IMAGE

**Bratz Walking Doll - Sa**

**$29.99**

Quantity: 1



or
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

Availability :
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

FEATURES    DESCRIPTION    ADDITIONAL INFO    SHIPPING INFO

• Nothing's better than strolling down the avenue in style, so walk tall with the new Walking Bratz dolls
• Sasha and her pup really walk, so you can go strolling together
• Check out the special interactive package and watch Sasha take her dog for a walk herself
• Includes a bonus puppy
• For ages 6 yrs. and up
• 10" Tall

**Better Together**

Buy this Bratz Walking Doll - Sasha with Bratz Walking Doll - Yasmin today!

Exhibit 3
Page 46

http://www.target.com/Bratz-Walking-Doll-Sasha/dp/B000PGPZMM/qid=1222629647/ref...    9/28/2008