

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls

## Bratz Walking Doll - Cloe

by: MGA Entertainment



PRODUCT ZOOM

Nothing is better than strolling down the avenue in style, so walk tall with new Walking Bratz! She and her dog really walk, so you can go for a stroll together!...(read more)

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

 Spend $49 or more on select toys and get free shipping! - (Details)

Buy 2 Get The 3rd Free All Bratz Dolls! - (Details)

Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**

(4 Ratings)

Rate and Review this Item    Read 4 Reviews

List F
Our Pr

Qty:
1  ADD I

 ADD TO

 ADD TO

EM

 RELATED ITE

 Include to cart

### PRODUCT INFORMATION

**Product Description**

Nothing is better than strolling down the avenue in style, so walk tall with new Walking Bratz! She and her dog really walk, so you can go for a stroll together!

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

**Note:** Gift wrap is available for this item.

**Item #:** 40064
**SKU:** B4AD5B71
**UPC/EAN/ISBN:** 035051361275
**Manufacturer #:** 366546

 Include to cart



Exhibit 3
Page 47

MGA Entertainment Bratz World - Yasmin's House : Target        Page 1 of 3



All Products  GO        Sign In | New



Save 10% today when you open a REDcard℠ credit account.    ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : MGA Entertainment Bratz World - Yasmin's House

◀◀ Previous Page

**Browse Similar Items**
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
Hispanic Dolls
Fashion Dolls + Accessories
Girls' Dolls + Accessories
All Bratz Toys

**Recently Viewed Items**



MGA Entertainment Bratz Magic Hair Color FFM - Cloe

new
Our Price: $29.99



Bratz World House

new
Our Price: $39.99

Bratz Magic Hair - Cloe
Our Price: $27.99

**MGA Entertainment Bratz World - Yasmin's House**

new
$24.99

Quantity: 1

[+ Add to Cart]

or
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

[Find it at a Target store]

◉ VIEW LARGER IMAGE

Availability :
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

FEATURES    DESCRIPTION    ADDITIONAL INFO    SHIPPING INFO

See Description and Additional info for more details.

**Better Together**

Buy this MGA Entertainment Bratz World - Yasmin's House with MGA Entertainment Bratz - Cloe's House today!

Total List Price: $49.98
Buy Toge
$49.98

Exhibit 3
Page 48

http://www.target.com/MGA-Entertainment-Bratz-World-Yasmins/dp/B0019FLJH8/qid=1...    9/28/2008

Walmart.com: Big BRATZ G    Rock Doll, Sasha: Dolls & Stuffed Toys                Page 1 of 4



Store Finder  Local Ad  Top Products  Sign In/New  Track Orders

Toys > Dolls & Stuffed Toys > Fashion Dolls

## Big BRATZ Girls Rock Doll, Sasha



NEW

$29.94

**Buy Online**

In Stock

ADD TO CART ▸

Add to:  ▶ Wish List

**Find in Stores**

Information not available. Check store for availability. Learn More

⊕ Zoom in

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**



Big BRATZ Girls Rock Do Yasmin
$29.94

**Connect & Share:**

**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

## Features & Specifications

The BRATZ are rockin' like royalty. This Big BRATZ Girls Rock Doll comes dressed in true rocker style. The doll comes with real make-up to give your BRATZ or yourself a makeover. You'll find everything you need to create a look that's ready to rock!

**Big BRATZ Girls Rock Doll, Sasha:**

Exhibit 3
Page 49

http://www.walmart.com/catalog/product.do?product_id=9605745                        9/28/2008

Walmart.com: Big BRATZ Girls Rock Doll, Cloe: Dolls & Stuffed Toys                     Page 1 of 5



  Free Shipping with site to store   Toys                                      FIND

Store Finder   Local Ad   Top Products   Sign In/New   Track Orders

Toys > Dolls & St

### Big BRATZ Girls Rock Doll, Cloe



**Out of Stock Online**

**Find in Stores**

Information not available. Check store for availability. Learn More

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**

   BRATZ Rock Doll, Yasmir
$21.97

   Big BRATZ Girls Rock Do Sasha
$29.94

⊕ Zoom in

**Connect & Share:**

**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

### Features & Specifications

The BRATZ are rockin' like royalty. This extra-large BRATZ comes dressed in rocker style. The kit includes real make-up to give Cloe a makeover, plus everything you need to create a complete look that's ready to rock.

**Big BRATZ Girls Rock Doll, Cloe:**

Exhibit 3
Page 50

http://www.walmart.com/catalog/product.do?product_id=9605780                        9/28/2008



### Big BRATZ Girls Rock Doll, Yasmin

**Out of Stock Online**

**Find in Stores**

Information not available. Check store for availability. Learn More

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**

BRATZ Hair Torso Doll, C   $29.93

BRATZ Hair Color Doll, C   $27.97

↓ See more below

**Connect & Share:**

**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

### Features & Specifications

The BRATZ are rockin' like royalty. This Big BRATZ Girls Rock Doll comes dressed in true rocker style. The doll comes with real make-up to give your BRATZ or yourself a makeover. You'll find everything you need to create a look that's ready to rock!

**Big BRATZ Girls Rock Doll, Yasmin:**

Walmart.com: Big BRATZ H... Doll, Sasha: Dolls & Stuffed Toys                                Page 1 of 5



     Free Shipping with site to store     Toys                                    | FIND |

Store Finder    Local Ad    Top Products    Sign In/New    Track Orders

  

### Big BRATZ Hair Doll, Sasha



$



**Find in Stores**

Information not available. Check store for availability. Learn More

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**

 BRATZ Magic Fashion Na Sasha
$24.97

 BRATZ Big Babyz Skater Sasha
$22.88

⬇ See more below



⊕ Enlarge image

**Age Range:** 6 and up

**Connect & Share:**

**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

### Features & Specifications

When you're the hair designer, you can go wild with color! Apply your own creative color streaks with a professional-style hair streaker. Add extra sparkle with hair glitter. Use clips to create cool styles and awesome up-dos. Then, get some pretty punk style with wild an

Exhibit 3
Page 52

http://www.walmart.com/catalog/product.do?product_id=9188552                                      9/28/2008