

Exhibit 3
Page 53

TRIAL EXHIBIT 17565-001

Case 2:04-cv-09049-DOC-RNB   Document 4316-10   Filed 09/30/08   Page 2 of 5   Page ID #:110071



Exhibit 3
Page 54

TRIAL EXHIBIT 17513-001



Exhibit 3
Page 55

TRIAL EXHIBIT 17514-001



Exhibit 3
Page 56

TRIAL EXHIBIT 17516-001



Exhibit 3
Page 57

TRIAL EXHIBIT 17517-001