

Exhibit 3
Page 58

TRIAL EXHIBIT 17570-001



Exhibit 3
Page 59

TRIAL EXHIBIT 17543-001



Exhibit 3
Page 60

TRIAL EXHIBIT 17500-001



Exhibit 3
Page 61

EX 14624-0001



Exhibit 3
Page 62

TRIAL EXHIBIT 17572-001



Exhibit 3
Page 63

TRIAL EXHIBIT 17569-001