

Exhibit 3
Page 64

TRIAL EXHIBIT 17568-001



Exhibit 3
Page 65

TRIAL EXHIBIT 17567-001



Exhibit 3
Page 66



Exhibit 3
Page 67

TRIAL EXHIBIT 17564-001



Exhibit 3
Page 68

TRIAL EXHIBIT 17563-001



Exhibit 3
Page 69

TRIAL EXHIBIT 17561-001