

Exhibit 3
Page 70

TRIAL EXHIBIT 17558-001



Exhibit 3
Page 71



Exhibit 3
Page 72



Exhibit 3
Page 73



Exhibit 3
Page 74

