

Exhibit 3
Page 76

TRIAL EXHIBIT 17541-001



Exhibit 3
Page 77

TRIAL EXHIBIT 17538-001



Exhibit 3
Page 78

TRIAL EXHIBIT 17537-001



Exhibit 3
Page 79

TRIAL EXHIBIT 17531-001



Exhibit 3
Page 80

TRIAL EXHIBIT 17530-001