

Exhibit 3
Page 81

TRIAL EXHIBIT 17526-001

<60><60><60>
<60>
<60>
<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60><60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60><60>
<60>
<60>
<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60><60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>



Exhibit 3
Page 82

TRIAL EXHIBIT 17522-001





Exhibit 3
Page 84

TRIAL EXHIBIT 17519-001



Exhibit 3
Page 85

TRIAL EXHIBIT 17512-001