

Exhibit 3
Page 86

TRIAL EXHIBIT 17511-001



Exhibit 3
Page 87

TRIAL EXHIBIT 17509-001





Exhibit 3
Page 89

TRIAL EXHIBIT 17506-001



Exhibit 3
Page 90

TRIAL EXHIBIT 17505-001



Exhibit 3
Page 91

TRIAL EXHIBIT 17499-001