

Exhibit 3
Page 92



Exhibit 3
Page 93



Exhibit 3
Page 94



Exhibit 3
Page 95





Exhibit 3
Page 97
EX 14627-0001