

Exhibit 3
Page 98
EX 14626-0001



Exhibit 3
Page 99

EX 14623-0001



EX 14416-0001

Exhibit 3
Page 101



EX 14543-0001

Exhibit 3
Page 100



Exhibit 3
Page 102



EX 14206-0001

Exhibit 3
Page 103