

EX 14204-0001

Exhibit 3
Page 104



EX 14162-0001

Exhibit 3
Page 105



EX 14197-0001

Exhibit 3
Page 106



EX 14194-0001

Exhibit 3
Page 107



EX 14190-0001

Exhibit 3
Page 108



EX 14189-0001

Exhibit 3
Page 109