

EX 14188-0001

Exhibit 3
Page 110



EX 14187-0001

Exhibit 3
Page 111



EX 14161-0001

Exhibit 3
Page 112



EX 14027-0001

Exhibit 3
Page 113



TRIAL EXHIBIT 18774-001

Exhibit 3
Page 114



EX 14181-0001

Exhibit 3
Page 115



EX 14182-0001

Exhibit 3
Page 116