

EX 14183-0001

Exhibit 3
Page 117



EX 14164-0001

Exhibit 3
Page 118



EX 14167-0001

Exhibit 3
Page 119



EX 14168-0001

Exhibit 3
Page 120



EX 14169-0001

Exhibit 3
Page 121



Exhibit 3
Page 122