

EX 14171-0001

Exhibit 3
Page 123



EX 14173-0001

Exhibit 3
Page 124



EX 14174-0001

Exhibit 3
Page 125



EX 14175-0001

Exhibit 3
Page 126



EX 14176-0001

Exhibit 3
Page 127

