

EX 14178-0001

Exhibit 3
Page 129



EX 14179-0001

Exhibit 3
Page 130



EX 14180-0001

Exhibit 3
Page 131



EX 14033-0001

Exhibit 3
Page 132



EX 14032-0001

Exhibit 3
Page 133



EX 14031-0001

Exhibit 3
Page 134