

EX 14158-0001

Exhibit 3
Page 135



EX 14156-0001

Exhibit 3
Page 136



EX 14029-0001

Exhibit 3
Page 137



EX 14154-0001

Exhibit 3
Page 138



EX 14153-0001

Exhibit 3
Page 139