

EX 14149-0001

Exhibit 3
Page 140



EX 14148-0001

Exhibit 3
Page 141



EX 14147-0001

Exhibit 3
Page 142



EX 14145-0001

Exhibit 3
Page 143



EX 14144-0001

Exhibit 3
Page 144



EX 14143-0001

Exhibit 3
Page 145