



EX 14024-0001

Exhibit 3
Page 147



EX 14022-0001

Exhibit 3
Page 148



EX 14140-0001

Exhibit 3
Page 149



EX 14021-0001

Exhibit 3
Page 150



EX 14138-0001

Exhibit 3
Page 151