

EX 14020-0001

Exhibit 3
Page 152



EX 14019-0001

Exhibit 3
Page 153



Exhibit 3
Page 154



Exhibit 3
Page 155



Exhibit 3
Page 156



Exhibit 3
Page 157