



Exhibit 3
Page 159



Exhibit 3
Page 160



Exhibit 3
Page 161



Exhibit 3
Page 162