

Exhibit 3
Page 163



Exhibit 3
Page 164



Exhibit 3
Page 165



Exhibit 3
Page 166



Exhibit 3
Page 167



Exhibit 3
Page 168