

Exhibit 3
Page 169



Exhibit 3
Page 170



Exhibit 3
Page 171



Exhibit 3
Page 172



Exhibit 3
Page 173