

Exhibit 3
Page 174



Exhibit 3
Page 175



Exhibit 3
Page 176



Exhibit 3
Page 177



Exhibit 3
Page 178



Exhibit 3
Page 179