

Exhibit 3
Page 180



Exhibit 3
Page 181



Exhibit 3
Page 182



Exhibit 3
Page 183



Exhibit 3
Page 184



Exhibit 3
Page 185