

Exhibit 3
Page 186



Exhibit 3
Page 187



Exhibit 3
Page 188



Exhibit 3
Page 189



Exhibit 3
Page 190



Exhibit 3
Page 191