

Real Make-up!
Stylist
Make-up
Bratz Fashion Stylistz
You Can be a Bratz Stylist!
Bratz
Fashion
Stylistz
The Only Girls with a Passion for Fashion!
WARNING:
SHIMMER POWDER: NET WT. 0.14 OZ. (4 GRAMS)
LIP GLOSS: TOTAL NET WT. 0.14 OZ. (4 GRAMS)

Exhibit 3
Page 192



TOYS R US
exclusive
2 COMPLETE OUTFITS!
Bratz
girlfriendz
Nite Out

Exhibit 3
Page 193

Exhibit 3
Page 194



Exhibit 3
Page 195

Only Girls with a Passion for Fashion!
$11.99
High Fashion Accessories!
Yasmin
She Really Walks!
Bratz
the Fashion
SHOW
Evening Wear
COLLECTION
MGA
WARNING:
CHOKING HAZARD-Small parts.
Not for children under 3 years.
1688

Exhibit 3
Page 196



Real
Hair
Products!
Hair Stylist
Yasmin
You
Can be
Bratz
Stylist!
BRATZ
Fashion
Stylistz
1601
MGA
The Only Girls with a Passion for Fashion!™
WARNING
HIGHLIGHT TUBE: NET 0.26 FL. OZ. (7.8 mL)
HAIR GLITTER: NET 0.34 FL. OZ. (9.8 mL)

Exhibit 3
Page 197