

Exhibit 3
Page 198



Exhibit 3
Page 199



Exhibit 3
Page 200



Exhibit 3
Page 201



Exhibit 3
Page 202



Exhibit 3
Page 203