
Exhibit 3
Page 204



Exhibit 3
Page 205



Exhibit 3
Page 206



Exhibit 3
Page 207



Exhibit 3
Page 208



Exhibit 3
Page 209