

Exhibit 3
Page 210



Exhibit 3
Page 211



Exhibit 3
Page 212



Exhibit 3
Page 213



Exhibit 3
Page 214



Exhibit 3
Page 215