

Exhibit 3
Page 216



EX 14078-0001

Exhibit 3
Page 217



EX 14077-0001

Exhibit 3
Page 218



EX 14076-0001

Exhibit 3
Page 219



Exhibit 3
Page 220



Exhibit 3
Page 221