

EX 14069-0001

Exhibit 3
Page 222



EX 14068-0001

Exhibit 3
Page 223



EX 14067-0001

Exhibit 3
Page 224



EX 14066-0001

Exhibit 3
Page 225



EX 14065-0001

Exhibit 3
Page 226



EX 14063-0001

Exhibit 3
Page 227