

EX 14062-0001

Exhibit 3
Page 228



EX 14061-0001

Exhibit 3
Page 229



EX 14060-0001

Exhibit 3
Page 230



EX 14059-0001

Exhibit 3
Page 231



EX 14058-0001

Exhibit 3
Page 232



EX 14057-0001

Exhibit 3
Page 233