

EX 14055-0001

Exhibit 3
Page 234



Exhibit 3
Page 235

EX 14049-0001



EX 14046-0001

Exhibit 3
Page 236



EX 14043-0001

Exhibit 3
Page 237





Exhibit 3
Page 239

EX 14039-0001