

EX 14037-0001

Exhibit 3
Page 240



EX 14036-0001

Exhibit 3
Page 241



EX 14018-0001
Exhibit 3
Page 242



EX 14133-0001

Exhibit 3
Page 243



EX 14017-0001

Exhibit 3
Page 244



EX 14016-0001

Exhibit 3
Page 245