

EX 14015-0001

Exhibit 3
Page 246



EX 14014-0001

Exhibit 3
Page 247









EX 14118-0001

Exhibit 3
Page 251