

EX 14119-0001

Exhibit 3
Page 252



EX 14120-0001

Exhibit 3
Page 253



EX 14121-0001

Exhibit 3
Page 254



EX 14122-0001

Exhibit 3
Page 255



EX 14123-0001

Exhibit 3
Page 256



EX 14124-0001

Exhibit 3
Page 257