

EX 14011-0001

Exhibit 3
Page 258



EX 14010-0001

Exhibit 3
Page 259



EX 14009-0001

Exhibit 3
Page 260



EX 14117-0001

Exhibit 3
Page 261



EX 14115-0001

Exhibit 3
Page 262



EX 14113-0001

Exhibit 3
Page 263