

EX 14112-0001

Exhibit 3
Page 264



EX 14111-0001

Exhibit 3
Page 265



EX 14106-0001

Exhibit 3
Page 266



EX 14104-0001

Exhibit 3
Page 267



EX 14102-0001

Exhibit 3
Page 268



EX 14098-0001

Exhibit 3
Page 269