

EX 14097-0001

Exhibit 3
Page 270

Case 2:04-cv-09049-DOC-RNB   Document 4316-47   Filed 09/30/08   Page 2 of 6   Page ID #:110288



EX 14095-0001

Exhibit 3
Page 271



EX 14094-0001

Exhibit 3
Page 272





EX 14088-0001

Exhibit 3
Page 274



Exhibit 3
Page 275

TRIAL EXHIBIT 18741-001