

EX 14005-0001

Exhibit 3
Page 276



Exhibit 3
Page 277



Exhibit 3
Page 278



EX 14001-0001

Exhibit 3
Page 279



Exhibit 3
Page 280



Exhibit 3
Page 281

TRIAL EXHIBIT 18720-001