

Exhibit 3
Page 282

TRIAL EXHIBIT 18722-001



TRIAL EXHIBIT 18763-001

Exhibit 3
Page 283



TRIAL EXHIBIT 18776-001

Exhibit 3
Page 284



Exhibit 3
Page 285

TRIAL EXHIBIT 18752-001



Exhibit 3
Page 286

TRIAL EXHIBIT 18773-001