

Exhibit 3
Page 287

TRIAL EXHIBIT 18772-001



Exhibit 3
Page 288



Exhibit 3
Page 289



EXHIBIT 3
Page 290



Exhibit 3
Page 291

TRIAL EXHIBIT 18755-001