



Exhibit 3
Page 293

TRIAL EXHIBIT 18754-001



Exhibit 3
Page 294

TRIAL EXHIBIT 18765-001



Exhibit 3
Page 295

TRIAL EXHIBIT 18746-001



Exhibit 3
Page 296

TRIAL EXHIBIT 18744-001