



Exhibit 3
Page 298

TRIAL EXHIBIT 18738-001



Exhibit 3
Page 299

TRIAL EXHIBIT 18732-001



Exhibit 3
Page 300

TRIAL EXHIBIT 18731-001



Exhibit 3
Page 301

TRIAL EXHIBIT 18730-001