

Exhibit 3
Page 302

TRIAL EXHIBIT 18729-001



Exhibit 3
Page 303

TRIAL EXHIBIT 18728-001



TRIAL EXHIBIT 18727-001

Exhibit 3
Page 304



Exhibit 3
Page 305

TRIAL EXHIBIT 18706-001



TRIAL EXHIBIT 18726-001

Exhibit 3
Page 306



Exhibit 3
Page 307

TRIAL EXHIBIT 18705-001