

Exhibit 3
Page 308

TRIAL EXHIBIT 18725-001







Exhibit 3 Page 311

TRIAL EXHIBIT 18703-001



Exhibit 3
Page 312

TRIAL EXHIBIT 18723-001