





Exhibit 3
Page 315



Exhibit 3
Page 316



Exhibit 3
Page 317



Exhibit 3
Page 318