

Exhibit 3
Page 319



Exhibit 3
Page 320

TRIAL EXHIBIT 18721-001



Exhibit 3
Page 321

TRIAL EXHIBIT 18719-001



Exhibit 3
Page 322

TRIAL EXHIBIT 18715-001



Exhibit 3
Page 323

TRIAL EXHIBIT 18713-001