

Exhibit 3
Page 324



Exhibit 3
Page 325

TRIAL EXHIBIT 18710-001



Exhibit 3
Page 326

TRIAL EXHIBIT 18709-001



Exhibit 3
Page 327

TRIAL EXHIBIT 18708-001



Exhibit 3
Page 328