

Exhibit 3
Page 329



Exhibit 3
Page 330



Exhibit 3
Page 331



Exhibit 3
Page 332



Exhibit 3
Page 333



Exhibit 3
Page 334