

Exhibit 3
Page 335



Exhibit 3
Page 336



Exhibit 3
Page 337



Exhibit 3
Page 338

TRIAL EXHIBIT 17807-001



Exhibit 3
Page 339

TRIAL EXHIBIT 17806-001



Exhibit 3
Page 340

TRIAL EXHIBIT 17805-001