



Exhibit 3
Page 342





Exhibit 3
Page 344

TRIAL EXHIBIT 18513-001



Exhibit 3
Page 345

TRIAL EXHIBIT 18512-001