

Exhibit 3
Page 346



Exhibit 3
Page 347

TRIAL EXHIBIT 18291-001



Exhibit 3
Page 348



Exhibit 3
Page 349



Exhibit 3
Page 350



Exhibit 3
Page 351