

Exhibit 3
Page 352

TRIAL EXHIBIT 17728-001



Exhibit 3
Page 353

TRIAL EXHIBIT 17812-001



Exhibit 3
Page 354

TRIAL EXHIBIT 17726-001



Exhibit 3
Page 355

TRIAL EXHIBIT 17811-001



Exhibit 3
Page 356

TRIAL EXHIBIT 17810-001



Exhibit 3
Page 357

TRIAL EXHIBIT 17582-001