

Exhibit 3
Page 358

TRIAL EXHIBIT 17809-001



Exhibit 3
Page 359

TRIAL EXHIBIT 17581-001



Exhibit 3
Page 360

TRIAL EXHIBIT 17578-001



Exhibit 3
Page 361

TRIAL EXHIBIT 17577-001



Exhibit 3
Page 362

TRIAL EXHIBIT 17575-001

