

EX 14188-0001

Exhibit 3
Page 364



Exhibit 3
Page 365



Exhibit 3
Page 366



Exhibit 3
Page 367



Exhibit 3
Page 368



Exhibit 3
Page 369