

Exhibit 3
Page 370



Exhibit 3
Page 371



Exhibit 3
Page 372



Exhibit 3
Page 373

Bratz Star Singerz - Jade : T...     Page 1 of 3



All Products   GO     Sign In | New

Save 10% today when you open a REDcard℠ credit account.   ▸ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Star Singerz - Jade**

◂◂ Previous Page

**Browse Similar Items**

Ethnic Dolls
Asian Dolls
Pretend Time
Dress-Up
Fashion Dolls + Accessories
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Girls' Dolls + Accessories
Singerz
All Bratz Toys

**Recently Viewed Items**



Bratz Neon Pop Divaz - Yasmin

Our Price: **$19.99**



Bratz Fashion Designer Funky Fashion Makeover Torso - Cloe

Our Price: **$24.99**



VIEW LARGER IMAGE

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

**Bratz Star Singerz - Jac...**

**$19.99**

Quantity: 1

+ Add to Cart

OR

Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Jade's got the moves and grooves and girls can join the show with a real working headset mic that plays over the radio
- Star Singerz Jade spins in different dancing poses when you put her on the speaker-shape dance base
- Headset microphone transmits singers' voices wirelessly to your FM radio so girls an their Bratz can put on a performance together
- Jade doll is dressed in a dazzling pop-star outfit and comes with cool, color-coordina accessories
- For ages 6 yrs. and up
- 10.5" Tall

**Better Together**

Buy this Bratz Star Singerz - Jade with Bratz Star Singerz - Yasmin today!

Exhibit 3
Page 374

Bratz Star Singerz - Cloe : T...                                                      Page 1 of 3



All Products  GO                                                  Sign In | New


Save 10% today when you open a REDcard credit account.                         ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Star Singerz - Cloe**

◀◀ Previous Page

**Browse Similar Items**

Toys
Girls' Toys
Dolls + Stuffed Animals
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Singerz
All Bratz Toys

**Recently Viewed Items**



Bratz Walking Doll - Cloe
Our Price: **$29.99**



Bratz Snap-On Glam - Yasmin
Our Price: **$16.99**



🔍 VIEW LARGER IMAGE

**Availability :**
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

**Bratz Star Singerz - Clo**

clearance
**$13.99**
List price: $19.99
You Save: **$6.00 (30%)**

**Quantity:** 1

➕ **Add to Cart**
OR
Sign-in for 1-Click

➕ **Add to TargetLists**

**Find it at a Target store**

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Cloe's got the moves and grooves and girls can join the show with a real working he mic that plays over the radio
- Star Singerz Cloe spins in different dancing poses when you put her on the speaker-shape dance base
- Headset microphone transmits singers' voices wirelessly to your FM radio so girls an their Bratz can put on a performance together
- Cloe doll is dressed in a dazzling pop-star outfit and comes with cool, color-coordina accessories
- For ages 6 yrs. and up
- 10.5" Tall

**Better Together**

Buy this Bratz Star Singerz - Cloe with Bratz Star Singerz - Yasmin toda

Exhibit 3
Page 374A

http://www.target.com/Bratz-Star-Singers-Singerz-Cloe/dp/B000PGPZ9A/qid=122263039...   9/28/2008