Bratz Star Singerz - Sasha : Target

Page 1 of 3



All Products  

Sign In | New

**Save 10% today when you open a REDcard℠ credit account.** ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Star Singerz - Sasha**

◀◀ Previous Page

**Browse Similar Items**

Ethnic Dolls
African American Dolls
Pretend Time
Dress-Up
Fashion Dolls + Accessories
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Girls' Dolls + Accessories
Singerz
All Bratz Toys

**Recently Viewed Items**



Bratz Fashion Designer - Sasha

Our Price: **$19.99**



MGA Entertainment Bratz Wintertime Collection - Cloe

new
Our Price: **$16.99**



VIEW LARGER IMAGE

**Availability :**
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

**FEATURES**   DESCRIPTION   ADDITIONAL INFO   SHIPPING INFO

• Sasha's got the moves and grooves and girls can join the show with a real working headset mic that plays over the radio
• Star Singerz Sasha spins in different dancing poses when you put her on the speaker shaped dance base
• Headset microphone transmits singers' voices wirelessly to your FM radio so girls an their Bratz can put on a performance together
• Sasha doll is dressed in a dazzling pop-star outfit and comes with cool, color-coordir accessories
• For ages 6 yrs. and up
• 10.5" Tall

**Better Together**

Buy this Bratz Star Singerz - Sasha with Bratz Walking Doll - Sasha today

**Bratz Star Singerz - Sa**

**$19.99**

Quantity: 1

+ Add to Cart

OR
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

Find it at a Target store

Exhibit 3
Page 374B



Exhibit 3
Page 374C

EX 14628-0001



Exhibit 3
Page 374D



Exhibit 3
Page 374E

TRIAL EXHIBIT 17731-001



Exhibit 3
Page 374F

TRIAL EXHIBIT 17731-001



Exhibit 3
Page 374G