

Exhibit 3
Page 374H



Exhibit 3
Page 374I



Exhibit 3
Page 374J



Exhibit 3
Page 374K