# Exhibit 4.



Exhibit 4
Page 375

TRIAL EXHIBIT 17576-001



Exhibit 4
Page 376

TRIAL EXHIBIT 17579-001



Exhibit 4
Page 377

TRIAL EXHIBIT 17580-001



Exhibit 4
Page 378

TRIAL EXHIBIT 17808-001



Exhibit 4
Page 379

TRIAL EXHIBIT 17583-001



Exhibit 4
Page 380

TRIAL EXHIBIT 17727-001