



Exhibit 4
Page 382



Exhibit 4
Page 383



Exhibit 4
Page 384



Exhibit 4
Page 385

TRIAL EXHIBIT 17574-001



Exhibit 4
Page 386