

Exhibit 4
Page 387



Exhibit 4
Page 388



Exhibit 4
Page 389



Exhibit 4
Page 390





Exhibit 4
Page 392