

Exhibit 4
Page 393



Exhibit 4
Page 394





Exhibit 4
Page 396



Exhibit 4
Page 397



Exhibit 4
Page 398