

Exhibit 4
Page 399



Exhibit 4
Page 400



Exhibit 4
Page 401



Exhibit 4
Page 402



Exhibit 4
Page 403