

Exhibit 4
Page 404

TRIAL EXHIBIT 17527-001





Exhibit 4
Page 406

TRIAL EXHIBIT 17504-001



Exhibit 4
Page 407

TRIAL EXHIBIT 17369-001



Exhibit 4
Page 408

TRIAL EXHIBIT 17571-001