

Exhibit 4
Page 409

TRIAL EXHIBIT 17540-001



EX 14008-0001

Exhibit 4
Page 410



Exhibit 4
Page 411

TRIAL EXHIBIT 17539-001



Exhibit 4
Page 412

TRIAL EXHIBIT 17536-001



Exhibit 4
Page 413

TRIAL EXHIBIT 17529-001



Exhibit 4
Page 414

TRIAL EXHIBIT 17523-001