

Exhibit 4
Page 415

TRIAL EXHIBIT 17521-001



Exhibit 4
Page 416

TRIAL EXHIBIT 17518-001



Exhibit 4
Page 417

TRIAL EXHIBIT 17508-001



Exhibit 4
Page 418

TRIAL EXHIBIT 17503-001



Exhibit 4
Page 419

TRIAL EXHIBIT 17502-001