

Exhibit 4
Page 420

TRIAL EXHIBIT 17501-001



Exhibit 4
Page 421

TRIAL EXHIBIT 17498-001



Exhibit 4
Page 422

TRIAL EXHIBIT 17497-001





Exhibit 4
Page 424

TRIAL EXHIBIT 17368-001



EX 14191-0001

Exhibit 4
Page 425