

EX 14208-0001

Exhibit 4
Page 426



EX 14205-0001

Exhibit 4
Page 427



EX 14203-0001

Exhibit 4
Page 428



EX 14199-0001

Exhibit 4
Page 429





EX 14195-0001

Exhibit 4
Page 431