

Exhibit 4
Page 432



EX 14081-0001

Exhibit 4
Page 433



EX 14080-0001

Exhibit 4
Page 434



EX 14079-0001

Exhibit 4
Page 435



Exhibit 4
Page 436

Be-Bratz.com - Style 1 - M( ... :ntertainment - Toys "R" Us    Page 1 of 5



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

Search: All Products

AGE   BRAND   CATEGORY   VIDEO GAMES   SPECIALTY TOYS   CLEARANCE   GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★ GALACTIC STAR WARS SWEEPSTAKES   SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls

EXCLUSIVE

### Be-Bratz.com - Style 1
by: MGA Entertainment



These hot new dolls in slick new outfits DON'T have names! That's because with Be-Bratz.com, YOU get to create and become a new Bratz character online! The necklace becomes a USB key to unlock your Bratz character! Create your personality,...(read more)

**Manufacturer's Age:** 6 years and up
**Our Recommended Age:** 6 - 9 years (details)

SHIPS FREE  Spend $49 or more on select toys and get free shipping! - (Details)

BUY 2 GET 1 FREE  Buy 2 Get The 3rd Free All Bratz Dolls! - (Details)

 Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

List P
Our Pr

Qty: 1   ADD I

ADD TO
ADD TO

EM

RELATED ITE





no image available




**Average Customer Rating**

(26 Ratings)

Rate and Review this Item    Read 26 Reviews

Include to cart

### PRODUCT INFORMATION

**Product Description**

These hot new dolls in slick new outfits DON'T have names! That's because with Be-Bratz.com, YOU get to create and become a new Bratz character online! The necklace becomes a USB key to unlock your Bratz character! Create your personality, design your hair, make-up and clothes and decorate your room! Chat with other Bratz online! Play games and you earn credits to buy stuff for your Bratz! Go to the clothing store, food store even take her to the salon! You make sure your Bratz and her e-pet are healthy and happy! For the first time you can truly Be-Bratz in the Bratz world! Bonus real-working mouse and mouse pad include, plus a pet that matches your online e-pet!

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 9 years (details)

**Note:** Gift wrap is available for this item.



Include to cart



Exhibit 4
Page 437

http://www.toysrus.com/product/index.jsp?productId=2668051    9/27/2008