

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



PRODUCT ZOOM

### Bratz Collector Series Anyssa 11" Doll

by: MGA Entertainment

No detail was spared in designing this lovingly crafted Collector Series Bratz 11" Anyssa Doll, a totally new Bratz character with a face molded from high-quality porcelain. Her cutting-edge, high-fashion outfit is accented with real...(read more)

**Manufacturer's Age:** 14 years and up

**Our Recommended Age:** 6 years and up (details)



Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

Release Date: Buy now for shipping by 10/24/2008. - (Details)

**Average Customer Rating**

(0 Ratings)

Be the first to Rate and Review this Item

releases

Our Pr

Qty:
1    ADD I

ADD TO
ADD TO

EM

RELATED ITE



Include to cart



Include to cart



## PRODUCT INFORMATION

### Features

- Framed in bold hues and striking silhouettes, the Bratz dolls sparkle with Swarovski crystals
- Porcelain body and head
- Includes one doll with high-fashion outfit, plastic display stand, and hand bag
- Doll height: 11"

### Product Description

No detail was spared in designing this lovingly crafted Collector Series Bratz 11" Anyssa Doll, a totally new Bratz character with a face molded from high-quality porcelain. Her cutting-edge, high-fashion outfit is accented with real Swarovski crystals.

**Manufacturer's Age:** 14 years and up

Exhibit 4
Page 438

Bratz Collector Series Daphne 11" Doll - MGA Entertainment - Toys "R" Us   Page 1 of 2



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

Search: All Products

AGE   BRAND   CATEGORY   VIDEO GAMES   SPECIALTY TOYS   CLEARANCE   GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★
GALACTIC STAR WARS SWEEPSTAKES   SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



PRODUCT ZOOM

### Bratz Collector Series Daphne 11" Doll

by: MGA Entertainment

No detail was spared in designing this lovingly crafted Collector Series Bratz 11" Daphne Doll, a totally new Bratz character with a face molded from high-quality porcelain. Her cutting-edge, high-fashion outfit is accented with real...(read more)

**Manufacturer's Age:** 14 years and up

**Our Recommended Age:** 6 years and up (details)

Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

Release Date: Buy now for shipping by 10/24/2008. - (Details)

releases

Our Pr

Qty: 1   ADD I

ADD TO

ADD TO

EM

**Average Customer Rating**

(0 Ratings)

Be the first to Rate and Review this Item

RELATED ITE



☐ Include to cart

## PRODUCT INFORMATION

### Features

- Framed in bold hues and striking silhouettes, the Bratz dolls sparkle with Swarovski crystals
- Porcelain body and head
- Includes one doll with high-fashion outfit, plastic display stand, and hand bag
- Doll height: 11"

☐ Include to cart

### Product Description

No detail was spared in designing this lovingly crafted Collector Series Bratz 11" Daphne Doll, a totally new Bratz character with a face molded from high-quality porcelain. Her cutting-edge, high-fashion outfit is accented with real Swarovski crystals.

**Manufacturer's Age:** 14 years and up



Exhibit 4
Page 439

Bratz Elf Meygan 10" Doll - .iday - MGA Entertainment - Toys "R" Us                Page 1 of 2



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

Search: All Products

AGE    BRAND    CATEGORY    VIDEO GAMES    SPECIALTY TOYS    CLEARANCE    GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★
**R GALACTIC STAR WARS SWEEPSTAKES**    SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



### Bratz Elf Meygan 10" Doll - Holiday

by: MGA Entertainment

Our Pr

'Tis the season to be stylish! This 10" Bratz Holiday Elf Meygan doll spreads holiday cheer in her cute elf outfit, complete with fuzzy boots. Made from bendable plastic, she's fully poseable and features longer, more luxurious tresses...(read more)

Qty: 
1    ADD I

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 13 years (details)


ADD TO

 **Buy 2 Get The 3rd Free All Bratz Dolls!** - (Details)

ADD TO

**Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

EN

PRODUCT ZOOM


RELATED ITE

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)





**Average Customer Rating**

(1 Rating)

Rate and Review this Item    Read 1 Review

Include to cart

### PRODUCT INFORMATION

**Features**

- Bratz Holiday Yasmin doll is dressed like an elf
- Doll is articulated at the neck, arms, hips and ankles
- She features longer, more luxurious hair
- Includes doll, present, an extra set of earrings and necklace
- Doll height: 10"

Include to cart

**Product Description**

'Tis the season to be stylish! This 10" Bratz Holiday Elf Meygan doll spreads holiday cheer in her cute elf outfit, complete with fuzzy boots. Made from bendable plastic, she's fully poseable and features longer, more luxurious tresses that you can style.



