

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls





PRODUCT ZOOM

### Bratz Magic Hair Color 4 Piece Set - 9" Fianna Doll

by: MGA Entertainment

Now you and your 9" Bratz doll Fianna can have the hair you've always wanted! With the Bratz Magic Hair Color 5-in-1 set, you're the hair designer. Spray Fianna's blonde hair with purple, fuchsia, or yellow hair coloring, or use the hair...(read more)

**Manufacturer's Age:** 6 years and up

**Our Recommended Age:** 6 - 9 years (details)

SHIPS FREE — Spend $49 or more on select toys and get free shipping! - (Details)

BUY 2 GET 1 FREE — Buy 2 Get The 3rd Free All Bratz Dolls! - (Details)

$ — Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**

(0 Ratings)

Be the first to Rate and Review this Item

Qty: 1








### PRODUCT INFORMATION

**Features**

- The Bratz Magic Hair Color 5-in-1 set and Fianna doll let you create beautiful hair color for Fianna and for yourself
- Fianna comes ready for the salon in her black smock; underneath, she wears a black dress, perfect for a night on the town
- Includes purple, fuchsia, and yellow hair color; silver and crimson glitter gel; a highlighting brush; a hairbrush; and a mixing bowl
- Doll weight: 4.9 oz
- Doll height: 9"





Exhibit 4
Page 444

Bratz Magic Make-Up - Ma... : Target　　　　Page 1 of 3



All Products　GO　　　Sign In | New

Save 10% today when you open a REDcard℠ credit account.　▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : Bratz Magic Make-Up - Maribel

◀◀ Previous Page

**Browse Similar Items**

6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Girls' Dress-Up
All Bratz Toys

**Recently Viewed Items**



MGA Entertainment Bratz Designed by Sasha

new
Our Price: **$21.99**



MGA Entertainment Brtz Wintertime Collection - Sasha

new
Our Price: **$16.99**



 VIEW LARGER IMAGE

**Bratz Magic Make-Up - Maribel**

**$24.99**

Quantity: 1

**+ Add to Cart**

OR
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

**FEATURES** | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO

• Girls use make-up markers and a pump-action airbrush to create fabulous new look: Maribel—and to create make-up "tattoos" on themselves
• Bratz Maribel doll and cool tools let kids practice, play and get creative with make-u
• Real working make-up airbrush comes with special stencils to spray sleek, colorful n styles right onto Maribel
• Water-based markers and air-brush make-ups easily wash off both kids and Bratz d allowing your young artist to try endless designs
• For ages 6 yrs. and up
• 9.5" Tall

**Better Together**

Buy this Bratz Magic Make-Up - Maribel with Bratz Nail Stylistz - Leah today

Exhibit 4
Page 445

http://www.target.com/Bratz-Magic-Make-Up-Maribel/dp/B000PGPZJK/qid=1222630589...　9/28/2008

Bratz Nail Stylistz - Leah : Target   Page 1 of 3



All Products  Sign In | New

Save 10% today when you open a REDcard℠ credit account.   ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Nail Stylistz - Leah**

◀◀ Previous Page

**Browse Similar Items**

Toys
Dolls + Stuffed Animals
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
Girls' Dress-Up
Hair Stylistz
All Bratz Toys

**Recently Viewed Items**



Bratz Make-Up Stylistz Set - Cloe

clearance
Our Price: **$12.59**



Bratz Magic Make-Up - Yasmin
Our Price: **$24.99**




VIEW LARGER IMAGE

**Availability :**
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

**FEATURES** | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO

- Leah hits the world of high fashion in this Bratz doll that lets girls try out one of the coolest jobs in the biz
- Leah is dressed for creating fabulous nails, with a stylist's belt full of manicuring too
- Doll comes with a hairbrush and stylist belt that girls can wear; pockets include the they need to become stylists, too
- Bratz Make-up Stylistz and Hair Stylistz dolls also available (sold separately)
- For ages 6 yrs. and up
- 9.5" Tall

**Better Together**

Buy this Bratz Nail Stylistz - Leah with Bratz Hair Stylistz Doll - Yasmin today!

Total List Price

**Bratz Nail Stylistz - Lea**

clearance
**$12.59**
List price: $17.99
You Save: $5.40 (30%)

Quantity: 1

➕ **Add to Cart**

or
Sign-in for 1-Click

➕ Add to TargetLists

Find it at a Target store

Exhibit 4
Page 446

http://www.target.com/Bratz-Kidz-Nail-Stylistz-Leah/dp/B000PGPZT0/qid=1222630136/r...   9/28/2008

Bratz Rodeo Doll - Sonya : ⁀et                                Page 1 of 3



All Products  GO                         Sign In | New

**Save 10% today when you open a REDcard℠ credit account.**   ► LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Rodeo Doll - Sonya**

◄◄ Previous Page

**Browse Similar Items**

6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Pretend Time
Dress-Up
Fashion Dolls + Accessories
Girls' Dolls + Accessories
All Bratz Toys

**Recently Viewed Items**



Bratz Walking Doll - Sasha
Our Price: **$29.99**



**Bratz Rodeo Doll - Sony**

**$16.99**

Quantity: 1

**+ Add to Cart**
OR
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

🔍 VIEW LARGER IMAGE

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

**FEATURES**   DESCRIPTION   ADDITIONAL INFO   SHIPPING INFO

- Cool Bratz style goes country with the Sonya Rodeo Doll
- Packed with fashion frontier accessories like boots and cowgirl hat
- Comes with extra mix-and-match outfit
- Includes a star-shaped brush and lasso
- For ages 6 yrs. and up



Bratz Flower Girlz - Cloe
Our Price: **$17.99**

**Better Together**

Buy this Bratz Rodeo Doll - Sonya with Bratz Adventure Girlz - Jade today!

Bratz Walking Doll - Yasmin

Total List Price: $34.98
**Buy Together T—**
**$29.58**

**Exhibit 4**
**Page 447**

http://www.target.com/Bratz-Rodeo-Doll-Sonya/dp/B000EPFF4C/qid=1222629647/ref=br...   9/28/2008



Exhibit 4
Page 448

TRIAL EXHIBIT 17528-001



Exhibit 4
Page 449