

Exhibit 4
Page 450



EX 14048-0001

Exhibit 4
Page 451





EX 14186-0001

Exhibit 4
Page 453



EX 14034-0001

Exhibit 4
Page 454



EX 14150-0001

Exhibit 4
Page 455