

EX 14146-0001

Exhibit 4
Page 456





EX 14023-0001

Exhibit 4
Page 458



Exhibit 4
Page 459



