

EX 14125-0001

Exhibit 4
Page 462







Exhibit 4
Page 465

TRIAL EXHIBIT 18742-001

Case 2:04-cv-09049-DOC-RNB   Document 4316-83   Filed 09/30/08   Page 5 of 6   Page ID #:110495



Exhibit 4
Page 466

TRIAL EXHIBIT 18751-001



EX 14103-0001

Exhibit 4
Page 467