

EX 14099-0001

Exhibit 4
Page 468



Exhibit 4
Page 469

TRIAL EXHIBIT 18740-001



Exhibit 4
Page 470

TRIAL EXHIBIT 18739-001



Exhibit 4
Page 471

TRIAL EXHIBIT 18747-001



EX 14004-0001

Exhibit 4
Page 472



EX 14003-0001

Exhibit 4
Page 473