

Exhibit 4
Page 474

TRIAL EXHIBIT 17573-001



Exhibit 4
Page 475

TRIAL EXHIBIT 18769-001





Exhibit 4
Page 477

TRIAL EXHIBIT 18756-001



Exhibit 4
Page 478

TRIAL EXHIBIT 18768-001