

Exhibit 4
Page 479

TRIAL EXHIBIT 18767-001





Exhibit 4
Page 481

TRIAL EXHIBIT 18750-001







Exhibit 4
Page 484

TRIAL EXHIBIT 18745-001