

Exhibit 4
Page 485

TRIAL EXHIBIT 18737-001



TRIAL EXHIBIT 18735-001

Exhibit 4
Page 486



Exhibit 4
Page 487



Exhibit 4
Page 488

TRIAL EXHIBIT 18707-001



Exhibit 4
Page 489

EXHIBIT
18692