

Exhibit 4
Page 490



Exhibit 4
Page 491

TRIAL EXHIBIT 18718-001



Exhibit 4
Page 492

TRIAL EXHIBIT 18717-001



Exhibit 4
Page 493



Exhibit 4
Page 494