

Exhibit 4
Page 495



Exhibit 4
Page 496



Exhibit 4
Page 497

TRIAL EXHIBIT 18714-001



Exhibit 4
Page 498



Exhibit 4
Page 499