

Exhibit 4
Page 500



Exhibit 4
Page 501



Exhibit 4
Page 502

TRIAL EXHIBIT 18711-001



EXHIBIT 18677

Exhibit 4
Page 503



Exhibit 4
Page 504