Case 2:04-cv-09049-DOC-RNB   Document 4316-91   Filed 09/30/08   Page 1 of 5   Page ID #:110534



Exhibit 4
Page 505



Exhibit 4
Page 506



Exhibit 4
Page 507



Exhibit 4
Page 508



Exhibit 4
Page 509