

Exhibit 4
Page 510



Exhibit 4
Page 511



Exhibit 4
Page 512



Exhibit 4
Page 513



Exhibit 4
Page 514