

Exhibit 4
Page 515



Exhibit 4
Page 516

TRIAL EXHIBIT 17776-001



Toys › Dolls & Stuffed Toys › Fashion Dolls

## Be-BRATZ Electronic Doll, African American

★★★★  7 Customer Ratings          CLEARANCE



**$15.00**
Was: $19.93

**Buy Online**

In Stock

**ADD TO CART ▸**

Add to:  ▸ Wish List

**Find in Stores**

Information not available. Check store for availability. Learn More



⊕ Zoom in

**Age Range:** 6 Years and up

**Connect & Share:**

**Ratings and Reviews**
 (7 Customer Ratings)
Read reviews or write a review

**Q&A Exchange**
Be the first to ask a question.

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- Gifting Options
- Payment Options
- Shipping & Delivery

## Features & Specifications

These hot new dolls in slick outfits don't have names! That's because with Be-BRATZ.com, you get to create and become a new BRATZ character online! The doll's necklace becomes a USB key to unlock your character, so you can create your own personality, design your hair, make-up and clothes and decorate your room! Chat with other BRATZ online and play games to earn credits and buy stuff. Go to the clothing store and food store; you can even

**Exhibit 4**
**Page 516A**



Exhibit 4
Page 516B