# Exhibit 5.



Exhibit 5
Page 517



Exhibit 5
Page 518

Exhibit 5
Page 519

TRIAL EXHIBIT 17367-001

Exhibit 5
Page 520

TRIAL EXHIBIT 17545-001



Exhibit 5
Page 521



Exhibit 5
Page 522