

Exhibit 5
Page 523

These pages have been intentionally omitted

**Exhibit 5**
**Pages 524-535**



   Free Shipping with site to store   | Toys   | FIND

Store Finder   Local Ad   Top Products   Sign In/New   Track Orders

Toys  Dolls & Stuffed Toys  Fashion Dolls

### BRATZ Styling Torso, Yasmin

$29.93



**Buy Online**

In Stock

**ADD TO CART ▸**

Add to: ▶ Wish List

**Find in Stores**

Information not availa

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- Gifting Options
- Payment Options
- Shipping & Delivery

⊕ Enlarge image

**Age Range:** 6 and up

**Connect & Share:**

**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

### Features & Specifications

Create fabulous new designer looks for your BRATZ and you! Use glitter glue, sequins and markers to decorate your BRATZ and her fashion. The included nail polish, colored cream and stencils can be used either on your BRATZ or on you!

Exhibit 5
Page 536



Toys › Dolls & Stuffed Toys › Fashion Dolls

**BRATZ Styling Torso, Cloe**

$29.93



**Buy Online**

**In Stock**

**ADD TO CART ▸**

Add to:  ⊕ Wish List

**Find in Stores**

Information not availa



⊕ Enlarge image

**Age Range:** 6 and up

**Information below:**

- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**



BRATZ Styling Torso, Yas
$29.93

**Connect & Share:**

**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

**Features & Specifications**

Create fabulous new designer looks for your BRATZ and you! Use glitter glue, sequins and markers to decorate your BRATZ and her fashion. The included nail polish, colored cream and stencils can be used either on your BRATZ or on you!

Exhibit 5
Page 537



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

Search: All Products

AGE   BRAND   CATEGORY   VIDEO GAMES   SPECIALTY TOYS   CLEARANCE   GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★
GALACTIC STAR WARS SWEEPSTAKES                          SEE DETAILS

Home > Dolls & Stuffed Animals > Ethnic Dolls



### Bratz Movie Starz - Yasmin Styling Body

by: MGA Entertainment

Lights, camera, action! Help get Yasmin ready for the red carpet. Before she puts on her glitzy gown to attend the movie premiere, Yasmin gets ready with spa treatment. Paint her nails, gloss her lips and comb her hair with this Yasmin Stylin...(read more)

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

 Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

List P
Our Pr

Qty: 1   ADD IT

ADD TO
ADD TO

EM

RELATED ITE

 PRODUCT ZOOM

CLICK TO PLAY DEMO

**Average Customer Rating**

(9 Ratings)

Rate and Review this Item        Read 9 Reviews




Includ to cart



ADD ITE



ADD TO

### PRODUCT INFORMATION

**Product Description**

Lights, camera, action! Help get Yasmin ready for the red carpet. Before she puts on her glitzy gown to attend the movie premiere, Yasmin gets ready with spa treatment. Paint her nails, gloss her lips and comb her hair with this Yasmin Stylin Body. Every little girl loves the movie star treatment! Help Yasmin by performing a little makeover magic before her big Hollywood debut.

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

**Note:** Gift wrap is available for this item.

**Item #:** 855817

**SKU:** 7726BE37

**UPC/EAN/ISBN:** 035051358466

**Manufacturer #:** 358466



Exhibit 5
Page 538



Toys

Store Finder   Local Ad   Top Products   Sign In/New   Track Orders

Toys | Dolls & Stuffed Toys | Fashion Dolls

## BRATZ Hair Torso Doll, Cloe



NEW



$29.93

**Buy Online**

In Stock

**ADD TO CART ▶**

Add to: ◉ Wish List

**Find in Stores**

Information not availa... ...

**Information below:**
- Features & Specifications
- Customer Product Reviews
- Customer Product Q&A
- May We Also Suggest
- Gifting Options
- Payment Options
- Shipping & Delivery

**May We Also Suggest**

 BRATZ Hair Torso Doll, Y
$29.93

 BRATZ Hair Torso Doll, S
$29.93

 See more below



⊕ Zoom in

**Connect & Share:**

**Ratings and Reviews**
Be the first to rate and review this product.

**Q&A Exchange**
Be the first to ask a question.

## Features & Specifications

Go wild and give your BRATZ a curled, crimped and colorful makeover, then use the real hair color and hair glitter to give yourself a makeover too!

5 tubes of real hair color for your Bratz and you

- Crimp and curl your Bratz special memory hair

Exhibit 5
Page 539

Bratz Fashion Designer Funky Fashion Makeover Torso - Cloe : Target                                Page 1 of 3



All Products  GO                                                              Sign In | New


Save 10% today when you open a REDcard℠ credit account.  ► LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : **Bratz Fashion Designer Funky Fashion Makeover Torso - Cloe**

◄◄ Previous Page

**Browse Similar Items**
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
Girls' Stuffed Animals + Toys
Fashion Dolls + Accessories
All Bratz Toys

**Recently Viewed Items**



Bratz Magic Make-Up Studio Play Set - Katia
Our Price: **$49.99**



Bratz Pampered Pupz - Sasha
Our Price: **$19.99**



Bratz Magic Make-Up - Maribel
Our Price: **$24.99**



🔍 VIEW LARGER IMAGE

**Bratz Fashion Designer Funky Fashion Makeover Torso - Cloe**

**$24.99**

Quantity: 1

**+ Add to Cart**

OR
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

**Availability:**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Create fabulous new designer looks for your Bratz and you
- Use glitter glue, sequins and markers to decorate your Bratz
- Nail polish, colored cream and stencils can be used on your Bratz and yourself

**Guests Who Viewed This Item Also Viewed**

Exhibit 5
Page 540

http://www.target.com/Bratz-Fashion-Designer-Funky-Makeover/dp/B0014KFU0U/qid=1...   9/28/2008

Bratz Magic Hair Color Funk... ashion Makeover Torso Sasha : Target          Page 1 of 2



All Products  GO          Sign In | New

Save 10% today when you open a REDcard℠ credit account.    ▶ LEARN MORE

Target : Kids : Favorite Characters : Bratz : All Bratz Toys : Bratz Magic Hair Color Funky Fashion Makeover Tors...

◀◀ Previous Page

**Browse Similar Items**

6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
African American Dolls
Dress-Up
Other Dolls
Magic Make-Up
All Bratz Toys

**Recently Viewed Items**



Bratz Movie Stars - Cloe
Our Price: $19.89



MGA Entertainment Bratz World - Yasmin's House
new
Our Price: $24.99



MGA Entertainment Bratz Magic Hair Color FFM - Cloe
new



 VIEW LARGER IMAGE

**Availability :**
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

FEATURES   DESCRIPTION   ADDITIONAL INFO   SHIPPING INFO

See Description and Additional info for more details.

**Bratz Magic Hair Color Funky Fashion Makeover Torso Sasha**

new
**$29.99**

Quantity: 1

[+ Add to Cart]

OR
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists


Find it at a Target store

**Guests Who Viewed This Item Also Viewed**

         

Exhibit 5
Page 541

http://www.target.com/Bratz-Magic-Color-Fashion-Makeover/dp/B00190JZ4M/qid=1222...          9/28/2008