

Home > Dolls & Stuffed Animals > Fashion Dolls > Playsets

### Bratz Hair Magic Styling Torso - Yasmin

by: MGA Entertainment



Pick up some Hair Magic fashion tips with the Bratz, straight from their newest DVD (sold separately) and try them out on this Bratz Hair Magic Styling Torso featuring Yasmin from MGA Entertainment! Create fantastic, pretty pixie make-up...(read more)

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

 Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

**Average Customer Rating**

(4 Ratings)

Rate and Review this Item    Read 4 Reviews

PRODUCT ZOOM

## PRODUCT INFORMATION

**Product Description**

Pick up some Hair Magic fashion tips with the Bratz, straight from their newest DVD (sold separately) and try them out on this Bratz Hair Magic Styling Torso featuring Yasmin from MGA Entertainment! Create fantastic, pretty pixie make-up looks for your Bratz and yourself!

**Manufacturer's Age:** 6 - 9 years

**Our Recommended Age:** 6 - 9 years (details)

**Note:** Gift wrap is available for this item.

**Item #:** 734467
**SKU:** D2923D6B
**UPC/EAN/ISBN:** 035051348870
**Manufacturer #:** 348870

**PRODUCT REVIEWS SUMMARY**




Exhibit 5
Page 542

Bratz Magic Hair Color Torso Yasmin 14" Doll - MGA Entertainment - Toys R Us — Page 1 of 2



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping

Search: All Products

AGE | BRAND | CATEGORY | VIDEO GAMES | SPECIALTY TOYS | CLEARANCE | GIFT CARDS

★ ENTER FOR A CHANCE TO WIN! ★
GALACTIC STAR WARS SWEEPSTAKES — SEE DETAILS

Home > Dolls & Stuffed Animals > Fashion Dolls > Fashion Dolls



## Bratz Magic Hair Color Torso Yasmin 14" Doll

by: MGA Entertainment

Give Yasmin a whole new look with the 14" Bratz Magic Hair Color Torso Yasmin doll! Now, you're the stylist. Yasmin comes with five tubes of bright hair color cream and two bottles of glitter gel, so you can create a sparkly, streaked look for...(read more)

**Manufacturer's Age:** 6 years and up
**Our Recommended Age:** 6 - 9 years (details)

 Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

 PRODUCT ZOOM

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

Our Pr

Qty: 1  ADD I

ADD TO
ADD TO

EN

RELATED ITE

**Average Customer Rating**

(0 Ratings)

Be the first to Rate and Review this Item



Include to cart

### PRODUCT INFORMATION

**Features**

- Bratz Magic Hair Color Torso Yasmin is ready for her makeover
- Yasmin's hair color cream and glitter gel work on your hair, too
- Includes 14" Yasmin doll, 5 tubes of hair color cream, 2 bottles of glitter gel, a no-heat curling iron, crimping cartridge, 2 clips and hairbrush
- Doll height: 14"

This ite unavai



**Product Description**

Give Yasmin a whole new look with the 14" Bratz Magic Hair Color Torso Yasmin doll! Now, you're the stylist. Yasmin comes with five tubes of bright hair color cream and two bottles of glitter gel, so you can create a sparkly, streaked look for your doll.

Exhibit 5
Page 543



Exhibit 5
Page 544

TRIAL EXHIBIT 17534-001



Exhibit 5
Page 545

TRIAL EXHIBIT 17533-001



EX 14083-0001

Exhibit 5
Page 546



EX 14082-0001

Exhibit 5
Page 547