Exhibit 5
Page 550

TRIAL EXHIBIT 18716-001

Exhibit 3
Page 352



Exhibit 5
Page 551

TRIAL EXHIBIT 18775-001

Exhibit 3
Page 408



Exhibit 5
Page 552

TRIAL EXHIBIT 17524-001



Exhibit 5
Page 553

TRIAL EXHIBIT 17524-001