

EX 14051-0001

Exhibit 5
Page 554



EX 14052-0001

Exhibit 5
Page 555