# Exhibit 6.



Exhibit 6
Page 556

Exhibit 3
Page 58



Exhibit 6
Page 557

TRIAL EXHIBIT 17510-001



Exhibit 6
Page 558

TRIAL EXHIBIT 17525-001



Exhibit 6
Page 559

TRIAL EXHIBIT 17535-001



EX 14085-0001

Exhibit 6
Page 560

This page has been intentionally omitted

Exhibit 6
Page 561



EX 14084-0001

Exhibit 6
Page 562



EX 14087-0001

Exhibit 6
Page 563