

EX 14086-0001

Exhibit 6
Page 564







Exhibit 6
Page 567

TRIAL EXHIBIT 18762-001



Exhibit 6
Page 568

TRIAL EXHIBIT 18761-001