Exhibit 6
Page 569

TRIAL EXHIBIT 17815-001
