# Exhibit 7.



EX 14028-0001

Exhibit 7
Page 570



Exhibit 7
Page 571



MGA-TI- 000051

Exhibit 7
Page 572



Exhibit 7
Page 572A

TRIAL EXHIBIT 18704-001



Exhibit 7
Page 572B



Exhibit 7
Page 572C