

Exhibit 7
Page 572D

TRIAL EXHIBIT 17814-001



Exhibit 7
Page 572E

TRIAL EXHIBIT 17812-001



Exhibit 7
Page 572F

TRIAL EXHIBIT 17811-001





Exhibit 7
Page 572H

TRIAL EXHIBIT 17551-001



Exhibit 7
Page 572l

TRIAL EXHIBIT 17558-001



Exhibit 7
Page 572J

TRIAL EXHIBIT 17561-001