Exhibit 8.



Exhibit 8

Exhibit 8
Page 573



Exhibit 8
Page 574



Exhibit 8
Page 575



Exhibit 8
Page 576



Exhibit 8
Page 577



Exhibit 8
Page 578