

Exhibit 8
Page 579

This page has been intentionally omitted

Exhibit 8
Page 580