Exhibit 9.



Exhibit 9
Page 581

Confidential - For Attorney's Eyes Only

MGA 0031330



Exhibit 9
Page 582

Confidential - For Attorney's Eyes Only

MGA 0031332



Exhibit 9
Page 583

Confidential - For Attorney's Eyes Only

MGA 0031331





Sure, we girls are all about individuality. But there will always be one thing we share: it's our love for milk. Whether it's chocolate, strawberry or good ol' fashioned regular, milk is fortified with calcium and potassium for building strong bones. So drink a glass today — and express yourself!

got milk?



Exhibit 9
Page 584

Confidential - For Attorney's Eyes Only

MGA 0203974



Confidential - For Attorney's Eyes Only

Exhibit 9
Page 585

MGA 0147523



Exhibit 9
Page 586

Confidential - For Attorney's Eyes Only

MGA 0184581



**Exhibit 9**
**Page 587**

Confidential - For Attorney's Eyes Only

MGA 1538647



**9⁹⁹** Littlest Pet Shop
Digital Pets
Interact with your pet using the special
charms! Ages 6 and up.

**9⁹⁹** Littlest Pet Shop
Themed Playset or
Magix Motion Pets
Ages 4 and up.

**24⁹⁹** FurReal Friends Cuddle
Chimp or Jungle Cats
Reg. 29.99. Ages 4 and up.

**7⁹⁹** Bratz Hollywood or
Sleepover Doll Collection
Reg. 9.99. Ages 6 and up.

Exhibit 9
Page 588

Confidential - For Attorney's Eyes Only



**Exhibit 9**
**Page 589**

Confidential - For Attorney's Eyes Only

MGA 0184592



Exhibit 9
Page 590

Confidential - For Attorney's Eyes Only

MGA 2972766



IT'S THE BRATZ DIAMONDZ COLLECTION....



THAN WAL-MART!



Camera moves past 2D character art, flashbulbs firing
VO:
WORK IT GIRLS!



...NO ONE HAS MORE DIAMONDZ

**Exhibit 9**
**Page 591**

Confidential - For Attorney's Eyes Only

MGA 2924287