

Music Montage



Music Montage



Music Montage



Music Montage

Exhibit 9
Page 592

Confidential - For Attorney's Eyes Only

MGA 2924288







Exhibit 9
Page 593

Confidential - For Attorney's Eyes Only

MGA 2924289



THE WINNING DESIGN WILL BE WORN BY CLOE, YASMIN AND JADE THIS SPRING EXCLUSIVLY AT WALMART



A BRATZ FASHION DESIGNER KIT AND ENTER TO WIN THE BRATZ DIAMONDZ DESIGN CHALLENGE



Girl listens and then rushes off screen.

YOU KNOW WHERE TO FIND IT. GET GOING GIRL!

Exhibit 9
Page 594

Confidential - For Attorney's Eyes Only

MGA 2924290


Confidential - For Attorney's Eyes Only    MGA 2905375

Exhibit 9
Page 595





Exhibit 9
Page 597

Confidential - For Attorney's Eyes Only

MGA 2684712



Exhibit 9
Page 598

Confidential - For Attorney's Eyes Only

MGA 2896769