# Exhibit 10.







Exhibit 10
Page 601

EX 1136-0003





Exhibit 10
Page 603

EX 1136-0005