

Exhibit 11
Page 632

EX 13898-0019



CONFIDENTIAL               BRYANT 01243

Exhibit 11
Page 633

EX 13898-0020



2½" APPX

LUPE

ACTUAL SIZE

−LUPE−

SCULPTURAL
DRAWINGS ;
HEADS

9/19/99



2½" APPX

ACTUAL SIZE

ZOE

−ZOE−

DEPOSITION
EXHIBIT
Bryant 1328
1-24-08

CONFIDENTIAL        Attorney's Eyes Only        BRYANT 01976

Exhibit 11
Page 634

EX 13898-0021



SCULPTURAL
DRAWINGS;
HEADS

2½" APPX

LUPÉ

ACTUAL SIZE

·LUPE·

4/19/99

2½"
APPX

ACTUAL
SIZE

ZOE

-ZOE-

**CONFIDENTIAL**      Attorney's Eyes Only      BRYANT 01976

**Exhibit 11**
**Page 635**

EX 13898-0022



ATTORNEY'S EYES
ONLY

BRYANT 00214

Exhibit 11
Page 636

EX 13898-0023



ATTORNEY'S EYES
ONLY

BRYANT 00215

Exhibit 11
Page 637

EX 13898-0024



CONFIDENTIAL                    BRYANT 01243

Exhibit 11
Page 638

EX 13898-0025



ATTORNEY'S EYES
ONLY

BRYANT 00214

TRIAL EXHIBIT 15180-001
**Exhibit 11**
**Page 639**

EX 13898-0026



ATTORNEY'S EYES
ONLY

BRYANT 00215

TRIAL EXHIBIT 15181-001

Exhibit 11
Page 640

EX 13898-0027

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-315

**Effective date of registration:**

July 25, 2008

## Title

Title of Work: Bryant Drawings E

Nature of Work: Drawings

## Completion/Publication

Year of Completion: 2000

## Author

■  Author: Carter Bryant

Author Created: 2-Dimensional artwork

Work made for hire: No

Citizen of: United States

Year Born: 1968

Anonymous: No                    Pseudonymous: No

## Copyright claimant

Copyright Claimant: Mattel, Inc

333 Continental Blvd, El Segundo, CA, 90245-5012

Transfer Statement: by assignment

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Robert D Walsh

Date: July 24, 2008

Correspondence: Yes

Page 1 of 1

Exhibit 11
Page 641

EX 13896-0001

**IPN#:**

**Registration #:**   VAU000964315

**Service Request #:**   1-81192458

Mattel, Inc
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

Exhibit 11
Page 642

EX 13896-0002



ATTORNEY'S EYES
ONLY

BRYANT 00276



THIS IS
MORE THE
LIP LOOK I
WANT FOR
HER.

JADE'S
"GLAMOUR"
DRESS

ATTORNEY'S EYES
ONLY

BRYANT 00297

EX 5-0108

**Exhibit 11**
**Page 644**





ATTORNEY'S EYES
ONLY

BRYANT 00297

TRIAL EXHIBIT 00724-001

Exhibit 11
Page 645

EX 13896-0005



DEPOSITION
EXHIBIT
725
Bryant J  9-25-07

PENGAD 800-631-6989

Exhibit 11
Page 646

EX 13896-0006



Exhibit 11
Page 647

EX 13896-0007