\* Amended by CO authority Robert Walsh, authorized agent of claimant. Fax on 11/3/06.

| EXAMINED BY | 571 | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☒ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼   **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

Area code and daytime telephone number  ( 310 ) 252-6650    Fax number  ( 310 ) 252-4991
Email

**8 CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Mattel, Inc.
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert D. Walsh                                                      Date  October 27, 2006

Handwritten signature (X) ▼
X  *Robert D. Walsh*

**9 Certificate will be mailed in window envelope to this address:**

| Name ▼ | |
|---|---|
| Robert D. Walsh  Mattel, Inc. MI -1220 | |
| Number/Street/Apt ▼ | |
| 333 Continental Blvd. | |
| City/State/ZIP ▼ | |
| El Segundo, CA 90245 -5012 | |

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

07209/1985447.1
Form VA  Rev. 07/2006   PRTR: 07/2006—30,000   Printed on recycled paper         U.S. Government Printing Office: 2004-330-958/60,126

Exhibit 11
Page 685

EX 13885-0003

VA 1-378-660

Drawing of Doll #12

OCT 30 2006



LC COPYRIGHT
0 011 103 372 9

Exhibit 11
Page 686

EX 13885-0004



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-308**

**Effective date of registration:**

July 25, 2008

## Title
- **Title of Work:** Bryant Drawings B
- **Nature of Work:** Drawings

## Completion/Publication
- **Year of Completion:** 2000

## Author
- **Author:** Carter Bryant
- **Author Created:** 2-Dimensional artwork
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1968
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** Mattel, Inc.
  333 Continental Blvd, El Segundo, CA, 90245-5012
- **Transfer Statement:** By assignment

## Limitation of copyright claim
- **Previously registered:** No

## Certification
- **Name:** Robert D Walsh
- **Date:** July 24, 2008

- **Correspondence:** Yes

Page 1 of 1

Exhibit 11
Page 688

EX 13892-0001

IPN#:

**Registration #:** VAU000964308

**Service Request #:** 1-81192313

Mattel, Inc. MI-1220
Robert D. Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

Exhibit 11
Page 689

EX 13892-0002



CONFIDENTIAL      Attorney's Eyes Only      BRYANT 02775



Exhibit 11
Page 690

EX 13892-0003



Exhibit 11
Page 691

EX 13892-0004



Exhibit 11
Page 692

EX 13892-0005



Exhibit 11
Page 693

EX 13892-0006