

Exhibit 11
Page 703

EX 13880-0005

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-311**

Effective date of registration:

July 25, 2008

---

## Title
- **Title of Work:** Bryant Bratz Pitch Materials A
- **Nature of Work:** Drawings

## Completion/Publication
- **Year of Completion:** 2000

## Author
- **Author:** Carter Bryant
- **Author Created:** 2-Dimensional artwork
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1968
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** Mattel, Inc
  333 Continental Blvd, El Segundo, CA, 90245-5012
- **Transfer Statement:** By assignment

## Limitation of copyright claim
- **Previously registered:** No

## Certification
- **Name:** Robert D Walsh
- **Date:** June 24, 2008

---

**Correspondence:** Yes

Page 1 of 1

Exhibit 11
Page 704

EX 13895-0001

IPN#:

Registration #:   VAU000964311

Service Request #:   1-81192193

Mattel, Inc  MI-1220
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

Exhibit 11
Page 705

EX 13895-0002



Exhibit 11
Page 706

EX 13895-0003

# Bratz!

Meet the Bratz! The Totally Transformable Teenage dolls! They're four best friends from high school who love to trade clothes, shoes and hairdos! They come to school with a new look every day!

By simply popping off the hairstyle and shoes, and exchanging them for one of their other hairstyles and pairs of shoes, or a friend's hairstyle and shoes, you can create a whole new look! Complete the look by changing their pants or skirts for one of their additional garments!

Each doll comes dressed in a trendy, hip outfit, with one or two additional pieces, such as an additional skirt or t-shirt (for mix and matching.) Each doll also comes with two great hairstyles, 2 great pairs of shoes, and a cool backpack.

ATTORNEY'S EYES ONLY

BRYANT 00263

EX 1-0002

Exhibit 11
Page 707

EX 13895-0004

## Meet Zoe!

She's the queen of cool at school with her short dark brown hair and funky stompin' sneaks. Hiphugger jeans, short tee shirt, and glittery vinyl backpack complete her daytime look.

ATTORNEY'S EYES ONLY

BRYANT 00264

EX 1-0003

Exhibit 11
Page 708

EX 13895-0005



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

ATTORNEY'S EYES ONLY

BRYANT 00265

EX 1-0004

Exhibit 11
Page 709

EX 13895-0006

ATTORNEY'S EYES ONLY

BRYANT 00266

EX 1-0005

Now she has a whole new look for nighttime fun with the rest of the Bratz gang!

Exhibit 11
Page 710

EX 13895-0007

ATTORNEY'S EYES ONLY

BRYANT 00267

EX 1-0006

## Meet Lupe!

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery tennies, a fun red updo and fresh backpack give her a great look for school!

Exhibit 11
Page 711

EX 13895-0008

For partytime, change her into a short skirt, braids and silver stompers!

ATTORNEY'S EYES ONLY

BRYANT 00266

EX 1-0007

Exhibit 11
Page 712

EX 13895-0009

## Meet Hallidae!

She's got the beat! Ultra trendy street wear 'n' braids for hittin' the books. Jean skirt, boots and knit cap, not to mention a funky bookpack. (check out the logos!) give Hallidae a look that is all that!

ATTORNEY'S EYES ONLY

BRYANT 00269

EX 1-0006

Exhibit 11
Page 713

EX 13895-0010

EX 1-0009

BRYANT 00270

ATTORNEY'S EYES ONLY

On date night, it's a sassy short dress, platforms, and a totally new 'do!

Exhibit 11
Page 714

EX 13895-0011

EX 1-0010

BRYANT 00271

ATTORNEY'S EYES ONLY

## Meet Jade!

Jade loves far-out fashion! Mary Janes and a baby doll are just perfect for study hall! Twisty hairdo, fringe-y jacket and a sweeter than sweet backpack and Jade is ready for serious school house rock!

Exhibit 11
Page 715

EX 13895-0012

EX 1-0011

BRYANT 00272

ATTORNEY'S EYES ONLY

For weekend nights hangin' with the Bratz, It's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!



Exhibit 11
Page 716

EX 13895-0013

Exhibit 11
Page 719

EX 13895-0016