

Exhibit 11
Page 737

EX 13883-0005



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF DOLL NO. 11** registered under number **VA 1-378-659.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO,** that the attached photocopies are a true representation of the work entitled **DRAWING OF DOLL NO. 11** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VA 1-378-659.**

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

Exhibit 11
Page 738

EX 13884-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

REGI. **VA 1-378-659**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
| 10 | 30 | 06 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼
drawing of Doll No. 11

NATURE OF THIS WORK ▼ See Instructions
drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼
Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼ 1968   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of USA
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed 2000
This information must be given Year in all cases.

**b** Date and Nation of First Publication of This Particular Work * approx.
Complete this information ONLY if this work has been published.
Month 2   Day 12   Year 2001
~~Early 2001~~, USA   Nation

---

**4**

See Instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245 - 5012

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICA... OCT ?0 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED OCT 3 0 2006
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

07209/1985444.1

Exhibit 11
Page 739

EX 13884-0002

* Amended by CO authority Robert Walsh, authorized agent of claimant. Fax on 11/3/06.

| | |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | STI |
| ☑ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? ▼

☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

**b**

**7**

Area code and daytime telephone number   ( 310 ) 252-6650          Fax number   ( 310 ) 252-4991

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Mattel, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert D. Walsh                          Date   October 27, 2006

Handwritten signature (X) ▼

X   Robert D. Walsh

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼ Robert D. Walsh  Mattel, Inc.  MI -1220 |
| | Number/Street/Apt ▼ 333 Continental Blvd. |
| | City/State/Zip ▼ El Segundo, CA 90245 -5012 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

07209/1985447.1
Form VA   Rev: 07/2006   Print: 07/2006—30,000   Printed on recycled paper          U.S. Government Printing Office: 2004-320-958/60,128

Exhibit 11
Page 740

EX 13884-0003

drawing of Doll No·11

VA 1-378-659

LC COPYRIGHT
0  011  103  373  0

Exhibit 11
Page 741

EX 13884-0004



Exhibit 11
Page 742

EX 13884-0005

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-309

**Effective date of registration:**

July 25, 2008

## Title

| | |
|---|---|
| Title of Work: | Bryant Drawings A |
| Nature of Work: | Drawings |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2000 |

## Author

| | |
|---|---|
| ■ Author: | Carter Bryant |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United States |
| Year Born: | 1968 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Mattel, Inc |
| | 333 Continental Blvd., El Segundo, CA, 90245-5012 |
| Transfer Statement: | By assignment |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | No |

## Certification

| | |
|---|---|
| Name: | Robert D Walsh |
| Date: | July 24, 2008 |

| | |
|---|---|
| Correspondence: | Yes |

Page 1 of 1

Exhibit 11
Page 743

EX 13893-0001

IPN#:

Registration #:   VAU000964309

Service Request #:   1-81192271

Mattel, Inc  MI-1220
Robert Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

Exhibit 11
Page 744

EX 13893-0002



ATTORNEY'S EYES
ONLY                    BRYANT 00232

EX 3-0011

Exhibit 11
Page 745

EX 13893-0003



ATTORNEY'S EYES ONLY          BRYANT 00151

EX 5-0014

Exhibit 11
Page 746

EX 13893-0004



ATTORNEY'S EYES
ONLY

BRYANT 00155

EX 5-0018

Exhibit 11
Page 747

EX 13893-0005



ATTORNEY'S EYES ONLY

BRYANT 00156

EX 5-0019

Exhibit 11
Page 748

EX 13893-0006



ATTORNEY'S EYES ONLY

BRYANT 00163

EX 5-0026

**Exhibit 11**
**Page 749**



Lupe

Jade

– fashion play –
Zoe-per-given
goers coat

– display –
additional styles/colors
for Zoe/Lupe/Jade
additional styles/colors
for Holidae

ATTORNEY'S EYES
ONLY

BRYANT 00164

EX 5-0027

Exhibit 11
Page 750

EX 13893-0008



FASHION PAK

PAJAMA POWER!

FABRICS UNDETERMINED

- TANK TOP
- DRAWSTRING BOTTOMS
- FUZZY ANIMAL SLIPPERS
- FUZZY PILLOW
- FUZZY NIGHT BLINDERS
- FUZZY LAMB

ATTORNEY'S EYES ONLY

BRYANT 00165

EX 5-0028

**Exhibit 11**
**Page 751**

FROM :                    FAX NO. :              Dec. 18 2008 07:57AM P3



FINAL DESIGNS



YASMIN

BROWN "SUEDE-Y" LOOKING FABRIC
W/EDGE WHIPSTITCHING,
BLUE, PURPLE CROCHET BODY

ATTORNEY'S EYES ONLY         BRYANT 00167

EX 5-0030

**Exhibit 11**
**Page 752**

EX 13893-0010





Hallidae

ATTORNEY'S EYES
ONLY

BRYANT 00235

EX 5-0081

Exhibit 11
Page 753

EX 13893-0011



Zoe

ATTORNEY'S EYES ONLY

BRYANT 00236

EX 5-0082

Exhibit 11
Page 754

EX 13893-0012



Jade

ATTORNEY'S EYES
ONLY                    BRYANT 00237

EX 5-0083

Exhibit 11
Page 755

EX 13893-0013



YASMIN'S
BOOT.
FINAL

APPY. ACTUAL SIZE

SIDE        FRONT

ATTORNEY'S EYES
ONLY

BRYANT 00284

EX 5-0095

Exhibit 11
Page 756

EX 13893-0014



FIONA'S
BOOTS

BOOT DE
#1

APPROXIMATE
ACTUAL SIZE

110% of original

TOP P
OF BC
HI

LOWER
SO.

.40 wall thickness

3250851

m.wardMGAc.com

ATTORNEY'S EYES
ONLY

BRYANT 00285

EX 5-0096

Exhibit 11
Page 757

EX 13893-0015

JADE/YASMIN
PLATFORM SANDAL
(PLATFORM DESIGN #2)

FINAL DESIGNS

"INDICATION' OF TOES
ON INSIDE OF SHOE

APX. ACTUAL SIZE.

ATTORNEY'S EYES
ONLY

BRYANT 00288

EX 5-0099

Exhibit 11
Page 758

EX 13893-0016



SL00030

EX 323-0016

**Exhibit 11**
**Page 759**

EX 13893-0017



SL00031

EX 323-0019

Exhibit 11
Page 760

EX 13893-0018



SL00038

EX 323-0026

Exhibit 11
Page 761

EX 13893-0019



ATTORNEY'S EYES ONLY          BRYANT 00163

DEPOSITION
EXHIBIT
7/2
Bryant J.

EX 712-0001

Exhibit 11
Page 762

EX 13893-0020



ATTORNEY'S EYES
ONLY

BRYANT 00164

DEPOSITION
EXHIBIT
713
Bryant J   9-25-07

EX 713-0001

Exhibit 11
Page 763



Zoe

ATTORNEY'S EYES ONLY

BRYANT 00236



EX 715-0001

Exhibit 11
Page 764

EX 13893-0022



Hallidae

ATTORNEY'S EYES
ONLY

BRYANT 00235

DEPOSITION
EXHIBIT
720
Bryant J  9-25-07

EX 720-0001

**Exhibit 11
Page 765**

EX 13893-0023



Jade

ATTORNEY'S EYES ONLY

BRYANT 00237



DEPOSITION EXHIBIT
723
Bryant   9-25-07

EX 723-0001

Exhibit 11
Page 766

EX 13893-0024