

ATTORNEY'S EYES ONLY

BRYANT 00151

Exhibit 11
Page 767

EX 13893-0025



ATTORNEY'S EYES
ONLY

BRYANT 00155

EX 10518-0001 ...

Exhibit 11
Page 768

EX 13893-0026



ATTORNEY'S EYES ONLY

BRYANT 00156

EX 10519-0001

**Exhibit 11
Page 769**

EX 13893-0027

FASHION PAK

PAJAMA POWER!

FABRICS UNDETERMINED



- TANK TOP
- DRAWSTRING BOTTOMS
- FUZZY ANIMAL SLIPPERS
- FUZZY PILLOW
- FUZZY NIGHT BLINDERS
- FUZZY LAMB

ATTORNEY'S EYES ONLY

BRYANT 00165

EX 10526-0001 .. .. ..

Exhibit 11
Page 770

EX 13893-0028

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-310**

**Effective date of registration:**

July 25, 2008

## Title

**Title of Work:** Bryant Bratz Pitch Materials B

**Nature of Work:** Drawings

## Completion/Publication

**Year of Completion:** 2000

## Author

■ **Author:** Carter Bryant

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1968

**Anonymous:** No                              **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mattel, Inc.

333 Continental Blvd , El Segundo, CA, 90245-5012

**Transfer Statement:** By assignment

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Robert D. Walsh

**Date:** July 24, 2008

**Correspondence:** Yes

Page 1 of 1

Exhibit 11
Page 771

EX 13894-0001

IPN#:

Registration #:   VAU000964310

Service Request #:   1-81192219

.

.

.

Mattel, Inc  MI-1220
Robert D. Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

Exhibit 11
Page 772

EX 13894-0002



"The Bratz"

ATTORNEY'S EYES
ONLY

BRYANT 00310



2

11-5-04        SH

EX 2-0001

Exhibit 11
Page 773

EX 13894-0003



ATTORNEY'S EYES ONLY

BRYANT 00311

EX 2-0002

**Exhibit 11**
**Page 774**

EX 13894-0004



New look doll!
aome :)

ATTORNEY'S EYES
ONLY

BRYANT 00312

EX 2-0003

**Exhibit 11**
**Page 775**

EX 13894-0005



**ATTORNEY'S EYES ONLY**

**BRYANT 00313**

EX 2-0004

**Exhibit 11
Page 776**

EX 13894-0006



ATTORNEY'S EYES
ONLY

BRYANT 00314

EX 2-0005

Exhibit 11
Page 777

EX 13894-0007



ATTORNEY'S EYES
ONLY



"Zoe"

ATTORNEY'S EYES ONLY

BRYANT 00316

EX 2-0007

Exhibit 11
Page 779

EX 13894-0009



after transform

ATTORNEY'S EYES
ONLY

BRYANT 00317

EX 2-0008

Exhibit 11
Page 780

EX 13894-0010



ATTORNEY'S EYES
ONLY

BRYANT 00318

EX 2-0009

Exhibit 11
Page 781

EX 13894-0011



"LUPE"

ATTORNEY'S EYES
ONLY

BRYANT 00319



Exhibit 11
Page 783

EX 13894-0013



**Exhibit 11**
**Page 784**

EX 13894-0014





ATTORNEY'S EYES
ONLY

BRYANT 00313



TRIAL EXHIBIT 00737-001

**Exhibit 11**
**Page 785**



*after transform*

ATTORNEY'S EYES
ONLY

BRYANT 00317



TRIAL EXHIBIT 00743-001

**Exhibit 11**
**Page 786**



Exhibit 11
Page 787

EX 13894-0017



Exhibit 11
Page 788

EX 13894-0018



Exhibit 11
Page 789

EX 13894-0019