

Exhibit 11
Page 790

EX 13894-0020



7/12/2006
IMG_1359.JPG

Exhibit 11
Page 791

EX 13894-0021



Exhibit 11
Page 792

EX 13894-0022

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-304**

**Effective date of registration:**

**July 25, 2008**

---

## Title
**Title of Work:** Bryant Drawings D
**Nature of Work:** Drawings

## Completion/Publication
**Year of Completion:** 1999

## Author
■ **Author:** Carter Bryant
**Author Created:** 2-Dimensional artwork

**Work made for hire:** No
**Citizen of:** United States
**Year Born:** 1968
**Anonymous:** No                          **Pseudonymous:** No

## Copyright claimant
**Copyright Claimant:** Mattel, Inc
333 Continental Blvd., El Segundo, CA, 90245-5012
**Transfer Statement:** By assignment

## Limitation of copyright claim
**Previously registered:** No

## Certification
**Name:** Robert D Walsh
**Date:** July 24, 2008

---

**Correspondence:** Yes

Page 1 of 1

**Exhibit 11**
**Page 793**

EX 13890-0001

**IPN#:**

**Registration #:**    VAU000964304

**Service Request #:**    1-81192436

Mattel, Inc.  MI-1220
Robert D  Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

**Exhibit 11**
**Page 794**

EX 13890-0002



silver lame
top

lavender
pants
w/ black
&
white
accents

silver &
lavender

HALLADAY

fave color: lavender
fave insect: bee
fave food: mac'n'cheese
if you were
a fruit: nectarine!
pet: dalmation
fave
music: hip hop
& reggae



ATTORNEY'S EYES
ONLY

BRYANT 00175



JADE

ATTORNEY'S EYES ONLY

BRYANT 00176

EX 5-0036

Exhibit 11
Page 796

EX 13890-0004



fake
eyelashes!
in colors!
Glittery

ATTORNEY'S EYES ONLY

BRYANT 00177



ATTORNEY'S EYES ONLY

BRYANT 00178

EX 5-0038

**Exhibit 11
Page 798**

EX 13890-0006

Meet the Bratz!

they're the cool girls from your school!

4 best friends with totally transformable looks!
Simply pop off their hair and shoes and trade for a new
look. Each doll comes with 2 pop-off "wigs" and 2 pairs of
shoes, plus, 2 hip fashions!

Meet Zoe! (AKA "ANGEL")

She's the queen of cool in class in her short dark brown
hair and funky ~~for~~ stompin' sneaks. At night, she
likes to go ~~blonde~~ ~~and to~~ long and blonde,
with a skirt and sandals for a sweeter look!

Meet Lope! (AKA "PRINCESS")

She's the Hispanic girl with lotsa 'tude. For school,
it's casual in wide-leg khakis and sweatshirt and
a fun updo. At night, long brown braids & a mini
do the trick

Meet Hallidae! (AKA HIP HOP!)

She's got the heat! Ultra trendy street-wear 'n' braids
for hittin' the books, and on date night, it's sassy
short dress & totally new 'do.

Meet Jade! (AKA LI'L STAR!)

She's got the lock on far out fashion! Twisty black
hair with fun blue streaks for school zone, and for
tearing it up with friends on the weekends, it's fantasy
time in light blue hair, short skirt and boots.

ATTORNEY'S EYES
ONLY

BRYANT 00183



ATTORNEY'S EYES ONLY

BRYANT 00186



JADE

fave color: pink
fave insect: dragonfly
fave food:

clear bag

ATTORNEY'S EYES ONLY        BRYANT 00189



white T

pink d grey

eye on you

Khaki

ATTORNEY'S EYES ONLY

BRYANT 00190



ATTORNEY'S EYES
ONLY                  BRYANT 00193



ATTORNEY'S EYES
ONLY

BRYANT 00194

EX 5-0054

Exhibit 11
Page 804

EX 13890-0012



8/27/99

ATTORNEY'S EYES ONLY

BRYANT 00197

EX 5-0057

Exhibit 11
Page 805

EX 13890-0013



Hollidae

ATTORNEY'S EYES ONLY

BRYANT 00199

EX 5-0059

**Exhibit 11**
**Page 806**

EX 13890-0014



ATTORNEY'S EYES ONLY          BRYANT 00200



JADE

ATTORNEY'S EYES
ONLY

BRYANT 00201



ATTORNEY'S EYES
ONLY

BRYANT 00203

EX 5-0063

**Exhibit 11
Page 809**

EX 13890-0017



ATTORNEY'S EYES
ONLY

BRYANT 00204



LUPE

ATTORNEY'S EYES ONLY

BRYANT 00206

EX 5-0066

Exhibit 11
Page 811

EX 13890-0019



2oE

ATTORNEY'S EYES
ONLY

BRYANT 00208



Zoe

Zoe

ATTORNEY'S EYES ONLY

BRYANT 00212



ATTORNEY'S EYES ONLY

BRYANT 00213

EX 5-0073

**Exhibit 11**
**Page 814**

EX 13890-0022



ATTORNEY'S EYES ONLY

BRYANT 00216



Plug

rooted hair

recessed scalp

notches
top view

① lower rooted hair onto recessed scalp, lining up notches in plug and in scalp.

② twist hair onto place to lock.

③ Now hair can be brushed and styled.

ATTORNEY'S EYES ONLY

BRYANT 00217



ATTORNEY'S EYES
ONLY

BRYANT 00218

EX 5-0078

Exhibit 11
Page 817

EX 13890-0025



ATTORNEY'S EYES ONLY

BRYANT 00341

EX 5-0136

Exhibit 11
Page 818

EX 13890-0026



ATTORNEY'S EYES ONLY

BRYANT 00194

EX 62-0002

Exhibit 11
Page 819

EX 13890-0027



JADE

ATTORNEY'S EYES ONLY

BRYANT 00201

EX 62-0004

Exhibit 11
Page 820

EX 13890-0028



ATTORNEY'S EYES
ONLY

BRYANT 00204



$2_0E$

ATTORNEY'S EYES
ONLY

BRYANT 00208



Mattel 620
Aug 20 07
Samir Khare

ATTORNEY'S EYES
ONLY

BRYANT 00194

TRIAL EXHIBIT 00620-001

Exhibit 11
Page 823

EX 13890-0031



JADE



ATTORNEY'S EYES ONLY

BRYANT 0017G

DEPOSITION
EXHIBIT
701
Bryant J

EX 701-0001

**Exhibit 11**
**Page 824**



Exhibit 11
Page 825

EX 13890-0033