

Exhibit 11
Page 826

EX 13890-0034



fake eyelashes! in colors! Glittery

ATTORNEY'S EYES ONLY    BRYANT 00177



DEPOSITION EXHIBIT 703 Bryant J



ATTORNEY'S EYES ONLY

BRYANT 00189

DEPOSITION EXHIBIT 704
Bryant J. 1-25-07

EX 704-0001

Exhibit 11
Page 828

EX 13890-0036



ATTORNEY'S EYES ONLY

BRYANT 00190

DEPOSITION EXHIBIT 705 Bryant J 9-25-07

EX 705-0001

Exhibit 11
Page 829

EX 13890-0037



ATTORNEY'S EYES ONLY

BRYANT 00216

DEPOSITION EXHIBIT 706 Bryant J. 9-25-07



DEPOSITION EXHIBIT 707 Bryant J. 9-25-07



Plug → rooted hair

recessed scalp

notches top view

① lower rooted hair onto recessed scalp, lining up notches in plug and in scalp.

② twist hair onto place to lock.

③ Now hair can be Brushed and styled.

ATTORNEY'S EYES ONLY

BRYANT 00217

EX 707-0001

Exhibit 11
Page 831

EX 13890-0039

Meet the Bratz!
they're the cool girls from your school!
4 best friends with totally transformable looks!
Simply pop off their hair and shoes and trade for a new look. Each doll comes with 2 pop-off "wigs" and 2 pairs of shoes, plus, 2 hip fashions!

Meet Zoe! (AKA "ANGEL")
She's the queen of cool in class in her short dark brown hair and funky ~~foo~~ stompin' sneaks. At night, she likes to go ~~blonde and to~~ long and blonde, with a skirt and sandals for a sweeter look!

Meet Lupe! (AKA "PRINCESS!")
She's the Hispanic girl with lotsa 'tude. For school, it's casual in wide-leg khakis and sweatshirt and a fun red updo. At night, long brown braids & a mini do the trick.

Meet Hallidae! (AKA HIP HOP!)
She's got the beat! Ultra trendy street wear 'n' braids for hittin' the books, and on date night, it's a sassy short dress & totally new 'do.

Meet Jade! (AKA LI'L STAR!)
She's got the lock on far out fashion! Twisty black hair with fun blue streaks for school zone, and for tearing it up with friends on the weekends, it's fantasy time in light blue hair, short skirt and boots.

ATTORNEY'S EYES ONLY

BRYANT 00183

DEPOSITION EXHIBIT 709

FX 709-0001

Exhibit 11
Page 832

EX 13890-0040





**ATTORNEY'S EYES ONLY**  **BRYANT 00186**



ATTORNEY'S EYES ONLY

BRYANT 00341



Hollidae

ATTORNEY'S EYES ONLY

BRYANT 00199



TRIAL EXHIBIT 00739-001

Exhibit 11
Page 835

EX 13890-0043



Exhibit 11
Page 836

EX 13890-0044



Exhibit 11
Page 837

EX 13890-0045



ATTORNEY'S EYES ONLY    BRYANT 00212



TRIAL EXHIBIT 00741-001

Exhibit 11
Page 838

EX 13890-0046



Exhibit 11
Page 839

EX 13890-0047