

Exhibit 11
Page 840

EX 13890-0048



silver lame top
lavender pants w/ black & white accents
silver & lavender

HALLADAY

fave color: lavender
fave insect: bee
fave food: mac 'n' cheese
if you were a fruit: nectarine!
pet: dalmation
fave music: hip hop & reggae




ATTORNEY'S EYES ONLY

BRYANT 00175

DEPOSITION EXHIBIT 757
Bryant J 9-25-07

EX 757-0001

Exhibit 11
Page 841

EX 13890-0049



ATTORNEY'S EYES ONLY   BRYANT 00203



TRIAL EXHIBIT 00758-001

Exhibit 11
Page 842

EX 13890-0050



DEPOSITION EXHIBIT 759 Bryant J 9-25-07

Exhibit 11
Page 843

EX 13890-0051



Exhibit 11
Page 844

EX 13890-0052



Exhibit 11
Page 845

EX 13890-0053