

Exhibit 11
Page 846

EX 13890-0054



ATTORNEY'S EYES
ONLY

BRYANT 00200



EX 761-0001

**Exhibit 11**
**Page 847**



ATTORNEY'S EYES
ONLY

BRYANT 00178



EX 762-0001

**Exhibit 11
Page 848**



ATTORNEY'S EYES
ONLY

BRYANT 00194



TRIAL EXHIBIT 00774-001

Exhibit 11
Page 849

EX 13890-0057



DEPOSITION
EXHIBIT
775
Brant J
9-25-07
PENGAD 800-631-6989

Exhibit 11
Page 850

EX 13890-0058



Exhibit 11
Page 851

EX 13890-0059





ATTORNEY'S EYES
ONLY

BRYANT 00197

TRIAL EXHIBIT 00776-001

Exhibit 11
Page 852



Exhibit 11
Page 853

EX 13890-0061