

Exhibit 11
Page 854

EX 13890-0062

ZoE

ATTORNEY'S EYES ONLY

BRYANT 00208



TRIAL EXHIBIT 00781-001

Exhibit 11
Page 855

EX 13890-0063



JADE

DEPOSITION
EXHIBIT
782
9-26-07 JDR

Exhibit 11
Page 856

EX 13890-0064



Exhibit 11
Page 857

EX 13890-0065



DEPOSITION EXHIBIT
786
9-26-07 DAC

**Exhibit 11**
**Page 858**

EX 13890-0066



Exhibit 11
Page 859

EX 13890-0067