

DEPOSITION EXHIBIT
790
9-26-07 DAC

Exhibit 11
Page 860

EX 13890-0068



Exhibit 11
Page 861

EX 13890-0069



LUPE
A

ATTORNEY'S EYES ONLY

BRYANT 00206



DEPOSITION EXHIBIT
794
9-26-07 DAC

Exhibit 11
Page 862





795
9-26-07 DAC

ATTORNEY'S EYES
ONLY                    BRYANT 00204

**TRIAL EXHIBIT 00795-001**

**Exhibit 11
Page 863**

EX 13890-0071



JADE

ATTORNEY'S EYES ONLY

BRYANT 00201



796
9-26-07 DAC

TRIAL EXHIBIT 00796-001

**Exhibit 11**
**Page 864**



Exhibit 11
Page 865

EX 13890-0073



20¢

ATTORNEY'S EYES
ONLY                    BRYANT 00193

EX 1152-0006

Exhibit 11
Page 866

EX 13890-0074



Exhibit 11
Page 867

EX 13890-0075