

Exhibit 11
Page 868

EX 13890-0076



Exhibit 11
Page 869

EX 13890-0077



ATTORNEY'S EYES ONLY

BRYANT 00212



ATTORNEY'S EYES ONLY

BRYANT 00201

Exhibit 11
Page 871

EX 13890-0079





1748.3
Exhibit 11
Page 873

EX 13890-0081