

1748.4

1745

Exhibit 11
Page 875

EX 13890-0083



x Jacqueline Prince 8/26/99
Carter H Bryant 8/26/99

(4pgs)
Exhibit no. 1750
Date: 1/24/08
Tammy P. Pyburn

ATTORNEY'S EYES ONLY

BRYANT 00204

1750.1

Exhibit 11
Page 876

EX 13890-0084



ATTORNEY'S EYES ONLY
BRYANT 00204

1250.2

Exhibit 11
Page 877

EX 13890-0085



1750.3

Exhibit 11
Page 878

EX 13890-0086