

12304

**Exhibit 11**
**Page 879**

EX 13890-0087



ATTORNEY'S EYES
ONLY

BRYANT 00208

Exhibit 11
Page 880

EX 13890-0088



ATTORNEY'S EYES
ONLY

BRYANT 00193

EX 10534-0001

**Exhibit 11**
**Page 881**

EX 13890-0089



**ATTORNEY'S EYES ONLY**          **BRYANT 00212**

EX 10536-0001

**Exhibit 11
Page 882**

EX 13890-0090



**ATTORNEY'S EYES ONLY**

**BRYANT 00218**

EX 10539-0001

**Exhibit 11**
**Page 883**



BRYANT  00972

CONFIDENTIAL
ATTORNEYS EYES
ONLY

EX 10579-0001

Exhibit 11
Page 884

EX 13890-0092



ATTORNEY'S EYES ONLY

BRYANT 00140

TRIAL EXHIBIT 15172-001

Exhibit 11
Page 885

EX 13890-0093



ATTORNEY'S EYES
ONLY

BRYANT 00193

TRIAL EXHIBIT 15175-001

Exhibit 11
Page 886

EX 13890-0094



ZOE

ZOE

**ATTORNEY'S EYES ONLY**

**BRYANT 00212**

TRIAL EXHIBIT 15179~001

**Exhibit 11**
**Page 887**









BRYANT 00972

CONFIDENTIAL
ATTORNEYS EYES
ONLY

TRIAL EXHIBIT 18281-001

Exhibit 11
Page 888

EX 13890-0096



ATTORNEY'S EYES
ONLY

BRYANT 00218

TRIAL EXHIBIT NUMBER 18501-001

Exhibit 11
Page 889

EX 13890-0097

This page has been intentionally omitted

Exhibit 11
Page 890