Exhibit 12.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number:**

VAu 964-320

**Effective date of registration:**

July 25, 2008

## Title

**Title of Work:** Body Drawings

**Nature of Work:** Drawings

## Completion/Publication

**Year of Completion:** 1999

## Author

- **Author:** Carter Bryant

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1968

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mattel, Inc

333 Continental Blvd , El Segundo, CA, 90245-5012

**Transfer Statement:** by assignment

## Limitation of copyright claim

**Previously registered:** Yes

**Previous registration and year:** VAu 715-270 2006

**Basis of current registration:** This is a changed version of the work

**New material included in claim:** Additional artistic work

## Certification

**Name:** Robert D Walsh

**Date:** July 24, 2008

Correspondence:   Yes

Exhibit 12
Page 892

EX 13899-0002

IPN#: 

**Registration #:** VAU000964320

**Service Request #:** 1-81192524

Mattel, Inc  MI-1220
Robert D  Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

**Exhibit 12**
**Page 893**

EX 13899-0003



ATTORNEY'S EYES
ONLY                    BRYANT 00196

EX 5-0056

Exhibit 12
Page 894

EX 13899-0004



ATTORNEY'S EYES
ONLY

BRYANT 00198

EX 5-0058

Exhibit 12
Page 895

EX 13899-0005



ATTORNEY'S EYES ONLY          BRYANT 00202

EX 5-0062

**Exhibit 12**
**Page 896**

EX 13899-0006



? 90%. ?

ATTORNEY'S EYES
ONLY

BRYANT 00211

EX 5-0071

**Exhibit 12
Page 897**

EX 13899-0007



ATTORNEY'S EYES
ONLY

BRYANT 00277

EX 5-0088

**Exhibit 12**
**Page 898**

EX 13899-0008



JOINTED HERE, @ SHOULDERS

JOINTED @ HIPS

SCULPTED FINGERNAILS

BASIC SHO SCULPT

ATTORNEY'S EYES ONLY

BRYANT 00290

EX 5-0101

**Exhibit 12**
**Page 899**

EX 13899-0009



9 - 10' tall
14 - 15 yrs old

Now 7'4

JOINTED HERE, @ SHOULDERS

JOINTED @ HIPS

SCULPTED FINGERNAILS

poseable ankles

BASIC 5TH SCULPT

ATTORNEY'S EYES ONLY

BRYANT 00277

35-1



Deft's
Exhibit no. 35
Date: 12/06/04
P. Pyburn

TRIAL EXHIBIT 00035-001

Exhibit 12
Page 900

EX 13899-0010



ATTORNEY'S EYES ONLY

BRYANT 00290

TRIAL EXHIBIT 00035-003

Exhibit 12
Page 901

EX 13899-0011



ATTORNEY'S EYES ONLY          BRYANT 00202

EX 62-0005

Exhibit 12
Page 902

EX 13899-0012



? 90?-?

ATTORNEY'S EYES
ONLY

BRYANT 00241

EX 62-0010

**Exhibit 12
Page 903**

EX 13899-0013



ATTORNEY'S EYES ONLY                    BRYANT 00202



DEPOSITION
EXHIBIT
764
Bryant J    9-25-07

Exhibit 12
Page 905

EX 13899-0015



**Exhibit 12**
**Page 906**

EX 13899-0016



DEPOSITION
EXHIBIT
765
Bryant J 2-25-07

Exhibit 12
Page 907

EX 13899-0017



Exhibit 12
Page 908

EX 13899-0018



ATTORNEY'S EYES ONLY                BRYANT 00202



TRIAL EXHIBIT 00767-001

Exhibit 12
Page 909

EX 13899-0019