

Exhibit 12
Page 910

EX 13899-0020


Exhibit 12
Page 911

EX 13899-0021



Exhibit 12
Page 912

EX 13899-0022







Exhibit 12
Page 914

EX 13899-0024