

SCULPTURAL BODY DRAWING; 9/19/99
TO BE USED FOR ALL DOLLS
JOINTED HERE, @ SHOULDERS
JOINTED @ HIPS
SCULPTED FINGERNAILS
TOTAL DOLL HEIGHT w/ HEAD:
9"
(ACTUAL SIZE)
BASIC SHOE SCULPT
2" APPX.
2 1/4" APPX.

Exhibit 12
Page 915

EX 13899-0025



? 90%?

(4pgs)
Exhibit no. 1352
Date: 1/24/08
Tonnie P. Pyburn

ATTORNEY'S EYES ONLY

BRYANT 00211

1352.1

Exhibit 12
Page 916

EX 13899-0026



ATTORNEY'S EYES ONLY

BRYANT 00196

TRIAL EXHIBIT 15176-001

Exhibit 12
Page 917

EX 13899-0027



ATTORNEY'S EYES ONLY

BRYANT 00198

TRIAL EXHIBIT 15177-001

Exhibit 12
Page 918

EX 13899-0028

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number:**

VAu 964-321

**Effective date of registration:**

July 25, 2008

## Title

**Title of Work:** Body and Head Sculpture

**Nature of Work:** Sculpture

## Completion/Publication

**Year of Completion:** 2000

## Author

- **Author:** Carter Bryant

**Author Created:** 3-Dimensional Sculpture

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1968

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mattel, Inc

333 Continental Blvd , El Segundo, CA, 90245-5012

**Transfer Statement:** by assignment

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Robert D Walsh

**Date:** July 24, 2008

**Correspondence:** Yes

IPN#: **

Registration #: VAU000964321

Service Request #: 1-81192546

Mattel, Inc MI-1220
Robert Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

Exhibit 12
Page 920

EX 13900-0002



Confidential - Attorney's Eyes Only

MGA HK 0011156

TRIAL

Exhibit 12
Page 921

EX 13900-0003

EXHIBIT
1136



Exhibit 12
Page 923

EX 13900-0005