

Exhibit 12
Page 924

EX 13900-0006



Exhibit 12
Page 925

EX 13900-0007



Exhibit 12
Page 926

EX 13900-0008

LIBRARY OF CONGRESS

*Copyright Office of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DOLL SCULPT DRAWING** registered under number **VAu 960-439**. This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DOLL SCULPT DRAWING** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VAu 960-439.**

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights



Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

Exhibit 12
Page 927

EX 13889-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 960-439**

**Effective date of registration:**

May 15, 2008

## Title
**Title of Work:** Doll Sculpt Drawing
**Nature of Work:** Drawing

## Completion/Publication
**Year of Completion:** 2000

## Author
- **Author:** Carter Bryant
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1968
  **Anonymous:** No    **Pseudonymous:** No

## Copyright claimant
**Copyright Claimant:** Mattel, Inc.
333 Continental Blvd. M1-1220, El Segundo, CA, 90245-5012
**Transfer Statement:** Assignment.

## Certification
**Name:** Robert D. Walsh, authorized agent of Mattel, Inc.
**Date:** May 14, 2008

Page 1 of 1

Exhibit 12
Page 928

EX 13889-0002

IPN#:

Registration #: VAU000960439

Service Request #: 1-62541022

Mattel, Inc.
Robert D. Walsh
333 Continental Blvd M1-1220
El Segundo, CA 90245-5012

Exhibit 12
Page 929

EX 13889-0003



Exhibit 12
Page 930

EX 13889-0004

S.H.



H62541022

DCSU-UNPUB.

Doll Sculpt Drawing

Exhibit 12
Page 931

EX 13889-0005