O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>ORDER RE:<br>STIPULATION RE MOTION FOR<br>PERMANENT INJUNCTION<br><br>**Phase 1(a):**<br>Trial Date:　May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date:　July 23, 2008 |

07209/2648104.1

PROPOSED ORDER

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that:

1. The memorandum of points and authorities in support of Mattel's motion for permanent injunction may not exceed, but may include up to, 30 pages in length.

2. The memorandum of points and authorities in support of the MGA Parties' opposition to Mattel's motion for permanent injunction may not exceed, but may include up to, 30 pages in length.

3. Mattel's reply memorandum of points and authorities in support of Mattel's motion for permanent injunction may not exceed, but may include up to, 20 pages in length.

IT IS SO ORDERED.

DATED  September 30, 2008

HON. STEPHEN G. LARSON