ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 090378)
     johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
5  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100
7  Attorneys for Mattel, Inc.



8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                   EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
12 |        Plaintiff, | Consolidated with
   |  | Case No.   CV 04-09059
13 |     vs. | Case No.   CV 05-2727
14 | MATTEL, INC., a Delaware corporation, | NOTICE OF LODGING IN SUPPORT OF MATTEL INC.'S MOTION FOR A PERMANENT INJUNCTION
15 |  |
16 |        Defendant. | Date:  Nov. 10, 2008
   |  | Time:  1:00 p.m.
17 | AND CONSOLIDATED ACTIONS | Place:  Courtroom 1

**Phase 1(a)**
Trial Date:  May 27, 2008

**Phase 1(b)**
Trial Date:  July 23, 2008

Received/Lodged

1) CD's Referenced in Mattel Inc's Notice of Lodging.

2) Ex # TX-1136A

1       TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

2    RECORD, PLEASE TAKE NOTICE that pursuant to <u>Local Rule</u> 11-5.1 Mattel, Inc.

3    hereby lodges three CD's containing the following Bratz television advertisements

4    with the Court in support of its Motion for a Permanent Injunction:

5           1.      Bratz Girls Nite Out, Spring 2004, MGBZ4013

6           2.      Sunkissed Summer, Spring 2004, MGBZ4025

7           3.      Sunkissed Summer/Pool, Spring 2004, MGBZ4035

8           4.      Funky Fashion Makeover, Fall 2004, MGBZ3263

9           5.      Bratz Pad, Fall 2004, MGBZ4335

10          6.      Bratz Twins, Fall 2004, MGBZ4355

11          7.      Bratz Pretty N Punk, Spring 2005, MGBZ5213

12

13          Mattel also hereby lodges TX 1136A, the sculpt that the jury found belonged

14   to Mattel.

15

16   DATED:  September __29__, 2008        QUINN EMANUEL URQUHART OLIVER &
                                          HEDGES, LLP
17

18                                        By _Michael T Zeller /SH_

19                                           Michael T. Zeller
                                             Attorneys for Mattel, Inc.
20

21

22

23

24

25

26

27

28

07209/26-49482.1