# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



## THIS VOLUMINOUS DOCUMENT IS AVAILABLE IN THE RECORDS SECTION OF THE CLERK'S OFFICE FOR PUBLIC VIEWING