# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



# THIS VOLUMINOUS DOCUMENT IS AVAILABLE IN THE RECORDS SECTION OF THE CLERK'S OFFICE FOR PUBLIC VIEWING