ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 9 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  EASTERN DIVISION

11  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)
                                          Consolidated with
12                    Plaintiff,          Case Nos. CV 04-09059 & CV 05-2727

13        vs.                            **DISCOVERY MATTER**

14  MATTEL, INC., a Delaware             Hon. Stephen G. Larson
    corporation,
15                                        [PROPOSED] ORDER RE MATTEL,
                      Defendant.          INC.'S APPLICATION TO FILE UNDER
16  _____     SEAL ITS MOTION FOR PERMANENT
                                          INJUNCTION AND EXHIBITS TO THE
17  AND CONSOLIDATED ACTIONS            DECLARATION OF DIANE C.
                                          HUTNYAN IN SUPPORT THEREOF
18
                                          Date:   November 10, 2008
19                                        Time:   1:00 p.m.
                                          Place:  Courtroom 1
20
                                          **Phase 1(a):**
21                                        Trial Date:   May 27, 2008

22                                        **Phase 1(b):**
                                          Trial Date:   July 23, 2008
23

24

25

26

27

28

07209/2650241.1

[PROPOSED] ORDER

1

# [PROPOSED] ORDER

2

3        Based on the concurrently filed Application to File Under Seal Mattel,

4   Inc.'s Motion For Permanent Injunction and the Exhibits to the Declaration of Diane

5   C. Hutnyan in Support Thereof, and good cause appearing for the entry thereof, IT

6   IS HEREBY ORDERED:

7        Mattel, Inc.'s Motion For Permanent Injunction and the exhibits to the

8   Declaration of Diane C. Hutnyan in support thereof are ORDERED filed under seal

9   pursuant to Local Rule 79-5.1.

10

11  DATED:        SEP 2 9 2008        , 2008    /s/ _____

12                                              Hon. Stephen G. Larson
                                                United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2650241.1

-2-

[PROPOSED] ORDER