QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br>────────────────<br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.      CV 04-09059<br>Case No.      CV 05-2727<br><br>**MATTEL INC.'S *EX PARTE* APPLICATION FOR LEAVE TO LODGE NON-PAPER PHYSICAL EXHIBITS IN SUPPORT OF MATTEL'S MOTION FOR A PERMANENT INJUNCTION**<br><br>[Proposed Order filed concurrently herewith]<br><br>**Phase 1(a)**<br>Trial Date:   May 27, 2008<br><br>**Phase 1(b)**<br>Trial Date:   July 23, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rules 7-19 and 11-5.1, Mattel, Inc. ("Mattel") hereby applies to the above-entitled Court *ex parte* for leave to lodge the non-paper physical exhibits identified in Exhibit A hereto, which includes certain Bratz dolls and other products, in support of Mattel's Motion for a Permanent Injunction ("Motion").  For the reasons set forth in this Application and the accompanying Memorandum of Points and Authorities, Mattel respectfully requests that the Court grant Mattel leave to lodge with the Court the items enumerated herein, or provide such other direction as the Court deems appropriate.

The items to be lodged include many of the Bratz dolls and other Bratz products that are the subject of Mattel's Motion for a Permanent Injunction.  Mattel makes this Application in order to facilitate the Court's ruling on the Motion.

Pursuant to Local Rule 7-19, on September 29, 2008, Mattel provided telephonic notice of this *ex parte* Application to Jason Russell, Esq. and Lauren Aguiar, Esq., of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for the MGA Parties, 300 South Grand Avenue, Suite 3400, telephone (213) 687-5000.  Counsel for defendants has advised that MGA does not oppose Mattel's lodging of the products listed in Exhibit A if the Court believes they should be lodged.  MGA reserves its rights as to the relevance and/or admissibility of the products listed in Exhibit A.

1        This Application is based on this Notice of Application, the

2    accompanying Memorandum of Points and Authorities in Support thereof, the

3    records and files of this Court, and all other matters of which the Court may take

4    judicial notice.

5

6    DATED:  October 1, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

7

8                          By /s/ B. Dylan Proctor

9                          B. Dylan Proctor
                      Attorneys for Mattel, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   **Memorandum of Points and Authorities**

2

3         In its Motion for a Permanent Injunction, Mattel seeks to enjoin the

4   manufacture, distribution and sale of products that infringe Mattel's copyrights,

5   including more than 500 separate Bratz dolls and numerous other Bratz products.

6   Mattel is prepared to lodge hundreds of Bratz products, including the products

7   identified in Exhibit A hereto, in order to facilitate the Court's ruling on the Motion

8   and consideration of the issues.

9         <u>Local Rule</u> 11-5.1 authorizes the lodging of non-paper physical exhibits

10  in support of a motion with a separately filed Notice of Lodging.  However, Mattel

11  believes the products it is prepared to lodge will fill at least two dozen boxes, if not

12  more.  Given the number of physical items Mattel seeks to lodge and the logistics

13  involved in lodging them, Mattel hereby seeks leave of Court to lodge such

14  products, or direction from the Court as to an alternative manner of proceeding.[1]

15

16  DATED:  October 1, 2008      QUINN EMANUEL URQUHART OLIVER &
                  HEDGES, LLP

17

18                  By /s/ B. Dylan Proctor

19                    B. Dylan Proctor
                  Attorneys for Mattel, Inc.

20

21

22

23

24

25
---

26    [1]  Many of the products Mattel seeks to lodge are trial exhibits that are now in

27  the possession of MGA.  MGA has represented that it will make those products
available to Mattel to lodge, should the Court order them lodged.

28

1

## **EXHIBIT A**

2

3

| | Description | SKU | Photo ID |
|---|---|---|---|
| 1. | Play Sportz X-treme Kick Boxing Cloe | 379034 | 1505 |
| 2. | Walking Yasmin | 366539 | 1517 |
| 3. | Designed by Sasha | 379515 | 1545 |
| 4. | Introducing "Kina" | 382522 | 1547 |
| 5. | The Movie – Movie Making Set "Sharidan" | 355267 | 1549 |
| 6. | Bratz World Cloe's House | 382935 | 1551 |
| 7. | Wild Wild West - Yasmin | 411956 | 1554 |
| 8. | Wild Wild West - Cloe | 411949 | 1555 |
| 9. | Wild Wild West - Fianna | 411963 | 1556 |
| 10. | Play Sportz X-treme – Skate Boarding Leah | 379041 | 1557 |
| 11. | Fashion Designer Cloe | 370918 | 1558 |
| 12. | Fashion Designer Yasmin | 370901 | 1559 |
| 13. | Designed by Cloe | 379492 | 1560 |
| 14. | Designed by Yasmin | 379485 | 1561 |
| 15. | Passion 4 Fashion Yasmin | 354734 | 1562 |
| 16. | Passion 4 Fashion Cloe | 354741 | 1563 |
| 17. | Wintertime Collection Yasmin | 379324 | 1565 |
| 18. | Sweet Dreamz Pajama Party Yasmin | 411543 | 1566 |
| 19. | Bratz Doll - Aubrey! | 379270 | 1567 |
| 20. | Familiez – Cloe & Her Sister Sonya | 384724 | 1568 |
| 21. | Familiez – Yasmin & Her Mom Portia | 384557 | 1569 |
| 22. | Jetset Playset - Katia | 385578 E5 | 1572 |
| 23. | Girlfriendz Nite Out Phoebe | 408871 | 1574 |
| 24. | Grilfriendz Yasmin | 407980 | 1575 |

