1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                     EASTERN DIVISION

11  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)

12              Plaintiff,               Consolidated with
                                         Case No.    CV 04-09059
13          vs.                          Case No.    CV 05-2727

14  MATTEL, INC., a Delaware             **[Proposed] ORDER GRANTING
    corporation,                         MATTEL INC,'S *EX PARTE*
15                                       APPLICATION FOR LEAVE TO
                Defendant.               LODGE NON-PAPER PHYSICAL
16                                       EXHIBITS IN SUPPORT OF
                                         MATTEL'S MOTION FOR A
17  AND CONSOLIDATED ACTIONS             PERMANENT INJUNCTION**

18                                       **Phase 1(a)**
                                         Trial Date:   May 27, 2008
19
                                         **Phase 1(b)**
20                                       Trial Date:   July 23, 2008

21

22

23

24

25

26

27

28

07209/2653625.1

PROPOSED ORDER

1

2

### [Proposed] Order

3

4          Having considered Mattel Inc.'s *Ex Parte* Application For Leave to

5  Lodge Non-Paper Physical Exhibits In Support Of Mattel's Motion For A Permanent

6  Injunction ("Application") and such other matters as the Court deems appropriate,

7  and good cause appearing therefore, it is hereby ORDERED that Mattel may lodge

8  the non-paper physical exhibits identified in Exhibit A hereto.

9          IT IS SO ORDERED.

10

11  DATED:  October ___, 2008          _____

12                                     Hon. Stephen G. Larson
                                       United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

| | Description | SKU | Photo ID |
|---|---|---|---|
| 1. | Play Sportz X-treme Kick Boxing Cloe | 379034 | 1505 |
| 2. | Walking Yasmin | 366539 | 1517 |
| 3. | Designed by Sasha | 379515 | 1545 |
| 4. | Introducing "Kina" | 382522 | 1547 |
| 5. | The Movie – Movie Making Set "Sharidan" | 355267 | 1549 |
| 6. | Bratz World Cloe's House | 382935 | 1551 |
| 7. | Wild Wild West - Yasmin | 411956 | 1554 |
| 8. | Wild Wild West - Cloe | 411949 | 1555 |
| 9. | Wild Wild West - Fianna | 411963 | 1556 |
| 10. | Play Sportz X-treme – Skate Boarding Leah | 379041 | 1557 |
| 11. | Fashion Designer Cloe | 370918 | 1558 |
| 12. | Fashion Designer Yasmin | 370901 | 1559 |
| 13. | Designed by Cloe | 379492 | 1560 |
| 14. | Designed by Yasmin | 379485 | 1561 |
| 15. | Passion 4 Fashion Yasmin | 354734 | 1562 |
| 16. | Passion 4 Fashion Cloe | 354741 | 1563 |
| 17. | Wintertime Collection Yasmin | 379324 | 1565 |
| 18. | Sweet Dreamz Pajama Party Yasmin | 411543 | 1566 |
| 19. | Bratz Doll - Aubrey! | 379270 | 1567 |
| 20. | Familiez – Cloe & Her Sister Sonya | 384724 | 1568 |
| 21. | Familiez – Yasmin & Her Mom Portia | 384557 | 1569 |
| 22. | Jetset Playset - Katia | 385578 E5 | 1572 |
| 23. | Girlfriendz Nite Out Phoebe | 408871 | 1574 |
| 24. | Grilfriendz Yasmin | 407980 | 1575 |

| | | | |
|---|---|---|---|
| 25. | Fashion Stylistz Cloe | 362401 | 1576 |
| 26. | Nighty-Nite Cloe | 384762 | 1578 |
| 27. | Neon Pop Divaz Sasha | 368465 | 1579 |
| 28. | Costume Party - Pretty Pirate Yasmin | 384496 | 1580 |
| 29. | Costume Party - Wicked Witch Meygan | 384502 | 1581 |
| 30. | Costume Party - Pouty Princess Cloe | 384489 | 1582 |
| 31. | Play Sportz X-Treme Sky Diving Yasmin | 379027 | 1583 |
| 32. | Play Sportz Gymnasitcs Sasha | 374442 | 1585 |
| 33. | Yasmin the Pretty Princess | 385387 | 1586 |
| 34. | Celebritiez - Movie Star Yasmin | 379065 | 1588 |
| 35. | Wintertime Collection Sasha | 383956 | 1589 |
| 36. | Celebritiez - Dance Star Cloe | 382898 | 1590 |
| 37. | Girlz Really Rock - Hip Hop Hottie Sasha | 381198 | 1592 |
| 38. | Star Singerz Yasmin | 355090 | 1593 |
| 39. | Play Sportz Racecar Dana | 362371 | 1595 |
| 40. | Bratz Nighty-Nite Sasha | 385325 | 1598 |
| 41. | Fashion Designer Sasha | 370932 | 1599 |
| 42. | Sportz - RC X-Treme Skateboarding Sasha | 353201 P | 1600 |
| 43. | Bratz Fashion Stylistz "Yasmin" (Hair Stylist) | 36245 | 1601 |
| 44. | Bratz Forever Diamondz "Cloe" | 334088 | 1602 |
| 45. | Bratz Magic Fashion Nails "Cloe" | 368540 | 1603 |
| 46. | Bratz Magic Fashion Nails "Yasmin" | 368533 | 1604 |
| 47. | Bratz Holiday "Cloe" | 379690 | 1605 |
| 48. | Bratz SunKissed "Yasmin" | 368397 | 1607 |
| 49. | Bratz The Fashion Show Evening Wear Collection "Cloe" | 370826 | 1608 |
| 50. | Bratz The Fashion Show Sleepwear Collection "Yasmin" | 373636 | 1609 |
| 51. | Bratz Magic Hair Color "Fianna" | 383468 | 1611 |

