| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
| | (tnolan@skadden.com) |
| 2 | JASON D. RUSSELL (Bar No. 169219) |
| | (jrussell@skadden.com) |
| 3 | LAUREN E. AGUIAR (Admitted Pro Hac Vice) |
| | (laguiar@skadden.com) |
| 4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Avenue |
| 5 | Los Angeles, CA  90071-3144 |
| | Tel.: (213) 687-5000 / Fax: (213) 687-5600 |
| 6 | |
| 7 | RAOUL D. KENNEDY (Bar No. 40892) |
| | (rkennedy@skadden.com) |
| 8 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 4 Embarcadero Center, 38th Floor |
| 9 | San Francisco, CA  94111-5974 |
| | Tel.: (415) 984-6400 / Fax: (415) 984-2698 |
| 10 | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, |
| 11 | MGAE de Mexico, S.R.L. de C.V., and Isaac Larian |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | MGA'S RESPONSE TO MATTEL, INC.'S *EX PARTE* APPLICATION FOR LEAVE TO LODGE NON-PAPER PHYSICAL EXHIBITS IN SUPPORT OF MATTEL'S MOTION FOR A PERMANENT INJUNCTION |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | |
| | **Phase 1(a)** Trial Date:      May 27, 2008 |
| | **Phase 1(b)** Trial Date:      July 23, 2008 |
| | **Phase 1(c)** Hearing Date:   Nov. 10, 2008 |

MGA's Response To Mattel, Inc.'s *Ex Parte* Application For Leave To Lodge Non-Paper Physical Exhibits In Support Of Mattel's Motion For A Permanent Injunction

Case No. CV 04-9049 SGL (RNBx)

1. Defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
2. (collectively, "MGA"), and Isaac Larian (together with MGA, the "MGA Parties")
3. do not oppose Mattel's lodging of the products listed in Exhibit A of Mattel's *Ex*
4. *Parte* Application For Leave To Lodge Non-Paper Physical Exhibits In Support Of
5. Mattel's Motion For A Permanent Injunction, so long as the Court believes that
6. lodging of those materials is necessary and efficient.  Moreover, the MGA Parties
7. reserve their rights as to the relevance and/or admissibility of the products listed in
8. Mattel's Exhibit A.

DATED: October 2, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Thomas J. Nolan
Thomas J. Nolan

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

1