QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS [CORRECTED] MOTION FOR PERMANENT INJUNCTION<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Date:  November 10, 2008<br>Time:  1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1(a):**<br>Trial Date:  May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date:  July 23, 2008 |

07209/2651464.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel's [Corrected] Motion for
4  Permanent Injunction ("Motion").
5  The Motion includes materials that Mattel, MGA or Bryant have
6  designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to
7  the Protective Order. Accordingly, Mattel requests that the Court order that the
8  Motion be filed under seal.

10 DATED: September 30, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

12                               By /s/ B. Dylan Proctor
13                                  B. Dylan Proctor
                                    Attorneys for Mattel, Inc.