QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
   johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
   Jon D. Corey (Bar No. 185066)
   joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

FILED

2008 SEP 30  PM 2:10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>CV 04-09059<br>CV 05-2727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE** |
| Defendant. | Date:   November 10, 2008<br>Time:   1:00 p.m.<br>Place:  Courtroom 1 |
| AND CONSOLIDATED ACTIONS | **Phase 1(a):**<br>Trial Date:   May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date:   July 23, 2008 |

ORIGINAL

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On September 30, 2008, I served true copies of the following documents described as:

## SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher &**
**Flom LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071


[√ ]    **PERSONAL**:  By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on September 30, 2008, at Los Angeles, California.

_____
Dave Quintana

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On September 30, 2008, I served true copies of the following documents described as:

## SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christa M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

[√]   **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Executed on September 30, 2008, at Los Angeles, California.

Shanda L. Conners

# DOCUMENT LIST

1.      MATTEL, INC.'S [CORRECTED] NOTICE OF MOTION ABD MOTION FOR PERMANENT INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

2.      MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS [CORRECTED] MOTION FOR PERMANENT INJUNCTION

3.      [PROPOSED] ORDER RE: MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS [CORRECTED] MOTION FOR PERMANENT INJUNCTION