1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10 EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S [CORRECTED] APPLICATION TO FILE UNDER SEAL ITS MOTION FOR PERMANENT INJUNCTION AND THE EXHIBITS TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT THEREOF<br><br>[~~Proposed~~ Order filed concurrently]<br><br>Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1(a):**<br>Trial Date: May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date: July 23, 2008 |

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Motion For Permanent Injunction and the Exhibits to the Declaration of Diane C. Hutnyan in Support Thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Motion For Permanent Injunction and Exhibits 5, 6, 7, 9, 14, 28, 32, 33, 35, 38, 63, 77, 79, 80, 82, 84, 85, 86, 87, 88, 89, 91, 94, 142, 144, 146, 147, and 150 to the Declaration of Diane C. Hutnyan in support thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 10/6, 2008

_____
Hon. Stephen G. Larson
United States District Judge