# DENIED
## BY ORDER OF THE COURT

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.　CV 04-09059<br>Case No.　CV 05-2727<br><br>**ORDER DENYING MATTEL INC,'S *EX PARTE* APPLICATION FOR AN EXPEDITED HEARING ON MATTEL'S MOTION FOR A PERMANENT INJUNCTION**<br><br>**Phase 1(a)**<br>Trial Date:　May 27, 2008<br><br>**Phase 1(b)**<br>Trial Date:　July 23, 2008 |

07209/2649551.1

PROPOSED ORDER

## Order

Having considered Mattel Inc.'s *Ex Parte* Application for an Expedited Hearing on Mattel's Motion for Permanent Injunction ("Application") and such other matters as the Court deems appropriate, and insufficient cause appearing therefore:

IT IS HEREBY ORDERED that Mattel's Application is denied.

IT IS SO ORDERED.

DATED  October 07, 2008

*/s/ S. G. Larson/*

Hon. Stephen G. Larson
United States District Judge