QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**STIPULATION RE DEPOSITION OF JORGE CASTILLA**<br><br>**Phase 2**<br>Discovery Cut-Off:  TBD<br>Pre-Trial Conference:  TBD<br>Trial Date:           TBD |

## STIPULATION

WHEREAS, in an order dated September 2, 2008, the Court ordered Jorge Castilla to appear for deposition prior to October 19, 2008; and

WHEREAS, Mr. Castilla would have to cancel vacation plans to attend deposition on a day when all counsel are available prior to October 19, 2008;

WHEREAS, MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., MGAE de Mexico, S.A.E., and Isaac Larian (the "MGA Parties"), Mattel, Inc. and Mr. Castilla, by and through their counsel of record, hereby stipulate as follows:

The Order dated September 2, 2008, is hereby amended to allow the deposition of Jorge Castilla to proceed after October 19, 2008, but no later than October 24, 2008.

**IT IS SO STIPULATED.**

DATED: September 25, 2008      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.

DATED: October 2, 2008      SKADDEN ARPS SLATE MEAGHER & FLOM, LLP

By /s/ Robert J. Herrington
Robert J. Herrington
Attorneys for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd.

DATED: October 8, 2008      ORRICK, HERRINGTON & SUTCLIFFE LLP

By /s/ Mark E. Beck
Mark E. Beck
Attorneys for Jorge Castilla