1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
3 | Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600
4 |
RAOUL D. KENNEDY (Bar No. 40892)
5 | (rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | 4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
7 | Tel.: (415) 984-6400 / Fax: (415) 984-2698

8 | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9 |

10 |                    UNITED STATES DISTRICT COURT

11 |                    CENTRAL DISTRICT OF CALIFORNIA

12 |
13 | CARTER BRYANT, an individual,           )  CASE NO. CV 04-9049 SGL (RNBx)
                                             )
14 |                Plaintiff,                )  Consolidated with Case No. 04-9059
                                             )  and Case No. 05-2727
15 |      v.                                  )
                                             )  [PROPOSED] ORDER GRANTING
16 | MATTEL, INC., a Delaware                )  MGA DEFENDANTS' *EX PARTE*
     corporation,                            )  APPLICATION TO EXTEND PAGE
17 |                                          )  LIMIT FOR OPPOSITION TO
                    Defendant.               )  MATTEL'S MOTION FOR
18 | _____)  PERMANENT INJUNCTION BY
                                             )  FIVE PAGES
19 | AND CONSOLIDATED ACTIONS.               )
     _____)  Honorable Stephen G. Larson

20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

---

[PROPOSED] ORDER GRANTING MGA DEFENDANTS' EX PARTE APPLICATION TO EXTEND PAGE
LIMIT FOR OPPOSITION TO MATTEL'S MOTION FOR PERMANENT INJUNCTION BY FIVE PAGES
Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the Application filed with the Court, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

1. The *Ex Parte* Application To Extend Page Limit For Opposition To Mattel's Motion For Permanent Injunction By Five Pages is granted.

2. MGA's Opposition to Mattel's Motion for Permanent Injunction may not exceed 35 pages.

IT IS SO ORDERED.

DATED: _____, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge

---

[PROPOSED] ORDER GRANTING MGA DEFENDANTS' EX PARTE APPLICATION TO EXTEND PAGE LIMIT FOR OPPOSITION TO MATTEL'S MOTION FOR PERMANENT INJUNCTION BY FIVE PAGES
Case No. CV 04-9049 SGL (RNBx)