QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**ORDER REGARDING JOINT STIPULATION RE DEPOSITION OF JORGE CASTILLA**<br><br>**Phase 2**<br>Discovery Cut-Off: TBD<br>Pre-Trial Conference: TBD<br>Trial Date: TBD |

# ORDER

Having considered the parties' Joint Stipulation Regarding the Deposition of Jorge Castilla (the "Stipulation"), and for good cause shown:

**IT IS HEREBY ORDERED THAT**:

(1)   The Order dated September 2, 2008, is hereby amended to allow the deposition of Jorge Castilla to proceed after October 19, 2008, but no later than October 24, 2008.

**IT IS SO ORDERED.**

DATED:  October 10. 2008

_____
Honorable Stephen G. Larson
United States District Judge