THOMAS J. NOLAN (Bar 090673)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
(tnolan@skadden.com)
Attorneys for the MGA Parties

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1) MGA Parties' Opposition to Mattel's Motion for Permanent Injunction; 2) Declaration of Carl Alan Roth in Support of MGA Parties' Opposition to Mattel's Motion for Permanent Injunction; 3) Application to File Under Seal; 4) [Proposed] Order to File Under Seal; and 5) Proof of Service.

**Document Description:**
- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- ☒ Other

**Reason:**
- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (reason):

October 13, 2008                              Thomas J. Nolan
Date                                          Attorney Name

                                              MGA ENTERTAINMENT, INC., et al.
                                              Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com