THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (Admitted Pro Hac Vice)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
DAVID W. HANSEN (Bar No. 196958)
(dhansen@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA  94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**[PROPOSED] ORDER GRANTING MGA PARTIES' MOTION TO STRIKE EXHIBITS ATTACHED TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR A PERMANENT INJUNCTION** |

## **ORDER**

Having considered the MGA Parties' Motion To Strike And Objections To Exhibits Attached To The Declaration Of Diane C. Hutnyan In Support Of Mattel, Inc.'s Motion For A Permanent Injunction, the opposition thereto, and all other papers, evidence, and arguments submitted in connection therewith, the Court hereby GRANTS the MGA Parties' Motion, and hereby ORDERS as follows:

1. Exhibits 62, 86, 90, 92, 93, 94, and 128 attached to the Declaration of Diane C. Hutnyan In Support Of Mattel Inc.'s Motion For a Permanent Injunction, dated September 28, 2008 (the "Hutnyan Declaration"), are hereby STRICKEN;

2. Paragraphs 161, 162, 163, 164 and 165 of the Hutnyan Declaration are hereby STRICKEN; and

3. Footnotes 98 and 99 of Mattel, Inc.'s brief in support of its Corrected Motion for Permanent Injunction, which cite to and characterize the above-listed Exhibits, are hereby STRICKEN.

DATED: October 13, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge