# Exhibit 9

| | |
|---|---|
| **From:** | Diane Hutnyan [dianehutnyan@quinnemanuel.com] |
| **Sent:** | Tuesday, July 22, 2008 1:55 PM |
| **To:** | Herrington, Robert J (LAC); Aguiar, Lauren E (NYC); Hill, Donna (PAL) |
| **Cc:** | Michael T Zeller; Dylan Proctor |
| **Subject:** | Keiser - Exh. 1136 and Exh. 12622 |
| **Attachments:** | 1136 Arm Full Size to 12622_01.pdf; 1136 Arm Full Size to 12622_02.pdf; 1136 Body Full Size to 12622_01.pdf; 1136 Body Full Size to 12622_02.pdf; 1136 Body Full Size to 12622_03.pdf; 1136 Body Full Size to 12622_04.pdf; 1136 Head Scaled to 12622_01.pdf; 1136 Head Scaled to 12622_02.pdf; 1136 Head Scaled to 12622_03.pdf; 1136 Head Scaled to 12622_04.pdf; 1136 Head Scaled to 12622_05.pdf; 1136 Head Scaled to 12622_06.pdf |

Counsel, please find the first set of Keiser comparison exhibits. There will be more to come.

Thanks,

Diane

| | |
|---|---|
| **From:** | Diane Hutnyan [dianehutnyan@quinnemanuel.com] |
| **Sent:** | Tuesday, July 22, 2008 1:56 PM |
| **To:** | Aguiar, Lauren E (NYC); Herrington, Robert J (LAC); Hill, Donna (PAL) |
| **Cc:** | Michael T Zeller; Dylan Proctor |
| **Subject:** | Keiser - Exh. 1136 and Exh. 12512 |
| **Attachments:** | 1136 Arm Full Size to 12512_01.pdf; 1136 Arm Full Size to 12512_02.pdf; 1136 Body Full Size to 12512_01.pdf; 1136 Body Full Size to 12512_02.pdf; 1136 Body Full Size to 12512_03.pdf; 1136 Body Full Size to 12512_04.pdf; 1136 Head Scaled to 12512_01.pdf; 1136 Head Scaled to 12512_02.pdf; 1136 Head Scaled to 12512_05.pdf; 1136 Head Scaled to 12512_06.pdf; 1136 Head Scaled to 12512_04.pdf; 1136 Head Scaled to 12512_03.pdf |

Here is a fourth set.



Exhibit 9,
P. 39




Exhibit 9,
P. 40





Exhibit 9,
P. 41





Exhibit 9,
P. 42

# Exhibit 10

Keiser, Frank [Mattel Expert] 4/11/2008 7:42:00 AM

```
1      UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA

3          EASTERN DIVISION

4

5      ---------------------------

6      MATTEL, INC., a Delaware    )

7      Corporation,                )

8            Plaintiff,            )

9         vs.              ) No. CV 04-9059 NM

10     CARTER BRYANT, an individual; )   (RNBx)

11     and DOES 1 through 10,      )

12     Inclusive,                  )

13           Defendants.           )

14     --------------------------- )

15     (COMPLETE CAPTION ON NEXT PAGE.)

16

17

18         Videotaped Deposition of FRANK KEISER,

19         at 300 South Grand Street, Los Angeles,

20         California, commencing at 9:34 A.M.,

21         Friday, April 11, 2008, before Wendy S.

22         Schreiber, CSR No. 3558, RPR, CLR.

23

24

25     PAGES 1 - 74
```

MGA v. Mattel-OMM Depo Transcripts        None        Page 1

Exhibit 10,
P. 43

Keiser, Frank [Mattel Expert] 4/11/2008 7:42:00 AM

1 looking at the surface. We're not looking at

2 colors. Colors are just something that we have to

3 compensate for in our apertures in order to see for

4 lighting for when we're doing the item. Maybe I

5 didn't make that understood earlier. 10:27AM

6     Q. Okay. Are you familiar with the term

7 "mapping" as it relates to 3D scans?

