1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  LAUREN E. AGUIAR (Admitted Pro Hac Vice)
   (laguiar@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000 / Fax: (213) 687-5600
6
   RAOUL D. KENNEDY (Bar No. 40892)
7  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8  4 Embarcadero Center, 38th Floor
   San Francisco, CA 94111-5974
9  Tel.: (415) 984-6400 / Fax: (415) 984-2698

10  Attorneys for The MGA Parties

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  CARTER BRYANT, an individual,        )  CASE NO. CV 04-9049 SGL (RNBx)
                                         )
15                         Plaintiff,    )  Consolidated with Case No. 04-9059
                                         )  and Case No. 05-2727
16        v.                             )
                                         )  **[PROPOSED] ORDER
17  MATTEL, INC., a Delaware             )  GRANTING MGA'S MOTION TO
    corporation,                         )  STRIKE THE DECLARATIONS
18                                       )  OF B. DYLAN PROCTOR, FRANK
                           Defendant.    )  KEISER AND KENNETH
19  _____ )  HOLLANDER**
                                         )
20  AND CONSOLIDATED ACTIONS             )  Honorable Stephen G. Larson
                                         )

21
22
23
24
25
26
27
28

---

[PROPOSED] ORDER GRANTING MGA'S MOTION TO STRIKE THE DECLARATIONS OF B. DYLAN
PROCTOR, FRANK KEISER AND KENNETH HOLLANDER
Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the Application filed with the Court, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

1. MGA's Motion to Strike the declarations of B. Dylan Proctor, Frank Keiser and Kenneth Hollander is granted.

2. The declarations and accompanying exhibits of B. Dylan Proctor, Frank Keiser, and Kenneth Hollander, filed on September 29, 2008, in support of Mattel Inc.'s Motion For Permanent Injunction, are stricken.

IT IS SO ORDERED.

DATED: _____, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge