1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 | JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 | LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
5 | Los Angeles, CA  90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600
6 |
RAOUL D. KENNEDY (Bar No. 40892)
7 | (rkennedy@skadden.com)
DAVID W. HANSEN (Bar No. 196958)
8 | (dhansen@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
9 | 4 Embarcadero Center, 38th Floor
San Francisco, CA  94111-5974
10 | Tel.: (415) 984-6400 / Fax: (415) 984-2698

11 | Attorneys for MGA Parties

12 |

13 | UNITED STATES DISTRICT COURT

14 | CENTRAL DISTRICT OF CALIFORNIA

15 | EASTERN DIVISION

16 | CARTER BRYANT, an individual,          ) CASE NO. CV 04-9049 SGL (RNBx)
                                          )
17 |                        Plaintiff,     ) Consolidated with Case No. 04-9059 and
                                          ) Case No. 05-2727
18 |           v.                          )
                                          )
19 | MATTEL, INC., a Delaware corporation, ) DECLARATION OF CARL ALAN
                                          ) ROTH IN SUPPORT OF MGA
20 |                        Defendant.     ) PARTIES' OPPOSITION TO
                                          ) MATTEL'S MOTION FOR
21 | _____  ) PERMANENT INJUNCTION
                                          )
22 | AND CONSOLIDATED ACTIONS.            )
                                          )
23 | _____  ) Hearing Date:   November 10, 2008
                                            Time:           1:00 PM
24 |

25 |

26 |                        **PUBLIC REDACTED**

27 |

28 |

I, Carl Alan Roth, hereby declare as follows:

1.     I am an attorney licensed to practice law in the State of California and am counsel at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, "MGA") in the above-captioned matter.  I submit this Declaration in Support of MGA's Opposition to Mattel's Motion for Permanent Injunction.

2.     Michael Wagner prepared an expert report in this action dated February 11, 2008.  A true and correct copy of that report along with selected schedules are attached hereto as **Exhibit 1.**

3.     On January 28 2008, Kevin Farr was deposed in this action.  A true and correct copy of excerpts from the certified transcript of that deposition is attached hereto as **Exhibit 2.**

4.     On August 20, 2008, Mattel displayed various demonstratives to the jury during its closing argument.  A true and correct copy of several of those demonstratives is attached as **Exhibit 3.**

5.     On or about December 7, 2007, Mattel served on MGA its "Supplemental Responses to MGA's First Set of Interrogatories to Mattel, Inc."  A true and correct copy of excerpts from those responses is attached hereto as **Exhibit 4.**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 13, 2008, at Los Angeles, California.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
                    Carl Alan Roth
            Attorneys for the MGA Parties

-1-

Declaration of Carl A. Roth in Support of MGA's Opposition to Mattel's Motion For Permanent Injunction
Case No. CV 04-9049 SGL (RNBx)

**Exhibit 1**

# THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

**Exhibit 2**

# THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER