# Exhibit 3



Comparison of Sasha Drawing And Doll

Exhibit 3,

## Comparison of Sasha Drawings And Dolls



EX 3-0005



EX 1108



EX 17558

30.4

Exhibit 3





Jade Comparison Slide

EX 504

EX 1107

EX 734-0001

30.5



