

## Bryant's Drawings of Jade's Head Are Substantially Similar To The Jade Doll Head



EX 504



EX 1107



EX 734-0001

30.9

Exhibit 3, p. 47

## Bryant's Drawings of Sasha's Head Are Substantially Similar To The Sasha Doll Head



EX 17558



EX 1108



EX 3-0005

30.10

Exhibit 3,
P. 18

## Bryant's Drawings of Yasmin's Head Are Substantially Similar To The Yasmin Doll Head



EX 17561



EX 1110



EX 1152-0019

30.11

Exhibit 3,