

Exhibit 3 ,

## Virtually Identical Shoes Appear In Bryant's Drawings And the Manufactured Bratz Dolls



EX 504



EX 3-0013

30.21

Exhibit 3 , P. 21







Yasmin Comparison Slide

EX 17561

EX 1110

EX 1152-0019

30.7

# Exhibit 4

# THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER