1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 | LAUREN E. AGUIAR (admitted *Pro Hac Vice*)
(laguiar@skadden.com)
3 | CARL ALAN ROTH (Bar No. 151517)
(croth@skadden.com)
4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
5 | Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600
6 | Attorneys for MGA Parties

7 |
JOHN B. QUINN (Bar No. 090378)
8 | (johnquinn@quinnemanuel.com)
MICHAEL T. ZELLER (Bar No. 196417)
9 | (michaelzeller@quinnemanuel.com)
JON D. COREY (Bar No. 185066)
10 | (joncorey@quinnemanuel.com)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
11 | 865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
12 | Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100
13 | Attorneys for Mattel, Inc.

14 |

15 | UNITED STATES DISTRICT COURT

16 | CENTRAL DISTRICT OF CALIFORNIA

17 | EASTERN DIVISION

18 |

19 | CARTER BRYANT, an individual,   |   Case No. CV 04-09049 SGL (RNBx)

20 |   Plaintiff,   |   Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

21 |   vs.   |

22 | MATTEL, INC., a Delaware corporation,   |   Hon. Stephen G. Larson

23 |   Defendant.   |   STIPULATION REGARDING POSSESSION OF CERTAIN PHYSICAL TRIAL EXHIBITS

24 |

25 | AND CONSOLIDATED CASES

26 |

27 |

07209/2660785.1 28 |

1

## STIPULATION

2       This stipulation is entered into by and between Mattel, on the one hand,

3  and MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and

4  MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Parties"), on the other

5  hand, with reference to the following:

6       The parties hereby stipulate and agree that on October 9, 2008, at the

7  request of Quinn Emanuel, Skadden provided Quinn Emanuel with the physical Trial

8  Exhibits listed as item numbers 106 through 501 on Exhibit A to Mattel's Ex Parte

9  Application For Leave To Lodge Non-Paper Physical Exhibits In Support Of Mattel's

10 Motion For A Permanent Injunction, dated October 1, 2008, with the exception of

11 item 164, Trial Exhibit 17558, which we believe is in the Court's possession, for the

12 purpose of lodging them with the Court pursuant to the Court's Order dated October 6,

13 2008.

14       IT IS SO STIPULATED.

15

16 DATED: October 13, 2008          SKADDEN ARPS SLATE MEAGHER &
                                     FLOM LLP
17

18

19                                 By _____
                                     Lauren E. Aguiar
20                                   Attorneys for the MGA Parties

21

22 DATED: October 10, 2008          QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP
23

24

25                                 By _____
                                     B. Dylan Proctor
26                                   Attorneys for Plaintiff Mattel, Inc.

27

28

-1-
STIPULATION REGARDING POSSESSION OF CERTAIN PHYSICAL TRIAL EXHIBITS
Case No. CV 04-9049 SGL (RNBx)