QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**[PUBLIC REDACTED] DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S RESPONSE TO MGA PARTIES' STATEMENT OF POSITION REGARDING PHASE 1C ISSUES**<br><br>Hearing Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1C** |

**DECLARATION OF B. DYLAN PROCTOR**

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of this Court's Order Re Statue of Limitations Defense, dated May 27, 2008.

3. Attached as Exhibit 2 is a true and correct copy of this Court's Further and Final Order Re Statue of Limitations Defense, dated June 2, 2008.

4. Attached as Exhibit 3 is a true and correct copy of the Phase B Verdict Form as Given, dated August 26, 2008.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the Court's Phase B Jury Instructions As Given, dated August 20, 2008.

6. Attached as Exhibit 5 is a true and correct copy of a document admitted as Trial Exhibit 4507 in this matter.

7. Attached as Exhibit 6 is a true and correct copy of a document admitted as Trial Exhibit 4942 in this matter.

8. Attached as Exhibit 7 is a true and correct copy of a document admitted as Trial Exhibit 500 in this matter.

9. Attached as Exhibit 8 is a true and correct copy of a document admitted as Trial Exhibit 1701 in this matter.

10. Attached as Exhibit 9 is a true and correct copy of excerpts of the complaint in Mattel, Inc. v. Carter Bryant, filed April 27, 2004.

1  11. Attached as Exhibit 10 is a true and correct copy of Defendant in
2  Intervention MGA Entertainment, Inc.'s Joinder in Defendant Carter Bryant's
3  Opposition to Plaintiff Mattel, Inc.'s Motion to Remand, dated December 22, 2004.
4  12. Attached as Exhibit 11 is a true and correct copy of excerpts of MGA
5  Entertainment, Inc.'s Answer in Intervention to Plaintiff's Unverified Complaint,
6  dated December 3, 2004.
7  13. Attached as Exhibit 12 is a true and correct copy of the Court's Order re
8  Mattel's Motion for Leave to Amend, dated January 11, 2007.
9  14. Attached as Exhibit 13 is a true and correct copy of the Court's Minute
10 Order dated May 20, 2005.
11 15. Attached as Exhibit 14 is a true and correct copy of the Court's Minute
12 Order dated May 16, 2006.
13 16. Attached as Exhibit 15 is a true and correct copy of excerpts of the
14 deposition transcript of Elise Cloonan, dated December 14, 2007.
15 17. Attached as Exhibit 16 is a true and correct copy of excerpts of the
16 deposition transcript of Richard de Anda, dated December 19, 2007.
17 18. Attached as Exhibit 17 is a true and correct copy of the Court's Order
18 Denying Motion for Terminating Sanctions, dated August 27, 2007.
19 19. Attached as Exhibit 18 is a true and correct copy of excerpts of the
20 August 27, 2007 Hearing Transcript.
21 20. Attached as Exhibit 19 is a true and correct copy of a document
22 admitted as Trial Exhibit 1103 in this matter.
23 21. Attached as Exhibit 20 is a true and correct copy of a document
24 admitted as Trial Exhibit 13861-0011 in this matter.
25 22. Attached as Exhibit 21 is a true and correct copy of Court's Final
26 Pretrial Conference Order for Phase 1 Trial, dated June 4, 2008.
27 23. Attached as Exhibit 22 is a true and correct copy of a document
28 admitted as Trial Exhibit 13223 in this matter.

1  24.  Attached as Exhibit 23 is a true and correct copy of the Declaration of Richard de Anda dated February 7, 2008.

2  25.  Attached as Exhibit 24 is a true and correct copy of excerpts of the deposition transcript of Veronica Marlow, dated December 28, 2007.

3  26.  Attached as Exhibit 25 is a true and correct copy of Mattel, Inc.'s Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, dated December 3, 2007.

4  27.  Attached as Exhibit 26 is a true and correct copy of the Court's Order Granting Motion for Leave to Serve a Supplemental Interrogatory, dated December 3, 2007.

5  28.  Attached as Exhibit 27 is a true and correct copy of MGA's Response to Mattel, Inc.'s Amended Supplemental Interrogatory, dated January 7, 2008.

6  29.  Attached as Exhibit 28 is a true and correct copy of a copyright registration admitted as Trial Exhibit 13758 in this matter.

7  30.  Attached as Exhibit 29 is a true and correct copy of excerpts of MGA Entertainment, Inc.'s Second Supplemental and Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission, dated July 23, 2007.

8  31.  Attached as Exhibit 30 is a true and correct copy of the Court's Order Regarding Mattel's Motion for Leave to Amend, dated January 11, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2008, at Los Angeles, California.

B. Dylan Proctor