THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>ORDER GRANTING MGA DEFENDANTS' *EX PARTE* APPLICATION TO EXTEND PAGE LIMIT FOR OPPOSITION TO MATTEL'S MOTION FOR PERMANENT INJUNCTION BY FIVE PAGES<br><br>Honorable Stephen G. Larson |

# NOTE: CHANGES MADE BY THE COURT

---

## ORDER

Based on the Application filed with the Court, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

1. The *Ex Parte* Application To Extend Page Limit For Opposition To Mattel's Motion For Permanent Injunction By Five Pages is granted.

2. MGA's Opposition to Mattel's Motion for Permanent Injunction may not exceed 35 pages.

3. Mattel's Reply may not exceed 25 pages.

4. The deadline for the filing of Mattel's Reply is extended by two days.

IT IS SO ORDERED.

DATED: October 10, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge