Case 2:04-cv-09049-DOC-RNB   Document 4362   Filed 10/14/08   Page 1 of 3   Page ID #:111689

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S RESPONSE TO MGA PARTIES' STATEMENT OF POSITION REGARDING PHASE 1C ISSUES<br><br>Hearing Date: November 10, 2008<br>Time:         1:00 p.m.<br>Place:        Courtroom 1 |

07209/2667108.1

[PROPOSED] ORDER

1
2  [~~PROPOSED~~] ORDER
3
4       Based on the concurrently filed Application to File Under Seal the
5 Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Response to MGA
6 Parties' Statement of Position Regarding Phase 1C Issues,
7       IT IS HEREBY ORDERED:
8       Exhibits 15, 16, 24, and 25 to the Declaration of B. Dylan Proctor in
9 Support of Mattel, Inc.'s Response to MGA Parties' Statement of Position Regarding
10 Phase 1C Issues, are ORDERED filed under seal pursuant to Local Rule 79-5.1.
11
12
13 DATED: 10/14, 2008 _____
14                            Hon. Stephen G. Larson
                           United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07209/2667108.1

-2-

[PROPOSED] ORDER

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On October 14, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S RESPONSE TO MGA PARTIES' STATEMENT OF POSITION REGARDING PHASE 1C ISSUES** on the parties in this action as follows:

Thomas Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 14, 2008, at Los Angeles, California.

*/s/ Yalonda J. Dekle*
Yalonda J. Dekle

07209/2359511.1