```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  JASON D. RUSSELL (Bar No. 169219)
    (jrussell@skadden.com)
 3  LAUREN AGUIAR (Admitted Pro Hac Vice)
    (laguiar@skadden.com)
 4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue
 5  Los Angeles, CA  90071-3144
    Telephone:  (213) 687-5000
 6  Facsimile:   (213) 687-5600
 7
    Attorneys for the MGA Parties-
 8
```



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>     Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>     Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE**<br><br>Trial Date:   May 27, 2008 |

PROOF OF SERVICE                                          NO. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **October 13, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

**(X)**  (BY PERSONAL SERVICE)   ☐   By personally delivering copies to the person served. (FEDERAL)

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

( )   (BY FEDERAL EXPRESS)

( )   (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **October 13, 2008**, in Los Angeles, California.

____Jean A. Chun____            _[signature]_
PRINT NAME                        SIGNATURE

2
PROOF OF SERVICE                                NO. CV 04-9049 SGL (RNBx)

## Document List

(1)  MGA Parties' Opposition to Mattel's Motion for Permanent Injunction;

(2)  Declaration of Carl Alan Roth in Support of MGA Parties' Opposition to Mattel's Motion for Permanent Injunction;

(3)  Application to File Under Seal;

(3)  [Proposed] Order to File Under Seal;

(4)  Proof of Service