UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                        Date: October 7, 2008
Title:          MATTEL, INC. -v- MGA ENTERTAINMENT, INC., et al.
===============================================================

PRESENT:    HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

          Jim Holmes                                                      None Present
          Courtroom Deputy                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                       None Present

PROCEEDINGS:    ORDER VACATING COURT'S OCTOBER 3, 2008, ORDER

      The Court's October 3, 2008, Order struck the efiled version of Mattel's proposed permanent injunction (docket #4316) and required counsel to email the proposed injunction. Counsel informed the Court that, due to size constraints of the Court's email system, and due to the size of the proposed injunction, they would have to send 60 separate emails to accomplish this task.

      In light of this information, the Court **ORDERS** as follows:  Counsel shall email the proposed order only, without the exhibits, which total over 900 pages.  The October 3, 2008, Order is **VACATED**, and docket #4316 shall remain part of the record.

      **IT IS SO ORDERED.**


MINUTES FORM 90                                                     Initials of Deputy Clerk __jh_____
CIVIL -- GEN                                    1