ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S RESPONSE TO MGA PARTIES' STATEMENT OF POSITION REGARDING PHASE 1C ISSUES<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1 |

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 15, 16, 24, and 25 to the Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Response to MGA Parties' Statement of Position Regarding Phase 1C Issues (the "Declaration").

The Declaration attaches materials that Mattel, MGA, and third parties Veronica Marlow and Elise Cloonan have designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Elise Cloonan has designated Exhibit 15 to the Declaration as "Confidential--Attorneys' Eyes Only." Mattel has designated Exhibit 16 as "Confidential--Attorneys' Eyes Only." Veronica Marlow has designated Exhibit 24 to the Declaration as "Confidential--Attorneys' Eyes Only." MGA has designated Exhibit 25 as "Confidential--Attorneys' Eyes Only." Accordingly, Mattel requests that the Court order that the Declaration be filed under seal.

DATED: October 14, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Dylan Proctor (CSN)
B. Dylan Proctor
Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On October 14, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S RESPONSE TO MGA PARTIES' STATEMENT OF POSITION REGARDING PHASE 1C ISSUES** on the parties in this action as follows:

Thomas Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 14, 2008, at Los Angeles, California.

Yalonda J. Dekle

07209/2359511.1