1 THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
4 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
5 Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600
6
7 Attorneys for The MGA Parties
8
UNITED STATED DISTRICT COURT
9
CENTRAL DISTRICT OF CALIFORNIA
10
EASTERN DIVISION
11

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | NOTICE OF FILING OF PHASE 1A AND PHASE 1B TRANSCRIPTS IN SUPPORT OF AND OPPOSITION TO THE MGA PARTIES' PHASE 1C AND INJUNCTIVE RELIEF BRIEFING |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Court's September 9, 2008 Order, Defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties"), submit the attached Transcripts of Phase 1a and 1b hearing sessions in support of their Phase 1c and injunctive relief briefing: the MGA Parties' Statement Of Position On Phase 1c Issues, Opposition to Mattel's Motion for Declaratory Judgment, Opposition to Mattel's Motion Construction Trust and Finding Of Liability and Injunctive Relief Under Cal. Bus. & Prof. Code 17200, Opposition to Mattel's Motion For Permanent Injunction, and all documents submitted in support thereof (collectively, "MGA Parties' Phase 1c and Injunctive Relief Briefing").  The following is a list of all the sessions cited in the MGA Parties' Phase 1c and Injunctive Relief Briefing and attached hereto:

**Trial Sessions**

| | |
|---|---|
| 5/27/08 AM | 7/1/08 AM |
| 5/27/08 PM | 7/1/08 PM |
| 5/28/08 AM | 7/2/08 AM |
| 5/28/08 PM | 7/2/08 PM |
| 5/29/08 AM | 7/3/08 AM |
| 5/29/08 PM | 7/3/08 PM |
| 5/30/08 AM | 7/21/08 PM |
| 5/30/08 PM | 7/23/08 AM |
| 6/3/08 PM | 7/23/08 PM |
| 6/04/08 AM | 8/5/08 AM |
| 6/5/08 AM | 8/5/08 PM |
| 6/5/08 PM | 8/6/08 PM |
| 6/6/08 AM | 8/7/08 AM |
| 6/6/08 PM | 8/7/08 PM |
| 6/10/08 AM | 8/8/08 AM |
| 6/10/08 PM | 8/8/08 PM |
| 6/11/08 AM | 8/12/08 AM |
| 6/12/08 PM | 8/12/08 PM |
| 6/13/08 AM | 8/13/08 AM |
| 6/17/08 AM | 8/13/08 PM |
| 6/17/08 PM | 8/14/08 AM |
| 6/18/08 AM | 8/15/08 PM |
| 6/18/08 PM | 8/18/08 |
| 6/20/08 PM | 8/22/08 PM |
| 6/24/08 AM | 8/26/08 |
| | 8/27/08 AM |

**Hearing Transcripts**

| | |
|---|---|
| 2/4/08 | 5/21/08 |
| 5/12/08 | 5/22/08 |
| 5/19/08 | 5/23/08 |

DATED: October 20, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Thomas J. Nolan_____
Thomas J. Nolan
Attorneys for the MGA Parties