QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>        vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**NOTICE OF FILING OF PHASE 1A AND PHASE 1B TRANSCRIPTS IN SUPPORT OF AND OPPOSITION TO:**<br><br>**(1) MATTEL, INC.'S MOTION FOR CONSTRUCTIVE TRUST AND FINDING OF LIABILITY AND INJUNCTIVE RELIEF UNDER CAL. BUS. & PROF. CODE § 17200; AND**<br><br>**(2) MATTEL, INC.'S MOTION FOR DECLARATORY JUDGMENT OF OWNERSHIP OF BRATZ WORKS**<br><br>Hearing Date: November 10, 2008<br>Time:            1:00 p.m.<br>Place:           Courtroom 1<br><br>**Phase 1C** |

1    PLEASE TAKE NOTICE that plaintiff Mattel, Inc. ("Mattel") hereby submits

2   the following trial transcripts in accordance with the Court's Order Re Citation to

3   and E-Filing of Oversized Transcript dated September 9, 2008.

4   **Mattel, Inc.'s Motion for Constructive Trust and Finding of Liability and**

5   **Injunctive Relief Under Cal. Bus. & Prof. Code § 17200**:

6       5/12/2008 Hearing                          6/05/2008 P.M

7       5/19/2008 Hearing                          6/06/2008 A.M

8       5/22/2008 P.M.                             6/11/2008 A.M

9       5/23/2008 Pre-Trial Conference             6/17/2008 P.M.

10      5/27/2008 A.M.                             7/02/2008 A.M.

11      5/27/2008 P.M.                             7/10/2008 P.M.

12      5/28/2008 A.M.                             7/21/2008 P.M.

13      5/28/2008 P.M                              8/06/2008 P.M.

14      5/30/2008 P.M

15  **Motion for Declaratory Judgment of Ownership of Bratz Works:**

16      5/27/2008 P.M.                             6/17/2008 A.M

17      6/03/2008 P.M.                             8/15/2008 P.M.

18      6/04/2008 A.M

19

20  DATED:  October 20, 2008         QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP
21

22

23                                   By  /s/ B. Dylan Proctor
                                        B. Dylan Proctor
24                                      Attorneys for Mattel, Inc.

25

26

27

28

NOTICE OF FILING OF TRANSCRIPTS IN SUPPORT OF AND OPPOSITION TO MOTIONS FOR
CONSTRUCTIVE TRUST AND DECLARATORY RELIEF