THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | DECLARATION OF THOMAS J. NOLAN IN SUPPORT OF MGA PARTIES' RESPONSE TO MATTEL'S EVIDENTIARY OBJECTIONS TO THE MGA PARTIES' PHASE 1C STATEMENT OF POSITION |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | |
| | Hearing Date:     November 10, 2008 |
| | Time:              1:00 PM |

1.   I am an attorney licensed to practice law in the State of California and a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") in the above-captioned matter.  I submit this Declaration in Support of MGA Parties' Opposition to Mattel's Evidentiary Objections To The MGA Parties' Phase 1c Statement of Position.  Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2.   Attached as Exhibit 1 is a true and correct copy of MGA's Supplemental Response to Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, served on Mattel on April 28, 2008.

3.   Attached as Exhibit 2 is a true and correct copy of MGA's Supplemental Response to Mattel, Inc.'s Interrogatory No. 10, served on Mattel on June 2, 2008.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 20, 2008, at Los Angeles, California.

_____
/s/ Thomas J. Nolan
Thomas J. Nolan

# EXHIBIT 1

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGORAD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Ste. 3400, Los Angeles, CA  90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA  94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE de Mexico, S.R.L. de C.V.,
and Isaac Larian

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**MGA'S SUPPLEMENTAL RESPONSE TO MATTEL, INC.'S AMENDED SUPPLEMENTAL INTERROGATORY REGARDING DEFENDANTS' AFFIRMATIVE DEFENSES**<br><br>Honorable Stephen G. Larson Courtroom 1 |

## **PRELIMINARY STATEMENT**

The General Response set forth herein applies to all responses that MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C. V. (the "MGA Parties") are providing in response to the amended supplemental interrogatory regarding affirmative defenses (the "Interrogatory") or may in the future provide in response to any discovery request in this action. The Response is made without waiving, or intending to waive but, on the contrary, expressly reserving: (a) the right to object, on the grounds of competency, privilege, relevancy or materiality, or any other proper grounds, to the use of the Response, for any purpose in whole or in part, in any subsequent step or proceeding in this action or any other action; (b) the right to object on any and all grounds, at any time, to other interrogatories or other discovery procedures; and (c) the right at any time to revise, correct, add to, or clarify any of the responses propounded herein.

The Response reflects only the present state of the MGA Parties' discovery regarding the information that Mattel seeks. Discovery and other investigation or research concerning this litigation are continuing, as Mattel only recently introduced documents it intends to use as trial exhibits. It is anticipated that further discovery, independent investigation, and legal research and analysis will supply additional facts and meaning to the known facts, as well as establish entirely new factual conclusions, all of which may lead the MGA Parties to discover other information responsive to this Interrogatory. The MGA Parties therefore reserve the right to amend or supplement this Response at any time in light of future investigation, research or analysis, and also expressly reserves the right to rely on, at any time, including trial, subsequently discovered information omitted from this Response as a result of mistake, error, oversight or inadvertence. The MGA Parties do not hereby admit, adopt or acquiesce in any factual or legal contention, assertion or characterization contained in the Interrogatory or any particular request therein, even where the MGA

1

1 | Parties have not otherwise objected to a particular interrogatory, or has agreed to
2 | provide information responsive to a particular interrogatory.

3 | No incidental or implied admissions are intended by this Response.  These
4 | responses should not be taken as an admission that the MGA Parties accept or admit
5 | the existence of any facts set forth or assumed by any instruction, definition or
6 | interrogatory.

7 | **SUPPLEMENTAL INTERROGATORY:**

8 | State the facts upon which YOU intend to rely at trial to support YOUR
9 | affirmative defenses, and IDENTIFY all PERSONS with knowledge of those facts
10 | and all DOCUMENTS that REFER OR RELATE TO those facts.

11 | **SUPPLEMENTAL RESPONSE TO SUPPLEMENTAL INTERROGATORY:**

12 | Statute of Limitations/Failure to State a Claim

13 | The MGA Parties hereby supplement their responses dated January 7, 2008
14 | with the following responsive information:

15 | In February 2001, Mr. Mateo Romano, a representative of Mattel de Mexico, a
16 | wholly owned subsidiary of Mattel, Inc., attended the New York Toy Fair, where he
17 | was offered the opportunity to license and distribute the BRATZ. Although Mr.
18 | Romano initially indicated a desire to sell the BRATZ, in March of 2001 Mattel wrote
19 | to Mr. Martin Hitch of MGA and stated that Mattel would not license and distribute
20 | the BRATZ because "some products are very similar to our own concepts and this is a
21 | very sensitive issue with the brand groups (Bratz and Samantha)." Mr. Romano told
22 | MGA that "restrictions from El Segundo" – Mattel, Inc. headquarters – were the
23 | reason why Mattel was not interested in MGA's products, as  Mattel, Inc. instructed
24 | Romano not to carry products, like BRATZ, that Mattel believed were too similar to
25 | Mattel's existing or planned products.

