QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**[PUBLIC REDACTED]**<br>**SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S**<br><br>**(1) MOTION FOR CONSTRUCTIVE TRUST AND FINDING OF LIABILITY AND INJUNCTIVE RELIEF UNDER CAL. BUS. & PROF. CODE § 17200; AND**<br><br>**(2) MOTION FOR DECLARATORY JUDGMENT OF OWNERSHIP OF BRATZ WORKS**<br><br>Hearing Date:   November 10, 2008<br>Time:                1:00 p.m.<br>Place:               Courtroom 1<br><br>**Phase 1C** |

07209/2673142.1

SUPP. KIDMAN DEC. ISO MATTEL INC.'S MOTION FOR CONSTRUCTIVE TRUST AND INJUNCTIVE RELIEF

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of excerpts of the Court's Phase B Jury Instructions.

3. Attached as Exhibit B is a true and correct copy of the Court's Order dated July 24, 2008.

4. Attached as Exhibit C is a true and correct copy of the Court's Order Granting in Part, Denying in Part, and Deferring in Part the Parties' Motions for Partial Summary Judgment, dated April 25, 2008.

5. Attached as Exhibit D is a true and correct copy of the Court's Order Re Mattel's Motion for Leave to Amend, dated January 11, 2007.

6. Attached as Exhibit E is a true and correct copy of excerpts of Mattel, Inc.'s Complaint filed April 27, 2004.

7. Attached as Exhibit F is a true and correct copy of excerpts of Mattel, Inc.'s First Amended Complaint filed November 20, 2006.

8. Attached as Exhibit G is a true and correct copy of excerpts of Mattel, Inc.'s Amended Answer and Counterclaims filed July 12, 2007.

9. Attached as Exhibit H is a true and correct copy of excerpts of Mattel, Inc.'s Second Amended Answer and Counterclaims filed January 12, 2007.

10. Attached as Exhibit I is a true and correct copy of the Court's Order Denying Plaintiff Mattel, Inc.'s Motion to Remand and Certifying Question for Interlocutory Review, dated March 4, 2005.

11. Attached as Exhibit J is a true and correct copy of excerpts of Mattel, Inc.'s Opposition to the MGA Parties' Motion for Judgment as a Matter of Law dated August 20, 2008.

1         12.    Attached as Exhibit K is a true and correct copy of excerpts of the Court's Order re Statute of Limitations Defense, dated May 27, 2008.

        13.    Attached as Exhibit L is a true and correct copy of excerpts of the deposition transcript of Carter Bryant, dated November 4, 2004.

        14.    Attached as Exhibit M is a true and correct copy of MGA Entertainment, Inc.'s Hong Kong Trademark Application No. 300846612AA for the mark "JADE."

        15.    Attached as Exhibit N is a true and correct copy of MGA Entertainment, Inc.'s Hong Kong Trademark Registration No. 300846612AB for the mark "JADE."

        16.    Attached as Exhibit O is a true and correct copy of MGA Entertainment, Inc.'s Hong Kong Trademark Registration No. 300443989AB for the mark "JADE."

        17.    Attached as Exhibit P is a true and correct copy of excerpts of the hearing transcript dated June 11, 2007.

        18.    Attached as Exhibit Q is a true and correct copy of excerpts of deposition transcript of Paul Meyer, dated March 31, 2008.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed this 20th day of October, 2008, at Los Angeles, California.

_____
Scott B. Kidman

07209/2673142.1

-2-

SUPP. KIDMAN DEC. ISO MATTEL INC.'S MOTION FOR CONSTRUCTIVE TRUST AND INJUNCTIVE RELIEF