ORIGINAL

LODGED

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT

OCT 21 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S (1) MOTION FOR CONSTRUCTIVE TRUST AND FINDING OF LIABILITY AND INJUNCTIVE RELIEF UNDER CAL. BUS. & PROF. CODE § 17200; AND (2) MOTION FOR DECLARATORY JUDGMENT OF OWNERSHIP OF BRATZ WORKS<br><br>Hearing Date: November 10, 2008<br>Time:               1:00 p.m.<br>Place:              Courtroom 1 |

07209/2673725.1

[PROPOSED] ORDER

1

2                            [PROPOSED] ORDER

3

4              Based on the concurrently filed Application to File Under Seal the

5   Supplemental Declaration of Scott B. Kidman in Support of Mattel, Inc.'s (1)

6   Motion for Constructive Trust and Finding of Liability and Injunctive Relief Under

7   Cal. Bus. & Prof. Code § 17200; and (2) Motion for Declaratory Judgment of

8   Ownership of Bratz Works,

9              IT IS HEREBY ORDERED:

10             Exhibits L and Q to the Supplemental Declaration of Scott B. Kidman

11  in Support of Mattel, Inc.'s (1) Motion for Constructive Trust and Finding of

12  Liability and Injunctive Relief Under Cal. Bus. & Prof. Code § 17200; and (2)

13  Motion for Declaratory Judgment of Ownership of Bratz Works, are ORDERED

14  filed under seal pursuant to Local Rule 79-5.1.

15

16

17  DATED:              OCT 21 2008        , 2008

18                                             Hon. Stephen G. Larson
                                               United States District Judge
19

20

21

22

23

24

25

26

27

28

07209/2673725.1

-2-

[PROPOSED] ORDER

1

## PROOF OF SERVICE

2      I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service,
3 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4 On October 20, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER**
5 **SEAL THE SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S (1) MOTION FOR CONSTRUCTIVE TRUST AND FINDING OF**
6 **LIABILITY AND INJUNCTIVE RELIEF UNDER CAL. BUS. & PROF. CODE § 17200; AND (2) MOTION FOR DECLARATORY JUDGMENT OF OWNERSHIP OF BRATZ**
7 **WORKS** on the parties in this action as follows:

8      Thomas Nolan, Esq.
     **Skadden, Arps, Slate, Meagher & Flom**
9      **LLP**
     300 So. Grand Ave.
10      Suite 3400
     Los Angeles CA  90071

11

12

13 **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s) being served.

14
     I declare that I am employed in the office of a member of the bar of this Court at whose
15 direction the service was made.

16      Executed on October 20, 2008, at Los Angeles, California.

17

18                               *Dave Quintana*
                    NOW LEGAL -- Dave Quintana

19

20

21

22

23

24

25

26

27

28

07209/2490733.1