QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S (1) MOTION FOR CONSTRUCTIVE TRUST AND FINDING OF LIABILITY AND INJUNCTIVE RELIEF UNDER CAL. BUS. & PROF. CODE § 17200; AND (2) MOTION FOR DECLARATORY JUDGMENT OF OWNERSHIP OF BRATZ WORKS<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1 |

07209/2673697.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1         Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits L and Q to the Supplemental Declaration of Scott B. Kidman in Support of Mattel, Inc.'s (1) Motion for Constructive Trust and Finding of Liability and Injunctive Relief Under Cal. Bus. & Prof. Code § 17200; and (2) Motion for Declaratory Judgment of Ownership of Bratz Works (the "Declaration").

        The Declaration attaches materials that MGA and third party Carter Bryant have designated as "Confidential--Attorneys' Eyes Only" or "Confidential" pursuant to the Protective Order. Carter Bryant has designated Exhibit L to the Declaration as "Confidential." MGA has designated Exhibit Q to the Declaration as "Confidential--Attorneys' Eyes Only." Accordingly, Mattel requests that the Court order that the Declaration be filed under seal.

        In the alternative, Mattel requests that the Court declare that Exhibits L and Q to the Declaration are outside the definitions of "Confidential" as contained in the Stipulated Protective Order and order that they be filed as part of the public record.

DATED: October 20, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Cyrus S. Naim
Attorneys for Mattel, Inc.

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On October 20, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S (1) MOTION FOR CONSTRUCTIVE TRUST AND FINDING OF LIABILITY AND INJUNCTIVE RELIEF UNDER CAL. BUS. & PROF. CODE § 17200; AND (2) MOTION FOR DECLARATORY JUDGMENT OF OWNERSHIP OF BRATZ WORKS** on the parties in this action as follows:

Thomas Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 20, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2490733.1