QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | DECLARATION OF STEPHANIE COTA |
| Defendant. | Date:    November 10, 2008<br>Time:    1 p.m.<br>Place:   Courtroom 1 |
| AND CONSOLIDATED ACTIONS | |
| | **Phase 1(a)**<br>Trial Date:                      May 27, 2008 |
| | **Phase 1(b)**<br>Trial Date:                      July 23, 2008 |

## DECLARATION OF STEPHANIE COTA

I, Stephanie Cota, declare as follows:

1.     I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.     I am Senior Vice President of Marketing for the Barbie Brand, at Mattel, Inc. ("Mattel") in El Segundo, California.  My responsibilities in that position include overseeing global strategic direction for the Barbie brand.  I have been employed by Mattel since October 1999.

3.     There are many dolls in the U.S. marketplace that are alternatives to and compete with Barbie and Bratz dolls.  These include, for example, the following exhibits reflecting a sample of non-Mattel dolls and doll alternatives that feature core doll play patterns that are currently being sold in retail stores or through retail web sites in the United States:

(a)     The "Hannah Montana" dolls, produced by Play Along, a true and correct copy of an image of which is attached as Exhibit A;

(b)     The "America's Next Top Model" dolls, produced by MGA, a true and correct copy of an image of which is attached as Exhibit B;

(c)     The "Cheetah Girls" dolls, produced by PlayAlong, a true and correct copy of an image of which is attached as Exhibit C;

(d)     The "Camp Rock" dolls, produced by PlayAlong, a true and correct copy of an image of which is attached as Exhibit D;

(e)     The "Groovy Girls" dolls, produced by Manhattan Toy, a true and correct copy of an image of which is attached as Exhibit E;

(f)     The "Karito Kids" dolls, produced by KidsGive, a true and correct copy of an image of which is attached as Exhibit F;

(g)     The "Travel Charmers" dolls, produced by KidsGive, a true and correct copy of an image of which is attached as Exhibit G;

1       (h)    The "Aly and AJ" dolls, produced by Huckleberry, a true and

2 correct copy of an image of which is attached as Exhibit H;

3       (i)    The "Strawberry Shortcake" doll, produced by Playmates, a true

4 and correct copy of an image of which is attached as Exhibit I;

5       (j)    The "Juku Couture" dolls, produced by JAKKS Pacific, a true

6 and correct copy of an image of which is attached as Exhibit J;

7       (k)    The "Taylor Swift" dolls, produced by JAKKS Pacific, a true and

8 correct copy of an image of which is attached as Exhibit K;

9       (l)    The "Disney Fairies" dolls, produced by Playmates, a true and

10 correct copy of an image of which is attached as Exhibit L;

11       (m)    The "Friends Forever Girl" dolls, produced by the company of

12 the same name, a true and correct copy of an image of which is attached as Exhibit

13 M;

14       (n)    The "Fancy Nancy" dolls, produced by Madame Alexander, a

15 true and correct copy of an image of which is attached as Exhibit N;

16       (o)    The "Lateenaz" dolls, produced by Hip-spanic Inc., a true and

17 correct copy of an image of which is attached as Exhibit O;

18       (p)    The "Only Hearts Club" dolls, produced by OHC Group, a true

19 and correct copy of an image of which is attached as Exhibit P;

20       (q)    The "Eco-Dolls," produced by E-Innovative Ideas, a true and

21 correct copy of an image of which is attached as Exhibit Q;

22       (r)    The "Our Family Bunch" dolls, distributed by KL Hobbies, a

23 true and correct copy of an image of which is attached as Exhibit R;

24       (s)    The "Hi Glam Fashion" dolls, produced by MGA, a true and

25 correct copy of an image of which is attached as Exhibit S;

26       (t)    The "Betty Spaghetty" dolls, produced by Ohio Art Co., a true

27 and correct copy of an image of which is attached as Exhibit T;

28

1        (u)    The "Girlz" dolls, produced by Ty, a true and correct copy of an
2    image of which is attached as Exhibit U;

3        (v)    The "Ashley Tisdale" dolls, produced by Huckleberry, a true and
4    correct copy of an image of which is attached as Exhibit V;

5        (w)    The "Hairspray" dolls, produced by PlayAlong, a true and correct
6    copy of an image of which is attached as Exhibit W;

7        (x)    The "Faith & Friends" dolls, produced by Mission City Press, a
8    true and correct copy of an image of which is attached as Exhibit X.

