# EXHIBIT C



All Products [GO]    Sign In | New

Save 10% today when you open a REDcard℠ credit account.  ▶LEARN MORE

« Previous Page

**Browse Similar Items**
Disney
Cheetah Girls
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price

**Recently Viewed Items**



Hannah Montana Fashion Collection Doll - Shrug 'n Tank
Our Price: **$14.89**



Aly and AJ Doll - Aly on Tour
clearance
Our Price: **$9.99**



This Is Me Fashion Doll Outfits
Our Price: **$7.99**
stores only



**Cheetah Girls Fashion D**

**$6.99 - $9.99**
List price: $9.99 - $9.99

Some items pictured may not be availal

🔍 VIEW LARGER IMAGE

[ FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO ]

- Cheetah Girls come with extra Cheetah fashions for the ultimate in fashion doll play
- Fashion dolls include Aquanette, Chanel, Dorinda and Galleria (sold separately)
- Each includes a microphone, brush and extra fashion outfit complete with shoes
- Hair play, fashion play and accessories are all in Cheetah style
- For ages 6 yrs. and up

**Collection Items**
Enter quantity, then add to your cart or one of your gift lists.


+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

OR   + Add to C

| | size: | usually ships in: | price: | qu |



Cheetah Girls Fashion Collection Doll - Aquanette

$9.99    qty 0

EXHIBIT C
PAGE 10

Cheetah Girls Fashion



EXHIBIT C
PAGE 11

# EXHIBIT D



All Products      Sign In | New



Save 10% today when you open a REDcard℠ credit account.    ▶ LEARN MORE

**‹‹ Previous Page**

**Browse Similar Items**
10-12 Dolls + Accessories
10-12 Girls' Shop by Price
Girls' Dolls + Accessories
New Arrivals
Celebrity Dolls
Camp Rock Toys

**Recently Viewed Items**



Aly and AJ Doll - Aly on Tour

**clearance**
Our Price: **$9.99**



Groovy Girls Girl Scouts - Honest Hala
Our Price: **$14.99**



Groovy Girls Lourdes
Our Price: **$11.99**



**Q VIEW LARGER IMAGE**

**Camp Rock Singing Doll Mitchie**

**$22.99**

Quantity: 1

**+ Add to Cart**

────── OR ──────

Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

Find it at a Target store

**Availability :**
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

**FEATURES** | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO

- Your favorite character from the Disney Channel original movie Camp Rock really sings hits from the movie
- Mitchie's song "Who Will I Be?" proves that she knows her future is in her own hands even before she gets to Camp Rock
- Batteries Included: 3 AG13

**Better Together**

Buy this Camp Rock Singing Doll - Mitchie with Camp Rock Singing Doll - Shane today!

Total List Price: $45.98
Buy Together Today: **$45.98**

EXHIBIT D
PAGE 12



EXHIBIT D
PAGE 13

# EXHIBIT E



All Products     Sign In | New

Save 10% today when you open a REDcard℠ credit account.  ► LEARN MORE

◄◄ Previous Page

**Browse Similar Items**

Groovy Girls Dolls + Accessories
2-3 Dolls + Accessories
2-3 Girls' Shop by Price
4-5 Dolls + Accessories
4-5 Girls' Shop by Price
Preschool Dolls + Accessories
Girls' Dolls + Accessories
Fashion Dolls + Accessories

**Recently Viewed Items**



Groovy Girls Lourdes
Our Price: **$11.99**



Cheetah Girls Fashion Dolls
Our Price: **$6.99 - $9.99**



Hannah Montana Fashion Collection Doll - Shrug 'n Tank



👁 VIEW LARGER IMAGE

**Groovy Girls Girl Scouts Honest Hala**

**$14.99**

**Quantity:** 1

[+ Add to Cart]

—— OR ——

Sign-in for 1-Click

[+ Add to Club Wedd]
[+ Add to Target Baby]
[+ Add to TargetLists]

[Find it at a Target store]

**Availability :**
Usually ships within 24 hours.
This item is available online and in stores.

Prices, promotions, styles and availability may vary by store and online.

[FEATURES] [DESCRIPTION] [ADDITIONAL INFO] [SHIPPING INFO]

- Groovy Girls doll celebrates girls' personal style, diversity and the power of friendship
- Embrace 5 virtues inspired by the Girls Scouts mission: honesty, respect, character, friendliness and courage
- Proudly sports a reversible sash
- Doll is sure to inspire girls to make the world a better place
- For ages 3 yrs. and up
- 13" Tall

**Better Together**

Buy this Groovy Girls Girl Scouts - Honest Hala with Groovy Girls Girl Scouts - Courageo Camara today!



EXHIBIT  E
PAGE  14

Total List Price: $29.98
**Buy Together Today:**
**$29.98**

http://www.target.com/Groovy-Girls-Girl-Scouts-Honest/dp/B000U3MS8Y/sr=1-18/qid=...   10/21/2008



EXHIBIT E
PAGE 15

# EXHIBIT F



# Welcome to Hello Dollies

| Home | About Us | Contact Us | My Account |

**Shop by Category**

- Books
- Christmas
- Dolls
  - Adora
  - corolle
  - Only Hearts Club
  - Berenguer
  - **Kids Give (Karito Kids)**
  - Molly P.
  - Precious Moments
  - Others
- Furniture
- Musical Bears, etc.
- Shoes
- Collectible Dolls
- Doll clothes
- Accessories
- Girl clothes

**Shop by Price**

- $0.00 to $50.00
- $51.00 to $100.00
- $101.00 to $150.00
- $151.00 to $200.00
- $200.00 to $1,000.00

**Shop by Manufacturer**

Home > Dolls > Kids Give (Karito Kids)

## Kids Give (Karito Kids)

Displaying products 1 - 6 of 6 results    Show: 9    Sort: Default



**Gia**
Price: $99.99
Quantity: 1
[Add to Cart] [More Info]
Karito Kids - Gia

**Lulu**
Price: $99.99
Quantity: 1
[Add to Cart] [More Info]
Karito Kids - Lulu

**Piper**
Price: $99.99
Quantity: 1
[Add to Cart] [More Info]
Karito Kid from Australia

EXHIBIT F
PAGE 16

http://hellodolliesdolls.com/kidsgivekaritokids.aspx        10/21/2008



EXHIBIT F
PAGE 17