# EXHIBIT G



**Shopping Cart**
0 Items    $0.00

**World Collection Dolls and Books**
Gia from Italy
Ling from China
Lulu from Kenya
Piper from Australia
Pita from Mexico
Zoe from the USA

**Fashion and Accessories**
Dreamwear
Party Princess
Play Date
Slumber Party
Sunny Days
Sweet Dreams
Zen Vibe

**Adventure Books**
Florence Fiasco
Mexico Mystery
Nairobi Nightmare
Shanghai Secret
Sydney Scandal
The Manhattan Menace
World Collection Vol. 1

**Travel Charmers Soft Dolls**
Gia goes to France
Ling goes to Japan
Lulu goes to Madagascar
Pita goes to Brazil
Zoe goes to Canada

**Travel Charmers Bracelets**
Gia Bracelet
Ling Bracelet
Lulu Bracelet
Pita Bracelet
Zoe Bracelet



Travel Charmers™ soft dolls are smaller, squeezable versions of Karito Kids® on trips away from home to explore new surroundings and make new friends. Each 16"-tall girl includes a souvenir charm to add to her matching Travel Charmers bracelet (sold separately). Poly-fiber fill, embroidered face and brushable silky hair!

**Every Purchase Helps Another Child.**

Like all Karito Kids products, three percent of the retail price helps another child—and purchasers decide how! Every item comes with a special code allowing them to log on to karitokids.com, play great games, earn extra World Change™ and direct their gift to one of four causes: school, home, health or food.



EXHIBIT G
PAGE 18



EXHIBIT G
PAGE 19

# EXHIBIT H



All Products      Sign In | New

Save 10% today when you open a REDcard℠ credit account.   ► LEARN MORE

◄◄ Previous Page

**Browse Similar Items**
Toys
Girls' Toys
Dolls + Stuffed Animals
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
Pretend Time
Dress-Up
Celebrity Dolls
Girls' Dolls + Accessories
Aly & AJ

**Recently Viewed Items**



Groovy Girls Girl Scouts - Honest Hala
Our Price: **$14.99**



Groovy Girls Lourdes
Our Price: **$11.99**

Cheetah Girls Fashion Dolls



🔍 VIEW LARGER IMAGE

**Availability:**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

• Based on the costume Aly wore on stage on tour and performances on TV
• Includes an exclusive hairclip, Jim Dunlop guitar pick, 11x17" poster, sticker sheet a collectible trading card
• Comes with play guitar, amps and hairbrush
• For ages 6 yrs. and up
• 10H"

**Aly and AJ Doll - Aly on Tour**

clearance
**$9.99**
List price: $19.99
You Save: **$10.00 (50%)**

**Quantity:** 1

+ Add to Cart
—— OR ——
Sign-in for 1-Click

+ Add to TargetLists

**Better Together**

Buy this Aly and AJ Doll - Aly on Tour with Aly and AJ Doll - AJ on Tour today!

Total List Price: $39.98
Buy Together Today: **$25.98**

EXHIBIT 4
PAGE    20



EXHIBIT H
PAGE 21

# EXHIBIT I

Print Page    Close Window



### Strawberry Shortcake Ginger Snap with Ginger Snap and Cranberry Scent

By: **Playmates**

List Price: $9.99
**Our Price: $8.99**

**Average Customer Rating**

(0 Ratings)

**Our Recommended Age:**
4 - 7 years
Manufacturer's Age:
3 years and up

**Buy Online**

**Out Of Stock**
Temporarily Not Available

**Find it In Stores**

Available at most stores.
Find a store near you

 Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

**Product Description**
Each scented 6.5" doll comes with a trendy fruit iconic fashion, hat, bright colored hair piece attached to a scented fruit clip and a doll brush. Blend your scents by adding the scented fruit clip to the scented doll creating a wonderful combination of flavors and colors.

