# EXHIBIT L

Print Page    Close Window



# Disney Fairies 8-Inch Fashion Doll - Beauty Bright Tinker Bell

By: Playmates

List Price: ~~$11.99~~
## Our Price: $7.98

**Average Customer Rating**

(0 Ratings)

**Our Recommended Age:**
**3 - 9 years**
Manufacturer's Age:
3 years and up

**Buy Online**

**In stock**
usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Find it In Stores**

Available at most stores.
Find a store near you

 **Free Shipping on Disney Fairies!** - (Details)

 **Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

**Product Description**
The Disney Fairies 8-inch Fashion Dolls from Playmates are the only fashion dolls that allows girls to bring the magic and story of the Disney Fairies to life through clear, sparkly wands, beautiful fashions and collectible cards.

- Doll cannot stand alone

EXHIBIT L
PAGE 28



EXHIBIT L
PAGE 29

# EXHIBIT M



Home · Shop · About Us · Just For You · Meet the

· **Butterfly Promises**

## Products

Dolls
Accessories
FFG Books
Packages





**Marlee (Special Promotio**
Special Promotional Offer - $49
before December 17, 2008

Hi, I'm *M*
since we
of things
I have an
younger b
great, bu
love riding my horse, Picass
do art projects. One of my
look with funky outfits.

List Price: $
Price: $49

🛒 **Your Shopping Cart**

0 Product(s) in cart

Total $0.00



**Natalie (Special Promoti**
Special Promotional Offer - $49
before December 17, 2008

Hey ther
the stree
are so m





EXHIBIT _____ M

PAGE _____ 30



EXHIBIT __M__
PAGE ___31___

# EXHIBIT N

About Us | Customer Service | Gift Cards | Contact Us | Track Order   find a to

**SHOP BY AGE**   View All

Ages 0 to 1

Ages 1 to 2

Ages 3 to 5

Ages 6 to 8

Ages 9 to 12

**SHOP BY CATEGORY**   View All

Halloween Section

Hot Holiday Picks

TOYS MADE IN THE USA

Arts and Crafts

Baby and Toddler

Building and Construction

Cars, Trucks, Planes

Children's Furniture

Dolls and Dollhouses

Educational Toys

Games for Children

Musical Toy Instruments

Pretend Play and Dress Up

Puzzles

Science Kits and Projects

Sports and Outdoor

Stuffed Animals and Puppets

Travel Toys

**SHOP BY BRAND**   View All

20 Q Game

A Broader View Puzzles

Home > Shop By Brand > Madame Alexander Dolls > 9" Fancy Nancy Doll and the P
Mada



### 9" Fancy Nancy Doll and the Posh Puppy by Mada
### Alexander

This adorable **Fancy Nancy** doll is based on the book of the same name by **Ja
O'Connor**. She is dressed in a light blue ruffled gown, with a pink boa, red sho
sunglasses. She has wild hair with lots of curls, hairclips and bows, everything
fancy. Her white Posh Puppy, Frenchie, wears a pink ribbon on its head. When
**Nancy and Posh Puppy** go for a stroll, Nancy keeps Frenchie close to her wh
pink leash. The 9" **Fancy Nancy Doll and the Posh Puppy by Madame Alex**
part of the Storyland Collection, as well as the new **Fancy Nancy** Series. Child
book, and now they will love the **doll** to go with it!

Ages 4 and up.

By Madame Alexander

**Availability:** Usually ships the next business day.
MAD-47920  **$39.99**   Order Now

### Other Items In Madame Alexander Dolls

EXHIBIT  N
PAGE  32



EXHIBIT  N
PAGE  33

# EXHIBIT O

TDmonthly Magazine Products by HIP-SPANIC INC.                    Page 1 of 3
Case 2:04-cv-09049-DOC-RNB   Document 4384-7   Filed 10/22/08   Page 11 of 12   Page ID
#:122092

TOYDIRECTORY® | TDmonthly™ Magazine | Join our 27,800 subscribers | Forums | PlayZak®          October 21,





bro
**TOY**
Inq
Sign Up | Your A

Magazine Home    ToyShow Preview    Holiday Gift Guide

**TD**monthly SEARCH   [Please enter product or company nam   Search   🔍

**SECTIONS**
- TDmonthly Videos
- TDmonthly Experts
- Top Ten Toys
- Shop Talk
- Popular Stories
- The Toy Buzz
- Manufacturer's Corner
- Awards

**MAGAZINE INFO**
- Article Archive
- Past Issues
- Media Kit
- Press Releases
- Testimonials
- About Us
- Contact Us

**INDUSTRY RESOURCES**
- Toy Recalls
- Lead & Toy Safety
- Manufacturers
- Retailers
- Request Information

Sponsored by:

# Products from HIP-SPANIC INC.

Below are some of the products HIP-SPANIC INC. has shared with ToyDirectory and TDmonthly.



**LaTeenaz Fashion Dolls – Paloma, Go To School Playset**
MSRP: **$19.98**
Age: **4 and up**
Category: **Dolls**

ToyDirectory Product ID#: 18122

The playset includes a Paloma doll dressed in a trendy outfit, with accessories, and an extra mix and match outfit. The playset also includes a school supply bag with tape, pencil sharpener, and scissors, a Lateenaz note pad and a pen, lip gloss, eyeshadow, nail polish, and a LaTeenaz logo iron-on. Each doll in the LaTeenaz line has naturally proportioned bodies, realistic hair styles and varying heights, skin tone, and facial characteristics, all designed to emulate the various features and characteristics of real Hispanic girls. 3/26/2008 [Add to my Inquiry Basket][?]



**LaTeenaz Fashion Dolls – Natalia, Shop Til You Drop Playset**
MSRP: **$19.98**
Age: **4 and up**
Category: **Dolls**

ToyDirectory Product ID#: 18121

The playset includes a Natalia doll dressed in a trendy outfit, with accessories, and an extra mix and match outfit. The playset also includes a fashion purse, play money and credit card, lip gloss, eyeshadow, nail polish, and a LaTeenaz logo iron-on. Each doll in the LaTeenaz line has naturally proportioned bodies, realistic hair styles and varying heights, skin tone, and facial characteristics, all designed to emulate the various features and characteristics of real Hispanic girls. 3/26/2008 [Add to my Inquiry Basket][?]

**LaTeenaz Fashion Dolls – Lola, Salon and Spa Playset**
MSRP: **$19.98**



Adve
Call u
208.7
Advertise

EXHIBIT 0
PAGE 34



EXHIBIT ___O___
PAGE ___35___