# EXHIBIT P



All Products  Sign In | New

Save 10% today when you open a REDcard℠ credit account. ▶ LEARN MORE

◀◀ Previous Page

**Browse Similar Items**

Only Hearts Club
Dolls + Accessories
Guests' Favorites
Guests' Favorites
Fashion Dolls + Accessories
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Guests' Favorites
8-9 Girls' Shop by Price
8-9 Guests' Favorites
Girls' Dolls + Accessories
Girls' Guests' Favorites
All Guests' Favorite Toys

**Recently Viewed Items**



free shipping
Amazing Allysen Doll - Caucasian

temporary price cut
Our Price: **$79.99**



free shipping
Madame Alexander Strawberry Shortcake Doll

new





## Only Hearts Club Taylor Angelique Doll with Dog Patches

**$15.99**

Quantity: 1

**+ Add to Cart**

OR

Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

🔍 VIEW LARGER IMAGE

**Avg. Guest Rating:** ★★★★★
**Availability:**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

Warranty Information

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Doll with many unique interests, and the ability to pose in a number of ways
- Taylor Angelique loves all animals—especially kittens, puppies, rabbits and goldfish
- Dressed in cool club outfit with her beagle, Patches
- For ages 4 yrs. and up
- 11.5Hx2Wx4.25L"
- 9" Tall

EXHIBIT  P
PAGE  34

Better Together

Buy this Only Hearts Club Taylor Angelique Doll with Dog Patches with Only Hearts Club



EXHIBIT P
PAGE 37

# EXHIBIT Q

- Home
- About Us
- Products
- Eco Games
- Contact

# Learn More

- The Dolls
- The Books
- Retailer Information
- Frequent Questions

## The Eco Dolls



The first doll is Tanya who learns from her father about how trees help make the quality of air better. She decides she wants to plant one to, making our earth better. Come along, read this brightly illustrated account how Tanya starts a new adventure with her friends see what happens!



Anna is a 10-year-old girl who spends summers with her uncle in Alaska. One summer she makes a special friend and their odyssey begins. Read along this tale as Anna her Uncle and her special friend take a trip up a river in Alaska on a boat and see big glaciers, Eskimos and possibly even wild animals that talk! Anna's book will be available Mid-May 2008!



Copyright 2007 Eco Dolls

EXHIBIT Q
PAGE 38



EXHIBIT Q
PAGE 39

# EXHIBIT R



MY ACCOUNT    SHOPPING CART    CONDITIONS    SHIPPING & RETURNS

## OUR FAMILY BUNCH DOLLS

Displaying **1** to **5** (of **14** products)    **1** 2 3 [Next >>]

### African-American Boy Doll

African-American Boy Doll in orange shorts and matching shirt from "Our Family B



**Price Unavailable**     

### African-American Girl Doll

African American Girl Doll in yellow jumper and matching shirt from "Our Family



**Price Unavailable**     

### Ashley Doll

Ashley from "Our Family Bunch" is a soft doll with velcro hands allowing her to



**Price Unavailable**     

### Asian Boy Doll

EXHIBIT R
PAGE 40

http://www.klhobbies.com/index.php?main_page=index&cPath=14620    10/21/2008



EXHIBIT R
PAGE 41