# EXHIBIT S

Print Page    Close Window



# Hi Glam Fashion Doll - Pam

By: MGA Entertainment

List Price: $12.98
## Our Price: $3.98

**Average Customer Rating**

(0 Ratings)

**Our Recommended Age:**
6 - 9 years
**Manufacturer's Age:**
6 years and up

**Buy Online**

**In stock**
usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Find it In Stores**

Available at most stores.
Find a store near you

 **Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

**Product Description**
Join the girls as they take their Hi Glam lifestyle global! You can really use the nail polish on yourself or your Hi Glam doll. The nail polish is easy to remove; just use water! Each girl has long hair for styling.

**Item #:** 900386
**SKU:** 23DE7259
**UPC/EAN/ISBN:** 035051362753
**Manufacturer #:** 362753

**Note:** Gift wrap is available for this item.
**Packaging:** This item may be delivered in the manufacturer's original packaging, which could reveal the contents of the box.

EXHIBIT ___S___
PAGE ___42___



EXHIBIT _____ S

PAGE _____ 43

# EXHIBIT T



All Products  **GO**

Sign In | New

Save 10% today when you open a REDcard℠ credit account. ▸ **LEARN MORE**

**‹‹ Previous Page**

**Browse Similar Items**

4-5 Dolls + Accessories
4-5 Girls' Shop by Price
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
Ohio Art
Pretend Time
Dress-Up
Pink Dolls + Accessories
Other Dolls
Girls' Dolls + Accessories
Best Picks by Price Under
$50

**Recently Viewed Items**



Only Hearts Club Taylor
Angelique Doll with Dog
Patches

Our Price: **$15.99**



free shipping
Amazing Allysen Doll -
Caucasian

temporary price cut
Our Price: **$79.99**



 VIEW LARGER IMAGE

# Ohio Art Betty Spaghett
## Color Crazy Bundle - Caucasian

### $29.99

Quantity: 1

**+ Add to Cart**

— OR —
Sign-in for 1-Click

**+ Add to Club Wedd**
**+ Add to Target Baby**
**+ Add to TargetLists**

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Betty's lookin' rockin' for her concert by mixing her outfits between songs with a pai pants, skirt, top, 2 ties and 2 pairs of shoes
- Accessories include a pair of earrings, purse, assorted hair and body beads, star stic and of course her jammin' guitar
- 10" Tall

EXHIBIT __I__
PAGE __44__

**Better Together**

Buy this <u>Ohio Art Betty Spaghetty Color Crazy Bundle - Caucasian</u> with <u>Ohio Art Betty Spaghetty Color Crazy - Caucasian</u> today!

Total List Price: $49.98
**Buy Together Today:**



EXHIBIT ___I___
PAGE ___45___

# EXHIBIT U

TY Girlz - Online interactive TY Girls dolls for sale: BBToyStore.com :: Ty/Beanie Babies of 1...    Page 1 of 6
Case 2.04-cv-09049-DOC-RNB   Document 4384-9   Filed 10/23/08   Page 8 of 15   Page ID
#:122110



# bbtoystore.com

🛒 item(s) in basket    ↗ checko

Mail-In Orderform    Join Newsletter    Gift Wish List    Order Status    Custom

**Order by Phone - 856-853-8775**
(Mon-Fri, 10am to 6pm Est)    **search:**

## My account

Login to account | Create account



**Halloween Specials**
Click Here for 5% Off Coupon & all Halloween Items

**Why buy from us?**
Because we offer: bb
-Ultra fast shipping
-Superior customer service
-10 years mail order experience

More company info - Click Here

## TY BEANIE BABIES

» Newest TY Beanie Babies
» All Beanies Complete List (A-Z)
» TY Beanie Babies 2.0
» Country Exclusives
» Nickelodeon Beanies
» Garfield & Friends
» Nascar Beanie Bears
» Ultra Rare & 3rd Gen
» Wholesale & Mixed Lots
» Sets, Lots & Collections
» More Categories...

## ALL OTHER TY ITEMS

» TY Beanie Buddies
» TY Classic Plush
» TY Pluffies & Baby TY
» TY Girlz
» TY Key Clips
» TY Pinkys
» TY Punkies
» TY Beanie Kids
» TY Boppers & Teenie Boppers
» TY Attic Treasures

# TY Girlz

Home > All Other TY Items > **TY Girlz**



TY GIRLZ are brand new online interactive dolls. Each doll comes with i'
unique code inside the hang tag. This code allows you to enter the Ty G
world website where you can interact with other owners of TY Girlz.

TY Girlz come with unique outfits, very cool accessories and hair that fe
you won't be able to stop styling it.

**Total Products: 33**





EXHIBIT ___u___
PAGE ___46___



EXHIBIT 2
PAGE 47

# EXHIBIT V

Print Page          Close Window



## Ashley Tisdale 10 Inch Doll Series 1 He Said, She Said

By: Huckleberry Toys

List Price: $19.99
### Our Price: **$16.99**

**Buy Online**

**In stock**
usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Find it In Stores**

Available at most stores.
Find a store near you

**Average Customer Rating**

(3 Ratings)

**Our Recommended Age:**
**6 - 13 years**
Manufacturer's Age:
6 years and up

 **Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

**Product Description**
Based on the clothes Ashley wore while performing, the He Said, She Said doll brings the rock'n persona ASHLEY has to life. Highly detailed fashions that matches what Ashley wore. Awesome exclusive Hair Clip to wear. Exclusive Bracelet to wear. Exclusive Poster included.

- Awesome exclusive Hair Clip to wear.
- Exclusive 11" x 17" Poster.
- Exclusive Bracelet to wear.

EXHIBIT  ✓
PAGE   48

**Item #:**  901692



EXHIBIT ___V___
PAGE ___49___

# EXHIBIT W

Print Page        Close Window



# Hairspray Deluxe Singing Doll Set - Tracy Turnblad

By: Play Along

List Price: ~~$19.99~~
### Our Price: **$13.98**

**Average Customer Rating**

(7 Ratings)

**Our Recommended Age:**
4 - 8 years
Manufacturer's Age:
6 years and up

**Buy Online**

**In stock**
usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Find it In Stores**

Available at most stores.
Find a store near you

 **Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay!** - (Details)

**Product Description**
Tracy Turnblad is the star of Hairspray and she sings with style! This 10.5 inch tall fashion doll is a singing Tracy Turnblad that sings one of the most popular Hairspray theme songs! Tracy comes with her shopping bags and her own autographed picture.

**Item #:** 897016
**SKU:** F9E9C253
**UPC/EAN/ISBN:** 687203210117
**Manufacturer #:** 21010

**Note:** Gift wrap is available for this item.
**Packaging:** This item may be delivered in the manufacturer's original packaging, which could reveal the contents of the box.

EXHIBIT W
PAGE 50



EXHIBIT W
PAGE 51