# EXHIBIT X



# In The Pink

* bright dark brown eyes
* adorable smile
* tiny, turned up nose
* shiny jet black hair
* lovely pink skirt and shirt
* fun, flowered tights and coordinating polka dot camisole
* Looks pretty in pink, or any other color

## What would you name her?





EXHIBIT X
PAGE 52



In the Pink | Hello Yellow | True Blue | Color Me Purple | Orange Yc
Groovy Green | Berry Stylish

EXHIBIT X
PAGE 53

# EXHIBIT Y


