# EXHIBIT Z





EXHIBIT 2
PAGE 51

# EXHIBIT AA

# GANZ

## Webkinz Collection





Every pet comes with their own code that gives you access to all of the games, activities and fun in Webkinz World.

Collect them all!

Click on the pet's image for a description and to find out which exclusive present you will receive when you adopt that pet.

 WISH LIST
 STORE LOCATOR

 WEBKINZ COLLECTION
 OTHER PRODUCTS
 LIL'KINZ COLLECTION



**Alley Cat**

Add to my wish list ☐



**American Albino**

Retired from collection



**American Bu**

Add to my wish



**American Cocker Spaniel**

Retired from collection



**Basset Hound**

Retired from collection



**Bat**

Add to my wish

EXHIBIT __AA__
PAGE __58__



EXHIBIT __AA__
PAGE __59__

# EXHIBIT BB





My Account: Log in | 🛒 My Cart: 0 items | Check

Customer Service | Quick Search | keyword or item

Shop by age | 0 - 12 months | 12 - 24 months | 2 - 3 years | 4 - 5 years | 6 - 8 years | 9 - 12 years | 13 - 17 years

Shop by | All Brands | All Categories | Parts & Refills | Special Offers

**HasbroToyShop.com : Littlest Pet Shop**

## Find more fun!

- Apparel & Accessories
- Books & Activities
- Digital Pets
- Electronic Toys
- Extreme Pets
- Party Supplies
- Pets
- Playsets
- VIPs

### Categories

New to HasbroToyShop!
This Week's Top Sellers
Exclusives
Action Figures
Board Games
Creative Play
Developmental Toys
Dolls/Mini Dolls
Video Games & Accessories
Halloween
See all categories

### Special Offers

Sign up for special offers and promotions.

### Shopping Services

Gift Cards
Request a Catalog
Browse Online Catalog
Customer Service
Hassle-Free Return Policy
Order Status/Tracking

**HasbroToyShop.com Home**

**Visit Hasbro.com**

9 of 220 items displayed
1 2 3 4 5 »

View option
9 items per page

Sort by
Select One



**LITTLEST PET SHOP TAIL WAGGIN' FITNESS CLUB**
Ages 4 & Up
$42.99
🛒 Add to cart



**LITTLEST PET SHOP Digital Planner (Green)**
Ages 6 & Up
$29.99
🛒 Add to cart



**LITTLEST PET SHOP Planner (Pink)**
Ages 6 & Up
$29.99
🛒 Add to cart



**LITTLEST PET SHOP Digital Planner (Purple)**
Ages 6 & Up
$29.99
🛒 Add to cart



**LITTLEST PET SHOP Extreme Pets: Mod Series – Walrus**
Ages 4 & Up
$6.49
🛒 Add to cart



**LITTLEST PET SHOP for Wii**
Ages 6 & Up
$39.99
🛒 Add to cart



**LITTLEST PET SHOP STORE 'N GO PENCIL CASE**
Ages 4 & Up
$21.99
🛒 Add to cart



**GUESS WHO? Littlest Pet Shop Edition**
Ages 6 & Up
$17.99
🛒 Add to cart



**LITE-BRITE Girls Refill Value Set (Pegs Plus LITTLEST PET SHOP LITTLE PONY)**
Ages 4 & Up
$9.99
🛒 Add to cart

EXHIBIT ___BB___   1 2 3
PAGE ___60___

**Add more fun...**



**LITTLEST PET SHOP TEENIEST TINIEST PET SHOP Playset Bunnies**
**Ages 4 & Up**
$9.99



**LITTLEST PET SHOP VIPs (Butterfly)**
**Ages 6 & Up**
$14.99



**LITTLEST PET SHOP VIPs (Bunny)**
**Ages 6 & Up**
$14.99

**Other Hasbro toys and games you may like...**



**LITTLEST PET SHOP PET PAIRS (Dogs with Mailbox)**
**Ages 4 & Up**
$3.99



**Star Wars The Legacy Collection Clone SCUBA Trooper**
**Ages 4 & Up**
$6.99



**The Incredible Hulk**
**Ages 4 & Up**
$9.99

**How can we help you further?**

**Order Status**
▶ Track Order
▶ View Order

**Shipping/Returns**
▶ Shipping Policy
▶ Hassle-Free Return Policy

**Customer Service**
▶ FAQ
▶ Hasbro Recall Information
▶ Contact Us

**About Us**
▶ Hasbro Corporate Information
▶ Privacy Policy
▶ Conditions and Limitations of Service

**Sign up for special offers and promotions on Toys and Games from HasbroToyShop.com** | Enter your e-mail |

© 2008 Hasbro. All rights reserved. All audio, visual and textual content on this site (including all names, characters, images, trademarks and logos) are protected by trademark rights, copyrights and other rights owned by Hasbro or by Hasbro's licensors, licensees, suppliers and accounts. Click here for details. Use of this site signifies your agreement to the Terms and Conditions of Use.



EXHIBIT BB
PAGE 161




EXHIBIT __BB__
PAGE __62__