QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**NOTICE OF FILING OF PHASE 1A AND PHASE 1B TRANSCRIPTS IN SUPPORT OF AND OPPOSITION TO: MATTEL, INC.'S MOTION FOR PERMANENT INJUNCTION**<br><br>Hearing Date: November 10, 2008<br>Time:           1:00 p.m.<br>Place:          Courtroom 1 |

PLEASE TAKE NOTICE that plaintiff Mattel, Inc. ("Mattel") hereby submits the following trial transcripts in accordance with the Court's Order Re Citation to and E-Filing of Oversized Transcript dated September 9, 2008.

**Mattel, Inc.'s Motion for Permanent Injunction**:

| | |
|---|---|
| 5/27/2008 P.M. | 8/06/2008 P.M. |
| 5/28/2008 A.M. | 8/07/2008 A.M. |
| 5/29/2008 A.M. | 8/07/2008 P.M. |
| 5/29/2008 P.M | 8/08/2008 A.M. |
| 6/05/2008 P.M. | 8/08/2008 P.M. |
| 6/06/2008 A.M. | 8/12/2008 A.M. |
| 6/06/2008 P.M. | 8/12/2008 P.M. |
| 6/13/2008 A.M. | 8/13/2008 A.M. |
| 7/02/2008 P.M. | 8/13/2008 P.M. |
| 7/03/2008 A.M. | 8/15/2008 P.M. |
| 7/03/2008 P.M. | 8/18/2008 Conference |
| 7/10/2008 P.M. | 8/20/2008 A.M. |
| 7/21/2008 P.M. | 8/20/2008 P.M. |
| 7/23/2008 A.M. | 8/22/2008 Hearing |
| 7/23/2008 P.M. | 8/26/2008 Hearing |
| 8/05/2008 A.M. | 8/27/2008 Hearing |
| 8/05/2008 P.M. | |

DATED: October 22, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.

07209/2677177.1

-1-
NOTICE OF FILING OF TRANSCRIPTS IN SUPPORT OF AND OPPOSITION TO MOTION FOR PERMANENT INJUNCTION