1   in charge of packaging as well.

2   Q.   So when you first started out in the position relating

3   to Barbie, could you please tell the jury what your job

4   duties were?

5   A.   I was responsible for the design and development of the

6   Barbie doll line.  Everything from working with what we call

7   the preliminary designers who would do the drawings and dot

8   concept all the way through -- not manufacture, but handing

9   it off to the engineers to get it ready for development, for

10  manufacturing.

11  Q.   And in that job can you tell us how many people reported

12  to you?

13  A.   Probably a little bit over 200, somewhere in there.

14  Q.   And then at some point you had some responsibility for

15  all of girls?

16  A.   Correct.

17  Q.   What does that mean, all of girls?

18  A.   So all the other girl brands, such as Polypocket, Little

19  Mommy.  There was a brand called What's Her Face, Diva Starz.

20  It was over time.  So I was in charge of all the toys we made

21  for the girls' division.  It was divided between the girls'

22  division and the boys' division.

23  Q.   When was it you assumed responsibility for the entire

24  girls' division?

25  A.   I don't remember.  May have been approximately two years

1    after I began.  I'm not entirely sure.

2    **Q.**    If that were correct, would that place it somewhere

3    around 1999?

4    **A.**    Correct.

5    **Q.**    Or 2000, somewhere in that range?

6    **A.**    That feels about right.  It may be more like '99.

7    **Q.**    Okay.  And as head of girls, they call it girls' toys?

8    Is that --

9    **A.**    Yeah, I think we called it the girls' division.

10   **Q.**    As head of the girls' division, how many people did you

11   have reporting to you directly or indirectly in total would

12   you estimate?

13   **A.**    I think there was -- it varied from seven to nine direct

14   reports and a total of maybe from 200 to 280 in total.

15   **Q.**    Okay.

16   **A.**    Approximately.

17   **Q.**    And who are these people that reported to you?  What are

18   their backgrounds?  What kind of jobs did they have?

19   **A.**    My direct reports?

20   **Q.**    Yes?

21   **A.**    Most were vice-presidents.  There may have been some

22   senior directors, but they were all professionals, having

23   been in the industry for many years, whereas some of the

24   designers we had were starting straight out of school.  But

25   direct reports for the most part had been professionals in

1   the design industry for many years.

2   **Q.**   How about the work force, the designers and other

3   people?

4   **A.**   It ranged from interns, just, you know, who were still

5   in school or getting out of school all the way through

6   industrial designers, engineers, ex-hairdressers, they were

7   all professionals that either came out of the fashion

8   industry or product design, engineering, industrial design.

9   **Q.**   Did these people have different kinds of skill sets?

10  **A.**   Yeah.  Depending on the -- on what their function was.

11  **Q.**   Can you give some examples of the different skill sets

12  that these designers had?

13  **A.**   Well, so for example, the hair department, that team,

14  most of them were real hairdressers that used to work on real

15  people and now were doing it in miniature for dolls.  Fashion

16  designers who used to work for Seventh Avenue, fashion

17  designers again miniaturizing their skills for jobs.

18  Industrial designers who would come up with the mechanisms

19  for the dolls, how the doll could move or roller skate.

20          So they were more industrial design background.

21  Engineers who would figure out how, once the industrial

22  designers made the doll roller blade, the engineer would

23  figure out how to re-engineer it for production.  Face

24  painters, who some of them were makeup artists, some were

25  painters as background.  Yeah, I think that -- sculptors,

1    many of them -- the head of our sculpting department was from

2    Italy and did fine art sculpting.

3             So it was a joy to work there.

4    Q.    We've heard the term fashion doll.  Can you explain to

5    us what a fashion doll is?

6    A.    A fashion doll to me is a play pattern that usually --

7    Q.    Can I stop you there?  When you say play pattern --

8    A.    It's a way -- to me fashion doll -- a play pattern is a

9    way in which you -- a child tends to play with the object.

10   So usually things are categorized in play pattern.  So the

11   play pattern of the fashion doll is one where there's hair

12   play and fashion play.  Fashion play, meaning you're able to

13   take the fashions on and off the doll.  And brush the hair or

14   make hairdos.  It used to be that, you know, I think it was

15   only 10-inch dolls were considered fashion dolls.  And now

16   the category has broadened, and fashion dolls also takes in

17   some large dolls and small dolls.

18   Q.    Is that term fashion doll something which in your

19   experience is actually recognized in the toy industry?

20   A.    Yes.

21   Q.    Barbie, I'm going to ask you a really stupid question,

22   probably not the last one.  What is Barbie?

23   A.    Well, Barbie is a brand that has a variety of products

24   within it.  You know, from home videos to clothing for girls,

25   accessories, things for their room, a doll, accessory for the

1   doll, yeah, quite a range of products.

2   **Q.**   And when you say Barbie as a brand, do you mean that as

3   distinction from Barbie as a doll?

4   **A.**   Correct.   I mean, the Barbie doll is one piece of the

5   Barbie brand.

6   **Q.**   And when you were there, did Mattel come out with new

7   Barbie dolls every year?

8   **A.**   Yes, many of them.

9   **Q.**   Can you tell us how -- when you were there, were there

10  teams of people who were assigned to work on Barbie?

11  **A.**   Yes.   Under me I had some teams -- a team that was

12  assigned to the collector of Barbies, and then I think it was

13  three or four teams on the main line Barbie business.   And

14  they were given parameters or slots of the kind of Barbie

15  dolls we needed, and then they were given some blue sky slots

16  where they could present whatever ideas they had for a Barbie

17  doll.

18  **Q.**   But in your experience, was Barbie something that just

19  every year you cranked out a new version of the same thing?

20  Did Barbie evolve?

21  **A.**   Oh, yeah, we changed her whole body type based on the

22  times and the -- you know, her body was originally designed

23  to show off the fashions of the 50's, so while I was there,

24  we redesigned her body entirely because the fashions changed

25  in the late 90's.   So we not only resculpted her body, we

284

1  changed at times her skin color, and then we were always

2  inventing new play patterns with her, new ways to play plus

3  new fashions, plus new friends.

4  **Q.**   Okay.  Besides Ken?

5  **A.**   Yes.  Well, until recently Ken was the only man.

6  **Q.**   Whatever happened to Ken?  Never mind.

7       You made reference to Barbie main line and Barbie

8  collectibles.  Can you explain what the difference -- what

9  you mean by those?

10 **A.**   Barbie collectibles was a division where most of those

11 dolls were made not to be played with but for adults who

12 collected Barbie.  There were a few dolls that were young

13 collector.  So where a grandmother would buy her first doll

14 for her grandchild, but these dolls were basically not meant

15 to play with.  They were meant to display.

16 **Q.**   So that's collectibles?

17 **A.**   Yes.  Whereas Barbie main line was broken into groups,

18 there were older girl Barbie groups that were focused on

19 doing the more 8 to 12 year old focus for Barbie, and then

20 there were younger girl Barbie design groups.  We broke the

21 teams up mostly by age, and then at one point we broke it up

22 by fantasy versus reality play.  So we were dividing the

23 groups with specialties, both by age because Barbie -- we

24 were doing product that appealed to from 3 to 5 all the way

25 up 8 to 10.

1  **Q.**   You used a phrase blue sky slots that you have for

2  Barbie designers.   What do you mean by that?

3  **A.**   Well, there were a couple ways that we allowed the

4  designers to come up with their own ideas with no boundaries

5  at all.   It was always their own ideas, but in some cases

6  there were boundaries based on price point and marketing

7  opportunities.   For example, wanting to do one anniversary

8  product that sold well the following year, and there were

9  times we said to the designers this is a blue sky slot,

10  meaning we're not going to tell you any parameters.   Just

11  come up with what you think is the right idea for Barbie for

12  this season.

13         Then there were in addition to blue sky slots, once

14  or twice a year, I would let the designers for about two

15  weeks work on brand new doll product lines that they

16  conceived of themselves.   I mean, in terms of if they were

17  head of a doll company, what kind of dolls would they want to

18  do.   So that was another way that the designers could come up

19  with absolutely not only ideas for Barbie and her friends but

20  new brands as well.

21  **Q.**   Now, when you were there, did Mattel make dolls other

22  than Barbie?

23  **A.**   Yes.

24  **Q.**   And can you give us some examples?

25  **A.**   Yeah, Diva Starz, What's Her Face, Polypocket, Little

1  Mommy.  Those are the ones that come to mind.

2  **Q.**  Did you know a designer by the name of Carter Bryant

3  when you were at Mattel?

4  **A.**  Yes.  He was in the collector division.  That's what I

5  remember for the most of the time when I was there, he was in

6  collector.

7  **Q.**  All right.  Now, in the collector division, would his

8  work be limited only to working on fashions, or would he work

9  on other parts of the doll as well?

10  **A.**  No.  The designer was responsible for the entire

11  product, which included, you know, picking the skin tone for

12  Barbie, her pose, her hair.  They would work with a hair

13  designer and a makeup person, but they would do the design

14  work for the entire product, including the fashions.  We had

15  a separate division that only did Barbie fashions, which was

16  not the division that Carter was with.

