1           UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3               EASTERN DIVISION

4                 - - -

5     HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                 - - -

7   MATTEL, INC.,                    )      CERTIFIED
                                     )       COPY
8                   PLAINTIFF,       )
                                     )
9         VS.                        )   NO. CV 04-09049
                                     )
10  MGA ENTERTAINMENT, INC., ET. AL.,)   TRIAL DAY 23
                                     )   AFTERNOON SESSION
11                  DEFENDANTS.      )   PAGES 4890-5014
                                     )
12  AND CONSOLIDATED ACTIONS,        )
                                     )

13

14

15      REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16               RIVERSIDE, CALIFORNIA

17              THURSDAY, JULY 10, 2008

18                   1:30 P.M.

19

20

21

22

23           THERESA A. LANZA, RPR, CSR
          FEDERAL OFFICIAL COURT REPORTER
24            3470 12TH STREET, RM. 134
           RIVERSIDE, CALIFORNIA  92501
25               951-274-0844
             WWW.THERESALANZA.COM

```
 1   APPEARANCES:

 2
     ON BEHALF OF MATTEL, INC.:
 3
                         QUINN EMANUEL
 4                       BY:   JOHN QUINN
                               JON COREY
 5                             MICHAEL T. ZELLER
                               HARRY OLIVAR
 6                             TIMOTHY ALGER
                               WILLIAM PRICE
 7                       865 S. FIGUEROA STREET,
                         10TH FLOOR
 8                       LOS ANGELES, CALIFORNIA   90017
                         213-624-7707
 9

10
     ON BEHALF OF MGA ENTERTAINMENT:
11
                         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
12                       BY:   THOMAS J. NOLAN
                               JASON RUSSELL
13                             RAOUL KENNEDY
                               LAUREN AGUIAR
14                             CARL ROTH
                         300 SOUTH GRAND AVENUE
15                       LOS ANGELES, CALIFORNIA   90071-3144
                         213-687-5000
16

17

18

19

20

21

22

23

24

25
```

1                              I N D E X

2                                                         PAGE

3    CLOSING ARGUMENTS - DEFENSE........................ 4893

4    CLOSING ARGUMENTS - PLAINTIFF...................... 4972

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

THURSDAY, JULY 10, 2008          TRIAL DAY 23, AFTERNOON SESSION

| 1 | RIVERSIDE, CALIFORNIA; THURSDAY, JULY 10, 2008; 1:30 P.M. | |
|---|---|---|
| 2 | -oOo- | |
| 3 | (WHEREUPON, JURORS ENTER COURTROOM.) | |
| 4 | THE COURT:  MR. NOLAN, YOU MAY BEGIN. | |
| 5 | MR. NOLAN:  THANK YOU. | 01:30 |
| 6 | CLOSING ARGUMENT - DEFENSE | |
| 7 | MR. NOLAN:  GOOD AFTERNOON, LADIES AND GENTLEMEN. | |
| 8 | LET ME START, FIRST, BY THANKING YOU.  I DON'T WANT | |
| 9 | TO WAIT UNTIL THE END.  THANK YOU SO MUCH ON BEHALF OF MGA, | |
| 10 | MR. LARIAN, AND HIS FAMILY, WHO HAVE BEEN HERE EVERY DAY, AND | 01:30 |
| 11 | MY TRIAL TEAM.  YOU HAVE BEEN A TERRIFIC JURY, AND I APPRECIATE | |
| 12 | YOUR PATIENCE.  THE HOURS HAVE BEEN LONG, BUT YOUR ATTENTION | |
| 13 | HAS BEEN SPECTACULAR.  AND YOU LAUGHED AT MOST OF MY JOKES, | |
| 14 | INCLUDING THE FAMOUS LINE, 'WHOSE HEAD WAS IT IN THE TRASH,' | |
| 15 | WHICH I'LL ALWAYS BE REMEMBERED FOR.  BUT WHEN I WAS LISTENING | 01:31 |
| 16 | TO MR. QUINN, I WAS STRUCK BY ONE THING.  AND IT'S A COMMENT | |
| 17 | THAT SOMETIMES WE MAKE AT HOME:  GO BIG OR GO HOME. | |
| 18 | EVERYTHING THAT MR. QUINN SAYS TO YOU, LADIES AND | |
| 19 | GENTLEMEN, IS DEPENDENT ON ONE OVER-ARCHING THEME:  EVERY | |
| 20 | WITNESS WHO TESTIFIED FOR MGA IS A LIAR; EVERY LAWYER WHO | 01:31 |
| 21 | PARTICIPATED IN THE PREPARATION OF A WITNESS OR THE DRAFTING OF | |
| 22 | A DOCUMENT IS INVOLVED IN A MASSIVE CONSPIRACY.  EVERY SINGLE | |
| 23 | PERSON. | |
| 24 | MR. LARIAN SAID WHEN HE TOOK THE STAND, AND HE TOLD | |
| 25 | YOU DURING CROSS-EXAMINATION BY MR. PRICE, THAT WHEN HE SIGNED | 01:31 |

1  UP, TOOK THE RISK, RISKED MILLIONS OF DOLLARS TO TAKE MATTEL

2  ON, HE KNEW FROM HIS EXPERIENCE IN THE MARKETPLACE THAT HE HAD

3  A TARGET ON HIS BACK.

4          WELL, ONE OTHER THING WE'VE LEARNED NOW IS THAT IF

5  YOU DARE TO BE A WITNESS IN A MATTER BROUGHT BY MATTEL, YOU ARE    01:32

6  GOING TO HAVE A TARGET ON YOUR BACK AND THAT TARGET AND THAT

7  LABEL IS, YOU ARE LYING, AND IF YOU HAPPEN TO BE A LAWYER THAT

8  TAKES ON MATTEL, YOU TOO WILL BE PAINTED WITH THAT WIDE BRUSH.

9          IT JUST CAN'T BE.

10         WHAT I IMPLORE YOU TO DO, AND I AM CONFIDENT THAT           01:32

11  YOU'RE GOING TO DO IN WEIGHING THE EVIDENCE, IS TO LOOK AT BOTH

12  SIDES, AND THEN TO APPLY COMMON SENSE.  IT'S THE BEST SENSE,

13  WHEN YOU'RE LOOKING AT THIS, WHEN YOU'RE LOOKING AT THIS CASE.

14         I INVITE YOU TO LOOK AT THE INTEGRITY OF THE

15  PRESENTATION THAT YOU SAT THROUGH FOR SEVEN WEEKS, AND I AM       01:32

16  CONFIDENT AND QUITE COMFORTABLE TO HAVE MY INTEGRITY AND OUR

17  PRESENTATION'S INTEGRITY JUDGED BY EACH AND EVERY ONE OF YOU.

18         YOU KNOW, I HARKEN BACK TO THE FIRST DAY THAT WE MET

19  IN OPENING STATEMENTS.  OPENING STATEMENTS BY A TRIAL LAWYER

20  ARE NOT POLITICAL SPEECHES, FOR POLITICIANS CAN MAKE PROMISES     01:3

21  TO GET YOUR VOTE AND THE ELECTION IS ALWAYS HELD BEFORE THOSE

22  PROMISES HAVE TO BE COMMITTED, OR MET.

23         IN A TRIAL, WHEN A TRIAL LAWYER STANDS BEFORE YOU IN

24  OPENING STATEMENT AND TELLS YOU, THIS IS WHAT THE EVIDENCE IS

25  GOING TO PROVE, YOU, LADIES AND GENTLEMEN, GET TO VOTE AFTER      01:3

1    THEY HAVE TRIED TO MEET THOSE COMMITMENTS.

2            IN MR. QUINN'S OPENING STATEMENT, MR. QUINN LAID OUT

3    TO YOU WHAT THE EVIDENCE IN THIS CASE WAS GOING TO PROVE.

4            I SUBMIT, LADIES AND GENTLEMEN, YOU HAVE BEEN HERE.

5    YOU SEE ALL OF THE LAWYERS BEHIND EACH OF THE TEAMS.  DO YOU          01:34

6    THINK FOR A MOMENT THAT WE STOOD UP HERE NOT EXPECTING TO KNOW

7    WHAT THE EVIDENCE WAS GOING TO SHOW?

8            I SUBMIT THAT WHEN YOU COMPARE THE OPENING STATEMENT

9    OF MATTEL ON THE FIRST DAY TO WHAT THEY ACTUALLY PROVED IN THE

10   TRIAL, IT SHOWS ONE GLARING THING; AND THAT IS THE SAME GLARING      01:34

11   THING THAT WAS MISSING FROM MR. QUINN'S ARGUMENT THIS MORNING:

12   MATTEL HAS THE BURDEN IN THIS CASE TO PROVE EACH AND EVERY ONE

13   OF THE ELEMENTS OF THE CLAIMS THAT THEY ARE SEEKING.

14           THEY HAVE THE BURDEN TO PROVE THAT THE DRAWINGS OF

15   CARTER BRYANT WERE NOT DONE IN 1998, THAT THEY WERE DONE AT          01:35

16   MATTEL.  AND THEY CANNOT SATISFY THAT BURDEN MERELY BY YELLING,

17   BY GOING FAST, AND SAYING, WELL, HE'S LYING, SHE'S LYING, THE

18   MOTHER -- IT'S OKAY TO BE MISTAKEN IF YOU'RE THE MOTHER.

19           THINK ABOUT THIS.  THINK ABOUT TEN YEARS FROM NOW AND

20   SOMEONE ASKS YOU, 'DID YOU SEE THIS DRAWING IN THE BRATZ            01:35

21   TRIAL?'  HOW CERTAIN ARE YOU THAT YOU'RE GOING TO SAY, 'I'M

22   ABSOLUTELY CERTAIN I SAW THIS PARTICULAR ONE'?

23           YOU KNOW, MATTEL WANTS IT BOTH WAYS.  IN ONE SENSE,

24   THEY SPEND SO MUCH TIME IN THEIR PRESENTATION TALKING ABOUT

25   CARTER BRYANT'S CREDIBILITY AND THE USE OF EVIDENCE ELIMINATOR.      01:36

```
 1   WE HEARD SO MANY QUESTIONS ABOUT THE SOFTWARE PACKAGE, EVIDENCE
 2   ELIMINATOR.  PLEASE REMEMBER THAT THAT TESTIMONY WAS PRECEDED
 3   BY AN INSTRUCTION FROM HIS HONOR WHICH SAID THAT IT WAS ONLY
 4   BEING OFFERED FOR THE LIMITED PURPOSE OF CARTER BRYANT'S
 5   CREDIBILITY; MGA HAD NO KNOWLEDGE OF IT.                              01:36
 6        BUT WHAT MR. QUINN AND MATTEL WANTS YOU TO BELIEVE IS
 7   THAT THE EVIDENCE ELIMINATOR WAS USED TO ELIMINATE ALL OF THIS
 8   EVIDENCE.
 9        WELL, IF MR. BRYANT USED SUCH SOFTWARE, HE DID SO AT
10   THE TIME MATTEL WELL KNEW ABOUT IT, IN THE SENSE THAT THEY'VE       01:36
11   SETTLED THEIR CLAIMS AGAINST CARTER BRYANT EVEN THOUGH THEY
12   KNEW HE HAD USED, ALLEGEDLY, EVIDENCE ELIMINATOR.
13        IF THE EVIDENCE WAS ELIMINATED THAT WAS SO IMPORTANT
14   IN THIS CASE, WHY DOES CARTER BRYANT PRESENT AND PRODUCE OTHER
15   DOCUMENTS THAT WE'VE SPENT SEVEN WEEKS GOING OVER; THE HUNDREDS     01:3
16   OF PHOTOGRAPHS, THE PICTURES, THE DRAWINGS, THE NOTEBOOK
17   ITSELF?  IT DOESN'T MAKE SENSE.
18        THEY DID THAT TO SMEAR CARTER BRYANT.  THEY WANTED
19   YOU TO BELIEVE THAT SOMEONE WHO MAY BE EMBARRASSED ABOUT THE
20   INTERNET SITES HE VISITS AND WANTS TO SHIELD THAT FROM HIS         01:3
21   FAMILY MEMBERS -- THAT IT'S WRONG TO TRY TO DO THAT.  THEY
22   SUCCEEDED IN EMBARRASSING HIM.
23        ISAAC LARIAN'S FAMILY WAS BROUGHT INTO THIS CASE.
24        WHAT RELEVANCE TO THE QUESTION IN THIS CASE AS TO
25   WHEN THE DRAWINGS WERE DONE DID THE QUESTION OF WHETHER OR NOT     01:3
```

```
 1    MR. LARIAN'S PARENTS HAD WEALTH IN IRAN, OR THAT HE HAD A

 2    DISPUTE WITH HIS BROTHER?

 3             WHY THE SIDE SHOW?

 4             PERHAPS TO BIAS YOU?

 5             EVEN MR. QUINN, IN HIS OPENING PART OF THE ARGUMENT,     01:38

 6    TALKED ABOUT THE TESTIMONY OF FARHAD LARIAN, THE BROTHER, AND

 7    HE EVEN SAID THAT MR. LARIAN'S LAWSUIT AGAINST HIS BROTHER

 8    RELIED ON A NOTION THAT HE WAS CONCEALED OF INFORMATION FROM

 9    BRATZ.

10             YOU KNOW THE REST OF THE STORY.  MR. LARIAN RELIED ON    01:38

11    A TYPOGRAPHICAL ERROR IN THE WALL STREET JOURNAL, AND DURING

12    THE COURSE OF THE PRESENTATION OF THAT ARBITRATION, RECOGNIZING

13    THE EVIDENCE DIDN'T SUPPORT THE ALLEGATIONS, GAVE IT UP.

14             BUT MATTEL WILL TWIST THAT AND SAY, 'OH, BECAUSE

15    ISAAC LARIAN GAVE A PROMISE TO HIS FATHER, WHO DIED ON           01:39

16    JANUARY 20TH OF THIS YEAR, THAT HE WOULD NOT GO AFTER HIS

17    BROTHER TO COLLECT THE ATTORNEY FEES THAT HAD BEEN AWARDED TO

18    ISAAC -- MR. LARIAN TURNS THAT AROUND AND SAYS THAT'S PAYOFF

19    MONEY TO FARHAD.

20             THAT'S NOT EVIDENCE, LADIES AND GENTLEMEN.  THAT'S      01:39

21    DRAMA.  THAT'S A SIDE SHOW.  THAT'S A DISTRACTION.

22             I'M GOING TO GET TO THIS IN A MOMENT.

23             I ACTUALLY AGREE WITH ONE THING THAT WAS SAID BY

24    MR. QUINN; AND THAT IS THAT MR. CUNNINGHAM'S TESTIMONY IN THIS

25    CASE WAS A GAME CHANGER.                                         01:39
```

```
 1              AARON, CAN I HAVE UP ON THE SCREEN THAT SLIDE,
 2   PLEASE.
 3              I ABSOLUTELY AGREE THAT MR. CUNNINGHAM, THE DOCUMENT
 4   EXAMINER, WITH YEARS OF EXPERIENCE, LOOKED AT THE DRAWING, AND
 5   USING THE INDENTION MATERIALIZER, PROVED THAT THE BRATZ DRAWING
 6   WAS IN THE NOTEBOOK, THE NOTEBOOK THAT CARTER BRYANT PRODUCED.
 7   AND YOU'LL RECALL THE TESTIMONY, I'M SURE, VIVIDLY:
 8              'WHO HIGHLIGHTED THAT, MR. CUNNINGHAM?'
 9              'WELL, MATTEL'S GRAPHIC DEPARTMENT DID.'
10              'WHAT WAS THE PURPOSE IN DOING THAT?'
11              'WE WANT TO SHOW TO THE JURY THAT IT WAS THE ORIGINAL
12   BRATZ DOLL THAT WAS IN THE DRAWING, AND DRAWING IN THE
13   NOTEBOOK, AND THAT THERE WAS AN INDENTION ON A DIVIDER.'
14              YOU'LL REMEMBER THAT.  THAT WAS THE DIRECT
15   EXAMINATION.
16              MY COLLEAGUE, MR. SLOAN, STOOD UP AND, ON
17   CROSS-EXAMINATION, SAID -- LET'S GO TO THE NEXT SLIDE --
18   BECAUSE, OF COURSE, WE HAD ALREADY HEARD ABOUT RAINY DAY
19   RASCALS AND GREETING CARDS BY CARTER BRYANT -- WE STARTED TO
20   TRACE IN THE BACK.
21              AARON DID IT WITH THE BLUE.
22              A PAID EXPERT BY MATTEL COMES IN, RELIED NOW AND
23   EMBRACED BY MR. QUINN, EMBRACED BY MR. QUINN, AND SAID IT
24   CHANGED THE COURSE OF THIS CASE.
25              I AGREE.  IT CHANGED THE COURSE OF THIS CASE.
```

01:40
01:40
01:40
01:41
01:41

1          YOU CANNOT BRING AN EXPERT WITNESS, NO MATTER IF YOU

2    PAY HIM $200 AN HOUR OR WHAT, TO MISLEAD A JURY.

3          WHY DIDN'T HE PICK THAT OUT?  WHY DIDN'T HE DRAW?

4    WHY DIDN'T HE IDENTIFY RAINY DAY RASCALS?

5          BECAUSE THE MATTEL LAWYER TOLD HIM NOT TO.

6          SIGNIFICANT?

7          OF COURSE.

8          YOU KNOW THE SIGNIFICANCE.

9          RAINY DAY RASCALS, THAT WAS NOT HIGHLIGHTED, YET

10   PRESENT ON THE INDENTION OF THAT DIVIDER, WAS TESTIFIED TO BY

11   CARTER BRYANT AS HAVING BEEN DRAWN WHILE HE WAS IN KIMBERLING

12   CITY IN 1998, WHILE HE WAS NOT EMPLOYED BY MATTEL.

13         IN MY TIME ALLOTTED TODAY, I WANT TO TALK TO YOU

14   ABOUT THE OVERVIEW OF THE FACTS, I WANT TO TALK TO YOU ABOUT

15   THE JURY INSTRUCTIONS, TO TRY TO OVERLAY THOSE JURY

16   INSTRUCTIONS WITH THE QUESTIONS THAT YOU'RE GOING TO BE ASKED.

17         BUT I WANT TO DO ONE MORE THING BEFORE I GET THERE.

18         WHEN I STOOD UP IN MY OPENING STATEMENT, I REMINDED

19   YOU OF A NEWSCASTER CALLED PAUL HARVEY IN HIS 'THE REST OF THE

20   STORY.'  THERE'S ALWAYS THE REST OF THE STORY.  AND DURING THIS

21   CASE, I BELIEVE THAT SO MANY TIMES, WITNESS AFTER WITNESS AFTER

22   WITNESS, THE REST OF THE STORY CAME OUT ON CROSS-EXAMINATION.

23         MR. QUINN, IN HIS CLOSING TODAY, TALKED TO YOU ABOUT

24   THE TESTIMONY OF PETER MARLOW AND QUOTED AN EXCHANGE BETWEEN

25   MR. LARIAN AND THE QUESTIONER.

01:41
01:42
01:42
01:4
01:4

```
 1              LET'S PUT UP THE QUESTION AND THE ANSWER.  THIS IS

 2   LARIAN AT PAGE 1840.

 3              MR. QUINN TOLD YOU JUST AN HOUR AGO -- HE SHOWED THE

 4   FIRST QUESTION AND ANSWER.

 5              QUESTION:  "AND YOU DIDN'T, FOR EXAMPLE, COMMUNICATE      01:44

 6   WITH VERONICA MARLOW AND, SAY, IDENTIFY WHO THESE LADIES ARE

 7   WHO HAVE 100 YEARS TOTAL DOLL-MAKING EXPERIENCE AND HAVE THIS

 8   SECURE EMPLOYMENT AND WHO ARE MOONLIGHTING AND WHO WOULD BE

 9   FIRED AND HUMILIATED IF IT WAS DISCOVERED?"

10              ANSWER:  "AGAIN, AS I TESTIFIED, I DID NOT READ THIS     01:44

11   LONG E-MAIL.  IT WAS NOT SENT TO ME.  IT WAS SENT TO PAULA.  I

12   WAS COPIED ON IT, SO I DON'T RECALL EVEN READING THIS WHOLE

13   E-MAIL."

14              MR. NOLAN:  AND MR. LARIAN WAS RIDICULED FOR THAT

15   ANSWER.                                                            01:44

16              BUT THEN, WHAT MR. QUINN DID NOT SHOW YOU, WHAT

17   MATTEL DID NOT SHOW YOU, IS THE VERY NEXT QUESTION AND ANSWER:

18              QUESTION:  "I, SITTING HERE READING THIS TODAY, YOUR

19   DECISION STILL WOULD BE, 'I WOULDN'T DO ANYTHING ABOUT IT; I

20   WOULDN'T INVESTIGATE IT'?"                                         01:44

21              ANSWER:  "PAULA WAS WORKING WITH VERONICA, AND I

22   HOPED SHE WOULD LOOK INTO THIS.  I WAS NOT INVOLVED IN THAT

23   DETAIL, NO."

24              MR. NOLAN:  YOU KNOW FROM MR. MARLOW'S TESTIMONY

25   THAT, IN FACT, WHEN THE E-MAIL HAD BEEN WRITTEN TO                 01:45
```

