1          THE COURT:  To the extent that the first

2     generation, there is a substantial similarity with the

3     drawings, then they are protected.

4          MR. PRICE:  And she's saying oh, but we selected

5     the fabric that looks like that drawing.

6          THE COURT:  Just to be clear on this, I've ruled

7     that doll fashions can be protectable; however, it's Carter

8     Bryant's particularized expression of them.  So it's only

9     those drawings to the extent that they are substantially

10    similar.  And there's a whole bunch of dolls up there with

11    fashions that look nothing like Carter Bryant's drawings.

12    That's where apportionment comes in.  To the extent that you

13    have the foundation to establish marketability, et cetera.

14    So I now understand Mr. Price's point.  You have to

15    distinguish between the first generation and --

16         MS. AGUIAR:  Okay.  And since your Honor has ruled

17    that Mr. Bryant's particularized fashions that he drew would

18    be copyrightable, can you elicit -- would I be able to elicit

19    testimony from her as to why she thinks some of the fabric

20    choices and how they make the patterns were different from

21    what Mr. Bryant drew?

22         THE COURT:  Oh, absolutely because that goes to

23    substantial similarity.

24         MR. PRICE:  That looks terrible to say here's the

25    drawing.  How is the first generation different?

1      THE COURT: She can ask the question how she wants,

2  Counsel. I'm sure she appreciates your input.

3      You just need to be clear. However you want to ask

4  the question, that you are severing out the -- those that are

5  potentially copyrightable from those that are clearly

6  indisputably not.

7      MS. AGUIAR: Okay. So in asking this particular

8  question, I'm at the first generation. Is there anything

9  that you did to move away from, make the fashions different

10 from those in Mr. Bryant's drawings?

11     MR. NOLAN: While we're here, your Honor, a

12 relevant question. Move for a moment just to the state tort

13 claims. The selection of the fabric, the quality of the

14 fabric, which affects the price point, which affects the

15 appearability, which affects the --

16     THE COURT: As long as this is noncopyrightable

17 accessories, you're fine.

18     MR. NOLAN: I guess what I was saying for the state

19 law claims, we're trying to see what added value they --

20     THE COURT: I'm with you on that.

21     MR. NOLAN: I just wanted to --

22     THE COURT: I know this has been awkward and there

23 have been more objections than normal. And you've seen

24 where --

25     MS. AGUIAR: I'm definitely trying, your Honor, and

1   I'm not faulting him necessarily, but I'm getting a lot of
2   objections.

3           THE COURT:  But I hope both sides are understanding
4   that I'm trying to implement the ruling, and it's not an easy
5   thing do, and I'm not faulting either side either for making
6   objections or for running afoul, and if I can make any
7   further guidance, can I do so?  Do you kind of get it?

8           MS. AGUIAR:  I do.  I believe that with respect to
9   this first generation, I'm asking her about differences as
10  they relate to copyright.  As I understand it, you object to
11  our argument that even for first generation, choices that we
12  may have made relate to marketability, just for first
13  generation.

14          MR. NOLAN:  I didn't understand that.

15          THE COURT:  As long as it's noncopyrightable
16  accessories.  But, you know, I guess the gray matter would be
17  if you are taking a -- and this is where we become
18  inextricably intertwined.  If you took a fashion that is
19  substantially similar to one of the ones that Carter Bryant
20  drew and the mere fact that you did it in a special way or
21  used a special fabric, that would be very hard to divorce the
22  copyrightable elements of that from the noncopyrightable
23  elements.

24          So I would find, as a matter of law, that they are
25  inextricably intertwined, and I would sustain a relevancy

1 | objection. As to another fashion doll not based on Carter

2 | Bryant's, there you have free rein.

3 | MR. NOLAN: That gives -- she got there quicker

4 | than I did.

5 | MR. PRICE: So that we toe this line, that's why I

6 | think it has to be linked to the drawings. The witness

7 | doesn't know.

8 | THE COURT: I think that's a cleaner way of doing

9 | it, but again, I'm not going to micromanage the actual

10 | questions.

11 | MS. AGUIAR: Thank you.

12 | **(CONCLUSION OF SIDEBAR CONFERENCE.)**

13 | **Q.** BY MS. AGUIAR: I'm sticking, for purposes of this

14 | question, and in a few minutes we're going to move on to

15 | dolls beyond the first generation, but specifically with

16 | regard to the first generation, would you agree that there

17 | are similarities between Mr. Bryant's pitch book drawings and

18 | the fashions that are on the actual manufactured dolls?

19 | **A.** There are some similarities. There are some important

20 | differences, too.

21 | **Q.** Okay. And so would you explain to me, as it relates to

22 | the fashions, the choices or decisions that you believe were

23 | made by MGA that show a difference in those first generation

24 | fashions?

25 | MR. PRICE: Objection. It's too vague unless we

1    know what we're talking about.

2        THE COURT:  Sustained.  Rephrase your question,

3    Counsel.

4    Q.  BY MS. AGUIAR:  For example, if you look at 302.  For

5    purposes of comparison, why don't you find a page on here

6    that you can explain, that you find useful for explaining to

7    me some of the decisions that were made to make alterations

8    for the fashions between the drawing and the manufactured

9    dolls.  Is there a particular page that you'd like to go to?

10   A.  I would go to page 6.

11   Q.  Okay.  And so if you could explain to us some of the

12   reasons -- some of the differences in the changes in the

13   fashions.

14   A.  As I mentioned earlier, not only did I find concern for

15   the use in the name Lupe as sort of a stereotyped name for a

16   specific type of Hispanic young girl, I was also very

17   concerned about the fashions as well.  I was concerned about

18   the fashions for two reasons.  One, primarily that I --

19       MR. PRICE:  Objection.  This is nonresponsive.

20       THE COURT:  Sustained.

21   Q.  BY MS. AGUIAR:  If you could specifically describe the

22   changes that you made to make differences in some of the

23   fashions.

24   A.  When comparing Yasmin and Lupe, Yasmin -- in comparing

25   the Lupe to Yasmin, Yasmin, we chose to use an earth tone

1   fabric for the pants in her -- the pants that she actually

2   wore. We decided to use a soft velvet lavender corset for

3   her top as opposed to a small, tiny T-shirt and a hoodie. In

4   exchange for the hoodie, we added a suede brown handkerchief,

5   and that was used as an accessory.

6   Q.   But again, certainly you wouldn't dispute that some of

7   the fashions in his drawings are similar to the fashions that

8   ended up on the first generation dolls.

9   A.   No, I don't dispute that.

10  Q.   All right. Let's move on to another element. Let's

11  move on to face paint. On behalf of MGA, did you hire

12  someone to do the face painting for the first generation?

13  A.   Yes, I did.

14  Q.   And who was that?

15  A.   Anna Rhee.

16  Q.   Did you consider her to be a skilled face painter?

17  A.   Yes, I did.

18  Q.   Did you instruct her, when she was doing the face paint

19  for the first generation dolls, to simply copy what she saw

20  in Mr. Bryant's drawings?

21  A.   No, I did not.

22  Q.   Did you intend for her to bring her skills to bear and

23  her creativity to bear in creating the face paint for the

24  first generation dolls?

25  A.   Yes, I did.

1  Q.   Did you have involvement in overseeing the process or

2  the approval of what the face paint ended up looking like on

3  the dolls?

4  A.   Yes, I did.

5  Q.   If you could turn to Exhibit 951-B in your binder.   Have

6  you got that?

7  A.   Yes.

8  Q.   Do you recognize that?

9  A.   Yes, I do.

10 Q.   What is it?

11 A.   This is the hand-drawn eye artwork that was prepared by

12 Anna Rhee, which was included in our paint master release

13 from Los Angeles to the Hong Kong office.

14          MS. AGUIAR:   And, your Honor, I would move 951-B,

15 pages 002 through 007.

16          THE COURT:   Any objection?

17          MR. PRICE:   No objection.

18          THE COURT:   It's admitted.   You may publish.

19          **(Exhibit 951-B, Pages 002-007, received.)**

20          MS. AGUIAR:   And put up 951-B-007.

21 Q.   Ms. Garcia, if you could describe what we're looking at

22 here?

23 A.   This is a swatch card or swatch page that also was

24 included in the paint master release that we released from

25 Los Angeles to Hong Kong.   The swatches of color indicate the

1   colors we wanted Hong Kong to match in manufacturing the

2   Bratz doll in China.

3   Q.   And let me also have you look at -- I'm going to bring

4   you up a little box.  A box of heads.  And they are Trial

5   Exhibits 17712 through 17715.

6           Can you tell us what you are looking at there in

7   that box?

8   A.   These are the original paint master faces that were

9   painted by Anna and released to Hong Kong so that Hong Kong

10  could duplicate the same exact eye artwork in manufacturing.

11          MS. AGUIAR:  Your Honor, I want to move into

12  evidence the tangibles 17712 through 17715.

13          MR. PRICE:  No objection.

14          THE COURT:  Admitted.

15          **(Exhibits 17712-17715 received.)**

16          MS. AGUIAR:  I don't think we are going to be able

17  to put this on the screen.  Do we have a picture -- oh, okay.

18  That's weird.

19  Q.   Do you recognize these images here as photos of the sort

20  of half heads that are in those boxes there?

21  A.   Yes.

22  Q.   And so tell us, describe to us what we're looking at

23  here, then.

24  A.   So these are actually the head.  A roto cast head, which

25  would have been the actual correct manufactured size of a

1  Bratz head, and we released those heads to Anna Rhee.  And

2  Anna Rhee hand painted the eye artwork onto the roto cast

3  head.

4  Q.  Okay.  I'd like to go to some comparisons.  I want to --

5  I'm going to take you through and ask you to compare the

6  drawings from Mr. Bryant's pitch book of the dolls and

7  compare those to the actual painted face on the Bratz dolls

8  themselves.  Okay?

9       So we've made some graphics which will be a little

10  bit easier to do that, which are drawn from trial exhibits.

11       Aaron, I think the first one is No. 500.  That's

12  slide No. 500.  So for those people on the jury who wear

13  makeup, then you may actually dig the next five or ten

14  minutes.  And for those of you who don't, you know, this will

15  be like a trip from hell to the Nordstrom cosmetics counter,

16  but bear with me for a few minutes.

17       So let's not focus for the moment, because we're

18  going to get to that in a few minutes.  Don't talk for now

19  about the shape of the lip, the size of the lip, the size of

20  the eye.  This is all about makeup.

21       If you would compare for us the makeup on the eye

22  area and the lip area as between his drawings and the actual

23  doll for us.

24  A.  May I please have the --

25  Q.  You want the laser?

1    A.    It would help.

2    Q.    Sure.

3    A.    Thank you.  I guess the best place to start is from the

4    top.  So using and pointing to the Carter Bryant 2D portfolio

5    sketch, you'll see that Lupe's eyebrow color is actually -- I

6    also will have to say that this -- the images that they are

7    projected right now don't really represent, you know, the

8    greatest representation of the truest colors, but it's pretty

9    good to represent that Lupe's color in her eyebrows are very,

10   very dark brown.  Almost with some hints of black in them.

11         On the Yasmin manufactured Bratz doll, you'll see

12   that the eyebrows actually have -- certainly they are brown,

13   but it's a lighter brown, a softer brown.  Almost to have a

14   little bit of -- like a violet or a purple tone to it.

15         If you look at Lupe, Carter Bryant's portfolio

16   sketch, her eye shadow color, the color indicated in his

17   drawing was a very, very dark brown.

18         If you look at the manufactured Yasmin doll, you'll

19   see actually that the eye shadow color was adjusted to a

20   lavender or purple brown, softer color.

21         Going into her eye color, Lupe, in Carter Bryant's

22   portfolio sketch, had almost a green eye color.

23         In the manufactured Bratz Yasmin doll, you'll see

24   that the -- while that eye color is dual toned, meaning it

25   has two colors, the primary color in Yasmin's eye is brown.

1    A light brown.

2              Even the lips. The lipliner on Lupe's drawing in

3    Carter Bryant's portfolio sketches had a very, very dark

4    brown, very dark brown. And you look on the Yasmin          -

5    manufactured doll, she has a -- almost like a red tone, a red

6    lipliner.

7              And then further, the lip color of Lupe in the

8    Carter Bryant's 2D portfolio has a -- again, a dark brown, a

9    very, very dark brown as opposed to the manufactured Yasmin

10   doll that has almost a pink tone to it. All of these

11   revisions were very important to, you know, set the right

12   tone and the right personality about the Bratz to our

13   consumer.

14   **Q.**   Help me out for a second. As someone who doesn't wear

15   lipstick, and there's a lot of people in the room who don't,

16   help us out here. You know someone could be -- thank God;

17   right?

18              I'm just trying to, you know, appeal to everyone in

19   the room. You are walking down the aisle. I may walk down

20   the aisle and go to those lipsticks, they kind of look

21   somewhat the same color to me; is that right? Tell me if I'm

22   wrong.

23   **A.**   No, you're wrong.

24   **Q.**   Okay.

25   **A.**   Those lip colors are very, very different. And those

 1   lip colors, I believe they strongly mean something very, very

 2   different to our consumer.  Lip color is a reflection of a

 3   mood or a personality in a female.  So you can speak a lot in

 4   the color of your lipliner or your lip color.  And that makes

 5   a difference.  Absolutely.

