1    could put up Exhibit 14018, the Tokyo doll.  Do you see that?

2    And you said you drew some concept drawings for that doll;

3    correct?

4    **A.**    Correct.

5    **Q.**    And the concept drawings have a much more extreme look

6    than the doll; right?

7    **A.**    Yes.

8    **Q.**    So, for example, if we can split this into two, we have

9    14018.  If we can put up 18920, which are your drawings.  We

10   can start with the second page, I think.  Let's start with

11   the fourth page.

12          And if we could flip through here, Ken.

13          I mean, it's fair to say that none of these

14   drawings look substantially similar to the doll that was

15   created by MGA; is that right?

16   **A.**    Well, let me just explain something.  We use two

17   sketches in the industry.  One is called a conceptual sketch,

18   and one is called a developmental sketch.  My sketches are

19   concept sketches in that it does not contain enough

20   information to be able to execute it exactly like this.  It

21   is not a control drawing, sir.

22   **Q.**    Let's look at this.  You see how you have these eyes and

23   the very, very large lips here?

24   **A.**    Yes.

25   **Q.**    Okay.  I mean, that wasn't the way it was translated to

1   the actual doll; correct?

2   **A.**   Again, it is a concept sketch, not intended to be inch

3   by inch or quarter inch by quarter inch the exact translation

4   of the 3D.

5   **Q.**   So the answer to my question is I'm correct.  That none

6   of these drawings here that we have in 18920, which you

7   presented to us, look substantially similar to the Bratz

8   product; correct?

9   **A.**   It was not intended to be.

10  **Q.**   You've not answered my question.  They don't look

11  substantially similar, do they?

12  **A.**   No.

13  **Q.**   And if you look at the shape of the eyes, the lips, the

14  head, those aren't the eyes and lips and head that are going

15  to go on a Mainline Bratz doll; correct?

16  **A.**   That's not even the hairstyle.

17  **Q.**   But I asked you about the others.  That is, you could --

18  you wouldn't put those eyes and that size lips proportionally

19  on a Mainline Bratz doll.

20  **A.**   It's hard to say, sir.  Because until I actually see

21  what that looks like in 3D, then I can say I wouldn't do it

22  or would do it.  The control point is the process, as you go

23  along.  It's sort of evolutionary.

24  **Q.**   Well, it's fair to say you didn't do it.  That is, you

25  did not -- when you were doing your designs, you didn't put

1   this look that we have in 18920 on the doll.

2   **A.**    That's not the outcome.  Correct.  You're right.

3   **Q.**    And, in fact, I put in front of you up there, I think

4   it's Exhibit 17558.  It's one of the original Sasha dolls.

5   Do you see that?

6   **A.**    Yes.

7   **Q.**    And maybe we can put up a picture of that that MGA used

8   this morning.  And then if you would hold up the dolls to the

9   jury.  Maybe they can see the dolls for themselves.  And then

10  put your Tokyo a Go-Go doll up.  And you'll agree that those

11  two dolls look more similar to each other than the Tokyo a

12  Go-Go doll looks to the drawings in 18920.

13  **A.**    Can I see the drawings of 18920?

14  **Q.**    I think you have them in front of you.  Those are the

15  ones you did which were the concept drawings.

16  **A.**    18920 is a boy doll.

17  **Q.**    You see your concept drawings which your counsel took

18  you through?

19  **A.**    Okay.  Let me look for that.  I'm sorry, sir.  Could you

20  repeat the question?

21  **Q.**    You'll agree that those two dolls look much more similar

22  to each other than your Tokyo a Go-Go doll looks to the

23  drawings that you said it was based on.

24  **A.**    I beg to differ, sir.  Conceptually this is far more

25  similar.  But I can see your point in that as a doll, they

1   are both 10 inches in this size of package.  Yes, they are

2   similar.  They are 3D to 3D.

3   Q.   Just so we have your testimony since you do disagree on

4   some level.  The way you look at it, the doll on the right

5   here is less similar to the Tokyo a Go-Go doll than -- if we

6   can put up 18920 -- than your sketches were, which are 18920;

7   is that right?  Just from your viewpoint?

8   A.   Correct.  In terms of general look and colors and the

9   general feel that when you look at the doll, the sketch is

10  far more similar to the Tokyo a Go-Go doll than this exhibit.

11  Q.   You said that you had designed a lot of dolls at MGA;

12  correct?

13  A.   Yes, sir.

14  Q.   Now, for all of that work to date, have you been paid in

15  the neighborhood of, say, $30 million?

16  A.   No, sir.

17  Q.   More than a million?

18  A.   No, sir.

19          MR. PRICE:  I won't get any further.  Thank you.

20          MS. AGUIAR:  Nothing further, your Honor.  Thank

21  you.

22          THE COURT:  Very well.  You are excused.

23          THE WITNESS:  Thank you.

24          THE COURT:  Next witness.

25          MR. NOLAN:  MGA calls Timothy Kilpin.

1          THE CLERK:  Please remain standing.  Raise your

2  right hand.

3                   **TIMOTHY KILPIN, SWORN.**

4          THE CLERK:  Please be seated.  Please state your

5  full name, and spell your last name for the record.

6          THE WITNESS:  Tim Kilpin, K-I-L-P-I-N.

7                   **DIRECT EXAMINATION**

8  BY MR. NOLAN:

9  **Q.**   Good afternoon, Mr. Kilpin.

10  **A.**   Hello.

11  **Q.**   You testified in Phase 1-A, when we went over your

12  background.  I just want to touch upon a couple of things to

13  put this back in perspective for us.  You are currently

14  employed by Mattel?

15  **A.**   Yes.

16  **Q.**   And you are currently involved with the boys division;

17  correct?

18  **A.**   That's right.

19  **Q.**   But prior to being assigned to the boys division, you

20  were involved in the girls division?

21  **A.**   That's correct.

22  **Q.**   And, in fact, your title was senior vice-president,

23  girls marketing and design; is that correct?

24  **A.**   Yes.

25  **Q.**   And could you tell the jury during what period of time

1    you served as the senior vice-president, girls marketing and

2    design?

3    **A.**    That was from October of 2003 to October of '05.

4    **Q.**    Is it fair to say that before you had the title of

5    senior vice-president of girls marketing design, most of your

6    career has been focused on marketing of various consumer

7    products?

8    **A.**    Well, I ran for a number of years the Disney business at

9    Mattel, which included marketing, design, engineering, all of

10   those aspects.  And then when I was at Disney, I ran the

11   category management for all of the toy business there.

12   **Q.**    And you also worked for a period of time for Tonka Toys?

13   **A.**    Yeah.  For about three years back in the late 80's.

14   **Q.**    And you were a product manager at Tonka Toys?

15   **A.**    Yes.

16   **Q.**    And was one of your areas of responsibility there

17   marketing?

18   **A.**    Yes.

19   **Q.**    Now, in total how many years have you worked for Mattel

20   off and on?

21   **A.**    About 17 years in total.

22   **Q.**    And would it be fair to say that for those entire seven

23   years, your area of focus has always been marketing?

24   **A.**    You said seven years?

25   **Q.**    17.

1    **A.**    17 years.  Well, actually, from '95 to '99 it was as a

2    general manager.  So that included marketing, design,

3    engineering.  And then from the time that I came back in 2003

4    until today, that's been the same thing, now marketing and

5    design.

6    **Q.**    One of your responsibilities as senior vice-president

7    girls marketing and design was to oversee the marketing for

8    Barbie?

9    **A.**    Yes.

10   **Q.**    And also overseeing the marketing for the doll line My

11   Scene?

12   **A.**    Yes.

13   **Q.**    And also overseeing the marketing for a line called

14   Flavas?

15   **A.**    No.  As a matter of fact, I did not work on that.

16   **Q.**    Okay.  So that was either before your time or after your

17   time in the girls division?

18   **A.**    I was not there when that was being done.

19   **Q.**    Do you know when Flavas was entered into the market?

20   **A.**    I think it was before my time.

