ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**Proof of Service**<br><br>Date:　　October 6, 2008<br>Time:　　10:00 p.m.<br>Place:　　Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:　Jan. 28, 2008<br>Pre-Trial Conference:　May 5, 2008<br>Trial Date:　May 27, 2008 |

07209/2601262.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On October 22, 2008, I served true copies of the following document(s) described as 1. **DECLARATION OF STEPHEN M. HAUSS IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION;**

**2. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF STEPHEN M. HAUSS IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION;**

**3. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF STEPHEN M. HAUSS IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION** on the parties in this action as follows:

Thomas Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA  90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 22, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2490733.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On October 22, 2008, I served true copies of the following document(s) described as:

1. **DECLARATION OF STEPHEN M. HAUSS IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION;**

2. **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF STEPHEN M. HAUSS IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION;**

3. **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF STEPHEN M. HAUSS IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION** on the parties in this action as follows:

> Michael Page, Esq.
> John E. Trinidad, Esq.
> **Keker & Van Nest**
> 710 Sansome Street
> San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposed such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 22, 2008, at Los Angeles, California.

_____
Charlene Ho

07209/2676655.1