QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>Hon. Stephen G. Larson<br><br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF STEPHEN M. HAUSS IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION<br><br>Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1(a):**<br>Trial Date: May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date: July 23, 2008 |

07209/2676007.1

[PROPOSED] ORDER

<u>ORDER</u>

Based on the concurrently filed Application to File Under Seal Exhibits 2, 3, and 5 to the Declaration of Stephen M. Hauss in support of Mattel, Inc.'s Reply in support of its Motion for a Permanent Injunction ("Exhibits"), and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 2 and 3 to the Declaration of Stephen M. Hauss in support of Mattel, Inc.'s Reply in support of its Motion for a Permanent Injunction are ORDERED filed under seal pursuant to <u>Local Rule</u> 79-5.1.

DATED: October 23, 2008  _____

Hon. Stephen G. Larson
United States District Judge