QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>NOTICE OF LODGING OF BRATZ PRODUCTS IN SUPPORT OF MATTEL INC.'S MOTION FOR A PERMANENT INJUNCTION<br><br>Date: Nov. 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1(a)**<br>Trial Date: May 27, 2008<br><br>**Phase 1(b)**<br>Trial Date: July 23, 2008 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 11-5.1, and consistent with the Court's October 6, 2008 Order Granting Mattel, Inc.'s *Ex Parte* Application for Leave to Lodge Non-Paper Physical Exhibits, Mattel, Inc. hereby lodges with the Court certain Bratz products identified in Exhibit A hereto in support of Mattel's Motion for a Permanent Injunction. Mattel lodges these products as an addition to the Bratz products Mattel lodged with the Court on October 14, 2008.

DATED: October 23, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
   Michael T. Zeller
   Attorneys for Mattel, Inc.

# Exhibit A

| | PRODUCT | PHOTO ID | SKU | BOX |
|---|---|---|---|---|
| 1. | Pampered Pupz Sasha | 1698 | 358312 | Quinn Emanuel 9 |
| 2. | Pop Diva Jade | 1699 | 368472 | Quinn Emanuel 9 |
| 3. | Hair Stylistz Yasmin | 1702 | 362425 | Quinn Emanuel 9 |
| 4. | Hair Style Yasmin | 1703 | 374466 | Quinn Emanuel 9 |
| 5. | Hair Style Cloe | 1704 | 374473 | Quinn Emanuel 9 |
| 6. | Magic Fashion Nails Sasha | 1705 | 368564 | Quinn Emanuel 9 |
| 7. | Magic Make-Up Sasha | 1706 | 355182 | Quinn Emanuel 9 |
| 8. | Girlfriendz Nite Out Cloe | 1708 | 407973 | Quinn Emanuel 8 |
| 9. | Sunkissed Doll Cloe | 1712 | 368403 | Quinn Emanuel 9 |
| 10. | Walking Bratz Sasha | 1715 | 365969 | Quinn Emanuel 9 |
| 11. | Walking Bratz Cloe | 1716 | 361275 | Quinn Emanuel 9 |
| 12. | Big BRATZ Girls Rock (Hip Hop Hottie) Sasha | 1717 | 411918 | Quinn Emanuel 5 |
| 13. | Big BRATZ Girls Rock (Rock Star) Cloe | 1718 | 411895 | Quinn Emanuel 5 |
| 14. | Big BRATZ Girls Rock (Pop Princess) Yasmin | 1719 | 411901 | Quinn Emanuel 6 |
| 15. | New Big Bratz Sasha- Hair Style Collector Sasha | 1720 | 411567 | Quinn Emanuel 6 |
| 16. | Starz Singerz Jade | 1721 | 358398 | Quinn Emanuel 9 |
| 17. | Be-Bratz.com Style 1 | 1722 | 365426 | Quinn Emanuel 9 |
| 18. | Collector Series Anyssa 11" Doll | 1723 | 379256 | Quinn Emanuel 7 |
| 19. | Collector Series Daphne 11" Doll | 1724 | 384571 | Quinn Emanuel 9 |
| 20. | Elf Meygan 10" Doll- Holiday | 1725 | 379706 | Quinn Emanuel 8 |
| 21. | Girlfriendz Nite Out II Dana | 1726 | 408864 | Quinn Emanuel 8 |
| 22. | Magic Make-Up Maribel | 1728 | 355175 | Quinn Emanuel 9 |
| 23. | Be-Bratz.com Electronic Doll | 1729 | 365440 | Quinn Emanuel 7 |
| 24. | Fashion Designer Styling Torso Yasmin | 1730 | 372653 | Quinn Emanuel 8 |
| 25. | Fashion Designer Styling Torso Cloe | 1731 | 372660 | Quinn Emanuel 8 |

| | | | | |
|---|---|---|---|---|
| 1 | 26. Movie Starz Styling Body Yasmin | 1732 | 358466 | Quinn Emanuel 8 |
| 2 | 27. Magic Hair Color Funky Fashion Makeover Torso Sasha | 1733 | 379553 | Quinn Emanuel 7 |
| 3 | 28. Hair Magic Styling Torso Yasmin | 1734 | 348870 | Quinn Emanuel 7 |
| 4 | 29. Magic Hair Color Torso 14" Yasmin | 1735 | 379539 | Quinn Emanuel 7 |
| 5 | 30. Flower Girlz Cloe | 1738 | 354925 | Quinn Emanuel 9 |
| 6 | 31. Pampered Pupz Cloe | 1740 | 358282 | Quinn Emanuel 9 |
| 7 | 32. Star Singerz Sasha | 1742 | 355120 | Quinn Emanuel 9 |
| 8 | 33. Hair Torso Cloe | 1747 | 379546 | Quinn Emanuel 9 |