1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 | JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 | LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
5 | Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600
6 |
7 | Attorneys for The MGA Parties
8 |
9 | UNITED STATES DISTRICT COURT
10 | CENTRAL DISTRICT OF CALIFORNIA
11 | EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | MGA PARTIES' RESPONSE TO NOTICE OF LODGING OF BRATZ PRODUCTS IN SUPPORT OF MATTEL, INC.'S MOTION FOR A PERMANENT INJUNCTION |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | |

On October 14, 2008 Plaintiff Mattel, Inc. filed a Notice of Lodging of Bratz Products in Support of Mattel, Inc.'s Motion for A Permanent Injunction (Dkt 4356), in which it lodged 497 tangible items. Counter Defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties"), submit this response to notify the Court that 11 of the items which Mattel lodged (Passion 4 Fashion Cloe, SKU 354741, Photo ID 1563 [TX 17726]; Girlfriendz Nite Out Phoebe, SKU 408871, Photo ID 1574 [TX 17727]; Girlz Really Rock – Sasha, SKU 381198, Photo ID 1592 [TX 14626]; Sportz – RC X-Treme Skateboarding Sasha, SKU 353201P, Photo ID 1600 [TX 18652]; Girlz Really Rock "Cloe", SKU 379416, Photo ID 1614 [TX 14628]; Bratz Birthday "Cloe", SKU 343622, Photo ID 1617 [TX 14037]; Bratz Birthday "Meygan", SKU 343646, Photo ID 1618 [TX 17518]; Bratz Birthday "Yasmin", SKU 343639, Photo ID 1619 [TX 18651]; Bratz Girlz Really Rock "Yasmin", SKU 379409, Photo ID 1629 [TX 14624]; Bratz Spider-Man 3 "Cloe" SKU 362654, Photo ID 1634 [TX 17569]; Bratz Girlz Really Rock "Jade", SKU 379423, Photo ID 1653 [TX 14627]) already were entered into evidence during the Phase 1 trial, and therefore were unnecessarily lodged with the Court.

The MGA Parties notified Mattel of this information on October 22, 2008.

DATED: October 27, 2008

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        By: _____/s/ Thomas J. Nolan_____
                Thomas J. Nolan
        Attorneys for the MGA Parties