**ORIGINAL**

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10  EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) ITS OPPOSITION TO MGA'S MOTION TO STRIKE AND OBJECTIONS TO THE EXHIBITS ATTACHED TO THE DECLARATION OF DIANE C. HUTNYAN AND (2) EXHIBITS B, C, D, E, F, G AND I TO THE DECLARATION OF CURRAN M. WALKER IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently]<br><br>Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1(a):**<br>Trial Date: May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date: July 23, 2008 |

07209/2681085.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal (1) Mattel's Opposition to MGA's
4  Motion to Strike and Objections to the Exhibits Attached to the Declaration of
5  Diane C. Hutnyan in Support Thereof ("Opposition") and (2) Exhibits B, C, D, E, F,
6  G and I to the Declaration of Curran M. Walker in support thereof ("Exhibits").
7  The Motion and Exhibits include materials that Mattel or MGA have
8  designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to
9  the Protective Order. Accordingly, Mattel requests that the Court order that the
10  Motion and Exhibits be filed under seal.

12  DATED: October 27, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

14                              By /s/ Diane C. Hutnyan
15                              Diane C. Hutnyan
                                Attorneys for Mattel, Inc.

07209/2681085.1

-2-
MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL