QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>CV 04-09059<br>CV 05-2727<br><br>**DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO STRIKE THE DECLARATIONS OF B. DYLAN PROCTOR, FRANK KEISER AND KENNETH HOLLANDER**<br><br>Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1 |

07209/2676706.1

HUTNYAN DECL. ISO MATTEL'S OPP. TO MGA's MOTION TO STRIKE PROCTOR DECL.

## DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached as Exhibit A hereto is a true and correct copy of MGA's Supplemental Response to 1st Set of Requests for Production of Documents, dated September 17, 2007. Although MGA agreed to produce examples of all dolls, many dolls were never produced by MGA and had to be acquired by Mattel later.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the trial transcript of Mattel, Inc. v. MGA Entertainment, Inc., Case No. CV-04-9049-SGL (RNBx).

4. Attached hereto as Exhibit C is a true and correct copy of the September 2, 2008 Order setting a four-hour hearing on Mattel's Motion for a Permanent Injunction.

5. Attached hereto as Exhibit D is a true and correct copy of MGA Parties' Reply Memorandum Of Law In Further Support Of Their Motion In Limine No. 8 To Strike Expert Report of Kenneth Hollander and Sections of Expert Rebuttal Reports of Heather McComb, Denise Van Patten, and Nicholas Mirzoeff, dated May 8, 2008.

6. Attached hereto as Exhibit E is a true and correct copy of the February 11, 2008 Expert Report of Frank Keiser, without its exhibits, which included photographs of the items scanned, and a disk containing .stl files of the scans taken.

7. Attached hereto as Exhibit F is a true and correct copy of the April 3, 2008 Expert Report of Frank Keiser, without its exhibits, which included a disk containing photographs of the items scanned and .stl files of the scans taken.

8. Attached hereto as Exhibit G is a true and correct copy of the April 22, 2008 Expert Report of Frank Keiser, without its exhibits, which included a disk containing photographs of the items scanned and .stl files of the scans taken.

9. Attached hereto as Exhibit H is a true and correct copy of the May 7, 2008 Stipulation re Supplemental Reports of Frank Keiser.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts from the April 11, 2008 deposition of Frank Keiser.

11. Attached hereto as Exhibit J is a true and correct copy of Exhibit 5213 to the April 11, 2008 deposition of Frank Keiser.

12. Attached hereto as Exhibit K is a true and correct copy of Mattel Inc.'s Opposition to the MGA Parties' Motion in Limine No. 8 To Strike Expert Report of Kenneth Hollander and Sections of Expert Rebuttal Reports of Heather McComb, Denise Van Patten, and Nicholas Mirzoeff, dated April 28, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2008, at Los Angeles, California.

*Diane C. Hutnyan*

Diane C. Hutnyan