Three-dimensional scanning of an object involves taking a series of different angled shots of the item. Ultimately, those shots are rendered into a three-dimensional virtual representation of that object. Using small stickers, known as "targets," on the object allows the computer to render the individual shots into a composite by identifying and matching up the targeted spots on the object in each of the shots. Alternatively, the object may be scanned with the use of a "H frame" that has targets all over it and holds the part in the center so that the reference points on the frame can be used to tie the shots together.

Before scanning, I make sure the calibration of the equipment is correct. This is done by scanning a calibration panel, moving it into approximately 24 different positions. As it does this, the software automatically calibrates the equipment.

The cameras are then pointed so that the image to be captured is seen by both cameras simultaneously. As the shot is taken, the computer automatically checks for movement and lighting changes and warns me if adjustments need to be made. When the shot is taken, the projector projects a fringe pattern on the object with black stripes. Each shot takes approximately 12 seconds, during which the pattern shifts and the data between the stripes is repeatedly collected. The targets "anchor" the shot, meaning that the targets enable the data that is collected to assemble in the proper order to accurately represent the three-dimensional object. For complex items with many three dimensional shapes (for example, a doll body with a head, arms, and legs), I use a process called photogrammetry which allows the computer to identify the targets on the different parts of the object in advance, which facilitates the rendering of the data on the different parts so that the final three-dimensional representation is as accurate as possible. Also, for very shiny or clear objects, I sometimes dust the object with a very fine white powder to enable it to be scanned more accurately.

For each shot, there can be as many as 1.2 million points of data collected. This allows the equipment to render a very accurate representation of that object. Specifically, the surface accuracy of the Atos II on objects such as those I scanned for this case, is within one thousandth of an inch.

The software then takes the data collected and recomputes it, meaning that it ties together the shots of the object to create the three-dimensional scan. The software automatically removes the virtual target stickers to reflect the surface of the missing object without the stickers, and removes data that is captured off of other objects in the background of the shot. Then the data can be exported as an .stl file.

If called upon to testify about the three-dimensional scans I created, I may present one or more of the scanned objects, along with the corresponding scan, in order to demonstrate this process. I may also demonstrate and testify about the equipment that I used for the scans.

The three-dimensional scan can then be used to measure objects and to compare certain features of objects. Such measurement and comparison is useful for such things as inspection, rapid prototyping, and manufacturing of objects, as well as for the creation of tooling to make objects.

EXHIBIT  E

PAGE  89

To date, I have scanned, using the equipment and procedure above, 86 items in this case. These were all of the items that I considered in connection with preparing scans and this report. I did the scanning over the course of several days in various locations where the items were presented for inspection (and which are noted below).

Attached to this report as Exhibit 5 is a copy of a CD containing the data that was gathered in connection with the scans I did. Below I have described the file name for each file and described which object was scanned.

1.      10908A Grey Head.stl is the file containing the data from my scan of an object at Skadden, Arps, Slate, Meager & Flom LLP ("Skadden"), located at 300 South Grand Avenue, Los Angeles, California, 90071, on January 9, 2008. A true photograph of the original object is attached to this report as Exhibit 6.

2.      10908B Body no Head.stl is the file containing the data from my scan of an object at Skadden on January 9, 2008. A true photograph of the original object is attached to this report as Exhibit 7.

3.      10908C White Head Sculpt.stl is the file containing the data from my scan of an object at Skadden on January 9, 2008. A true photograph of the original object is attached to this report as Exhibit 8.

4.      10908D Deco Head 1.stl is the file containing the data from my scan of an object at Skadden on January 9, 2008. A true photograph of the original object is attached to this report as Exhibit 9.

5.      011008A Bryant 19462.stl is the file containing the data from my scan of an object at the offices of Keker & Van Nest LLP ("Keker"), located at 710 Sansome Street, San Francisco, California, 94111, on January 10, 2008. A true photograph of the original object is attached to this report as Exhibit 10.

6.      011008B Bryant 19470.stl is the file containing the data from my scan of an object at Keker on January 10, 2008. A true photograph of the original object is attached to this report as Exhibit 11.

7.      011008C Bryant 19479.stl is the file containing the data from my scan of an object at Keker on January 10, 2008. A true photograph of the original object is attached to this report as Exhibit 12.

8.      011108A Bryant Body 19385.stl is the file containing the data from my scan of an object at Keker on January 11, 2008. A true photograph of the original object is attached to this report as Exhibit 13.

9.      011108A Bryant Body 19385 Boot.stl is the file containing the data from my scan of an object at Keker on January 11, 2008. A true photograph of the original object is attached to this report as Exhibit 14.

EXHIBIT __5__
PAGE ___90___

10.    011108B Bryant 19499.stl is the file containing the data from my scan of an object at
Keker on January 11, 2008. A true photograph of the original object is attached to this report as
Exhibit 15.

11.    011108C Bryant 19459.stl is the file containing the data from my scan of an object at
Keker on January 11, 2008. A true photograph of the original object is attached to this report as
Exhibit 16.

12.    011108D Bryant 019742.stl is the file containing the data from my scan of an object at
Keker on January 11, 2008. A true photograph of the original object is attached to this report as
Exhibit 17.

13.    011108E Bryant 019749.stl is the file containing the data from my scan of an object at
Keker on January 11, 2008. A true photograph of the original object is attached to this report as
Exhibit 18.

14.    011108F Bryant 019786.stl is the file containing the data from my scan of an object at
Keker on January 11, 2008. A true photograph of the original object is attached to this report as
Exhibit 19.

15.    011108G Bryant 019781.stl is the file containing the data from my scan of an object at
Keker on January 11, 2008. A true photograph of the original object is attached to this report as
Exhibit 20.

16.    011608A C1230 1 2003 MAT.stl is the file containing the data from my scan of an object
at the offices of Quinn Emanuel Urquhart Oliver & Hedges, LLP ("Quinn"),  located at 865
South Figueroa Street, Los Angeles, California, 90017, on January 16, 2008.  A true photograph
of the original object is attached to this report as Exhibit 21.

17.    011608B C1230 3 2003 MAT.stl is the file containing the data from my scan of an object
at Quinn on January 16, 2008. A true photograph of the original object is attached to this report
as Exhibit 22.

18.    011608C B2230 C25 MAT.stl is the file containing the data from my scan of an object at
Quinn on January 16, 2008. A true photograph of the original object is attached to this report as
Exhibit 23.

19.    011608A bwoh 2001 MGA.stl is the file containing the data from my scan of an object at
Quinn on January 16, 2008. A true photograph of the original object is attached to this report as
Exhibit 24.

