Exhibit 11

011008B Bryant 19470

Exhibit J
Page 136



Exhibit 12

01100BC Bryant 19479

Exhibit J
Page 137



Exhibit 13

01110BA Bryant Body 19385

Exhibit J
Page 138



011108A Bryant 19385 Boot

Exhibit 14

Exhibit J
Page 134

Exhibit 15

01108B Bryant 19499

Exhibit J
Page 140



Exhibit 16

01108C Bryant 19459

Exhibit J
Page 141



Exhibit 17
01108D Bryant 019742
Exhibit J
Page 142

Exhibit 18

01108E Bryant 019749

Exhibit J
Page 143

011108F Bryant 019786

Exhibit J
Page 144