





Exhibit J
Page 148

01160SC B2230 C25 MAT



Exhibit J Page 149

Exhibit 25

11608B bwh 2001 MGA

Exhibit J
Page 150

Exhibit 26

11608C_bwh 2001 MGA

Exhibit J
Page 131



Exhibit 27
11608D_bwh_2001 MGA
Exhibit J
Page 152

Exhibit 28

11708B_MGA_bwoh

Exhibit J
Page 153