Exhibit 29

11708D_MGA_T1_000818_2001

Exhibit J
Page 154



Exhibit 30

11708G_MGA_TI000817_2001_BWH

Exhibit J
Page 155



Exhibit J
Page 197

11708J_mga_H_2001

Exhibit 22



Exhibit 24

11708O_mga_2001

Exhibit J
Page 159



Exhibit 25

11708P mga 2001

Exhibit J
Page 160

Exhibit J
Page 161

11708A_MGA2001



Exhibit 27

11708C MGA Sasha Deco Head

Exhibit J
Page 162