Exhibit 38

11708E MGA H 2001 KAYLA

Exhibit J
Page 103

11708F_MGA_H 2001 YASMIN DECO

Exhibit 39

Exhibit J
Page 164

Exhibit 40

11708 i MGA H 2001 CLOE DECO

Exhibit J
Page 1165

Exhibit 11

11708 K MGA H 2001 CLOE HAIR

Exhibit J
Page 166

Exhibit 42

Exhibit 43

11708N MGA H 2001 SASHA FUNKNGLOW

Exhibit J
Page 168

Exhibit 44

11708_Q_MGA_H_2001 Jade DOLLPACK

Exhibit J
Page 169

Exhibit 45

11708 R MGA H 2001 YASMIN DOLLPACK

Exhibit J
Page 170