Exhibit 46

012508A_Bryant_019675 Stand

Exhibit J
Page 171



Exhibit 47

012508B  Bryant  019697  bwch

Exhibit  J
Page  172

Exhibit 48

012508C Bryant 019710_leg

Exhibit J
Page 173

Exhibit 49



012508D_Bryant_019708_Arm

Exhibit J
Page 174

Exhibit 50

012508E_Bryant_019698_UB_Dark

Exhibit   J
Page    175

Exhibit 51



012508F_Bryant_019702_bwoh

Exhibit J
Page 176



Exhibit 52

012508G  Bryant  019700  bwoh

Exhibit _J_
Page 177

Exhibit 53

012508H Bryant 019701 bwoh

Exhibit J
Page 178

Exhibit 54



12508i_Bryant_19522 Shoe

Exhibit
Page    179

Exhibit 55



012508J_Bryant_19515_Shoe

Exhibit J
Page 182

Exhibit 56



012508K_Bryant_10516 Shoe

Exhibit J
Page 161

Exhibit 57

012508L Bryant 19518 Shoe

Exhibit 1
Page 182

Exhibit 58

012508M Bryant 19517 Shoe

Exhibit    J
Page    183

Exhibit 59



012808A MGA 2001 Blond Cloe Orange Legs

Exhibit
Page