Exhibit 60

012808D MGA 2001 bwoh

Exhibit J
Page 185



Exhibit 61

012808G_Rag Doll w pigtails

Exhibit J
Page 186

Exhibit 62

12808B_MGA2001_CLOE_312185

Exhibit J
Page 187

Exhibit 63

12808C_MGA2001_BWH RED

Exhibit J
Page 188



Exhibit 64

012808E_MGA2001_GYPSY PRINCESS

Exhibit    J
Page    189

Exhibit 65

012808F_Scampz

Exhibit J
Page 190



Exhibit 66

013108A1 Pink Head A 2004 MGA

Exhibit J
Page 191

Exhibit 67



013108A2_Pink Head b 2001 MGA

Exhibit
Page   J
192

Exhibit 68

013108_B_MGA_GREYMOLD_ARM

Exhibit J
Page 193







Exhibit 69

013108 B MGA GREYMOLD BODY

Exhibit J
Page 194



Exhibit 70

013108 B MGA GREYMOLD HEAD

Exhibit J
Page 195



Exhibit 71

013108C Grey Sculpt Head

Exhibit
Page ___



Exhibit 72

013108D_bwoh

Exhibit J
Page 197



Exhibit 72

013108 E MGA BIG HEAD



Exhibit J
Page 198



Exhibit 74

013108  F  MGA HEAD

Exhibit
Page  109

Exhibit 75

013108_G_MGA_HEAD

Exhibit J
Page 200



Exhibit 76

013108 I MGA BODY

Exhibit J
Page 201

Exhibit 76

013108H bwh grey sculpt

Exhibit J
Page 202

Exhibit 78

020108J_bwoh

Exhibit J
Page 203

Exhibit 79

20108_K_MGA_BODY

Exhibit
Page    J
        264



Exhibit 80

020108_L_MGA_HEAD

Exhibit J
Page 205