QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>CV 04-09059<br>CV 05-2727<br><br>[PUBLIC REDACTED] DECLARATION OF CURRAN M. WALKER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO STRIKE AND OBJECTIONS TO EXHIBITS ATTACHED TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL INC.'S MOTION FOR A PERMANENT INJUNCTION<br><br>Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1 |
|---|---|

07209/2680601.1

# DECLARATION OF CURRAN M. WALKER

I, Curran M. Walker, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the trial transcript of Mattel, Inc. v. MGA Entertainment, Inc., Case No. CV-04-9049-SLG (RNBx).

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the March 2, 2005 deposition of Cassidy Park.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the June 8, 2007 deposition of Julia Jenson.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the January 25, 2008 deposition of Tim Kilpin.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the January 25, 2008 deposition of Milton Zablow.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from the January 25, 2008 deposition of Matthew Bousquette.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from the January 28, 2008 deposition of Robert Eckert.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from the December 3, 2007 hearing transcript.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts from the August 30, 2007 deposition of David Malacrida.

1     11.    Attached hereto as Exhibit J is a true and correct copy of excerpts from the April 22, 2008 hearing transcript.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2008, at Los Angeles, California.

*[signature]*

Curran M. Walker