QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>           Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>           Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>Hon. Stephen G. Larson<br><br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) ITS OPPOSITION TO MGA'S MOTION TO STRIKE AND OBJECTIONS TO THE EXHIBITS ATTACHED TO THE DECLARATION OF DIANE C. HUTNYAN AND (2) EXHIBITS B, C, D, E, F, G AND I TO THE DECLARATION OF CURRAN M. WALKER IN SUPPORT THEREOF<br><br>Date:  November 10, 2008<br>Time:  1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1(a):**<br>Trial Date:  May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date:  July 23, 2008 |

07209/2681096.1

[PROPOSED] ORDER

<u>ORDER</u>

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to MGA's Motion to Strike and Objections to the Exhibits Attached to the Declaration of Diane C. Hutnyan in Support Thereof ("Opposition") and Exhibits B, C, D, E, F, G and I to the Declaration of Curran M. Walker in Support Thereof ("Exhibits"), and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition and the Exhibits are ORDERED filed under seal pursuant to <u>Local Rule</u> 79-5.1.

DATED: October 28, 2008   _____

*[signature: S G Larson]*

Hon. Stephen G. Larson
United States District Judge