QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>CV 04-09059<br>CV 05-2727<br><br>**DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO STRIKE DECLARATION OF PAUL K. MEYER FILED IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR A PERMANENT INJUNCTION**<br><br>Date:   November 10, 2008<br>Time:   1:00 p.m.<br>Place:  Courtroom 1<br><br>**Phase 1(a):**<br>Trial Date:    May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date:    July 23, 2008 |

07209/2688340.1

PROCTOR DECLARATION ISO MATTEL'S REPLY IN SUPPORT OF MOTION TO STRIKE MEYER DECL.

1

## DECLARATION OF B. DYLAN PROCTOR

2

I, B. Dylan Proctor, declare as follows:

3

1.    I am a member of the bar of the State of California and a partner

4

with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc.  I

5

make this declaration of personal, firsthand knowledge, and if called and sworn as a

6

witness, I could and would testify competently hereto.

7

2.    Attached as Exhibit 1 is a true and correct copy of TX 13931.

8

I declare under penalty of perjury under the laws of the United States of

9

America that the foregoing is true and correct.

10

Executed on November 3, 2008, at Los Angeles, California.

11

12

13

B. Dylan Proctor

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2688340.1

-1-