Confidential- Attorneys' Eyes Only

**Mattel v. MGA**
**Summary of MGA Regression Results Based on Monthly Data**
**Updated Summary -- Includes Aug.-Dec 2007 Data**

Tab B1, Schedule 5.2 (Revised)

| | Y = | Intercept X= | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% | Adjusted R Squared | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Other Sales & Marketing Expense | Intercept | $423,028 | $383,489 | 1.10307615 | 0.275731657 | ($348,315) | $1,194,970 | ($348,315) | $1,194,970 | 0.286636502 | Tab B1, Schedule 5.3 (Revised) |
| | | Gross Revenue | 0.024172613 | 0.006453374 | 4.449813952 | 5.4368E-05 | 0.013235799 | 0.035109427 | 0.013235799 | 0.035109427 | | |
| | Product Development Expense | Intercept | $577,128 | $131,339 | 4.394171919 | 6.49306E-05 | $312,755 | $841,500 | $312,755 | $841,500 | 0.254919361 | Tab B1, Schedule 5.4 (Revised) |
| | | MGA Sales | 0.008077412 | 0.001954443 | 4.132848531 | 0.000146976 | 0.004143323 | 0.01201015 | 0.004143323 | 0.01201015 | | |
| | Travel & Entertainment Expense | Intercept | $64,001 | $42,826 | 1.494420465 | 0.141894521 | ($22,204) | $150,206 | ($22,204) | $150,206 | 0.23713846 | Tab B1, Schedule 5.5 (Revised) |
| | | Gross Revenue | 0.002771858 | 0.00060678 | 4.568294003 | 3.8326E-05 | 0.001560514 | 0.003993203 | 0.001560514 | 0.003993203 | | |
| | Salaries & Related Expenses | Intercept | $1,319,620 | $671,909 | 1.9639870 | 0.055591267 | ($32,862) | $2,672,102 | ($32,862) | $2,672,102 | 0.342341939 | Tab B1, Schedule 5.6 (Revised) |
| | | Gross Revenue | 0.048039013 | 0.009519545 | 5.046356067 | 7.52268E-06 | 0.028877163 | 0.067200663 | 0.028877163 | 0.067200663 | | |
| | Professional Fees | Intercept | $464,048 | $846,179 | 0.548403894 | 0.586006478 | ($1,239,223) | $2,167,319 | ($1,239,223) | $2,167,319 | 0.091474963 | Tab B1, Schedule 5.7 (Revised) |
| | | Gross Revenue | 0.028703116 | 0.011988659 | 2.394201576 | 0.020789256 | 0.00457324 | 0.052834508 | 0.00457324 | 0.052834508 | | |
| | Premises Related Expenses | Intercept | $282,900 | $163,155 | 1.733930529 | 0.089626659 | -45514.66732 | 611315.0302 | -45514.66732 | 611315.0302 | 0.333928281 | Tab B1, Schedule 5.8 (Revised) |
| | | Gross Revenue | 0.011496392 | 0.002311572 | 4.956104505 | 1.01339E-05 | 0.006800439 | 0.016109345 | 0.006800439 | 0.016109345 | | |
| (a) | Equipment Related Expenses | Intercept | ($1,694) | $22,360 | -0.0757291054 | 0.941551992 | ($47,350) | $44,562 | ($47,350) | $44,562 | 0.237697786 | Tab B1, Schedule 5.9 (Revised) |
| | | Gross Revenue | 0.001593361 | 0.000285675 | 5.576826167 | 1.27616E-06 | 0.001001915 | 0.002185613 | 0.001001915 | 0.002185613 | | |
| | Supplies, Postage & Delivery Expense | Intercept | $69,757 | $43,145 | 1.617190011 | 0.112761648 | ($17,090) | $156,603 | ($17,090) | $156,603 | 0.204105168 | Tab B1, Schedule 5.10 (Revised) |
| | | Gross Revenue | 0.002212245 | 0.000611275 | 3.619059097 | 0.000733152 | 0.00098 1809 | 0.003442268 | 0.00098 1809 | 0.003442268 | | |
| (a) | Other Expenses | Intercept | $548,596 | $245,462 | 2.23463916 | 0.030326675 | $54,476 | $1,042,656 | $54,476 | $1,042,656 | -0.001305076 | Tab B1, Schedule 5.11 (Revised) |
| | | Gross Revenue | -0.003368949 | 0.003477688 | -0.958991023 | 0.33761715 | -0.010370073 | 0.003630375 | -0.010370073 | 0.003630375 | | |
| (a) | Distribution Expenses | Intercept | ($46,993) | $113,746 | -0.413134537 | 0.681427604 | ($275,957) | $181,970 | ($275,957) | $181,970 | 0.083191096 | Tab B1, Schedule 5.12 (Revised) |
| | | Gross Revenue | 0.003691778 | 0.001611577 | 2.294509234 | 0.026374618 | 0.000453842 | 0.006941715 | 0.000453842 | 0.006941715 | | |
| (a) | Distribution Expenses (Sep 05 - Dec 07) | Intercept | $441,099 | $565,351 | 0.78022078 | 0.448251991 | ($77,459) | $1,653,656 | ($77,459) | $1,653,656 | -0.070262311 | Tab B1, Schedule 5.12a (Revised) |
| | | Gross Revenue | 0.000552013 | 0.005620102 | 0.0980422 | 0.923271482 | -0.011521209 | 0.012625226 | -0.011521209 | 0.012625226 | | |
| (a) | Depreciation & Amortization | Intercept | $18,895 | $70,640 | 0.267482203 | 0.790293564 | ($123,296) | $161,086 | ($123,296) | $161,086 | 0.291184504 | Tab B1, Schedule 5.13 (Revised) |
| | | Gross Revenue | 0.004510129 | 0.001003823 | 4.506418246 | 4.5037E-05 | 0.002495576 | 0.006524682 | 0.002495576 | 0.006524682 | | |
| (a) | Other (Income) & Expense | Intercept | ($435,089) | $340,506 | -1.295027417 | 0.201677546 | ($1,116,490) | $254,313 | ($1,116,490) | $254,313 | 0.112827842 | Tab B1, Schedule 5.14 (Revised) |
| | | Gross Revenue | 0.012743085 | 0.004824249 | 2.641461008 | 0.011246646 | 0.003032356 | 0.022453773 | 0.003032356 | 0.022453773 | | |
| (b) | Select Expenses | Gross Revenue | 0.136225222 | 0.028310075 | 4.811689891 | 1.5478E-05 | 0.079323997 | 0.193210446 | 0.079323997 | 0.193210446 | 0.32036116 | Tab B1, Schedule 5.15 (Revised) |

**Sum of Coefficients for Select Expenses:** 0.139777235

**Difference with Regression Coefficient:** 0.003552013

Note: Shaded cells signify results that are either statistically insignificant at the 5% level (t stat <2 and/or P-value>0.05) or results where intercept coefficients are negative.
I chose X variables based on relationship to their respective Y variables. Most categories are regressed against Gross Revenue.
I have included in this schedule only those regressions used in my determination of incremental costs in Tab B1, Schedule 1.2 (Revised).
(a) MGA did not record distribution expenses between January 2002 and August 2006. I ran a regression on distribution expenses over gross revenue from September 2005 - December 2007.
(a) They include the sum of all expenses which I ran regressions on, except for Product Development Expenses since I ran the regression on MGA Sales instead of Gross Revenue.
(b) This value is the sum of all expenses which I ran regressions on, except for Product Development Expenses. I did not include Product Development Expenses. Costs included in this y-value are: Other Sales & Marketing, Travel & Entertainment Expense, Salaries & Related Expenses, Professional Fees, Premises Related Expenses, Equipment Related Expenses, Supplies, Postage & Delivery Expenses, Distribution Expenses, Other Expenses, Other Depreciation & Amortization, Other (Income) & Expense

LitiNomics, Inc.

