Confidential - Attorneys' Eyes Only

Mattel v. MGA
Bratz Sales by Profit Center
2007 YTD Dec

Tab B1, Schedule 10.7 (Revised)

| Profit Center | Description | Quantity | Gross Revenues per Sales by SKU Report | COS per Sales by SKU Report |
|---|---|---|---|---|
| 100 | Accessories by Item | 915,392 | $9,813,688 | $5,700,515 |
| 200 | Home Décor by Item | 1,060,124 | $7,463,041 | $5,229,783 |
| 300 | Stationery by Item | 197,809 | $1,603,579 | $790,512 |
| 400 | Fashion Dolls by Item | 23,809,000 | $246,087,172 | $117,562,472 |
| 500 | Fashion Dolls Accessories by Item | 7,056,822 | $105,787,642 | $52,350,032 |
| 600 | Small/Mini Dolls by Item | 5,467,525 | $28,220,287 | $14,797,048 |
| 700 | Small/Mini Dolls Accessories by Item | 687,155 | $3,439,788 | $2,217,510 |
| 800 | Large Dolls by Item | 1,506,066 | $23,389,539 | $11,088,992 |
| 900 | Large Doll Access by Item | 23,969 | $334,520 | $199,174 |
| 1000 | Plush by Item | 77,051 | $183,421 | $115,868 |
| 1100 | Games/Puzzles by Item | 1,184,459 | $9,361,074 | $4,852,607 |
| 1400 | Licensed | 61,939 | $559,370 | $283,241 |
| 1500 | Sporting Goods by Item | 1,010,467 | $18,516,762 | $11,360,524 |
| 1600 | Consumer Electronics by Item | 2,141,720 | $41,279,953 | $20,630,409 |
| 1800 | Youth Electronics by Item | 201,371 | $4,390,873 | $2,582,367 |
| | Totals: Bratz | 45,400,869 | $500,430,710 | $249,761,057 |

Source: Tab G18 - MGA 3896238 - 2007 Sales by SKU.xls
To determine Profit Centers, I matched SKUs from 2001-2006 Profit Center Report [Tab E53 MGA0868723 - E67 MGA0868865] to 2007 SKUs [Tab G18].
When a SKU on 2007 Statement did not match a SKU on 2001-2006 Profit Center Report, I inferred the Profit Center categorization based on the product description.

LitiNomics, Inc.

Confidential - Attorneys' Eyes Only

243

**Mattel v. MGA**
**Bratz Sales by Profit Center**
**2008**

Tab B1, Schedule 10.8 (New)

| Profit Center | Description | Quantity | Gross Revenues per Sales by SKU Report | COS per Sales by SKU Report |
|---|---|---:|---:|---:|
| 100 | Accessories by Item | 463,525 | $4,974,248 | $2,641,753 |
| 200 | Home Décor by Item | 379,149 | $1,100,014 | $2,940,397 |
| 300 | Stationery by Item | 52,071 | $716,321 | $307,150 |
| 400 | Fashion Dolls by Item | 5,849,699 | $47,448,636 | $26,111,704 |
| 500 | Fashion Dolls Accessories by Item | 1,941,531 | $18,021,696 | $9,980,756 |
| 600 | Small/Mini Dolls by Item | 2,016,519 | $10,335,686 | $5,592,904 |
| 700 | Small/Mini Dolls Accessories by Item | 211,654 | $859,492 | $618,699 |
| 800 | Large Dolls by Item | 302,074 | $3,788,471 | $2,564,383 |
| 900 | Large Doll Access by Item | 834 | $2,444 | $2,035 |
| 1000 | Plush by Item | 22,056 | $39,445 | $61,685 |
| 1100 | Games/Puzzles by Item | 195,995 | $899,420 | $518,851 |
| 1400 | Licensed | 20,892 | $81,228 | $95,562 |
| 1500 | Sporting Goods by Item | 201,498 | $3,286,562 | $2,177,309 |
| 1600 | Consumer Electronics by Item | 496,277 | $5,571,503 | $3,859,731 |
| 1800 | Youth Electronics by Item | 23,186 | $577,210 | $358,947 |
| | Totals: Bratz | 12,176,960 | $97,702,377 | $57,831,867 |

Source: Tab G17 - MGA 3896239 - 2008 YTD June Sales by SKU.xls
To determine Profit Centers, I matched SKUs from 2001-2006 Profit Center Report [Tab E53.MGA0868723 - E67 MGA0668865] to 2008 SKUs [Tab G17].
When a SKU on 2008 Statement did not match a SKU on 2001-2006 Profit Center Report, I inferred the Profit Center categorization based on the product description.

LitiNomics, Inc.

Exhibit 1
Page 244

EX 13931-0243