QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**NOTICE OF FILING OF PHASE 1A AND PHASE 1B TRANSCRIPTS IN SUPPORT OF AND OPPOSITION TO MATTEL, INC.'S MOTION TO STRIKE DECLARATION OF PAUL K. MEYER FILED IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR PERMANENT INJUNCTION**<br><br>Hearing Date: November 10, 2008<br>Time:           1:00 p.m.<br>Place:          Courtroom 1<br><br>**Phase 1C** |

07209/2688043.1

NOTICE OF FILING OF TRANSCRIPTS IN SUPPORT OF AND OPPOSITION TO MOTION TO STRIKE MEYER DECLARATION

PLEASE TAKE NOTICE that plaintiff Mattel, Inc. ("Mattel") hereby submits the following trial transcripts in accordance with the Court's Order Re Citation to and E-Filing of Oversized Transcript dated September 9, 2008.

**Mattel, Inc.'s Motion to Strike Declaration of Paul K. Meyer Filed in Support of The MGA Parties' Opposition to Mattel's Motion for Permanent Injunction**:

    8/06/2008 P.M.

    8/07/2008 P.M.

    8/15/2008 P.M.

    8/18/2008 Conference

    8/28/2008 Conference

DATED: November 3, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.