KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Specially-Appearing Nonparty
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**SPECIALLY-APPEARING NON-PARTY CARTER BRYANT'S NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br>Dept:    Courtroom 1<br>Judge:  Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005 |

SPECIALLY-APPEARING NON-PARTY CARTER BRYANT'S NOTICE OF SUBSTITUTION OF COUNSEL
AND [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

429964.01

1  Specially-appearing nonparty witness Carter Bryant respectfully submits this
2  notice of substitution of counsel. As he has done before, Bryant makes this
3  submission without waiving any jurisdictional or other arguments reserved to
4  Bryant, including any rights on appeal.
5  Subject to that reservation of jurisdictional and other arguments, PLEASE
6  TAKE NOTICE that specially-appearing non-party Carter Bryant hereby
7  substitutes Peter H. Bonis, 1990 N. California Blvd 8th Floor, Walnut Creek, CA
8  94596, Telephone : (925) 287-6428 as his attorney of record in place of Keker &
9  Van Nest, L.L.P., 710 Sansome Street, San Francisco, California 94111,
10 Telephone: (415) 391-5400.

12 I, the undersigned, consent to the above substitution.

14 Dated: November 3, 2008

15                                         By: _____
16                                              CARTER BRYANT

18 We, the undersigned, consent to the above substitution.

20 Dated: November 3, 2008                  KEKER & VAN NEST, LLP

23                                         By: _____
24                                              JOHN W. KEKER
                                                MICHAEL H. PAGE
25                                              CHRISTA M. ANDERSON
                                                MATTHEW M. WERDEGAR
26                                              AUDREY WALTON-HADLOCK
                                                JOHN TRINIDAD
27                                              Attorneys for Specially-Appearing
                                                Non-Party
                                                CARTER BRYANT

SPECIALLY-APPEARING NON-PARTY CARTER BRYANT'S NOTICE OF SUBSTITUTION OF COUNSEL
AND [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

420984.01

I, the undersigned, accept the above substitution.

Dated: November 3, 2008

By: /s/ Peter H. Bonis
PETER H. BONIS

**IT IS SO ORDERED.**

Dated: _____, 2008

Hon. Stephen G. Larson
United States District Judge
2

SPECIALLY-APPEARING NON-PARTY CARTER BRYANT'S NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

429964.01

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On November 5, 2008, I served the following document(s):

**SPECIALLY-APPEARING NON-PARTY CARTER BRYANT'S NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

Peter H. Bonis
Attorney at Law
1990 N. California Blvd., 8th Floor
Walnut Creek, CA 94596
(925) 287-6428

Executed on November 5, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Julie Selby*
JULIE A. SELBY