

STHOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
DAVID W. HANSEN (Bar No. 196958)
(dhansen@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Parties

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL MGA PARTIES' REPLY IN SUPPORT OF THEIR MOTION TO STRIKE AND OBJECTIONS TO EXHIBITS ATTACHED TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR A PERMANENT INJUNCTION AND DECLARATION OF CARL ALAN ROTH** |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order the following documents be filed under seal: MGA Parties' Reply In Support Of Their Motion To Strike And Objections To Exhibits Attached To The Declaration Of Diane C. Hutnyan In Support Of Mattel, Inc.'s Motion For A Permanent Injunction, and the Declaration of Carl Alan Roth in support thereof. Good cause exists for filing these documents under seal, as certain exhibits attached to the Declaration of Carl Alan Roth have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and MGA's Reply references these exhibits. In the alternative, MGA requests that the Court declare the exhibits to the declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them, along with the Opposition, to be filed as part of the public record.

DATED: November 3, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Carl Alan Roth
Attorneys for the MGA Parties

Application to File Under Seal
Case No. CV 04-9049 SGL (RNBx)
-1-