THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN AGUIAR (Admitted Pro Hac Vice)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for the MGA Parties-

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br><br>**PROOF OF SERVICE** |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Trial Date: May 27, 2008 |

PROOF OF SERVICE                                      NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **November 3, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

(X)  (BY PERSONAL SERVICE)   ☐   By personally delivering copies to the person served. (FEDERAL)

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

( )  (BY FEDERAL EXPRESS)

( )  (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **November 3, 2008**, in Los Angeles, California.

\_\_\_\_\_Jean A. Chun\_\_\_\_\_        *[signature]*
PRINT NAME                            SIGNATURE

## Document List

(1) MGA Parties' Reply in Support of Their Motion to Strike and Objections to Exhibits Attached to the Declaration of Diane C. Hutnyan in Support of Mattel, Inc.'s Motion for A Permanent Injunction;

(2) Declaration of Carl Alan Roth in Support of MGA Parties' Reply in Support of Their Motion to Strike and Objections to Exhibits Attached to the Declaration of Diane C. Hutnyan in Support of Mattel, Inc.'s Motion for A Permanent Injunction ;

(3) Application to File Under Seal MGA Parties' Reply in Support of Their Motion to Strike and Objections to Exhibits Attached to the Declaration of Diane C. Hutnyan in Support of Mattel, Inc.'s Motion for A Permanent Injunction and Declaration of Carl Alan Roth;

(3) [Proposed] Order to File Under Seal;

(4) Proof of Service

PROOF OF SERVICE                                    NO. CV 04-9049 SGL (RNBx)