THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
DAVID W. HANSEN (Bar No. 196958)
(dhansen@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[~~PROPOSED~~] **ORDER TO FILE UNDER SEAL**<br><br>Honorable Stephen G. Larson |

## ORDER

Based on the Application filed with the Court, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA Parties' Reply In Support Of Their Motion To Strike And Objections To Exhibits Attached To The Declaration Of Diane C. Hutnyan In Support Of Mattel, Inc.'s Motion For A Permanent Injunction, and the Declaration of Carl Alan Roth In Support Of MGA Parties' Reply In Support Of Their Motion To Strike And Objections To Exhibits Attached To The Declaration Of Diane C. Hutnyan In Support Of Mattel, Inc.'s Motion For A Permanent Injunction.

DATED: NOV -4 2008, 2008

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

Hon. Stephen G. Larson
United States District Court Judge