| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>John B. Quinn<br>Michael T. Zeller<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| CARTER BRYANT<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Mattel, Inc.'s Response to Carter Bryant's Statement Regarding Mattel's Motions for Constructive Trust and Permanent Injunction; Mattel, Inc.'s Application to File Under Seal; [Proposed] Order re: Mattel, Inc.'s Application to File Under Seal; Proof of Service; Proof of Service

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))
- ☑ Other  Mattel's Inc.'s Response to Carter Bryant's Statement; Application to File Under Seal; [Proposed] Order; Proofs of Service

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

| November 10, 2008 | Michael T. Zeller |
|---|---|
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)             NOTICE OF MANUAL FILING