1 | THOMAS J. NOLAN (Bar No. 66992)
  | (tnolan@skadden.com)
2 | JASON D. RUSSELL (Bar No. 169219)
  | (jrussell@skadden.com)
3 | LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
  | (laguiar@skadden.com)
4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
  | 300 South Grand Avenue
5 | Los Angeles, CA  90071-3144
  | Tel.: (213) 687-5000 / Fax: (213) 687-5600
6 |
  | RAOUL D. KENNEDY (Bar No. 40892)
7 | (rkennedy@skadden.com)
  | DAVID W. HANSEN (Bar No. 196958)
8 | (dhansen@skadden.com)
  | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
9 | 4 Embarcadero Center, 38th Floor
  | San Francisco, CA  94111-5974
10| Tel.: (415) 984-6400 / Fax: (415) 984-2698

11 Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | |
| | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF ERRATA TO DECLARATION OF CARL ALAN ROTH IN SUPPORT OF MGA PARTIES' REPLY IN SUPPORT OF THEIR MOTION TO STRIKE AND OBJECTIONS TO EXHIBITS ATTACHED TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR A PERMANENT INJUNCTION** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | |
| | Hearing Date: November 10, 2008 |
| | Time:          1:00 PM |

NOTICE OF ERRATA TO ROTH DECL. ISO MGA PARTIES' REPLY ISO MOT. TO STIRKE HUTNYAN EXS
Case No. CV 04-9049 SGL (RNBx)

**TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties") inadvertently omitted certain pages from Exhibits 1 and 2 to the Declaration of Carl Alan Roth in Support of MGA Parties' Reply in Support of Their Motion to Strike and Objections to Exhibits Attached to the Declaration of Diane C. Hutnyan in Support of Mattel, Inc.'s Motion for A Permanent Injunction dated November 3, 2008.

A CORRECTED true and correct copy of relevant excerpts from Trial Exhibit 18200, Mattel's Form 10-K filed March 12, 2004, is attached as **Exhibit 1**.

A CORRECTED true and correct copy of relevant excerpts from Trial Exhibit 2506, Mattel's Form 10-K filed March 24, 2003, is attached as **Exhibit 2**.

DATED: November 10, 2008

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Thomas J. Nolan_____
      Thomas J. Nolan
      Attorneys for the MGA Parties

# EXHIBIT 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2003

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File Number 001-05647

# MATTEL, INC.
(Exact name of registrant as specified in its charter)

| Delaware | 95-1567322 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

333 Continental Boulevard
El Segundo, CA 90245-5012
(Address of principal executive offices)

(310) 252-2000
(Registrant's telephone number)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $1.00 par value | New York Stock Exchange<br>Pacific Exchange, Inc. |

Securities registered pursuant to Section 12(g) of the Act:
NONE

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statement incorporated by reference in Part III of this Form 10-K or any amendment of this Form 10-K.  ☐

Indicate by check mark whether registrant is an accelerated filer (as defined in Rule 12b-2 of the Act).  Yes ☒   No ☐

The aggregate market value of the voting and non-voting common equity held by non-affiliates of the registrant calculated using the market price as of the close of business June 30, 2003 was $8,325,009,671.

Number of shares outstanding of registrant's common stock, $1.00 par value, as of March 5, 2004:

428,222,587 shares

Exhibit  1  ,
P.  2

TRIAL EXHIBIT 18200-001

**Table of Contents**

**Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations.**

    The following discussion should be read in conjunction with the consolidated financial statements and the related notes. See Item 8 "Financial Statements and Supplementary Data." Mattel's consolidated financial statements for all periods present the Consumer Software segment as a discontinued operation. See "Discontinued Operations." Unless otherwise indicated, the following discussion relates only to Mattel's continuing operations. In February 2003, Mattel announced the consolidation of its US Girls and US Boys-Entertainment segments into one segment, renamed Mattel Brands US. Additionally, Pleasant Company, which was previously part of the US Girls segment, is now a separate segment for management reporting purposes. The results of Pleasant Company are now reported as American Girl Brands and US Infant & Preschool are now reported as Fisher-Price Brands US for segment purposes. To facilitate the comparison of current year segment results to that of the prior years, segment disclosures for 2002 and 2001 have been restated to reflect these changes.

