```
 1  KEKER & VAN NEST, LLP
    JOHN W. KEKER - #49092
 2  jkeker@kvn.com
    MICHAEL H. PAGE - #154913
 3  mpage@kvn.com
    CHRISTA M. ANDERSON - #184325
 4  canderson@kvn.com
    MATTHEW M. WERDEGAR - #200470
 5  mwerdegar@kvn.com
    JOHN E. TRINIDAD - #250468
 6  jtrinidad@kvn.com
    AUDREY WALTON-HADLOCK - #250574
 7  awaltonhadlock@kvn.com
    710 Sansome Street
 8  San Francisco, CA 94111-1704
    Telephone: (415) 391-5400
 9  Facsimile: (415) 397-7188

10  Attorneys for Specially-Appearing Nonparty
    CARTER BRYANT
11
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**SPECIALLY-APPEARING NON-PARTY CARTER BRYANT'S NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br>Dept:    Courtroom 1<br>Judge:   Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005 |

SPECIALLY-APPEARING NON-PARTY CARTER BRYANT'S NOTICE OF SUBSTITUTION OF COUNSEL
AND [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

420964.01

1  Specially-appearing nonparty witness Carter Bryant respectfully submits this
2  notice of substitution of counsel. As he has done before, Bryant makes this
3  submission without waiving any jurisdictional or other arguments reserved to
4  Bryant, including any rights on appeal.
5  Subject to that reservation of jurisdictional and other arguments, PLEASE
6  TAKE NOTICE that specially-appearing non-party Carter Bryant hereby
7  substitutes Peter H. Bonis, 1990 N. California Blvd 8th Floor, Walnut Creek, CA
8  94596, Telephone: (925) 287-6428 as his attorney of record in place of Keker &
9  Van Nest, L.L.P., 710 Sansome Street, San Francisco, California 94111,
10 Telephone: (415) 391-5400.

12 I, the undersigned, consent to the above substitution.

14 Dated: November 3, 2008

15                                    By: _____
16                                           CARTER BRYANT

18 We, the undersigned, consent to the above substitution.

20 Dated: November 3, 2008                KEKER & VAN NEST, LLP

23                                    By: _____
                                              JOHN W. KEKER
24                                            MICHAEL H. PAGE
                                              CHRISTA M. ANDERSON
25                                            MATTHEW M. WERDEGAR
                                              AUDREY WALTON-HADLOCK
26                                            JOHN TRINIDAD
                                              Attorneys for Specially-Appearing
27                                            Non-Party
                                              CARTER BRYANT
28

SPECIALLY-APPEARING NON-PARTY CARTER BRYANT'S NOTICE OF SUBSTITUTION OF COUNSEL
AND [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

1
2
3
4       I, the undersigned, accept the above substitution.

5   Dated: November 3, 2008

6
7                                                       By: _____
                                                            PETER H. BONIS
8
9
10      **IT IS SO ORDERED.**
11
12  Dated: _____, 2008    _____
                                       Hon. Stephen G. Larson
13                                     United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
SPECIALLY-APPEARING NON-PARTY CARTER BRYANT'S NOTICE OF SUBSTITUTION OF COUNSEL
AND [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

429964.01

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On November 11, 2008, I served the following document(s):

**SPECIALLY-APPEARING NON-PARTY CARTER BRYANT'S NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

Peter H. Bonis
Attorney at Law
1990 N. California Blvd., 8th Floor
Walnut Creek, CA 94596
(925) 287-6428

Executed on November 11, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_Julie Selby_
JULIE A. SELBY

430359.01

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)