# ATTACHMENT 1

KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Specially-Appearing Nonparty
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**[PROPOSED] ORDER RE SPECIALLY-APPEARING NON-PARTY CARTER BRYANT'S NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Dept:    Courtroom 1<br>Judge:   Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005 |

[PROPOSED] ORDER RE SPECIALLY-APPEARING NON-PARTY CARTER BRYANT'S NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. CV 04-09049 SGL (RNBx)

430707.01

1 | Based on Specially-Appearing Non-Party Carter Bryant's Notice of
2 | Substitution of Counsel, it is hereby ORDERED that Peter H. Bonis, 1990 N.
3 | California Blvd 8th Floor, Walnut Creek, CA 94596, Telephone : (925) 287-6428,
4 | is substituted as Bryant's attorney of record in place of Keker & Van Nest, L.L.P.,
5 | 710 Sansome Street, San Francisco, California 94111, Telephone: (415) 391-5400.

**IT IS SO ORDERED.**

Dated:_____, 2008  _____
Hon. Stephen G. Larson
United States District Judge

1

[PROPOSED] ORDER RE SPECIALLY-APPEARING NON-PARTY CARTER BRYANT'S NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. CV 04-09049 SGL (RNBx)

430707.01