QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL AND IN CAMERA MATTEL'S RESPONSE TO CARTER BRYANT'S STATEMENT REGARDING MATTEL'S MOTIONS FOR CONSTRUCTIVE TRUST AND PERMANENT INJUNCTION<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1(a):**<br>Trial Date: May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date: July 23, 2008 |

Pursuant to Local Rule 79-5.1, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order Mattel, Inc.'s Response to Carter Bryant's Statement Regarding Mattel's Motions for Constructive Trust and Permanent Injunction ("Response") filed under seal and in camera, and made available only to the Court, Mattel, and Carter Bryant.

The Response includes materials relating to, and quotations from, the confidential settlement agreement between Mattel, Inc. and Carter Bryant, dated May 18, 2008. This Court has repeatedly ruled that agreement may not be shared with MGA Entertainment, Inc., or any party or non-party other than Mattel and Mr. Bryant. See, e.g., June 6, 2008 Order, Docket No. 3942 ("THIS ORDER TO BE FILED UNDER SEAL AND SHALL BE SERVED ONLY ON COUNSEL FOR MATTEL AND COUNSEL FOR CARTER BRYANT"). Because the Response contains confidential settlement agreement information, Mattel requests that the Court order that the Response be filed under seal and in camera, and made available only to the Court, Mattel, and Carter Bryant.

DATED: November 8, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.