ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                  UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
10                        EASTERN DIVISION

| | |
|---|---|
| 11  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12         Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 13     vs. | |
| 14  MATTEL, INC., a Delaware corporation, | **Proof of Service** |
| 15 | Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1 |
| 16         Defendant. | |
| 17 | **Phase 1(a):**<br>Trial Date: May 27, 2008 |
| 18 | |
| 19 | **Phase 1(b):**<br>Trial Date: July 23, 2008 |

FILED 2008 NOV 10 AM 10:09 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

07209/2695017.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On November 10, 2008, I served true copies of the following documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | Mark E. Overland<br>David C. Sheper<br>Alexander H. Cote<br>**Overland Borenstein Scheper & Kim LLP**<br>601 West Fifth Street, 125th Floor<br>Los Angeles, CA 90071 |

[√]   **PERSONAL**: By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on November 10, 2008, at Los Angeles, California.

_Dave Quintana /s/_
Dave Quintana

## DOCUMENT LIST

1. APPLICATION TO FILE UNDER SEAL AND IN CAMERA MATTEL, INC.'S RESPONSE TO CARTER BRYANT'S STATEMENT REGARDING MATTEL'S MOTIONS FOR CONSTRUCTIVE TRUST AND PERMANENT INJUNCTION

2. [PROPOSED] ORDER RE: APPLICATION TO FILE UNDER SEAL AND IN CAMERA MATTEL, INC.'S RESPONSE TO CARTER BRYANT'S STATEMENT REGARDING MATTEL'S MOTIONS FOR CONSTRUCTIVE TRUST AND PERMANENT INJUNCTION