KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Specially-Appearing Nonparty
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>　　　　　　　　　Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**ORDER**<br><br>Dept:　　Courtroom 1<br>Judge:　Hon. Stephen G. Larson<br><br>Date Comp. Filed:  April 13, 2005 |

---

429964.01

SPECIALLY-APPEARING NON-PARTY CARTER BRYANT'S NOTICE OF SUBSTITUTION OF COUNSEL
AND [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

Specially-appearing nonparty witness Carter Bryant respectfully submits this notice of substitution of counsel. As he has done before, Bryant makes this submission without waiving any jurisdictional or other arguments reserved to Bryant, including any rights on appeal.

Subject to that reservation of jurisdictional and other arguments, PLEASE TAKE NOTICE that specially-appearing non-party Carter Bryant hereby substitutes Peter H. Bonis, 1990 N. California Blvd 8th Floor, Walnut Creek, CA 94596, Telephone : (925) 287-6428 as his attorney of record in place of Keker & Van Nest, L.L.P., 710 Sansome Street, San Francisco, California 94111, Telephone: (415) 391-5400.

I, the undersigned, consent to the above substitution.

Dated: November 3, 2008

By: _____
CARTER BRYANT

We, the undersigned, consent to the above substitution.

Dated: November 3, 2008                    KEKER & VAN NEST, LLP

By: _____
CHRISTA M. ANDERSON
Attorneys for Specially-Appearing Non-Party
CARTER BRYANT

I, the undersigned, accept the above substitution.

Dated: November 3, 2008

By: _____
PETER H. BONIS

**IT IS SO ORDERED.**

Dated: November 12, 2008

_____
Hon. Stephen G. Larson
United States District Judge

2
SPECIALLY-APPEARING NON-PARTY CARTER BRYANT'S NOTICE OF SUBSTITUTION OF COUNSEL
AND [PROPOSED] ORDER
CASE NO. CV 04-09049 SGL (RNBx)

429964.01