QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL, INC.'S MOTION FOR CONSTRUCTIVE TRUST AND THE SUPPLEMENTAL DECLARATION OF CYRUS NAIM**<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1(a):**<br>Trial Date: May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date: July 23, 2008 |

07209/2698297.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel's Citation to Evidence re Bratz
4  Name in Support of Mattel, Inc.'s Motion for Constructive Trust (the "Submission");
5  and the Supplemental Declaration of Cyrus Naim in Support (the "Declaration").

6    The Submission quotes from, and the Declaration attaches, materials
7  that MGA has designated as "Confidential--Attorneys' Eyes Only" or "Confidential"
8  pursuant to the Protective Order. MGA has designated Exhibits A, I, J, K, L, M, O
9  and Q to the Declaration as "Confidential--Attorneys' Eyes Only." Accordingly,
10 Mattel requests that the Court order that the Declaration and Submission be filed
11 under seal.

12   In the alternative, Mattel requests that the Court declare that Exhibits
13 A, I, J, K, L, M, O and Q to the Declaration are outside the definitions of
14 "Confidential" as contained in the Stipulated Protective Order and order that the
15 Submission and Declaration be filed as part of the public record.

17 DATED: November 12, 2008       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

19                                By /s/ Cyrus Naim
20                                   Cyrus Naim
                                     Attorneys for Mattel, Inc.