QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL, INC.'S MOTION FOR CONSTRUCTIVE TRUST AND THE SUPPLEMENTAL DECLARATION OF CYRUS NAIM IN SUPPORT THEREOF**<br><br>Hearing Date: November 10, 2008<br>Time:        1:00 p.m.<br>Place:       Courtroom 1<br><br>**Phase 1(a):**<br>Trial Date:  May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date:  July 23, 2008 |

LODGED

07209/2698299.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel's Citation to Evidence re Bratz Name in Support of Mattel, Inc.'s Motion for Constructive Trust and the Supplemental Declaration of Cyrus Naim in Support Thereof,

IT IS HEREBY ORDERED:

Mattel's Citation to Evidence re Bratz Name in Support of Mattel, Inc.'s Motion for Constructive Trust and the Supplemental Declaration of Cyrus Naim in Support Thereof, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: November 13, 2008

*/s/ Larson*
Hon. Stephen G. Larson
United States District Judge