QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>PROOF OF SERVICE<br><br>Hearing Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1 |
| AND CONSOLIDATED ACTIONS | |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On November 12, 2008, I served true copies of the following document(s) described as:

**1. MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL, INC.'S MOTION FOR CONSTRUCTIVE TRUST;**

**2. SUPPLEMENTAL DECLARATION OF CYRUS NAIM RE MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL, INC.'S MOTION FOR CONSTRUCTIVE TRUST;**

**3. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL, INC.'S MOTION FOR CONSTRUCTIVE TRUST AND THE SUPPLEMENTAL DECLARATION OF CYRUS NAIM;**

**4. [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL, INC.'S MOTION FOR CONSTRUCTIVE TRUST AND THE SUPPLEMENTAL DECLARATION OF CYRUS NAIM IN SUPPORT THEREOF** on the parties in this action as follows:

> Thomas Nolan, Esq.
> **Skadden, Arps, Slate, Meagher & Flom LLP**
> 300 So. Grand Ave.
> Suite 3400
> Los Angeles CA 90071
> **(Attorney for the MGA Parties)**

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 12, 2008, at Los Angeles, California.

APEX -- ALEX BARBOZA

07209/2676646.2

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On November 12, 2008, I served true copies of the following document(s) described as:

**1. MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL, INC.'S MOTION FOR CONSTRUCTIVE TRUST;**

**2. SUPPLEMENTAL DECLARATION OF CYRUS NAIM RE MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL, INC.'S MOTION FOR CONSTRUCTIVE TRUST;**

**3. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL, INC.'S MOTION FOR CONSTRUCTIVE TRUST AND THE SUPPLEMENTAL DECLARATION OF CYRUS NAIM;**

**4. [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL, INC.'S MOTION FOR CONSTRUCTIVE TRUST AND THE SUPPLEMENTAL DECLARATION OF CYRUS NAIM IN SUPPORT THEREOF** on the parties in this action as follows:

| | |
|---|---|
| Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90017<br>**(Attorney for Carlos Gustavo Machado)** | Peter H. Bonis<br>**Law Offices of Peter H. Bonis**<br>1990 N. California Blvd., 8th Floor<br>Walnut Creek, CA 94596<br>**(Attorney for Carter Bryant)** |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposed such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 12, 2008, at Los Angeles, California.

Charlene Ho

07209/2676655.2