THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for The MGA Parties

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>MGA'S NOTICE OF MOTION AND MOTION TO STRIKE THE SUPPLEMENTAL DECLARATION OF CYRUS NAIM RE MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL, INC.'S MOTION FOR CONSTRUCTIVE TRUST<br><br>Hearing Date: February 23, 2009<br>Time: 10:00 A.M. |

---

MGA's Motion to Strike The Declarations of Proctor, Keiser, and Hollander
Case No. CV 04-9049 SGL (RNBx)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, counter-defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de C.V., and Isaac Larian (collectively, the "MGA Parties"), move to strike the supplemental declaration and accompanying exhibits of Cyrus Naim, filed on November 12, 2008.

The basis for this motion is that the declaration and exhibits are filed belatedly, are therefore prejudicial to MGA, and should not be considered by this Court in connection with Mattel's motion for constructive trust.

This motion is based upon this Notice of Motion and accompanying Memorandum, the records and files of this court, and any other matter of which the court may take judicial notice. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 17, 2008.

DATED: November 17, 2008      SKADDEN, ARPS, SLATE,
                              MEAGHER & FLOM LLP


                              By:    /s/ Thomas J. Nolan
                                     Thomas J. Nolan
                                     Attorneys for the MGA Parties

1  In support of its motion for constructive trust, Mattel now attempts to belatedly submit the supplemental declaration and accompanying exhibits of Cyrus Naim, filed on November 12, 2008.

The Naim declaration and exhibits should be striken because (i) the time to file additional evidence has long passed; (ii) this case has been litigated for four years, during which time Mattel did not raise the issue of a constructive trust or submit this evidence; (iii) this evidence was not presented during the three-month trial; (iv) this evidence was not submitted with Mattel's opening or reply papers in support of its motion for constructive trust which, pursuant to the Court's schedule, were filed on September 29, 2008 and October 21, 2008 respectively; and (v) this evidence was not submitted to the Court at the November 10, 2008 hearing, at which time the Court made it clear that "this is the time" to submit any additional evidence.

In light of the extreme tardiness of this filing, and the prejudice that would result to MGA if it were accepted, the Court should not consider the declaration or exhibits in connection with Mattel's motion for constructive trust.

For the foregoing reasons, the Court should grant MGA's Motion to Strike the Supplemental Declaration of Cyrus Naim.

DATED: November 17, 2008      SKADDEN, ARPS, SLATE,
                              MEAGHER & FLOM LLP


                    By:  _____/s/ Thomas J. Nolan_____
                              Thomas J. Nolan
                         Attorneys for the MGA Parties

---

MGA's Motion to Strike The Supplemental Declaration of Cyrus Naim
Case No. CV 04-9049 SGL (RNBx)
1