THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (Admitted Pro Hac Vice)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
DAVID W. HANSEN (Bar No. 196958)
(dhansen@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**[PROPOSED] ORDER GRANTING MGA'S MOTION TO STRIKE THE SUPPLEMENTAL DECLARATION OF CYRUS NAIM RE MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL, INC.'S MOTION FOR CONSTRUCTIVE TRUST** |

## ORDER

Having considered MGA's Motion To Strike the Supplemental Declaration of Cyrus Naim Re Mattel's Citation to Evidence Re Bratz Name in Support of Mattel, Inc.'s Motion For Constructive Trust, the opposition thereto, and all other papers, evidence, and arguments submitted in connection therewith, the Court hereby GRANTS the MGA Parties' Motion, and hereby ORDERS as follows:

The Supplemental Declaration of Cyrus Naim Re Mattel's Citation to Evidence Re Bratz Name in Support of Mattel, Inc.'s Motion For Constructive Trust and exhibits were filed belatedly. The declaration of Cyrus Naim and accompanying exhibits, filed on November 12, 2008 are hereby STRICKEN.

DATED:

_____
Hon. Stephen G. Larson
United States District Court Judge