QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>CV 04-09059<br>CV 05-2727<br><br>DECLARATION OF CURRAN M. WALKER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO STRIKE THE SUPPLEMENTAL DECLARATION OF CYRUS NAIM RE MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL, INC'S MOTION FOR CONSTRUCTIVE TRUST<br><br>Date: February 29, 2009<br>Time: 10:00 p.m.<br>Place: Courtroom 1 |

07209/2705880.1

WALKER DECL. ISO MATTEL'S OPP. TO MOTION TO STRIKE NAIM DECLARATION.

# DECLARATION OF CURRAN M. WALKER

I, Curran M. Walker, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the November 10, 2008 Hearing Transcript from Mattel, Inc. v. Carter Bryant, Case No. CV-04-9049-SGL (RNBx). Though the attached transcript is the final version of the transcript, it does not contain title or signature pages because Quinn Emanuel has not yet receive a hard copy of the final transcript from the court reporter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2008, at Los Angeles, California.

_____
Curran M. Walker