NAME & ADDRESS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Carter Bryant

PLAINTIFF(S),

v.

Mattel, Inc., et al.

DEFENDANT(S).

CASE NUMBER:   CV04-09049 SGL (RNBx)

### EXHIBITS IN THE CUSTODY
### OF THE CHAMBERS OF JUDGE LARSON

I hereby certify that all exhibits identified below and on Page 2 are in the Chambers of Judge Stephen G. Larson.

5-52, 62-1, 62-4, 5-74, 62-11, 10537, 15180, 5-75, 62-12, 10538, 15181, 5-111, 708, 5-112, 62-13, 5-113, 5-114, 62-14, 62-15, 1152-1, 1152-2, 10613, 1328, 10033-3, 10033-4, 5-88, 35-1, 35-3, 5-101, 1327, 10153-3, 10153-4, 5-35. 757, 5-36, 701, 702, 5-37, 703, 5-38, 762, 5-39, 523, 752, 540, 753, 754, 13583, 751-2, 751-3, 5-41, 755, 5-42, 756, 5-43, 709, 5-46, 710, 5-49, 704, 5-50, 705, 5-53, 1152-5, 1152-6, 10534, 15175, 5-54, 62-2, 620, 774, 775, 5-55, 62-3, 785, 1152-9, 5-56, 764, 15176, 5-57, 776, 777, 5-58, 765, 15177, 5-59, 739, 740, 5-60, 761, 5-61, 62-4, 782, 796-1, 1748, 5-62, 62-5, 621, 767, 768, 5-71, 62-10, 770, 1752-1, 769, 5-63,

12/1/08

Date

By _____
Judicial Assistant

==================================================================

#### To Be Completed by Exhibits Custodian

I hereby acknowledge receipt of all exhibits submitted for the above-referenced case, with the following discrepancies:

_____

_____

_____

_____

_____

Date

Exhibits Custodian

Distribution: Original (white):   to court file
            Copy 1 (yellow):   retained by Exhibit Custodian
            Copy 2 (blue):   to Courtroom Deputy Clerk

Carter Bryant v. Mattel, Inc., et al.          CV 04-09049 SGL (RNBx)          Page 2

RECEIPT FOR EXHIBITS SUBMITTED TO EXHIBITS CUSTODIAN

758, 759, 760, 5-64, 62-6, 795, 1152-14, 1750, 5-65, 1152-7, 1152-8, 11789, 5-66, 794, 1152-13, 5-67, 62-7, 784, 1152-12, 1152-11, 10535, 5-68, 62-8, 78-1, 786, 790, 1751-4, 5-69, 11788, 5-70, 62-9, 623, 783, 5-72, 1152-15, 1152-16, 10536, 15179, 5-73, 741, 742, 5-76, 706, 5-77, 707, 5-78, 10539, 18501, 5-136, 711, 10579, 18281, 15172, 762, 766, 3-1, 779, 780, 1-1, 2-1, 778, 3-2, 726, 727, 728, 1-4, 2-5, 3-3, 1152-19, 1152-20, 11838, 15182, 1-6, 2-10, 5-104, 10544, 3-5, 791, 1-8, 2-2, 3-6, 11837, 15184, 1152-17, 1152-18, 1-7, 2-8, 743, 744, 5-107, 10547, 3-8, 789, 1-11, 2-9, 734, 5-106, 10546, 3-9, 788, 1-10, 2-6, 745, 746, 5-103, 10543, 3-10, 735, 736, 3-12, 792, 1-3, 2-7, 5-102, 10542, 3-13, 793, 1-5, 2-3, 10-3, 5-79, 738, 1-9, 2-4, 737, 5-105, 10545, 1-2, 3-11, 714, 5-26, 712, 5-27, 713, 5-81, 720, 5-82, 715, 5-83, 3-4, 5-84, 716, 717, 3-7, 5-85, 718, 719, 10-2, 63-1, 5-80, 721, 722, 5-86, 5-87, 5-108, 724, 725, 5-34, 5-89, 35-2, 323-32, 323-33, 1107, 10638, 1108, 10639, 1109, 771, 1110, 773, 5-14, 10515, 5-18, 10518, 5-19, 10519, 5-28, 10526, 5-30, 5-95, 5-96, 5-99, 323-18, 323-19, 323-26, TX00005.094, TX00005.097, TX00005.098, TX00005.100, TX00005.109, TX00005.110, TX00730, TX00731.001, TX00832, TX00747, TX00749, TX01156.001, TX01162.001, TX061164.001, TX15058.001, TX15059.001, TX10019.001, TX15091.001, TX15110.001, TX15242.001, TX15243.001, TX15333.001, TX13584.001, TX15339.001, TX15340.001, TX15341.001, TX10641.001, TX15341.002, TX10642.001, TX15364.003, TX15364.004, TX15364.005, TX15364.006, TX15364.008, TX15364.009, TX15364.010, TX15364.011, TX01157.001,  TX15364.012, TX15364.013, TX15364.014, TX15393.001, TX10669.001, TX18460.001, TX18485.001, TX18486.001, TX18487.001, TX18488.001, TX18489.001, TX18490.001, TX18491.001, 18545, 10624-0001, TX00004.008, TX12880.001, TX00004.009, TX12883.001, TX00004.007, TX12881.001, TX00004.004, TX12878.001, TX00004,005, TX12878.001, TX00004.002, TX12876.001, TX00004.003, TX12887.001, TX00004.001, TX00004.010, TX00004.011, TX00004.012, TX00004.013, TX00004.014, TX00004.015, TX00004.016, TX00004.017, TX00004.018, TX00004.019, TX00004.020, TX00004.021, TX00004.022, TX00004.023, TX00004.024, TX00005.001, 10503.001, TX00005.002, 10504.001, TX00005.005, 10506.001, TX00005.005, TX10507.001, TX00005.006, TX10508.001, TX00005.007, TX10509.001, TX00005.008, TX10510.001, TX00005.009, TX10511.001, TX00005.010, TX10512.001, TX00005.011, TX10513.001, TX00005.012, TX10514.001, TX00005.013,11869.01, TX00005.015, TX10516.001, TX00005.016, TX11835.001, TX00005.017, TX10517.001, TX00005.022, TX10522.001, TX00005.020, TX10521.001, TX00005.021, TX10521.001, TX00005.023, TX10523.001, TX00005.024, TX10524.001, TX00005.025, TX10525.001, TX00005.029, TX10527.001, TX00005.032, TX10530.001, TX00005.033, TX0393.001, TX00005.044, TX11848.001, TX00005.045, TX10532.001, TX00005.047, TX11809.001, TX00005.048, TX10533.001, TX00005.051, TX11810.001, TX00005.090, TX00005.091, TX12128.001, TX00005.092, TX00005.093, TX18492.001, TX18493.001, TX18496.001, TX18497.001, TX18498.001, TX18499.001, TX18500.001, TX18515.001, TX15118.000, 17561, 12286, 17551, 17558, 18544, 13574, 13575, 15373, TX1136A