O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                    Date: December 3, 2008

Title:    MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
==========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

        James Holmes                                               None Present
        Courtroom Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                        None Present

PROCEEDINGS:    **ORDER DENYING MOTION TO STRIKE (DOCKET #4427)**

     The MGA parties have moved to strike the Supplemental Declaration of Cyrus Naim.  The Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing set for February 23, 2009, is **VACATED**.

     The Court has reviewed the moving, opposing, and reply papers.  Because the supplemental declaration responds to matters raised for the first time at oral argument, the Court **DENIES** the motion to strike.

     **IT IS SO ORDERED.**