O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>ORDER GRANTING DECLARATORY JUDGMENT |

ORDER

1. The Court hereby DECLARES that Mattel owns all right, title and interest, including any and all copyright rights, in and to the Bratz-related works, ideas, and concepts that Carter Bryant conceived or created while employed by Mattel, as found by the jury in this case, including the idea for the name "Bratz" and the idea for the "Bratz" characters, which are protectible property interests as a matter of California state law, and the following works (identified by Trial Exhibit (TX) numbers):

| |
|---|
| TX 5-52, 62-1, 624, 5-74, 62-11, 10537, 15180, 5-75, 62-12, 10538, 15181, 5-111, 708, 5-112, 62-13, 5-113, 5-114, 62-14, 62-15, 1152-1, 1152-2, 10613, 1328, 10033-3, 10033-4 |
| TX 5-88, 35-1, 35-3, 5-101, 1327, 10153-3, 10153-4 |
| TX 5-35, 757 |
| TX 5-36, 701, 702 |
| TX 5-37, 703 |
| TX 5-38, 762 |
| TX 5-43, 709 |
| TX 5-46, 710 |
| TX 5-49, 704 |
| TX 5-50, 705 |
| TX 5-53, 1152-5, 1152-6, 10534, 15175 |
| TX 5-54, 62-2, 620, 774, 775 |
| TX 5-55, 62-3, 785, 1152-9 |
| TX 5-56, 764, 15176 |
| TX 5-57, 776, 777 |
| TX 5-58, 765, 15177 |
| TX 5-59, 739, 740 |
| TX 5-60, 761 |
| TX 5-61, 62-4, 782, 796-1, 1748 |

| | |
|---|---|
| 1 | TX 5-62, 62-5, 621, 767, 768, 5-71, 62-10, 770, 1752-1 |
| 2 | TX 5-63, 758, 759, 760 |
| 3 | TX 5-64, 62-6, 795, 1152-14, 1750 |
| 4 | TX 5-65, 1152-7, 1152-8, 11789 |
| 5 | TX 5-66, 794, 1152-13 |
| 6 | TX 5-67, 62-7, 784, 1152-11, 1152-12, 10535 |
| 7 | TX 5-68, 62-8, 781, 786, 790, 1751-4 |
| 8 | TX 5-69, 11788, 5-70, 62-9, 623, 783 |
| 9 | TX 5-72, 1152-15, 1152-16, 10536, 15179 |
| 10 | TX 5-73, 741, 742 |
| 11 | TX 5-76, 706 |
| 12 | TX 5-77, 707 |
| 13 | TX 5-78, 10539, 18501 |
| 14 | TX 5-136, 711 |
| 15 | TX 10579, 18281 |
| 16 | TX 15172 |
| 17 | TX 3-1, 779, 780, 1-1, 2-1, 778 |
| 18 | TX 3-2, 726, 727, 728, 1-4, 2-5 |
| 19 | TX 3-3, 1152-19, 1152-20, 11838, 15182, 1-6, 2-10, 5-104, 10544 |
| 20 | TX 3-5, 791, 1-8, 2-2 |
| 21 | TX 3-6, 11837, 15184, 1-7, 2-8, 743, 744, 5-107, 1152-17, 1152-18, 10547 |
| 22 | TX 3-8, 789, 1-11, 2-9, 734, 5-106, 10546 |
| 23 | TX 3-9, 788, 1-10, 2-6, 746, 5-103, 10543 |
| 24 | TX 3-10, 735, 736 |
| 25 | TX 3-12, 792, 1-3, 2-7, 5-102, 10542 |
| 26 | TX 3-13, 793, 1-5, 2-3, 10-3 |
| 27 | TX 5-79, 1-9, 2-4, 737, 10545, 5-105 |
| 28 | TX 1-2 |
| | TX 3-11, |

07209/2641997.3

-3-

| | |
|---|---|
| 1 | TX 5-26, 712 |
| 2 | TX 5-27, 713 |
| 3 | TX 5-81, 720 |
| 4 | TX 5-82, 715 |
| 5 | TX 5-83, 723 |
| 6 | TX 3-4, 5-84, 716, 717 |
| 7 | TX 3-7, 5-85, 718, 719, 10-2, 63-1 |
| 8 | TX 5-80, 721, 722, 5-86 |
| 9 | TX 5-87, 5-108, 724, 725 |
| 10 | TX 5-34 |
| 11 | TX 5-89, 35-2, 323-32, 323-33 |
| 12 | TX 1107, 10638 |
| 13 | TX 1108, 10639 |
| 14 | TX 1109, 771 |
| 15 | TX 1110, 773 |
| 16 | TX 5-14, 10515 |
| 17 | TX 5-18, 10518 |
| 18 | TX 5-19, 10519 |
| 19 | TX 5-28, 10526 |
| 20 | TX 5-30 |
| 21 | TX 5-95 |
| 22 | TX 5-96 |
| 23 | TX 5-99 |
| 24 | TX 323-18 |
| 25 | TX 323-19 |
| 26 | TX 323-26 |
| 27 | TX 1136 |
| 28 | The Three Dimensional Item Presented at the Meeting where Mr. Bryant Pitched Bratz to MGA Entertainment, Inc. |

| | |
|---|---|
| 1 | 2. The Court further hereby DECLARES that MGA Entertainment Inc. ("MGA"), MGA Entertainment (HK) Ltd. ("MGA Hong Kong") and Isaac Larian do not have any right, title or interest in or to the works, ideas and/or concepts listed above.  Any purported assignment from Carter Bryant to MGA of the rights to the works, ideas or concepts listed above, including any purported assignment of such rights in the agreement between MGA and Mr. Bryant dated "as of" September 18, 2000, was invalid, ineffectual and void ab initio. |

3. In addition, the Court hereby ORDERS that all copyright registrations MGA has obtained in and for the Bratz works listed above, including Registration Nos. VA 1-218-487 (Trial Exhibit 505), VA 1-218-488 (Trial Exhibit 507), VA 1-218-489 (Trial Exhibit 513), VA 1-218-490 (Trial Exhibit 509), VA 1-218-491 (Trial Exhibit 511), are subject to a constructive trust in favor of Mattel and have been held by MGA for Mattel's benefit.  Mattel is the beneficial owner of such registrations.

4. The Court further hereby ORDERS that all Bratz-related works listed in Paragraph 1 above are subject to a constructive trust in favor of Mattel and that Defendants shall deliver the originals of such works to Mattel forthwith.

IT IS SO ORDERED.

DATED: December 3, 2008

_____
Hon. Stephen G. Larson
United States District Judge