**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>CV 04-09059<br>CV 05-2727<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On December 8, 2008, I served true copies of the following documents described as:

1. **ORDER GRANTING MATTEL, INC.'S MOTION FOR PERMANENT INJUNCTION**

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher &**<br>**Flom LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>**(Attorney for the MGA Parties)** | MGA Entertainment, Inc.<br>16300 Roscoe Blvd., Suite 150<br>Van Nuys, CA 91406<br>**(Attorney for the MGA Parties)** |
| Isaac Larian<br>MGA Entertainment, Inc.<br>16300 Roscoe Blvd<br>Suite 150<br>Van Nuys, CA 91406<br>**(Principal)** | |

[√] **PERSONAL**: By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on December 8, 2008, at Los Angeles, California.

_____
Dave Quintana

07209/2721889.1

-2-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On December 8, 2008, I served true copies of the following documents described as:

1. **ORDER GRANTING MATTEL, INC.'S MOTION FOR PERMANENT INJUNCTION**

on the parties in this action as follows:

| | |
|---|---|
| MGAE de Mexico. S.R.L. de C.V.<br>Ave. Insurgentes Sur 1898<br>Piso 15<br>Col. Florida<br>01030 Mexico, D.F.<br>Mexico<br>**(MGA Parties)** | Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>601 West Fifth Street, Suite 12th Floor<br>Los Angeles, CA 90017<br>**(Attorney for Carlos Gustavo machado)** |
| Peter H. Bonis<br>Attorney at Law<br>1990 North California Boulevard,<br>8th Floor<br>Walnut Creek, CA 94596<br>**(Attorney for Carter Bryant)** | MGA Entertainment (HK) Ltd<br>9th Floor, Tower 6<br>The Gateway Harbour City<br>9 Canton Road, TST<br>Kowloon (KLN)<br>Hong Kong, HK<br>**(MGA Parties)** |
| Isaac Iarian<br>237 North Carolwood<br>Los Angeles, CA 90077<br>**(Principal)** | Carter H. Bryant<br>1303 South Farm Road, 115<br>Springfield, MO 65802<br>**(Principal)** |
| Carlos Gustavo Machado Gomez<br>Alfonso Esparza Oteo 24<br>Department 802<br>Colonia Guadalupe Inn<br>Mexico D.F., Mexico 01020<br>**(Principal)** | |

07209/2721889.1

-3-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

[√] **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Executed on December 8, 2008, at Los Angeles, California.

*Tiffany Garcia*
Tiffany Garcia