QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
Jon D. Corey (Bar No. 185066)
joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>CV 04-09059<br>CV 05-2727<br><br>**AMENDED PROOF OF SERVICE** |

07209/2721889.1

-1-

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On December 9, 2008, I served true copies of the following documents described as:

1. **ORDER GRANTING MATTEL, INC.'S MOTION FOR PERMANENT INJUNCTION**

on the parties in this action as follows:

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
601 West Fifth Street, Suite 12th Floor
Los Angeles, CA 90017
**(Attorney for Carlos Gustavo Machado)**

[√]   **PERSONAL**: By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on December 9, 2008, at Los Angeles, California.

_____
Dave Quintana

-2-

Case No. CV 04-9049 SGL (RNBx)
AMENDED PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On December 8, 2008, I served true copies of the following documents described as:

1. **ORDER GRANTING MATTEL, INC.'S MOTION FOR PERMANENT INJUNCTION**

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>**(Attorneys for Isaac Larian, MGA Entertainment, Inc., MGAE de Mexico, S.R.L. de C.V., MGA Entertainment (HK) Ltd.)** | MGA Entertainment, Inc.<br>16300 Roscoe Blvd., Suite 150<br>Van Nuys, CA 91406<br>**(Party)** |

Isaac Larian
MGA Entertainment, Inc.
16300 Roscoe Blvd
Suite 150
Van Nuys, CA 91406
**(Party)**

[√]   **PERSONAL:** By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on December 8, 2008, at Los Angeles, California.

_____
Dave Quintana

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On December 9, 2008, I served true copies of the following documents described as:

1. **ORDER GRANTING MATTEL, INC.'S MOTION FOR PERMANENT INJUNCTION**

on the parties in this action as follows:

MGA Entertainment (HK) Ltd
9th Floor, Tower 6
The Gateway Harbour City
9 Canton Road, TST
Kowloon (KLN)
Hong Kong, HK
**(Party)**

[X] **BY PERSONAL SERVICE:** I caused true copies to be personally served and delivered in such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on December 9, 2008, at Los Angeles, California.

_Tiffany Garcia_
Tiffany Garcia

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On December 9, 2008, I served true copies of the following documents described as:

1. **ORDER GRANTING MATTEL, INC.'S MOTION FOR PERMANENT INJUNCTION**

on the parties in this action as follows:

MGAE de Mexico. S.R.L. de C.V.
Ave. Insurgentes Sur 1898
Piso 15
Col. Florida
01030 Mexico, D.F
**(Party)**

Carlos Gustavo Machado Gomez
MGAE de Mexico. S.R.L. de C.V.
Ave. Insurgentes Sur 1898
Piso 15
Col. Florida
01030 Mexico, D.F
**(Party)**

**[ X ]  BY PERSONAL SERVICE:** I caused true copies to be personally served and delivered in such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on December 9, 2008, at Los Angeles, California.

_Tiffany Garcia_
Tiffany Garcia

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is A & A Legal Service, 210 Fell St. #17, San Francisco, CA 94102.

On December 9, 2008, I served true copies of the following documents described as:

1. **ORDER GRANTING MATTEL, INC.'S MOTION FOR PERMANENT INJUNCTION**

on the parties in this action as follows:

Peter H. Bonis
Attorney at Law
1990 North California Boulevard,
8th Floor
Walnut Creek, CA 94596
**(Attorney for Carter Bryant)**

[√] **PERSONAL:** By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on December 9, 2008, at San Francisco, California.

*Melissa Major* (signature)
Melissa Major

07209/2721889.1

-6-

Case No. CV 04-9049 SGL (RNBx)
AMENDED PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On December 8, 2008, I served true copies of the following documents described as:

1. **ORDER GRANTING MATTEL, INC.'S MOTION FOR PERMANENT INJUNCTION**

on the parties in this action as follows:

Carter H. Bryant
1303 South Farm Road, 115
Springfield, MO  65802

[√]   **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

Executed on December 8, 2008, at Los Angeles, California.

_Tiffany Garcia_
Tiffany Garcia