O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     CV 04-09049 SGL(RNBx)                    Date: December 5, 2008
Title:          MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
=======================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

            James Holmes                         None Present
            Courtroom Deputy Clerk               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                          None Present

PROCEEDINGS:     **ADDITIONAL POTENTIAL SPECIAL AND/OR DISCOVERY MASTERS;
                  DIRECTIONS CONCERNING DOLL EXHIBITS**

        The Court provides the following additional individuals for counsels' consideration who have indicated a willingness and an ability to serve as the Special Master and/or Discovery Master in the above-referenced case.  As with the names previously submitted for counsels' consideration, counsel are directed to file any objections to any or all of the proposed Masters on or before December 22, 2008.  Any such objections are to be submitted *in camera* and under seal with the Court.  After considering any objections, as well as any preferences expressed by the parties, the Court will make an appointment at the appropriate time.

John W. Holcomb                       Theodore K. Stream
Knobbe, Martens et al LLP             Gresham, Savage et al LLP
3403 Tenth Street                     3750 University Avenue
Suite 700                             Suite 250
Riverside, CA 92501                   Riverside, CA 92501
(951) 9321                            (951) 684-2171
jholcomb@kmob.com                     Ted.Stream@greshamsavage.com

        Furthermore, counsel for Mattel, Inc., is ORDERED to make arrangements with the Courtroom Deputy to retrieve and preserve in its custody, pending further order of this Court, all doll exhibits that were previously lodged in connection with the motion for permanent injunction and presently housed in Courtroom Four.

        **IT IS SO ORDERED.**

MINUTES FORM 90                              Initials of Deputy Clerk __jh_____
CIVIL -- GEN                    1