THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**DECLARATION OF RAOUL D. KENNEDY IN SUPPORT OF MGA PARTIES'** *EX PARTE* **APPLICATION AND MOTION FOR STAY PENDING APPEAL** |

I, Raoul D. Kennedy, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") in the above-captioned matter. I submit this Declaration in Support of MGA Parties' *ex parte* application and motion to stay pending appeal. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of a letter I received by mail at Skadden, Arps' San Francisco offices at Four Embarcadero Center, Suite 3800, San Francisco, California 94111 on Monday, December 8, 2008.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 10, 2008, at Palo Alto, California.

_____

---

1

Declaration of Raoul D. Kennedy ISO MGA Parties' *Ex Parte* Application & Motion For Stay Pending Appeal
Case No. CV 04-9049 SGL (RNBx)

# EXHIBIT A

December 5, 2008

Consumer Relations
Mattel Corporation
636 Girard Ave.
E. Aurora, New York 14052

Mr. Matthew Bousquette
President of Mattel Brands
333 Continental Blvd.
El Segundo, CA 90245

IN RE:   "Barbie beats back Bratz"

To Whom It May Concern:

I hope this finds someone who will take the time to put in perspective what your lawsuit means to millions of young children in this world.

I have to say I was more than displeased to read the article associated with the above-referenced title. I completely understand the nature of corporate business and the need to protect your products, however I think doing so at the expense of our children is going too far.

I have a seven-year old daughter who loves playing with both Barbie and Bratz. She does not like one more than other and I am safe to say she likes them equally. We buy just as much, if not more Barbie stuff than we do Bratz stuff. But now, as another Christmas comes around I find myself faced with yet another uncomfortable talk with my child. Last Christmas I had to calmly explain to her that it was necessary to box up all of her Aqua Dots and Polly Pocket toys and send them back to the company. I told her they would send her money to buy new toys, just not Polly Pocket or Aqua Dots. I know that watching her cry as I put the box into the mailbox she was letting go of what our children find most precious – their toys, their friends, their playmates. Now I have to explain to her that Barbie sued the Bratz girls and Bratz have to go away and we can't buy them anymore.

I can tell you that we own every Barbie movie made as well as all 12 dancing princesses. We have Pegasus and the dolls, Rapunzel, Erica and Anneleise; and the Diamond Castle girls. I personally have every holiday Barbie made for the last 10 years not to mention Gone with the Wind Collection and numerous others. Now my daughter wants to start her own collection, however I find myself rethinking whether or not I will continue to finance a corporation that would be so out of touch with its own consumers that it would ask a judge to remove an entire toy line from the market. I find if very disheartening especially since you will be hurting the very people that Barbie professes to be trying to give a great, imaginative, memorable childhood too. So far my child's memories of her childhood are about toys that are dangerous, bad, need to

EXHIBIT A, PAGE 2

be returned or taken away. Now I can add to that the memory of corporate greed. Since it seems that your fighting will now remove items from the toy market because they are similar. Where does that end? There are tons of dolls that are similar to Barbie (cheaper versions of the Barbie), are they next?

I can't believe that two corporations cannot come up with a better solution than to pull the toy completely from the market shelves. Come up some type of a compensation agreement. But taking these items away from our youngest most venerable consumers is not only heartless it is greedy and unfair. These dolls are not even similar in nature. Barbie is the one who is the mother, the teacher, the doctor, the one who is motherly and fixes everything. The Bratz dolls are the rocking rolling teenagers and certainly have nothing to do with Barbie. I hope that this letter will find its way into the hands of someone who cares enough about the happiness that both sets of dolls bring to our children that they will try to find a better way to handle this lawsuit than to pull playmates from the shelves, hearts and imaginations of our children.

Very truly yours,

Crystal M. Wilson
Mother/Consumer
4000 Hoffman Drive
Springfield, IL 62707

cc:

MGA Entertainment, Inc.
Attn: Customer Service
16300 Roscoe Blvd.
Suite 150
Van Nuys, CA 91406

Michael E. Zeller, Esq.
Moore & VanAllen
100 North Tryon Street
Suite 4700
Charlotte, NC

Raoul D. Kennedy, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111