| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
| | (tnolan@skadden.com) |
| 2 | JASON D. RUSSELL (Bar No. 169219) |
| | (jrussell@skadden.com) |
| 3 | LAUREN E. AGUIAR (*Admitted Pro Hac Vice*) |
| | (laguiar@skadden.com) |
| 4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Avenue, Suite 3400 |
| 5 | Los Angeles, CA 90071-3144 |
| | Tel.: (213) 687-5000 |
| 6 | Fax: (213) 687-5600 |
| 7 | Attorneys for The MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | DECLARATION OF JASON D. RUSSELL IN SUPPORT OF MGA PARTIES' *EX PARTE* APPLICATION AND MOTION FOR STAY PENDING APPEAL |
| AND CONSOLIDATED ACTIONS. | |

I, Jason D. Russell, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") in the above-captioned matter. I submit this Declaration in Support of MGA Parties' *ex parte* application seeking relief from the five-day requirement of Local Rule 7-3 and an expedited hearing on the MGA Parties' Motion For Stay Pending Appeal. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. My colleague, Carl Roth, left a voice message for B. Dylan Proctor, of Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP, counsel of record for Mattel, Inc., on Monday, December 8, 2008, indicating that an *ex parte* application seeking a stay would be filed sometime this week.

3. I discussed this *ex parte* application by telephone with B. Dylan Proctor, of Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP, counsel of record for Mattel, Inc., on Wednesday, December 10, 2008 at approximately 10:45 AM. I informed him of the nature and grounds of our application and motion. Mr. Proctor indicated that Mattel will oppose the *ex parte* application and motion.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 11, 2008, at Los Angeles, California.



1

Declaration of Jason D. Russell ISO MGA Parties' *Ex Parte* Application & Motion For Stay Pending Appeal
Case No. CV 04-9049 SGL (RNBx)