THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER GRANTING MGA'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE FIVE-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) AN EXPEDITED HEARING DATE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | Hearing Date: TBD<br>Time: TBD |

## ORDER

Based on the Application filed with the Court, and good cause appearing for the entry thereof, **IT IS HEREBY ORDERED** that:

1.      The *Ex Parte* Application, brought by MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties"), is granted;

2.      The MGA Parties are hereby relieved from the five-day requirement of Local Rule 7-3 and MGA's Motion for Stay Pending Appeal will be heard on December ___, 2008 at ___:____ a.m., or as soon thereafter as the parties may be heard.  Any Opposition by Mattel to MGA's Motion shall be filed and hand-served by no later than 5:00 p.m. on December ___, 2008, and any reply memorandum by MGA shall be filed and hand-served by no later than 5:00 p.m. on December ___, 2008.

DATED:  December__, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge