THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER GRANTING MGA PARTIES' MOTION FOR STAY PENDING APPEAL** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

## ORDER

The *Ex Parte* Application And Motion For Stay Pending Appeal, brought by MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties"), came on for hearing on December __, 2008, the Honorable Stephen G. Larson presiding.   After consideration of the *Ex Parte* Application and Motion, all papers filed in support thereof and in opposition thereto, as well as the argument of counsel and the other pleadings and papers on file in this action, and good cause appearing, **IT IS HEREBY ORDERED** that:

MGA Parties' Motion For Stay Pending Appeal is **GRANTED** for the reasons stated in the MGA Parties' moving papers and the Orders entered by the Court are stayed pending resolution of the MGA Parties' Appeal of those Orders before the Ninth Circuit Court of Appeals.

DATED:  December __, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge