THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

JEROME B. FALK, JR. (Bar No. 39087)
(jfalk@howardrice.com)
DOUGLAS A. WINTHROP (Bar No. 183532)
(dwinthrop@howardrice.com)
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Tel: (415) 434-1600
Fax: (415) 217-5910

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>   vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT<br><br>PERMANENT INJUNCTION APPEAL |

Defendants/Appellants MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (the "MGA Parties") appeal to the United States Court of Appeals for the Ninth Circuit from the following Orders dated December 3, 2008 by the United States District Court for the Central District of California (collectively, the "December 3 Orders"):

(1) Order Granting Mattel, Inc.'s Motion for Permanent Injunction;

(2) Order Granting Mattel, Inc.'s Motion for Declaratory Judgment;

(3) Order Granting Mattel, Inc.'s Motion for Constructive Trust and For Finding Liability and Injunctive Relief Pursuant to Cal. Bus. & Prof. Code § 17200; and

(4) Order Finding In Favor Of Mattel As To The MGA Parties' Affirmative Defenses; Order Granting Mattel's Motion For Declaratory Judgment; Order Granting Mattel's Motion For Constructive Trust And § 17200 Injunctive Relief; Order Granting Mattel's Motion For Permanent Injunction; Order Denying As Moot Motion To Strike Portions Of Hutnyan Declarations And Exhibits Thereto; Order Denying Motion To Strike The Proctor, Keiser, And Hollander Declarations.

Copies of these orders are attached as Exhibits A, B, C, and D, respectively.

In addition, the MGA Parties appeal any prior interlocutory order to the extent it gave rise to, or decides issues inextricably linked with, the Court's December 3 Orders, including, but not limited to, the following orders:

(1) Order Regarding Mattel's Motion For Leave To Amend, Dated January 12, 2007;

(2) Order Granting In Part, Denying In Part, And Deferring In Part The Parties' Motions For Partial Summary Judgment, Dated April 25, 2008;

(3) Order re Motion For Reconsideration; Order re The Parties' Motions For Partial Summary Judgment, Dated May 21, 2008;

(4) Order re Statute Of Limitations Defense, Dated May 27, 2008;

(5) Further And Final Order re Statute Of Limitations Defense, Dated June 2, 2008;

(6) Final Jury Instructions As Given, Dated July 10, 2008;

(7) Final Verdict Form As Given, Dated July 17, 2008;

(8) Order Denying Motion For Mistrial, Dated August 8, 2008;

(9) Post-Phase 1A Order re Motion For Partial Summary Judgment On The Issue Of Substantial Similarity, Dated July 24, 2008;

(10) Order re MGA's Motion For Clarification/Reconsideration, Dated August 15, 2008;

(11) Court's Phase B Jury Instructions As Given, Dated August 20, 2008; and

(12) Phase B Verdict Form As Given, Dated August 26, 2008.

Copies of these orders are attached as Exhibits E through P.

The United States Court of Appeals for the Ninth Circuit has jurisdiction over this appeal under 28 U.S.C. § 1292(a)(1) because the Orders are injunctive in nature and/or inextricably bound up with injunctive orders from which the appeal is taken.

DATED: December 11, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, A Professional Corporation

By:    /s/ Thomas J. Nolan
Thomas J. Nolan
Attorneys for the MGA Parties