THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

JEROME B. FALK, JR. (Bar No. 39087)
(jfalk@howardrice.com)
DOUGLAS A. WINTHROP (Bar No. 183532)
(dwinthrop@howardrice.com)
HOWARD RICE NEMEROVSKI
CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Tel: (415) 434-1600
Fax: (415) 217-5910

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>REPRESENTATION STATEMENT ACCOMPANYING NOTICE OF APPEAL |
| AND CONSOLIDATED ACTIONS. | |

## REPRESENTATION STATEMENT

The undersigned counsel represent Appellants MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian, as well as Counter Defendant MGAE de Mexico, S.R.L. de C.V.. The attached service list identifies all parties in the action below and their counsel, as required by Fed. R. App. Proc. 12(b) and Ninth Circuit Rule 3-2(b).

DATED: December 11, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, A Professional Corporation

By:    /s/ Thomas J. Nolan
       Thomas J. Nolan
Attorneys for the MGA Parties

Service List:

Attorneys for Defendant/Appellee Mattel, Inc.:
John B. Quinn, Esq.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
B. Dylan Proctor, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

Attorneys for Plaintiff Carter Bryant:
Peter H Bonis
Peter H. Bonis Law Offices
1990 N. California Blvd, 8th Floor
Walnut Creek, CA 94596
Telephone: (925) 287-6428

Attorneys for Counter Defendant Carlos Gustavo Machado Gomez:
Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David S. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Attorneys for Third Party Defendant Anne Wang:
Linda M Burrow, Esq.
Caldwell Leslie and Proctor
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017
Telephone: (213) 629-9040