QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA'S *EX PARTE* APPLICATION FOR STAY PENDING APPEAL<br><br>Trial Date (Phase 1):  May 27, 2008 |

07209/2731078.1

STIPULATION REGARDING BRIEFING SCHEDULE

**STIPULATION**

WHEREAS, MGA Entertainment, Inc., MGA Entertainment (HK) Ltd and Isaac Larian (the "MGA Parties") have filed an *Ex Parte* Application And Motion For Stay Pending Appeal, dated December 11, 2008 (the "Ex Parte Application"),

WHEREAS, the Ex Parte Application is accompanied by a 25 page memorandum of points and authorities and approximately 16 declarations,

WHEREAS, Mattel, Inc. ("Mattel") and the MGA Parties have agreed on a schedule for the orderly briefing of the issues raised by the Ex Parte Application,

WHEREAS, the parties agree that by stipulating to this briefing schedule neither Mattel nor the MGA Parties waives any rights or arguments of any nature, and further that Mattel will not seek to rely on the stipulated briefing schedule as set forth herein to show a lack of exigency in opposing *ex parte* relief (provided, however, that Mattel reserves all rights to argue or assert any and all other grounds showing lack of exigency);

NOW, THEREFORE, Mattel, on the one hand, and the MGA Parties, on the other hand, by and through their counsel of record and subject to Court approval, hereby stipulate that Mattel's Opposition to the MGA Parties' *Ex Parte* Application

////

07209/2731078.1

-1-
STIPULATION REGARDING BRIEFING SCHEDULE

1  And Motion For Stay Pending Appeal may be filed on or before Thursday, December
2  18, 2008, and the MGA Parties' Reply may be filed on or before Monday, December
3  22, 2008.

4         IT IS SO STIPULATED.

6  DATED: December 12, 2008       SKADDEN ARPS SLATE MEAGHER &
7                                 FLOM LLP

9                                 By /s/ Jason D. Russell
                                     Jason D. Russell
10                                   Attorneys for Counter-Defendants
                                     MGA Entertainment, Inc.,
11                                   Isaac Larian, and MGA
12                                   Entertainment (HK) Ltd.

14  DATED: December 12, 2008      QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP

16                                By /s/ B. Dylan Proctor
17                                   B. Dylan Proctor
                                     Attorneys for Plaintiff
18                                   Mattel, Inc.

07209/2731078.1

-2-
STIPULATION REGARDING BRIEFING SCHEDULE