QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MGA'S *EX PARTE* APPLICATION FOR STAY PENDING APPEAL<br><br>Trial Date (Phase 1):  May 27, 2008 |

07209/2731125.1

1  **[PROPOSED] ORDER**

2  Having considered the parties' Stipulation Regarding Briefing Schedule

3  for MGA's *Ex Parte* Application for Stay Pending Appeal, and for good cause shown,

4  IT IS HEREBY ORDERED that Mattel's Opposition to the MGA Parties'

5  *Ex Parte* Application And Motion For Stay Pending Appeal may be filed on or before

6  Thursday, December 18, 2008, and the MGA Parties' Reply may be filed on or before

7  Monday, December 22, 2008.

8  **IT IS SO ORDERED.**

9

10  DATED: December ___, 2008

_____

Honorable Stephen G. Larson
United States District Judge

07209/2731125.1

-1-
[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE