1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 | JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 | LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
5 | Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
6 | Fax: (213) 687-5600

7 | Attorneys for The MGA Parties

8 | UNITED STATED DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | EASTERN DIVISION

11 | CARTER BRYANT, an individual,  ) CASE NO. CV 04-9049 SGL (RNBx)
12 | Plaintiff,                     ) Consolidated with Case No. 04-9059
                                    ) and Case No. 05-2727
13 | v.                             )
                                    ) Honorable Stephen G. Larson
14 | MATTEL, INC., a Delaware       )
corporation,                       ) APPLICATION TO FILE UNDER
15 |                                ) SEAL:
Defendant.                         )   1. MGA PARTIES' EX PARTE
16 |                                )      APPLICATION AND MOTION
                                    )      FOR STAY PENDING APPEAL;
17 |                                )      AND MEMORANDUM OF
                                    )      POINTS AND AUTHORITIES IN
18 | AND CONSOLIDATED ACTIONS       )      SUPPORT THEREOF;
                                    )   2. DECLARATION OF BRIAN
19 |                                )      WING IN SUPPORT THEREOF;
                                    )      and
20 |                                )   3. COMPENDIUM OF THIRD-
                                           PARTY DECLARATIONS IN
21 |                                       SUPPORT THEREOF

22 | Hearing Date: TBD
Time: TBD

---

MGA Parties' Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2   the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian,
3   and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") hereby
4   respectfully request that the Court order the following documents be filed under seal:
5   (1) MGA Parties' Ex Parte Application And Motion For Stay Pending Appeal And
6   Memorandum Of Points And Authorities In Support Thereof; (2) Declaration Of
7   Brian Wing In Support Thereof; and (3) Compendium Of Third-Party Declarations
8   In Support Thereof. Good cause exists for filing these documents under seal because
9   the Third Party Declarations contain confidential business and financial information
10  and are designated as "Confidential" or "Confidential—Attorneys' Eyes Only"
11  pursuant to the Stipulated Protective Order, and the MGA Parties' Ex Parte
12  Application And Motion For Stay Pending Appeal And Memorandum Of Points And
13  Authorities In Support Thereof references these Declarations.

DATED: December 11, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
    Thomas J. Nolan
    Attorneys for the MGA Parties