```
 1 | THOMAS J. NOLAN (Bar No. 66992)
   | (tnolan@skadden.com)
 2 | JASON D. RUSSELL (Bar No. 169219)
   | (jrussell@skadden.com)
 3 | LAUREN AGUIAR (Admitted Pro Hac Vice)
   | (laguiar@skadden.com)
 4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   | 300 South Grand Avenue
 5 | Los Angeles, CA 90071-3144
   | Telephone: (213) 687-5000
 6 | Facsimile: (213) 687-5600
 7 |
   | Attorneys for the MGA Parties-
 8 |
```

FILED 2008 DEC 11 PM 3:53 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br><br>**PROOF OF SERVICE**<br><br><br>Trial Date: May 27, 2008 |

PROOF OF SERVICE — NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **December 11, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

(X) (BY PERSONAL SERVICE) ☐ By personally delivering copies to the person served. (FEDERAL)

☒ I caused such document to be hand delivered to the above addressees. (FEDERAL)

( ) (BY FEDERAL EXPRESS)

( ) (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **December 11, 2008**, in Los Angeles, California.

Jean A. Chun                    /s/ Jean A. Chun
PRINT NAME                      SIGNATURE

Case 2:04-cv-09049-DOC-RNB   Document 4468   Filed 12/11/08   Page 3 of 3   Page ID #:128614

## Document List

(1) MGA Parties' *Ex Parte* Application and Motion for Stay Pending Appeal; Memorandum of Points and Authorities in Support Thereof;

(2) Declaration of Brian Wing in Support of MGA Parties' *Ex Parte* Application and Motion for Stay Pending Appeal ;

(3) Compendium of Declarations in Support of MGA Parties' *Ex Parte* Application and Motion for Stay Pending Appeal;

(4) Application to File Under Seal MGA Parties' *Ex Parte* Application and Motion for Stay Pending Appeal and Compendium of Declarations in Support Thereof;

(5) [Proposed] Order to File Under Seal;

(6) Proof of Service