QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR MGA'S *EX PARTE* APPLICATION FOR STAY PENDING APPEAL<br><br>Trial Date (Phase 1): May 27, 2008 |

# [~~PROPOSED~~] ORDER

Having considered the parties' Stipulation Regarding Briefing Schedule for MGA's *Ex Parte* Application for Stay Pending Appeal, and for good cause shown,

IT IS HEREBY ORDERED that Mattel's Opposition to the MGA Parties' *Ex Parte* Application And Motion For Stay Pending Appeal may be filed on or before Thursday, December 18, 2008, and the MGA Parties' Reply may be filed on or before Monday, December 22, 2008.

**IT IS SO ORDERED.**

DATED: December 15, 2008

                                                                    _____
                                                                    Honorable Stephen G. Larson
                                                                    United States District Judge

07209/2731125.1

-1-