QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | [PROPOSED] ORDER RE MATTEL, INC.'S *EX PARTE* APPLICATION FOR DE-DESIGNATION OF THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' *EX PARTE* APPLICATION AND MOTION TO STAY PENDING APPEAL |
| | **Phase 1(a)**<br>Trial Date: May 27, 2008<br><br>**Phase 1(b)**<br>Trial Date: July 23, 2008 |

07209/2734445.1

[PROPOSED] ORDER

Based on the concurrently filed Mattel, Inc.'s *Ex Parte* Application for De-Designation of the Compendium of Third-Party Declarations in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The "Confidential -- Attorney's Eyes Only" designation for the declarations contained in the Compendium of Third-Declarations in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal is ORDERED stricken. Mattel's counsel may now disclose the declarations to its client, and is granted leave to file a response to the declarations once its client has had an opportunity to review them.

DATED:                    , 2008   _____
Hon. Stephen G. Larson
United States District Judge

07209/2734445.1

[PROPOSED] ORDER