QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PUBLIC REDACTED]<br>DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR DE-DESIGNATION OF THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' *EX PARTE* APPLICATION AND MOTION TO STAY PENDING APPEAL |

## DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia, and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel") I make this declaration in support of Mattel's *Ex Parte* Application for De-Designation of the Compendium Of Third-Party Declarations in Support of the MGA Parties' *Ex Parte* Application And Motion to Stay Pending Appeal. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On December 15, 2008, I wrote to Thomas Nolan and Jason Russell, counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Ltd, and Isaac Larian (collectively as "the MGA Parties"), to request that MGA de-designate the declarations in the "Compendium of Third-Party Declarations" that MGA filed in support of its *Ex Parte* Application and Motion to Stay Pending Appeal. I also gave counsel notice that if MGA would not agree to de-designate the declarations, Mattel would apply to the Court on an *ex parte* basis. A true and correct copy of my letter to Mr. Nolan and Mr. Russell, dated December 15, 2008, is attached as Exhibit 1.

3. Following my letter to Mr. Nolan and Mr. Russell, I had a conversation with Robert Herrington, counsel for the MGA Parties, regarding Mattel's request that the MGA Parties de-designate the Compendium of Third Party Declarations. Mr. Herrington informed me that MGA believed that the third-party declarations were properly designated as "Attorney's Eyes Only" -- including the identity of the declarant and the declarant's employer -- but indicated that MGA was willing to discuss re-designating the declarations as "Confidential." Mr. Herrington further asserted that the third-party declarants had each independently concluded that the declarations should be designated "Confidential -- Attorney's Eye's Only" under the Protective Order in their entirety. Mr. Herrington stated that we would have to involve the third-party declarants to reach a resolution on the designation issue. A

1 | true and correct copy of my letter to Mr. Herrington, memorializing our
2 | conversation, dated December 16, 2008, is attached as Exhibit 2.
3 |     4.    In light of Mr. Herrington's assertion that the third-party declarants had
4 | each independently concluded that the declarations should be designated
5 | "Confidential -- Attorney's Eye's Only" under the Protective Order, I sent a letter to
6 | the general counsel for each of the declarants on December 16, 2008. In the letters,
7 | I asked each declarant to de-designate the relevant declaration, or to alternatively
8 | designate it as "Confidential." I also informed the declarants of Mattel's intent to
9 | seek relief on an *ex parte* basis.
10 |     a.    Attached as Exhibit 3 is a true and correct copy of a letter I sent
11 | to ███████████████████████, dated December 16,
12 | 2008.
13 |     b.    Attached as Exhibit 4 is a true and correct copy of a letter I sent
14 | to ███████████████████████████████████████
15 | ███████████████████████, dated December 16, 2008.
16 |     c.    Attached as Exhibit 5 is a true and correct copy of a letter I sent
17 | to ███████████████████████, dated December 16, 2008.
18 |     d.    Attached as Exhibit 6 is a true and correct copy of a letter I sent
19 | to ███████████████, dated December 16, 2008.
20 |     e.    Attached as Exhibit 7 is a true and correct copy of a letter I sent
21 | to ███████████████████████, dated December 16, 2008.
22 |     f.    Attached as Exhibit 8 is a true and correct copy of a letter I sent
23 | to ███████████████████████████████████, dated
24 | December 16, 2008.
25 |     g.    Attached as Exhibit 9 is a true and correct copy of a letter I sent
26 | to ███████████████████████████, dated December 16, 2008.
27 |     h.    Attached as Exhibit 10 is a true and correct copy of a letter I sent
28 | to ███████████████, dated December 16, 2008.

   i. Attached as Exhibit 11 is a true and correct copy of a letter I sent to ███████████████████, dated December 16, 2008.

   j. Attached as Exhibit 12 is a true and correct copy of a letter I sent to ███████████████████████████████████████, dated December 16, 2008.

   k. Attached as Exhibit 13 is a true and correct copy of a letter I sent to ███████████████████, dated December 16, 2008.

 5. Attached as Exhibit 14 is a true and correct copy of MGA's *Ex Parte* Application and Motion for Stay Pending Appeal, dated December 9, 2008.

 6. Attached as Exhibit 15 is a true and correct copy of the Compendium of Third-Party Declarations in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal.

 7. Attached as Exhibit 16 is a true and correct copy of the Stipulated Protective Order, dated January 4, 2005.

 8. Attached as Exhibit 17 is a true and correct copy of the Declaration of Isaac Larian, dated August 7, 2008.

 9. Attached as Exhibit 18 is a true and correct copy of MGA's Letter Brief Motion to De-Designate Mattel's Initial Disclosures As Attorney's Eyes Only, dated January 16, 2007.

 10. Attached as Exhibit 19 is a true and correct copy of the Order Granting MGA's Motion to Re-Designate Mattel's Initial Disclosures, dated February 5, 2007.

11. As of the time that this declaration was signed and filed, I have not received a response from any of the declarants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 17, 2008, at Los Angeles, California.

_____
Jon D. Corey

-4-

DECLARATION OF JON D. COREY