QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>CV 04-09059<br>CV 05-2727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 17, 2008, I served true copies of the following document(s) described as:

**[PUBLIC REDACTED] MATTEL, INC.'S *EX PARTE* APPLICATION FOR DE-DESIGNATION OF THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' *EX PARTE* APPLICATION AND MOTION TO STAY PENDING APPEAL; AND MEMORANDUM OF POINTS AND AUTHORITIES;**

**[PUBLIC REDACTED] DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR DE-DESIGNATION OF THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' *EX PARTE* APPLICATION AND MOTION TO STAY PENDING APPEAL; and**

**[PROPOSED] ORDER RE MATTEL, INC.'S *EX PARTE* APPLICATION FOR DE-DESIGNATION OF THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' *EX PARTE* APPLICATION AND MOTION TO STAY PENDING APPEAL** on interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

[ X ]  **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[ X ]  **BY FACSIMILE:** On December 17, 2008, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (213) 443-3100. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 17, 2008, at Los Angeles, California.

*/s/ Lupe Espinoza*
Lupe Espinoza

07209/2736943.1

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | General Counsel |
|   | Copyright Promotions Licensing Group Ltd |
| 3 | 3 Shortlands |
|   | London W6 8PP |
| 4 | United Kingdom |
|   | Ph.:   44 (0) 20 8563 6400 |
| 5 | Fax:  44 (0) 20 8563 6465 |
| 6 | General Counsel |
|   | The Licensing Company, Suite Two |
| 7 | Cumberland House |
|   | Kensington Road |
| 8 | London |
|   | W8 5NX |
| 9 | United Kingdom |
|   | Ph:   44 (0) 20 7368 0066 |
| 10 | Fax: 44 (0) 20 7368 0077 |
| 11 | General Counsel |
|    | Dexy Co. |
| 12 | Milentija Popovica 9, 11070 Beograd, |
|    | Sava Centar, Serbia |
| 13 | Ph:   381 11 3186 776 |
|    | Fax: 381 11 3186 777 |
| 14 | |
|    | General Counsel |
| 15 | Funtastic Limited |
|    | 635 Waverly Road |
| 16 | 3150 Glen Waverly, |
|    | Victoria Australia |
| 17 | Ph:   03 9535 5888 |
|    | Fax: 03 9545 0796 |
| 18 | |
|    | Lucy Neville-Rolfe |
| 19 | Corporate and Legal Affairs Director, Secretary & Director |
|    | Tesco PLC |
| 20 | New Tesco House |
|    | Delamare Road |
| 21 | Cheshunt |
|    | Hertfordshire |
| 22 | England EN8 9SL |
|    | Ph:   044 1992 646606 |
| 23 | Fax: 044 1992 646123 |
| 24 | General Counsel |
|    | SAKS Igrushki |
| 25 | Korp. 8, 132, Profsoyuznaya str. |
|    | Moscow, 117321 |
| 26 | Ph:   7 495 338 2303 |
|    | Fax: 7 495 961 00 12 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | General Counsel |
| 2 | Haven Licensing Pty. Ltd.<br>Level 3/10 Mallett St., Camperdown<br>P.O. Box 321 (1450) |
| 3 | Sydney, NSW 2050<br>Australia |
| 4 | |
| 5 | General Counsel<br>Haven Licensing Pty. Ltd |
| 6 | 26 Hutchinson St<br>2010 Surry Hills, |
| 7 | New South Wales Australia<br>Ph:   61 2 9517 011 |
| 8 | Fax: 61 2 9517 0112 |
| 9 | General Counsel<br>Zellers, Inc. |
| 10 | 8925 Torbram Road<br>Brampton, ON |
| 11 | L6T 4G1<br>Ph:   905/792-4400 |
| 12 | Fax: 617/300-1026 |
| 13 | General Counsel<br>S. Goldberg & Co., Inc. |
| 14 | 3 University Plz, Ste. 400<br>Hackensack, NJ 07601-6208 |
| 15 | Ph:   201/342-1200<br>Fax: 201/342-4405 |
| 16 | William R. Harker |
| 17 | SVP Human Resources, General Counsel and<br>Corporate Secretary |
| 18 | Sears Holdings Corporation<br>3333 Beverly Road |
| 19 | Hoffman Estates, IL 60179<br>Ph:   847/286-2500 |
| 20 | Fax: 888-265-9865 |
| 21 | Timothy R. Baer<br>SVP & General Counsel |
| 22 | Target Corporation<br>1000 Nicollet Mall |
| 23 | Minneapolis, MN 55403<br>Ph:   612/304-6073 |
| 24 | Fax: 612/696-5400 |
| 25 | Hudson's Bay Company 401 |
| 26 | Bay Street, Ste. 500<br>Toronto, ON |
| 27 | M5H 2Y4 |
| 28 | |

quinn emanuel

07209/2736943.1                                              -3-