UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**

Please Fill Out Completely

## CASE INFORMATION:

Short Case Title: Isaac Larian et al vs. Carter Bryant
Court of Appeals No. (leave blank if unassigned) _____
U.S. District Court, Division & Judge Name  Central California, Judge Stephen G. Larson
Criminal and/or Civil Case No.  2:04-cv-09049-SGL-RNB
Date Complaint/Indictment/Petition Filed:  11/02/2004
Date Appealed order/judgment *entered*: 12/03/2008
Date NOA *filed*: 12/11/2008
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-0658

*Magistrate Judge's Order? If so, please attach.*

### FEE INFORMATION
Date Docket Fee Paid: 12/12/2008           Date Docket Fee Billed: _____
Date FP granted: _____                   Date FP denied: _____
Is FP pending? ☐ yes ☐ no                  Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

### COUNSEL INFORMATION (please include email address)

Appellate Counsel:                         Appellee Counsel:

Thomas J Nolan                             John B Quinn
Skadden Arps Slate Meagher and Flom LLP    Quinn Emanuel Urquhart Oliver and Hedges
300 South Grand Avenue 34th Floor          865 S Figueroa Street 10th Floor
Los Angeles, CA 90071-3144                 Los Angeles, CA 90017-2543

☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____   *Please attach appointment order.*

---

RECEIPT

DATE 12/12/08   #2694   No. 601408
RECEIVED FROM First Legal Services, Inc.   $455.00
Four hundred fifty five and no/100 —————— DOLLARS
☐ FOR RENT
☒ FOR  Appeal Docketing fee CV04-9049
ACCOUNT 455.00
PAYMENT
BAL. DUE
☐ CASH  ☐ MONEY ORDER  ☒ CHECK  ☐ CREDIT CARD
FROM _____ TO _____ BY L. Murray

1182