UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                    Date: December 18, 2008
Title:      MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
===================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

    James Holmes                              None Present
    Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                               None Present

PROCEEDINGS:     **ORDER RE BRIEFING SCHEDULES**

    In light of the filing of Mattel's ex parte application (docket #4473), which advises the Court that the relief sought is necessary to respond in a meaningful way to MGA's motion to stay, the Court **VACATES** its order establishing the briefing schedule for stay pending appeal (docket #4472).

    MGA shall e-file its contemplated opposition to the ex parte application no later than December 18, 2008, and a courtesy copy shall be delivered to chambers no later than noon December 19, 2008.  After the Court rules on Mattel's ex parte application, the parties are advised to meet and confer with the goal of arriving at a new stipulated briefing schedule for the Court's consideration.

    The parties are advised that the Court is dark from December 22, 2008, through December 26, 2008.

    **IT IS SO ORDERED.**

MINUTES FORM 90                                              Initials of Deputy Clerk __jh_____
CIVIL -- GEN                            1