THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600
Attorneys for MGA Parties

JOHN B. QUINN (Bar No. 090378)
(johnquinn@quinnemanuel.com)
MICHAEL T. ZELLER (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
JON D. COREY (Bar No. 185066)
(joncorey@quinnemanuel.com)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx) <br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. Stephen G. Larson <br><br> STIPULATION REGARDING MATTEL'S EX PARTE APPLICATION TO DEDESIGNATE COMPENDIUM OF THIRD PARTY DECLARATIONS |

## STIPULATION

WHEREAS, on December 17, 2008, Mattel, Inc. ("Mattel") filed an *Ex Parte* Application to Dedesignate the Compendium of Third Party Declarations ("Mattel's *Ex Parte* Application"), which Compendium of Third Party Declarations had been submitted in connection with the *Ex Parte* Application and Motion to Stay Pending Appeal (the "MGA Stay Application") filed by MGA Entertainment, Inc., MGA Entertainment (HK) Ltd and Isaac Larian (collectively, the "MGA Parties");

WHEREAS, by Minute Order re Briefing Schedules, issued on December 18, 2008, the Court ordered that the MGA Parties file an opposition to Mattel's *Ex Parte* Application on December 18, 2008 and provide a courtesy copy of the opposition to the Court's chambers by noon on December 19, 2008;

WHEREAS, counsel for MGA Parties has represented to Mattel today, December 18, 2008, that ten of the thirteen declarants are willing to have their declarations re-designated from "Confidential -- Attorney's Eyes Only" to "Confidential";

WHEREAS, counsel for the MGA Parties has further represented to Mattel that the MGA Parties are attempting to contact the remaining three declarants to determine whether they are willing to re-designate their declarations to "Confidential";

WHEREAS, to accommodate MGA's request, the parties have agreed to this stipulation to potentially allow the resolution of the issues raised by Mattel's *Ex Parte* Application without further Court involvement;

NOW, THEREFORE, Mattel, on the one hand, and the MGA Parties, on the other hand, by and through their counsel of record and subject to Court approval, hereby stipulate as follows:

(1) The third-party declarations behind tabs 1, 3, 4, 5, 6, 7, 9, 10, 12, and 13 of the Compendium of Third Party Declarations filed in connection with the

MGA Stay Application are hereby re-designated as "Confidential" pursuant to the Stipulated Protective Order; and

(2) On or before December 22, 2008, the MGA Parties shall either (a) advise Mattel that all three of the remaining declarations submitted in connection with MGA Stay Application are re-designated as "Confidential" pursuant to the Stipulated Protective Order; or (b) file a response to Mattel's *Ex Parte* Application with respect to any of the three remaining declarations that are still as of that time designated "Confidential -- Attorney's Eyes Only," with a courtesy copy to be delivered to the Court's chambers.

IT IS SO STIPULATED.

DATED: December 18, 2008

SKADDEN ARPS SLATE MEAGHER & FLOM LLP

By  *RH*
Robert J. Herrington
Attorneys for the MGA Parties

DATED: December 18, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  Jon Corey by RH w/ authorization
Jon D. Corey
Attorneys for Mattel, Inc.