1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE STIPULATION REGARDING MATTEL'S EX PARTE APPLICATION TO DEDESIGNATE COMPENDIUM OF THIRD PARTY DECLARATIONS |
|---|---|

07209/2738507.1

# [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that:

(1) The third-party declarations behind tabs 1, 3, 4, 5, 6, 7, 9, 10, 12, and 13 of the Compendium of Third Party Declarations filed in connection with the MGA Stay Application are hereby re-designated as "Confidential" pursuant to the Stipulated Protective Order; and

(2) On or before December 22, 2008, the MGA Parties shall either (a) advise Mattel that all three of the remaining declarations submitted in connection with MGA Stay Application are re-designated as "Confidential" pursuant to the Stipulated Protective Order; or (b) file a response to Mattel's *Ex Parte* Application with respect to any of the three remaining declarations that are still as of that time designated "Confidential -- Attorney's Eyes Only," with a courtesy copy to be delivered to the Court's chambers.

IT IS SO ORDERED.

DATED:_____, 2008         _____
                                         HON. STEPHEN G. LARSON