1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
   (laguiar@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000
6  Fax: (213) 687-5600

7  Attorneys for The MGA Parties

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

11 CARTER BRYANT, an individual,       ) CASE NO. CV 04-9049 SGL (RNBx)
                                        )
12                  Plaintiff,          ) Consolidated with Case No. 04-9059
                                        ) and Case No. 05-2727
13        v.                            )
                                        ) Honorable Stephen G. Larson
14 MATTEL, INC., a Delaware corporation,)
                                        ) DECLARATION OF CRAIG HOLDEN IN
15                  Defendant.          ) RESPONSE TO MATTEL'S *EX PARTE*
                                        ) APPLICATION TO DEDESIGNATE
16                                      ) COMPENDIUM OF THIRD PARTY
                                        ) DECLARATIONS
17 AND CONSOLIDATED ACTIONS.            )

Declaration of Craig Holden in Opposition to Mattel's *Ex Parte* Application to Dedesigantion Compendium of Third Party Declarations

I, Craig Holden, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and an attorney at MGA Entertainment, Inc. I submit this Declaration in Opposition to Mattel's Ex Parte Application to Dedesignate the Compendium of Third Party Declarations. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. In support of MGA's Ex Parte Application and Motion for a Stay Pending Appeal (filed December 11, 2008), MGA submitted a compendium of third-party declarations. The third parties who provided the declarations indicated their desire to have the declarations filed under seal and with the "Attorneys' Eyes Only" designations and MGA complied with that request.

3. After learning of Mattel's request to redesignate the declarations, I have been in contact with the third parties who provided the declarations. We have now obtained consent from 10 of the thirteen third-party declarants to redesignate their declarations as "Confidential," rather than "Attorneys' Eyes Only." We are working to contact the remaining declarants regarding this issue and hope to have a response shortly.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 18, 2008, at Los Angeles, California.

_____
Craig Holden

1

Declaration of Craig Holden in Opposition to Mattel's *Ex Parte* Application to Dedesigantion Compendium of Third Party Declarations