ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS *EX PARTE* APPLICATION FOR DE-DESIGNATION OF THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' *EX PARTE* APPLICATION AND MOTION TO STAY PENDING APPEAL, AND EXHIBITS TO THE DECLARATION OF JON D. COREY IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently] |

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2    entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3    requests that the Court order filed under seal its *Ex Parte* Application for De-
4    Designation of the Compendium of Third-Party Declarations in Support of the
5    MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal
6    ("Application"), and Exhibits 3-15 and 17 to the Declaration of Jon D. Corey in
7    support thereof ("Exhibits").

8    The Application and Exhibits include materials that MGA has
9    designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to
10   the Protective Order. Accordingly, Mattel requests that the Court order that the
11   Application and Exhibits be filed under seal.

12   In the alternative, Mattel requests that the Court declare that the
13   Application and Exhibits are outside the definitions of "Confidential" and
14   "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective
15   Order and order it to be filed as part of the public record.

17   DATED: December 17, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

19                                By /s/ Jon D. Corey
20                                   Jon D. Corey
                                     Attorneys for Mattel, Inc.