QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS *EX PARTE* APPLICATION FOR DE-DESIGNATION OF THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' *EX PARTE* APPLICATION AND MOTION TO STAY PENDING APPEAL, AND EXHIBITS TO THE DECLARATION OF JON D. COREY IN SUPPORT THEREOF |

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal its *Ex Parte* Application for De-Designation of the Compendium of Third-Party Declarations in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal, and Exhibits to the Declaration of Jon D. Corey in Support Thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s *Ex Parte* Application for De-Designation of the Compendium of Third-Party Declarations in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal, and Exhibits 3-15 and 17 to the Declaration of Jon D. Corey in support thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: December 18, 2008

Hon. Stephen G. Larson
United States District Judge