QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR DE-DESIGNATION OF THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' *EX PARTE* APPLICATION AND MOTION TO STAY PENDING APPEAL |

07209/2739119.1

DECLARATION OF STEPHEN HAUSS

# DECLARATION OF STEPHEN HAUSS

I, Stephen Hauss, declare as follows:

1. I am a member of the bar of the State of California and an associate of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of a letter from Jon D. Corey, counsel for Mattel, Inc., to Robert J. Herrington, counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., and Isaac Larian, dated December 18, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2008, at Los Angeles, California.

Stephen Hauss

# EXHIBIT A

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

December 18, 2008

**VIA FACSIMILE AND U.S. MAIL**

Robert J. Herrington
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Ave, Suite 3400
Los Angeles, California 90071

Re:  Mattel, Inc. v. MGA Entertainment, Inc. et al.

Dear Rob:

I write in response to your letter dated December 17, 2008.

You indicate that you did not receive the fax I sent you on December 16, 2008, memorializing our discussions on December 15. I have attached a copy of the fax confirmation sheet for your reference.

Your statement that we did not discuss Mattel's concerns about the designation of the declarants' identities as Attorney's Eyes Only is perplexing. Not only was that concern identified in my letter to Messrs. Nolan and Russell, we discussed it during our December 15 conversation, including when I asked you if the declarants had decided that the names of the declarants and identities of their employees should also be designated Attorney's Eyes Only, in addition to the substance of the designations, and pointed out to you that the manner in which MGA had filed the declarations precluded us from sharing the identity of the declarants with Mattel. I do not know where you were when we spoke by telephone, but the significant background noise at your location may have caused you to be distracted and mis-recollect portions of our conversation. Additionally, I expressly raised Mattel's concerns regarding de-designation of the third-party declarations in my letter of December 15, 2008 to Jason Russell and Tom Nolan.

EXHIBIT  A
PAGE  2

quinn emanuel urquhart oliver & hedges, llp

07209/2737730.1

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

Your statement that MGA did not receive notice of an ex parte application is similarly mistaken. In that letter I informed MGA that if it would not agree to de-designate the declarations, Mattel would "apply to the to the Court for an order de-designating those declarations on an ex parte basis." I have also attached a copy of my December 15, 2008 letter.

Separately, you state that each of the declarants had asked that their declarations be designated as Attorney's Eyes Only. I am not sure how that contradicts what appears in my letter of December 15, 2008, which states that "you also informed me that the third-party declarants had each independently reached the conclusion that the declarations should be designated as "Confidential-Attorney's Eyes Only" under the Protective Order in their entirety." But again, that suggests to me that they were provided with a copy of the protective order and agreed to be bound by it (although no declarant has provided me with either (a) a communication with you so designating the declarations, or (b) a signed copy of Exhibit A, as Mattel requested).

What was unquestionably clear from our conversation, however, was MGA's position that no agreement could be reached without involving the declarants themselves. Mattel initiated that process, as you are aware, and not having heard from any of them, Mattel filed its Ex Parte Application to De-Designate the Compendium of Third-Party Declarations on December 17, 2008.

Please feel free to contact me if you wish to discuss this further.

Best regards,

*Jon D. Corey /sw*

Jon Corey

EXHIBIT 4
PAGE 3

# EXHIBIT 1

EXHIBIT 4
PAGE 4

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:** December 16, 2008

**NUMBER OF PAGES, INCLUDING COVER:** 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Robert J. Herrington, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP | (213) 687-5000 | (213) 687-5600 |

**FROM:** Jon D. Corey

**RE:** Carter Bryant v. Mattel, Inc., et al.

**MESSAGE:**

See Attached.

