QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>FURTHER STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA'S *EX PARTE* APPLICATION FOR STAY PENDING APPEAL<br><br>Trial Date (Phase 1):  May 27, 2008 |

07209/2739886.1

STIPULATION REGARDING BRIEFING SCHEDULE

## STIPULATION

WHEREAS, MGA Entertainment, Inc., MGA Entertainment (HK) Ltd and Isaac Larian (the "MGA Parties") filed an *Ex Parte* Application And Motion For Stay Pending Appeal on December 11, 2008 (the "Ex Parte Application"),

WHEREAS, the Ex Parte Application is accompanied by a 25-page memorandum of points and authorities and approximately 16 declarations,

WHEREAS, the Court has scheduled a hearing on the Ex Parte Application for 10 a.m. on Tuesday, December 30, 2008,

WHEREAS, Mattel, Inc. ("Mattel") and the MGA Parties have agreed on a further schedule for the orderly briefing of the issues raised by the Ex Parte Application,

WHEREAS, the parties agree that by stipulating to this briefing schedule neither Mattel nor the MGA Parties waives any rights or arguments of any nature, and further that Mattel will not seek to rely on the stipulated briefing schedule as set forth herein to show a lack of exigency in opposing *ex parte* relief (provided, however, that Mattel reserves all rights to argue or assert any and all other grounds showing lack of exigency);

NOW, THEREFORE, Mattel, on the one hand, and the MGA Parties, on the other hand, by and through their counsel of record, and subject to Court approval, hereby stipulate to the following schedule:

1. Mattel's Opposition to the MGA Parties' Ex Parte Application shall be filed and served on or before Tuesday, December 23, 2008.

2. MGA's Reply in further support shall be filed and served by or before 3 p.m. on Monday, December 29, 2008.

IT IS SO STIPULATED.

DATED: December 20, 2008        SKADDEN ARPS SLATE MEAGHER & FLOM LLP

By /s/ Jason D. Russell  by: SH w/authorization
Jason D. Russell
Attorneys for Counter-Defendants
MGA Entertainment, Inc.,
Isaac Larian, and MGA
Entertainment (HK) Ltd.

DATED: December 20, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller  by: SH
Michael T. Zeller
Attorneys for Plaintiff
Mattel, Inc.