1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

11 | CARTER BRYANT, an individual,        | CASE NO. CV 04-9049 SGL (RNBx)
                                            Consolidated with
12 |            Plaintiff,                 | Case Nos. CV 04-09059 & CV 05-2727

13 |                                       | SUPPLEMENTAL DECLARATION
     vs.                                     OF JON D. COREY IN SUPPORT OF
14 |                                       | MATTEL, INC.'S EX PARTE FOR
                                            DE-DESIGNATION OF THE
15 | MATTEL, INC., a Delaware             | COMPENDIUM OF THIRD-PARTY
   | corporation,                          | DECLARATIONS IN SUPPORT OF
16 |                                       | THE MGA PARTIES' EX PARTE
                                            APPLICATION AND MOTION TO
17 |            Defendant.                 | STAY PENDING APPEAL

18 |                                       | Date:   None Set
                                            Time:   None Set
19 | AND CONSOLIDATED ACTIONS             | Place:  Courtroom 1

20                                           **Phase 1C**

21

22

23

24

25

26

27

28

## DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1.      I am a member of the bars of the State of California and the District of Columbia, and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration in support of Mattel, Inc.'s Ex Parte Application for De-Designation of the Compendium of Third-Party Declarations ("Application"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      After Mattel submitted its reply in support of the Application on December 19, 2008, MGA's counsel made public statements about the substance of the declarations that MGA purported to designate as "Confidential-Attorneys Eyes Only," including declarations that MGA has still not de-designated.

3.      Friday evening, December 19, 2008, MGA Entertainment, Inc., MGA Entertainment (HK) Limited and Isaac Larian (the "MGA Parties") provided Mattel with an emergency motion to the Ninth Circuit Court of Appeals for stay of certain of this Court's orders pending resolution of MGA's appeal of those orders. The basis for the ostensible "emergency" was MGA's allegation that this Court "(*sua sponte*) has abruptly suspended" the parties' briefing schedule on the motion for a stay petition pending in the District Court. A true and correct copy of the caption page and pages 3 and 4 of the redacted version of the emergency motion is attached as Exhibit A.

4.      Although the Court's Order of December 18, 2008 directed the parties to discuss a new schedule, MGA did not contact Mattel on that subject but instead sent Mattel a Ninth Circuit brief in excess of 50 pages along with various Ninth Circuit motions on the evening of December 19th.

5.      In connection with the emergency Ninth Circuit motion, and apparently before MGA had even provided Mattel with all of its papers Friday evening, Jerome Falk, counsel for the MGA Parties, spoke with a reporter from the Bloomberg news service. Mr. Falk apparently disclosed the contents of the third-party declarations

1 | that MGA claimed is Attorneys-Eyes-Only material and is trying to keep under seal.

2 | The published article read, in relevant part, as follows:

3 |           MGA's customers want assurances by the end of the year

4 |           that the dolls won't be pulled off the shelves in February,

5 |           Jerome Falk, a lawyer for MGA, said.  "Because of the

6 |           nature of this business, decisions are made way in advance,"

7 |           Falk said Friday in a phone interview. "Creditors,

8 |           manufacturers, everybody who does business with them

9 |           wants assurances."

10 | A true and correct copy of the December 20, 2008 article authored by Bloomberg News

11 | titled "MGA appeals ban over making and selling of Bratz dolls," as it appeared on the

12 | website of the Los Angeles Times, is attached as Exhibit B.

13 |        6.     As shown by comparing Mr. Falk's comments with the substance of

14 | the declarations contained in the Compendium submitted by the MGA Parties, Mr. Falk

15 | disclosed to the reporter, and the reporter disclosed the substance of those declarations.

16 |        7.     As of the time of the signing of this declaration, no third-party

17 | declarant has responded to my letter of December 16, 2008 asking for (a) a signed

18 | Exhibit A submitting to the jurisdiction of this Court and availing itself of the rights

19 | afforded under the Protective Order, or (b) a copy of any written communication to

20 | counsel for the MGA Parties requesting that his or her declaration be designated

21 | "Confidential - Attorney's Eyes Only" and filed under seal in their entirety.

22 |        I declare under penalty of perjury under the laws of the United States of

23 | America that the foregoing is true and correct.

24 |        Executed on December 21, 2008, at Los Angeles, California.

25 |

26 | 
                Jon D. Corey

27 |

28 |

-2-

DECLARATION OF JON D. COREY

**Exhibit A**

CA No. 08-57015
DC No. CV 04-9049 SGL (RNBx)

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT
HK, LTD., and ISAAC LARIAN,

*Appellants,*

v.

