QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>       vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>———————————————<br><br>AND CONSOLIDATED CASES. | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION REGARDING PROPOSED SPECIAL/DISCOVERY MASTER FOR SUBSEQUENT PROCEEDINGS |

07209/2740032.1

STIPULATION

## STIPULATION

1

2     WHEREAS, in an order issued by the Court on December 3, 2008, the
3 Court identified certain candidates for the parties' consideration to serve as a special
4 master and/or discovery master for subsequent proceedings;

5     WHEREAS, the Court directed the parties to submit on or before
6 December 22, 2008 objections to those candidates;

7     WHEREAS, in an order issued on December 5, 2008, the Court identified
8 additional candidates for the parties' consideration;

9     WHEREAS, the parties are meeting and conferring regarding the
10 candidates identified by the Court, as well as additional candidates who may be
11 acceptable to both parties;

12     WHEREAS, the parties believe that with additional time, they may be
13 able to agree on a candidate or candidates for the Court's consideration to serve as a
14 special master and/or discovery master for subsequent proceedings;

15     WHEREAS, the parties agree that by stipulating to this relief, neither
16 Mattel nor the MGA Parties waives any rights or arguments of any nature with respect
17 to the selection of a special master and/or discovery master;

18     NOW, THEREFORE, the parties agree, by and through their counsel of
19 record, and subject to the Court's approval, hereby stipulate as follows:

20     1.    The parties shall have until January 21, 2009 to submit to the Court
21 any agreement, objections or preferences regarding a candidate or candidates to serve
22 as special master and/or discovery master for subsequent proceedings.

23     2.    Any objections or preferences submitted by the parties shall be
24 submitted *in camera* and under seal.

25     3.    For any candidate or candidates submitted by agreement of the
26 parties, the parties shall present a joint submission containing the qualifications and
27 contact information of the agreed candidate or candidates.

07209/2740032.1    28

-1-

1        4.    Except for the foregoing, the Court's orders of December 3, 2008

2 and December 5, 2008 regarding potential special masters and/or discovery masters

3 are not amended in any other respect.

4        5.    By entering this stipulation, neither Mattel nor the MGA Parties are

5 waiving any rights or arguments of any nature with respect to the selection of a special

6 master and/or discovery master.

7        IT IS SO STIPULATED.

8

9 DATED:  December 22, 2008     SKADDEN ARPS SLATE MEAGHER &

10                  FLOM LLP

11

12                  By _____

13                    Jason D. Russell
                     Attorneys for Counter-Defendants

14                    MGA Entertainment, Inc.,
                     Isaac Larian, and MGA

15                    Entertainment (HK) Ltd.

16

17 DATED:  December 22, 2008     QUINN EMANUEL URQUHART OLIVER &
                     HEDGES, LLP

18

19

20                  By _____
                    Jon Corey

21                    Attorneys for Plaintiff
                     Mattel, Inc.

22

23

24

25

26

27

07209/2740032.1 28

-2-