QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED CASES. | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE STIPULATION REGARDING PROPOSED SPECIAL/DISCOVERY MASTER FOR SUBSEQUENT PROCEEDINGS |

07209/2740408.1

[PROPOSED] ORDER RE STIPULATION

# [PROPOSED] ORDER

Having considered the parties' Stipulation Regarding Proposed Special/Discovery Master For Subsequent Proceedings, and for good cause shown,

IT IS HEREBY ORDERED that the parties shall have until January 21, 2009 to submit to the Court any agreement, objections or preferences regarding a candidate or candidates to serve as special master and/or discovery master for subsequent proceedings. Any objections or preferences submitted by the parties shall be submitted *in camera* and under seal. For any candidate or candidates submitted by agreement of the parties, the parties shall present a joint submission containing the qualifications and contact information of the agreed candidate or candidates.

Except for the foregoing, the Court's orders of December 3, 2008 and December 5, 2008 regarding potential special masters and/or discovery masters are not amended in any other respect.

By entering this stipulation, neither Mattel nor the MGA Parties are waiving any rights or arguments of any nature with respect to the selection of a special master and/or discovery master.

**IT IS SO ORDERED.**

DATED: December ___, 2008

                                                Honorable Stephen G. Larson
                                                United States District Judge