UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>ORDER RE FURTHER STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA'S *EX PARTE* APPLICATION FOR STAY PENDING APPEAL<br><br>Trial Date (Phase 1):  May 27, 2008 |

07209/2739899.1

[PROPOSED] ORDER RE STIPULATION REGARDING BRIEFING SCHEDULE

## [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that:

1. Mattel's Opposition to the MGA Parties' Ex Parte Application And Motion For Stay Pending Appeal shall be filed and served on or before Tuesday, December 23, 2008.

2. MGA's Reply in further support shall be filed and served by or before 3 p.m. on Monday, December 29, 2008.

3. Hearing on the Ex Parte Application is set for 10 a.m. on Tuesday, December 30, 2008.

IT IS SO ORDERED.

DATED:_December 22, 2008                    _____
                                            HON. STEPHEN G. LARSON

07209/2739899.1

-1-
[PROPOSED] ORDER RE STIPULATION REGARDING BRIEFING SCHEDULE