
1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
3  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000
6  Fax: (213) 687-5600

7  Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>MGA'S SUPPLEMENTAL RESPONSE TO MATTEL, INC.'S *EX PARTE* APPLICATION TO DEDESIGNATE COMPENDIUM OF THIRD PARTY DECLARATIONS |

---

MGA's Supplemental Response to Mattel's *Ex Parte* Application to Dedesignate Compendium of Third Party Declarations
Case No. CV 04-9049 SGL (RNBx)

Pursuant to the parties' December 18, 2008 Stipulation, MGA provided Mattel with notice on Friday, December 19 that the third party that had supplied the declaration attached at **Tab 8** to MGA's Compendium of Third Party Declarations in support of the Stay Application had consented to redesignate the declaration as "Confidential." At this point, only two third parties have not provided consent – namely, those that provided the declarations at **Tabs 2** and **11** of the Compendium. MGA has been working diligently to contact these parties, but has not received a response.

MGA respectfully requests that the Court confirm the redesignation of the declaration attached as **Tab 8** to the Compendium as "Confidential," pursuant to the parties' agreement. As for the declarations at **Tabs 2** and **11**, MGA suggests that the Court either defer ruling on these declarations to allow further time for the third parties to respond over the holiday season, or, alternatively, to redesignate them as "Confidential."

DATED: December 22, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ Thomas J. Nolan
Thomas J. Nolan
Attorneys for MGA Parties