QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **MATTEL INC.'S *EX PARTE* APPLICATION FOR LEAVE TO LODGE BRATZ DOLLS AND SCULPTS IN SUPPORT OF MATTEL'S MOTION FOR A JUDGMENT AS A MATTER OF LAW AND CONDITIONAL RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(a)** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | [Proposed Order filed concurrently herewith] |
| | Date: February 11, 2009<br>Time: TBA<br>Place: Courtroom 1 |
| | Phase 1(c) |

1                  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2            PLEASE TAKE NOTICE that, pursuant to Local Rules 7-19 and 11-5.1, Mattel, Inc. ("Mattel") hereby applies to the above-entitled Court *ex parte* for leave to lodge the non-paper physical exhibits identified in Exhibit A hereto, which includes certain Bratz dolls and other products, in support of Mattel's Motion for Judgment as a Matter of Law and Conditional Renewed Motion for Judgment as a Matter of Law under Federal Rule of Civil Procedure 50(a). For the reasons set forth in this Application and the accompanying Memorandum of Points and Authorities, Mattel respectfully requests that the Court grant Mattel leave to lodge with the Court the items enumerated herein, or provide such other direction as the Court deems appropriate.

           The items to be lodged include many of the Bratz dolls and other Bratz products that are the subject of Mattel's Motion. Mattel makes this Application in order to facilitate the Court's ruling on the Motion.

           Pursuant to Local Rule 7-19, Mattel provided notice of it's Motion on December 17, 2008 and telephonic notice of an identical, earlier *ex parte* Application on September 29, 2008, to Jason Russell, Esq. and Lauren Aguiar, Esq., of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for the MGA Parties, 300 South Grand Avenue, Suite 3400, telephone (213) 687-5000. At that time, Counsel for defendants advised that MGA did not oppose Mattel's lodging of the products listed in Exhibit A if the Court believes they should be lodged. MGA reserved its rights as to the relevance and/or admissibility of the products listed in Exhibit A.

DATED: December 22, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                         By /s/ Michael T. Zeller
                                         Michael T. Zeller
                                         Attorneys for Mattel, Inc.

## Memorandum of Points and Authorities

In its Motion for Judgment as a Matter of Law and Conditional Renewed Motion for Judgment as a Matter of Law under Federal Rule of Civil Procedure 50(a), Mattel seeks judgment as to the substantial similarity of more than 500 separate Bratz dolls and numerous other Bratz products. Mattel is prepared to lodge hundreds of Bratz products, including the products identified in Exhibit A hereto, in order to facilitate the Court's ruling on the Motion and consideration of the issues.

Local Rule 11-5.1 authorizes the lodging of non-paper physical exhibits in support of a motion with a separately filed Notice of Lodging. However, Mattel believes the products it is prepared to lodge will fill at least two dozen boxes, if not more. Given the number of physical items Mattel seeks to lodge and the logistics involved in lodging them, Mattel hereby seeks leave of Court to lodge such products, or, in order to avoid burdening the Court unnecessarily, Mattel seeks direction from the Court as to an alternative manner of proceeding.

## Conclusion

For the foregoing reasons, Mattel respectfully requests that the Court permit it to lodge the Bratz dolls and products listed in Exhibit A, or alternatively, directions for the Court in lieu thereof.

DATED: December 22, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.