UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-2727<br><br>[Proposed] ORDER GRANTING MATTEL INC.'S *EX PARTE* APPLICATION FOR LEAVE TO LODGE BRATZ DOLLS AND SCULPTs IN SUPPORT OF MATTEL'S MOTION FOR A JUDGMENT AS A MATTER OF LAW AND CONDITIONAL RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(a)<br><br>Date:   February 11, 2009<br>Time:   TBA<br>Place:  Courtroom 1<br><br>Phase 1(c) |

## [Proposed] Order

Having considered Mattel Inc.'s *Ex Parte* Application for Leave to Lodge Bratz Dolls and Sculpts in support of Mattel's Motion for Judgment as a Matter of Law and Conditional Renewed Motion for Judgment as a Matter of Law under Federal Rule of Civil Procedure 50(a) ("Application") and such other matters as the Court deems appropriate, and good cause appearing therefore:

IT IS HEREBY ORDERED that Mattel's Application is granted.

IT IS SO ORDERED.

DATED: _____, 2008      _____
                              Hon. Stephen G. Larson
                              United States District Judge