QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**[PROPOSED] ORDER RE RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(A)**<br><br>**Phase 1(c):**<br>Hearing Date:  February 11, 2009 |

[PROPOSED] ORDER

The Court having considered Mattel, Inc.'s Motion re Renewed Motion for Judgment as a Matter of Law and Conditional Renewed Motion for Judgment as a Matter of Law Under Fed. R. Civ. P. 50(A) against defendants MGA Entertainment Inc. ("MGA"), MGA Entertainment (HK), Ltd. ("MGA HK") and Isaac Larian ("Larian") (collectively, "defendants") and all other papers in support thereof, and all opposition and reply papers submitted in connection therewith;

IT IS HEREBY ORDERED Mattel's Renewed Motion for Judgment as a Matter of Law against MGA HK and Larian is HEREBY GRANTED and judgment as a matter of law is entered against MGA HK and Larian on their fraudulent concealment of the bases of Mattel's claims for conversion and tortious interference with contract.

IT IS HEREBY FURTHER ORDERED that, in the event that the jury's verdict is construed as finding that only the first four Bratz dolls infringe upon Mattel's copyrights as defendants have asserted, Mattel's Conditional Renewed Motion for Judgment against defendants is HEREBY GRANTED and judgment as a matter of law is entered against defendants and in favor of Mattel on Mattel's copyright infringement claims against all core Bratz fashion dolls, namely, (i) on the substantial similarity element of Mattel's claim for copyright infringement, and (ii) on defendants' independent creation claim.

DATED: _____, 2008

_____
Hon. Stephen G. Larson
United States District Judge