QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>CV 04-09059<br>CV 05-2727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND CONDITIONAL RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(a)** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Date: February 11, 2009<br>Time: TBA<br>Place: Courtroom 1 |
| | Phase 1(c) |

1

## DECLARATION OF SCOTT B. KIDMAN

2

I, Scott B. Kidman, declare as follows:

3    1.    I am a member of the bar of the State of California and a partner

4    at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc.

5    ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called

6    and sworn as a witness, I could and would testify competently thereto.

7    2.    Attached as Exhibit 1 is a true and correct copy of TX 5-88. TX

8    5-88 is a Bratz sculpt drawing that Mattel owns. See Phase 1(a) Verdict Form at 1,

9    a true and correct copy of which is attached hereto as Exhibit 2. Carter Bryant

10   testified that he gave it to the sculptor, Margaret Leahy, to guide her as to what the

11   Bratz sculpt should look like. See Trial Tr. 2561:22-2563:16; see also Trial Tr.

12   2567:23-25.

13   3.    Attached as Exhibit 3 is a true and correct copy of a photograph

14   of TX 12286, a first generation Bratz Cloe doll released in 2001.

15   4.    Below, Exhibit 1 (TX 5-88) (left) is next to a photograph of TX

16   12286[1] (first generation Bratz Cloe doll released in 2001), without clothing (right).

17

18

19

20

21

22

23

24

25   [1] Pursuant to the Court's Order releasing the Trial Exhibits into the parties'
     custody, dated December 15, 2008, Mattel has not removed any Trial Exhibits from

26   their packaging to create this declaration. Accordingly, in this declaration, any
     image of a Bratz doll outside of its packaging is not the actual Trial Exhibit marked

27   at trial, but rather a duplicate doll with the same SKU number.

28

- 1 -
KIDMAN DECLARATION ISO MATTEL'S MOTION FOR JUDGMENT AS A MATTER OF LAW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16



17           5.     Attached as Exhibit 4 is a true and correct copy of a photograph

18 of TX 14623, a Bratz Yasmin doll released in 2007.

19           6.     Below, Exhibit 1 (TX 5-88) (left) is next to a photograph of TX

20 14623 (Bratz Yasmin doll released in 2007), without clothing (right).

21

22

23

24

25

26

27

28

-2-

7.      Attached as Exhibit 5 is a true and correct copy of TX 323-32. TX 323-32 is a sculpt drawing that Mattel owns. See Ex. 2 at 1. Attached as Exhibit 6 is a true and correct copy of TX 13889, Mattel's copyright registration VAu 960-439 for the drawing identified as TX 323-32.

8.      Carter Bryant testified that he gave TX 323-32 to the sculptor, Margaret Leahy, to guide her as to what the Bratz sculpt should look like. See Trial Tr. 2561:22-2563:16; see also Trial Tr. 2567:23-25.

9.      Below, Exhibit 5 (TX 323-32) (left) is next to a photograph of TX 12286 (first generation Bratz Cloe doll released in 2001), without clothing (right). Lines have been superimposed to allow for easy assessment and comparison of features.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15



16               10.    Attached as Exhibit 7 is a true and correct copy of a photograph

17 of TX 14629, a Bratz Cloe doll released in 2008.

18               11.    Below, Exhibit 5 (TX 323-32) (left) is next to a photograph of

19 TX 14629 (Bratz Cloe doll released in 2008), without clothing (right).

20

21

22

23

24

25

26

27

28



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20          12.     Attached as Exhibit 8 is a true and correct copy of a photograph
21   of a Bratz Movie Cloe doll released in 2007.  Exhibit 8 uses the same body and head
22   sculpt as TX 17731, a Bratz movie doll about which MGA's Leon Diguerian
23   testified at trial.  See Trial Tr. 7213:4-18.
24          13.     Below, Exhibit 1 (TX 5-88) (left) is next to a photograph of TX
25   14623 (Bratz Yasmin doll released in 2007), without clothing (middle), which is
26   next to a photograph of Exhibit 8 (Bratz Movie Cloe doll released in 2007) without
27   clothing (right).
28

14.     Attached as Exhibit 9 is a true and correct copy of TX 5-74.  TX 5-74 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict and this Court's rulings prior to Phase 1(b) deliberations.  See Ex. 2 at 1.

