

TOP OF HEAD

ROOTING LINE/SEPERATION LINE

ACTUAL PROPORTION

ACTUAL SIZE
10"

EXHIBIT ___6___
PAGE ___36___

M 0920278

EX 13889-0004

S.H.

LC COPYRIGHT

0 025 479 379 9

H62541022

DCSU-UNPUB.

Doll Sculpt Drawing

EXHIBIT ____6____

PAGE ___37___

M 0920279

EX 13889-0005



EXHIBIT 7
PAGE 38

EX 14629-0001

# EXHIBIT 8

EXHIBIT
PAGE ___



# EXHIBIT 9



ATTORNEY'S EYES
ONLY

BRYANT 00214

EXHIBIT ___9___
PAGE ___40___

EX 5-0074

# EXHIBIT 10

*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF HEADS** registered under number **VAu 715-273**. This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DRAWING OF HEADS** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VAu 715-273**.

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certifications Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT **10**
PAGE **41**

M 0920270



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG **VAu 715 – 273**



EFFECTIVE DATE OF REGISTRATION

**OCT 3 0 2006**
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**   Title of This Work ▼         NATURE OF THIS WORK ▼ See instructions
drawing of heads                     drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**   NAME OF AUTHOR ▼         DATES OF BIRTH AND DEATH
**a**  Carter Bryant             Year Born ▼   Year Died ▼
                                  1968

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ USA
    Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b**  Name of Author ▼         Dates of Birth and Death
                                 Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
    Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**   **a** Year in Which Creation of This Work Was Completed
1999
This information must be given   Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ___ Day ___ Year ___
Nation

---

**4**   COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245 - 5012

APPLICATION RECEIVED
**OCT 3 0 2006**
ONE DEPOSIT RECEIVED

TWO **OCT 3 0 2006**

FUNDS RECEIVED

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

07209/1985444.1

M 0920271

EX 13888-0002

10
42

| EXAMINED BY | STJ | FORM VA |
| CHECKED BY | | |
| CORRESPONDENCE ☑ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Robert D. Walsh
Mattel, Inc. M1-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

b

Area code and daytime telephone number  ( 310 ) 252-6650        Fax number   ( 310 )252-4991
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Mattel, Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert D. Walsh                Date  October 27, 2006

Handwritten signature (X) ▼
X _____ Robert D. Walsh

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Robert D. Walsh  Mattel, Inc.  M1 -1220 | • Complete all necessary spaces • Sign your application in space 8 |
| | **Number/Street/Apt** ▼ 333 Continental Blvd. | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. ___ material |
| | **City/State/ZIP** ▼ El Segundo, CA 90245 -5012 | Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006    Print: 07/2006—30,000   Printed on recycled paper        U.S. Government Printing Office: 2004-320-958/60,126

EXHIBIT  10
PAGE  43

M 0920272

EX 13888-0003

VAu 715 – 273

drawing of heads

OCT 3 0 2006

EXHIBIT 10
PAGE 44

M 0920273

EX 13888-0004



FACES

SAME HEAD BUT
DIFF FACE PAINT

— NOT ACTUAL SIZE —

EXHIBIT 10
PAGE 45

M 0920274

EX 13888-0005

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-319

**Effective date of registration:**

July 25, 2008

## Title

| | |
|---|---|
| Title of Work: | Drawings of Heads |
| Nature of Work: | Drawings |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1999 |

## Author

| | |
|---|---|
| Author: | Carter Bryant |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United States |
| Year Born: | 1968 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Mattel, Inc , |
| | 333 Continental Blvd , El Segundo, CA, 90245-5012 |
| Transfer Statement: | by assignment |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | Yes |
| Previous registration and year: | VAu 715-273    2006 |
| Basis of current registration: | This is a changed version of the work |
| New material included in claim: | Additional artistic work |

## Certification

| | |
|---|---|
| Name: | Robert D  Walsh |
| Date: | July 24, 2008 |

EXHIBIT 10
PAGE 46

M 0920492

EX 13898-0001

**Correspondence:** Yes

EXHIBIT 10
PAGE 47

M 0920493

EX 13898-0002

IPN#:

Registration #:   VAU000964319

Service Request #:   1-81192502

Mattel, Inc  MI-1220
Robert D  Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT ___10___
PAGE ___48___

M 0920494

EX 13898-0003



Jade

Lupe

Zoe

Maysay

ATTORNEY'S EYES ONLY

BRYANT 00192

EX 5-0052

EXHIBIT 10
PAGE 49

M 0920495

EX 13898-0004



ATTORNEY'S EYES
ONLY

BRYANT 00214

EX 5-0074

EXHIBIT 10
PAGE 50

M 0920496

EX 13898-0005



ATTORNEY'S EYES
ONLY

BRYANT 00215

EX 5-0075

EXHIBIT 10
PAGE 51

M 0920497

EX 13898-0006



ATTORNEY'S EYES ONLY

BRYANT 00300

EX 5-0111

EXHIBIT 10
PAGE 52

M 0920498

EX 13898-0007



ATTORNEY'S EYES
ONLY

BRYANT 00301

EX 5-0112

EXHIBIT 10
PAGE 53

M 0920499

EX 13898-0008



ATTORNEY'S EYES
ONLY

BRYANT 00302

EX 5-0113

EXHIBIT   10
PAGE   54

M 0920500

EX 13898-0009



ATTORNEY'S EYES ONLY

BRYANT 00303

EX 5-0114

EXHIBIT 10
PAGE 55

M 0920501

EX 13898-0010