JADE

LYPÉ

ZOC

NAYDAY

ATTORNEY'S EYES ONLY

BRYANT 00192

EXHIBIT

62

12/31/04   KKB

EX 62-0001

EXHIBIT 10
PAGE 56

M 0920502

EX 13898-0011



ATTORNEY'S EYES
ONLY

BRYANT 00214

EX 62-0011

EXHIBIT 10
PAGE 57

M 0920503

EX 13898-0012



ATTORNEY'S EYES
ONLY

BRYANT 00215

EX 62-0012

EXHIBIT 10
PAGE 58

M 0920504

EX 13898-0013



ATTORNEY'S EYES ONLY

BRYANT 00301

EX 62-0013

EXHIBIT 10
PAGE 59

M 0920505

EX 13898-0014



BRYANT 01003

CONFIDENTIAL
ATTORNEYS EYES
ONLY

EX 62-0014

EXHIBIT 10
PAGE 60

M 0920506

EX 13898-0015



CONFIDENTIAL

BRYANT 01243

EX 62-0015

EXHIBIT ___10___
PAGE ___61___

M 0920507

EX 13898-0016



ATTORNEY'S EYES
ONLY

BRYANT 00192

EX 624-0001



M 0920508

EX 13898-0017



ATTORNEY'S EYES
ONLY

BRYANT 00300



DEPOSITION
EXHIBIT
708
Bryant J. 4-25-07

TRIAL EXHIBIT 00708-001

EXHIBIT 10
PAGE 63

M 0920509

EX 13898-0018



EX 1152-0001

EXHIBIT  10
PAGE  64

M 0920510

EX 13898-0019



CONFIDENTIAL

BRYANT 01243



2½" APPX

ACTUAL SIZE

LUPE

—LUPE—

SCULPTURAL
DRAWINGS;
HEADS

9/14/99



2½"
APPX

ACTUAL
SIZE

ZOE

—ZOE—

CONFIDENTIAL        Attorney's Eyes Only        BRYANT 01276



DEPOSITION
EXHIBIT

EX 1328-0001

EXHIBIT ___10___
PAGE ___66___

M 0920512

EX 13898-0021

CONFIDENTIAL          Attorney's Eyes Only          BRYANT 01976

EXHIBIT 10
PAGE 67

EX 1328-0002

M 0920513

EX 13898-0022



ATTORNEY'S EYES ONLY

BRYANT 00214

EX 10537-0001

M 0920514

EXHIBIT 10
PAGE 68

EX 13898-0023



ATTORNEY'S EYES
ONLY

BRYANT 00215

EX 10538-0001

EXHIBIT 10
PAGE 69

M 0920515

EX 13898-0024

CONFIDENTIAL

BRYANT 01243

EX 10613-0001

EXHIBIT 10
PAGE 70

M 0920516

EX 13898-0025



ATTORNEY'S EYES ONLY

BRYANT 00214

TRIAL EXHIBIT 15180-001

EXHIBIT 10
PAGE 71

M 0920517

EX 13898-0026



ATTORNEY'S EYES
ONLY

BRYANT 00215

TRIAL EXHIBIT 15181-001

EXHIBIT 10
PAGE 72

M 0920518

EX 13898-0027

# EXHIBIT 11



EXHIBIT 11
PAGE 13

TRIAL EXHIBIT 17730-001

# EXHIBIT 12



DEPOSITION
EXHIBIT
778
Bryant J
1-25-07
PENGAD 800-631-6989

7/12/2006
IMG_1359.JPG

EXHIBIT 12
PAGE 14

TRIAL EXHIBIT 00778-001

# EXHIBIT 13

*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **GROUP DRAWING OF DOLLS** registered under number **VA 1-378-650.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **GROUP DRAWING OF DOLLS** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VA 1-378-650**.

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C.

EXHIBIT __13__
PAGE __15__

M 0920205

EX 13875-0001