

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

REGIS **VA 1-378-650**

EFFECTIVE DATE OF REGISTRATION

| 10 | 30 | a |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
group drawing of dolls

**NATURE OF THIS WORK ▼ See instructions**
drawing

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**
Carter Bryant

**DATES OF BIRTH AND DEATH**
Year Born ▼   1968   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____ USA
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**   2000
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
* approx.
Month 12   Day 12   Year 2001
Early 2001, USA   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245 - 5012

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED **OCT 3 0 2006**
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED **OCT 3 0 2006**
FUNDS RECEIVED

*See instructions before completing this space*
DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.   · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

07209/1985444.1

EXHIBIT 13
PAGE 74

M 0920206

EX 13875-0002

* Amended by CO authority Robert Walsh, authorized agent of claimant.  Fax on 11/3/06.

EXAMINED BY  STI

CHECKED BY

CORRESPONDENCE
☑ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**5**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**6**

a

b

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

a

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼        **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

b

Area code and daytime telephone number  ( 310 ) 252-6650        Fax number  ( 310 ) 252-4991

Email

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Mattel, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert D. Walsh        Date  October 27, 2006

Handwritten signature (X) ▼
X  Robert D. Walsh

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Robert D. Walsh  Mattel, Inc. MI-1220

Number/Street/Apt ▼
333 Continental Blvd.

City/State/ZIP ▼
El Segundo, CA 90245 - 5012

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Print: 07/2006 — 30,000   Printed on recycled paper        U.S. Government Printing Office: 2006-320-954/60,126

07209/1985447.1

M 0920207

EXHIBIT  13
PAGE  77

EX 13875-0003

Group drawin of dolll



LC COPYRIGHT

0 011 103 381 A

EXHIBIT 13
PAGE 78

M 0920208

EX 13875-0004



M 0920209

EX 13875-0005

EXHIBIT 13
PAGE 79

# EXHIBIT 14



EXHIBIT 14
PAGE 80

# EXHIBIT 15



8/1998

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

M 0001490

EXHIBIT 15
PAGE 81

# EXHIBIT 16



Exhibit 1109
Garcia
10/10/07  Pgs  1
J'ana Siegers, CSR 10845

EXHIBIT 14
PAGE 82

EX 1109-0001

# EXHIBIT 17



EXHIBIT __17__
PAGE __83__

# EXHIBIT 18



Exhibit 1110
Garcia
10/10/07 Pgs 1
J'ana Siegers, CSR 10845

EXHIBIT 18
PAGE 84

EX 1110-0001

# EXHIBIT 19



EXHIBIT 19
PAGE 85

# EXHIBIT 21



Exhibit 1107
Garcia
10, 10 /07  Pgs  1
J'ana Siegers, CSR 10845

EXHIBIT 21
PAGE 87

EX 1107-0001

# EXHIBIT 22



EXHIBIT 22
PAGE 88

EX 504-0001

# EXHIBIT 23



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment

Isaac Larian, CEO

M 0001499

EXHIBIT 23
PAGE 89

EX 10-0012

# EXHIBIT 24



EXHIBIT 24
PAGE 90

EX 1108-0001

# EXHIBIT 25



EXHIBIT 25
PAGE 91

# EXHIBIT 26



EX 14062-0001

EXHIBIT 24
PAGE 92

# EXHIBIT 27