

EXHIBIT 27
PAGE 93

EX 14628-0001

# EXHIBIT 28



EXHIBIT 28
PAGE 96

# EXHIBIT 29



EXHIBIT 39
PAGE 95

EX 14036-0001

# EXHIBIT 30

EXHIBIT 30
PAGE 96

EX 14624-0001

# EXHIBIT 31



EXHIBIT 31
PAGE 97

EX 14416-0001

# EXHIBIT 32



EXHIBIT 32
PAGE 98

# EXHIBIT 33



EX 14627-0001

EXHIBIT
PAGE

# EXHIBIT 34



EX 14061-0001

EXHIBIT 34
PAGE 100

# EXHIBIT 35



EXHIBIT 35
PAGE 101

TRIAL EXHIBIT 17728-001

# EXHIBIT 36



EXHIBIT 36
PAGE 102

EX 14626-0001

# EXHIBIT 37



EXHIBIT 37
PAGE 103

TRIAL EXHIBIT 17571-001

# EXHIBIT 38



EXHIBIT 38
PAGE 104

TRIAL EXHIBIT 17580-001

# EXHIBIT 39



EXHIBIT 39
PAGE 105

# EXHIBIT 40



EXHIBIT 40
PAGE 104

TRIAL EXHIBIT 17581-001

# EXHIBIT 41



Now she has a whole new look for nighttime fun with the rest of the Bratz gang!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006457

EXHIBIT 41
PAGE 107

EX 302-0005

# EXHIBIT 42