DEPOSITION
EXHIBIT
725
Bryant J    9-25-07

PENGAD 800-631-6989

EXHIBIT 42
PAGE 108

EX 725-0001

# EXHIBIT 43

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-308

**Effective date of registration:**

July 25, 2008

## Title

| | |
|---|---|
| Title of Work: | Bryant Drawings B |
| Nature of Work: | Drawings |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2000 |

## Author

| | |
|---|---|
| Author: | Carter Bryant |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United States |
| Year Born: | 1968 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Mattel, Inc. |
| | 333 Continental Blvd , El Segundo, CA, 90245-5012 |
| Transfer Statement: | By assignment |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | No |

## Certification

| | |
|---|---|
| Name: | Robert D Walsh |
| Date: | July 24, 2008 |

| | |
|---|---|
| Correspondence: | Yes |

Page 1 of 1

EXHIBIT 43
PAGE 109

M 0920380

EX 13892-0001

IPN#:

**Registration #:** VAU000964308

**Service Request #:** 1-81192313

Mattel, Inc. MI-1220
Robert D. Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT 43
PAGE 110

**M 0920381**

EX 13892-0002





CONFIDENTIAL

Attorney's Eyes Only

BRYANT 02775

EX 771-0001

EXHIBIT 43
PAGE III

M 0920382

EX 13892-0003



DEPOSITION
EXHIBIT
773

EX 773-0001

M 0920383

EX 13892-0004

EXHIBIT 43
PAGE 112



EXHIBIT 43
PAGE 113

EX 773-0002

M 0920384

EX 13892-0005



EXHIBIT 43
PAGE 114

EX 1107-0001

M 0920385

EX 13892-0006



EX 1108-0001

M 0920386

EX 13892-0007

EXHIBIT 43
PAGE 115



EXHIBIT 43
PAGE 116

EX 1109-0001

M 0920387

EX 13892-0008



EXHIBIT 43
PAGE 17

EX 1110-0001

M 0920388

EX 13892-0009



CONFIDENTIAL

Attorney's Eyes Only    BRYANT 02774

EX 10638-0001

EXHIBIT 43
PAGE 113

M 0920389

EX 13892-0010



CONFIDENTIAL          Attorney's Eyes Only          BRYANT 02776

EX 10639-0001

EXHIBIT 43
PAGE 119

M 0920390

EX 13892-0011

# EXHIBIT 44

*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF DOLL NO. 2** registered under number **VA 1-378-649.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DRAWING OF DOLL NO. 2** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VA 1-378-649**.

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT 44
PAGE 120

M 0920200

EX 13874-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1 – 378 – 649

| 10 | 3O | 06 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

drawing of Doll No. 2

NATURE OF THIS WORK ▼ See Instructions

drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼

Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼
1968

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____ USA
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map             ☐ Technical drawing
☑ 2-Dimensional artwork        ☐ Photograph      ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map             ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph      ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**3**

**a**

Year in Which Creation of This Work Was Completed
2000
This information must be given in all cases.

**b**

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 2   Day 12 *approx.   Year 2001
Early 2001, USA
Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245 - 5012

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

APPLICATION RECEIVED
OCT 3 0 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 3 0 2006
FUNDS RECEIVED

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

07209/1985444.1

EXHIBIT 44
PAGE 121

M 0920201

EX 13874-C002

\* Amended by CD authority Robert Walsh, authorized agent of claimant. Fax on 11/3/06.

| EXAMINED BY | 571 | FORM VA |
| CHECKED BY | | |
| CORRESPONDENCE ☑ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

**b**

Area code and daytime telephone number ( 310 ) 252-6650          Fax number ( 310 ) 252-4991

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Mattel, Inc.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert D. Walsh          Date October 27, 2006

Handwritten signature (X) ▼

X _Robert D. Walsh_

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Robert D. Walsh Mattel, Inc. MI -1220 |
| | **Number/Street/Apt** ▼ 333 Continental Blvd. |
| | **City/State/Zip** ▼ El Segundo, CA 90245 -5012 |

**9**

* Complete all necessary spaces
* Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA          Printed on recycled paper          U.S. Government Printing Office 2004-326 966/60,138

EXHIBIT 44
PAGE 122

M 0920202

EX 13874-0003

drawing of Don no. 2

VA 1-378-649


0 011 103 382 1

EXHIBIT 44
PAGE 123

**M 0920203**



EXHIBIT 44
PAGE 124

M 0920204

EX 13874-0005

# EXHIBIT 45

EXHIBIT 45
PAGE 125

EX 1136-0001