1       Mattel will show that the similarities between Bryant's drawings and
2   sculpts, on the one hand, and the dolls, on the other hand, are apparent upon first
3   glance.  The faces are substantially the same, the proportions are virtually identical,
4   the attitude projected is the same, and the clothes and the shoes are markedly
5   similar.  These similarities are pervasive.

6              (i)      The Bratz line of products constitutes defendants'
7   reproduction and creation of derivative works from and infringement of the
8   exclusive rights of Mattel in its protected works, including drawings and sculpts
9   created by Bryant while a Mattel employee.  Mattel never authorized the use of its
10  protected works in this manner.  The Bratz line of products includes numerous lines
11  of dolls, each of which have subproducts within them.  The Bratz doll lines include
12  but are not limited to the following dolls: Sasha, Jade, Yasmin, Chloe, Phoebe,
13  Meygan, Alicia, Twins, Kumi, Felicia, Dana, Lana, Nevra, Sharidan, Fianna,
14  Vanessa, Maribel, Lilee, Roxxi, Sorya and Sienna.

15             (ii)     The Bratz line of products is substantially similar to and
16  derivative of the drawings and sculpts made by Bryant while employed by and
17  under contractual obligations to Mattel.  The two-dimensional art work and sculpts
18  were copied by Bryant, Larian, MGA, and MGA HK into the three dimensional
19  dolls that became known as the Bratz product line.

20

21  **C.      Defendants' Infringement Or Substantial Contributions To Infringement**
22          **Of Mattel's Copyrighted Works Without Mattel's Consent**

23         1.     Mattel hereby incorporates the facts stated above by reference.
24  The infringement of Mattel's copyrighted works is and has been made without
25  Mattel's consent by each of defendants MGA, MGA HK, and Larian.  Mattel will
26  show through financial statements and accounting records, and through expert
27  testimony regarding copyright damages, that Defendants have profited substantially,
28  using Mattel's copyrighted materials for commercial purposes and for their direct

1  financial benefit. Mattel will show that Larian and MGA have failed to exercise

2  their right and ability to supervise the infringing activities of others within their

3  control to refrain from infringing Mattel's copyrighted works and have failed to do

4  so in order to further their significant financial interest in the infringement of

5  Mattel's copyrighted works. Mattel will also show that Larian and MGA HK knew

6  of the infringing activity of MGA, and intentionally and materially contributed to

7  MGA's infringing activity. Accordingly, Larian and MGA have engaged in direct,

8  contributory and vicarious infringement of Mattel's copyrighted works. This

9  infringement has been willful.

10       2.     From the time Bryant was induced to breach his contracts with

11  Mattel, Larian and MGA have intentionally caused the further infringement of

12  Mattel's copyrighted works. The facts and evidence that will support the showing

13  by Mattel set forth in relation to Mattel's claim for interference with contract above

14  are hereby incorporated by reference.

15

16  **D.    Isaac Larian Is Vicariously Liable For Copyright Infringement.**

17       Mattel restates and hereby incorporates by reference the facts and

18  evidence set forth above in relation to Mattel's copyright claim. Isaac Larian is

19  vicariously liable for MGA's copyright infringement because he profited directly

20  from MGA's infringement of Mattel's copyrights; he had the right and ability to

21  supervise/control the infringing activity of MGA; and he failed to stop the

22  infringement.

23       **1.     Mr. Larian profited directly from the infringing activity of**

24  **MGA.**

25       Bratz has been a very successful product for MGA, and Isaac Larian, as

26  CEO and owner of MGA, has directly profited from its sales. In 1999, Mr. Larian

27  purportedly listed his income on his tax returns as $466,895. By 2002 -- the year

28  after Bratz was released -- his reported income had sky-rocketed to nearly $34

1 | million. MGA and Larian have claimed in this litigation that Mr. Larian's current
2 | personal net assets are approximately $1.9 billion. The vast majority of Mr. Larian's
3 | wealth stems from the sales of Bratz.

4 |         **2.     Mr. Larian had the right and ability to supervise/control the**
5 | **infringing activity of MGA.**

6 |         Mr. Larian supervised and/or controlled the creation and development
7 | of the Bratz line, as well as the ongoing production, sales, and marketing of Bratz.
8 | Mr. Larian met with Carter Bryant at least as early as early September 2000 and
9 | made the decision to manufacture the Bratz dolls based on drawings shown to him at
10 | the meeting. Mr. Larian admitted in the case <u>Art Attacks Ink, LLC v. MGA</u>
11 | <u>Entertainment, Inc.</u> that he is the person at MGA who determines what new products
12 | MGA will manufacture. He also admitted that he was "hands-on" with many
13 | aspects of Bratz development, including, *inter alia*, setting shipping dates,
14 | determining doll names, determining what items to sell with the dolls, and
15 | advertising the Bratz line. Mr. Larian stated in an affidavit in the case <u>MGA</u>
16 | <u>Entertainment, Inc. and Thomas Christopher Joseph Metson</u>: "I established the
17 | Claimant [MGA] and was the inspiration behind the BRATZ dolls. I have been the
18 | main driving force behind the success of the Claimant [MGA]."

19 |         **3.     Mr. Larian failed to exercise that right and ability.**

20 |         While Mr. Larian was in a supervisory and/or controlling position at
21 | MGA, he failed to take any action to stop MGA from infringing intellectual property
22 | that belonged to Mattel. Instead, he actively participated in developing the Bratz
23 | line of dolls.

24 | **E.     Isaac Larian and MGA HK are Contributorily Liable for Copyright**
25 | **Infringement.**

26 |         Mattel restates and hereby incorporates by reference the facts and
27 | evidence set forth above in relation to Mattel's copyright claim and Mattel's
28 | vicarious liability claim. Isaac Larian, and MGA HK are contributorily liable for

1 │ MGA's copyright infringement because each of them knew or had reason to know of
2 │ MGA's infringing activity, and each also intentionally materially contributed to
3 │ MGA's infringing activity.

4 │ **1.    Mr. Larian and/or MGA HK knew or had reason to know of**
5 │ **the infringing activity of MGA.**

6 │ Isaac Larian and MGA HK knew or had reason to know that MGA was
7 │ infringing Mattel's ownership rights in the Bratz drawings, and that Carter Bryant
8 │ created and worked on Bratz while employed by Mattel. Mr. Larian knew that Mr.
9 │ Bryant was employed by Mattel when Mr. Bryant pitched his idea for Bratz to
10 │ MGA; when Mr. Bryant's employment agreement with MGA was created; when Mr.
11 │ Bryant was set up as a vendor at MGA; when Mr. Bryant began receiving payments
12 │ and reimbursements for expenses from MGA; and when Mr. Bryant began
13 │ developing the Bratz line. Former MGA employee Rachel Harris testified that she
14 │ and others knew by October 2000 that Mr. Bryant was a Mattel employee and that it
15 │ would be "bad" for Mr. Bryant if Mattel learned he was presenting drawings to
16 │ MGA while still employed by Mattel.

17 │ Mr. Bryant and Mr. Larian therefore tried to hide the fact that Bryant
18 │ created and worked on Bratz while an employee of Mattel. For example, Mr.
19 │ Bryant wrote to counsel at MGA while he was still employed by Mattel and
20 │ enclosed his Mattel employment agreement. In asking for advice regarding that
21 │ agreement, Mr. Bryant stated: "I am unable to look into this too much further with
22 │ our Human Resources director without risking suspicion ..."

23 │ MGA's records also affirm that MGA took steps to conceal the fact that
24 │ Mr. Bryant worked for Mattel during the time Bratz was being developed: in a list of
25 │ former Mattel employees then working at MGA, under Bryant's name, both the end
26 │ date at Mattel and the start date at MGA are denoted: "don't ask." Further, in an e-
27 │ mail an MGA employee sent to Mr. Larian in February 2003 regarding asking

28 │

1  someone associated with Bratz to sign the packaging, she wrote: "Signed by....?????
2  I know we want to keep Carter under wraps."

3        Like Mr. Larian and Mr. Bryant, MGA HK also knew or had reason to
4  know that Bratz rightly belonged to Mattel. When MGA and MGA Hong Kong
5  sought to enforce MGA's copyrights in the courts of Hong Kong, the former
6  director of MGA Hong Kong swore in an affirmation that Mr. Bryant created 17
7  drawings as the "initial concept and design drawings of the Bratz dolls" "in the year
8  2000 pursuant to the [Bryant-MGA] Agreement."

