

EXHIBIT __40__
PAGE __212__

HKP 00063
EX 13865-0007



EXHIBIT __40__
PAGE ____213____

HKP 00064
EX 13865-0008

# EXHIBIT 41



EXHIBIT 41
PAGE 214

HKP 00065
EX 13866-0001



EXHIBIT 41
PAGE 215

HKP 00066
EX 13866-0002



EXHIBIT __41__
PAGE __216__

HKP 00067
EX 13866-0003



EXHIBIT 41

HKP 00068
EX 13866-0004



EXHIBIT 41
PAGE 218

HKP 00069
EX 13866-0005



EXHIBIT __41__
PAGE    219

HKP 00070
EX 13866-0006

EXHIBIT 41
PAGE 220

HKP 00071
EX 13866-0007

EXHIBIT   41
PAGE      221

HKP 00072
EX 13866-0008



EXHIBIT ___41___
PAGE ___222___

HKP 00073
EX 13866-0009



EXHIBIT 41
PAGE 223

HKP 00074
EX 13866-0010



EXHIBIT __41__
PAGE ___224___

HKP 00075
EX 13866-0011

# EXHIBIT 42



HKP 00084
EX 13868-0001

42

HKP 00085
EX 13868-0002



42

HKP 00086
EX 13868-0003



42

HKP 00087
EX 13868-0004



42
229

HKP 00088
EX 13868-0005



42
230

HKP 00089
EX 13868-0006



42
2.31

HKP 00090
EX 13868-0007



EXHIBIT  42
PAGE  232

HKP 00091
EX 13868-0008



EXHIBIT   42
PAGE   233

HKP 00092
EX 13868-0009



EXHIBIT 42
234

HKP 00093
EX 13868-0010



HKP 00094
EX 13868-0011



EXHIBIT 42
PAGE 236

HKP 00095
EX 13868-0012

# EXHIBIT 43

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-321

**Effective date of registration:**

July 25, 2008

## Title

| | |
|---|---|
| **Title of Work:** | Body and Head Sculpture |
| **Nature of Work:** | Sculpture |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2000 |

## Author

| | |
|---|---|
| **Author:** | Carter Bryant |
| **Author Created:** | 3-Dimensional Sculpture |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1968 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Mattel, Inc |
| | 333 Continental Blvd , El Segundo, CA, 90245-5012 |
| **Transfer Statement:** | by assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Robert D Walsh |
| **Date:** | July 24, 2008 |

**Correspondence:** Yes

Page 1 of 1

M 0920547

EXHIBIT __43__
PAGE __237__

EX 13900-0001

IPN#:

Registration #:   VAU000964321

Service Request #:   1-81192546

Mattel, Inc  MI-1220
Robert Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT __43__
PAGE __238__

**M 0920548**

EX 13900-0002



Confidential - Attorney's Eyes Only

MGA HK 0011156

TRIAL EXHIBIT 1105-002

EXHIBIT __43__
PAGE __239__

M 0920549

EX 13900-0003



EXHIBIT

1136

EX 1136-0001

M 0920550

EX 13900-0004

43
240



EXHIBIT 43
PAGE 241

EX 1136-0003

M 0920551

EX 13900-0005