

Confidential - Attorney's Eyes Only

EXHIBIT __55__
PAGE __300__

MGA 0885342

EX 13561-0208



Confidential - Attorney's Eyes Only

EXHIBIT ___55___
PAGE ___301___

MGA 0885344

EX 13561-0210

# EXHIBIT 56

HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

BETWEEN

ABC INTERNATIONAL TRADERS, INC.
doing business as MGA ENTERTAINMENT                    Plaintiff

and

(1) TOYS & TRENDS (HONG KONG) LIMITED

(2) CITYWORLD LIMITED

(3) JURG WILLI KESSELRING                              Defendants

---

AFFIRMATION OF LEE SHIU CHEUNG

---



1.    I am the Managing Director of MGA (HK) Entertainment Ltd.

Confidential - Attorney's Eyes Only

EXHIBIT __56__
PAGE __302__

MGA 0885762
EX 13707-0001

**DEFENDANTS' ACTIVITIES**



18.    We immediately looked up the website and found it was under construction. Now produced and shown to me marked "LSC-13"is a copy downloaded from the said website.    I note that the email address thereon is tandt@netvigator.com which I take as the email of the 1st Defendant herein. However, no company name has then yet been displayed. On 14 June 2002, MGA's solicitors looked up the said website and found that it was functioning. The postal address given in the said website was the address of the 1st and 2nd Defendants and their names were expressly stated therein. Now produced and shown to me marked "LSC-14" are copies downloaded from the said site.



6

Confidential - Attorney's Eyes Only

EXHIBIT ___56___
PAGE ___303___

MGA 0885767
EX 13707-0006

HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

————————

BETWEEN

ABC INTERNATIONAL TRADERS, INC.     Plaintiff
doing business as MGA ENTERTAINMENT

and

(1) TOYS & TRENDS (HONG KONG) LIMITED

(2) CITYWORLD LIMITED

(3) JURG WILLI KESSELRING     Defendants

This is the exhibit marked "LSC-3" referred to in the Affirmation of Lee Shiu Cheung dated the 18th day of June 2002.

| Description of document | Date | No. of pages |
|---|---|---|
| Copies of 17 initial concept and Design drawings of the BRATZ Dolls made by Mr. Bryant in the year 2000 | divers | 17 |

Before me,

*Chung Chee*

Solicitor, HKSAR

Chan Yiu Chee
Solicitor, Hong Kong SAR
C.L. Chow & Macksion Chan, Solicitors

Confidential – Attorney's Eyes Only

EXHIBIT __56__
PAGE __304__

MGA 0886302
EX 13707-0015

# BASIC DOLL PIECE COUNT*



HAIRSTYLE #1

LONG TEE

SHORT TEE

JEANS

SKIRT

SNEAKERS

HAIRSTYLE #2

MARY JANES

BACKPACK

## TOTAL PIECES*

- LONG SLEEVED TEE SHIRT
- CUFFED "JEANS"
- SHORT SLEEVED TEE SHIRT
- SKIRT
- POP. ON/OFF SNEAKERS
- POP. ON/OFF MARY JANES
- BACKPACK
- LONG HAIRSTYLE "WIG" (POP·ON/OFF)
- SHORT HAIRSTYLE "WIG" (POP·ON/OFF)
- DOLL BODY/HEAD

*- DESIGN SUBJECT TO CHANGE

DRAWINGS NOT TO ACTUAL SIZE

Confidential - Attorney's Eyes Only

EXHIBIT __56__
PAGE __305__

MGA 0886303
EX 13707-0016



To give Zoe a whole new look for
night, change her short dark
brown hairstyle to her long
blonde hairdo (included), change
her pants to a skirt (also
included) and change her
sneakers to platform sandals (you
get those too!)

Confidential - Attorney's Eyes Only

EXHIBIT ___56___
PAGE ___306___

MGA 0886304
EX 13707-0017

BODY



JOINTED HERE, @ SHOULDERS

POSSIBLE
TWIST
WAIST,
BELOW
BELLY
BUTTON

JOINTED @
HIPS

SCULPTED
FINGERNAILS

NOT ACTUAL
SIZE

ACTUAL DOLL
HEIGHT (WITH HEAD)
APPX. 9½" - 10"

BASIC SHOE
SCULPT

Confidential – Attorney's Eyes Only

EXHIBIT __56__
PAGE __307__

MGA 0886305
EX 13707-0018



FACES
SAME HEAD BUT
DIFF FACE PAINT

Confidential – Attorney's Eyes Only

EXHIBIT 56
PAGE 308

MGA 0886306
EX 13707-0019



8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/5/00

Confidential - Attorney's Eyes Only

EXHIBIT   56
309

MGA 0886307

EX 13707-0020



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date · 9/18/66

Confidential - Attorney's Eyes Only

EXHIBIT ___56___

PAGE ___310___

MGA 0886308

EX 13707-0021



© 8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/15/00

Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 311

MGA 0886309

EX 13707-0022



© 1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

Confidential - Attorney's Eyes Only

EXHIBIT __56__
PAGE __312__

MGA 0886310

EX 13707-0023



8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

Confidential - Attorney's Eyes Only

EXHIBIT    56

PAGE      313

MGA 0886311

EX 13707-0024



8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/15/00

Confidential – Attorney's Eyes Only

EXHIBIT 56
PAGE 314

MGA 0886312

EX 13707-0025



© 
8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/1/98

Confidential - Attorney's Eyes Only

EXHIBIT   56
PAGE   315

MGA 0886313

EX 13707-0026



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date : 9/6/00

Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 316

MGA 0886314

EX 13707-0027



All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date : 9/18/2000

Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 317

MGA 0886315

EX 13707-0028



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

Confidential - Attorney's Eyes Only

EXHIBIT     56
PAGE     318

MGA 0886315

EX 13707-0029



All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract d.t.a   9/12/00

Confidential - Attorney's Eyes Only

EXHIBIT 56

PAGE 319



MGA 0886317

EX 13707-0030



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 4/18/00

Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 320

MGA 0886318

EX 13707-0031



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/15/00

Confidential - Attorney's Eyes Only

EXHIBIT 56

PAGE 321

MGA 0886319

EX 13707-0032

HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

_____

BETWEEN

ABC INTERNATIONAL TRADERS, INC.　　　　Plaintiff
doing business as MGA ENTERTAINMENT

and

(1)　TOYS & TRENDS (HONG KONG) LIMITED

(2)　CITYWORLD LIMITED

(3)　JURG WILLI KESSELRING　　　　　　Defendants

This is the exhibit marked "LSC-14" referred to in the Affirmation of Lee Shiu Cheung dated the 18th day of June 2002.

