

EXHIBIT   72
PAGE   475

EX 759-0002

M 0920331

EX 13890-0052



EXHIBIT ___72___
PAGE ___476___

EX 760-0001

M 0920332

EX 13890-0053



72
477

EX 760-0002

M 0920333

EX 13890-0054



ATTORNEY'S EYES
ONLY

BRYANT 00200



EX 761-0001

EXHIBIT _72_
PAGE _478_

M 0920334

EX 13890-0055



ATTORNEY'S EYES ONLY

BRYANT 00178



EX 762-0001

EXHIBIT __72__
PAGE __479__

M 0920335

EX 13890-0056



ATTORNEY'S EYES
ONLY

BRYANT 00194



TRIAL EXHIBIT 00774-001

EXHIBIT  72
PAGE  480

M 0920336

EX 13890-0057



EX 775-0001

M 0920337

EX 13890-0058



72
482

EX 775-0002

M 0920338

EX 13890-0059







ATTORNEY'S EYES ONLY

BRYANT 00197

TRIAL EXHIBIT 00776-001

EXHIBIT 72
PAGE 483

M 0920339

EX 13890-0060



EX 777-0001

M 0920340

EX 13890-0061



72
485

EX 777-0002

M 0920341

EX 13890-0062



2öE



ATTORNEY'S EYES ONLY

BRYANT 00208

DEPOSITION
EXHIBIT
781
Bryant J 9-25-07

TRIAL EXHIBIT 00781-001

EXHIBIT 72
PAGE

M 0920342

EX 13890-0063



JADE

DEPOSITION EXHIBIT
782
9 26 07 JAR
EX 782-0001

EXHIBIT __72__
PAGE __487__

M 0920343

EX 13890-0064



EX 782-0002

72
488

M 0920344

EX 13890-0065



DEPOSITION
EXHIBIT
786
9-26-07 DRE

EX 786-0001

EXHIBIT 72
PAGE 489

M 0920345

EX 13890-0066



EX 786-0002

72

490

M 0920346

EX 13890-0067



DEPOSITION
EXHIBIT
790
9-26-07 DITC

EX 790-0001

EXHIBIT 72
PAGE 491

M 0920347

EX 13890-0068



72
492

EX 790-0002

M 0920348

EX 13890-0069



LUPE

ATTORNEY'S EYES ONLY

BRYANT 00206



DEPOSITION EXHIBIT
794
9-26-07  DAC

EXHIBIT  72
PAGE  493

EX 794-0001

M 0920349

EX 13890-0070





795

9-26-07 DAC

ATTORNEY'S EYES ONLY

BRYANT 00204

TRIAL EXHIBIT 00795-001

EXHIBIT __72__

PAGE __494__

M 0920350

EX 13890-0071



JADE

ATTORNEY'S EYES ONLY          BRYANT 00201



DEPOSITION
EXHIBIT
796
9-26-07 DAC

TRIAL EXHIBIT 00796-001

EXHIBIT 72
PAGE 495

M 0920351

EX 13890-0072



EXHIBIT 72
496

EX 1152-0005

M 0920352

EX 13890-0073



2oC

ATTORNEY'S EYES
ONLY

BRYANT 00193

EX 1152-0006

EXHIBIT ___72__
PAGE ___497__

M 0920353

EX 13890-0074



EXHIBIT 72
PAGE 498

EX 1152-0013

M 0920354

EX 13890-0075



EXHIBIT 72
PAGE 499

EX 1152-0014

M 0920355

EX 13890-0076



EXHIBIT 72
PAGE 500

EX 1152-0015

M 0920356

EX 13890-0077



Zoe

Zoe

**ATTORNEY'S EYES
ONLY**

**BRYANT 00212**

EX 1152-0016

EXHIBIT _72_
PAGE _501_

M 0920357

EX 13890-0078







JADE



ATTORNEY'S EYES
ONLY

BRYANT 00201

_1748.1_

EXHIBIT _72_
PAGE _502_

EX 1748-0001

M 0920358

EX 13890-0079



ATTORNEY'S EYES ONLY          BRYANT 00201

EXHIBIT 72
503

1748.2
EX 1748-0002

M 0920359

EX 13890-0080



72
504

1748.3
EX 1748-0003

M 0920360

EX 13890-0081



EXHIBIT 72

505

1748.4
EX 1748-0004

M 0920361

EX 13890-0082



EXHIBIT _72_
PAGE _506_

1748 5
EX 1748-0005

M 0920362

EX 13890-0083







ATTORNEY'S EYES ONLY

BRYANT 00204

/250.1

EXHIBIT 72
PAGE 507

EX 1750-0001

M 0920363

EX 13890-0084



ATTORNEY'S EYES ONLY

BRYANT 00204

EXHIBIT 72
PAGE 508

1750.2
EX 1750-0002

M 0920364

EX 13890-0085