

EXHIBIT 72
PAGE 609

1750.3
EX 1750-0003

M 0920365

EX 13890-0086



EXHIBIT 72
PAGE 510

12304

EX 1750-0004

M 0920366

EX 13890-0087



ZOE

ATTORNEY'S EYES ONLY

BRYANT 00206

EXHIBIT 72
PAGE 511

12514
EX 1751-0004

M 0920367

EX 13890-0088



20¢

ATTORNEY'S EYES
ONLY

BRYANT 00193

EX 10534-0001

EXHIBIT 72
PAGE 512

M 0920368

EX 13890-0089



*Zoe*

*Zoe*

ATTORNEY'S EYES
ONLY

BRYANT 00212

EX 10536-0001

EXHIBIT 72
PAGE 513

M 0920369

EX 13890-0090



ATTORNEY'S EYES
ONLY

BRYANT 00218

EXHIBIT 72
PAGE 514

EX 10539-0001

M 0920370

EX 13890-0091



Holidae



LUPE



JADE



JOE.

BRYANT 00972

CONFIDENTIAL
ATTORNEYS EYES
ONLY

EX 10579-0001

EXHIBIT 72
PAGE 515

M 0920371

EX 13890-0092



ATTORNEY'S EYES
ONLY

BRYANT 00140

TRIAL EXHIBIT 15172-001

EXHIBIT 72
PAGE 516

M 0920372

EX 13890-0093



200

ATTORNEY'S EYES
ONLY

BRYANT 00193

TRIAL EXHIBIT 15175-001

EXHIBIT **72**
PAGE **517**

M 0920373

EX 13890-0094



Zoe

Zoe

ATTORNEY'S EYES
ONLY

BRYANT 00212

TRIAL EXHIBIT 15179-001

EXHIBIT 72
PAGE 518

M 0920374

EX 13890-0095









BRYANT 00972

CONFIDENTIAL
ATTORNEYS EYES
ONLY

TRIAL EXHIBIT 18281-001

EXHIBIT 72
PAGE 519

M 0920375

EX 13890-0096



ATTORNEY'S EYES ONLY

BRYANT 00218

TRIAL EXHIBIT NUMBER 18501-001

EXHIBIT 72
PAGE 520

M 0920376

EX 13890-0097

# EXHIBIT 73

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-306

**Effective date of registration:**

July 25, 2008

---

## Title

**Title of Work:** Bryant Drawing C

**Nature of Work:** Drawing

## Completion/Publication

**Year of Completion:** 2000

## Author

■ **Author:** Carter Bryant

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1968

**Anonymous:** No    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mattel, Inc

333 Continental Blvd , El Segundo, CA, 90245-5012

**Transfer Statement:** By assignment

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Robert D Walsh

**Date:** July 24, 2008

---

**Correspondence:** Yes

Page 1 of 1

EXHIBIT 13
PAGE 521

M 0920377

EX 13891-0001

**IPN#:**

**Registration #:**   VAU000964306

**Service Request #:**   1-81192414

Mattel, Inc MI- 1220
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT 73
PAGE 522

**M 0920378**

EX 13891-0002



ATTORNEY'S EYES ONLY

BRYANT 00173

EXHIBIT 73
PAGE 523

EX 5-0034

M 0920379

EX 13891-0003

# EXHIBIT 74

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-309

**Effective date of registration:**

July 25, 2008

## Title

Title of Work: Bryant Drawings A

Nature of Work: Drawings

## Completion/Publication

Year of Completion: 2000

## Author

■

Author: Carter Bryant

Author Created: 2-Dimensional artwork

Work made for hire: No

Citizen of: United States

Year Born: 1968

Anonymous: No                     Pseudonymous: No

## Copyright claimant

Copyright Claimant: Mattel, Inc

333 Continental Blvd., El Segundo, CA, 90245-5012

Transfer Statement: By assignment

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Robert D Walsh

Date: July 24, 2008

Correspondence: Yes

Page 1 of 1

EXHIBIT 14
PAGE 524

M 0920391

EX 13893-0001

**IPN#:**

**Registration #:**   VAU000964309

**Service Request #:**   1-81192271

Mattel, Inc MI-1220
Robert Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT 74
PAGE 525

