

DEPOSITION EXHIBIT
785
9-26-07 DAC

EXHIBIT 18
PAGE 615

EX 785-0001

M 0920482

EX 13897-0016





EXHIBIT 78
PAGE 666

EX 785-0002

M 0920483

EX 13897-0017



EXHIBIT 78
617

EX 1152-0007

M 0920484

EX 13897-0018



ATTORNEY'S EYES ONLY

BRYANT 00205

EX 1152-0008

EXHIBIT 7B
PAGE 618

M 0920485

EX 13897-0019



EXHIBIT 78
PAGE 619

EX 1152-0009

M 0920486

EX 13897-0020



EXHIBIT 78
PAGE 620

EX 1152-0011

M 0920487

EX 13897-0021





JARED

ATTORNEY'S EYES
ONLY

BRYANT 00207

EX 1152-0012

EXHIBIT 7B
PAGE 621

M 0920488

EX 13897-0022





JAKED



ATTORNEY'S EYES ONLY

BRYANT 00207

EX 10535-0001

EXHIBIT 78
PAGE 622

M 0920489

EX 13897-0023



ATTORNEY'S EYES
ONLY

BRYANT 00209

EX 11788-0001

EXHIBIT _78_
PAGE _623_

M 0920490

EX 13897-0024



**ATTORNEY'S EYES ONLY**

**BRYANT 00205**

EX 11789-0001

EXHIBIT 78
PAGE 624

**M 0920491**

EX 13897-0025

# EXHIBIT 79

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-320

**Effective date of registration:**

July 25, 2008

## Title

**Title of Work:** Body Drawings

**Nature of Work:** Drawings

## Completion/Publication

**Year of Completion:** 1999

## Author

■ **Author:** Carter Bryant

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1968

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mattel, Inc

333 Continental Blvd , El Segundo, CA, 90245-5012

**Transfer Statement:** by assignment

## Limitation of copyright claim

**Previously registered:** Yes

**Previous registration and year:** VAu 715-270     2006

**Basis of current registration:** This is a changed version of the work

**New material included in claim:** Additional artistic work

## Certification

**Name:** Robert D Walsh

**Date:** July 24, 2008

Page 1 of 2

EXHIBIT 79
PAGE 625

**M 0920519**

EX 13899-0001

Correspondence: Yes

EXHIBIT 19
PAGE 0226

**M 0920520**

EX 13899-0002

**IPN#:**

**Registration #:**   VAU000964320

**Service Request #:**   1-81192524

Mattel, Inc   MI-1220
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT __79__
PAGE __627__

**M 0920521**

EX 13899-0003



ATTORNEY'S EYES
ONLY

BRYANT 00196

EX 5-0056

EXHIBIT 79
PAGE 628

M 0920522

EX 13899-0004



ATTORNEY'S EYES ONLY

BRYANT 00198

EX 5-0058

EXHIBIT 79
PAGE 629

M 0920523

EX 13899-0005



ATTORNEY'S EYES
ONLY

BRYANT 00202

EX 5-0062

EXHIBIT 79
PAGE 630

M 0920524

EX 13899-0006



? qo?-?

