1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9                    UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                      EASTERN DIVISION

12  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)

13            Plaintiff,                 Consolidated with
                                         Case No. CV 04-09059
14         vs.                           Case No. CV 05-02727

15  MATTEL, INC., a Delaware             [PROPOSED] ORDER RE MATTEL,
    corporation,                         INC.'S *EX PARTE* APPLICATION
16                                       FOR AMENDMENT OF THE
            Defendant.                   BRIEFING SCHEDULE REGARDING
17                                       THE MGA PARTIES' *EX PARTE*
    _____         APPLICATION AND MOTION TO
18  AND CONSOLIDATED ACTIONS             STAY PENDING APPEAL

19

20

21

22

23

24

25

26

27

28

07209/2741855.1

1          [PROPOSED] ORDER

2

3          Based on the concurrently filed Mattel, Inc.'s *Ex Parte* Application for

4   Amendment of the Briefing Schedule Regarding the MGA Parties' *Ex Parte*

5   Application and Motion for Stay Pending Appeal, and good cause appearing for the

6   entry thereof, IT IS HEREBY ORDERED:

7          The stipulated date for the MGA Parties' reply in support of their *Ex*

8   *Parte* Application and Motion for Stay Pending Appeal is hereby vacated.  MGA

9   shall file and serve (personally or by electronic mail) its reply in this Court no later

10  than December 26, 2008.

11

12  DATED:                    , 2008   _____

                                        Hon. Stephen G. Larson
13                                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2741855.1

[PROPOSED] ORDER RE MATTEL'S EX PARTE APPLICATION FOR AMENDMENT OF BRIEFING SCHEDULE