| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | John B. Quinn (Bar No. 090378) |
| 2 | (johnquinn@quinnemanuel.com) |
| | Michael T. Zeller (Bar No. 196417) |
| 3 | (michaelzeller@quinnemanuel.com) |
| | Jon D. Corey (Bar No. 185066) |
| 4 | (joncorey@quinnemanuel.com) |
| | 865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, California 90017-2543 |
| | Telephone: (213) 443-3000 |
| 6 | Facsimile: (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | [~~PROPOSED~~] ORDER RE STIPULATION REGARDING PROPOSED SPECIAL/DISCOVERY MASTER FOR SUBSEQUENT PROCEEDINGS |
| Defendant. | |
| AND CONSOLIDATED CASES. | |

07209/2740408.1

[PROPOSED] ORDER RE STIPULATION

# [~~PROPOSED~~] ORDER

Having considered the parties' Stipulation Regarding Proposed Special/Discovery Master For Subsequent Proceedings, and for good cause shown, IT IS HEREBY ORDERED that the parties shall have until January 5, 2009 to submit to the Court any agreement, objections or preferences regarding a candidate or candidates to serve as special master and/or discovery master for subsequent proceedings, *from the 12/3/08 + 12/5/08 lists provided by the Court.* Any objections or preferences submitted by the parties shall be submitted *in camera* and under seal. ~~For any candidate or candidates submitted by agreement of the parties, the parties shall present a joint submission containing the qualifications and contact information of the agreed candidate or candidates.~~

Except for the foregoing, the Court's orders of December 3, 2008 and December 5, 2008 regarding potential special masters and/or discovery masters are not amended in any other respect.

By entering this stipulation, neither Mattel nor the MGA Parties are waiving any rights or arguments of any nature with respect to the selection of a special master and/or discovery master.

**IT IS SO ORDERED.**

DATED: December 22, 2008

_____
Honorable Stephen G. Larson
United States District Judge

*If the parties object to all of the Court's proposed masters, and if those objections are well-taken by the Court, the Court will submit for the parties' consideration a further supplemental list of Court-approved possible masters.*

-1-

[PROPOSED] ORDER RE STIPULATION