Diane C. Hutnyan
QUINN EMANUEL URQUHART OLIVER & HEDGES,
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual,

PLAINTIFF(S)

v.

MATTEL, INC., a Delaware corporation,

DEFENDANT(S).

CASE NUMBER: CV 04-9049 SGL (RNBx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel, Inc.'s Ex Parte Application to Strike the Wing, Kennedy, and Third-Party Delcarations in Support of the MGA Parties' Request for Stay; App to File Under Seal; [Proposed] Order re: App; Mattel, Inc.'s Evidentiary Objections to the Compendium of Third-Party Declarations; App to File Under Seal; [Proposed] Order re App; Mattel, Inc.'s Evidentiary Objections to the Declaration of Brian Wing; App to File Under Seal; [Proposed] Order re: App

**Document Description:**

- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [X] Other  Applications to File Under Seal and Proposed Order

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated  January 4, 2005
- [ ] Manual Filing required (*reason*):

December 23, 2008
Date

Diane C. Hutnyan
Attorney Name

Mattel, Inc., a Delaware corporation
Party Represented

Note: File one Notice in each case, each time you manually file document(s).