FILED
2008 DEC 22 AM 10: 05

1 THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
3 JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
4 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
5 Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
6 Fax: (213) 687-5600

7 Attorneys for The MGA Parties

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | **PROOF OF SERVICE** |
| AND CONSOLIDATED ACTIONS. | Hearing Date: February 11, 2009<br>Time: 10:00 AM |

PROOF OF SERVICE — NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **December 22, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

(X) (BY PERSONAL SERVICE)   ☐   By personally delivering copies to the person served. (FEDERAL)

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

( ) (BY FEDERAL EXPRESS)

( ) (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **December 22, 2008**, in Los Angeles, California.

_Nandi Berglund_   /s/ Nandi Berglund
PRINT NAME          SIGNATURE

## Document List

MGA PARTIES' NOTICE OF MOTION AND MOTION FOR REMITTITUR; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

DECLARATION OF JASON D. RUSSELL IN SUPPORT THEREOF;

[PROPOSED] ORDER;

APPLICATION TO FILE UNDER SEAL: 1. MGA PARTIES' NOTICE OF MOTION AND MOTION FOR REMITTUR AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; and 2. DECLARATION OF JASON D. RUSSELL IN SUPPORT THEREOF

[PROPOSED] ORDER; and

PROOF OF SERVICE