QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DECLARATION OF VALERIE LOZANO IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION RE RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND CONDITIONAL RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(A)**<br><br>**Phase 1(c)**<br>Trial Date: July 23, 2008 |

07209/2739230.1

LOZANO DEC ISO MATTEL'S MOTION FOR JUDGMENT AS A MATTER OF LAW

# DECLARATION OF VALERIE LOZANO

I, Valerie Lozano, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached as Exhibit 1 hereto is a true and correct copy of the Order Granting Mattel's Motion for Permanent Injunction, dated December 3, 2008.

3. Attached as Exhibit 2 hereto is a true and correct copy of the Phase 1B Verdict Form As Given, dated August 26, 2008.

4. Attached as Exhibit 3 hereto is a true and correct copy of the Order regarding Motion for Partial Summary Judgment, dated July 24, 2008.

5. Attached as Exhibit 4 hereto is a true and correct copy of the Phase 1B Jury Instructions As Given, Nos. 26, 35, dated August 20, 2008.

6. Attached as Exhibit 5 hereto is a true and correct copy of a photograph of TX 18858, the Bratz movie sculpt.

7. Attached as Exhibit 6 hereto is a true and correct copy of Trial Exhibit 13886.

8. Attached as Exhibit 7 hereto is a true and correct copy of Trial Exhibit 577.

9. Attached as Exhibit 8 hereto is a true and correct copy of Trial Exhibit 565.

10. Attached as Exhibit 9 hereto is a true and correct copy of the Phase 1A Final Verdict Form As Given, dated July 17, 2008.

11. Attached as Exhibit 10 hereto is a true and correct copy of an excerpt of Trial Exhibit 13520.

12. Attached as Exhibit 11 hereto is a true and correct copy of Trial Exhibit 10001.

| | | |
|---|---|---|
| 1 | 13. | Attached as Exhibit 12 hereto is a true and correct copy of an excerpt of the Amended Final Pre-Trial Conference Order for Phase 1 Trial, dated May 23, 2008. |
| 4 | 14. | Attached as Exhibit 13 hereto is a true and correct copy of an excerpt of Trial Exhibit 13738. |
| 6 | 15. | Attached as Exhibit 14 hereto is a true and correct copy of Trial Exhibit 13572. |
| 8 | 16. | Attached as Exhibit 15 hereto is a true and correct copy of Trial Exhibit 505. |
| 10 | 17. | Attached as Exhibit 16 hereto is a true and correct copy of Trial Exhibit 507. |
| 12 | 18. | Attached as Exhibit 17 hereto is a true and correct copy of Trial Exhibit 509. |
| 14 | 19. | Attached as Exhibit 18 hereto is a true and correct copy of Trial Exhibit 511. |
| 16 | 20. | Attached as Exhibit 19 hereto is a true and correct copy of Trial Exhibit 557. |
| 18 | 21. | Attached as Exhibit 20 hereto is a true and correct copy of Trial Exhibit 558. |
| 20 | 22. | Attached as Exhibit 21 hereto is a true and correct copy of Trial Exhibit 559. |
| 22 | 23. | Attached as Exhibit 22 hereto is a true and correct copy of Trial Exhibit 560. |
| 24 | 24. | Attached as Exhibit 23 hereto is a true and correct copy of Trial Exhibit 561. |
| 26 | 25. | Attached as Exhibit 24 hereto is a true and correct copy of Trial Exhibit 562. |

26. Attached as Exhibit 25 hereto is a true and correct copy of Trial Exhibit 563.

27. Attached as Exhibit 26 hereto is a true and correct copy of Trial Exhibit 564.

28. Attached as Exhibit 27 hereto is a true and correct copy of Trial Exhibit 13705.

29. Attached as Exhibit 28 hereto is a true and correct copy of Trial Exhibit 13784.

30. Attached as Exhibit 29 hereto is a true and correct copy of Trial Exhibit 13696.

31. Attached as Exhibit 30 hereto is a true and correct copy of Trial Exhibit 13698.

32. Attached as Exhibit 31 hereto is a true and correct copy of Trial Exhibit 13700.

33. Attached as Exhibit 32 hereto is a true and correct copy of Trial Exhibit 12.

34. Attached as Exhibit 33 hereto is a true and correct copy of Trial Exhibit 13709 .

35. Attached as Exhibit 34 hereto is a true and correct copy of an excerpt of Trial Exhibit TX 13856.

36. Attached as Exhibit 35 hereto is a true and correct copy of a photograph of Trial Exhibit 13722, which is identical to the sculpt, admitted as Trial Exhibit 13721.

