

8/1998

M 0110202

EXHIBIT 18
PAGE 110

EX 511-0005

# EXHIBIT 19



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **JADE DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** registered under number **VA 1-090-287**.

**THIS IS TO CERTIFY ALSO** that the attached photocopies are a true representation of the work entitled **JADE DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** deposited in the Copyright Office on July 18, 2001 registered under number **VA 1-090-287**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

Δ π EXHIBIT 557

Deponent Armstrong

Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

EXHIBIT 19
PAGE 111

**M 0110155**

EX 557-0001

**Additional Certificate (17 U.S.C. 706)**
Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1 – 090 – 287

EFFECTIVE DATE OF REGISTRATION

JUN 1 8 2001

Month      Day      Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**                    **NATURE OF THIS WORK ▼** See instructions

Jade Doll Configuration, Accessories and Packaging

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

**NAME OF AUTHOR ▼**
ABC International Traders, Inc. d/b/a
MGA Entertainment

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Year in Which Creation of This Work Was Completed**
2000
◀ Year in all cases.
This information must be given ONLY if this work has been published.

**Date and Nature of First Publication of This Particular Work**
Month February   Day 12   Year 2001
United States of America   ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA  91343

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
JUL 1 ? 2001
ONE DEPOSIT RECEIVED
JUL 1 ? 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT  19
PAGE  112

M 0110156

EX 557-0002

EXAMINED BY _____

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give Previous Registration Number ▼           Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                              Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ▶  , 310, 826-7474, ext. 270          Fax number ▶ , 310 , 826-4415

Email ▶  larant@raklaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   ABC International Traders, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lucy B. Arant                                                    Date▶  7/16/01

Handwritten signature (X) ▼

X _Lucy B Arant_

| Certificate will be mailed in window envelope to this address: | Name ▼  Lucy B. Arant c/o Russ, August, Kabat & Kent |
| | Number/Street/Apt ▼  12424 Wilshire Boulevard, Suite 1200 |
| | City/State/ZIP ▼  Los Angeles, California  90025 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000        ⊛ PRINTED ON RECYCLED PAPER        ☉U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/21

657-3

M 0110157

EXHIBIT  19
PAGE  113

EX 557-0003



EXHIBIT **19**
PAGE **114**

M 0110158

EX 557-0004







EXHIBIT ___19___
PAGE ___115___

M 0110159

657-5

EX 557-0005

# EXHIBIT 20

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000

*143 940 854*

 **Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-301-533**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**

Title of Work ▼

Jade Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼    Year of Basic Registration ▼

VA 1-090-287                                          2001

Name(s) of Author(s) ▼

ABC International Traders, Inc d/b/a MGA Entertainment,
Inc

Name(s) of Copyright Claimant(s) ▼

ABC International Traders, Inc., d/b/a
MGA Entertainment

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___2a___   Line Heading or Description  Nature of Authorship

Incorrect Information as It Appears in Basic Registration ▼

Only "3-dimensional sculpture" box checked

Corrected Information ▼

Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number ___5___   Line Heading or Description  Previous Registration

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-287 for the Jade Doll Configuration, Accessories and Packaging,
should cite to registration VA 1-218-487 (December 22, 2003) for the Jade Drawing, which was
registered after this basic registration but prior to the filing of this Form CA, and should include the
following additional information

Line 6a - Derivative Work
        Jade Drawing (VA 1-218-487)

Line 6b - Material Added
        3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
                  • See detailed instructions.        Sign the form at Space F

DO NOT WRITE HERE

Page 1 of ___2___ pages

Δ π EXHIBIT 558
Deponent Armstrong
Date 8/1/07  Rptr AC
WWW.DEPOBOOK.COM

M 0110217

EXHIBIT    20
PAGE      116

EX 558-0001

\* Added from C.O. records.

| | |
|---|---|
| FORM CA RECEIVED | 4/25/05 |
| FUNDS RECEIVED DATE | 3/28/05 |
| EXAMINED BY | wm |
| CORRESPONDENCE ✓ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ✓YES ☐ NO | |

