

EXHIBIT ___40___
PAGE ___208___

HKP 00059
EX 13865-0003



EXHIBIT    40
PAGE    209

HKP 00060
EX 13865-0004



EXHIBIT 40
PAGE 210

HKP 00061
EX 13865-0005



EXHIBIT 40
PAGE 211

HKP 00062
EX 13865-0006



EXHIBIT    40
PAGE    212

HKP 00063
EX 13865-0007



EXHIBIT    4D
PAGE    213

HKP 00064
EX 13865-0008

# EXHIBIT 41



EXHIBIT 41
PAGE 214

HKP 00065
EX 13866-0001



EXHIBIT ___41___
PAGE ___215___

HKP 00066
EX 13866-0002



EXHIBIT ___41___
PAGE ___216___

HKP 00067
EX 13866-0003



EXHIBIT ___41___
PAGE ___217___

HKP 00068
EX 13866-0004



EXHIBIT 41
PAGE 218

HKP 00069
EX 13866-0005



EXHIBIT ___41___

PAGE ___219___

HKP 00070
EX 13866-0006



EXHIBIT 41
PAGE 220

HKP 00071
EX 13866-0007



EXHIBIT ____41____
PAGE ____221____

HKP 00072
EX 13866-0008



EXHIBIT ___41___
PAGE ___222___

HKP 00073
EX 13866-0009



EXHIBIT 41
PAGE 223

HKP 00074
EX 13866-0010



EXHIBIT 41
PAGE 224

HKP 00075
EX 13866-0011

# EXHIBIT 42



EXHIBIT 42
PAGE 225

HKP 00084
EX 13868-0001



EXHIBIT ___42___
PAGE ___226___

HKP 00085
EX 13868-0002



EXHIBIT 42
PAGE 227

HKP 00086
EX 13868-0003



EXHIBIT   42
PAGE   228

HKP 00087
EX 13868-0004



EXHIBIT 42
PAGE 229

HKP 00088
EX 13868-0005



EXHIBIT   42
PAGE   230

HKP 00089
EX 13868-0006



EXHIBIT  42
PAGE  231

HKP 00090
EX 13868-0007



EXHIBIT __42__
PAGE __232__

HKP 00091
EX 13868-0008



EXHIBIT __42__
PAGE __233__

HKP 00092
EX 13868-0009



EXHIBIT _42_
PAGE _234_

HKP 00093
EX 13868-0010



EXHIBIT 42
PAGE 235

HKP 00094
EX 13868-0011



EXHIBIT __42__
PAGE __236__

HKP 00095
EX 13868-0012

# EXHIBIT 43

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-321

**Effective date of registration:**

July 25, 2008

## Title

**Title of Work:** Body and Head Sculpture
**Nature of Work:** Sculpture

## Completion/Publication

**Year of Completion:** 2000

## Author

**Author:** Carter Bryant
**Author Created:** 3-Dimensional Sculpture

**Work made for hire:** No
**Citizen of:** United States
**Year Born:** 1968
**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mattel, Inc

333 Continental Blvd , El Segundo, CA, 90245-5012

**Transfer Statement:** by assignment

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Robert D Walsh
**Date:** July 24, 2008

**Correspondence:** Yes

Page 1 of 1

EXHIBIT 43
PAGE 237

M 0920547

EX 13900-0001

IPN#:

Registration #:    VAU000964321

Service Request #:   1-81192546

Mattel, Inc  MI-1220
Robert Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

M 0920548

EXHIBIT   43
PAGE   238

EX 13900-0002



Confidential - Attorney's Eyes Only

MGA HK 0011156