Limited and Isaac Larian), MGA challenges the timeliness of the amendment to add these parties based on whether their identities were known to Mattel at an earlier date. The Court has already held that the claims against them relate back to the April, 2004, complaint. See Court's Jan. 12, 2007, Order at 15-16 n.5. The Court will not revisit that issue either.

The Court rejects the proposition, however, that the claims against both MGA entities did not arise until the date of Carter Bryant's deposition. Whatever the date on which the claims against Carter Bryant arose is ultimately found to be, the August 2002 anonymous letter should have given Mattel a suspicion of that MGA Entertainment, Inc., participated in any wrongdoing by Carter Bryant. See Zeller Decl. Ex. 63 (alleging that Carter Bryant "worked out a deal with MGA that let him collect a large sum of money each year from MGA in exchange for his secrecy about the dolls").

The same is not true as to MGA Entertainment HK Limited and as to Isaac Larian, whom the anonymous letter did not implicate. Therefore, the claims against these defendants arose no earlier than November 4, 2004.

Intentional interference with contractual relations is subject to a two-year statute of limitations. MGA contends that the claim accrues upon the breach of contract, and therefore argues that the claim was untimely before it was asserted against Carter Bryant. They make a similar argument regarding Mattel's conversion claim, which carries with it a three-year statute of limitations.

However, the statute of limitations for breach of contract is tolled during a period of fraudulent concealment. Gryczman v. 4550 Pico Partners, Ltd., 107 Cal.App.4th 1, 5 (2003). The rationale for such tolling easily extends to intentional interference with contractual relations claim, which includes the element of a breach of a contract. The limitations period is likewise tolled during a period of fraudulent concealment as to a conversion claim. AmerUS Life Ins. Co. v. Bank of America, 143 Cal.App.4th 631, 639 (2006) ("To the extent our courts have recognized a 'discovery rule' exception to toll the statute, it has only been when the defendant in a conversion action fraudulently conceals the relevant facts or where the defendant fails to disclose such facts in violation of his or her fiduciary duty to the plaintiff.") Mattel has raised a triable issue of fact as to whether the evidence of the breach and the tortious interference thereof was fraudulently concealed from them before the July 18, 2003, Wall Street Journal article.

The Court will permit further briefing from the parties on the limited issue of what further conclusions regarding the timeliness of each claim should be drawn as a result of this Order. The parties' simultaneous briefs shall be limited to seven pages in length, and shall not re-argue any point upon which the Court has ruled in this Order or its previous two summary judgment Orders. The briefs shall be e-filed no later than 8:30 a.m., Thursday, May 29, 2008, and a courtesy copy must be provided to chambers at the same time. The parties shall also file, as exhibits thereto, their revised proposed special interrogatories on the issue of statute of limitations.

**IT IS SO ORDERED.**

EXHIBIT     52

PAGE        277

# EXHIBIT 53

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES -- GENERAL

Case No.   CV 04-09049 SGL(RNBx)                         Date:  June 2, 2008
Title:     CARTER BRYANT -v- MATTEL, INC.

Consolidated With Related Actions:
CASE NO. CV 04-09059 SGL(RNBx):  MATTEL, INC.  v. CARTER BRYANT
CASE NO. CV 05-02727 SGL (RNBx): MGA ENTERTAINMENT, INC. v. MATTEL, INC.
========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

        Jim Holmes
        Courtroom Deputy Clerk

ATTORNEYS PRESENT FOR CARTER BRYANT:        ATTORNEYS PRESENT FOR MATTEL:

None Present                                None Present


ATTORNEYS PRESENT FOR MGA AND
ISAAC LARIAN:

None Present

PROCEEDINGS:   FURTHER AND FINAL ORDER RE STATUTE OF LIMITATIONS DEFENSE
               (IN CHAMBERS)

        In an order dated May 27, 2008, the Court made several rulings regarding the timeliness of
Mattel's claims ("SOL Order").  At that time, the Court invited further, limited briefing from the
parties regarding "what further conclusions regarding the timeliness of each claim should be
drawn" in light of the Court's rulings.  The parties filed further briefing in conformity with the Court's
Order, which the Court has reviewed.

        As a result of the briefing, the Court discusses the following issues:  (1) Clarification of the
Court's Ruling Regarding the August 2002 Anonymous Letter; (2) Clarification of the Court's
Ruling Regarding Fraudulent Concealment and Mattel's Claims for Intentional Interference with
Contractual Relations and Conversion; and (3) Accrual of Mattel's Copyright Claim.

