

Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 330

MGA 0885470
EX 13707-0099



Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 331

MGA 0885471
EX 13707-0100



Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 332

MGA 0885472
EX 13707-0101



Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 333

MGA 0885473
EX 13707-0102



Confidential - Attorney's Eyes Only

MGA 0885650
EX 13707-0110



 

Browse | Sell | Services | Search | Help | Community

item view

| | Funky Tweenz Alyssa Bratz like doll NIB |
|---|---|
| | Item # 1354884432 |

Dolls & Bears:Dolls:By Type:Character:Other.


**Description**

| | | | | |
|---|---|---|---|---|
| | Currently | **US $15.00** | First bid | **US $15.00** |
| | Quantity | **1** | # of bids | **1**  bid history |
| | Time left | **5 days, 3 hours +** | Location | **Winnipeg, MB** |
| | | | Country | **Canada** |
| | Started | May-22-02 16:11:20 PDT | | ✉ mail this auction to a friend |
| | Ends | May-29-02 16:11:20 PDT | | 👀 watch this item |


Bid!

Seller (Rating)   **trisen-sales (1638)** ⭐

view comments in seller's Feedback Profile | view seller's other items | ask seller a question

High bid   **katkin (269)** ⭐ me

Payment Shipping   Money Order/Cashiers Checks, Other. See item description for payment methods accepted
Buyer pays fixed shipping charges. Seller ships internationally (worldwide). See item description for shipping charges.

Seller Services   Sell similar item

Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Auction currency is U.S. dollars ( US $ ) unless otherwise noted.

## Description

This is a Funky Tweenz Alyssa Doll, similar to the Bratz dolls.

It is New in the Box.

**Terms of Sales:**

**For customers in Canada or outside of the continental US please e-mail prior to bidding for S/H charges.**

**I Do Not Accept Checks and any checks I receive will be destroyed and the sender will be notified to send payment in another form.**

I accept Paypal, it is the only online Payment I accept.

If paying by postal money order from the US, only the pink international one is accepted.

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=1354884432          5/24/02

EXHIBIT 56
PAGE 335

Confidential - Attorney's Eyes Only

MGA 0885652
EX 13707-0112

eBay item 1354884432 (Ends May-2...:20 PDT ) - Funky Tweenz Alyssa Bratz like doll Nl    Page 2 of 3

All Money Orders must be in U.S. dollars.

Payment is due within fourteen days (unless other arrangements are made) or item will be forfeited, relisted, and appropriate feedback given.

Buyer to pay $9.00 for S/H. If desired insurance is extra, we can not be held responsible for lost or damaged items if you decline the purchase of insurance.

## **Save on bulk shipping**

On May-23-02 at 09:52:29 PDT, seller added the following information:

**Pay me securely with any major credit card through PayPal!**



   



| **Payment Details** | **Payment Instructions** |
|---|---|
| See Payment Instructions and item description, or contact seller for more information. | See item description or contact seller for more information. |

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=1354884432        5/24/02

Confidential - Attorney's Eyes Only

EXHIBIT    56
PAGE    336

MGA 0885653
EX 13707-0113





home | my eBay | site map | sign in

Browse | Sell | Services | Search | Help | Community

item view



| **Funky Tweenz Emily Bratz like doll NIB** |
| **Item # 1354884430** |

Dolls & Bears:Dolls:By Type:Character:Other



Currently **US $15.00**     First bid **US $15.00**

Quantity **1**     # of bids **1** bid history

Time left **5 days, 3 hours +**     Location **Winnipeg, MB**

Country **Canada**

Started May-22-02 16:11:19 PDT     mail this auction to a friend

Ends May-29-02 16:11:19 PDT     watch this item

Seller (Rating) **trisen-sales (1638)** ⭐

view comments in seller's Feedback Profile | view seller's other items | ask seller a question

High bid **katkin (269)** ⭐ mo

Payment Money Order/Cashiers Checks, Other  See item description for payment methods accepted

Shipping Buyer pays fixed shipping charges. Seller ships internationally (worldwide). See item description for shipping charges.

