EXHIBIT __67__
PAGE __401__

M 0920244

EX 13882-0005

# EXHIBIT 68

*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF DOLL NO. 10** registered under number **VA 1-378-658.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DRAWING OF DOLL NO. 10** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VA 1-378-658.**

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT 68
PAGE 402

M 0920245

EX 13883-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG   **VA 1-378-658**



EFFECTIVE DATE OF REGISTRATION

| 10 | 30 | 06 |
|----|----|-----|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
Title of This Work ▼
drawing of Doll No. 10

NATURE OF THIS WORK ▼ See instructions
drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**
**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼
Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼  1968       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR  Citizen of _____ USA
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☑ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR  Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed  2000
This information must be given Year  In all cases.

**b** Date and Nation of First Publication of This Particular Work
* approx.
Complete this information ONLY if this work has been published.
Month 2  Day 12  Year 2001
Early 2001, USA  Nation

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245-5012

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED  OCT 30 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED  OCT 30 2006
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

07209/1985444.1

EXHIBIT 68
PAGE 403

M 0920246

EX 13883-0002

\* Amended by CO authority Robert Walsh, authorized agent of claimant.   Fax on 11/3/06.

EXAMINED BY   STI

CHECKED BY

☑ CORRESPONDENCE
   Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a

See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼     **Account Number** ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

b

Area code and daytime telephone number   ( 310 ) 252-6650     Fax number   ( 310 ) 252-4991
Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Mattel, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert D. Walsh     Date  October 27, 2006

Handwritten signature (X) ▼
X   Robert D. Walsh

Certificate will be mailed in window envelope to this address:
**Name** ▼
Robert D. Walsh Mattel, Inc. MI -1220
**Number/Street/Apt** ▼
333 Continental Blvd.
**City/State/ZIP** ▼
El Segundo, CA 90245 -5012

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Print: 07/2006 — 30,000   Printed on recycled paper     U.S. Government Printing Office: 2004-329-958/60,128

07209/1985447.1

EXHIBIT  68
PAGE  404

M 0920247

EX 13883-0003

drawing of Doll No.10

VA 1-378-658



LC COPYRIGHT
0 011 103 374 2

EXHIBIT 68
PAGE 405

M 0920248

EX 13883-0004



EXHIBIT 68
PAGE 406

M 0920249

EX 13883-0005

# EXHIBIT 69

*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF DOLL NO. 11** registered under number **VA 1-378-659.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DRAWING OF DOLL NO. 11** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VA 1-378-659**.

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

*Rosemary J. Kelly*

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT 69
PAGE 409

M 0920250

EX 13884-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

REGI   **VA 1-378-659**

EFFECTIVE DATE OF REGISTRATION

10   30   06
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

drawing of Doll No. 11

NATURE OF THIS WORK ▼ See Instructions

drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**  NAME OF AUTHOR ▼

Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼  1968      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____ USA
     Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☑ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
     Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

---

**3**

**a**  Year in Which Creation of This Work Was Completed   2000
This information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work   * approx.
Complete this information ONLY if this work has been published.
Month 2   Day 12   Year 2001
Early 2001, USA   Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245 - 5012

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

APPLICATION RECEIVED   OCT 30 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED   OCT 30 2006
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

07209/1985444.1

EXHIBIT  69
PAGE   410

M 0920251

EX 13884-0002

\* Amended by CO authority Robert Walsh, authorized agent of claimant.  Fax on 11/3/06.

EXAMINED BY ___ S71

CHECKED BY ___

CORRESPONDENCE ☑ Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

b

Area code and daytime telephone number   ( 310 ) 252-6650          Fax number   ( 310 ) 252-4991

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Mattel, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert D. Walsh          **Date** October 27, 2006

Handwritten signature (X) ▼

X _Robert D. Walsh_

Certificate will be mailed in window envelope to this address:

**Name** ▼
Robert D. Walsh Mattel, Inc. MI -1220

**Number/Street/Apt** ▼
333 Continental Blvd.

**City/State/ZIP** ▼
El Segundo, CA 90245 -5012

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper          U.S. Government Printing Office 2004-330-958/80,126

07209/1985447.1

EXHIBIT ___69___
PAGE ___411___

M 0920252

EX 13884-0003

drawing of Doll No.1)

VA 1-378-659

LC COPYRIGHT
0 011 103 373 0

EXHIBIT 69
PAGE 412

M 0920253

EX 13884-0004



EXHIBIT __69__
PAGE __413__

M 0920254

EX 13884-0005

# EXHIBIT 70

*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF DOLL NO. 12** registered under number **VA 1-378-660.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DRAWING OF DOLL NO. 12** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VA 1-378-660**.

