

ATTORNEY'S EYES
ONLY

BRYANT 00200

EX 5-0060

EXHIBIT 72
PAGE 438

M 0920294

EX 13890-0015



JADE

ATTORNEY'S EYES
ONLY

BRYANT 00201

EX 5-0061

EXHIBIT 72
PAGE 439

M 0920295

EX 13890-0016



ATTORNEY'S EYES ONLY          BRYANT 00203

EX 5-0063

EXHIBIT  72
PAGE     440

M 0920296

EX 13890-0017



ATTORNEY'S EYES
ONLY

BRYANT 00204

EX 5-0064

EXHIBIT __72__
PAGE __441__

M 0920297

EX 13890-0018



LUPE

ATTORNEY'S EYES ONLY

BRYANT 00206

EXHIBIT 72
PAGE 442

EX 5-0066

M 0920298

EX 13890-0019



20E

ATTORNEY'S EYES
ONLY

BRYANT 00208

EXHIBIT 72
PAGE 443

EX 5-0068

M 0920299

EX 13890-0020



ATTORNEY'S EYES
ONLY

BRYANT 00212

EX 5-0072

EXHIBIT __72__
PAGE __444__

M 0920300

EX 13890-0021



ATTORNEY'S EYES
ONLY

BRYANT 00213

EX 5-0073

EXHIBIT 72
PAGE 445

M 0920301

EX 13890-0022



ATTORNEY'S EYES
ONLY

BRYANT 00216

EX 5-0076

EXHIBIT __72__
PAGE __446__

M 0920302

EX 13890-0023



Plug

rooted hair

recessed scalp

① lower, rooted hair onto recessed scalp. lining up notches in plug and in scalp.

② twist hair onto place to lock.

③ Now hair can be brushed and styled.

notches
top view

ATTORNEY'S EYES ONLY

BRYANT 00217

EX 5-0077

EXHIBIT 72
PAGE 447

M 0920303

EX 13890-0024



ATTORNEY'S EYES
ONLY

BRYANT 00218

EX 5-0078

EXHIBIT 72
PAGE 448

M 0920304

EX 13890-0025



ATTORNEY'S EYES
ONLY

BRYANT 00341

EX 5-0136

EXHIBIT 72
PAGE 449

M 0920305

EX 13890-0026



ATTORNEY'S EYES
ONLY

BRYANT 00194

EX 62-0002

EXHIBIT __72__
PAGE __450__

M 0920306

EX 13890-0027



JADE

ATTORNEY'S EYES
ONLY

BRYANT 00201

EX 62-0004

M 0920307

EX 13890-0028

EXHIBIT  72
PAGE  451



ATTORNEY'S EYES ONLY   BRYANT 00204

EX 62-0006

EXHIBIT 72
PAGE 452

M 0920308

EX 13890-0029



$2\ddot{o}E$

ATTORNEY'S EYES ONLY

BRYANT 00208

EX 62-0008

EXHIBIT 72
PAGE 453

M 0920309

EX 13890-0030



ATTORNEY'S EYES
ONLY

BRYANT 00194

TRIAL EXHIBIT 00620-001

EXHIBIT 72
PAGE 454

M 0920310

EX 13890-0031



JADE

ATTORNEY'S EYES
ONLY

BRYANT 00176



DEPOSITION
EXHIBIT
701
Bryant J

EX 701-0001

EXHIBIT   72
PAGE   455

M 0920311

EX 13890-0032



7/12/2006
IMG_1475.JPG

EXHIBIT 72
PAGE 456

EX 702-0001

M 0920312

EX 13890-0033



ATTORNEY'S EYES ONLY

BRYANT 00176

EXHIBIT 72
PAGE 457

EX 702-0002

M 0920313

EX 13890-0034



fake
eye lashes!
in colors!
Glittery



ATTORNEY'S EYES ONLY

BRYANT 00177



EX 703-0001

EXHIBIT ___72___
PAGE ___458___

M 0920314

EX 13890-0035



JADE

fave color: pink
fave insect: dragonfly
fave food:

clear bag

ATTORNEY'S EYES
ONLY

BRYANT 00189



DEPOSITION
EXHIBIT
704
Bryant J. 7-25-07

EX 704-0001

EXHIBIT 72
PAGE 459

M 0920315

EX 13890-0036



white

pink d grey

eye on you

khaki

ATTORNEY'S EYES
ONLY

BRYANT 00190



DEPOSITION
EXHIBIT
705
Bryant J

EX 705-0001

EXHIBIT  72
PAGE  460

M 0920316

EX 13890-0037



ATTORNEY'S EYES ONLY

BRYANT 00216



DEPOSITION
EXHIBIT
706
Bryant T.        3-25-07

EX 706-0001

EXHIBIT ___72___
PAGE ___461___

M 0920317

EX 13890-0038

DEPOSITION
EXHIBIT
707
Bryant J.   9-25-07



plug

rooted hair

recessed scalp

A

① lower rooted hair onto recessed scalp, lining up notches in plug and in scalp.

