EXHIBIT 72
PAGE 477

EX 760-0002

M 0920333

EX 13890-0054



ATTORNEY'S EYES
ONLY

BRYANT 00200



EX 761-0001

EXHIBIT 72
PAGE 478

M 0920334

EX 13890-0055



ATTORNEY'S EYES ONLY

BRYANT 00178



EX 762-0001

EXHIBIT ___72___
PAGE ___479___

M 0920335

EX 13890-0056



ATTORNEY'S EYES ONLY

BRYANT 00194



TRIAL EXHIBIT 00774-001

EXHIBIT 72
PAGE 480

M 0920336

EX 13890-0057



EXHIBIT _72_
PAGE _481_

EX 775-0001

M 0920337

EX 13890-0058



EXHIBIT _172_
PAGE _482_

EX 775-0002

M 0920338

EX 13890-0059







ATTORNEY'S EYES ONLY

BRYANT 00197

TRIAL EXHIBIT 00776-001

EXHIBIT 72
PAGE 483

M 0920339

EX 13890-0060



EX 777-0001

M 0920340

EXHIBIT 72
PAGE 404

EX 13890-0061



EXHIBIT   72
PAGE   485

EX 777-0002

M 0920341

EX 13890-0062



2oE



ATTORNEY'S EYES
ONLY

BRYANT 00208



DEPOSITION
EXHIBIT
781
bryant J 9-25-07

TRIAL EXHIBIT 00781-001

EXHIBIT 72
PAGE 486

M 0920342

EX 13890-0063



JADE

DEPOSITION
EXHIBIT
782
9-26-07 JAE
EX 782-0001

M 0920343

EXHIBIT 72
PAGE 487

EX 13890-0064



JADE

EX 782-0002

EXHIBIT 72
PAGE 488

M 0920344

EX 13890-0065



DEPOSITION
EXHIBIT
786
9-26-07 DFC

EX 786-0001

M 0920345

EX 13890-0066

EXHIBIT 72
PAGE 489

20"E

EX 786-0002

M 0920346

EX 13890-0067

EXHIBIT   72
PAGE   490



DEPOSITION
EXHIBIT
790
9-26-07  DAC

EX 790-0001

EXHIBIT __72__
PAGE __491__

M 0920347

EX 13890-0068



EXHIBIT 72
PAGE 492

EX 790-0002

M 0920348

EX 13890-0069



LUPE

A

ATTORNEY'S EYES
ONLY

BRYANT 00206



DEPOSITION
EXHIBIT
794
9-26-07 DAC

EXHIBIT __72__
PAGE __493__

EX 794-0001

M 0920349

EX 13890-0070





DEPOSITION EXHIBIT
795
9-26-07 DMC

ATTORNEY'S EYES ONLY

BRYANT 00204

TRIAL EXHIBIT 00795-001

EXHIBIT 72
PAGE 494

M 0920350

EX 13890-0071



JADE

ATTORNEY'S EYES ONLY

BRYANT 00201



DEPOSITION EXHIBIT
796
9-26-07 DAC

TRIAL EXHIBIT 00796-001

EXHIBIT 72
PAGE 495

M 0920351

EX 13890-0072



EXHIBIT __72__
PAGE __496__

EX 1152-0005

M 0920352

EX 13890-0073



20C

ATTORNEY'S EYES
ONLY

BRYANT 00193

EX 1152-0006

EXHIBIT _72_
PAGE _497_

M 0920353

EX 13890-0074



EXHIBIT 72
PAGE 498

EX 1152-0013

M 0920354

EX 13890-0075



EXHIBIT 72
PAGE 499

EX 1152-0014

M 0920355

EX 13890-0076



EXHIBIT 72
PAGE 500

EX 1152-0015

M 0920356

EX 13890-0077



ATTORNEY'S EYES
ONLY

BRYANT 00212

EX 1152-0016

M 0920357

EX 13890-0078

EXHIBIT __72__
PAGE __501__







JADE

(5 pgs)

Exhibit no. *1748*

Date: *1/24/08*

*Tonne* P. Pyburn

**ATTORNEY'S EYES ONLY**

**BRYANT 00201**

*1748.1*

EXHIBIT *72*
PAGE *502*

EX 1748-0001

M 0920358

EX 13890-0079



ATTORNEY'S EYES ONLY          BRYANT 00201

EXHIBIT  72
PAGE  503

1748.2
EX 1748-0002

M 0920359

EX 13890-0080



EXHIBIT 72
PAGE 504

1748.3
EX 1748-0003

M 0920360

EX 13890-0081



EXHIBIT 72
PAGE 505

1748.4

EX 1748-0004

M 0920361

EX 13890-0082



EXHIBIT __72__
PAGE __504__

1748 5
EX 1748-0005

M 0920362

EX 13890-0083



ATTORNEY'S EYES ONLY

BRYANT 00204

1250.1

EX 1750-0001

M 0920363

EXHIBIT 72
PAGE 507

EX 13890-0084



ATTORNEY'S EYES ONLY          BRYANT 00204

EXHIBIT __72__
PAGE __508__

1250.2
EX 1750-0002

M 0920364

EX 13890-0085



EXHIBIT 72
PAGE 609

1750.3
EX 1750-0003

M 0920365

EX 13890-0086