

EXHIBIT 72
PAGE 510

12304

EX 1750-0004

M 0920366

EX 13890-0087



2ōE

ATTORNEY'S EYES
ONLY

BRYANT 00208

EXHIBIT 72
PAGE 511

12514

EX 1751-0004

M 0920367

EX 13890-0088



206

ATTORNEY'S EYES ONLY

BRYANT 00193

EXHIBIT 72
PAGE 512

EX 10534-0001

M 0920368

EX 13890-0089



ZOE

ZOE

**ATTORNEY'S EYES ONLY**

**BRYANT 00212**

EX 10536-0001

EXHIBIT 72
PAGE 513

M 0920369

EX 13890-0090



ATTORNEY'S EYES
ONLY

BRYANT 00218

EXHIBIT 72
PAGE 514

EX 10539-0001

M 0920370

EX 13890-0091









BRYANT  00972

CONFIDENTIAL
ATTORNEYS EYES
ONLY

EXHIBIT __72__
PAGE __515__

EX 10579-0001

M 0920371

EX 13890-0092



Jade
" pussfect "

- animation
- portfolio drawings
- bp white of fashions

ATTORNEY'S EYES
ONLY

BRYANT 00140

TRIAL EXHIBIT 15172-001

EXHIBIT 72
PAGE 516

M 0920372

EX 13890-0093



20C

ATTORNEY'S EYES ONLY

BRYANT 00193

TRIAL EXHIBIT 15175-001

EXHIBIT 72
PAGE 517

M 0920373



ATTORNEY'S EYES
ONLY

BRYANT 00212

TRIAL EXHIBIT 15179-001

EXHIBIT 12
PAGE 518

M 0920374

EX 13890-0095









BRYANT 00972

CONFIDENTIAL
ATTORNEYS EYES
ONLY

TRIAL EXHIBIT 18281-001

EXHIBIT 72
PAGE 519

M 0920375

EX 13890-0096



ATTORNEY'S EYES ONLY

BRYANT 00218

TRIAL EXHIBIT NUMBER 18501-001

EXHIBIT 72
PAGE 520

M 0920376

EX 13890-0097

# EXHIBIT 73

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-306

**Effective date of registration:**

July 25, 2008

## Title

| | |
|---|---|
| **Title of Work:** | Bryant Drawing C |
| **Nature of Work:** | Drawing |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2000 |

## Author

| | |
|---|---|
| **Author:** | Carter Bryant |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1968 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Mattel, Inc |
| | 333 Continental Blvd , El Segundo, CA, 90245-5012 |
| **Transfer Statement:** | By assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Robert D Walsh |
| **Date:** | July 24, 2008 |

**Correspondence:** Yes

Page 1 of 1

EXHIBIT 73
PAGE 521

M 0920377

EX 13891-0001

IPN#:

Registration #:  VAU000964306

Service Request #:  1-81192414

Mattel, Inc  MI- 1220
Robert D  Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT  73
PAGE  522

**M 0920378**

EX 13891-0002



ATTORNEY'S EYES ONLY

BRYANT 00173

EX 5-0034

EXHIBIT 73
PAGE 523

M 0920379

EX 13891-0003

# EXHIBIT 74

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-309

**Effective date of registration:**

July 25, 2008

## Title

| | |
|---|---|
| Title of Work: | Bryant Drawings A |
| Nature of Work: | Drawings |

## Completion/Publication

Year of Completion: 2000

## Author

| | |
|---|---|
| ■    Author: | Carter Bryant |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United States |
| Year Born: | 1968 |
| Anonymous: | No |

Pseudonymous: No

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Mattel, Inc |
| | 333 Continental Blvd., El Segundo, CA, 90245-5012 |
| Transfer Statement: | By assignment |

## Limitation of copyright claim

Previously registered: No

## Certification

| | |
|---|---|
| Name: | Robert D Walsh |
| Date: | July 24, 2008 |

Correspondence: Yes

Page 1 of 1

EXHIBIT 14
PAGE 524

**M 0920391**

EX 13893-0001

IPN#:

**Registration #:**   VAU000964309

**Service Request #:**   1-81192271

Mattel, Inc  MI-1220
Robert Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT 74
PAGE 525

**M 0920392**

EX 13893-0002



ATTORNEY'S EYES
ONLY

BRYANT 00232

EX 3-0011

EXHIBIT 14
PAGE 524

M 0920393

EX 13893-0003



ATTORNEY'S EYES ONLY    BRYANT 00151

EX 5-0014

EXHIBIT 74
PAGE 527

M 0920394

EX 13893-0004



ATTORNEY'S EYES
ONLY

BRYANT 00155

EX 5-0018

EXHIBIT 74
PAGE 528

M 0920395

EX 13893-0005



ATTORNEY'S EYES
ONLY

BRYANT 00156

EX 5-0019

EXHIBIT 74
PAGE 529

M 0920396

EX 13893-0006



ATTORNEY'S EYES
ONLY

BRYANT 00163

EX 5-0026

M 0920397

EX 13893-0007

EXHIBIT 74
PAGE 530



- Fashion play -
Zöe-pan-gwen
&
gwen's coat

- Elizabeth -
additional styles/colors
for Zoe/wra/Jade
additional styles/colors
for Halldoe

ATTORNEY'S EYES ONLY          BRYANT 00164

EX 5-0027

EXHIBIT 74
PAGE 531

M 0920398

EX 13893-0008



FASHION PAK

PAJAMA POWER!

