

ATTORNEY'S EYES ONLY

BRYANT 00156

EX 10519-0001

M 0920417

EX 13893-0027

EXHIBIT 74
PAGE 550



FASHION PAK

PAJAMA POWER!

FABRICS UNDETERMINED



- TANK TOP
- DRAWSTRING BOTTOMS
- FUZZY ANIMAL SLIPPERS
- FUZZY PILLOW
- FUZZY NIGHT BLINDERS
- FUZZY LAMB

ATTORNEY'S EYES
ONLY

BRYANT 00165

EX 10526-0001

EXHIBIT 74
PAGE 551

M 0920418

EX 13893-0028

# EXHIBIT 75

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-310**

**Effective date of registration:**

**July 25, 2008**

## Title

**Title of Work:** Bryant Bratz Pitch Materials B

**Nature of Work:** Drawings

## Completion/Publication

**Year of Completion:** 2000

## Author

**Author:** Carter Bryant

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1968

**Anonymous:** No        **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mattel, Inc.

333 Continental Blvd , El Segundo, CA, 90245-5012

**Transfer Statement:** By assignment

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Robert D. Walsh

**Date:** July 24, 2008

**Correspondence:** Yes

Page 1 of 1

EXHIBIT 75
PAGE 552

M 0920419

EX 13894-0001

IPN#:

Registration #:    VAU000964310

Service Request #:    1-81192219

Mattel, Inc  MI-1220
Robert D. Walsh
333 Continental Blvd
El Segundo, CA 90245-5012



EXHIBIT 75
PAGE 553

**M 0920420**

EX 13894-0002



"The Bratz"

ATTORNEY'S EYES
ONLY

BRYANT 00310



11·5 04          SH

EX 2-0001

EXHIBIT 75
PAGE 554

M 0920421

EX 13894-0003



"HALLIDAE"

ATTORNEY'S EYES
ONLY

BRYANT 00311

EX 2-0002

EXHIBIT 75
PAGE 555

M 0920422

EX 13894-0004



New look -
same doll! :)

ATTORNEY'S EYES
ONLY

BRYANT 00312

EXHIBIT 75
PAGE 554

EX 2-0003

M 0920423

EX 13894-0005



ATTORNEY'S EYES
ONLY

BRYANT 00313

EX 2-0004

EXHIBIT 75
PAGE 557

M 0920424

EX 13894-0006



ATTORNEY'S EYES
ONLY

BRYANT 00314

EX 2-0005

M 0920425

EX 13894-0007

EXHIBIT  75
PAGE  558



ATTORNEY'S EYES
ONLY

EX 2-0006

EXHIBIT 15
PAGE 559

M 0920426

EX 13894-0008



ATTORNEY'S EYES
ONLY

BRYANT 00316

EX 2-0007

EXHIBIT 75
PAGE 5600

M 0920427



after transform.

ATTORNEY'S EYES
ONLY

BRYANT 00317

EX 2-0008

EXHIBIT   75
PAGE   5101

M 0920428

EX 13894-0010



ATTORNEY'S EYES
ONLY

BRYANT 00318

EX 2-0009

EXHIBIT 75
PAGE 562

M 0920429

EX 13894-0011



"LUPE"

ATTORNEY'S EYES ONLY

BRYANT 00319

EX 2-0010

EXHIBIT 75
PAGE 563

M 0920430

EX 13894-0012



DEPOSITION EXHIBIT 737

EX 734-0001

EXHIBIT 75
PAGE 564

M 0920431

EX 13894-0013



EXHIBIT 75
PAGE 565

EX 734-0002

M 0920432

EX 13894-0014





ATTORNEY'S EYES
ONLY

BRYANT 00313

DEPOSITION
EXHIBIT
737
Bryant J
7-25-07

TRIAL EXHIBIT 00737-001

EXHIBIT 75
PAGE 566

M 0920433

EX 13894-0015



after transform.

