

VAL



ATTORNEY'S EYES
ONLY

BRYANT 00105

EX 5-0055

M 0920469

EXHIBIT 7B
PAGE 602

EX 13897-0003



ATTORNEY'S EYES ONLY

BRYANT 00205

EXHIBIT 78
PAGE 603

EX 5-0065

M 0920470

EX 13897-0004



JARED

ATTORNEY'S EYES ONLY

BRYANT 00207

EXHIBIT 18
PAGE 004

EX 5-0067

M 0920471

EX 13897-0005



ATTORNEY'S EYES
ONLY                    BRYANT 00209

EXHIBIT 18
PAGE 605

EX 5-0069

M 0920472

EX 13897-0006



**ATTORNEY'S EYES ONLY**                    BRYANT 00210

EX 5-0070

M 0920473

EX 13897-0007

EXHIBIT 7B
PAGE 606



VAL

ATTORNEY'S EYES
ONLY

BRYANT 00105

EX 62-0003

EXHIBIT 78
PAGE 607

M 0920474

EX 13897-0008



JARED

ATTORNEY'S EYES
ONLY

BRYANT 00207

EX 62-0007

M 0920475

EX 13897-0009

EXHIBIT 78
PAGE 608



**ATTORNEY'S EYES ONLY**

**BRYANT 00210**

EX 62-0009

EXHIBIT 78
PAGE 609

M 0920476

EX 13897-0010



**ATTORNEY'S EYES ONLY**

BRYANT 00210

EXHIBIT 78
PAGE 610

EX 623-0001

M 0920477

DEPOSITION EXHIBIT
783
9-26-07 DR



EXHIBIT 78
PAGE 611

EX 783-0001

M 0920478

EX 13897-0012



EXHIBIT 78
PAGE 012

EX 783-0002

M 0920479

EX 13897-0013



DEPOSITION EXHIBIT
784
9-2007 DK

EXHIBIT ___78___
PAGE ___613___

EX 784-0001

M 0920480

EX 13897-0014

EXHIBIT 18
PAGE 614

EX 784-0002

M 0920481

EX 13897-0015



DEPOSITION EXHIBIT

785
9-26-07 JMC

EXHIBIT 18
PAGE 615

EX 785-0001

M 0920482

EX 13897-0016





EXHIBIT 78
PAGE 6606

EX 785-0002

M 0920483

EX 13897-0017



EX 1152-0007

M 0920484

EX 13897-0018



ATTORNEY'S EYES ONLY

BRYANT 00205

EX 1152-0008

EXHIBIT 78
PAGE 618

M 0920485

EX 13897-0019



EXHIBIT 78
PAGE 619

EX 1152-0009

M 0920486

EX 13897-0020



EXHIBIT 78
PAGE 620

EX 1152-0011

M 0920487

EX 13897-0021





JARED

**ATTORNEY'S EYES ONLY**

**BRYANT 00207**

EX 1152-0012

EXHIBIT 7B
PAGE 621

M 0920488

EX 13897-0022





JARED

ATTORNEY'S EYES ONLY

BRYANT 00207

EX 10535-0001

EXHIBIT 78
PAGE 622

M 0920489

EX 13897-0023



**ATTORNEY'S EYES ONLY**

**BRYANT 00209**

EX 11788-0001

EXHIBIT 78
PAGE 623

M 0920490

EX 13897-0024



ATTORNEY'S EYES
ONLY

BRYANT 00205

EX 11789-0001

EXHIBIT 7B
PAGE 624

M 0920491

# EXHIBIT 79

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-320**

**Effective date of registration:**

July 25, 2008

## Title

**Title of Work:** Body Drawings
**Nature of Work:** Drawings

## Completion/Publication

**Year of Completion:** 1999

## Author

**Author:** Carter Bryant
**Author Created:** 2-Dimensional artwork

**Work made for hire:** No
**Citizen of:** United States
**Year Born:** 1968
**Anonymous:** No                                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mattel, Inc

333 Continental Blvd , El Segundo, CA, 90245-5012

**Transfer Statement:** by assignment

## Limitation of copyright claim

**Previously registered:** Yes
**Previous registration and year:** VAu 715-270    2006
**Basis of current registration:** This is a changed version of the work
**New material included in claim:** Additional artistic work

## Certification

**Name:** Robert D Walsh
**Date:** July 24, 2008

Page 1 of 2

EXHIBIT 79
PAGE 625

M 0920519

EX 13899-0001

Correspondence:   Yes

EXHIBIT 79
PAGE 626

**M 0920520**

EX 13899-0002

IPN#:

Registration #:    VAU000964320

Service Request #:   1-81192524

Mattel, Inc   MI-1220
Robert D  Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT __79__
PAGE __627__

**M 0920521**

EX 13899-0003



ATTORNEY'S EYES
ONLY          BRYANT 00196

EX 5-0056

EXHIBIT 79
PAGE 628

M 0920522

EX 13899-0004



ATTORNEY'S EYES
ONLY

BRYANT 00198

EX 5-0058

EXHIBIT 79
PAGE 629

M 0920523

EX 13899-0005



ATTORNEY'S EYES ONLY

BRYANT 00202

EX 5-0062

EXHIBIT 79
PAGE 630

M 0920524

EX 13899-0006



? 90%. ?

