```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100
 
 7  Attorneys for Mattel, Inc.
 
 8
 9                UNITED STATES DISTRICT COURT
10                CENTRAL DISTRICT OF CALIFORNIA
11                     EASTERN DIVISION
```

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **MATTEL, INC.'S *EX PARTE* APPLICATION FOR SCHEDULE RE RESPONSE TO MATTEL, INC.'S OBJECTIONS TO THE WING, KENNEDY, AND THIRD-PARTY DECLARATIONS** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | Hearing Date: December 30, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |
| | **Phase 1(c)** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

Pursuant to Local Rule 7-19, Mattel, Inc. ("Mattel") hereby applies *ex parte* for an order requiring the MGA Parties to file any response to Mattel's Objections to the Wing, Kennedy, and Third-Party Declarations in Support of the MGA Parties' Request for Stay (hereinafter, "Objections") (Dkt. 4466, 4458-2, 4467) by Friday, December 26, 2008 in order to provide Mattel sufficient time to prepare response by Monday, December 29, 2008 and therefore in time for the Court's hearing on this issue on Tuesday, December 30, 2008.

Good cause exists to seek this relief on an *ex parte* basis. MGA filed its *Ex Parte* Application and Motion for a Stay Pending Appeal, ostensibly supported by the Wing, Kennedy and Compendium of Third-Party Declarations (hereinafter, "Declarations"). Mattel's Opposition is due today, and Mattel is filing concurrently herewith its Opposition, as well as the Objections and an Ex Parte Application To Strike The Declarations. The Court has ruled that it will hold a hearing on MGA's Application and Motion on Tuesday, December 30, 2008. Because Mattel's objections are important to assessing the evidence in the Declarations -- and on which MGA's entire *Ex Parte* Stay Application depends -- they should be ready for the Court's consideration along with MGA's and Mattel's Ex Parte Applications.

Pursuant to Local Rule 7-19, counsel for Mattel gave notice of this Application and the relief being sought to counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, "the MGA Parties"), Jason Russell of Skadden, Arps, Slate, Meagher & Flom LLP (telephone: 213-687-5000; address: 300 South Grand Avenue, Suite 3400, Los Angeles,

1 | California 90071) by email on December 23, 2008.¹  Counsel for the MGA Parties
2 | appeared to state that they will oppose this Application.
3 |     This application is based on this Application, the concurrently filed
4 | Declaration of Tamar Buchakjian, the records and files of this Court, and all other
5 | matters of which the Court may take judicial notice.

7 | DATED: December 23, 2008      QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ Diane Hutnyan /LEB
Diane C. Hutnyan
Attorneys for Mattel, Inc.

---

¹ See Declaration of Tamar Buchakjian ("Buchakjian Decl."), dated December 23, 2008 and filed concurrently herewith, ¶2, Exh. A.

1  Because MGA has declined to agree to one, Mattel respectfully requests that
2  the Court set a briefing schedule on Mattel's Objections to the declarations of Brian
3  Wing, Raoul Kennedy and the Compendium of Third-Parties in support the MGA
4  Parties' *Ex Parte* Application and Motion for a Stay Pending Appeal.

5  Pursuant to the Court's briefing schedule, Mattel filed its Opposition to
6  MGA's *Ex Parte* Stay Application today.  Because it relates to the same matter,
7  Mattel also filed an *Ex Parte* Application to Strike the Declarations on the grounds
8  that the evidence is inadmissible.  MGA's opposition for that *Ex Parte* is due
9  tomorrow under this Court's rules.  The Declarations in question are central to both
10 *Ex Partes*.  MGA contends that they support its *Ex Parte* Stay Application, and they
11 are the subject of Mattel's *Ex Parte* Application to Strike.  Both of these applications
12 will be fully briefed in this Court by Monday, in advance of the hearing set by the
13 Court on December 30.[2]

14 Mattel also has filed Objections to the Declarations.[3]  The Objections are not
15 explicitly the subject of an existing schedule, but due to the expedited nature of the
16 relief sought by MGA, need to be considered within the same timeframe.  The only
17 way to ensure proper preparation of any response to MGA's responses before the
18 hearing is to have them filed and served by Friday, December 26.  Since MGA's
19 Opposition to Mattel's *Ex Parte* Application to Strike the Declarations is due
20 tomorrow in any event, a Friday deadline for response to the Objections allows extra
21 time for the MGA Parties to complete them.

22 Mattel therefore respectfully requests that the Court order any response by the
23 MGA Parties to Mattel's Objections by Friday, December 26, 2008.  MGA should
24 be required to file its response to the Objections by December 26, 2008, and Mattel

---

[2] Id., ¶ 3, Exh. B.
[3] See Mattel Inc.'s Evidentiary Objections to Compendium of Third-Party Declarations, filed December 23, 2008; See Mattel Inc.'s Evidentiary Objections to Wing Declaration, filed December 23, 2008.

1 | will file its reply no later than Monday December 29, 2008. This briefing schedule
2 | ensures that both of the parties' *Ex Parte* Applications are fully briefed by Monday,
3 | December 29, and it ensures that both parties are effectively prepared for the hearing
4 | on these matters, which is to be held on Tuesday.[4]

7 | DATED: December 23, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Diane Hutnyan / CES
Diane C. Hutnyan
Attorneys for Mattel, Inc.

---

[4] *Id.* The proposed schedule is also comparable to the schedule that MGA insisted on and imposed against Mattel and that requires Mattel to provide a far more burdensome response to MGA's 50-page brief in the Ninth Circuit by 3 p.m. on December 26, 2008. See Mattel's *Ex Parte* Application for Amendment of the Briefing Schedule Regarding the MGA Parties' Ex Parte Application and Motion to Stay Pending Appeal (setting forth history) (Dkt. 4501). Having declared these matters an "emergency" and having forced such a schedule on Mattel, MGA should not be heard to object, especially given that providing a response to the Objections by Friday will be far less burdensome than what MGA is requiring of Mattel, and given that MGA claims *all* briefing must be done before December 30.