QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION FOR SCHEDULE RE RESPONSE TO MATTEL, INC.'S OBJECTIONS TO THE WING, KENNEDY, AND THIRD-PARTY DECLARATIONS<br><br>Hearing Date: December 30, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1(c)** |

07209/2741855.1

ORDER

## [PROPOSED] ORDER

The Court having reviewed Mattel, Inc.'s *Ex Parte* Application for Schedule Re Mattel, Inc.'s Objections to the Wing, Kennedy, and Third-Party Declarations, and all further papers in opposition and support, and good cause appearing for the entry thereof,

Mattel's Application is HEREBY GRANTED and IT IS HEREBY ORDERED that:

1. MGA shall file and serve (by hand or email) any response to Mattel's Objections to the Wing, Kennedy, and Third-Party Declarations by 3 p.m. on December 26, 2008; and

2. Mattel shall file and serve (by hand or email) any reply on such Objections by 1 p.m. on December 29, 2008.

DATED: _____, 2008  _____
Hon. Stephen G. Larson
United States District Judge

07209/2741855.1

ORDER