QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR SCHEDULE RE RESPONSE TO MATTEL, INC.'S OBJECTIONS TO THE WING, KENNEDY, AND THIRD-PARTY DECLARATIONS<br><br>Hearing Date: December 30, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1(c)** |

07209/2742537.1

DECLARATION OF TAMAR BUCHAKJIAN

## DECLARATION OF TAMAR BUCHAKJIAN

I, Tamar Buchakjian, declare as follows:

1. I am a member of the bar of the State of California and an associate of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of an email chain between Michael T Zeller, counsel for Mattel, Inc., and Jason D. Russell, counsel for the MGA Parties, providing notice to the MGA Parties of Mattel Inc.'s intention to file an *ex parte* application to compel the MGA Parties to file any response to Mattel's Objections to the Wing, Kennedy, and Third-Party Declarations in Support of the MGA Parties' Request for Stay by Friday, December 26, 2008.

3. Attached as Exhibit B is a true and correct copy of the Briefing Order signed by Hon. Stephen G. Larson, dated December 22, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 23, 2008, at Los Angeles, California.

_____
Tamar Buchakjian

-1-

DECLARATION OF TAMAR BUCHAKJIAN

# EXHIBIT A

**From:** Michael T Zeller
**Sent:** Tuesday, December 23, 2008 4:15 PM
**To:** 'Russell, Jason D'
**Cc:** 'Herrington, Robert J (LAC)'; Dylan Proctor; Diane Hutnyan; 'Nolan, Thomas J (LAC)'
**Subject:** RE: Schedule

We disagree with MGA's counterfactual contentions here, but will leave it to the Court.

**Michael T Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges LLP.

865 S. Figueroa St 10th Floor
Los Angeles, CA 90017
213-443-3180 Direct
213-443-3000 Main Office Number
213-443-3200 Fax
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Russell, Jason D [mailto:Jason.Russell@skadden.com]
**Sent:** Tuesday, December 23, 2008 4:12 PM
**To:** Michael T Zeller
**Cc:** Herrington, Robert J (LAC); Dylan Proctor; Diane Hutnyan; Nolan, Thomas J (LAC)
**Subject:** RE: Schedule

How can I be more clear? File your ex parte and we will respond per the court's local rules (i.e., our opposition tomorrow and your reply Friday). With respect to our position on the objections, our position is that we should not have to file a response to these belated objections on an expedited basis and should be permitted to do so on Monday at the earliest. Also, please forward me your authority for the proposition that Mattel is entitled to file a reply in support of its evidentiary objections. And I cannot let pass that you claim to be abiding by the Court's local rules for ex partes, which I respectfully submit Mattel has flouted by its deliberate decision to withhold this ex parte. Consequently, the current scheduling crunch is one entirely of Mattel's manufacture.

---

**From:** Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
**Sent:** Tuesday, December 23, 2008 4:08 PM
**To:** Russell, Jason D (LAC)
**Cc:** Herrington, Robert J (LAC); Dylan Proctor; Diane Hutnyan; Nolan, Thomas J (LAC)
**Subject:** RE: Schedule

Again, we have responded to these various misstatements before, so I will not repeat those responses here. As for your reference to alleged "enteaties" by us, you apparently are overlooking that we are complying with the Local Rules for ex partes, which requires us to ask MGA's position as to the schedule on our Objections. I still don't have it and will so report to the Court.

EXHIBIT __A__
PAGE __2__

12/23/2008

**Michael T Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges LLP.

865 S. Figueroa St 10th Floor
Los Angeles, CA 90017
213-443-3180 Direct
213-443-3000 Main Office Number
213-443-3200 Fax
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Russell, Jason D [mailto:Jason.Russell@skadden.com]
**Sent:** Tuesday, December 23, 2008 3:52 PM
**To:** Michael T Zeller
**Cc:** Herrington, Robert J (LAC); Dylan Proctor; Diane Hutnyan; Nolan, Thomas J (LAC)
**Subject:** RE: Schedule

Michael,

Your e-mail makes no sense. The ex parte you plan to file is the very one that you started to file last week on Thursday (compare 12/18 Notice of Manual Filing with 12/23 Notice of Manual Filing). As your associate conceded to us last night in a voicemail message re the ex parte you are filing now, this ex parte is (in her words) "identical" to the one you started to, but did not, file last week. Mattel obviously had completed its ex parte last week but purposely withheld it from MGA without any basis whatsoever. Now Mattel wishes to cram MGA on its time to respond to objections -- objections that Mattel has NOT met and conferred on. Indeed, your associate was completely incapable of discussing the "merits" of these objections with my colleague Robert Herrington, beyond stating that they were based on hearsay, foundation, speculation and "other evidentiary objections." When pressed, she could give no further information. Given that the motion was done last week, I have a hard time understanding the basis for ex parte relief or your inability to be conversant about it and your proposal is unfair and improper. So file your motion, we will respond and point out these and other issues presented by Mattel's conduct. You will get our opposition brief tomorrow and we expect your reply brief on Friday. We will not respond to any further entreaties on this issue until we file our brief with Judge Larson. Have a nice day.

