QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>CV 04-09059<br>CV 05-2727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S EX PARTE APPLICATION FOR STAY OF INJUNCTION PENDING APPEAL AND MATTEL, INC.'S EX PARTE APPLICATION TO STRIKE THE WING, KENNEDY AND THIRD-PARTY DECLARATIONS** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | Hearing Date:  December 30, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom 1 |
| | **Phase 1C** |

7209/2742628.1

# DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Mattel's *Ex Parte* Application for an Expedited Hearing on Mattel's Motion for a Permanent Injunction, dated September 29, 2008 (Docket No. 4310).

3. Attached hereto as Exhibit 2 is a true and correct copy of MGA's Opposition to Mattel, Inc.'s *Ex Parte* Application for an Expedited Hearing on Mattel's Motion for a Permanent Injunction, dated October 1, 2008 (Docket No. 4329).

4. Attached hereto as Exhibit 3 is a true and correct copy of Mattel's Reply In Support Of Motion for Permanent Injunction, dated October 22, 2008 (Docket No. 4384).

5. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Stephanie Cota, dated October 22, 2008, without exhibits (Docket No. 4384).

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Mattel's Opposition to MGA's Motion To Strike the Declarations of B. Dylan Proctor, Frank Keiser and Kenneth Hollander, dated October 27, 2008 (Docket No. 4394).

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Mattel, Inc.'s Opposition to the MGA Parties' Motion for Judgment as a Matter of Law (Docket No. 4269).

8. Attached hereto as Exhibit 7 is a true and correct copy of the Court's Order, dated July 17, 2006 (Docket No. 63).

17209/2742628.1

-1-

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Court's Phase 1A Jury Instructions as Given, dated July 12, 2008 (Docket No. 4115).

10. Attached hereto as Exhibit 9 is a true and correct copy of the Court's Order, dated April 25, 2008 (Docket No. 3285).

11. Attached hereto as Exhibit 10 is a true and correct copy of the Court's Order Re Motion For Reconsideration, dated May 21, 2008 (Docket No. 3758).

12. Attached hereto as Exhibit 11 is a true and correct copy of the Court's Order Regarding Mattel's Motion For Leave To Amend, dated January 12, 2007 (Docket No. 142).

13. Attached hereto as Exhibit 12 is a true and correct copy of the Court's Order Re Statute Of Limitations Defense, dated May 27, 2008 (Docket No. 3826).

14. Attached hereto as Exhibit 13 is a true and correct copy of the Court's Further And Final Order Re Statute Of Limitations Defense, dated June 2, 2008 (Docket No. 3902).

15. Attached hereto as Exhibit 14 is a true and correct copy of the Court's Post Phase 1A Order Re Motion For Partial Summary Judgment On The Issue Of Substantial Similarity, dated July 25, 2008 (Docket No. 4154).

16. Attached hereto as Exhibit 15 is a true and correct copy of Mattel's Trial Brief re Joint Authorship and Ownership of Exhibit No. 1136, dated August 10, 2008 (Docket No. 4239).

17. Attached hereto as Exhibit 16 is a true and correct copy of the Court's Order Regarding Juror No. 8, dated July 25, 2008 (Docket No. 4155).

18. Attached hereto as Exhibit 17 is a true and correct copy of the Court's Order Denying Motion for Mistrial, dated August 8, 2008 (Docket No. 4238).

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from Mattel's Opposition to Defendants' Motion for Mistrial, dated July 31, 2008 (Docket No. 4176).

20. Attached hereto as Exhibit 19 is a true and correct copy of TX 659, dated March 23, 2007.

21. Attached hereto as Exhibit 20 is a true and correct copy of "Get The Retail Runway Ready For 'America's Next Top Model' Fashion Dolls by MGA Entertainment", dated February 12, 2008 (Available at http://www.mgae.com/downloads/pressreleases/Microsoft%20Word%20-%20ANTM%20Press%20Release%20MGA%20Final.pdf).

22. Attached hereto as Exhibit 21 is a true and correct copy of the Hong Kong statute entitled Renewal of registration, (2003) Cap. 559A, Rule 32 (H.K.), available at http://www.legislation.gov.hk/blis_ind.nsf/e1bf50c09a33d3dc482564840019d2f4/765e36a7aac6d09e48256cef00321dec?OpenDocument.

23. Attached hereto as Exhibit 22 is a true and correct copy of the United Kingdom statute entitled Trade Marks Act, 1994, c.26, §§ 42-43 (U.K.), available at http://www.statutelaw.gov.uk/ content.aspx?activeTextDocId=1868072).

24. Attached hereto as Exhibit 23 is a true and correct copy of the Notice of Motion and Motion of Mattel, Inc. to Strike Declaration of Paul K. Meyer Filed In Support of the MGA Parties' Opposition to Mattel's Motion For Permanent Injunction, dated October 20, 2008 (Docket No. 4377).

25. Attached hereto as Exhibit 24 is a true and correct copy of Mattel, Inc.'s Reply in Support of Motion to Strike Declaration of Paul K. Meyer Filed In Support of the MGA Parties' Opposition to Mattel's Motion For Permanent Injunction, dated November 3, 2008 (Docket No. 4401).

26. Attached hereto as Exhibit 25 is a true and correct copy of printouts from the Zapf Creation website, found at http://www.zapfcreation.com/com/english/company/governance/board/?navid=111.

27. Attached hereto as Exhibit 26 is a true and correct copy of printouts from the Zapf Creation website, found at http://www.zapfcreation.com/com/english/care/find/office/?country=RU.

28. Attached hereto as Exhibit 27 is a true and correct copy of printouts from the Zapf Creation website, found at http://www.zapfcreation.com/com/english/care/find/office/?country=YU.

29. Attached hereto as Exhibit 28 is a true and correct copy of the Court's omnibus Order dated December 3, 2008 (Docket No. 4439).

30. Attached hereto as Exhibit 29 is a true and correct copy of the Court's Order Granting MGA Defendants' Ex Parte Application to Extend Page Limits for Opposition, dated October 10, 2008 (Dkt. 4358).

31. Attached hereto as Exhibit 30 is a true and correct copy of MGA's Motion to Exceed Page Limitation On Motion For Stay Pending Appeal, filed in the Ninth Circuit on December 19, 2008.

32. Attached hereto as Exhibit 31 is a true and correct copy of a press release issued by MGA Entertainment, Inc. on September 29, 2008, and available at http://www.mgae.com/downloads/pressreleases/Statement%20Re%20Motion%20for%20Injunctive%20Relief%202%20_2_.pdf.

33. Attached hereto as Exhibit 32 is a true and correct copy of an article titled "Questions follow Mattel's $100M Bratz verdict," written by Gillian Flaccus, and available from the USA Today website at http://www.usatoday.com/money/economy/2008-08-27-3121810073_x.htm.

34. Attached hereto as Exhibit 33 is a true and correct copy of MGA's Notice of Appeal to the United States Court of Appeals for The Ninth Circuit, dated December 11, 2008 (Docket No. 4459), without exhibits.

35. Attached hereto as Exhibit 34 is a true and correct copy of excerpts of the public redacted version of the MGA Parties' Opposition to Mattel's Motion for Permanent Injunction, dated October 13, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 23, 2008, at Los Angeles, California.

B. Dylan Proctor