QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S EX PARTE APPLICATION FOR STAY OF INJUNCTION PENDING APPEAL** |
| Defendant. | |
| | Hearing Date:   December 30, 2008<br>Time:   10:00 a.m.<br>Place:   Courtroom 1 |
| AND CONSOLIDATED ACTIONS | **Phase 1C** |

07209/2741860.1

## REQUEST FOR JUDICIAL NOTICE

Mattel, Inc. respectfully requests that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts and documents, true and correct copies of which are attached as exhibits to the Declaration of Jon D. Corey ("Corey Declaration") filed concurrently herewith:

1.     UCC Financing Statements Nos. 06-7090317861, 06-7090318135 and 06-7090318014 dated October 30, 2006, and Amendments thereto dated September 9, 2008, attached as Exhibit 1 to the Corey Declaration.

### Argument

The Court may take judicial notice of any document "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). When supplied with the necessary information to demonstrate accuracy, judicial notice is mandatory. Fed. R. Evid. 201(d). Under Federal Rule of Evidence 201, courts may take judicial notice of matters of public record. See Lee v. Los Angeles, 250 F.3d 668, 689 (9th Cir. 2001). California courts take judicial notice of UCC Financing Statements as a matter of public record. See U.S. v. Tarantino, 2007 WL 1521031 at *2 (E.D. Cal. May 24, 2007) (taking judicial notice of the contents of a UCC Financing Statement as a matter of public record); see also U.S. v. Perkins, 2007 WL 164407 at *2 (E.D. Cal. Jan. 18, 2007) ("The Court takes judicial notice of the contents of the UCC Financing Statement.").

The UCC Financing Statements contained in Exhibit 1 of the Corey Declaration contain documents that were obtained from the California Secretary of State's office, an indisputably accurate source. Under the foregoing authorities, these publicly available records are the proper subject of judicial notice.

DATED: December 23, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By_____/s/ Jon D. Corey_____
Jon D. Corey
Attorneys for Mattel, Inc.

- 1 -