QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**Proof of Service**<br><br>Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1(a):**<br>Trial Date: May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date: July 23, 2008 |

## PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On December 23, 2008, I served true copies of the following documents described as:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

[√] **PERSONAL**: By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on December 23, 2008 at Los Angeles, California.

_Dave Quintana_ (signature)
Dave Quintana

07209/2742554.1

-2-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 S. Figueroa Street Los Angeles, California 90017.

On December 23, 2008, I served true copies of the following documents described as:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

Peter H. Bonis
**Law Office of Peter H. Bonis**
1990 N. California Blvd., 8th Floor
Walnut Creek, CA 94596

Mark E. Overland
David C. Sheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 125th Floor
Los Angeles, CA 90071

[√] **Mail** : By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on December 23, 2008 at Los Angeles, California.

Shanda Connors

# DOCUMENT LIST

1. MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE THE WING, KENNEDY, AND THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' REQUEST FOR STAY; AND MEMORANDUM OF POINTS AND AUTHORITIES

2. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS *EX PARTE* APPLICATION TO STRIKE THE DECLARATIONS OF BRIAN WING AND RAOUL KENNEDY, AND THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' REQUEST FOR STAY

3. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS *EX PARTE* APPLICATION TO STRIKE THE DECLARATIONS OF BRIAN WING AND RAOUL KENNEDY, AND THE COMPENDIUM OF THIRD-PARTY DECLARATIONS

4. MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S *EX PARTE* APPLICATION FOR STAY OF INJUNCTION PENDING APPEAL

5. APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S *EX PARTE* APPLICATION FOR STAY OF INJUNCTION PENDING APPEAL

6. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S *EX PARTE* APPLICATION FOR STAY OF INJUNCTION PENDING APPEAL

7. MATTEL, INC.'S EVIDENTIARY OBJECTIONS TO THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' REQUEST FOR A STAY

8. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS EVIDENTIARY OBJECTIONS TO THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' REQUEST FOR A STAY

9. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS EVIDENTIARY OBJECTIONS TO THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' REQUEST FOR A STAY

10. MATTEL, INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF BRIAN WING IN SUPPORT OF THE MGA PARTIES' REQUEST FOR A STAY

11. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS EVIDENTIARY OBJECTIONS TO THE DECLARATION OF BRIAN WING IN SUPPORT OF THE MGA PARTIES' REQUEST FOR A STAY

1  12.   [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS EVIDENTIARY OBJECTIONS TO THE DECLARATION OF BRIAN WING IN SUPPORT OF THE MGA PARTIES' REQUEST FOR A STAY

13.   DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S *EX PARTE* APPLICATION TO STAY PENDING APPEAL

14.   DECLARATION OF MICHAEL J. WAGNER SUBMITTED IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' EX PARTE APPLICATION AND MOTION TO STAT PENDING APPEAL