QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.　CV 04-09059<br>Case No.　CV 05-2727<br><br>**NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S *EX PARTE* APPLICATION FOR STAY OF INJUNCTION PENDING APPEAL**<br><br>Hearing Date:　December 30, 2008<br>Time:　10:00 a.m.<br>Place:　Courtroom 1<br><br>**Phase 1C** |

07209/2737083.2

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following Motion with the Court in support of its Opposition to MGA Entertainment, Inc.'s Ex Parte Application for Stay of Injunction Pending Appeal:

    1.    MATTEL, INC.'S MOTION TO DISMISS APPEAL filed on December 23, 2008, U.S. Court of Appeals for the Ninth Circuit Case No. 08-57015.

DATED: December 23, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.

-2-

NOTICE OF LODGING