1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                   EASTERN DIVISION

| | |
|---|---|
| 11  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12  Plaintiff, | Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727 |
| 13  vs. | **[PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE THE WING, KENNEDY, AND THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' REQUEST FOR STAY** |
| 14  MATTEL, INC., a Delaware corporation, | |
| 15 | |
| 16  Defendant. | |
| 17  AND CONSOLIDATED ACTIONS | Hearing Date:   None Set<br>Time:           None Set<br>Place:          Courtroom 1 |
| 18 | |
| 19 | **Phase 1C** |

07209/2741854.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Having considered Mattel, Inc.'s *Ex Parte* Application to Strike the Wing, Kennedy, and Third-Party Declarations in Support of the MGA Parties' Request for Stay, and all supporting papers, all papers submitted in opposition to the Motion and having considered the argument of counsel, the Court finds good cause to grant the Motion and to strike the Declaration of Brian Wing, the Declaration of Raoul D. Kennedy, and the Compendium of Third-Party Declarations that were filed in support of the MGA Parties' *Ex Parte* Application and Motion for Stay Pending Appeal.

IT IS HEREBY ORDERED THAT the Declaration of Brian Wing, the Declaration of Raoul D. Kennedy, and the Compendium of Third-Party Declarations that were filed in support of the MGA Parties' *Ex Parte* Application and Motion for Stay Pending Appeal, dated December 9, 2008, and all accompanying exhibits, are hereby stricken.

DATED:                    , 2008  _____
                                   Hon. Stephen G. Larson
                                   United States District Judge