THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for the MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with Case No. 04-9059 and Case No. 05-2727 <br><br> Honorable Stephen G. Larson <br><br> **MGA PARTIES' REQUEST TO WITHDRAW DOCKET ENTRY 4507-2** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") hereby respectfully request that the following documents be withdrawn from the Court's Docket in Case No. CV 04-9049 SGL (RNBx) because certain un-redacted exhibits containing personal identifiers were filed in error: Docket No. 4507-2 (Declaration of Jason D. Russell). Counsel for Mattel have indicated that they consent to the requested withdrawal.

DATED: December 23, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: \_\_\_\_\_/s/ Thomas J. Nolan\_\_\_\_\_
Thomas J. Nolan
Attorneys for MGA Parties