```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  RAOUL D. KENNEDY (Bar No. 40892)
    (rkennedy@skadden.com)
 3  JASON D. RUSSELL (Bar No. 169219)
    (jrussell@skadden.com)
 4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
 5  Los Angeles, CA  90071
    Tel.: (213) 687-5000/Fax: (213) 687-5600
 6
    Attorneys for the MGA Parties
 7
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER GRANTING THE MGA PARTIES' REQUEST TO WITHDRAW DOCKET ENTRY 4507-2** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

# **ORDER**

Based on MGA Parties' Request to Withdraw Docket Entry 4507-2, and good cause appearing,

IT IS HEREBY ORDERED that the following documents be withdrawn from the Court's Docket in Case No. CV 04-9049 SGL (RNBx): Docket No. 4507-2 (Declaration of Jason D. Russell).

DATED: December __, 2008

---
Hon. Stephen G. Larson
United States District Court Judge