Exhibit 4
Page 440

http://www.toysrus.com/product/index.jsp?productId=3132715                9/27/2008

Bratz Girlfriendz II Doll - D.    MGA Entertainment - Toys "R" Us    Page 1 of 2



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

Search: All Products

AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★
GALACTIC STAR WARS SWEEPSTAKES    SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



### Bratz Girlfriendz II Doll - Dana

by: MGA Entertainment

Direct from the Bratz closet, delivered straight to you, comes mix n match far out fashion styles exclusively designed for your Bratz! With two separate fashion looks per pack, get ready for a fashion show that is sure to go on all night!...(read more)

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

 **Buy 2 Get The 3rd Free All Bratz Dolls!** - (Details)

 **Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

List F
Our F

Qty:
1    ADD I

ADD TO
ADD TO
EM

RELATED ITE

  
PRODUCT ZOOM

**Average Customer Rating**

(2 Ratings)

Rate and Review this Item    Read 2 Reviews





Include to cart

**PRODUCT INFORMATION**

**Product Description**

Direct from the Bratz closet, delivered straight to you, comes mix n match far out fashion styles exclusively designed for your Bratz! With two separate fashion looks per pack, get ready for a fashion show that is sure to go on all night!

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

**Note:** Gift wrap is available for this item.

**Item #:** 857421
**SKU:** 7726EB37
**UPC/EAN/ISBN:** 035051408864
**Manufacturer #:** 408864



Include to cart

ADD ITE

ADD TO



Exhibit 4
Page 441

Bratz on Ice Doll - Dana : T...                              Page 1 of 3



All Products  GO                         Sign In | New


Save 10% today when you open a REDcard℠ credit account.    ▸ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz on Ice Doll - Dana**

◀◀ Previous Page

**Browse Similar Items**
Toys
Kids
Girls' Toys
Dolls + Stuffed Animals
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
All Bratz Toys

**Recently Viewed Items**



Bratz Adventure Girlz - Jade

clearance
Our Price: **$12.59**



Bratz Magic Hair Color Funky Fashion Makeover Torso Sasha

new



🔍 VIEW LARGER IMAGE

Avg. Guest Rating: ★★★★★
Availability :
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

FEATURES    DESCRIPTION    ADDITIONAL INFO    SHIPPING INFO

- Bratz girl Dana takes to the ice with strength, grace and style
- Includes fun winter fashions and ice skating accessories
- Pose Dana on her ice pedestal
- For ages 6 yrs. and up

**Better Together**

Buy this Bratz on Ice Doll - Dana with Bratz on Ice Doll - Yasmin today!

**Bratz on Ice Doll - Dana**

clearance
**$9.99**
List price: $19.99
You Save: **$10.00 (50%)**

Quantity: 1


+ Add to Cart

OR
Sign-in for 1-Click

+ Add to TargetLists

Total List Price: $29.98
Buy Togethe...

Exhibit 4
Page 442

http://www.target.com/Bratz-on-Ice-Doll-Dana/dp/B000EPFF6U/qid=1222628953/ref=br...    9/28/2008

Bratz on Ice Doll - Vinessa .    .get                                                                 Page 1 of 3



All Products                                                      Sign In | New



Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz on Ice Doll - Vinessa**

**« Previous Page**

**Browse Similar Items**

Bestsellers
All Bratz Toys
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories

**Recently Viewed Items**



Bratz Sun-Kissed - Cloe
Our Price: **$14.99**



Bratz Neon Pop Divaz - Sasha
Our Price: **$19.99**

MGA Entertainment Bratz Wintertime Collection-



**VIEW LARGER IMAGE**

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

FEATURES     DESCRIPTION     ADDITIONAL INFO     SHIPPING INFO

- Bratz girl Vinessa takes to the ice with strength, grace and style
- Includes fun winter fashions and ice skating accessories
- Pose Vinessa on her ice pedestal
- For ages 6 yrs. and up

**Better Together**

Buy this Bratz on Ice Doll - Vinessa with Bratz on Ice Doll - Yasmin today!

Total List Price: $39.98
**Buy Togeth**
$35.98

**Bratz on Ice Doll - Vine**

**$19.99**

Quantity: 1



OR
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

**Exhibit 4**
**Page 443**

http://www.target.com/Bratz-on-Ice-Doll-Vinessa/dp/B000EPFF6A/qid=1222630589/ref=...   9/28/2008