| 25. | Fashion Stylistz Cloe | 362401 | 1576 |
| 26. | Nighty-Nite Cloe | 384762 | 1578 |
| 27. | Neon Pop Divaz Sasha | 368465 | 1579 |
| 28. | Costume Party - Pretty Pirate Yasmin | 384496 | 1580 |
| 29. | Costume Party - Wicked Witch Meygan | 384502 | 1581 |
| 30. | Costume Party - Pouty Princess Cloe | 384489 | 1582 |
| 31. | Play Sportz X-Treme Sky Diving Yasmin | 379027 | 1583 |
| 32. | Play Sportz Gymnasitcs Sasha | 374442 | 1585 |
| 33. | Yasmin the Pretty Princess | 385387 | 1586 |
| 34. | Celebritiez - Movie Star Yasmin | 379065 | 1588 |
| 35. | Wintertime Collection Sasha | 383956 | 1589 |
| 36. | Celebritiez - Dance Star Cloe | 382898 | 1590 |
| 37. | Girlz Really Rock - Hip Hop Hottie Sasha | 381198 | 1592 |
| 38. | Star Singerz Yasmin | 355090 | 1593 |
| 39. | Play Sportz Racecar Dana | 362371 | 1595 |
| 40. | Bratz Nighty-Nite Sasha | 385325 | 1598 |
| 41. | Fashion Designer Sasha | 370932 | 1599 |
| 42. | Sportz - RC X-Treme Skateboarding Sasha | 353201 P | 1600 |
| 43. | Bratz Fashion Stylistz "Yasmin" (Hair Stylist) | 36245 | 1601 |
| 44. | Bratz Forever Diamondz "Cloe" | 334088 | 1602 |
| 45. | Bratz Magic Fashion Nails "Cloe" | 368540 | 1603 |
| 46. | Bratz Magic Fashion Nails "Yasmin" | 368533 | 1604 |
| 47. | Bratz Holiday "Cloe" | 379690 | 1605 |
| 48. | Bratz SunKissed "Yasmin" | 368397 | 1607 |
| 49. | Bratz The Fashion Show Evening Wear Collection "Cloe" | 370826 | 1608 |
| 50. | Bratz The Fashion Show Sleepwear Collection "Yasmin" | 373636 | 1609 |
| 51. | Bratz Magic Hair Color "Fianna" | 383468 | 1611 |

| | | | |
|---|---|---|---|
| 52. | Bratz Play Sportz "Cloe" (Cheerleading) | 374435 | 1612 |
| 53. | Bratz Play Sportz "Katia" (Scuba Diving) | 375876 | 1613 |
| 54. | Bratz Girlz Really Rock "Cloe" | 379416 | 1614 |
| 55. | Bratz Magic Hair Color "Cloe" | 379652 | 1615 |
| 56. | Bratz Magic Hair Color "Leah" | 379645 | 1616 |
| 57. | Bratz Birthday "Cloe" | 343622 | 1617 |
| 58. | Bratz Birthday "Meygan" | 343646 | 1618 |
| 59. | Bratz Birthday "Yasmin" | 343639 | 1619 |
| 60. | Bratz Passion 4 Fashion Spotlight Collection "Cloe" | 368359 | 1620 |
| 61. | Bratz Passion 4 Fashion Spotlight Collection "Yasmin" | 368342 | 1625 |
| 62. | Bratz Wintertime Collection "Cloe" | 379331 | 1626 |
| 63. | Bratz Girlz Really Rock "Yasmin" | 379409 | 1629 |
| 64. | Bratz Play Sportz "Yasmin" (Hip Hop Dance) | 374498 | 1630 |
| 65. | Bratz Neon Pop Divaz "Cloe" | 368458 | 1631 |
| 66. | Bratz Pampered Pupz "Yasmin" | 343592 | 1632 |
| 67. | Bratz The Fashion Show "Cloe" | 350910 | 1633 |
| 68. | Bratz Spider-Man 3 "Cloe" | 362654 | 1634 |
| 69. | Bratz Fashion Stylistz "Leah" (Nail Stylist) | 362418 | 1636 |
| 70. | Bratz The Movie "Sasha" | 358442 | 1637 |
| 71. | Bratz Designed by Jade (w/ perfume) | 379508 | 1638 |
| 72. | Bratz "Destiny" | 379287 | 1641 |
| 73. | Bratz "Kina" | 382522 | 1642 |
| 74. | Bratz Nighty-Nite "Cloe" | 384762 | 1643 |
| 75. | Bratz Nighty-Nite "Yasmin" | 384755 | 1644 |
| 76. | Bratz Play Sportz Extreme "Cloe" (Kick Boxing) | 379034 | 1645 |
| 77. | Bratz Holiday "Yasmin" | 382904 | 1647 |
| 78. | Bratz Play Sportz "Cloe" (Ice Skating) | 354567 | 1648 |