| | | | |
|---|---|---|---|
| 52. | Bratz Play Sportz "Cloe" (Cheerleading) | 374435 | 1612 |
| 53. | Bratz Play Sportz "Katia" (Scuba Diving) | 375876 | 1613 |
| 54. | Bratz Girlz Really Rock "Cloe" | 379416 | 1614 |
| 55. | Bratz Magic Hair Color "Cloe" | 379652 | 1615 |
| 56. | Bratz Magic Hair Color "Leah" | 379645 | 1616 |
| 57. | Bratz Birthday "Cloe" | 343622 | 1617 |
| 58. | Bratz Birthday "Meygan" | 343646 | 1618 |
| 59. | Bratz Birthday "Yasmin" | 343639 | 1619 |
| 60. | Bratz Passion 4 Fashion Spotlight Collection "Cloe" | 368359 | 1620 |
| 61. | Bratz Passion 4 Fashion Spotlight Collection "Yasmin" | 368342 | 1625 |
| 62. | Bratz Wintertime Collection "Cloe" | 379331 | 1626 |
| 63. | Bratz Girlz Really Rock "Yasmin" | 379409 | 1629 |
| 64. | Bratz Play Sportz "Yasmin" (Hip Hop Dance) | 374498 | 1630 |
| 65. | Bratz Neon Pop Divaz "Cloe" | 368458 | 1631 |
| 66. | Bratz Pampered Pupz "Yasmin" | 343592 | 1632 |
| 67. | Bratz The Fashion Show "Cloe" | 350910 | 1633 |
| 68. | Bratz Spider-Man 3 "Cloe" | 362654 | 1634 |
| 69. | Bratz Fashion Stylistz "Leah" (Nail Stylist) | 362418 | 1636 |
| 70. | Bratz The Movie "Sasha" | 358442 | 1637 |
| 71. | Bratz Designed by Jade (w/ perfume) | 379508 | 1638 |
| 72. | Bratz "Destiny" | 379287 | 1641 |
| 73. | Bratz "Kina" | 382522 | 1642 |
| 74. | Bratz Nighty-Nite "Cloe" | 384762 | 1643 |
| 75. | Bratz Nighty-Nite "Yasmin" | 384755 | 1644 |
| 76. | Bratz Play Sportz Extreme "Cloe" (Kick Boxing) | 379034 | 1645 |
| 77. | Bratz Holiday "Yasmin" | 382904 | 1647 |
| 78. | Bratz Play Sportz "Cloe" (Ice Skating) | 354567 | 1648 |

| | | | |
|---|---|---|---|
| 79. | Bratz The Movie "Cloe" | 358428 | 1649 |
| 80. | Bratz World Cloe's House | 382935 | 1651 |
| 81. | Bratz World Yasmin's House | 382928 | 1652 |
| 82. | Bratz Girlz Really Rock "Jade" | 379423 | 1653 |
| 83. | Bratz Magic Make Up "Cloe" | 355168 | 1654 |
| 84. | Bratz Wild Wild West "Meygan" | 411970 | 1655 |
| 85. | Bratz World Twins "Peyton" & "Nevaeh" | 381389 | 1657 |
| 86. | Bratz The Fashion Show Sleepwear Collection-Cloe | 373643 | 1677 |
| 87. | Cloe-Bratz Sweet Heart | 368229 | 1681 |
| 88. | Yasmin-Bratz Sweet Heart | 368236 | 1680 |
| 89. | Yasmin-The Fashion Show-Swim Wear Collection | 373674 | 1682 |
| 90. | Yasmin-The Fashion Show, Evening Wear Collection | 370819 | 1688 |
| 91. | Yasmin-The Fashion Show | 362661 | 1689 |
| 92. | Yasmin-Neon Pop Divaz | 368441 | 1676 |
| 93. | Bratz Be-Bratz.com, Be-Bratz in the Bratz World | 365433 | 1679 |
| 94. | Yasmin--Bratz The Movie | 368411P | 1686 |
| 95. | Yasmin Magic Make Up | 352013 | 1684 |
| 96. | Sasha, X-treme Rock Climbing, Bratz Play Sports | 378389 | 1678 |
| 97. | Cloe, Bratz (Cloe, the Angel, with Heavenly Style) | 385370 | 1687 |