8     A. A little bit, yeah.

9     Q. What does that term mean to you?

10     A. Well, mapping is really more of a downstream 10:27AM

11 processing term. It's not really for the scanning

12 itself. We're not actually mapping in that. You'll

13 use mapping in -- in the downstream processes.

14     Q. What do you mean by "the downstream

15 processes"? 10:27AM

16     A. Okay, we provide an stl data set when we

17 scan or an ASCII data set or an IGIS format -- these

18 are the different formats for the different

19 softwares -- and when I say downstream, I'm talking

20 about the people or the softwares that they use to 10:27AM

21 manipulate the data. We don't manipulate data.

22 Okay, mapping comes into another area where they're

23 mapping an area and they may change that area. We

24 can't do that in the Atos software. We capture the

25 as is, the as built surface, and we don't have the 10:28AM

Keiser, Frank [Mattel Expert] 4/11/2008 7:42:00 AM

1    ability to change the surfaces.

2    Q. Okay. And are you familiar with the term

3    "rendering"?

4    A. Uh-huh.

5    Q. And what does that term mean to you?        10:28AM

6    A. Rendering is basically how we're going to

7    display it in the file size or whatever.

8    Q. So how you would display it after you've

9    captured the data on a computer screen?

10   A. Yes, and the customer usually determines    10:28AM

11   what size files they want how we render it.

12   Q. Okay. And are you familiar with the term

13   "texture mapping"?

14   A. Yes, I am.

15   Q. And what does that term mean to you?        10:28AM

16   A. Texture mapping is where you -- you scan an

17   item and you also do a photograph of it and you can

18   actually lay that photograph on top of the item.

19   Software called Myia does this extremely well.

20   Q. Is that M-i-a?                               10:29AM

21   A. M-y-i-a I think is the way it is. I'm not

22   sure.

23   Q. M-y-i-a?

24   A. I think that's the way it's spelled.

25   Q. And so when you do texture mapping --        10:29AM

MGA v. Mattel-OMM Depo Transcripts        None                                Page 50

Exhibit 10,
P. 45

Keiser, Frank [Mattel Expert] 4/11/2008 7:42:00 AM

1    A. I don't do texture mapping.

2    Q. You don't do?

3    A. No. All I do is data acquisition. That's

4    my expertise and that's what I do.

5    Q. The way you understand the term "texture    10:29AM

6    mapping" does it include color information of the

7    item?

8    A. Yes, yes, but that's done through a digital

9    photograph in another process.

10   Q. Okay. But if I use the phrase "texture    10:29AM

11   mapping" in asking questions to you you'll

12   understand that I'm talking about color information?

13   A. Yeah, but it doesn't apply to what we did.

14   Q. Is the Atos scanner capable of doing any

15   texture mapping?                              10:29AM

16   A. Yes, it is but the files are way too big and

17   most people don't like it. That's the reason they

18   use Myia.

19   Q. So if we look at your report -- at your

20   initial report, excuse me, which is 5211 -- Exhibit    10:30AM

21   5211 and then Exhibit 18 of that report, please.

22   And what are you showing in Exhibit 18?

23   A. Well, it looks like a head to me basically.

24   Q. And do you see it's got Bryant 019749 at the

25   bottom?                                       10:30AM

MGA v. Mattel-OMM Depo Transcripts         None                    Page 51

Exhibit 10,
P. 46

Keiser, Frank [Mattel Expert] 4/11/2008 7:42:00 AM

1   A. The lips and the eyes and everything are
2   there. It's just that you don't have the paint.
3   Q. So how could we add that paint as you call
4   it?
5   A. Well, if -- if you had started your process   10:36AM
6   and did the digital photographs and were able to put
7   them on the item using Myia software, yeah, you
8   could do that.
9   Q. But you didn't do that here?
10   A. No, I wasn't asked to.   10:36AM
11   Q. Is that the only way that you would know how
12   to do that?
13   MS. HUTNYAN: Vague, ambiguous, calls for
14   speculation. Do what?
15   MS. HILL: Add eyes to a --   10:36AM
16   MS. HUTNYAN: Misstates testimony.
17   THE WITNESS: I don't add things. All I do
18   is reverse engineering. Basically I'm doing data
19   acquisition. That's all I'm doing. And if -- if a
20   customer wants to do that, yes, they do. And   10:36AM
21   they'll do it but I don't. You know, I only do the
22   data acquisition. This is what I'm -- my expertise
23   is.
24   MS. HILL: Okay.
25   Q. So in terms of the data that you collect   10:37AM