26 | Despite declining to distribute the BRATZ, Mattel nonetheless (unbeknownst to
27 | MGA) placed the BRATZ line into the Mattel product system, which came to light in
28 |

2

1  April 2001, when Ms. Georgia Manolas, the international dolls product manager of
2  Mattel, sent an email to Ms. Paula Garcia explaining that she was "surprise[d] when
3  [she] looked in the system today and saw 'Bratz' and 'Scooter Samantha.'"

4      Mattel, Inc. controlled and restricted Mattel de Mexico's ability to purchase or
5  distribute products (like the BRATZ) that Mattel, Inc. felt were "too similar." As Mr.
6  Romano's emails at the time confirm, he was "having a lot of restrictions from El
7  Segundo [Mattel, Inc.'s headquarters]" and that "your friends [referring to Mattel,
8  Inc.] were reluctant to let us [Mattel de Mexico] carry the product [i.e., BRATZ]").
9  Moreover, Mr. Romano confirmed that the product catalogs given by MGA to Mattel
10  de Mexico wound up on Mattel, Inc.'s internal computer system, which also shows
11  the complete interaction between Mattel, Inc. and its subsidiary on this precise issue.

12      The MGA Parties reserve the right to supplement this response and, consistent
13  with its obligations under Federal Rule of Civil Procedure 26(e), the MGA Parties will
14  supplement this response if they receive additional responsive information.

15      The following persons have knowledge of facts and circumstances regarding
16  the foregoing: Martin Hitch, Isaac Larian, Mateo Romano, Georgia Manolas, and
17  Paula Garcia.

18      The following documents are relevant to the foregoing: a schedule from the
19  New York Toy Fair bearing Bates number MGA 0304995 – 0305013; e-mail dated
20  March 2, 2001 bearing Bates number MGA 045331; e-mail dated March 7, 2001
21  bearing Bates numbers MGA 0305882-3; e-mail dated March 14, 2001 bearing Bates
22  numbers MGA 0305884-7; e-mail dated April, 20, 2001 bearing Bates number MGA
23  0049114; email dated April 20, 2001 bearing Bates number MGA 0050171; e-mail
24  dated April 23, 2001 bearing Bates number MGA 0305909; e-mail dated April 25,
25  2001 bearing Bates numbers MGA 0435332-3; e-mail dated April 27, 2001 bearing
26  Bates numbers MGA 0350915-917; Declaration of Mateo Romano, dated March 20,
27  2008, submitted in support of Mattel, Inc.'s Consolidated Opposition to Defendants'
28

3

Motions for Partial Summary Judgment; Declaration of Martin Hitch, dated April 1, 2008, submitted in support of the MGA Parties' Reply in Further Support of Their Motion for Partial Summary Judgment, and exhibits thereto.

DATED:  April 28, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
          Thomas J. Nolan
Attorneys for MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA ENTERTAINMENT
(HK) Ltd., and MGAE de MEXICO S.R.L. de C.V.

1 | THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 | 300 South Grand Avenue
Los Angeles, CA 90071-3144
3 | Telephone: (213) 687-5000
Facsimile: (213) 687-5600
4 | E-mail: tnolan@skadden.com

5 | RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
7 | Telephone: (415) 984-6400
Facsimile: (415) 984-2698
8 | E-mail: rkennedy@skadden.com

9 | Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 | (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

11 |

12 | **UNITED STATES DISTRICT COURT**

13 | **CENTRAL DISTRICT OF CALIFORNIA**

14 | **EASTERN DIVISION**

15 | CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx)

16 | Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727

17 | v.