9        4.     In addition, many major retailers have "private label" dolls
10   manufactured for them.  Such retailers include Rite-Aid, K-Mart, and Target.  For
11   example, Rite-Aid sells fashion dolls under its "Kids Stuff" label, which includes
12   "Click Chicks" and "Fashion Corner Fairies."  Attached as Exhibit Y are true and
13   correct copies of photographs of the dolls.  Additionally, K-Mart sells a line of
14   fashion dolls called "Just Girlz."  Attached as Exhibit Z are true and correct copies
15   of photographs of the dolls.

16       5.     Although not necessarily traditional dolls, there are two
17   additional products on the market that feature core play patterns and that compete
18   with fashion dolls such as Barbie and Bratz dolls.  One of these products are
19   "Webkinz," which are plush characters with an interactive web site that are
20   manufactured by Ganz.  The other is Hasbro's "Littlest Pet Shop," which are a range
21   of toys that include interactive pet figures, plush characters, digital pets and
22   accessories.  Both of these products have been highly successful with consumers
23   and are widely sold.  True and correct copies of images of examples of "Webkinz"
24   and "Littlest Pet Shop" products are attached hereto as Exhibits AA and BB,
25   respectively.

26       6.     Not only do substantial toy companies such as Hasbro currently
27   sell products with core play patterns that compete with Barbie and Bratz, but new
28   dolls are constantly being introduced into the marketplace.  For example, Hasbro is

1  expected in the near future to relaunch "Jem," which was a popular fashion doll line

2  for Hasbro in the past and that directly competed with Mattel's Barbie dolls.

3  Finally, in the past, MGA itself has sold additional fashion doll lines in addition to

4  the Bratz, America's Next Top Model and Hi Glam fashion dolls that are currently

5  available.  These include, for example, "Shrek Princesses" dolls, "Storytime

6  Princess" dolls, "Yummi-Land Ice Cream Pop Girls," "Yummi-Land Ice Cream

7  Girls" and "Yummi-licious" dolls.

8

9          I declare under penalty of perjury under the laws of the United States of

10  America that the foregoing is true and correct.

11          Executed on October 22, 2008, at ___El Segundo___, California.

12

13

14          Stephanie Cota

# EXHIBIT A



All Products  GO

Sign In | New

Save 10% today when you open a REDcard℠ credit account. ▸ LEARN MORE 

◂◂ Previous Page

**Browse Similar Items**

6-7 Dolls + Accessories
6-7 Girls' Shop by Price
Girls' Dolls + Accessories
Celebrity Dolls
Hannah Montana
Hannah Montana Dolls + Toys

**Recently Viewed Items**



Camp Rock Singing Doll - Mitchie

Our Price: **$22.99**



Aly and AJ Doll - Aly on Tour

**clearance**
Our Price: **$9.99**



Groovy Girls Girl Scouts - Honest Hala

Our Price: **$14.99**



🔍 **VIEW LARGER IMAGE**

**Availability :**

Usually ships within 24 hours.

This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

# In Concert Collection Deluxe Hannah Montana Singing Doll - Old Blue Jeans

## $19.89

Quantity: 1

**+ Add to Cart**

—— OR ——

Sign-in for 1-Click

**+ Add to Club Wedd**
**+ Add to Target Baby**
**+ Add to TargetLists**

**Find it at a Target store**

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Hannah Montana doll really sings her hit song "Old Blue Jeans" in her cute silver and concert fashion outfit
- Now you can bring the concert home to your living room
- Comes with a light-up guitar to create the perfect concert experience
- Includes the Hannah Montana Singing Doll, a yellow light-up triangle guitar, a heads brush and mini concert posters
- Batteries Included

**Guests Who Viewed This Item Also Viewed**

EXHIBIT _A_
PAGE _6_



    



EXHIBIT ___A___
PAGE ___7___

# EXHIBIT B

Print Page    Close Window



## America's Next Top Model Sienna 11 Inch Doll

By: MGA Entertainment

List Price: $14.99
**Our Price: $7.98**

**Average Customer Rating**

(0 Ratings)

**Our Recommended Age:**
**4 - 8 years**
Manufacturer's Age:
4 years and up

**Buy Online**

**Out Of Stock**
Temporarily Not Available

**Find It In Stores**

Available at most stores.
Find a store near you

   **Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

**Product Description**
Sienna's ready to be America's Next Top Model and comes with everything she needs for the runway. This 11" fashion doll from the hit TV show is constructed from high-quality plastic and is articulated at the hips, neck, shoulders, and torso for real modeling poses.

- Sienna is ready to be America's Next Top Model
- Articulated at the torso, hips, shoulders, and neck for real modeling poses
- Includes doll, "before" clothes, designer dress, bag, heels, sandals, earrings, necklace, hairbrush, compact, and hair tie
- Doll height: 11"



EXHIBIT B
PAGE 8



EXHIBIT __B__
PAGE ___9___