- Removable clothing and shoes
- Scented hair pieces with scrunchy features

**Item #:** 362961
**SKU:** 0C652609

EXHIBIT I
PAGE 22



EXHIBIT I
PAGE 23

# EXHIBIT J

Print Page    Close Window



### Juku 9" Fashion Doll - Kana

By: Jakks Pacific

**Our Price: $19.99**

**Average Customer Rating**

(1 Rating)

**Our Recommended Age:**
8 - 13 years
Manufacturer's Age:
8 years and up

**Buy Online**

**In stock**
usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Find it In Stores**

Available at most stores.
Find a store near you

   Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)

**Product Description**
These fashion dolls are inspired by the style of Japanese Harajuku girls, teenage girls who often dress as characters from an anime, movie or manga. This fashion forward doll line encourages girls to mix up their style.

Capture the newest trends in high fashion and on the streets of today's trendiest kids by mismatching and layering clothes and accessories. With endless possibilities and fashionable combinations, your girls with have plenty of pieces to express themselves and have fun!

Each poseable doll features exquisite "real" glass eyes, multiple points of articulation, and has the possibility to create more than 10 different looks with just one outfit. Each Juku girl comes with her own story and spunky attitude.

**Item #:** 83613
**SKU:** 1995645E
**UPC/EAN/ISBN:** 022876378137
**Manufacturer #:** 37811

**Note:** Gift wrap is available for this item.

EXHIBIT   J
PAGE   24



EXHIBIT J
PAGE 25

# EXHIBIT K






**WELCOME** | **BROWSE** | **COMING SOON** | **NEW PRODUCTS** | **GREAT DEALS & NOT MINT** | **JUST 1 LEFT**

Star Wars | Movies | Television | Music | Sports | Comic Heroes | Pop Culture | Games | Sci-Fi | Horror | An

QUICK BROWSE: Shop By Company | Shop By Theme | Shop By Product Type

PRODUCT SEARCH

All Shops  GO

Catalog Order Entry





Sign Up!
For Free E-mail News Reminders!



SECTIONS:
- Entertainment Earth Exclusives
- The Clone Wars
- Dexter
- The Big Lebowski
- Batman
- Flash Gordon
- Star Wars Super-Section

THEMES:
- Anime/Manga
- Baby Alive
- Barbie
- Batman
- Battlestar Galactica
- Big Lebowski
- Firefly/Serenity
- Futurama
- G.I. Joe
- Halo
- Historical Figures
- Hitchcock
- Horror: Friday The 13Th
- Horror: Nightmare on

Home >> Jakks Pacific >> Taylor Swift >> Dolls

## Taylor Swift Performance Collection Singing Doll Se



View Larger Image
See All Jakks Pacific
See All Taylor Swift
See All Dolls

 Shop with us and enjoy **Hassle Free 90-Day Returns!** (details)

**Coming Soon!**
**Availability:** Estimated to arrive in October 2008 (subject to change). Your credit card will not be charged until this item comes in stock.
Item Number: JK35900AA

**Price: $50.99**
Click Here for Wholesale Pricing

Quantity: 1

ADD TO CART
PRE-ORDER THIS ITEM

Add to Wish List
E-Mail Reminders
E-Mail a Friend

SHARE



IN AC

Latest Nev
- Swords! Guns
  Pants!
- Not Mint Sale
- Like a Rolling
- G.I. Joe Wave
- Less Trouble,
- Christopher R



**Taylor Swift Performance Collection Singing Doll Set Description:**

- One of the hottest rising stars in Country music!
- Dresses based on dresses worn by Taylor Swift!
- Each doll plays one of her hottest hits!

This set of 2 Dolls includes the following (subject to change):
1x Our Song Singing Doll
1x Teardrops Singing Doll

In case you don't know, Taylor Swift is one of the most recognizable 19 y
This beautiful Country music singer has captivated fans with her great mu
stunning looks. These Dolls capture the very essence of her beauty and st
collection. The Our Song doll features Taylor in her light blue dress, just li
by her in the music video. The doll also comes along with a miniature mini

EXHIBIT K
PAGE 26



EXHIBIT K
PAGE 27