17  **Q.**  All right.  Do the designers in collector, where

18  Mr. Bryant was, work only on collector dolls?

19  **A.**  Most of the time.  But we move designers around.  So

20  periodically, because, for example, when Carter was there the

21  first time at Mattel, he did work in main line, even once I

22  think there was Ann Olson who was in main line, we moved her

23  to director.  So we moved them, sometimes because they

24  expressed that they would like to try their hand at the other

25  division, sometimes because we felt it was a good

1   opportunity, and everyone was open to participating in these

2   new brand exercises.

3   **Q.**   Now, were all these talented people, the designers and

4   people who worked on dolls, did they work at a particular

5   location?

6   **A.**   Well, we all worked in the design center, both girls'

7   toys and boys' toys.

8   **Q.**   Where is the design center?

9   **A.**   I don't remember the exact address.

10   **Q.**   What city?

11   **A.**   El Segundo.

12   **Q.**   And how many people, roughly, worked there?

13   **A.**   I think about 500.

14   **Q.**   And can you describe for the jury who these people are

15   who work at the design center?

16   **A.**   Well, we had -- there were either designers -- it was

17   more than designers.  It's the kind of complement of team

18   that I described earlier:  Sculptors, face painters,

19   industrial designers, model shop, fashion designers, both

20   working the girls' division as well as the boys' division.

21   So there were certain areas that we shared, like the model

22   shop boys and girls shared.  But otherwise, pretty much the

23   boys' area and girls' area were separate all in this big huge

24   open airplane hanger.

25   **Q.**   Do you mean literally an airplane hanger?

288

1   **A.**   I think it was an airplane hanger.

2   **Q.**   There's a binder in front of that you has some tabs, and

3   I'll ask you if you would, please, turn to tab 13541.

4          And my question to you, when you've found that, is

5   going to be whether you can identify that image there?

6   **A.**   Yes.   That's the entrance to the design center.

7   **Q.**   Is that a true and correct copy of what the entrance

8   looks like?

9   **A.**   Yep.

10          MR. QUINN:   I'd offer Exhibit 13541-1, your Honor.

11          THE COURT:   Any objection?

12          MR. NOLAN:   No objection.

13          THE COURT:   Admitted.

14          **(Exhibit 13541-1 received.)**

15          THE COURT:   You may publish.

16          MR. QUINN:   Thank you, your Honor.

17   **Q.**   That's the main entrance to the design center?

18   **A.**   Correct.

19   **Q.**   If you'd look at Exhibit 293, tab 293 rather, in your

20   book.   And my question for you is going to be whether you can

21   identify that.

22   **A.**   It appears to be one of our floor plans for the design

23   center.

24          MR. QUINN:   And I'd offer that as well.

25          MR. NOLAN:   No objection.

1        THE COURT:  Admitted.  You may publish.

2        **(Exhibit 293 received.)**

3   **Q.**   BY MR. QUINN:  So we see what looks like kind of a

4   rabbit warren of roofs.

5   **A.**   They were three-sided cubicles with one side open.  Some

6   of the designers would put a curtain that they would close

7   during lunch hour on one side.  But theoretically, they were

8   three-sided structures, and then, as you can see there, in

9   most of the design areas, they had a center worktable.  So

10  all of those three-sided cubicles had an open-ended side that

11  looked to this common rectangular table.  So the idea was

12  that everyone would put their work on that common table about

13  once a week, when I did my walk-throughs, for everyone to see

14  the work they had done.

15       MR. QUINN:  Your Honor, may I approach the witness

16  to give a laser pen?

17       THE COURT:  You may.

18  **Q.**   BY MR. QUINN:  Could you point out for the jury, please,

19  one of these common work areas that you're referring to?

20  **A.**   So this is a typical -- again, I can only speak for the

21  girls' design area, but that would be one team's work space

22  where the center table, you know, in each of these little

23  three-sided cubicle spaces would be a full complement of the

24  team, which would consist of someone who did the sewing, a

25  seamstress, who would do the sewing of the doll.  A doll

1   designer, an industrial engineer, the entire team that would

2   work on one focus of Barbie would be situated in this kind of

3   arrangement, and this common worktable is where they would

4   display their work for our design meetings.

5   Q.   Can you tell us whether within the design center itself,

6   and I'm not talking about the outside security.  We'll get to

7   that, but within the design center itself, can you tell us

8   whether or not it was an open situation where people could

9   walk by and see what other designers were working on?

10  A.   Oh, totally.  I mean, there was no barriers.  You could

11  come down.  There were aisles that you could walk through and

12  see, and often, when I would do my walk-throughs, everyone

13  knew what day you would put the work out, and it was a very

14  friendly, open atmosphere.  So friends would come by and look

15  at other people's work.  I really encouraged the

16  collaboration, collaborative environment.

17  Q.   Why did you consider that important, a collaboration?

18  A.   Because I think that's how you get the best ideas.  I

19  mean, sometimes it would be the design manager and myself

20  working with the designers to say would you, we really love

21  the feature of this doll, but we love the look of that doll.

22  So the idea was that everyone should be open to seeing each

23  other's work so we could all create the best product, which

24  was the goal.

25  Q.   We now have the full floor plan back up there.  Was your

1   office in the design center?

2   A.   Yes, it's too small a print to read.

3   Q.   If we blow up the right area?

4   A.   I don't know.  I can't tell.  It's not in this area.

5   I'd have to look at a bigger blueprint to figure out --

6           MR. QUINN:  Could I approach the witness?

7           THE WITNESS:  Maybe I can show you where it is

8   here.

9   Q.   BY MR. QUINN:  Can you translate?

10   A.   I'll show you what part to zoom in.  Zoom in this area.

11   Oh, no, it's higher than that.  Hang on.  Let's go back.  See

12   if that might be it right there.  Yep.  There I am.

13   Q.   There's I. Ross.

14   A.   Yes.

15   Q.   So you're right in the thick of it there.

16   A.   Yes, I was right in the middle.

17   Q.   Would you turn, please, in the book to Exhibits 13535 to

18   -40.  That's 13535 to -40.  And if you could, just sort of

19   page through these -35 through -40, and my question is going

20   to be whether you can identify these.

21   A.   They appear to all be different views of the general

22   work areas of the design center.  I couldn't identify whose

23   specific office it was, but these are all for different

24   perspectives, areas of the floor plan.

25           MR. QUINN:  Your Honor, we'd offer Exhibits 13535

1   through -40.

2          THE COURT:  Any objection?

3          MR. NOLAN:  No objection.

4          THE COURT:  Admitted.  You may publish.

5          **(Exhibit 13535-13540 received.)**

6   Q.   BY MR. QUINN:  I'll begin with -535.  This is one image

7   of the -- of what the cubicles looked like?

8   A.   Yes.

9   Q.   And then if we could turn to the next one, please.  This

10  is -37 -- or -36?  -36.  And then, please, -38 -- or -37.  It

11  doesn't come out so well on the screen, but it looks like

12  there's a lot of product and toys and --

13  A.   Oh, yes.  Well, first of all, we never had enough

14  storage space.  I have to be honest.  And things were always

15  a little messy.  And there was product lined out in the

16  halls.  The fire department didn't appreciate that.  But that

17  was the reality.  People decorate their own offices very

18  individually.  We encourage that.  So the walls were the

19  same, but everything else was pretty much individualized, and

20  there was product everywhere up on the cabinets.  We

21  displayed the dolls we were in the process of working on

22  these L-board shapes.  And that's what you can see on the

23  tops of the cabinets because there was not enough room.

24  Q.   Could you turn to -38, the next one.  More of the same?

25  A.   Yes, more of the same.

1    Q.    And -39.

2    A.    Yes.

3    Q.    And the last one, -40.  I can kind of see why the fire

4    department --

5    A.    Yeah, they were not happy with us.

6    Q.    So basically in your job were you -- would it be fair to

7    say that these people that worked in the design center, that

8    these are creative people?

9    A.    Oh, yes.

10    Q.    And your job was to manage creativity?

11    A.    I mean, my job was to work with the teams to create the

12    best product and the best solution.  So I had V.P.'s under me

13    that worked in different areas, like large dolls, small

14    dolls, collector, main line.  But I was very involved in once

15    a week walking around, looking at the work, approving what

16    went into these weekly design meetings.  So I was, yeah,

17    always seeing what was going on in the design center.