1    ISAAC LARIAN, VERONICA MARLOW HAD QUIT, BECAUSE MEL WOODS AND

2    PAULA GARCIA WERE DEMANDING TO KNOW THE IDENTITY OF WHO THEY

3    WERE USING AS THIRD-PARTY VENDORS.

4         THAT'S THE REST OF THE STORY.  DO NOT DECIDE THIS

5    CASE, LADIES AND GENTLEMEN, ON INNUENDO.                          01:45

6         MR. QUINN SAYS THAT WE STOLE IDEAS AND DRAWINGS FROM

7    MATTEL.  THE ONLY THEFT THAT WILL OCCUR IN THIS CASE IS IF --

8    AND I DON'T BELIEVE THIS IS GOING TO HAPPEN -- IF YOU ALLOW

9    MATTEL TO TAKE IDEAS AND DRAWINGS THAT THEY DID NOT CONCEIVE

10   OF, THAT THEY DID NOT DRAW, AND DOLLS THAT THEY DID NOT MAKE.     01:45

11        THAT'S WHAT THIS CASE IS ABOUT.

12        THE CENTRAL ISSUE IN THIS CASE IS, WHEN DID

13   CARTER BRYANT FIRST CONCEIVE OF THE BRATZ CHARACTERS AND REDUCE

14   HIS IDEA TO A DRAWING?

15        MATTEL WILL DO EVERYTHING, AND DID EVERYTHING, TO           01:46

16   DISTRACT YOU FROM THAT MAIN POINT.

17        IN LATE AUGUST OF 1998, CARTER BRYANT DESCRIBED THE

18   FOUR BRATZ CHARACTERS IN HIS HANDWRITTEN NOTES.  YOU HAVE IT IN

19   EVIDENCE.  IT'S TRIAL EXHIBIT 709.

20        COULD I HAVE SLIDE 27 UP.                                    01:46

21        THIS IS THE DOCUMENT, "MEET THE BRATZ."

22        THE NAME "BRATZ" IS MENTIONED RIGHT THERE.

23   CARTER BRYANT TESTIFIED THAT THIS WAS HIS CONCEPT FOR WHAT THE

24   BRATZ WOULD BE.  IT TURNS OUT THAT IT BECAME THE INITIAL

25   INSPIRATION FOR A DOLL LINE THAT WAS FABULOUSLY SUCCESSFUL,       01:47

```
 1    THAT MR. QUINN EVEN ADMITTED WAS HUGELY SUCCESSFUL AROUND THE

 2    WORLD.  AND THAT, LADIES AND GENTLEMEN, IS COMPETITION.  AND

 3    THAT IS REALLY WHAT IS GOING ON AS A SUBTEXT IN THIS CASE.

 4         YES, IT'S ABOUT DOLLS; BUT, YES, IT IS SO MUCH MORE

 5    IMPORTANT THAN THAT.                                          01:47

 6         MATTEL AND MGA COMPETE IN THE MARKETPLACE.  AND YOU

 7    NOW KNOW THAT FOR 40 YEARS, BARBIE WAS THE ONLY DOLL IN TOWN,

 8    AND BRATZ CAME IN AND KNOCKED HER OFF HER PEDESTAL.  AND MATTEL

 9    HAS AGGRESSIVELY ACCUSED ALL OF US IN A CONSPIRACY TO STEAL AN

10    IDEA THAT THEY NEVER HAD, THEY NEVER MADE.                    01:47

11         BRATZ WAS BORN ON AN AUGUST EVENING IN KIMBERLING

12    CITY.  THE BEST EVIDENCE OF IT IS THE TESTIMONY OF

13    JANET BRYANT.  MOTHERS DON'T LIE.  MR. QUINN EVEN ADMITTED

14    THAT.  THEY MAY BE MISTAKEN.  AND SHE CERTAINLY MADE MISTAKES

15    WITH RESPECT TO WHAT DRAWINGS SHE MAY HAVE SEEN.  BUT HER      01:48

16    DEPOSITION WAS TAKEN NINE YEARS AFTER SHE SAW THE DRAWINGS.

17    BUT IF THERE WAS A CONSPIRACY, YOU WOULD HAVE EXPECTED HER TO

18    NAIL IT; 'OH, I SAW THAT ONE; I SAW THIS ONE; I SAW THAT ONE; I

19    DIDN'T SEE THIS; OH, NO, I DIDN'T SEE THIS ONE.'

20         SHE'S HONEST.                                            01:48

21         COULD WE ALL, EVEN AFTER SEVEN WEEKS --

22         I MEAN, I'M SITTING AROUND IN A CONFERENCE ROOM,

23    GOING, 'IS THIS IN EVIDENCE?  DID WE INTRODUCE THIS IN

24    EVIDENCE?  DID I ASK QUESTIONS ABOUT THIS ONE?'

25         THERE'S A LOT OF DRAWINGS HERE.  THE FAILURE TO          01:49
```

1   IDENTIFY WITH SPECIFICITY A PARTICULAR DOCUMENT, I SUBMIT TO

2   YOU, LADIES AND GENTLEMEN, IS A TESTAMENT TO HER TRUTH, BECAUSE

3   SHE WASN'T COLORING HER TESTIMONY.

4         AARON, CAN YOU PLAY THE TESTIMONY FROM MRS. BRYANT.

5         (EXCERPT PLAYED AS FOLLOWS.)                         01:49

6         QUESTION:  "PLEASE TELL US WHAT YOU CAN RECALL ABOUT

7   THE OCCASION IN WHICH CARTER FIRST SHOWED YOU ANY BRATZ

8   DRAWINGS OF ANY KIND."

9         ANSWER:  "HE KNOCKED ON MY BEDROOM DOOR, SAID, 'MOM,

10  I WANT TO SHOW YOU SOMETHING.  WHAT DO YOU THINK OF THIS IDEA?   01:50

11  WHAT DO YOU THINK OF THESE?'"

12        (END OF EXCERPT PLAYED.)

13        **MR. NOLAN:**  MR. BRYANT, AT THE TIME, WAS WORKING AT

14  OLD NAVY.

15        AND, AGAIN, IF YOU CAN'T CONFRONT THE EVIDENCE AND       01:50

16  YOU CAN'T DEAL WITH IT ON A TRUTHFUL BASIS, THEN RIDICULE IT.

17  I SUBMIT, RESPECTFULLY, THAT'S HOW MATTEL HANDLED THIS.

18        IN THE OPENING STATEMENT, SO MUCH TIME AND EFFORT WAS

19  SPENT ON KICKAPOO HIGH SCHOOL AND THE ROUTE THAT WAS DRAWN.

20  YOU'LL RECALL -- DO YOU HAVE THE SLIDE THAT WAS USED IN OPENING   01:50

21  STATEMENT, AARON -- OF COURSE, THIS IS THE ROUTE THAT WAS

22  PRESENTED TO YOU BY MATTEL, WHERE IT SHOWS OLD NAVY AND A

23  CIRCUITOUS ROUTE AROUND THE AREA OF THE HIGH SCHOOL, AND THEN

24  THE ROUTE HOME TO THE PARENTS' HOUSE.

25        THAT'S WHAT MATTEL WANTED YOU TO BELIEVE WAS THE        01:51

1    ROUTE.

2              BUT THEN, OF COURSE, WHEN CARTER BRYANT TESTIFIED, HE

3    GAVE YOU -- AND HE'S THE ONE WHO ACTUALLY LIVED THERE -- HE

4    GAVE YOU THE CORRECT ROUTE, THE ROUTE THAT TAKES HIM BACK TO

5    HIS PARENTS' HOUSE, FROM OLD NAVY TO HIS PARENTS' HOUSE, THAT          01:51

6    GOES RIGHT BY KICKAPOO HIGH SCHOOL.

7              BUT GIVE ME THE SLIDE THAT GIVES ME HIS TESTIMONY.

8              REMEMBER HOW MANY TIMES HE WAS ASKED QUESTIONS ABOUT

9    THIS BY MR. PRICE, OVER AND OVER AND OVER AGAIN, 'YOU MUST HAVE

10   DRIVEN THE WAY MATTEL WANTS YOU TO SAY YOU DROVE HOME.'  BUT          01:51

11   MR. BRYANT, AFTER FIVE DAYS -- I RESPECTFULLY SUBMIT I THINK WE

12   GOT TO KNOW MR. BRYANT QUITE WELL AFTER FIVE DAYS.  HE'S NOT

13   THE MOST FORCEFUL PERSON.  BUT EVEN MR. BRYANT SAID IN

14   RESPONSE -- 'AND SO YOUR TESTIMONY IS THAT YOU WERE NEVER AWARE

15   OF THE ROUTE SHOWN IN THIS MAP FROM KIMBERLING CITY, GOING OVER       01:51

16   THE INTERSTATE AT HIGHLANDVILLE, UP TO 65 TO THE BATTLEFIELD

17   MALL?'

18             AND HIS ANSWER WAS, 'YOU KNOW, YOU CAN ASK ME THIS

19   MANY TIMES, BUT I'M GOING TO KEEP TELLING YOU THE ROUTE I TOOK

20   WAS TO TAKE HIGHWAY 160 UP TO SPRINGFIELD.'                           01:52

21             ANOTHER EXAMPLE OF, IF YOU DON'T FIT IN TO MATTEL'S

22   THEORY OF THIS CASE, YOU'RE BRANDED A LIAR.  IF THE EVIDENCE IS

23   AGAINST YOU, YOU PRESENT A MISLEADING GRAPHIC.

24             THREE WITNESSES SAW THE BRATZ CHARACTER DRAWINGS AND

25   THE IDEA IN 1998.  AND THESE ARE THE WITNESSES THAT MATTEL           01:52

1  CANNOT TOUCH, OTHER THAN TO SAY, 'ISN'T IT SUSPICIOUS THAT THEY

2  COULDN'T REMEMBER EXACTLY THE DRAWINGS THAT THEY SAID THEY

3  SAW?'

4      I SHOWED YOU ONE CLIP FROM JANET BRYANT.  I'D LIKE TO

5  SHOW ANOTHER CLIP FROM HER TESTIMONY.

6      THIS IS SLIDE 247, AARON.

7      (VIDEO EXCERPT PLAYED AS FOLLOWS:)

8      QUESTION:  "DURING THE TIME THAT CARTER BRYANT LIVED

9  WITH YOU THERE IN KIMBERLING CITY, MISSOURI, DO YOU RECALL

10  SHOWING TOM ANY DRAWINGS THAT CARTER HAD DONE, OTHER THAN THE

11  GREETING CARD DRAWINGS?"

12      ANSWER:  "YES."

13      QUESTION:  "WHAT OTHER ONES DO YOU REMEMBER HIM

14  SHOWING YOU?"

15      ANSWER:  "THE BRATZ, THE BIRTH OF THEM."

16      QUESTION:  "WHAT DID YOU SHOW TOM BRYANT IN

17  CONNECTION WITH THE BRATZ?"

18      ANSWER:  "THE SKETCHES HE HAD DONE.  I BELIEVE THEY

19  WERE IN PENCIL.  THE CONCEPT OF THE BIG HEAD AND THE BIG FEET

20  AND THE LITTLE BODIES."

21      (END OF VIDEO EXCERPT PLAYED.)