 6   Q.   In your view, was the face decoration on the Bratz doll

 7   copied from the colors of the -- of face colors in

 8   Mr. Bryant's drawing?

 9   A.   Absolutely not.

10           MR. PRICE:   Object.  That's her understanding.

11           THE COURT:   Rephrase the question.

12   Q.   BY MS. AGUIAR:   In making the manufactured Bratz dolls,

13   in your view the colors used for the face decoration are

14   different?

15   A.   Yes.

16   Q.   Let's go to the next one.  And we have four of these.

17   So we'll try to move through them so this makeup tutorial

18   doesn't last the whole afternoon.

19           So if you could just go through the next three of

20   these and do sort of the major areas of comparison for us.

21   A.   Without getting through so much detail, Hallidae in

22   Carter Bryant's portfolio drawings, the eye shadow here

23   referenced in Hallidae was almost like a burnt orange, kind

24   of a mustardy color.  In the manufactured Bratz doll, you'll

25   see that we adjusted the eye shadow to a more natural brown

1  tone.  The eye color of Hallidae seems to be dual tone, but

2  there's like an orange and also kind a very bright yellow in

3  the highlight of her eye.

4      In the Bratz manufactured Sasha-doll, you'll see

5  that the eye color for Sasha is also dual toned.  It was

6  primarily a brown color with an accent of a lighter green.

7      The lip color on Hallidae, if you look at the

8  lipliner, it's a very, very dark brown color.  And then the

9  color within the liner is also a kind of dark reddish sort of

10 burnt orange color.

11     In Bratz manufactured Sasha dolls, certainly we

12 chose a color.  The color is orange, but not in the same

13 value that the Hallidae doll is.  It's softer.  All of these

14 things, you know, intentionally creates a softer, younger,

15 more appropriate character to the consumer.

16 **Q.**  Why don't we do Jade next.

17 **A.**  I'll definitely say that there are probably some more

18 similarities in the Jade Carter Bryant portfolio drawing to

19 the Jade manufactured doll; however, there are still some

20 differences.  This image doesn't do it well.  But actually,

21 the eyebrow color used on Carter Bryant's portfolio drawings

22 is actually a little bit darker than the actual manufactured

23 Jade eyebrow.

24     The eye color of Jade in Carter Bryant's portfolio

25 sketch is kind of an olive greenish brownish color.  MGA's

1  Jade color is also dual tones, but we used primarily a

2  lighter brown color. And even in the lip color, they are

3  similar. We chose to take a softer pink approach.

4  Q.  And why did you do that?

5  A.  Again, also just doing everything we can to make sure

6  that the characters don't appear harsh or just relevant,

7  appropriate, soft. Still edgy, though, of course.

8  Q.  And the last one.

9  A.  This is Carter Bryant's Zoe sketch that represents, if

10 you look at the eyebrows, again, in a 2D image, you'll

11 probably see more clearly that the eyebrow color used in the

12 Carter Bryant Zoe drawings is a dark brown color. Cloe, the

13 manufactured Bratz doll, has a much lighter brown color. And

14 Zoe's drawing in Carter Bryant's portfolio sketch, you'll see

15 that he used a lot of purple and violet eye shadow, almost

16 like she was made up with a lot of eye shadow. If you look

17 at the manufactured Cloe doll, you'll see that we removed a

18 lot of the eye shadow. Actually, the shadows that we used

19 are very mute or natural tone, very deliberate to soften up

20 the face.

21       You'll see the eye color of Zoe is actually a

22 purple, a very violet, intense color. It almost appeared

23 that she was wearing a contact, like a false eye color. So

24 we deliberately in the Jade manufactured doll created a light

25 blue color, a more natural blue tone.

1           Carter Bryant added a little makeup addition
2   underneath the eye. We opted not to include that in the
3   manufactured Bratz doll.

4   Q.   You mean that purple butterfly looking thing?
5   A.   Half butterfly sort of.
6   Q.   Okay.
7   A.   And in terms of the lip colors, our colors are pretty
8   similar. And the closer view of that image, Zoe on Carter
9   Bryant's sketch has a -- kind of a more pink, more intense
10  pink color. Where our manufactured doll, we actually used a
11  lot of pearlescent paint, to soften up the paint to make it
12  appear a little more natural, a little less made up.

13           One also really important sort of reference that
14  Carter made in all of the characters was if you can see this
15  really strong reference to blush on the face. It's a
16  reference that starts almost above the ear and almost to the
17  ends of her -- the tips of her lips. And also kind of
18  indicates that only that big space, but some strength from
19  the color, some intensity to the color.

20           MR. PRICE: I'm going to object. Color is
21  irrelevant. Unprotectable.

22           THE COURT: Color?

23           MR. PRICE: What she's described is an
24  unprotectable element.

25           THE COURT: As is being incorporated into the look,

 1 | overruled.

 2 | THE WITNESS: I'll also point out that the Cloe

 3 | manufactured doll, we close to use a very, very little amount

 4 | of blush on the face. Using a very small area on the face

 5 | and also to reduce the amount of blush. Again, doing

 6 | everything we can to just soften and sweeten up the

 7 | characters from the portfolio drawings.

 8 | THE COURT: Counsel --

 9 | MS. AGUIAR: That includes the presentation on

10 | makeup for this afternoon. I was going to move on to another

11 | area.

12 | THE COURT: Let's take our afternoon break at this

13 | time, Counsel.

14 | **(WHEREUPON THE JURY WITHDRAWS.)**

15 | THE COURT: Please be seated. Just on that last

16 | objection, I agree, Counsel, that color by itself is not

17 | relevant, not protectable, but as it's being used in the

18 | particularized expression, I think it's fair game.

19 | MR. ZELLER: I'll take responsibility for this one.

20 | As I understood the Court's ruling, in fact, it was really at

21 | MGA's insistence where they said things like the complexion,

22 | the blush, that kind of coloration.

23 | THE COURT: You're talking -- I'm sorry. Mr. Price

24 | just said color is irrelevant. You're talking about it on

25 | the cheeks itself?

1        MR. ZELLER: Correct. And the complexion, that's

2  how I understood Ms. Garcia's testimony to be going.

3        THE COURT: Yes, that's not one of the protectable

4  elements that the Court has identified in its tentative order

5  on that point. I'm not saying at the end of the day that

6  that's the final. So the jury will be instructed on that.

7        MR. ZELLER: Fair enough.

8        THE COURT: But you're not saying that color is

9  irrelevant.

10        MR. ZELLER: We'll certainly quote Mr. Nolan as

11  saying that color is irrelevant.

12        THE COURT: Very well. I understand. But the

13  particularized expression in a protectable element --

14        MR. ZELLER: Right. And it was specifically

15  because she was talking about blush. And frankly, I thought

16  MGA was the proponent of saying that that kind of element --

17  complexion, blush, the makeup -- I think Mr. Nolan was using

18  the term, was unprotectable. Obviously, I recognize there's

19  the distinction if you're talking about, say, the particular

20  face paint for the eyes or the particularized expression.

21        THE COURT: One thing I left off my order was the

22  mole. And I haven't really decided on the mole yet. And

23  that's probably between the two, whether that's part of the

24  eye expression or whether that's not. But we can cover

25  this --

```
 1              MR. ZELLER:  If I can have leave to submit a
 2   10-page brief --
 3              THE COURT:  On the mole.  Yeah.  Mr. Zeller, I'm
 4   sure you could fill it out.
 5              MR. ZELLER:  Thank you.
 6              THE COURT:  I have every confidence.
 7              MR. NOLAN:  The mole is worth $3 billion.
 8              THE COURT:  At a minimum.
 9              The Court received an order from the Ninth Circuit
10   moments ago.  It reads as follows:  "Petitioner's motion to
11   file portions of the emergency motion and the petition for
12   writ of mandamus under seal is granted.  The motion to exceed
13   the page limitation on the petition is granted.
14              "The emergency motion for an order suspending the
15   trial is denied.
16              "Petitioners have not demonstrated that this case
17   warrants the intervention of this court by means of the
18   extraordinary remedy of mandamus.  Citing Bauman versus U.S.
19   District Court.  Accordingly, the petition is denied."
20              We'll take a 10-minute break, and then we'll resume
21   with the trial.
22              (Recess taken.)
23              (WHEREUPON THE JURY ENTERS.)
24              MS. AGUIAR:  Your Honor, while we wait for the
25   witness, I neglected to move in 18874.
```

1          MR. PRICE: That's demonstrative. I'd object.

2          THE COURT: I'm sorry, Counsel. What was that?

3          MS. AGUIAR: I neglected, while we are waiting for

4    the witness, to move in 18874.

5          THE COURT: No objection?

6          MR. PRICE: That's a demonstrative.

7          THE COURT: Was that the -- which one is that?

8          MS. AGUIAR: It's the ones you -- she was just

9    using for the comparisons. They are comprised of trial

10   exhibits that are in evidence. And so I think it would

11   assist the jury in making the comparisons, your Honor.

12         THE COURT: I'm going to take these up at the end

13   of trial, all of these various demonstratives that have been

14   assembled by both sides. We'll take them up at that time.

15         MS. AGUIAR: Okay.

16         THE COURT: Keep a list of any of these that you

17   want to have brought in.

18         MS. AGUIAR: We'll do that.

19         And, Aaron, can you put back up the Yasmin one that

20   we were looking at.

21   Q.    Before we close out on this, I just wanted to make sure

22   to ask you, looking at these comparisons, when MGA made the

23   manufactured Bratz doll, did you make the eye, for example,

24   different than the particular eye color and eye makeup color

25   in Mr. Bryant's drawings?

1  A.  Yes.

2  Q.  And in choosing and manufacturing the facial colors for

3  the manufactured dolls, did you use different colors than

4  what are depicted, the particular colors that are depicted in

5  Mr. Bryant's drawings?

6  A.  Yes.

7  Q.  All right.  So now we're going to move away from --

8      And you can take that down, Aaron.

9      We're going to move away from makeup.  Now I want

10  to talk about the facial features themselves.

11      And, Aaron, if you could put up -- I think your

12  reference is probably CR 14 or 15.

13      I want to talk about the facial characteristics and

14  ask you a question about whether the eye -- and not the color

15  now -- I'm talking about the other characteristics of the eye

16  in the manufactured doll, are different from the particular

17  eye that Mr. Bryant drew.  Okay?  And you can tell me whether

18  you would prefer to do that from where you are or if you want

19  to go up to the screen.

20  A.  I'd prefer to come to the screen.

21  Q.  Okay.

22      THE COURT:  Yes, absolutely.

23  Q.  BY MS. AGUIAR:  While you're walking, my question for

24  you is going to be let's start with the proposition that

25  we're looking at these two eyes.  We're looking at the

1  particular eye that Mr. Bryant drew on the left, and we're

2  looking at the particular eye that MGA manufactured on its

3  dolls. And I need you to explain to me, if you believe those

4  are different, what the differences are. Because there may

5  be people in the room who are thinking to themselves, you

6  know, lady, you got to be kidding me. It's a big, oversized

7  eye.

8           So could you point out --

9           THE COURT: Counsel, is there a question there?

10          MS. AGUIAR: Yes.

11          MR. PRICE: I object to the question as phrased to

12  suggest that that's an appropriate way of looking at it.

13          THE COURT: It is, Counsel. Let's avoid that in

14  the future.

15          MS. AGUIAR: I will.

16  Q.  Do you want the pointer again?

17  A.  I'm fine.

18  Q.  I think -- actually, let's drop down the line

19  extractions, and maybe you can also point to that as you go.

20  A.  Okay. Again, I guess the best is to start from the top

21  and work our way down. In particular, in the reference

22  between Carter Bryant's portfolio 2D sketches as it relates

23  to the Bratz manufactured doll, one very, very specific

24  difference is in the shape of the eyebrow. MGA's deliberate

25  decision as to actually make certainly an arching eyebrow,

1    but not to the same degree, not to the same severe slope

2    coming to a top and coming down.

3         THE COURT:  Can I interject here for a second,

4    Counsel?  Could you describe for the record what you've done

5    here?

6         MS. AGUIAR:  Oh, sure.

7    Q.   Ms. Garcia, can you explain what we're looking at here?

8    A.   Sure.  This -- the images on the bottom represent sort

9    of a black and white, an outline of the characteristics and

10   the facial features of both the 2D Carter Bryant portfolio

11   drawings and the manufactured Bratz doll.

12        MR. PRICE:  My objection is they are not in

13   evidence, obviously.  And this witness didn't prepare them.

14   It's an improper demonstrative.

15        THE COURT:  I'm sorry.  What's not in evidence?

16        MR. PRICE:  What they have done here in the bottom.

17   It's an improper demonstrative for a fact witness.

18        THE COURT:  Just lay a foundation for what we're

19   seeing, Counsel.

20   Q.   BY MS. AGUIAR:  Okay.  Can you explain what the two

21   images are on the top and how the lines -- and how we arrived

22   at what you're looking at on the bottom?  Just explain what

23   the images are on the top.

24   A.   Okay.  So the images on the touch, the first is on the

25   left is the Carter Bryant 2D portfolio sketch of Lupe.

1  Focusing in on her head and face. And then this is the Bratz

2  manufactured Yasmin doll. Again, cropped into her face.

3  **Q.** And on the right-hand side, the Yasmin, is that a first

4  generation doll?

5  **A.** Yes, it is.

6  **Q.** And then what are we -- just explain, if you would once

7  again, what are we looking at on the bottom, and how did that

8  come about?

9  **A.** So the images on the bottom represent outlines as if you

10  were to trace some of the facial features, the structure of

11  the facial features within the two references in the above.