21   **Q.**    You think it was before 2003?

22   **A.**    I don't know.

23   **Q.**    But in any event, to your knowledge it wasn't being

24   sold -- Flavas was not being sold by Mattel during the period

25   of time you served as the senior vice-president of the girls

1    marketing and design; is that correct?

2    **A.**    Not during my time.

3    **Q.**    And I assume at various times in your capacity as senior

4    vice-president in charge of girls marketing and design at

5    Mattel, you would prepare marketing reports?

6    **A.**    Well, usually I didn't prepare marketing reports.   My

7    teams did.

8    **Q.**    And you would review those?

9    **A.**    Yes.

10   **Q.**    And can you just give us some general background on

11   marketing 101 maybe?   And that is why does a company prepare

12   marketing reports or do analysis of marketing plans?

13              MR. ZELLER:   The question is vague.

14              THE COURT:   Overruled.   You may answer.

15              THE WITNESS:   Well, it is a pretty broad question.

16   Generally speaking a company is providing -- supporting a

17   product line with marketing to help sell that product to the

18   customers, the trade, the retailers, and then to sell it

19   through to consumers.

20   **Q.**    BY MR. NOLAN:   How often would Mattel prepare marketing

21   reports?

22   **A.**    When I was running that particular group, we didn't have

23   a set process for that.   We probably did it a couple of times

24   a year.

25   **Q.**    And how many people would be involved in the preparation

1    of the marketing reports?

2    **A.**    Well, I had a group -- what time frame are we talking

3    about?

4    **Q.**    During the time that you were the senior vice-president

5    in charge of girls marketing and design for such things as

6    Barbie and My Scene?

7    **A.**    At that time I had a group that was probably about 10 or

8    12 people that were responsible for marketing.  So they would

9    be the ones working on those plans.

10   **Q.**    And when did you leave the girls division?

11   **A.**    October of 2005.

12   **Q.**    And what were the circumstances by which you were moved

13   out of the girls division?

14             MR. ZELLER:  Relevance.

15             THE COURT:  Sustained.

16   **Q.**    BY MR. NOLAN:  During the period of time that you were

17   overseeing the marketing for Barbie and My Scene, did you

18   engage in any competitive analysis?  In other words, what

19   your competitors' products were doing?

20   **A.**    Well, yes.  Typically we would look at the competitive

21   set on a regular basis.

22   **Q.**    And the competitive set during the period of time that

23   you were there in the girls division, 203 and 2005, included

24   Bratz; correct?

25   **A.**    Yes, it did.

1    **Q.**   And when was the first time you heard or learned of the

2    Bratz doll line?

3    **A.**   Well, I guess that would have been sometime in 2001.

4    That was when I was at Disney.

5    **Q.**   And what were the circumstances by which you became

6    aware of the Bratz line?

7    **A.**   I don't remember that specifically in terms of when I

8    first saw it.

9    **Q.**   When you saw it, where were you?

10   **A.**   I honestly don't remember.

11   **Q.**   Do you remember whether or not you visited one of the

12   New York toy shows?

13   **A.**   Well, yes, I used to go there pretty regularly.

14   **Q.**   Do you recall seeing the Bratz line for the first time

15   at the New York Toy Fair?

16   **A.**   I remember visiting the MGA showroom at New York Toy

17   Fair one year.  I don't know if that was the first time I saw

18   it or not.

19   **Q.**   Okay.  And who were you employed with at that time?

20   **A.**   Disney.

21   **Q.**   What was your overall impression of the Bratz line when

22   you first saw it in 2001?

23   **A.**   I thought the product looked fresh.

24   **Q.**   What do you mean by the word "fresh"?

25   **A.**   I thought it looked different.

1    Q.    Different from what?

2    A.    Different from anything else that I had seen in that

3    range before.

4    Q.    Now, prior to 2001, when you were working at Disney, can

5    you give us just a time frame as to when you had previously

6    worked at Mattel?  In other words, you went from Mattel to an

7    Internet company, and then to the Disney company; is that

8    correct?

9    A.    Yes.

10   Q.    So when did you leave Mattel to go to the Internet

11   company?

12   A.    I left Mattel in October of 1999.

13   Q.    So when you said that when you saw Bratz in 2001 and

14   thought it was fresh, is it correct that you had never seen

15   anything like that at Mattel?

16   A.    Not that I could recall, no.

17   Q.    Do you recall having a conversation with Mr. Larian in

18   2001 concerning the Bratz line?

19   A.    No, I don't know that I talked to him in 2001.  I think

20   when I went to Toy Fair it was early to 2002.

21   Q.    In any event, you recall having a conversation with

22   Mr. Larian concerning the Bratz line?

23   A.    Well, Mr. Larian toured me through his showroom.

24   Q.    And what did you tell Mr. Larian while you were looking

25   at the Bratz line?

1          MR. ZELLER:  Hearsay, relevance.

2          THE COURT:  Sustained.

3    **Q.**   BY MR. NOLAN:  After some period of time working at

4    Disney, were you recruited back to join Mattel?

5    **A.**   Well, I think we talked about this last time.  I went

6    back to Mattel in October of '03 and left Disney at that

7    time.

8    **Q.**   And you interviewed with Mr. Eckert for your position,

9    correct, when you returned to Mattel?

10   **A.**   I actually interviewed -- I recall interviewing with

11   Alan Kaye and with Matt Bousquette.

12   **Q.**   And when you interviewed with Matt Bousquette and Alan

13   Kaye, you knew you were being considered for a position of

14   senior V.P. for marketing of Barbie and the My Scene line;

15   right?

16   **A.**   Well, for marketing and design, yes.

17   **Q.**   And just curious, during any of those interviews, did

18   you have any discussions with respect to the competitive

19   products that Barbie and My Scene were competing with?

20         MR. ZELLER:  Asked and answered.

21         THE COURT:  Curiosity is not a good basis, Counsel.

22   Sustained.

23   **Q.**   BY MR. NOLAN:  At the time you took the position back at

24   Mattel in October 2003, did you understand that Bratz was

25   competing with a Mattel product?

1   **A.**   At the time I went back to Mattel?

2   **Q.**   Yes.

3   **A.**   Yes.

4   **Q.**   Did you undertake any analysis, competitive analysis of

5   the Bratz line at that period of time?

6   **A.**   What I recall doing, when I came back to Mattel, was

7   asking my team for a summary of the business overall, which

8   would include what was happening at retail, what was

9   happening with the product, the marketing, and, you know,

10  what was happening competitively.

11  **Q.**   Now, in this area of questioning, I'm not asking you

12  about any analysis that you asked your team to do with

13  respect to Barbie or My Scene.  All right?  I'm only limiting

14  my questions to Bratz.  Do you understand that?

15  **A.**   Okay.

16  **Q.**   So was one of your tasks to your team to analyze the

17  Bratz line?

18  **A.**   Well, yes.  As part of what we were competing against,

19  we would have been looking at Bratz.

20  **Q.**   And what particular elements of Bratz were you looking

21  at?

22  **A.**   I don't know that I can pinpoint it.  I think we looked

23  at every aspect of what we were competing against.

24  **Q.**   Well, for instance, did you look at the packaging?

25  **A.**   We would have looked at every aspect, I would imagine.

1   **Q.**   So when you say every aspect, from a marketing person

2   employed at Mattel, tell me what all those aspects are.

3   **A.**   Well, I would have looked at the product first and

4   foremost, in terms of what the product line looked like.   And

5   then from there we would have talked about the other aspects,

6   the advertising, the packaging, its retail presence.

7   **Q.**   So you would look at the product, advertising,

8   packaging, and something you called retail presence.   I want

9   to get back to that in a moment.   But any other aspects you

10   looked at?

11   **A.**   Those would have been the main things.

12   **Q.**   And for what reason did you conduct that type of

13   competitive analysis?

14   **A.**   Well, we would do that as a matter of course.

15   **Q.**   And why would you do that as a matter of course?