20.    011608B bwh 2001 MGA.stl is the file containing the data from my scan of an object at
Quinn on January 16, 2008. A true photograph of the original object is attached to this report as
Exhibit 25.

EXHIBIT ___E___
PAGE ___91___

21.     011608C bwh 2001 MGA.stl is the file containing the data from my scan of an object at Quinn on January 16, 2008.  A true photograph of the original object is attached to this report as Exhibit 26.

22.     011608D bwh 2001 MGA.stl is the file containing the data from my scan of an object at Quinn on January 16, 2008.  A true photograph of the original object is attached to this report as Exhibit 27.

23.     11708B MGA bwoh.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008.  A true photograph of the original object is attached to this report as Exhibit 28.

24.     11708D MGA T1 000818 2001.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008.  A true photograph of the original object is attached to this report as Exhibit 29.

25.     11708G MGA T1000817 2001 BWH.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008.  A true photograph of the original object is attached to this report as Exhibit 30.

26.     11708H MGA H 2001 JADE DECO.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008.  A true photograph of the original object is attached to this report as Exhibit 31.

27.     11708J MGA H 2001.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008.  A true photograph of the original object is attached to this report as Exhibit 32.

28.     11708L MGA HWH 2001.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008.  A true photograph of the original object is attached to this report as Exhibit 33 and is encircled.

29.     11708 O MGA 2001.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008.  A true photograph of the original object is attached to this report as Exhibit 34 and is encircled.

30.     11708P MGA 2001.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008.  A true photograph of the original object is attached to this report as Exhibit 35 and is encircled.

31.     11708-A MGA BWOH 2001.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008.  A true photograph of the original object is attached to this report as Exhibit 36.

EXHIBIT __E__
PAGE ___92___

32.     11708 C MGA H 2001 SASHA AA.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008. A true photograph of the original object is attached to this report as Exhibit 37 and is encircled.

33.     11708 E MGA H 2001 KAYLA.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008. A true photograph of the original object is attached to this report as Exhibit 38.

34.     11708 F MGA H 2001 YASMIN DECO.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008. A true photograph of the original object is attached to this report as Exhibit 39 and is encircled.

35.     11708 i MGA H 2001 CLOE DECO.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008. A true photograph of the original object is attached to this report as Exhibit 40 and is encircled.

36.     11708 K MGA H CLOE HAIR.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008. A true photograph of the original object is attached to this report as Exhibit 41.

37.     11708 M MGA H 2001 JADE HAIR.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008. A true photograph of the original object is attached to this report as Exhibit 42 and is encircled.

38.     11708 N MGA H 2001 SASHA FUNKNGLOW.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008. A true photograph of the original object is attached to this report as Exhibit 43.

39.     11708 Q MGA H 2001 JADE DOLLPACK.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008. A true photograph of the original object is attached to this report as Exhibit 44 and is encircled.

40.     11708 R MGA H 2001 YASMIN DOLLPACK.stl is the file containing the data from my scan of an object at Skadden on January 17, 2008. A true photograph of the original object is attached to this report as Exhibit 45 and is encircled.

41.     012508A Bryant 019675 STAND.stl is the file containing the data from my scan of an object at Keker on January 25, 2008. A true photograph of the original object is attached to this report as Exhibit 46.

42.     012508B Bryant 019697 BWOH.stl is the file containing the data from my scan of an object at Keker on January 25, 2008. A true photograph of the original object is attached to this report as Exhibit 47.

EXHIBIT E
PAGE 93

43.     012508C Bryant 0196710 LEG.stl is the file containing the data from my scan of an object at Keker on January 25, 2008. A true photograph of the original object is attached to this report as Exhibit 48.

44.     012508D Bryant 019708 ARM.stl is the file containing the data from my scan of an object at Keker on January 25, 2008. A true photograph of the original object is attached to this report as Exhibit 49.

45.     012508E Bryant 019698 UB DARK.stl is the file containing the data from my scan of an object at Keker on January 25, 2008. A true photograph of the original object is attached to this report as Exhibit 50.

46.     012508F Bryant 019702 BWOH.stl is the file containing the data from my scan of an object at Keker on January 25, 2008. A true photograph of the original object is attached to this report as Exhibit 51.

47.     012508G Bryant 019700 BWOH.stl is the file containing the data from my scan of an object at Keker on January 25, 2008. A true photograph of the original object is attached to this report as Exhibit 52.

48.     012508H Bryant 019701 BWOH.stl is the file containing the data from my scan of an object at Keker on January 25, 2008. A true photograph of the original object is attached to this report as Exhibit 53.

49.     012508I Bryant 19522 SHOE.stl is the file containing the data from my scan of an object at Keker on January 25, 2008. A true photograph of the original object is attached to this report as Exhibit 54.

50.     012508J Bryant 19515 SHOE.stl is the file containing the data from my scan of an object at Keker on January 25, 2008. A true photograph of the original object is attached to this report as Exhibit 55.

51.     012508K Bryant 19516 SHOE.stl is the file containing the data from my scan of an object at Keker on January 25, 2008. A true photograph of the original object is attached to this report as Exhibit 56.

52.     012508L Bryant 19518 SHOE.stl is the file containing the data from my scan of an object at Keker on January 25, 2008. A true photograph of the original object is attached to this report as Exhibit 57.

53.     012508M Bryant 19517 SHOE.stl is the file containing the data from my scan of an object at Keker on January 25, 2008. A true photograph of the original object is attached to this report as Exhibit 58.

EXHIBIT __E__
PAGE __94__

54.    012808A MGA 2001 BLONDE CLOE WITH ORANGE LEGS.stl is the file containing the data from my scan of an object at Quinn on January 28, 2008. A true photograph of the original object is attached to this report as Exhibit 59.

55.    012808D MGA 2001 BWOH.stl is the file containing the data from my scan of an object at Quinn on January 28, 2008. A true photograph of the original object is attached to this report as Exhibit 60.

56.    012808G RAG DOLL W PIGTAILS.stl is the file containing the data from my scan of an object at Quinn on January 28, 2008. A true photograph of the original object is attached to this report as Exhibit 61.

57.    012808B MGA2001 CLOE 312185.stl is the file containing the data from my scan of an object at Quinn on January 28, 2008. A true photograph of the original object is attached to this report as Exhibit 62.

58.    012808C MGA 2001 BWH RED.stl is the file containing the data from my scan of an object at Quinn on January 28, 2008. A true photograph of the original object is attached to this report as Exhibit 63.

59.    012808E MGA2001 GYPSY PRINCESS.stl is the file containing the data from my scan of an object at Quinn on January 28, 2008. A true photograph of the original object is attached to this report as Exhibit 64.

60.    012808F SCAMPZ.stl is the file containing the data from my scan of an object at Quinn on January 28, 2008. A true photograph of the original object is attached to this report as Exhibit 65.