111

Exhibit 1
Page 112

EX 13931-0111

Confidential - Attorneys' Eyes Only

Tab B1, Schedule 5.3 (Revised)

**Mattel v. MGA**
**MGA Sales Regression Results**
**X = Gross Revenue, Y = Other Sales and Marketing Expense**

*Source: Tab B1, Schedule 5.16 (Revised)*
*Updated with Aug - Dec 2007 data*

SUMMARY OUTPUT

| Regression Statistics | |
| --- | --- |
| Multiple R | 0.548484936 |
| R Square | 0.300835725 |
| Adjusted R Square | 0.285636502 |
| Standard Error | 1558286.969 |
| Observations | 48 |

ANOVA

| | df | SS | MS | F | Significance F |
| --- | --- | --- | --- | --- | --- |
| Regression | 1 | 4.80621E+13 | 4.80621E+13 | 19.79283535 | 5.4368E-05 |
| Residual | 46 | 1.117E+14 | 2.42826E+12 | | |
| Total | 47 | 1.59762E+14 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Intercept | 423027.8861 | 383498.5384 | 1.103075615 | 0.275731857 | -348914.6219 | 1194970.394 | -348914.6219 | 1194970.394 |
| Gross Revenue | 0.024172613 | 0.005433374 | 4.448913952 | 5.4368E-05 | 0.013235799 | 0.035109427 | 0.013235799 | 0.035109427 |

112

LitiNomics, Inc.

Exhibit 1
Page 113

EX 13931-0112

Confidential - Attorneys' Eyes Only

**Mattel v. MGA**
**MGA Sales Regression Results**
**X = MGA Sales, Y = Product Development Expense**

Tab B1, Schedule 5.4 (Revised)

*Source: Tab B1, Schedule 5.16 (Revised)*
*Updated with Aug - Dec 2007 data*

SUMMARY OUTPUT

| Regression Statistics | |
|---|---|
| Multiple R | 0.520357704 |
| R Square | 0.27077214 |
| Adjusted R Square | 0.254919361 |
| Standard Error | 538521.2799 |
| Observations | 48 |

ANOVA

| | df | SS | MS | F | Significance F |
|---|---|---|---|---|---|
| Regression | 1 | 4.95341E+12 | 4.95341E+12 | 17.08042045 | 0.000149976 |
| Residual | 46 | 1.33402E+13 | 2.90005E+11 | | |
| Total | 47 | 1.82936E+13 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
|---|---|---|---|---|---|---|---|---|
| Intercept | 577127.6025 | 131339.3315 | 4.394171919 | 6.49306E-05 | 312755.2442 | 841499.9607 | 312755.2442 | 841499.9607 |
| MGA Sales | 0.00807412 | 0.001954443 | 4.132846531 | 0.000149976 | 0.00414333 | 0.0120115 | 0.004143323 | 0.0120115 |

LitiNomics, Inc.

113

Exhibit 1
Page 114

EX 13931-0113

Confidential - Attorneys' Eyes Only

**Mattel v. MGA**
**MGA Sales Regression Results**
**X = Gross Revenue, Y = Travel & Entertainment Expense**

Tab B1, Schedule 5.5 (Revised)

*Source: Tab B1, Schedule 5.16 (Revised)*
*Updated with Aug - Dec 2007 data*

SUMMARY OUTPUT

| Regression Statistics | |
|---|---|
| Multiple R | 0.558651057 |
| R Square | 0.312091004 |
| Adjusted R Square | 0.29713646 |
| Standard Error | 174018.2608 |
| Observations | 48 |

ANOVA

| | df | SS | MS | F | Significance F |
|---|---|---|---|---|---|
| Regression | 1 | 6.31972E+11 | 6.31972E+11 | 20.8693101 | 3.68261E-05 |
| Residual | 46 | 1.39299E+12 | 3028235.5092 | | |
| Total | 47 | 2.02496E+12 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
|---|---|---|---|---|---|---|---|---|
| Intercept | 64000.57918 | 42826.35354 | 1.494420465 | 0.141894521 | -22204.39802 | 150205.5564 | -22204.39802 | 150205.5564 |
| Gross Revenue | 0.002771858 | 0.00060676 | 4.568294003 | 3.68261E-05 | 0.001550514 | 0.003993203 | 0.001550514 | 0.003993203 |

LitiNomics, Inc.

114

Exhibit 1
Page 115

EX 13931-0114

Confidential - Attorneys' Eyes Only

**Mattel v. MGA**
**MGA Sales Regression Results**
**X = Gross Revenue, Y = Salaries & Related Expenses**

**Tab B1, Schedule 5.6 (Revised)**

Source: Tab B1, Schedule 5.16 (Revised)
Updated with Aug - Dec 2007 data

SUMMARY OUTPUT

| Regression Statistics | |
|---|---|
| Multiple R | 0.596937738 |
| R Square | 0.356334663 |
| Adjusted R Square | 0.342341939 |
| Standard Error | 2730197.284 |
| Observations | 48 |

ANOVA

| | df | SS | MS | F | Significance F |
|---|---|---|---|---|---|
| Regression | 1 | 1.89821E+14 | 1.89821E+14 | 25.46570956 | 7.52268E-06 |
| Residual | 46 | 3.42883E+14 | 7.45398E+12 | | |
| Total | 47 | 5.32704E+14 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
|---|---|---|---|---|---|---|---|---|
| Intercept | 1319620.08 | 671908.7617 | 1.96398701 | 0.05559126 | -32862.08788 | 2672102.248 | -32862.08788 | 2672102.248 |
| Gross Revenue | 0.048039013 | 0.009519545 | 5.046356067 | 7.52268E-06 | 0.028877163 | 0.067200863 | 0.028877163 | 0.067200863 |

LitiNomics, Inc.

115

Exhibit 1
Page 116

EX 13931-0115

Confidential - Attorneys' Eyes Only

**Tab B1, Schedule 5.7 (Revised)**

116

**Mattel v. MGA**
**MGA Sales Regression Results**
**X = Gross Revenue, Y = Professional Fees**

*Source: Tab B1, Schedule 5.16 (Revised)*
*Updated with Aug - Dec 2007 data*

SUMMARY OUTPUT

| Regression Statistics | |
|---|---|
| Multiple R | 0.332874275 |
| R Square | 0.110805283 |
| Adjusted R Square | 0.091474963 |
| Standard Error | 3438319.102 |
| Observations | 48 |

ANOVA

| | df | SS | MS | F | Significance F |
|---|---|---|---|---|---|
| Regression | 1 | 6.77663E+13 | 6.77663E+13 | 5.732201189 | 0.020789256 |
| Residual | 46 | 5.43814E+14 | 1.1822E+13 | | |
| Total | 47 | 6.1158E+14 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
|---|---|---|---|---|---|---|---|---|
| Intercept | 464048.0838 | 846179.4111 | 0.548403894 | 0.586066478 | -1239222.702 | 2167318.87 | -1239222.702 | 2167318.87 |
| Gross Revenue | 0.028703116 | 0.011988596 | 2.394201576 | 0.020789256 | 0.004571324 | 0.052834908 | 0.004571324 | 0.052834908 |

LitiNomics, Inc.