**Overview**

    Mattel designs, manufactures, and markets a broad variety of toy products worldwide through sales to retailers and wholesalers (i.e., "customers") and directly to consumers. Mattel's business is dependent in great part on its ability each year to redesign, restyle and extend existing core products and product lines, to design and develop innovative new products and product lines, and to successfully market those products and product lines. Mattel plans to continue to focus on its portfolio of traditional brands that have historically had worldwide appeal, to create new brands utilizing its knowledge of children's play patterns and to target customer and consumer preferences around the world. Mattel also intends to expand its core brands through the Internet and licensing and entertainment partnerships.

    Mattel's portfolio of brands and products are grouped in the following categories:

    *Mattel Brands*— including Barbie ® fashion dolls and accessories ("Barbie ®"), Polly Pocket! ™ and ello ™ (collectively "Other Girls Brands"), Hot Wheels ®, Matchbox ® and Tyco ® R/C vehicles and playsets (collectively "Wheels") and Nickelodeon ®, Harry Potter ™, Yu-Gi-Oh! ™, He-Man ® and Masters of the Universe ®, Batman ™, Justice League ™, and games and puzzles (collectively "Entertainment").

    *Fisher-Price Brands* —including Fisher-Price ®, Power Wheels ®, Sesame Street ®, Little People ®, Disney preschool and plush, Winnie the Pooh, Rescue Heroes ™, Barney ™, See 'N Say ®, Dora the Explorer ™, PowerTouch ™ and View-Master ®.

    *American Girl Brands* —including American Girl Today ®, The American Girls Collection ® and Bitty Baby ®. American Girl Brands products are sold directly to consumers and its children's publications are sold to certain retailers.

    During 2003, there were several factors that had a negative impact on Mattel's revenue in the US, including increased competition in the doll and various boys toys categories, a weak economy, retail consolidation and aggressive retail pricing. In addition, management believes that its fourth quarter and full year 2003 results were negatively affected by a shift in consumer purchases to later in the holiday season and increased purchase of gift cards. This shift in the timing of consumer purchases compared to prior years changed the re-order pattern of Mattel's products by retailers during the holiday season. When consumers purchase toys in October or November, retailers are typically inclined to re-order more toys to restock their shelves for the holiday season. However, when consumers buy products late in December or purchase gift cards that will be used after the holidays, retailers have less incentive to refill their shelves with holiday products. Mattel's management expects that some or all of these factors may continue in 2004 and may have an impact on future results of operations.

Exhibit 1,
P. 3

TRIAL EXHIBIT 18200-017

# EXHIBIT 2



# FORM 10-K

## MATTEL INC /DE/ - mat

Filed: March 24, 2003 (period: December 31, 2002)

Annual report which provides a comprehensive overview of the company for the past year



EXHIBIT 2506
1-28-08

Exhibit 2,
P. 4

TRIAL EXHIBIT 02506-001

Net sales from continuing operations for 2002 increased 4% to $4.9 billion, from $4.7 billion in 2001. Gross sales within the US increased 1% from 2001 and accounted for 64% of consolidated gross sales in 2002 compared to 67% in 2001. In 2002, gross sales internationally increased 12% from 2001. Excluding the favorable impact of foreign currency exchange, international gross sales were up 11% compared to 2001. Mattel's strategic focus on globalization of brands is one of the primary drivers for continued growth in the International segment. Management expects that sales growth internationally will continue to outpace US sales growth for the foreseeable future.

Worldwide gross sales in the Girls category increased 6%, or 5% in local currency, to $2.3 billion in 2002. Domestic sales declined by 2% and international sales increased by 18%, or 16% in local currency. Sales growth in Barbie® internationally, Polly Pocket!®, What's Her Face!™, and American Girl® was partially offset by declines in US Barbie®, Diva Starz™ and large dolls. The discontinuation of Cabbage Patch Kids® in 2002 contributed to the decrease in total large doll sales. Worldwide Barbie® sales were up 6% in 2002, reflecting an increase of 16% in international sales and a decline of 2% in domestic sales. The decline in domestic sales for Barbie® was driven by the strategic initiative to reduce shipments of adult-targeted collector and holiday dolls. Barbie® holiday doll shipments in 2002 were approximately one-half the amount shipped in 2001. Excluding these adult-targeted lines, domestic Barbie® sales increased 2% in 2002.