FAXED
DEC 1 8 2008

07209/2430941.1

| CLIENT # | 07209 | ROUTE/RETURN TO: | Johanna Minassian-10th FL (One extra copy) | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |

**OPERATOR:** WM     **CONFIRMED?** ☐ No  ☐ Yes: ____

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT __A__
PAGE __5__

## Confirmation Report - Memory Send

```
                              Page       : 001
                              Date & Time: 12-16-2008  12:11
                              Line 1     : 2134433100
                              Line 2     :
                              Machine ID : QUINN EMANUEL
```

| | |
|---|---|
| Job number | : 104 |
| Date | : 12-16  12:09 |
| To | : ☎9414807209#121368756008 |
| Number of pages | : 003 |
| Start time | : 12-16  12:09 |
| End time | : 12-16  12:11 |
| Pages sent | : 003 |
| Status | : OK |
| Job number | : 104 |

\*\*\* SEND SUCCESSFUL \*\*\*

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
### FACSIMILE TRANSMISSION

DATE: December 16, 2008                NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Robert J. Herrington, Esq. Skadden, Arps, Slate, Meagher & Flom LLP | (213) 687-5000 | (213) 687-5600 |

FROM:   Jon D. Corey

RE:     Carter Bryant v. Mattel, Inc., et al.

MESSAGE:

See Attached.

---

| 07209/2430941.1 | | | | | |
|---|---|---|---|---|---|
| CLIENT # | 07209 | ROUTE/ RETURN TO: | Johanna Minassian-10th FL (One extra copy) | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT | |
| OPERATOR: | WM | | CONFIRMED? | ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT _A_
PAGE _6_

## quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

December 16, 2008

**VIA FACSIMILE AND U.S. MAIL**

Robert J. Herrington, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144

Re:     Mattel v. Bryant et al.

Dear Rob:

I wrote to confirm our conversation yesterday regarding Mattel's request that MGA de-designate the Compendium of Third-Party Declarations submitted in support of MGA's Ex Parte Application and Motion for Stay Pending Appeal. You informed me that MGA believes that the third-party declarations are properly designated as "Confidential-Attorney's Eyes Only," including the identity of the declarant and the declarant's employer, but were willing to discuss designating them as "Confidential." You also informed me that the third-party declarants had each independently reached the conclusion that the declarations should be designated as "Confidential-Attorney's Eyes Only" under the Protective Order in their entirety, and concluded that we could not reach a resolution of the designation issue without their involvement. I asked whether you were aware whether they were represented by counsel, and understood from you that you were not aware of any such representation by outside counsel in this regard, but that in-house counsel for the declarants' respective employers may have been aware of the declarations. If you have any questions regarding the foregoing, please do not hesitate to call.

EXHIBIT _A_
PAGE _7_

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

If you have any questions regarding the forgoing, please do not hesitate to call.

Best regards,

Jon Corey

07209/2365124.1

# EXHIBIT 2

EXHIBIT __A__
PAGE __9__

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

December 15, 2008

VIA E-MAIL AND FACSIMILE

Thomas Nolan, Esq.
Jason Russell, Esq.
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Ave, Suite 3400
Los Angeles, California 90071

Re: Mattel, Inc. v. MGA Entertainment, Inc. et al.

Dear Counsel:

I write pursuant to paragraph 10 of the Stipulated Protective Order to request that MGA de-designate the declarations in the "Compendium of Third-Party Declarations" that MGA filed in support of its Ex Parte Application and Motion to Stay Pending Appeal from "Confidential-Attorneys Eyes Only." If MGA does not agree to de-designate those declarations, then Mattel will apply to the to the Court for an order de-designating those declarations on an ex parte basis. (Mattel, however, does not seek the de-designation of the licensee list attached to Declaration No. 10.)

The Compendium of Third-Party Declarations contains thirteen declarations by third parties that have some relationship with MGA. MGA relies on them to suggest that absent a stay of the already-stayed injunction order, then the third parties expect MGA to comply, and implicitly that they will comply with the injunction order by not selling or promoting Bratz products, which will irreparably harm MGA. Whether that is true, the Court will decide. But, based on the manner in which the declarations were filed, MGA has improperly relied on the protective order designations to conceal from our client, including Mattel's in-house counsel, (a) the identity of the declarant, (b) the identity of the employer of the declarant, and (c) the substantive information in the declaration. None of that information, however, is the type of information that may be designated "Confidential-Attorneys Eyes Only" under the Protective Order. The

EXHIBIT __A__
PAGE __10__

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052 Japan | TEL +81 3 5561 1711 FAX +81 3 5561 1712

Protective Order limits information that may be designated "Confidential-Attorneys Eyes Only" to "trade secret or other confidential commercial information, including without limitation non-public designs and drawings, which the disclosing party or nonparty believes will result in competitive disadvantage or harm if disclosed to another party to this action without restriction upon use or further disclosure." Protective Order ¶ 2.