MATTEL, INC., a Delaware corporation,

*Appellee.*

---

On Appeal From Judgment Of The United States District Court
For The Central District Of California
(Hon. Stephen G. Larson, Presiding)

---

# EMERGENCY MOTION
# UNDER CIRCUIT RULE 27-3
## MOTION FOR STAY PENDING APPEAL
## [REDACTED FOR PUBLIC FILE]

JEROME B. FALK, JR. (No. 39087)
STEVEN L. MAYER (No. 62030)
DOUGLAS A. WINTHROP (No. 183532)
SHAUDY DANAYE-ELMI (No. 242083)
REBECCA M. KAHAN (No. 244423)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

THOMAS J. NOLAN (No. 66992)
RAOUL D. KENNEDY (No. 40892)
JASON D. RUSSELL (No. 169219)
SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: 213/687-5000
Facsimile: 213/687-5600

RUSSELL J. FRACKMAN (No. 49087)
MITCHELL, SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310/312-2000
Facsimile: 310/312-3100

*Attorneys for Appellants MGA Entertainment, Inc., MGA
Entertainment HK, Ltd., and Isaac Larian*

As agreed between counsel, the other parties will be served with the Motion via e-mail and the supporting papers by overnight delivery on December 19, 2008.

### (iv) Whether All The Grounds Advanced In Support Of The Relief Sought In the Motion Were Submitted To The District Court.

Yes. MGA filed its application for stay in the District Court on December 11, 2008. The parties stipulated to a briefing schedule, which the District Court (*sua sponte*) has abruptly suspended. In addition, the court has advised that it will be "dark" during the week of December 22. It is therefore unlikely that the court will even rule on MGA's stay application before the end of the year. Given MGA's urgent need for a stay by December 31, relief from the dire consequences of the Orders appealed from is not available in the District Court (*see* FED. R. APP. P. 8(a)(2)(A)(i), (ii)), and the District Court's inaction is tantamount to denial of the stay motion. For that reason, MGA is filing

3

this motion even though, despite its diligent efforts, it has been unable to obtain

a ruling from the District Court on its stay application.

DATED: December 19, 2008.

Respectfully,

JEROME B. FALK, JR.
STEVEN L. MAYER
DOUGLAS A. WINTHROP
SHAUDY DANAYE-ELMI
REBECCA M. KAHAN
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

THOMAS J. NOLAN
RAOUL D. KENNEDY
JASON D. RUSSELL
SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP

RUSSELL J. FRACKMAN
MITCHELL, SILBERBERG & KNUPP LLP

By _____
JEROME B. FALK, JR.

*Attorneys for Appellants MGA Entertainment, Inc.,*
*MGA Entertainment HK, Ltd. and Isaac Larian*

4

**Exhibit B**

YESTERDAY,
TODAY & FOREVER.

*Ben Bridge*
*your personal jeweler since 1912*



Hello Visitor   Register   Sign-In

Jobs | Cars.com | Real Estate | Apartments | **Foreclosures** | **More Classifieds**

LAT Home | My LATimes | Print Edition | All Sections

**Los Angeles Times**    **Business**                    SEARCH



You are here: LAT Home > Business News

 » **HOME DELIVERY**

**Business**

» Advertising
» Autos
» The Biz
» Investing
» Real Estate
» Small Business
» Technology
» Work & Careers
» Your Money

**Blogs**

» Money & Co
» Technology
» LA Land
» Up to Speed
» To Live and Buy in LA
» Entertainment News & Buzz

**Business Tools**

» Business A-Z
» Investor Tips
» Law Resources
» Money Library
» Money Q & A
» Bank Rates
» Press Releases

**News/Opinion**

California | Local
National
World
Business
Sports
Washington
Science
Environment
Opinion

**Arts/Entertainment**

Entertainment
The Guide
Arts & Culture
The Envelope

**Living**

Travel
· Health
Autos
Home & Garden
Food

# MGA appeals ban over the making and selling of Bratz dolls

**If the company doesn't get a reprieve by Dec. 31, it will suffer irreparable harm, the toy maker says in a filing with the Court of Appeals in San Francisco.**

Bloomberg News
December 20, 2008

MGA Entertainment Inc., maker of Bratz dolls, filed an emergency request Friday with a U.S. appeals court to stay a court order barring it from making and selling the dolls while it appeals the ruling.

If MGA doesn't get a stay by Dec. 31, the Van Nuys company will suffer irreparable harm, it said in a redacted filing with the U.S. 9th Circuit Court of Appeals in San Francisco.