15.     Attached as Exhibit 10 are true and correct copies of TX 13888 and TX 13898, Mattel's copyright registrations VAu 715-273 and VAu 964-319 for the drawing identified as TX 5-74.

16.     Attached as Exhibit 45 is a true and correct copy of a photograph of TX 1136.  TX 1136 is a Bratz sculpt owned by Mattel.  See Ex. 2 at 5.  Ms. Garcia testified that the sculpt of which TX 1135 and TX 1136 are castings was intended to "translate" Bryant drawings into a three-dimensional representation.  See Trial Tr. 642:7-25; 644:25-645:6 ("I asked Margaret to create a sculpt to match what she understood to be the drawings in Carter's portfolio"); 651:14-652:7; 800:6-17 (in creating the sculpt, "the exercise was to create a 3D version of those 2D drawings").

17.     Below, Exhibit 1 (TX 5-88) (left) is next to a photograph of TX 12286 (first generation Bratz Cloe doll released in 2001), without clothing (middle),

1 which is next to a photograph of TX 14629 (Bratz Cloe doll released in 2008)

2 without clothing (right).



16 18. Attached as Exhibit 11 is a true and correct copy of a photograph

17 of TX 17730, a Bratz Tess Play Sportz Dance doll released in 2007.

18 19. Below, one of the faces from TX 5-74 (left) is next to a

19 photograph of the face of TX 17730 (Bratz Tess Play Sportz Dance doll released in

20 2007) (right). Lines have been superimposed to allow for easy assessment and

21 comparison of features.



-7-

1    21.    Attached as Exhibit 12 is a true and correct copy of TX 778.  TX

2  778 is a drawing that Mattel owns.  See Ex. 2 at 1.  Attached as Exhibit 13 is a true

3  and correct copy of TX 13875, Mattel's copyright registration VA 1-378-650 for the

4  drawing identified as TX 778.

5    22.    Attached as Exhibit 14 hereto is a true and correct copy of a

6  photograph of TX 18652, a Bratz Sasha Play Sportz (RC-Xtreme!) Skateboarding

7  doll released in 2007.

8    23.    Below, one of the faces from TX 778 (left) is next to a

9  photograph of the face of TX 18652 (Bratz Sasha Play Sportz (RC-Xtreme!)

10  Skateboarding doll released in 2007) (right).  Lines have been superimposed to

11  allow for easy assessment and comparison of features.

12

13

14

15

16  

17

18

19

20

21    24.    Attached as Exhibit 15 is a true and correct copy of TX 10-0012.

22  Attached as Exhibit 44 is a true and correct copy of TX 13874, Mattel's copyright

23  registration VA 1-378-649 for the drawing identified as TX 10-0012.

24    25.    Attached as Exhibit 16 is a true and correct copy of TX 1109.

25  TX 1109 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict and

26  this Court's rulings prior to Phase 1(b) deliberations.  See Ex. 2 at 4.  Attached as

27  Exhibit 43 is a true and correct copy of TX 13892, Mattel's copyright registration

28  VAu 964-308 for the drawing identified as TX 1109.

1    26.    Below are photographs of the heads of TX 3-0013, TX 1109, and
2  TX 12286 (first generation Bratz Cloe doll released in 2001), next to each other (left
3  to right) for comparison.

4
5
6
7
8
9
10
11
12




13

14    27.    Below are photographs of TX 10-0003, TX 1109, and TX 12286
15  (first generation Bratz Cloe doll released in 2001) next to each other (left to right)
16  for comparison.

17
18
19
20
21
22
23
24
25
26
27
28




-9-

KIDMAN DECLARATION ISO MATTEL'S MOTION FOR JUDGMENT AS A MATTER OF LAW

1          28.     Attached as Exhibit 17 is a true and correct copy of TX 1152-19.

2   TX 1152-19 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict

3   and this Court's rulings prior to Phase 1(b) deliberations. See Ex. 2 at 3.

4          29.     Attached as Exhibit 18 is a true and correct copy of TX 1110.

5   TX 1110 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict and

6   this Court's rulings prior to Phase 1(b) deliberations. See Ex. 2 at 4.