9        **2.    Mr. Bryant, Mr. Larian and/or MGA HK intentionally**
10  **materially contributed to MGA's infringing activity.**

11        Isaac Larian, and MGA HK all intentionally materially contributed to
12  MGA's infringement of the Bratz drawings. Carter Bryant contributed by creating
13  Bratz, taking the Bratz project to Mattel's competitor (MGA), and working on the
14  Bratz line -- all while still employed by Mattel. Mr. Larian similarly contributed to
15  the infringing activity by (as described in more detail in Section D2, *supra*) actively
16  participating in bringing the Bratz project to MGA and leading the development of
17  it. Additionally, MGA (under Mr. Larian's control) paid Mr. Bryant for his Bratz
18  expenses, among other things. MGA also had Mr. Bryant sign an agreement with
19  MGA while Mr. Bryant was a Mattel employee, which purported to require Mr.
20  Bryant to work on Bratz on a "top priority" basis.

21        MGA HK materially contributed to MGA's infringing activity by
22  manufacturing the first Bratz dolls.

23
24
25
26
27
28

072609/2474226.14

1        The foregoing admissions having been made by the parties, and the

2  parties having specified the foregoing issues of fact and law remaining to be

3  litigated, this Pretrial Conference Order shall supersede the pleadings as they relate

4  to claims or defenses to be tried in Phase 1 and govern the course of the trial of the

5  Phase 1 claims and defense, unless modified to prevent manifest injustice.

6

7  DATED: May    , 2008

8

9

10                            HON. STEPHEN LARSON

11  Approved as to form by:

12  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

13

14   By /s/ John B. Quinn

15      John B. Quinn, Esq.
       Attorneys for Mattel, Inc.

16

17

18  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

19

20

21   By

22      Thomas J. Nolan, Esq.
       Attorneys for MGA Entertainment, Inc.

23

24

25

26

27

28

# EXHIBIT 13

LARRY W. MCFARLAND (State Bar No. 129668)
DAVID K. CAPLAN (State Bar No. 181174)
ELLIE SCHWIMMER (State Bar No. 221522)
KEATS MCFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Tel: (310) 248-3830
Fax: (310) 860-0363

Attorneys for Plaintiff
MGA ENTERTAINMENT, INC.

FILED
CLERK. U.S. DISTRICT COURT

APR 1 2 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CV 04- 2524 CBM (CWx)

MGA ENTERTAINMENT, INC.,

UNDER SEAL

        Plaintiff,

    v.

MULTITOY, INC., YUAN-LAN LIU,
an individual, JEFF WU, an individual
and dba IMC TOYS, ALL TOYS
IMPORTS, INC., SUSAN LIU, an
individual, TOYSDIVISION, INC.,
TOM LIU, an individual, and DOES 1-
20,

        Defendants.

Civil Action No.:

COMPLAINT FOR:

1. FEDERAL COPYRIGHT
   INFRINGEMENT (17 U.S.C. §§ 501
   et seq.);
2. FEDERAL TRADEMARK
   COUNTERFEITING (15 U.S.C.
   § 1114);
3. FALSE DESIGNATION OF ORIGIN
   AND FALSE DESCRIPTION (15
   U.S.C. § 1125(a));
4. TRADE DRESS INFRINGEMENT-
   PRODUCT PACKAGING (15 U.S.C.
   §§ 1125 et seq.);
5. TRADE DRESS INFRINGEMENT-
   PRODUCT CONFIGURATION
   (15 U.S.C. §§ 1125 et seq.);
6. STATE STATUTORY UNFAIR
   COMPETITION;
7. STATE COMMON LAW
   TRADEMARK INFRINGEMENT
   AND UNFAIR COMPETITION; and
8. CONSTRUCTIVE FRAUD

DOCKETED ON CM

APR 1 6 2004

BY                    019

I:\IP\10306\0000\pleadings\Complaint4 - downtown.doc

M 0078522

EXHIBIT   13
PAGE      85

EX 13738-0001

1  Plaintiff MGA Entertainment, Inc. ("Plaintiff") for its Complaint alleges and
2  avers as follows:

3  ## JURISDICTION AND VENUE

4  1.  This Court has jurisdiction over this matter pursuant to 17 U.S.C. § 501
5  et seq.; 15 U.S.C. § 1121; 28 U.S.C. § 1331, and § 1338(a) and (b); and 28 U.S.C. §
6  1367.  Venue in this district is proper pursuant to 28 U.S.C. § 1391 (b) and (c) and
7  § 1400(a).

8  ## PLAINTIFF AND ITS RIGHTS.

9  2.  Plaintiff MGA Entertainment, Inc. is a corporation organized pursuant to
10  the laws of the State of California, with its principal place of business in this judicial
11  district.  Plaintiff is a manufacturer and distributor of a wide variety of popular toys,
12  including dolls, plush animals and radio controlled vehicles.

13  3.  Plaintiff is the exclusive owner of all rights in and to the internationally
14  famous BRATZ characters, which include, but are not limited to, "Cloe," "Jade,"
15  "Sasha," "Yasmin," "Meygan," "Dana," "Fianna," "Nevra," "Cameron," "Dylan,"
16  "Eitan," "Koby," "Cade," "Ailani," "Nazalia," "Talia," "Zada," "Mikko," "Colin,"
17  "Deavon" and "Lakin" (including all of the different dolls and authorized versions of
18  these characters).  These characters are hereinafter referred to as the "BRATZ
19  Characters."  True and correct copies of exemplars of depictions of the BRATZ
20  Characters, in the form of selected pages from Plaintiff's copyrighted BRATZ Purse
21  Style Guide, are attached hereto as **Exhibit 1**.

22  4.  The BRATZ Characters, the associated images, accessories, designs, and
23  all other forms of intellectual property associated with the BRATZ Characters,
24  including the distinctive trapezoidal packaging therefor, are extremely valuable to
25  Plaintiff.

26  5.  In 2001, Plaintiff introduced a new line of fashion dolls known as the
27  "BRATZ" or, alternatively, the "BRATZPACK" which are three-dimensional
28  depictions of the BRATZ Characters (hereinafter the "BRATZ Dolls").  When first

I:\fh10306\00699\pleadings\Complaint - downtown.doc                    -1-

M 0078523

EXHIBIT  13
PAGE  86

EX 13738-0002

1  introduced, the BRATZ Dolls only included "Cloe," "Jade," "Sasha" and "Yasmin."

2  Dolls based on the additional characters listed in paragraph 3 have been introduced

3  since that time.

4      6.    Plaintiff's rights in and to the internationally famous BRATZ Characters

5  and the BRATZ Dolls include all intellectual and industrial property rights associated

6  therewith, including, without limitation, all copyrights, patents, trademarks, industrial

7  designs, trade secrets, contract and licensing rights, design rights, moral rights and

8  trade dress rights in and to the BRATZ Characters, the BRATZ Dolls and the BRATZ

9  Packaging Trade Dress (as defined in paragraph 54 below), consisting of the

10  distinctive packaging in which such dolls, playsets and accessories are sold, as well as

11  the BRATZ Product Configuration Trade Dress (as defined in paragraph 65 below), in

12  any country of the world (collectively referred to as the "BRATZ Property").

13      7.    Plaintiff has obtained numerous federal copyright registrations for the

14  BRATZ Characters and the BRATZ Dolls (the "BRATZ Copyrights"). Plaintiff has

15  complied with all applicable copyright laws. The BRATZ Copyrights are valid,

16  subsisting and in full force and effect. True and correct photocopies of representative

17  copyright registrations, including copyright registrations for Plaintiff's BRATZ Dolls,

18  are attached hereto as **Exhibit 2**.

19      8.    More than 50 million BRATZ Dolls have been sold to date on a

20  worldwide basis, of which over 35 million have been sold in the United States.  In

21  addition, more than 25 million packages of accessories for such BRATZ Dolls have

22  been sold worldwide, including over 15 million sold in the United States.