| Description of document | Date | No. of pages |
|---|---|---|
| Copy website downloaned from www.funkytwenz.com | N/A | 11 |

Before me,

*Chang Chee*

Solicitor, HKSAR

Chan Yiu Chee
Solicitor, Hong Kong SAR
C.L. Chow & Macksion Chan, Solicitors

Confidential - Attorney's Eyes Only

EXHIBIT　56
PAGE　322

MGA 0885462
EX 13707-0091



Confidential - Attorney's Eyes Only

EXHIBIT __56__
PAGE __323__

MGA 0885463
EX 13707-0092



By City

Email Feedback

Your comments, enquiries and suggestions are very important to us. Please give us any comments you might have, so that we can improve the "Funky Tweenz" range according to your needs.

We are happy to hear about new products you would like us to include for the "Funky Tweenz".

Name :

Address :

Country :

Tel :

Fax :

E-mail :

Enquiry :

Submit Above Data     Reset



http://www.funkytweenz.com/contact.html

2002/6/14

Confidential - Attorney's Eyes Only

EXHIBIT    56
PAGE      324

MGA 0885464
EX 13707-0093

Confidential - Attorney's Eyes Only

EXHIBIT __56__
PAGE __325__

MGA 0885465
EX 13707-0094

Funky Tweenz



' Under Construction



http://www.funkytweenz.com/coming.html                    2002/6/14

Confidential - Attorney's Eyes Only

EXHIBIT ___56___
PAGE ___326___

MGA 0885466
EX 13707-0095



Cityworld Ltd.
Toys & Trends (Hong Kong) Ltd.
Room 1111, Wing On Plaza,
62 Mody Road,
Tsim Sha Tsui East,
Kowloon,Hong Kong.

Tel : +(852) 2735 2338
Fax: +(852) 2317 8868

E-mail:info@cityworld.com.hk



2002/6/14

Confidential - Attorney's Eyes Only

EXHIBIT ___56___
PAGE ___327___

MGA 0885467
EX 13707-0096



Confidential - Attorney's Eyes Only

EXHIBIT _56_
PAGE _328_

MGA 0885468
EX 13707-0097



Confidential - Attorney's Eyes Only

EXHIBIT _56_
PAGE _329_

MGA 0885469
EX 13707-0098



Confidential - Attorney's Eyes Only

EXHIBIT    56
PAGE       330

MGA 0885470
EX 13707-0099



Confidential - Attorney's Eyes Only

EXHIBIT   56
PAGE     331

MGA 0885471
EX 13707-0100



Confidential - Attorney's Eyes Only

56
332

MGA 0885472
EX 13707-0101



Confidential - Attorney's Eyes Only

56
333

MGA 0885473
EX 13707-0102

Case 2:04-cv-09049-DOC-RNB   Document 4500-6   Filed 12/22/08   Page 36 of 94   Page ID
#:129791
Items matching "funky tweenz"



home | my eBay | site map | sign in

**Browse** | **Sell** | **Services** | **Search** | **Help** | **Community**

find items | find members | favorite searches

Plus 5 more books for $2 ▾    Get the details

Join & Get 4 DV
▸ Find stuff for

**All items**        **Buy It Now**

Home > **All Categories**                    ⑦ Questions

**Basic Search**              **All Categories**          Browse all categories

funky tweenz               3 items found for funky tweenz
                           Sort by items: **ending first** | newly listed | lowest priced | highest priced
☐ In titles & descriptions

Search  Advanced Search

| Picture hide | Item Title | Price | Bids | Ends PDT |
|---|---|---|---|---|
| 📷 | Funky Tweenz Brittany Bratz like doll NIB | **$15.00** | 1 | May-29 16:11 |
| 📷 | Funky Tweenz Emily Bratz like doll NIB | **$15.00** | 1 | May-29 16:11 |
| 📷 | Funky Tweenz Alyssa Bratz like doll NIB | **$15.00** | 1 | May-29 16:11 |

**Matching Categories** ⑦
Items matching your search
were found in:
Dolls & Bears (3)
    Dolls (3)

**Show only**
Completed items
Gallery view
Items near me
Items accepting
eBay Payments

**Related Items**
· Toys
· Action Figures
· Barbie Theme Page

Do you want to narrow or
expand your search
without starting over? Try
refine your search.

top of page

page **1** of 1

Note: Bid counts and amounts may be slightly out of date.    eBay official time **12:17:53** PDT

**To find more items:**
▸ Search again using fewer or different keywords.
▸ Expand your search to look within titles and descriptions.
▸ Use easy search tips to learn more about search.

**Or try other search functions:**
▸ Select Advanced Search for more search options.
▸ Save this search in My eBay. Also receive email when new items appear in this search. Learn more!