**M 0920392**

EX 13893-0002



ATTORNEY'S EYES
ONLY

BRYANT 00232

EX 3-0011

M 0920393

EX 13893-0003

EXHIBIT 14
PAGE 526



ATTORNEY'S EYES
ONLY

BRYANT 00151

EX 5-0014

EXHIBIT __74__
PAGE __527__

M 0920394

EX 13893-0004



FINAL

ATTORNEY'S EYES ONLY

BRYANT 00155

EX 5-0018

EXHIBIT 74
PAGE 528

M 0920395

EX 13893-0005



ATTORNEY'S EYES ONLY

BRYANT 00156

EX 5-0019

EXHIBIT 74
PAGE S29

M 0920396

EX 13893-0006



Zoe

hollkse

ATTORNEY'S EYES
ONLY

BRYANT 00163

EX 5-0026

EXHIBIT 74
PAGE 530

M 0920397

EX 13893-0007



fashion play—
Zoe-super queen
queen's court

—hairplay—
additional styles/colors
for Zoe/Lupe/Jade
additional styles/colors
for Meridee

ATTORNEY'S EYES
ONLY

BRYANT 00164

EX 5-0027

EXHIBIT 74
PAGE 531

M 0920398

EX 13893-0008



FASHION PAK

PAJAMA POWER!

FABRICS UNDETERMINED

- TANK TOP
- DRAWSTRING BOTTOMS
- FUZZY ANIMAL SLIPPERS
- FUZZY PILLOW
- FUZZY NIGHT BLINDERS
- FUZZY LAMB

ATTORNEY'S EYES ONLY

BRYANT 00165

EX 5-0028

EXHIBIT 74
PAGE 532

M 0920399

EX 13893-0009

FROM : _____   FAX NO. : _____   Apr. 10 2008 07:57AM P3

NO

fuzzy/fat
"GRANNY
SQUARES"
BROWN w/
BEIGE
BLANKET
STICH

YASMIN

b knit toptstch

JADE

Sunfect

SILVER NYLON
w/RED TYPE

OptionWhite
nylon body dirt

animal
print

blue
vinyl
piping

FIONA

white (perforation) vinyl
- internal tent flap
- elasticized loop
BLACK PIPING ?
RIBBON ?

air/jade
air/granny

stripe on side

1/16 1/8 1/8

KADEISHA

LIGHT BLUE NYLON w/stripe d strap like



strap 1/4"
only)

?

FINAL DESIGNS



YASMIN

BROWN "SUEDE-Y" LOOKING FABRIC
W/ BEIGE WHIPSTITCHING,
BLUE, PURPLE CROCHET BODY

ATTORNEY'S EYES
ONLY

BRYANT 00167

EX 5-0030

EXHIBIT 74
PAGE 533

M 0920400

EX 13893-0010



Hallidae

ATTORNEY'S EYES
ONLY

BRYANT 00235

EX 5-0081

EXHIBIT 74
PAGE 534

M 0920401

EX 13893-0011



Zoe

ATTORNEY'S EYES ONLY

BRYANT 00236

EX 5-0082

EXHIBIT 74
PAGE 535

M 0920402

EX 13893-0012



Jade

ATTORNEY'S EYES ONLY

BRYANT 00237

EX 5-0083

EXHIBIT 74
PAGE 536

M 0920403

EX 13893-0013



*YASMIN'S
BOOT.
FINAL*

*APPX. ACTUAL SIZE*

*SIDE*   *FRONT*

ATTORNEY'S EYES
ONLY

BRYANT 00284

EX 5-0095

EXHIBIT 74
PAGE 537

M 0920404

EX 13893-0014



FIONA'S
BOOTS

BOOT DE
#1

APPROXIMATE
ACTUAL SIZE

110%
of
original

TOPP
OF 3¾
H¹

LOWER
SO.

.90 wall thickness

3250851

m.wandingac.con

ATTORNEY'S EYES
ONLY

BRYANT 00285

EX 5-0096

M 0920405

EXHIBIT 74
PAGE 538

EX 13893-0015



JADE/YASMIN
PLATFORM SANDAL
(PLATFORM DESIGN #2)

FINAL DESIGNS

"INDICATION" OF TOES
ON INSIDE OF SHOE

APX. ACTUAL SIZE.