ATTORNEY'S EYES
ONLY

BRYANT 00211

EX 5-0071

EXHIBIT 79
PAGE 631

M 0920525

EX 13899-0007



9 -10" tall
14-15yrs old

Nov 9th

JOINTED HERE, @ SHOULDERS

JOINTED @ HIPS

SCULPTED FINGERNAILS

removable ankles

BASIC STK SCULPT

ATTORNEY'S EYES ONLY

BRYANT 00277

EX 5-0088

EXHIBIT 79
PAGE 632

M 0920526

EX 13899-0008



JOINTED HERE, @ SHOULDERS

JOINTED HIPS

SCULPTED FINGERNAILS

BASIC SHOE SCULPT

ATTORNEY'S EYES ONLY

BRYANT 00290

EX 5-0101

EXHIBIT 79
PAGE 633

M 0920527

EX 13899-0009



9-10' tall
14-15yr old

Now 7st

JOINTED HERE, @ SHOULDERS

JOINTED @ HIPS

SCULPTED FINGERNAILS

removable ankles

BASIC 5th SCULPT

ATTORNEY'S EYES ONLY

BRYANT 00277

35-1

Def's
Exhibit no. 35
Date: 12/06/04
P. Pybus

TRIAL EXHIBIT 00035-001

EXHIBIT 79
PAGE 0034

M 0920528

EX 13899-0010



Jointed here, @ shoulders

Jointed @ hips

Sculpted fingernails

Basic stk sculpt

ATTORNEY'S EYES ONLY

BRYANT 00290

TRIAL EXHIBIT 00035-003

EXHIBIT 79
PAGE 635

M 0920529

EX 13899-0011



ATTORNEY'S EYES ONLY

BRYANT 00202

EX 62-0005

M 0920530

EX 13899-0012

EXHIBIT 79
PAGE 634



? 90?-?



**ATTORNEY'S EYES ONLY**

BRYANT 00241

EX 62-0010

EXHIBIT 79
PAGE 637

M 0920531

EX 13899-0013



Mattel 621

EXHIBIT
FOR IDENTIFICATION
PAMELA S. HARRIS, CSR 3509
Aug 25 08
WITNESS
Samir Khare

ATTORNEY'S EYES
ONLY

BRYANT 00202

TRIAL EXHIBIT 00621-001

EXHIBIT 79
PAGE 638

M 0920532

EX 13899-0014



DEPOSITION EXHIBIT
764
Bryant J   9-25-07

EXHIBIT 79
PAGE 439

EX 764-0001

M 0920533

EX 13899-0015



79
1040

EX 764-0002

M 0920534

EX 13899-0016



EX 765-0001

M 0920535

EX 13899-0017

EXHIBIT 79
PAGE 641



EX 765-0002

79
642

M 0920536

EX 13899-0018



ATTORNEY'S EYES ONLY          BRYANT 00202



TRIAL EXHIBIT 00767-001

EXHIBIT 79
PAGE 643

M 0920537

EX 13899-0019



DEPOSITION
EXHIBIT
768
Bryant J   8-25-07

EXHIBIT  79
PAGE  644

EX 768-0001

M 0920538

EX 13899-0020



EX 768-0002

M 0920539

EX 13899-0021

79
645



EX 770-0001

M 0920540

EX 13899-0022

EXHIBIT 79
PAGE 646



ATTORNEY'S EYES ONLY

BRYANT 00211

EX 770-0002

M 0920541

EX 13899-0023



SCULPTURAL BODY DRAWING; 9/19/99
TO BE USED FOR ALL DOLLS



JOINTED HERE @ SHOULDERS

SCULPTED FINGERNAILS

JOINTED @ HIPS

TOTAL DOLL HEIGHT W/ HEAD 11½" 12"

9"

ACTUAL SIZE

BASIC SHOE SCULPT

2" APP.

2½" APPX

CONFIDENTIAL            Attorney's Eyes Only            BRYANT 01975



EX 1327-0001

M 0920542

EXHIBIT 79
PAGE 648

EX 13899-0024



SCULPTURAL BODY DRAWING; 9/19/99
TO BE USED FOR ALL DOLLS

JOINTED HERE, @ SHOULDERS

JOINTED @ HIPS

SCULPTED FINGERNAILS

TOTAL DOLL HEIGHT w/ HEAD: 11½" ±½"

9"

(ACTUAL SIZE)

BASIC SHOE SCULPT

2" APPX.

2¼" APPX.

EXHIBIT 79
PAGE 649

EX 1327-0002

M 0920543

EX 13899-0025



? 90%o ?





ATTORNEY'S EYES ONLY

BRYANT 00211

1752.1

EXHIBIT 19
PAGE 450

EX 1752-0001

M 0920544

EX 13899-0026



ATTORNEY'S EYES
ONLY

BRYANT 00196

TRIAL EXHIBIT 15176-001

EXHIBIT 19
PAGE 105

M 0920545

EX 13899-0027



ATTORNEY'S EYES
ONLY

BRYANT 00198

TRIAL EXHIBIT 15177-001

EXHIBIT 79
PAGE 652

M 0920546

EX 13899-0028