37. Attached as Exhibit 36 hereto is a true and correct copy of an excerpt of Trial Exhibit 13718.

38. Attached as Exhibit 37 hereto is a true and correct copy of Trial Exhibit 13867.

1   39.   Attached as Exhibit 38 hereto is a true and correct copy of an
2   excerpt of Trial Exhibit 13785.
3   40.   Attached as Exhibit 39 hereto is a true and correct copy of an
4   excerpt of Trial Exhibit 10234.
5   41.   Attached as Exhibit 40 hereto is a true and correct copy of Trial
6   Exhibit 13865.
7   42.   Attached as Exhibit 41 hereto is a true and correct copy of Trial
8   Exhibit 13866.
9   43.   Attached as Exhibit 42 hereto is a true and correct copy of Trial
10  Exhibit 13868.
11  44.   Attached as Exhibit 43 hereto is a true and correct copy of Trial
12  Exhibit 13900.
13  45.   Attached as Exhibit 44 hereto is a true and correct copy of the
14  Final Pre-Trial Conference Order, dated June 4, 2008.
15  46.   Attached as Exhibit 45 hereto is a true and correct copy of Trial
16  Exhibit 502.
17  47.   Attached as Exhibit 46 hereto is a true and correct copy of Trial
18  Exhibit 4507.
19  48.   Attached as Exhibit 47 hereto is a true and correct copy of Trial
20  Exhibit 4942.
21  49.   Attached as Exhibit 48 hereto is a true and correct copy of Trial
22  Exhibit 947.
23  50.   Attached as Exhibit 49 hereto is a true and correct copy of Trial
24  Exhibit 631.
25  51.   Attached as Exhibit 50 hereto is a true and correct copy of Trial
26  Exhibit 12058.
27  52.   Attached as Exhibit 51 hereto is a true and correct copy of Trial
28  Exhibit 1701.

1    53.    Attached as Exhibit 52 hereto is a true and correct copy of the Final Order regarding the Statute of Limitations Defense, dated May 27, 2008.

54.    Attached as Exhibit 53 hereto is a true and correct copy of an excerpt of the Further and Final Order regarding the Statute of Limitations Defense, dated June 2, 2008.

55.    Attached as Exhibit 54 hereto is a true and correct copy of an excerpt of Trial Exhibit 13691.

56.    Attached as Exhibit 55 hereto is a true and correct copy of an excerpt of Trial Exhibit 13561.

57.    Attached as Exhibit 56 hereto is a true and correct copy of an excerpt of Trial Exhibit 13707.

58.    Attached as Exhibit 57 hereto is a true and correct copy of Trial Exhibit 13725.

59.    Attached as Exhibit 58 hereto is a true and correct copy of Trial Exhibit 13119.

60.    Attached as Exhibit 59 hereto is a true and correct copy of Trial Exhibit 13873.

61.    Attached as Exhibit 60 hereto is a true and correct copy of Trial Exhibit 13874.

62.    Attached as Exhibit 61 hereto is a true and correct copy of Trial Exhibit 13876.

63.    Attached as Exhibit 62 hereto is a true and correct copy of Trial Exhibit 13877.

64.    Attached as Exhibit 63 hereto is a true and correct copy of Trial Exhibit 13878.

65.    Attached as Exhibit 64 hereto is a true and correct copy of Trial Exhibit 13879.

66. Attached as Exhibit 65 hereto is a true and correct copy of Trial Exhibit 13880.

67. Attached as Exhibit 66 hereto is a true and correct copy of Trial Exhibit 13881.

68. Attached as Exhibit 67 hereto is a true and correct copy of Trial Exhibit 13882.

69. Attached as Exhibit 68 hereto is a true and correct copy of Trial Exhibit 13883.

70. Attached as Exhibit 69 hereto is a true and correct copy of Trial Exhibit 13884.

71. Attached as Exhibit 70 hereto is a true and correct copy of Trial Exhibit 13885.

72. Attached as Exhibit 71 hereto is a true and correct copy of Trial Exhibit 13887.

73. Attached as Exhibit 72 hereto is a true and correct copy of Trial Exhibit 13890.

74. Attached as Exhibit 73 hereto is a true and correct copy of Trial Exhibit 13891.

75. Attached as Exhibit 74 hereto is a true and correct copy of Trial Exhibit 13893.

76. Attached as Exhibit 75 hereto is a true and correct copy of Trial Exhibit 13894.

77. Attached as Exhibit 76 hereto is a true and correct copy of Trial Exhibit 13895.

78. Attached as Exhibit 77 hereto is a true and correct copy of Trial Exhibit 13896.

79. Attached as Exhibit 78 hereto is a true and correct copy of Trial Exhibit 13897.

1     80.    Attached as Exhibit 79 hereto is a true and correct copy of Trial Exhibit 13899.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 22, 2008, at Los Angeles, California.


/s/ Valerie Lozano
Valerie Lozano