FORM CA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☐ Part B or ☐ Part C

**D**

Line 3a - Year of Completion
  Incorrect information  2000
  Corrected information  2001

Line 3b - Year of Publication
  Incorrect information  February 12, 2001
  Corrected information  At least as early as May 21, 2001

**E**

Correspondence Give name and address to which correspondence about this application should be sent
  Carol A. Witschel
  White & Case LLP
  1155 Avenue of the Americas
  New York, New York  10036
  Phone ( 212  819-8200    Fax ( 212   354-8113 ____ Email  cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____ -

Account Number _____ -

**F**

Certification\* I, the undersigned, hereby certify that I am the  (Check only one)
  ☐ author  ☐ owner of exclusive right(s)
  ☐ other copyright claimant  ☑ duly authorized agent of  MGA Entertainment Inc.
                                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲
  of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name  Carol A. Witschel                    Date ▼ 4/22/05

Handwritten signature (X) ▼  Carol A Witschel

**G**

Certificate will be mailed in window envelope to this address

| Name ▼ |
|---|
| Carol A. Witschel - White & Case LLP |
| Number/Street/Apt ▼ |
| 1155 Avenue of the Americas |
| City/State/ZIP ▼ |
| New York, New York  10036 |

17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev July 2002—20,000   Web Rev July 2002   Printed on recycled paper

U.S. Government Printing Office 2002-481-425/50 009

EXHIBIT  20
PAGE  117

M 0110218

558-2

EX 558-0002

# EXHIBIT 21



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **SASHA DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** registered under number **VA 1-090-288**.

**THIS IS TO CERTIFY ALSO** that the attached photocopy is a true representation of the work entitled **SASHA DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** deposited in the Copyright Office on July 18, 2001 registered under number **VA 1-090-288**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By:     Tracie M. Coleman
        Head
        Certifications and Documents
        Section
        Information and Reference
        Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

Δ π EXHIBIT 559
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

**M 0110160**

EXHIBIT __21__
PAGE __118__

**Additional Certificate (17 U.S.C. 706)**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1‑090‑288

EFFECTIVE DATE OF REGISTRATION

**JUN 18 2001**

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**                    NATURE OF THIS WORK ▼ See instructions

Sasha Doll Configuration, Accessories and Packaging

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**NAME OF AUTHOR ▼**                         DATES OF BIRTH AND DEATH
ABC International Traders, Inc. d/b/a          Year Born ▼      Year Died ▼
MGA Entertainment

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ U.S.A.

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**NAME OF AUTHOR ▼**                         DATES OF BIRTH AND DEATH
                                             Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**   2000   This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**   Complete this information ONLY if this work has been published.   Month ▶ February   Day ▶ 12   Year ▶ 2001   United States of America   ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA  91343

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___2___ pages

EXHIBIT __21__
PAGE __119__

M 0110161
559-2

EXAMINED BY ___

CHECKED BY

CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ _____ Account Number ▼ _____

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ▶ 310 , 826-7474, ext. 270   Fax number ▶ 310 , 826-4415

Email ▶ larant@raklaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___ ABC International Traders, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lucy B. Arant   Date ▶ 7/16/01

Handwritten signature (X) ▼

X _Lucy B. Arant_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
Number/Street/Apt ▼
12424 Wilshire Boulevard, Suite 1200
City/State/ZIP ▼
Los Angeles, California  90025

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Aug-June 1999—100,000

9

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

♻ PRINTED ON RECYCLED PAPER   ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

M 0110162

559 - 3

EX 559-0003

EXHIBIT _21_
PAGE _120_





EXHIBIT  21
PAGE  121

M 0110163

559-4

EX 559-0004







EXHIBIT ___21___
PAGE ___122___

M 0110164

559-5

EX 559-0005

# EXHIBIT 22

# EXHIBIT 23



Δ π EXHIBIT 560
Deponent _Armstrong_
Date 3/1/07 Rptr. AC
WWW.DEPOBOOK.COM

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1-301-534

143 940 887

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
Sasha Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼
VA 1-090-288