MINUTES FORM 90                                          Initials of Deputy Clerk: jh
CIVIL -- GEN                        1

EXHIBIT _____ 53

PAGE _____ 278

### I. Clarification of the Court's Ruling Regarding the August 2002 Anonymous Letter

The parties differ on their interpretation of the Court's holding as to the earliest accrual date of Mattel's claims. Although the Court's SOL Order, read as a whole, is most reasonably interpreted as clarified herein, MGA, quite understandably, interprets the Court's Order in a manner more favorable to its position regarding the statute of limitations defense. Accordingly, the Court clarifies its Order as set forth below.

In a key paragraph of the SOL Order, the Court articulates the four possible accrual dates of those state-law claims, asserted by Mattel against Carter Bryant, that are subject to the discovery rule:[1]

> MGA has raised triable issues of fact precluding summary judgment on the statute of limitations issue. Any of the following could be the date upon which MGA claims against Carter Bryant accrued: The July 18, 2003, <u>Wall Street Journal</u> article; the September 23, 2003, date of receipt of the City World "claim"; the October 17, 2003, date of counsel's letter to Mattel regarding the City World litigation; or the November 24, 2003, date of receipt of the MGA-Bryant agreement that pre-dated Bryant's resignation of his employment.

SOL Order at 7-8. This portion of the Court's Order implicitly rejects MGA's contention that the August, 2002, letter could give rise to Mattel's claims against Bryant.

As set forth in the SOL Order, a claim accrues where a plaintiff has ***knowledge*** of at least one of the three generic elements of wrongdoing, causation, and harm. <u>Fox v. Ethicon Endo-Surgery, Inc.</u>, 35 Cal.4th 797, 807 (Cal. 2005) (citation omitted). The SOL Order did not explicitly state, as the Court does now, that there is no evidence that Mattel had any ***knowledge*** of any one of the three generic elements of its claims, and thus no claim accrued, prior to the earliest date identified by the Court, which is July 18, 2003.

MGA's argument that Mattel's claims against Carter Bryant could have accrued in August 2002, is based on a statement made by the Court's regarding when the claims against MGA Entertainment, Inc., accrued:

> The Court rejects the proposition, however, that the claims against <u>both</u> MGA entities did not arise until the date of Carter Bryant's deposition. Whatever the date on which the claims against Carter Bryant arose is ultimately found to be, the August 2002 anonymous letter should have given Mattel a suspicion of that MGA Entertainment, Inc., participated in any wrongdoing by Carter Bryant. <u>See</u> Zeller Decl. Ex. 63

---

[1]   This portion of the Court's Order does not apply to Mattel's claims for intentional interference with contractual relations and conversion, which are addressed <u>infra</u>, in Section II.

MINUTES FORM 90

CIVIL -- GEN

Initials of Deputy Clerk: jh

EXHIBIT _____ 53

PAGE _____ 279

# EXHIBIT 54

6 -18- 3

HCA No. 1883/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 1883 OF 2003

***************

BETWEEN

MGA ENTERTAINMENT INC.                    1st Plaintiff

MGA ENTERTAINMENT (H.K.) LIMITED          2nd Plaintiff

And

DOUBLE GRAND CORPORATION LIMITED    Defendant

************************

**AFFIRMATION OF LEE SHIU CHEUNG**

************************

1.  I am the Managing Director of MGA (H.K.) Entertainment Limited

1

Confidential - Attorney's Eyes Only

EXHIBIT    54
PAGE    280

MGA 0883920
EX 13691-0001



**Copyright Works**

3

Confidential - Attorney's Eyes Only

EXHIBIT  54
PAGE  281

MGA 0883922
EX 13691-0003



9.   Now produced and shown to me marked "LSC-3 " are copies of 17 initial concept drawings of the first 4 BRATZ dolls designed by Mr. Bryant pursuant to the Bryant Agreement.  Now produced and shown to me marked "LSC-4" is a copy of a sheet of paper setting out the initial concept and idea of the BRATZ dolls by Mr. Bryant.  The girls represent best friends in high school who love to trade clothes, shoes and hairdos.  Since these accessories are interchangeable, the dolls can look different every day.   The success of the BRATZ dolls ensured a lucrative business of supplying accessories to the owners of BRATZ dolls creating a steady stream of revenue.

4

Confidential – Attorney's Eyes Only

EXHIBIT   54
PAGE   282

MGA 0883923
EX 13691-0004



11. After making the design drawings exhibited as "LSC-3", wax models of the sculpting of the head, body parts and shoes of the BRATZ dolls were made by Margaret Leheay who is a freelance sculptor in or about winter 2000-2001. These wax models were created by Margaret Leheay using her own independent skill, labour and judgement. Margaret Leheay was commissioned by MGA US to make the said wax models for valuable consideration. At all material times, Margaret Leheay was a resident of and domiciled in the United States of America. It was the understanding and agreement between Margaret Leheay and MGA US that all intellectual property rights including copyright subsisting in the wax models shall belong to MGA US. Now produced and shown to me marked exhibit "LSC-5" being a copy assignment of copyright executed by Margaret Leheay in favour of MGA US.