Seller Services Sell similar item

Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Auction currency is U.S. dollars ( US $ ) unless otherwise noted.

| **Description** |

This is a Funky Tweenz Emily Doll, similar to the Bratz dolls.

It is New in the Box.

**Terms of Sales:**

**For customers in Canada or outside of the continental US please e-mail prior to bidding for S/H charges.**

**I Do Not Accept Checks and any checks I receive will be destroyed and the sender will be notified to send payment in another form.**

I accept Paypal, it is the only online Payment I accept.

If paying by postal money order from the US, only the pink international one is accepted.

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=1354884430     5/24/02

Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 337

MGA 0885655
EX 13707-0115

All Money Orders must be in U.S. dollars.

Payment is due within fourteen days (unless other arrangements are made) or item will be forfeited, relisted, and appropriate feedback given.

Buyer to pay $9.00 for S/H. If desired insurance is extra, we can not be held responsible for lost or damaged items if you decline the purchase of insurance.

## **Save on bulk shipping**

On May-23-02 at 09:52:29 PDT, seller added the following information:

### **Pay me securely with any major credit card through PayPal!**



   



| **Payment Details** | **Payment Instructions** |
|---|---|
| See Payment Instructions and item description, or contact seller for more information. | See item description or contact seller for more information. |

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=1354884430

5/24/02

Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 338

MGA 0885656
EX 13707-0116

eBay item 1354884430 (Ends May-29...:19 PDT) - Funky Tweenz Emily Bratz like doll NIB page

---

## Bidding

### Funky Tweenz Emily Bratz like doll NIB
Item # 1354884430

| | |
|---|---|
| Current bid: | US $15.00 |
| Bid increment: | US $0.50 |

**Your maximum bid:** [          ]

*(Minimum bid: US $15.50 )*

[ Review bid ]

eBay will bid incrementally on your behalf **up to your maximum bid**, which is kept secret from other eBay users. The eBay term for this is proxy bidding.

**Your bid is a contract** - Place a bid only if you're serious about buying the item. If you are the winning bidder, you will enter into a legally binding contract to purchase the item from the seller.

### How to Bid 

1. Register to bid - if you haven't already. It's free!

2. Learn about this seller - read feedback comments left by others.

3. Know the details - read the item description and payment & shipping terms closely.

4. If you have questions - contact the seller trisen-sales *before* you bid.

5. Place your bid!

**eBay purchases are covered by the** Fraud Protection Program.

---

## Top Questions From This Page

- How do I place a proxy bid? It looks like I can only place a maximum bid.
- Why doesn't my bid show up?
- What does "reserve not yet met" mean?
- How can I change something or cancel my listing completely?

- Why isn't my picture showing up?
- As a seller, how can I cancel an unwanted bid?
- Why does my email address appear when I have a User ID?
- How do I register?
- What is Half.com?

---

Announcements | Register | SafeHarbor (Rules & Safety) | Feedback Forum | About eBay

Copyright © 1995-2002 eBay Inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.
Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.



http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=1354884430

5/24/02

Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 339

MGA 0885657
EX 13707-0117



 

| Browse | Sell | Services | Search | Help | Community |

item view

## Funky Tweenz Brittany Bratz like doll NIB
### Item # 1354884431

Dolls & Bears:Dolls:By Type:Character:Other



| | |
|---|---|
| Currently | **US $15.00** |
| Quantity | 1 |
| Time left | **5 days, 3 hours +** |

| | |
|---|---|
| First bid | **US $15.00** |
| # of bids | 1   bid history |
| Location | **Winnipeg, MB** |
| Country | **Canada** |