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certifications Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT __70__
PAGE __414__

M 0920255

EX 13885-0001

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG   **VA 1-378-660**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 10 | 30 | 06 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

drawing of Doll No. 12

NATURE OF THIS WORK ▼ See Instructions

drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1968

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of   USA
      Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map            ☐ Technical drawing
☑ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
      Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

**a**

Year In Which Creation of This Work Was Completed   2000
This information must be given ONLY if this work Year in all cases. has been published.

**b**

Date and Nation of First Publication of This Particular Work  *approx.
Month  2  Day  12  Year  2001
Early 2001, USA       Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245 - 5012

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

See instructions before completing this space.

APPLICATION RECEIVED
OCT 3 0 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 3 0 2006

FUNDS RECEIVED

DO NOT WRITE HERE  OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                     • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

07209/1985444.1

EXHIBIT ___70___
PAGE ___415___

M 0920256

EX 13885-0002

\* Amended by CO authority Robert Walsh, authorized agent of claimant.  Fax on 11/3/06.

| EXAMINED BY | S71 | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☑ CORRESPONDENCE<br>Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**5**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**a**

See instructions before completing this space.

**b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼     **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

**b**

Area code and daytime telephone number  ( 310 ) 252-6650     Fax number  ( 310 ) 252-4991

Email

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Mattel, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert D. Walsh     Date  October 27, 2006

Handwritten signature (X) ▼

X  Robert D. Walsh

**9**

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Robert D. Walsh Mattel, Inc.  MI-1220 | • Complete all necessary spaces<br>• Sign your application in space 8 |
|---|---|---|
| | **Number/Street/Apt** ▼ 333 Continental Blvd. | 1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material |
| | **City/State/ZIP** ▼ El Segundo, CA 90245 -5012 | Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA  Rev: 07/2006  PRINT 07/2006—30,000  Printed on recycled paper     U.S. Government Printing Office: 2004-320-958/60,126

07209/1985447.1

EXHIBIT  70
PAGE  416

M 0920257

EX 13885-0003

VA 1-378-660

Drawing & Doll #12

OCT 3 0 2006

LC COPYRIGHT

0 011 103 372 9

EXHIBIT  70
PAGE     417

M 0920258

EX 13885-0004



EXHIBIT 70
PAGE 418

M 0920259

EX 13885-0005

# EXHIBIT 71

*LIBRARY OF CONGRESS*

*Copyright Office
of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for **DRAWING OF TWO DOLLS** registered under number **VAu 715-271.** This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached photocopies are a true representation of the work entitled **DRAWING OF TWO DOLLS** deposited in the Copyright Office on October 30, 2006 with claim of copyright registered under number **VAu 715-271.**

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006 the Office discontinued the practice of stamping incoming deposits with accession stamp dates. Incoming deposits are now identified with barcode labels.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 1, 2008.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

EXHIBIT 71
PAGE 419

M 0920265

EX 13887-0001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
REG   **VAu 715 – 271**



*NNNU000715271N*

EFFECTIVE DATE OF REGISTRATION

**OCT 3 0 2006**
Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

drawing of two dolls

NATURE OF THIS WORK ▼ See Instructions

drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼
1968

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of     USA
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture       ☐ Map          ☐ Technical drawing
☑ 2-Dimensional artwork         ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design  ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture       ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design  ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2000
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____  Day _____  Year _____
Nation

**4**

See Instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245 - 5012

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

APPLICATION RECEIVED
**OCT 3 0 2006**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**OCT 3 0 2006**
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                      • See detailed instructions.   • Sign the form at line 8.

07209/1985444.1

DO NOT WRITE HERE

Page 1 of ___ pages

---

EXHIBIT    71
PAGE       420

M 0920266

EX 13887-0002

| EXAMINED BY | STI | FORM VA |
| CHECKED BY | ML | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Robert D. Walsh
Mattel, Inc. MI-1220
333 Continental Blvd.
El Segundo, CA 90245 - 5012

**b**

Area code and daytime telephone number   ( 310 ) 252-6650          Fax number   ( 310 ) 252-4991
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant(s)
☐ owner of exclusive right(s)
☑ authorized agent of   Mattel, Inc.
                           Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert D. Walsh                                              Date   October 27, 2006

Handwritten signature (X) ▼
X   Robert D. Walsh

| Certificate will be mailed in window envelope to this address: | Name ▼ Robert D. Walsh  Mattel, Inc. MI -1220 | • Complete all necessary spaces • Sign your application in space 8 |
| | Number/Street/Apt ▼ 333 Continental Blvd. | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ El Segundo, CA 90245 -5012 | Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

07209/1985447.1
Form VA   Rev. 07/2006   Print: 07/2006—30,000   Printed on recycled paper                    U.S. Government Printing Office 2004-320-958/60,126