② twist hair onto place to lock.

③ Now hair can be Brushed and styled.

notches

top view

ATTORNEY'S EYES
ONLY

BRYANT 00217

EXHIBIT   72
PAGE   462

EX 707-0001

M 0920318

EX 13890-0039

DEPOSITION
EXHIBIT
709
Bryant J   9-25-07

Meet the Bratz!

they're the cool girls from your school!

4 best friends with totally transformable looks!
Simply pop off their hair and shoes and trade for a new
look. Each doll comes with 2 pop-off "wigs" and 2 pairs of
Meet Zoe!  shoes, plus, 2 hip fashions!
         (AKA 'ANGEL')
She's the queen of cool in class in her short dark brown
hair and funky ~~see~~ stompin' sneaks. At night, she
likes to go ~~blonde~~ ~~and to~~ long and blonde,
with a skirt and sandals for a sweeter look!

Meet Lope! (AKA "PRINCESS!")
She's the Hispanic girl with lotsa'tude. For school,
it's casual in wide-leg khakis and sweatshirt and
a fun red updo. At night, long brown braids é a mini
do the trick

Meet Hallidae! (AKA HIP HOP!)
She's got the beat! Ultra trendy streetwear 'n' braids
for hittin' the books, and on date night, it's sassy
short dress é totally new 'do.

Meet Jade! (AKA LI'L STAR!)
She's got the lock on far out fashion! Twisty black
hair with fun blue streaks for school zone, and for
tearing it up with friends on the weekends, it's fantasy
time in light blue hair, short skirt and boots.

ATTORNEY'S EYES
ONLY

BRYANT 00183





ATTORNEY'S EYES ONLY

BRYANT 00186

EX 710-0001



EXHIBIT 72
PAGE 464

M 0920320

EX 13890-0041



DEPOSITION
EXHIBIT
71
Bryant J.   9-25-07

ATTORNEY'S EYES
ONLY

BRYANT 00341

EX 711-0001

M 0920321

EX 13890-0042

EXHIBIT ___72___
PAGE ___465___



ATTORNEY'S EYES
ONLY

BRYANT 00199



TRIAL EXHIBIT 00739-001

EXHIBIT __72__
PAGE __466__

M 0920322

EX 13890-0043



DEPOSITION
EXHIBIT
740
Bryant J 9-25-07

EXHIBIT ___72___
PAGE ___467___

EX 740-0001

M 0920323

EX 13890-0044



EXHIBIT 72
PAGE 468

EX 740-0002

M 0920324

EX 13890-0045



ATTORNEY'S EYES
ONLY

BRYANT 00212



TRIAL EXHIBIT 00741-001

EXHIBIT 72
PAGE 469

M 0920325

EX 13890-0046



DEPOSITION
EXHIBIT
743
Bryant J

EXHIBIT __72__
PAGE __470__

EX 742-0001

M 0920326

EX 13890-0047

EXHIBIT 72
PAGE 471

EX 742-0002

M 0920327

EX 13890-0048



silver lame top

lavender pants w/ black & white accents



silver & lavender



HALLADAY

fave color: lavender
fave insect: bee
fave food: mac 'n' cheese
if you were
a fruit: nectarine!
pet: dalmation
fave music: hip hop & reggae

ATTORNEY'S EYES
ONLY

BRYANT 00175



DEPOSITION
EXHIBIT
757
BryantJ   9-25-07

EX 757-0001

EXHIBIT _72_
PAGE _472_

M 0920328

EX 13890-0049



ATTORNEY'S EYES ONLY

BRYANT 00203



DEPOSITION
EXHIBIT
758
Bryant J

TRIAL EXHIBIT 00758-001

EXHIBIT 72
PAGE 473

M 0920329

EX 13890-0050



DEPOSITION
EXHIBIT
759
Bryant J  9-25-07

EX 759-0001

EXHIBIT 72
PAGE 474

M 0920330

EX 13890-0051



EXHIBIT __72__
PAGE __475__

EX 759-0002

M 0920331

EX 13890-0052



EXHIBIT 72
PAGE 476

EX 760-0001

M 0920332

EX 13890-0053