FABRICS UNDETERMINED

- TANK TOP
- DRAWSTRING BOTTOMS
- FUZZY ANIMAL SLIPPERS
- FUZZY PILLOW
- FUZZY NIGHT BLINDERS
- FUZZY LAMB

ATTORNEY'S EYES ONLY

BRYANT 00165

EX 5-0028

EXHIBIT 74
PAGE 532

M 0920399

EX 13893-0009

FROM :                    FAX NO. :                    Oct. 10 2008 07:57AM P3





NO

FUZZY/FOZ
w/GRANNY
SQUARES,
BROWN W/
BEIGE
BLANKET
STICH

YASMIN

black leather

Perfect

JADE

SILVER NYLON
w/LED TYPE

off white/white
nylon terry dirty

animal
print

FIONA

actual
perfed
vinyl
piping

white perfected vinyl
w/animal print flap
& elasticized clasp,
black piping &
ribbon

oversize
really

1/16 1/16 1/8

stripe on side

KADEISHA

strap
(1/4"
only)

LIGHT BLUE NYLON w/stripe'd strap like
~~white~~ ~~orange/black~~
Della ~~yellow flap~~ ??

FINAL DESIGNS

YASMIN

BROWN "SUEDE-Y" LOOKING FABRIC
w/BEIGE WHIPSTITCHING,
BLUE, PURPLE CROCHET BODY

ATTORNEY'S EYES
ONLY          BRYANT 00167

EX 5-0030

EXHIBIT 74
PAGE 533

M 0920400

EX 13893-0010



Hallidae

ATTORNEY'S EYES
ONLY

BRYANT 00235

EX 5-0081

EXHIBIT 74
PAGE 534

M 0920401

EX 13893-0011



Zoe

ATTORNEY'S EYES
ONLY

BRYANT 00236

EX 5-0082

EXHIBIT 74
PAGE 535

M 0920402

EX 13893-0012



Jade

ATTORNEY'S EYES ONLY

BRYANT 00237

EX 5-0083

EXHIBIT 74
PAGE 536

M 0920403

EX 13893-0013



*YASMIN'S BOOT. FINAL*

*APPX. ACTUAL SIZE*

*SIDE*    *FRONT*

ATTORNEY'S EYES ONLY

BRYANT 00284

EX 5-0095

EXHIBIT 74
PAGE S37

M 0920404

EX 13893-0014



FIONA'S BOOTS

BOOT DE #1

APPROXIMATE ACTUAL SIZE

110% of original

TOP P OF BC H

LOWER So.

.40 wall thickness

8250853

m.ward@MGAc.com

ATTORNEY'S EYES ONLY

BRYANT 00285

EX 5-0096

EXHIBIT 74
PAGE S38

M 0920405

EX 13893-0015



JADE/YASMIN
PLATFORM SANDAL
(PLATFORM DESIGN #2)

FINAL DESIGN.

'INDICATION' OF TOES
ON INSIDE OF SHOE

APPX. ACTUAL SIZE.

ATTORNEY'S EYES
ONLY

BRYANT 00288

EX 5-0099

EXHIBIT 74
PAGE 539

M 0920406

EX 13893-0016



SL00030

EX 323-0018

EXHIBIT 74
PAGE 540

M 0920407

EX 13893-0017



SL00031

EX 323-0019

M 0920408

EX 13893-0018

EXHIBIT 74
PAGE 541



SL00038

EX 323-0026

M 0920409

EX 13893-0019

EXHIBIT 74
PAGE 542



Zoe

holidae

ATTORNEY'S EYES ONLY

BRYANT 00163



DEPOSITION EXHIBIT
7/2
6-25-07
Bryant J.

EX 712-0001

EXHIBIT 74
PAGE 543

M 0920410

EX 13893-0020



- fashion play -
2∞-page queen
queen's cut

- display -
additional styles/colors
for 2x/type/side
additional styles/colors
for half-line

ATTORNEY'S EYES
ONLY                    BRYANT 00164





DEPOSITION
EXHIBIT
713
Bryant J   9-25-07

EX 713-0001

EXHIBIT 74
PAGE 544

M 0920411

EX 13893-0021



Zoe

ATTORNEY'S EYES ONLY

BRYANT 00236



DEPOSITION
EXHIBIT
715
Bryant   9-25-07

EX 715-0001



EXHIBIT 74
PAGE 545

M 0920412

EX 13893-0022



Hallidae

ATTORNEY'S EYES ONLY

BRYANT 00235



DEPOSITION EXHIBIT
720
Bryant J    9-25-07

EX 720-0001

EXHIBIT 74
PAGE 546

M 0920413

EX 13893-0023



Jade

ATTORNEY'S EYES ONLY

BRYANT 00237



DEPOSITION EXHIBIT
723
Bryant J   9-25-07

EX 723-0001

M 0920414

EXHIBIT 14
PAGE 547

EX 13893-0024



**ATTORNEY'S EYES ONLY**

BRYANT 00151

EXHIBIT 74
PAGE 548

EX 10515-0001

M 0920415

EX 13893-0025



ATTORNEY'S EYES ONLY

BRYANT 00155

EX 10518-0001

EXHIBIT 74
PAGE 549

M 0920416

EX 13893-0026