ATTORNEY'S EYES
ONLY

BRYANT 00317



DEPOSITION
EXHIBIT
743
Bryant J   9-25-07

TRIAL EXHIBIT 00743-001

EXHIBIT 75
PAGE 567

M 0920434

EX 13894-0016



EX 744-0001

M 0920435

EX 13894-0017

EXHIBIT 75
PAGE 508



EX 744-0002

M 0920436

EX 13894-0018

EXHIBIT 75
PAGE 5109



EX 746-0001

M 0920437

EX 13894-0019

EXHIBIT 75
PAGE 570



EXHIBIT 75
PAGE 571

EX 746-0002

M 0920438

EX 13894-0020



7/12/2006
IMG_1359.JPG

DEPOSITION EXHIBIT
778
Brown J
7-25-07
PETRADO 600-811-6969

EXHIBIT 75
PAGE 572

EX 778-0001

M 0920439

EX 13894-0021



EX 778-0002

M 0920440

EX 13894-0022

EXHIBIT 75
PAGE 573

# EXHIBIT 76

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-311**

**Effective date of registration:**

**July 25, 2008**

## Title

| | |
|---|---|
| **Title of Work:** | Bryant Bratz Pitch Materials A |
| **Nature of Work:** | Drawings |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2000 |

## Author

| | |
|---|---|
| ■     **Author:** | Carter  Bryant |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1968 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Mattel, Inc |
| | 333 Continental Blvd, El Segundo, CA, 90245-5012 |
| **Transfer Statement:** | By assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Robert D  Walsh |
| **Date:** | June 24, 2008 |
| **Correspondence:** | Yes |

Page  1 of 1

EXHIBIT 76
PAGE 574

M 0920441

EX 13895-0001

IPN#:

Registration #:    VAU000964311

Service Request #:    1-81192193

Mattel, Inc  MI-1220
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT  14
PAGE  575

M 0920442

EX 13895-0002

EX 1-0001

DEPOSITION EXHIBIT

BRYANT 00262

ATTORNEY'S EYES ONLY



ALL MATERIALS © 2000 CARTER BRYANT

EXHIBIT 74
PAGE 574

M 0920443

EX 13895-0003

EX 1-0002

ATTORNEY'S EYES ONLY
BRYANT 00263

# Bratz!

Meet the Bratz! The Totally Transformable Teenage dolls! They're four best friends from high school who love to trade clothes, shoes and hairdos! They come to school with a new look every day!

By simply popping off the hairstyle and shoes, and exchanging them for one of their other hairstyles and pairs of shoes, or a friend's hairstyle and shoes, you can create a whole new look! Complete the look by changing their pants or skirts for one of their additional garments!

Each doll comes dressed in a trendy, hip outfit, with one or two additional pieces, such as an additional skirt or t-shirt (for mix and matching.) Each doll also comes with two great hairstyles, 2 great pairs of shoes, and a cool backpack.

EXHIBIT 76
PAGE 577

M 0920444

EX 13895-0004

EX 1-0003

ATTORNEY'S EYES ONLY

BRYANT 00264

## Meet Zoe!

She's the queen of cool at school
with her short dark brown hair
and funky stompin' sneaks.
Hiphugger jeans, short tee shirt,
and glittery vinyl backpack
complete her daytime look.



EXHIBIT 78
PAGE 578

M 0920445

EX 13895-0005

EX 1-0004

BRYANT 00265

ATTORNEY'S EYES ONLY

To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)



EXHIBIT 74
PAGE 579

M 0920446

EX 13895-0006

EX 1-0005

ATTORNEY'S EYES
ONLY

BRYANT 00266



Now she has a whole new look
for nighttime fun with the rest of
the Bratz gang!

EXHIBIT 76
PAGE 580

M 0920447

EX 13895-0007

EX 1-0006

BRYANT 00267

ATTORNEY'S EYES ONLY

## Meet Lupe!

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery tennies, a fun red updo and fresh backpack give her a great look for school!



EXHIBIT 76
PAGE 581

M 0920448

EX 13895-0008

EX 1-0007

ATTORNEY'S EYES
ONLY

BRYANT 00268



For partytime, change her into a
short skirt, braids and silver
stompers!

EXHIBIT 74
PAGE 582

M 0920449

EX 13895-0009

EX 1-0006

BRYANT 00269

ATTORNEY'S EYES ONLY

## Meet Hallidae!

She's got the beat! Ultra trendy street wear 'n' braids for hittin' the books. Jean skirt, boots and knit cap, not to mention a funky bookpack (check out the logos!) give Hallidae a look that is all that!



EXHIBIT 76
PAGE 503

M 0920450

EX 13895-0010

EX 1-0009

BRYANT 00270

ATTORNEY'S EYES
ONLY

On date night, it's a sassy short dress, platforms, and a totally new 'do!