ATTORNEY'S EYES ONLY          BRYANT 00211

EX 5-0071

EXHIBIT 79
PAGE 631

M 0920525

EX 13899-0007



ATTORNEY'S EYES ONLY

BRYANT 00277

EXHIBIT **79**
PAGE **632**

EX 5-0088

M 0920526

EX 13899-0008



JOINTED HERE, @ SHOULDERS

JOINTED @ HIPS

SCULPTED FINGERNAILS

BASIC SHO SCULPT

**ATTORNEY'S EYES ONLY**

BRYANT 00290

EX 5-0101

EXHIBIT 79
PAGE 633

M 0920527

EX 13899-0009



9-10' tall

14-15yrs old

Now just

Jointed here, @ shoulders

Jointed @ hips

Sculpted Fingernails

removable ankles

Basic stk Sculpt

**ATTORNEY'S EYES ONLY**

BRYANT 00277



Def't's
Exhibit no. __35__
Date: 12/06/04
P. Pybura

35-1

**TRIAL EXHIBIT 00035-001**

EXHIBIT 79
PAGE 634

M 0920528

EX 13899-0010



JOINTED HERE, @ SHOULDERS

JOINTED HIPS

SCULPTED FINGERNAILS

BASIC STK SCULPT

**ATTORNEY'S EYES ONLY**

**BRYANT 00290**

**TRIAL EXHIBIT 00035-003**

EXHIBIT 79
PAGE 635

M 0920529

EX 13899-0011



ATTORNEY'S EYES
ONLY

BRYANT 00202

EX 62-0005

EXHIBIT 79
PAGE 634

M 0920530

EX 13899-0012



? 90?- ?

**ATTORNEY'S EYES ONLY**

BRYANT 00241

EX 62-0010

EXHIBIT 79
PAGE 637

M 0920531

EX 13899-0013



ATTORNEY'S EYES ONLY

BRYANT 00202

TRIAL EXHIBIT 00621-001

EXHIBIT 79
PAGE 638

M 0920532

EX 13899-0014



DEPOSITION
EXHIBIT
164
Bryant J 7-25-07

EXHIBIT 79
PAGE 639

EX 764-0001

M 0920533

EX 13899-0015



EX 764-0002

EXHIBIT 79
PAGE 640

M 0920534

EX 13899-0016



DEPOSITION
EXHIBIT
765
Bryant J

EXHIBIT 79
PAGE 641

EX 765-0001

M 0920535

EX 13899-0017



EX 765-0002

EXHIBIT 79
PAGE 642

M 0920536

EX 13899-0018



ATTORNEY'S EYES ONLY

BRYANT 00202



DEPOSITION EXHIBIT
767
Bryant J   9-25-07

TRIAL EXHIBIT 00767-001

EXHIBIT 79
PAGE 643

M 0920537

EX 13899-0019



EX 768-0001

EXHIBIT 79
PAGE 644

M 0920538

EX 13899-0020



EX 768-0002

EXHIBIT ___79___
PAGE ___645___

M 0920539

EX 13899-0021



EX 770-0001

EXHIBIT 79
PAGE 646

M 0920540

EX 13899-0022



ATTORNEY'S EYES
ONLY

BRYANT 00211

EX 770-0002

EXHIBIT 79
PAGE 647

M 0920541

EX 13899-0023



SCULPTURAL BODY DRAWING; 9/19/99
TO BE USED FOR ALL DOLLS

JOINTED HERE, @ SHOULDERS

JOINTED @ HIPS

TOTAL DOLL HEIGHT W/ HEAD. 11½" 12"

9"

SCULPTED FINGERNAILS

ACTUAL SIZE

BASIC SHOE SCULPT

2" APPX.

2¼" APPX

CONFIDENTIAL          Attorney's Eyes Only

BRYANT 01975



DEPOSITION EXHIBIT
Bryant 1327
1-24-08

EX 1327-0001

EXHIBIT  79
PAGE  648

M 0920542

EX 13899-0024



SCULPTURAL BODY DRAWING; 9/19/99
TO BE USED FOR ALL DOLLS

JOINTED HERE, @ SHOULDERS

TOTAL
DOLL
HEIGHT
w/
HEAD:
11½"
12"

9"

JOINTED @
HIPS

SCULPTED
FINGERNAILS

ACTUAL
SIZE

BASIC SHOE
SCULPT

2"
appx.

2¼"
APPX.

EXHIBIT 79
PAGE 649

M 0920543

EX 13899-0025



? 90%?



Exhibit no. _752_
Date: 1/24/08
Tonner            P. Pyburn

**ATTORNEY'S EYES ONLY**

**BRYANT 00211**

1752.1

EXHIBIT 79
PAGE 450



ATTORNEY'S EYES
ONLY

BRYANT 00196

TRIAL EXHIBIT 15176-001

EXHIBIT 79
PAGE 105

M 0920545

EX 13899-0027



ATTORNEY'S EYES
ONLY

BRYANT 00198

TRIAL EXHIBIT 15177-001

EXHIBIT 79
PAGE 652

M 0920546

EX 13899-0028