Jason

---

**From:** Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
**Sent:** Tuesday, December 23, 2008 3:40 PM
**To:** Russell, Jason D (LAC)
**Cc:** Herrington, Robert J (LAC); Dylan Proctor; Diane Hutnyan; Nolan, Thomas J (LAC)
**Subject:** RE: Schedule

Given that I have previously responded to your misstatements here, I see no need to repeat them.

As to substance of the matter, the Ex Parte to Strike is different from the one we filed to modify the briefing schedule on MGA's reply to the Ex Parte based on its contrary positions in the Ninth Circuit. We discussed the Ex Parte to Strike with Rob Herrington previously, and no schedule need be ordered on MGA's response – which is due tomorrow – because Judge Larson's rules already require it. The Ex Parte I am now giving notice of is one to set a schedule on our objections to the inadmissible MGA declarations. The schedule we propose for MGA's response is Friday, and our reply on Monday. If I do not receive a response from you indicating that MGA agrees or opposes the imposition of that schedule as I requested, I will indicate in our Ex Parte that MGA declined to

12/23/2008

EXHIBIT __A__
PAGE __3__

state its position.

**Michael T Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges LLP.

865 S. Figueroa St 10th Floor
Los Angeles, CA 90017
213-443-3180 Direct
213-443-3000 Main Office Number
213-443-3200 Fax
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Russell, Jason D [mailto:Jason.Russell@skadden.com]
**Sent:** Tuesday, December 23, 2008 3:24 PM
**To:** Michael T Zeller
**Cc:** Herrington, Robert J (LAC); Dylan Proctor; Diane Hutnyan; Nolan, Thomas J (LAC)
**Subject:** RE: Schedule

Michael,

Is this the same ex parte that you gave notice of last week (and actually filed a notice of manual filing on last Thursday)? The one that you purposely withheld until today? If so, perhaps you might explain the basis for that withholding, other than, of course, to prejudice MGA. Given your penchant for ignoring and reneging on stipulations, there is no point in agreeing to anything so file your motion. Have a nice day.

Jason

---

**From:** Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
**Sent:** Tuesday, December 23, 2008 3:15 PM
**To:** Russell, Jason D (LAC)
**Cc:** Herrington, Robert J (LAC); Dylan Proctor; Diane Hutnyan
**Subject:** Schedule

Jason, as you and Rob know, we are filing an ex parte today to strike MGA's inadmissible evidence. As required by Judge Larson's rules, MGA's opposition is due tomorrow.

We also are filing accompanying objections to that evidence. Please let me know whether MGA agrees to provide its response to those objections by Friday so that we will have an opportunity to reply by Monday before the Tuesday hearing. Given that this is consistent with the same schedule MGA has demanded of Mattel for a far more burdensome response to a 50-page brief, we expect MGA will agree to it. Otherwise, please consider this notice that Mattel will file an ex parte with the District Court today asking that such a schedule be ordered. In that event, please also let us know whether MGA will oppose and on what basis.

**Michael T Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges LLP.

865 S. Figueroa St 10th Floor
Los Angeles, CA 90017

12/23/2008

EXHIBIT  A
PAGE  4

213-443-3180 Direct
213-443-3000 Main Office Number
213-443-3200 Fax
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---
********************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
********************************************************
********************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
********************************************************

================================================================

---
********************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
********************************************************
********************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
====================================================

----------------------------------------------------
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
====================================================

12/23/2008

EXHIBIT ___A___
PAGE ___6___

# EXHIBIT B

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation,<br><br>Defendant. | ORDER RE FURTHER STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA'S *EX PARTE* APPLICATION FOR STAY PENDING APPEAL |
| AND CONSOLIDATED CASES | Trial Date (Phase 1): May 27, 2008 |

07209/2739899.1

[PROPOSED] ORDER RE STIPULATION REGARDING BRIEFING SCHEDULE

EXHIBIT  B
PAGE  7

## [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that:

1. Mattel's Opposition to the MGA Parties' Ex Parte Application And Motion For Stay Pending Appeal shall be filed and served on or before Tuesday, December 23, 2008.

2. MGA's Reply in further support shall be filed and served by or before 3 p.m. on Monday, December 29, 2008.

3. Hearing on the Ex Parte Application is set for 10 a.m. on Tuesday, December 30, 2008.

IT IS SO ORDERED.

DATED: December 22, 2008

*/s/ Larson*

HON. STEPHEN G. LARSON

07209/2739899.1

-1-
[PROPOSED] ORDER RE STIPULATION REGARDING BRIEFING SCHEDULE

EXHIBIT     B
PAGE        8