| | | | |
|---|---|---|---|
| 79. | Bratz The Movie "Cloe" | 358428 | 1649 |
| 80. | Bratz World Cloe's House | 382935 | 1651 |
| 81. | Bratz World Yasmin's House | 382928 | 1652 |
| 82. | Bratz Girlz Really Rock "Jade" | 379423 | 1653 |
| 83. | Bratz Magic Make Up "Cloe" | 355168 | 1654 |
| 84. | Bratz Wild Wild West "Meygan" | 411970 | 1655 |
| 85. | Bratz World Twins "Peyton" & "Nevaeh" | 381389 | 1657 |
| 86. | Bratz The Fashion Show Sleepwear Collection-Cloe | 373643 | 1677 |
| 87. | Cloe-Bratz Sweet Heart | 368229 | 1681 |
| 88. | Yasmin-Bratz Sweet Heart | 368236 | 1680 |
| 89. | Yasmin-The Fashion Show-Swim Wear Collection | 373674 | 1682 |
| 90. | Yasmin-The Fashion Show, Evening Wear Collection | 370819 | 1688 |
| 91. | Yasmin-The Fashion Show | 362661 | 1689 |
| 92. | Yasmin-Neon Pop Divaz | 368441 | 1676 |
| 93. | Bratz Be-Bratz.com, Be-Bratz in the Bratz World | 365433 | 1679 |
| 94. | Yasmin--Bratz The Movie | 368411P | 1686 |
| 95. | Yasmin Magic Make Up | 352013 | 1684 |
| 96. | Sasha, X-treme Rock Climbing, Bratz Play Sports | 378389 | 1678 |
| 97. | Cloe, Bratz (Cloe, the Angel, with Heavenly Style) | 385370 | 1687 |

| | | **Trial Exhibit Number** |
|---|---|---|
| 98. | Bratz Birthday Jade | 14416 |
| 99. | Bratz Slumber Party Sasha | 14543 |
| 100. | 2007 Yasmin (Girlfriendz Nite Out) | 14623 |
| 101. | 2008 Yasmin (Girlz Really Rock) | 14624 |
| 102. | 2008 Sasha (Girls Really Rock) | 14626 |
| 103. | 2008 Jade (Girlz Really Rock) | 14627 |

| | | | |
|---|---|---|---|
| 104. | 2007 Cloe (Star Singerz) | 14628 |
| 105. | 2008 Cloe (Magic Hair Color) | 14629 |
| 106. | Bratz Back to School Yasmin | 17362 |
| 107. | Bratz, The Xpress It Fashion Collection, Yasmin | 17366 |
| 108. | Bratz F.M. Cruiser | 17367 |
| 109. | Bratz Funk 'N' Glow | 17368 |
| 110. | Bratz Tokyo a Go-go | 17369 |
| 111. | Bratz, The Funk Out Fashion Collection, Sasha | 17494 |
| 112. | Bratz Flashback Fever Hanna | 17495 |
| 113. | Bratz i candy Cloe | 17496 |
| 114. | Bratz i candy Phoebe | 17497 |
| 115. | Bratz World! Colletor's Edition | 17498 |
| 116. | Bratz Blind Date Collection | 17499 |
| 117. | Bratz Midnight Dance | 17500 |
| 118. | Bratz Treasures! | 17501 |
| 119. | Bratz Fabulous Bratz Fiana | 17502 |
| 120. | Bratz OOH LA LA Kumi | 17503 |
| 121. | Bratz Life in Concert Dana | 17504 |
| 122. | Bratz Life in Concert Yasmin | 17505 |
| 123. | Bratz Wild Wild West Yasmin | 17506 |
| 124. | Bratz Dynamite Cloe | 17507 |
| 125. | Bratz Twins Tess & Nona | 17508 |
| 126. | Design Your Own Bratz Cloe | 17509 |
| 127. | Flower Girlz | 17510 |
| 128. | Bratz Play Sportz Doll Inline Skating Sasha | 17511 |
| 129. | Costume Party Jasmin | 17512 |
| 130. | Bratz S07 Pampered Pups Cloe | 17513 |

| | | | |
|---|---|---|---|
| 131. | Birthday Sasha | | 17514 |
| 132. | Bratz S07 Adventure Girlz Jade | | 17516 |
| 133. | Bratz Back to School - Cloe | | 17517 |
| 134. | Birthday Meygan | | 17518 |
| 135. | Bratz Birthday Bash Cloe | | 17519 |
| 136. | Bratz X-Treme Skate Boarding RC Sasha | | 17520 |
| 137. | Bratz CampFire Felicia | | 17521 |
| 138. | Big Bratz Collector Doll Yasmin | | 17522 |
| 139. | Bratz Meygan Collector Doll | | 17523 |
| 140. | Bratz Fashion Pixiez Doll Yasmin | | 17524 |
| 141. | Fashion Pixiez | | 17525 |
| 142. | Bratz Flashback Fever Sasha | | 17526 |
| 143. | Bratz Forever Diamondz Jade | | 17527 |
| 144. | Bratz Formal Punk Super Stylin' Runway Disco | | 17528 |
| 145. | Bratz Formal Funk Collection - Dana | | 17529 |
| 146. | Bratz Funk N Glow Jade | | 17530 |
| 147. | Bratz Funk N' Glow Cloe | | 17531 |
| 148. | Bratz Funky Fashion Makeover - Cloe | | 17533 |
| 149. | Bratz Funky Fashion Makeover - Yasmin | | 17534 |
| 150. | Bratz Funky Fashion Makeover- Meygan | | 17535 |
| 151. | Bratz Genie Magic - Megan | | 17536 |
| 152. | Genie Magic Sasha | | 17537 |
| 153. | Bratz Doll (Girlz Night Out) Cloe | | 17538 |
| 154. | Bratz Gold Medal Gymnasts Sasha | | 17539 |
| 155. | Bratz Holiday Doll - Trinity | | 17540 |
| 156. | Bratz I-Candy Yasmin | | 17541 |
| 157. | Bratz Doll  (Live N Concert) Cloe | | 17542 |