|  |  | **Trial Exhibit Number** |
|---|---|---|
| 98. | Bratz Birthday Jade | 14416 |
| 99. | Bratz Slumber Party Sasha | 14543 |
| 100. | 2007 Yasmin (Girlfriendz Nite Out) | 14623 |
| 101. | 2008 Yasmin (Girlz Really Rock) | 14624 |
| 102. | 2008 Sasha (Girls Really Rock) | 14626 |
| 103. | 2008 Jade (Girlz Really Rock) | 14627 |

| | | |
|---|---|---|
| 104. | 2007 Cloe (Star Singerz) | 14628 |
| 105. | 2008 Cloe (Magic Hair Color) | 14629 |
| 106. | Bratz Back to School Yasmin | 17362 |
| 107. | Bratz, The Xpress It Fashion Collection, Yasmin | 17366 |
| 108. | Bratz F.M. Cruiser | 17367 |
| 109. | Bratz Funk 'N' Glow | 17368 |
| 110. | Bratz Tokyo a Go-go | 17369 |
| 111. | Bratz, The Funk Out Fashion Collection, Sasha | 17494 |
| 112. | Bratz Flashback Fever Hanna | 17495 |
| 113. | Bratz i candy Cloe | 17496 |
| 114. | Bratz i candy Phoebe | 17497 |
| 115. | Bratz World! Colletor's Edition | 17498 |
| 116. | Bratz Blind Date Collection | 17499 |
| 117. | Bratz Midnight Dance | 17500 |
| 118. | Bratz Treasures! | 17501 |
| 119. | Bratz Fabulous Bratz Fiana | 17502 |
| 120. | Bratz OOH LA LA Kumi | 17503 |
| 121. | Bratz Life in Concert Dana | 17504 |
| 122. | Bratz Life in Concert Yasmin | 17505 |
| 123. | Bratz Wild Wild West Yasmin | 17506 |
| 124. | Bratz Dynamite Cloe | 17507 |
| 125. | Bratz Twins Tess & Nona | 17508 |
| 126. | Design Your Own Bratz Cloe | 17509 |
| 127. | Flower Girlz | 17510 |
| 128. | Bratz Play Sportz Doll Inline Skating Sasha | 17511 |
| 129. | Costume Party Jasmin | 17512 |
| 130. | Bratz S07 Pampered Pups Cloe | 17513 |

| 131. | Birthday Sasha | 17514 |
| 132. | Bratz S07 Adventure Girlz Jade | 17516 |
| 133. | Bratz Back to School - Cloe | 17517 |
| 134. | Birthday Meygan | 17518 |
| 135. | Bratz Birthday Bash Cloe | 17519 |
| 136. | Bratz X-Treme Skate Boarding RC Sasha | 17520 |
| 137. | Bratz CampFire Felicia | 17521 |
| 138. | Big Bratz Collector Doll Yasmin | 17522 |
| 139. | Bratz Meygan Collector Doll | 17523 |
| 140. | Bratz Fashion Pixiez Doll Yasmin | 17524 |
| 141. | Fashion Pixiez | 17525 |
| 142. | Bratz Flashback Fever Sasha | 17526 |
| 143. | Bratz Forever Diamondz Jade | 17527 |
| 144. | Bratz Formal Punk Super Stylin' Runway Disco | 17528 |
| 145. | Bratz Formal Funk Collection - Dana | 17529 |
| 146. | Bratz Funk N Glow Jade | 17530 |
| 147. | Bratz Funk N' Glow Cloe | 17531 |
| 148. | Bratz Funky Fashion Makeover - Cloe | 17533 |
| 149. | Bratz Funky Fashion Makeover - Yasmin | 17534 |
| 150. | Bratz Funky Fashion Makeover- Meygan | 17535 |
| 151. | Bratz Genie Magic - Megan | 17536 |
| 152. | Genie Magic Sasha | 17537 |
| 153. | Bratz Doll (Girlz Night Out) Cloe | 17538 |
| 154. | Bratz Gold Medal Gymnasts Sasha | 17539 |
| 155. | Bratz Holiday Doll - Trinity | 17540 |
| 156. | Bratz I-Candy Yasmin | 17541 |
| 157. | Bratz Doll  (Live N Concert) Cloe | 17542 |