MGA v. Mattel-OMM Depo Transcripts          None                          Page 57

Exhibit 10,
P. 47

Keiser, Frank [Mattel Expert]  4/11/2008  7:42:00 AM

1    A.  Yes.

2    Q.  And for your initial report and your

3    supplemental report did you export the data in the

4    .stl format?

5    A.  Yes.                                10:41AM

6    Q.  And why did you choose that format?

7    A.  Why? Because that's the most common used.

8    Q.  Would you agree with the statement that .stl

9    files describe only the surface geometry of a

10   three-dimensional object without any representation  10:41AM

11   of color, texture or common CAD model attributes?

12   A.  Stl refers to the polygonalized file of that

13   surface. There is no color, okay?

14   Q.  Okay.

15   A.  You can assign a color to the whole file    10:42AM

16   but -- and you can have shading, light, but this is

17   all external of the file, okay?

18   Q.  Okay. Is the software that you use capable

19   of exporting in a .3ds format?

20   A.  .3ds? I don't recall that one. I'd have to   10:42AM

21   look in my manuals to see. I don't recall that one.

22   Q.  And how about a .max?

23   A.  No.

24   Q.  A .ls?

25   A.  I don't recall those.              10:42AM

Keiser, Frank [Mattel Expert] 4/11/2008 7:42:00 AM

1    Q. The photos that you took, that was just for

2    your own use in order to identify the items?

3    A. Yes.

4    Q. That was not so that you could later merge

5    that information?      11:00AM

6    A. No, that was just -- that was strictly for

7    mine for doing my report and this sort of thing to

8    refresh my memory what it actually looked like.

9    Q. And I think that we've discussed but I'd

10    just like to go over it again just to make sure I    11:00AM

11    understand, if you look at Exhibit 18 of 5213 which

12    is the blue head --

13    A. Uh-huh.

14    Q. -- if you had this rendered image here and

15    you wanted to add detail regarding eye color, pupil    11:01AM

16    placement, how could you do that?

17       MS. HUTNYAN: Compound.

18       THE WITNESS: I don't do that.

19    BY MS. HILL:

20    Q. You don't do that?      11:01AM

21    A. I don't do that.

22    Q. Do you know how other people could do that?

23    A. Well, I've never done it.

24       MS. HUTNYAN: Objection: vague.

25       THE WITNESS: I've never done it. I limit    11:01AM

MGA v. Mattel-OMM Depo Transcripts      None      Page 68

Exhibit 10,
P. 49

Keiser, Frank [Mattel Expert] 4/11/2008 7:42:00 AM

1  my work to reverse engineering and that's as far as

2  I go. I don't do the downstream processes.

3  BY MS. HILL:

4  Q. So you only do the data that could give you

5  this information represented here?         11:01AM

6  A. Right, right.

7  MS. HILL: I think that that concludes our

8  questions. If you have any -- any questions, Diane?

9

10             FURTHER EXAMINATION        11:02AM

11  BY MS. HUTNYAN:

12  Q. Does texture mapping have anything to do

13  with what you were doing for purposes of your expert

14  work in this case?

15  A. No.                              11:02AM

16  MS. HUTNYAN: That's okay.

17  MS. HILL: Okay. Thank you for your time.

18  THE WITNESS: Thank you.

19  VIDEO OPERATOR: This ends the deposition.

20  We've had one DVD media used today. We're off the   11:02AM

21  record at 11:02. Thank you.

22

23       (TIME NOTED: 11:02 A.M.)

24

25