18 | MATTEL, INC., a Delaware corporation | **DISCOVERY MATTER**

19 | Defendant. | **PROOF OF SERVICE**

20 |

21 | Consolidated with MATTEL, INC. v. BRYANT and MGA

22 | ENTERTAINMENT, INC. v. MATTEL, INC. | Trial Date:   May 27, 2008

23 |

24 |

25 |

26 |

27 |

28 |

Exhibit 1
Page 7

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **April 28, 2008,** I served the foregoing documents described as:

### SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

**(X)**   (BY PERSONAL SERVICE)   ☒   By personally delivering copies to the person served. (FEDERAL)

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

**(X)**   (BY FEDERAL EXPRESS)

**( )**   (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **April 28, 2008,** in Los Angeles, California.

Matthew Bowman
PRINT NAME                                      SIGNATURE

2

## DOCUMENT LIST

(1) Supplemental Response To Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses;

(2)  Proof of Service

3

1

## SERVICE LIST

2

3

4    Jon D. Corey, Esq.
     Michael T. Zeller, Esq.
5    John Quinn, Esq.
     Quinn Emanuel Urquhart Oliver &
6    Hedges, LLP
     865 South Figueroa Street, 10th Floor
7    Los Angeles, CA 90017-2543
     (213) 443-3000
8    (213) 443-3100 (Fax)

9    Attorneys for Mattel, Inc
     [Personal Service]
10

11   Mark E. Overland, Esq.
     Alexander H. Cote, Esq.
12   David C. Scheper, Esq.
     Overland Borenstein Scheper & Kim
13   300 South Grand Avenue, Suite 2750
     Los Angeles, CA 90071
14   (213) 613-4655
     (213) 613-4656
15

16   Attorneys for Carlos Gustavo Machado
     Gomez
17   [Federal Express]

John Trinidad, Esq.
John Keker, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]

18

19

20

21

22

23

24

25

26

27

28

4

# EXHIBIT 2

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  MARINA V. BOGORAD (Bar No. 217524)
   (mbogorad@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Ste. 3400, Los Angeles, CA  90071-3144
5  Tel.: (213) 687-5000 / Fax: (213) 687-5600

6  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Embarcadero Center, Suite 3800
8  San Francisco, CA  94111-5974
   Tel.: (415) 984-2698 / Fax: (415) 984-2626

9  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. de C.V.,
10 and Isaac Larian

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13                    EASTERN DIVISION

14  CARTER BRYANT, an individual        )  CASE NO. CV 04-9049 SGL (RNBx)
                                        )
15                  Plaintiff,          )  Consolidated with Case No. 04-9059
                                        )  and Case No. 05-2727
16          v.                          )
                                        )  **MGA'S SUPPLEMENTAL**
17  MATTEL, INC., a Delaware            )  **RESPONSE TO MATTEL,**
    corporation                         )  **INC.'S INTERROGATORY NO.**
18                                      )  **10**
                    Defendant.          )
19                                      )  Honorable Stephen G. Larson
                                        )  Courtroom 1
20                                      )
                                        )
21                                      )
                                        )
22                                      )
                                        )
23  ──────────────────────────         )

24

25

26

27

28

# **PRELIMINARY STATEMENT**

The General Response set forth herein applies to all responses that MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C. V. (the "MGA Parties") are providing in response to Mattel, Inc.'s Interrogatory No. 10 requiring the MGA Parties to identify each and every instance in which BRATZ was shown, displayed or exhibited prior to June 1, 2001 (the "Interrogatory") or may in the future provide in response to any discovery request in this action.  The Response is made without waiving, or intending to waive but, on the contrary, expressly reserving:   (a) the right to object, on the grounds of competency, privilege, relevancy or materiality, or any other proper grounds, to the use of the Response, for any purpose in whole or in part, in any subsequent step or proceeding in this action or any other action; (b) the right to object on any and all grounds, at any time, to other interrogatories or other discovery procedures; and (c) the right at any time to revise, correct, add to, or clarify any of the responses propounded herein.

The Response reflects only the present state of the MGA Parties' discovery regarding the information that Mattel seeks.  Discovery and other investigation or research concerning this litigation are continuing, as Mattel only recently introduced documents it intends to use as trial exhibits.  It is anticipated that further discovery, independent investigation, and legal research and analysis will supply additional facts and meaning to the known facts, as well as establish entirely new factual conclusions, all of which may lead the MGA Parties to discover other information responsive to this Interrogatory. The MGA Parties therefore reserve the right to amend or supplement this Response at any time in light of future investigation, research or analysis, and also expressly reserves the right to rely on, at any time, including trial, subsequently discovered information omitted from this Response as a result of mistake, error, oversight or inadvertence.  The MGA Parties do not hereby admit,

Exhibit 2
Page 12

MGA'S SUPPLEMENTAL RESPONSE TO MATTEL'S INTERROGATORY NO. 10
NO. CV 04-9049 SGL (RNBx)

1 adopt or acquiesce in any factual or legal contention, assertion or characterization
2 contained in the Interrogatory or any particular request therein, even where the MGA
3 Parties have not otherwise objected to a particular interrogatory, or has agreed to
4 provide information responsive to a particular interrogatory.