18    Q.    What were these weekly design meetings?

19    A.    There was two meetings a week.  One was where, up to a

20    certain level of management, got to look at the work in

21    progress.  And then we all agreed on what we thought was

22    ready to go into the executive level meeting.  So it was kind

23    of like a pre-meeting that myself and my equals on the

24    business side, because I was responsible for just the design

25    and creativity, and I had partners that were equal to me on

```
 1   the business side.
 2              So together we would look at the designers' work
 3   and agree on what we thought was ready to go into the final
 4   executive meetings, which is where we would decide what would
 5   go to the next step.
 6   Q.   Did you regard it as part of your job to promote
 7   creativity in the design center?
 8   A.   Oh, yes.  I mean, I have --
 9   Q.   My next question for you is how do you do that?  How do
10   you promote creativity?
11   A.   Well, I think some of the ways are you have to balance
12   the realities versus the possibilities.  The realities to me
13   are things that we had to make sure that we had, like a
14   number of dolls made at a certain price point, and then
15   there's the possibilities of what a designer may come up with
16   on their own that's unique and wonderful.
17   Q.   Were designers encouraged to come up with ideas on their
18   own?
19   A.   Absolutely.  Like I said, there was a certain amount
20   that they had to get done, and there was a certain amount of
21   blue sky slots and time allotted for something they wanted to
22   do on their own.  And a designer was always free to go to
23   their management and show them an idea that she had, and the
24   manager could say absolutely.  Go do it.  So they had the
25   ability to use Mattel's resources in terms of the sculptors,
```

1    hair and face paint, to take the idea to the next level and
2    then come show myself and the business partners.
3    Q.   Did you develop any particular programs or approaches in
4    order to promote new ideas?
5    A.   Well, I think this idea of letting people create their
6    own brands, I bring in inspirational speakers because I
7    believe you can't ask people for output until you give them
8    input.  So I'd bring in trend forecasters and psychologists
9    who would talk about how kids think and play to encourage
10   their minds and give them some time to take that information
11   and generate a new idea or a new play pattern.
12         There was something called project platypus, which
13   was a think tank also to help foster innovation and
14   creativity, which is where 12 people were taken out of the
15   design center, brought to another space across the street,
16   and really created new ideas and new brands.
17         So I was very much -- we were in the United States
18   the largest toy company, and it was crazy not to be creative.
19   That's why we were all in.  You have to balance that with
20   your business obligations, but the business gets the best of
21   the creativity when you're able to do both.
22   Q.   At Mattel, were you focused on toys or dolls only for
23   girls of a certain age?
24   A.   No.  I mean, we -- as Barbie started to trade down
25   younger and spread her wings, we needed to balance that with

296

1   brands for the older girls.  So when I first came on, there

2   was Mystery Squad, and then we created Generation Girl and

3   then My Scene in terms of how we evolved the Barbie brand for

4   the older girl.

5   Q.   What is the role of a drawing, a two-dimensional drawing

6   in the process of creating a doll?

7   A.   I liken that to the blueprint for building a house.  I

8   mean, that's where it all starts.  That's the foundation, and

9   that drawing is given to the sculptor, the model maker.  The

10  designer, we call them the preliminary designers, they are

11  the ones that come up with the idea.  And they have that in

12  some way express their idea because what happens is other

13  team members do component parts.  So that drawing goes to the

14  sculpting, it then goes to face paint to do the face paint,

15  but without that initial drawing, it would be hard for all

16  those multiple people to be able to execute against it.  So

17  it's the blueprint in my mind.

18  Q.   Does the drawing include the artist's sort of vision for

19  what this doll might ultimately look like?

20  A.   Every artist has their own hand.  So if you're not doing

21  it on computer and you're sketching it, it tends to have a

22  certain style.  So I think everyone's drawing would show

23  their own personal style.  And that would be captured in the

24  execution of the sculpting or the face paint.

25  Q.   Now, while you were at Mattel, did the Mattel designers

1  who were employees, did they sign inventions agreements with

2  the company?

3  **A.**   I don't remember what it was called, but I remember it's

4  something.   For the 35 years I've been working at companies,

5  it's something you always sign.   Companies word it

6  differently, and I don't remember what Mattel's was worded.

7  But I know when I signed on, that I did sign something

8  that --

9  **Q.**   You signed one yourself?

10  **A.**   Yes.

11  **Q.**   And was that true of the other artistic people in the

12  design center?

13       MR. NOLAN:   Objection.   Your Honor.   Lacks

14  foundation.

15       THE COURT:   Sustained.   Lay a foundation, Counsel.

16  **Q.**   BY MR. QUINN:   Do you know whether or not Mattel had a

17  policy in the design center that folks who came to work

18  there, these artistic creative people, would enter into some

19  type of agreement with the company?

20  **A.**   Yes, my understanding was it wasn't just the artistic

21  people, but it was everyone in the design center.   The

22  engineers, everyone needed to sign that.

23  **Q.**   And can you tell us what your understanding was about

24  what that agreement provided in terms of ownership of what

25  was created?

1          MR. NOLAN:  Your Honor, objection.  Lack of

2  foundation.  She doesn't recall signing the document.

3          THE COURT:  Sustained.  Lay a further foundation,

4  Counsel.

5  **Q.**    BY MR. QUINN:  Do you recall that you signed such a

6  document yourself?

7  **A.**    Yes, I definitely signed the document.

8  **Q.**    And did you have an understanding at the time as to what

9  you were agreeing to?

10 **A.**    Yes.

11 **Q.**    And what was it that you understood you were agreeing

12 to?

13 **A.**    That while I was employed by Mattel, any of the ideas

14 that I -- again, this may not be the words, but it's my

15 understanding.  Again, any of the ideas that I had, no matter

16 whether it was while I was home at night or out at a trade

17 fair, as long as it was within Mattel's range of products

18 that we created, that that was the property of Mattel.  So,

19 for example, if I came up with a car design, that wouldn't be

20 the property of Mattel.

21 **Q.**    Not Mattel's business.

22 **A.**    Right.  But anything that was within Mattel's range,

23 that they owned that idea.  It's been the same wherever I've

24 worked, whether it was -- wherever I worked.  So people word

25 it differently, but it's pretty standard.

1  **Q.**   Is it your experience that creative designers, people

2  who are creative and who have design jobs, who are also

3  employees in your experience in 35 years, can you tell us

4  whether or not it's customary that those types of agreements

5  are entered into?

6  **A.**   Yes, it is.

7  **Q.**   Do -- when you were there, did Mattel designers, were

8  they permitted to do some work at home rather than checking

9  into the design center?

10  **A.**   I remember sometimes we would allow that, yes.

11  **Q.**   And is that -- if folks worked at home on a toy, was it

12  the understanding that their creative contribution, even if

13  they did it at home relating to a toy, that that was owned by

14  the company?

15  **A.**   Absolutely.  As long as you were employed by Mattel, no

16  matter where you did it, if it was something that Mattel

17  could have been making, then they owned it.

18  **Q.**   All right.  Now, this design center that we looked at,

19  is that something that's open to the public?

20  **A.**   No.  It's a very, very tight security.

21  **Q.**   Can you describe that security for us, please?

22  **A.**   Well, there's a desk that you have to check in at, and

23  no cameras are allowed.  You have to ask -- you are asked who

24  you have come to see.  In fact, we have vendor rooms outside

25  the design center.  So often certain vendors we wouldn't even

1   let behind the scenes.  It's almost like Santa's workshop.

2   So we meet with people out in the lobby in these vendor

3   rooms, because it was very secretive.  It was like for toy

4   fair, you had to protect your ideas, again, not amongst

5   ourselves, that was a culture of sharing.  But in terms of

6   the outside world, we were very secretive.

7   Q.   You referred to a toy fair.  What is a toy fair?

8   A.   Toy fair is once a year, where the toys -- in February,

9   it was in New York, and then it got moved to Mattel's campus.

10  It's kind of the great reveal.  It's where you worked all

11  year to show your new line of toys, because in the toy

12  industry, the bulk of your money is made during the Christmas

13  season.  So yeah, it was the great reveal.  It's what we all

14  worked hard toward getting the latest and greatest toys ready

15  for toy fair.

16  Q.   And who would attend these toy fairs?

17  A.   The customers.  So the retailers, and some other toy

18  companies were there because they were exhibiting.  So toy

19  companies would get to see other toy companies' work, but it

20  was mostly for the buyers and retailers.

21  Q.   All right.  And you say that toy fair was originally in

22  New York.  Over time, were there toy fairs that took place in

23  other cities around the world, such as Hong Kong?

24  A.   I don't know if they called it the toy fair.  They have

25  their own toy fair, but the toy fair was the one --

1   Q.   Okay.  What is Diva Starz, S-T-A-R-Z?  Diva Starz?

2   A.   Diva Starz was a new brand for girls that was an

3   electronic doll that I think we launched in 2000.  Around

4   2000.  I'm not exactly sure.  But it was a doll that was able

5   to -- it had a big head because it had a lot of brains in

6   there, because it was able to recognize the clothing that you

7   put on the doll, and so it was pretty magical for a child who

8   could say, "That's my pink dress.  Find the shoes that go

9   with it."  And then magically the doll would read what items

10  you were putting on it and suggest certain hairdos doing with

11  it, et cetera.

12          So it was really the first electronic kind of

13  fashion doll.  I don't know whether we categorized it in the

14  fashion doll category at that time, but it did -- we should

15  have in retrospect.  It did have fashions.

16  Q.   Could you take a look at Exhibit 432.  And tell us

17  whether you can identify that document.