22      **MR. NOLAN:**  THEN LET'S PLAY SLIDE 23,

23  JEANNE GALVANO'S VIDEO CLIP.

24      VIDEO EXCERPT PLAYED AS FOLLOWS:)

25      QUESTION:  "I BELIEVE YOU MENTIONED THAT THERE WAS

```
 1   THE OTHER OCCASION IN WHICH JANET SHOWED YOU SKETCHES THAT
 2   CARTER BRYANT HAD DONE."
 3            ANSWER:  "YES."
 4            QUESTION:  "HOW MANY SKETCHES DID SHE SHOW YOU?"
 5            ANSWER:  "I BELIEVE THERE WERE THREE PAPERS."      01:54
 6            QUESTION:  "WHEN YOU SAY 'THREE PAPERS,' DO YOU MEAN
 7   THREE PAGES?"
 8            ANSWER:  "YES."
 9            QUESTION:  "WHEN IS IT THAT JANET SHOWED YOU THOSE
10   DRAWINGS?"                                                  01:54
11            ANSWER:  "WHEN I WAS OUT THERE IN '98; THAT'S WHAT I
12   BELIEVE IT WAS."
13            QUESTION:  "YOU SAY THAT'S WHEN YOU BELIEVE IT WAS.
14   ARE YOU SURE IT WAS 1998 VERSUS 1999?"
15            ANSWER:  "IT COULDN'T HAVE BEEN IN 1999.  IT WOULD   01:54
16   HAVE TO HAVE BEEN IN '98."
17            QUESTION:  "SO YOUR TESTIMONY IS THAT YOU'RE NOW SURE
18   IT WAS 1998?"
19            ANSWER:  "YES."
20            QUESTION:  "WHAT DID THESE DRAWINGS LOOK LIKE?"      01:55
21            ANSWER:  "THEY WERE ON ONE PAGE.  THERE WERE SEVERAL.
22   THEY DIDN'T SEEM TO HAVE HEADS.  THEY HAD BIG FEET.  THERE
23   WASN'T A LOT OF DETAIL ON ONE OF THEM.  AND ON THE OTHERS I
24   REMEMBER THERE BEING MORE HEAD LIKE -- MORE HEADS, BUT NOT
25   FACES, AND/OR JUST EYES AND MOSTLY JUST FIGURES AND POSES."  01:55
```

```
 1                    (END OF EXCERPT PLAYED.)

 2              MR. NOLAN:  MR. QUINN WILL HAVE YOU BELIEVE THAT

 3    MRS. GALVANO IS LYING.  YOU WATCHED HER VIDEO.  YOU SAW HER

 4    BACKGROUND.  AND, YES, SHE'S A FRIEND OF JANET BRYANT, BUT

 5    MERELY BEING A FRIEND OR A PARENT OR A PARTNER OF CARTER BRYANT     01:56

 6    DOES NOT DISQUALIFY YOU FROM BEING ABLE TO BE A TRUTHFUL

 7    WITNESS.  UNLESS YOU'RE OFFERING TESTIMONY AGAINST MATTEL.

 8              LET'S LOOK AT THE NEXT WITNESS, RICHARD IRMEN'S VIDEO

 9    CLIP.

10              (VIDEO EXCERPTS PLAYED AS FOLLOWS:)                      01:56

11              QUESTION:  "WHEN DID YOU FIRST HEAR ABOUT BRATZ,

12    B-R-A-T-Z, AS A NAME?"

13              ANSWER:  "I BELIEVE THAT WAS THE -- JANUARY 1ST WHEN

14    CARTER VISITED ME, IN '99."

15              QUESTION:  "AND THAT WAS THE VISIT THAT YOU DESCRIBED    01:57

16    EARLIER, WHERE YOU WERE STAYING AND HOUSE-SITTING FOR SOMEONE

17    THERE IN LANCASTER; IS THAT CORRECT?"

18              ANSWER:  "YES, THAT IS CORRECT."

19              QUESTION:  "WHAT IS IT THAT -- WHAT ARE THE

20    CIRCUMSTANCES UNDER WHICH YOU FIRST HEARD THE NAME 'BRATZ'?"       01:57

21              ANSWER:  "I BELIEVE CARTER TOLD ME THE NAME."

22              QUESTION:  "WHAT DID HE SAY?"

23              ANSWER:  "SOMETHING LIKE, 'THESE ARE THE BRATZ.'"

24              QUESTION:  "I TAKE IT HE WAS SHOWING YOU SOMETHING?"

25              ANSWER:  "YES."                                         01:57
```

```
 1            QUESTION:  "WHAT WAS HE SHOWING YOU?"

 2            ANSWER:  "HIS PORTFOLIO."

 3            QUESTION:  "WERE THESE DRAWINGS?"

 4            ANSWER:  "YES."

 5            QUESTION:  "IN THAT PORTFOLIO, WERE THERE DRAWINGS OF    01:58

 6   THINGS OTHER THAN BRATZ?"

 7            ANSWER:  "YES."

 8            QUESTION:  "WHAT OTHER THINGS DO YOU RECALL BEING IN

 9   THAT PORTFOLIO?"

10            ANSWER:  I THINK GREETING CARDS, CHRISTMAS CARDS,       01:58

11   FASHION ILLUSTRATIONS; ALL THE STUFF HE HAD BEEN WORKING ON

12   IN '98."

13            QUESTION:  "IS THERE ANYTHING ELSE THAT YOU CAN

14   RECALL?"

15            ANSWER:  "AND THE BRATZ."                              01:58

16            (END OF VIDEO EXCERPTS PLAYED.)

17            MR. NOLAN:  NOW, THE DIFFICULTY AND THE DILEMMA THAT

18   MATTEL FACES WAS REALLY EVIDENCED BY THE PRESENTATION OF

19   EVIDENCE IN THIS TRIAL AND ALSO THE DEDICATION OF EFFORT IN THE

20   OPENING STATEMENT BY MR. QUINN.                                01:58

21            I COUNTED THAT IT TOOK AN HOUR AND TEN MINUTES FOR

22   HIM TO GET TO THE DATE ISSUE OF WHEN THESE BRATZ DRAWINGS WERE

23   ACTUALLY CREATED.  SO MUCH TIME IN THIS CASE, WHEN YOU THINK

24   BACK ABOUT IT AND REFLECT ABOUT IT, WAS SPENT ON A PERIOD OF

25   TIME IN THE CONTRACT, SEPTEMBER 1ST THROUGH OCTOBER 19TH.      01:59
```

```
 1    THERE WAS JUST SO MUCH TESTIMONY ABOUT IT; VERY LITTLE

 2    ATTENTION GIVEN TO THAT TIME PERIOD EXCEPT WHEN WE WERE

 3    PRESENTING OUR CASE.

 4         I THINK THE BEST TESTIMONY THAT CAPTURED WHY THIS

 5    TESTIMONY PRESENTS A PROBLEM FOR MATTEL WAS OFFERED BY ITS OWN    01:59

 6    CHIEF EXECUTIVE OFFICER, BOB ECKERT.

 7         CAN I HAVE SLIDE 54, PLEASE.

 8         REMEMBER, YOU KNOW ABOUT THE CONTRACT, THE INVENTIONS

 9    AGREEMENT, THAT CARTER SIGNED ON JANUARY 4, 1999, WHEN HE

10    RESUMES EMPLOYMENT.                                              01:59

11         MY QUESTION TO MR. ECKERT:  "WHEN AN EMPLOYEE AGREES

12    TO GO TO WORK AT MATTEL AND SIGNS A CONFIDENTIALITY AGREEMENT

13    WITH MATTEL, IS IT YOUR VIEW THAT THEY TRANSFER ALL OF THE

14    IDEAS AND DREAMS THAT THEY HAD BEFORE THEY BEGAN TO WORK AT

15    MATTEL?"                                                         02:00

16         ANSWER:  "NO."

17         MR. NOLAN:  IVY ROSS, FIRST WITNESS THAT MATTEL

18    OFFERED IN THIS CASE, LADIES AND GENTLEMEN -- AND THIS IS AT

19    SLIDE 56 -- SAID THE SAME THING.  AND I BELIEVE THAT SHE WAS

20    ONE OF THE SUPERVISORS IN THE GIRLS DIVISION.                    02:00

21         QUESTION:  "WELL, IS THE REASON WHY, IN YOUR OPINION,

22    THAT MATTEL DOESN'T OWN THE IDEAS BECAUSE YOU DID THEM A LONG

23    TIME AGO OR BEFORE YOU STARTED YOUR EMPLOYMENT WITH MATTEL?"

24         ANSWER:  "BEFORE I STARTED MY EMPLOYMENT WITH

25    MATTEL."                                                         02:00
```

```
 1      MR. NOLAN:  YOU'LL RECALL HER TESTIMONY THAT SHE USED
 2    TO DESIGN TOY CARS FOR A MUSEUM.  SHE USED TO WORK FOR A MUSEUM
 3    IN THE PAST.  MY QUESTION WAS, MATTEL HAS HOT WHEELS; DOES THAT
 4    MEAN THAT SHE AUTOMATICALLY TRANSFERRED OVER THOSE IDEAS THAT
 5    SHE DID BEFOREHAND?                                              02:00

 6           LADIES AND GENTLEMEN, THE EVIDENCE IS CLEAR THAT
 7    MATTEL WANTS THE BRATZ.  THEY WANT THE IDEA; THEY WANT THE
 8    CONCEPT; AND THEY WANT THE DRAWINGS.  BUT IF THOSE DRAWINGS
 9    WERE DONE IN 1998, THEY DON'T BELONG TO MATTEL.  YOU CAN TAKE
10    IT FROM ME, YOU CAN ALSO TAKE IT FROM THE CHIEF EXECUTIVE       02:01
11    OFFICER OF MATTEL.

12           NOW, MATTEL, IN ORDER TO TRY TO DEAL WITH THIS
13    EVIDENCE, SHOWS YOU THAT THERE ARE VARIOUS DOCUMENTS ALLEGEDLY
14    CONTAINED IN A BLACK NOTEBOOK.  AND THIS BLACK NOTEBOOK IS THE
15    EXHIBIT THAT WAS ON THE SCREEN BEFORE.  IT'S 1155-C.            02:01

16           LET'S PUT THIS ON THE SCREEN FOR JUST A MOMENT,
17    AARON, IF I COULD.

18           THIS IS THE BLACK NOTEBOOK.

19           NOW, MR. QUINN TOLD YOU, STOOD BEFORE YOU IN CLOSING
20    ARGUMENT AND SAID THAT HE CAN PUT A DATE ON EVERY DOCUMENT IN   02:01
21    THIS BLACK NOTEBOOK AS 1999.

22           I RESPECTFULLY SUBMIT THAT THE EVIDENCE SIMPLY DOES
23    NOT SUPPORT THAT.

24           ALL OF THE TESTIMONY OFFERED BY THIS PERSON WHO
25    ACTUALLY USES THIS SAID THAT CARTER BRYANT USES THIS, NOT IN    02:02
```

```
 1  ANY SEQUENTIAL ORDER, AND THAT HE GRABS A NOTEBOOK WHEN HE
 2  NEEDS TO MAKE A NOTE; HE OPENS IT UP -- AND MY TEAM WOULD
 3  ATTEST TO IT; IF I SEE A YELLOW NOTEBOOK, I'LL OPEN IT UP AND
 4  START WRITING A NOTE.  THAT'S EXACTLY HOW MR. BRYANT USED THIS.
 5          AND THE ARGUMENT THAT MR. QUINN MADE AGAIN TODAY IS       02:02
 6  SIMPLY NOT SUPPORTED BY THE EVIDENCE.
 7          AND, AGAIN, LET'S GO TO SLIDE 87, WHICH IS THE
 8  OVERLAY FROM CUNNINGHAM.
 9          ON THE RIGHT SIDE IS A GREETING CARD.
10          YOU HEARD THAT RICHARD IRMEN, IN THE PIECE THAT I         02:02
11  JUST PLAYED TO YOU, SAID THAT WHEN HE SAW THE PORTFOLIO OF
12  CARTER BRYANT'S WORK THAT HE DID IN 1998, IN ADDITION TO THE
13  BRATZ, HE SAW THE GREETING CARDS.
14          CARTER BRYANT, ON THE STAND, SUBJECT TO
15  CROSS-EXAMINATION, WAS ASKED A NUMBER OF QUESTIONS.  BUT MOST    02:03
16  IMPORTANTLY, HE WAS NEVER ASKED ABOUT THIS RAINY DAY RASCALS.
17  I ASKED MR. BRYANT, 'WHEN DID YOU DO THIS RAINY DAY RASCALS?'
18  HE SAID, 'THIS WAS DONE IN 1998.'  THE IMPRESSION ON THE
19  RIGHT-HAND SIDE, WHICH IS DATED 1998, WHICH IS UNCONTROVERTED
20  BY MATTEL'S SCIENTIFIC EVIDENCE, BECAUSE MATTEL'S SCIENTIFIC     02:03
21  EVIDENCE ACTUALLY PROVED THAT THE IMPRESSION -- AND IT'S JUST
22  THE MIRROR IMAGE FROM THE TESTIMONY OF MR. CUNNINGHAM -- IS
23  ACTUALLY IMPRINTED ON THE DIVIDER THAT THEY RELY SO HEAVILY ON.
24          NOW, MATTEL HAS THE BURDEN, LADIES AND GENTLEMEN, OF
25  CONVINCING YOU THAT BECAUSE THE BRATZ DRAWING IS INDENTED INTO   02:04
```

```
 1   THE DIVIDER, THAT MEANS -- BECAUSE ON THE VERY NEXT PAGE BEFORE
 2   THE DIVIDER, THERE'S A BANK RECONCILIATION FROM 1999 -- IT HAD
 3   TO BE DONE IN 1999.  AND I SUBMIT TO YOU, THAT SIMPLY IS NOT
 4   THE CASE.  THE EVIDENCE IS THAT IF HE DID DO IT SEQUENTIALLY,
 5   HE JUST WOULD HAVE USED THE PAGE BEFORE IT OR AFTERWARDS.  HE     02:04
 6   USED A DIFFERENT ONE.  HE PICKED IT UP, HE TURNED IT OVER TO A
 7   POINT WHERE THE DIVIDER WAS, AND HE DREW BRATZ.
 8           MR. QUINN MADE A BIG ARGUMENT ABOUT, 'OH, AND THEN HE
 9   PULLED IT OUT.'  THAT'S ANOTHER COMMON THEME.  ALL OF THE
10   WITNESSES IN THIS CASE DESTROYED EVIDENCE.  THAT'S MATTEL'S       02:04
11   THEORY, THAT CARTER BRYANT RIPPED THIS BOOK OUT AND THEN HE
12   PROUDLY SAT THROUGH A DEPOSITION AND WAS CONFIDENT THAT NO ONE
13   WOULD EVER BE ABLE TO SAY, 'OH, IT WAS DONE IN THAT BLACK
14   NOTEBOOK.'
15           NONSENSE.  THIS ISN'T A SURPRISE PRODUCTION.              02:05
16   REMEMBER AFTER THE BREAK, MR. QUINN SAYS, 'I WANT TO GO TO A
17   SURPRISE DOCUMENT, EVIDENCE IN THIS CASE THAT MGA AND CARTER
18   BRYANT NEVER THOUGHT WOULD BE FOUND.'
19           MR. BRYANT PRODUCED THE NOTEBOOK.
20           MR. BRYANT PRODUCED THE DRAWING OF THE BRATZ DRAWING.     02:05
21           THAT'S HOW MR. CUNNINGHAM HAD IT IN THE FIRST PLACE.
22           THEN THEY SAID WE WOULD HAVE PRODUCED EVIDENCE, IF
23   THERE WAS ANY EVIDENCE, THAT MR. BRYANT HAD PREVIOUSLY ANSWERED
24   QUESTIONS ABOUT RAINY DAY RASCALS IN DEPOSITIONS AND THAT MAY
25   SOMEHOW PROVE THAT WE JUST SIMPLY MADE IT UP AFTER WE SAW         02:0
```

```
 1   MR. CUNNINGHAM'S TESTIMONY.

 2          WELL, THAT'S JUST NOT TRUE, LADIES AND GENTLEMEN.

 3          YOU KNOW THAT DURING THE COURSE OF MR. CUNNINGHAM'S

 4   TESTIMONY, HE ADMITTED UNDER OATH THAT HE HAD RECEIVED A BOX OF

 5   DOCUMENTS, INCLUDING THE BLACK NOTEBOOK, AND INCLUDING THE         02:06

 6   RAINY DAY RASCALS, IN, I BELIEVE, SEPTEMBER OF 2007; AND HE

 7   IDENTIFIED RAINY DAY RASCALS AS AN IMPRESSION ON THE DIVIDER.

 8   AND THEN YOU KNOW, BECAUSE MR. PRICE, WHEN CROSS-EXAMINING

 9   MR. BRYANT, SHOWED PASSAGES FROM A JANUARY 2008 DEPOSITION,

10   MR. BRYANT'S DEPOSITION WAS TAKEN BY MATTEL IN JANUARY OF 2008,   02:06

11   FOUR MONTHS AFTER THEIR OWN EXPERT HAD IDENTIFIED THE

12   IMPRESSION OF RAINY DAY RASCALS ON THAT DIVIDER, AND THEY NEVER

13   ASKED HIM A SINGLE QUESTION ABOUT RAINY DAY RASCALS.  IF THEY

14   HAD, MATTEL WOULD HAVE SHOWN YOU.

15          SO THE ARGUMENT THAT CARTER BRYANT AND/OR MGA THEN        02:07

16   WAS FACED WITH A DISASTER AND WE HAD TO COME UP WITH THE STORY

17   ABOUT RAINY DAY RASCALS JUST DOESN'T FLY, LADIES AND GENTLEMEN.

18   APPLY YOUR COMMON SENSE.

19          THE PEOPLE WHO ARE IGNORING THE EVIDENCE IN THIS CASE

20   IS MATTEL.  IT IS MATTEL'S OWN LAWYERS WHO TOLD MR. CUNNINGHAM,  02:07

21   'DO NOT HIGHLIGHT RAINY DAY RASCALS.  WHEN YOU'RE TALKING TO

22   THE GRAPHICS DEPARTMENT AT MATTEL AND YOU'RE HIGHLIGHTING THE

23   BRATZ ORIGINAL DOLL, DO NOT DRAW IN THE BACKGROUND THAT IMAGE

24   THAT YOU SEE AND YOU'VE TOLD US ABOUT, BECAUSE WE'RE NOT GOING

25   TO PRESENT THAT TO THE JURY.'                                   02:08
```

```
 1        HOW CAN ANYONE SITTING AS A TRIER OF FACT IN THIS
 2   CASE TRUST THE EVIDENCE AND THE ARGUMENTS THAT MATTEL MAKES
 3   WHEN THEY PAY AN EXPERT TO COME IN HERE AND MISREPRESENT THE
 4   STATE OF THE EXAMINATION THAT THEY DID?  BECAUSE THEY WERE
 5   TOLD, 'DON'T RAISE IT.'                                           02:08
 6        WHAT?  WITH THE HOPE, IN A CASE LIKE THIS, OF THIS
 7   IMPORTANCE, THAT WE DIDN'T KNOW ABOUT RAINY DAY RASCALS AND WE
 8   DIDN'T KNOW THAT IT WAS IN THERE?
 9        THIS MORNING, CASSIDY PARK COMES IN, AND IN MANY WAYS
10   THIS MORNING, ALTHOUGH IT WENT FAST AND IT WAS A BRIEF WITNESS,   02:08
11   AND SHE INTRODUCED THE RAINY DAY RASCALS AND HAD A 1999 DATE ON
12   IT, I WAS STRUCK DURING THE LUNCH HOUR THINKING ABOUT THIS.  OF
13   ALL OF THE ATTACKS THAT ARE MADE ON WITNESSES PRESENTED BY MGA,
14   GALVANO, RICHARD IRMEN, MS. BRYANT, YOU, MATTEL, CAN PRESENT
15   CASSIDY PARK, WHO IS A PART-TIME EMPLOYEE?                        02:09
16        AS SOON AS THIS CASE IS OVER, I'M GOING TO APPLY FOR
17   THAT PART-TIME POSITION, BECAUSE THE PAY IS PRETTY DARN GOOD.
18   AND YOUR ROLE IS YOU GET TO BE AN AMBASSADOR FOR MATTEL AND
19   YOU'RE PAID $210,000 A YEAR, OR MAYBE I'M PAID $165,000; I'M
20   NOT CERTAIN.  BUT ONE THING I AM CERTAIN OF IS, IF I GET A CALL   02:10
21   FROM MATTEL AT 10:20 AT NIGHT, TO BE ABLE TO IDENTIFY THE
22   HANDWRITING OF A PERSON THAT WORKED FOR ME TEN YEARS AGO, I'M
23   THERE.  JUST LET ME SEE THE DOCUMENT.
24        BUT, OH, IN A DEPOSITION, IF I'M ASKED TO IDENTIFY
25   THE HANDWRITING OF THE CORPORATE REPRESENTATIVE OF MATTEL WHO     02:10
```

```
 1   WORKED FOR HER AND WORKED WITH HER FOR TEN YEARS, WHO SHE'S
 2   ALSO SEEN HUNDREDS OF DRAWINGS OF, 'OH, I DON'T KNOW.  I DON'T
 3   KNOW.  I DON'T THINK SO.'
 4          I'M NOT MAKING THAT UP, LADIES AND GENTLEMEN.  YOU
 5   SAW THAT THIS MORNING.  DO YOU BELIEVE IN YOUR HEART THAT IF I     02:10
 6   ASKED YOU TO CLOSE YOUR EYES FOR A MOMENT AND GO BACK AND THINK
 7   OF A PERSON TEN YEARS AGO THAT YOU KNEW, THAT YOU'VE NEVER SEEN
 8   SINCE, AND YOU HAD NOT SEEN THEIR HANDWRITING SINCE, THAT YOU
 9   WOULD CONFIDENTIALLY BE WILLING TO STAND UP AND PLACE YOUR
10   RIGHT HAND AND TAKE AN OATH TO TELL THE TRUTH AND THEN SAY,        02:11
11   'THAT'S IT'?
12          BUT WHAT WAS THE MOMENT OF THAT TESTIMONY?
13          THE MOMENT OF THE TESTIMONY WAS TO GET IN A RAINY DAY
14   RASCALS WITH A DATE OF 1999 -- AARON PUT THAT ON THE SCREEN FOR
15   JUST A MOMENT -- WITH THE HOPE, WITH THE HOPE THAT BECAUSE THIS    02:11
16   RAINY DAY RASCALS HAS A 1999 DATE ON IT, THEN THE OTHER RAINY
17   DAY RASCALS MUST HAVE BEEN DONE IN 1998 {SIC}.
18          THIS IS THE QUALITY OF THE EVIDENCE THAT THEY ARE
19   SUGGESTING TO YOU, LADIES AND GENTLEMEN, CARRIES THE BURDEN OF
20   THE DAY.                                                          02:12
21          WHEN THEIR WITNESS, WHO'S ONLY SPENT TEN HOURS IN
22   MATTEL'S OFFICES IN THE LAST YEAR, COMES IN AND SAYS, 'OH, I
23   KNOW THAT SIGNATURE.  THAT'S CARTER BRYANT' -- BUT I WOULDN'T
24   DISPUTE THE SIGNATURE.  THAT'S NOT THE ISSUE.  WHAT'S IMPORTANT
25   IS, SHE DOESN'T KNOW THE SIGNIFICANCE OF THIS.  SHE DOESN'T       02:12
```