12  So they represent sort of -- removed of the color, since we

13  already went through color -- just kind of the actual

14  structure and dimension and that respect.

15  **Q.** So would you go through with us --

16       MR. PRICE: My objection is the ones on the bottom

17  don't represent the works of anything at issue.

18       MS. AGUIAR: I don't want to make a speaking

19  objection --

20       THE COURT: No, let's go to sidebar.

21       **(SIDEBAR CONFERENCE HELD.)**

22       THE COURT: The Court said it would do the

23  filtering analysis. And the Court has filtered out the

24  protectable and nonprotectable elements. This seems to go

25  one step beyond the Court's filtering by divorcing the

1  outlines of, for example, the protectable particularized
2  expression of the eyes from the context, the color, shading,
3  et cetera. You're taking it one step beyond what the
4  Court -- I'm assuming that's your objection.

5              MR. PRICE: Yes.

6              MS. AGUIAR: Let me explain why I think that's not
7  the case. We are trying to do exactly what your Honor
8  suggested, which is make a direct comparison from the drawing
9  to the doll. We made it with regard to the particularized
10 colors that he chose, and now we're trying to demonstrate the
11 shape differences in the eye. And I think it's -- when MGA
12 was developing the doll, they didn't do the color and the
13 shape together. They did them separately. They designed it.
14 And then it was separately drawn by Anna Rhee. So there's
15 been no suggestion that these outlines are not exact outlines
16 of the shape of the eye or the shape of the lip.

17             THE COURT: The concern is a 403 concern with
18 respect to these particular depictions, that because these
19 depictions, and I'm referring to the outline drawings for the
20 record, on the bottom part of the page, are being divorced or
21 separated from the context in which they appear. You're
22 taking the filtering analysis one step beyond the filtering
23 that the Court did. You can certainly point out -- ask every
24 question that you want to ask, but it's just the submission
25 of the creation of these two outline sketches that I have

1  concerns about.

2          MS. AGUIAR:  We are trying to show, your Honor --

3  and I think it is a valid comparison -- we're trying to show

4  shape.  And I think for the jury's benefit, this very clearly

5  shows the shape which I think we would be entitled to do.

6          THE COURT:  Right.

7          MS. AGUIAR:  So if they were suggesting that these

8  outlines did not follow the outlines of the eye --

9          THE COURT:  That's not the issue.

10         MR. NOLAN:  Your Honor, I just would add, I think

11 the next step is going to be just take a look, let's say, at

12 the size and shape of the eyes and making a comparison --

13         THE COURT:  And if you wanted to pull out, you

14 know, this and put the -- lay on top of each other.  The

15 problem with the black and white sketching is that it

16 divorces it from what has been found to be all wrapped up.

17 You can narrow in as much as you want, even on one eye or as

18 much as you want, as long as you're still comparing the

19 drawing with the doll.  Not a sketch of a drawing and a

20 sketch of the doll.  No matter how accurate the sketch might

21 be.

22         MR. NOLAN:  Because I'll represent to the Court

23 that I did this in my opening statement without any

24 objection.  In fact, I was doing the lip comparison.  Because

25 see, what would happen --

1          THE COURT:  I'm sure you probably did, Counsel.

2    I'm really not focusing in on this until now.  I didn't issue

3    my ruling on the filtering until a few days ago.

4          MR. NOLAN:  But we did one other thing.  And that

5    is -- because this would be the next step in the process, is

6    just take this lip and overlay it to that lip.  Okay?

7          THE COURT:  If you want to do that with these, you

8    can.  But not with the drawings.  The more I'm looking at

9    this, -- and really the cases that I did on filtering, I

10   think that is something which is particularly not appropriate

11   to do.

12         MR. NOLAN:  But we could highlight the lips, the

13   lines, and the eyes next to each other?

14         THE COURT:  You can manipulate all of that all you

15   want.  And if you want to take a break --

16         MS. AGUIAR:  No, that's fine.

17         MR. NOLAN:  And the last point, for about the fifth

18   time today, these speaking objections are really in front of

19   the jury, it suggests that we're doing something wrong --

20         THE COURT:  Hold on a second.

21         That was a speaking objection, Mr. Price.  You've

22   got to use not relevant.  This is another one that would be

23   not relevant.

24         MR. PRICE:  I apologize.  I'm doing my best.  I'm

25   trying to make eye contact and seeing if my shortcut works.

| | |
|---|---|
| 1 | THE COURT: That's not appropriate. And I try to |
| 2 | avoid that as well. I don't want eye contact going on |
| 3 | between the Court and counsel. |
| 4 | MR. PRICE: I'm just trying to see if there's a |
| 5 | puzzled look on your face. |
| 6 | THE COURT: Don't try to read that. Because |
| 7 | oftentimes, if I'm giving an expression, oftentimes it may be |
| 8 | something that I'm reading on my screen that has absolutely |
| 9 | nothing to do with this case. |
| 10 | MS. AGUIAR: If he looks happy, it's not because of |
| 11 | us. |
| 12 | MR. NOLAN: It's more than that. There's a pattern |
| 13 | now that's developing where they are suggesting that what |
| 14 | we're doing or attempting to do is wrong. And that's the |
| 15 | problem. And I think this is about the fifth time this -- |
| 16 | THE COURT: I understand. There have been speaking |
| 17 | objections made by both sides throughout this trial. And I |
| 18 | have cautioned both sides. But I have mentioned this to you, |
| 19 | Mr. Price, several times today. So next time it happens, I'm |
| 20 | going to say something to you in front of the jury. Thank |
| 21 | you, Counsel. |
| 22 | **(CONCLUSION OF SIDEBAR CONFERENCE.)** |
| 23 | MS. AGUIAR: Aaron, if you could put back up the 14 |
| 24 | graphic. |
| 25 | Q. Okay. So if you want to use the pointer or you want to |

1  use your finger, let's -- I think you already commented on

2  the eyebrow. So if you would move on to the eye and focus

3  your comments on the differences, if any, that were

4  implemented in the doll versus the drawing.

5  **A.** Okay. In referencing the Carter Bryant 2D portfolio

6  sketch, you'll notice that the eye shape is actually quite

7  round.

8       If you look at the actual manufactured MGA Bratz

9  doll, the eye actually takes a wider, more almond, a longer

10 shape, specially in a distance from the tear duct to the edge

11 of the eye.

12      In the pupil area, you'll see that the pupil in

13 Carter Bryant's Lupe portfolio drawings is actually quite

14 small and kind of sort of beady-like. In the manufactured

15 Bratz Yasmin doll, the pupil is actually opened bigger,

16 wider. And I'll stop to say that I've been part of the

17 development of dolls now for --

18             MR. PRICE: Objection, your Honor.

19             THE COURT: Next question, Counsel.

20 **Q.** BY MS. AGUIAR: Describe for me the effect of the change

21 that was made.

22             MR. PRICE: Objection. Irrelevant.

23             THE COURT: Sustained. Unless you're asking -- why

24 don't you rephrase your question.

25 **Q.** BY MS. AGUIAR: Was a decision made to change the pupil

```
 1   size, an affirmative decision by MGA?

 2   A.    It was a very conscious decision by MGA to change the

 3   size of the pupil.  The pupil size --

 4              MR. PRICE:  Objection.  Beyond the scope.

 5              THE COURT:  Next question.

 6   Q.    BY MS. AGUIAR:  And what was the reason for the

 7   decision?

 8              MR. PRICE:  Objection.  Relevance.

 9              THE COURT:  Sustained.

10   Q.    BY MS. AGUIAR:  Was that decision based on your view of

11   the marketability of the doll?

12              MR. PRICE:  Objection.  Leading.

13              THE COURT:  Sustained.

14   Q.    BY MS. AGUIAR:  What was the decision based on?

15              MR. PRICE:  Objection.  Irrelevant.

16              THE COURT:  Well, with respect to marketability,

17   Counsel.  I wish I could do this -- a very quick sidebar.

18              (SIDEBAR CONFERENCE HELD.)

19              THE COURT:  I'm going to sustain or overrule

20   objections going forward at this point.  Reasons why they

21   make a change is not relevant.  That a change was made is

22   relevant.  What change was made is relevant.  And ultimately

23   how that affected marketability or the profits is relevant

24   with respect to apportionment of damages.  Presuming that the

25   change is not related to a protectable -- that's part of the
```

1    apportionment analysis.

2              MS. AGUIAR:  But, your Honor, so, for example, just

3    speaking here at sidebar, if they made that change because

4    they knew from their experience and from research and from

5    feedback that making a doll with a beady eye and a small

6    pupil would not sell as well, that is absolutely relevant.

7    It was a decision they made to make a change, and it probably

8    ended up in a more successful doll that sold more, and as

9    your Honor put it, captured the imagination of a kid rather

10   than a doll that looked different.

11             MR. PRICE:  If that's what she's going to, there's

12   no foundation at all.

13             THE COURT:  I understand the foundational

14   objection.  But we are all on the board that that's relevant.

15             MR. PRICE:  If there's a foundation.

16             THE COURT:  But the best way to do that is

17   accomplish the -- establish the change.  What is the change.

18   And then if you want to get into the impact of that change in

19   terms of profitability, marketability, assuming that you can

20   lay a foundation for it, that's fine.

21             MS. AGUIAR:  Because I did establish the change.

22   She said it was a smaller pupil and they made it larger.  So

23   I established that the change was made, and now I was trying

24   to go into and what was the effect of that?

25             THE COURT:  The way that the questions were coming

1   out, and it's just a -- kind of a form issue as it is, is to

2   get away from the why, the result of the change.  There was a

3   change, and there was an effect on marketability.  And lay

4   the foundation.

5          MR. PRICE:  The problem is there's no way that this

6   witness would have the foundation to testify --

7          THE COURT:  That's why I'm asking you to ask it in

8   that order, because that way you get in the change, and then

9   if there's a question of foundation, it doesn't cut you off

10  at the pass.  You may have to bring up somebody else to deal

11  with the marketability or the impact on damages in the

12  apportionment.  But it's a way of doing the evidence in a way

13  that makes sense.

14         MR. NOLAN:  Real quickly, your Honor, for

15  clarification.  So if I change that she makes, for instance,

16  in the pupil is made to make her appear younger or to appeal

17  to a different audience or idea, that's fair game, as I

18  understand what we've been going through today.

19         THE COURT:  Why she did it is not relevant unless

20  it can be expressed in terms of marketability.

21  Profitability.  She has to lay the foundation.  We have not

22  heard that.  I have not heard that.

23         MR. NOLAN:  I appreciate that.  I guess I'm doing a

24  different point.  If the change was made to make it different

25  than the idea that Carter Bryant had for the expression of

```
 1    the eye, for instance, Carter Bryant's eye express was --
 2              THE COURT:  To show that the particularized
 3    expression in the doll is different than the particularized
 4    expression in the drawing, that goes both to the issue of
 5    copyright and to damages, yes.
 6              MR. NOLAN:  Okay.
 7              MS. AGUIAR:  He's just saying the change goes to
 8    both.
 9              THE COURT:  Right.  And you have to lay a
10    foundation for that.
11              (CONCLUSION OF SIDEBAR CONFERENCE.)
12    Q.   BY MS. AGUIAR:  Okay.  So let's just go back to the eye
13    and summarize, if you would, for me.
14              What is the difference, if any, between the shape
15    of the eye in the drawing and the shape of the eye that MGA
16    opted to create in the doll?
17              MR. PRICE:  This is asked and answered.
18              THE COURT:  Reorientation.  You may answer.
19    Q.   BY MS. AGUIAR:  You can answer.
20    A.   In the Carter Bryant Lupe 2D portfolio drawing, the eye
21    is quite round and short from the tear duct to the end of the
22    eye.
23              In the Bratz manufactured Yasmin doll, the eye is
24    actually much longer, more almond in shape.
25    Q.   Was there a change made by MGA in the size of the pupil
```

1    between the drawing and the actual doll?

2    **A.**    Yes, absolutely.

3    **Q.**    And what was that change?

4    **A.**    We chose to make a bigger sized pupil in the Bratz

5    manufactured Yasmin doll.

6    **Q.**    Does the change in the pupil size make the eye look

7    different?

8    **A.**    Yes, it does.

9    **Q.**    In what way?

10   **A.**    Well, the eye overall, the tone that you receive from an

11   eye with a bigger pupil suggests a character --

12          MR. PRICE:    Your Honor, characterization.

13   Relevance.

14          THE COURT:    Rephrase your question, Counsel.

15   **Q.**    BY MS. AGUIAR:    Due to the size of the pupil, is the eye

16   on the right that you created in the Bratz dolls different

17   from the eye on the left?

18   **A.**    Yes.    The pupil on the right is larger in size than the

19   pupil on the left side.    And the larger pupil suggests a

20   sweeter --

21          MR. PRICE:    Objection.    Beyond the scope.

22          THE COURT:    Next question.

23   **Q.**    BY MS. AGUIAR:    Based on your experience, did you have

24   an understanding that changes such as the one you've just

25   described have an impact --

1         THE COURT: I'm sorry. I'm going to retract that

2    ruling. It's part of the difference.

3         MS. AGUIAR: Mark, will you please read back the

4    last question and answer?

5              (Record read.)

6         THE WITNESS: A sweeter, younger, more

7    approachable, more appropriate character.

8    Q.   BY MS. AGUIAR: Do you have an understanding based on

9    your experience in doll development, that there is a

10   connection between the size of the pupil and the look of the

11   doll generally?

12   A.   Yes, absolutely. The size of the pupil --

13        MR. PRICE: Objection.

14        THE COURT: It was a yes or no question. Next

15   question.