16   **A.**   Well, I -- any person competing in any business would

17   look at the competitive set to understand what was going on

18   in the marketplace.   So it was normal practice.

19   **Q.**   A practice that you had participated in for a number of

20   years while employed at Mattel, Tonka Toys, and Disney;

21   correct?

22   **A.**   Yes.

23   **Q.**   You talked about retail presence as one of the aspects.

24   And it's a term that I don't think has come up in the court

25   trial.   So let's just put some context on that.   What do you

```
 1   mean by the retail presence of Bratz?

 2   A.    Well, when I say retail presence in general, what I'm

 3   talking about is how the product line looks on a shelf, where

 4   it's placed in the store, where it's placed on the shelf, how

 5   much footage it might have.  We'd look at all those things.

 6   Q.    And why are those factors important to consider in

 7   marketing?

 8              MR. ZELLER:  Relevance.

 9              THE COURT:  Seems to be beyond the control of --

10   you're talking about the factors in the --

11              MR. NOLAN:  I can lay a better foundation.

12              THE COURT:  Please do.

13              MR. NOLAN:  Thank you.

14   Q.    You talk about retail presence is where packaging or

15   product are placed on the shelf.  Does Mattel make efforts to

16   try to get the best position in retail stores for its

17   products?

18   A.    We usually don't have much to say about that.  That's

19   usually the choice of the buying staff at a retailer.

20   Q.    And based on your experience, how do the buying staff at

21   the various stores make the decisions with respect to product

22   placement, shelf placement?

23   A.    They usually make those decisions based upon how well

24   the product happens to be selling at that time.

25   Q.    So the fact that -- did your people make a -- come to
```

1  any conclusions or report anything to you with respect to the

2  retail presence of Bratz during the period of time that you

3  were in charge of the girls division?

4  **A.**   I don't recall anything specific about any conclusions

5  we reached about that at that time.

6  **Q.**   Just generally speaking, did you have the view that the

7  Bratz products were enjoying strong retail presence, good

8  shelf positioning?

9  **A.**   Generally, yeah.

10  **Q.**   Would you agree with me, sir, that the same product,

11  same consumer toy, could sell differently, depending on its

12  placement in the retail shelf?

13           MR. ZELLER:  Relevance, calls for speculation,

14  vague.

15           THE COURT:  You need to lay a foundation, Counsel.

16  **Q.**   BY MR. NOLAN:  Do you have -- in your opinion, do you

17  have -- well, let me ask you this:  Does Mattel care, for

18  instance, where Toys-R-Us puts Barbie?

19           MR. ZELLER:  Relevance.

20           MR. NOLAN:  It's foundation.

21           THE COURT:  No.  Sustained.  You are asking whether

22  they care.  That's not foundation, Counsel.  Sustained.

23  **Q.**   BY MR. NOLAN:  Is the product placement in the retail

24  stores a factor that you consider to be important to track?

25  **A.**   The placement in the stores is something we certainly

1    discuss with the buyers.  We typically don't have a lot of

2    control over that.  And what we will typically hope for are

3    things like placement on an end cap, for example.  So that

4    it's good placement.  But again, it's usually a buyer's

5    decision.

6              THE COURT:  An end cap being?

7              THE WITNESS:  I'm sorry.  An end cap being the end

8    of an aisle display.

9    Q.   BY MR. NOLAN:  And in your experience, why do you --

10   would you prefer to have your product on an end cap of an

11   aisle or on the bottom shelf of an aisle?

12   A.   Well, typically an end cap or an end of aisle display is

13   better just because there's more traffic.

14   Q.   And does more traffic generally lead to more exposure

15   for a product?

16   A.   Generally, yes.

17   Q.   And so would it be natural that if you had a better

18   position, more traffic, you would likely have more sales?

19   A.   It depends.  Not necessarily all the time.  It depends

20   on the product, of course.

21   Q.   Of course.  Is it your view and your experience that a

22   product that is on the end shelf -- I'm sorry.  The end cap

23   of an aisle generally sells better than a product stuck on a

24   shelf somewhere in the aisle?

25             MR. ZELLER:  Asked and answered.

1          THE COURT:  Sustained.  Move along, Counsel.

2  **Q.**    BY MR. NOLAN:  So one of the things that you looked at

3  was where Bratz was positioned in the retail stores; correct?

4  **A.**    It was one of the things, yes.

5  **Q.**    And you also mentioned the product, that that was one of

6  the aspects that you would study from time to time; is that

7  correct?

8  **A.**    Yes.

9  **Q.**    Now, what do you mean by product?

10  **A.**    The product.  The actual dolls.

11  **Q.**    The actual dolls themselves or the dolls within the

12  package?

13  **A.**    We would look at both.

14  **Q.**    Would you ever just look at the naked mold of the doll?

15  **A.**    Can you -- what do you mean by naked mold?

16  **Q.**    I feel like an expert on this one.  I should be able to

17  hit this one out of the park.

18          I'm going to show you Exhibit 18858, which for the

19  record I'll describe generally as a naked mold.

20          Do you see that?

21  **A.**    Yes.

22  **Q.**    And I assume in your job, sir, you've seen naked

23  product; correct?

24  **A.**    Yes.

25  **Q.**    Nothing to be shy about.  My question, sir, is in any of

1    the assignments where you were asking your people to analyze

2    competitors' product, did you ever ask them to undress the

3    products and look at the naked mold?

4    **A.**    I can't ever recall doing that, no.

5    **Q.**    Now, you talk about the doll packaging.  What about

6    fashions?  You used to be in a department that was called the

7    fashion doll department; right?  More or less.  Barbie's

8    fashion doll?

9    **A.**    That was one of the categories we did, yes.

10   **Q.**    All right.  Barbie is a fashion doll.  My Scene is a

11   fashion doll.  Bratz is a fashion doll; right?

12   **A.**    Yes.

13   **Q.**    Is it your view, when you were the senior

14   vice-president, that fashions on fashion dolls drive sales?

15   **A.**    I would tend to look at it as the aesthetic of the doll,

16   and you would look at the doll, the shape, the style, the

17   fashions, the hair.  You'd look at all of those elements of

18   the aesthetic of the doll.

19   **Q.**    So when you use aesthetics, you're referring to all of

20   the elements that you just articulated for us; right?

21   **A.**    Of the doll, yeah.

22   **Q.**    Okay.  Now, the idea would be to, I assume, in

23   marketing, to try to develop plans which would cause a

24   consumer to buy more than one doll; correct?

25   **A.**    Well, that's usually a good thing, yeah.

1  **Q.**   Let me ask you this:  When you were in the girls

2  division, do you recall ever directing a design change to the

3  naked sculpt of any of the doll products that you were trying

4  to market?

5  **A.**   No, I don't believe I ever did that.

6  **Q.**   Let's stay on fashions for a moment.  Fashions are one

7  of the elements of the aesthetic qualities that you were

8  looking at of the competitors; is that correct?

9  **A.**   I would view that as part of it, yes.

10 **Q.**   Would you consider fashions to be a significant

11 component of the overall aesthetics of the doll?

12          MR. ZELLER:  The question is vague.

13          THE COURT:  As you define aesthetics.

14 **Q.**   BY MR. NOLAN:  As you define aesthetics.

15          THE COURT:  Overruled.

16          THE WITNESS:  I tended to look at all of it.  I'd

17 look at the combination.  As a team, we would look at all

18 those elements and talk about the aesthetic and its total

19 impact.

20 **Q.**   BY MR. NOLAN:  Is that because you believe that the

21 fashions were of equal importance in terms of the overall

22 success of the doll?

23 **A.**   I don't know that I'd characterize it that way

24 necessarily.

25 **Q.**   How would you characterize it?

1    **A.**    Part of the total package, as I said.

2    **Q.**    Is it an important component of the overall packaging,

3    the fashions?

4    **A.**    Sure.   Just like the hair and the other elements.

5    **Q.**    So let's just stay with fashions for just a moment.