61.    013108A1 PINK HEAD A 2001 MGA.stl is the file containing the data from my scan of an object at the offices of Keats McFarland & Wilson LLP ("Keats McFarland"), located at 9720 Wilshire Boulevard, Beverly Hills, California, 90212, on January 31, 2008. A true photograph of the original object is attached to this report as Exhibit 66.

62.    013108A2 PINK HEAD B 2001 MGA.stl is the file containing the data from my scan of an object at Keats McFarland on January 31, 2008. A true photograph of the original object is attached to this report as Exhibit 67.

63.    013108B MGA GREYMOLD ARM.stl is the file containing the data from my scan of an object at Keats McFarland on January 31, 2008. A true photograph of the original object is attached to this report as Exhibit 68 and is encircled.

64.    013108B MGA GREYMOLD BODY.stl is the file containing the data from my scan of an object at Keats McFarland on January 31, 2008. A true photograph of the original object is attached to this report as Exhibit 69 and is encircled.

EXHIBIT ___E___
PAGE ___95___

65.     013108B MGA GREYMOLD HEAD.stl is the file containing the data from my scan of
an object at Keats McFarland on January 31, 2008.  A true photograph of the original object is
attached to this report as Exhibit 70 and is encircled.

66.     013108C MGA GREY SCULPT HEAD.stl is the file containing the data from my scan
of an object at Keats McFarland on January 31, 2008.  A true photograph of the original object is
attached to this report as Exhibit 71.

67.     013108D BWOH.stl is the file containing the data from my scan of an object at Keats
McFarland on January 31, 2008.  A true photograph of the original object is attached to this
report as Exhibit 72.

68.     013108E MGA BIG HEAD.stl is the file containing the data from my scan of an object at
Keats McFarland on January 31, 2008.  A true photograph of the original object is attached to
this report as Exhibit 73.

69.     013108F MGA HEAD.stl is the file containing the data from my scan of an object at
Keats McFarland on January 31, 2008.  A true photograph of the original object is attached to
this report as Exhibit 74.

70.     013108G MGA HEAD.stl is the file containing the data from my scan of an object at
Keats McFarland on January 31, 2008.  A true photograph of the original object is attached to
this report as Exhibit 75.

71.     013108H BWH GREY SCULPT.stl is the file containing the data from my scan of an
object at Keats McFarland on January 31, 2008.  A true photograph of the original object is
attached to this report as Exhibit 76.

72.     013108 I MGA BODY.stl is the file containing the data from my scan of an object at
Keats McFarland on January 31, 2008.  A true photograph of the original object is attached to
this report as Exhibit 77.

73.     020108J BWOH.stl is the file containing the data from my scan of an object at Keats
McFarland on February 1, 2008.  A true photograph of the original object is attached to this
report as Exhibit 78.

74.     020108 K MGA BODY.stl is the file containing the data from my scan of an object at
Keats McFarland on February 1, 2008.  A true photograph of the original object is attached to
this report as Exhibit 79.

75.     020108 L MGA HEAD.stl is the file containing the data from my scan of an object at
Keats McFarland on February 1, 2008.  A true photograph of the original object is attached to
this report as Exhibit 80.

EXHIBIT ___E___
PAGE ___96___

76.     020108M BWOHLA.stl is the file containing the data from my scan of an object at Keats McFarland on February 1, 2008. A true photograph of the original object is attached to this report as Exhibit 81.

77.     020108 X1 MGA HEAD.stl is the file containing the data from my scan of an object at Keats McFarland on February 1, 2008. A true photograph of the original object is attached to this report as Exhibit 82.

78.     020108 X2 MGA HEAD MALE.stl is the file containing the data from my scan of an object at Keats McFarland on February 1, 2008. A true photograph of the original object is attached to this report as Exhibit 83.

79.     020108 X3 MGA HEAD.stl is the file containing the data from my scan of an object at Keats McFarland on February 1, 2008. A true photograph of the original object is attached to this report as Exhibit 84.

80.     020108X4H.stl is the file containing the data from my scan of an object at Keats McFarland on February 1, 2008. A true photograph of the original object is attached to this report as Exhibit 85.

81.     020108 X5 MGA HEAD.stl is the file containing the data from my scan of an object at Keats McFarland on February 1, 2008. A true photograph of the original object is attached to this report as Exhibit 86.

82.     020408_A_MYA_GLAMMA_JAMMAZ.stl is the file containing the data from my scan of an object at Quinn on February 4, 2008. A true photograph of the original object is attached to this report as Exhibit 87.

83.     021008A CABBAGEPATCH.stl is the file containing the data from my scan of an object at Quinn on February 10, 2008. A true photograph of the original object is attached to this report as Exhibit 88.

84.     021008B MYSCENE B2230.stl is the file containing the data from my scan of an object at Quinn on February 10, 2008. A true photograph of the original object is attached to this report as Exhibit 89.

85.)     021108A MINI TRENDY TEENZ H.stl is the file containing the data from my scan of an object at 3D Scan, 140 Encanto, Tustin, CA 92780 on February 11, 2008. A true photograph of the original object is attached to this report as Exhibit 90.

86.)     021108b MINI TRENDY TEENZ H_B.stl is the file containing the data from my scan of an object at 3D Scan, 140 Encanto, Tustin, CA 92780 on February 11, 2008. A true photograph of the original object is attached to this report as Exhibit 91.

EXHIBIT __E__
PAGE __97__

If called upon to testify at trial, I may present one of more of the 3D models that resulted from my scans. I may present those models to allow the demonstration of different features and perspectives.

Signed:

February 11, 2008

Frank Keiser

EXHIBIT E
PAGE 98

# EXHIBIT F

## SUPPLEMENTAL EXPERT REPORT OF FRANK KEISER
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(E)(2)

**This supplemental report is designated as "Confidential--Attorneys' Eyes Only"
Under the Protective Order dated January 4, 2005.**

In addition to the objects scanned before February 11, 2008 that were listed in my original report of that date, I have since performed three-dimensional scanning and photography of the following additional objects, which were not available until after my initial report was due. Attached to this report, and as described below, is a CD containing the data that was gathered in connection with the scans I did, along with the photographs of these objects. These objects were scanned using the same technique and basic equipment as the scans in my original report.

1.   247432-001-01 is the file folder containing true and correct photographs and data from my scans of an object located in Shenzhen, China.

2.   247432-002-01 is the file folder containing true and correct photographs and data from my scans of an object located in Shenzhen, China.

3.   248521-001-02 is the file folder containing true and correct photographs and data from my scans of an object located in Shenzhen, China.