Exhibit 1
Page 117

EX 13931-0116

Confidential - Attorneys' Eyes Only

Tab B1, Schedule 5.8 (Revised)

117

**Mattel v. MGA**
**MGA Sales Regression Results**
**X = Gross Revenue, Y = Premises Related Expenses**

*Source: Tab B1, Schedule 5.16 (Revised)*
*Updated with Aug - Dec 2007 data*

SUMMARY OUTPUT

| Regression Statistics | |
|---|---|
| Multiple R | 0.590000016 |
| R Square | 0.348100019 |
| Adjusted R Square | 0.333928281 |
| Standard Error | 662956.8516 |
| Observations | 48 |

ANOVA

| | df | SS | MS | F | Significance F |
|---|---|---|---|---|---|
| Regression | 1 | 1.07957E+13 | 1.07957E+13 | 24.56297187 | 1.01839E-05 |
| Residual | 46 | 2.02175E+13 | 4.39512E+11 | | |
| Total | 47 | 3.10133E+13 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
|---|---|---|---|---|---|---|---|---|
| Intercept | 282900.1844 | 163155.432 | 1.733930529 | 0.089628659 | -45514.66132 | 611315.0302 | -45514.66132 | 611315.0302 |
| Gross Revenue | 0.011456392 | 0.002311572 | 4.956104505 | 1.01839E-05 | 0.006803439 | 0.016109345 | 0.006803439 | 0.016109345 |

LitiNomics, Inc.

Exhibit 1
Page 118

Confidential - Attorneys' Eyes Only

Tab B1, Schedule 5.9 (Revised)

118

**Mattel v. MGA**
**MGA Sales Regression Results**
**X = Gross Revenue, Y = Equipment Related Expenses**

Source: Tab B1, Schedule 5.16 (Revised)
Updated with Aug - Dec 2007 data

SUMMARY OUTPUT

| Regression Statistics | |
|---|---|
| Multiple R | 0.504095952 |
| R Square | 0.254112729 |
| Adjusted R Square | 0.237897788 |
| Standard Error | 93374.53917 |
| Observations | 48 |

ANOVA

| | df | SS | MS | F | Significance F |
|---|---|---|---|---|---|
| Regression | 1 | 1.36637E+11 | 1.36637E+11 | 15.67151761 | 0.000259236 |
| Residual | 46 | 4.01065E+11 | 8718804565 | | |
| Total | 47 | 5.37702E+11 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
|---|---|---|---|---|---|---|---|---|
| Intercept | -1694.089221 | 22979.72068 | -0.073721054 | 0.941551992 | -47949.86711 | 44561.68867 | -47949.86711 | 44561.68867 |
| Gross Revenue | 0.001288861 | 0.000325575 | 3.958726767 | 0.000259236 | 0.000633513 | 0.00194209 | 0.000633513 | 0.00194209 |

LitiNomics, Inc.

Exhibit 1
Page 119

EX 13931-0118

Confidential - Attorneys' Eyes Only

119

Tab B1, Schedule 5.10 (Revised)

**Mattel v. MGA**
**MGA Sales Regression Results**
**X = Gross Revenue, Y = Supplies, Postage, and Delivery Expense**

*Source: Tab B1, Schedule 5.16 (Revised)*
*Updated with Aug - Dec 2007 data*

SUMMARY OUTPUT

| Regression Statistics | |
|---|---|
| Multiple R | 0.470772083 |
| R Square | 0.221626354 |
| Adjusted R Square | 0.204705188 |
| Standard Error | 175313.5474 |
| Observations | 48 |

ANOVA

| | df | SS | MS | F | Significance F |
|---|---|---|---|---|---|
| Regression | 1 | 4.02552E+11 | 4.02552E+11 | 13.09758151 | 0.000733152 |
| Residual | 46 | 1.4138E+12 | 30734839908 | | |
| Total | 47 | 1.81635E+12 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
|---|---|---|---|---|---|---|---|---|
| Intercept | 69756.61462 | 43145.12699 | 1.61679011 | 0.112761848 | -17090.02026 | 156603.2495 | -17090.02026 | 156603.2495 |
| Gross Revenue | 0.002212245 | 0.000611276 | 3.619058097 | 0.000733152 | 0.000981809 | 0.00344268 | 0.000981809 | 0.00344268 |

LitiNomics, Inc.

Exhibit 1
Page 120

EX 13931-0119

Confidential - Attorneys' Eyes Only

**Mattel v. MGA**
**MGA Sales Regression Results**
**X = Gross Revenue, Y = Other Expenses**

Tab B1, Schedule 5.11 (Revised)

120

Source: Tab B1, Schedule 5.16 (Revised)
Updated with Aug - Dec 2007 data

SUMMARY OUTPUT

| Regression Statistics | |
|---|---|
| Multiple R | 0.141433764 |
| R Square | 0.020003509 |
| Adjusted R Square | -0.001300762 |
| Standard Error | 997398.0666 |
| Observations | 48 |

ANOVA

| | df | SS | MS | F | Significance F |
|---|---|---|---|---|---|
| Regression | 1 | 9.34064E+11 | 9.34064E+11 | 0.938943603 | 0.337617159 |
| Residual | 46 | 4.57609E+13 | 9.94803E+11 | | |
| Total | 47 | 4.6695E+13 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
|---|---|---|---|---|---|---|---|---|
| Intercept | 548566.3015 | 245462.2982 | 2.23482916 | 0.030326875 | 54476.3296 | 1042656.273 | 54476.3296 | 1042656.273 |
| Gross Revenue | -0.003369849 | 0.003477688 | -0.968991023 | 0.337617159 | -0.010370073 | 0.003630375 | -0.010370073 | 0.003630375 |

LitiNomics, Inc.

Exhibit 1
Page 121

EX 13931-0120

Confidential - Attorneys' Eyes Only

**Mattel v. MGA**
**MGA Sales Regression Results**
**X = Gross Revenue, Y = Distribution Expenses**

Tab B1, Schedule 5.12 (Revised)

SUMMARY OUTPUT

| Regression Statistics | |
|---|---|
| Multiple R | 0.32046477 |
| R Square | 0.102697669 |
| Adjusted R Square | 0.083191096 |
| Standard Error | 462198.904 |
| Observations | 48 |

*Source: Tab B1, Schedule 5.16 (Revised)*
*Updated with Aug - Dec 2007 data*

ANOVA

| | df | SS | MS | F | Significance F |
|---|---|---|---|---|---|
| Regression | 1 | 1.1247E+12 | 1.1247E+12 | 5.264772627 | 0.026374818 |
| Residual | 46 | 9.82688E+12 | 2.13628E+11 | | |
| Total | 47 | 1.09516E+13 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
|---|---|---|---|---|---|---|---|---|
| Intercept | -46993.38053 | 113748.3709 | -0.413134537 | 0.681427604 | -275956.972 | 181970.211 | -275956.972 | 181970.211 |
| Gross Revenue | 0.003697778 | 0.001611577 | 2.294509234 | 0.026374818 | 0.000453842 | 0.006941715 | 0.000453842 | 0.006941715 |

121

LitiNomics, Inc.