Worldwide gross sales in the Boys-Entertainment category grew 2%, to $1.3 billion. Domestic sales remained flat with 2001, while international sales increased by 6%, or 7% in local currency. The worldwide Wheels business increased 3% due to growth in Matchbox® products and increased international sales of Hot Wheels® and Tyco® Radio Control brands. Domestic Wheels sales declined by 2% and international sales grew by 13%. The worldwide Entertainment business grew 2%, reflecting strong sales from licensed properties such as He-Man® and Masters of the Universe®, Yu-Gi-Oh!™, and SpongeBob SquarePants™ lines, and games and puzzles, which more than offset the elimination of Disney entertainment properties and a decline in Harry Potter™ sales. In July 2002, Mattel and Warner Bros. Consumer Products announced comprehensive, multi-year agreements granting Mattel master toy licenses for several of Warner Bros.' core franchises, including Looney Tunes™, Baby Looney Tunes™, Batman™, Superman™ and Justice League™. The agreements, which took effect in January 2003, cover all global territories except Asia and include rights to market products based on any related theatrical releases or television programs that are produced during the period covered by the agreements.

Worldwide gross sales in the Infant & Preschool category increased 5%, or 4% in local currency, to $1.7 billion. Domestic sales increased by 3% and international sales were up 10%, or 7% in local currency. Growth in sales of core Fisher-Price® and Power Wheels® products was partially offset by a decline in licensed character brands in both domestic and international markets. Strong sales of Baby Gear, Rescue Heroes™ and Little People® lines contributed to the increase in core Fisher-Price® sales.

Gross profit, as a percentage of net sales, was 48.3% in 2002 compared to 45.8% in 2001. Gross profit was positively impacted by savings realized from the financial realignment plan and supply chain initiatives. Specifically, gross profit benefited from lower commodity and logistics costs, reduced manufacturing overhead costs, lower material costs due to improved design and engineering processes, and lower product costs due to movement of production to Mexico and Asia. In 2003, Mattel expects increases in commodity and logistics costs may have a negative impact on its gross profit, mitigated in part or wholly by further progress in its supply chain and procurement initiatives. Cost of sales in 2002 includes a $10.4 million financial realignment plan charge, largely related to the closure of the Murray, Kentucky, manufacturing and distribution facilities ("North American Strategy"). Cost of sales in 2001 includes a $28.2 million financial realignment plan charge, largely related to the North American Strategy and termination of a licensing agreement.

Advertising and promotion expense was 11.3% of net sales for 2002, compared to 11.6% in 2001. The decrease in 2002 compared to 2001 was largely due to lower prices charged by media companies on a cost per rating point basis. Mattel expects advertising and promotion expense as a percentage of net sales for 2003 will rise, reflecting a combination of media prices leveling off and Mattel's plan for increased spending to support the launch of several new product lines.

18

Source: MATTEL INC /DE/, 10-K, March 24, 2003

Exhibit 2,
P. 5

TRIAL EXHIBIT 02506-019

local currency). The International segment continued to benefit from Mattel's strategic focus on globalization of brands, including improved product availability, better alignment of worldwide marketing and sales plans and strong product launches.

The US Girls segment income increased by 5% to $389.8 million, largely due to improved margin, which was partially offset by lower volume. The US Boys-Entertainment segment income grew by 34% to $110.0 million, primarily due to improved margin and lower selling and administrative expenses. The US Infant & Preschool segment income increased by 19% to $187.0 million, largely due to increased volume and improved margin. All the US segments benefited from lower costs for media purchases due to lower costs per rating point. The International segment income increased by 54% to $305.0 million, mainly due to increased volume and improved margin.

**2001 Compared to 2000**

*Consolidated Results*

Net income from continuing operations for 2001 was $310.9 million or $0.71 per diluted share as compared to net income from continuing operations of $170.2 million or $0.40 per diluted share in 2000. Profitability in 2001 was impacted by a pre-tax charge of $50.2 million ($35.2 million after-tax) related to the financial realignment plan and a $5.5 million after-tax charge related to a loss on derivative instruments. Included in the reported results for 2001 was a pre-tax goodwill amortization charge of $46.1 million ($34.7 million after-tax). The combined effect of these items resulted in an after-tax charge totaling $75.4 million. Profitability in 2000 was impacted by a pre-tax charge of $125.2 million ($84.4 million after-tax) related to the initial phase of the financial realignment plan, a $53.1 million pre-tax charge ($38.4 million after-tax) for the departure of certain senior executives and an $8.4 million pre-tax charge ($5.6 million after-tax) related to losses realized on the disposition of a portion of the stock received as part of the sale of CyberPatrol. These charges were partially offset by a pre-tax $7.0 million reserve reversal ($5.3 million after-tax) related to the 1999 restructuring and other charges. Included in the reported results for 2000 was a pre-tax goodwill amortization charge of $46.6 million ($35.2 million after-tax). The combined effect of these items resulted in an after-tax charge totaling $158.3 million.