The identity of the declarants and the declarants' respective employers are not trade secrets that another party may use to obtain a competitive advantage if disclosed. Not one of the employers identified is a secret supplier, vendor, retailer or affiliate of MGA. Rather, it is well known that each of these entities has a relationship with MGA in some way, and the discussion in each of these declarations purports to relates to their continued ability to publicly promote Bratz products. In short, the identity of the employer, and the identity of the declarant, are not confidential, but public.

Each declarant provides a commentary on what he or she speculates his or her employer may do in the future with respect to the Bratz products at issue if the injunction order is not stayed pending appeal. In short, each declaration states that it expects MGA to abide by the Court's order. That consequence is not a trade secret or confidential information that another party could use to gain a competitive advantage. Far from being confidential, it is no more than common sense that when and if the injunction order becomes effective, MGA cannot sell infringing Bratz products.

Nor has MGA taken any steps to keep that consequence a secret. Rather, MGA and its representatives have stated to the courts and to the press that an injunction will prevent MGA from selling infringing Bratz products. *E.g.*, Decl. of Isaac Larian, dated August 7, 2008, ¶ 6 ("Mattel intends to seek an injunction barring MGA from producing or selling Bratz products. Such an injunction would cause catastrophic and irreversible harm to MGA. Not only would an injunction deprive MGA of the majority of its revenues (as Bratz-related products are the highest selling products by far), it would irreparably damage client and consumer relationships that MGA has spent decades building."). Identifying those who anticipate respecting the Court's orders is neither a trade secret nor confidential information.

Please confirm no later than the end of today that MGA will de-designate or re-designate the declarations in the Compendium of Third-Party Declarations, except the licensee list. Otherwise, please let us know whether MGA will oppose our ex parte.

I look forward to hearing from you.

Best regards,

*/s/ Jon D. Corey*
Jon D. Corey

EXHIBIT __A__
PAGE __11__

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, 107-0052
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**LONDON**
16 Old Bailey
London United Kingdom
+44(0) 20 7653 2000
Facsimile: +44(0) 20 7653 2100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

**DATE:** December 18, 2008

**NUMBER OF PAGES, INCLUDING COVER:** 11

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Robert J. Herrington, Esq.<br>Skadden Arps Slate Meagher & Flom LLP | (213) 687-5000 | (213) 687-5600 |

**FROM:** Jon D. Corey, Esq.

**RE:** <u>Carter Bryant v. Mattel, Inc., et al.</u>

**MESSAGE:**

FAXED DEC 1 8 2008

| CLIENT # | 07209 | ROUTE/RETURN TO: | Tiffany Garcia | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED? ☐ No ☐ Yes: | |

EXHIBIT A
PAGE 12

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

```
**********************
***   TX REPORT    ***
**********************

TRANSMISSION OK

TX/RX NO                2082
RECIPIENT ADDRESS       9414#07209#12136875600#
DESTINATION ID
ST. TIME                12/18 14:50
TIME USE                03'31
PAGES SENT              11
RESULT                  OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, 107-0052
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**LONDON**
16 Old Bailey
London United Kingdom
+44(0) 20 7653 2000
Facsimile: +44(0) 20 7653 2100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

**DATE:** December 18, 2008

**NUMBER OF PAGES, INCLUDING COVER:** 11

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Robert J. Herrington, Esq. Skadden Arps Slate Meagher & Flom LLP | (213) 687-5000 | (213) 687-5600 |

**FROM:** Jon D. Corey, Esq.

**RE:** Carter Bryant v. Mattel, Inc., et al.

**MESSAGE:**

EXHIBIT A
PAGE 13