**ADS BY GOOGLE**

**LA Starter Homes**
Why Pay Rent? Get a Free List Of Homes with pictures for New Buyers
newportbeachregionhomesales com

**Foreclosed Homes For Sale**
Find Homes - Up to 50% Below Market Value Search Now for Free!
www.foreclosure.com

**Bargain.com Official Site**
As Seen On TV - Houses From $10,000 Over 700,000+ Foreclosed Homes!
www.Bargain.com/Foreclosures

MGA's customers want assurances by the end of the year that the dolls won't be pulled off the shelves in February, Jerome Falk, a lawyer for MGA, said.

"Because of the nature of this business, decisions are made way in advance," Falk said Friday in a phone interview. "Creditors, manufacturers, everybody who does business with them wants assurances "

U.S. District Judge Stephen Larson in Riverside on Dec. 3 granted Mattel Inc.'s request to stop MGA from making most Bratz dolls. A jury earlier found that a Mattel designer came up with the Bratz name and characters and secretly took the idea to MGA. Larson said his order wouldn't go into effect until after he had ruled on both sides' post-trial motions. A hearing on those motions is set for Feb. 11.

MGA also filed a request for a stay pending appeal with the district court, but Larson isn't likely to rule on it before the end of the year, the company said in Friday's filing.

Lisa Marie Bongiovanni, a spokeswoman for El Segundo-based Mattel, didn't return a call to her office after business hours

Save/Share    

Email | Print | Text ⊞    | ◌ RSS

ADVERTISEMENT


SEE THE BEST SELECTION OF GOLF EQUIPMENT
ROLLOVER TO SEE MORE!


**ROGER DUNN**
**G LF SH PS.**
*World's Largest Golf Supermarkets*

**Most Viewed        Most E-mailed**

1. Assaulted Mumbai hotels reopen with ceremony
2. California Supreme Court allows good Samaritans to be sued for nonmedical care
3. How Jewish is Hollywood?
4. Heads, bodies of 9 decapitated men dumped in Mexico
5. A Beverly Hills investor's ties to Madoff sink many
6. NFL playoff scenarios
7. Two killed in South Los Angeles shooting
8. Continental flight veers off Denver runway, injures dozens
9. Sarah Palin: From running mate to Time's runner-up
10. They're living with cancer and little else

ADVERTISEMENT

Image
Books
Living Green

Data Desk
Video
Photography
Obituaries
Crosswords/Sudoku
Your Scene

Blogs
Columnists
Print Edition
Readers Rep
Corrections
All Sections

**Buy, Sell & More**

Jobs
Cars
Real Estate
Foreclosure Sale
Apartments
Personals
Deals at Local Stores
Coupons
Newspaper Ads

**Place an Ad**

In the Newspaper
Online

**Settings/Services**

Sign In
Register
E-Mail Newsletters
RSS Feeds
Help
Contact Us
L.A. Times Archives
Reprint Requests
Work for Us

**Home Delivery**

Customer Support
Subscribe



LA TIMES
NOW ON KINDLE



LA Times
eEdition

Own the headline
that rocked the world.

### L.A.'s Gangster Squad


A history of the secret unit formed after World War II.

### 2010 Ford Fusion Hybrid


Even when Detroit manages to do something right, the timing and execution are off. **Photos**

### Leggings make a comeback


This time, those '80s alternatives to pants are chic.

### Disses, feuds and slams


Best & Worst 2008: Joe's break up with Taylor, Rosie and Barb, and other public spats. **Photos**

ADS BY GOOGLE

Health Insurance Claims
We Represent Clients Through Out CA Call Us For A Free Consult Now!
1-800-446-7529.KantorLaw.net

California Civil Appeals
Aggressive Law Firm That Handles State & Federal Civil Appeals
CaliforniaTrialAtty.Com

Hugh Downs Reports:
Artery Clearing Secret from Nobel Prize Winner
www.bottomlinesecrets.com


Fly non-stop
LA to Dubai.
From
October 26.

Learn more


Emirates
Fly Emirates. Keep discovering.

## Real Estate Headlines

1. CCH Pounder lists home in L.A.'s historic West Adams
2. >> More Hot Property
3. BEST OF 2008: Real Estate's Homes of the Week
4. Escapism in Escondido
5. >> Home of the Week Archive

## Israel: Modern Tel Aviv


The vibrant, contemporary city embraces the future but doesn't forget the past. **Photos | Israel in focus**

## Your Scene: Reader Photos

View our readers' photos of SoCal Snow and share your own at Your Scene. Submit your photo »