7          30.     Attached as Exhibit 19 is a true and correct copy of TX 17561, a

8   photograph of a first generation Bratz Yasmin doll released in 2001.

9          31.     Below are photographs of the heads of TX 1152-19, TX 1110,

10  and TX 17561 (first generation Bratz Yasmin doll released in 2001) (left to right)

11  for comparison.

12



20         32.     Below are photographs of TX 1152-19, TX 1110, and TX 17561

21  (first generation Bratz Yasmin doll released in 2001) next to each other (left to right)

22  for comparison.

-10-





33.     Attached as Exhibit 20 is a true and correct copy of TX 734-0001. TX 734-0001 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict and this Court's rulings prior to Phase 1(b) deliberations.  See Ex. 2 at 3.

34.     Attached as Exhibit 21 is a true and correct copy of TX 1107. TX 1107 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict and this Court's rulings prior to Phase 1(b) deliberations.  See Ex. 2 at 4.

35.     Attached as Exhibit 22 is a true and correct copy of TX 504, a photograph of a first generation Bratz Jade doll released in 2001.

1    36.    Below are photographs of the heads of TX 734-0001, TX 1107,

2  and TX 504 (first generation Bratz Jade doll released in 2001) (left to right) for

3  comparison.

4

5

6

7

8

9

10



11    37.    Below are photographs of TX 734-0001, TX 1107, and TX 504,

12  a first generation Bratz Jade doll released in 2001 (left to right) for comparison.

13

14

15

16

17

18

19

20

21

22

23

24

25



26    38.    Attached as Exhibit 23 is a true and correct copy of TX 10-0012.

27  TX 3-0005 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict

28  and this Court's rulings prior to Phase 1(b) deliberations. See Ex. 2 at 3.

-12-

1    39.    Attached as Exhibit 24 is a true and correct copy of TX 1108.

2  TX 1108 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict and

3  this Court's rulings prior to Phase 1(b) deliberations. See Ex. 2 at 4.

4    40.    Attached as Exhibit 25 is a true and correct copy of TX 17558, a

5  photograph of a first generation Bratz Sasha doll released in 2001.

6    41.    Below are photographs of the heads of TX 10-0012, TX 1108,

7  and TX 17558 (first generation Bratz Sasha doll released in 2001) (left to right) for

8  comparison.

9
10
11
12
13  
14
15
16
17

18    42.    Below are photographs of TX 10-0012 and TX 17558 (first

19  generation Bratz Sasha doll) (left to right) for comparison.

20
21
22
23
24
25
26
27
28

-13-

1

2

3

4

5

6

7

8

9

10

11

12

13

14



15

16      43.     Attached as Exhibit 26 is a true and correct copy of TX 14062, a

17   photograph of a Bratz Cloe doll released in 2006.

18      44.     Attached as Exhibit 27 hereto is a true and correct copy of TX

19   14628, a photograph of a Bratz Cloe doll released in 2007.

20      45.     Attached as Exhibit 28 is a true and correct copy of TX 14629, a

21   photograph of a Bratz Cloe doll released in 2008.

22      46.     Below are photographs of the heads of TX 12286 (first

23   generation Bratz Cloe doll), TX 14062 (Bratz Cloe doll released in 2006), TX 14628

24   (Bratz Cloe doll released in 2007), and TX 14629 (Bratz Cloe doll released in 2008)

25   next to each other (left to right) for comparison.

26

27

28

07209/2739984.2

-14-



47.     Attached as Exhibit 29 is a true and correct copy of TX 14036, a photograph of a Bratz Yasmin doll released in 2006.

48.     Attached as Exhibit 30 is a true and correct copy of TX 14624, a photograph of a Bratz Yasmin doll released in 2008.

49.     Below are photographs of the heads of TX 17561 (first generation Bratz Yasmin doll released in 2001), TX 14036 (Bratz Yasmin doll released in 2006), TX 14623 (Bratz Yasmin doll released in 2007), and TX 14624 (Bratz Yasmin doll released in 2008) next to each other (left to right) for comparison.



50.     Attached as Exhibit 31 is a true and correct copy of TX 14416, a photograph of a Bratz Jade doll released in 2006.