23      9.    For two consecutive years in 2001 and 2002, Plaintiff won the toy

24  industry's most prestigious award, the People's Choice Toy of the Year Award, for its

25  BRATZ Dolls.  In 2003, Plaintiff won the Toy Industry Association, Inc. ("TIA")

26  Property Toy of the Year Award, the TIA Girl Toy of the Year Award, the Family Fun

27  Toy of the Year, Toy Wishes Magazine Hot Dozen, MSNBC Hottest Toy of the Year

28  2003, MSN.com Top Holiday Toy 2003, NBC Today Show Toy Test Winner 2003,

1:\0109\00009\pleadings\Complaint - downtown.doc

M 0078524

EXHIBIT 13
PAGE 87

EX 13738-0003

# EXHIBIT 14

HCA 3856/2003

IN THE HIGH COURT OF THE
HONG KONG SPECIAL ADMINISTRATIVE REGION
COURT OF FIRST INSTANCE
CIVIL ACTION NO. 3856 OF 2003

BETWEEN

MGA ENTERTAINMENT INC.                                    Plaintiff

AND

UNI-FORTUNE TOYS INDUSTRIAL LIMITED          1ˢᵗ Defendant
FU WEI TOYS COMPANY LIMITED                         2ⁿᵈ Defendant

ANSWER TO REQUEST FOR FURTHER AND BETTER
PARTICULARS OF THE STATEMENT OF CLAIM

Under paragraph 3

1. Of the allegation that "The Plaintiff is and has at all material times, has been the owner of the copyright subsisting in original artistic works in respect of the Plaintiff's Bratz fashion dolls ("the said Artistic Works").

Particulars of Original Artistic Works

(a) 18 design drawings of various Bratz fashion dolls made between the years 1998 and 2000.
(b) Wax models of the head, body and shoes of the Bratz fashion dolls made between the year 2000 and 2001.
(c) Silicon rubber moulds not polyurethane samples made therefrom of the Bratz fashion dolls made between the years 2000 and 2001.
(d) 4 drawings of the facial decoration of the Bratz fashion dolls made between the years 2000 & 2001.
(e) 8 drawings 4 of which are pantone colour guides of the facial decorations of the Bratz fashion dolls made between the years of 2000 and 2001.

MGA 3886514
EX 13572-0001

EXHIBIT 14
PAGE 88

EX 13572-0001

(f) 4 hand painted deco-masters on 4 rubber head sculpts made between the
years 2000 and 2001.

Give full particulars of all facts and matters relied upon in support of the allegation
that the said artistic works relied upon by the Plaintiff are "original" including, in
particular, without prejudice to the generality of the foregoing, in relation to each such
drawings, model and sculpt.

(i) full particulars of each and every antecedent design, product, drawing or article
from which the same was derived, from which the same was developed and/or
which were referred to or otherwise used by the author of each allegedly original
drawing, model and sculpt.

(ii) full particulars of the part or parts of each of the allegedly original drawing, model
and sculpt relied on which were not present in the antecedent design(s), product(s),
drawing(s) and/or article(s) identified in the answer to (i) thereof.

## ANSWER

1(i).     As far as the Plaintiff is aware, there were no antecedent designs,
products, drawings or articles from which the artistic works referred to
in sub-paragraphs (a), (b) (c), (d), (e) and (f) of the Particulars of
Original Artistic were derived.   The author of the artistic works
pleaded in sub-paragraphs (b), (d), (e) and (f) of the Particulars of
Original Works referred to the drawings in sub-paragraph (a) of the
Particulars of Original Works.   The silicon rubber moulds in
sub-paragraph (c) were developed from the wax models in
sub-paragraph (b) of the Particulars of Original Works.   The
polyurethane samples in sub-paragraph (c) were developed from the
rubber moulds.

1(ii).    As the wax models and the silicon rubber moulds have been destroyed,
the Plaintiff cannot make any comparison between the wax models and
the silicon rubber moulds.   As far as the Plaintiff is aware, there was
no part in the wax models which was not present in the silicon rubber
moulds and there was no part in the silicon rubber moulds that was not
present in the polyurethane samples.

17-DEC-2003  16:13   FROM WILLIAM M.L. FAN          TO 0017188968771          P.83

MGA 3886515
EX 13572-0002



EXHIBIT __14__
PAGE __89__

EX 13572-0002



Dated this//ᵗʰday of December 2003.

William W. L. Fan & Co.
Solicitors for the Plaintiff

MGA  3886519

EX 13572-0006

EXHIBIT    14
PAGE       90

EX 13572-0006

HCA 3856 / 2003

IN THE HIGH COURT OF THE
HONG KONG SPECIAL ADMINISTRATIVE REGION
COURT OF FIRST INSTANCE
ACTION NO. 3856 OF 2002

BETWEEN

MGA ENTERTAINMENT INC.                    Plaintiff

and

UNI-FORTUNE TOYS INDUSTRIAL    1ˢᵗ Defendant
LIMITED

FU WEI TOYS COMPANY LIMITED    2ⁿᵈ Defendant

ANSWER TO REQUEST FOR FURTHER AND
BETTER PARTICULARS OF THE
STATEMENT OF CLAIM

Filed this 12ᵗʰ day of December   2003.

WILLIAM W. L. FAN & CO.
SOLICITORS
Room 507, 5ᵗʰ Floor,
Hang Seng Building,
77 Des Voeux Road Central,
Hong Kong.
Tel.: 2110 2128    Fax: 2111 9336
Ref: WF-1878-MKL

MGA 3886520

EX 13572-0007

EX 13572-0007

# EXHIBIT 15



*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **JADE DRAWING** registered under number **VA 1-218-487**.

**THIS IS TO CERTIFY ALSO** that the attached photocopies are a true representation of the work entitled **JADE DRAWING** deposited in the Copyright Office on December 22, 2003 registered under number **VA 1-218-487**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By.    Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.



Δ π EXHIBIT 505
Deponent ARMSTRONG
Date 7/8/08 Rptr. ACC
WWW.DEPOBOOK.COM

**M 0110179**

EXHIBIT ___15___
PAGE ___92___

EX 505-0001

**Additional Certificate (17 U.S.C. 706)**
Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-218-487**

EFFECTIVE DATE OF REGISTRATION

**DEC 22 2003**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1** Title of This Work ▼

JADE DRAWING

NATURE OF THIS WORK ▼ See instructions

color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼

Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____ USA
Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
1998
This information must be given in all cases.    Year

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month February    Day 12    Year 2001
U.S.A.    Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA  91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

---

MORE ON BACK ▶    Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXHIBIT   15
PAGE      93

M 0110180

EX 505-0002

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Larry W. McFarland   Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212

b

Area code and daytime telephone number  310 - 248-3830          Fax number  310 - 860-0363
Email  lmcfarland@kmwlaw.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Larry W. McFarland                                    Date  December 16, 2003

Handwritten signature (X) ▼
X

**9**

| Certificate will be mailed in window envelope to this address | Name ▼ Larry W. McFarland   Keats McFarland & Wilson LLP | YOU MUST: Complete all necessary spaces Sign your application in space 8 |
| --- | --- | --- |
| | Number/Street/Apt ▼ 9720 Wilshire Boulevard, Penthouse Suite | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ Beverly Hills, California 90212 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ⊕ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

EXHIBIT  15
PAGE  94

**M 0110181**

EX 505-0003

VA 1-218-487



EXHIBIT __15__
PAGE __95__

M 0110182

EX 505-0004



EXHIBIT __15__
PAGE __96__

M 0110183

EX 505-0005

# EXHIBIT 16



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **SASHA DRAWING** registered under number **VA 1-218-488**.

**THIS IS TO CERTIFY ALSO** that the attached photocopies are a true representation of the work entitled **SASHA DRAWING** deposited in the Copyright Office on December 22, 2003 registered under number **VA 1-218-488**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By:   Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

Δπ **EXHIBIT** 507
Deponent ARMSTRONG
Date 7/18/07 Rptr. ACC
WWW.DEPOBOOK.COM

**M 0110184**

EXHIBIT 16
PAGE 97

EX 507-0001

**Additional Certificate (17 U.S.C. 706)**
Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17 United States Code, attests that registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-218-488**

EFFECTIVE DATE OF REGISTRATION

DEC 2 2 2003

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼

SASHA Drawing

NATURE OF THIS WORK ▼ See instructions

color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼

Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  U S A
      Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship  Check appropriate box(es)  See Instructions
☐ 3 Dimensional sculpture        ☐ Map        ☐ Technical drawing
☑ 2 Dimensional artwork          ☐ Photograph ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design  ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
      Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship  Check appropriate box(es)  See Instructions
☐ 3 Dimensional sculpture        ☐ Map        ☐ Technical drawing
☐ 2 Dimensional artwork          ☐ Photograph ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design  ☐ Architectural work

---

**3**

**a**

Year in Which Creation of This Work Was Completed

1998

This information must be given  Year in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information  Month February  Day 12  Year 2001
ONLY if this work has been published  U.S.A
Nation

---

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA  91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

APPLICATION RECEIVED
DEC 2 2 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 2 2 2003
FUNDS RECEIVED

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions  Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

EXHIBIT 16
PAGE 98

M 0110185

EX 507-0002

VA 1-218-488



EXHIBIT __16__
PAGE __99__

**M 0110186**

EX 507-0003



EXHIBIT __16__
PAGE ____100____

M 0110187

EX 507-0004

# EXHIBIT 17



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **CLOE DRAWING** registered under number **VA 1-218-490**.