**Or try Half.com by eBay:**
▸ Search Half.com by eBay for funky tweenz.
▸ Search millions of Books, Music, Movies, Games, Computers, and Electronics by Title, Author, Artist, ISBN, UPC, and more at Half.com by

.../search.dll?MfcISAPICommand=GetResult&ht=1&SortProperty=MetaEndSort&ebaytag1code=5/24/02

EXHIBIT ___56___
PAGE ___334___

Confidential - Attorney's Eyes Only

MGA 0885650
EX 13707-0110

eBay item 1354884432 (Ends May-2...20 PDT ) # ...conz Alyssa ...



home | my eBay | site map | sign in

| Browse | Sell | Services | Search | Help | Community |

item view



### Funky Tweenz Alyssa Bratz like doll NIB
### Item # 1354884432

Dolls & Bears:Dolls:By Type:Character:Other



| | | | | |
|---|---|---|---|---|
| Currently | US $15.00 | | First bid | US $15.00 |
| Quantity | 1 | | # of bids | 1  bid history |
| Time left | 5 days, 3 hours + | | Location | Winnipeg, MB |
| | | | Country | Canada |
| Started | May-22-02 16:11:20 PDT | | | mail this auction to a friend |
| Ends | May-29-02 16:11:20 PDT | | | watch this item |
| Seller (Rating) | trisen-sales (1638) | | | |

view comments in seller's Feedback Profile | view seller's other items | ask seller a question

| | |
|---|---|
| High bid | katkin (269) |
| Payment | Money Order/Cashiers Checks Other. See item description for payment methods accepted |
| Shipping | Buyer pays fixed shipping charges. Seller ships internationally worldwide. See item description for shipping charges. |
| Seller Services | Sell similar item |

Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Auction currency is U.S. dollars ( US $ ) unless otherwise noted.

### Description

This is a Funky Tweenz Alyssa Doll, similar to the Bratz dolls.

It is New in the Box.

**Terms of Sales:**

**For customers in Canada or outside of the continental US please e-mail prior to bidding for S/H charges.**

**I Do Not Accept Checks and any checks I receive will be destroyed and the sender will be notified to send payment in another form.**

I accept Paypal, it is the only online Payment I accept.

If paying by postal money order from the US, only the pink international one is accepted.

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=1354884432                    5/24/02

EXHIBIT 56
PAGE 335

Confidential - Attorney's Eyes Only

MGA 0885652
EX 13707-0112

Case 2:04-cv-09049-DOC-RNB Document 4500-6 Filed 12/22/08 Page 38 of 94 Page ID #:129793

All Money Orders must be in U.S. dollars.

Payment is due within fourteen days (unless other arrangements are made) or item will be forfeited, relisted, and appropriate feedback given.

Buyer to pay $9.00 for S/H. If desired insurance is extra, we can not be held responsible for lost or damaged items if you decline the purchase of insurance.

## **Save on bulk shipping**

On May-23-02 at 09:52:29 PDT, seller added the following information:

**Pay me securely with any major credit card through PayPal!**



   



| Payment Details | Payment Instructions |
|---|---|
| See Payment Instructions and item description, or contact seller for more information. | See item description or contact seller for more information. |

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=1354884432                5/24/02

Confidential - Attorney's Eyes Only

EXHIBIT __56__
PAGE __336__

MGA 0885653
EX 13707-0113



home | my eBay | site map | sign in

**Browse** | Sell | Services | Search | Help | Community 

item view

---



## Funky Tweenz Emily Bratz like doll NIB
### Item # 1354884430

Dolls & Bears:Dolls:By Type:Character:Other



| | | | |
|---|---|---|---|
| Currently | **US $15.00** | First bid | **US $15.00** |
| Quantity | **1** | # of bids | **1** bid history |
| Time left | **5 days, 3 hours +** | Location | **Winnipeg, MB** |
| | | Country | **Canada** |
| Started | May-22-02 16:11:19 PDT | ✉ mail this auction to a friend |
| Ends | May-29-02 16:11:19 PDT | 👁 watch this item |
| Seller (Rating) | **trisen-sales (1638)** ⭐ | | |

view comments in seller's Feedback Profile | view seller's other items | ask seller a question

| | |
|---|---|
| High bid | **katkin (269)** ⭐ me |
| Payment | Money Order/Cashiers Checks. Other. See item description for payment methods accepted |
| Shipping | Buyer pays fixed shipping charges. Seller ships internationally (worldwide). See item description for shipping charges |
| Seller Services | Sell similar item |

Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Auction currency is U.S. dollars ( US $ ) unless otherwise noted.

---

## Description

This is a Funky Tweenz Emily Doll, similar to the Bratz dolls.

It is New in the Box.

**Terms of Sales:**

**For customers in Canada or outside of the continental US please e-mail prior to bidding for S/H charges.**

**I Do Not Accept Checks and any checks I receive will be destroyed and the sender will be notified to send payment in another form.**

I accept Paypal, it is the only online Payment I accept.

If paying by postal money order from the US, only the pink international one is accepted.

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=1354884430     5/24/02

---

Confidential - Attorney's Eyes Only

56

PAGE 337

MGA 0885655
EX 13707-0115

All Money Orders must be in U.S. dollars.

Payment is due within fourteen days (unless other arrangements are made) or item will be forfeited, relisted, and appropriate feedback given.

Buyer to pay $9.00 for S/H. If desired insurance is extra, we can not be held responsible for lost or damaged items if you decline the purchase of insurance.

## **Save on bulk shipping**

On May-23-02 at 09:52:29 PDT, seller added the following information:

**Pay me securely with any major credit card through PayPal!**



  



| **Payment Details** | **Payment Instructions** |
|---|---|
| See Payment Instructions and item description, or contact seller for more information. | See item description or contact seller for more information. |

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=1354884430                5/24/02

Confidential - Attorney's Eyes Only

EXHIBIT __ 56
PAGE __ 338

MGA 0885656
EX 13707-0116

eBay item 1354884430 (Ends May-29...:19 PDT ) - Funky Tweenz Emily Bratz like doll NI  Page 3 of 3

---

## Bidding

### Funky Tweenz Emily Bratz like doll NIB
#### Item # 1354884430

| | |
|---|---|
| Current bid: | US $15.00 |
| Bid increment: | US $0.50 |

**Your maximum bid:** [        ]

*(Minimum bid: US $15.50 )*

Review bid

eBay will bid incrementally on your behalf **up to your maximum bid** , which is kept secret from other eBay users. The eBay term for this is proxy bidding .