ATTORNEY'S EYES
ONLY                    BRYANT 00288

EX 5-0099

EXHIBIT 74
PAGE 539

M 0920406

EX 13893-0016



SL00030

EX 323-0018

EXHIBIT 74
PAGE 540

M 0920407

EX 13893-0017



SL00031

EX 323-0019

EXHIBIT 74
PAGE 541

M 0920408

EX 13893-0018



SL00038

EX 323-0026

EXHIBIT 74
PAGE 542

M 0920409

EX 13893-0019



ATTORNEY'S EYES ONLY

BRYANT 00163



EX 712-0001

EXHIBIT 74
PAGE 543

M 0920410

EX 13893-0020



ATTORNEY'S EYES ONLY          BRYANT 00164



DEPOSITION EXHIBIT
713
Bryant J   9-25-07

EX 713-0001

EXHIBIT 74
PAGE 544

M 0920411

EX 13893-0021



Zoe

·ATTORNEY'S EYES ONLY

BRYANT 00236



EX 715-0001

EXHIBIT 74
PAGE 545

M 0920412

EX 13893-0022



Hallidae

ATTORNEY'S EYES
ONLY

BRYANT 00235



EX 720-0001

EXHIBIT 74
PAGE 544

M 0920413

EX 13893-0023



Jade

ATTORNEY'S EYES ONLY

BRYANT 00237



DEPOSITION EXHIBIT
723
Bryant J   9-25-07

EX 723-0001

EXHIBIT 74
PAGE 547

M 0920414

EX 13893-0024



ATTORNEY'S EYES
ONLY

BRYANT 00151

EX 10515-0001

EXHIBIT 74
PAGE 548

M 0920415

EX 13893-0025



ATTORNEY'S EYES
ONLY

BRYANT 00155

EX 10518-0001

EXHIBIT ___74___
PAGE ___549___

M 0920416

EX 13893-0026



ATTORNEY'S EYES ONLY

BRYANT 00156

EX 10519-0001

EXHIBIT 74
PAGE 550

M 0920417

EX 13893-0027

FASHION PAK

PAJAMA POWER!

FABRICS UNDETERMINED




nite-y-nite

- TANK TOP
- DRAWSTRING BOTTOMS
- FUZZY ANIMAL SLIPPERS
- FUZZY PILLOW
- FUZZY NIGHT BLINDERS
- FUZZY LAMB

ATTORNEY'S EYES ONLY

BRYANT 00165

EX 10526-0001

M 0920418

EX 13893-0028

EXHIBIT 74
PAGE 551

# EXHIBIT 75

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-310

**Effective date of registration:**

**July 25, 2008**

## Title

| | |
|---|---|
| **Title of Work:** | Bryant Bratz Pitch Materials B |
| **Nature of Work:** | Drawings |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2000 |

## Author

| | |
|---|---|
| **Author:** | Carter Bryant |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1968 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Mattel, Inc. |
| | 333 Continental Blvd , El Segundo, CA, 90245-5012 |
| **Transfer Statement:** | By assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Robert D. Walsh |
| **Date:** | July 24, 2008 |

| | |
|---|---|
| **Correspondence:** | Yes |

Page 1 of 1

EXHIBIT 75
PAGE 552

M 0920419

IPN#: 
**★ ★**

Registration #: VAU000964310

Service Request #: 1-81192219

Mattel, Inc MI-1220
Robert D. Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT 75
PAGE 553

**M 0920420**

EX 13894-0002



"The Bratz"

ATTORNEY'S EYES
ONLY

BRYANT 00310



11-5 04        SH

EX 2-0001

EXHIBIT **75**
PAGE **554**

M 0920421

EX 13894-0003



Y. HALLIDAE

ATTORNEY'S EYES
ONLY

BRYANT 00311

EX 2-0002

EXHIBIT 75
PAGE 555

M 0920422

EX 13894-0004



New look- doll!
some :)

ATTORNEY'S EYES
ONLY

BRYANT 00312

EX 2-0003

EXHIBIT 75
PAGE 554

M 0920423

EX 13894-0005



ATTORNEY'S EYES
ONLY

BRYANT 00313

EX 2-0004

EXHIBIT 75
PAGE 557

M 0920424

EX 13894-0006





How they transform

ATTORNEY'S EYES
ONLY

BRYANT 00314

EX 2-0005

EXHIBIT 75
PAGE 558

M 0920425

EX 13894-0007



ATTORNEY'S EYES
ONLY

BR...