Year of Basic Registration ▼
2001

Name(s) of Author(s) ▼
ABC International Traders, Inc d/b/a MGA Entertainment, Inc

Name(s) of Copyright Claimant(s) ▼
* ABC International Traders, Inc. d/b/a MGA Entertainment

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___2a___   Line Heading or Description  Nature of Authorship

Incorrect Information as It Appears in Basic Registration ▼

Only "3-dimensional sculpture" box checked

Corrected Information ▼

Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number ___5___   Line Heading or Description  Previous Registration

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-288 for the Sasha Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-488 (December 22, 2003) for the Sasha Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information

Line 6a - Derivative Work
    Sasha Drawing (VA 1-218-488)

Line 6b - Material Added
    3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶   • Complete all applicable spaces (D-H) on the reverse side of this page   • See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE

Page 1 of __2__ pages

M 0110219

EXHIBIT ___22___
PAGE ___123___

EX 560-0001

* Added from C.O. records.

| FORM CA RECEIVED | | FORM CA |
|---|---|---|
| 4/25/05 | | |
| FUNDS RECEIVED DATE | | |
| 3/28/05 | | |
| EXAMINED BY | *lvm* | |
| CORRESPONDENCE *C* | | FOR COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO | | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☒ Part B or ☐ Part C

**D**

Line 3a - Year of Completion
    Incorrect information   2000
    Corrected information   2001

Line 3b - Year of Publication
    Incorrect information   February 12, 2001
    Corrected information   At least as early as May 21, 2001

**E**

Correspondence Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York   10036
Phone ( 212 819-8200   Fax ( 212 354-8113   Email cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

**F**

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author   ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of   MGA Entertainment Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼ Carol A. Witschel   Date ▼ 4/22/05

Handwritten signature (X) ▼ *Carol A Witschel*

**G**

Certificate will be mailed in window envelope to this address

| Name ▼ | Carol A. Witschel - White & Case LLP |
|---|---|
| Number/Street ▼ | 1155 Avenue of the Americas |
| City/State/ZIP ▼ | New York, New York   10036 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev July 2002—20,000   Web Rev July 2002   Printed on recycled paper   U.S. Government Printing Office 2002-461-423/60 308

EXHIBIT   22
PAGE   124

M 0110220
560-2
EX 560-0002

# EXHIBIT 23



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **CLOE DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** registered under number **VA 1-090-289**.

**THIS IS TO CERTIFY ALSO** that the attached photocopies are a true representation of the work entitled **CLOE DOLL CONFIGURATION, ACCESSORIES AND PACKAGING** deposited in the Copyright Office on July 18, 2001 registered under number **VA 1-090-289.**

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 17, 2004

Marybeth Peters
Register of Copyrights

By:     Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.



Δ π EXHIBIT 561

Deponent Armstrong
Date 8/1/02 Rptr. AC
WWW.DEPOBOOK.COM

EXHIBIT  23
PAGE  125

**M 0110165**

**Additional Certificate (17 U.S.C. 706)**
Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1 – 090 – 289

EFFECTIVE DATE OF REGISTRATION

JUN 1 8 2001
Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

Gloe Doll Configuration, Accessories and Packaging

**NATURE OF THIS WORK ▼** See instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**1** **NAME OF AUTHOR ▼**
ABC International Traders, Inc. d/b/a
MGA Entertainment

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture        ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph         ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design     ☐ Architectural work

**2** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture        ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph         ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design     ☐ Architectural work

---

**a** **Year In Which Creation of This Work Was Completed**
2000
◄ Year in all cases.

This information must be given

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 12   Year ▶ 2001
United States of America        ◄ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA  91343

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUL 16 2001
**ONE DEPOSIT RECEIVED**
JUL 16 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions        • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