12. The wax models were then used to make silicon rubber moulds of the head, body parts and shoes of the BRATZ dolls. The silicon rubber moulds were made under commission by Jessie Ramirez under valuable consideration in or about winter 2000-2001. These silicon rubber moulds were created by Jessie Ramirez using her own independent skill, labour and judgement. At all material times, Jessie Ramirez is a resident of and domiciled in the United States of America. It was the understanding and agreement between Jessie Ramirez and MGA US that all intellectual property rights including copyright subsisting in the silicon rubber moulds shall belong to MGA

5

Confidential - Attorney's Eyes Only

EXHIBIT     54
PAGE        283

MGA 0883924
EX 13691-0005

US.  During the process of making the silicon rubber moulds the wax models were destroyed.



6

Confidential - Attorney's Eyes Only

EXHIBIT    54
PAGE    284

MGA 0883925
EX 13691-0006



16.  Based on and originated from the initial concept drawings of Mr. Bryant, Anna Rhee drew some decoration directions for the facial decorations for different series of dolls. She then created the original deco masters which are hand-painted facial decorations on a rubber head sculpt of a doll.   With the input of Mr. Bryant, Ms. Rhee revised the deco masters a number of times until they are perfected being the final version that were used to serve as the benchmark and template from which the original four different Bratz dolls' individual facial decorations are mass produced by spray masking.  Now produced and shown to me marked "LSC-8" is the pile of decoration directions (inclusive those on the 2001 Fall series), "LSC-9a to d" are the deco masters for the 2001 Fall Series and  "LSC-10" is a bundle of documents setting out the various changes during the design process made by Anna Rhee from the initial concept drawings of Mr. Bryant.



Confidential - Attorney's Eyes Only

EXHIBIT   54
PAGE   284

MGA 0883926
EX 13691-0007



20. Insofar as this action is concerned, the Defendant has copied the facial decoration of

8

Confidential - Attorney's Eyes Only

EXHIBIT   54
PAGE   285

MGA 0883927
EX 13691-0008

the full and mini versions of Cloe and the head, body parts and shoes of the mini version of Cloe. I crave leave to refer to "LSC-11a" and "LSC-12".



9

Confidential - Attorney's Eyes Only

EXHIBIT ____54____
PAGE ____286____

MGA 0883928
EX 13691-0009



25. Another major source of revenue generated by the BRATZ dolls is income derived from merchandising rights by granting non-exclusive licenses to other companies worldwide. So far, 120 merchandise licence agreements have been granted in respect of a wide range of products including paper napkins, girls clothing, jewelry, bedding, home furnishing, stationery, toiletries, video games, footwear and electrical appliances etc. Pursuant to these licenses, Bratz branded goods are sold in Spain, Portugal, Australia, New Zealand, Finland, Germany, Austria, Switzerland, France, Belgium, Luxembourg, Mexico, Italy, UK, Ireland, Eire, Greece, Norway, Channel Islands, Brazil, Columbia, Greece, Cyprus, Denmark, Iceland, Sweden, Columbia, Venezuela, Turkey, Peru, Israel, all Central America countries, all Carribean Island countries, Dominican Republic, Ecuador, Venezuela, Bolivia, Paraguay, Chile, UAE, Saudi Arabia, Kuwait, Iran, Lebanon, Syria, Jordan, Egypt, Qatar, Oman, Behrain, Yemen and Hong Kong. MGA projects annual licensing revenue of $12 million per year by year-end 2004.



10

# WILLIAM W. L. FAN & CO.

SOLICITORS, AGENTS FOR TRADEMARKS & PATENTS

Rivera 507, 5th Floor, Hang Seng Building,
77 Des Voeux Road Central, Hong Kong.
Tel: (852) 2110 2128
Fax: (852) 2111 9336, (852) 2111 9337
E-mail: law@wlfan.com.hk

Partners:
William W. L. FAN A.C.I.S.                    范偉廉律師
China-Appraisal Attesting Officer 中華委託公證人
Tony C.K. CHAU LL.M., LL.B., A.C.I.S., A.C.I.Arb., A.T.I.H.K.   周港祺律師

Consultant:
Bernard S.C. WONG LL.B.                       黃守智律師

Assistant Solicitors:
Miki Y. Y. LEE LL.B.                          李婉儀律師
Rejina W.L. CHAN LL.B.                        陳慧齡律師
Our Ref:                  Your Ref:                    Date:

WF-1921-RC                                  6ᵗʰ May 2003

Double Grand Corporation Limited
Room 501A, Energy Plaza,
92 Granville Road,
Tsimshatsui East, Kowloon.