✉ mail this auction to a friend
👓 watch this item

| | |
|---|---|
| Started | May-22-02 16:11:19 PDT |
| Ends | May-29-02 16:11:19 PDT |
| Seller (Rating) | **trisen-sales (1638)** ⭐ |

view comments in seller's Feedback Profile | view seller's other items | ask seller a question

| | |
|---|---|
| High bid | **katkin (269)** ⭐ me |
| Payment Shipping | Money Order/Cashiers Checks  Other  See item description for payment methods accepted  Buyer pays fixed shipping charges  Seller ships internationally (worldwide)  See item description for shipping charges |
| Seller Services | Sell similar item |

Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Auction currency is U.S. dollars ( US $ ) unless otherwise noted.

## Description

This is a Funky Tweenz Brittany Doll, similar to the Bratz dolls.

It is New in the Box.

### Terms of Sales:

For customers in Canada or outside of the continental US please e-mail prior to bidding for S/H charges.

I Do Not Accept Checks and any checks I receive will be destroyed and the sender will be notified to send payment in another form.

I accept Paypal, it is the only online Payment I accept.

If paying by postal money order from the US, only the pink international one is accepted.

5/24/02

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=1354884431

Confidential - Attorney's Eyes Only

EXHIBIT ___56___
PAGE ___340___

MGA 0885658
EX 13707-0118

All Money Orders must be in U.S. dollars.

Payment is due within fourteen days (unless other arrangements are made) or item will be forfeited, relisted, and appropriate feedback given.

Buyer to pay $9.00 for S/H. If desired insurance is extra, we can not be held responsible for lost or damaged items if you decline the purchase of insurance.

## **Save on bulk shipping**

On May-23-02 at 09:52:30 PDT, seller added the following information:

**Pay me securely with any major credit card through PayPal!**



   



| Payment Details | Payment Instructions |
|---|---|
| See Payment Instructions and item description, or contact seller for more information. | See item description or contact seller for more information. |

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=1354884431          5/24/02

Confidential - Attorney's Eyes Only

EXHIBIT 56
PAGE 341

MGA 0885659
EX 13707-0119

## Bidding

### Funky Tweenz Brittany Bratz like doll NIB
Item # 1354884431

| | |
|---|---|
| Current bid: | US $15.00 |
| Bid increment: | US $0.50 |

**Your maximum bid:** [ ]

*(Minimum bid: US $15.50 )*

Review bid

eBay will bid incrementally on your behalf **up to your maximum bid**, which is kept secret from other eBay users. The eBay term for this is proxy bidding .

**Your bid is a contract** - Place a bid only if you're serious about buying the item. If you are the winning bidder, you will enter into a legally binding contract to purchase the item from the seller.

### How to Bid

1. Register to bid – if you haven't already. It's free!

2. Learn about this seller - read feedback comments left by others.

3. Know the details - read the item description and payment & shipping terms closely.

4. If you have questions - contact the seller trisen-sales *before* you bid.

5. Place your bid!

**eBay purchases are covered by the** Fraud Protection Program.

## Top Questions From This Page

- How do I place a proxy bid? It looks like I can only place a maximum bid.
- Why doesn't my bid show up?
- What does "reserve not yet met" mean?
- How can I change something or cancel my listing completely?
- Why isn't my picture showing up?
- As a seller, how can I cancel an unwanted bid?
- Why does my email address appear when I have a User ID?
- How do I register?
- What is Half.com?