EXHIBIT   71
PAGE   421

M 0920267

EX 13887-0003

VAu 715 – 271

OCT 3 0 2006

Drawing of Two dolls

EXHIBIT ⁷1
PAGE    422

M 0920268

EX 13887-0004



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

EXHIBIT __71__
PAGE __423__

M 0920269

EX 13887-0005

# EXHIBIT 72

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-304

**Effective date of registration:**

July 25, 2008

## Title

| | |
|---|---|
| **Title of Work:** | Bryant Drawings D |
| **Nature of Work:** | Drawings |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1999 |

## Author

| | |
|---|---|
| **Author:** | Carter Bryant |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1968 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Mattel, Inc |
| | 333 Continental Blvd., El Segundo, CA, 90245-5012 |
| **Transfer Statement:** | By assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Robert D Walsh |
| **Date:** | July 24, 2008 |

| | |
|---|---|
| **Correspondence:** | Yes |

Page 1 of 1

EXHIBIT 72
PAGE 424

M 0920280

EX 13890-0001

IPN#:

**

Registration #:   VAU000964304

Service Request #:   1-81192436

Mattel, Inc. MI-1220
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT   72
PAGE   425

M 0920281

EX 13890-0002



silver lame
top

lavender
pants
w/ black
&
white
accents



silver &
lavender



HALLADAY

fave color: lavender
fave insect: bee
fave food: mac'n'cheese

if you were
a fruit: nectarine!

pet: dalmation

fave
music: hip hop
& reggae

ATTORNEY'S EYES
ONLY

BRYANT 00175

EX 5-0035

EXHIBIT _72_
PAGE _426_

M 0920282

EX 13890-0003



JADE

ATTORNEY'S EYES ONLY

BRYANT 00176

EX 5-0036

EXHIBIT 72
PAGE 427

M 0920283

EX 13890-0004



fake
eyelashes!
in colors!
Glittery



ATTORNEY'S EYES
ONLY

BRYANT 00177

EX 5-0037

EXHIBIT __72__
PAGE ____428____

M 0920284

EX 13890-0005



ATTORNEY'S EYES
ONLY

BRYANT 00178

EX 5-0038

EXHIBIT 72
PAGE 429

M 0920285

EX 13890-0006

Meet the Bratz!
they're the cool girls from your school!
4 best friends with totally transformable looks!
Simply pop off their hair and shoes and trade for a new look. Each doll comes with 2 pop-off "wigs" and 2 pairs of shoes, plus 2 hip fashions!

Meet Zoe! (AKA "ANGEL")
She's the queen of cool in class in her short dark brown hair and funky stompin' sneaks. At night, she likes to go long and blonde, with a skirt and sandals for a sweeter look!

Meet Lupe! (AKA "PRINCESS!")
She's the Hispanic girl with lotsa 'tude. For school, it's casual in wide-leg khakis and sweatshirt and a fun red updo. At night, long brown braids & a mini do the trick

Meet Hallidae! (AKA HIP HOP!)
She's got the beat! Ultra trendy street-wear 'n' braids for hittin' the books, and on date night, it's sassy short dress & totally new 'do.

Meet Jade! (AKA LI'L STAR!)
She's got the lock on far out fashion! Twisty black hair with fun blue streaks for school zone, and for tearing it up with friends on the weekends, it's fantasy time in light blue hair, short skirt and boots.

ATTORNEY'S EYES ONLY          BRYANT 00183

EX 5-0043

EXHIBIT 72
PAGE 430

M 0920286

EX 13890-0007



ATTORNEY'S EYES
ONLY

BRYANT 00186

EX 5-0046

EXHIBIT ___72___
PAGE ___431___

M 0920287

EX 13890-0008



JADE

fave color: pink
fave insect: dragonfly
fave food:

clear bag

ATTORNEY'S EYES ONLY

BRYANT 00189

EX 5-0049

EXHIBIT ___72___
PAGE ___432___

M 0920288

EX 13890-0009



white
T

pink d grey

eye on you

khaki

ATTORNEY'S EYES
ONLY

BRYANT 00190

EX 5-0050

M 0920289

EX 13890-0010

EXHIBIT 72
PAGE 433



208

ATTORNEY'S EYES
ONLY

BRYANT 00193

EXHIBIT __72__
PAGE __434__

EX 5-0053

M 0920290

EX 13890-0011



ATTORNEY'S EYES
ONLY

BRYANT 00194

EXHIBIT __72__
PAGE __435__

EX 5-0054

M 0920291

EX 13890-0012





ATTORNEY'S EYES
ONLY

BRYANT 00197

EX 5-0057

EXHIBIT 72
PAGE 436

M 0920292

EX 13890-0013



Hollidae

ATTORNEY'S EYES
ONLY

BRYANT 00199

EX 5-0059

EXHIBIT  72
PAGE  437

M 0920293

EX 13890-0014