EXHIBIT 74
PAGE 584

M 0920451

EX 13895-0011

EX 1-0010

ATTORNEY'S EYES ONLY

BRYANT 00271

## Meet Jade!

Jade loves far-out fashion! Mary Janes and a baby doll are just perfect for study hall! Twisty hairdo, fringe-y jacket and a sweeter than sweet backpack and Jade is ready for serious school house rock!



EXHIBIT 74
PAGE 585

M 0920452

EX 13895-0012

EX 1-0011

BRYANT 00272

ATTORNEY'S EYES
ONLY

For weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!



EXHIBIT 74
PAGE 584



EX 727-0001

M 0920454

EX 13895-0014

EXHIBIT 74
PAGE 587

EX 727-0002



EXHIBIT 74
PAGE 588

M 0920455

EX 13895-0015

EX 728-0001



To give Zoe a whole new look for
night, change her short dark
brown hairstyle to her long
blonde hairdo (included), change
her pants to a skirt, (also
included) and change her
sneakers to platform sandals (you
get those too!)

PENGAD 800-631-6989

DEPOSITION
EXHIBIT
Bryant
728
9-25-07

EXHIBIT 74
PAGE 589

M 0920456

EX 13895-0016

EX 728-0002



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

EXHIBIT 76
PAGE 590

M 0920457

EX 13895-0017

EX 780-0001



DEPOSITION
EXHIBIT
780

Bryant J
9-25-07

PENGAD 800-631-6989

EXHIBIT ___76___
PAGE ___591___

M 0920458

EX 13895-0018

EX 780-0002



EXHIBIT 76

PAGE 592

M 0920459

EX 13895-0019

# EXHIBIT 77

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-315**

**Effective date of registration:**

July 25, 2008

## Title

|  |  |
|---|---|
| **Title of Work:** | Bryant Drawings E |
| **Nature of Work:** | Drawings |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2000 |

## Author

| | |
|---|---|
| **Author:** | Carter Bryant |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1968 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Mattel, Inc |
| | 333 Continental Blvd, El Segundo, CA, 90245-5012 |
| **Transfer Statement:** | by assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Robert D Walsh |
| **Date:** | July 24, 2008 |

| | |
|---|---|
| **Correspondence:** | Yes |

Page 1 of 1

EXHIBIT 77
PAGE 593

M 0920460

EX 13896-0001

IPN#:

**Registration #:**    VAU000964315

**Service Request #:**    1-81192458

Mattel, Inc
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT 77
PAGE 594

**M 0920461**

EX 13896-0002



**ATTORNEY'S EYES ONLY**

**BRYANT 00276**

EX 5-0087

EXHIBIT 77
PAGE 595

M 0920462

EX 13896-0003



THIS IS MORE THE LIP LOOK I WANT FOR HER.

JADE'S "GLAMOUR" DRESS

**ATTORNEY'S EYES ONLY**

**BRYANT 00297**

EX 5-0108

EXHIBIT 77
PAGE 596

M 0920463

EX 13896-0004



THIS IS MORE THE LIP LOOK I WANT FOR HER.

JADE'S "GLAMOUR" DRESS

ATTORNEY'S EYES ONLY

BRYANT 00297



TRIAL EXHIBIT 00724-001

EXHIBIT 11
PAGE 597

M 0920464

EX 13896-0005



DEPOSITION EXHIBIT
725
Bryant J    9-25-07

EX 725-0001

EXHIBIT 77
PAGE 598

M 0920465

EX 13896-0006



EXHIBIT 77
PAGE 599

EX 725-0002

M 0920466

EX 13896-0007

# EXHIBIT 78

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-318

**Effective date of registration:**

July 25, 2008

## Title

**Title of Work:** Bryant Drawings F

**Nature of Work:** Drawings

## Completion/Publication

**Year of Completion:** 1999

## Author

■ **Author:** Carter Bryant

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1968

**Anonymous:** No                 **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mattel, Inc

333 Continental Blvd , El Segundo, CA, 90245-5012

**Transfer Statement:** by assignment

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Robert D Walsh

**Date:** July 24, 2008

**Correspondence:** Yes

Page 1 of 1



EXHIBIT 78
PAGE 600

**M 0920467**

EX 13897-0001

IPN#: 

\*\*

Registration #:   VAU000964318

Service Request #:   1-81192480

Mattel, Inc   MI-1220
Robert D  Walsh
333 Continental Blvd
El Segundo, CA 90245-5012



M 0920468

EX 13897-0002