| | | | |
|---|---|---|---|
| 1 | 158. | Bratz S07 Magic Hair Yasmin | 17543 |
| 2 | 159. | Midnight Dance Jasmin | 17544 |
| 3 | 160. | Bratz Motorcycle Style! - Cloe | 17545 |
| 4 | 161. | Bratz OOH LA LA Cloe | 17546 |
| 5 | 162. | Bratz Doll - Cloe | 17550 |
| 6 | 163. | Bratz Doll - Jade | 17551 |
| 7 | 164. | Bratz Doll - Sasha | 17558 |
| 8 | 165. | Bratz Doll - Yasmin | 17561 |
| 9 | 166. | Bratz Play Sportz Sasha Cheerleading | 17563 |
| 10 | 167. | Play Sportz One on One Tennis Cloe & Meygan | 17564 |
| 11 | 168. | Bratz World London Pretty 'N' Punk Cloe | 17565 |
| 12 | 169. | Bratz Princess - Roxxi | 17566 |
| 13 | 170. | Shrek Doll Yasmine | 17567 |
| 14 | 171. | Bratz Sleep Over - Cloe | 17568 |
| 15 | 172. | Spider Man Cloe | 17569 |
| 16 | 173. | Bratz Spring Break Doll Pack - Cloe | 17570 |
| 17 | 174. | Bratz Strut it - Meygan | 17571 |
| 18 | 175. | Bratz Style It - Cloe | 17572 |
| 19 | 176. | Bratz Style It - Dana | 17573 |
| 20 | 177. | Bratz Stylin Salon N Spa - Version 2 | 17574 |
| 21 | 178. | Bratz Sun-Kissed Summer - Cloe | 17575 |
| 22 | 179. | Sweet Heart Phoebe | 17576 |
| 23 | 180. | Bratz Special Feature Talking Cloe | 17577 |
| 24 | 181. | Bratz Special Feature Talking Yasmin | 17578 |
| 25 | 182. | Bratz Twins Collector Dolls | 17579 |
| 26 | 183. | Bratz Doll (Wild Life Safari) Meygan | 17580 |
| 27 | 184. | Bratz Wild Wild West Cloe | 17581 |
| 28 | | | |

| | | | |
|---|---|---|---|
| 1 | 185. | Bratz Wintertime Collection Sasha | 17582 |
| 2 | 186. | Bratz Babyz Sitter (1 Bratz & 1 Babyz) Lana & Alicia | 17583 |
| 3 | 187. | Bratz Passion 4 Fasion Cloe | 17726 |
| 4 | 188. | Bratz Doll (Girfriendz Nite Out) Phoebe | 17727 |
| 5 | 189. | Bratz Girlfriendz Nite Out Sasha | 17728 |
| 6 | 190. | Bratz Play Sportz Yasmin | 17729 |
| 7 | 191. | Bratz Doll (Playz Sportz) Tess | 17730 |
| 8 | 192. | Bratz the Movie Jade | 17731 |
| 9 | 193. | Bratz the Movie Funky Fashion Makeover | 17772 |
| 10 | 194. | Bratz Holiday Yasmin | 17776 |
| 11 | 195. | Bratz Fall 2002 Yasmin | 17805 |
| 12 | 196. | Bratz Xpress It! Sasha | 17806 |
| 13 | 197. | Bratz Fall 2002 Cloe | 17807 |
| 14 | 198. | Bratz  Xpress It! Meygan | 17808 |
| 15 | 199. | Bratz Xpress It! Jade | 17809 |
| 16 | 200. | Bratz Doll S02 Sasha | 17810 |
| 17 | 201. | Bratz Doll S02 Jade | 17811 |
| 18 | 202. | Bratz Doll S02 Yasmin | 17812 |
| 19 | 203. | Beach Party Bratz-Cloe | 17813 |
| 20 | 204. | Beach Party Bratz-Jade | 17814 |
| 21 | 205. | Bratz Stylin' Hair Studio | 17815 |
| 22 | 206. | Bratz Dynamite Cloe | 18290 |
| 23 | 207. | Bratz Life in Concert Sasha | 18291 |
| 24 | 208. | Bratz Play Sportz Basketball | 18292 |
| 25 | 209. | Cloe | 18512 |
| 26 | 210. | Cloe | 18513 |
| 27 | 211. | Bratz Funk N' Glow Jade | 18542 |
| 28 | | | |