| | | | |
|---|---|---|---|
| 1 | 158. | Bratz S07 Magic Hair Yasmin | 17543 |
| 2 | 159. | Midnight Dance Jasmin | 17544 |
| 3 | 160. | Bratz Motorcycle Style! - Cloe | 17545 |
| 4 | 161. | Bratz OOH LA LA Cloe | 17546 |
| 5 | 162. | Bratz Doll - Cloe | 17550 |
| 6 | 163. | Bratz Doll - Jade | 17551 |
| 7 | 164. | Bratz Doll - Sasha | 17558 |
| 8 | 165. | Bratz Doll - Yasmin | 17561 |
| 9 | 166. | Bratz Play Sportz Sasha Cheerleading | 17563 |
| 10 | 167. | Play Sportz One on One Tennis Cloe & Meygan | 17564 |
| 11 | 168. | Bratz World London Pretty 'N' Punk Cloe | 17565 |
| 12 | 169. | Bratz Princess - Roxxi | 17566 |
| 13 | 170. | Shrek Doll Yasmine | 17567 |
| 14 | 171. | Bratz Sleep Over - Cloe | 17568 |
| 15 | 172. | Spider Man Cloe | 17569 |
| 16 | 173. | Bratz Spring Break Doll Pack - Cloe | 17570 |
| 17 | 174. | Bratz Strut it - Meygan | 17571 |
| 18 | 175. | Bratz Style It - Cloe | 17572 |
| 19 | 176. | Bratz Style It - Dana | 17573 |
| 20 | 177. | Bratz Stylin Salon N Spa - Version 2 | 17574 |
| 21 | 178. | Bratz Sun-Kissed Summer - Cloe | 17575 |
| 22 | 179. | Sweet Heart Phoebe | 17576 |
| 23 | 180. | Bratz Special Feature Talking Cloe | 17577 |
| 24 | 181. | Bratz Special Feature Talking Yasmin | 17578 |
| 25 | 182. | Bratz Twins Collector Dolls | 17579 |
| 26 | 183. | Bratz Doll (Wild Life Safari) Meygan | 17580 |
| 27 | 184. | Bratz Wild Wild West Cloe | 17581 |
| 28 | | | |

| | | |
|---|---|---|
| 185. | Bratz Wintertime Collection Sasha | 17582 |
| 186. | Bratz Babyz Sitter (1 Bratz & 1 Babyz) Lana & Alicia | 17583 |
| 187. | Bratz Passion 4 Fasion Cloe | 17726 |
| 188. | Bratz Doll (Girfriendz Nite Out) Phoebe | 17727 |
| 189. | Bratz Girlfriendz Nite Out Sasha | 17728 |
| 190. | Bratz Play Sportz Yasmin | 17729 |
| 191. | Bratz Doll (Playz Sportz) Tess | 17730 |
| 192. | Bratz the Movie Jade | 17731 |
| 193. | Bratz the Movie Funky Fashion Makeover | 17772 |
| 194. | Bratz Holiday Yasmin | 17776 |
| 195. | Bratz Fall 2002 Yasmin | 17805 |
| 196. | Bratz Xpress It! Sasha | 17806 |
| 197. | Bratz Fall 2002 Cloe | 17807 |
| 198. | Bratz  Xpress It! Meygan | 17808 |
| 199. | Bratz Xpress It! Jade | 17809 |
| 200. | Bratz Doll S02 Sasha | 17810 |
| 201. | Bratz Doll S02 Jade | 17811 |
| 202. | Bratz Doll S02 Yasmin | 17812 |
| 203. | Beach Party Bratz-Cloe | 17813 |
| 204. | Beach Party Bratz-Jade | 17814 |
| 205. | Bratz Stylin' Hair Studio | 17815 |
| 206. | Bratz Dynamite Cloe | 18290 |
| 207. | Bratz Life in Concert Sasha | 18291 |
| 208. | Bratz Play Sportz Basketball | 18292 |
| 209. | Cloe | 18512 |
| 210. | Cloe | 18513 |
| 211. | Bratz Funk N' Glow Jade | 18542 |

| | | | |
|---|---|---|---|
| 212. | Bratz Birthday - Cloe | 18650 |
| 213. | Bratz Birthday Yasmin | 18651 |
| 214. | Bratz X-Treme Skate Boarding RC Sasha | 18652 |
| 215. | Costume Party Lela | 18653 |
| 216. | Bratz Fashion Pixiez Dee | 18654 |
| 217. | Bratz Feelin' Pretty Collection Dana | 18655 |
| 218. | Bratz Funk N' Glow - Cloe | 18656 |
| 219. | Bratz Girls Night Out- Dana | 18657 |
| 220. | Bratz Hollywood Yasmin | 18658 |
| 221. | Bratz Hollywood Phoebe | 18659 |
| 222. | Bratz Jade Hot Summer Dayz | 18660 |
| 223. | Bratz Vinessa Ice Champions | 18661 |
| 224. | Bratz Maribel Ice Champions | 18662 |
| 225. | Bratz Jade Magic Hair | 18663 |
| 226. | Bratz Fianna Midnight Dance | 18664 |
| 227. | Bratz Fianna Nighty Nite | 18665 |
| 228. | Bratz Roxxi Play Sportz | 18666 |
| 229. | Bratz Phoebe Play Sportz | 18667 |
| 230. | Bratz Lilee Play Sportz | 18668 |
| 231. | Bratz Katia Play Sportz | 18669 |
| 232. | Bratz Play Sportz Sportz Teamz (Cloe & Katia) | 18670 |
| 233. | Yasmin Bratz Costume Party | 18671 |
| 234. | Bratz Play Sportz Sportz Teamz (Dana & Leah) | 18672 |
| 235. | Bratz Vinessa Play Sportz | 18673 |
| 236. | Bratz Princess Sisterz (Ciara & Diona) | 18674 |
| 237. | Bratz Cloe Rodeo | 18675 |
| 238. | Bratz Jade Rock Angelz | 18676 |