5    No incidental or implied admissions are intended by this Response.   These
6 responses should not be taken as an admission that the MGA Parties accept or admit
7 the existence of any facts set forth or assumed by any instruction, definition or
8 interrogatory.

9 **INTERROGATORY NO. 10:**

10    IDENTIFY each and every instance in which BRATZ was shown, displayed or
11 exhibited prior to June 1, 2001, including without limitation by stating the date(s) on
12 which each such instance occurred and the location where each such instance
13 occurred, and IDENTIFY each and every PERSON with knowledge thereof.

14 **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10:**

15    The MGA Parties hereby supplement their responses dated May 30, 2006,
16 March 11, 2007, and August 21, 2007 with the following responsive information:

17    In February 2001, Bratz samples, along with Bratz drawings, were displayed at
18 the Tokyo toy fair. Mattel videotaped the Bratz booth at the 2001 Tokyo toy fair.

19    Bratz drawings were displayed alongside Bratz samples at the Hong Kong toy
20 fair in January 2001.

21    Bratz were displayed at the Dallas toy fair in January 2001.

22    Bratz appeared in <u>The Toy Book</u>, February 2001, Vol. 17, No. 1. They also
23 appeared in "Doll Makers Get Back to Basics", <u>The Toy Book</u>, Mar. 2001, Vol. 17,
24 No. 2., "Toys: What's Hot What's New What's Happening", <u>DSN Retailing Today</u>,
25 Mar. 5, 2001, Vol. 40 No. 5, and "Bratz Running Amuck At MGA Exhibit", 2001
26 Toy Fair Times (Feb. 2001).

27    One of the Bratz drawings displayed alongside Bratz samples at the New York

28

Exhibit 2
Page 13

1 | toy fair in February 2001 was published in Molly Prior, "Product geared to girl demo
2 | surfaces in boys' toy market", <u>DSN Retailing Today</u>, Mar. 5, 2001.

3 |      Bratz appeared in "New Products", <u>License!</u>, May 2001.

4 |      There was major market network television coverage of Bratz by February 22,
5 | 2001.

6 |      The MGA Parties reserve the right to supplement this response and, consistent
7 | with its obligations under <u>Federal Rule of Civil Procedure</u> 26(e), the MGA Parties will
8 | supplement this response if they receive additional responsive information.

9 |      The following persons have knowledge of facts and circumstances regarding
10 | the foregoing: Mattel, Inc., Isaac Larian, Sarah Chui, Paula Garcia (Treantafelles),
11 | Victoria O'Connor, Dave Malacrida, Lon Ross, Rachel Harris, Colleen O'Higgins,
12 | Brian Schmidt, Martin Hitch, Miles Ho, Stanley Li, Janet Lam, Patrick Williams,
13 | Jennifer Maurus, Scott Bachrach, Molly Prior, Joan Gaynor, Video Services (located
14 | at 333 Continental Blvd., El Segundo, CA 90245).

15 |      The following documents are relevant to the foregoing: February 22, 2001
16 | email from Lon Ross to Distribution (Bates MGA 0010208), March 26, 2001 email
17 | from Rachel Harris to Isaac Larian and Paula Treantafelles (Bates MGA4018342),
18 | excerpt of <u>The Toy Book</u>, February 2001, Vol. 17, No. 1 (Ex. 142 to Declaration of
19 | Marina Bogorad dated April 1, 2008); Molly Prior, "Product geared to girl demo
20 | surfaces in boys' toy market", <u>DSN Retailing Today</u>, Mar. 5, 2001 (Ex. 113 to
21 | Declaration of Thomas J. Nolan dated March 24, 2008 ("Nolan Decl."); Bates
22 | MGA0064597); "Doll Makers Get Back to Basics," <u>The Toy Book</u>, Mar. 2001, Vol.
23 | 17, No. 2 (Nolan Decl., Ex. 114; Bates MGA 3770046), "Toys: What's Hot What's
24 | New What's Happening", <u>DSN Retailing Today</u>, Mar. 5, 2001, Vol. 40 No. 5 (Nolan
25 | Decl., Ex. 115; Bates MGA 3770045); "New Products", <u>License!</u>, May 2001 (Nolan
26 | Decl., Ex. 116; Bates 3770042); Mattel, Inc.'s DVD containing footage from the 2001
27 | Tokyo Toy Fair, authenticated by a letter from Quinn Emanuel to Skadden Arps dated
28 |