18  A.   Yes.

19  Q.   What is this?

20  A.   That's one of the Diva Starz, Alexa, in her package with

21  all of her accessories and molded clothing.

22          MR. QUINN:  I'd offer that, your Honor.

23          MR. NOLAN:  No objection.

24          THE COURT:  It's admitted.

25          **(Exhibit 432 received.)**

1          THE COURT:  You may publish.

2          MR. QUINN:  Thank you, your Honor.

3    **Q.**    This is a photocopy of the Diva Starz?

4    **A.**    It's a photocopy of the Diva Starz package with the

5    clothing and the doll accessories in the package, yes.

6    **Q.**    And in this photograph, we've managed to cut off the

7    S-T-A-R-Z.  It is spelled Z at the end, Starz?

8    **A.**    Correct.

9    **Q.**    Can you tell us whether or not the name Bratz, while you

10   were at Mattel, was ever considered as a name for a Diva

11   Star?

12   **A.**    Yes, when we were brainstorming what to call these

13   electronic dolls, I remember there was names like Chat Girls.

14   I think it was Brat Girls.  Wall Brats.

15          There was a couple of sassy themes, Chat Brat.

16   Because we thought of them, in fact, their tag line was, "We

17   know what's up."  They were kind of sassy and a little bratty

18   because they got what they wanted.  So brats, I don't

19   remember the way it was spelled, but I remember that brats

20   was something that we absolutely thought of and was not

21   available for some reason.  We have to find names that are

22   available across the entire world.  So it's really hard these

23   days to find those names.

24   **Q.**    Can you tell us when it was roughly when brats was being

25   considered as a name for Diva Starz with a Z?

1   **A.**   Well, it had to be -- I don't remember the exact date.

2   All I can say is if these came out in 2000, which I do

3   remember them coming out in around 2000, this had to be at

4   least the year before, because the name was something that we

5   needed it in time for the packaging and all of the printed

6   materials.

7   **Q.**   Did the consideration of brats get to the point that

8   logos, brats logos for Diva Starz, or what became Diva Starz,

9   were actually developed?  Do you recall that?

10  **A.**   I remembered chat and brat were probably two of our

11  favorite names, and quite frankly, Diva Starz was our last

12  resort.   It was not our favorite.  Because it took a long

13  time for legal to clear in every country.  We'd often start

14  the logo department using a name we hoped would clear, and

15  then at the last minute, if it didn't clear, we would use

16  possibly the same type style but plug in the cleared name.

17  **Q.**   Could I ask you, please, to turn to Exhibit 316.  And

18  I'll ask you if you can identify this document.

19  **A.**   Yes.

20  **Q.**   And what is this document?  It's actually three pages.

21  **A.**   Okay.  Hang on.  Yes.  So these were some of the

22  preliminary logo designs by -- I think was Steve Linker, a

23  free-lancer we had hired to work on logo designs for the

24  brand.  Prior to us getting approval, you know, knowing

25  whether these names cleared.

1          MR. QUINN:  I would offer Exhibit 316, your Honor.

2          THE WITNESS:  And they also had, by the way, he was

3   also -- because we were getting ready to do the packaging.

4   So he was also doing illustrations of the Diva Starz getting

5   ready for the package art.

6          THE COURT:  Any objection?

7          MR. NOLAN:  Your Honor, could I have a further

8   foundation as to when she first saw this?

9          THE COURT:  Lay a further foundation, Counsel.

10         THE WITNESS:  I remember seeing --

11  **Q.**  BY MR. QUINN:  When did you first see Exhibit 316, these

12  three pages?  Could you tell us when you first saw it,

13  please?

14  **A.**  I remember seeing it in the brainstorming, the review,

15  the design review that we had.  I don't remember the exact

16  date.  And then I saw it again at the lawyer's office.

17  **Q.**  When you say design review, are you referring to the

18  design review back when you were at Mattel and thinking of

19  names for Diva Starz?

20  **A.**  Correct.  Because I had to be shown all the different

21  variations of the logo because it was my job to pick which of

22  these logo designs we would go with.  So I remember looking

23  at these in terms of trying to figure out what the right

24  style was.

25         MR. QUINN:  Offer 316, your Honor.

1          MR. NOLAN:  No objection, your Honor.

2          THE COURT:  It's admitted.

3          **(Exhibit 316 received.)**

4          THE COURT:  You may publish.

5   **Q.**   BY MR. QUINN:  If you look at the first page of

6   Exhibit 316, I see you're at the top there, on the right-hand

7   side, and if you could use the laser pen, we see Chat Brats.

8   **A.**   Yeah, so we would take a name that we were hoping to get

9   and then try live logo graphic treatments with that name

10  hoping it would clear.  So we tried Chat Girls, Chat Brats.

11  **Q.**   And turn to the next page, it's 316.  You see Brats up

12  there?  If you were considering using the name Brats without

13  that kind of logo as well?

14  **A.**   Yeah, we were looking at things.  We were looking at all

15  different combinations because sometimes a name would clear.

16  And if it didn't clear on its own, it might clear in

17  combination with something.  So we would try a whole lot of

18  variations if we really liked it.

19  **Q.**   And this is like if you had double vision here --

20  **A.**   I think that was just a graphic styling.  Again, playing

21  with the logo, if we were just to use the word Brats, how it

22  would be treated graphically.

23  **Q.**   And then the last page of Exhibit 316, the right-hand

24  side there's another version of Brats that was being

25  considered at the time?

1    **A.**    Yep.   We were just thinking of using it by itself as
2    well.

3    **Q.**    If you look at -- please look at Exhibit 314.   Tell me
4    if you recognize this document?

5    **A.**    This is a document I remember seeing when I talked about
6    the brainstorms that we would have.

7              All the designers working on the project, and
8    sometimes we would throw in designers from other areas just
9    to get fresh ideas.   We would brainstorm a whole lot of
10   names, and sometimes the marketing people would go work with
11   legal because they had to pay for every name that was
12   cleared, and come back to us and let us know what was
13   cleared.   So these were some names that were submitted from
14   Steve Linker, the outside firm, these were their suggestions
15   for some of the names.

16   **Q.**    And you saw this at the time?

17   **A.**    Yeah, I remember getting a list.   I can't be sure if it
18   was this exact piece of paper, but I recognize a lot of these
19   names, and I remember that we were being submitted --
20   lists -- we invited many people to contribute ideas for this
21   brand.   So I know that -- I remember this list.

22              MR. QUINN:   I'd offer 314.

23              MR. NOLAN:   Objection.   Lack of foundation.   She
24   doesn't recall seeing this particular document.

25              THE COURT:   Overruled.   It's been testified to.

1          **(Exhibit 314 received.)**

2              THE COURT:  It's admitted, and you may publish.

3    **Q.**    BY MR. QUINN:   The date here at the top, this is January

4    of 2000?

5    **A.**    Yes.

6    **Q.**    There's the name Steve Linker that you have made

7    reference to?

8    **A.**    Yes.

9    **Q.**    And who is Liz Hogan?

10   **A.**    I think she worked with Steve, and Joni Pratte and Sue

11   Davis were my packaging designers.  So the urgency on the

12   name was we were starting to design the package, and

13   packaging would also submit names to get clearance.  So they

14   were submitting to packaging designers some of their ideas.

15   **Q.**    Could we look at the bottom two thirds of the document,

16   the list of names.  This is some of the list of names that

17   were proposed?

18   **A.**    Right.  And I would then get this list and sit down, and

19   we would as a team decide which ones were worth actually

20   spending money against in terms of which ones we liked enough

21   to -- we would spend the money searching it legally and

22   trying some of the graphic iterations.

23              So the previous exhibits that you saw some of the

24   logos came after we looked at lists like this, decided which

25   names we really liked, and then I would authorize that the

1  work be done to play around with logo designs.

2  Q.    I see one of the names here that was considered is Mall

3  Brats.  Do you see that?

4  A.    Yes.

5  Q.    Do you know whether or not MGA has come out with a

6  product which is called Mall Brats ?

7              MR. NOLAN:  Objection, your Honor.  Foundation.

8              THE WITNESS:  No, I don't know that for sure.  I

9  know that at one point Bratz had a mall for their brat dolls,

10  but I don't remember what it was called.

11  Q.    BY MR. QUINN:  I'd like to change gears now and talk

12  about a different subject.

13              Have you heard of a project called Toon Teens?

14  A.    Yes.

15  Q.    What is Toon Teens?

16  A.    Toon Teens is one of the brand ideas that came out of

17  when I spoke earlier to the fact that I would -- I think it

18  was once a year, maybe sometimes twice a year invite the

19  designers to create new brand ideas on their own.  And we

20  would let them have some time to do that and use the

21  resources.  So Toon Teens was one of the brands that came out

22  of this exercise.

23              It was something that Lily Martinez had done based

24  on a -- her own illustration style that we had first seen in

25  a T-shirt that she had done for a previous Barbie doll that

1   was terrific, and we encouraged her.  I think it was her boss

2   actually encouraged her to make it into a whole brand.