 1   KNOW WHETHER OR NOT CARTER BRYANT DID IT IN 1998 AND THEN DATED

 2   IT IN 1999 WHEN HE WAS SENDING IT OUT TO SOMEBODY, THE COURSE

 3   AND THE PATTERN THAT HE TESTIFIED THAT'S WHEN HE USUALLY DATED

 4   DOCUMENTS.

 5          THAT RAINY DAY RASCALS IS NOT THE SAME RAINY DAY          02:12

 6   RASCALS THAT'S IMPRINTED IN THE BLACK NOTEBOOK.  AND THAT,

 7   LADIES AND GENTLEMEN, IS THE TRUTH OF THE DAY.  THAT ON THE

 8   LEFT WAS A SHOW, A SIDE SHOW, AND A POOR ONE AT THAT.

 9          BUT, BOY, IT WAS A TROPHY AT THE END OF THE DAY.

10   YOU'RE GOING TO END YOUR CASE, THAT HAS TAKEN UP SEVEN WEEKS OF   02:13

11   YOUR LIVES, BY BRINGING IN A WITNESS TO TRY TO IDENTIFY

12   HANDWRITING FOR A PERSON THEY HAVEN'T SEEN IN TEN YEARS, WHEN

13   THAT DOCUMENT CANNOT TRUMP THE EVIDENCE IN 1998?

14          AND IF THERE'S A MOMENT IN A TRIAL LAWYER'S LIFE WHEN

15   THEY KNOW THAT THEY'RE IN DIFFICULTY, IT'S WHEN THEY GO TOO FAR   02:13

16   TO TRY TO OVERCOME THE MOST TROUBLESOME EVIDENCE IN THE CASE.

17          THAT DRAWING ON THE RIGHT IS IN 1998.

18          PLEASE GO BACK TO THE CUNNINGHAM OVERLAY AGAIN.

19          THE ONE ON THE RIGHT IS 1998; THE ORIGINAL BRATZ

20   DRAWING, 1998.  AND THEY DIDN'T WANT YOU TO SEE THAT.            02:14

21          BUT THEY SURE WANTED YOU TO SEE THE RAINY DAY

22   RASCALS, THAT DOESN'T EVEN LOOK LIKE THAT, DATED 1999.

23          YOU KNOW, I'VE NEVER BEEN A JUROR.  I DON'T THINK

24   IT'S LIKELY I'LL EVER BE SELECTED.  MAYBE I'M TOO OPINIONATED,

25   TOO AGGRESSIVE, WHATEVER; BUT PROBABLY AS A TRIAL LAWYER, I'LL    02:14

```
 1    NEVER MAKE IT.  I HAVE THE MOST RESPECT, HOWEVER, FOR PEOPLE
 2    WHO SIT ON A JURY.  I THINK IT'S THE HIGHEST PUBLIC SERVICE
 3    THAT CITIZENS CAN PROVIDE.  THIS IS A WONDERFUL COUNTRY.  THINK
 4    ABOUT THIS FOR A MOMENT.  WE BRING TEN OF YOU FROM DIVERSE
 5    BACKGROUNDS TOGETHER.  YOU DON'T KNOW EACH OTHER.  YOU DON'T          02:14
 6    HAVE LEGAL BACKGROUNDS.  YOU'RE NOT LAWYERS, THANK GOD.  AND
 7    YOU'RE NOT JUDGES.  JUDGE LARSON IS THE JUDGE OF THE LAW.  AT
 8    THE END OF THE DAY, YOU'RE GOING TO BE THE JUDGES OF THE FACTS.
 9    THE WORLD WILL LONG FORGET THE WORDS OF QUINN AND PRICE AND
10    ZELLER AND NOLAN AND MS. AGUIAR, BUT THEY WILL LONG REMEMBER        02:15
11    THE DECISIONS THAT YOU RENDER IN THIS CASE.
12              AND I ASK YOU, IN EVALUATING THAT EVIDENCE, TO LOOK
13    PAST THE SMOKE SCREENS THAT MATTEL CONSTRUCTED IN THIS CASE.
14              LET'S LOOK AT THIS OTHER BLACK NOTEBOOK, THE LETTER
15    FROM WADE.                                                          02:15
16              IF I COULD HAVE UP 1155-C, PAGE 7.
17              THIS IS ALSO OUT OF THE BLACK NOTEBOOK.  MR. QUINN
18    SAYS THAT HE'S PUT EVERY DOCUMENT IN THIS BLACK NOTEBOOK IN
19    1999.  HERE'S THE LETTER, "MOM AND DAD."  IT'S SIGNED BY WADE,
20    LISA, CHRISTOPHER, AND ALLISON.  ACTUALLY, I DESCRIBE THIS AS       02:16
21    WADE'S LETTER.  I THINK THIS IS THE NOTE THAT LISA WROTE.  I
22    THINK THAT'S WHAT MR. BRYANT TESTIFIED TO.
23              LET'S GO TO THE NEXT PAGE, BECAUSE IT'S HIS NIECE OR
24    NEPHEW'S ARTWORK THAT'S IN THERE.  THIS IS THE SAME NOTEBOOK
25    THAT, YES, HAS THE RECONCILIATION FROM A 1999 BANK STATEMENT.      02:16
```

1    INTERESTINGLY, IT'S THE ONLY BANK STATEMENT THAT'S

2    EVER RECONCILED IN THAT BOOK.  SO THEY'VE GOT ONE DOCUMENT IN

3    THERE.  AND, BOY, WHEN YOU THINK ABOUT MATTEL JUST FOR A

4    SECOND -- IF YOU REALLY THINK THAT CARTER BRYANT HAS THAT

5    MALICIOUS AND EVIL OF A HEART THAT HE'S GOING TO DESTROY                02:16

6    EVIDENCE BY USING, BUYING, AND DOWNLOADING SOMETHING CALLED

7    EVIDENCE ELIMINATOR, DO YOU NOT THINK THAT A PERSON OF THAT

8    MINDSET WOULD HAVE RIPPED OUT A PIECE OF PAPER THAT RECONCILED

9    A 1999 BANK STATEMENT?  DOES THAT MAKE SENSE TO YOU?

10    IN ANY EVENT, THIS IS THE ONE THAT CARTER BRYANT SAID         02:16

11    HE RECALLS WHILE HE WAS LIVING IN KIMBERLING CITY IN 1998; THAT

12    WADE, LISA, CHRISTOPHER, AND ALLISON WERE THERE.  HE HAD HIS

13    NOTEBOOK.

14    NOW, MR. QUINN COUNTERS THAT AND SAYS, 'WELL, WE

15    SHOWED YOU ATM RECORDS OF CARTER BRYANT BEING IN KIMBERLING            02:17

16    CITY IN 1999, THAT HE WENT BACK AND VISITED HIS PARENTS FOR

17    THANKSGIVING; SO HE WAS THERE, SO IT COULD HAVE BEEN IN 1999.'

18    THEY SHOWED YOU SOME TESTIMONY IN THAT REGARD.

19    LADIES AND GENTLEMEN, CARTER BRYANT BEING IN 1999 IN

20    KIMBERLING CITY IS NOT THE ISSUE.                                     02:17

21    WE NEVER DENY THAT HE WAS BACK VISITING HIS PARENTS.

22    WHAT MATTEL NEVER COUNTERED WITH WAS ANY EVIDENCE THAT WADE OR

23    LISA WERE PRESENT IN 1999.  THE BEST YOU HAVE AS EVIDENCE

24    OFFERED BY MATTEL IS A STATEMENT THAT WADE AND LISA LIVED

25    12 HOURS AWAY, SO THEY MUST HAVE GONE TO THANKSGIVING AND             02:18

```
 1   CHRISTMAS.

 2        WHAT IF THAT YEAR THEY WERE VISITING LISA'S FAMILY?

 3   NOT UNUSUAL THAT FAMILY'S SWITCH OFF HOLIDAYS.  CARTER SAYS HE

 4   DOESN'T REMEMBER THEM THERE.  BUT THAT'S NOT EVEN THE REAL

 5   ISSUE.  CARTER BRYANT TESTIFIED THAT HE DIDN'T TRAVEL WITH HIS      02:18

 6   NOTEBOOK, SO THE NOTEBOOK WOULD HAVE HAD TO HAVE BEEN IN

 7   KIMBERLING CITY IN 1999 FOR THIS TO REALLY SUPPORT MR. QUINN'S

 8   ARGUMENT.

 9        BUT BY 1999, MR. BRYANT HAS MOVED BACK TO CALIFORNIA.

10   SO MATTEL WANTS YOU TO SPECULATE -- AND THEY HAVE THE BURDEN --     02:19

11   THEY WANT YOU TO SPECULATE THAT MR. BRYANT IS GOING BACK TO HIS

12   FAMILY FOR THANKSGIVING IN 1999 -- AND WE'VE ALL DONE THIS;

13   WE'RE PACKING UP THE CLOTHES, SOME GIFTS, IF YOU ARE BRINGING

14   THEM BACK -- AND THEN CARTER GOES -- HE RUNS BACK DOWN TO THE

15   CAR AND GOES, 'OH, I FORGOT MY NOTEBOOK.  I NEED MY NOTEBOOK.'      02:19

16   THAT'S WHAT THEY WANT YOU TO BELIEVE TO MAKE THIS STORY

17   BELIEVABLE.

18        BUT THE LAST POINT I WANT TO MAKE WITH YOU WAS THIS:

19   MR. QUINN SAID, 'WHY DIDN'T THEY CALL WADE OR LISA?'

20        WE DON'T HAVE THE BURDEN.  WHY DIDN'T THEY?                    02:19

21        YOU'VE SEEN FROM THE VIDEOS THAT LAWYERS CAN TRAVEL

22   FROM ANCHORAGE, ALASKA, TO SPRINGFIELD, MISSOURI AND TAKE

23   DEPOSITIONS IN THIS CASE.  WHY DIDN'T MATTEL, WHEN THEY WERE IN

24   SPRINGFIELD, MISSOURI, TAKING THE DEPOSITION OF JANET BRYANT,

25   SIMPLY TAKE THE DEPOSITION OF WADE OR LISA?  THAT'S THEIR           02:20
```

```
 1    RESPONSIBILITY IF THEY'RE GOING TO MEET THIS BURDEN.

 2            SO WHEN MR. QUINN STATES BOLDLY TO YOU, 'I CAN PUT

 3    EVERY DOCUMENT IN THAT BLACK NOTEBOOK IN 1999,' HE'S SIMPLY

 4    OVERSTATING.

 5            THE LAST DOCUMENT I WANT TO GO TO IN THIS ONE IS THE       02:2C

 6    REFERENCE TO -- I HAVE TWO MORE REFERENCES TO THIS BLACK

 7    NOTEBOOK, AND THEN I'LL BE OUT OF THE BLACK NOTEBOOK.

 8            LET'S TALK ABOUT JEWEL BARBIE.  LET'S GO TO

 9    EXHIBIT 13675.

10            THIS IS SOME EVIDENCE THAT MATTEL OFFERED WITH            02:21

11    CASSIDY PARK TO TALK ABOUT JEWEL BARBIE IN THE YEAR 2000.  AND

12    YOU PROBABLY DIDN'T THINK MUCH OF IT AT THE TIME.  YOU KNOW,

13    YOU'VE SEEN SO MANY DOCUMENTS.  BUT HERE'S THE SETUP.  YOU SEE,

14    CARTER BRYANT TESTIFIED AT TRIAL THAT HE ACTUALLY WORKED ON TWO

15    JEWEL PROJECTS, ONE IN 1998 AS A FREELANCER AND THEN ONCE AGAIN   02:21

16    IN 1999 WHEN HE WENT BACK TO WORK.  HE IDENTIFIED, IN THE BLACK

17    NOTEBOOK, THE JEWEL BARBIE COMPOSITION THAT HE DID, 1155-C5.

18    THAT'S OUT OF THE SAME BLACK NOTEBOOK.  CARTER BRYANT, ON

19    EXAMINATION, TESTIFIED THAT HE DID THAT DRAWING IN 1998.

20    THAT'S HIS TESTIMONY.                                            02:2:

21            NOW, YOU WILL BE INSTRUCTED THAT IF A PARTY OFFERS

22    WEAKER EVIDENCE THAN THEY WOULD OTHERWISE BE ABLE TO OFFER, YOU

23    CAN TAKE THAT INTO CONSIDERATION.

24            I MAY HAVE DONE A LITTLE BIT OF DISSERVICE TO THAT

25    INSTRUCTION, BUT WE CAN POST IT HERE IN JUST A MINUTE.  THAT'S   02:2:
```

1  JURY INSTRUCTION NUMBER 9.

2          "IF WEAKER AND LESS SATISFACTORY EVIDENCE IS OFFERED

3  BY A PARTY, WHEN IT WAS WITHIN THAT PARTY'S ABILITY TO PRODUCE

4  STRONGER AND MORE SATISFACTORY EVIDENCE, THE EVIDENCE OFFERED

5  SHOULD BE VIEWED WITH DISTRUST."                                    02:23

6          SO YOU KNOW THE IMPORTANCE OF JEWEL BARBIE.  YOU KNOW

7  THAT CARTER BRYANT HAS TESTIFIED THAT HE DID IT IN 1998.  SO

8  WHAT'S THE EVIDENCE THAT MATTEL OFFERS TO COUNTER THIS?

9          WHAT THEY DO IS THEY BRING IN CASSIDY PARK.

10  CONVENIENT.  SHE'LL BE A HANDWRITING EXPERT ONE DAY, AND THEN      02:23

11  SHE'LL BE ANOTHER TYPE OF EXPERT FOR MATTEL ON AN EARLIER DATE.

12  WELL, THE FIRST TIME WHAT CASSIDY PARK CAME UP AND TESTIFIED TO

13  IS THAT SHE WAS IN MAINLINE BARBIE, MAINLINE BARBIE, AND THAT

14  MAINLINE BARBIE DID NOT MAKE A JEWEL BARBIE IN 1998.

15          KNEW IT, SWORE TO IT.  IN FACT, WE KNOW THAT BECAUSE        02:24

16  SHE ACTUALLY SHOWED US THE JEWEL BARBIE THAT CAME OUT OF BARBIE

17  MAINLINE.  SO THAT WAS PRETTY COOL.

18          THE PROBLEM IS THAT THE JEWEL BARBIE, IN 1999, WAS

19  THE ONE -- REMEMBER, IT WAS SO NEW; IT WAS THE FIRST TIME THAT

20  THE -- I DESCRIBED IT AS THE BELLY BUTTON, AND SHE CORRECTED       02:2

21  ME, THAT IT WAS JUST AN INVENTION THAT WAS SUPPOSED TO BE THE

22  BELLY BUTTON.  BUT IN ANY EVENT, IT WAS THE FIRST TIME BARBIE

23  WAS GOING TO HAVE HER NAVAL EXPOSED BECAUSE SHE COULD MOVE AT

24  THE WAIST.

25          WELL, THAT'S FINE.  THAT'S MAINLINE BARBIE.                02:2

1          WHY DIDN'T MATTEL BRING SOMEONE IN HERE FROM BARBIE

2     COLLECTIBLES AND SAY, 'WE NEVER MADE A JEWEL BARBIE IN 1998,

3     AND CARTER BRYANT IS LYING'?

4          YOU KNOW, IT'S CURIOUS.  THEY BROUGHT IN IVY ROSS,

5     FIRST WITNESS, NO LONGER EMPLOYED AT MATTEL.  SHE'S THE ONE        02:25

6     THAT WAS IN PROJECT PLATYPUS AND THEN SHE LEFT AND THEN SHE

7     WENT TO THE DISNEY STORE, AND NOW I THINK SHE'S LEFT AND SHE'S

8     GOING SOMEWHERE ELSE; THAT WAS THEIR FIRST WITNESS.  AND THEN

9     CASSIDY PARK, WE KNOW SHE'S A PART-TIME EMPLOYEE.  BUT WHY NOT

10    BRING IN A FULL-TIME EMPLOYEE FROM BARBIE COLLECTIBLES?           02:25

11         WHILE YOU'RE BACK THERE, UNDERSTAND THE IMPORTANCE OF

12    JEWEL BARBIE.  CARTER BRYANT HAS SAID THAT HE DID IT IN 1998.

13    AND NO MATTER HOW FAST MR. QUINN TALKS, OR HOW AGGRESSIVE HE

14    CAN BE IN TERMS OF ARGUMENT, AND AS ARTICULATE AS HE IS -- AND

15    I HAVE THE GREATEST RESPECT FOR HIM AS A TRIAL LAWYER -- BUT      02:25

16    YOU KNOW WHAT, SOMETIMES IT'S JUST NOT ENOUGH TO BE A GOOD

17    LAWYER.  YOU'VE GOT TO BRING IN THE WITNESS.

18         WHY DIDN'T THEY BRING IN SOMEONE FROM BARBIE

19    COLLECTIBLES TO KNOCK IT OUT OF THE PARK FOR YOU?

20         WHY BRING IN SOMEONE FROM BARBIE MAINLINE TO DEAL            02:26

21    WITH AN ISSUE -- CAN WE PUT UP A JEWEL BARBIE DOLL, AARON.

22         CASSIDY PARK IDENTIFIED THE HANDWRITING OF THIS THIS

23    MORNING.

24         HERE IT IS.  THESE ARE THE JEWEL BARBIE 1998

25    DRAWINGS.  CARTER BRYANT TESTIFIED TO IT.                         02:26

1       YOU KNOW, CARTER BRYANT, HE'S SETTLED.  WHAT DOG DOES

2  HE HAVE IN THE FIGHT?  HE'S COME IN HERE; HE'S SETTLED.  THEY

3  DISMISSED THEIR CLAIMS.  HE DISMISSED HIS CLAIMS.  HE COMES IN

4  AND HE TESTIFIES, 'I DID THESE IN 1998.  I DID THIS ONE' -- AND

5  THEN HE SHOWS FOUR ON THE RIGHT, JEWEL BARBIES, SIGNATURE NOW,      02:27

6  IDENTIFIED BY CASSIDY PARK.  BUT HERE'S SOMETHING ELSE THAT'S

7  INTERESTING.

8       AARON, CAN YOU BLOW UP -- AND YOU KNOW THIS NOW FROM

9  THE CUSTODIAN OF RECORDS THAT WAS INTRODUCED IN THE LAST DAY OF

10  TRIAL, THIS "M" NUMBER.  YOU PROBABLY KNOW MORE ABOUT             02:27

11  PRODUCTION NUMBERS THAN YOU EVER WANTED TO KNOW.  I'M SORRY

12  ABOUT THAT.  BUT HERE'S THE KEY:  EACH ONE OF THESE JEWEL

13  BARBIES THAT CARTER BRYANT IDENTIFIED AS BEING PROJECTS THAT HE

14  WORKED ON IN 1998, JANUARY 28, 1998, WHILE EMPLOYED BY MATTEL,

15  WERE IN MATTEL'S RECORDS AND PRODUCED BY MATTEL.                  02:28

16       WHY DIDN'T WE HEAR A WITNESS FOR MATTEL, A FULL-TIME

17  EMPLOYEE, AN ACTUAL FULL-TIME EMPLOYEE, CURRENTLY EMPLOYED BY

18  MATTEL, TAKE THIS WITNESS STAND, RAISE THEIR RIGHT HAND, AND

19  SAY, 'I WORK IN BARBIE COLLECTIBLES.  THAT DOLL, THAT OUTFIT,

20  WAS NEVER DESIGNED'?                                             02:28

21       OR BETTER YET, BRING IN SOMEONE FROM MATTEL WHO SAID,

22  'YOU KNOW, WE PRODUCED THESE, THESE DRAWINGS THAT ARE DATED IN

23  1998 BY CARTER BRYANT,' AND WHICH ARE LIKE THE DRAWING THAT IS

24  IDENTIFIED IN THE BLACK NOTEBOOK AND IDENTIFIED BY

25  CARTER BRYANT AS HAVING BEEN DONE IN 1998.  BRING IN SOMEONE     02:2

1  FROM MATTEL TO SAY, 'YOU KNOW WHAT, I'M GLAD YOU ASKED ME ABOUT

2  THESE, BECAUSE I RECEIVED THEM IN THE MAIL ONE DAY, AND I

3  CALLED UP CARTER BRYANT AND I SAID, CARTER, WHY DID YOU DATE

4  THEM IN 1998?  THEY'RE WRONG.'

5         MR. QUINN AND MATTEL, WHO HAVE THE BURDEN IN THIS        02:29

6  CASE, WANT YOU TO BELIEVE AND SPECULATE ON PURE SPECULATION

7  THAT -- AND THIS IS HOW THEY EXPLAIN AWAY THE DIFFICULT

8  EVIDENCE -- THAT'S A MISTAKE; THAT'S SIMPLY A MISTAKE.  BECAUSE

9  WE ALL KNOW THAT WHEN THE YEAR CHANGES, OFTENTIMES YOU FORGET

10  TO CONTINUE TO WRITE THE RIGHT DATE.  THAT'S THE QUALITY OF THE   02:29

11  EVIDENCE THAT MATTEL HAS PRODUCED TO YOU TO OVERCOME THIS

12  CRITICAL PIECE OF EVIDENCE.

13         HE MADE A MISTAKE ON HIS CONFLICT QUESTIONNAIRE.  HE

14  WROTE DOWN JANUARY 4, 1998.

15         REMEMBER THAT?  YOU ALL REMEMBER THAT MISTAKE?         02:30

16         SO THEN, ON A TOTALLY DIFFERENT ISSUE, ON A TOTALLY

17  DIFFERENT PIECE OF EVIDENCE, SO ABSOLUTELY CRITICAL TO THIS

18  CASE, THEY REACH BACK AND THE BEST THAT THEY CAN DO IS TO SAY,

19  'WOW, HE MISWROTE IT OVER HERE.  POOF, THAT EXPLAINS WHY.