16   Q.   BY MS. AGUIAR: And what is that understanding based on?

17   A.   It's based on my experience in developing dolls, and it

18   is my understanding that the size --

19        MR. PRICE: Objection. Beyond the scope.

20   Q.   BY MS. AGUIAR: And what is -- and what is your

21   understanding about that connection?

22        THE COURT: I'll sustain the foundational

23   objection. Further foundation, Counsel.

24        MS. AGUIAR: Okay.

25   Q.   Describe to us how you know what it is you know about

1     the size of the pupil on the eye of a doll?

2              THE COURT:  And its effect.

3     Q.   BY MS. AGUIAR:  Yes.  And its effect on how kids

4     interpret or perceive a doll.

5     A.   It's based on my experience, almost now collective of 10

6     years of doll development, you know, in the past 10 years of

7     my doll development experience.

8     Q.   Have you received results of focus groups on subjects

9     like this?

10             MR. PRICE:  Objection as to time frame.

11             MS. AGUIAR:  I'm asking a general question now,

12    your Honor.

13             THE COURT:  Very well.

14             THE WITNESS:  Not specific focus groups based on

15    the size of a pupil.  It has been through my learning and

16    developing and also then my receiving, my own perception of

17    studying dolls and the size of the pupil.

18    Q.   And what is your understanding regarding the connection

19    between the size and how a child reacts to a doll?

20             MR. PRICE:  Objection.  Lack of foundation.

21             THE COURT:  Insufficient foundation, Counsel.

22             MS. AGUIAR:  I'll move along.

23    Q.   Okay.  So we've talked about the eye.  Is there anything

24    else that you'd like to point out in the way of differences

25    between the drawing and the doll?  Sticking with the eye just

1  for a moment.

2  **A.**  No, that's it.

3  **Q.**  And are there any differences that you see moving on to

4  the eyelashes, let's say.  Are there differences between the

5  particular way that Mr. Bryant drew them and the particular

6  way that MGA created them?

7  **A.**  Yes, in Carter Bryant's 2D portfolio sketch, you'll see

8  that he creates eyelashes, three of them at the end of the

9  eye.  In the Bratz manufactured Yasmin doll, we actually

10  created four eyelashes, and the eyelashes actually span from

11  the center of the pupil all the way to the end of the eye.

12  And I make reference only to the eyelashes on the top lid.

13  **Q.**  Do you believe that in creating the Bratz dolls, that

14  the particular way that MGA did it is different than the

15  particular way that Mr. Bryant drew them in his pitch book?

16  **A.**  Yes.

17  **Q.**  Let's do another facial feature.

18        And, Aaron, maybe we can use number 47 for that

19  one.

20        Let's talk about the lips.

21        Do you see differences between the way that

22  Mr. Bryant drew the lips and the particular way that MGA

23  manufactured the lips on the doll?

24  **A.**  Yes, absolutely.

25  **Q.**  And we're looking here, by the way, at the drawing of

1   Hallidae on the left and a photograph of the actual first

2   generation Sasha doll on the right; correct?

3   A.    That's correct.

4   Q.    Sorry.  Go ahead.

5   A.    In looking at Carter Bryant's 2D portfolio sketch of

6   Hallidae, you'll notice the shape of the upper lip.  The

7   shape of the upper lip is actually a continuous kind of

8   curving line as opposed to the manufactured Sasha doll where,

9   in fact, we actually created or implemented peaks in the

10   shape of the top of the lip, suggesting a more natural lip

11   shape.

12          If you look at the size of the Hallidae Carter

13   Bryant 2D portfolio sketch and you look at the size from the

14   top of the upper lip to the bottom of the upper lip, it was

15   my personal perception that this was a pretty solid and full

16   lip as opposed to the Bratz manufactured Sasha lip.  The top

17   of the upper lip to the bottom of the upper lip actually is

18   much shorter in distance, meaning the top lip is much smaller

19   in relation to the top lip of Hallidae.

20          You'll see that in Carter Bryant's Hallidae

21   drawing, there is the really strong -- it's not as super

22   clear here, but there's a really strong sort of flip that

23   happens at the ends of the top lip.  And in the Bratz

24   manufactured Sasha, you'll see that the flips were minimized,

25   if not almost completely reduced.

1        And you'll also see in the Hallidae drawing that

2 there's a big sort of crease in the top upper lip which Bratz

3 manufactured Sasha did not include at all.

4        Those were some deliberate revisions to -- let me

5 back up. I was concerned in reviewing the Hallidae drawing

6 that --

7        MR. PRICE: Objection. Beyond the scope.

8        THE COURT: Next question, Counsel.

9 **Q.** BY MS. AGUIAR: Did the changes that you made to the lip

10 that you've described so far result in a different look, an

11 overall look and feel of the lip on the right?

12 **A.** Yes.

13 **Q.** And what is that different look and feel of the lip on

14 the right?

15 **A.** The look on the right represents a more natural lip, a

16 more modest lip, a more human-like lip. And frankly, in my

17 opinion, a more appropriate lip.

18 **Q.** Is there anything else you want to point out about the

19 lip before we move on?

20 **A.** I'd like, if it's acceptable, to point out in the

21 Hallidae drawing. Is that acceptable?

22 **Q.** Sure. Again, if it's a difference between the drawing

23 and the doll, yeah.

24 **A.** Actually, I've actually spoken to the differences.

25 That's enough.

1   Q.   Great.   So with regard to the lips that we're looking at
2   here, did --

3   A.   Actually, I apologize.   I don't mean to interrupt, but I
4   did think of a few more differences, if it's acceptable to
5   speak to them.

6   Q.   All right.   Point out, if there are other differences,
7   what they are.

8   A.   I apologize.   I've sort of been focused on the bottom.
9   But in the Carter Bryant 2D portfolio sketch, you'll notice
10  that the Hallidae's bottom lip is more square in shape, if
11  you will.   And if you look at the manufactured Sasha bottom
12  lip, you'll see that it's actually more like oval or round in
13  shape.   It doesn't create so much of the square.

14            And finally, in the Hallidae Carter Bryant 2D
15  portfolio sketch, you'll see a really, really strong sort of
16  crease in the bottom lip which was -- there's certainly a
17  sculpt relief of sort of material removed from the bottom
18  lip.   But not to the same degree and not to the same
19  intensity.   And not for the same purpose that I believe the
20  Hallidae line was indicated for.

21  Q.   So do you think the lip in the doll that MGA created is
22  different from the particular lip that Mr. Bryant drew?

23  A.   Yes.

24  Q.   Okay.   I was going to -- unless there's anything else
25  about the facial features that you want to point out, then I

1  was going to move on.

2  **A.**   I'm done.

3  **Q.**   Okay.  You can go back up to the witness stand.

4         I'm going to move past the first generation dolls

5  now.  So the next series of questions that I want to ask you

6  this afternoon, I'm going to be referring to the different

7  Bratz dolls that came out spring 2002 and forward.  Okay?

8  **A.**   Okay.

9  **Q.**   After the first generation, when was the next line of

10  dolls released?

11  **A.**   In spring 2002.

12  **Q.**   And starting in spring 2002, did the new dolls have

13  themes that went along with them?

14  **A.**   Yes, they did.

15  **Q.**   And the jury's heard a bit about themes and maybe if

16  Aaron can put up some of the slides that we showed the jury

17  in the opening statement, and those slides show some of the

18  themes that have been implemented starting 2002.

19         Aaron, maybe you can flip through them.

20         These show 2002 up through the present.  If you can

21  explain to the jury what is meant by theme.

22  **A.**   A theme is actually another way to term a collection.

23  It's very, very important to create themes.  As themes

24  provide reasons for collectability, another reason for a

25  consumer to purchase another Bratz doll.  A consumer of 7 to

1   10, she's a really fickle girl.

2           MR. PRICE:  This goes beyond the scope.

3           THE COURT:  Sustained.  Next question.

4   Q.   BY MS. AGUIAR:  How does the use of a theme relate to

5   your target consumer?  Why is that important?

6   A.   The themes relate because --

7           MR. PRICE:  Objection.  Foundation.

8           THE COURT:  Sustained.  Lay a foundation, Counsel.

9   Q.   BY MS. AGUIAR:  Do you have an understanding of why

10  themes are important to your consumers?

11  A.   Yes, I do.

12  Q.   What is that based on?

13  A.   Based on focus groups.  Based on bounce-backs of our

14  consumers, based on fan club feedback.

15  Q.   And what is your understanding of the importance of

16  themes to your particular target audience for the Bratz

17  fashion dolls?

18          MR. PRICE:  Objection.  Lack of foundation and

19  relevant time period.

20          THE COURT:  Lay some more foundation.

21  Q.   BY MS. AGUIAR:  We're talking about the time period when

22  MGA was producing lines of dolls with different themes from

23  2002 through 2007.

24          Do you now, as you sit here today, have an

25  understanding of the relevance of themes to your particular

1   target audience?

2          MR. PRICE:  I'll object.  It's irrelevant as to

3   today.  And lack of foundation as to the time frame.

4          THE COURT:  Let's ask a series of questions

5   establishing the time frame, Counsel.

6   **Q.**   BY MS. AGUIAR:  At some point in time, did you develop

7   an understanding that themes are important to your consumer?

8   **A.**   Yes.

9   **Q.**   When did you come to understand that?

10  **A.**   I came to understand that from spring 2002.  Frankly, in

11  the development of our spring 2002 line and, you know,

12  through the many, I guess the seven or eight years up until

13  today.

14  **Q.**   Okay.  And what is your understanding as to the

15  importance and relevance of themes to the Bratz target

16  audience?

17         MR. PRICE:  Lack of foundation for 2002.  That's

18  where she doesn't have the foundation.

19         THE COURT:  Just confirm that her previous

20  foundation is connected up to the time frame that you've

21  identified.

22  **Q.**   BY MS. AGUIAR:  As of 2002, did you already have the

23  understanding of the importance of themes to your consumer

24  that you were targeting?

25  **A.**   Yes.

1   Q.   And what was that understanding that you had regarding
2   the importance of themes to that consumer?
3   A.   My understanding is through communication or focus group
4   with our consumer type.  It was in studying and reviewing
5   documents like, as I mentioned before, NPV, which is, you
6   know -- recognizes how products or themes may or may not
7   perform.
8   Q.   So how is a theme -- or why, rather, is a theme
9   important to this age range of girls that you were targeting?
10  A.   This age group is -- I have learned through my
11  experience and through research and tons of communication and
12  interaction with these girls.  These girls are starting to
13  find in their life interests even beyond and outside of toys.
14  It can range as much as, you know, magazines, iPods, music.
15  They find interests very much outside of toys.  It is through
16  the theme that we can reinvent ourselves.

17          So we can keep them interested and through the
18  theme that we can reach them emotionally to, you know, to
19  touch sort of some of those interests that they are even
20  finding, you know, beyond and outside of being even seven to
21  ten years old.
22  Q.   Did MGA use or rely on in any way Mr. Bryant's original
23  concept drawings when you were developing themes, any of the
24  themes for the new Bratz dolls?
25  A.   No.

1    Q.   Did Mr. Bryant's drawings even have a theme in them?

2    A.   No, they did not.

3    Q.   Do the different Bratz dolls with different themes

4    usually sell at the same rate or the same popularity?

5    A.   No, they do not.

6    Q.   I want to go through one or two that may not have done

7    so well.  I want to first go to Exhibit 17565.

8             So let's start with 17565.  Can you tell the jury

9    what that doll is?

10   A.   This is a Bratz Pretty and Punk doll.

11   Q.   Did that doll sell well?

12   A.   No, this doll did not sell well.

13   Q.   And do you have an understanding as to why that -- why

14   it did not sell well?

15   A.   Yeah.

16   Q.   And why did it not sell well?

17            MR. PRICE:  Objection.  Lack of foundation.

18            THE COURT:  Sustained.

19   Q.   BY MS. AGUIAR:  What's your understanding based on?

20   A.   My understanding is based on interaction and

21   communication with core girls of our consumer set.  We also

22   got feedback from, you know, our fan club, bounce-backs, the

23   like.

24   Q.   And what is your understanding as to why that particular

25   doll did not sell well?

1          MR. PRICE: Objection. Foundation and hearsay.

2          THE COURT: Sustained. Further foundation,

3   Counsel.

4   Q.  BY MS. AGUIAR: Did the communication with consumers and

5   bounce-back comments from girls and fan club websites provide

6   you an understanding as to why this doll was not successful,

7   this particular doll?

8   A.  Yes.

9   Q.  And is that the typical way in which you would learn

10  whether a particular doll was or was not successful?

11  A.  Yes.

12  Q.  And is this something you do in the course of being a

13  brand manager for Bratz, is to get feedback like that and

14  gain an understanding as to the reasons a doll is successful?

15  A.  It is a huge responsibility as a brand manager.

16  Q.  And what is your understanding as to why this particular

17  doll did not do as well?

18          MR. PRICE: Same objections. Foundation and

19  hearsay. Also, your Honor, relevance as to her

20  understanding.

21          THE COURT: Is it being offered for the truth of

22  the matter asserted, Counsel?

23          MS. AGUIAR: No. It's to get at her understanding

24  of why it didn't sell as well as another Bratz doll.

25          THE COURT: Then it becomes -- it runs into the

1    relevance dilemma.  It doesn't matter why she thinks --

2             MS. AGUIAR:  Okay.

3    Q.   Let me ask can you this:  Do you know for a fact that

4    this Bratz doll did not sell as many dolls as other Bratz

5    dolls?