6    During the period of time that you were in the girls division

7    at Mattel, did you ever instruct your department to just use

8    the same fashions season after season after season?

9    **A.**    No.   I don't believe I did.

10   **Q.**    So if you changed the fashions each season -- did you

11   change the fashions each season?

12   **A.**    I -- you know, I can't really answer how often we

13   changed the fashions.   We change them all the time.   I don't

14   know exactly how often we do that.

15   **Q.**    And why would you change the fashions all the time?

16   **A.**    Well, one of the things we always wanted to do across a

17   product line generally is to always have it look fresh and

18   different on a shelf.   So that every time a girl might come

19   to the shelf, they'd see something fresh and different.

20   **Q.**    And why did you think that was important?

21   **A.**    Just made it more interesting to shop.   Made it more

22   likely that a girl might buy more than one.

23   **Q.**    Is that the ultimate goal, to try to get them to buy

24   more than one?

25   **A.**    It's not the ultimate goal.   It's one of the goals.

7290

1   **Q.**   Setting aside fashions for a moment, let's go to another

2   element on the aesthetics.   Give me another element that made

3   up your definition of aesthetics.   We've talked about

4   fashions.

5   **A.**   Well, I mentioned the hair.

6   **Q.**   Let's talk about the hair for a moment.   On the doll

7   lines that you were marketing at Mattel, did you change the

8   hairstyles, or did you keep the same hairstyle each year?

9   **A.**   I'm sure we changed the hairstyles quite a bit.

10   **Q.**   And why?

11   **A.**   Well, for the same reasons we were just talking about in

12   terms of the fashions.   Different looks, variety.

13   **Q.**   Why are different looks and variety important in your

14   mind to the overall success of the doll line?

15   **A.**   I think it's part of making it look appealing.

16   Different looks for different girls, for example.

17   **Q.**   You think it's possible that or likely that if you

18   change the hair on the doll, even though other features

19   remain the same, that consumers may buy another doll because

20   of the hair?

21   **A.**   I don't know about that.   It kind of goes back to what I

22   said before.   The look at all of the elements together.   When

23   you look at the aesthetic that that represents.

24   **Q.**   But a change in the hair would change the overall

25   aesthetics; is that correct?

1          MR. ZELLER:  Objection.  The question is vague,

2    lacks foundation.

3          THE COURT:  Rephrase that question, Counsel.

4    **Q.**  BY MR. NOLAN:  In your view, sir, changing the hair

5    color on a particular doll could change the aesthetic look of

6    that doll?

7          MR. ZELLER:  Vague, foundation, relevance.

8          THE COURT:  It is vague.  Sustained.

9    **Q.**  BY MR. NOLAN:  Well, you identified one of the elements

10   of aesthetics as being the hair on a fashion doll; correct?

11   **A.**  It's one of the elements, yeah.

12   **Q.**  And you would agree with me that on fashion dolls, one

13   of the ideas is to have dolls that have hair that girls can

14   play with; correct?

15   **A.**  Yes.

16         MR. NOLAN:  These are the general questions I

17   usually have Ms. Aguiar handle.

18         THE COURT:  I understand.

19   **Q.**  BY MR. NOLAN:  But that's one of the ideas, is to have

20   hair that girls can play with; correct?

21   **A.**  Generally, yes.

22   **Q.**  And so while you were there, your testimony is that you

23   changed multiple times the hairstyles on the particular dolls

24   that you were in charge of; correct?

25   **A.**  Generally, speaking, yes.

7292

1  **Q.**   And you did that to influence the sale of the product?

2  **A.**   Yes, generally.

3  **Q.**   So you changed the hair sometimes.  You changed fashions

4  oftentimes; correct?

5  **A.**   Yes.

6  **Q.**   Now, let's talk about accessories for a moment.  While

7  you were involved in the marketing of Barbie and My Scene and

8  other products at Mattel, did Mattel offer any accessories

9  with any of their packaging?

10  **A.**   Are you talking about accessories that come with the

11  doll or accessories that are sold alongside the doll?  I'm

12  not sure I understand.

13  **Q.**   Thanks.  I'll make that clear.  Sold with the doll.  At

14  the point of sale.

15  **A.**   Okay.  Sold inside the package.

16  **Q.**   Yes.

17  **A.**   So I'm sorry.  Can you ask the question again?

18  **Q.**   Of course.  Did you offer at Mattel, while you were

19  there, a product that had accessories in the box?

20  **A.**   Generally, yes.

21  **Q.**   And would you ever change the accessories from doll to

22  doll?

23  **A.**   I believe so, yeah.

24  **Q.**   From season to season?

25  **A.**   From segment to segment, perhaps, or doll to doll, yes.

1  **Q.**   Now, what do you mean segment to segment?  What's a

2  segment?

3  **A.**   Well, it might be a certain type of doll.  A beach doll

4  might come with a towel.  And a different doll might come

5  with a different accessory.  So it depended upon the play

6  pattern for that particular doll.

7  **Q.**   Did you have a view that accessories played a role in

8  overall sales or success of a particular doll?

9  **A.**   They played a part in the play pattern that the girl

10  would have with that doll.  I don't know that it's the most

11  important element of it.

12  **Q.**   Would you agree that it is a significant element in the

13  play pattern?

14  **A.**   It's an element.  I don't know -- I don't know how

15  important it is, to tell you the truth.

16  **Q.**   Why do you put the accessories in the box if you don't

17  think they are that important?

18  **A.**   It adds value for the girl.  It adds to the play.

19          THE COURT:  Could you define play pattern?

20          THE WITNESS:  I'm sorry.  Play pattern is the term

21  we tend to use to describe the way a child plays with a

22  product, what that child might do, whether it's combing the

23  hair, fashion, changing the dresses, things like that.

24  **Q.**   BY MR. NOLAN:  How important to the overall success of a

25  particular doll is the particular play pattern attributed to

1   that doll?

2   **A.**   I'm sorry.  Could you ask the question again?

3   **Q.**   Sure.  Do you have an opinion as to whether or not the

4   play pattern is an important element on whether or not a

5   particular doll will sell?

6   **A.**   Yes.

7   **Q.**   Was it your experience that you could have the very same

8   doll with the same facial decorations in one play pattern and

9   the same doll, same facial decorations in a different play

10  theme, and the two dolls, two products would sell at

11  different rates?

12  **A.**   I don't know that we ever experienced that.  I don't

13  know that we would ever do such a thing where we would have

14  literally the exact same doll with two different play

15  patterns or themes.  We wouldn't -- I don't think we've ever

16  done that.

17  **Q.**   So when you say that you would never put the same doll

18  on the same box, you agree that you never changed the head

19  sculpt of the dolls while you were there; correct?

20  **A.**   You know, I don't know that we ever changed the head

21  sculpt.  I don't recall that.

22  **Q.**   Did you ever change the body sculpts, the torso?

23  **A.**   You know, I don't know.

24  **Q.**   So when you say you wouldn't have put the same doll in

25  the same box, how would you make the doll different?

1    **A.**   Well, the hairstyle might be different, or the face

2    paint might be different.  It's all those -- I kind of go

3    back to what I said before.  It's all of those things

4    combined that helps make the aesthetic work or not for a

5    product.

6    **Q.**   So a doll, having the same sculpt, both torso and head,

7    would be in your view a different doll depending on the color

8    of hair it had and the color of face paint?

9              MR. ZELLER:  Mischaracterizes the witness's

10   testimony, foundation, relevance.

11             THE COURT:  Sustained.

12   **Q.**   BY MR. NOLAN:  You made reference to you'd never put the

13   same doll in different play patterns.  Is that your

14   testimony?

15   **A.**   Well, we would never -- we would always change aspects

16   of a doll's aesthetic, depending upon the theme or the style.

17   **Q.**   And your view, sir, is by changing those aesthetics, you

18   were changing the overall look of the doll, yes?

19             MR. ZELLER:  Same objections.

20             THE COURT:  Sustained.

21   **Q.**   BY MR. NOLAN:  What was the purpose in changing the

22   aesthetics from one doll to the other?