4.   248521-002-02 is the file folder containing true and correct photographs and data from my scans of an object located in Shenzhen, China.

5.   248521-003-02 is the file folder containing true and correct photographs and data from my scans of an object located in Shenzhen, China.

6.   248521-004-06 is the file folder containing true and correct photographs and data from my scans of an object located in Shenzhen, China.

7.   248521-005-02 is the file folder containing true and correct photographs and data from my scans of an object located in Shenzhen, China.

8.   248521-006-03 is the file folder containing true and correct photographs and data from my scans of an object located in Shenzhen, China.

9.   MGA-T1-000785 is the file folder containing a true and correct photograph and data from my scans of an object located in Hong Kong that was identified as MGA-TI-000785 .

10.   MGA-T1-000786 is the file folder containing a true and correct photograph and data from my scans of an object located in Hong Kong that was identified as MGA-TI-000786.

EXHIBIT F
PAGE 99

11.     MGA-T1-000787 is the file folder containing a true and correct photograph and data from my scans of an object located in Hong Kong that was identified as MGA-TI-000787.

12.     MGA-T1-000788 is the file folder containing true and correct photographs and data from my scans of an object located in Hong Kong that was identified as MGA-TI-000788.

13.     MGA-T1-000789 is the file folder containing true and correct photographs and data from my scans of an object located in Hong Kong that was identified as MGA-TI-000789.

14.     MGA-T1-000790 is the file folder containing a true and correct photograph and data from my scans of an object located in Hong Kong that was identified as MGA-TI-000790.

15.     MGA-T1-000791 is the file folder containing a true and correct photograph and data from my scans of an object located in Hong Kong that was identified as MGA-TI-000791.

16.     MGA-T1-000792 is the file folder containing a true and correct photograph and data from my scans of an object located in Hong Kong that was identified as MGA-TI-000792.

17.     MGA-T1-000793 is the file folder containing a true and correct photograph and data from my scans of an object located in Hong Kong that was identified as MGA-TI-000793.

18.     MGA-T1-000794 is the file folder containing a true and correct photograph and data from my scans of an object located in Hong Kong that was identified as MGA-TI-000794.

19.     MGA-T1-000795 is the file folder containing a true and correct photograph and data from my scans of an object located in Hong Kong that was identified as MGA-TI-000795.

20.     MGA-T1-000796 is the file folder containing a true and correct photograph and data from my scans of an object located in Hong Kong that was identified as MGA-TI-000796.

21.     MGA-T1-000797 is the file folder containing a true and correct photograph and data from my scans of an object located in Hong Kong that was identified as MGA-TI-000797.

22.     MGA-T1-000798 is the file folder containing a true and correct photograph and data from my scans of an object located in Hong Kong that was identified as MGA-TI-000798.

23.     MGA-T1-000799 is the file folder containing a true and correct photograph and data from my scans of an object located in Hong Kong that was identified as MGA-TI-000799.

24.     MGA-T1-000800 is the file folder containing a true and correct photograph and data from my scans of an object located in Hong Kong that was identified as MGA-TI-000800.

25.     040108_Funky_Tween Exports is the file folder containing true and correct photographs and data from my scans of an object located in Tustin, California.

EXHIBIT __F__
PAGE ____100____

If called upon to testify at trial, I may present one or more of the 3D models that resulted from my scans. I may present those models to allow the demonstration of different features and perspectives.

Signed  April 3, 2008

_____
Frank Keiser

EXHIBIT  E
PAGE  101



EXHIBIT F
PAGE 102

# EXHIBIT G

## SUPPLEMENTAL EXPERT REPORT OF FRANK KEISER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(E)(2) DATED APRIL 22, 2008

**This supplemental report is designated as "Confidential--Attorneys' Eyes Only" Under the Protective Order dated January 4, 2005.**

In addition to the objects scanned before February 11, 2008 that were listed in my original report of that date and the objects scanned before April 3, 2008 that were listed in my supplemental report of that date, I have since performed three-dimensional scanning and photography of the following additional objects, which were not available until after my initial report was due. Attached to this report, and as described below, is a CD containing the data that was gathered in connection with the scans I did, along with the photographs of these objects. These objects were scanned using the same technique and basic equipment as the scans in my original report.

1.     041508 Lil Bratz body.stl is the file containing the data of my scan of an object located in Tustin, California. A true and original photograph of the original object is attached to this report.

2.     041508 Lil Bratz shoe.stl is the file containing the data of my scan of an object located in Tustin, California. A true and original photograph of the original object is attached to this report.

3.     041508 Slumber Party Sasha Body.stl is the file containing the data of my scan of an object located in Tustin, California. A true and original photograph of the original object is attached to this report.

4.     041508 Slumber Party Shoe.stl containing the data of my scan of an object located in Tustin, California. A true and original photograph of the original object is attached to this report.

If called upon to testify at trial, I may present one or more of the 3D models that resulted from my scans. I may present those models to allow the demonstration of different features and perspectives.

Signed  April 22, 2008

Frank Keiser

EXHIBIT __G1__
PAGE __103__

# EXHIBIT H

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8
9                    UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                         EASTERN DIVISION

12 | CARTER BRYANT, an individual,      CASE NO. CV 04-9049 SGL (RNBx)

13 |             Plaintiff,              Consolidated with
                                        Case No. CV 04-09059
14 |       vs.                          Case No. CV 05-02727

15 | MATTEL, INC., a Delaware           Hon. Stephen G. Larson
    corporation,
16                                      STIPULATION RE: SUPPLEMENTAL
               Defendant.               REPORTS OF FRANK KEISER
17
                                        [PROPOSED] ORDER
18 | AND CONSOLIDATED ACTIONS
                                        Phase 1:
19                                      Discovery Cut-off:     January 28, 2008
                                        Pre-trial Conference:  May 5, 2008
20                                      Trial Date:            May 27, 2008

21
22
23
24
25
26                          EXHIBIT ___H___
27                          PAGE ____104___
28
07209/2497749.1             5-7-08
                   STIPULATION RE SUPPLEMENTAL REPORTS OF FRANK KEISER

1    WHEREAS, Mattel, Inc. ("Mattel") submitted the expert report of Frank Keiser
2  on February 11, 2008, which included files of three-dimensional scans of certain
3  tangible objects;

4    WHEREAS, on January 25, 2008, Mattel moved *ex parte* before the Court for
5  modification of the scheduling order to allow the supplementation of Mr. Keiser's
6  expert report to address certain tangible items that MGA produced in Hong Kong and
7  Shenzhen, China ("the Overseas tangibles");

8    WHEREAS, on February 4, 2008, the Court ordered the parties to meet and
9  confer with regard to allowing supplementation of Mr. Keiser's report to include files of
10  three-dimensional scans of the Overseas tangibles, and suggested that the parties might
11  be able to stipulate to the supplementation;