Exhibit 1
Page 122

EX 13931-0121

Confidential - Attorneys' Eyes Only

**Tab B1, Schedule 5.12a (Revised)**

122

**Mattel v. MGA**
**MGA Sales Regression Results**
**X = Gross Revenue, Y = Distribution Expenses**

*This regression includes data points from September 2006 - December 2007 only.*
*Source: Tab B1, Schedule 5.16 (Revised)*
*Updated with Aug - Dec 2007 data*

SUMMARY OUTPUT

| Regression Statistics | |
|---|---|
| Multiple R | 0.026199768 |
| R Square | 0.000686428 |
| Adjusted R Square | -0.070693113 |
| Standard Error | 772341.4237 |
| Observations | 16 |

ANOVA

| | df | SS | MS | F | Significance F |
|---|---|---|---|---|---|
| Regression | 1 | 5736405080 | 5736405080 | 0.009616591 | 0.923271482 |
| Residual | 14 | 8.35116E+12 | 5.96511E+11 | | |
| Total | 15 | 8.35689E+12 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
|---|---|---|---|---|---|---|---|---|
| Intercept | 441098.7282 | 565351.1668 | 0.78022078 | 0.448251991 | -771458.9245 | 1653656.381 | -771458.9245 | 1653656.381 |
| Gross Revenue | 0.000552013 | 0.005629102 | 0.09806422 | 0.923271482 | -0.011521209 | 0.012625236 | -0.011521209 | 0.012625236 |

LitiNomics, Inc.

Exhibit 1
Page 123

Confidential - Attorneys' Eyes Only

**Tab B1, Schedule 5.13 (Revised)**

**Mattel v. MGA**
**MGA Sales Regression Results**
**X = Gross Revenue, Y = Other Depreciation & Amortization**

*Source: Tab B1, Schedule 5.16 (Revised)*
*Updated with Aug - Dec 2007 data*

SUMMARY OUTPUT

| Regression Statistics | |
|---|---|
| Multiple R | 0.553412761 |
| R Square | 0.306265684 |
| Adjusted R Square | 0.291184504 |
| Standard Error | 287035.2843 |
| Observations | 48 |

ANOVA

| | df | SS | MS | F | Significance F |
|---|---|---|---|---|---|
| Regression | 1 | 1.67314E+12 | 1.67314E+12 | 20.3078054 | 4.50837E-05 |
| Residual | 46 | 3.78991E+12 | 82389254427 | | |
| Total | 47 | 5.46305E+12 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
|---|---|---|---|---|---|---|---|---|
| Intercept | 18894.98065 | 70640.14148 | 0.267482203 | 0.79029359 | -123296.247 | 161086.2083 | -123296.247 | 161086.2083 |
| Gross Revenue | 0.004510129 | 0.001000823 | 4.506418246 | 4.50837E-05 | 0.002495576 | 0.006524682 | 0.002495576 | 0.006524682 |

LitiNomics, Inc.

Exhibit 1
Page 124

123

Confidential - Attorneys' Eyes Only

124

**Mattel v. MGA**
**MGA Sales Regression Results**
**X = Gross Revenue, Y = Other (Income) & Expense**

Tab B1, Schedule 5.14 (Revised)

*Source: Tab B1, Schedule 5.16 (Revised)*
*Updated with Aug - Dec 2007 data*

SUMMARY OUTPUT

| Regression Statistics | |
|---|---|
| Multiple R | 0.362910244 |
| R Square | 0.131703845 |
| Adjusted R Square | 0.11282784 |
| Standard Error | 1383590.369 |
| Observations | 48 |

ANOVA

| | df | SS | MS | F | Significance F |
|---|---|---|---|---|---|
| Regression | 1 | 1.33568E+13 | 1.33568E+13 | 6.977316255 | 0.011240846 |
| Residual | 46 | 8.80588E+13 | 1.91432E+12 | | |
| Total | 47 | 1.01416E+14 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
|---|---|---|---|---|---|---|---|---|
| Intercept | -431088.9741 | 340505.2437 | -1.266027417 | 0.211877549 | -1116490.47 | 254312.5215 | -1116490.47 | 254312.5215 |
| Gross Revenue | 0.012743065 | 0.004824249 | 2.641461008 | 0.011240846 | 0.003032356 | 0.022453773 | 0.003032356 | 0.022453773 |

LitiNomics, Inc.

Exhibit 1
Page 125

Confidential - Attorneys' Eyes Only

**Tab B1, Schedule 5.15 (Revised)**

**Mattel v. MGA**
**MGA Sales Regression Results**
**X = Gross Revenue, Y = Selected Expenses**

*Source: Tab B1, Schedule 5.16 (Revised)*
*The y-value is the sum of all expenses which I ran regressions on, except for Product Development Expenses.  I did not include Product Development Expenses since I ran the regression on MGA Sales instead of Gross Revenue.*

*Costs included in the y-value are: Other Sales & Marketing, Travel & Entertainment Expense, Salaries & Related Expenses, Professional Fees, Premises Related Expenses, Equipment Related Expenses, Supplies, Postage & Delivery Expense, Distribution Expenses, Other Expenses, Other Depreciation & Amortization, Other (Income) & Expense*

SUMMARY OUTPUT

| Regression Statistics | |
| --- | --- |
| Multiple R | 0.578637641 |
| R Square | 0.33482152 |
| Adjusted R Square | 0.320361118 |
| Standard Error | 8119305.187 |
| Observations | 48 |

ANOVA

| | df | SS | MS | F | Significance F |
| --- | --- | --- | --- | --- | --- |
| Regression | 1 | 1.52641E+15 | 1.52641E+15 | 23.1543719 | 1.6478E-05 |
| Residual | 46 | 3.03246E+15 | 6.59231E+13 | | |
| Total | 47 | 4.55887E+15 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Intercept | 2711038.267 | 1998182.448 | 1.356752117 | 0.181841193 | -1311094.326 | 6733170.859 | -1311094.326 | 6733170.859 |
| Gross Revenue | 0.136225222 | 0.028310075 | 4.811896991 | 1.647E-05 | 0.079239997 | 0.193210446 | 0.079239997 | 0.193210446 |

Confidential - Attorneys' Eyes Only

Mattel v. MGA
Data for Regression Analysis

Tab B1, Schedule 5.16 (Revised)

Source: Tab B1, Schedule 4.3 (Revised)

(a) This category is the sum of all expenses which I ran regressions on, except for Product Development Expenses. I did not include Product Development Expenses since I ran the regression on MGA Sales instead of Gross Revenue.
Costs included are: Other Sales & Marketing; Travel & Entertainment Expense, Salaries & Related Expenses, Professional Fees, Premises Related Expenses, Equipment Related Expenses, Supplies, Postage & Delivery Expense, Other Expenses, Other Depreciation & Amortization, Other (Income) & Expense