The year 2001 presented substantial obstacles for Mattel. Global economies softened; the September 11th terrorist attacks eroded US consumer confidence; and as a result, several important US retailers cancelled holiday reorders as they intensified their focus on inventory management in light of uncertain consumer spending prospects. The difficult retail environment, combined with increased competitive pressures, resulted in a weakening in the financial strength of some major US retail industry participants. Kmart, the second largest US retailer, filed for bankruptcy in January 2002.

Source: MATTEL INC /DE/, 10-K, March 24, 2003


Exhibit 2,
P. 6

TRIAL EXHIBIT 02506-022

*Competition and New Product Introductions*

Mattel's business and operating results depend largely upon the appeal of its toy products. Consumer preferences are continuously changing and the toy industry experiences significant, sudden shifts in demand caused by "hit" toys and trends, which are unpredictable. In recent years there have been trends towards shorter life cycles for individual products, the phenomenon of children outgrowing toys at younger ages—particularly in favor of interactive and high technology products—and an increasing use of high technology in toys. In addition, Mattel competes with many other companies, both large and small, which means that Mattel's market position is always at risk. Mattel's ability to maintain its current market share, and increase its market share or establish market share in new product categories, will depend on Mattel's ability to satisfy consumer preferences, enhance existing products, develop and introduce new products, and achieve market acceptance of such products. If Mattel does not successfully meet these challenges in a timely and cost-effective manner, demand for its products will decrease and Mattel's results of operations will suffer.

*Seasonality, Managing Production and Predictability of Orders*

Mattel's business is subject to risks associated with the underproduction of popular toys and the overproduction of toys that do not match consumer demand. Sales of toy products at retail are seasonal, with a majority of retail sales occurring during the period of September through December. As a result, Mattel's annual operating results will depend, in large part, on sales during the relatively brief holiday season. Retailers are attempting to manage their inventories better, requiring Mattel to ship products closer to the time the retailers expect to sell the products to consumers. This in turn results in shorter lead times for production. Shipping disruptions limiting the availability of ships or containers in Asia during peak demand times may affect Mattel's ability to deliver its products in time to meet retailer demand. These factors increase the risk that Mattel may not be able to meet demand for certain products at peak demand times, or that Mattel's own inventory levels may be adversely impacted by the need to pre-build products before orders are placed.

*Adverse General Economic Conditions*

Current conditions in the domestic and global economies are extremely uncertain. As a result, it is difficult to estimate the level of growth for the economy as a whole. It is even more difficult to estimate growth in various parts of the economy, including the markets in which Mattel participates. Because all components of Mattel's budgeting and forecasting are dependent upon estimates of growth in the markets it serves and demand for its products, the prevailing economic uncertainties render estimates of future income and expenditures even more difficult than usual to make. Adverse changes may occur as a result of softening global economies, wavering consumer confidence caused by the threat or occurrence of terrorist attacks such as those in the US on September 11, 2001, war, or other factors affecting economic conditions generally. Such changes may negatively affect the sales of Mattel's products, increase exposure to losses for bad debt, or increase costs associated with manufacturing and distributing these products.

*Customer Concentration*

A small number of Mattel's customers account for a large share of net sales. For 2002, Mattel's three largest customers, Wal-Mart, Toys "R" Us and Target, in the aggregate accounted for approximately 50% of net sales, and the ten largest customers in the aggregate accounted for approximately 62% of net sales. The concentration of Mattel's business with a relatively small number of customers may expose Mattel to a material adverse effect if one or more of Mattel's large customers were to significantly reduce purchases for any reason. In addition, some large chain retailers have begun to sell private-label toys designed and branded by the retailers themselves. Such toys may be sold at prices lower than comparable toys sold by Mattel, and may result in lower purchases of Mattel-branded products by such retailers.

40

Source: MATTEL INC /DE/, 10-K, March 24, 2003



Exhibit 2,
P. 7

TRIAL EXHIBIT 02506-041