51.     Attached as Exhibit 32 is a true and correct copy of TX 18663, a photograph of a Bratz Jade doll released in 2007.

52.     Attached as Exhibit 33 is a true and correct copy of TX 14627, a photograph of a Bratz Jade doll released in 2008.

53.     Below are photographs of the heads of TX 504 (first generation Bratz Jade doll released in 2001), TX 14416 (Bratz Jade doll released in 2006), TX

1 │ 18663 (Bratz Jade doll released in 2007), and TX 14627 (Bratz Jade doll released in

2 │ 2008) (next to each other (left to right) for comparison.



9 │       54.    Attached as Exhibit 34 is a true and correct copy of TX 14061, a

10 │ photograph of the head of a Sasha doll released in 2006.

11 │       55.    Attached as Exhibit 35 is a true and correct copy of TX 17728, a

12 │ photograph of the head of a Sasha doll released in 2007.

13 │       56.    Attached as Exhibit 36 is a true and correct copy of TX 14626, a

14 │ photograph of the head of a Sasha doll released in 2008.

15 │       57.    Below are photographs of the heads of TX 17558 (first

16 │ generation Bratz Sasha doll released in 2001), TX 14061 (Bratz Sasha doll released

17 │ in 2006), TX 17728 (Bratz Sasha doll released in 2007), and TX 14626 (Bratz Sasha

18 │ doll released in 2008) next to each other (left to right) for comparison.



25 │       58.    Attached as Exhibit 37 is a true and correct copy of a photograph

26 │ of TX 17571, a Bratz Meygan Strut It doll released in 2002.

27 │       59.    Attached as Exhibit 38 is a true and correct copy of a photograph

28 │ of TX 17580, a Bratz Meygan Wild Life Safari doll released in 2004.

1    60.    Attached as Exhibit 39 is a true and correct copy of a photograph
2  of TX 14125, a Bratz Meygan Sportz Blazin' Bowlin' doll released in 2005.

3    61.    Below are photographs of the heads of TX 17571 (Bratz Meygan
4  Strut It doll released in 2002), TX 17580 (Bratz Meygan Wild Life Safari doll
5  released in 2004), and TX 14125 (Bratz Meygan Sportz Blazin' Bowlin' doll
6  released in 2005) next to each other (left to right) for comparison.

7
8
9
10
11
12



13    62.    Attached as Exhibit 40 is a true and correct copy of a photograph
14  of TX 17581, a Bratz Cloe doll released in 2007.

15    63.    Attached as Exhibit 41 is a true and correct copy of TX 302-5.
16  TX 302-5 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict
17  and this Court's rulings prior to Phase 1(b) deliberations. See Ex. 2 at 3.

18    64.    Below, the head of TX 302-5 (left) is next to TX 17581 (Bratz
19  Cloe doll released in 2007) (right) for comparison.

20
21
22
23
24
25
26



27
28

07209/2739984.2

-17-

1    65.    Below, the head of TX 1109 (left) is next to TX 14629 (Bratz

2  Cloe doll released in 2008) (right) for comparison.

3
4
5
6     
7
8
9

10    66.    Below, the head of TX 1110 (left) is next to TX 14624 (Bratz

11  Yasmin doll released in 2008) (right) for comparison.

12
13
14
15     
16
17
18
19

20    67.    Below, the head of TX 302-5 (left) is next to TX 14629 (Bratz

21  Cloe doll released in 2008) (right) for comparison.

22
23
24
25     
26
27
28

1    68.    Attached as Exhibit 42 is a true and correct copy of TX 725. TX

2  725 is a drawing that Mattel owns. See Ex. 2 at 3.

3    69.    Below, the head of TX 725 (left) is next to TX 18663 (Bratz Jade

4  doll released in 2007) (right) for comparison.

 

14    70.    Below TX 5-74 (left) is next to the face of TX 14624 (Bratz

15  Yasmin doll released in 2008) (right) for comparison.

16

17

18

19

20

21

22

23

24

25

26

27

28

-19-



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 22, 2008, at Los Angeles, California.