**THIS IS TO CERTIFY ALSO** that the attached photocopies are a true representation of the work entitled **CLOE DRAWING** deposited in the Copyright Office on December 22, 2003 registered under number **VA 1-218-490**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By:   Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

Δ/π EXHIBIT 509-1
Deponent ARMSTRONG
Date 7/8/07 Rptr. ACC
WWW.DEPOBOOK.COM

**M 0110193**

EXHIBIT   17
PAGE   101

EX 509-0001

**Additional Certificate (17 U.S.C. 706)**
# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-218-490**

EFFECTIVE DATE OF REGISTRATION

**DEC 2 2 2003**
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

**Title of This Work ▼**

CLOE Drawing

**NATURE OF THIS WORK ▼** See instructions

color drawing

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2
### a

**NAME OF AUTHOR ▼**

Carter Bryant

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

**Was this contribution to the work a work made for hire ?**
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___USA___
    Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture      ☐ Map              ☐ Technical drawing
☑ 2 Dimensional artwork         ☐ Photograph        ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

### b
**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼        Year Died ▼

**Was this contribution to the work a work made for hire ?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
    Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork         ☐ Photograph        ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

## 3
### a
**Year in Which Creation of This Work Was Completed**
1998
This information must be given Year in all cases

### b
**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published
Month February  Day 12  Year 2001
U.S.A.
Nation

## 4
See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA  91343 6122

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

**APPLICATION RECEIVED**
DEC 2 2 2003
ONE DEPOSIT RECEIVED

**TWO DEPOSITS RECEIVED**
DEC 2 2 2003
FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of ___ pages

EXHIBIT  17
PAGE  102

M 0110194

EX 509-0002

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>   Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____  **Year of Registration** ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼ _____  **Account Number** ▼ _____

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Larry W. McFarland   Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills  California  90212

b

Area code and daytime telephone number  ( 310 ) 248-3830           Fax number  ( 310 ) 860-0363

Email   lmcfarland@kmwlaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   MGA Entertainment, Inc.
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Larry W. McFarland                                           Date  December 16, 2003

**Handwritten signature (X)** ▼

X _____

**9**

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | **Name** ▼<br>Larry W. McFarland   Keats McFarland & Wilson LLP | YOU MUST:<br>Complete all necessary spaces<br>Sign your application in space 8 |
|---|---|---|
| | **Number/Street/Apt** ▼<br>9720 Wilshire Boulevard Penthouse Suite | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material |
| | **City/State/ZIP** ▼<br>Beverly Hills  California  90212 | MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ♻ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

EXHIBIT  17
PAGE  103

M 0110195

EX 509-0003

VA 1--218--490



EXHIBIT    17
PAGE       104

M 0110196

EX 509-0004



EXHIBIT   17
PAGE   105

M 0110197

EX 509-0005

# EXHIBIT 18



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

    **THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **YASMIN DRAWING** registered under number **VA 1-218-491.**

    **THIS IS TO CERTIFY ALSO**   that the attached photocopies are a true representation of the work entitled **YASMIN DRAWING** deposited in the Copyright Office on December 22, 2003 registered under number **VA 1-218-491.**

    **IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By:   Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

Δπ **EXHIBIT** 511
Deponent ARMSTRONG
Date 7/18/07 Rptr. ACC
WWW.DEPOBOOK.COM

**M 0110198**

EXHIBIT 18
PAGE 106

EX 511-0001

**Additional Certificate (17 U.S.C. 706)**
## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-218-491**

EFFECTIVE DATE OF REGISTRATION

**DEC 22 2003**
Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼
YASMIN Drawing

NATURE OF THIS WORK ▼ See instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

NAME OF AUTHOR ▼
**a** Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

**NOTE**

Under the law the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank.

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____ U.S.A. ____
    { Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es)  See instructions
☐ 3 Dimensional sculpture        ☐ Map                ☐ Technical drawing
☑ 2 Dimensional artwork          ☐ Photograph         ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design     ☐ Architectural work

Name of Author ▼
**b**

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
    { Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate boxes  See Instructions
☐ 3 Dimensional sculpture        ☐ Map                ☐ Technical drawing
☐ 2 Dimensional artwork          ☐ Photograph         ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design     ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
1998
This information must be given in all cases.
Year

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month February   Day 12   Year 2001
U.S.A.   Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA 91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

See instructions before completing this space

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

M 0110199

EXHIBIT 18
PAGE 107

| | |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Larry W. McFarland   Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills California 90212

Area code and daytime telephone number  ( 310 ) 248 3830       Fax number  ( 310 ) 860 0363
Email  lmcfarland@kmwlaw.com

**8** CERTIFICATION* I the undersigned hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment  Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Larry W. McFarland                                      Date  December 16  2003

Handwritten signature (X) ▼
X

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Larry W. McFarland   Keats McFarland & Wilson LLP
Number/Street/Apt ▼
9720 Wilshire Boulevard Penthouse Suite
City/State/ZIP ▼
Beverly Hills California 90212

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20,000  Web Rev June 2002  ⊕ Printed on recycled paper                     U.S. Government Printing Office: 2000-461-113/70 021

M 0110200

EXHIBIT 18
PAGE 108                                                EX 511-0003

VA 1-218-491



M 0110201

EXHIBIT 18
PAGE 109

EX 511-0004



M 0110202

EXHIBIT 18
PAGE 110

EX 511-0005

# EXHIBIT 19



LIBRARY OF CONGRESS

*Copyright Office*

*of the United States*

WASHINGTON  D.C.

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled JADE DOLL CONFIGURATION, ACCESSORIES AND PACKAGING registered under number **VA 1-090-287.**

THIS IS TO CERTIFY ALSO   that  the attached photocopies are a true representation of the work entitled JADE DOLL CONFIGURATION, ACCESSORIES AND PACKAGING deposited in the Copyright Office on July 18, 2001 registered under number **VA 1-090-287.**

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on May 17  2004.

Marybeth Peters
Register of Copyrights

By          Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C 101 et seq.

Δ π EXHIBIT 557
Deponent *Armstrong*
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

EXHIBIT  19
PAGE  111

M 0110155

EX 557-0001

**Additional Certificate (17 U.S.C. 706)**
Certificate of Registration



This certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-090-287**

EFFECTIVE DATE OF REGISTRATION

**JUN 18 2001**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

Jade Doll Configuration, Accessories and Packaging

**NATURE OF THIS WORK ▼** See instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼      Number ▼          Issue Date ▼      On Pages ▼

**NAME OF AUTHOR ▼**
ABC International Traders, Inc. d/b/a
MGA Entertainment

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Year in Which Creation of This Work Was Completed**
2000  ◄ Year  This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 12   Year ▶ 2001
United States of America   ◄ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA 91343

**APPLICATION RECEIVED**
JUN    2001
**ONE DEPOSIT RECEIVED**
JUL 18 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

M 0110156
EX 557-0002

EXHIBIT 19
PAGE 112

EXAMINED BY _JHH_                           FORM VA

CHECKED BY

□ CORRESPONDENCE                            FOR
  Yes                                       COPYRIGHT
                                            OFFICE
                                            USE
                                            ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION has registration for this work or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼            **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                 **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ▶  310  876-7474,  ext. 270        Fax number ▶  310  876-6515

Email ▶  larant@raklaw.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  ABC International Traders, Inc.
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lucy B. Arant                                         Date ▶  7/16/01

Handwritten signature (X) ▼
X  _Lucy B Arant_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent

Number/Street/Apt ▼
12424 Wilshire Boulevard, Suite 1200

City/State/ZIP ▼
Los Angeles, California  90025

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, DC 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000        ⊗ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

M 0110157

EXHIBIT  19
PAGE  113

EX 557-0003

VA 1 - 090 - 287

EXHIBIT 19
PAGE 114

M 0110158

EX 557-0004







EXHIBIT __19__
PAGE ____115____

M 0110159

EX 557-0005

# EXHIBIT 20

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000

*143 940 854*



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-301-533

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*March 28 2005*

Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**

Title of Work ▼
Jade Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼
VA 1-090-287

Year of Basic Registration ▼
2001

Name(s) of Author(s) ▼
ABC International Traders, Inc d/b/a MGA Entertainment, Inc

Name(s) of Copyright Claimant(s) ▼
ABC International Traders, Inc. d/b/a MGA Entertainment

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number    2a        Line Heading or Description   Nature of Authorship

Incorrect Information as It Appears in Basic Registration ▼
Only "3-dimensional sculpture" box checked

Corrected Information ▼
Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number    5        Line Heading or Description   Previous Registration

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-287 for the Jade Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-487 (December 22, 2003) for the Jade Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information.