**Your bid is a contract** - Place a bid only if you're serious about buying the item. If you are the winning bidder, you will enter into a legally binding contract to purchase the item from the seller.

### How to Bid

1. Register to bid – if you haven't already. It's free!

2. Learn about this seller - read feedback comments left by others.

3. Know the details - read the item description and payment & shipping terms closely.

4. If you have questions - contact the seller trisen-sales *before* you bid.

5. Place your bid!

**eBay purchases are covered by the Fraud Protection Program.**

---

### Top Questions From This Page

- How do I place a proxy bid? It looks like I can only place a maximum bid.
- Why doesn't my bid show up?
- What does "reserve not yet met" mean?
- How can I change something or cancel my listing completely?
- Why isn't my picture showing up?
- As a seller, how can I cancel an unwanted bid?
- Why does my email address appear when I have a User ID?
- How do I register?
- What is Half.com?

---

Announcements | Register | SafeHarbor (Rules & Safety) | Feedback Forum | About eBay

Copyright © 1995-2002 eBay Inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.
Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.



http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=1354884430          5/24/02

Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 220

MGA 0885657
EX 13707-0117

eBay item 1354884431 (Ends May-...:19 PDT ) - Funky Tweenz Brittany Bratz like doll...

 ®

home | my eBay | site map | sign in

**Browse** | Sell | Services | Search | Help | Community 

item view

| | | |
|---|---|---|
| | **Funky Tweenz Brittany Bratz like doll NIB** | |
| | **Item # 1354884431** | |

Dolls & Bears:Dolls:By Type:Character:Other





| | | | | |
|---|---|---|---|---|
| Currently | **US $15.00** | | First bid | **US $15.00** |
| Quantity | **1** | | # of bids | **1**  bid history |
| Time left | **5 days, 3 hours +** | | Location | **Winnipeg, MB** |
| | | | Country | **Canada** |
| Started | May-22-02 16:11:19 PDT | | ✉ mail this auction to a friend |
| Ends | May-29-02 16:11:19 PDT | | 👀 watch this item |
| Seller (Rating) | **trisen-sales (1638)** ⭐ | | | |
| | view comments in seller's Feedback Profile | view seller's other items | ask seller a question | | |
| High bid | **katkin (269)** ⭐ me | | | |
| Payment Shipping | Money Order/Cashiers Checks, Other. See item description for payment methods accepted. Buyer pays fixed shipping charges. Seller ships internationally (worldwide). See item description for shipping charges. | | | |
| Seller Services | Sell similar item | | | |

Seller assumes all responsibility for listing this item. You should contact the seller to resolve any
questions before bidding. Auction currency is U.S. dollars ( US $ ) unless otherwise noted.

| |
|---|
| **Description** |

This is a Funky Tweenz Brittany Doll, similar to the Bratz dolls.

It is New in the Box.

**Terms of Sales:**

**For customers in Canada or outside of the continental US please e-mail prior to bidding for S/H
charges.**

**I Do Not Accept Checks and any checks I receive will be destroyed and the sender will be
notified to send payment in another form.**

I accept Paypal, it is the only online Payment I accept.

If paying by postal money order from the US, only the pink international one is accepted.

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=1354884431                    5/24/02

Confidential - Attorney's Eyes Only

EXHIBIT ___56___
PAGE ___340___

MGA 0885658
EX 13707-0118

All Money Orders must be in U.S. dollars.

Payment is due within fourteen days (unless other arrangements are made) or item will be forfeited, relisted, and appropriate feedback given.

Buyer to pay $9.00 for S/H. If desired insurance is extra, we can not be held responsible for lost or damaged items if you decline the purchase of insurance.

## **Save on bulk shipping**

On May-23-02 at 09:52:30 PDT, seller added the following information:

**Pay me securely with any major credit card through PayPal!**







| Payment Details | Payment Instructions |
|---|---|
| See Payment Instructions and item description, or contact seller for more information. | See item description or contact seller for more information. |

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=1354884431          5/24/02

Confidential - Attorney's Eyes Only

EXHIBIT   56
PAGE   341

MGA 0885659
EX 13707-0119

## Bidding

### Funky Tweenz Brittany Bratz like doll NIB
Item # 1354884431

| | |
|---|---|
| Current bid: | US $15.00 |
| Bid increment: | US $0.50 |

**Your maximum bid:** [ ]

*(Minimum bid: US $15.50 )*

Review bid

eBay will bid incrementally on your behalf **up to your
maximum bid** , which is kept secret from other eBay
users. The eBay term for this is proxy bidding .

**Your bid is a contract** - Place a bid only if you're serious
about buying the item. If you are the winning bidder, you
will enter into a legally binding contract to purchase the
item from the seller.

### How to Bid 

1. Register to bid – **if you
   haven't already. It's
   free!**

2. Learn about this seller
   - read feedback
   comments left by
   others.

3. Know the details –
   read the item
   description and
   payment & shipping
   terms closely.

4. If you have questions –
   contact the seller
   trisen-sales *before*
   you bid.

5. Place your bid!

   **eBay purchases are
   covered by the Fraud
   Protection Program.**

### Top Questions From This Page

- How do I place a proxy bid? It looks
  like I can only place a maximum bid
- Why doesn't my bid show up?
- What does "reserve not yet met" mean?
- How can I change something or cancel
  my listing completely?
- Why isn't my picture showing up?
- As a seller, how can I cancel an
  unwanted bid?
- Why does my email address appear
  when I have a User ID?
- How do I register?
- What is Half.com?