EX 2-0006

EXHIBIT 75
PAGE 559

M 0920426

EX 13894-0008



"Zoe"

ATTORNEY'S EYES
ONLY

BRYANT 00316

EX 2-0007

EXHIBIT 75
PAGE 5600

M 0920427

EX 13894-0009



after transform.

ATTORNEY'S EYES ONLY

BRYANT 00317

EXHIBIT 75
PAGE 5101

EX 2-0008

M 0920428

EX 13894-0010



after transform -

ATTORNEY'S EYES
ONLY

BRYANT 00318

EX 2-0009

EXHIBIT 75
PAGE 562

M 0920429

EX 13894-0011



"LOVE"

ATTORNEY'S EYES
ONLY

BRYANT 00319

EX 2-0010

EXHIBIT 75
PAGE 563

M 0920430

EX 13894-0012



DEPOSITION
EXHIBIT
731

EX 734-0001

M 0920431

EX 13894-0013

EXHIBIT 15
PAGE 5104



EXHIBIT 75
PAGE 505

EX 734-0002

M 0920432

EX 13894-0014





ATTORNEY'S EYES ONLY

BRYANT 00313



DEPOSITION EXHIBIT
737
Bryant J

TRIAL EXHIBIT 00737-001

EXHIBIT 75
PAGE 5060

M 0920433

EX 13894-0015



after transform

ATTORNEY'S EYES ONLY

BRYANT 00317



DEPOSITION
EXHIBIT
743
Bryant J  9-25-07

TRIAL EXHIBIT 00743-001

EXHIBIT 75
PAGE 5107

M 0920434

EX 13894-0016



DEPOSITION
EXHIBIT
744

EX 744-0001

EXHIBIT 75
PAGE 508

M 0920435

EX 13894-0017



EX 744-0002

EXHIBIT 75
PAGE 5109

M 0920436

EX 13894-0018



DEPOSITION
EXHIBIT
746

EXHIBIT 75
PAGE 570

EX 746-0001

M 0920437

EX 13894-0019



EX 746-0002

M 0920438

EX 13894-0020

EXHIBIT 75
PAGE 571



DEPOSITION EXHIBIT 778
Bryant J 1-25-07
PENGAD 800-631-6989

7/12/2006
IMG_1359.JPG

EXHIBIT 75
PAGE 572

EX 778-0001

M 0920439

EX 13894-0021



EX 778-0002

M 0920440

EX 13894-0022

EXHIBIT 75
PAGE 573

# EXHIBIT 76

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**\* \***

**Registration Number:**

## VAu 964-311

**Effective date of registration:**

**July 25, 2008**

## Title
**Title of Work:** Bryant Bratz Pitch Materials A
**Nature of Work:** Drawings

## Completion/Publication
**Year of Completion:** 2000

## Author
■ **Author:** Carter Bryant
**Author Created:** 2-Dimensional artwork

**Work made for hire:** No
**Citizen of:** United States
**Year Born:** 1968
**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant
**Copyright Claimant:** Mattel, Inc
333 Continental Blvd, El Segundo, CA, 90245-5012
**Transfer Statement:** By assignment

## Limitation of copyright claim
**Previously registered:** No

## Certification
**Name:** Robert D Walsh
**Date:** June 24, 2008

**Correspondence:** Yes

Page 1 of 1

EXHIBIT 74
PAGE 574

M 0920441

EX 13895-0001

**IPN#:**

**Registration #:**   VAU000964311

**Service Request #:**   1-81192193

Mattel, Inc  MI-1220
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT 74
PAGE 575

M 0920442

EX 13895-0002

EX 1-0001

DEPOSITION EXHIBIT

BRYANT 00262

ATTORNEY'S EYES ONLY

ALL MATERIALS © 2000 CARTER BRYANT

EXHIBIT 74
PAGE 576

M 0920443

EX 13895-0004
M 0920444

EXHIBIT

# Bratz!

Meet the Bratz! The Totally Transformable Teenage
dolls! They're four best friends from high school who
love to trade clothes, shoes and hairdos! They come to
school with a new look every day!

By simply popping off the hairstyle and shoes, and
exchanging them for one of their other hairstyles and
pairs of shoes, or a friend's hairstyle and shoes, you
can create a whole new look! Complete the look by
changing their pants or skirts for one of their additional
garments!

Each doll comes dressed in a trendy, hip outfit, with
one or two additional pieces, such as an additional
skirt or t- shirt (for mix and matching.) Each doll also
comes with two great hairstyles, 2 great pairs of shoes,
and a cool backpack.