EXHIBIT 23
PAGE 126

M 0110166

561 - 2

EX 561-0002

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ _____ Account Number ▼ _____

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California 90025
Area code and daytime telephone number ▶ 310 826-7474, ext. 270    Fax number ▶ 310 826-4415
Email ▶ larant@raklaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ABC International Traders, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lucy B. Arant    Date ▶ 7-16-01

Handwritten signature (X) ▼
X  Lucy B Arant

Certificate will be mailed in window envelope to this address:
Name ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
Number/Street/Apt ▼
12424 Wilshire Boulevard, Suite 1200
City/State/ZIP ▼
Los Angeles, California 90025

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

9

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
1999—100,000    ☼ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

M 0110167

561-3

EXHIBIT ___23___
PAGE ___127___

EX 561-0003





EXHIBIT ___23___
PAGE ___128___

M 0110168

561-4

EX 561-0004







EXHIBIT ___23___
PAGE ___129___

M 0110169

561-5

EX 561-0005

# EXHIBIT 24

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000

Ⓒ **Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1 – 301 – 535**

| TX | TXU | PA | PAU | VA/VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*March  28  2005*
Month   Day   Year

*143  940  843*

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**
Title of Work ▼
Cloe Doll Configuration, Accessories and Packaging

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
| VA 1-090-289 | 2001 |

Name(s) of Author(s) ▼
ABC International Traders, Inc  d/b/a MGA Entertainment, Inc

Name(s) of Copyright Claimant(s) ▼
★ ABC International Traders, Inc. d/b/a
   MGA Entertainment

**B**
Location and Nature of Incorrect Information in Basic Registration ▼
Line Number __2a__    Line Heading or Description  Nature of Authorship

Incorrect Information as It Appears in Basic Registration ▼
Only "3-dimensional sculpture" box checked

Corrected Information ▼
Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number __5__    Line Heading or Description  Previous Registration

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-289 for the Cloe Doll Configuration, Accessories and Packaging,
should cite to registration VA 1-218-490 (December 22, 2003) for the Cloe Drawing, which was
registered after this basic registration but prior to the filing of this Form CA, and should include the
following additional information

Line 6a - Derivative Work
        Cloe Drawing (VA 1-218-490)

Line 6b - Material Added
        3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page    DO NOT WRITE HERE
                  • See detailed instructions    • Sign the form at Space F    Page 1 of __2__ pages

△ π EXHIBIT 562
Deponent *Armstrong*
Date 8/1/07  Rptr. *AC*
WWW.DEPOBOOK.COM

**M 0110221**

EXHIBIT   **24**
PAGE      **130**

EX 562-0001

\* Added from C.O. records.

| | |
|---|---|
| FORM CA RECEIVED  4/25/05 | FORM CA |
| FUNDS RECEIVED DATE  3/28/05 | |
| EXAMINED BY  wm | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒YES ☐NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☒ Part B or ☐ Part C

**D**

Line 3a – Year of Completion
    Incorrect information  2000
    Corrected information  2001

Line 3b – Year of Publication
    Incorrect information  February 12, 2001
    Corrected information  At least as early as May 21, 2001

Correspondence Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone(212) 819-8200        Fax( 212) 354-8113        Email cwitschel@whitecase.com

**E**

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name _____
Account Number _____

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author    ☐ owner of exclusive right(s)
☐ other copyright claimant    ☒ duly authorized agent of   MGA Entertainment Inc.
                                                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.
Typed or printed name ▼                                                          Date ▼ 4/22/05
    Carol A. Witschel
Handwritten signature (X) ▼
    Carol Witschel

**F**

| Certificate will be mailed in window envelope to this address | Name ▼  Carol A. Witschel – White & Case LLP |
|---|---|
| | Number/Street/Apt ▼  1155 Avenue of the Americas |
| | City/State/Zip ▼  New York, New York  10036 |

**G**

17 U.S.C.§ 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form July 2002—40,000  Web Rev July 2002  Printed on recycled paper                    U.S. Government Printing Office: 2002-491-420/60 000