**BY REGISTERED
AND CERTIFICATED POSTING**

Dear Sirs,

### Re: Copyright Infringement - Bratz Dolls

We act for MGA Entertainment Inc. (formerly known as ABC International Traders, Inc. trading as MGA Entertainment) of 16730 Schoenborn Street, North Hills, CA 91343, USA (hereinafter called "MGA") and its affiliate MGA Entertainment (HK) Limited, a company incorporated in Hong Kong (hereinafter called "MGA HK").

MGA is a US based manufacturer, distributor, seller and licensor of toys and game products. MGA HK acts as MGA's licensee and service provider in Hong Kong, Mainland China and elsewhere in the Far East assisting MGA in designing, producing, manufacturing, licensing and exporting toys and game products in and from the said regions and as MGA's manufacturing licensee.

MGA is the owner of the copyright subsisting in the designs and drawings of its fashion dolls and their accessories under the name of "Bratz" (hereinafter called "Bratz Dolls") and in the packaging design of Bratz Dolls (hereinafter collectively called "the Works").

C:\C-MY DOCUMENTS\Litigation\WF-1921-MGA\Cease & Desist-Double Grand.doc

In association with Ho Wong & Wong, Solicitors & Notaries

Confidential - Attorney's Eyes Only

EXHIBIT    54
PAGE       288

MGA 0884060
EX 13691-0141

# WILLIAM W. L. FAN & CO.

SOLICITORS, AGENTS FOR TRADEMARKS & PATENTS

Room 507, 5th Floor, Hang Seng Building,
77 Des Voeux Road Central, Hong Kong.
Tel: (852) 2110 2128
Fax: (852) 2111 9336, (852) 2111 9337
E-mail: law@wlfaa.com.hk

范 偉 廉 律 師 事 務 所

Partners:
William W. L. FAN A.C.I.S.                     范偉廉律師
    China-Appointed Attesting Officer 中國委託公証人
Tony C.K. CHAU LL.M.,LL.B. A.C.I.S. A.C.I.Arb.,A.T.I.H.K.     周港根律師

Consultant:
Bernard S.C. WONG LL.B.                        黃守智律師

Assistant Solicitors:
Miki Y. Y. LEE LL.B.                           李琬儀律師
Rejina W.L. CHAN LL.B.                         陳慧齡律師

Our Ref:                    Your Ref:                    Date:

WF-1921-RC                                          6th May 2003

- 2 -

It has come to our clients' attention that you have been manufacturing, offering for sale, selling, advertising and / or otherwise dealing with series of dolls called "Trendy Teenz Dolls", "Mini Trendy Teenz Dolls", "Rocker Headz Fashion Doll Bobble Pen" and "Rocker Headz Bobblehead Fashion Dolls" (collectively "the Infringing Articles"), the design of which are substantially similar to MGA's Bratz Dolls and infringing MGA's copyright in the designs and drawings of the Bratz Dolls. A picture on each of the Infringing Articles is enclosed herewith and marked "A".

Your aforesaid acts and dealings with the Infringing Articles which are identical reproduction or reproduction of a substantial part of our clients' Bratz Dolls and their accessories clearly amounts to blatant infringement of the copyright of the Works owned by our clients.

We believe it has already come to your knowledge that our client has successfully obtained from Toy Depot Limited, Mr. Alan Brown and Mr. Connolly, also dealers of the Infringing Articles, the purchase orders, invoices, packing lists and bills of lading evidencing their dealings and your dealings in the Trendy Teenz and Mini Trendy Teenz Dolls. We also have in hand evidence of your offer for sale of the Infringing Articles.

We have advised our clients that they are entitled to seek a High Court injunction, delivery up, discovery, damages and costs against you by way of legal action pursuant to the aforesaid evidence as they successfully did against the manufacturers and distributors of the infringing products in Hong Kong, the UK and other parts of Europe.

In the premises, we are instructed to give you notice and demand, which we hereby do, that unless you shall confirm in writing within seven (7) days from the date hereof, by signing and returning to us a copy of the enclosed letter of undertaking, legal proceedings in respect thereof will definitely be initiated against you, without further notice.

C:\C-MY DOCUMENTS\Litigation\WF-1921-MGA\Cease & Desist-Double Grand.doc

In association with Ho Wong & Wong, Solicitors & Notaries

Confidential - Attorney's Eyes Only

EXHIBIT 54
PAGE 289

MGA 0884061
EX 13691-0142

# WILLIAM W. L. FAN & CO.

**SOLICITORS, AGENTS FOR TRADEMARKS & PATENTS**

Room 507, 5th Floor, Hang Seng Building.
77 Des Voeux Road Central, Hong Kong.
Tel: (852) 2110 2128
Fax: (852) 2111 9336, (852) 2111 9337
E-mail: law@wlfan.com.hk

Partners:
William W. L. FAN A.C.I.S.
  China-Appraised Attesting Officer 中國委託公証人
Tony C. K. CHAU LL.B., B.A.C.I.S, A.C.I.Arb, A.T.I.H.K.