Announcements | Register | SafeHarbor (Rules & Safety) | Feedback Forum | About eBay

Copyright © 1995-2002 eBay Inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.
Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.



http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=1354884431

5/24/02

Confidential - Attorney's Eyes Only

EXHIBIT _56_
PAGE _342_

MGA 0885661
EX 13707-0121

# WILLIAM W. L. FAN & CO.
## SOLICITORS
Room 507, 5th Floor, Hang Seng Building,
77 Des Voeux Road Central, Hong Kong.
Tel: (852) 2110 2128
Fax: (852) 2111 9336, (852) 2111 9337
E-mail: law@wlfan.com.hk

Partners:
William W. L. FAN A.C.I.S.                          范偉廉律師
China-Appointed Attesting Officer 中國委托公證人
Tony C. K. CHAU LL.B., A.C.I.S., A.C.I.Arb., A.T.I. H.K.    周湛稠律師

Consultant:
Bernard S.C. WONG LL.B.                             黃守智律師

Assistant Solicitors:
Miki Y. Y. LEE LL.B.                                李婉儀律師
Rejina W. L. CHAN LL.B.                             陳惠齡律師

電子郵遞 : law@wlfan.com.hk
圖文傳真 : 二一一一九三三六 七
電話 : 二一一零二一二八
香港中環德輔道中七十七號
恒生大廈五字樓五零七室

范偉廉律師事務所

| Our Ref: | Your Ref: | Date: |
|---|---|---|

WF-1595-MKL/CL                                      27th May 2002

Cityworld Limited
Room 1111, Wing On Plaza,
62 Mody Road,
T.S.T. East, Kowloon, Hong Kong



**BY HAND**

Dear Sirs,

### Re: Copyright Infringement- Bratz Dolls

We act for ABC International Traders, Inc. d/b/a MGA Entertainment of 16730 Schoenborn Street, North Hills, CA 91343, USA ("MGA") and its subsidiary, MGA Entertainment (HK) Limited, a company incorporated in Hong Kong ("MGAHK").

MGA is a US based manufacturer, distributor, seller and licensor of toy and game products. MGAHK acts as MGA's service provider in Hong Kong, Mainland China and elsewhere in the Far East assisting MGA in designing, producing, manufacturing, licensing and exporting toys and game products in and from the said regions.

MGA is the owner of the copyright subsisting in the designs and drawings of its fashion dolls and their accessories under the name of "Bratz" ("Bratz Dolls") and in the packaging design of Bratz Dolls.

We enclose herewith marked "A" a copy of extract of our clients' catalogue which identifies the Bratz Dolls and their accessories attached thereto to which we refer.

It has come to our clients' attention that you have been advertising, promoting, selling or offering for sale, manufacturing and/or otherwise dealing with a series of dolls called "FUNKY TWEENZ" the designs of which and of their accessories and packaging are substantially similar to MGA's Bratz Dolls and their accessories and packaging.  Copy of an extract of your catalogue of such dolls is also enclosed herewith and marked "B".

We have evidence to show that you possess samples of our client's Bratz Dolls in your office and that you have intention to copy and to pass off your "FUNKY TWEENZ" as ours' Bratz Dolls.

Confidential - Attorney's Eyes Only

EXHIBIT        56
PAGE           343

MGA 0885630
EX 13707-0129

EXHIBIT 57

HCA 3242/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

ACTION NO. 3242 OF 2003

———————————

BETWEEN

MGA ENTERTAINMENT INC.                                    Plaintiff

and

UNION TOP (HK) COMPANY LIMITED                            Defendant

———————————

**AFFIRMATION OF LEE SHIU CHEUNG**

1.   I am the Managing Director of MGA (H.K.) Entertainment Limited

1

EXHIBIT   57
PAGE   344

MGA  3892910
EX 13725-0001



34.   Even a cursory comparison of the "Fashion Doll" as shown in the photographs and

the videotape and the BRATZ dolls and their copyright works, in particular Cloe, as

exhibited above demonstrates a clear case of copyright infringement.  Most if not all

of the prominent features of the BRATZ dolls were taken collectively.