| 212. | Bratz Birthday - Cloe | 18650 |
|---|---|---|
| 213. | Bratz Birthday Yasmin | 18651 |
| 214. | Bratz X-Treme Skate Boarding RC Sasha | 18652 |
| 215. | Costume Party Lela | 18653 |
| 216. | Bratz Fashion Pixiez Dee | 18654 |
| 217. | Bratz Feelin' Pretty Collection Dana | 18655 |
| 218. | Bratz Funk N' Glow - Cloe | 18656 |
| 219. | Bratz Girls Night Out- Dana | 18657 |
| 220. | Bratz Hollywood Yasmin | 18658 |
| 221. | Bratz Hollywood Phoebe | 18659 |
| 222. | Bratz Jade Hot Summer Dayz | 18660 |
| 223. | Bratz Vinessa Ice Champions | 18661 |
| 224. | Bratz Maribel Ice Champions | 18662 |
| 225. | Bratz Jade Magic Hair | 18663 |
| 226. | Bratz Fianna Midnight Dance | 18664 |
| 227. | Bratz Fianna Nighty Nite | 18665 |
| 228. | Bratz Roxxi Play Sportz | 18666 |
| 229. | Bratz Phoebe Play Sportz | 18667 |
| 230. | Bratz Lilee Play Sportz | 18668 |
| 231. | Bratz Katia Play Sportz | 18669 |
| 232. | Bratz Play Sportz Sportz Teamz (Cloe & Katia) | 18670 |
| 233. | Yasmin Bratz Costume Party | 18671 |
| 234. | Bratz Play Sportz Sportz Teamz (Dana & Leah) | 18672 |
| 235. | Bratz Vinessa Play Sportz | 18673 |
| 236. | Bratz Princess Sisterz (Ciara & Diona) | 18674 |
| 237. | Bratz Cloe Rodeo | 18675 |
| 238. | Bratz Jade Rock Angelz | 18676 |

| | | |
|---|---|---|
| 239. | Bratz Rodeo Sorya | 18677 |
| 240. | Bratz Secret Date Nevra | 18678 |
| 241. | Bratz Sisterz (Lilani & Kiani) | 18679 |
| 242. | Bratz Slumber Party Yasmin | 18680 |
| 243. | Bratz Sleep Over Jade | 18681 |
| 244. | Bratz Spring Break Leah | 18682 |
| 245. | Bratz Step Out Meygan | 18683 |
| 246. | Bratz Sun Kissed Summer Cloe | 18684 |
| 247. | Bratz Sweet Dreamz Pajama Party - Siernna | 18685 |
| 248. | Bratz Sweet Dreamz Pajama Party - Kumi | 18686 |
| 249. | Sweet Heart Lilee | 18687 |
| 250. | Bratz Twiins Krysta & Lela (identical) | 18688 |
| 251. | Bratz Twins Collector | 18689 |
| 252. | Fabulous Las Vegas Tiana | 18690 |
| 253. | Bratz Wild Life Safari- Fianna | 18691 |
| 254. | Bratz Wild Wild West Kiana | 18692 |
| 255. | Bratz Wintertime Collection Cloe | 18693 |
| 256. | Bratz Wintertime Collection Yasmin | 18694 |
| 257. | Bratz Girlfriendz Cloe | 18695 |
| 258. | Bratz Funk Out! Sasha | 18697 |
| 259. | Bratz Funk Out! Sasha | 18698 |
| 260. | Bratz Cloe | 18701 |
| 261. | Bratz Yasmin | 18702 |
| 262. | Bratz Play Sportz Soccer Cloe | 18703 |
| 263. | Bratz Jade | 18704 |
| 264. | Bratz Genie Magic Yasmin | 18705 |
| 265. | Bratz Play Sportz Inline Skating Sasha | 18706 |

| | | |
|---|---|---|
| 266. | Bratz Ice Champions Dana | 18707 |
| 267. | Bratz Summer Days Cloe | 18708 |
| 268. | Bratz Adventure Girlz Yasmin | 18709 |
| 269. | Bratz Girlz Night Out Sasha | 18710 |
| 270. | Bratz Bday Meygan | 18711 |
| 271. | Bratz Kidz Yasmin | 18712 |
| 272. | Bratz Passion 4 Fashion Cloe | 18713 |
| 273. | Bratz Flashback Fever Fianna | 18714 |
| 274. | Bratz Jade | 18715 |
| 275. | Bratz FM Cruiser Jade | 18716 |
| 276. | Bratz Safari Meygan | 18717 |
| 277. | Bratz Safari Meygan | 18718 |
| 278. | Bratz Play Sportz Basketball Yasmin & Jade | 18719 |
| 279. | Bratz Play Sportz Tennis Jade & Meygan | 18720 |
| 280. | Bratz Play Sportz Jade & Yasmin | 18721 |
| 281. | Bratz Play Sportz Megan & Yasmin | 18722 |
| 282. | Bratz Play Sportz Cloe & Yasmin | 18723 |
| 283. | Bratz Wild Wild West Yasmin | 18724 |
| 284. | Bratz Play Sportz Skiing Yasmin | 18725 |
| 285. | Bratz Funk n Glo Cloe | 18726 |
| 286. | Bratz Funk n Glo Sasha | 18727 |
| 287. | Bratz Sleepin' Style Sasha | 18728 |
| 288. | Bratz Sleepin in style Sasha | 18729 |
| 289. | Bratz Live in Concert Yasmin | 18730 |
| 290. | Bratz Sweet Heart Sasha | 18731 |
| 291. | Bratz Sweet Heart Yasmin | 18732 |
| 292. | Bratz Triiplets | 18735 |