| | | |
|---|---|---|
| 239. | Bratz Rodeo Sorya | 18677 |
| 240. | Bratz Secret Date Nevra | 18678 |
| 241. | Bratz Sisterz (Lilani & Kiani) | 18679 |
| 242. | Bratz Slumber Party Yasmin | 18680 |
| 243. | Bratz Sleep Over Jade | 18681 |
| 244. | Bratz Spring Break Leah | 18682 |
| 245. | Bratz Step Out Meygan | 18683 |
| 246. | Bratz Sun Kissed Summer Cloe | 18684 |
| 247. | Bratz Sweet Dreamz Pajama Party - Siernna | 18685 |
| 248. | Bratz Sweet Dreamz Pajama Party - Kumi | 18686 |
| 249. | Sweet Heart Lilee | 18687 |
| 250. | Bratz Twiins Krysta & Lela (identical) | 18688 |
| 251. | Bratz Twins Collector | 18689 |
| 252. | Fabulous Las Vegas Tiana | 18690 |
| 253. | Bratz Wild Life Safari- Fianna | 18691 |
| 254. | Bratz Wild Wild West Kiana | 18692 |
| 255. | Bratz Wintertime Collection Cloe | 18693 |
| 256. | Bratz Wintertime Collection Yasmin | 18694 |
| 257. | Bratz Girlfriendz Cloe | 18695 |
| 258. | Bratz Funk Out! Sasha | 18697 |
| 259. | Bratz Funk Out! Sasha | 18698 |
| 260. | Bratz Cloe | 18701 |
| 261. | Bratz Yasmin | 18702 |
| 262. | Bratz Play Sportz Soccer Cloe | 18703 |
| 263. | Bratz Jade | 18704 |
| 264. | Bratz Genie Magic Yasmin | 18705 |
| 265. | Bratz Play Sportz Inline Skating Sasha | 18706 |

| | | | |
|---|---|---|---|
| 266. | Bratz Ice Champions Dana | | 18707 |
| 267. | Bratz Summer Days Cloe | | 18708 |
| 268. | Bratz Adventure Girlz Yasmin | | 18709 |
| 269. | Bratz Girlz Night Out Sasha | | 18710 |
| 270. | Bratz Bday Meygan | | 18711 |
| 271. | Bratz Kidz Yasmin | | 18712 |
| 272. | Bratz Passion 4 Fashion Cloe | | 18713 |
| 273. | Bratz Flashback Fever Fianna | | 18714 |
| 274. | Bratz Jade | | 18715 |
| 275. | Bratz FM Cruiser Jade | | 18716 |
| 276. | Bratz Safari Meygan | | 18717 |
| 277. | Bratz Safari Meygan | | 18718 |
| 278. | Bratz Play Sportz Basketball Yasmin & Jade | | 18719 |
| 279. | Bratz Play Sportz Tennis Jade & Meygan | | 18720 |
| 280. | Bratz Play Sportz Jade & Yasmin | | 18721 |
| 281. | Bratz Play Sportz Megan & Yasmin | | 18722 |
| 282. | Bratz Play Sportz Cloe & Yasmin | | 18723 |
| 283. | Bratz Wild Wild West Yasmin | | 18724 |
| 284. | Bratz Play Sportz Skiing Yasmin | | 18725 |
| 285. | Bratz Funk n Glo Cloe | | 18726 |
| 286. | Bratz Funk n Glo Sasha | | 18727 |
| 287. | Bratz Sleepin' Style Sasha | | 18728 |
| 288. | Bratz Sleepin in style Sasha | | 18729 |
| 289. | Bratz Live in Concert Yasmin | | 18730 |
| 290. | Bratz Sweet Heart Sasha | | 18731 |
| 291. | Bratz Sweet Heart Yasmin | | 18732 |
| 292. | Bratz Triiplets | | 18735 |

| 293. | Bratz Sleepin Style Meygan | 18737 |
| 294. | Bratz Sunkissed Summer Jade | 18738 |
| 295. | Bratz Midnite Dance Fianna | 18739 |
| 296. | Bratz Goldmedal Gymnyst Cloe | 18740 |
| 297. | Bratz Girlz Nite Out Yasmin | 18741 |
| 298. | Bratz Sunkissed Summer Jade | 18742 |
| 299. | Bratz Sunkissed Summer Cloe | 18743 |
| 300. | Bratz Sunkissed Summer Jade | 18744 |
| 301. | Bratz Bratz Dynamite Nevra | 18745 |
| 302. | Bratz Genie Magic Jade | 18746 |
| 303. | Bratz Bratz Treasures Roxxi | 18747 |
| 304. | Bratz Wildlife Safari Nevra | 18748 |
| 305. | Bratz Wildlife Safari Fianna | 18749 |
| 306. | Bratz Wildlife Safari Nevra | 18750 |
| 307. | Bratz Bratz Bday Yasmin | 18751 |
| 308. | Bratz Bratz Treasures Yasmin | 18752 |
| 309. | Bratz Bratz I-Candy Phoebe | 18753 |
| 310. | Bratz Bratz I-Candy Cloe | 18754 |
| 311. | Bratz Sunkissed Summer Sasha | 18755 |
| 312. | Bratz Sunkissed Summer Dana | 18756 |
| 313. | Bratz Sunkissed Summer Yasmin | 18757 |
| 314. | Bratz Sunkissed Summer Yasmin | 18758 |
| 315. | Bratz Ooh-la-la Kumi | 18759 |
| 316. | Bratz Funky Fashion Makeover Cloe | 18760 |
| 317. | Bratz Funky Fashion Makeover Meygan | 18761 |
| 318. | Bratz Funky Fashion Makeover Nevra | 18762 |
| 319. | Bratz Play Sportz Soccer Katia & Cloe | 18763 |