Exhibit 2
Page 14 MGA'S SUPPLEMENTAL RESPONSE TO MATTEL'S INTERROGATORY NO. 10
NO. CV 04-9049 SGL (RNBx)

1  Mar. 20, 2008 (Nolan Decl., Ex. 107; Bates M 0110717); email dated January 8, 2001

2  from Sarah Chui to Paula [Garcia] and Victoria O'Connor and attachment (Ex. 56 to

3  Declaration of Dylan Proctor dated March 7, 2008; Bates MGA 0050733-36);

4  paperwork accompanying "Live from Tokyo" DVD by Video Services, Bates

5  M0336158-M0336161; "Bratz Running Amuck At MGA Exhibit", <u>2001 Toy Fair</u>

6  <u>Times</u> (Feb. 2001) (Nolan Decl., Ex. 130; Bates MGA 0861122); email dated January

7  8, 2001 from Paula Treantafelles to Distribution (Bates MGA 003742); email dated

8  January 19, 2001 from Janet Lam to Distribution (Bates MGA 4517941); email chain

9  starting with email dated January 4, 2001 from Colleen O'Higgins to Distribution

10 (Bates MGA 4530470); email dated February 2, 2001 from Jennifer Maurus to Patrick

11 Williams (Bates MGA 2062977).

12 DATED:  June 2, 2008

13

14                    SKADDEN, ARPS, SLATE, MEAGHER &
                      FLOM LLP

15

16                    By: _____

17                            Thomas J. Nolan
                      Attorneys for MGA ENTERTAINMENT, INC.,
                      ISAAC LARIAN, MGA ENTERTAINMENT

18                    (HK) Ltd., and MGAE de MEXICO S.R.L. de C.V.

19

20

21

22

23

24

25

26

27

28

1

## **VERIFICATION**

2    I, Sandra Ravan, declare:

3    I am an assistant in the Public Relations Department of MGA

4 Entertainment, a corporation organized and existing under the laws of the United

5 States, which is a defendant in the above-entitled action, and I have been authorized to

6 make this verification on its behalf.

7    I have read the foregoing and know the contents thereof MGA'S

8 SUPPLEMENTAL RESPONSE TO MATTEL, INC.'S INTERROGATORY NO. 10.

9 The same is true of my own knowledge, except as to those matters which are therein

10 stated on information and belief, and, as to those matters, I believe them to be true.

11    I declare under penalty of perjury under the laws of the United States that

12 the foregoing is true and correct.

13    Executed at Van Nuys , California  on this 2 day of June,

14 2008.

15

16    _Sandra Ravan_

17

18

19

20

21

22

23

24

25

26

27

28

5

MGA'S SUPPLEMENTAL RESPONSE TO MATTEL'S INTERROGATORY NO. 10

Exhibit 2
Page 16

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

4     I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

5

6     On **June 2, 2008**, I served the foregoing document described as:

## MGA'S SUPPLEMENTAL RESPONSE TO MATTEL INC.'S INTERROGATORY NO. 10

7

8     on the interested party in this action addressed as follows:

9          John B. Quinn, Es.
           Jon D. Corey, Esq.
10         B. Dylan Proctor, Esq.
           Michael T. Zeller, Esq.
11     Quinn Emanuel Urquhart Oliver & Hedges, LLP
           865 South Figueroa Street, 10th Floor
12         Los Angeles, CA  90017-2543

13         Delivery at Marriott Riverside
               3400 Market Street
14             Riverside, CA 92502

15    **(X)**    (BY PERSONAL SERVICE)    ( **X** ) By personally delivering copies to the person served. (FEDERAL)

16
                                         ( )    I caused such document to be hand delivered to the above addressees. (FEDERAL)
17

18

19         I declare under penalty of perjury under the laws of the State of

20    California and the United States of America that the above is true and correct.

21

22    Executed on **June 2, 2008**, in Los Angeles, California.

23

24    _____BECKY ISOMOTO_____                    _____
          PRINT NAME                                      SIGNATURE
25

26

27

28

1

Exhibit 2
Page 17                           PROOF OF SERVICE
                              NO. CV 04-9049 SGL (RNBx)