3   Q.   When you say a T-shirt design she had done, was that --

4   A.   Previously.  And I don't remember when it was, but it

5   was pretty early in my tenure when I had come there.  We were

6   doing a roller-blading Barbie, which was done in Lily's

7   group.  I don't remember whether Lily actually did the doll.

8   I think was early in her career, too.  And I think she was an

9   assistant.  So often, as I explained, there's teams.  So she

10  may not have done the roller-blading doll but was doing the

11  illustration for what the roller-blading Barbie wore.

12  Q.   Could you tell whether it was a decal?

13  A.   It was a separate piece of art that she had done, but we

14  were going to put it on the shirt.  So it must have been a

15  decal format.

16  Q.   If you'd take a look at Exhibit 257-1.  And I'll ask you

17  also about 258-1.

18  A.   Yes.  That's the roller-blading doll I referred to.

19         MR. QUINN:   I'd offer that.  257-1.

20         THE COURT:   Any objection?

21         MR. NOLAN:   No objection.

22         THE COURT:   Admitted.  You may publish.

23         **(Exhibit 257 received.)**

24  Q.   BY MR. QUINN:   Is this the roller-skating Barbie --

25  A.   Yes, she actually skated.

310

1   Q.   On the T-shirt there, there's an image.

2   A.   This one right here.

3   Q.   Can you tell us whether that's the image that you were

4   referring to?

5   A.   Yes, that is.

6   Q.   And if you could look at 257-4.   257-4.

7   A.   Yes.

8   Q.   And 257-6.   If you'd look at those two.

9   A.   Yes.

10  Q.   And are those close-ups of the --

11  A.   Yes, close-ups of the same illustration.

12          MR. QUINN:   I'd offer 257-4 and 257-6.

13          MR. NOLAN:   Just the foundation as to when this was

14  offered for sale.

15          THE COURT:   Sustained.

16          THE WITNESS:   I just --

17          MR. QUINN:   I'm sorry?

18          THE COURT:   I sustained the objection.   Please lay

19  the foundation as to timing.

20  Q.   BY MR. QUINN:   Can you tell us when this was that the

21  Cool Skating Barbie was on the market -- introduced to the

22  market?

23  A.   I can only remember that it was early, like I say, I

24  came in maybe '96, '97, and it was probably sometime in the

25  first two years.   I don't remember the exact date.   It was

1    pretty early in my tenure.

2            MR. QUINN:  Your Honor, we'd offer those two, 257-4

3    and -6.

4            MR. NOLAN:  Your Honor, there's still a lack of

5    foundation as to when it was offered or available to the

6    public.

7            THE COURT:  Overruled.  It's admitted.

8            **(Exhibit 257-4 and 257-6 received.)**

9    Q.    BY MR. QUINN:  And is this a close-up, again, showing

10   that decal?

11   A.    Yes, it is.

12   Q.    257-4 and 257-6?

13   A.    Correct.

14   Q.    Same thing?

15   A.    Yes.

16   Q.    And could you please turn to 258-1.  By the way, was

17   this Cool Skating Barbie doll, did this come in different

18   ethnicities?

19   A.    Yeah.  Not every Barbie doll, but many of them we

20   offered as black Barbie, Hispanic Barbie was really called

21   Theresa, which was her friend.  It wasn't really Hispanic

22   Barbie.  It was her friend Theresa.  So some Barbie dolls

23   were only white, blonde Barbie.  Others were offered in white

24   Barbie, black Barbie.  Or it was Barbie and some of her

25   friends, and Theresa was one of her friends.

1  **Q.**   If we could look at 258-1, please.   And I'll ask you if

2  you can identify 258-1.

3  **A.**   Yes.

4  **Q.**   And what is that?

5  **A.**   That's the same roller-blading doll but offered as

6  Theresa.

7  **Q.**   And was Theresa a certain ethnicity?

8  **A.**   Yes.   She was alluded to be Hispanic.

9          MR. QUINN:   All right.   I'll offer 258-1.

10          THE COURT:   Could you establish timing on this,

11  Counsel?

12  **Q.**   BY MR. QUINN:   Again, can you tell us, these Cool

13  Skating Barbies in the different versions, can you tell us

14  whether they came to market at the same time, different

15  times?

16  **A.**   Yeah, they were the exact same time, but again, was

17  probably within a year or two of my coming on board.

18          MR. QUINN:   I'd offer then, your Honor, 258-1 and

19  258-6.

20          THE COURT:   Any objection?

21          MR. NOLAN:   No objection.

22          THE COURT:   Admitted.

23          **(Exhibit 258-1 and 258-6 received.)**

24          THE COURT:   You may publish.

25          MR. QUINN:   Thank you, your Honor.

1    Q.    And did you say the name of this doll?

2    A.    Her friend Theresa.

3    Q.    And if we could look at 258-6.

4          And so did Lily do different decals for the

5    different --

6    A.    Yeah, for each of the -- I forget whether it was just

7    Theresa and Barbie or whether it was three or four, it may

8    have been black Barbie as well, but she would do different

9    decals for each of the different dolls.

10   Q.    If we could look at 259-1 and 259-5.  259-1 and 259-5,

11   and my question will be whether you can identify these.

12   A.    Yes.  So now I see we did offer Christy, which is her

13   African-American friend, and that's 259.

14   Q.    We'd offer 259-1 and 259-5, your Honor.

15              THE COURT:  Any objection?

16              MR. NOLAN:  Your Honor, I assume that this was

17   about the same time?

18              THE WITNESS:  Yes, they were all launched at the

19   same time.

20              MR. NOLAN:  Very well.  No objection.

21              THE COURT:  Admitted.

22              **(Exhibit 259-1 and 259-5 received.)**

23              MR. QUINN:  May I publish these?

24              THE COURT:  You may.

25   Q.    BY MR. QUINN:  This is the third version of the Cool

1   Skating Barbie?

2   A.   Correct.

3   Q.   Indicated that at the time -- do you know whether or

4   not, whether Lily Martinez came up with this design, whether

5   she was a full-time employee or an intern or what her status

6   was with the company?

7   A.   I don't remember.  I remember it was early on in her

8   employment.  She may have started as a -- often we would

9   start young designers as free-lance and make sure they were

10  great, and then offer them jobs.  So I can't remember whether

11  she was still a free-lancer or whether she was full time.

12  But -- or part time.  But either way she was a Mattel

13  employee.

14  Q.   Did you say that it's your recollection relatively --

15  A.   I remember it was early in her career because I remember

16  saying to Cassidy, if she's not full time, we should bring

17  her on.  Because we all thought they were really great

18  looking.

19  Q.   Could you look at 48-11, please.

20  A.   Yes.

21  Q.   Can you identify 48-11?

22  A.   These were some of Lily's variations of the decal that

23  was going on the T-shirt.  These were drawings that Lily did

24  that would be used as the decal on the doll's T-shirt.  The

25  designer had to do drawings that would go to a department

1   called visual design that would make them production ready.

2   So these were what she was submitting to visual design that

3   would make the production ready art.

4   **Q.**   So this was her drawing which ultimately became the

5   decal that we have looked at?

6   **A.**   Yes.

7        MR. QUINN:   I would offer Exhibit 48-11, your

8   Honor.

9        MR. NOLAN:   Your Honor, lack of personal

10  foundation.

11       THE COURT:   Sustained.

12  **Q.**   BY MR. QUINN:   What you told us about this exhibit, how

13  is it you know what that is?

14  **A.**   Because I recognized the drawings.   These are her

15  drawings.   And they are exactly the design of what we just

16  saw ended up on the dolls' T-shirt, and it's labeled visual

17  design, which means it was probably going to the visual

18  design department next.

19  **Q.**   Did you see this at the time?

20  **A.**   Yeah, well, I looked at most of the final packages.   In

21  the final walk-through, I see all the final components of

22  what is being given for production.

23  **Q.**   But in terms of these particular drawings?

24  **A.**   Yeah, I remember seeing these drawings.   I don't

25  remember everything on every product, but because these were

```
 1   so cool looking, I specifically remember that we were all
 2   very excited about them.
 3            MR. QUINN:  I'd offer Exhibit 48-11.
 4            MR. NOLAN:  Your Honor, speculation as to whether
 5   or not it went to the design center.
 6            MR. QUINN:  I can clear that up, your Honor.
 7            THE COURT:  Yes.  In terms of the actual exhibit
 8   itself, Counsel.
 9            MR. NOLAN:  Yes, the actual exhibit itself.
10            THE COURT:  The exhibit is admitted subject to
11   clarifying the visual design center.
12                 (Exhibit 48-11 received.)
13            MR. QUINN:  Do I have permission to publish the
14   exhibit?
15            THE COURT:  Yes, you do.
16   Q.   BY MR. QUINN:  Exhibit 48-11.  It says visual design
17   there.  Does that mean something to you?
18   A.   Visual designers were on my team as well.  They were --
19   we at one point had broken up the team into preliminary
20   designers and visual or development designers, and what it
21   meant is they were the designers that conceived of the idea
22   and did the original sketches, and then the visual designers
23   were the ones that actually did the mechanicals.  A lot more
24   left brain kind of designers.
25            So I didn't want to make the preliminary designers
```

1    have to do the entire process in terms of -- because there's

2    a process, when you send this off, that says now that you

3    have to get it ready for color separations, and it was much

4    more mechanical part.  So we had specialties.  So a

5    preliminary designer would do all the drawings, all the, you

6    know, the ideas, the concepts, and then instead of wasting,

7    you know, I'll use Lily as an example.  To have her spend two

8    days preparing this artwork for production, she would hand it

9    off to a team called visual design that actually were in the

10   same area that I showed you.