20  THESE ARE DATED.  THEY'RE ALL WRONG.  THAT'S EXPLAINING WHY     02:30

21  THEY WERE PRODUCED FROM US.  NO NEED TO CALL CARTER UP.

22  EVERYBODY KNOWS EVERYBODY IS GETTING THE DATE WRONG WHEN YOU

23  SWITCH TO THE NEW YEAR.  THAT'S HOW WE HANDLE THIS DIFFICULT

24  PIECE OF EVIDENCE.'

25         THE BURDEN IS ON MATTEL.                               02:30

| | |
|---|---|
| 1 | COMMON SENSE IS THE BEST SENSE I KNOW OF, LADIES AND |
| 2 | GENTLEMEN; AND THAT'S WHY YOU, AND NOT ALL OF THE LAWYERS, ARE |
| 3 | SITTING AS TRIERS OF FACT.  BUT ASK YOURSELF THIS QUESTION IN |
| 4 | DELIBERATIONS:  WHERE WAS SOMEONE FROM MATTEL FROM |
| 5 | COLLECTIBLES? |
| 6 | THEY'RE GOING TO SAY, 'WELL, CASSIDY PARK WAS HIS |
| 7 | SUPERVISOR IN JANUARY OF 1998.' |
| 8 | YOU REMEMBER, THAT'S WHAT SHE TESTIFIED WHEN |
| 9 | MR. ZELLER WAS ASKING HER QUESTIONS:  'DID YOU SUPERVISE |
| 10 | MR. BRYANT WHEN HE WAS LIVING IN KIMBERLING CITY?' |
| 11 | 'WELL, YES, I DID.' |
| 12 | ON CROSS-EXAMINATION, HOWEVER, YOU'LL REMEMBER, |
| 13 | 'WELL, I WAS IN EL SEGUNDO; HE'S IN KIMBERLING CITY; AND I |
| 14 | DON'T KNOW WHAT ASSIGNMENTS HE'S WORKING ON.  YES, I'M, QUOTE, |
| 15 | THE CORPORATE SUPERVISOR, BUT I'M NOT CERTAIN OF THE WORK THAT |
| 16 | HE WAS BEING HANDED DURING THAT PERIOD OF TIME.' |
| 17 | WHY NOT SOMEONE FROM BARBIE COLLECTIBLES TO COME IN |
| 18 | HERE AND NAIL THIS? |
| 19 | REMEMBER, "IF WEAKER AND LESS SATISFACTORY EVIDENCE |
| 20 | IS OFFERED BY A PARTY, WHEN IT WAS WITHIN THE PARTY'S ABILITY |
| 21 | TO PRODUCE STRONGER AND MORE SATISFACTORY EVIDENCE, THE |
| 22 | EVIDENCE OFFERED SHOULD BE VIEWED WITH DISTRUST." |
| 23 | THE LAST DOCUMENT IN THIS BLACK NOTEBOOK THAT I WANT |
| 24 | TO DEAL WITH ARE THE ANGEL NOTES, BECAUSE, AGAIN, THIS BLACK |
| 25 | NOTEBOOK IS IMPORTANT, LADIES AND GENTLEMEN, YOU KNOW IT, |

02:31

02:31

02:31

02:31

02:3

02:3

1  BECAUSE IF THEY WERE DONE IN 1998, THEY BELONG TO

2  CARTER BRYANT.  MR. ECKERT TOLD YOU THAT.

3          SO WHAT THEY HAVE TO DO IS, THEY HAVE TO PROVE TO YOU

4  THAT EVERY DOCUMENT IN THIS CASE, IN THAT BLACK BOOK, IS FROM

5  1999.  I TOLD YOU THEY PULLED UP SHORT ON JEWEL BARBIE.  I TOLD

6  YOU THAT THEY INTENTIONALLY, INTENTIONALLY TOLD THEIR EXPERT TO

7  NOT IDENTIFY THE RAINY DAY RASCALS IN THAT NOTEBOOK.

8          THE THIRD PIECE OF EVIDENCE I WANT TO TURN TO IS THE

9  SO-CALLED ANGEL NOTES.

10          IF WE GO TO 1155-C, AT PAGE 13.

11          THESE ARE JUST NOTES, AGAIN NOT DATED, BUT IN THE

12  BLACK NOTEBOOK; "NOTES, IDEAS, ON LARGE ANGEL."

13          NOW, MR. BRYANT TESTIFIED THAT HE WORKED ON TWO

14  DIFFERENT PROJECTS.  ONE WAS AN ANGEL PROJECT FOR MATTEL, AND

15  ONE FOR ASHTON DRAKE.  MATTEL, HAVING THE BURDEN, NEVER

16  INTRODUCED A WITNESS TO IDENTIFY FOR YOU THE ANGEL PROJECT THAT

17  CARTER BRYANT WAS DOING AT MATTEL.

18          WHY?

19          WOULDN'T THAT HAVE BEEN JUST GREAT?  THEN YOU WOULD

20  HAVE KNOWN WHETHER OR NOT THESE NOTES REFERRED TO THAT ANGEL

21  PROJECT OR THE ASHTON DRAKE PROJECT THAT HE WAS DOING IN 1998.

22          YOU KNOW WHAT WE DID?  WE SHOWED YOU THE ANGEL

23  PROJECT THAT HE WAS WORKING ON FOR ASHTON DRAKE.

24          THIS IS 15364.

25          THIS IS THE ANGEL PROJECT.  THERE'S A COUPLE OF

02:33
02:33
02:3(
02:3.
02:3

1   INTERESTING THINGS ABOUT THIS DOCUMENT.  IF YOU GET A CHANCE,

2   I'D ASK YOU TO TAKE A LOOK AT IT FOR AT LEAST A COUPLE OF

3   REASONS WHEN YOU'RE LOOKING AT IT.

4        FIRST OF ALL, THIS IS AN ANGEL PROJECT THAT COULD

5   HAVE BEEN DONE AND REFERRED TO THE NOTES THAT ARE CONTAINED IN        02:35

6   THE BLACK NOTEBOOK.  WHILE YOU'RE LOOKING AT IT, REMEMBER, WHY

7   DIDN'T MATTEL BRING IN THE ANGEL PROJECT SO WE COULD MAKE A

8   COMPARISON?  I MEAN, YOU KNOW THIS IS AN ANGEL.

9        HIS NOTES TALK ABOUT 17TH CENTURY ARCHANGELS,

10  STAINED-GLASS WINDOWS.                                                02:35

11       CAN WE GO BACK FOR A MOMENT TO THE BLACK NOTEBOOK,

12  PLEASE.

13       SEE "STAINED GLASS" RIGHT THERE, "17TH, 18TH

14  CENTURY"?

15       WHY DIDN'T MATTEL COME IN WITH SOMEBODY FROM BARBIE             02:36

16  COLLECTIBLES OR BARBIE MAINLINE OR SOMEONE AT MATTEL TO PROVE

17  THAT BARBIE WAS DOING AN ANGEL PROJECT THAT HAD STAINED GLASS?

18       I DON'T KNOW, BUT I CAN IMAGINE THAT THERE'S SOME

19  STAINED-GLASS WORK IN HERE.  IT SEEMS LIKE TO BE SOMEWHAT OF A

20  RELIGIOUS ANGEL.  BUT I'M NOT ASKING YOU TO SPECULATE ON THAT,        02:36

21  LADIES AND GENTLEMEN.  I PRODUCED THIS EVIDENCE.  WE PRODUCED

22  THIS EVIDENCE.

23       BUT THE OTHER THING I WANT YOU TO TALK ABOUT IS --

24  MR. QUINN CAN THROW AROUND AS EASILY AS HE WANTS ABOUT DISTRUST

25  AND LIARS AND EVERYTHING ELSE, AND YOU KNOW FROM YOUR LIFE,           02:36

```
 1   LADIES AND GENTLEMEN, YOUR OWN LIFE EXPERIENCES, WHEN YOU PAINT
 2   WITH A BROAD BRUSH, THE INTEGRITY OF HUMAN BEINGS, YOU BETTER
 3   BE RIGHT.  BECAUSE WHILE YOU'RE DELIBERATING ABOUT HOW
 4   DISHONEST THIS MAN IS, CARTER BRYANT, WHEN HE IS A FREELANCER,
 5   WHEN NO ONE IS LOOKING OVER HIS SHOULDER AND HE'S BEING PAID BY   02:37
 6   THE HOUR, LOOK WHAT HE'S DOING.  IT SAYS, MONDAY, FIVE AND A
 7   HALF HOURS; FRIDAY, ONE AND A HALF HOURS.  BUT LOOK AT THE
 8   SCHEDULE.  HE'S WORKING AT HOME; NOBODY IS THERE; HE'S KEEPING
 9   TRACK.  AND HE ACTUALLY TAKES A TEN-MINUTE BREAK, AND HE
10   DOESN'T CHARGE HIS EMPLOYER FOR THAT TEN MINUTES.               02:37
11          OH, HE HAS AN EVIL HEART, AS LONG AS HE'S TESTIFYING
12   AGAINST MATTEL, OR AS LONG AS HE CAME UP WITH AN IDEA THAT
13   MATTEL SO DESPERATELY WANTS BUT DOESN'T DESERVE.
14          NOW, MR. QUINN TOLD YOU THAT THERE'S NOT A SINGLE
15   DOCUMENT THAT CARTER BRYANT DATED IN 1998 AT THE TIME HE DID    02:38
16   IT.  ALL RIGHT.  WE KNOW IT.  THERE WAS BACKDATING, SO-CALLED
17   BACKDATING, OF PUTTING A 1998 DATE ON SOME OF THESE DRAWINGS.
18          BUT I, FOR ONE, AM TIRED OF THE DOUBLE STANDARD THAT
19   APPLIES WHEN YOU'RE TALKING ABOUT MGA AND CARTER BRYANT AND
20   MR. LARIAN; THEY'RE ALL LIARS; THEY CAN'T BE TRUSTED; THEY'VE   02:38
21   BROKEN THE SIGN OF INTEGRITY.
22          BUT WHEN LILY MARTINEZ CAN TAKE THE STAND AND DRAW
23   FOR YOU, AND MR. QUINN -- AND I'M NOT MIMICKING THIS; I'M JUST
24   SAYING I REMEMBER IT VIVIDLY WHEN MR. QUINN ASKS LILY MARTINEZ
25   TO TAKE A STEP DOWN AND DRAW SOMETHING FOR YOU; AND SHE SAYS,   02:3
```

```
 1   'WHAT SHOULD I DRAW,' AND MR. QUINN SAYS, 'I DON'T KNOW.  LET

 2   THE LINES TALK TO YOU.'  BECAUSE THAT'S THE SETUP.  THAT'S WHAT

 3   SHE WAS SAYING:  'THAT'S HOW I GET MY INSPIRATION; THE LINES

 4   SPEAK TO ME.'

 5        WELL, WHAT MS. MARTINEZ'S LINES SPOKE TO HER IS THE

 6   DRAWING THAT SHE MAKES, WHICH IS THE PROTOTYPE DRAWING THAT

 7   ULTIMATELY BECOMES MY SCENE; AND ON CROSS-EXAMINATION, SHE

 8   ADMITS SHE'S DONE IT TENS OF TIMES.  BUT HERE'S THE KEY:  ON

 9   THE DATES -- SHE ADMITTED ON TOON TEENS THAT THE DATES THAT ARE

10   APPEARING ON THESE DRAWINGS, 1999, SHE PUTS THE 1999 ON THEM

11   YEARS LATER WHEN SHE GOT A CALL FROM A LEGAL DEPARTMENT.  AND

12   THEY'RE ASKING YOU, AND THEY'RE ASKING YOU, THEY'RE ASKING YOU

13   TO JUDGE CARTER BRYANT BECAUSE HE PUT DATES OF 1998.

14        BUT YOU KNOW WHAT, LADIES AND GENTLEMEN OF THE JURY,

15   I DON'T FAULT MS. MARTINEZ.  SHE'S A LOVELY WOMAN, AND I KNOW

16   THAT I'VE SELECTED HER FOR A PURPOSE.  WHEN SHE PUT 1999 ON

17   THOSE DRAWINGS, IT'S BECAUSE THAT WAS THE DATE SHE DREW THEM.

18   IT'S THE SAME REASON, WHEN CARTER BRYANT PUT THE 1998 DRAWINGS

19   ON -- IT'S BECAUSE HE KNEW HE DID THEM WHEN HE WAS IN

20   KIMBERLING CITY.

21        YOU SEE?

22        "AND IS IT YOUR PRACTICE TO ALWAYS DATE YOUR DRAWINGS

23   WHEN YOU DO THEM?"

24        ANSWER:  "I DIDN'T ALWAYS DATE THEM THEN, BUT I DO

25   NOW."
```