6    A.   Yes, I do.

7    Q.   And turn to the next one.  18690.  Can you tell the jury

8    what we're looking at there?

9    A.   This is -- it's called Fabulous Bratz.

10   Q.   Fabulous Bratz.  And is that the one with the Las Vegas

11   theme?

12   A.   Yes, it is.

13   Q.   Is this a doll that did not do as well as other Bratz

14   dolls?

15   A.   Yes.

16   Q.   And do you know that for a fact?

17   A.   Yes.

18   Q.   Is it your understanding that the theme of these two

19   dolls is one of the reasons that the doll did not sell well?

20           MR. PRICE:  Objection.  Lack of foundation.

21   Hearsay.

22           THE COURT:  Sustained.

23   Q.   BY MS. AGUIAR:  Let's talk about dolls that did sell

24   well.  I'm going to show you two of them.

25           Can you tell the jury what we're look at there?

1    There's two.  18680.  What is that?

2    **A.**    That's a Bratz Slumber Party.

3    **Q.**    And 17529.

4    **A.**    This is a Bratz Formal Funk.

5    **Q.**    And did these two dolls that we're looking at here,

6    Slumber Party and Formal Funk, sell very well in comparison

7    to other Bratz dolls?

8    **A.**    Yes, they did.

9    **Q.**    So what do you say in response to the argument that all

10   the dolls that -- let's say just the four that I've shown you

11   just now within the last five minutes, that those are all

12   basically just the same doll.

13                    MR. PRICE:  Objection.  Vague.

14                    THE COURT:  Rephrase.

15   **Q.**    BY MS. AGUIAR:  Are the four exhibits that I just showed

16   you -- 17529, 18680, 18690, and 17565 -- are those the same

17   doll?

18                    MR. PRICE:  Objection.  Vague.

19                    THE COURT:  You're referring to the body, Counsel?

20                    MS. AGUIAR:  I'm referring to the whole thing, the

21   doll as a whole.

22   **Q.**    In those packages, just as you're looking at them now,

23   are those the same doll?

24                    MR. PRICE:  Objection.  Vague.

25                    THE COURT:  I'm sorry, Counsel.  You're asking if

1   they are the same?  The exact same?

2           MS. AGUIAR:  Yeah.  Are those the same doll.

3           THE COURT:  Overruled.

4           THE WITNESS:  No, they are not the same doll.

5   Q.   BY MS. AGUIAR:  And why in your view are the dolls that

6   we're looking at in front of us not the same doll?

7   A.   They are not the same doll because they represent

8   different themes, the themes requiring different fashions,

9   accessories, packaging, et cetera.

10          MR. PRICE:  Objection.  Move to strike the opinion.

11  That's irrelevant.

12          THE COURT:  Sidebar, Counsel.

13          MS. AGUIAR:  You want me to just ask a different

14  question?

15          THE COURT:  I want to see you at sidebar.

16          (SIDEBAR CONFERENCE HELD.)

17          THE COURT:  My concern is this.  And that's why I

18  questioned.  I -- I should have sustained the vagueness

19  objection.  What you've done is told the jury basically, I

20  don't really understand how this played out.  You asked her

21  are they the same.  She said no.  Why are they not the same?

22  Because they have different themes.  Ergo, if you have

23  different themes, they are not the same doll, not to mention

24  not being substantially similar.  This is totally irrelevant,

25  and I'm considering an instruction to the jury.  That's why I

1   called for the sidebar.  I'll hear argument from both sides.

2           MS. AGUIAR:  She's testified that they develop

3   different themes for the dolls.

4           THE COURT:  That's clear.  But that doesn't make

5   them necessarily different, not the same doll.  There's a

6   conflating of issues.  I should have sustained the vagueness

7   objection.  I made a mistake.

8           MR. NOLAN:  Your Honor, isn't that ultimately the

9   question --

10          THE COURT:  Do you understand the concern the Court

11  has?

12          MR. NOLAN:  I do, your Honor.  Isn't that

13  ultimately the question of fact that this jury will have to

14  make the determination on?  And that is whether or not the

15  facial, the look --

16          THE COURT:  She's not asking about any protectable

17  element.  She is asking about a clearly nonprotectable

18  element and using that as a basis to say that --

19          MS. AGUIAR:  Your Honor, Mr. Quinn in his opening,

20  he basically also, I believe -- and I'd have to go back to

21  the transcript -- asked at least one witness whether these

22  aren't -- and he used that phraseology.  These are just the

23  same doll.  And I believe we're entitled to elicit testimony

24  as to why she believes certain things make the dolls

25  different.

1    THE COURT: You may be right. I can't remember
2  exactly what he said or didn't say. I can only rule on
3  objections that are before me. But the objection was well
4  taken, and I blew it.

5    Counsel?

6    MR. PRICE: I believe there should be an
7  instruction. She's able to testify about differences between
8  the dolls. That's the infringement element. Now they are
9  trying to conflate that with apportionment somehow. Because
10  it's in a box and has accessories, now there's testimony that
11  that makes them not the same doll. So I think that the jury
12  needs to be instructed.

13    THE COURT: This is not -- I don't want to give an
14  instruction like this. Counsel, can you cure this with some
15  questions?

16    MS. AGUIAR: Yes, I believe I can.

17    THE COURT: For me to have confidence that you can
18  cure it with a question, I need to have confidence that you
19  understand what went wrong here.

20    MS. AGUIAR: What if I ask her specifically do the
21  two dolls you're looking at have different themes. Do the
22  two dolls you're looking at -- are they wearing different
23  fashions. The two dolls you're looking at, are the
24  accessories in the box different.

25    THE COURT: That's fine. All of that is fine. The

1  problem was the predicate you used to say are these -- it was

2  clever, but it was not proper.

3      MR. PRICE:  We need to strike the answer that's in

4  the evidence.

5      THE COURT:  I will strike that.  I'm not going to

6  give that instruction.

7      MR. PRICE:  And I think we also need a question so

8  there's no confusion.  I want to be clear.  The dolls

9  themselves, those are the same.  Because we need them to know

10 that that's not what they are saying.

11     MS. AGUIAR:  But the dolls themselves are not the

12 same.

13     MR. PRICE:  As a follow-up -- this is a follow-up

14 that the jury just heard.  They are going to think this is

15 just breaking down the differences --

16     THE COURT:  I know.  No, I --

17     MS. AGUIAR:  I will ask about each of the elements

18 that I just set out.  I do believe I understand what you're

19 saying, and I will ask about the fashions, the theme, the

20 packaging, the accessories, and ask if --

21     THE COURT:  And that all goes to apportionment.  It

22 doesn't go to substantial similarity.  These two just got

23 conflated.

24     MS. AGUIAR:  But as we all know, the question on

25 substantial similarity is not from doll to doll.  You've said

1    that.    They have agreed with that.

2                 THE COURT:    I understand that.

3                 MS. AGUIAR:    So the fact that I asked if these two

4    dolls are the same doll doesn't even go to substantial

5    similarity.

6                 THE COURT:    Counsel, Counsel, if you can establish

7    in this jury's mind that two dolls are not substantially

8    similar or the same based on different themes, you have made

9    your task on establishing from drawing to doll that much

10   easier.    I'm convinced you understand the argument.    Don't

11   unconvince me.    I think you understand where you run afoul.

12                MS. AGUIAR:    So I will ask the questions.

13                THE COURT:    You do.    I'm going to strike the

14   answer.    I'm not going to instruct at this point.    But I'll

15   be mindful of this.

16                    **(CONCLUSION OF SIDEBAR CONFERENCE.)**

17                THE COURT:    Ladies and gentlemen, just backing up a

18   bit, you are to disregard, and the Court is going to strike

19   the answer with respect to the dolls, whether they are the

20   same or not.    The two dolls in question.    Just completely

21   disregard that.

22                    Counsel, next question.

23   **Q.**    BY MS. AGUIAR:    Sure, the two dolls that you have in

24   front of you, do those two dolls have different themes?

25   **A.**    Yes, they do.

1   Q.   The two dolls in front of you, are they wearing

2   different fashions?

3   A.   Yes, they are.

4   Q.   The two dolls that you have in front of you, are there

5   different accessories in each of the two boxes?

6   A.   Yes.

7   Q.   And the two dolls that you have in front of you, are

8   they both in a different package?

9   A.   Yes, they are.

10  Q.   What are the characters that are depicted in each of the

11  dolls?  Can you tell the jury, for example, in the Slumber

12  Party?

13  A.   In Slumber Party, Yasmin is included in the package.

14  And in Formal Funk, Dana is included in the package.

15  Q.   So the two dolls in front of you, are the characters

16  different?

17  A.   Yes.

18  Q.   And if you look specifically at the face decoration, or

19  what we've been calling the face paint, is the face paint

20  different in the Formal Funk doll versus the Slumber Party

21  doll?

22  A.   Yes, they are very different.

23  Q.   The hair on the two dolls, on Yasmin and on -- did you

24  call her Dana?

25  A.   Dana.

1   **Q.**   Is the hair different?

2   **A.**   Yes, they are very different.

3   **Q.**   So other than the underlying naked sculpt, which you had

4   up there before, are the different elements of the dolls that

5   we just discussed different from one to the next?

6   **A.**   Yes.

7   **Q.**   Let's talk about fashions for a moment.

8          For the Bratz dolls -- going past first generation

9   into 2002 and forward.  Did you use Mr. Bryant's pitch book

10  drawings to design the fashions for the other generations of

11  dolls?

12  **A.**   No, we did not.

13  **Q.**   Are the fashions in the later dolls the same as the

14  fashions that were drawn by Mr. Bryant in his concept

15  drawings?

16  **A.**   No, they are not.

17  **Q.**   Does MGA track information about whether the fashions on

18  different dolls are successful or not?

19  **A.**   Yes.

20  **Q.**   Are fashions one of the reasons why the Bratz consumers

21  buy the dolls?

22          MR. PRICE:   Objection.  Lack of foundation.

23          THE COURT:   Sustained.

24  **Q.**   BY MS. AGUIAR:   Before we get on to that, let me give

25  you -- I would like to have you walk us through an example of

 1   how you develop some fashions.  Trial Exhibit 14624.

 2              Can you tell us what we're looking at here?

 3   **A.**    This is a Bratz Girls Really Rock Sasha doll.

 4   **Q.**    And are the fashions on this Girls Really Rock Bratz

 5   doll the same as the fashions that were depicted in

 6   Mr. Bryant's concept drawings?

 7   **A.**    No, they are not.

 8   **Q.**    Can you describe for us, using this -- and is this, by

 9   the way, one of the Bratz dolls that hit the shelves about a

10   month or so ago?

11   **A.**    Yes, they are.

12   **Q.**    So this is one of the newest ones?

13   **A.**    Yes.

14   **Q.**    Can you describe for us how, then, the fashions in this

15   particular doll are different from the fashions in

16   Mr. Bryant's drawings -- concept drawings?

17   **A.**    In concept, the fashions for Girls Really Rock are

18   expected to look like a hip-hop rock star.  And so the

19   fashions were deliberately designed to represent what a

20   hip-hop star might be wearing.  So we referenced some

21   inspiration, some celebrities.  We reference fashion and

22   fashion trends.  And so we create fashions.  We arrived at

23   the decision to sketch a fashion that looked like this.  From

24   sketch, we actually will pull fabrics and fabric material

25   types and sew the fashion so that they become a 3D form, and

1    make adjustments, of course, along the way and through the

2    process to make sure that we got it just right.

3    **Q.**    Beyond the first generation of Bratz dolls, including

4    the ones we've been looking at this afternoon up there, did

5    you base the fashions on Mr. Bryant's concept drawings in any

6    of the fashions beyond the first generation?

7    **A.**    No.

8    **Q.**    Let's take a look in your binder at Exhibit 4568.

9                Do you recognize 4568?

10   **A.**    Yes, I do.

11   **Q.**    Can you tell us what it is?

12   **A.**    This is a research.  It is a writeup of the results of a

13   research that took place in the U.S., U.K., and Canada on

14   Bratz.

15   **Q.**    Have you seen this document before?

16   **A.**    Yes.

17   **Q.**    So you recognize it?

18   **A.**    Yes.

19               MS. AGUIAR:  I'd like to move into evidence, your

20   Honor, 4568.

21               MR. PRICE:  Hearsay.

22               THE COURT:  Are you offering it for the truth of

23   the matter asserted?

24               MS. AGUIAR:  I believe it's a business record, your

25   Honor.

1            THE COURT:  Then lay a foundation for it as such.

2  **Q.**   BY MS. AGUIAR:  Does MGA from time to time engage

3  outside research services to do this type of report for MGA?

4  **A.**   Absolutely.

5  **Q.**   And in the course of developing new lines of Bratz

6  dolls, does MGA rely on the information in reports such as

7  these?

8  **A.**   Yes.

9  **Q.**   And do you have an understanding of the source of the

10 information that's contained in Exhibit 4568?

11 **A.**   I'm sorry.  I don't know what you mean.

12 **Q.**   In other words, where did the information come from

13 that's included in the exhibit?

14 **A.**   There is a group called CNR Research who developed this

15 report.  They acted as a separate party of MGA to develop the

16 report.

17 **Q.**   And do you have any reason to believe that the results

18 and the information that they are reporting in here are

19 inaccurate in any way?

20 **A.**   No.