23             MR. ZELLER:  Same objections.  Foundation.

24             THE COURT:  As phrased.  Rephrase your question,

25   Counsel.

1  **Q.**   BY MR. NOLAN:  You are aware that aesthetic changes were

2  made from doll to doll within the Mattel line while you were

3  at Mattel?

4           MR. ZELLER:  Relevance, foundation.

5           THE COURT:  You need to rephrase your question,

6  Counsel.  Your use of the word aesthetic.  Just rephrase your

7  question.

8  **Q.**   BY MR. NOLAN:  Whenever I use the term aesthetic, I want

9  to use your definition of aesthetic.  Okay?  So let's go back

10 and just make certain that there's a clear definition for the

11 record and for the jury as to what all the elements were that

12 you say make up the aesthetics of the doll.

13          THE COURT:  Counsel, you're using the singular or

14 the plural?  It's making a difference in the way you're using

15 the term in the questions.  So you're now asking for the

16 aesthetics of the doll.

17          MR. NOLAN:  The aesthetics of the doll.

18          THE COURT:  Very good.

19          THE WITNESS:  I'm sorry.  What are you asking me

20 again?

21 **Q.**   BY MR. NOLAN:  Sure.  Can you just list for us, for the

22 jury, what are the aesthetics in a doll?

23 **A.**   Well, when I am using that term, I'm using it to

24 describe the look of the doll in terms of its hair, its face,

25 its face paint, its fashions, its accessories.  Those

1    elements go into it.  And again, I'm using that term broadly

2    for how we would design or, you know, look at the appeal of a

3    product.

4    **Q.**   And then from product to product, you would change

5    certain elements of those aesthetics; correct?

6    **A.**   Yes, depending upon the theme or the play pattern.

7    **Q.**   And isn't it true, sir, that you once were interviewed

8    by The Wall Street Journal?

9    **A.**   Yeah, I think I've been interviewed by them a few times.

10   **Q.**   And do you recall ever being interviewed by them with

11   respect to the importance of play patterns with respect to

12   the success of sale of fashion dolls?

13   **A.**   Specifically, no.

14   **Q.**   Do you have a general recollection of it?

15   **A.**   I know I talked to them about the doll business.

16   **Q.**   Do you have your white notebook in front of you?  And

17   I'd ask you to turn to Trial Exhibit 01818.

18   **A.**   I'm sorry.  018?

19   **Q.**   01818.

20   **A.**   Okay.

21   **Q.**   Do you recognize this as an article that was published

22   by The Wall Street Journal on April 16th, 2004?

23   **A.**   Yeah.

24   **Q.**   And do you see the quote attributed to you in the fourth

25   column?

1   **A.**   Hang on.  Yes, I do.

2   **Q.**   And I just, if I could read -- is that an accurate

3   quote?  Did you make that statement?

4   **A.**   Yeah, I recall saying that.

5   **Q.**   So if I could read the paragraph for just a moment.  It

6   says:  "The plot lines increase the doll's entertainment

7   value and make them more competitive with cartoons, movies,

8   and video games.  Mattel says, quote, it used to be I'd walk

9   into a product meeting and say, quote, show me the toy, says

10  Tim Kilpin, Mattel's senior vice-president in charge of girls

11  toys.  Quote, now I start by saying tell me a story."

12          Did I read that right?

13  **A.**   Yes.

14  **Q.**   And that's what you said to The Wall Street Journal?

15  **A.**   Yeah.

16  **Q.**   Were you truthful when you said that to The Wall Street

17  Journal?

18  **A.**   Yeah.

19  **Q.**   Now, explain to us what you mean by you used to look at

20  the toy, and now your question is tell me the story.  What

21  does that mean?

22          MR. ZELLER:  Misstates the witness's testimony.

23          THE COURT:  Again, the jury just heard what the

24  statement was.  Explain what you mean by that.

25          THE WITNESS:  At the time one of the things that we

1    were talking about was ways in which we would have girls

2    engage in our product line for a longer period of time.  And

3    so one of the things we would talk about is will they want to

4    buy, you know, one doll or buy a doll and an accessory or buy

5    other elements, and if we gave them some context how to play

6    those things out, how to play with the products, like story

7    lines, would that engage the girl even more deeply.  That was

8    sort of the way we were thinking about it at that time.

9    Q.    BY MR. NOLAN:  Did the success of the play patterns lead

10    to more sales of a particular product?

11                MR. ZELLER:  The question is vague.

12                THE COURT:  It is.  Sustained.

13    Q.    BY MR. NOLAN:  Would you develop play themes in an

14    effort to try to increase sales of the doll?

15    A.    Play themes?  What do you mean when you say play themes?

16    Q.    Let's use your term, play patterns.  Would you change

17    the play pattern of a particular doll in order to increase

18    sales of that doll?

19    A.    Well, my view of play pattern, how I use the term, is

20    it's frankly, it's timeless.  It's something that a girl is

21    always going to do with a doll.  Girls are always going to

22    play with a doll's hair, boys are always going to play with

23    cars.  Those are timeless.  That's always the way children

24    play.

25    Q.    But when you use the term tell me a story, where you

1    used to say show me the toy, now I start by saying tell me a

2    story.  What do you mean by having the product tell you a

3    story?

4    **A.**    What I was asking the designer to do at that time was to

5    find a way to connect the products together so that, again,

6    we could give girls a context for how to play more deeply

7    with those products, so they might do more with them than

8    just march them around.  They might actually create a story

9    around them.  So that was the challenge I was giving to the

10   designers at that time.

11   **Q.**    And did you ask the designers to change those story

12   patterns on a regular basis?

13   **A.**    Not really.  What we asked them to do was to think about

14   different ways, different stories which could tell, whether

15   that would be a story based on a beach story or beach theme,

16   or a wedding.  It could vary.  So it wasn't we were asking to

17   change it.  We were asking for different ideas.

18   **Q.**    So in your mind for this jury, would you say that your

19   story, you know, tell me a story, is similar to developing a

20   theme for the doll product?

21   **A.**    I guess in some respects, yeah.

22   **Q.**    Now, during the period of time that you were at Mattel,

23   were you evaluating the Bratz themes?

24   **A.**    As part of everything else we would look at that Bratz

25   was doing as a competitor, sure.

1  Q.   Do you recall in your view, changing the themes are an

2  important element of keeping the product fresh?

3  A.   Generally speaking, I think keeping the -- girls like to

4  play a lot of different themes out.  And there are a lot of

5  themes that are sort of, again, timeless in terms of they are

6  always going to want to play a beach theme or a wedding

7  theme.  And so how we bring those things to life in different

8  and fresh ways became the challenge.

9  Q.   And the reason you would want to do that, of course, was

10  to try to increase the sale of the product, yes?

11  A.   Generally, yes.

12  Q.   And did you have an overall view of the -- did you know

13  whether or not Bratz had only one theme for their product or

14  multiple themes?

15        MR. ZELLER:  The question is vague.

16        THE COURT:  I'm sorry?

17        MR. ZELLER:  The question is vague.

18        THE COURT:  Sustained.

19  Q.   BY MR. NOLAN:  Do you know whether or not Bratz was

20  trying to tell a story through their product by the

21  introduction of themes?

22  A.   Well, I was aware that they did entertainment around

23  some of their segments.

24  Q.   And what do you mean when you say referred to

25  entertainment?

1   **A.**   I recall that they did some DVDs that were themed to

2   certain segments.  I recall that.

3   **Q.**   How many themes do you remember hearing about that Bratz

4   had introduced during that period of time?

5   **A.**   I don't remember the exact number.  I'm sure there were

6   many.  I don't remember all of them.

7   **Q.**   Would you, based on your years of experience, expect

8   that each of those themes would sell at about the same rate?

9           MR. ZELLER:  Overbroad, foundation.

10          THE COURT:  Sustained.  For that particular

11  question, Counsel.  You need further foundation.