12    WHEREAS, on or about February 17, 2008, Mr. Keiser traveled to Shenzhen and
13  Hong Kong to scan and photograph the Overseas tangibles;

14    WHEREAS, on April 3, 2008, Mattel submitted to the parties a supplemental
15  report of Mr. Keiser that added to his February 11, 2008 report scans and photographs
16  of the Overseas tangibles and of one other object that was not available to Mr. Keiser at
17  the time of his February 11, 2008 expert report;

18    WHEREAS, on April 22, 2008, Mattel submitted to the parties a supplemental
19  report of Mr. Keiser that added to his February 11, 2008 report scans and photographs
20  of two other objects that were not available to Mr. Keiser at the time of his February 11,
21  2008 expert report or at the time of his April 3, 2008 expert report;

22    WHEREAS, MGA reserves all admissibility objections as to the items in the
23  supplemental reports, subject to rulings on the motions in limine and other court
24  rulings;

25    NOW, THEREFORE, the parties have met and conferred and hereby stipulate,
26  by and through their counsel of record and subject to the Court's approval, that the
27  Scheduling Order be modified for the sole and limited purpose of allowing the April 3,
28

-1-
STIPULATION RE SUPPLEMENTAL REPORT OF FRANK KEISER

EXHIBIT ___

PAGE ___105___

1 | 2008 and April 22, 2008 Supplemental Reports of Frank Keiser to be deemed timely
2 | submitted as to the additional tangible items described therein.
3 |      IT IS SO STIPULATED.
4 |
5 | DATED: May 7, 2008           QUINN EMANUEL URQUHART OLIVER &
6 |                          HEDGES, LLP
7 |
8 |                          By _____
9 |                               Diane C. Hutnyan
                               Attorneys for Mattel, Inc.
10 |
11 | DATED: May 7, 2008           KEKER & VAN NEST, LLP
12 |
13 |
14 |                          By _____
15 |                              Matthew M. Werdegar
                             Attorneys for Carter Bryant
16 |
17 | DATED: May 7, 2008           SKADDEN ARPS MEAGHER & FLOM, LLP
18 |
19 |
20 |                          By _____
                             Donna Hill
21 |                              Attorneys for MGA Entertainment, Inc.
22 |
23 |
24 |
25 |
26 |
27 |
28 |

-2-

EXHIBIT ___H___
PAGE ___106___

CM/ECF - California Central District

# Stipulation

2:04-cv-09049-SGL-RNB Carter Bryant v. Mattel Inc
(RNBx), AO279, DISCOVERY, PROTORD, RELATED-G

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Proctor, Brett on 5/7/2008 at 6:47 PM PDT and filed on
5/7/2008

**Case Name:** Carter Bryant v. Mattel Inc
**Case Number:** 2:04-cv-9049
**Filer:** Mattel Inc
**Document Number:** 3502

**Docket Text:**
STIPULATION for Order to Amend the Scheduling Order to Deem the Supplemental Reports of Frank
Keiser Timely filed by Counter Claimant Mattel Inc. (Attachments: # (1) Proposed Order to Amend the
Scheduling Order to Deem the Supplemental Reports of Frank Keiser Timely)(Proctor, Brett)

### 2:04-cv-9049 Notice has been electronically mailed to:

Juan Pablo Alban · juanpabloalban@quinnemanuel.com

Timothy L Alger   timalger@quinnemanuel.com

Christa M Anderson   canderson@kvn.com

Matthew C Bousquette   caldwell@caldwell-leslie.com

Linda M Burrow   burrow@caldwell-leslie.com

Jon D Corey   joncorey@quinnemanuel.com

Alexander H Cote   acote@obsklaw.com, feseroma@obsklaw.com

Leah Chava Gershon   leah@spertuslaw.com

Scott E Gizer   sgizer@chrisglase.com

Melissa Grant   melissagrant@quinnemanuel.com

Emil W Herich   eherich@kmwlaw.com

Diane C Hutnyan   dianehutnyan@quinnemanuel.com, andreahoeven@quinnemanuel.com

EXHIBIT ___H___
PAGE __107__   5/7/2008

Skadden Arps Slate Meagher & Flom
1440 New York Ave
Washington, DC 20005-2111

Marina Vladimir Bogorad
Skadden Arps Slate Meagher & Flom
300 S Grand Ave, Ste 3400
Los Angeles, CA 90071-3144

David W Foster
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005-2111

James E Lyons
Skadden Arps Slate Meagher & Flom
4 Embarcadero Center
Ste 3800
San Francisco, CA 94111-5974

Nathan Meyer
Kaye Scholer
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

Cheryl Plambeck
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Amy R Sabrin
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005-2111

Kien C Tiet
Stern and Goldberg
6345 Balboa Boulevard, Suite 200
Encino, CA 91316

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\chrisgrohman\Desktop\Keiser Stipulation\Stipulation re Keiser Supplemental Reports.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/7/2008] [FileNumber=5818451-0]
[aea24775742991de5fc283933498e1be49b7ca38631f46caf7a191e2a03ca53619914
2488883a2ae5b6832d7184492250cdbb4c39d6f1afeb57b67afed7e624b]]
**Document description:**Proposed Order to Amend the Scheduling Order to Deem the Supplemental Reports of Frank Keiser Timely

EXHIBIT  H
PAGE  108      5/7/2008

CM/ECF - California Central District

Stan Karas    stankaras@quinnemanuel.com, gayleduran@quinnemanuel.com, westonreid@quinnemanuel.com

John W Keker    jkeker@kvn.com, DRoberts@kvn.com, efiling@kvn.com

Michael P Kelly    mikelly@skadden.com

Raoul D Kennedy    rkennedy@skadden.com

Alisa Morgenthaler Lever    amorgenthaler@chrisglase.com

Larry W McFarland    lmcfarland@kmwlaw.com

Cyrus S Naim    cyrusnaim@quinnemanuel.com

Thomas J Nolan    tnolan@skadden.com, carl.roth@skadden.com, marcus.mumford@skadden.com

Randa A F Osman    randaosman@quinnemanuel.com

Mark E Overland    moverland@obsklaw.com, jhibino@obsklaw.com

Michael H Page    mhp@kvn.com, efiling@kvn.com

Kenneth A Plevan    kenneth.plevan@skadden.com, drogosa@skadden.com, sumiclaug@skadden.com