| | MGA Sales | Gross Revenue | Other Sales & Marketing Expense | Product Development Expenses | Travel & Entertainment Expense | Salaries & Related Expenses | Professional Fees | Premises Related Expenses | Equipment Related Expenses | Supplies, Postage & Delivery Expense | Other Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-02 | $13,265,153 | $18,556,153 | $552,406 | ($486,360) | $43,181 | $652,777 | $35,198 | $144,258 | $53,258 | $40,860 | ($125,930) |
| Feb-02 | $7,235,960 | $7,235,960 | $421,655 | $190,118 | $38,389 | $968,378 | $133,058 | $127,250 | $1,265 | $63,987 | $21,854 |
| Mar-02 | $10,437,616 | $10,437,616 | $326,701 | $230,691 | $59,798 | $933,625 | $189,830 | $205,681 | $3,682 | $9,107 | $119,781 |
| Apr-02 | $8,603,700 | $8,603,700 | $252,891 | $357,258 | $44,540 | $862,546 | $196,307 | $240,348 | $4,635 | $44,169 | $31,514 |
| May-02 | $7,045,022 | $7,072,887 | $482,934 | $387,072 | $49,339 | $989,510 | $244,402 | $132,339 | $2,831 | $57,993 | $91,361 |
| Jun-02 | $24,718,645 | $24,718,645 | $720,916 | $568,349 | $44,535 | $872,939 | $306,350 | $289,941 | $8,604 | $97,381 | $80,230 |
| Jul-02 | $41,060,710 | $41,236,104 | $927,541 | $902,651 | $39,771 | $963,180 | $226,783 | $104,538 | $4,233 | $63,080 | $82,339 |
| Aug-02 | $38,750,780 | $38,750,780 | $973,774 | $195,818 | $33,133 | $913,392 | ($375,704) | $155,818 | $2,643 | $63,080 | $64,465 |
| Sep-02 | $42,034,031 | $42,101,770 | $1,371,296 | $914,985 | $55,428 | $1,049,692 | $1,569,166 | $197,573 | $10,435 | $58,430 | $90,619 |
| Oct-02 | $51,410,349 | $51,410,349 | $538,359 | $385,847 | $82,438 | $1,048,563 | $402,315 | $214,135 | $9,673 | $97,838 | $2,859,181 |
| Nov-02 | $55,210,522 | $55,915,916 | $596,539 | $384,413 | $88,510 | $1,915,521 | $1,809,034 | $214,908 | $9,989 | $104,467 | $1,524,880 |
| Dec-02 | $84,799,036 | $85,265,587 | $85,736 | $1,967,430 | $80,703 | $1,178,914 | $150,770 | $150,770 | $21,671 | $87,562 | $156,406 |
| Jan-03 | $43,505,090 | $44,304,316 | $186,022 | $386,975 | $71,333 | $1,045,500 | $355,464 | $355,464 | $75,232 | $75,232 | $98,602 |
| Feb-03 | $23,744,288 | $23,778,327 | $161,832 | $987,072 | $91,640 | $706,965 | $188,579 | $198,579 | $7,633 | $111,152 | $75,313 |
| Mar-03 | $22,493,614 | $22,493,614 | $69,284 | $585,844 | $44,885 | $1,380,632 | $254,229 | $254,229 | $69,642 | $100,728 | $157,749 |
| Apr-03 | $17,212,082 | $17,697,340 | $76,515 | $916,412 | $55,919 | $1,328,511 | $308,837 | $285,574 | $8,816 | $114,977 | $122,645 |
| May-03 | $23,118,507 | $28,516,037 | $39,562 | $1,079,808 | $79,255 | $795,046 | $1,622,434 | $558,813 | $10,722 | $113,466 | $84,341 |
| Jun-03 | $95,149,191 | $85,213,543 | $111,395 | $782,455 | $137,697 | $1,639,986 | $597,071 | $203,307 | $38,765 | $145,595 | $137,180 |
| Jul-03 | $89,525,260 | $88,776,000 | $86,461 | $443,227 | $99,261 | $1,643,728 | $994,708 | $3,924,909 | $11,077 | $200,917 | $385,788 |
| Aug-03 | $129,616,941 | $132,674,711 | $124,246 | $187,880 | $194,831 | $2,104,390 | $658,495 | $326,873 | $11,209 | $175,341 | $526,633 |
| Sep-03 | $84,505,356 | $85,662,022 | $692,999 | $817,433 | $131,094 | $1,917,183 | $189,607 | $444,033 | $16,520 | $214,719 | $233,681 |
| Oct-03 | $9,354,821 | $13,468,171 | $435,940 | $327,479 | $75,275 | $1,886,156 | $733,586 | $594,317 | $17,494 | $148,792 | $171,675 |
| Nov-03 | $15,285,198 | $17,441,205 | $6,344,742 | $1,885,609 | $101,290 | $3,079,279 | $1,028,532 | $577,271 | $45,502 | $245,502 | $5,673,395 |
| Dec-03 | $30,049,600 | $31,510,423 | $1,510,423 | $1,510,423 | $131,410 | $3,675,500 | $782,724 | $943,069 | $51,060 | $106,504 | $185,639 |
| Jan-04 | $32,901,365 | $33,561,365 | $2,101,662 | $1,167,360 | $181,703 | $3,675,902 | $820,143 | $285,674 | $13,697 | $91,507 | $48,243 |
| Feb-04 | $30,408,862 | $38,401,862 | $2,938,406 | $1,106,403 | $155,777 | $5,488,803 | $3,430,972 | $1,106,201 | $31,633 | $123,384 | $318,631 |
| Mar-04 | $23,233,080 | $32,112,914 | $2,960,808 | $1,407,208 | $159,700 | $4,245,838 | ($838,479) | $1,115,393 | $23,539 | $162,010 | $126,006 |
| Apr-04 | $25,884,148 | $29,668,959 | $2,618,847 | $1,379,868 | $1,085,153 | $5,039,418 | $1,482,962 | $467,831 | $23,539 | $162,916 | $259,140 |
| May-04 | $25,959,357 | $28,843,397 | $2,570,663 | $2,233,125 | $188,932 | $5,907,478 | $2,485,794 | $975,757 | $50,685 | $171,284 | $114,581 |
| Jun-04 | $74,019,937 | $77,275,473 | $2,485,563 | $2,485,563 | $243,715 | $4,555,446 | $3,784,179 | $1,052,789 | $42,846 | $252,786 | $211,684 |
| Jul-04 | $101,328,635 | $104,764,111 | $3,055,584 | $2,110,230 | $218,163 | $5,033,732 | $2,610,890 | $980,438 | $43,077 | $177,321 | $218,294 |
| Aug-04 | $132,632,842 | $138,659,905 | $2,161,548 | $1,273,262 | $235,894 | $5,836,146 | $1,971,586 | $1,109,385 | $32,635 | $232,332 | $544,683 |
| Sep-04 | $83,516,698 | $86,686,484 | $1,761,886 | $1,761,886 | $295,161 | $5,099,824 | $2,036,642 | $1,340,325 | $81,378 | $412,905 | $552,189 |
| Oct-04 | $83,773,253 | $83,513,698 | $5,938,560 | $1,509,727 | $513,363 | $8,118,945 | $2,218,707 | $2,237,394 | $354,541 | $201,415 | $1,140,611 |
| Nov-04 | $51,193,106 | $56,108,797 | $951,227 | $1,167,360 | $528,676 | $8,700,170 | $800,412 | $2,495,175 | $118,874 | $350,413 | $629,970 |
| Dec-04 | $59,559,965 | $64,809,235 | $2,938,406 | $1,379,868 | $305,087 | $9,753,536 | $4,140,567 | $2,252,970 | $218,851 | $344,191 | ($1,015,762) |
| Jan-05 | $48,293,932 | $56,403,268 | $2,960,808 | $2,218,707 | $379,868 | $9,495,308 | $2,473,847 | $1,430,782 | $163,056 | $232,024 | $175,715 |
| Feb-05 | $52,179,900 | $56,458,385 | $2,570,663 | $2,233,125 | $470,533 | $9,227,818 | $19,789,089 | $2,252,370 | $132,748 | $552,019 | $175,595 |
| Mar-05 | $93,775,853 | $67,656,168 | $2,485,563 | $2,485,563 | $457,732 | $9,981,296 | ($30,154) | $2,485,172 | $163,056 | $398,371 | $154,666 |
| Apr-05 | $95,904,809 | $98,343,694 | $3,055,584 | $2,110,230 | $474,913 | $8,615,790 | $7,290,408 | $1,261,326 | $98,042 | $398,371 | $644,670 |
| May-05 | $107,984,238 | $111,122,678 | $2,161,548 | $1,273,262 | $473,198 | $10,191,965 | $6,259,000 | $2,775,532 | $43,331 | $398,371 | ($231,510) |
| Jun-05 | $149,083,143 | $165,603,143 | $1,761,886 | $1,834,281 | $1,761,886 | $10,737,366 | $2,707,906 | $2,331,548 | $382,225 | $182,903 | $416,647 |
| Jul-05 | $143,513,943 | $146,164,843 | $5,687,881 | $1,834,281 | $503,011 | $9,046,385 | $2,541,272 | $1,684,723 | $382,225 | $182,903 | ($596,396) |
| Aug-05 | $121,424,788 | $125,413,933 | $3,209,881 | $1,347,684 | $817,525 | $8,613,744 | $10,770,767 | $1,684,723 | $176,548 | ($623,082) | $198,148 |
| Sep-05 | $65,127,512 | $78,552,910 | $3,627,817 | $1,293,494 | $442,944 | $1,807,575 | $10,623,540 | $2,014,207 | $190,756 | $753,053 | $498,629 |

LitiNomics, Inc.