Scott B. Kidman

# EXHIBIT 1



9-10" tall

14-15yrs old

Nov 7th

JOINTED HERE, @ SHOULDERS

JOINTED HIPS

SCULPTED FINGERNAILS

removeable ankles

BASIC STK SCULPT

ATTORNEY'S EYES ONLY

BRYANT 00277



EXHIBIT 1
PAGE 21

EX 5-0088

# EXHIBIT 2



1
2
3
4
5
6
7
8                 UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10                     EASTERN DIVISION
11
12   MATTEL, INC.,                    CASE NO. CV 04-9049 SGL (RNBx)
13           Plaintiff,               Consolidated with
                                      Case No. CV 04-09059
14                                    Case No. CV 05-02727
       vs.
15                                    Hon. Stephen G. Larson
     MGA ENTERTAINMENT,
16           Defendant.               **FINAL VERDICT FORM AS GIVEN**
17
18   AND CONSOLIDATED ACTIONS
19
20
21
22
23
24
25
26
27
28

7-17

EXHIBIT ___2___
PAGE ___22___

1

## VERDICT FORM

2

3    We answer the questions submitted to us as follows:

4

5

### Timing of Tangible Items

6

7    1.    For each of the items listed below, has Mattel proven by a

8 preponderance of the evidence that the item was "conceived or reduced to practice"

9 — that is, created — by Carter Bryant, alone or jointly with others, during the

10 period in which he was employed by Mattel (January 4, 1999, to October 19, 2000)?

11

12

| Yes | No | |
|-----|-----|-----|
| ☒ | ☐ | TX 5-52, 62-1, 624/5-74, 62-11, 10537, 15180/5-75, 62-12, 10538, 15181/5-111, 708/5-112, 62-13/5-113/5-114/62-14/ 62-15, 1152-1, 1152-2, 10613/1328/10033-3/10033-4 |
| ☒ | ☐ | TX 5-88, 35-1, 35-3, 5-101/1327, 10153-3/10153-4 |
| ☒ | ☐ | TX 5-35, 757 |
| ☒ | ☐ | TX 5-36, 701, 702 |
| ☒ | ☐ | TX 5-37, 703 |
| ☒ | ☐ | TX 5-38, 762 |
| ☐ | ☐ | TX 5-39, 523, 752 |
| ☐ | ☐ | TX 5-40, 753, 754, 13583 |
| ☐ | ☐ | TX 751-2, 751-3, 5-41, 755 |
| ☐ | ☐ | TX 5-42, 756 |
| ☒ | ☐ | TX 5-43, 709 |
| ☒ | ☐ | TX 5-46, 710 |
| ☒ | ☐ | TX 5-49, 704 |
| ☒ | ☐ | TX 5-50, 705 |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 2
PAGE 23

| Yes | No | |
|-----|-----|---|
| ☒ | ☐ | TX 5-53, 1152-5, 1152-6, 10534, 15175 |
| ☒ | ☐ | TX 5-54, 62-2, 620, 774, 775 |
| ☒ | ☐ | TX 5-55, 62-3, 785, 1152-9 |
| ☒ | ☐ | TX 5-56, 764, 15176 |
| ☒ | ☐ | TX 5-57, 776, 777 |
| ☒ | ☐ | TX 5-58, 765, 15177 |
| ☒ | ☐ | TX 5-59, 739, 740 |
| ☒ | ☐ | TX 5-60, 761 |
| ☒ | ☐ | TX 5-61, 62-4, 782, 796-1, 1748 |
| ☒ | ☐ | TX 5-62, 62-5, 621, 767, 768, 5-71, 62-10, 770, 1752-1 |
| ☒ | ☐ | TX 5-63, 758, 759, 760 |
| ☒ | ☐ | TX 5-64, 62-6, 795, 1152-14, 1750 |
| ☒ | ☐ | TX 5-65, 1152-7, 1152-8, 11789 |
| ☒ | ☐ | TX 5-66, 794, 1152-13 |
| ☒ | ☐ | TX 5-67, 62-7, 784, 1152-11, 1152-12, 10535 |
| ☒ | ☐ | TX 5-68, 62-8, 781, 786, 790, 1751-4 |
| ☒ | ☐ | TX 5-69, 11788, 5-70, 62-9, 623, 783 |
| ☒ | ☐ | TX 5-72, 1152-15, 1152-16, 10536, 15179 |
| ☒ | ☐ | TX 5-73, 741, 742 |
| ☒ | ☐ | TX 5-76, 706 |
| ☒ | ☐ | TX 5-77, 707 |
| ☒ | ☐ | TX 5-78, 10539, 18501 |
| ☒ | ☐ | TX 5-136, 711 |
| ☒ | ☐ | TX 10579, 18281 |
| ☒ | ☐ | TX 15172 |