Line 6a - Derivative Work
        Jade Drawing (VA 1-218-487)

Line 6b - Material Added
        3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶
• Complete all applicable spaces (D-G) on the reverse side of this page
• See detailed instructions        Sign the form at Space F

DO NOT WRITE HERE
Page 1 of     2     pages

Δ π EXHIBIT *558*

Deponent *Armstrong*

Date *8/1/__* Rptr. *__*

WWW.DEPOBOOK.COM

M 0110217

EXHIBIT   20
PAGE      116

EX 558-0001

＊ Added from C.O. records.

| | | |
|---|---|---|
| FORM CA RECEIVED | 4/25/05 | FORM CA |
| FUNDS RECEIVED DATE | 3/28/05 | |
| EXAMINED BY | wm | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☑ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☑ YES ☐ NO | | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☑ Part B or ☐ Part C

**D**

Line 3a - Year of Completion
  Incorrect information  2000
  Corrected information  2001

Line 3b - Year of Publication
  Incorrect information  February 12, 2001
  Corrected information  At least as early as May 21, 2001

Correspondence Give name and address to which correspondence about this application should be sent

**E**

Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone ( 212 ) 819-8200    Fax ( 212 ) 354-8113    Email cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the (Check only one)

☐ author  ☐ owner of exclusive right(s)
☐ other copyright claimant  ☑ duly authorized agent of  **MGA Entertainment Inc.**
                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**F**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Carol A. Witschel          Date ▼ 4/22/05

Handwritten signature (X) ▼  Carol A. Witschel

| Certificate will be mailed in window envelope to this address | Name ▼ | |
|---|---|---|
| | Carol A. Witschel ~ White & Case LLP | **G** |
| | Number/Street/Apt ▼ | |
| | 1155 Avenue of the Americas | |
| | City/State/ZIP ▼ | |
| | New York, New York  10036 | |

17 U.S.C. §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2003—20,000  Web Rev. July 2003  Printed on recycled paper          U.S. Government Printing Office: 2003-491-113/60 009

M 0110218
558-2
EX 558-0002

EXHIBIT ___20___
PAGE ___117___

# EXHIBIT 21



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **SASHA DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** registered under number **VA 1-090-288**.

**THIS IS TO CERTIFY ALSO** that the attached photocopy is a true representation of the work entitled **SASHA DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** deposited in the Copyright Office on July 18, 2001 registered under number **VA 1-090-288**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 17 2004

Marybeth Peters
Register of Copyrights

By:   Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

Δ π EXHIBIT 559
Deponent _Aronstron x_
Date _5/1/09_ Rptr. _AC_
WWW.DEPOBOOK.COM

EXHIBIT __21__
PAGE __118__

M 0110160

EX 559-0001

## Additional Certificate (17 U.S.C. 706)
## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-090-288**

EFFECTIVE DATE OF REGISTRATION

**JUN 18 2001**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**    NATURE OF THIS WORK ▼ See Instructions

Sasha Doll Configuration, Accessories and Packaging

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**NAME OF AUTHOR ▼**    DATES OF BIRTH AND DEATH
ABC International Traders, Inc. d/b/a    Year Born ▼    Year Died ▼
MGA Entertainment

Was this contribution to the work a "work made for hire"?   XXYes   ☐ No    Author's Nationality or Domicile  Name of Country   OR { Citizen of ▶ _____  Domiciled in ▶ U.S.A. }   Was This Author's Contribution to the Work   Anonymous? ☐ Yes  ☒ No   Pseudonymous? ☐ Yes  ☒ No   If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NAME OF AUTHOR ▼**    DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No    Author's Nationality or Domicile  Name of Country   OR { Citizen of ▶  Domiciled in ▶ }   Was This Author's Contribution to the Work   Anonymous? ☐ Yes  ☐ No   Pseudonymous? ☐ Yes  ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Year in Which Creation of This Work Was Completed**   2000  ◄ Year  This information must be given ONLY if this work has been published.   **Date and Nation of First Publication of This Particular Work**   Complete this information   Month▶ February   Day▶ 12   Year▶ 2001   United States of America   ◄ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA 91343

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

See instructions before completing this space

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page   • See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___2___ pages

EXHIBIT 21
PAGE 119

M 0110161

EX 559-0002

EXAMINED BY _____

CHECKED BY _____

CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION

DERIVATIVE WORK OR COMPILATION

DEPOSIT ACCOUNT

CORRESPONDENCE

Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ▶ 310 826-7474, ext. 270    Fax number ▶ 310 826-4415

Email  larent@raklaw.com

CERTIFICATION*

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   ABC International Traders, Inc.

Typed or printed name and date ▼   Lucy B. Arant    Date  7/18/01

Handwritten signature (X) ▼
X  _Lucy B. Arant_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent

Number/Street/Apt ▼
12424 Wilshire Boulevard, Suite 1200

City/State/ZIP ▼
Los Angeles, California  90025

**9**

M 0110162

EXHIBIT  21
PAGE  120

559-3

EX 559-0003





EXHIBIT ___2 1___
PAGE ___121___

M 0110163

EX 559-0004







EXHIBIT __21__
PAGE ___122___

M 0110164

EX 559-0005

# EXHIBIT 22

# EXHIBIT 23



Δ π EXHIBIT 560
Deponent Armstrong
Date 3/1/07 Rptr. AC
WWW.DEPOBOOK.COM

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at www.copyright.gov, write to the Copy-
right Office, or call (202) 707-3000.



Form CA
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE
REGIST

VA 1-301-534

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE
EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION
March 28 2005
Month    Day    Year

143 940 887

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**

Title of Work ▼

Sasha Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼
VA 1-090-288

Year of Basic Registration ▼
2001

Name(s) of Author(s) ▼
ABC International Traders, Inc. d/b/a MGA Entertainment, Inc.

Name(s) of Copyright Claimant(s) ▼
ABC International Traders, Inc. d/b/a MGA Entertainment

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _2a_   Line Heading or Description _Nature of Authorship_

Incorrect Information as It Appears in Basic Registration ▼

Only "3-dimensional sculpture" box checked

Corrected Information ▼

Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to Be Amplified ▼

Line Number _5_   Line Heading or Description _Previous Registration_

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-288 for the Sasha Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-488 (December 22, 2003) for the Sasha Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information

Line 6a - Derivative Work
Sasha Drawing (VA 1-218-488)

Line 6b - Material Added
3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶   • Complete all applicable spaces (D-H) on the reverse side of this page
                    • See detailed instructions   • Sign the form at space F

DO NOT WRITE HERE
Page 1 of _2_ pages

M 0110219

EXHIBIT _22_
PAGE _123_

EX 560-0001

✻ Added from C.O. records.

| FORM CA RECEIVED | FORM CA |
| --- | --- |
| 4/25/05 | |

FUNDS RECEIVED DATE
3/28/05

EXAMINED BY    *wm*

CORRESPONDENCE  *R*

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION  ☒ YES ☐ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☐ Part B or ☐ Part C

# D

Line 3a - Year of Completion
   Incorrect information  2000
   Corrected information  2001

Line 3b - Year of Publication
   Incorrect information  February 12, 2001
   Corrected information  At least as early as May 21, 2001

# E

Correspondence Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone ( 212 819-8200     Fax ( 212 354-8113     Email  cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name

Account Number

# F

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of    MGA Entertainment Inc.
                                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼  Carol A. Witschel                    Date ▼  4/22/05

Handwritten signature (X) ▼   *Carol A Witschel*

# G

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼  Carol A. Witschel - White & Case LLP

Number/Street/Apt ▼  1155 Avenue of the Americas

City/State/Zip ▼  New York, New York  10036

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev July 2002—20,000   Web Rev July 2002   Printed on recycled paper                    U.S. Government Printing Office: 2002-461-113/69 P9

EXHIBIT  22
PAGE  124

M 0110220

560-2

EX 560-0002

# EXHIBIT 23



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **CLOE DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** registered under number **VA 1-090-289**.