Announcements  |  Register  |  SafeHarbor (Rules & Safety)  |  Feedback Forum  |  About eBay

Copyright © 1995-2002 eBay Inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.
Use of this Web site constitutes acceptance of the eBay User Agreement and
Privacy Policy.



http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=1354884431          5/24/02

Confidential - Attorney's Eyes Only

EXHIBIT __56__
PAGE __242__

MGA 0885661
EX 13707-0121

# WILLIAM W. L. FAN & CO.

## SOLICITORS

Room 507, 5th Floor, Hang Seng Building,
77 Des Voeux Road Central, Hong Kong.
Tel: (852) 2110 2128
Fax: (852) 2111 9336, (852) 2111 9337
E-mail: law@wlfan.com.hk

Partners:
William W. L. FAN A.C.I.S.
  China-Appointed Attesting Officer 中国委托公证人
Tony C. K. CHAU LL.B., A.C.I.S., A.C.I.Arb., A.T.I.H.K.

范偉廉律師

周湛祺律師

Consultant:
Bernard S.C. WONG LL.B.

黃守智律師

Assistant Solicitors:
Miki Y. Y. LEE LL.B.
Rejina W. L. CHAN LL.B.

李婉儀律師
陳惠齡律師

Our Ref:              Your Ref:

WF-1595-MKL/CL

Date:

27th May 2002

Cityworld Limited
Room 1111, Wing On Plaza,
62 Mody Road,
T.S.T. East, Kowloon, Hong Kong



**BY HAND**

Dear Sirs,

## Re: Copyright Infringement- Bratz Dolls

We act for ABC International Traders, Inc. d/b/a MGA Entertainment of 16730 Schoenborn Street, North Hills, CA 91343, USA ("MGA") and its subsidiary, MGA Entertainment (HK) Limited, a company incorporated in Hong Kong ("MGAHK").

MGA is a US based manufacturer, distributor, seller and licensor of toy and game products. MGAHK acts as MGA's service provider in Hong Kong, Mainland China and elsewhere in the Far East assisting MGA in designing, producing, manufacturing, licensing and exporting toys and game products in and from the said regions.

MGA is the owner of the copyright subsisting in the designs and drawings of its fashion dolls and their accessories under the name of "Bratz" ("Bratz Dolls") and in the packaging design of Bratz Dolls.

We enclose herewith marked "A" a copy of extract of our clients' catalogue which identifies the Bratz Dolls and their accessories attached thereto to which we refer.

It has come to our clients' attention that you have been advertising, promoting, selling or offering for sale, manufacturing and/or otherwise dealing with a series of dolls called "FUNKY TWEENZ" the designs of which and of their accessories and packaging are substantially similar to MGA's Bratz Dolls and their accessories and packaging. Copy of an extract of your catalogue of such dolls is also enclosed herewith and marked "B".

We have evidence to show that you possess samples of our client's Bratz Dolls in your office and that you have intention to copy and to pass off your "FUNKY TWEENZ" as ours' Bratz Dolls.

Confidential - Attorney's Eyes Only

EXHIBIT 56

PAGE 343

MGA 0885630
EX 13707-0129

# EXHIBIT 57

HCA 3242/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

ACTION NO. 3242 OF 2003

BETWEEN

MGA ENTERTAINMENT INC.                                        Plaintiff

and

UNION TOP (HK) COMPANY LIMITED                            Defendant

**AFFIRMATION OF LEE SHIU CHEUNG**

1.    I am the Managing Director of MGA (H.K.) Entertainment Limited

1

EXHIBIT 57
PAGE 344

MGA 3892910
EX 13725-0001



34. Even a cursory comparison of the "Fashion Doll" as shown in the photographs and the videotape and the BRATZ dolls and their copyright works, in particular Cloe, as exhibited above demonstrates a clear case of copyright infringement. Most if not all of the prominent features of the BRATZ dolls were taken collectively.

15

EXHIBIT __57__
PAGE __345__

MGA 3892924
EX 13725-0015



**Strong Prima Facie Case**

42.   I have looked at the "Fashion Dolls" closely from the photographs and the videotape
       exhibited hereinabove and find that it is a slavish copy of the BRATZ dolls and is a
       clear infringement of the Plaintiff's copyright in the works relating to BRATZ. In
       particular, I would draw attention to the following features in the "Fashion Doll",
       namely:

       (a)   The oversized head;

       (b)   The facial decoration;

18

EXHIBIT   **57**

PAGE   **346**

MGA  3892927
EX 13725-0018

(c)    The oversized eyes;

(d)    The diminished nose;

(e)    The protrusive and defined mouth;

(f)    The multi-coloured make-up;

(g)    The few and exaggerated eyelashes;

(h)    The two-toned lipstick;

(i)    The disproportionately large feet and shoes;

(j)    The snap-on shoes.



19

EXHIBIT _57_

PAGE _347_

MGA  3892928

EX 13725-0019

Affirmed at *the offices of*        )
m/s C.L. Chow & MacLean            )
Chau, Solicitors                    )
this  28th  day of August 2003.    )

Before me,

Solicitor, Hong Kong SAR ·

This affirmation is filed for and on behalf of the Plaintiff.