ATTORNEY'S EYES
ONLY                    BRYANT 00263

EX 1-0002

EX 1-0003

ATTORNEY'S EYES ONLY

BRYANT 00264

## Meet Zoe!

She's the queen of cool at school with her short dark brown hair and funky stompin' sneaks. Hiphugger jeans, short tee shirt, and glittery vinyl backpack complete her daytime look.



EXHIBIT 78

PAGE 578

M 0920445

EX 13895-0005

EX 1-0004

BRYANT 00265

ATTORNEY'S EYES ONLY

To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)



EXHIBIT 74
PAGE 579

M 0920446

EX 13895-0006

EX 1-0005

BRYANT 00266

ATTORNEY'S EYES ONLY

Now she has a whole new look for nighttime fun with the rest of the Bratz gang!



EXHIBIT 76
PAGE 580

M 0920447

EX 13895-0007



### Meet Lupe!

She's the princess of pretty in her
casual wear of tank top and wide
leg khakis. Cute sweatshirt,
silvery tennies , a fun red updo
and fresh backpack give her a
great look for school!

EX 1-0006

BRYANT 00267

ATTORNEY'S EYES ONLY

EXHIBIT
PAGE

M 0920448
EX 13895-0008

EX 1-0007

BRYANT 00268

ATTORNEY'S EYES ONLY

For partytime, change her into a short skirt, braids and silver stompers!

EXHIBIT 74
PAGE 582

M 0920449

EX 1-0008

ATTORNEY'S EYES
ONLY

BRYANT 00269

## Meet Hallidae!

She's got the bead! Ultra trendy street wear 'n' braids for hittin' the books. Jean skirt, boots and knit cap..not to mention a funky bookpack (check out the logos!) give Hallidae a look that is all that!



EXHIBIT 76
PAGE 583

M 0920450

EX 13895-0010

EX 1-0009

BRYANT 00270

ATTORNEY'S EYES ONLY



On date night, it's a sassy short dress, platforms, and a totally new 'do!

EXHIBIT 74
PAGE 584

M 0920451

EX 13895-0011

EX 1-0010

BRYANT 00271

ATTORNEY'S EYES ONLY

## Meet Jade!

Jade loves far-out fashion! Mary Janes and a baby doll are just perfect for study hall! Twisty hairdo, fringe-y jacket and a sweater than sweet backpack and Jade is ready for serious school house rock!



EXHIBIT 74
PAGE 585

M 0920452

EX 13895-0012

EX 1-0011

BRYANT 00272

ATTORNEY'S EYES ONLY



For weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!

EXHIBIT 74
PAGE 584

M 0920453

EX 13895-0013



DEPOSITION
EXHIBIT
727
Bryant J

EXHIBIT 74
PAGE 587

EX 727-0001

M 0920454

EX 13895-0014

EX 727-0002



EXHIBIT 74
PAGE 588

M 0920455

EX 13895-0015



EXHIBIT 76
PAGE 589

M 0920456

EX 13895-0016

EX 728-0002



M 0920457

EX 13895-0017

EX 780-0001



PENGAD 800-631-6989

DEPOSITION
EXHIBIT
780
Bryant J
9-25-07

EXHIBIT 76
PAGE 591

M 0920458

EX 13895-0018

EX 780-0002



EXHIBIT 76
PAGE 592

M 0920459

EX 13895-0019

# EXHIBIT 77

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-315

**Effective date of
registration:**

July 25, 2008

## Title

Title of Work: Bryant Drawings E

Nature of Work: Drawings

## Completion/Publication

Year of Completion: 2000

## Author

Author: Carter Bryant

Author Created: 2-Dimensional artwork

Work made for hire: No

Citizen of: United States

Year Born: 1968

Anonymous: No                 Pseudonymous: No

## Copyright claimant

Copyright Claimant: Mattel, Inc

333 Continental Blvd, El Segundo, CA, 90245-5012

Transfer Statement: by assignment

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Robert D Walsh

Date: July 24, 2008

Correspondence: Yes

Page 1 of 1

EXHIBIT 77
PAGE 593

M 0920460

EX 13896-0001

IPN#: 
\*\*

Registration #:   VAU000964315

Service Request #:   1-81192458

Mattel, Inc
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT 77
PAGE 594

M 0920461

EX 13896-0002



**ATTORNEY'S EYES ONLY**

**BRYANT 00276**

EX 5-0087

M 0920462

EX 13896-0003

EXHIBIT 77
PAGE 595



THIS IS
MORE THE
LIP LOOK I
WANT FOR
ACE.