5162-2

M 0110222

EXHIBIT  24
PAGE  131

EX 562-0002

# EXHIBIT 25



121610594



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1–090–290

EFFECTIVE DATE OF REGISTRATION

**JUN 1 8 2001**

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**                      **NATURE OF THIS WORK ▼** See instructions

Yasmin Doll Configuration, Accessories and Packaging

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.      **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

---

**NAME OF AUTHOR ▼**
ABC International Traders, Inc. d/b/a
MGA Entertainment

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2000
◀ Year   in all cases.      This information must be given

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.      Month ▶ February   Day ▶ 12   Year ▶ 2001
United States of America   ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA  91343

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUL 1 8 2001
**ONE DEPOSIT RECEIVED**
JUL 1 8 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___2___ pages

---

Δ π EXHIBIT 563

Deponent Armstrong
Date 8/1/07  Rptr. AC
WWW.DEPOBOOK.COM

M 0110639

EXHIBIT   25
PAGE      132

EX 563-0001

EXAMINED BY ~~~

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See Instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ▶ ( 310 ) 826-7474, ext. 270 .    Fax number ▶ 310 , 826-4415
Email ▶ larant@raklaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___ABC International Traders, Inc.___
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lucy B. Arant                                    Date ▶ 7/16/01

Handwritten signature (X) ▼
x  *Lucy B Arant*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
Number/Street/Apt ▼
12424 Wilshire Boulevard, Suite 1200
City/State/ZIP ▼
Los Angeles, California  90025

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999,
the filing fee for
Form VA is $30.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000          ⊕ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/1

M 0110640

563-2

EXHIBIT  25
PAGE  133

EX 563-0002



VA 1-090-290

M 0110641

563·3

EXHIBIT __25__
PAGE __134__

EX 563-0003







M 0110642

EXHIBIT ___25___
PAGE ___135___

56 3 4

EX 563-0004

# EXHIBIT 26

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 1-301-536**

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*March 28 2005*
Month     Day     Year

*143 940 865*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**

Title of Work ▼
Yasmin Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼
VA 1-090-290

Year of Basic Registration ▼
2001

Name(s) of Author(s) ▼
ABC International Traders, Inc d/b/a MGA Entertainment, Inc

Name(s) of Copyright Claimant(s) ▼
* ABC International Traders, Inc. d/b/a
  MGA Entertainment

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number   2a        Line Heading or Description   Nature of Authorship

Incorrect Information as It Appears in Basic Registration ▼
Only "3-dimensional sculpture" box checked

Corrected Information ▼
Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number   5        Line Heading or Description   Previous Registration

Amplified Information and Explanation of Information ▼
"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-290 for the Yasmin Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-491 (December 22, 2003) for the Yasmin Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information

Line 6a - Derivative Work
        Yasmin Drawing (VA 1-218-491)

Line 6b - Material Added
        3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page
                • See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of __2__ pages

Δ π EXHIBIT 564
Deponent *Armstrong*
Date *8/1/07*  Rptr. *AC*
WWW.DEPOBOOK.COM

M 0110223

EXHIBIT   26
PAGE      136

EX 564-0001

* Added from C.O. records.

| FORM CA RECEIVED | | FORM CA |
|---|---|---|
| | 4/25/05 | |
| FUNDS RECEIVED DATE | 3/28/05 | |
| EXAMINED BY | _hen_ | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒YES ☐ NO | | |

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☐ Part B or ☐ Part C

**D**

Line 3a – Year of Completion
    Incorrect information  2000
    Corrected information  2001

Line 3b – Year of Publication
    Incorrect information  February 12, 2001
    Corrected information  At least as early as May 21, 2001

**E**

Correspondence Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone (212) 819-8200    Fax (212) 354-8113    Email cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name

Account Number

**F**

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of  MGA Entertainment Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼ Carol A. Witschel                Date ▼ 4/22/05