Consultant:
Bernard S.C. WONG LL.B.

Assistant Solicitors:
Miki Y. Y. LEE LL.B.
Rejina W.L. CHAN LL.B.

范偉廉律師
周湛權律師
黃宇智律師
李婉儀律師
陳慧齡律師

| | | |
|---|---|---|
| Our Ref: | Your Ref: | Date: |

WF-1921-RC            6th May 2003

- 3 -

    Please also be informed that Mr. Alan Brown, Mr. Connolly, Mr. YU Yiu Tong and SHIU Chi Kong have already agreed to enter into similar undertaking in favour of our clients in personal capacities. Our clients are further given to understand from Mr. Connolly that you have, upon seeking legal advice, indicated to him that you would give an undertaking to ours. In the premises, we hope you would co-operate with our clients and accede to our clients' demand herein and entering into the requested undertaking to avoid any unnecessary litigation.

Yours faithfully,

William W. L. Fan & Co.

WF/RC
Encl.
c.c. client

C:\C-MY DOCUMENTS\Litigation\WF-1921-MGA\Cease & Desist-Double Grand.doc

In association with Ho Wong & Wong, Solicitors & Notaries

Confidential - Attorney's Eyes Only

EXHIBIT   54
PAGE    290

MGA 0884062
EX 13691-0143



Confidential - Attorney's Eyes Only

EXHIBIT  54
PAGE  291

MGA 0884063
EX 13691-0144



Confidential - Attorney's Eyes Only

EXHIBIT 54
PAGE 292

MGA 0884064
EX 13691-0145

# EXHIBIT 55

6·9·03

PUBLIC NOTARIES
TRANSLATIONS OF LANGUAGES

ALBERT BUILDINGS
49 QUEEN VICTORIA STREET
LONDON     EC4N 4SA

Telephone
(020) - 7329 2000/7329 7022

International
(+44) - 20 - 7329 2020/7329 2022

Facsimile
(020) - 7329 0075

International
(+44) - 20 - 7329 0075

E-Mail: johnnewtonsons@BTconnect.com

BARRINGTON W. HOOKE, LL.B.
Notary Public

Mobile
(07802) - 47 56 49

TO ALL TO WHOM  THESE  PRESENTS  SHALL COME, I, BARRINGTON  WILLIAM  HOOKE  , NOTARY PUBLIC of the CITY of LONDON, by Royal Authority duly admitted and sworn practising in the said City, Do Hereby Certify that on the day of the date hereof before me personally came and appeared, RAYMOND DAVID BLACK, the Deponent named and described in the Affidavit hereunto annexed, who by solemn Oath which the said Deponent then made before me in due form of law, did depose testify and declare to be true the several matters and things mentioned and contained in the said annexed Affidavit.

and have caused the said Affidavit to be hereunto annexed together with exhibits "RDB1" to "RDB13".

DATED in LONDON the thirteenth day of June in the Year of Our Lord, Two thousand and three.

NOTARY PUBLIC, LONDON.
MY COMMISSION IS FOR LIFE.

Confidential - Attorney's Eyes Only

EXHIBIT   55
PAGE   293

MGA 0885135

EX 13561-0001

HCA No. 1883/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 1883 OF 2003

***************

BETWEEN

MGA ENTERTAINMENT INC.                    1st Plaintiff

MGA ENTERTAINMENT (HK) LIMITED            2nd Plaintiff

And

DOUBLE GRAND CORPORATION LIMITED   Defendant

**************************

**AFFIDAVIT OF RAYMOND DAVID BLACK**

**************************



1.  I am a partner and Head of the Contentious Intellectual Property Group of SJ Berwin, the solicitors for MGA Entertainment Inc.

292271.1                                 1

Confidential - Attorney's Eyes Only

EXHIBIT   55
PAGE     294

MGA 0885136

EX 13561-0002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 1883 OF 2003

****************

BETWEEN

MGA ENTERTAINMENT INC.                           1st Plaintiff

MGA ENTERTAINMENT (HK) LIMITED          2nd Plaintiff

And

DOUBLE GRAND CORPORATION LIMITED          Defendant

*********************************

This is the marked exhibit referred to in the Affidavit of Raymond David Black dated the 13 day of June 2003.

| Exhibit Ref | Date | Description | Page No. |
|---|---|---|---|
| RDB2 | 7 March 2003 | Copy of cease and desist letter sent by SJ Berwin to Toy Depot | 2 |