15

EXHIBIT   57
PAGE   345

MGA  3892924
EX 13725-0015



**Strong Prima Facie Case**

42.    I have looked at the "Fashion Dolls" closely from the photographs and the videotape exhibited hereinabove and find that it is a slavish copy of the BRATZ dolls and is a clear infringement of the Plaintiff's copyright in the works relating to BRATZ.  In particular, I would draw attention to the following features in the "Fashion Doll", namely:

(a)    The oversized head;

(b)    The facial decoration;

18

EXHIBIT    57

PAGE    346

MGA 3892927
EX 13725-0018

(c)     The oversized eyes;

(d)     The diminished nose;

(e)     The protrusive and defined mouth;

(f)     The multi-coloured make-up;

(g)     The few and exaggerated eyelashes;

(h)     The two-toned lipstick;

(i)     The disproportionately large feet and shoes;

(j)     The snap-on shoes.



19

EXHIBIT   *57*

MGA  3892928
EX 13725-0019

Affirmed at *the offices of*  )
*M/S C.L. Chow & Macksion*  )
*Chau, Solicitors*  )
this ___ day of August 2003.  )

Before me,

~~C.L. Chow & Maurice Chau, Solicitors~~

Solicitor, Hong Kong SAR

This affirmation is filed for and on behalf of the Plaintiff.

27

EXHIBIT ___57___
PAGE ___348___

MGA  3892936
EX 13725-0027

第 1 頁，共 1 頁



file://C:\My%20Documents\photo\Sony%20Bambola%2000E.jpg

2003/7/4

EXHIBIT ___57___
PAGE ___349___

MGA 3893085

EX 13725-0176

第 1 頁 · 共 1 頁



file://C:\My%20Documents\photo\Sony%20Bambola%20000x.jpg                    2003/7/4

EXHIBIT __57__

PAGE __350__

MGA 3893092

EX 13725-0183

第 1 頁 · 共 1 頁



file://C:\My%20Documents\photo\Sony%20Bambola%20300.jpg

2003/7/4

EXHIBIT   57
PAGE   351

MGA 3893094

EX 13725-0185

第 1 頁 · 共 1 頁



file://C:\My%20Documents\photo\Sony%20Bambola%202001.jpg

2003/7/4

EXHIBIT  57

PAGE  352

MGA 3893095

EX 13725-0186

# EXHIBIT 58

HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO.  2152 OF 2002

———————

BETWEEN

        MGA ENTERTAINMENT INC. formerly known as
        ABC INTERNATIONAL TRADERS, INC.
        doing business as MGA ENTERTAINMENT        Plaintiff

                and

(1)    TOYS & TRENDS (HONG KONG) LIMITED

(2)    CITYWORLD LIMITED

(3)    JURG WILLI KESSELRING             Defendants

**AFFIDAVIT OF DAPHNE GRONICH**

    I, Daphne GRONICH of 16380 Roscoe Boulevard, Van Nuys, California 91406, the United States of America, hereby make oath and say as follows:-

1.    I am the General Counsel of MGA Entertainment Inc. formerly known as ABC International Traders, Inc. trading as MGA Entertainment, the Plaintiff herein (hereinafter **"MGA Inc."**).  MGA Inc. is a company incorporated and existing under the laws of the State of California in the U.S.A.  I am duly authorized by MGA Inc. to make this affidavit for and on its behalf pursuant to Section 121 of the Copyright Ordinance, Cap. 528.  Unless otherwise stated, the facts and matters contained herein are true to the best of my knowledge and belief and they either are within my own personal knowledge

1

EXHIBIT _____ 58

PAGE _____ 353

Confidential - Attorney's Eyes Only

MGA 0883304
EX 13119-0001

or gleaned from books and records of MGA Inc. to which I have access.  Insofar as facts and matters that do not fall within the aforesaid category, they are related to me by the respective sources stated hereunder and are true to the best of my knowledge and belief.

2.     MGA Inc. is a successful and reputable company in the toy business internationally. Since 1987, it has concentrated and focused its efforts primarily in the toy industry.

3.     The toys designed and marketed by MGA Inc. have won international acclaim and were made the subject of numerous awards and prizes.  However, the most successful toys designed and marketed by MGA Inc. must be the BRATZ dolls.