Exhibit A

| | | | |
|---|---|---|---|
| 293. | Bratz Sleepin Style Meygan | 18737 |
| 294. | Bratz Sunkissed Summer Jade | 18738 |
| 295. | Bratz Midnite Dance Fianna | 18739 |
| 296. | Bratz Goldmedal Gymnyst Cloe | 18740 |
| 297. | Bratz Girlz Nite Out Yasmin | 18741 |
| 298. | Bratz Sunkissed Summer Jade | 18742 |
| 299. | Bratz Sunkissed Summer Cloe | 18743 |
| 300. | Bratz Sunkissed Summer Jade | 18744 |
| 301. | Bratz Bratz Dynamite Nevra | 18745 |
| 302. | Bratz Genie Magic Jade | 18746 |
| 303. | Bratz Bratz Treasures Roxxi | 18747 |
| 304. | Bratz Wildlife Safari Nevra | 18748 |
| 305. | Bratz Wildlife Safari Fianna | 18749 |
| 306. | Bratz Wildlife Safari Nevra | 18750 |
| 307. | Bratz Bratz Bday Yasmin | 18751 |
| 308. | Bratz Bratz Treasures Yasmin | 18752 |
| 309. | Bratz Bratz I-Candy Phoebe | 18753 |
| 310. | Bratz Bratz I-Candy Cloe | 18754 |
| 311. | Bratz Sunkissed Summer Sasha | 18755 |
| 312. | Bratz Sunkissed Summer Dana | 18756 |
| 313. | Bratz Sunkissed Summer Yasmin | 18757 |
| 314. | Bratz Sunkissed Summer Yasmin | 18758 |
| 315. | Bratz Ooh-la-la Kumi | 18759 |
| 316. | Bratz Funky Fashion Makeover Cloe | 18760 |
| 317. | Bratz Funky Fashion Makeover Meygan | 18761 |
| 318. | Bratz Funky Fashion Makeover Nevra | 18762 |
| 319. | Bratz Play Sportz Soccer Katia & Cloe | 18763 |

| | | | |
|---|---|---|---|
| 1 | 320. | Bratz Funky Fashion Makeover Dana | 18764 |
| 2 | 321. | Bratz Play Sportz Cloe & Yasmin Softball | 18765 |
| 3 | 322. | Bratz Camfire Yasmin | 18766 |
| 4 | 323. | Bratz Live in Concert Dana | 18767 |
| 5 | 324. | Bratz Doll Dynamite Meygan | 18768 |
| 6 | 325. | Bratz Doll Live in Concert Cloe | 18769 |
| 7 | 326. | Bratz Doll Bday Bash Phoebe | 18770 |
| 8 | 327. | Bratz Doll Gymnastics Gold Medal Yasmin | 18771 |
| 9 | 328. | Bratz Doll Bratz Bday Jade | 18772 |
| 10 | 329. | Bratz Doll Bratz Back 2 School Yasmin | 18773 |
| 11 | 330. | Bratz Doll Blind Date Jade | 18774 |
| 12 | 331. | Yasmin Bratz Fashion Pixiez | 17524 |
| 13 | 332. | Bratz Cloe Talking | 17577 |
| 14 | 333. | Jade Movie Bratz | 17731 |
| 15 | 334. | Bratz Sculpt | 17733 |
| 16 | 335. | Bratz Sculpt | 18858 |
| 17 | 336. | Bratz Sculpt | 18859 |
| 18 | 337. | Bratz Walking body (without clothes) | 18871 |
| 19 | 338. | Bratz body (without clothes) | 18872 |
| 20 | 339. | Bratz body (without clothes) | 18873 |
| 21 | 340. | Bratz Cloe Walking | 18879 |
| 22 | 341. | Bratz Fabulous Bratz Yasmin | 14001 |
| 23 | 342. | Bratz Dynamite Nevra | 14003 |
| 24 | 343. | Bratz Hollywood Dana | 14004 |
| 25 | 344. | Bratz Sleep Over - Meygan | 14005 |
| 26 | 345. | Bratz Motorcycle Style! - Meygan | 14007 |
| 27 | 346. | Bratz Secret Date Meygan | 14008 |
| 28 | | | |

| | | | |
|---|---|---|---|
| 347. | Design Your Own Bratz Yasmin | 14009 |
| 348. | Bratz Fabulous Bratz Sasha | 14010 |
| 349. | Bratz Birthday Bash Sasha | 14011 |
| 350. | Bratz FM Cruiser Radio Shack Yasmin | 14012 |
| 351. | Bratz FM Cruiser Radio Shack Sasha | 14013 |
| 352. | Bratz Hollywood Cloe | 14014 |
| 353. | Bratz Step Out! Yasmin | 14015 |
| 354. | Bratz Step Out! Jade | 14016 |
| 355. | Bratz Tokyo-A-Go Go! Cloe | 14017 |
| 356. | Bratz Tokyo-A-Go-Go! Sasha | 14018 |
| 357. | Bratz Tokyo-A-Go Go! Yasmin | 14019 |
| 358. | Bratz Wintertime Collection Yasmin | 14020 |
| 359. | Bratz Wintertime Collection Jade | 14021 |
| 360. | Bratz Slumber Party - Yasmin | 14022 |
| 361. | Bratz Slumber Party - Meygan | 14023 |
| 362. | Bratz Slumber Party - Sasha | 14024 |
| 363. | Bratz Slumber Party - Jade | 14025 |
| 364. | Bratz Slumber Party - Cloe | 14026 |
| 365. | Bratz Secret Date Jade | 14027 |
| 366. | Bratz Wintertime Collection Sasha | 14028 |
| 367. | Bratz Sleep Over - Sasha | 14029 |
| 368. | Bratz S07 Adventure Girlz Cloe | 14031 |
| 369. | Bratz S07 Adventure Girlz Yasmin | 14032 |
| 370. | Bratz S07 Adventure Girlz Sasha | 14033 |
| 371. | Bratz Back to School - Pheobe | 14034 |
| 372. | Bratz Birthday - Yasmin | 14036 |
| 373. | Bratz Birthday Cloe | 14037 |