| | | | |
|---|---|---|---|
| 1 | 320. | Bratz Funky Fashion Makeover Dana | 18764 |
| 2 | 321. | Bratz Play Sportz Cloe & Yasmin Softball | 18765 |
| 3 | 322. | Bratz Camfire Yasmin | 18766 |
| 4 | 323. | Bratz Live in Concert Dana | 18767 |
| 5 | 324. | Bratz Doll Dynamite Meygan | 18768 |
| 6 | 325. | Bratz Doll Live in Concert Cloe | 18769 |
| 7 | 326. | Bratz Doll Bday Bash Phoebe | 18770 |
| 8 | 327. | Bratz Doll Gymnastics Gold Medal Yasmin | 18771 |
| 9 | 328. | Bratz Doll Bratz Bday Jade | 18772 |
| 10 | 329. | Bratz Doll Bratz Back 2 School Yasmin | 18773 |
| 11 | 330. | Bratz Doll Blind Date Jade | 18774 |
| 12 | 331. | Yasmin Bratz Fashion Pixiez | 17524 |
| 13 | 332. | Bratz Cloe Talking | 17577 |
| 14 | 333. | Jade Movie Bratz | 17731 |
| 15 | 334. | Bratz Sculpt | 17733 |
| 16 | 335. | Bratz Sculpt | 18858 |
| 17 | 336. | Bratz Sculpt | 18859 |
| 18 | 337. | Bratz Walking body (without clothes) | 18871 |
| 19 | 338. | Bratz body (without clothes) | 18872 |
| 20 | 339. | Bratz body (without clothes) | 18873 |
| 21 | 340. | Bratz Cloe Walking | 18879 |
| 22 | 341. | Bratz Fabulous Bratz Yasmin | 14001 |
| 23 | 342. | Bratz Dynamite Nevra | 14003 |
| 24 | 343. | Bratz Hollywood Dana | 14004 |
| 25 | 344. | Bratz Sleep Over - Meygan | 14005 |
| 26 | 345. | Bratz Motorcycle Style! - Meygan | 14007 |
| 27 | 346. | Bratz Secret Date Meygan | 14008 |
| 28 | | | |

Exhibit A

| | | |
|---|---|---|
| 347. | Design Your Own Bratz Yasmin | 14009 |
| 348. | Bratz Fabulous Bratz Sasha | 14010 |
| 349. | Bratz Birthday Bash Sasha | 14011 |
| 350. | Bratz FM Cruiser Radio Shack Yasmin | 14012 |
| 351. | Bratz FM Cruiser Radio Shack Sasha | 14013 |
| 352. | Bratz Hollywood Cloe | 14014 |
| 353. | Bratz Step Out! Yasmin | 14015 |
| 354. | Bratz Step Out! Jade | 14016 |
| 355. | Bratz Tokyo-A-Go Go! Cloe | 14017 |
| 356. | Bratz Tokyo-A-Go-Go! Sasha | 14018 |
| 357. | Bratz Tokyo-A-Go Go! Yasmin | 14019 |
| 358. | Bratz Wintertime Collection Yasmin | 14020 |
| 359. | Bratz Wintertime Collection Jade | 14021 |
| 360. | Bratz Slumber Party - Yasmin | 14022 |
| 361. | Bratz Slumber Party - Meygan | 14023 |
| 362. | Bratz Slumber Party - Sasha | 14024 |
| 363. | Bratz Slumber Party - Jade | 14025 |
| 364. | Bratz Slumber Party - Cloe | 14026 |
| 365. | Bratz Secret Date Jade | 14027 |
| 366. | Bratz Wintertime Collection Sasha | 14028 |
| 367. | Bratz Sleep Over - Sasha | 14029 |
| 368. | Bratz S07 Adventure Girlz Cloe | 14031 |
| 369. | Bratz S07 Adventure Girlz Yasmin | 14032 |
| 370. | Bratz S07 Adventure Girlz Sasha | 14033 |
| 371. | Bratz Back to School - Pheobe | 14034 |
| 372. | Bratz Birthday - Yasmin | 14036 |
| 373. | Bratz Birthday Cloe | 14037 |