11          They were part of the team that made it happen.  So

12   they were in the design center as part of the team that Lily

13   worked on.

14   Q.   Do I understand correctly, from what you've told us,

15   that you do recognize these as Lily's drawings for that

16   decal?

17   A.   Absolutely.  Lily has a very distinct drawing style.

18   Q.   How so?  How would you describe it?

19   A.   Well, I mean, she's changed a bit over the years, but

20   the first thing is that it looks like her.  I remember the

21   first time I saw the drawings, and this was many years ago,

22   but I remember it was remarkable because it really was

23   distinctly the way she looked.  In those days she wore bright

24   red lipstick.  So we were kind of all -- that's why this so

25   stood out, because I remember all the designers gathered

1  around and thought wow, she's really captured, and she even

2  dressed a little bit like that before she was pregnant.

3        So we all remember that it was the first time I had

4  seen someone come up with a doll that was truly a projection

5  of themselves.  So I will never forget.  Like I say, I can't

6  remember everyone's drawing style, but hers was distinctly a

7  projection of herself.

8  **Q.**  To get back to the issue that was raised, do you know

9  whether these drawings actually went on to the visual design

10  department?

11  **A.**  Yeah, because they ended up --

12  **Q.**  How do you know that?

13  **A.**  I know that because I've seen the end product and was

14  very involved.  I also approve, before things go into

15  production, the final proof.  So that this clearly is what

16  went on.

17  **Q.**  So we started talking about this decal because I asked

18  you about Toon Teens.  So what did this have to do with Toon

19  Teens?

20  **A.**  Well, because the next time, whenever the next time we

21  had one of these kinds of open time periods, where I invited

22  the designers to say we're looking for some new brands, so

23  you know, take the next two weeks, ane everyone, you know,

24  work on what you think would make a great doll brand, and I

25  remember Debbie and -- Cassidy was Debbie's boss -- and we

1  were all encouraging her that this would be a great look and

2  attitude to actually create a doll line.  So she did.

3  They had soft bodies and plastic heads, but she

4  called it Toon Teens, and they came with cars or some kind of

5  accessories.

6  **Q.**  And can you tell us how long after the decal was

7  created?  Do you remember?

8  **A.**  I don't remember.

9  **Q.**  Would you turn, please, to Exhibit 48-1.  And what would

10  be the first step?  If Lily is given the green light, why

11  don't you see if you can turn this into a doll, what would be

12  the first step?

13  **A.**  So she would do a drawing of exactly what she wanted

14  that doll to look like.  And if the doll -- and every

15  designer works slightly differently.  But, for example, she

16  would in this case because the doll I know, because I saw the

17  doll, have clothing.

18  So we would possibly give swatches of what she

19  wanted the clothing to be because this drawing, as explained

20  earlier, would become the blueprint that all of her team

21  members would follow to help her execute it.  So she had to

22  in the drawing create the doll's garment exactly the way she

23  wanted it to look, hand it off to the seamstress on her team

24  with fabric swatches to execute the clothing.  If it was a

25  hard body sculpted face, the drawing would be used to give to

 1  the sculpting department to follow.

 2          So the next step would be a drawing and anything

 3  attached to it that her teammates needed like fabric or

 4  details, face paint.

 5  Q.  Would you take a look, please, at Exhibit 48-1.

 6  A.  Yes.

 7  Q.  And I'll ask you if you can identify that document.

 8  A.  Yes, that's one of the drawings that was the initial

 9  concept for Toon Teens.

10          MR. QUINN:  I'd offer that, your Honor.

11          THE COURT:  Any objection?

12          MR. NOLAN:  No objection.

13          THE COURT:  Admitted.

14          **(Exhibit 48-1 received.)**.

15  Q.  BY MR. QUINN:  So is this a drawing that Lily

16  Martinez --

17  A.  Yes, and there are the fabric swatches, informing what

18  fabrics she wanted to use for the clothing.

19  Q.  And I notice that dolls in the drawing, the hands are

20  out to the side.

21  A.  Yes, because it came from her skating doll, but the doll

22  was balancing herself skating.  So it's interesting, she kept

23  that same look even though the dolls were no longer skating,

24  they had that same -- which actually works for the attitude,

25  but it came from the skating idea.

1   Q.   Would you look at Exhibit 48-2 and tell me if you can

2   identify that document.

3   A.   Yes, this is another one of the Toon Teen dolls.

4            MR. QUINN:  We'd offer that, your Honor.

5            MR. NOLAN:  No objection.

6            THE COURT:  Admitted.  You may publish.

7            **(Exhibit 48-2 received.)**.

8   Q.   BY MR. QUINN:  Do you recall whether these Toon Teen

9   dolls that Lily Martinez created, whether they have different

10  ethnicities?

11  A.   Yes, I mean, they had different color skins.

12  Q.   Okay.  Let me change gears now and ask you some

13  questions on another subject.  You've already told us you

14  know Carter Bryant.

15  A.   Yes.

16  Q.   Do you know when he departed Mattel the second time?

17  A.   Yeah, because -- well, I only remember the time that he

18  departed.

19  Q.   Can you tell us roughly when that was, what year that

20  was?

21  A.   It was before I left.  So if I left in 2003, I don't

22  know.  It was a year or two prior to that maybe, or maybe a

23  year prior.  I don't remember the exact date.  But I was

24  there for it.

25  Q.   And did you speak to him about his leaving the company?

1  **A.**   Yes, I did.  Because I was very upset.  His boss's boss,

2  Ron Longsdorf -- his immediate boss was Ann Driskill, and

3  Ann's boss was Ron Longsdorf, L-O-N-G-S-D-O-R-F, who was my

4  direct report.  And he came to me very upset that Carter had

5  resigned, and my first question was why.

6       He said that Carter was made this great offer that

7  really afforded him a life-style that he can't refuse, and I

8  remember him saying that he was able -- I remember this

9  picture of sitting in his home with his dog by his side and

10  being able to make a living out of his home.  And I

11  immediately asked, because what I usually ask when people

12  come and say so-and-so is resigning, my first question is

13  what's the problem.  Have we done anything wrong.  Is it

14  about money.  Is it about something that happened.  Because

15  my first predisposition is, if it's someone I want to keep,

16  is to find out why they are leaving.

17  **Q.**   Did you go talk to Carter Bryant?

18  **A.**   Yeah, well, so after Ron said to me it's a life-style

19  change, he -- and he says he won't tell me where he's going,

20  but he said it's not to competition.  I said let me talk to

21  him.  And I wanted to talk to him because I had hoped I could

22  talk him out of going because he was a very talented

23  designer.

24  **Q.**   So did you go talk to him?

25  **A.**   Yes, I did.

1    **Q.**   And what was said between the two of you?

2    **A.**   So I asked the same question.  I said, "I hear you're

3    leaving."  He said yes.  I said, "Why are you leaving?  Is

4    there anything I can do?  More money?"  He said absolutely

5    not.  He said, "I really need a life-style change.  This is

6    my second time here.  And I really have an opportunity where

7    I can work out of my house," and I think he said he was going

8    back to the midwest, and he said, "It's nothing you could

9    ever compete with.  It's just a life-style change."

10         I said is it -- "Are you going to competition?"

11   Because we had a policy that if you were going to

12   competition, you were asked to leave and not stay the two

13   weeks.  We prefer that you stay the two weeks, but if you

14   weren't going to competition, we wanted you to stay the two

15   weeks and finish your work.  But if you were going, it would

16   not be cool to stay.

17   **Q.**   You continued to pay them for the two weeks?

18   **A.**   Yes, that's pretty standard.  All the design companies I

19   worked with, that's standard.  Because if you go to

20   competition, we don't want you sitting there for two weeks.

21   **Q.**   What did he say when you asked him?

22   **A.**   He said, "Absolutely not.  I'm not going to anything

23   competitive."  So I let him stay the two weeks because I had

24   every reason to believe him and no reason to disbelieve him.

25   **Q.**   After he left Mattel, did Carter Bryant say anything to

1  you about a new fashion doll idea that he had?

2  **A.**    No.

3  **Q.**    Did he ever mention to you the concept of a doll called

4  Bratz?

5  **A.**    No, absolutely not.