02:39
02:39
02:40
02:40
02:40

```
 1              MR. NOLAN:  I SUSPECT MR. BRYANT HAS THE SAME VIEW.
 2              QUESTION:  "HOW DO YOU KNOW YOU DID THESE IN JUNE OF
 3    1999?"
 4              ANSWER:  "BECAUSE I GOT A CALL -- I DON'T REMEMBER
 5    WHEN, BUT AFTER JUNE 1999, THE LEGAL DEPARTMENT CONTACTED ME      02:41
 6    AND SAID, 'HEY, WE MIGHT NEED ALL OF YOUR TOON TEENS STUFF,
 7    YOUR SKETCHES, AND WHATEVER YOU HAVE,' AND I SAID, 'OH, OKAY.'
 8    AND I HUNG UP THE PHONE AND I GATHERED MY STUFF, AND AT THAT
 9    POINT, I SAID, 'I BETTER DATE THEM BEFORE I FORGET EXACTLY WHEN
10    I DID THIS.'  AND THAT'S WHY I PUT THE DATE AFTERWARDS."          02:41
11              MR. NOLAN:  ALL WE'RE ASKING, ALL WE'RE ASKING,
12    LADIES AND GENTLEMEN, IS THE SAME STANDARD.
13              AND, OH, IS IT BIAS BECAUSE CARTER BRYANT MADE SO
14    MUCH MONEY IN ROYALTIES AND THAT'S WHAT MAKES HIS TESTIMONY SO
15    UNTRUSTWORTHY?                                                    02:41
16              DO YOU NOT BELIEVE FOR A MOMENT THAT THIS CASE ISN'T
17    IMPORTANT TO MATTEL AND THE EMPLOYEES AT MATTEL?  AND EVEN
18    MS. MARTINEZ, WHO'S ONE OF THE DESIGNERS OF MY SCENE, WHICH IS
19    LAUNCHED AFTER THE INTRODUCTION OF BRATZ, TO COMPETE AGAINST
20    BRATZ, BUT IS NO LONGER SOLD DOMESTICALLY?  IS IT ONLY AN MGA     02:42
21    WITNESS THAT MIGHT HAVE A CLAIM OF BIAS THROWN AGAINST THEM?
22              MATTEL HAS A STAKE IN THIS CASE.  THEY WANT AN IDEA
23    THAT THEY DIDN'T CONCEIVE.  THEY WANT DRAWINGS THEY DIDN'T DRAW
24    AND ARE NOT ENTITLED TO.
25              ANOTHER WAY THEY TRY TO PUT THESE DRAWINGS INTO 1999    02:42
```

```
 1   RATHER THAN 1998 IS THEY USE TOON TEENS.  AND I WANT TO TURN TO

 2   TOON TEENS, IF I MIGHT.  YOU SEE, WE'RE OUT OF THE BLACK

 3   NOTEBOOK FOR JUST A MOMENT.

 4        AND RESPECTFULLY, IF YOU LOOK AT JURY INSTRUCTION

 5   NUMBER 9, THE WEIGHT OF MR. QUINN'S ELOQUENT CLOSING ARGUMENT      02:43

 6   IS NOT A SUBSTITUTE FOR EVIDENCE THAT YOU CAN HOLD ON TO.  AS

 7   PASSIONATELY AS IT WAS DELIVERED, IT'S AS FLEETING AS IT

 8   SOUNDED.  BECAUSE AT THE END OF THE DAY, THERE WAS NO EVIDENCE

 9   TO SUPPORT THOSE CLAIMS.  THEY COULD HAVE BROUGHT IN SOMEBODY

10   FROM MATTEL TO REALLY MAKE IT CLEAR, TO MEET THEIR BURDEN.        02:43

11        TOON TEENS.  THEY SAY, 'ALL RIGHT, ANOTHER REASON WHY

12   YOU SHOULD KNOW THAT CARTER BRYANT DID THESE DRAWINGS IN 1999

13   IS BECAUSE HE WAS AT MATTEL; TOON TEENS WAS MADE AT MATTEL;

14   THERE WERE SOME CUBICLES, AND ELISE CLOONAN SAT NEAR

15   LILY MARTINEZ, AND ELISE CLOONAN IS FRIENDS WITH CARTER BRYANT,   02:43

16   AND CARTER BRYANT MUST HAVE WALKED BY THE CUBICLE WITH

17   ELISE CLOONAN AND SEEN THE DRAWING THAT WAS IN THE CUBICLE.'

18        THAT'S THE EVIDENCE.

19        I'M NOT MAKING THIS UP.  THAT'S THE QUALITY OF THE

20   EVIDENCE.                                                        02:4

21        CARTER BRYANT SAID HE SAW THE 3-D L-BOARD DISPLAY

22   THAT WAS OPEN IN THE PUBLIC AFTER TOON TEENS HAD BEEN SCRAPPED.

23   BUT HE SAID, 'I NEVER SAW THE DRAWING.'

24        BUT HERE'S ANOTHER QUESTION I HAVE FOR YOU.  THAT'S

25   WHAT CARTER BRYANT SAID HE SAW.  AND YOU REMEMBER THE TESTIMONY   02:4
```

```
 1   THAT, 'OH, BLUE SKIES, IT'S SUCH A WONDERFUL PLACE TO WORK,
 2   THAT EVEN WHEN DESIGNER'S PROJECTS DON'T GET GREEN-LIGHTED,
 3   THEY'RE PUT ON AN L-SHAPED BOARD SO EVERYBODY CAN GO BY AND
 4   TAKE A LOOK AT IT.'  AND YOU SEE THESE 3-D OBJECTS ARE IMAGES
 5   OF THE DOLLS.  BUT YOU'LL REMEMBER THAT LILY MARTINEZ SAID,      02:44
 6   'WELL, YOU KNOW, MY DECAL, THE ORIGINAL TOON TEENS DRAWING, IT
 7   IS IN THERE.  IT'S ABSOLUTELY IN THERE.  CARTER BRYANT COULD
 8   HAVE SEEN THAT.'
 9        NOW, MIND YOU, THEY'RE ASKING YOU TO SPECULATE.
10   THEY'RE ASKING YOU TO ASSUME THAT CARTER BRYANT WALKED BY, SEES  02:45
11   THE L-BOARD, AND -- YOU SEE THIS LITTLE DECAL THAT'S
12   HIGHLIGHTED.  THAT'S SUPPOSEDLY THE TOON TEENS DRAWING THAT
13   CARTER BRYANT WAS INSPIRED BY, TO COME UP WITH THE NOW FAMOUS,
14   WORLD SUCCESSFUL BRATZ LINE.
15        NOW, IN ORDER TO SET THIS UP, THOUGH, ASK YOURSELF,        02:45
16   WHY DID MATTEL HAVE TO PUT IN FRONT OF YOU SEATING CHARTS THAT
17   HAD BEEN ALTERED?  YOU MIGHT RECALL AT THE VERY BEGINNING OF
18   THE CASE -- IT'S A LONG TIME AGO; IT'S SEVEN WEEKS, AND I KNOW
19   THAT YOU'VE BEEN DILIGENT, AND ALL OF US ARE -- YOU KNOW, THE
20   WEEKEND, REVIEWING THIS EVIDENCE, AND YOU'LL BE ABLE TO SEE IT   02:45
21   IN THE BACK WHEN YOU'RE STARTING TO DELIBERATE.  BUT REMEMBER,
22   SEATING CHARTS WERE PUT UP THERE.  SEATING CHARTS WERE SHOWN
23   JUST LIKE THAT.  THIS WAS ONE THAT WAS SHOWN TO PAULA GARCIA.
24        I ASKED PAULA GARCIA, 'DID YOU SIT THERE?'
25        'NO.'                                                      02:4
```

```
 1         THEY ASKED CARTER BRYANT SIMILAR QUESTIONS.  NONE OF
 2   THEM COULD IDENTIFY THE SEATING ARRANGEMENTS THAT WOULD HAVE
 3   PROVIDED THEM CLOSE ENOUGH ACCESS TO ALLOW THE INFERENCE THAT
 4   CARTER BRYANT WALKED DOWN THIS HALL, TURNED LEFT, CAME RIGHT,
 5   PICKED UP ELISE CLOONAN, WALKED OVER, SAW THE CUBICLE, MUST       02:46
 6   HAVE SEEN TOON TEENS, 'WOW, THAT'S INSPIRATIONAL.  I'M GOING TO
 7   MAKE A DOLL OUT OF IT.'
 8         THAT'S THEIR STORY.
 9         TO SUPPORT THIS, THOUGH, THEY GIVE YOU A SEATING
10   CHART THAT'S INCORRECT.                                          02:46
11         LILY MARTINEZ, WHEN SHE'S IDENTIFYING IT -- AND WE'RE
12   BLOWING IT UP -- LILY MARTINEZ SAYS, 'THAT'S WHERE I'M SITTING.
13   I'M SITTING RIGHT IN THAT ONE CUBICLE.'
14         AND ON CROSS-EXAMINATION, I SAID, 'OKAY, BUT THAT'S
15   THE CUBICLE WITHOUT YOUR NAME.'                                  02:46
16         'YES.  I KNOW.  THAT'S NOT MY NAME, BUT THAT'S WHERE
17   I WAS SITTING.'
18         'WELL, WHAT ABOUT THE PERSON NEXT TO YOU?'
19         'WELL, THAT'S WHERE ELISE CLOONAN WAS SITTING.'
20         'YEAH.  BUT THAT DOESN'T HAVE ELISE CLOONAN'S NAME ON       02:47
21   IT EITHER.'
22         'I KNOW.  THAT'S SOMEBODY ELSE'S NAME.'
23         WHY DIDN'T THEY BRING YOU THE SEATING CHARTS THAT
24   WERE ACCURATE AT THE TIME OF THE POINT THAT THEY'RE TRYING TO
25   MAKE?                                                            02:47
```

```
 1            SURELY THEY COULD HAVE DONE THAT.

 2            OR THEY COULD HAVE BROUGHT IN SOMEBODY ELSE THAT WAS

 3    SITTING IN THE CUBICLES AND SAID, 'YOU KNOW WHAT, I DON'T HAVE

 4    A DOG IN THE FIGHT.  I KNOW BECAUSE CARTER BRYANT DID WALK BY

 5    AND HE SAW THE TOON TEENS DRAWING.'                              02:47

 6            THEY TRIED THE SAME SEATING CHART ISSUE IN ORDER TO

 7    PROVE THAT CARTER BRYANT AND PAULA TREANTAFELLES GARCIA KNEW

 8    EACH OTHER WHILE THEY WERE WORKING AT MATTEL.  THEY SHOWED A

 9    CHART.  THEY SHOWED YOU A CHART THAT HAD CARTER BRYANT SITTING

10    NEXT TO PAULA TREANTAFELLES.  THE NAME.  THAT CHART WAS FALSE.   02:47

11    EVERYONE HAS TESTIFIED IT WASN'T ACCURATE.

12            IF YOU SEE IT BACK THERE, YOU'LL REMEMBER IT.  IT

13    JUMPS OUT AT YOU.  PLEASE SAY TO YOURSELF, WHY?

14            BUT LET'S GO TO TOON TEENS.

15            ANOTHER THING IS, THEY SAY, 'WELL, TOON TEENS CLEARLY   02:48

16    IS THE INSPIRATION OF BRATZ.'  AND THIS IS WHY.

17            LET'S GO TO A PICTURE OF TOON TEENS FOR JUST A

18    MOMENT.

19            THIS IS TOON TEENS.

20            NOW, THE TESTIMONY IN TOON TEENS -- AND I'M NOT GOING    02:48

21    TO GO THROUGH IT ALL BECAUSE WE DON'T HAVE THE TIME HERE --

22    THEY WERE SAYING IT'S THE POSE.  THIS IS WHAT -- IT'S A

23    UNIQUE -- REMEMBER THAT IVY ROSS TESTIFIED TO IT; LILY MARTINEZ

24    TALKED ABOUT IT.  IT'S THE POSE.  THAT'S WHAT WAS UNIQUE.

25    THAT'S WHAT INSPIRED CARTER BRYANT TO GO OFF AND DO THE HUGELY   02:48
```

```
 1 | SUCCESSFUL, MULTI-ETHNIC, HIP BRATZ.
 2 |        WELL, WHAT'S INTERESTING ABOUT IT -- AND YOU'LL GO
 3 | BACK AND REVIEW YOUR NOTES -- WHEN I ASKED IVY ROSS ABOUT IT,
 4 | SHE DESCRIBED THAT POSE AS BEING DEFIANT.  WHEN I ASKED
 5 | LILY MARTINEZ, SHE SAID, 'IT KIND OF LACKS CONFIDENCE.'  TWO
 6 | DIFFERENT STYLES.  BUT THEY'RE TRYING TO TELL YOU, 'OH, THIS IS
 7 | THE INSPIRATION FOR BRATZ.'
 8 |        I ASKED MS. MARTINEZ -- I CAN'T DRAW THIS.  I'M NOT
 9 | IN ANY WAY TRYING TO DISPARAGE MS. MARTINEZ'S TALENT.  SHE'S A
10 | VERY TALENTED WOMAN -- I ASKED HER, 'WHAT AGE GROUP WAS THIS
11 | INTENDED TO BE?'
12 |        'YOUNG CHILDREN.'
13 |        LOOK AT THE LEGS.  LOOK AT THE BOOTS.  THIS IS A
14 | YOUNG CARTOONISH-LOOKING GIRL, INCREDIBLY CUTE, BIG EYES; BUT
15 | ALL THEY'RE SAYING, LADIES AND GENTLEMEN, IS IT'S THE POSE.
16 |        AND THEY WANT YOU TO BELIEVE THAT BECAUSE THAT MEANS
17 | THAT CARTER BRYANT LOOKED AT THAT, RAN OUT OF THE CUBICLE, DID
18 | ALL OF HIS DRAWINGS FOR BRATZ, AND THEN WENT TO RAMONA PRINCE
19 | AND HAD THEM NOTARIZED; BECAUSE THE TESTIMONY IS THAT -- AND
20 | MS. MARTINEZ SHOWED US THE PICTURE OF THE L-BOARD.  THE
21 | PHOTOGRAPH HAS AUGUST OF 1999 ON IT.  WELL, IN AUGUST OF 1999,
22 | CARTER BRYANT IS TAKING HIS DRAWINGS AND SENDING THEM TO
23 | ALASKA MAMA.  WE KNOW THAT BECAUSE OF JACQUELINE PRINCE.
24 |        TOON TEENS.  IF THAT'S THE BEST THEY HAVE, I
25 | RESPECTFULLY SUBMIT, IT DOESN'T MEET THEIR BURDEN.
```

02:49
02:49
02:49
02:50
02:50

1        I MENTIONED THE NOTARY.  LET'S TALK ABOUT THE NOTARY

2   FOR A MOMENT, BECAUSE THIS IS ALSO A PIECE OF EVIDENCE THAT'S

3   VERY IMPORTANT.

4        THE FIRST DAY WE MET YOU, IN OPENING STATEMENTS,

5   MR. QUINN PUT THIS GRAPHIC IN FRONT OF YOU.  AND THIS IS THE          02:51

6   GRAPHIC WITH RESPECT TO THE NOTARY, THE FRAUDULENT NOTARY BOOK.

7   I BORROWED IT FROM MATTEL.  THE NOTARY BOOK WAS FORGED.  AND

8   THEN THEY HAVE THE BLOWUP.  AND THEN WE HAVE THE REPRESENTATION

9   BY MR. QUINN IN HIS OPENING STATEMENT.

10       MR. QUINN, IN HIS OPENING STATEMENT, SAID THAT THIS           02:51

11  WAS FALSE.  AND WE HAD AN INK EXPERT COME AND LOOK AT THIS, AND

12  THE INK EXPERT FOUND THAT THE ADDITIONAL LANGUAGE THERE, "FROM

13  MISSOURI 1998" -- REMEMBER, THAT'S THE STORY THEY WANT TO TELL

14  YOU DURING THE GAP OF HIS EMPLOYMENT, AND THAT'S IN DIFFERENT

15  INK.  THAT'S THE REST THERE.                                      02:52

16       THAT'S WHAT WAS TOLD TO YOU.

17       THERE WAS NO INK EXPERT.  MR. CUNNINGHAM, HOWEVER --

18  DO WE HAVE MR. CUNNINGHAM'S SLIDE AND HIS TESTIMONY, PLEASE --

19  MR. CUNNINGHAM, THEIR EXPERT, CAME IN AND SAID, UNDER

20  EXAMINATION BY MR. SLOAN, "AND, SIR, YOU DETERMINED THAT YOU      02:52

21  WERE UNABLE TO DETERMINE WHETHER THE INK ON THE FOURTH LINE' --

22  'THE INK USED TO WRITE THE FOURTH OR THE FIFTH LINE WAS

23  DIFFERENT FROM ANY OF THOSE OTHER INKS, DIDN'T YOU."

24       ANSWER:  "I COULD NOT DIFFERENTIATE BETWEEN THE INK

25  USED FOR THE FIRST FOUR LINES AND THE INK USED FOR THE FIFTH      02:52

1   LINE."

2            QUESTION:  "THAT WAS USING A MICROSCOPIC EXAMINATION;

3   CORRECT?"

4            ANSWER:  "CORRECT."

5            QUESTION:  "AND YOU COULDN'T DISTINGUISH WITH A                02:53

6   REFLECTED INFRARED LIGHT?"

7            ANSWER:  "CORRECT."

8            QUESTION:  "YOU COULDN'T DISTINGUISH USING INFRARED

9   LUMINOUS?"

10           ANSWER:  "CORRECT."                                          02:53

11           QUESTION:  "AND YOU ALSO USED UV LIGHT, DIDN'T YOU,

12  SIR?"

13           ANSWER:  "A UV LIGHT AND A DICHROIC FILTER."

14           QUESTION:  "AND THOSE ARE ALL VERY POWERFUL DEVICES

15  TO TRY TO DISTINGUISH BETWEEN THE INKS IN DIFFERENT QUESTIONED        02:53

16  ENTRIES; CORRECT?"

17           ANSWER:  "I DON'T USE THE TERM 'POWERFUL,' BUT

18  THEY'RE SCIENTIFIC INSTRUMENTATION I USED."

19           **MR. NOLAN:**  NO EXPERT.  THE INK IS THE SAME.  THE

20  BEST MR. CUNNINGHAM COULD DO IS SAY, 'WOW, SOMEONE WHO WROTE IN       02:53

21  "FROM MISSOURI 1998" WROTE REALLY SLOW, IN DELIBERATE

22  HANDWRITING.'

23           AND THE OTHER THING IS, REMEMBER, AT THE VERY

24  BEGINNING, 'MR. CUNNINGHAM, DID YOU LOOK AT THE DEPOSITION OF

25  RAMONA PRINCE?'                                                      02:53

1          'NO.   THAT WOULD BE INAPPROPRIATE.'

2          'WHY WOULD IT BE INAPPROPRIATE?'