21 **Q.**   And did you rely on this document in doing various -- in

22 carrying out your responsibilities as the brand manager for

23 Bratz?

24 **A.**   Yes.

25            MS. AGUIAR:  Your Honor, I move 4568.

1          MR. PRICE:   Objection.   It's hearsay.

2          THE COURT:   Is CNR Research services part of MGA?

3          THE WITNESS:   No, they are not.

4          THE COURT:   Sustained.   Based on business records.

5          MS. AGUIAR:   It was created by -- prepared at the

6    request of MGA.

7          THE COURT:   I understand.

8    Q.   BY MS. AGUIAR:   Through quantitative focus groups,

9    prepared for MGA over the years, have you gained any

10   understanding regarding the importance of specifically the

11   fashions element of the Bratz doll to the consumer?

12   A.   Yes.

13   Q.   And what is the understanding that you have gained in

14   that regard?

15         MR. PRICE:   Objection.   Foundation.   Calls for

16   hearsay.   And irrelevant.

17         THE COURT:   Lay a foundation, Counsel.   I'll

18   consider relevancy after.

19   Q.   BY MS. AGUIAR:   What are the sources of information that

20   you have, as you sit here today, regarding the importance of

21   fashions or the relevance of fashions to the development of

22   the Bratz dolls and to their success?

23   A.   It was through my learning direct from girls and their

24   feedback through bounce-backs, fan club, qualitative

25   research, quantitative research, and even some retailer, like

1   Amazon dot com.  Consumers can actually write up and give

2   their comments and critique, both positive and negative,

3   about the brand.

4   **Q.**   And is that the typical way someone in your position

5   would gather information in order to determine the importance

6   of an element like fashions to the success of your product?

7   **A.**   Yes.

8   **Q.**   And was this knowledge gained over the course of a

9   number of years as the Bratz brand manager?

10  **A.**   Yes.

11  **Q.**   And what is your understanding as to the importance of

12  fashions in the sale of the doll?

13          MR. PRICE:  Object.  Hearsay, lack of foundation,

14  and her understanding is irrelevant.  For the truth.

15          THE COURT:  Counsel, is there another area we can

16  get into in that last 10 minutes?

17          MS. AGUIAR:  I'm sorry.  I thought we were going to

18  5:30.

19          THE COURT:  That's right.  We were going to go to

20  5:30.  Sustained on the same basis as before.

21          MS. AGUIAR:  Okay.

22  **Q.**   Does MGA change the fashions on each of the different

23  Bratz doll lines that it creates and sells?

24  **A.**   Yes.

25  **Q.**   Why do you do that?

1    MR. PRICE: Objection. Irrelevant.

2    THE COURT: Overruled. You may answer.

3    THE WITNESS: We change the fashions through every

4  Bratz doll and through every theme because it encourages

5  fashions. The change in fashion. Encourages the reason for

6  another purchase of a doll. It also -- fashion is incredibly

7  important because it represents a style, an attitude, and a

8  theme.

9    So it is important to create varieties of themes,

10 create varieties of different fashions to encourage the

11 consumer to want to bite deep into the brand, to aspire deep

12 into the brand.

13 Q.  BY MS. AGUIAR: And why not just --

14    MR. PRICE: Your Honor, I would object and move to

15 strike if that's for the truth of the matter.

16    THE COURT: Is that, Counsel?

17    MS. AGUIAR: I asked them why they changed

18 fashions. I think it's relevant -- a relevant question, your

19 Honor, with regard to later generations.

20    THE COURT: I'll permit it for the state of mind,

21 not necessarily for the truth of the matter.

22 Q.  BY MS. AGUIAR: If every different doll line that you

23 issued twice a year, if the dolls were wearing the exact same

24 clothes that they were wearing six months before that, would

25 all of those dolls continue to sell?

1     MR. PRICE: Objection. Lack of foundation.

2     THE COURT: This is clearly going for the truth of

3 the matter. Lay a foundation, Counsel.

4  Q. BY MS. AGUIAR: Why doesn't MGA just use the fashions

5 that were depicted in Mr. Bryant's concept drawings over and

6 over and over again with each different doll it issues?

7 Surprise?

8     MR. PRICE: I'll object unless it's just state of

9 mind. And I'll object to that as to relevance.

10     THE COURT: If you're going for -- it's a

11 repackaging of the same question, Counsel. If you're going

12 for the truth of the matter asserted, you have to lay a

13 foundation. If you're going to state of mind, it's already

14 come in to a limited extent. What is it relevant to? The

15 state of mind.

16     MS. AGUIAR: I think it certainly goes to her state

17 of mind.

18     THE COURT: Okay. What is that relevant to?

19     MS. AGUIAR: The decisions that are made by

20 Ms. Garcia and others at MGA as to why to create different

21 fashions.

22     THE COURT: Very well. For that purpose.

23  Q. BY MS. AGUIAR: So the question is why not just use the

24 same old fashions that were depicted in Mr. Bryant's concept

25 drawings over and over and over again?

1   THE COURT: Let me instruct the jury. We've been

2 going back and forth on state of mind versus truth of the

3 matter asserted. A hearsay statement cannot be introduced in

4 this fashion for the truth of the matter asserted. You

5 cannot consider these facts as being true. This is just an

6 explanation as to why MGA does a certain thing. Their

7 perceptions or their beliefs, their state of mind, as it

8 were.

9   You may proceed, Counsel.

10   THE WITNESS: MGA would not choose to release the

11 same fashions every season, season after season, as it would

12 be a detriment to the brand. The consumer would not find

13 interest after purchasing the first release of doll to

14 therefore find it and purchase it yet a second or third or

15 fourth time. It would also ruin sort of the reinvention, the

16 relevance, the -- the fresh that comes in with every unique

17 collection and collections theme.

18 **Q.** BY MS. AGUIAR: Let's move off fashions for a moment and

19 talk about accessories.

20 **A.** Okay.

21 **Q.** In the doll world, just very briefly for the jury, what

22 is meant by accessories? What can be encompassed within that

23 term?

24 **A.** An accessory is something that's sold within the doll

25 package independent of the doll and the fashions she's

1   wearing.  So, for example, in this case, in Girls Really

2   Rock, the accessories would be the guitar, the electric

3   piano, to name two.  Those accessories are important.

4   Q.   Why are they important?

5               MR. PRICE:  Objection.  It's offered for the truth.

6               MS. AGUIAR:  Same, your Honor, why they developed

7   different accessories.

8               THE COURT:  Why are they important to MGA?

9   Q.   BY MS. AGUIAR:  Why are the accessories with each new

10  doll line important to MGA?

11  A.   The accessories are important because they provide

12  pieces to help express or to extend the theme or the

13  experience.  A rock star is -- in this case, a hip-hop star

14  seems to be sort of removed as some of the most important

15  things and kind of defining a hip-hop or a rock star.  They

16  have to have some instruments or at least a microphone at a

17  minimum to express the experience of being a hip-hop star or

18  a rock star.

19  Q.   Remind me what you said.  You said there was a

20  microphone and what else?

21  A.   A guitar and electronic piano.

22  Q.   Were there any guitars or electronic pianos in

23  Mr. Bryant's concept drawings?

24  A.   No.

25  Q.   Other than backpacks or purses that were with the dolls

1  in the original concept drawings; is that correct?

2  **A.**  That's right.

3  **Q.**  Other than that, has MGA ever referenced for any

4  generation -- has MGA referenced those drawings in developing

5  accessories for the different doll lines?

6  **A.**  No.

7  **Q.**  Did you ever get any ideas from Mr. Bryant's concept

8  drawings for any of the accessories for any of the dolls

9  after the first generation?

10  **A.**  No.

11  **Q.**  I want to show you just one or two more that have

12  accessories in them.  One of them is the Magic Hair doll,

13  which is Exhibit 17543.

14          So can you tell the jury what we're looking at with

15  the Magic Hair Bratz doll, which is 17543?

16  **A.**  This was a Bratz Magic Hair doll.

17  **Q.**  Can you explain the accessories that are included in

18  that package?

19  **A.**  Sure.  The accessories include two hair creams, one hair

20  glitter, one curling iron, one hair crimper, and one hair

21  brush.

22  **Q.**  And is it MGA's practice, whenever it issues a new line

23  of Bratz dolls, that accessories are always included with the

24  doll?

25  **A.**  Yes.

1  Q.   And if we could just go quickly, then, to the Genie

2  Magic, which is 17536.  And if you could describe what we're

3  seeing there in terms of the accessories.

4  A.   In this case, the accessory includes a Magic Genie

5  bottle.  It includes a crystal ball as an accessory, and also

6  a Magic Genie, what we called an 8 Ball, which is in the

7  consumer's size, magic fortunes.

8  Q.   Clarify for me what you meant what you said it was a

9  consumer size?

10 A.   An accessory can be scaled to be in the right size for

11 the doll and for the doll to experience, or it can be

12 enlarged so that it can be an accessory for the consumer to

13 experience.  And in this case, the magic -- excuse me --

14 crystal ball was in size for doll, and the genie bottle was

15 in size for the consumer to experience.

16 Q.   What do you say to the argument that there may have

17 been -- I don't know.  Has there ever been a fashion doll

18 with a genie theme before MGA came out with it?

19 A.   Sure.

20 Q.   Is that possible that -- I don't know.  I won't say

21 particular fashion dolls, but any fashion doll out there in

22 the world had done a genie theme before?

23 A.   Sure.

24 Q.   Okay.  So why, then, is this any different from a prior

25 fashion doll genie theme?

1  **A.**    Well, in the way -- I guess the difference would be in

2  the way that Bratz approached the design and the concept.

3  And the way that we show to, you know, represent the

4  fashions, the way that we included or what accessory we chose

5  to include, the packaging, the handles, the handle that

6  became a necklace for the consumer.

7          So the genie as a theme may not have been unique to

8  market.  It's the way that MGA approached the concept of that

9  genie theme in particular.

10 **Q.**    Let's talk for a few minutes -- and you can put that

11 away.  I want to talk about -- I want to talk about

12 characters.  Since 2001, since the issuance of the first

13 generation dolls, has MGA created other core fashion doll

14 characters?

15 **A.**    Yes, we have.

16 **Q.**    And look in your binder, if you will, at 18633.  Are you

17 there?

18 **A.**    Yes.

19 **Q.**    And can you identify the document that you're looking

20 at?

21 **A.**    This is a list of all of the character names that have

22 been developed within the Bratz brand.

23          MS. AGUIAR:  Your Honor, I move 18633 into

24 evidence.

25          THE COURT:  Any objection?

```
 1              MR. PRICE:  I'll object.  It's hearsay.  Lack of
 2   foundation.
 3              THE COURT:  Counsel, why don't you lay further
 4   foundation.
 5              MS. AGUIAR:  Sure.
 6   Q.   Do you recognize this form of document?
 7   A.   Yes, I do.
 8   Q.   And is it maintained by an MGA employee at your
 9   direction?
10   A.   Yes, it is.
11   Q.   And have you seen it before?
12   A.   Yes, I have.
13   Q.   In what department is this document maintained?
14   A.   It is maintained within the -- currently within the
15   packaging group.
16   Q.   And do you have an understanding as to whether it's
17   updated from time to time?
18   A.   Yes, it is updated.
19   Q.   And if you need to know information in order to perform
20   your functions and you need to know whether you have a
21   particular character's name that's already been used or been
22   out there, would you consult this document?
23   A.   Yes, I would.
24   Q.   And is it your understanding that the information in
25   this document is pulled from the files of the company?
```

1    **A.**    That's correct.

2                MS. AGUIAR:   Your Honor, I move the exhibit.

3                MR. PRICE:   No objection.

4                THE COURT:   It's admitted.

5                **(Exhibit 18633 received.)**

6                MS. AGUIAR:   Whew.   I'm getting tired.

7                Let's put that up on the screen, if we could.

8                Oh, my God, after all of that, Aaron doesn't have

9    it.   That's okay.   It's still in evidence.

10                You know what?   Mr. Price was nice enough to remind

11   me I can put this on the Elmo so you guys can see it.

12                THE COURT:   And to think that's the old-fashioned

13   way to do it.

14   **Q.**    BY MS. AGUIAR:   Can you tell us what we're looking at

15   here?

16   **A.**    This is the document that MGA prepares and updates and

17   includes all Bratz character names, a collection of all the

18   Bratz branded character names.

19   **Q.**    And do you know roughly how many there are, if you can

20   give us a range?

21   **A.**    I think there's approximately 40 characters developed to

22   date.

23   **Q.**    Are some characters more popular than others?

24   **A.**    Yes.

25   **Q.**    And in developing these characters, did MGA rely in any

1    way on Carter Bryant's concept drawings?

2    **A.**    No, he did not.

3    **Q.**    Did Mr. Bryant concept any characters other than what he

4    called Lupe, Hallidae, Jade, and Zoe?

5    **A.**    No.

6    **Q.**    So all of the characters beyond those four which you

7    then created different names for, those were all concepted by

8    MGA; is that correct?

9    **A.**    That's correct.

10   **Q.**    Can you describe for us how the different characters are

11   developed?

12   **A.**    Actually, a character is developed from a personality.

13   So we look at all the different varieties of personalities.

14   Personalities because we want to create dimension and depth

15   within our brand. We also want to create -- we don't want to

16   be sort of identified as one kind of personality, but to

17   reach multiple personalities, in an effort that we might

18   reach multiple different girls in the marketplace. So we

19   start with a personality.

20   **Q.**    Help me out here. Because a doll is an inanimate

21   object. Can we agree on that?

22   **A.**    Yes.