12  **Q.**   BY MR. NOLAN:  Did you track competitively the success

13  of the Bratz product?

14  **A.**   Generally, yes.

15  **Q.**   And would you track that success with respect to various

16  themes that Bratz was introducing at various times?

17  **A.**   Yeah, I can recall generally we would look at those --

18  we would look at sort of the depth of the range that they

19  had.

20  **Q.**   And how would you describe for the jury the depth of the

21  range of themes that Bratz was introducing to the market?

22  **A.**   We would tend to look at it in terms of how many

23  different dolls were they doing, how many different

24  accessories were they doing to go along with that.  So when I

25  say depth of the range, I'm talking about how many more

7303

1    products did they have in their marketplace.

2    **Q.**    And during the period of time that you were analyzing

3    Bratz, can you give us an estimate of how many products Bratz

4    had in the marketplace?

5    **A.**    Dozens.  I don't remember the exact number.

6    **Q.**    And based on your tracking of the success or lack of

7    success of the Bratz products, did you discern any difference

8    in the volume of sales of a particular Bratz product compared

9    to another product?

10   **A.**    That, I don't really remember, no.

11   **Q.**    Did you also look at the commercials, the advertising

12   that Bratz was engaged in?

13   **A.**    Yeah, we would typically look at those.

14   **Q.**    And for what purpose would you look at the advertising

15   done by Bratz?

16   **A.**    We'd want to understand who they are trying to target

17   the commercial to, what age group, perhaps, which features

18   they may play up in a TV commercial versus other features.

19   **Q.**    Why was that important to you?

20   **A.**    Well, it's important generally for us to understand, you

21   know, what our competitors doing in terms of what they think

22   is most important about that product, what they think most

23   important about that feature, how they communicate it.

24   **Q.**    Did you have a general view of the advertising campaigns

25   introduced by Bratz?

1  **A.**   Not particularly.

2  **Q.**   So you didn't have a view one way or the other as to the

3  value of TV commercials?

4           MR. ZELLER:  Misstates the witness's testimony.

5           THE COURT:  Sustained.

6  **Q.**   BY MR. NOLAN:  Do you have a view one way or the other

7  as to the success of any of the TV commercials that Bratz had

8  introduced in the market?

9  **A.**   Not a specific view, no.

10 **Q.**   Did you believe that by advertising, Bratz was

11 increasing its sales of products?

12 **A.**   You know, I'm sure they must have been.  I know they

13 were selling very well before they went on TV.

14 **Q.**   And the fact that they went on TV, do you recall when

15 they went on TV?

16 **A.**   No, I don't.

17 **Q.**   And when you say they went on TV, what do you mean?

18 **A.**   When they began advertising.

19 **Q.**   And you know they also were engaged in print

20 advertisement?  Is that true?

21 **A.**   I don't know that, actually.

22 **Q.**   Do you recall tracking all of the various media

23 advertisements that Bratz was engaged in?

24 **A.**   Well, we would have, and I just don't remember any print

25 advertising.

1   **Q.**   Right.   I know you don't have a specific recollection,

2   but you have a general recollection of tracking that type of

3   information?

4   **A.**   Tracking their advertising?

5   **Q.**   Yes.

6   **A.**   Yes.

7   **Q.**   Do you know whether or not you would be tracking the

8   various fashions that they were introducing in the market?

9   **A.**   Well, we were paying attention to the product line, you

10  know, across, as I said, sort of the depth of the range.

11  When you say fashions, do you mean separate -- what do you

12  mean?

13  **Q.**   What I mean, you know, the clothes that are sold with

14  the dolls.   Is that something that you also looked at?

15  **A.**   It kind of goes back to what I mentioned before.   That

16  to me was part of the whole aesthetic we were assessing when

17  we looked at the product.

18  **Q.**   Did you have a view that Bratz fashions were fresh?

19  **A.**   Well, it goes back to what I said when I first looked at

20  the product line.   I thought the product looked fresh.

21  **Q.**   And did your opinion stay the same throughout the time

22  that you were monitoring the Bratz products, that is, that

23  their fashions continue to be fresh?

24  **A.**   I would say, you know, throughout the time that we would

25  pay attention to their product line, I thought their product

1    looked fresh.

2    **Q.**    So that means that they would be coming out with new

3    fashions each season?

4    **A.**    Yeah, I believe so.

5    **Q.**    Now, is another thing that you would look at from your

6    competitors, including Bratz, whether or not they were

7    introducing new characters?

8    **A.**    What was the question?  I'm sorry.

9    **Q.**    Sure.  Was one of the other things that you would look

10   at, when analyzing the Bratz line, was various characters

11   that they were introducing in any of their themes, their play

12   patterns?

13   **A.**    I don't really recall new characters, to tell you the

14   truth.

15   **Q.**    So is it your understanding that Bratz only sold four of

16   the original characters?

17   **A.**    Well, I know they sold boy characters as well.

18   **Q.**    Other than the four original first generation dolls, do

19   you know whether or not they introduced any other characters?

20   **A.**    I don't, actually.

21   **Q.**    During your period of time at Mattel, did the Barbie

22   line introduce different characters or friends of Barbie?

23   **A.**    Well, it depended on which segment or theme we were

24   talking about.  When we would do a new princess movie, for

25   example, we would introduce new characters as part of the

1   princess movie.

2   **Q.**   Now, would those characters be similar to the Barbie

3   doll?

4   **A.**   They were different characters that were based upon the

5   movie.

6   **Q.**   And would you introduce those additional characters to

7   increase the sales of the Barbie doll?

8   **A.**   Well, they were designed to help increase the sales of

9   the brand.

10   **Q.**   And that would also increase -- by introducing

11   characters into a doll line, would you agree with me that you

12   increased the play pattern available?

13   **A.**   I'm not sure how to answer that.  I go back to what I

14   said before.  Different doll segments or different themes

15   would be designed to pay off on different play patterns.  And

16   so not really increasing a play pattern.  That's not how we

17   talk about it.  We talk about it in terms of how each segment

18   might represent a different kind of play pattern.

19   **Q.**   And the idea would be that on each different segment

20   representing a different play pattern, the hope would be that

21   you drive additional sales of the product?

22          MR. ZELLER:  The question is vague.  Foundation.

23          THE COURT:  Lay a foundation for that, Counsel.

24   **Q.**   BY MR. NOLAN:  Did you engage in focus groups while at

25   Mattel to determine whether or not the introduction of

1    different elements, like characters, would increase potential

2    sales or play patterns for particular characters?

3    **A.**    We -- my teams would oversee and do focus groups on a

4    number of elements of the product line on a regular basis.

5    **Q.**    And why did you engage in focus group analysis?

6    **A.**    A lot of reasons, but one of the key reasons was to

7    understand what, you know, was going to be most appealing

8    about a product.

9    **Q.**    And you do that in order to then make changes to try to

10   make the product as appealing as possible?

11   **A.**    Yeah.

12   **Q.**    Would you agree with me that in branding a product,

13   advertising is important to grow the brand?

14   **A.**    Yeah, as one element, sure.

15   **Q.**    Would you agree that trade promotions would be another

16   way to increase the brand?

17           MR. ZELLER:  Relevance.

18           THE COURT:  Overruled.

19           THE WITNESS:  Yeah, we would -- when we talk about

20   building a brand, we talk about the elements that need to

21   help support it.  The marketing elements.  So that's part of

22   it.

23   **Q.**    BY MR. NOLAN:  And what are those elements that support

24   marketing the brand?

25   **A.**    Well, you mentioned advertising.

1  Q.   I came up with one.  Now you come up with a list.

2  A.   Promotions.

3  Q.   So we have advertising and promotions.  What else helps

4  drive the brand?

5  A.   Well, broadly speaking, those are the key things.

6  Q.   Would retail placement be one of the considerations of

7  trying to influence the brand?

8  A.   Well, sure, based upon what we talked about before.

9  It's part of it.

10 Q.   And what about packaging.  Is packaging part of the

11 branding?