Brett Dylan Proctor    dylanproctor@quinnemanuel.com

Rebekah L Punak    rpunak@kvn.com, lhartzlewis@kvn.com

John B Quinn    johnquinn@quinnemanuel.com

Jason D Russell    jrussell@skadden.com, allison.velkes@skadden.com

David C Scheper    dscheper@obsklaw.com, feseroma@obsklaw.com

Oleg Stolyar    alexstolyar@quinnemanuel.com

Sandra L Tholen    tholen@caldwell-leslie.com

John Elliot Trinidad    jtrinidad@kvn.com, cparker@kvn.com, efiling@kvn.com, yjayasuriya@kvn.com

Audrey Walton-Hadlock    awaltonhadlock@kvn.com

Matthew M Werdegar    mmw@kvn.com

Michael T Zeller    michaelzeller@quinnemanuel.com

**2:04-cv-9049 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Lauren E Aguiar

EXHIBIT __H__
PAGE __107__

**Original filename:**C:\Documents and Settings\chrisgrohman\Desktop\Keiser Stipulation\Proposed Order Re Keiser Stipulation.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/7/2008] [FileNumber=5818451-1]
[7b8da4c41669ad533b666174d0077bbb091423263eb2b8ec470950ed741f490a72021
d6119287cd949f10fbcaa36f89c97e1c6d317320a2b0439948a95190185]]

EXHIBIT __H__
PAGE __11b__ 5/7/2008

# EXHIBIT I

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                   EASTERN DIVISION            **Certified Copy**

4

5      ------------------------------

6      MATTEL, INC., a Delaware          )

7      Corporation,                      )

8                   Plaintiff,           )

9           vs.                          ) No. CV 04-9059 NM

10     CARTER BRYANT, an individual;     )      (RNBx)

11     and DOES 1 through 10,            )

12     Inclusive,                        )

13                   Defendants.         )

14     ------------------------------ )

15     (COMPLETE CAPTION ON NEXT PAGE.)

16

17

18          Videotaped Deposition of FRANK KEISER,

19          at 300 South Grand Street, Los Angeles,

20          California, commencing at 9:34 A.M.,

21          Friday, April 11, 2008, before Wendy S.

22          Schreiber, CSR No. 3558, RPR, CLR.

23

24

25     PAGES 1 - 74

                                                        1

EXHIBIT ___I___

PAGE ___\\\___

```
 1              UNITED STATES DISTRICT COURT

 2            CENTRAL DISTRICT OF CALIFORNIA

 3                    EASTERN DIVISION

 4

 5    ------------------------------

 6    MATTEL, INC., a Delaware        )

 7    Corporation,                    )

 8               Plaintiff,           )

 9               vs.                  ) No. CV 04-9059 NM

10    CARTER BRYANT, an individual;   )     (RNBx)

11    and DOES 1 through 10,          )

12    Inclusive,                      )

13               Defendants.          )

14    ------------------------------ )

15    CARTER BRYANT, on behalf of     )

16    himself, all present and        )

17    former employees of Mattel,     )

18    Inc., and the general public,   )

19               Counter-Claimants,   )

20               vs.                  )

21    MATTEL, INC., a Delaware        )

22    Corporation,                    )

23               Counter-Defendant.   )

24    ------------------------------

25
                                                      2
```

EXHIBIT  I
PAGE  112

```
1    APPEARANCES OF COUNSEL:

2

3        FOR THE PLAINTIFF:

4

5            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

6            BY:  DIANE C. HUTNYAN, ESQ.

7            865 South Figueroa Street, Tenth Floor

8            Los Angeles, California 90017

9            (213) 443-3000

10           dianehutnyan@quinnemanuel.com

11

12                        -and-

13

14           MATTEL, INC.

15           333 Continental Boulevard

16           El Segundo, California 90245-5012

17           (310) 252-2000

18           (NOT PRESENT)

19

20

21

22

23

24

25
                                                    3
```

EXHIBIT __I__
PAGE __113__

```
 1   BY MS. HILL:

 2       Q.   So you move the stickers for the different

 3   shots?

 4       A.   No, no, the sticker stays exactly where it's

 5   at and the data behind that -- it gets the data -- I    10:25AM

 6   mean, when they cut that out, I just explained that

 7   a minute ago how it will go out and it will look

 8   around the surrounding areas of where that target

 9   was and then it calculates where the surface is very

10   accurately.                                             10:26AM

11       Q.   What if say there was a dot of green under

12   the target and the area surrounding was all red?

13   How would it capture that?

14           MS. HUTNYAN:   Incomplete hypothetical.  And

15   asked and answered, I think.                            10:26AM

16           THE WITNESS:   Well, you're asking how is it

17   going to capture that green dot.  Well, is the green

18   dot have -- is it raised?

19   BY MS. HILL:

20       Q.   No.                                            10:26AM

21       A.   Okay, then it's -- it's irrelevant because

22   all it is is a color.  We don't care about color for

23   size.  All we care about is the actual surface.  You

24   can have the thing -- it can be 1,000 different

25   colors, it doesn't matter.  So we're actually          10:26AM
                                                                48
```

EXHIBIT __I__

PAGE __114__

```
 1    looking at the surface.  We're not looking at

 2    colors.  Colors are just something that we have to

 3    compensate for in our apertures in order to see for

 4    lighting for when we're doing the item.  Maybe I

 5    didn't make that understood earlier.              10:27AM

 6         Q.   Okay.  Are you familiar with the term

 7    "mapping" as it relates to 3D scans?

 8         A.   A little bit, yeah.

 9         Q.   What does that term mean to you?

10         A.   Well, mapping is really more of a downstream 10:27AM

11    processing term.  It's not really for the scanning

12    itself.  We're not actually mapping in that.  You'll

13    use mapping in -- in the downstream processes.

14         Q.   What do you mean by "the downstream

15    processes"?                                        10:27AM

16         A.   Okay, we provide an stl data set when we

17    scan or an ASCII data set or an IGIS format -- these

18    are the different formats for the different

19    softwares -- and when I say downstream, I'm talking

20    about the people or the softwares that they use to    10:27AM

21    manipulate the data.  We don't manipulate data.

22    Okay, mapping comes into another area where they're

23    mapping an area and they may change that area.  We

24    can't do that in the Atos software.  We capture the

25    as is, the as built surface, and we don't have the   10:28AM
                                                           49
```

EXHIBIT ___J___
PAGE ___115___

```
 1    ability to change the surfaces.
 2         Q.   Okay.  And are you familiar with the term
 3    "rendering"?
 4         A.   Uh-huh.
 5         Q.   And what does that term mean to you?        10:28AM
 6         A.   Rendering is basically how we're going to
 7    display it in the file size or whatever.
 8         Q.   So how you would display it after you've
 9    captured the data on a computer screen?
10         A.   Yes, and the customer usually determines    10:28AM
11    what size files they want how we render it.
12         Q.   Okay.  And are you familiar with the term
13    "texture mapping"?
14         A.   Yes, I am.
15         Q.   And what does that term mean to you?        10:28AM
16         A.   Texture mapping is where you -- you scan an
17    item and you also do a photograph of it and you can
18    actually lay that photograph on top of the item.
19    Software called Myia does this extremely well.
20         Q.   Is that M-i-a?                              10:29AM
21         A.   M-y-i-a I think is the way it is.  I'm not
22    sure.
23         Q.   M-y-i-a?
24         A.   I think that's the way it's spelled.
25         Q.   And so when you do texture mapping --       10:29AM
                                                                50
```

EXHIBIT I
PAGE 116

1    A.   I don't do texture mapping.

2    Q.   You don't do?

3    A.   No.  All I do is data acquisition.  That's

4  my expertise and that's what I do.