128

Exhibit 1
Page 127

EX 13931-0126

Confidential - Attorneys' Eyes Only

**Mattel v. MGA/**
**Data for Regi**

**Tab B1, Schedule 5.16 (Revised)**

Source: Tab B1, Sch
(a)  This category
     Costs includes
     Expenses, Oth

| | Distribution Expenses | Other Depreciation & Amortization | Other (Income) & Expense | Selected Expenses (a) |
|---|---|---|---|---|
| Jan-02 | $0 | $18,831 | ($31,599) | ($13,611) |
| Feb-02 | $0 | $18,905 | ($190,797) | $1,236,951 |
| Mar-02 | $0 | $18,829 | ($223,381) | $1,607,926 |
| Apr-02 | $0 | $19,032 | ($207,625) | $1,576,827 |
| May-02 | $0 | $11,924 | ($280,814) | $1,426,072 |
| Jun-02 | $0 | $20,130 | ($336,677) | $1,787,141 |
| Jul-02 | $0 | $21,854 | ($366,103) | $2,157,590 |
| Aug-02 | $0 | $23,407 | ($348,841) | $2,153,091 |
| Sep-02 | $0 | $35,174 | ($397,685) | $1,388,933 |
| Oct-02 | $0 | $24,737 | ($386,123) | $4,056,250 |
| Nov-02 | $0 | $25,112 | ($403,803) | $4,585,291 |
| Dec-02 | $0 | $62,365 | ($375,498) | $5,888,797 |
| Jan-03 | $0 | $30,320 | ($15,649) | $793,391 |
| Feb-03 | $0 | $35,164 | ($170,424) | $2,169,906 |
| Mar-03 | $0 | $36,816 | ($31,378) | $1,081,234 |
| Apr-03 | $0 | $38,111 | ($57,841) | $2,260,908 |
| May-03 | $0 | $41,344 | ($50,152) | $2,294,298 |
| Jun-03 | $0 | $60,252 | ($35,589) | $3,128,334 |
| Jul-03 | $0 | $57,427 | ($20,101) | $3,163,431 |
| Aug-03 | $0 | $58,003 | ($8,197) | $3,479,435 |
| Sep-03 | $0 | $80,143 | ($3,627) | $2,059,090 |
| Oct-03 | $0 | $90,579 | ($65,594,005) | ($2,120,559) |
| Nov-03 | $0 | $99,314 | $239,013 | $4,339,533 |
| Dec-03 | $0 | $99,832 | ($265,089) | $16,779,032 |
| Jan-06 | $0 | $243,392 | ($200,895) | $7,647,590 |
| Feb-06 | $0 | $248,466 | ($240,158) | $7,851,473 |
| Mar-06 | $0 | $248,141 | ($69,768) | $12,090,857 |
| Apr-06 | $0 | $285,198 | ($86,896) | $8,177,842 |
| May-06 | $0 | $274,089 | ($99,888) | $8,536,937 |
| Jun-06 | $0 | $276,788 | ($34,734) | $12,317,906 |
| Jul-06 | $0 | $282,701 | $73,417 | $10,476,617 |
| Aug-06 | $0 | $281,976 | ($49,267) | $12,330,751 |
| Sep-06 | $108,246 | $282,820 | $1,167,321 | $17,420,696 |
| Oct-06 | $73,164 | $389,433 | $46,317 | $9,742,633 |
| Nov-06 | ($30,601) | $488,905 | $247,210 | $12,251,583 |
| Dec-06 | $18,364 | $580,049 | $1,694,434 | $22,280,148 |
| Jan-07 | $53,651 | $558,531 | $1,059,660 | $17,636,178 |
| Feb-07 | $161,068 | $564,343 | ($242,678) | $17,381,990 |
| Mar-07 | $235,804 | $577,982 | $2,609,259 | $22,297,233 |
| Apr-07 | $242,852 | $778,029 | $39,212 | $19,639,493 |
| May-07 | $324,333 | $593,504 | $223,996 | $38,556,124 |
| Jun-07 | $812,513 | $904,964 | $1,150,798 | $20,162,636 |
| Jul-07 | $477,241 | $812,345 | $1,319,409 | $25,680,299 |
| Aug-07 | $501,549 | $844,000 | $1,206,107 | $23,354,098 |
| Sep-07 | $84,400 | $601,589 | $1,056,793 | $23,333,488 |
| Oct-07 | $622,163 | $1,890,902 | $1,596,473 | $23,898,377 |
| Nov-07 | $1,242,068 | ($13,124) | $3,655,915 | $30,624,333 |
| Dec-07 | $2,943,948 | $944,775 | $5,662,001 | $29,511,446 |

LitiNomics, Inc.

Exhibit 1
Page 128

EX 13931-0127

Confidential- Attorneys' Eyes Only

128

**Mattel v. MGA**
**MGA Domestic and Worldwide Sales**
**2001-2008 YTD June**

Tab B1, Schedule 6.1

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|
| | (a) | (b) | (c) | (d) | (e) | (f) | (f) | (f) |
| Gross Sales [US] / [Worldwide] | 67.6% | 67.6% | 79.9% | 69.7% | 67.4% | 67.4% | 67.4% | 67.4% |

Note: Because we have limited information about Domestic vs. Worldwide sales, percentages shown on this schedule are based on most complete information available.
Breakdowns between US and Worldwide sales were provided by MGA. Details of how calculations were performed have not been provided.

(a) Because we do not have information about US vs. Worldwide sales for 2001, I have applied 2002 percentages.
(b) Source shows information for 2002-2003 Bratz Dolls, Stuve-it, Lil Bratz, and Micro Bratz. 2003 percentage in this document differs slightly from the percentage in (c). As source (c) contains more detail than (b), I have deemed (c) the more reliable document; therefore, I applied the following adjustment to obtain the 2002 percentage of US gross sales:
[2002 US Gross Sales %] = [2002 US Gross Sales %] / [2003 US Gross Sales %] * [2003 Bratz US Gross Sales %, Tab B1, Schedule 6.3]
(c) Source: Tab B1, Schedule 6.3
Percentage shown in this schedule represents allocations for Bratz gross sales. See source for details.
(d) Tab B1, Schedule 6.4
(e) Tab B1, Schedule 6.5
(f) Because we do not have information about US vs. Worldwide sales for 2005-2008 YTD June, I have applied 2005 percentages to these years.

LitiNomics, Inc.