EXHIBIT ___2___
PAGE ___24___

2.    For each of the items listed below, has Mattel proven by a preponderance of the evidence that the item was "conceived or reduced to practice" — that is, created — by Carter Bryant, alone or jointly with others, during the period in which he was employed by Mattel (January 4, 1999, to October 19, 2000)?

| Yes | No | |
|---|---|---|
| X | ☐ | TX 3-1, 779, 780, 1-1, 2-1, 778 |
| X | ☐ | TX 3-2, 726, 727, 728, 1-4, 2-5 |
| X | ☐ | TX 3-3, 1152-19, 1152-20, 11838, 15182, 1-6, 2-10, 5-104, 10544 |
| X | ☐ | TX 3-5, 791, 1-8, 2-2 |
| X | ☐ | TX 3-6, 11837, 15184, 1-7, 2-8, 743, 744, 5-107, 1152-17, 1152-18, 10547 |
| X | ☐ | TX 3-8, 789, 1-11, 2-9, 734, 5-106, 10546 |
| X | ☐ | TX 3-9, 788, 1-10, 2-6, 746, 5-103, 10543 |
| X | ☐ | TX 3-10, 735, 736 |
| X | ☐ | TX 3-12, 792, 1-3, 2-7, 5-102, 10542 |
| X | ☐ | TX 3-13, 793, 1-5, 2-3, 10-3 |
| X | ☐ | TX 5-79, 1-9, 2-4, 737, 10545, 5-105 |
| X | ☐ | TX 1-2 |
| X | ☐ | TX 3-11 |
| X | ☐ | TX 5-26, 712 |
| X | ☐ | TX 5-27, 713 |
| X | ☐ | TX 5-81, 720 |
| X | ☐ | TX 5-82, 715 |
| X | ☐ | TX 5-83, 723 |
| X | ☐ | TX 3-4, 5-84, 716, 717 |
| X | ☐ | TX 3-7, 5-85, 718, 719, 10-2, 63-1 |
| X | ☐ | TX 5-80, 721, 722, 5-86 |
| X | ☐ | TX 5-87, 5-108, 724, 725 |
| X | ☐ | TX 5-34 |

3.     For each of the items listed below, has Mattel proven by a preponderance of the evidence that the item was "conceived or reduced to practice" — that is, created — by Carter Bryant, alone or jointly with others, during the period in which he was employed by Mattel (January 4, 1999, to October 19, 2000)?

| Yes | No | |
|-----|-----|---|
| ☒ | ☐ | TX 5-89, 35-2, 323-32, 323-33 |
| ☒ | ☐ | TX 1107, 10638 |
| ☒ | ☐ | TX 1108, 10639 |
| ☒ | ☐ | TX 1109, 771 |
| ☒ | ☐ | TX 1110, 773 |
| ☒ | ☐ | TX 5-14, 10515 |
| ☒ | ☐ | TX 5-18, 10518 |
| ☒ | ☐ | TX 5-19, 10519 |
| ☒ | ☐ | TX 5-28, 10526 |
| ☒ | ☐ | TX 5-30 |
| ☒ | ☐ | TX 5-95 |
| ☒ | ☐ | TX 5-96 |
| ☒ | ☐ | TX 5-99 |
| ☒ | ☐ | TX 323-18 |
| ☒ | ☐ | TX 323-19 |
| ☒ | ☐ | TX 323-26 |

EXHIBIT  2
PAGE  24

1    4.    For each of the items listed below, has Mattel proven by a
2  preponderance of the evidence that the item was "conceived or reduced to practice"
3  — that is, created — by Carter Bryant, alone or jointly with others, during the
4  period in which he was employed by Mattel (January 4, 1999, to October 19, 2000)?
5
6                    **Trial Exhibit No.**                    YES        NO
7        The Three Dimensional Item Presented at Pitch         X       _____
8                         Meeting
9
10                    Trial Exhibit 1136                       X       _____
11
12                          **Timing of Ideas**
13
14    5.    Has Mattel proven by a preponderance of the evidence that Carter
15  Bryant conceived the "Bratz" characters while employed by Mattel?
16        Yes    X
17        No    _____
18
19
20    6.    Has Mattel proven by a preponderance of the evidence that Carter
21  Bryant conceived the name "Bratz" while employed by Mattel?
22        Yes    X
23        No    _____
24
25
26
27
28