**THIS IS TO CERTIFY ALSO**   that   the attached photocopies are a true representation of the work entitled **CLOE DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** deposited in the Copyright Office on July 18, 2001 registered under number **VA 1-090-289**.

**IN WITNESS WHEREOF**   the seal of this Office is affixed hereto on May 17, 2004

Marybeth Peters
Register of Copyrights

By      Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

Δ π **EXHIBIT** 561

Deponent _Armstrong_

Date _3/1/05_ Rptr. _AC_
WWW.DEPOBOOK.COM

**M 0110165**

EXHIBIT 23
PAGE 125

EX 561-0001

## Additional Certificate (17 U.S.C. 706)
## Certificate of Registration



This certificate issued under the seal of the Copyright Office in accordance with title 17 United States Code attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

VA 1–090–289

EFFECTIVE DATE OF REGISTRATION

JUN 1 8 2001
Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**                    NATURE OF THIS WORK ▼ See instructions

Cloe Doll Configuration, Accessories and Packaging

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**NAME OF AUTHOR ▼**                    DATES OF BIRTH AND DEATH
ABC International Traders, Inc. d/b/a          Year Born ▼      Year Died ▼
MGA Entertainment

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a    Author's Nationality or Domicile    Was This Author's Contribution to the Work
"work made for hire"?    Name of Country
☒ Yes    OR { Citizen of ▶ ............    Anonymous?  ☐ Yes  ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
☐ No         { Domiciled in ▶ U.S.A.    Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Check appropriate box(es)  **See instructions**
☒ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NAME OF AUTHOR ▼**                    DATES OF BIRTH AND DEATH
                                        Year Born ▼      Year Died ▼

Was this contribution to the work a    Author's Nationality or Domicile    Was This Author's Contribution to the Work
"work made for hire"?    Name of Country
☐ Yes    OR { Citizen of ▶ ............    Anonymous?  ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
☐ No         { Domiciled in ▶ ............    Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es)  **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

Year in Which Creation of This Work Was    Date and Nation of First Publication of This Particular Work
Completed    This information    Complete this information    Month February      Day 12      Year 2001
2000    must be given ONLY if this work    ONLY if this work has been published.    ◄ Nation
◄ Year in all cases.      United States of America

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA  91343

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 13 2001
ONE DEPOSIT RECEIVED
JUL 13 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page    DO NOT WRITE HERE
• See detailed instructions    • Sign the form at line 8    Page 1 of ___ pages

EXHIBIT 23
PAGE 126

M 0110166

EX 561-0002

EXAMINED BY

CHECKED BY

FORM VA

CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼            **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼            **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ► 310 826-7474, ext. 270            Fax number ► 310 ; 826-4415

Email ► larant@raklaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of __ABC International Traders, Inc.__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lucy B. Arant            **Date** 7-16-04

Handwritten signature (X) ▼
X Lucy B Arant

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
**Number/Street/Apt** ▼
12424 Wilshire Boulevard, Suite 1200
**City/State/ZIP** ▼
Los Angeles, California  90025

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

M 0110167

561-3

EX 561-0003

EXHIBIT ___23___

PAGE ___127___







EXHIBIT ___23___
PAGE ___128___

**M 0110168**
$\mathcal{S}_{L} \iota - 4$

EX 561-0004







EXHIBIT __23__
PAGE __129__

M 0110169

EX 561-0005

# EXHIBIT 24

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000

*143 940 843*

**C** **Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-301-535**

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*March 28 2005*
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

## A

Title of Work ▼
Cloe Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼
VA 1-090-289

Year of Basic Registration ▼
2001

Name(s) of Author(s) ▼
ABC International Traders, Inc. d/b/a MGA Entertainment, Inc.

Name(s) of Copyright Claimant(s) ▼
* ABC International Traders, Inc. d/b/a
MGA Entertainment

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____2a_____   Line Heading or Description _Nature of Authorship_

Incorrect Information as It Appears in Basic Registration ▼

Only "3-dimensional sculpture" box checked

Corrected Information ▼

Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____5_____   Line Heading or Description _Previous Registration_

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-289 for the Cloe Doll Configuration, Accessories and Packaging,
should refer to registration VA 1-218-490 (December 22, 2003) for the Cloe Drawing, which was
registered after this basic registration but prior to the filing of this Form CA, and should include the
following additional information

Line 6a – Derivative Work
Cloe Drawing (VA 1-218-490)

Line 6b – Material Added
3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶   Complete all applicable spaces (D-G) on the reverse side of this page
• See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of ___ pages

Δ π EXHIBIT _502_
Deponent _Armstrong_
Date _8/11/07_  Rptr. _AC_
WWW.DEPOBOOK.COM

M 0110221

EXHIBIT ___24___
PAGE ___130___

EX 562-0001

\* Added from C.O. records.

| | | |
|---|---|---|
| FORM CA RECEIVED | 4/25/05 | FORM CA |
| FUNDS RECEIVED DATE | 3/28/05 | |
| EXAMINED BY | wmc | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO | | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☐ Part B or ☐ Part C

**D**

Line 3a – Year of Completion
   Incorrect information  2000
   Corrected information  2001

Line 3b – Year of Publication
   Incorrect information   February 12, 2001
   Corrected information   At least as early as May 21, 2001

Correspondence: Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone (212) 819-8200   Fax (212) 354-8113   Email cwitschel@whitecase.com

**E**

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the (Check only one)
   ☐ author   ☐ owner of exclusive right(s)
   ☐ other copyright claimant   ☒ duly authorized agent of  MGA Entertainment Inc.
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼   Date ▼  4/22/05
   Carol A. Witschel

Handwritten signature (X) ▼
   Carol A. Witschel

| | | |
|---|---|---|
| Certificate will be mailed in window envelope to this address | Name ▼<br>Carol A. Witschel – White & Case LLP<br>Number/Street/Apt ▼<br>1155 Avenue of the Americas<br>City/State/ZIP ▼<br>New York, New York  10036 | **G** |

17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—20,000   Web Rev: July 2003:   Printed on recycled paper                     ☆U.S. Government Printing Office: 2000-454-422/90004

562-2

M 0110222

EX 562-0002

EXHIBIT   24
PAGE   131

# EXHIBIT 25



121610594

# FORM VA
### For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-090-290



EFFECTIVE DATE OF REGISTRATION

**JUN 1 8 2001**

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**                                        **NATURE OF THIS WORK ▼** See instructions

Yasmin Doll Configuration, Accessories and Packaging

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

---

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**                                        **DATES OF BIRTH AND DEATH**
                                                            Year Born ▼    Year Died ▼

ABC International Traders, Inc. d/b/a
MGA Entertainment

Was this contribution to the work a "work made for hire"?    Author's Nationality or Domicile    Was This Author's Contribution to the Work
☒ Yes                                                        Name of Country                       Anonymous?      ☐ Yes  ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
☐ No                                  OR {Citizen of ▶                                  Pseudonymous?   ☐ Yes  ☒ No
                                          Domiciled in ▶ U.S.A.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**NAME OF AUTHOR ▼**                                        **DATES OF BIRTH AND DEATH**
                                                            Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?    Author's Nationality or Domicile    Was This Author's Contribution to the Work
☐ Yes                                                        Name of Country                       Anonymous?      ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
☐ No                                  OR {Citizen of ▶                                  Pseudonymous?   ☐ Yes  ☐ No
                                          Domiciled in ▶

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**    **Date and Nation of First Publication of This Particular Work**

2000    ◀ Year in all cases.    Complete this information ONLY if this work has been published.    Day 12    Year 2001
Month February                                          United States of America    ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA  91343

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUL 18 2001
**ONE DEPOSIT RECEIVED**
JUL 18 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

---

Δ π EXHIBIT 563
Deponent Larian Isaac
Date 8/1/03  Rptr. AC
WWW.DEPOBOOK.COM

M 0110639

EXHIBIT 25
PAGE 132

EX 563-0001

EXAMINED BY   _____   FORM VA

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ▶ ( 310 ) 826-7474, ext. 270 .      Fax number ▶ 310 , 826-4415

Email ▶ larant@raklaw.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    ABC International Traders, Inc.
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lucy B. Arant                                                   Date▶ 7/16/01

Handwritten signature (X) ▼
X  Lucy B Arant

Certificate will be mailed in window envelope to this address:
Name ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
Number/Street/Apt ▼
12424 Wilshire Boulevard, Suite 1200
City/State/ZIP ▼
Los Angeles, California  90025