27

EXHIBIT  57
PAGE  348

MGA  3892936
EX 13725-0027

第1頁・共1頁



EXHIBIT __57__
PAGE __349__

MGA 3893085

EX 13725-0176

第1頁・共1頁



EXHIBIT ___57
PAGE ___350

MGA 3893092
EX 13725-0183

第 1 頁 · 共 1 頁



EXHIBIT __57__

PAGE __351__

MGA 3893094

EX 13725-0185

第 1 頁，共 1 頁



EXHIBIT __57__
PAGE __352__

MGA 3893095

EX 13725-0186

# EXHIBIT 58

HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

----

BETWEEN

|  |  |  |
|---|---|---|
| | MGA ENTERTAINMENT INC. formerly known as ABC INTERNATIONAL TRADERS, INC. doing business as MGA ENTERTAINMENT | Plaintiff |

and

| | | |
|---|---|---|
| (1) | TOYS & TRENDS (HONG KONG) LIMITED | |
| (2) | CITYWORLD LIMITED | |
| (3) | JURG WILLI KESSELRING | Defendants |

## AFFIDAVIT OF DAPHNE GRONICH

I, Daphne GRONICH of 16380 Roscoe Boulevard, Van Nuys, California 91406, the United States of America, hereby make oath and say as follows:-

1. I am the General Counsel of MGA Entertainment Inc. formerly known as ABC International Traders, Inc. trading as MGA Entertainment, the Plaintiff herein (hereinafter **"MGA Inc."**). MGA Inc. is a company incorporated and existing under the laws of the State of California in the U.S.A. I am duly authorized by MGA Inc. to make this affidavit for and on its behalf pursuant to Section 121 of the Copyright Ordinance, Cap. 528. Unless otherwise stated, the facts and matters contained herein are true to the best of my knowledge and belief and they either are within my own personal knowledge

1

Confidential - Attorney's Eyes Only

EXHIBIT _____ 58 _____

PAGE _____ 353 _____

MGA 0883304
EX 13119-0001

or gleaned from books and records of MGA Inc. to which I have access. Insofar as facts and matters that do not fall within the aforesaid category, they are related to me by the respective sources stated hereunder and are true to the best of my knowledge and belief.

2.   MGA Inc. is a successful and reputable company in the toy business internationally. Since 1987, it has concentrated and focused its efforts primarily in the toy industry.

3.   The toys designed and marketed by MGA Inc. have won international acclaim and were made the subject of numerous awards and prizes. However, the most successful toys designed and marketed by MGA Inc. must be the BRATZ dolls.

4.   MGA Inc. is and was at all material times the owner of copyright in the following artistic works relating to the BRATZ dolls ("**the Copyright Works**").

## Particulars of the Copyright Works

5.   (a)   15 design drawings of various BRATZ fashion dolls ("**the Design Drawings**"); now produced and shown to me marked as "**DG-1**" are true copies of the Design Drawings.

(b)   1 drawing of a body sketch of the BRATZ fashion dolls ("**the Body Sketch**"); now produced and shown to me marked as "**DG-2**" is a true copy of the Body Sketch.

(c)   wax models of the head, body and shoes of the BRATZ fashion dolls ("**the Wax**

2

EXHIBIT _____ 58

PAGE _____ 354

Confidential - Attorney's Eyes Only

MGA 0883305
EX 13119-0002

10.    The artistic works referred to in paragraph 5(a) to (h) hereinabove were first published in

the USA in or about June 2001 when the BRATZ fashion dolls were first exhibited and

offered for sale. Alternatively, the said artistic works are unpublished.

Sworn at  *16380 Roscoe Boulevard*  )
       *Van Nuys, California 91406 USA*  )
                                          )
                                          )
this  *27th*   day of *September* 2004.    )          

                Before me,

                *Joseph David Newcomb*

                Notary Public

                JOSEPH DAVID NEWCOMB
                Commission # 1466241
                Notary Public — California
                Los Angeles County
                My Comm. Expires Jan 27, 2008

This affidavit is filed for and on behalf of the Plaintiff.

EXHIBIT _____ **58** _____

PAGE _____ **356** _____

Confidential - Attorney's Eyes Only

MGA 0883312
EX 13119-0009

# EXHIBIT 59



*LIBRARY OF CONGRESS*

### Copyright Office
### of the United States

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF DOLL NO. 1** registered under number **VA 1-378-648.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DRAWING OF DOLL NO. 1** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VA 1-378-648**.

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

*Rosemary J. Kelly*

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT __59__
PAGE __357__

M 0920195

EX 13873-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG    **VA 1-378-648**

EFFECTIVE DATE OF REGISTRATION

| 10 | 30 | 06 |
|---|---|---|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
drawing of Doll No. 1

**NATURE OF THIS WORK ▼** See Instructions
drawing

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**

**NAME OF AUTHOR ▼**
Carter Bryant

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼
1968

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _USA_
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a**
Year in Which Creation of This Work Was Completed
2000
This information must be given in all cases.

**b**
Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _2_  Day _12_  Year _2001_
Early 2001, USA     * approx.
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245 - 5012

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED
**OCT 3 0 2006**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**OCT 3 0 2006**

FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

07209/1985444.1

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT ___59___
PAGE ___358___

M 0920196

EX 13873-0002

\* Amended by CO authority Robert Walsh, authorized agent of claimant. Fax on 11/3/06.

EXAMINED BY    STI

CHECKED BY

CORRESPONDENCE ☑ Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼       **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

b

Area code and daytime telephone number    ( 310 ) 252-6650      Fax number    ( 310 ) 252-4991

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of __Mattel, Inc.__

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert D. Walsh      **Date** October 27, 2006

Handwritten signature (X) ▼

X _Robert D. Walsh_

Certificate will be mailed in window envelope to this address:

**Name** ▼
Robert D. Walsh Mattel, Inc. MI -1220

**Number/Street/Apt** ▼
333 Continental Blvd.

**City/State/ZIP** ▼
El Segundo, CA 90245 -5012

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

07/209/19954471

Form VA Rev: 07/2006 Web 07/2006—30,000 Printed on recycled paper      U.S. Government Printing Office 2004-320 956/60,129

EXHIBIT __59__
PAGE __359__

M 0920197

EX 13873-0003

drawing 1 Doll No 1

VA 1-378-648


LC COPYRIGHT
0 011 103 383 3

EXHIBIT 59
PAGE 360

M 0920198

EX 13873-0004



EXHIBIT __59__
PAGE __361__

M 0920199

EX 13873-0005

# EXHIBIT 60

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF DOLL NO. 2** registered under number **VA 1-378-649.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DRAWING OF DOLL NO. 2** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VA 1-378-649**.