JADE'S
"GLAMOUR"
DRESS

ATTORNEY'S EYES
ONLY

BRYANT 00297

EXHIBIT 77
PAGE 596

EX 5-0108

M 0920463

EX 13896-0004



THIS IS MORE THE LIP LOOK I WANT FOR HER.

JADE'S "GLAMOUR" DRESS

ATTORNEY'S EYES ONLY

BRYANT 00297



TRIAL EXHIBIT 00724-001

EXHIBIT 11
PAGE 597

M 0920464

EX 13896-0005



DEPOSITION
EXHIBIT
725
Bryant J   9-25-07

EX 725-0002

M 0920466

EX 13896-0007

EXHIBIT 77
PAGE 599

# EXHIBIT 78

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-318

**Effective date of
registration:**

July 25, 2008

**Title**

Title of Work: Bryant Drawings F

Nature of Work: Drawings

**Completion/Publication**

Year of Completion: 1999

**Author**

■     Author: Carter Bryant

Author Created: 2-Dimensional artwork

Work made for hire: No

Citizen of: United States

Year Born: 1968

Anonymous: No          Pseudonymous: No

**Copyright claimant**

Copyright Claimant: Mattel, Inc

333 Continental Blvd , El Segundo, CA, 90245-5012

Transfer Statement: by assignment

**Limitation of copyright claim**

Previously registered: No

**Certification**

Name: Robert D Walsh

Date: July 24, 2008

Correspondence: Yes

Page 1 of 1

EXHIBIT 18
PAGE 600

M 0920467

EX 13897-0001

IPN#: 
＊ ＊

**Registration #:** VAU000964318

**Service Request #:** 1-81192480

Mattel, Inc MI-1220
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012



EXHIBIT 18
PAGE 601

**M 0920468**

EX 13897-0002



VAL

ATTORNEY'S EYES ONLY

BRYANT 00105

EX 5-0055

EXHIBIT 78
PAGE 602

M 0920469

EX 13897-0003



ATTORNEY'S EYES
ONLY

BRYANT 00205

EXHIBIT 78
PAGE 603

EX 5-0065

M 0920470

EX 13897-0004



JARED

ATTORNEY'S EYES
ONLY

BRYANT 00207

EXHIBIT 78
PAGE 004

EX 5-0067

M 0920471

EX 13897-0005



ATTORNEY'S EYES
ONLY

BRYANT 00209

EX 5-0069

EXHIBIT 18
PAGE 605

M 0920472

EX 13897-0006



ATTORNEY'S EYES
ONLY

BRYANT 00210

EXHIBIT 78
PAGE 604

EX 5-0070

M 0920473

EX 13897-0007



VAL

ATTORNEY'S EYES
ONLY

BRYANT 0010

EX 62-0003

EXHIBIT 78
PAGE 607

M 0920474

EX 13897-0008



JARED

ATTORNEY'S EYES ONLY

BRYANT 00207

EXHIBIT 78
PAGE 608

EX 62-0007

M 0920475

EX 13897-0009



ATTORNEY'S EYES
ONLY

BRYANT 00210

EX 62-0009

EXHIBIT 78
PAGE 609

M 0920476

EX 13897-0010



BODY
94%

MATTEL 623
EXHIBIT
FOR IDENTIFICATION
PAMELA S. HARRIS, CSR 3500
Aug 8 20
WIT: 6    BY
SamirKhare

ATTORNEY'S EYES
ONLY

BRYANT 00210

EX 623-0001

EXHIBIT 78
PAGE 610

M 0920477

EX 13897-0011



DEPOSITION EXHIBIT 783

EXHIBIT 78
PAGE 611

EX 783-0001

M 0920478

EX 13897-0012



EXHIBIT 78
PAGE 1012

EX 783-0002

M 0920479

EX 13897-0013



DEPOSITION EXHIBIT 784 9-26-07 OBC

EXHIBIT 78
PAGE 613

EX 784-0001

M 0920480

EX 13897-0014

18
614

EX 784-0002

M 0920481

EX 13897-0015