Handwritten signature (X) ▼
_Carol A. Witschel_

**G**

Certificate will be mailed in window envelope to this address

Name ▼
Carol A. Witschel – White & Case LLP
Number/Street/Apt ▼
1155 Avenue of the Americas
City/State/Zip ▼
New York, New York  10036

*17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev. July 2000—20,000  Web Rev July 2002  Printed on recycled paper                U.S. Government Printing Office: 2001-461-422/20,020

S64-2

M 0110224

EXHIBIT    26
PAGE    137

EX 564-0002

# EXHIBIT 27

HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO.  2152 OF 2002

---

BETWEEN

ABC INTERNATIONAL TRADERS, INC.
doing business as MGA ENTERTAINMENT                    Plaintiff

and

(1) TOYS & TRENDS (HONG KONG) LIMITED

(2) CITYWORLD LIMITED

(3) JURG WILLI KESSELRING                              Defendants

(Writ issued on the 5th day of June 2002)

---

STATEMENT OF CLAIM

---



CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA  3881032
EX 13705-0001

EXHIBIT   27
PAGE   138

3.    The Plaintiff is and at all material times, has been the owner of the copyright subsisting in original artistic works in respect of the Plaintiff's Bratz fashion dolls ("the said Artistic Works").

<u>Particulars of Original Artistic Works</u>

(a)    17 design drawings of various fashion dolls made between the years 1998 and 2000.

<u>Particulars of Ownership and Subsistence</u>

(b)    Carter Bryant (hereinafter referred to as "Mr. Bryant") was commissioned by the Plaintiff to make the design drawings referred to in sub-paragraph (a) hereof.  Pursuant thereto, Mr. Bryant made the aforesaid design drawings. The terms and conditions of the commission are set out in an agreement made between the Plaintiff and Mr. Bryant dated the 18 September 2000.   Clause 3 of the said agreement provides that the copyright subsisting in the said Artistic Works and in relation thereto should vest in the Plaintiff.



4.    Prior to the issue of the Writ herein, the 1st and 2nd Defendants have infringed the said Artistic Works by authorising the reproduction of or reproducing, importing into and exporting from Hong Kong in its course of business, possessing for the purpose of trade or business, selling or offering or exposing

2

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT   28
PAGE   139

MGA  3881033
EX 13705-0002

for sale, for the purposes of trade or business exhibiting in public or distributing fashion dolls known as Funky Tweenz which are reproductions of or a reproduction of a substantial part of the said Artistic Works without the licence of the Plaintiff (hereinafter referred to as "the Infringing Dolls")



3

CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT __27__
PAGE __140__

MGA 3881034
EX 13705-0003



Dated this 3rd day of July 2002.

Colin Andrew Shipp
Counsel for the Plaintiff

William W. L. Fan & Co.
Solicitors for the Plaintiff

9

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _27_
PAGE _141_

MGA 3881040
EX 13705-0009

# EXHIBIT 28

033

HCA No. 2687/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2687 OF 2003

BETWEEN

MGA ENTERTAINMENT INC.                    Plaintiff

And

HUNGLAM TOYS COMPANY LIMITED              Defendant

(Writ issued on the 22nd July 2003)

STATEMENT OF CLAIM



3.    The Plaintiff is and at all material times, has been the owner of the copyright subsisting in original artistic works in respect of the Plaintiff's Bratz fashion dolls ("the said Artistic Works").

1

EXHIBIT 28
PAGE 142

MGA 3893650
EX 13784-0001

034

Particulars of Original Artistic Works

(a)   Wax models of the head of the Bratz Dolls made between the years 2000 and 2001.

(b)   Silicon rubber moulds and polyurethane samples of the head of Bratz dolls made from sub-paragraph (a) of the Bratz Dolls made between the years 2000 and 2001.

(c)   4 drawings of the facial decoration of the Bratz fashion dolls made between the years 2000 and 2001.

(d)   8 drawings 4 of which are pantone colour guides of the facial decorations of the Bratz fashion dolls made between the years of 2000 and 2001.