Before me,

M17447.49/LT:292261.1/aaad

Confidential – Attorney's Eyes Only

EXHIBIT ___55___
PAGE ___295___

MGA 0885155

EX 13561-0021

By Registered Post

| | |
|---|---|
| Date | 7 March 2003 |
| Our ref | 245/245/A17447.1 |
| Your ref | |
| Partner | Ray Black |
| Email | ray.black@sjberwin.com |

Dear Sirs

**"BRATZ" dolls and "MINI TRENDY TEENZ" dolls**

We have been instructed by MGA Entertainment, Inc. ("MGA"). MGA is the worldwide licensor of the "BRATZ" range of dolls, and has designated a licensee of such dolls in the United Kingdom. The "BRATZ" range of dolls includes the mini "BRATZ" doll and a representation of this doll is enclosed.

Our client's licensee has recently purchased a doll called MINI TRENDY TEENZ from Fareham Toys, 79 West St, Fareham, PO16 0AP. A coloured representation of this doll marked TD 1 is enclosed together with a copy of the receipt. We note that on the back of the box there is a statement that this doll is "Exclusive to: Toy Depot Ltd 52 Yester Road, BR7 5HR". Our client therefore assumes that you are either the manufacturer and/or importer of this particular product.

Our client is the proprietor of registered designs, nos. 2103577, 2103578, 2103579 and 2103580 (the "Registered Designs"), copies of which are enclosed. Our client therefore enjoys exclusive rights over the shape, configuration, pattern and ornament of the Registered Designs and can prevent third parties from using a design with the same overall impression on the informed user. We consider that the MINI TRENDY TEENZ dolls infringe such rights, due to their overwhelming similarity to the Designs, (and consequently any offer, exposure for sale or distribution of these MINI TRENDY TEENZ dolls by you would constitute an infringement of our client's registered design rights). In particular, we draw your attention to the following, which are identical or extremely similar in both the Registered Designs and MINI TRENDY TEENZ dolls:

(a)     The shape of each doll's head;

(b)     The size of each doll's head in comparison with the remainder of the doll;

(c)     The shape and size of the nose;

(d)     the shape of the eyes;

(e)     the shape of the lips; and

(f)     the unusual size of each doll's feet in comparison with the remainder of the doll.

We also consider that the MINI TRENDY TEENZ dolls infringe our client's copyright in the surface decoration of the BRATZ dolls. We enclose coloured copies of the original drawings and would draw your attention in particular to:

222 Gray's Inn Road
London WC1X 8XF
T +44 (0)20 7533 2222
F +44 (0)20 7533 2000
E info@sjberwin.com
www.sjberwin.com
DX 255 London

SJ Berwin is regulated by the
Law Society. A list of names of
partners and their professional
qualifications is open to
inspection at the above office.
The partners are either solicitors
or registered foreign lawyers.

LT:281034.1/paac

Berlin       Brussels       Frankfurt       London       Madrid       Munich       Paris

Confidential – Attorney's Eyes Only

EXHIBIT     55
PAGE        296

MGA 0885156

EX 13561-0022

(a)    the eyelashes of both BRATZ and MINI TRENDY TEENZ dolls, in particular the three distinct lashes above the eye;

(b)    the two-tone eye shadow used on both BRATZ and MINI TRENDY TEENZ dolls, both in style, shape and colour;

(c)    the shape of the eyes after being "made up" with mascara and eye shadow, of BRATZ and MINI TRENDY TEENZ dolls; and

(d)    the shape of the lips when painted with "lipstick" of BRATZ and MINI TRENDY TEENZ dolls, and the use of a lipliner (slightly darker in colour than the colour used on the lips) on both dolls;



Any issuing to the public of the MINI TRENDY TEENZ dolls by you constitutes an infringement of our client's copyright in the surface decoration under s16(2) of the Copyright Designs and Patents Act 1988.

We should point out that our client is willing to take whatever action is necessary to protect its rights. Our client has already taken action against other manufacturers and distributors which have infringed their rights in the Bratz dolls.  For instance, our client has obtained an interim injunction against the manufacturer of a similar doll called Funky Tweenz in Hong Kong (a copy of the order is enclosed). Following the interim injunction the manufacturer agreed to change the design of its product.  Our client has also taken action against two distributors in the UK, being LB Group Limited and David Halsall International Limited, who agreed to settle our client's claims and have paid significant amounts to our client by way of damages and a contribution to the legal costs.



In light of the information contained in this letter, we are instructed to demand that you enter into the undertakings enclosed in this letter **by close of business on Friday 14 March 2003.** Should the undertakings not be provided within the requisite time frame, our client reserves the right to initiate proceedings to prevent any dealings by you in the MINI TRENDY TEENZ dolls, and to seek all appropriate relief, including injunctive relief, damages and legal costs. In the meantime, our client expressly reserves its rights.