4.     MGA Inc. is and was at all material times the owner of copyright in the following artistic works relating to the BRATZ dolls ("**the Copyright Works**").

## Particulars of the Copyright Works

5.     (a)     15 design drawings of various BRATZ fashion dolls ("**the Design Drawings**"); now produced and shown to me marked as "**DG-1**" are true copies of the Design Drawings.

       (b)     1 drawing of a body sketch of the BRATZ fashion dolls ("**the Body Sketch**"); now produced and shown to me marked as "**DG-2**" is a true copy of the Body Sketch.

       (c)     wax models of the head, body and shoes of the BRATZ fashion dolls ("**the Wax**

2

EXHIBIT _____58_____

PAGE _____354_____

Confidential - Attorney's Eyes Only

MGA 0883305
EX 13119-0002

Models").

(d)    silicon rubber moulds of the head, body and shoes of the BRATZ fashion dolls made from the Wax Models (**"the Silicon Rubber Moulds"**).

(e)    polyurethane samples of the head, body and shoes of the BRATZ fashion dolls made from the Silicon Rubber Moulds (**"the PU Samples"**); now produced and shown to me marked as **"DG-3"** is the photograph of the PU Samples being true copies of the same.

(f)    4 drawings of the facial decoration of the BRATZ fashion dolls (**"the Decoration Directions"**); now produced and shown to me marked as **"DG-4"** are true copies of the Decoration Directions.

(g)    8 drawings 4 of which are pantone colour guides of the facial decorations of the BRATZ fashion dolls (**"the Pantone Colour Guides"**); now produced and shown to me marked as **"DG-5"** are true copies of the Pantone Colour Guides.

(h)    4 hand-painted décor-masters on 4 rubber head sculpts of the BRATZ fashion dolls (**"the Décor-Masters"**); now produced and shown to me marked as **"DG-6"** are the photograph of the Décor-Masters being true copies of the same.

3

EXHIBIT _____58_____

PAGE _____355_____

Confidential - Attorney's Eyes Only

MGA 0883306
EX 13119-0003

10.     The artistic works referred to in paragraph 5(a) to (h) hereinabove were first published in

the USA in or about June 2001 when the BRATZ fashion dolls were first exhibited and

offered for sale. Alternatively, the said artistic works are unpublished.

Sworn at  16380 Roscoe Boulevard  )
Van Nuys, California 91406 USA    )
                                                            )
                                                            )
this  27th   day of September 2004.       )       

Before me,

Notary Public

JOSEPH DAVID NEWCOMB
Commission # 1466241
Notary Public — California
Los Angeles County
My Comm. Expires Jan 27, 2008

This affidavit is filed for and on behalf of the Plaintiff.

EXHIBIT _____ 58

PAGE _____ 356

Confidential - Attorney's Eyes Only                                      MGA 0883312
                                                                                                                                        EX 13119-0009

# EXHIBIT 59

*LIBRARY OF CONGRESS*

Copyright Office
of the United States

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF DOLL NO. 1** registered under number **VA 1-378-648.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DRAWING OF DOLL NO. 1** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VA 1-378-648**.

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT __59__
PAGE __357__

M 0920195

EX 13873-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG

VA 1−378−648




EFFECTIVE DATE OF REGISTRATION

| 10 | 30 | 06 |
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**

drawing of Doll No. 1

**NATURE OF THIS WORK ▼ See Instructions**

drawing

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**

Carter Bryant

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1968

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____ USA
Domiciled in ____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____
Domiciled in ____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2000
This information must be given ONLY if this work has been published.
Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
* approx.
Month 2    Day 12    Year 2001
~~Early 2001~~, USA
Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245 - 5012

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

APPLICATION RECEIVED
**OCT 3 0 2006**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**OCT 3 0 2006**

FUNDS RECEIVED

See Instructions before completing this space.