| | | | |
|---|---|---|---|
| 1 | 374. | Bratz Birthday Sasha | 14039 |
| 2 | 375. | Bratz Birthday Bash Yasmin | 14040 |
| 3 | 376. | Bratz X-Treme Skate Boarding RC Yasmin | 14043 |
| 4 | 377. | Bratz X-Treme Skate Boarding RC Cloe | 14045 |
| 5 | 378. | Bratz CampFire Cloe | 14046 |
| 6 | 379. | Bratz CampFire Phoebe | 14047 |
| 7 | 380. | Bratz CampFire Dana | 14048 |
| 8 | 381. | Bratz Cloe Collector Doll | 14049 |
| 9 | 382. | Bratz Fashion Pixiez Doll Cloe | 14051 |
| 10 | 383. | Bratz Fashion Pixiez Doll Jade | 14052 |
| 11 | 384. | Bratz Fashion Pixiez Doll Breeana | 14053 |
| 12 | 385. | Bratz Feelin' Pretty Collection Cloe | 14055 |
| 13 | 386. | Bratz Feelin' Pretty Collection Sasha | 14057 |
| 14 | 387. | Bratz Flashback Fever Cloe | 14058 |
| 15 | 388. | Bratz Flashback Fever Yasmin | 14059 |
| 16 | 389. | Bratz Flashback Fever Jade | 14060 |
| 17 | 390. | Bratz Forever Diamondz Sasha | 14061 |
| 18 | 391. | Bratz Forever Diamondz Cloe | 14062 |
| 19 | 392. | Bratz Forever Diamondz Yasmin | 14063 |
| 20 | 393. | Bratz Forever Diamondz Sharidan | 14064 |
| 21 | 394. | Bratz Formal Funk Collection Cloe | 14065 |
| 22 | 395. | Bratz Formal Funk Collection Yasmin | 14066 |
| 23 | 396. | Bratz Formal Funk Collection - Jade | 14067 |
| 24 | 397. | Bratz Formal Funk Collection - Sasha | 14068 |
| 25 | 398. | Bratz Funk N' Glow - Yasmin | 14069 |
| 26 | 399. | Bratz Funk N Glow - Sasha | 14071 |
| 27 | 400. | Bratz Funk N Glow - Dana | 14072 |
| 28 | | | |

Exhibit A

| | | | |
|---|---|---|---|
| 1 | 401. | Bratz Funk N' Glow Yasmin | 14073 |
| 2 | 402. | Bratz Funk N' Glow Meygan | 14075 |
| 3 | 403. | Bratz Funk Out! Cloe | 14076 |
| 4 | 404. | Bratz Funk Out! Yasmin | 14077 |
| 5 | 405. | Bratz Funk Out! Jade | 14078 |
| 6 | 406. | Bratz Funk Out! Dana | 14079 |
| 7 | 407. | Bratz Funk Out! Nevra | 14080 |
| 8 | 408. | Bratz Funk Out! Fianna | 14081 |
| 9 | 409. | Bratz Funky Fashion Makeover - Jade | 14082 |
| 10 | 410. | Bratz Funky Fashion Makeover - Sasha | 14083 |
| 11 | 411. | Bratz Funky Fashion Makeover - Dana | 14084 |
| 12 | 412. | Bratz Funky Fashion Makeover - Fianna | 14085 |
| 13 | 413. | Bratz Funky Fashion Makeover - Dana | 14086 |
| 14 | 414. | Bratz Funky Fashion Makeover - Nevra | 14087 |
| 15 | 415. | Bratz Genie Magic - Cloe | 14088 |
| 16 | 416. | Bratz Girls Night Out- Jade | 14090 |
| 17 | 417. | Bratz S07 Hot Summer Dayz Cloe | 14094 |
| 18 | 418. | Bratz S07 Hot Summer Dayz Yasmin | 14095 |
| 19 | 419. | Bratz S07 Hot Summer Dayz Sasha | 14097 |
| 20 | 420. | Bratz Ice Champions Yasmin | 14098 |
| 21 | 421. | Bratz Ice Champions Dana | 14099 |
| 22 | 422. | Bratz Live In Concert Jade | 14102 |
| 23 | 423. | Bratz Live In Concert Nevra | 14103 |
| 24 | 424. | Bratz S07 Magic Hair Cloe | 14104 |
| 25 | 425. | Bratz S07 Magic Hair Sasha | 14106 |
| 26 | 426. | Bratz Midnight Dance Meygan | 14107 |
| 27 | 427. | Bratz Motorcycle Style!  Yasmin | 14109 |
| 28 | | | |