Exhibit A

| | | |
|---|---|---|
| 374. | Bratz Birthday Sasha | 14039 |
| 375. | Bratz Birthday Bash Yasmin | 14040 |
| 376. | Bratz X-Treme Skate Boarding RC Yasmin | 14043 |
| 377. | Bratz X-Treme Skate Boarding RC Cloe | 14045 |
| 378. | Bratz CampFire Cloe | 14046 |
| 379. | Bratz CampFire Phoebe | 14047 |
| 380. | Bratz CampFire Dana | 14048 |
| 381. | Bratz Cloe Collector Doll | 14049 |
| 382. | Bratz Fashion Pixiez Doll Cloe | 14051 |
| 383. | Bratz Fashion Pixiez Doll Jade | 14052 |
| 384. | Bratz Fashion Pixiez Doll Breeana | 14053 |
| 385. | Bratz Feelin' Pretty Collection Cloe | 14055 |
| 386. | Bratz Feelin' Pretty Collection Sasha | 14057 |
| 387. | Bratz Flashback Fever Cloe | 14058 |
| 388. | Bratz Flashback Fever Yasmin | 14059 |
| 389. | Bratz Flashback Fever Jade | 14060 |
| 390. | Bratz Forever Diamondz Sasha | 14061 |
| 391. | Bratz Forever Diamondz Cloe | 14062 |
| 392. | Bratz Forever Diamondz Yasmin | 14063 |
| 393. | Bratz Forever Diamondz Sharidan | 14064 |
| 394. | Bratz Formal Funk Collection Cloe | 14065 |
| 395. | Bratz Formal Funk Collection Yasmin | 14066 |
| 396. | Bratz Formal Funk Collection - Jade | 14067 |
| 397. | Bratz Formal Funk Collection - Sasha | 14068 |
| 398. | Bratz Funk N' Glow - Yasmin | 14069 |
| 399. | Bratz Funk N Glow - Sasha | 14071 |
| 400. | Bratz Funk N Glow - Dana | 14072 |

| | | | |
|---|---|---|---|
| 1 | 401. | Bratz Funk N' Glow Yasmin | 14073 |
| 2 | 402. | Bratz Funk N' Glow Meygan | 14075 |
| 3 | 403. | Bratz Funk Out! Cloe | 14076 |
| 4 | 404. | Bratz Funk Out! Yasmin | 14077 |
| 5 | 405. | Bratz Funk Out! Jade | 14078 |
| 6 | 406. | Bratz Funk Out! Dana | 14079 |
| 7 | 407. | Bratz Funk Out! Nevra | 14080 |
| 8 | 408. | Bratz Funk Out! Fianna | 14081 |
| 9 | 409. | Bratz Funky Fashion Makeover - Jade | 14082 |
| 10 | 410. | Bratz Funky Fashion Makeover - Sasha | 14083 |
| 11 | 411. | Bratz Funky Fashion Makeover - Dana | 14084 |
| 12 | 412. | Bratz Funky Fashion Makeover - Fianna | 14085 |
| 13 | 413. | Bratz Funky Fashion Makeover - Dana | 14086 |
| 14 | 414. | Bratz Funky Fashion Makeover - Nevra | 14087 |
| 15 | 415. | Bratz Genie Magic - Cloe | 14088 |
| 16 | 416. | Bratz Girls Night Out- Jade | 14090 |
| 17 | 417. | Bratz S07 Hot Summer Dayz Cloe | 14094 |
| 18 | 418. | Bratz S07 Hot Summer Dayz Yasmin | 14095 |
| 19 | 419. | Bratz S07 Hot Summer Dayz Sasha | 14097 |
| 20 | 420. | Bratz Ice Champions Yasmin | 14098 |
| 21 | 421. | Bratz Ice Champions Dana | 14099 |
| 22 | 422. | Bratz Live In Concert Jade | 14102 |
| 23 | 423. | Bratz Live In Concert Nevra | 14103 |
| 24 | 424. | Bratz S07 Magic Hair Cloe | 14104 |
| 25 | 425. | Bratz S07 Magic Hair Sasha | 14106 |
| 26 | 426. | Bratz Midnight Dance Meygan | 14107 |
| 27 | 427. | Bratz Motorcycle Style!  Yasmin | 14109 |
| 28 | | | |