6              MR. QUINN:   Nothing further.

7              THE COURT:   Cross-examination.

8              MR. NOLAN:   Thank you, your Honor.

9                      **CROSS-EXAMINATION**

10  BY MR. NOLAN:

11  **Q.**    Good afternoon, Ms. Russell (Sic).  Let me just ask you

12  a couple of questions.

13              Just so it's clear in my notes, what is the exact

14  starting date for you at Mattel?

15  **A.**    As I said earlier, I don't remember the exact starting

16  date.

17  **Q.**    Can you give me the month?

18  **A.**    No.   I remember that I ended somewhere around the end of

19  '03, and I know I was there approximately seven years.  So I

20  either -- I remember during Christmastime knowing I was

21  resigning, but I don't remember whether I gave notice right

22  after Christmas or right before Christmas.  So it was either

23  December of '03 or early '04.  I know I was there for

24  approximately seven years.

25  **Q.**    I'm just curious, you can't recall your starting date at

1   Mattel, but you can recall the time that you saw a particular
2   decal?
3   A.    No, I was not able to recall, if you remember, the exact
4   time I saw the decal.  I just remember also in general terms
5   that it was somewhere early in my tenure, within a year or
6   two of my starting.  I could not remember the exact date.
7   Q.    When Carter Bryant left Mattel, do you know whether he
8   was marked as eligible for rehire?
9   A.    No.  The only thing that that may pertain to is we have
10  a policy where you could not rehire someone within six months
11  of them leaving.  So as you know, we brought him back.
12  There's no such thing in my mind, I was not aware of anything
13  about never being eligible for rehire.  We did have something
14  where you couldn't rehire someone until they had been gone
15  for six months if you wanted to use them free-lance, but I
16  never saw that document.
17  Q.    When did you first see the Bratz doll?
18  A.    I don't remember.  When it first came on the market, I
19  suppose.
20  Q.    Well, in relationship to, let's say, when you saw the
21  decal.
22  A.    Oh, it was much later, because I know that the only
23  thing I do know is that the Bratz doll came after Diva Starz.
24  And I do know that Diva Starz was 2000 because I thought that
25  they looked a little similar.  So I remember that's the only

1   chronological piece I can tell you, is it was after Diva

2   Starz, which I know was around 2000.

3   **Q.**   Did you consider at the time the consideration of the

4   name Bratz as being confidential or proprietary to Mattel?

5   **A.**   The consideration of it?

6   **Q.**   Yes.

7   **A.**   Yeah, I would consider that any of those internal

8   documents in terms of what we generated to be confidential.

9   **Q.**   Were you surprised, then, when you first heard of a new

10   doll that had been launched by MGA named Bratz?

11   **A.**   I thought it was a -- it was spelled differently.  So

12   the truth is you spell something differently -- I've been

13   through this enough in terms of clearing things legally that

14   just by spelling something differently, that you can have a

15   legal right to it.  So yeah, I thought oh, gee, we weren't

16   able to clear it that way, but they were able to clear it

17   this way.

18   **Q.**   Well, did you report that to anybody within Mattel, that

19   there was a former employee that had left Mattel and now

20   there was a doll line out with the name Bratz?

21   **A.**   No.  Because I didn't even think I knew where -- that

22   Carter was working at MGA at that point.  I don't remember

23   when exactly I found out.  But that would be -- yeah, that is

24   not anything that I would take note of.

25   **Q.**   When did you first learn that Carter Bryant was working

1   at MGA?

2   **A.**   I don't remember the exact date.

3   **Q.**   Do you recall when you learned that Carter Bryant was

4   one of the illustrators or designers of the doll Bratz?

5   **A.**   No, I don't remember.

6   **Q.**   No recollection?

7   **A.**   Of the exact date I found out, absolutely not.

8   **Q.**   Is it fair to say that in your position at Mattel, you

9   were part of management?

10  **A.**   Yes.

11  **Q.**   And it's true, as I understand it, that you felt that

12  one of your jobs was to create a collaborative environment at

13  Mattel; correct?

14  **A.**   That was my -- yes.  That was my methodology.  One of my

15  jobs is to create the best product I can.  And I think

16  collaboration is a means to get there in some cases.

17  **Q.**   Do you recall participating in a management survey at

18  Mattel?

19  **A.**   No, I do not.  I don't know what kind of survey you're

20  talking about.

21  **Q.**   Do you recall being interviewed as a representative of

22  senior management for a Barbie review, a survey regarding

23  how, you know, the design function works for Barbie?

24  **A.**   No.  I remember being part of a design and development

25  re-engineering process.  I don't know if that's what you're

1   referring to or not.

2   **Q.**   Do you have a white notebook right in front of you?   Do

3   you mind turning to Trial Exhibit 16196?

4   **A.**   Okay.

5   **Q.**   Do you see the front page Barbie, final recommendation,

6   dated August 5, 2002?

7   **A.**   Yes.

8   **Q.**   Revised August 6, 2002?

9   **A.**   Yes.

10  **Q.**   Turning to page 7 of the document, Trial

11  Exhibit 16196-009.

12          MR. QUINN:   Your Honor, I object to the witness

13  being questioned about a document that the witness -- there's

14  no foundation laid.

15          THE COURT:   It's not in yet.   Counsel, don't refer

16  to the substance of the document.

17  **Q.**   BY MR. NOLAN:   Could you look at page 9, and under

18  management interviews, do you see your name?

19  **A.**   Yes.

20  **Q.**   And do you see a title that is listed under your name?

21  **A.**   Yes.

22  **Q.**   And is that title correct?

23  **A.**   For that time I'm assuming it was.   Because my title

24  changed a number of times while I was there.

25  **Q.**   So does this refresh your recollection that you were

1    interviewed for a management survey with respect to the

2    Barbie final recommendations?

3    **A.**    No, it does not.  We did a lot of different projects.  I

4    mean, this particular survey, I don't have any recollection.

5    I mean, it's possible.

6    **Q.**    You testified on direct examination that Mattel was a

7    creative and innovative place to work; is that correct?

8    **A.**    I thought so, yes.

9    **Q.**    Do you recall any management survey results coming out

10   and making the finding that the organization was in fact risk

11   adverse or defensive, in a defensive mode?

12   **A.**    No, I do not.

13   **Q.**    Do you remember -- if I could ask you to turn to page 9.

14   Do you remember ever being told that the survey -- that a

15   survey was conducted and findings were that the organization

16   would --

17                  MR. QUINN:   Your Honor, I object.

18                  THE COURT:   Sustained.

19                  MR. QUINN:   He's just reading the contents of the

20   document.

21                  THE COURT:   Sustained.

22   **Q.**    BY MR. QUINN:   Ms. Ross, you've been shown a number of

23   documents by Mr. Quinn.   I was just wondering, do you recall

24   reading the recommendations that are set forth in this report

25   dated August 5, 2002?

1  A.   Where are the recommendations?  What page?

2  Q.   Or any of the findings.  For instance, turn to page 010,

3  and it says management interview findings.  Do you see that?

4  A.   Page 10?

5  Q.   Yes.  Of the Exhibit itself.

6  A.   No.

7  Q.   You don't recall ever participating in any management

8  meetings where it was reported out --

9        MR. QUINN:   Your Honor, I object.  The witness has

10 said she hasn't seen the document.  Now he's using questions

11 to --

12       THE COURT:   Overruled.  Do not get into the

13 substance.

14 Q.   BY MR. NOLAN:  All right.  Separate and apart from this

15 report, do you recall participating in management meeting in

16 about August of 2002, where findings were presented to you

17 and other managers with respect to the results of other

18 managers, including yourself within the Barbie department?

19 A.   No, I do not remember this particular event.

20 Q.   We talked about Toon Teens for a moment.  You thought

21 that was a really cute idea?

22 A.   I thought it was great looking, yeah.

23 Q.   And based on your perception of the decal, you thought

24 it should be made into a doll?

25 A.   I thought it was great looking, and I thought it would

1   make a great doll.

2   **Q.**   Could you tell the jury whether or not Toon Teens was

3   ever made into a doll?

4   **A.**   No, it was not.

5   **Q.**   Why not?

6   **A.**   Because what we did was out of those exercises where we

7   took many different new brand ideas, they were brought to

8   focus groups, and there may have been, I think, six or seven,

9   and then after looking at the results of the focus groups and

10  looking at our portfolio of brands, it was decided which

11  brands we would go forward with, and I think we could only

12  take one or two new brands out of these exercises.

13      So it was What's Her Face, I think, was picked at

14  that time.  I don't remember the exact reason why What's Her

15  Face was picked over Toon Teens, but I just remember that

16  Toon Teens was not picked during that focus group session,

17  that it was entered into, and some other brand was.  And I

18  think it was What's Her Face.

19  **Q.**   Was it part of your responsibility to review the focus

20  group findings of potentially new products?

21  **A.**   Part of my responsibility, no.  I would come to some,

22  not all of them, depending on my time calendar, I would

23  attend some of the focus groups.  Usually the designer always

24  went.  I would come to some of them.  And in terms of the

25  reports that were issued, I can't say I read every single

1    one.  I always tried to learn whatever I could from the

2    reports, but I can't be sure that I read every single one.  I

3    mean, I would hear.  The results were reported at a meeting

4    live.