3          'WELL, BECAUSE I NEED TO MAKE MY OWN SCIENTIFIC

4    CONCLUSIONS.'

5          **MR. NOLAN:**  WELL, WHEN WE LOOKED AT HIS REPORT, HE        02:54

6    HAD TO IDENTIFY THAT, OF COURSE, HE HAD READ DEPOSITIONS.

7          SO YOU MUST BE THINKING TO YOURSELF AT THAT POINT,

8    WHY ISN'T HE ADMITTING THAT HE READ HER DEPOSITION?

9          WELL, I SUSPECT THIS MAY BE ONE OF THE REASONS.

10          CAN WE PLAY THE VIDEO CLIP.                                 02:54

11          I JUST WANT TO ADD ONE MORE THING.

12          RAMONA PRINCE IS A NOTARY THAT IS NOTARIZING BRATZ

13   DRAWINGS IN AUGUST OF 1999.  AT THAT TIME, YOU KNOW, MATTEL'S

14   GRAND CONSPIRACY THAT MGA, ISAAC LARIAN, CARTER BRYANT, AND THE

15   WORLD, INCLUDING THE LAWYERS, ARE LYING ABOUT WHEN THIS SCHEME     02:54

16   DEVELOPED.  WERE THE DRAWINGS IN 1998 OR 1999?  LET'S HIDE THE

17   FACT THAT THEY WERE REALLY DONE IN 1999 AND AT MATTEL AND THEY

18   DON'T BELONG TO US.  LET'S ALL COME UP WITH THIS.

19          AT THIS TIME, LADIES AND GENTLEMEN, CARTER BRYANT

20   DOESN'T EVEN KNOW MGA HAD NEVER HEARD OF IT.                       02:55

21          AND THEN THE OTHER THING I WANT YOU TO KNOW IS THAT

22   IF HE WAS SO WORRIED, WHY, OF ALL OF THE NOTARIES THAT YOU

23   WOULD GO TO TO HAVE DRAWINGS NOTARIZED FOR YOU, YOU GO TO THE

24   SECRETARY OF THE ADMINISTRATIVE VICE PRESIDENT IN THE DESIGN

25   CENTER AT MATTEL, WHO HE DOESN'T KNOW VERY WELL, HAD HER OVER      02:5.

```
 1   FOR DINNER ONE TIME, AND THEN HE'S GOING TO SHOW HER, ACCORDING
 2   TO MATTEL, THESE SECRET DRAWINGS THAT HE HAS DONE WHILE AT
 3   MATTEL.
 4        IT DOESN'T MAKE SENSE.  IT DOESN'T MAKE SENSE.
 5        BUT IN ANY EVENT, HE GOES TO HER.  HE ASKS HER TO          02:55
 6   NOTARIZE THE BOOK.
 7        THEY WANT YOU TO BELIEVE THAT THIS NOTARY BOOK IS
 8   FORGED.  IT HAS TO BE FORGED FOR MATTEL TO WIN THIS CASE,
 9   BECAUSE OTHERWISE, THIS IS REALLY SIGNIFICANT EVIDENCE.  HERE
10   IS A PERSON, RAMONA PRINCE, WHO DOESN'T KNOW ANYTHING ABOUT     02:56
11   ANYTHING.  SHE'S JUST ASKED TO NOTARIZE SOME ENTRY IN A NOTARY
12   BOOK, WITH HER CHILD AT HOME THAT NIGHT, FOR SOMEONE FROM
13   MATTEL; FAVORS THAT SHE'S DONE BEFORE.
14        THIS IS HER TESTIMONY.  IT WAS THE LAST QUESTION.  I
15   SUSPECT THIS IS WHY MR. CUNNINGHAM DID NOT WANT TO ADMIT THAT   02:56
16   HE READ THE DEPOSITION, BECAUSE IT DEBUNKS THEIR WHOLE ARGUMENT
17   ABOUT THE FORGED NOTARY.
18        (VIDEO EXCERPTS PLAYED AS FOLLOWS:)
19        QUESTION:  "DO YOU HAVE ANY REASON TO BELIEVE THAT
20   ANYONE AT ANY TIME ALTERED IN ANY WAY THE ENTRY IN YOUR JOURNAL 02:57
21   DATED AUGUST 26, 1999 FOR MR. BRYANT?"
22        ANSWER:  "NO."
23        (VIDEO EXCERPT ENDS.)
24        MR. NOLAN:  YOUR HONOR, IT'S 3:00.  WOULD THIS BE AN
25   APPROPRIATE TIME FOR A QUICK BREAK?                             02:5
```

```
 1              THE COURT:  VERY WELL.

 2              (BRIEF RECESS TAKEN.)

 3              (WHEREUPON, JURORS ENTER COURTROOM.)

 4              THE COURT:  COUNSEL, YOU MAY RESUME.

 5              MR. NOLAN:  THANK YOU.                          03:06

 6              I NEED TO GO BACK AND POINT OUT ONE OTHER THING, IF I

 7       MIGHT.

 8              WE TALKED ABOUT RAINY DAY RASCALS.  I DIDN'T WANT TO

 9       LEAVE THE IMPRESSION THAT THAT LITTLE TINY FIGURINE WAS THE

10       ONLY ONE IN 1998.                                     03:06

11              COULD I HAVE UP SLIDES 84 AND 85.

12              THESE ARE OTHER RAINY DAY RASCALS IDENTIFIED BY

13       CARTER BRYANT AS HAVING BEEN DONE IN 1998, FURTHER EVIDENCE

14       THAT HE WAS DOING THE SERIES OF RAINY DAY RASCALS IN 1998.

15       TRIAL EXHIBIT 15333, AND THEN TRIAL EXHIBIT 18497.  AND THE  03:07

16       KEY, IF YOU LOOK UP ON THE LEFT-HAND SIDE -- WE DID THIS DURING

17       EXAMINATION -- ON THE TRIAL EXHIBIT 1533, IT SAYS, "WHENEVER I

18       NEED YOU," AND THEN YOU GO OVER TO THE NEXT DRAWING, WHICH IS A

19       SEPARATE EXHIBIT, TRIAL EXHIBIT 18497.  HE CAPTURES THAT IMAGE,

20       THAT PHRASE, "WHENEVER I NEED YOU," AND THEN YOU GO TO THE  03:07

21       DRAWING OVER IN THE TOP RIGHT-HAND -- WE HAVE IT IN YELLOW --

22       IT SAYS, "WHENEVER I NEED YOU."

23              SO, AGAIN, IT'S NOT JUST THAT SMALL IMPRESSION THAT

24       WAS ON THE INVENTION OF THAT BLACK NOTEBOOK.  HE'S DOING RAINY

25       DAY RASCALS IN 1998.  RICHARD TESTIFIES HE SHOWED HIM GREETING  03:07
```

```
 1    CARDS THAT WERE DONE IN 1998.  MS. GALVANO, EVEN IN HER VIDEO,
 2    SAID THAT SHE SAW GREETING CARDS WHEN SHE WAS VISITING IN
 3    MISSOURI.
 4         BY THE WAY, THE OTHER POINT I WANTED TO MAKE ON
 5    MS. GALVANO -- I THINK IT'S VERY, VERY INTERESTING -- TO PROVE      03:08
 6    THAT MS. GALVANO WAS BACK IN MISSOURI DURING THAT PERIOD OF
 7    TIME -- AND WHILE YOU'RE BACK THERE, LOOK AT HER CALENDAR; IT'S
 8    THERE -- SHE HAS THE EIGHT HUNDRED NUMBER TO ALASKA AIRLINES.
 9    SHE HAS THE MILES ON HER ACCOUNT, VERIFYING THAT SHE HAD ENOUGH
10    MILES TO TAKE THE FLIGHT.                                          03:08
11         THERE IS SOME QUESTION ABOUT, WELL, SHE DIDN'T HAVE
12    ANY RECORD EVIDENCE.  BUT YOU HEARD HER TESTIMONY.  SHE CALLED
13    ALASKA AIRLINES.  SHE CALLED CITY BANK.  SHE TRIED TO GET ALL
14    OF THE DOCUMENTS TO PROVE TO YOU THAT SHE WAS IN MISSOURI.  BUT
15    I THINK FROM THE DEMEANOR, YOU CAN SEE.                            03:08
16         AND THESE CERTAINLY ARE DONE IN 1998.
17         NOW, ONE OTHER THING I WANT TO DO BEFORE I LEFT
18    TOON TEENS HAS TO DO WITH THE ACTUAL POSES.
19         REMEMBER, THE TESTIMONY IS HOW UNIQUE THAT POSE WAS
20    OF TOON TEENS.                                                     03:09
21         BUT IF I COULD, COULD WE GO UP TO THE NEXT GRAPHIC.
22         THESE ARE OTHER POSES BY CARTER BRYANT.  IN THE SIXTH
23    GRADE CLASS, HE WON THE CONTEST FOR DRAWING VERONICA IN THE
24    CARTOON SERIES ARCHIE, AND THEN IN HIGH SCHOOL, HE WAS USING
25    THESE HAND POSES OUT TO THE SIDE.  IN JANUARY OF 1998, ONE OF      03:09
```

```
 1   THE JEWEL DRAWINGS WERE THERE; SO TO ARGUE THAT THE ARMS
 2   EXTENDED LIKE THIS IS SOMEHOW A UNIQUE CREATION TO AN ARTIST,
 3   ITS HANDS, ITS POSES -- YES, YOU CAN GET AN ATTITUDE FROM THEM,
 4   BUT CERTAINLY, THAT CANNOT BE THE WAY MATTEL CAN MEET ITS
 5   BURDEN OF PROVING THAT THESE WERE DONE AT MATTEL, BECAUSE HE       03:09
 6   WAS INSPIRED BY TOON TEENS.

 7           LET'S TURN TO THE DRAWINGS, IF I MIGHT.

 8           MR. BRYANT WENT THROUGH A NUMBER OF -- I APOLOGIZE.
 9   I WANT TO GO TO THE STEVE MADDEN DEVILS AD JUST FOR A MOMENT.
10   THIS IS THE OTHER PIECE OF EVIDENCE THAT THEY USED.  THIS IS       03:1C
11   SLIDE 132.  I BELIEVE THIS IS THE LAST PIECE OF EVIDENCE THEY
12   INTRODUCED TO YOU, TO SHOW HE MUST HAVE BEEN INSPIRED BY THIS.
13   THIS IS A STEVE MADDEN AD THAT MR. BRYANT GAVE TO
14   MARGARET LEAHY TO HAVE MARGARET LEAHY USE IT AS INSPIRATION.

15           YOU KNOW, FOR MOST OF THE TRIAL, MOST OF THE USE OF        03:1C
16   THIS EXHIBIT WAS TO SUGGEST TO YOU THAT THIS CAME OUT OF THE
17   AUGUST 17, 1999 SEVENTEEN MAGAZINE, THUS PROVING IT MUST HAVE
18   BEEN AUGUST '99.  BUT IN TRUTH, AS WE PROVED WITH
19   MARGARET LEAHY, THESE ARE NOT THE SAME.  THE ADVERTISEMENTS ARE
20   NOT THE SAME.  THE ONE ON THE RIGHT IS FROM THE SEVENTEEN          03:13
21   MAGAZINE, AND THE ONE THAT'S ON THE LEFT IS A DIFFERENT AD.

22           AND YET, MATTEL -- THE QUALITY OF ITS PROOF -- WANTS
23   YOU TO SAY 'OH, GEE, AT LEAST THE PHOTOGRAPH IS SIMILAR FROM A
24   SEVENTEEN MAGAZINE IN 1999.'  BUT THEY CAN'T DATE THIS AD.
25   THEY WANT YOU TO ASSUME, JUST SPECULATE, THAT THIS CAMPAIGN        03:1:
```

```
 1   ONLY RAN IN ONE YEAR, FOR ONE LIMITED PERIOD OF TIME.

 2        THERE'S NO EVIDENCE OF THAT.  THEY COULD HAVE BROUGHT

 3   IN EVIDENCE FROM THE ADVERTISING CAMPAIGN MANAGER TO DATE THIS

 4   FOR YOU, BUT THEY DIDN'T.  THEY WANT YOU TO SPECULATE.

 5        LET'S GO TO SLIDE 27.  THIS, AGAIN, YOU'VE SEEN "MEET     03:12

 6   THE BRATZ," THE IDEA, THE CONCEPT, IN 1998.

 7        ONE OF THE QUESTIONS THAT YOU'LL BE ASKED ON THE JURY

 8   VERDICT FORM -- I BELIEVE IT'S QUESTION NUMBER 5 -- WILL ASK

 9   YOU WHEN HE CAME UP WITH THE CONCEPT.

10        NOW, IN MY MIND, NUMBER 5 IS REALLY THE STARTING          03:12

11   POINT IN TERMS OF HOW YOU FRAME THIS ISSUE, BUT IT'S THE FIFTH

12   QUESTION.  THE FIRST QUESTION WE'RE GOING TO GO THROUGH IN JUST

13   A MINUTE TALKS ABOUT WHICH DRAWINGS GO INTO WHAT BUCKET.  BUT

14   THE CONCEPT, LADIES AND GENTLEMEN, THE EVIDENCE, I SUBMIT, IS

15   OVERWHELMING THAT THE CONCEPT AND THE INITIAL DRAWINGS FOR      03:13

16   BRATZ WAS DONE IN LATE SUMMER, IN KIMBERLING CITY, MISSOURI.

17        SO THAT'S "MEET THE BRATZ."

18        CARTER'S TESTIMONY IS THAT HE DID THAT WHILE THERE IN

19   1998.  HE TYPED IT UP FOR CERTAIN BEFORE THE PITCH MEETING.  WE

20   KNOW THAT, BECAUSE IT WAS ORIGINALLY WRITTEN, AND, LOOK, HE'S   03:13

21   USING THE NAME BRATZ.  THAT'S GOING TO BE ANOTHER QUESTION ON

22   THIS JURY VERDICT FORM:  WHEN DID HE COME UP WITH THE NAME

23   BRATZ?

24        HE CAME UP WITH THE NAME BRATZ BACK IN KIMBERLING

25   CITY, MISSOURI.  AND DESPITE WHAT THEY WANT IN TERMS OF THE     03:13
```

1    FACT THAT IT JUST SO HAPPENED THERE WAS BRATS BEING CONSIDERED
2    WITHIN MATTEL FOR A POTENTIAL PROJECT, THEY DID NOT BRING IN A
3    SINGLE PERSON THAT COULD SAY CARTER BRYANT HAD ACCESS TO THE
4    MEMO THAT SAID ONE OF THE NAMES HERE IS BRATZ.  THERE IS NOT A
5    SCINTILLA OF EVIDENCE THAT CARTER BRYANT KNEW THAT THE NAME        03:14
6    BRATS, WITH AN S, WAS BEING CONSIDERED AT MATTEL.  THEY WANT
7    YOU TO SPECULATE BECAUSE SOME OUTSIDE VENDOR PROVIDED A LIST TO
8    A DEPARTMENT AT MATTEL THAT INCLUDED ONE OF, I THINK, 20 NAMES,
9    BRATZ.

10        BUT WHEN I ASKED IVY ROSS WHETHER OR NOT SHE THOUGHT         03:14
11   MR. BRYANT HAD ACCESS TO THAT MEMO, BECAUSE HE'S NOT ON THE
12   MEMO, SHE SAID, 'NO, I HAVE NO BASIS TO SAY THAT MR. BRYANT SAW
13   THIS.'

14        BUT THEY ARE CLAIMING THAT MR. BRYANT GOT THE NAME
15   BRATZ FROM MATTEL.  IT'S A LITTLE BIT LIKE THEIR THEORY THAT HE   03:14
16   WAS WALKING DOWN THE CUBICLE, TURNED LEFT, SAW THE DRAWINGS,
17   AND THEN MOVED ON, ON TOON TEENS.

18        IT'S NOT THERE.  IT'S LIKE GRABBING JELLY AND HOLDING
19   ONTO IT.  IT DOESN'T SUPPORT THE BURDEN THEY HAVE TO MEET IN
20   THIS CASE.                                                        03:15

21        LET'S TURN TO SLIDE 28.

22        THESE ARE THE MASTER DRAWINGS, THE POSE, THE GESTURAL
23   MARKS.  YOU'VE SEEN THESE BEFORE.  I'VE MARKED THEM TRIAL
24   EXHIBIT 762.  THESE ARE THE POSES OF THE BRATZ.  EVEN LOOKING
25   AT THEM IN THIS EARLY FORM, YOU SEE THE ATTITUDE, YOU SEE THE     03:15

| | |
|---|---|
| 1 | DIFFERENCE, YOU SEE THE IMAGINATION AND INSPIRATION THAT | |
| 2 | CARTER BRYANT HAD.  THEY GO AND THEY SAY, 'OH, THE AUGUST 1998 | |
| 3 | PARIS BLUES AD DOES NOT LOOK LIKE THIS, AND THE COCA-COLA AD IN | |
| 4 | THE AUGUST MAGAZINE DOESN'T LOOK LIKE THIS, OR THE STEVE MADDEN | |
| 5 | AD IS DIFFERENT, OR THE KICKAPOO HIGH SCHOOL KIDS ARE NOT | 03:16 |
| 6 | MULTI-ETHIC.' | |
| 7 | FIRST OF ALL, CARTER BRYANT DIDN'T TESTIFY TO THAT. | |
| 8 | THE ONLY PERSON WHO TRIED TO TESTIFY TO THAT, BUT HE CAN'T GET | |
| 9 | COMPETENT EVIDENCE, IS MR. QUINN.  WE'RE NOT DISPARAGING THE | |
| 10 | KIDS AT KICKAPOO HIGH SCHOOL.  WHAT CARTER BRYANT SAID WAS THAT | 03:16 |
| 11 | HE DROVE BY AND HE SAW THE IMAGE, THE ENERGY OF THOSE KIDS AND | |
| 12 | THOUGHT, 'WOW, THIS IS A GENERATION THAT BARBIE IS NO LONGER | |
| 13 | APPEALING TO.  WOULDN'T IT BE COOL IF I COULD DEVELOP AN IDEA, | |
| 14 | A CONCEPT.'  AND THEN HE LOOKED AT THE MAGAZINE, AND HE SAW THE | |
| 15 | BIG EYES, THE BIG LIPS, THE ATTITUDE. | 03:16 |
| 16 | NO ONE IS ASKING YOU AND NO ONE IS SUGGESTING THAT | |
| 17 | YOU SHOULD COMPARE ANY ONE OF THESE TO THE DIXIE CHICKS, CHICKS | |
| 18 | WITH ATTITUDE.  NOBODY IS SAYING HE COPIED THAT.  THIS IS | |
| 19 | INSPIRATION.  IT CAUSED HIM TO THINK.  AND HE COMBINED ALL OF | |
| 20 | THOSE.  HE COMBINED THE BACKPACKS WITH THE FIGURES, THE ENERGY; | 03:17 |
| 21 | AND THIS WAS THE CONCEPT.  AND WHEN HE KNOCKED ON HIS MOTHER'S | |
| 22 | BEDROOM DOOR AND SAID 'DO YOU LIKE MY IDEA,' THAT'S WHAT HE WAS | |
| 23 | REFERRING TO. | |
| 24 | I SHOWED YOU THE POSES. | |
| 25 | LET'S GO TO SLIDE 29, PLEASE. | 03:17 |

```
 1         THESE WERE DONE IN 1998.  THESE ARE THE MASTER BRATZ

 2    DRAWINGS, THE HEADS.  ONE IS ON TRACING PAPER.  THE OTHER IS A

 3    REDUCED COPY OF IT.  YOU'RE GOING TO HAVE THESE IN EVIDENCE.

 4         YOUR HONOR, DO YOU MIND, WITH THE ORIGINAL, IF

 5    MS. AGUIAR COULD JUST STAND HERE?                              03:17

 6         THE COURT:  VERY WELL.  THAT'S FINE, AS LONG AS

 7    MATTEL CAN SEE.

 8         MR. NOLAN:  THANK YOU.

 9         WHAT WE'VE DONE IS, ON THE VERDICT FORM, YOU'RE GOING

10    TO -- IN FACT, COULD WE FLASH UP THE VERDICT FORM QUESTION, THE 03:17

11    FIRST QUESTION.

12         THE VERY FIRST QUESTION IS GOING TO BE:  FOR EACH OF

13    THE ITEMS LISTED BELOW, HAS MATTEL PROVEN BY A PREPONDERANCE OF

14    THE EVIDENCE THAT THE ITEM WAS CONCEIVED OR REDUCED TO

15    PRACTICE, THAT IS, CREATED, BY CARTER BRYANT, ALONE OR JOINTLY  03:18

16    WITH OTHERS, DURING THE PERIOD IN WHICH HE WAS EMPLOYED BY

17    MATTEL, JANUARY 4, 1999, TO OCTOBER 19, 2000?

18         AND THEN WHAT FOLLOWS IS A SERIES OF EXHIBITS.

19         THIS IS NOT GOING TO BE A MEMORY TEST FOR YOU,

20    BECAUSE I COULDN'T PASS IT MYSELF.  WHAT THE PARTIES HAVE DONE  03:18

21    IS PUT THEM INTO THREE PORTFOLIOS.  IN THIS ONE, MS. AGUIAR HAS

22    QUESTION NUMBER 1, TRIAL EXHIBITS.  THESE ARE THE DRAWINGS THAT

23    CARTER BRYANT DID IN MISSOURI IN 1998.  AND WE WOULD ASK THAT

24    FOR EACH ONE OF THESE DRAWINGS, THAT YOU WOULD ANSWER "NO" TO

25    THIS QUESTION, BECAUSE MATTEL HAS NOT MET ITS BURDEN THAT       03:18
```

1  CARTER BRYANT "CONCEIVED OR REDUCED TO PRACTICE" THESE DRAWINGS

2  WHILE EMPLOYED AT MATTEL.

3       I SHOWED YOU THE "MEET THE BRATZ" DRAWING.  I'VE

4  SHOWN YOU THE POSE.  NOW LET'S GO TO -- WE'VE SHOWN YOU THE

5  MASTER DRAWINGS FOR THE HEADS, SLIDE 29.  THAT'S ALSO IN THIS

6  BOOK.  SLIDE 30 IS THE FACELESS FASHIONS.  CARTER BRYANT

7  CONFIRMED HE DREW THESE MASTER DRAWINGS IN AUGUST 1998.  THESE

8  ARE THE EXHIBITS THAT ARE SET FORTH IN THIS BOOK.

9       EACH AND EVERY ONE OF THESE WAS DONE WHILE HE WAS NOT

10  EMPLOYED AT MATTEL, AND MATTEL HAS NOT MET ITS BURDEN THAT

11  THESE WERE CREATED WHILE HE WAS EMPLOYED AT MATTEL.

12       LET'S GO TO SLIDE 31.

13       SLIDE 31 HAS A SERIES OF EXHIBITS ON IT.  YOU SEE THE

14  VARIOUS HAIR PATTERNS.  YOU SEE IN THE LOWER RIGHT CORNER THE

15  BACKPACKS, DIFFERENT BACKPACKS.  YOU SEE IN TRIAL EXHIBIT 706,

16  THE BOOTS, THE DIFFERENT SHOES.  EACH ONE ARE TRANSFORMABLE.

17  EACH ONE CAN MOVE BACK AND FORTH.

18       LET'S SHOW SLIDES 260 THROUGH 279.  START WITH 260.

19       HERE'S HIS TESTIMONY WITH RESPECT TO "MEET THE

20  BRATZ."  HE TESTIFIED HE DID THAT IN 1998.  WITH RESPECT TO

21  TRIAL EXHIBIT 6215, THE HEADS, HIS TESTIMONY, THESE WERE DONE

22  IN 1998.

23       NEXT SLIDE.

24       THIS GESTURAL POSE, TRIAL EXHIBIT 7620 IN THAT BOOK.

25  DO YOU RECOGNIZE IT?"

03:19

03:19

03:20

03:20

03:20

```
 1            "YES."

 2            "WHEN DID YOU DO IT?"

 3            "1998."

 4            NEXT ONE.

 5            THESE THREE EXHIBITS, THEY ARE THE POSES.  I ASKED        03:20

 6    HIM, WHAT IS 710?  WHAT IS 761?  WHAT IS 758?

 7            AND HE IDENTIFIES THEM ALL AS HAVING BEEN DONE IN

 8    1998 WHILE IN MISSOURI.  THEY ARE IN THAT BOOK.

 9            YOU SHOULD ANSWER "NO" TO QUESTION NUMBER 1.  THESE

10    WERE NOT DONE AT MATTEL.  MATTEL HAS NOT MET ITS BURDEN OF        03:21

11    PROOF THAT THEY WERE DONE THEN.

12            DIRECTING YOUR ATTENTION TO 774.

13            "IS THIS A DRAWING YOU SAW BACK AT THE TIME WHEN

14    CARTER BRYANT WAS LIVING IN KIMBERLING CITY?

15            "YES."                                                    03:21

16            "AND YOU SPECIFICALLY RECALL THAT; IS THAT CORRECT?"

17            ANSWER:  "YES."

18            THAT'S FROM HIS MOTHER'S TESTIMONY.  SHE TESTIFIED TO

19    THAT.

20            RICHARD IRMEN ALSO TESTIFIED.                             03:21

21            DIRECTING YOUR ATTENTION TO THIS EXHIBIT:

22            "IS THAT THE BLACK AND WHITE SKETCH?"

23            "YES."

24            "IS THIS THE ONE YOU RECALL SEEING THERE IN LANCASTER

25    ON JANUARY 2, 1999, BEFORE HE STARTS WORKING AT MATTEL?"         03:2
```

```
 1              THERE'S THE HERO SHOT.  THAT, LADIES AND GENTLEMEN,
 2   THOSE ARE THE FOUR BRATZ CHARACTERS.
 3              THIS IS CARTER BRYANT.
 4              I'M GOING TO SHOW YOU A FEW MORE EXHIBITS, 777.
 5              QUESTION:  "WERE THEY DONE IN 1998?"                   03:22
 6              ANSWER:  "YES."
 7              QUESTION:  "YOU CHANGED THE HAIRSTYLE?"
 8              "YES."
 9              ON ONE, HE LIKED THE PONYTAIL.  ON THE OTHER ONE, HE
10   LIKED THE BANDANA LOOK.  ALL HE HAD TO DO, LADIES AND            03:22
11   GENTLEMEN -- IF I MIGHT, YOUR HONOR?
12              THE COURT:  YOU MAY.
13              MR. NOLAN:  TO SHOW YOU THE IMPORTANCE OF QUESTION
14   NUMBER 1, THAT THESE WERE DONE AND CREATED IN 1998 AND PUT TO
15   PRACTICE, REDUCTION TO PRACTICE, CARTER BRYANT, YOU WILL         03:22
16   RECALL, DREW FOR YOU ON THAT BOARD, NOT SOMETHING THAT I JUST
17   ASKED HIM TO MAKE UP; I ASKED HIM TO DRAW A BRATZ.  NOT A NEW
18   CREATION.  I JUST ASKED HIM TO DRAW A BRATZ.
19              AND TO DEMONSTRATE FOR YOU, HE THEN SAT AT THIS VERY
20   CHAIR AS THOUGH HE WAS IN THE BACK OF HIS ROOM IN A STUDIO, AND  03:2:
21   HE EXPLAINED VERY CAREFULLY WHAT HE WAS TAUGHT AT THE OTIS
22   SCHOOL OF ART, AND THAT WAS TO SLOWLY, SLOWLY TRACE THE
23   ORIGINAL MASTER TO REPLICATE EXACTLY WHAT HE HAD CREATED.
24              AND FROM THAT, HE WOULD MOVE AND HE WOULD TRACE AND
25   PUT ON SHOES, FASHIONS, BACKPACKS.  HE COULD SHIFT THE HAIR, IF  03:2
```