23   **Q.**    In other words, it can't talk.

24   **A.**    That's right.

25   **Q.**    And it can't express its personality verbally; right?

1    A.    That's right.

2    Q.    So how do you give an inanimate object, like a doll, a

3    Bratz doll, how do you give it a personality?

4    A.    It's so involved.  A personality is defined by the

5    character's fashion, the pallet or the colors that we use on

6    our personality.  The soft tones or pink or lavender or light

7    browns indicate a different character as opposed to somebody

8    who wears black and red and like a deep navy or midnight

9    blue.

10          So it can be in the fashions that they wear, the

11   styles of fashion.  So if they are wearing black leather or

12   leather as opposed to a knit cotton can totally separate the

13   personality types.  The way they wear their hair, the way the

14   hair is styled, the accessories that they wear, the jewelry

15   and/or jewelry fashion, those are just to name a few.  It

16   could go on forever.

17   Q.    Tell me if the selection of the name for the character

18   has anything to do with the personality?

19   A.    Absolutely.  We try to line up the character name.  If a

20   character -- if a name has a personality just listening to

21   it, if it has a sound or a tone, like -- well, if a character

22   name has a softer sounding name, than sometimes we'll try to

23   associate that softer sounding name to a softer sounding

24   character.

25   Q.    Have you ever developed after the first generation a

1  character that just didn't -- just kind of flopped and you

2  didn't pursue it after it was released?

3  A.    Yes.

4  Q.    And can you think of one or --

5  A.    Yes.  There's a character named -- I believe her name

6  was Dee Dee.

7  Q.    That's a bad name.  Just kidding.  What is your

8  understanding about what happened to Dee Dee?

9          MR. PRICE:  Object.  Lack of foundation unless

10  she's talking about sales figures.

11          THE COURT:  Lay a further foundation, Counsel.

12  Q.    BY MS. AGUIAR:  Let's put it this way:  Did you guys

13  create Dee Dee at one point?

14  A.    Yes, we did.

15  Q.    Do you remember anything about how you created her

16  personality?

17  A.    Yes.

18  Q.    And what was she like?

19  A.    She was meant to be sort of a dark kind of -- kind of

20  angry or aggressive character.

21  Q.    And Dee Dee's no longer with us; is that right?

22  A.    I don't expect that we will manufacture Dee Dee again.

23  Q.    I want to use as an example two other characters so that

24  you can explain this whole character personality idea.  So

25  that's 18689.  Can you tell us what we're looking at here,

1    Trial Exhibit 18689?

2    A.    This is the first release of Bratz twins.  You actually

3    get identical twin sisters.

4    Q.    And are the two Bratz dolls in that box different

5    characters?

6    A.    Yes, they are.

7    Q.    Describe for us, if you would, what the two characters

8    are in the box.

9    A.    The character on the left, her name is Phoebe.  And the

10   character on the right is -- her name is Roxxi.

11   Q.    And how is it, using these two as an example, that you

12   can explain to the jury how these two dolls have -- they are

13   different characters with different personalities.  Can you

14   explain that?

15   A.    Sure.  It's the combination of -- okay.  Let me back up.

16   Phoebe is intended to be sort of a -- they are identical, but

17   they are totally different.  So Phoebe is intended to be

18   sugar, as we referenced it as her nickname.  And Roxxi was

19   meant to be spice, which is the nickname we referenced in the

20   package.

21   Q.    And by the way -- sorry to interject here.  But do most

22   of the dolls, when you give them a name, do they also have a

23   nickname?

24   A.    Most characters have a nickname as well to help define

25   their personalities.

1  Q.   Sorry to interrupt.

2       You were just describing the nicknames.

3  A.   So we've started with nicknames.  We also used pallets

4  of color.  So Phoebe uses like a baby pink.  Roxxi uses, you

5  know, a brighter red.  And if you look at their jackets they

6  wear, even though they both wear jackets, Phoebe wears kind

7  of a fuzzy light pink fur jacket, and Roxxi wears a black

8  leather jacket with zippers and studs.  Even down to their

9  accessories, you'll notice that Phoebe has a little angel key

10 chain meant for the consumer.

11 Q.   You're talking about the things sort of on the left in

12 the middle?

13 A.   Yes.  And you'll notice that Roxxi is sold with a cute

14 little Devil key chain.

15 Q.   And the key chain is not meant for the doll to use.  The

16 consumer is meant to use it?

17 A.   Yes.

18 Q.   I want to talk for a few minutes about packaging.  And

19 so you can put those guys away.

20      And again, in developing the characters after the

21 first generation of Bratz dolls, did you use any idea or any

22 information from Mr. Bryant's concept drawings?

23 A.   No, I did not.

24 Q.   Is it your understanding -- do you have an understanding

25 that consumers who buy Bratz dolls tend to own more than one

1   Bratz doll?

2           MR. PRICE:   Objection.   Lack of foundation.

3           THE COURT:   Sustained.   Lay a foundation.

4   Q.   BY MS. AGUIAR:   Have you ever received information, in

5   the course of your duties as brand manager, that would

6   suggest to you that consumers buy more than one Bratz doll?

7           MR. PRICE:   Object.   Calls for hearsay, lack of

8   foundation.

9           THE COURT:   Sustained.

10  Q.   BY MS. AGUIAR:   Have you ever received information,

11  either way, as to the number of dolls that kids buy?

12          THE COURT:   It's a yes or no question.

13          THE WITNESS:   Yes.

14  Q.   BY MS. AGUIAR:   And what's the source of that

15  information?

16  A.   The source of information includes personal

17  communications with potential core consumers or consumer

18  types.   Direct communication from the consumer direct to MGA

19  through our either fan club and fan club communications,

20  through their writeup and responses to their product likes

21  and dislikes.   You know, websites such as Amazon dot com.

22  And even through some qualitative or quantitative research.

23  Q.   And do you use the information that you get from these

24  different sources in making decisions about how to develop

25  different dolls?

1   A.   Yes.

2   Q.   And how does it affect your decision in that regard?

3   A.   I'm sorry. Can you rephrase it?

4   Q.   How does the information that you get from consumers

5   regarding the different dolls impact how you then develop

6   different dolls?

7   A.   The feedback is -- the consumer is very vocal in

8   communication. They are very expressive. So I'm able to

9   differentiate between their likes and appreciations and their

10  dislikes. And with those learnings, I learn to not recreate

11  their dislikes in the future. And I do everything I can to

12  recreate their likes in the future.

13  Q.   While we have a couple of the Bratz dolls up there,

14  let's talk for a few minutes about packaging.

15  A.   Okay.

16  Q.   Do you also oversee the development of the packaging for

17  the Bratz dolls?

18  A.   Yes.

19  Q.   What's your involvement in that?

20  A.   My responsibility in packaging is that I communicate

21  with the packaging team, to educate them on the concept, the

22  purpose, the intent of the theme and the inspiration. I'll

23  give them references of inspiration that inspired me. I'll

24  give them references of sketches that were provided or

25  developed by my fashion designers so they have a sense of

1    what the product looks like. Once given that information,

2    they will then go into concepting.

3         So they will give me varieties of different

4    concepts that can kind of similarly approach the same theme.

5    And I will lead them down or give comments on which ones I

6    like or dislike for various reasons. And I'll work with them

7    all the way through what is called a mechanical stage.

8         The mechanical stage is actually getting down into

9    the intricacies of writing the copies and the language and

10   the copy, the tone, the way we use our words is accurate.

11   The character art in making sure the character art represents

12   the right attitude expression. And I'll oversee all that

13   have until it is perfect, frankly, and then it's released to

14   Hong Kong for manufacturing.

15   Q.   Let's go back to -- and I'm sorry for this, but I'm

16   going to flip back for the next couple of questions to the

17   first generation dolls. And I put them here on the table.

18        In Mr. Bryant's concept drawings, did he envision

19   any sort of packaging that would go along with whatever doll

20   was eventually developed?

21   A.   No.

22   Q.   So was there anything that MGA used from Mr. Bryant's

23   drawings to develop the Bratz packaging?

24   A.   No.

25   Q.   Was there any idea or concept anywhere in what

1   Mr. Bryant brought to you in September of 2000 regarding the

2   packaging?

3   **A.**   No.

4   **Q.**   So I'm going to just hand one of them up to you so you

5   can have one in front of you.

6            How would you describe the physical shape of the

7   package that MGA developed for the Bratz dolls starting with

8   the first generation?

9   **A.**   I would describe them as a trapezoid shape.

10  **Q.**   Can you expand on that a little bit?

11  **A.**   Yeah.  The true intention of the trapezoid shape

12  actually was -- came from a concept of a spotlight.  The idea

13  was we wanted to actually put the characters under a

14  spotlight to sort of highlight them, make them almost like

15  celebrities.  Unfortunately, we couldn't afford the spotlight

16  inside the package.  But you know, a spotlight, if you look

17  at the light, sort of disseminates or brings down or creates

18  sort of a triangle or trapezoid as it reaches the floor.  So

19  that's actually where the trapezoid shape came from.

20           And ultimately, the spotlight molded piece never

21  made it in the package.  The trapezoid became an indication

22  of strength, a specific unique package to separate from the

23  competition.

24  **Q.**   Was the Bratz packaging developed in house by MGA

25  employees or by someone outside?

1   **A.**   By MGA employees.

2   **Q.**   And to your knowledge, were there any other fashion

3   dolls that were sold as of 2001, when the Bratz dolls were

4   issued, in packaging of that shape?

5   **A.**   Not to my knowledge or my memory, no.

6   **Q.**   So we've talked about the physical shape.  We've talked

7   about the structure of it, that it was a trapezoid.  Now can

8   you tell the jury a little bit about how that -- how you

9   believe that was unique from the beginning, how the actual --

10  the package as a whole, stepping away from just the shape,

11  how that was unique?

12  **A.**   May I also refer past the first generation package?

13  **Q.**   You could, but maybe we could just talk about stuff

14  like, for example, could you see the doll from just the

15  front, or what was the impact of the material that you used

16  for the packaging?

17  **A.**   I understand.  It was important to MGA to be able to

18  create a really special presentation at retail, especially,

19  again, in the interest of, you know, reaching the seven- to

20  ten-year-old consumer.  We wanted to create a quality package

21  because we know that in some cases, in many cases this

22  consumer will want to collect or to display their dolls.

23         It's like the way that they would express

24  themselves by tearing magazines and sticking them all over

25  their walls or putting them on their folder.  It's an

1   expression, something reaches them emotionally, and they
2   start to express it around them.

3        This package was important because we wanted to
4   sort of -- we wanted to open the sides, not only obviously
5   the front, but the other side and top of the package sort of
6   to represent a display case, a really special place that the
7   doll can be posed in as opposed to the traditional toy
8   package which we term as a coffin box, where all the package
9   is covered with packaging or hard material and only the front
10  is exposed.

11       Other unique qualities to the package was the
12  special -- I'll start by saying the logo itself.  The logo
13  and the designing of our logo and the way that we design each
14  one of those letters in the quirky, kind of the crazy way we
15  shape the letters, like the hook on the R, are very specific
16  details that we created to identify this really unique logo.

17       And while the Bratz logo or the word Bratz had a
18  specific meaning we expected for moms, we added very
19  specifically a halo over the R with stars to suggest that,
20  the guys know the term for Bratz, we're actually not so bad.
21  We're kind of angels.

22       The character art and the way we used our character
23  art, very important.  Our dolls cannot communicate or speak.
24  So character art was so important to us to create that stance
25  of four girls, but also their stance, their posture, the way

1    they looked at you, the way they carried themselves, the way

2    they wore their fashion helped us to communicate an attitude

3    and expression that was going to be meaningful to the seven-

4    to ten-year-old consumer.

5    Q.    And just making up on one of the things that you said

6    about character art or package art, the character art on the

7    first generation box, am I right that it's showing sort of

8    the four shot -- the drawing of the four girls together; is

9    that correct?

10   A.    That's right.

11   Q.    And has the character art developed from that first

12   generation character art since that time?

13   A.    Yes.

14   Q.    So in other words, from -- moving on from the first

15   generation, is the character art on Bratz doll packages

16   different from the character art that's on that box there?

17   A.    Absolutely.

18   Q.    And would that carry over for the character art that

19   appears on other Bratz products?

20   A.    Definitely.

21   Q.    In other words, that it's different from the first

22   generation?

23   A.    Correct.

24   Q.    I interrupted you.  Sorry.  Had you already -- have we

25   addressed the handle on the package?

1   A.   No, not yet.

2   Q.   Can you maybe just talk for a moment?  The question is

3   was there anything in MGA's development of the packaging that

4   was special about the handle.

5   A.   It's funny, because as a consumer, the handle is kind of

6   usually the last thing you pay attention to.  It's just that

7   functional thing that helps you take it off the shelf and on

8   to the cash register or to home.  But we wanted to even

9   manipulate the handle to be something meaningful or at least

10  an aesthetic quality to the package and presentation.  We

11  felt the consumer appreciated that.

12          So in Genie, actually it's a handle so you can

13  carry it away from the chain, but actually this became a

14  necklace for the consumer when you open the package.

15          Frankly, what we understand is that there are fan

16  club members who actually collect all of the different

17  varieties of handles because they felt it to be collectible.

18  Or just sometimes we'll add handles -- we'll just add a

19  texture, like a fuzzy little piece of fabric on the top of

20  the Slumber Party just to, you know, denote something unique,

21  just adding some embellishment is super important.