12 A.   Sure.

13 Q.   Let's talk about packaging for a moment.  Did you

14 monitor the competitors' packaging?

15 A.   Yeah, we would look at every aspect of it.  We would

16 look at how the product was put in the package, what the

17 product itself looked like.  We'd look at all of it.

18 Q.   And why would you do that?

19 A.   Because that's how a consumer was going to see it on the

20 shelf.

21 Q.   But why would you be looking at a Bratz product?  How

22 would looking at a Bratz product help you understand how a

23 consumer was going to look at a product?

24 A.   We would look at it based upon how a shopper might see

25 it in the store.

7310

1   Q.   Do you have a view that packaging is important in the

2   overall building of the brand?

3   A.   I think what's most important about packaging for toys

4   is that it communicates what the product is about.

5   Q.   And what are the elements of packaging that would aid

6   you in communicating what the product is about?

7   A.   Well, I would typically pay attention to how it

8   communicates the features.

9   Q.   And now you introduced this term features.  What do you

10   mean the features?

11   A.   Well, whether the product has a physical feature or a

12   moving part, something special that it does.

13   Q.   And how does a package communicate?  What are the

14   elements of the packaging that enables a manufacturer to

15   communicate to the consumer?

16   A.   Well, I'm thinking about, you know, when you look at a

17   package and it has a call-out or a display on it that

18   explains to the consumer what it is that the product does.

19   Q.   So one of the elements of the packaging would be the

20   artwork on the package?

21   A.   Sure.

22   Q.   So separate the structure of the package itself.  Are

23   you familiar with something known as character art?

24   A.   Yes.

25   Q.   And how would you describe character art?

1  A.    Well, usually it's an illustration of a character that's

2  represented by that particular product as what it might be.

3  Q.    Do you know whether or not Bratz changed its character

4  art at various times?

5  A.    I don't know that, actually.

6  Q.    Would it surprise you -- well, let me ask you this:  Did

7  you use while at Mattel, on Barbie or My Scene, the same

8  character art for every box you sold?

9  A.    Well, we would differ it by the theme or by the feature.

10 Q.    And why would you do that?

11 A.    Well, to help explain to a consumer what it was.

12 Q.    And did you find that by aiding the communication to the

13 consumer of what was in the box, you were increasing the

14 likelihood of sales of that product?

15 A.    Well, the goal was to be sure that a consumer understood

16 what the product was.  So if it worked, it should.

17 Q.    And so if the box communicated appropriately, it would

18 influence the purchase by the consumer?

19 A.    It should certainly help.

20 Q.    Have you ever heard the term high piece count price

21 value?

22 A.    Yes.

23 Q.    And that would be a slash.  High piece count/price

24 value.  You've heard that phrase?

25 A.    Yes.

1   Q.   And is that something that you tracked on the Bratz

2   products?

3   A.   Yeah, I recall we talked about that.

4   Q.   And generally, let's identify what that actually means.

5   What does high piece count/price value refer to?

6   A.   Well, typically when we talk about a product that has

7   high piece count/price value, it typically means that when a

8   consumer looks at that product and sees a lot of elements in

9   the package, a lot of pieces, that that suggests to the

10  consumer that it's got a good price value.

11  Q.   So the more -- is it true that the more accessories,

12  more pieces within the box related to the price that it was

13  being sold at could increase the value or increase the

14  likelihood of sales?

15            MR. ZELLER:   The question is vague.   Foundation.

16            THE COURT:   Lay a foundation, Counsel.   Again, for

17  this particular question.

18  Q.   BY MR. NOLAN:   Do you know whether or not, one way or

19  the other, if you have a high piece count in comparison to

20  the price value, are you more -- are you likely to sell more

21  product or less product?

22  A.   It's really going to depend upon the product itself.

23  Q.   Does the fact that -- did you believe that Bratz high

24  piece count in comparison to the price value was contributing

25  to the success of Bratz?

```
 1   A.    I think that was part of it.

 2   Q.    Do you know whether or not Bratz engaged in any national

 3   promotional campaigns to sell its product?

 4   A.    When you say -- can you give me an example?

 5   Q.    Sure.  Are you aware of any promotional campaigns that

 6   Bratz ran for its products?  Such as buy one, get two?

 7   A.    I'm not aware of any.

 8   Q.    You don't have a specific recollection?  You're not

 9   denying that they had such promotions; right?

10   A.    I'm not recalling any.

11   Q.    In your view, would national campaign promotions aid in

12   selling a particular product?

13              MR. ZELLER:  Foundation, vague.

14              THE COURT:  Sustained.

15   Q.    BY MR. NOLAN:  Do you know, based on your experience,

16   sir, whether or not -- well, let me ask you this:  In your

17   experience at Mattel, did you ever engage in national

18   promotional campaigns for your products, either Barbie or My

19   Scene?

20   A.    Well, again, what kind of -- you're talking about what

21   kind of promotional campaign?

22   Q.    Are you familiar with the term promotional campaigns?

23   A.    Yeah, it's very broad.

24   Q.    I understand.  So let's just try to get a working

25   understanding of it.  What type of promotional campaigns did
```

1    you get involved in with respect to either Barbie or My

2    Scene?

3    A.    We would do things like sweepstakes promotions, where if

4    a child entered a sweepstakes, they might win a trip to

5    Hollywood, for example.  Things like that.

6    Q.    Did you do that to increase the sales of the dolls?

7    A.    Yeah.

8    Q.    Do you believe that Bratz did the same thing?

9    A.    I don't know.

10   Q.    So would you agree with me, sir, that fashions impact

11   sales of product?

12   A.    I'm going to go back to what I said before.  I would

13   look at the aesthetic of the product.  And that would include

14   fashions, but it would be all of the elements.

15   Q.    And packaging would increase the ability to communicate

16   to the consumer the message that you were trying to convey.

17   Is that true?

18            MR. ZELLER:  Asked and answered.

19            MR. NOLAN:  It's just a foundational question, your

20   Honor.

21            THE COURT:  I don't see anything foundational in

22   that, Counsel.

23   Q.    BY MR. NOLAN:  Okay.  Let me ask you this:  So I am

24   effectively --

25            THE COURT:  Anyway, my ruling on that is sustained.

1        MR. NOLAN:  I was anticipating that.

2        THE COURT:  Very well.

3    Q.   BY MR. NOLAN:  Is it your view, you would agree with me

4    that effective packaging can increase the sales of the

5    product?

6    A.   Effective packaging can increase the sales of a product

7    if it's a good product.

8    Q.   And new and effective themes can also increase the

9    overall success of the particular doll product; correct?

10   A.   If the underlying product is appealing, yes.

11   Q.   Did you believe the Bratz doll was appealing?

12   A.   Yes.

13   Q.   Did you believe their packaging was effective?

14   A.   I thought it was really more about the product than

15   anything else.

16   Q.   Did you believe that the commercials contribute anything

17   to the sales?

18   A.   I assume they did.

19   Q.   When you say it was the product itself, what are you

20   referring to?

21   A.   The dolls.

22   Q.   Which dolls?

23   A.   The Bratz dolls.

24   Q.   And how many Bratz dolls are there in the marketplace?

25   Do you know?

1   **A.**   How many different Bratz dolls?

2   **Q.**   Yes.

3   **A.**   I know of the four characters.

4   **Q.**   So is it your view that as a senior vice-president in

5   charge of the girls division at Barbie, it was your view that

6   Bratz only sold four characters?

7   **A.**   I mentioned they had boy dolls, too, that I can recall.

8   **Q.**   But you have no recollection of any other characters

9   being introduced?

10   **A.**   I'm remembering the four.

11   **Q.**   And when you refer to the doll, the product itself, that

12   you thought they had good product, are you referring to the

13   naked mold that we are -- that we had in front of you a

14   minute ago?

15   **A.**   I'm not sure what you're asking.  What are you asking?

16   **Q.**   Well, you testified a minute ago that you thought the

17   Bratz product was successful because it had a good product.

18   Do you recall that testimony?

19   **A.**   Yes.