5    Q.   The way you understand the term "texture        10:29AM

6  mapping" does it include color information of the

7  item?

8    A.   Yes, yes, but that's done through a digital

9  photograph in another process.

10    Q.   Okay.  But if I use the phrase "texture         10:29AM

11  mapping" in asking questions to you you'll

12  understand that I'm talking about color information?

13    A.   Yeah, but it doesn't apply to what we did.

14    Q.   Is the Atos scanner capable of doing any

15  texture mapping.                                      10:29AM

16    A.   Yes, it is but the files are way too big and

17  most people don't like it.  That's the reason they

18  use Myia.

19    Q.   So if we look at your report -- at your

20  initial report, excuse me, which is 5211 -- Exhibit   10:30AM

21  5211 and then Exhibit 18 of that report, please.

22  And what are you showing in Exhibit 18?

23    A.   Well, it looks like a head to me basically.

24    Q.   And do you see it's got Bryant 019749 at the

25  bottom?                                               10:30AM

                                                              51

EXHIBIT  I
PAGE  117

1      A.   49, yes.

2      Q.   And do you see that this head has eye

3   makeup, lip makeup, hair?

4      A.   Uh-huh.

5      Q.   Is the Atos scanner capable of capturing the      10:30AM

6   colors in the eyes and the lips and the hair?

7      A.   Yes.   That's the way we did it.   It's the

8   way we scanned them.

9      Q.   You scanned it so that you captured those

10  colors?                                                   10:31AM

11     A.   Yes, we compensated with our aperture

12  settings which allows more light in order to be able

13  to capture those.

14          MS. HUTNYAN:   I didn't want to interrupt but

15  that was vague.   Are you asking him if the color --      10:31AM

16  he's already answered it doesn't pick up color per

17  se but are you saying --

18          MS. HILL:   I'm saying is the scanner that he

19  used capable of gathering the information about the

20  blue eyes here, the red lips.                             10:31AM

21          THE WITNESS:   Yes.

22          MS. HUTNYAN:   Vague.   Vague and calls for

23  speculation.

24  BY MS. HILL:

25     Q.   And is it capable of collecting data -- the       10:31AM
                                                              52

EXHIBIT ___I___
PAGE ___118___

```
 1    BY MS. HILL:

 2        Q.    So if your customer --

 3        A.    The files are the same.  It's just that they

 4    have an extension of how you export them.  It's the

 5    file extension that's different.                    10:40AM

 6        Q.    So if your client -- does your client need

 7    to be using the Gom software?

 8        A.    No.

 9        Q.    So they can be using other --

10        A.    Yes.                                       10:40AM

11        Q.    Are there limitations on the software?  Do

12    you know any software that they cannot use?

13              MS. HUTNYAN:  Objection:  vague.  What

14    software?

15    BY MS. HILL:                                        10:40AM

16        Q.    So you --

17        A.    Yeah, Microsoft Word doesn't use it.  You

18    know, there's thousands of softwares that aren't

19    designed to use it but the softwares that are

20    designed to use it can use it and they design their  10:40AM

21    software to be able to take this in for reverse

22    engineering.

23        Q.    Okay.  Although the Gom software is

24    proprietary, the data that you export can be used on

25    other software systems for 3D rendering?           10:41AM

                                                              60
```

EXHIBIT I
PAGE 119

```
 1      A.    Yes.

 2      Q.    And for your initial report and your

 3   supplemental report did you export the data in the

 4   .stl format?

 5      A.    Yes.                                    10:41AM

 6      Q.    And why did you choose that format?

 7      A.    Why?  Because that's the most common used.

 8      Q.    Would you agree with the statement that .stl

 9   files describe only the surface geometry of a

10   three-dimensional object without any representation   10:41AM

11   of color, texture or common CAD model attributes?

12      A.    Stl refers to the polygonalized file of that

13   surface.  There is no color, okay?

14      Q.    Okay.

15      A.    You can assign a color to the whole file      10:42AM

16   but -- and you can have shading, light, but this is

17   all external of the file, okay?

18      Q.    Okay.  Is the software that you use capable

19   of exporting in a .3ds format?

20      A.    .3ds?  I don't recall that one.  I'd have to  10:42AM

21   look in my manuals to see.  I don't recall that one.

22      Q.    And how about a .max?

23      A.    No.

24      Q.    A .ls?

25      A.    I don't recall those.                          10:42AM
                                                                 61
```

EXHIBIT __I__

PAGE __120__

```
 1      Q.    .fbx?

 2      A.    No.   What software are you talking about

 3   that uses those?

 4      Q.    They're a variety.

 5      A.    Okay, because that's -- that's not -- you       10:43AM

 6   know, and not everybody can use our files.   The

 7   softwares have to be written to be able to do it

 8   like Catia which is the No. 1 software engineering

 9   package in the world.   There's -- you know, there's

10   different ones that can use it and some of them        10:43AM

11   can't.

12   BY MS. HILL:

13      Q.    I'd just like to mark as 5213 --

14            MS. HUTNYAN:   Is this a good stopping point

15   for a break like a short break?                        10:44AM

16            MS. HILL:   Absolutely.   That's fine.

17            MS. HUTNYAN:   It seemed like a good

18   transition.

19            VIDEO OPERATOR:   Let's go off the record at

20   10:44.                                                 10:44AM

21                 (Brief recess.)

22            VIDEO OPERATOR:   We are back on the record.

23   The time is 10:53.

24            (Deposition Exhibit 5213 was marked

25      for identification and is annexed hereto.)         10:54AM
                                                                62
```