Exhibit 1
Page 129

129

Confidential- Attorneys' Eyes Only

**Mattel v. MGA**
**MGA Domestic and Worldwide Sales, 2002-2003**
Source: Sales Summary

**Tab B1, Schedule 6.2**

| | US | Worldwide | [US] / [Worldwide] |
|---|---|---|---|
| **2002:** | | | |
| Bratz Dolls | $86,559,751 | $127,553,772 | 67.9% |
| Strut-it | $115,044 | $4,712,475 | 2.4% |
| Lil' Bratz | $312,616 | $2,789,781 | 11.2% |
| Micro Bratz | $4,887,360 | $5,831,016 | 83.8% |
| | **$91,874,771** | **$140,887,044** | **65.2%** |
| | | | |
| **2003:** | | | |
| Bratz Dolls | $234,283,509 | $301,234,600 | 77.8% |
| Strut-it | $28,785,177 | $38,684,421 | 74.4% |
| Lil' Bratz | $54,771,171 | $72,576,371 | 75.5% |
| Micro Bratz | $760,652 | $863,228 | 88.1% |
| | **$318,600,509** | **$413,358,620** | **77.1%** |

*Source: MGA Entertainment Sales Summary, 2002-2003 [Tab E70.MGA0815789]*
*Note: Categories do not tie to Profit Center reports and are used to approximate US vs. Worldwide sales.*

LitiNomics, Inc.

Exhibit 1
Page 130

EX 13931-0129

Confidential- Attorneys' Eyes Only

130

**Mattel v. MGA**
**MGA Domestic and Worldwide Sales, 2003**
**Source: MGA Sales Overview**

Tab B1, Schedule 6.3

| Category: | 2003 Sales Domestic | 2003 Sales Intl | Worldwide Sales | [US] / [Worldwide] |
|---|---|---|---|---|
| (a) Bratz | $319,935,680 | $89,879,993 | $409,815,673 | 78.1% |
| (b) Lil Bratz | $80,172,975 | $16,733,835 | $96,906,810 | 82.7% |
| Bratz + Lil Bratz | $400,108,655 | $106,613,828 | $506,722,483 | 79.0% |
| (c) Plush & Girls Activity | $4,693,368 | $474,275 | $5,167,643 | 90.8% |
| | | | | |
| Other Categories: | | | | |
| Table Top / Other Games | $5,664,956 | $781,464 | $6,446,420 | 87.9% |
| RC Vehicles | $21,472,184 | $969,003 | $22,441,187 | 95.7% |
| Licensed Products | $15,187,569 | $2,041,518 | $17,229,087 | 88.2% |
| Sugar Planet | $1,144,302 | $1,281,637 | $2,425,939 | 47.2% |
| Lifestyle & Stationery | $12,835,077 | $3,478,691 | $16,313,768 | 78.7% |
| Sporting Goods | $6,208,960 | $229,547 | $6,438,506 | 96.4% |
| Consumer Electronics | $28,218,316 | $1,406,741 | $29,625,057 | 95.3% |
| HHG Pen Game KC Game | $5,680,291 | $113,888 | $5,794,180 | 98.0% |
| Large Dolls | $15,642,341 | $1,404,110 | $17,046,451 | 91.8% |
| Total Other Categories | $112,053,996 | $11,706,599 | $123,760,595 | 90.5% |
| | | | | |
| **Total 2003 Sales** | **$516,856,019** | **$118,794,702** | **$635,650,721** | **81.3%** |
| | | | | |
| Sales Attributable to Bratz: | | | | |
| (a) Bratz | $319,935,680 | $89,879,993 | $409,815,673 | 78.1% |
| (b) Lil Bratz | $80,172,975 | $16,733,835 | $96,906,810 | 82.7% |
| (c) Plush & Girls Activity: | | | | |
| Bratz Petz | $683,035 | $0 | $683,035 | 100.0% |
| (d) Bratz - Other Categories | $37,610,988 | $3,929,327 | $41,540,314 | 90.5% |
| **2003 Bratz Gross Sales** | **$438,402,678** | **$110,543,155** | **$548,945,832** | **79.9%** |

*Source, unless noted otherwise below: 2003 Sales Overview [Tab E71.MGA1185642.655]*

| (a) Bratz Sales Overview [Tab E71.MGA1185643]: | 2003 Sales Domestic | 2003 Sales Intl | Worldwide Sales |
|---|---|---|---|
| Bratz Dolls | $170,167,395 | $55,527,994 | $225,695,389 |
| Style Packs | $43,338,480 | $373,056 | $1,711,536 |
| Accessories Packs | $240,876 | $57,266 | $298,143 |
| Boyz Dolls | $31,449,946 | $9,114,317 | $40,564,263 |
| Fashion Organizers | $11,242,281 | $1,365,742 | $12,609,022 |
| Fashion Packs | $9,171,328 | $3,434,478 | $12,605,806 |
| Vehicles | $37,639,286 | $6,875,206 | $44,515,492 |
| Furniture | $8,647,256 | $1,734,655 | $10,381,911 |
| Funky Fashion Make Over | $11,516,299 | $4,303,237 | $15,819,535 |
| Playsets | $32,908,876 | $6,791,660 | $39,700,556 |
| Big Bratz | $5,613,658 | $300,362 | $5,914,020 |
| **Bratz Overview** | **$319,935,680** | **$89,879,993** | **$409,815,673** |

LitiNomics, Inc.

Exhibit 1
Page 131

EX 13931-0130

Confidential- Attorneys' Eyes Only

131

Tab B1, Schedule 6.3

## Mattel v. MGA
## MGA Domestic and Worldwide Sales, 2003
### Source: MGA Sales Overview

(b) Lil Bratz Overview [Tab E71.MGA1165606]:

| | 2003 Sales Domestic | 2003 Sales Int'l | Worldwide Sales |
|---|---|---|---|
| Lil Bratz Dolls | $26,023,934 | $7,771,845 | $33,795,780 |
| Lil Bratz with Tote | $6,188,159 | $3,033,154 | $9,221,314 |
| Micro Bratz FOB LA | $372,332 | $106,632 | $478,964 |
| Lil Boyz FOB LA | $4,232,014 | $1,061,657 | $5,293,671 |
| Lil Bratz Playsets FOB LA | $31,766,356 | $922,264 | $32,688,620 |
| Lil Bratz Vehicles FOB LA | $10,904,599 | $3,625,549 | $14,530,138 |
| Lil Bratz Fashion Organizers FOB LA | $439,629 | $207,335 | $646,963 |
| Lil Bratz Fashions | $245,951 | $5,430 | $251,381 |
| **Lil Bratz Overview** | **$80,172,975** | **$16,733,835** | **$96,906,810** |

(c) I assume that Bratz Petz is the only Bratz-related item in "Plush & Girls Activity; Bratz Petz per Profit Center Report is $684,796 [Tab B1, Schedule 10.3], which is very close to the $683,035 listed here.

Plush & Girls Activity Overview [Tab E71.MGA1185651]:

| Activity | 2003 Sales Domestic | 2003 Sales Int'l | Worldwide Sales |
|---|---|---|---|
| Bow Wow Buddies | $2,206 | $332,095 | $334,301 |
| Bratz Petz | $4,093 | $0 | $4,093 |
| Special Feature Plush | $683,035 | $0 | $683,035 |
| PALM ANIMALS | $60,209 | $21,710 | $81,919 |
| Daisy | $266,416 | $120,470 | $386,886 |
| | $3,677,410 | | $3,677,410 |
| **Plush & Girls Activity Overview** | **$4,693,368** | **$474,275** | **$5,167,543** |

(d) "Other Categories" is not broken down into Bratz-specific products in the 2003 Sales Overview. Therefore, I have applied the percentage of domestic sales for "Other Categories" to Bratz sales not already accounted for in Bratz: "Lil Bratz" and "Bratz Petz".

| | Worldwide | Source |
|---|---|---|
| 2003 Bratz Gross Sales | $549,945,532 | Tab E1, Schedule 2.1 (Revised) |
| Less: Bratz | $409,815,673 | |
| Less: Lil Bratz | $98,906,810 | |
| Less: Bratz Petz | $683,035 | |
| **Other Bratz Gross Sales** | **$41,540,314** | |

LitiNomics, Inc.