07209/2554627.7                                    -5-          Case No. CV 04-9049 SGL (RNBx)
                                                    FINAL PROPOSED VERDICT FORM FOR PHASE 1A

EXHIBIT _2_
PAGE _27_

1      **Intentional Interference with Contractual Relations**

2      7.    Is MGA Entertainment, Inc. ("MGA") liable to Mattel for intentional

3 interference with contractual relations?

4        Yes    X

5        No    ____

6

7      8.    Is Isaac Larian liable to Mattel for intentional interference with

8 contractual relations?

9        Yes    X

10        No    ____

11

12      **Aiding and Abetting Breach of Fiduciary Duty**

13      9.    Is MGA liable to Mattel for aiding and abetting breach of fiduciary

14 duty?

15        Yes    X

16        No    ____

17

18      10.    Is Isaac Larian liable to Mattel for aiding and abetting breach of

19 fiduciary duty?

20        Yes    X

21        No    ____

22

23      **Aiding and Abetting Breach of the Duty of Loyalty**

24      11.    Is MGA liable to Mattel for aiding and abetting breach of the duty of

25 loyalty?

26        Yes    X

27        No    ____

28

EXHIBIT 2
PAGE 28

1      12.    Is Isaac Larian liable to Mattel for aiding and abetting breach of the

2   duty of loyalty?

3              Yes    _X_

4              No     ___

5

6                              **Conversion**

7      13.    Is MGA liable to Mattel for conversion?

8              Yes    _X_

9              No     ___

10

11     14.    Is Isaac Larian liable to Mattel for conversion?

12             Yes    _X_

13             No     ___

14

15     15.    Is MGA Entertainment (HK) Limited liable to Mattel for conversion?

16             Yes    _X_

17             No     ___

18

19

20         Once this verdict form is completed, the foreperson of the jury should sign

21   and date on the lines below.

22   DATED: _July 17_____, 2008

23

24

25                                        _____
                                          Presiding Juror

26

27

28

EXHIBIT __2__
PAGE __29__

# EXHIBIT 3



CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 3
PAGE 30

M 0914654
EX 12286-0001

# EXHIBIT 4



EXHIBIT 4

PAGE 31

EX 14623-0001

# EXHIBIT 5



TOP OF HEAD

ROOTING LINE / SEPERATION LINE

ACTUAL PROPORTION

ACTUAL SIZE
10"

SL00044

EXHIBIT 5
PAGE 32

EX 323-0032

# EXHIBIT 6

*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DOLL SCULPT DRAWING** registered under number **VAu 960-439.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DOLL SCULPT DRAWING** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VAu 960-439.**

**THIS IS TO CERTIFY FURTHER**, that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT __ 6 __
PAGE __ 33 __

M 0920275

EX 13889-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 960-439

**Effective date of registration:**

May 15, 2008

## Title

**Title of Work:** Doll Sculpt Drawing

**Nature of Work:** Drawing

## Completion/Publication

**Year of Completion:** 2000

## Author

**■ Author:** Carter Bryant

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1968

**Anonymous:** No                     **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mattel, Inc.

333 Continental Blvd. M1-1220, El Segundo, CA, 90245-5012

**Transfer Statement:** Assignment.

## Certification

**Name:** Robert D. Walsh, authorized agent of Mattel, Inc.

**Date:** May 14, 2008

Page 1 of 1

EXHIBIT ___U___
PAGE ___34___

M 0920276

EX 13889-0002

1PN#:

Registration #:    VAU000960439

Service Request #:   1-62541022

Mattel, Inc.
Robert D. Walsh
333 Continental Blvd M1-1220
El Segundo, CA 90245-5012

EXHIBIT ___6___
PAGE ___35___

M 0920277

EX 13889-0003