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

M 0110640

563-2

EXHIBIT  25
PAGE  133

EX 563-0002



M 0110641

EXHIBIT __25__

PAGE __134__

EX 563-0003







M 0110642

EXHIBIT __25__
PAGE __135__

EX 563-0004

# EXHIBIT 26

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



Form CA
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1-381-536

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE
EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*March 28 2005*
Month    Day    Year

*143 940 865*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**

Title of Work ▼
Yasmin Doll Configuration, Accessories and Packaging

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-090-290 | 2001 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| ABC International Traders, Inc. d/b/a MGA Entertainment, Inc. | * ABC International Traders, Inc. d/b/a MGA Entertainment |

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number   2a   Line Heading or Description   Nature of Authorship

Incorrect Information as It Appears in Basic Registration ▼

Only "3-dimensional sculpture" box checked

Corrected Information ▼

Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼


**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number   5   Line Heading or Description   Previous Registration

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-290 for the Yasmin Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-491 (December 22, 2003) for the Yasmin Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information

Line 6a - Derivative Work
        Yasmin Drawing (VA 1-218-491)

Line 6b – Material Added
        3-dimensional doll, sculpt, artwork and packaging


MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page
                • See detailed instructions    • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of 2 pages

Δ π EXHIBIT 564
Deponent *Armstrong*
Date *8/1/02*  Rptr. *AC*
WWW.DEPOBOOK.COM

M 0110223

EXHIBIT   26
PAGE   136

EX 564-0001

\* Added from C.O. records.

| | |
|---|---|
| FORM CA RECEIVED | **FORM CA** |
| 4/25/05 | |
| FUNDS RECEIVED DATE | |
| 3/28/05 | |
| EXAMINED BY | **FOR COPYRIGHT OFFICE USE ONLY** |
| ~~ | |
| CORRESPONDENCE ☑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☑ Part B or ☐ Part C

**D**

Line 3a – Year of Completion
    Incorrect information  2000
    Corrected information  2001

Line 3b – Year of Publication
    Incorrect information  February 12, 2001
    Corrected information  At least as early as May 21, 2001

**E**

Correspondence Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone ( 212 ) 819-8200  Fax 212, 354-8113   Email cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼

Account Number ▼

**F**

Certification\* I, the undersigned, hereby certify that I am the  (Check only one)
☐ author    ☐ owner of exclusive right(s)
☐ other copyright claimant  ☑ duly authorized agent of  MGA Entertainment Inc.
                  Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Carol A. Witschel    Date ▼ 4/22/05

Handwritten signature (X) ▼  Carol A. Witschel

**G**

Certificate will be mailed in window envelope to this address

Name ▼
Carol A. Witschel – White & Case LLP
Number/Street/Apt ▼
1155 Avenue of the Americas
City/State/ZIP ▼
New York, New York  10036

17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2003—60,000  Web Rev. July 2003  Printed on recycled paper        U.S. Government Printing Office: 2003-461-420/60,003

964-2

M 0110224

EXHIBIT  26
PAGE  137

EX 564-0002

# EXHIBIT 27

HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

BETWEEN

ABC INTERNATIONAL TRADERS, INC.,
doing business as MGA ENTERTAINMENT                    Plaintiff

and

(1) TOYS & TRENDS (HONG KONG) LIMITED

(2) CITYWORLD LIMITED

(3) JURG WILLI KESSELRING                              Defendants

(Writ issued on the 5th day of June 2002)

STATEMENT OF CLAIM

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3881032
EX 13705-0001

EXHIBIT   27
PAGE   138

3.    The Plaintiff is and at all material times, has been the owner of the copyright subsisting in original artistic works in respect of the Plaintiff's Bratz fashion dolls ("the said Artistic Works").

<u>Particulars of Original Artistic Works</u>

(a)    17 design drawings of various fashion dolls made between the years 1998 and 2000.

<u>Particulars of Ownership and Subsistence</u>

(b)    Carter Bryant (hereinafter referred to as "Mr. Bryant") was commissioned by the Plaintiff to make the design drawings referred to in sub-paragraph (a) hereof. Pursuant thereto, Mr. Bryant made the aforesaid design drawings. The terms and conditions of the commission are set out in an agreement made between the Plaintiff and Mr. Bryant dated the 18 September 2000. Clause 3 of the said agreement provides that the copyright subsisting in the said Artistic Works and in relation thereto should vest in the Plaintiff.



4.    Prior to the issue of the Writ herein, the 1st and 2nd Defendants have infringed the said Artistic Works by authorising the reproduction of or reproducing, importing into and exporting from Hong Kong in its course of business, possessing for the purpose of trade or business, selling or offering or exposing

2

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT __28__
PAGE __139__

MGA 3881033
EX 13705-0002

for sale, for the purposes of trade or business exhibiting in public or distributing fashion dolls known as Funky Tweenz which are reproductions of or a reproduction of a substantial part of the said Artistic Works without the licence of the Plaintiff (hereinafter referred to as "the Infringing Dolls")



3

CONFIDENTIAL — ATTORNEYS' EYES ONLY

EXHIBIT __27__
PAGE __140__

MGA 3881034
EX 13705-0003



Dated this 3rd day of July 2002.

Colin Andrew Shipp
Counsel for the Plaintiff

William W. L. Pan & Co.
Solicitors for the Plaintiff

9

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _27_
PAGE _141_

MGA 3881040

EX 13705-0009

# EXHIBIT 28

C.~~~~   033

HCA No. 2687/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2687 OF 2003

BETWEEN

MGA ENTERTAINMENT INC.            Plaintiff

And

HUNGLAM TOYS COMPANY LIMITED            Defendant

(Writ issued on the 22nd July 2003)

STATEMENT OF CLAIM



3.      The Plaintiff is and at all material times, has been the owner of the copyright
subsisting in original artistic works in respect of the Plaintiff's Bratz fashion dolls
("the said Artistic Works").

1

EXHIBIT  28
PAGE  142

MGA  3893650
EX 13784-0001

034

Particulars of Original Artistic Works

(a)   Wax models of the head of the Bratz Dolls made between the years 2000 and 2001.

(b)   Silicon rubber moulds and polyurethane samples of the head of Bratz dolls made from sub-paragraph (a) of the Bratz Dolls made between the years 2000 and 2001.

(c)   4 drawings of the facial decoration of the Bratz fashion dolls made between the years 2000 and 2001.

(d)   8 drawings 4 of which are pantone colour guides of the facial decorations of the Bratz fashion dolls made between the years of 2000 and 2001.

(e)   4 hand painted deco-masters on 4 rubber head sculpts made between the years 2000 and 2001.



2

EXHIBIT  2 8
PAGE  143

MGA  3893651
EX 13784-0002

036



4.   Prior to the issue of the writ herein, the Defendant has infringed the said Artistic Works by authorizing the manufacture, the manufacture of and/or importing into and exporting from Hong Kong in its course of business, possessing for the purpose of trade or business, selling or offering or exposing for sale, for the purpose of trade or business exhibiting in public or distributing fashion dolls known as Scampz which are reproductions of or a reproduction of a substantial part of the Artistic Works without the license of the Plaintiff (hereinafter referred to as the "Infringing Dolls").



4

EXHIBIT   28
PAGE   144

MGA  3893653
EX 13784-0004



HCA No. 2687/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE
REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2687 OF 2003

BETWEEN

MGA ENTERTAINMENT INC.                    Plaintiff

and

HUNGLAM TOYS COMPANY LIMITED
                                          Defendant



**STATEMENT OF CLAIM**

Filed this 3ʳᵈ day of November 2003.

We, the undersigned, hereby
consent to this Statement of
Claim being filed out of time.