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT ___60___
PAGE ___362___

M 0920200

EX 13874-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-378-649**

| 10 | 30 | 06 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**
drawing of Doll No. 2

**NATURE OF THIS WORK ▼** See Instructions
drawing

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**a**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
Carter Bryant

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1968     Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___ USA
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes   ☑ No
Pseudonymous?  ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☑ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

---

**3**

**a**

**Year in Which Creation of This Work Was Completed**
2000 Year
This information must be given in all cases.

**b**

**Date and Nation of First Publication of This Particular Work**
☆ approx.
Complete this information ONLY if this work has been published.
Month 2   Day 12   Year 2001
Early 2001, USA
Nation

---

**4**

See Instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245 - 5012

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

**APPLICATION RECEIVED** OCT 3 0 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED OCT 3 0 2006
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

07209/1985444.1

**DO NOT WRITE HERE**
Page 1 of 2 pages

---

EXHIBIT 60
PAGE 363

M 0920201

EX 13874-0002

* Amended by CO authority Robert Walsh, authorized agent of claimant. Fax on 11/3/06.

EXAMINED BY ___S71___   FORM VA

CHECKED BY

CORRESPONDENCE ☑ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

**b**

Area code and daytime telephone number   ( 310 ) 252-6650          Fax number   ( 310 ) 252-4991

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Mattel, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert D. Walsh          Date October 27, 2006

Handwritten signature (X) ▼

X _Robert D. Walsh_

Certificate will be mailed in window envelope to this address:

Name ▼
Robert D. Walsh Mattel, Inc. MI -1220

Number/Street/Apt ▼
333 Continental Blvd.

City/State/ZIP ▼
El Segundo, CA 90245 -5012

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA  Rev. 07/2006    PRN: 07/2006—30,000  Printed on recycled paper          U.S. Government Printing Office 2004-320 956/60,128

07209/1985447.1

EXHIBIT ___60___
PAGE ___364___

M 0920202

EX 13874-0003

drawing of Doll no. 2

VA 1-378-649

LC COPYRIGHT
0 011 103 382 1

EXHIBIT 60
PAGE 365

M 0920203

EX 13874-0004



EXHIBIT __60__
PAGE __366__

M 0920204

EX 13874-0005

# EXHIBIT 61

*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*
*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF DOLL NO. 3** registered under number **VA 1-378-651.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DRAWING OF DOLL NO. 3** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VA 1-378-651**.

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT __61__
PAGE __367__

**M 0920210**

EX 13876-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-378-651**

EFFECTIVE DATE OF REGISTRATION

10      30      00
Month    Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
Title of This Work ▼
drawing of Doll No. 3

NATURE OF THIS WORK ▼ See instructions
drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**
**a** NAME OF AUTHOR ▼
Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1968

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ USA
     { Domiciled in ___

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☑ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
     { Domiciled in ___

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**3**
**a** Year in Which Creation of This Work Was Completed
2000
This information must be given
ONLY if this work has been published.

**b** Date and Nation of First Publication of This Particular Work
*\* approx.
Month 2   Day 12   Year 2001
~~Early 2001~~, USA   Nation

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245 - 5012

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED OCT 30 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED OCT 30 2006
FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

07209/1985444.1

EXHIBIT  61
PAGE  368

M 0920211

EX 13876-0002

\* Amended by CO authority Robert Walsh, authorized agent of claimant.   Fax on 11/3/06.

EXAMINED BY  STI

CHECKED BY

☑ CORRESPONDENCE
  Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                          Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

**b**

Area code and daytime telephone number   ( 310 ) 252-6650          Fax number   ( 310 ) 252-4991

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Mattel, Inc.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert D. Walsh                                   Date  October 27, 2006

Handwritten signature (X) ▼

X _Robert D. Walsh_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Robert D. Walsh Mattel, Inc. MI-1220

Number/Street/Apt ▼
333 Continental Blvd.

City/State/ZIP ▼
El Segundo, CA 90245 -5012

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev 07/2006   Print 07/2006—30,000   Printed on recycled paper

07209/1935447.1

U.S. Government Printing Office 2004-320-958/90,128

EXHIBIT  61
PAGE  369

M 0920212

EX 13876-0003

drawn 1   Poll No. 3

VA 1-378-651

LC COPYRIGHT

0 011 103 380 8

EXHIBIT 61
PAGE 370

M 0920213

EX 13876-0004



EXHIBIT __61__
PAGE __371__

M 0920214

EX 13876-0005

# EXHIBIT 62

*LIBRARY OF CONGRESS*

## Copyright Office
## of the United States

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF DOLL NO. 4** registered under number **VA 1-378-652.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DRAWING OF DOLL NO. 4** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VA 1-378-652.**

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT __62__
PAGE __372__

M 0920215

EX 13877-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-378-652**

EFF

| Month | Day | Year |
|-------|-----|------|
| 10 | 30 | 06 |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼
drawing of Doll No. 4

NATURE OF THIS WORK ▼ See Instructions
drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼
Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼  1968   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of     USA
Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2000
Year   This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work   * approx.
Complete this information ONLY if this work has been published.
Month Early 2001   Day 12   Year 2001   USA   Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245 - 5012

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED
OCT 30 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 30 2006

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

07209/1985444.1

EXHIBIT 62
PAGE 373

M 0920216

EX 13877-0002

\* Amended by CO authority Robert Walsh, authorized agent of claimant. Fax on 11/3/06.