(e)   4 hand painted deco-masters on 4 rubber head sculpts made between the years 2000 and 2001.



2

EXHIBIT   28
PAGE   143

MGA  3893651
EX 13784-0002

036



4.   Prior to the issue of the writ herein, the Defendant has infringed the said Artistic Works by authorizing the manufacture, the manufacture of and/or importing into and exporting from Hong Kong in its course of business, possessing for the purpose of trade or business, selling or offering or exposing for sale, for the purpose of trade or business exhibiting in public or distributing fashion dolls known as Scampz which are reproductions of or a reproduction of a substantial part of the Artistic Works without the license of the Plaintiff (hereinafter referred to as the "Infringing Dolls").



4

EXHIBIT 28
PAGE 144

MGA 3893653
EX 13784-0004

140



Dated this 3rd day of November 2003.

Colin Andrew Shipp

Counsel for the Plaintiff

William WL Pan & Co.

Solicitors for the Plaintiff

8

EXHIBIT  28
PAGE  145

MGA  3893657
EX 13784-0008



HCA No. 2687/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2687 OF 2003

_____

BETWEEN

MGA ENTERTAINMENT INC.          Plaintiff

and

HUNGLAM TOYS COMPANY LIMITED
                                Defendant

_____

_____

**STATEMENT OF CLAIM**
_____

Filed this 3ʳᵈ day of *November*, 2003.



We, the undersigned, hereby
consent to this Statement of
Claim being filed out of time.

Dated the 3ʳᵈ day of November 2003

Messrs. Jal N. Karbhari & Co.,
Solicitors for the Defendant

William WL Fan & Co.
507 Hang Seng Building
77 Des Voeux Road
Central
Hong Kong
Tel: 2110 2128
Fax: 2111 9336
Ref: WF-2015-RC

9

EXHIBIT    28
PAGE       146

MGA  3893658
EX 13784-0009

# EXHIBIT 29



M-TI 0000016

EXHIBIT 29
PAGE 147

EX 13696-0001

# EXHIBIT 30



M-TI 0000030

EXHIBIT 30
PAGE 148

EX 13698-0001

# EXHIBIT 31



M-TI 0000017

EXHIBIT __31__
PAGE __149__

# EXHIBIT 32



HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

BETWEEN

ABC INTERNATIONAL TRADERS, INC.                          Plaintiff
doing business as MGA ENTERTAINMENT

and

(1) TOYS & TRENDS (HONG KONG) LIMITED

(2) CITYWORLD LIMITED

(3) JURG WILLI KESSELRING                                Defendants

---

AFFIDAVIT OF ISAAC LARIAN

---

I, Isaac Larian of 16730 Schoenborn Street, North Hills, California, United States of American do make oath and say as follows: –

1.  I am the CEO of MGA and duly authorised by MGA to make this affidavit on its behalf. Unless otherwise stated, the facts and matters contained herein are either within my own personal knowledge or gleaned from books and records of MGA to which I have free access. Insofar as facts and matters that do not fall within the aforesaid category, they are related to me by the respective sources stated hereinafter and are true to the best of my information and belief. For the purpose of this affidavit, I shall adopt the abbreviations used in the First Affirmation of Lee Shiu Cheung filed on behalf of MGA on the 18th June 2002 (hereinafter referred to as "the 1st Lee Affirmation").

1

M 0001558



EXHIBIT   32
PAGE      150

EX 12-0001

2.

3.

4.

5.

2

M 0001559

EXHIBIT ___32___
PAGE ___151___

6.

7.

8.

3

M 0001560

EXHIBIT 32
PAGE 152

EX 12-0003

9.

10.

11.