Confidential – Attorney's Eyes Only

EXHIBIT    55
PAGE    297

MGA 0885157

EX 13561-0023

TRENDY TEENZ



Confidential - Attorney's Eyes Only

EXHIBIT ___55___
PAGE ___298___

MGA 0885258

EX 13561-0124



Confidential - Attorney's Eyes Only

EXHIBIT _55_
PAGE _299_

MGA 0885328

EX 13561-0194



Confidential - Attorney's Eyes Only

EXHIBIT __55__
PAGE __300__

MGA 0885342

EX 13561-0208



Confidential - Attorney's Eyes Only

EXHIBIT __55__

PAGE __301__

MGA 0885344

EX 13561-0210

# EXHIBIT 56

HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO.  2152 OF 2002

--------------------

BETWEEN

ABC INTERNATIONAL TRADERS, INC.
doing business as MGA ENTERTAINMENT                                      Plaintiff

and

(1) TOYS & TRENDS (HONG KONG) LIMITED

(2) CITYWORLD LIMITED

(3) JURG WILLI KESSELRING                                               Defendants

-----------------------------

AFFIRMATION OF LEE SHIU CHEUNG

-----------------------------



1.       I am the Managing Director of MGA (HK) Entertainment Ltd.

Confidential - Attorney's Eyes Only

EXHIBIT __56__
PAGE __302__

MGA 0885762
EX 13707-0001

**DEFENDANTS' ACTIVITIES**



18.   We immediately looked up the website and found it was under construction. Now produced and shown to me marked "LSC-13" is a copy downloaded from the said website.   I note that the email address thereon is tandt@netvigator.com which I take as the email of the 1st Defendant herein. However, no company name has then yet been displayed.  On 14 June 2002, MGA's solicitors looked up the said website and found that it was functioning. The postal address given in the said website was the address of the 1st and 2nd Defendants and their names were expressly stated therein.  Now produced and shown to me marked "LSC-14" are copies downloaded from the said site.



6

Confidential - Attorney's Eyes Only

EXHIBIT    56
PAGE      303

MGA 0885767
EX 13707-0006

HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

_____

BETWEEN

    ABC INTERNATIONAL TRADERS, INC.        Plaintiff
    doing business as MGA ENTERTAINMENT

                    and

    (1)  TOYS & TRENDS (HONG KONG) LIMITED

    (2)  CITYWORLD LIMITED

    (3)  JURG WILLI KESSELRING        Defendants

This is the exhibit marked "LSC-3" referred to in the Affirmation of Lee Shiu Cheung dated the 18th day of June 2002.

| Description of document | Date | No. of pages |
|---|---|---|
| Copies of 17 initial concept and Design drawings of the BRATZ Dolls made by Mr. Bryant in the year 2000 | divers | 17 |

Before me,

*Chan Yee* (signature)

Solicitor, HKSAR

Chan Yiu Chee
Solicitor, Hong Kong SAR
C.L. Chow & Macksion Chan, Solicitors

Confidential - Attorney's Eyes Only

EXHIBIT    56

PAGE    304

MGA 0886302
EX 13707-0015



BASIC DOLL PIECE COUNT*

HAIRSTYLE #1

LONG TEE

SHORT TEE

JEANS

SKIRT

SNEAKERS

MARY JANES

HAIRSTYLE #2

BACKPACK

TOTAL PIECES*
- LONG SLEEVED TEE SHIRT
- CUFFED "JEANS"
- SHORT SLEEVED TEE SHIRT
- SKIRT
- POP ON/OFF SNEAKERS
- POP ON/OFF MARY JANES
- BACKPACK
- LONG HAIRSTYLE "WIG" (POP-ON/OFF)
- SHORT HAIRSTYLE "WIG" (POP-ON/OFF)
- DOLL BODY/HEAD

* DESIGN SUBJECT TO CHANGE

DRAWINGS NOT TO ACTUAL SIZE

Confidential - Attorney's Eyes Only

EXHIBIT __56__
PAGE __305__

MGA 0886303
EX 13707-0016



To give Zoe a whole new look for
night, change her short dark
brown hairstyle to her long
blonde hairdo (included), change
her pants to a skirt (also
included) and change her
sneakers to platform sandals (you
get those too!)