**MORE ON BACK ▶**  · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.  · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

07209/1985444.1

EXHIBIT ___59___
PAGE ___358___

M 0920196

EX 13873-0002

\* Amended by CO authority Robert Walsh, authorized agent of claimant. Fax on 11/3/06.

| EXAMINED BY | 571 | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☑ CORRESPONDENCE  Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

**b**

Area code and daytime telephone number  ( 310 ) 252-6650          Fax number  ( 310 ) 252-4991

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Mattel, Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert D. Walsh                                    Date  October 27, 2006

Handwritten signature (X) ▼

X   Robert D. Walsh

| Certificate will be mailed in window envelope to this address: | Name ▼  Robert D. Walsh  Mattel, Inc. MI -1220 |
|---|---|
| | Number/Street/Apt ▼  333 Continental Blvd. |
| | City/State/ZIP ▼  El Segundo, CA 90245 -5012 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

07/2001/1985447.1
Form VA  Rev. 07/2006  Print: 07/2006—30,000  Printed on recycled paper          U.S. Government Printing Office: 2004-320-956/60,128

EXHIBIT    59
PAGE    359

M 0920197



drawing y Doll No 1

VA 1-378-648

LC COPYRIGHT

0 011 103 383 3

EXHIBIT __59__
PAGE __360__

M 0920198

EX 13873-0004



EXHIBIT  59
PAGE  361

M 0920199

EX 13873-0005

# EXHIBIT 60

*LIBRARY OF CONGRESS*

*Copyright Office of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF DOLL NO. 2** registered under number **VA 1-378-649.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DRAWING OF DOLL NO. 2** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VA 1-378-649**.

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT __60__
PAGE __362__

M 0920200

EX 13874-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-378-649

| 10 | 30 | 06 |
|---|---|---|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
Title of This Work ▼
drawing of Doll No. 2

NATURE OF THIS WORK ▼ See Instructions
drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**
**a**
NAME OF AUTHOR ▼
Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼  1968     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ USA
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☑ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**b**
Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**3**
**a**
Year in Which Creation of This Work Was Completed
2000
This information must be given in all cases.

**b**
Date and Nation of First Publication of This Particular Work
Month  2   Day  12   Year  2001
* approx.
Early 2001, USA
ONLY if this work has been published.
Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245 - 5012

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED
OCT 30 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 30 2006
FUNDS RECEIVED

See Instructions before completing this space.

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed Instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

07209/1985444.1

EXHIBIT 60
PAGE 363

M 0920201

EX 13874-0002

\* Amended by CO authority Robert Walsh, authorized agent of claimant.  Fax on 11/3/06.

| EXAMINED BY | STI | FORM VA |
| CHECKED BY | *Holf* | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼      **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼      **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

b

Area code and daytime telephone number   ( 310 ) 252-6650      Fax number   ( 310 ) 252-4991
Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Mattel, Inc.
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert D. Walsh                                    Date  October 27, 2006

Handwritten signature (X) ▼
X  *Robert D. Walsh*

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Robert D. Walsh  Mattel, Inc.  MI -1220 | |
| | **Number/Street/Apt** ▼ 333 Continental Blvd. | • Complete all necessary spaces • Sign your application in space 8 |
| | **City/State/ZIP** ▼ El Segundo, CA 90245 -5012 | 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* 3. Deposit material |

**9**

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

07209/1985447.1
Form VA   Rev. 07/2006   Print 07/2006—30,000   Printed on recycled paper      U.S. Government Printing Office 2004-320-958/60,138

EXHIBIT ___60___
PAGE ___364___

M 0920202

EX 13874-0003

VA 1-378-649

drawing of Doll no. 2



LC COPYRIGHT
0 011 103 382 1

EXHIBIT ___60___
PAGE ___365___

M 0920203

EX 13874-0004



EXHIBIT ___60___
PAGE ___366___

M 0920204

EX 13874-0005

# EXHIBIT 61