| | | |
|---|---|---|
| 428. | Bratz Motorcycle - Jade | 14110 |
| 429. | Bratz Nighty Night Collection- Cloe | 14111 |
| 430. | Bratz Nighty Night Collection- Yasmin | 14112 |
| 431. | Bratz Nighty Night Collection- Jade | 14113 |
| 432. | Bratz Nighty Night Collection- Sasha | 14115 |
| 433. | Bratz OOH LA LA Dana | 14116 |
| 434. | Bratz P4F Cloe | 14117 |
| 435. | Bratz Passion For Fashion Jade | 14118 |
| 436. | Bratz P4F Jade | 14119 |
| 437. | Bratz Passion For Fashion Sasha | 14120 |
| 438. | Bratz P4F Sasha | 14121 |
| 439. | Bratz Passion For Fashion Yasmin | 14122 |
| 440. | Bratz P4F Yasmin | 14123 |
| 441. | Bratz Play Sportz Yasmin Soccer | 14124 |
| 442. | Bratz Play Sportz Meygan Bowling | 14125 |
| 443. | Bratz Passion For Fashion Cloe | 14126 |
| 444. | Bratz Play Sportz Tennis Fianna | 14127 |
| 445. | Bratz Play Sportz Basketball Dana | 14129 |
| 446. | Bratz Play Sportz Gymnastics - Yasmin | 14130 |
| 447. | Bratz Play Sportz Cheerleader Cloe | 14132 |
| 448. | Play Sportz One on One Basket Ball Jade & Meygan | 14133 |
| 449. | Play Sportz One on One Tennis Cloe & Jade | 14134 |
| 450. | Bratz Play Sportz Teamz Softball Dana & Cloe | 14138 |
| 451. | Bratz Play Sportz Teamz Soccer - Roxxi & Cloe | 14140 |
| 452. | Bratz Play Sportz Doll Cheerleading - Yasmin | 14141 |
| 453. | Bratz Play Sportz Doll Dance-Fianna | 14142 |
| 454. | Bratz Play Sportz Doll Soccer-Cloe | 14143 |

Exhibit A

| | | |
|---|---|---|
| 455. | Bratz World London Pretty 'N' Punk Yasmin | 14144 |
| 456. | Bratz World London Pretty 'N' Punk Jade | 14145 |
| 457. | Bratz World London Pretty 'N' Punk Meygan | 14146 |
| 458. | Bratz Princess - Cloe | 14147 |
| 459. | Bratz Princess - Yasmin | 14148 |
| 460. | Bratz Princess - Jade | 14149 |
| 461. | Bratz Princess - Fianna | 14150 |
| 462. | Bratz Rock Angelz Yasmin | 14153 |
| 463. | Bratz Rock Angelz Cloe | 14154 |
| 464. | Bratz Rock Angelz Sasha | 14156 |
| 465. | Bratz Rodeo Yasmin | 14158 |
| 466. | Bratz Secret Date Cloe | 14161 |
| 467. | Bratz Secret Date Yasmin | 14162 |
| 468. | Bratz Sleep Over - Yasmin | 14164 |
| 469. | Bratz Slumber Party - Jade | 14167 |
| 470. | Bratz Slumber Party - Cloe | 14168 |
| 471. | Bratz Spring Break Doll Pack - Yasmin | 14169 |
| 472. | Bratz Step Out! Cloe | 14170 |
| 473. | Bratz Step Out! Sasha | 14171 |
| 474. | Bratz Strut It Cloe | 14173 |
| 475. | Bratz Strut It - Yasmin | 14174 |
| 476. | Bratz Strut It - Jade | 14175 |
| 477. | Bratz Strut It - Sasha | 14176 |
| 478. | Bratz Style It - Yasmin | 14177 |
| 479. | Bratz Style It - Jade | 14178 |
| 480. | Bratz Style It - Sasha | 14179 |
| 481. | Bratz Sun-Kissed Summer - Yasmin | 14180 |

| | | |
|---|---|---|
| 482. | Bratz Sun-Kissed Summer - Sasha | 14181 |
| 483. | Bratz Sweet Dreamz Pajama Party - Cloe | 14182 |
| 484. | Bratz Sweet Dreamz Pajama Party - Yasmin | 14183 |
| 485. | Bratz Sweet Dreamz Pajama Party - Felicia | 14186 |
| 486. | Bratz Special Feature Talking Jade | 14187 |
| 487. | Bratz Special Feature Talking Sasha | 14188 |
| 488. | Bratz Tokyo-A-Go Go! Jade | 14189 |
| 489. | Bratz Treasures! Cloe | 14190 |
| 490. | Bratz Treasures! Yasmin | 14191 |
| 491. | Bratz Fabulous Bratz Cloe | 14194 |
| 492. | Bratz Wild Life Safari- Nevra | 14195 |
| 493. | Bratz Wild Life Safari- Cloe | 14197 |
| 494. | Bratz Wild Wild West Fianna | 14198 |
| 495. | Bratz Wild Wild West Dana | 14199 |
| 496. | Bratz Wintertime Collection Dana | 14203 |
| 497. | Bratz Wintertime Collection - Jade | 14204 |
| 498. | Bratz Wintertime Collection Dana | 14205 |
| 499. | Bratz Fall 2002 - Jade | 14206 |
| 500. | Bratz Fall 2002 - Sasha | 14207 |
| 501. | Bratz Fall 2002 - Meygan | 14208 |