| | | | |
|---|---|---|---|
| 1 | 428. | Bratz Motorcycle - Jade | 14110 |
| 2 | 429. | Bratz Nighty Night Collection- Cloe | 14111 |
| 3 | 430. | Bratz Nighty Night Collection- Yasmin | 14112 |
| 4 | 431. | Bratz Nighty Night Collection- Jade | 14113 |
| 5 | 432. | Bratz Nighty Night Collection- Sasha | 14115 |
| 6 | 433. | Bratz OOH LA LA Dana | 14116 |
| 7 | 434. | Bratz P4F Cloe | 14117 |
| 8 | 435. | Bratz Passion For Fashion Jade | 14118 |
| 9 | 436. | Bratz P4F Jade | 14119 |
| 10 | 437. | Bratz Passion For Fashion Sasha | 14120 |
| 11 | 438. | Bratz P4F Sasha | 14121 |
| 12 | 439. | Bratz Passion For Fashion Yasmin | 14122 |
| 13 | 440. | Bratz P4F Yasmin | 14123 |
| 14 | 441. | Bratz Play Sportz Yasmin Soccer | 14124 |
| 15 | 442. | Bratz Play Sportz Meygan Bowling | 14125 |
| 16 | 443. | Bratz Passion For Fashion Cloe | 14126 |
| 17 | 444. | Bratz Play Sportz Tennis Fianna | 14127 |
| 18 | 445. | Bratz Play Sportz Basketball Dana | 14129 |
| 19 | 446. | Bratz Play Sportz Gymnastics - Yasmin | 14130 |
| 20 | 447. | Bratz Play Sportz Cheerleader Cloe | 14132 |
| 21 | 448. | Play Sportz One on One Basket Ball Jade & Meygan | 14133 |
| 22 | 449. | Play Sportz One on One Tennis Cloe & Jade | 14134 |
| 23 | 450. | Bratz Play Sportz Teamz Softball Dana & Cloe | 14138 |
| 24 | 451. | Bratz Play Sportz Teamz Soccer - Roxxi & Cloe | 14140 |
| 25 | 452. | Bratz Play Sportz Doll Cheerleading - Yasmin | 14141 |
| 26 | 453. | Bratz Play Sportz Doll Dance-Fianna | 14142 |
| 27 | 454. | Bratz Play Sportz Doll Soccer-Cloe | 14143 |
| 28 | | | |

| | | |
|---|---|---|
| 455. | Bratz World London Pretty 'N' Punk Yasmin | 14144 |
| 456. | Bratz World London Pretty 'N' Punk Jade | 14145 |
| 457. | Bratz World London Pretty 'N' Punk Meygan | 14146 |
| 458. | Bratz Princess - Cloe | 14147 |
| 459. | Bratz Princess - Yasmin | 14148 |
| 460. | Bratz Princess - Jade | 14149 |
| 461. | Bratz Princess - Fianna | 14150 |
| 462. | Bratz Rock Angelz Yasmin | 14153 |
| 463. | Bratz Rock Angelz Cloe | 14154 |
| 464. | Bratz Rock Angelz Sasha | 14156 |
| 465. | Bratz Rodeo Yasmin | 14158 |
| 466. | Bratz Secret Date Cloe | 14161 |
| 467. | Bratz Secret Date Yasmin | 14162 |
| 468. | Bratz Sleep Over - Yasmin | 14164 |
| 469. | Bratz Slumber Party - Jade | 14167 |
| 470. | Bratz Slumber Party - Cloe | 14168 |
| 471. | Bratz Spring Break Doll Pack - Yasmin | 14169 |
| 472. | Bratz Step Out! Cloe | 14170 |
| 473. | Bratz Step Out! Sasha | 14171 |
| 474. | Bratz Strut It Cloe | 14173 |
| 475. | Bratz Strut It - Yasmin | 14174 |
| 476. | Bratz Strut It - Jade | 14175 |
| 477. | Bratz Strut It - Sasha | 14176 |
| 478. | Bratz Style It - Yasmin | 14177 |
| 479. | Bratz Style It - Jade | 14178 |
| 480. | Bratz Style It - Sasha | 14179 |
| 481. | Bratz Sun-Kissed Summer - Yasmin | 14180 |

| | | |
|---|---|---|
| 482. | Bratz Sun-Kissed Summer - Sasha | 14181 |
| 483. | Bratz Sweet Dreamz Pajama Party - Cloe | 14182 |
| 484. | Bratz Sweet Dreamz Pajama Party - Yasmin | 14183 |
| 485. | Bratz Sweet Dreamz Pajama Party - Felicia | 14186 |
| 486. | Bratz Special Feature Talking Jade | 14187 |
| 487. | Bratz Special Feature Talking Sasha | 14188 |
| 488. | Bratz Tokyo-A-Go Go! Jade | 14189 |
| 489. | Bratz Treasures! Cloe | 14190 |
| 490. | Bratz Treasures! Yasmin | 14191 |
| 491. | Bratz Fabulous Bratz Cloe | 14194 |
| 492. | Bratz Wild Life Safari- Nevra | 14195 |
| 493. | Bratz Wild Life Safari- Cloe | 14197 |
| 494. | Bratz Wild Wild West Fianna | 14198 |
| 495. | Bratz Wild Wild West Dana | 14199 |
| 496. | Bratz Wintertime Collection Dana | 14203 |
| 497. | Bratz Wintertime Collection - Jade | 14204 |
| 498. | Bratz Wintertime Collection Dana | 14205 |
| 499. | Bratz Fall 2002 - Jade | 14206 |
| 500. | Bratz Fall 2002 - Sasha | 14207 |
| 501. | Bratz Fall 2002 - Meygan | 14208 |