5            So I didn't necessarily read it.  There was at the

6    next design meeting, people from research would be talking

7    about what their recommendations were.  So I can't say I read

8    all the reports, no.

9    Q.   Could I ask you to take a look at trial Exhibit No. 286

10   for a moment.

11   A.   Yes.

12   Q.   Do you have that in front of you?

13   A.   Yes.

14   Q.   It's titled Subject, Qualitative Research Flanker Dolls,

15   and it's got a number.  I just want to ask you a couple quick

16   questions.  First of all, are you familiar with the term

17   Flanker doll?

18   A.   Yes, it's a term that we used sometimes, the term

19   Flanker doll, to refer to a new brand.

20   Q.   Do you see that on November 17, 1999, there was a

21   qualitative research product or report distributed within

22   Mattel including feedback on Toon Teens?

23            MR. QUINN:  Excuse me, your Honor.  Again,

24   foundation.  Whether --

25            THE COURT:  Sustained.

1    Q.    BY MR. NOLAN:  Do you remember you testified earlier

2    that you attended a meeting where reports were given out

3    regarding various focus groups conducted involving Toon

4    Teens; correct?

5    A.    No.   What I testified is that sometimes -- you asked me

6    whether I had read all the reports.  And what I said is

7    sometimes I read them.  Sometimes I would go to the live

8    download from research.  So I can't honestly say in this

9    particular focus group whether I read it, whether I went to

10   the live report.  I don't remember.

11   Q.    Do you remember attending a meeting where a live report

12   was presented about Toon Teens?

13   A.    I don't remember the format in which I learned about

14   Toon Teens.  What I do remember is that it wasn't picked and

15   that I don't remember the reason why it wasn't picked.  But I

16   remember that something else was picked instead during that

17   time frame or that -- yeah.

18   Q.    Have you had a chance to look at Exhibit 286, which is

19   the qualitative research regarding Flanker dolls for Toon

20   Teens?  Do you remember seeing this document?

21   A.    I don't remember this particular document.

22   Q.    Do you remember seeing general reports similar to what's

23   stated here with respect to focus group results for Toon

24   Teens?

25   A.    I'm sorry.  Could you reword the question.

1   Q.   Do you recall receiving either live reports or written

2   documents where focus group feedback regarding Toon Teens was

3   reported?

4   A.   As I said earlier, sometimes the formats changed, and

5   sometimes I would receive them in writing and read them.   And

6   other times I would go to them live.   So I don't understand.

7   Are you asking me whether I remembered this -- I don't

8   remember this particular document, but that's what it appears

9   to be.

10  Q.   Is there any question in your mind that this document

11  was not available to you to review?

12           MR. QUINN:   Calls for speculation.

13           THE COURT:   Rephrase, Counsel.

14  Q.   BY MR. NOLAN:   Can you say categorically that you did

15  not review this document in your capacity at Mattel?

16  A.   I cannot say whether I did or did not.

17  Q.   Can you tell the jury other than you know that another

18  doll was chosen over Toon Teens, can you tell the jury what

19  you remember regarding what you had heard about focus groups'

20  reaction to Toon Teens?

21  A.   No, as I said to you earlier, I don't remember the

22  exact -- there was seven years of probably, God, 120 --

23  probably over 150 focus groups.   So I don't remember the

24  exact reasons.   What stuck in my mind was that it was not a

25  go forward brand and that we picked another brand, which I

 1  think at the time was What's Her Face.

 2  **Q.**  Can you describe to the jury why other than Mattel

 3  picked out the doll -- why Toon Teens was never made into a

 4  doll and offered for resale?

 5  **A.**  No, like I said earlier, there's a number of reasons

 6  why -- it has to do with our portfolio brands at the time,

 7  where the opportunities lie on the shelf in terms of --

 8  there's many complex reasons why a brand does or does not get

 9  brought to market.  And I know this because my team would

10  constantly pump out new brands.  And I would say that there

11  were 15 to 20 different ideas a year would come up.

12        So I don't remember the exact rationale, but I

13  remember What's Her Face, which I liked as well.  So I wasn't

14  that disappointed.  I mean, What's Her Face got chosen

15  instead.

16  **Q.**  Do you recall ever being told that the focus groups

17  indicated the girls had a mixed reaction to Toon Teens?

18  **A.**  No, like I said, what I remember is that never for

19  whatever reasons, complicated reasons, it did not get picked,

20  and What's Her Face did get picked.

21  **Q.**  I want to go back to the drawing of Toon Teens, the

22  concept of Lily Martinez for just a moment.  I think it was

23  Exhibit No. 48-1.

24  **A.**  In the white book?

25  **Q.**  I'm sorry.  Turning back to the black book for a moment.

1    A.    I'm sorry.  What was the number?

2    Q.    48.

3          THE COURT:  48-1.

4          THE WITNESS:  Got it.

5    Q.    BY MR. NOLAN:  To dash 0008.  Do you see that?

6    A.    Yes.

7    Q.    And you recognize this as some of the decals?

8    A.    Not the decals, these were the drawings for the Toon

9    Teens dolls.

10         MR. NOLAN:  Your Honor, we'd offer 48-008.

11         THE COURT:  Any objection?

12         MR. QUINN:  No objection.

13         THE COURT:  Admitted.

14         **(Exhibit 48-008 received.)**

15         THE COURT:  You may publish.

16         MR. NOLAN:  Thank you.

17   Q.    And just ask you to take a look at this for a moment.

18   Do you see the doll on the lower left?

19   A.    It's not a doll.  These are the drawings for the decals.

20   Q.    The drawing on the left, is that drawing on the left

21   done by Lily Martinez?

22   A.    Yes.

23   Q.    And is the drawing on the right the color version of

24   that drawing?

25   A.    It appears to be.

1  **Q.**  Do you know whether or not Lily Martinez drew those

2  dolls -- I'm sorry, those decals twice?

3  **A.**  Do I know if she drew them twice?  I don't know her

4  methodology, quite frankly.  Every designer works

5  differently.  So I recognize that as Lily's drawing style.  I

6  don't know whether she redrew it or she xeroxed it and pasted

7  it.  Everyone has their own method.

8  **Q.**  If we can go back to the full shot for a moment.

9  There's a lot of different drawings with different colors.

10  Do you see that?

11  **A.**  Yes.

12  **Q.**  Do you know whether or not Lily Martinez redrew each one

13  of those figures that appear here?

14  **A.**  As I said earlier, I don't know her particular

15  methodology, whether she redrew it or she could have xeroxed

16  it and pasted it down.

17  **Q.**  And in the middle of the drawing here, where you have on

18  the left-hand side Toon Teens drawings on skates, and on the

19  right-hand side Toon Teens on skates with color.  Do you see

20  that?

21  **A.**  By the way, these are not Toon Teens drawings on skates.

22  These are the decal drawings that were done for the

23  roller-blade Barbie prior to the invention of the Toon Teens

24  dolls.

25  **Q.**  I apologize.  In my year, roller blades and skates were

1    the same thing.  I apologize.

2         My question to you is would you say that the color

3    version of the hand drawing image on the left-hand side has

4    the same attitude as -- has the same attitude?

5    **A.**   Yeah, I would say to me it looks like the same drawing

6    but colored in.

7    **Q.**   Okay.  Before coming to Mattel --

8         THE COURT:  Counsel, I want to stop you here.  It's

9    the end of the day.  We'll resume at 9:00 tomorrow morning.

10   The jury is excused until 9:00.  Remember the admonition not

11   to discuss the case with anybody.  Be here, and we'll start

12   promptly at 9:00.  Have a good evening.

13        **(WHEREUPON THE JURY WITHDRAWS.)**

14        THE COURT:  Please be seated.  Mr. Quinn, who are

15   the witnesses you're calling for tomorrow?

16        MR. QUINN:  Tomorrow we'll be calling -- obviously

17   we'll finish up with Ms. Ross, Lily Martinez, Paula Garcia.

18        THE COURT:  Very good.  Let's be ready to go right

19   at 9:00.  I'd like to see counsel at 8:30.  And the only

20   comment, Mr. Nolan, when you're making objections, go ahead

21   and rise just for the court reporter, and it stops the

22   witness from speaking.  Not a problem.  If you're not

23   objecting, you may stay seated.  But if you are objecting, go

24   ahead and rise.

25        All right.  If there's nothing else, we'll see you

339

1    tomorrow morning at 8:30.

2

3                (Proceedings concluded at 5:05 P.M.)

4

5

6

7

8

9

10

11

12                    C E R T I F I C A T E

13

14

15        I hereby certify that pursuant to Title 28,

16   Section 753 United States Code, the foregoing is a true and

17   correct transcript of the stenographically reported

18   proceedings in the above matter.

19        Certified on May 27, 2008.

20

21

22        **MARK SCHWEITZER, CSR, RPR, CRR**
          Official Court Reporter
23        License No. 10514

24

25