1    HE WANTED TO.  BUT THEY WERE CREATED -- THE CONCEPT, THE IDEA,

2    THEY WERE CREATED IN 1998, NOT 1999.

3              LILY MARTINEZ TESTIFIED THAT SHE USES THE SAME

4    PROCESS.  WE'RE NOT THE ONLY ONE THAT USES A LIGHT BOX.  IT'S A

5    COMMON WAY OF COPYING THE MASTERS.                              03:24

6              THE FACT THAT HE KEPT GOING BACK TO THESE DRAWINGS AS

7    THE MASTERS, FURTHER EVIDENCE THAT THOSE DRAWINGS IN 1998 WERE,

8    IN FACT, THE ORIGINAL CONCEPT DRAWINGS FOR THE BRATZ.

9              LET'S GO TO SLIDE 49, IF I COULD.

10             IN MY OPENING STATEMENT, I USED THE SAME GRAPHIC.  ON  03:24

11   THE LEFT-HAND SIDE ARE ALL OF THE DRAWINGS THAT CARTER BRYANT

12   DID IN 1998.  AND THE RED BARRIER LINE -- THERE IS A SEPARATION

13   BETWEEN 1998 AND THE PERIOD OF HIS EMPLOYMENT.  IT WAS MATTEL'S

14   BURDEN IN THIS CASE TO MOVE EACH AND EVERY ONE OF THE DRAWINGS

15   FROM THE LEFT TO THE RIGHT, AND I RESPECTFULLY SUBMIT, THEY DID  03:25

16   NOT MEET THAT BURDEN.

17             NOW, THERE'S TESTIMONY THAT CARTER BRYANT ADDED COLOR

18   FOR DRAWINGS IN 1999, 2000.  HE CERTAINLY DID THAT.  BUT EVERY

19   WITNESS WHO TOOK THE STAND SAID IT DOESN'T MATTER IF YOU ADD

20   COLOR OR NOT.                                                   03:25

21             "THIS IS BLACK AND WHITE.  THERE'S NO COLOR; RIGHT?"

22             "RIGHT."

23             "DID YOU TYPICALLY COMPLETE THE MASTER DRAWINGS

24   WITHOUT COLORING THEM?"

25             "YES."                                                03:2

```
 1              "AND WHY IS THAT?"

 2              "WELL, IF I HAD THE MASTER DRAWING, I HAD THE

 3   CONCEPT.  I HAD THE CREATION.  I COULD GO BACK AND ADD COLOR

 4   LATER, YOU KNOW, WHEN I FELT LIKE IT, OR I HAD TIME, OR

 5   WHATEVER."                                                      03:25

 6              QUESTION:  "IN YOUR VIEW, DID ADDING COLOR TO MASTER

 7   DRAWINGS CHANGE THE CONCEPT OF THE DRAWING?"

 8              ANSWER:  "NO."

 9              QUESTION:  "DID IT CHANGE THE ATTITUDE OF THE

10   DRAWING?"                                                       03:25

11              ANSWER:  "NO."

12              QUESTION:  "DID IT CHANGE THE CHARACTER OF THE

13   DRAWING?"

14              ANSWER:  "NO."

15              QUESTION:  "DID IT CHANGE THE POSE OF THE DRAWING?"   03:26

16              ANSWER:  "NO."

17              MR. NOLAN:  CARTER BRYANT.  THAT SERIES OF QUESTIONS

18   AND ANSWERS WERE NEVER REFUTED BY A SINGLE MATTEL WITNESS.

19   EVEN MS. MARTINEZ ADMITTED THAT SHE DOESN'T DO COLOR FIRST;

20   SHE'LL DO THE BLACK AND WHITE.  AND IT MAKES SENSE.             03:26

21              THAT'S WHAT I SAID TO YOU IN MY OPENING STATEMENT;

22   THAT NOTWITHSTANDING THE FACT THAT MATTEL'S OPENING STATEMENT,

23   MR. QUINN PROMISED YOU THAT THEY WERE GOING TO BRING IN AN

24   EXPERT TO PROVE THAT THOSE COLOR DRAWINGS WERE DONE FIRST AND

25   THEN THE BLACK AND WHITES WERE TRACED AFTERWARDS.  YOU MAY NOT  03:26
```

1   RECALL -- I SAID, 'THAT'S LIKE YOU ALL GOING OUT AND BUYING A

2   COLORING BOOK THAT'S ALREADY COLORED IN.'  WELL, GUESS WHAT?

3   THEY NEVER PRODUCED THAT TESTIMONY.  AND YOU KNOW WHY?  IT

4   DIDN'T MAKE SENSE.

5        THE MASTER DRAWINGS WERE DONE IN 1998, AND WHETHER OR        03:27

6   NOT YOU ADD CALL OR A DIFFERENT DRESS OR YOU PUT THEM IN

7   EVENING WEAR, IT DOESN'T CHANGE THE ATTITUDE; IT DOESN'T CHANGE

8   THE CHARACTER; AND IT DIDN'T CHANGE THE POSE.  AND YOU KNOW

9   WHAT?  ADDING COLOR TO ZOE DIDN'T CHANGE ZOE.  ADDING COLOR TO

10  JADE OR SASHA OR YASMINE DIDN'T CHANGE THE CHARACTERS.  THE        03:27

11  FOUR CHARACTERS CONCEIVED OF BY CARTER BRYANT WERE CONCEIVED IN

12  1998.

13       LET'S PUT UP THE TIMELINE FOR JUST A MOMENT, OF THE

14  EMPLOYMENT.

15       YOU KNOW, MATTEL, WHEN THEY DISPLAY THEIR GRAPHIC,           03:27

16  PUTS THE 1998 IN A LITTLE TINY SLIVER OF PERIOD OF TIME, APRIL

17  THROUGH THE END OF THE YEAR, AS BEING THE TINY LITTLE PERIOD OF

18  TIME THAT WE'RE TRYING TO SHOVE EVERYTHING INTO AND HOW THAT

19  DOESN'T MAKE THE FACT THAT BRATZ WAS DONE IN 1998 CREDIBLE.

20       MIND YOU, THEY NEVER BROUGHT IN A WITNESS, OTHER THAN       03:28

21  THE ONES WE SAW, WHICH, I THINK YOU ALREADY KNOW WHAT I BELIEVE

22  THE CREDIBILITY OF IS; BUT NEVERTHELESS, LOOK AT 1998.

23  JANUARY 5TH HE BEGINS HIS FREELANCE WORK IN MISSOURI, PART TIME

24  FOR MATTEL.  HE DOESN'T TELL.  MATTEL ASSIGNMENT.  APRIL 15,

25  1998, THE MAN RESIGNS FROM MATTEL.  BECAUSE HE SIGNED ON AS A     03:28

```
 1   REPRESENTATIVE -- HERE GOES THE CREDIBILITY ISSUE AGAIN -- HE
 2   SIGNS ON AS A REPRESENTATIVE, SO HE SUBMITS HIS RESIGNATION
 3   LETTER TO MATTEL.  MATTEL WOULD NOT HAVE KNOWN IF HE WAS
 4   SENDING STUFF OUT TO ASHTON DRAKE.  ASHTON DRAKE WOULDN'T HAVE
 5   KNOWN IF HE TOOK TEN MINUTES ON BREAK OR NOT, BUT MR. BRYANT      03:29
 6   RESIGNS.  AND THEN DURING 1998, BECAUSE HE'S TRYING TO DO WORK,
 7   HE TRIES LIKE THE DEVIL TO GET TO DO WORK FOR ASHTON DRAKE.  HE
 8   DOES GREETING CARDS, INCLUDING RAINY DAY RASCALS.  HE DOES A
 9   DOLL, THE SABRINA DOLL CONCEPT.  HE DOES BRATZ CONCEPTS.  THE
10   SABRINA DOLL CONCEPT IN 1998, YOU'LL SEE IT HAS THE IDEA OF      03:29
11   REMOVABLE HAIR, REMOVABLE FEET.  THOSE ARE ALL THE SAME IDEAS
12   IN BRATZ.  IT'S ALL ABOUT 1998.  IT IS ALL ABOUT 1998 IN THIS
13   CASE, LADIES AND GENTLEMEN.
14            AND THEN HE SHOWS THE DRAWINGS IN AUGUST THROUGH
15   SEPTEMBER; JEANNE GALVANO; HIS MOTHER SEES THEM; THOMAS, HIS     03:29
16   FATHER, SEES THEM.  THEN ON JANUARY 1ST, HE SHOWS THESE CONCEPT
17   DRAWINGS, THE BRATZ SKETCHES, TO RICHARD.  AND THEN HE HAS THE
18   EMPLOYMENT; AND NOW WE'RE IN BARBIE COLLECTIBLES.  ON HIS OWN,
19   WITHOUT ANY KNOWLEDGE OF US, HE DOESN'T EVEN KNOW ABOUT US, HE
20   GOES AND HE PUSHES THESE THINGS AND TRIES TO SELL THEM TO        03:30
21   ALASKA MAMA.  HE GETS THEM NOTARIZED.  I TALKED ABOUT THAT
22   BEFORE.  HE THEN PUTS THEM AWAY.
23            NOW HE COMES TO THIS PERIOD OF THE CONTRACT PERIOD OF
24   TIME, THAT PERIOD OF SEPTEMBER 1ST THROUGH OCTOBER 4, 1999.
25   AND IN THE LITTLE TIME THAT I HAVE LEFT, I WANT TO TALK ABOUT    03:30
```

1    THAT, IF I MAY.  YET, IT TOOK UP SO MUCH EVIDENCE IN THIS CASE

2    AND SO MUCH ATTENTION BY MATTEL.

3            I THINK IT REALLY WAS TO DISTRACT US FROM REALLY WHAT

4    WAS IMPORTANT.

5            AT THE END OF THE DAY, THE COURT HAS INSTRUCTED YOU        03:30

6    THAT CARTER BRYANT BREACHED HIS DUTY OF LOYALTY AND BREACHED

7    HIS DUTY OF FIDUCIARY DUTY TO MATTEL BY SIGNING A CONTRACT ON

8    OCTOBER 4TH.  WHILE AT THE SAME TIME CONTINUING TO MOVE FORWARD

9    WITH HIS LIFE, HE SIGNED A CONSULTING AGREEMENT.  AND RATHER

10   THAN RESIGN, AS ISAAC LARIAN DIRECTED HIM TO -- THE IRONY OF       03:30

11   THIS CASE, LADIES AND GENTLEMEN, IS THAT CARTER BRYANT GAVE

12   TWO-WEEKS NOTICE TO MATTEL.  NOT ONE SINGLE MATTEL EMPLOYEE

13   CAME IN TO TELL YOU THAT DURING THAT TWO-WEEK PERIOD OF TIME,

14   CARTER BRYANT WASN'T DOING WHAT HE WAS SUPPOSED TO BE DOING FOR

15   MATTEL.  NOT ONE WITNESS HAS COME IN HERE TO TELL YOU THAT         03:31

16   THERE WAS A PROJECT THAT WAS DROPPED BY CARTER BRYANT.

17   CARTER BRYANT EVEN TOLD YOU THAT ALTHOUGH HE KNEW HE WAS

18   SUPPOSED TO RESIGN, HE THOUGHT IT WAS THE RIGHT THING TO DO TO

19   GIVE TWO-WEEKS NOTICE.

20           BUT, YOU KNOW, LADIES AND GENTLEMEN, WE DIDN'T KNOW        03:3

21   THAT HE DIDN'T RESIGN.

22           YOU KNOW, WHEN YOU GET TO THE BACK END OF THIS

23   VERDICT FORM -- AND LET'S GO TO THE QUESTIONS, IF WE CAN, ON

24   THE DUTY OF LOYALTY AND THE BREACH OF FIDUCIARY DUTY PART OF

25   THE VERDICT FORM -- YOU'RE GOING TO BE ASKED SIMPLE QUESTIONS,     03:3

1    STARTING WITH QUESTION NUMBER 7, ABOUT INTENTIONAL INTERFERENCE

2    WITH A CONTRACTUAL RELATIONSHIP.  IS MGA ENTERTAINMENT LIABLE

3    TO MATTEL FOR INTENTIONAL INTERFERENCE WITH CONTRACTUAL

4    RELATIONS?

5          HE HAD A VALID AND ENFORCEABLE CONTRACT.  THERE'S NO       03:32

6    DOUBT ABOUT THAT.  BUT, AGAIN, MATTEL OWES THE BURDEN ON THIS.

7    THEY HAVE TO PROVE TO YOU THAT MGA INTENTIONALLY INTERFERED

8    WITH THAT CONTRACT.  YOU'RE GOING TO BE TOLD, IN THE

9    INSTRUCTION, THAT THE MERE OFFER OF EMPLOYMENT IS NOT

10   SUFFICIENT.                                                     03:32

11         THERE WAS A LOT OF TESTIMONY AND A LOT OF ARGUMENT

12   THAT ISAAC LARIAN KNEW THAT CARTER BRYANT WAS UNDER EMPLOYMENT

13   AT MATTEL.  WE'RE NOT DENYING THAT.  BUT, YOU KNOW, WHEN I

14   ASKED CASSIDY PARK WHAT WERE THE TERMS OF THE CONTRACT THAT

15   CARTER BRYANT HAD SIGNED, SHE DIDN'T KNOW.                      03:33

16         ISAAC LARIAN AND MGA OFFERED AN OPPORTUNITY FOR

17   EMPLOYMENT TO CARTER BRYANT.  HE REJECTED THAT.  HE SIGNED A

18   CONSULTING AGREEMENT.

19         CAN I HAVE UP THE E-MAIL THAT ISAAC LARIAN SENT ON

20   OCTOBER 4TH.                                                    03:33

21         OCTOBER 5TH.  CARTER.  CONTRACT WAS SIGNED

22   OCTOBER 4TH.  "CARTER, NOW THAT WE HAVE THE AGREEMENT IN PLACE,

23   WE NEED YOU AND PAULA TO FOCUS 200 PERCENT ON GETTING THIS

24   DONE.  THINK DIFFERENT.  THINK THE FASHION.  THINK IN DESIGN

25   ACCESSORIES.  THINK ABOUT THE COMMERCIAL.  THINK ABOUT THE      03:3

```
 1   NEW YORK SHOWROOM PRESENTATION.  WE ARE THINKING CAT WALK.
 2   THINK ABOUT ALL OF THE ROYALTY YOU'RE GOING TO MAKE.  CARTER,
 3   THIS IS YOUR BIG BREAK.  I HAVE PUT MY WHOLE RESOURCES, MONEY,
 4   PEOPLE, DEVELOPMENT, ON THIS, TO MAKE YOUR DREAM HAPPEN,
 5   BECAUSE I BELIEVE IN YOUNG PEOPLE'S DREAMS.  NOW IT IS UP TO      03:34
 6   YOU.  YOU NEED TO PUT 16 HOURS A DAY, STARTING NOW, ON THIS,
 7   AND NOTHING ELSE.  THAT IS THE ONLY WAY IT WILL HAPPEN."
 8           ISAAC LARIAN THOUGHT THAT MR. BRYANT HAD QUIT.  IT'S
 9   AS SIMPLE AS THAT, LADIES AND GENTLEMEN.
10           LOOK BACK AT THE TESTIMONY DURING THIS PERIOD OF         03:34
11   TIME.
12           WHAT DID WE KNOW?
13           WE ONLY KNEW IT AS A PITCH TO US FOR A CONCEPT THAT
14   HE TOLD US HE DID IN MISSOURI.  WE LOOKED AT IT.  PAULA WAS IN
15   LOVE WITH IT.  ISAAC THOUGHT THEY WERE LOOKING A LITTLE BIT      03:35
16   ALIEN; NOT SO CERTAIN.  VICTORIA O'CONNOR TESTIFIES THEY WERE
17   CONSIDERING OTHER MATTERS.  SO WHEN MR. QUINN CHIVES US ABOUT
18   THE SO-CALLED 'DOLL SHOW' OR DOLL CONTEST THAT'S IN THE WALL
19   STREET JOURNAL ARTICLE, VICTORIA O'CONNOR TESTIFIED THEY, IN
20   FACT, WERE LOOKING AT OTHER ENTRIES.  PAULA WAS A PROJECT        03:35
21   MANAGER ON THE DOLL SIDE OF THIS.  SHE WAS NOT ON THE BUSINESS
22   SIDE OF IT.  VICTORIA O'CONNOR KNEW CARTER WAS WORKING AT
23   MATTEL.  ISAAC KNEW HE WAS WORKING AT MATTEL.  THERE WAS NO
24   ISSUE ABOUT THAT.  THEY ASKED THAT LAWYERS GET INVOLVED.
25           AND, YES, WE DIDN'T CALL THE LAWYERS.  THERE WAS A       03:3
```