22  Q.   How much -- and there might be a range.  So you can give

23  me a range.  But how much per doll expressed as a percentage

24  of a hundred percent, how much does MGA spend on the

25  packaging?

1          MR. PRICE:  Objection.  It's irrelevant.

2          THE COURT:  As a percentage?

3          MS. AGUIAR:  It goes to the importance of the

4  element, your Honor.

5          THE COURT:  Overruled.

6  **Q.**  BY MS. AGUIAR:  You can answer.

7  **A.**  In some cases, like for a package for something like

8  this, it's often that the package could almost represent like

9  40 percent of the total product cost.

10  **Q.**  And that would be on the high side?

11  **A.**  Yeah.

12  **Q.**  And what is the thought at MGA as to why so much is

13  spent?  I mean, why up to 40 percent of the cost of the doll

14  is spent on packaging?  Why is that?

15          MR. PRICE:  Object.  Irrelevant.

16          MS. AGUIAR:  Again, your Honor, it goes to their

17  thought process of why.

18          THE COURT:  Overruled.  You may answer.

19          THE WITNESS:  You know, I'll just go back to the

20  consumer.  This is sort of what I believe to be a savvy

21  consumer, seven to ten.  It's really important to the way

22  that you represent your product.  It has to be special.  It

23  has to be unique.  It has to look expensive.  It has to look

24  special.

25          So we're willing to spend this kind of money in the

1  package so that we can send an essence or a pledge to the

2  consumer that she'll feel comfortable about picking this up

3  off the shelf irregardless or separate from the fact that

4  it's a toy.

5  **Q.**  BY MS. AGUIAR:  Do you know if -- does MGA believe that

6  the consumer has a different reaction -- in determining how

7  you do your packaging and how much you spend on your

8  packaging, do you take into consideration that the consumer

9  has a different reaction to the product inside the box when

10  the box looks different?

11          MR. PRICE:  Objection.  Understanding is

12  irrelevant.

13          THE COURT:  Sustained.

14  **Q.**  BY MS. AGUIAR:  In deciding how much to spend on

15  packaging and how much emphasis to put on packaging, do you

16  take into consideration, in doing that, the impact that the

17  package has on the consumer?

18  **A.**  Yes.

19  **Q.**  And how do you take that into account?

20          MR. PRICE:  Object, if offered for the truth again,

21  your Honor.

22          THE COURT:  There needs to be foundation for this,

23  Counsel.

24          MS. AGUIAR:  I don't think I asked her

25  understanding.  I just asked whether it informs the state of

1  mind at MGA in terms of whether to continue to spend that

2  much on packaging.

3        THE COURT:  Right.  And I understand that.  That's

4  why I indicated to lay a foundation for it.

5  **Q.**  BY MS. AGUIAR:  Does that type of thing -- does the

6  reaction to the consumer impact MGA's decision as to how much

7  to spend on packaging and how to develop your packaging?

8  **A.**  Yes.

9  **Q.**  And how does it do that?

10       MR. PRICE:  Objection.  That's irrelevant.

11  **Q.**  BY MS. AGUIAR:  What is the impact it has on the

12  decision-making process?

13       It's sort of the same question I was asking, your

14  Honor, for fashions and accessories?

15       THE COURT:  I understand.  I'll overrule on that

16  objection.  The concern I have is foundation, Counsel.

17  That's what I just indicated a moment ago.  How she knows

18  about the impact on the consumers.

19       MS. AGUIAR:  Okay.

20  **Q.**  Do you have an understanding of the impact on the

21  consumer of the package?

22  **A.**  Yes, I do.

23  **Q.**  And what's that based on?

24  **A.**  Through the same, you know, the same references such as,

25  you know, communicating personally with the consumers,

1  listening to their specific feedback and their critique,

2  through fan club, their critique through websites such as

3  Amazon dot com where they can judge or make criticisms or

4  hopefully some thumbs up on some of our aspects. And those

5  comments are not only specific to the doll product itself but

6  can also relate to the package as well.

7  **Q.**  One last question on the packaging. Do you know whether

8  MGA has a design patent for the trapezoidal packaging that

9  MGA developed?

10        MR. PRICE: Objection. Irrelevant.

11        THE COURT: A design?

12        MS. AGUIAR: A design patent. It goes to the state

13  law claims, your Honor.

14        THE COURT: Overruled. You may answer.

15        THE WITNESS: Yes, I believe so.

16  **Q.**  BY MS. AGUIAR: So it's your understanding that MGA owns

17  a design patent on the trapezoidal shape of its packaging?

18  **A.**  I'm not a hundred percent sure, but I believe so.

19        MS. AGUIAR: Your Honor, I was going to move on to

20  my last couple of topics. Should we do that in the morning?

21        THE COURT: We'll end for the day now and pick up

22  at 9:00 in the morning.

23        **(WHEREUPON THE JURY WITHDRAWS.)**

24        THE COURT: Please be seated.

25        Counsel, is there anything we need to take up at

1  this time?

2       MR. NOLAN: Your Honor, very briefly. The Court

3  had indicated, and while it's still today, I wanted to touch

4  real quickly on the summaries that we had prepared for

5  Margaret Leahy that she testified to and that I had moved in

6  under 1006. For the record, it was 18882-A and -B. And they

7  are the summary of various changes.

8       Your Honor, I would cite to the Federal Rules of

9  Evidence 1006, which makes specific reference to photographs

10 and allowing, you know, summaries of voluminous points that

11 are raised with the photographs, and I would cite to a case.

12 Actually, if I could read something here, your Honor.

13       THE COURT: Sure.

14       MR. NOLAN: This is from Mueller and Kirkpatrick

15 Federal Evidence section 1034. It says: "Summary proof

16 offered under Federal Rule Evidence 1006 may include

17 conclusions or interpretations suggested by a competent

18 witness that in effect sums up evidence in effect was already

19 presented to the jury in the case of United States versus

20 Gold."

21       And again, United States versus Robbins, they talk

22 about summaries where not only is it accurate and supported

23 by the competent testimony of a witness, but that the items

24 that are being summarized are rather voluminous. The example

25 of a photograph that's cited -- the reference to photographs

1   in 1006 talks about numerous changes that could have been

2   depicted in a photograph.  For instance, we might have been

3   able to show specific photographs on the cheekbone or the

4   chin or the ear or the nose.  And if we had done that and we

5   had a series of 35, 45 photographs, I would submit that the

6   summaries would be appropriate.

7           And on that analogy, we would ask for the Court to

8   admit those summaries as evidence.

9           THE COURT:  Thank you, Counsel.

10          MR. PRICE:  Your Honor, obviously I haven't looked

11  at those authorities.  We can, and I can respond with

12  authorities tomorrow morning.  But all this does is summarize

13  a couple hours of testimony.  He went through all of -- he

14  said tell me about the changes.  She told him about the

15  changes.  And then today they showed a demonstrative which

16  summarized her testimony.

17          Now, if she can testify about it in that short a

18  period of time is not voluminous, and that would be like me

19  putting in a chart of all the testimony I elicited from

20  Mr. Bryant or Mr. Larian about specific topics as summaries

21  of the points that I made.

22          This is not what 1006 is about.  But if you'd like

23  briefing, we could --

24          THE COURT:  I definitely don't want briefing.  I'll

25  take a look at the case and let you know in the morning.

1        We still have that motion to quash the subpoena for

2   the Custodian of Records.

3        MR. NOLAN:  Right.

4        THE COURT:  My sense in reading that is that I

5   assume that the custodian is going to be one of the last

6   people you call, Counsel?

7        MR. NOLAN:  I believe that it would be sometime

8   tomorrow afternoon.  Mr. Roth was actually going to handle

9   that, your Honor.  And maybe he'll give you a better

10  indication, and then the only thing I wanted to add so I

11  don't have to get back up, your Honor, is not that any of us

12  are against working Wednesday, Wednesday evening, but in

13  light of the change in --

14       THE COURT:  In light of the change, we're not going

15  to be working Wednesday evening.  It will be Thursday

16  afternoon.  The way I figure we'll do this is today is

17  Tuesday.  So tomorrow we'll have a full day.  We only have --

18  you have eight hours left.  Mattel has three hours and 15

19  minutes -- 14 minutes.  So that's 11 -- let's say 12 hours.

20  And we'll definitely get through that between Wednesday and

21  half a day Thursday, Friday morning.  So I'm really no longer

22  concerned about time since we're not going to do the closing

23  arguments until next Wednesday.

24       We should have plenty of time to do everything.

25  We'll have Thursday afternoon to do the instructions, and

1   we'll have the case wrapped up at least from an evidentiary

2   standpoint by end of the day on Friday, and we'll have

3   closing arguments on Wednesday.

4          So we can do our first cut through the jury

5   instructions on Thursday afternoon.  And I assume it will

6   take most of the afternoon to do that.  And then undoubtedly

7   there will be another cut, I take it, probably on Monday or,

8   if necessary, Tuesday.

9          MR. ZELLER:  And on the subject of scheduling, your

10  Honor, I know offhand of at least one Daubert hearing that's

11  going to have to be had based on the witnesses who MGA

12  currently has in its lineup.  Mr. Vilppu is the one who comes

13  to mind.

14          I know there are certain issues concerning

15  Mr. Meyer.  Whether they will be dealt with in a Daubert

16  hearing is a different issue perhaps.

17          THE COURT:  Why is Mr. Vilppu going to be called?

18          MR. ZELLER:  We'll call him a design expert.  He --

19  his background is actually in animation.

20          THE COURT:  When is he going to be called?

21          MR. ZELLER:  I'm sorry.  When?

22          THE COURT:  I'm familiar with what Mr. Vilppu

23  intends to testify about.  Just when.

24          MR. ZELLER:  In terms of when he's going to be in

25  the lineup, that's somewhat within MGA's control.  I don't

 1   know at this point.  He was further into the line.  But where

 2   we are, given that we've only had two witnesses today, hard

 3   to say.

 4           -  MR. NOLAN:  Your Honor, we had intended to do

 5   Mr. Vilppu tomorrow.  But in light of this, I think we will

 6   get to it Thursday.  And we'll make decisions as we go along.

 7   Obviously everything is in flux as we move forward.

 8           THE COURT:  I understand.  All right.

 9           MR. ROTH:  Your Honor, to answer your timing

10   question.  The custodian -- and perhaps this will resolve the

11   issue.  There are some witnesses, now given the way the day

12   went, who we think many of the documents that are the subject

13   of the custodian will be a vehicle for getting those

14   documents in.

15           THE COURT:  That's how I read the motion as well.

16   That's why I was hoping that we were going to save the

17   custodian for the end to see what we'll really still have in

18   dispute.

19           MR. ROTH:  If that had come up today, that might be

20   a different question.  But there are some witnesses for

21   form --

22           THE COURT:  Very good.  Let's take that up at that

23   time.

24           MR. ROTH:  One other thing, your Honor.  Just in

25   terms of your workload, which I'm sure is considerable.

```
 1   There's the Farr deposition transcript.  We've been taking a
 2   look at that, and we think we can make further withdrawals.
 3   And frankly, it would end up being rather smaller than it is
 4   now.
 5              THE COURT:  Why don't do you that.
 6              MR. ROTH:  Why don't we do that and handle that
 7   that way.
 8              THE COURT:  Excellent.  If there's nothing else, I
 9   just want to get this order regarding the previous motions
10   resolved.  I received two different versions.  I want to have
11   one version submitted to the Court that reflects the
12   following.  I'll take No. 1 from -- someone needs to take
13   notes of this.
14              THE REPORTER:  I will.
15              THE COURT:  Thank you, Mark.
16              Number 1 from Mattel.
17              Number 2 from MGA.
18              Number 3 from Mattel.
19              4 and 5, as best I can tell, are identical, except
20   in 5, Mattel refers to the defendants, and MGA refers to MGA.
21   It doesn't include Mr. Larian.  I can't believe that that's
22   actually what you are disputing between the two of you.  But
23   if it is --
24              MS. AGUIAR:  No, no, we weren't disputing that.
25              THE COURT:  Very good.  Number 6 in Mattel needs to
```

1  go in.  There's no corollary in MGA's.

2        Number 7 in Mattel looks to be identical with No. 6

3  in MGA.  So that's the same.

4        Number 8 is the same as No. 7 in MGA.

5        Mattel's 9 is the same as MGA's No. 8.  So that's

6  fine.

7        Mattel's 10 is the same as MGA's 9.

8        And No. 11 is the same as MGA's 10.

9        And No. 12 is the same as MGA's 11.

10        Number 13 is the same as MGA's 12.

11        14 is the same as the 13.

12        And 15 is the same as the 14.

13        So I really don't see why I got two of these except

14  for there is -- the Mattel 6 was nowhere to be found.  And if

15  words in dispute on the first few.  But let's get those

16  resolved and get a consolidated order for the Court's

17  signature tomorrow morning.

18        And that's all I have.

19        MR. NOLAN:  Thank you, your Honor.

20        THE COURT:  All right.  See you tomorrow morning

21  around 8:30.

22              (Proceedings concluded at 5:39 P.M.)

23

24

25

1

2

3

4                          C E R T I F I C A T E

5

6

7              I hereby certify that pursuant to Title 28,

8    Section 753 United States Code, the foregoing is a true and

9    correct transcript of the stenographically reported

10   proceedings in the above matter.

11              Certified on August 12, 2008.

12

13

14   MARK SCHWEITZER, CSR, RPR, CRR
     Official Court Reporter
15   License No. 10514

16

17

18

19

20

21

22

23

24

25