20   **Q.**   And my question to you, sir, is that when you refer to

21   the Bratz product, are you referring to a naked sculpt?

22   **A.**   I'm referring to a doll that I talked about that has a

23   certain aesthetic.

24   **Q.**   That would include hair; correct?

25   **A.**   Yes.

1  **Q.**   Face paint?

2  **A.**   Yes.

3  **Q.**   Fashion?

4  **A.**   Yes.

5  **Q.**   Play themes?

6  **A.**   Yes.

7  **Q.**   Packaging?

8  **A.**   Well, again, I'm talking about the product.

9  **Q.**   Okay.  So packaging would not be part of the product?

10  **A.**   To me if it's not a good product, the package doesn't

11  matter.

12  **Q.**   But if it's a good product, packaging could even make it

13  better; correct?

14  **A.**   Packaging can help.

15  **Q.**   And included in the product that you were talking about

16  earlier were the accessories that were sold with the product;

17  correct?

18  **A.**   Yes.

19  **Q.**   Do you know of any fashion doll that ever sold

20  successfully in the marketplace without advertising?

21  **A.**   Well, actually, I recall the Bratz sold very well before

22  it was advertised.

23  **Q.**   Before it what?

24  **A.**   Before it was advertised.

25  **Q.**   And how do you know that?

1  **A.**   I just recall that the early, early sales were very

2  good.

3  **Q.**   What were the early sales?

4  **A.**   I don't know the numbers.  I just though they did well.

5  **Q.**   What's the basis for coming to that conclusion?

6  **A.**   I just recall, you know, hearing about it selling well

7  early.

8  **Q.**   Do you think that Bratz was introduced into the

9  marketplace without any advertising?

10  **A.**   I thought it was.

11  **Q.**   Do you think that the Bratz -- would you consider

12  placement in a toy fair as being part of the advertisement?

13  **A.**   Well, I would consider that to be the advertising to the

14  retailers.

15  **Q.**   So as you are sitting here, you believe that the first

16  generation Bratz sold exceedingly well without any

17  advertising?  Is that your testimony?

18  **A.**   I believe that was the case.

19  **Q.**   Do you know whether or not there was any media coverage

20  of the first generation of Bratz?

21  **A.**   I don't know that.

22  **Q.**   Have you done anything, when you came over in 2003, to

23  go back -- you understand that the first generation Bratz

24  came out in June of 2001, yes?

25  **A.**   Well, I knew it was 2001.

1    **Q.**    And you were at Disney at the time?

2    **A.**    Yes.

3    **Q.**    And what steps did you do to undertake to determine

4    whether or not Bratz made a profit in the first year?

5    **A.**    I didn't.  I don't know that.

6    **Q.**    Do you know sitting here whether or not Bratz advertised

7    in the first year?

8    **A.**    I didn't believe they did, but I don't know that for a

9    fact.

10   **Q.**    Have you ever seen Carter Bryant's concept drawings?

11   **A.**    Yes, I have.

12   **Q.**    When did you see them?

13   **A.**    Just a few weeks ago.

14   **Q.**    Just a few weeks ago?

15   **A.**    Um-hm.

16   **Q.**    So at any time while you were at Mattel, did you ever

17   have drawings of the dolls at Mattel, the Bratz dolls?

18   **A.**    Which -- I'm sorry.  Which drawings?

19   **Q.**    Any drawings of Bratz products.

20   **A.**    No.

21                MR. NOLAN:  Your Honor, would this be a convenient

22   time?

23                THE COURT:  Yes.

24                MR. NOLAN:  Thank you.

25                THE COURT:  I'll see the jury tomorrow morning at

1   9:00.  And remember, it's a half day tomorrow.  We'll end at

2   noon.

3                **(WHEREUPON THE JURY WITHDRAWS.)**

4           THE COURT:  Counsel, based on anticipated witnesses

5   tomorrow, is there anything that we need to take up in the

6   early morning hours before we start at 9:00?

7           MR. NOLAN:  Not that I'm aware of, your Honor.

8   We're going to have a discussion with Mr. Quinn before

9   Ms. Polk comes on stand to see whether or not we can work out

10  a stipulation.  There may be some way to approach it the same

11  way we're doing this one.

12          THE COURT:  All right.

13          MR. NOLAN:  Thank you.

14          MR. ZELLER:  I suppose one timing issue we should

15  perhaps address is that there's going to be -- if Mr. Vilppu

16  is going to be offered, there does need to be a hearing in

17  advance of that.  I think the last time we talked about the

18  time, they planned on calling him Thursday.  I don't know if

19  that's changed.  But he was still on the witness list the

20  last time.

21          THE COURT:  Very well.  The Court will be available

22  at 8:00 tomorrow morning.

23          MR. NOLAN:  Your Honor, I just want to relieve you

24  of the concern.  We're not going to put Mr. Vilppu on

25  tomorrow because of a change in commitments.  We had

1   originally said maybe on Thursday.  I think we said that

2   before we knew it was a half day.

3            THE COURT:  Very good.  So anything else that needs

4   to be taken up in the morning?

5            MR. PROCTOR:  I believe there was one objection

6   which the Court may have overlooked on Mr. Farr's transcript.

7            THE COURT:  Oh.

8            MR. PROCTOR:  I will give you this copy if it's

9   helpful.

10           THE COURT:  Here it is, right in front of me.

11           MR. PROCTOR:  Page 252, your Honor.

12           THE COURT:  252?

13           MR. PROCTOR:  Yes.  We didn't catch a ruling on it.

14   It's testimony authenticating one of the earnings call

15   documents but not asking anything beyond authentication.

16           THE COURT:  Very good.  This is not really

17   disputable.  Overruled.  But the 2520 only comes in to the

18   extent that there's going to be a small excerpt from it;

19   right?

20           MR. PROCTOR:  In this particular one, there

21   actually isn't any excerpt from it.

22           THE COURT:  Then it's sustained.

23           MR. PROCTOR:  Thank you.

24           MR. ZELLER:  And I believe that the Court should

25   have the binders, jury instruction binders by now.

1          THE COURT:  Right.  I was noticing that.  I have

2   Mattel's here, and do I have --

3          MS. AGUIAR:  Well, as usual, Becky is more on top

4   of things than anybody else.  Here is ours.

5          THE COURT:  Very good.  So I have the jury

6   instructions, and I'll be taking these up tomorrow afternoon.

7   And you can actually have a decent lunch tomorrow.

8          MS. AGUIAR:  So 1:30?

9          THE COURT:  Yes.  There's a full court meeting, and

10  I'm going to participate by video conference.  And that will

11  go until 1:30.  So it will probably be 1:45 by the time I get

12  back.

13         If there's nothing else, I will see you tomorrow

14  morning.

15         MR. ROTH:  Your Honor, I apologize.  There had been

16  mentioned with respect to Mr. Meyer of potentially doing a

17  hearing.  I don't know whether that's -- whether that remains

18  the intention.

19         THE COURT:  When is -- where is that list?

20         MR. ROTH:  He is set for Friday.

21         THE COURT:  Very well.  We'll take that up on

22  Friday.  We don't need to do that tomorrow.  I've found when

23  we're talking about a witness two days hence that it's going

24  to change so much that there's no point.

25         MR. NOLAN:  Can we have a time count?

```
 1            THE COURT:  Yes, I have -- MGA has about four hours

 2   and 35 minutes and Mattel has about an hour and 50 minutes.

 3

 4            (Proceedings conclude the at 5:35 P.M.)

 5

 6

 7                     C E R T I F I C A T E

 8

 9

10            I hereby certify that pursuant to Title 28,

11   Section 753 United States Code, the foregoing is a true and

12   correct transcript of the stenographically reported

13   proceedings in the above matter.

14            Certified on August 13, 2008.

15

16

17            MARK SCHWEITZER, CSR, RPR, CRR
              Official Court Reporter
18            License No. 10514

19

20

21

22

23

24

25
```