EXHIBIT I
PAGE 121

```
 1    BY MS. HILL:

 2        Q.    Before the break we marked Exhibit 5213.

 3    Mr. Keiser, do you see on the first page of Exhibit

 4    5213 a copy of a CD?

 5        A.    Uh-huh.                                10:54AM

 6        Q.    Does that appear to be the CD that you

 7    produced with your initial report?

 8        A.    It looks like my handwriting, yes.

 9        Q.    And does the 2/11/2008 indicate that that

10    was in connection with your 2/1/2008 report?       10:54AM

11        A.    Yes.

12        Q.    And if you look through this stack of

13    images, these are images where we took the data off

14    of this CD and used software to render images.

15        A.    Right.                                 10:54AM

16        Q.    Could you turn for me to Exhibit 18.

17              MS. HUTNYAN:   In 52 --

18              MS. HILL:   In 5213.

19        Q.    And could you also turn for me to Exhibit 18

20    in Exhibit 5211 which is your initial report so we  10:55AM

21    can compare these two.  Do you see at the bottom of

22    Exhibit 18 in Exhibit 5213 that it's got that same

23    number, Bryant 019749?

24        A.    Yes.

25        Q.    Do you have any reason to believe that the  10:55AM
                                                           63
```

EXHIBIT ___I___
PAGE ___122___

```
 1    image that we've rendered here is not an accurate

 2    representation of Exhibit 18 in your initial report?

 3        A.    No, this is what I scanned.

 4        Q.    That is what you scanned?

 5        A.    Yes.                                          10:56AM

 6        Q.    And I believe you were talking before about,

 7    you know, applying a color that you think is

 8    pleasing to the eye.

 9        A.    Uh-huh.

10        Q.    Is that this blue color here, is that the    10:56AM

11    type of thing you are referring to?

12        A.    Yeah, blue or it could be gray.  Gray would

13    have showed up better or white on the black

14    background.

15        Q.    Okay.  So there -- is there anything in the  10:56AM

16    data that you collected that would show on the

17    Exhibit 18 of the 5213, the blue head -- is there

18    anything in the data that you collected where we

19    could show the placement of the eyes or the color of

20    the eyes?                                              10:56AM

21            MS. HUTNYAN:   Vague, compound.

22            THE WITNESS:   Well, I don't know how you --

23    how they rendered it.  In other words, this doesn't

24    really look totally like it's got the detail that I

25    had.                                                   10:57AM
                                                                 64
```

EXHIBIT  T
PAGE  123

```
 1        A.    In the first part of the -- what I was doing

 2    I was not asked to take photos.  I took a few for my

 3    own recollection to make for sure that I had the

 4    proper items because as we took an item we assigned

 5    a number to it which is the date and the E referred      10:59AM

 6    to the sequence of the items on that day and then we

 7    took Bryant 019749 off of the ID tag that we had and

 8    put it on there.  But I did not have photos of

 9    everything.  The only thing I have photos of

10    everything is in China.                                  10:59AM

11        Q.    Was there anybody else present who took

12    photos of the items?

13        A.    There was a -- a company there, I don't know

14    what their name is -- who were doing photos also but

15    I -- you know, they were photographing so many          10:59AM

16    things, the items I was doing, plus other items.  So

17    what they captured I don't know.

18        Q.    Okay.  But in terms of your portion and the

19    data that you collected, there was nothing related

20    to color or hair?                                        11:00AM

21        A.    No.  If I happened to take a picture of it,

22    yes, it had the color and that's all.

23        Q.    And the photos that you took, were those for

24    the purpose -- sorry.  I got distracted.

25        A.    That's all right.  I did, too.                 11:00AM
                                                                  67
```

EXHIBIT ___I___
PAGE ___124___

1    Q.    The photos that you took, that was just for

2    your own use in order to identify the items?

3    A.    Yes.

4    Q.    That was not so that you could later merge

5    that information?                                    11:00AM

6    A.    No, that was just -- that was strictly for

7    mine for doing my report and this sort of thing to

8    refresh my memory what it actually looked like.

9    Q.    And I think that we've discussed but I'd

10   just like to go over it again just to make sure I    11:00AM

11   understand, if you look at Exhibit 18 of 5213 which

12   is the blue head --

13   A.    Uh-huh.

14   Q.    -- if you had this rendered image here and

15   you wanted to add detail regarding eye color, pupil  11:01AM

16   placement, how could you do that?

17         MS. HUTNYAN:   Compound.

18         THE WITNESS:   I don't do that.

19   BY MS. HILL:

20   Q.    You don't do that?                             11:01AM

21   A.    I don't do that.

22   Q.    Do you know how other people could do that?

23   A.    Well, I've never done it.

24         MS. HUTNYAN:   Objection:   vague.

25         THE WITNESS:   I've never done it.  I limit    11:01AM
                                                               68

EXHIBIT I
PAGE 125

```
 1    my work to reverse engineering and that's as far as

 2    I go.  I don't do the downstream processes.

 3    BY MS. HILL:

 4         Q.   So you only do the data that could give you

 5    this information represented here?                    11:01AM

 6         A.   Right, right.

 7              MS. HILL:  I think that that concludes our

 8    questions.  If you have any -- any questions, Diane?

 9

10                     FURTHER EXAMINATION                  11:02AM

11    BY MS. HUTNYAN:

12         Q.   Does texture mapping have anything to do

13    with what you were doing for purposes of your expert

14    work in this case?

15         A.   No.                                         11:02AM

16              MS. HUTNYAN:  That's okay.

17              MS. HILL:  Okay.  Thank you for your time.

18              THE WITNESS:  Thank you.

19              VIDEO OPERATOR:  This ends the deposition.

20    We've had one DVD media used today.  We're off the    11:02AM

21    record at 11:02.  Thank you.

22

23                (TIME NOTED:  11:02 A.M.)

24

25
                                                                  69
```

EXHIBIT ___I___
PAGE ___126___

```
1            I declare under penalty of perjury

2       under the laws of the State of California

3       that the foregoing is true and correct.

4            Executed on _____,

5       2008, at _____,

6       California.

7

8

9

10           _____

11                   FRANK KEISER

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                        70
```

EXHIBIT ___I___
PAGE ___127___

1          IN WITNESS WHEREOF, I have subscribed my

2     name this 14th day of April, 2008.

3

4

5

6     _____

7          WENDY S. SCHREIBER, CSR No. 3558, RPR

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    72

EXHIBIT I
PAGE ___ 128

# EXHIBIT J



EXHIBIT __J__

PAGE __129__





Exhibit #2

11708 E MGA H 2001 JADE DECO

Exhibit    J
Page      136

Exhibit 6



010908A  GreyHead Sculpt

Exhibit J
Page 131

Exhibit 7

10908B  Headless Solid Body

Exhibit J
Page  132

Exhibit 8



10908C White Head Sculpt

Exhibit J
Page 133

Exhibit 9



10008D Deco Head1

Exhibit J
Page 134

Exhibit 10



011008A  Bryant 19462

Exhibit  J
Page    135