Exhibit 1
Page 132

EX 13931-0131

Confidential- Attorneys' Eyes Only

132

**Mattel v. MGA**
**MGA Domestic and Worldwide Sales, 2003-2004**
**Source: MGA Total Company Sales Analysis**

Tab B1, Schedule 6.4

|  | 2003 | 2004 |
|---|---|---|
| Domestic: |  |  |
| Wal-Mart | $134,584,006 | $157,480,434 |
| Target | $119,791,189 | $120,743,051 |
| Toys R Us | $92,474,030 | $90,966,789 |
| K-Mart | $53,781,780 | $41,811,188 |
| Kay Bee | $41,539,370 | $10,572,270 |
| Subtotal Top 5 | $442,170,375 | $421,573,732 |
| Other Domestic Retailers | $57,964,208 | $69,620,092 |
| **Total Domestic** | **$500,134,583** | **$491,193,824** |
|  |  |  |
| International: |  |  |
| Canada | $13,954,448 | $28,071,974 |
| Other International Retailers | $102,845,009 | $185,864,424 |
| **Total International** | **$116,799,457** | **$213,936,398** |
|  |  |  |
| **Total Company Sales Team** | **$616,934,040** | **$705,130,222** |
|  |  |  |
| *[Domestic Sales] / [Worldwide Sales]* | *81.1%* | *69.7%* |
|  |  |  |
| Licensing |  |  |
| Domestic | $7,475,000 | $20,295,197 |
| International | $3,625,000 | $8,387,405 |
| **Total Licensing** | **$11,100,000** | **$28,682,602** |
| (a) Entertainment | $0 | $31,000,000 |
| **Total Company Sales** | **$628,034,040** | **$764,812,824** |
|  |  |  |
| *[Domestic Revenue] / [Worldwide Revenue]* | *80.8%* | *70.9%* |

*Source: Total Company Sales Analysis [Tab E72 MGA0148782-85]*
*(a) I have assumed that 100% of Entertainment Revenue is Domestic.*

LitiNomics, Inc.

Exhibit 1
Page 133

EX 13931-0132

Confidential- Attorneys' Eyes Only

133

**Mattel v. MGA**
**MGA Domestic and Worldwide Sales, 2005**
**Source: MGA Consolidated Forecast P&L**

Tab B1, Schedule 6.5

| | 2005 - Unaudited | Domestic | International | [Domestic] / [Worldwide] |
|---|---|---|---|---|
| | (a) | (b) | (c) | |
| MGA Sales - Domestic | $422,166,000 | | | |
| MGA Sales - International | $203,911,000 | | | |
| Total MGA Sales | $626,077,000 | | | |
| Distribution Revenue | $577,000 | | | |
| Licensing Revenue | $40,469,000 | | | |
| DVD Revenue/Other | $2,510,000 | | | |
| Sales Returns & Discount | ($39,455,000) | | | |
| Net Sales | $637,178,000 | | | |
| **Sales:** | | | | |
| **Bratz:** | | | | |
| Fashion Dolls | | $164,042,000 | $84,483,000 | 66.0% |
| Fashion Doll Accessories | | $83,221,000 | $34,404,000 | 64.7% |
| Babyz | | $83,868,000 | $21,859,000 | 74.5% |
| **Total Bratz** | | **$291,131,000** | **$140,865,000** | **67.4%** |
| **Other Toys:** | | | | |
| Small/Mini Dolls | | $11,169,000 | $6,761,000 | 62.3% |
| Small/Mini Dolls Accessories | | $20,855,000 | $9,879,000 | 67.6% |
| Large Dolls | | $6,960,000 | $626,000 | 91.7% |
| Large Dolls Accessories | | $2,525,000 | $1,932,000 | 56.7% |
| Plush / Petz | | $4,902,000 | $1,513,000 | 76.4% |
| Action Figures | | $248,000 | $926,000 | 21.1% |
| Vehicles | | $4,600,000 | $1,210,000 | 79.2% |
| Games / Puzzles | | $16,023,000 | $4,326,000 | 78.7% |
| Licensed Products | | $7,962,000 | $2,116,000 | 79.0% |
| Adjustments | | ($856,000) | $3,166,000 | -37.1% |
| **Total Other Toys** | | **$74,169,000** | **$32,455,000** | **69.6%** |
| **Lifestyle, CE, Sporting Goods:** | | | | |
| Sporting Goods | | $10,574,000 | $6,906,000 | 60.5% |
| Consumer Electronics | | $19,598,000 | $15,070,000 | 56.5% |
| Youth Electronics | | $8,935,000 | $2,330,000 | 79.3% |
| Stationery | | $1,483,000 | $847,000 | 63.7% |
| Home Décor / Lifestyle | | $16,274,000 | $5,447,000 | 74.9% |
| **Total Lifestyle, CE, Sporting Goods** | | **$56,866,000** | **$30,600,000** | **65.0%** |
| **Total MGA Sales** | | **$422,166,000** | **$203,911,000** | **67.4%** |
| Licensing | | $40,469,000 | $0 | 100.0% |
| Production/DVD/Series | | $2,510,000 | $0 | 100.0% |
| Distribution | | $7,577,000 | $0 | 100.0% |
| Sales Returns and Discounts | | ($26,757,000) | ($12,698,000) | 67.8% |
| **Net Sales** | | **$445,965,000** | **$191,213,000** | **70.0%** |
| Percentage of MGA Sales: | | | | |
| Bratz | | 69.0% | 69.1% | |
| Other Toys | | 17.6% | 15.9% | |
| Lifestyle, CE, Sporting Goods | | 13.5% | 15.0% | |

Note: 2005 data are labeled as 'Unaudited full balance excluding full/mark effect' in source
(a) Source: MGA Consolidated Forecast P&L 2006 to 2010 [Tab E44 M6402/08518]
(b) Source: MGA Consolidated Forecast P&L 2006 to 2010 [Tab E44 M6402/08518]
(c) Source: MGA Consolidated Forecast P&L 2006 to 2010 [Tab E44 M6402/08518]

LitiNomics, Inc.

Exhibit 1
Page 134

EX 13931-0133

Confidential- Attorneys' Eyes Only

**Mattel v. MGA**
**Bratz Royalty Expense**
**Summary of Bratz Royalty Payments**

Tab B1, Schedule 7.1 (Revised)

| Payee | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 YTD June | Total |
|---|---|---|---|---|---|---|---|---|---|
| (a) Carter Bryant | $665,353 | $3,921,705 | $6,733,139 | $6,467,497 | $6,939,661 | $6,768,202 | $4,245,034 | $524,072 | $36,264,662 |
| (b) Lovins | | $6,270 | $49,323 | $48,756 | $7,922 | $10,161 | $2,782 | $544 | $125,758 |
| (c) Barham Parinchy | | | | $0 | $0 | $566,115 | $462,066 | $79,462 | $1,107,642 |
| **Bratz Royalty Payments** | **$665,353** | **$3,927,975** | **$6,782,462** | **$6,516,253** | **$6,947,582** | **$7,344,478** | **$4,709,882** | **$604,078** | **$37,498,062** |

(a) Tab B1, Schedule 7.2 (Revised)
(b) Tab B1, Schedule 7.3 (Revised)
(c) Tab B1, Schedule 7.4 (Revised)

LitiNomics, Inc.

134

Exhibit 1
Page 135