Dated the 3ʳᵈ day of November 2003

Messrs. Jal N. Karbhari & Co.,
Solicitors for the Defendant

William WL Fan & Co.
507 Hang Seng Building
77 Des Voeux Road
Central
Hong Kong
Tel: 2110 2128
Fax: 2111 9336
Ref: WF-2015-RC

9

EXHIBIT   28
PAGE      146

MGA  3893658
EX 13784-0009

# EXHIBIT 29

EX 13696-0001

M-TI 0000016

EXHIBIT 29
PAGE 147

# EXHIBIT 30



M-TI 0000030

EXHIBIT ___30___
PAGE ___148___

EX 13698-0001

# EXHIBIT 31

EXHIBIT 31
PAGE 149

FX 13700-0001

M.TI 0000017

# EXHIBIT 32



HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

BETWEEN

ABC INTERNATIONAL TRADERS, INC.                           Plaintiff
doing business as MGA ENTERTAINMENT

and

(1) TOYS & TRENDS (HONG KONG) LIMITED

(2) CITYWORLD LIMITED

(3) JURG WILLI KESSELRING                                  Defendants

_____

AFFIDAVIT OF ISAAC LARIAN
_____

I, Isaac Larian of 16730 Schoenborn Street, North Hills, California, United States of American do make oath and say as follows: --

1.       I am the CEO of MGA and duly authorised by MGA to make this affidavit on its behalf. Unless otherwise stated, the facts and matters contained herein are either within my own personal knowledge or gleaned from books and records of MGA to which I have free access. Insofar as facts and matters that do not fall within the aforesaid category, they are related to me by the respective sources stated hereinafter and are true to the best of my information and belief. For the purpose of this affidavit, I shall adopt the abbreviations used in the First Affirmation of Lee Shiu Cheung filed on behalf of MGA on the 18th June 2002 (hereinafter referred to as "the 1st Lee Affirmation").



M 0001558

EXHIBIT   32
PAGE   150

EX 12-0001

2.

3.

4.

5.

2

M 0001559

EXHIBIT __32__
PAGE ___151___

EX 12-0002

6.

7.

8.

3

M 0001560

EXHIBIT 32
PAGE 152

EX 12-0003

9.

10.

11.

Paragraphs 13 to 19

12.   I fail to understand the point made by the Defendants in these paragraphs and
consequently the relevance of these matters.  Insofar as the concept of the
Bratz dolls are concerned, the 1ST Lee Affirmation dealt with these matters to
provide the Court with the background and history of the Bratz dolls and
mainly the marketing strategy or concept.  Furthermore, I am advised by my
legal advisors that copyright law does not protect concepts or ideas *per se* but
the expression of an idea in a material form.  And in this case, it is the 17
design drawings exhibited as "LSC-3".  The complaint made by MGA is that

4

M 0001561

EXHIBIT __32__
PAGE __153__

EX 12-0004



the 3 dimensional Funky Tweenz dolls have infringed the 2 dimensional drawings which are artistic works in which copyright subsists. The aforesaid, I think, would be sufficient to deal with these paragraphs but for the sake of completeness I shall deal with the dolls mentioned therein.

13. The Bratz dolls were first exhibited in the USA in November 2000. They were further exhibited in Hong Kong in January 2001. The Bratz dolls were first publicly made available for sale at the retail level in August 2001 in the USA.

14. I have never heard of Simba Toys GmbH & Co. and have never come across these Girlz dolls until reading the Kesselring Affidavit. Just by looking at the photographs and not having seen the samples I cannot see how these dolls can infringe MGA's copyright in the artistic works for they do not look the same. Furthermore, I do not accept that these dolls were marketed all over Europe before the Nurnberg Toy Fair without any evidence but a bare allegation coming from Mr. Kesselring.

15. The photographs of the We Teen dolls exhibited as "JWK-6" do not resemble the Bratz dolls by just looking at the pictures.

16. To say the Fad dolls have similar dimensions and proportions to the Bratz dolls is just sheer nonsense. One can see very clearly from the photographs that they do not. These dolls have plastic hair and square faces. Mr. Kesselring has not asserted that these dolls are published prior to the Bratz dolls.

17. Looking at the photographs of the Sassy Secrets dolls one can see very clearly that they do not resemble the Bratz dolls at all. These are 6 inch electronic dolls which can talk. Further, they do not have change of fabric fashion and shoes that Bratz are popular for and Funky Tweenz have copied. Again Mr. Kesselring has not asserted that these dolls are published prior to the Bratz dolls.

5

M 0001562

EXHIBIT ___32___
PAGE ___1511___

EX 12-0005

18.   In light of the foregoing, the existence of these dolls in the market can in no way impeach the originality of MGA's artistic works.  Mr. Kesselring is again speculating without any evidence.  Furthermore, I find it quite odd for Mr. Kesselring to say that both Funky Tweenz dolls and the Bratz dolls originate from a common source when he attempts to explain how the Defendants came up with the Funky Tweenz dolls.

19.

20.

21.

6

M 0001563

EXHIBIT   32
PAGE   155

EX 12-0006

22.   I fail to see any point in paragraph 19 of the Kesselring Affirmation.  I am advised by my legal advisors that copyright law is territorial and each jurisdiction has its own set laws regulating copyright.  MGA's cause of action is based on the Copyright Ordinance of Hong Kong and not the Federal Copyright Act of the USA.  The USA registration certificates were exhibited to show that the Bratz dolls enjoy copyright protection in the USA.

23.

24.

25.

7

M 0001564

EXHIBIT   32
PAGE   156

EX 12-0007

26.    Dressing dolls had always been a huge market for the toy industry.  The Barbie doll has been around for over 43 years and has a retail turnover of US$1.5 billion a year.  According to the leading USA toy market research company, TRSTS, Barbie dolls command 88.5% of the doll market last year.  But the latest research results show this share has shrunken to 84.6% so far this year due to the appearance of the Bratz dolls which now command 10.1% of the market share which is the 2nd largest market share after Mattel and Barbie. Prior to the appearance of Bratz dolls, no doll could take away the market share enjoyed by Barbie.  The Barbie doll has been so successful because it has been able to reinvent itself time and time again like 3 or 4 years ago, the Barbie doll range introduced a new range of dolls called the Generation Girls which is a dressing doll with a trendy look.

27.

28.

29.

8

M 0001565

EXHIBIT    32
PAGE    157

EX 12-0008



30.  Mr. Kesselring said he took inspiration from a lot of other dolls on the market but oddly, he never referred to the Bratz dolls.  The Bratz dolls won the People's Choice Awards of the Toy Industry which is similar to the Oscars in the film industry, as well as Doctor Toy best top 10 Toy Award and Family Fun Best Toy Award. Bratz were further cited to be the first doll ever to beat Barbie in the fashion doll category.  I find it quite inconceivable that he never referred to the Bratz dolls despite its huge success and wide media coverage evidenced by some of the sample media cuttings exhibited as "LSC-10" to the 1st Lee Affirmation.  Even the article taken from The Toy Book which he exhibited as "JWK-10c" has a whole column devoted to Bratz dolls.  The said article says and I quote, "Trying to capture some of MGA's success, a host of manufacturers are debuting personality/fashion dolls."

31.  The reason why design drawings of the dolls head had to be made was because they had to get the colour scheme of features of the head so that after moulding they can be dyed properly according to the scheme which serves as a benchmark.  This is very apparent from paragraph 21 of the Affirmation of Wilson Lam.

32.  Having taken a look at the pictures of the Barbie dolls exhibited as "JWK-12" they bear no resemblance to the Funky Tweenz but Funky Tweenz bear a striking resemblance to the Bratz dolls.

Paragraphs 30-33

33.  The safety certificates exhibited as "JWK-13" only pertain to Europe and Canada and not the USA which has more stricter requirements.  MGA's fears stated in paragraph 36 of the 1st Lee Affirmation are valid.

34.  I fail to see how that the life span of fashion dolls will only last 2 years as alleged.  The Barbie doll has been around for over 43 years.  The Defendants have not shown by way of evidence how an injunction would affect their reputation.

9

M 0001566

EXHIBIT  32
PAGE  159

EX 12-0009

35.   MGA is not using this action to stifle competition as alleged. MGA welcomes
lawful competition but not copying. The other examples of dolls mentioned in
the Kesselring Affidavit do not resemble the Bratz dolls at all. If MGA was to
stifle lawful competition it would have taken legal action against those
manufacturers. One must bear in mind that no one has stated that other dolls
on the market resemble Bratz dolls save and except Funky Tweenz dolls.
There is abundant evidence in this regard from independent third parties.

36.

37.

38.

10

M 0001567

EXHIBIT ___
PAGE   150

EX 12-0010

39.

40.

41.

42.

Sworn at State of California )
County of Los Angeles )
                                                   )
                                                   )
Subscribed and sworn to before )
me on                                        )
this 2 day of July      2002 )

Before me, Eve Marie Johnson

_____ Notary Public

EVE MARIE JOHNSON
COMM. # 1312814
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. JULY 12, 2005

This affidavit is filed on behalf of the Plaintiff.

11

M 0001568

EXHIBIT ___32___
PAGE ___110___

EX 12-0011