EXAMINED BY ___S7l___

CHECKED BY

CORRESPONDENCE
☑ Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ _____ **Account Number** ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

b

Area code and daytime telephone number   ( 310 ) 252-6650          Fax number   ( 310 ) 252-4991

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of __Mattel, Inc.__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert D. Walsh                                    Date  October 27, 2006

Handwritten signature (X) ▼

X _____ *Robert D. Walsh*

Certificate will be mailed in window envelope to this address:

**Name** ▼
Robert D. Walsh Mattel, Inc. MI -1220

**Number/Street/Apt** ▼
333 Continental Blvd.

**City/State/ZIP** ▼
El Segundo, CA 90245 -5012

**9**

· Complete all necessary spaces
· Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev 07/2006   Print 07/2006—30,000   Printed on recycled paper          U.S. Government Printing Office 2004-320-958/60,126

07209/19854471

EXHIBIT __62__
PAGE __324__

M 0920217

EX 13877-0003

drawin 1 Doll No. 4

VA 1-378-652



LC COPYRIGHT
0 011 103 379 1

EXHIBIT __62__
PAGE __375__

M 0920218

EX 13877-0004



EXHIBIT 62
PAGE 376

M 0920219

EX 13877-0005

# EXHIBIT 63



*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF DOLL NO. 5** registered under number **VA 1-378-653**. This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DRAWING OF DOLL NO. 5** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VA 1-378-653**.

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT __63__
PAGE __377__

M 0920220

EX 13878-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-378-653**

EFFECTIVE DATE OF REGISTRATION

| 10 | 30 | 06 |
|---|---|---|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼
drawing of Doll No. 5

NATURE OF THIS WORK ▼ See instructions
drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leaves the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼
Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1968

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ USA
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2000
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
*approx.
Month 2   Day 12   Year 2001
Early 2001, USA
Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245 - 5012

APPLICATION RECEIVED
OCT 30 2006
ONE DEPOSIT RECEIVED
OCT 30 2006
TWO DEPOSITS RECEIVED
OCT 30 2006
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

07209/1985444.1

EXHIBIT 63
PAGE 378

M 0920221

EX 13878-0002

\* Amended by CO authority Robert Walsh, authorized agent of claimant.  Fax on 11/3/06.

| EXAMINED BY | STI | FORM VA |
|---|---|---|
| CHECKED BY | | |

☑ CORRESPONDENCE Yes

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**          **Account Number ▼**

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

**b**

Area code and daytime telephone number  ( 310 ) 252-6650          Fax number  ( 310 ) 252-4991

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Mattel, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert D. Walsh          Date  October 27, 2006

Handwritten signature (X) ▼

X  _Robert D. Walsh_

| Certificate will be mailed in window envelope to this address: | Name ▼ Robert D. Walsh  Mattel, Inc.  MI -1220 |
|---|---|
| | Number/Street/Apt ▼ 333 Continental Blvd. |
| | City/State/ZIP ▼ El Segundo, CA 90245 -5012 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

07209/1985447.1

Form VA  Rev. 07/2006  Print: 07/2006—30,000  Printed on recycled paper          U.S. Government Printing Office: 2004-320-958 /60,128

EXHIBIT 63
PAGE 379

M 0920222

EX 13878-0003

drawig 1 Doll No. 5

VA 1-378-653

LC COPYRIGHT
0 011 103 378 A

EXHIBIT  63
PAGE  380

M 0920223

EX 13878-0004



EXHIBIT 63
PAGE 381

M 0920224

EX 13878-0005

# EXHIBIT 64



*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF DOLL NO. 6** registered under number **VA 1-378-654.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DRAWING OF DOLL NO. 6** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VA 1-378-654**.

**THIS IS TO CERTIFY FURTHER**, that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT _64_
PAGE _382_

M 0920225

EX 13879-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VA 1-378-654**

EFFECTIVE DATE OF REGISTRATION

| 10 | 30 | 06 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼
drawing of Doll No. 6

NATURE OF THIS WORK ▼ See Instructions
drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

a  NAME OF AUTHOR ▼
Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼
1968

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ USA
     Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  Name of Author ▼

Dates of Birth and Death
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
     Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

a  Year in Which Creation of This Work Was Completed
2000
This information must be given in all cases.

b  Date and Nation of First Publication of This Particular Work  * approx.
Complete this information Month ___2___  Day ___12___  Year ___2001___
ONLY if this work has been published.  Early 2001, USA
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245 - 5012

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED
OCT 30 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
OCT 30 2006
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.   · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages

07209/1985444.1

EXHIBIT 64
PAGE 383

M 0920226

EX 13879-0002

\* Amended by CO authority Robert Walsh, authorized agent of claimant. Fax on 11/3/06.

EXAMINED BY  STI    **FORM VA**

CHECKED BY

☑ CORRESPONDENCE  Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert D. Walsh
Mattel, Inc. M1-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

b

Area code and daytime telephone number  ( 310 ) 252-6650          Fax number  ( 310 ) 252-4991

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Mattel, Inc.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert D. Walsh          Date  October 27, 2006

**Handwritten signature (X)** ▼

X  _Robert D. Walsh_

**Certificate will be mailed in window envelope to this address:**

Name ▼  Robert D. Walsh  Mattel, Inc. M1-1220

Number/Street/Apt ▼  333 Continental Blvd.

City/State/ZIP ▼  El Segundo, CA 90245 -5012

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Print: 07/2006—30,000   Printed on recycled paper          U.S. Government Printing Office: 2004-329-958/60,128

EXHIBIT  64

PAGE  384

M 0920227

EX 13879-0003

Drawing of Doll No. 6

VA 1-378-654

LC COPYRIGHT
0 011 103 377 8

EXHIBIT 64
PAGE 385

M 0920228

EX 13879-0004