**Paragraphs 13 to 19**

12.  I fail to understand the point made by the Defendants in these paragraphs and consequently the relevance of these matters. Insofar as the concept of the Bratz dolls are concerned, the 1st Lee Affirmation dealt with these matters to provide the Court with the background and history of the Bratz dolls and mainly the marketing strategy or concept. Furthermore, I am advised by my legal advisors that copyright law does not protect concepts or ideas *per se* but the expression of an idea in a material form. And in this case, it is the 17 design drawings exhibited as "LSC-3". The complaint made by MGA is that

4

M 0001561

EXHIBIT   32
PAGE   153

EX 12-0004



the 3 dimensional Funky Tweenz dolls have infringed the 2 dimensional drawings which are artistic works in which copyright subsists. The aforesaid, I think, would be sufficient to deal with these paragraphs but for the sake of completeness I shall deal with the dolls mentioned therein.

13.   The Bratz dolls were first exhibited in the USA in November 2000. They were further exhibited in Hong Kong in January 2001. The Bratz dolls were first publicly made available for sale at the retail level in August 2001 in the USA.

14.   I have never heard of Simba Toys GmbH & Co. and have never come across these Girlz dolls until reading the Kesselring Affidavit. Just by looking at the photographs and not having seen the samples I cannot see how these dolls can infringe MGA's copyright in the artistic works for they do not look the same. Furthermore, I do not accept that these dolls were marketed all over Europe before the Nurnberg Toy Fair without any evidence but a bare allegation coming from Mr. Kesselring.

15.   The photographs of the We Teen dolls exhibited as "JWK-6" do not resemble the Bratz dolls by just looking at the pictures.

16.   To say the Fad dolls have similar dimensions and proportions to the Bratz dolls is just sheer nonsense. One can see very clearly from the photographs that they do not. These dolls have plastic hair and square faces Mr. Kesselring has not asserted that these dolls are published prior to the Bratz dolls.

17.   Looking at the photographs of the Sassy Secrets dolls one can see very clearly that they do not resemble the Bratz dolls at all. These are 6 inch electronic dolls which can talk. Further, they do not have change of fabric fashion and shoes that Bratz are popular for and Funky Tweenz have copied. Again Mr. Kesselring has not asserted that these dolls are published prior to the Bratz dolls.

5

M 0001562

EXHIBIT   32
PAGE   154

EX 12-0005

18.  In light of the foregoing, the existence of these dolls in the market can in no way impeach the originality of MGA's artistic works.  Mr. Kesselring is again speculating without any evidence.  Furthermore, I find it quite odd for Mr. Kesselring to say that both Funky Tweenz dolls and the Bratz dolls originate from a common source when he attempts to explain how the Defendants came up with the Funky Tweenz dolls.

19.

20.

21.

6

M 0001563

EXHIBIT ___32___
PAGE ___155___

EX 12-0006

22.  I fail to see any point in paragraph 19 of the Kesselring Affirmation.  I am advised by my legal advisors that copyright law is territorial and each jurisdiction has its own set laws regulating copyright.  MGA's cause of action is based on the Copyright Ordinance of Hong Kong and not the Federal Copyright Act of the USA.  The USA registration certificates were exhibited to show that the Bratz dolls enjoy copyright protection in the USA.

23.

24.

25.

7

M 0001564

EXHIBIT  32
PAGE  156

EX 12-0007

26. Dressing dolls had always been a huge market for the toy industry. The Barbie doll has been around for over 43 years and has a retail turnover of US$1.5 billion a year. According to the leading USA toy market research company, TRSTS, Barbie dolls command 88.5% of the doll market last year. But the latest research results show this share has shrunken to 84.6% so far this year due to the appearance of the Bratz dolls which now command 10.1% of the market share which is the 2nd largest market share after Mattel and Barbie. Prior to the appearance of Bratz dolls, no doll could take away the market share enjoyed by Barbie. The Barbie doll has been so successful because it has been able to reinvent itself time and time again like 3 or 4 years ago, the Barbie doll range introduced a new range of dolls called the Generation Girls which is a dressing doll with a trendy look.

27.

28.

29.

8

M 0001565

EXHIBIT ___32___
PAGE ___157___

EX 12-0008