Confidential - Attorney's Eyes Only

EXHIBIT ___56___
PAGE ___306___

MGA 0886304
EX 13707-0017

BODY



JOINTED HERE, @ SHOULDERS

POSSIBLE
TWIST
WAIST,
BELOW
BELLY
BUTTON

JOINTED @
HIPS

SCULPTED
FINGERNAILS

NOT ACTUAL
SIZE

ACTUAL DOLL
HEIGHT (WITH HEAD)
APPX. 9½" - 10"

BASIC SHOE
SCULPT

Confidential - Attorney's Eyes Only

EXHIBIT  56
PAGE  307

MGA 0886305
EX 13707-0018



FACES
SAME HEAD BUT
DIFF FACE PAINT

Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 308

MGA 0886306
EX 13707-0019



8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/5/00

Confidential - Attorney's Eyes Only

EXHIBIT  56

309

MGA 0886307

EX 13707-0020





All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/18/00

Confidential - Attorney's Eyes Only

EXHIBIT  56
PAGE  310

MGA 0886308

EX 13707-0021



© 8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date. 9/18/00

Confidential - Attorney's Eyes Only

EXHIBIT    56
PAGE       311

MGA 0886309

EX 13707-0022



1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 312

MGA 0886310

EX 13707-0023



8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO
Contract date: 9/18/00

Confidential - Attorney's Eyes Only

EXHIBIT    56
PAGE       313

MGA 0886311

EX 13707-0024



8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

Confidential - Attorney's Eyes Only

EXHIBIT  56
PAGE  314

MGA 0886312

EX 13707-0025



Ⓒ
8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/13/00

Confidential - Attorney's Eyes Only

EXHIBIT ___56___
PAGE ___315___

MGA 0886313

EX 13707-0026



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date : 9/18/00

Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 316

MGA 0886314

EX 13707-0027



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date : 9/18/2000

Confidential - Attorney's Eyes Only

EXHIBIT     56
PAGE     317

MGA 0886315

EX 13707-0028



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 318

MGA 0886316

EX 13707-0029

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO
Contract date 9/18/00



Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 319

MGA 0886317

EX 13707-0030



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

Confidential - Attorney's Eyes Only

EXHIBIT    56
PAGE       320

MGA 0886318

EX 13707-0031



©

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/15/00

Confidential - Attorney's Eyes Only

EXHIBIT 56

PAGE 321

MGA 0886319

EX 13707-0032

HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

———————

BETWEEN

ABC INTERNATIONAL TRADERS, INC.                    Plaintiff
doing business as MGA ENTERTAINMENT

and

(1)  TOYS & TRENDS (HONG KONG) LIMITED

(2)  CITYWORLD LIMITED

(3)  JURG WILLI KESSELRING                         Defendants

This is the exhibit marked "LSC-14" referred to in the Affirmation of Lee Shiu Cheung dated the 18th day of June 2002.

| Description of document | Date | No. of pages |
|---|---|---|
| Copy website downloaded from www.funkytwenz.com | N/A | 11 |

Before me,

*Chang Chee*

Solicitor, HKSAR

Chan Yiu Chee
Solicitor, Hong Kong SAR
C.L. Chow & Macksion Chan, Solicitors

Confidential - Attorney's Eyes Only

EXHIBIT  56
PAGE  322

MGA 0885462
EX 13707-0091



Confidential - Attorney's Eyes Only

EXHIBIT ___56___
PAGE ___323___

MGA 0885463
EX 13707-0092



By CityWo

**Email Feedback**

Your comments, enquiries and suggestions are very important to us. Please give us any comments you might have, so that we can improve the "Funky Tweenz" range according to your needs.

We are happy to hear about new products you would like us to include for the "Funky Tweenz".

Name :

Address :

Country :

Tel :

Fax :

E-mail :

Enquiry :

Submit Above Data        Reset

http://www.funkytweenz.com/contact.html                2002/6/14

Confidential - Attorney's Eyes Only

EXHIBIT     56
PAGE        324

MGA 0885464
EX 13707-0093



Confidential - Attorney's Eyes Only

EXHIBIT      56
PAGE        325

MGA 0885465
EX 13707-0094



Under Construction



http://www.funkytweenz.com/coming.html

2002/6/14

Confidential - Attorney's Eyes Only

EXHIBIT   56
PAGE   326

MGA 0885466
EX 13707-0095





Cityworld Ltd.
Toys & Trends (Hong Kong) Ltd.
Room 1111, Wing On Plaza,
62 Mody Road,
Tsim Sha Tsui East,
Kowloon,Hong Kong.

Tel : +(852) 2735 2338
Fax: +(852) 2317 6868

E-mail:info@cityworld.com.hk



2002/6/14

Confidential - Attorney's Eyes Only

EXHIBIT    56
PAGE      327

MGA 0885467
EX 13707-0096



Confidential – Attorney's Eyes Only

EXHIBIT _56_
PAGE _328_

MGA 0885468
EX 13707-0097



Confidential - Attorney's Eyes Only

EXHIBIT ___56___
PAGE ___329___

MGA 0885469
EX 13707-0098