THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | CORRECTED DECLARATION OF JASON D. RUSSELL IN OPPOSITION TO MATTEL'S MOTION TO AMEND BRIEFING SCHEDULE ON MGA'S MOTION TO STAY |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | Hearing Date:     TBD |
| | Time:               TBD |

I, Jason D. Russell, hereby declare as follows:

1.   I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") in the above-captioned matter.  I submit this Declaration in opposition to Mattel's *ex parte* application for amendment of the briefing schedule regarding the MGA Parties' *ex parte* application and motion to stay pending appeal.  Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2.   On December 18, 2008, at 11:33 am, counsel for the MGA Parties received an email from the Court relaying this Court's Order re Briefing Schedule.  (A true and correct copy of this email is attached as **Exhibit A.**)

3.   I received an e-mail from the Court at 1:50 pm on Saturday, December 20, 2008 that indicated that the parties should negotiate, if possible, a further briefing schedule on MGA's *ex parte* application and motion to stay this Court's December 3, 2008 orders pending appeal.  Within eight minutes of reading the e-mail, I e-mailed Dylan Proctor of Quinn, Emanuel to discuss the briefing schedule.  (A true and correct copy of my e-mail to Mr. Proctor is attached as **Exhibit B.**)  Mr. Proctor is my usual contact person at Mattel for negotiating briefing schedules and we have a cordial relationship that has allowed us to reach agreement on many issues in the past.  When I did not get a prompt response, I followed up by telephoning Mr. Proctor on his cell phone and left a message when he did not pick up.

4.   At approximately 2:40 pm, a colleague of mine forwarded to me an e-mail from Michael Zeller purporting to want to discuss scheduling issues, which was not copied to me even though I have been the lead attorney on the motion to stay issues – something known to attorneys at Quinn Emanuel because I negotiated the briefing schedule on the motion to stay and because I told Dylan Proctor, among others, that I am the person at Skadden tasked with addressing scheduling issues on this motion.  The e-mail indicated that

1

Declaration of Jason D. Russell in Opposition to Mattel's Ex Parte Application for
Amendment of Briefing Schedule on MGA's Motion to Stay -- Case No. CV 04-9049 SGL (RNBx)

1  it had been sent to a "Jason Armstrong" among others.  There is no such person at Quinn

2  Emanuel (that I know of) and none at Skadden working on this case.  There is, however, a

3  reporter named Jason Armstrong at the Los Angeles Daily Journal who has been reporting

4  on this case and it appears that Mr. Zeller sent him this Court's order shortly after receipt.

5          5.    Within five minutes of receiving Mr. Zeller's e-mail, I emailed Mr. Zeller

6  telling him that I was available and giving him a phone number to reach me.  (A true and

7  correct copy of my e-mail to Mr. Zeller is attached as **Exhibit C**, which has been redacted

8  to delete my telephone number.)  When he called me, I asked him when he felt that he could

9  have Mattel's opposition to MGA's stay motion filed and he told me that Mattel would be

10 able to file on Tuesday, December 23, 2008, which was acceptable to me.  He then asked

11 me when MGA could have its reply brief on file.  I explained that given the pendency of the

12 holidays, and the difficulties that this would impose on MGA in reaching witnesses and the

13 like, MGA needed until Monday December 29, 2008 to file its reply.  Mr. Zeller indicated

14 no objection to this.  Mr. Zeller then offered to prepare a stipulation for me to review.

15         6.    During this call, Mr. Zeller asked me about the status of MGA's motion to stay

16 filed in the Ninth Circuit Court of Appeals.  I explained to him that attorneys at Howard

17 Rice were lead counsel before the Ninth Circuit and would be in a better position to address

18 any questions or concerns he might have.  Nevertheless, I explained that I understood

19 MGA's position to be that MGA would not be withdrawing or suspending briefing on its

20 motion to stay in the Ninth Circuit and expected that that proceeding would continue unless

21 and until the Ninth Circuit decided otherwise.  I told Mr. Zeller that I would have someone

22 from Howard Rice call him to discuss the matter further.  Mr. Zeller did not state to me, and

23 I certainly did not represent, that he understood that no one would have to work on

24 Christmas Day on MGA's motion to stay before the Ninth Circuit.  Indeed, I could not have

25 said such a thing because, as I made clear to Mr. Zeller, Howard Rice are MGA's lead

26 appellate attorneys and ultimately the Ninth Circuit would decide how it wished to proceed.

27 I did, however, make very clear that MGA needed a decision on <u>both</u> its Motion to Stay

28

2

Declaration of Jason D. Russell in Opposition to Mattel's <u>Ex Parte</u> Application for
Amendment of Briefing Schedule on MGA's Motion to Stay · Case No. CV 04-9049 SGL (RNBx)

1  before this Court and its Motion to Stay pending in the Ninth Circuit.  On that issue, Mr.
2  Zeller and I agreed to disagree and the call ended cordially.

3       7.    Immediately upon the termination of the call with Mr. Zeller, I telephoned
4  attorneys at Howard Rice, relayed my conversation with Mr. Zeller to them, and asked that
5  they reach out to him to discuss the Motion to Stay that they had filed.  They indicated that
6  they would call Mr. Zeller to discuss any issues relating to that motion.

7       8.    At 4:21 pm, I received a draft stipulation from Mr. Zeller that basically
8  conformed to the discussion that we had had, except that Mr. Zeller had proposed a filing
9  deadline of 1 pm on December 29, 2008.  (A true and correct copy of Mr. Zeller's e-mail
10  and the draft stipulation is attached as **Exhibit D**, which has been redacted to delete my
11  telephone number.)  Mr. Zeller explained the change by noting that Mattel needed sufficient
12  time to review the reply brief to prepare for the hearing before the Court on December 30,
13  2008, but Mattel was willing to "be flexible on the exact time but of course it is not
14  practicable to be getting it at midnight the night before the morning hearing."  This was the
15  first time that Mr. Zeller had raised this issue with me.

16       9.    I reviewed the stipulation and responded that the stipulation was acceptable,
17  except that I needed until 3 pm on December 29, 2008 to finalize the reply.  I indicated in
18  my email that I had spoken with attorneys at Howard Rice and I understood that they were
19  reaching out to Mr. Zeller separately to discuss issues relating to the motion to stay filed in
20  the Ninth Circuit. (A true and correct copy of my e-mail in response is attached hereto as
21  **Exhibit E**, which has been redacted to delete my telephone number.)  After some back and
22  forth e-mails, at 7:00 pm, I received an e-mail from Mr. Zeller stating that they agreed that
23  MGA could have until 3 pm to file its reply.  (A true and correct copy of Mr. Zeller's 7:00
24  pm e-mail is attached hereto as **Exhibit F**, which has been redacted to delete my telephone
25  number.)

26       10.    By the time Mr. Zeller and I had reached agreement on the briefing schedule, I
27  understood that attorneys at Howard Rice had reached out to Mr. Zeller to discuss the
28  briefing schedule on the motion to stay before the Ninth Circuit as I had seen some e-mails

1 | reflecting that Howard Rice had telephoned Mr. Zeller and I knew Mr. Zeller was working
2 | in his office.

3 |     11.   At 8:10 p.m., Mr. Zeller forwarded the revised stipulation setting forth the
4 | briefing schedule to the Court for entry. (A true and correct copy of Mr. Zeller's email is
5 | attached as **Exhibit G.**)

6 |     12.   The next morning, on December 21, 2008, I saw an e-mail exchange between
7 | Mr. Zeller and Douglas Winthrop of Howard Rice that suggested that they had not yet
8 | spoken. Because Mr. Zeller had requested that an attorney from Howard, Rice call him to
9 | discuss the Ninth Circuit Motion for Stay, and having seen an email indicating that an
10 | attorney from Howard Rice had, in fact, called him within minutes of my conversation with
11 | Mr. Zeller, I was surprised that Mr. Zeller never called back the Howard Rice attorney to
12 | resolve any issues relating to the Ninth Circuit motion to stay.

13 |     13.   I was even more surprised when Mr. Zeller indicated in his e-mail to Mr.
14 | Winthrop that "MGA was supposed to provided yesterday an answer to a question --
15 | whether MGA would be withdrawing its inappropriate Ninth Circuit filings -- but that I
16 | received no substantive answer about until now." (A true and correct copy of the e-mail
17 | string between Mr. Zeller and Mr. Winthrop is attached hereto as **Exhibit H.**) I was
18 | surprised about Mr. Zeller's statement because I told Mr. Zeller that MGA would <u>not</u> be
19 | withdrawing its application. While it is true that I said that the final determination had to be
20 | made by Howard Rice, I was very clear to Mr. Zeller that it was my view that MGA would
21 | not agree to withdraw its application and equally clear that MGA felt that it needed a
22 | response by December 31, 2008 by both this Court and the Ninth Circuit.

23 |     14.   I am even more surprised by Paragraph 7 of Mr. Zeller's Declaration that states
24 | that he agreed to the briefing schedule he did because of his "belief" that "MGA would
25 | discontinue its 'emergency' stay application in the Ninth Circuit." That Mr. Zeller reached
26 | this belief is incredible because I explicitly told him the contrary. (Indeed, we even
27 | discussed his view that the Ninth Circuit lacked jurisdiction over the stay motion while this
28 | Court was deciding the issue and I explained that it was my understanding that the Ninth

4

Declaration of Jason D. Russell in Opposition to Mattel's Ex Parte Application for
Amendment of Briefing Schedule on MGA's Motion to Stay – Case No. CV 04-9049 SGL (RNBx)

1  Circuit did have such authority.)  I do not see how I could have been more clear.  At the
2  very least, I note that Mr. Zeller does not deny that I relayed these views to him, nor does he
3  state that I suggested that MGA would withdraw its application.  Moreover, in my
4  experience, Mr. Zeller is a careful and diligent attorney.  If he felt that this was something
5  that needed to be confirmed, I am certain that he would have spoken to the attorneys at
6  Howard Rice before he agreed to any schedule.  Indeed, it is my understanding that
7  attorneys from Howard Rice had already called Mr. Zeller before he submitted the schedule
8  to this Court and, for whatever reason, Mr. Zeller did not call or e-mail them back before he
9  submitted the stipulation to this Court.

10     15.   At 10:53 am on Sunday, Mr. Zeller wrote to me indicating that he felt that
11  MGA now should have to file its reply brief the day after Christmas because Howard Rice
12  had proposed a briefing schedule under which Mattel would have to file an opposition in the
13  Ninth Circuit on December 26. Mr. Zeller gave no reason for his position other than "fair is
14  fair." I responded to Mr. Zeller explaining how the two proposals were totally unrelated,
15  why MGA needed the time it sought before this Court, and why Mattel should abide by the
16  agreement it struck with me. I further pointed out that Mattel's remedy, if it did not like the
17  schedule in the Ninth Circuit, was to go to the Ninth Circuit, not to adjust the schedule
18  before this Court. I further made clear that I was not hearing any basis for modifying the
19  schedule and Mattel obviously did not need MGA's reply brief the day after Christmas. Mr.
20  Zeller responded a few hours later. Mr. Zeller's response, despite my express challenge to
21  do so, did not provide any basis for modifying the schedule and did not even mention a
22  supposed need to have the reply brief to prepare for a hearing that would occur four days
23  later.   (A true and correct copy of our email exchange is attached hereto as **Exhibit I**.)
24  Given this exchange, I was under the impression that Mattel had decided to drop the issue
25  altogether.

26     16.   I did not hear from Mattel again on this issue until 4:13 pm on December 22,
27  2008, when I received an e-mail from Jon Corey "insisting" that MGA agree to file its reply
28  brief on its motion to stay on Friday, December 26, 2008.  Mr. Corey provided no

5

Declaration of Jason D. Russell in Opposition to Mattel's Ex Parte Application for
Amendment of Briefing Schedule on MGA's Motion to Stay – Case No. CV 04-9049 SGL (RNBx)

1  explanation why such relief was appropriate other than to note that the Ninth Circuit had
2  ordered Mattel to file their opposition to MGA's stay application in that court on the same
3  day.  I responded an hour later and explained, in detail, why Mr. Corey's position was
4  untenable and noted that Mattel offered no basis for the modification of the schedule other
5  than a desire to make MGA's attorneys work on Christmas Day.  Although this would be
6  improper even in isolation, given the completely dissimilar proceedings and the great
7  disparity in time that the parties have had on these motions (with Mattel having
8  substantially more in both courts), I explained that such relief was particularly in
9  appropriate here given the prejudice that such a change would occasion on MGA's ability to
10 obtain necessary declarations over the holidays.  (A true and correct copy of our e-mail
11 exchange is attached hereto as **Exhibit J**.)

12     17.   Mr. Corey did not respond to my e-mail and the next thing I heard was that
13 Mattel had filed an *ex parte* application seeking modification of the briefing schedule.  I
14 found it interesting that Mattel waited until 2:13 am to file this application, even though it
15 had been threatening such an application since Sunday.  I found it even more interesting that
16 Mattel never indicated in any of its prior discussions with me the supposed basis for
17 modifying the briefing schedule – namely that Mattel now claims to need four days to
18 review MGA's reply brief in order to prepare for the hearing on December 30th.  Neither
19 Mr. Zeller nor Mr. Corey ever said that to me in any prior conversations.  Moreover, Mr.
20 Zeller plainly knew about how much time Mattel's counsel needed to prepare for the
21 hearing on December when he agreed to the briefing schedule submitted to the Court on
22 December 20, 2008.  The only basis for modifying the schedule that Mattel's counsel ever
23 stated to me was that it was "unfair" that Mattel should have to file a brief on December 26
24 (even though Mattel's counsel did not indicate any issues with reaching witnesses) when
25 MGA got to file its reply on December 29.

26     18.   As I explained to Mr. Zeller and to Mr. Corey, MGA desperately needs the
27 time it sought in the stipulation to reach crucial witnesses during the holiday period.
28 Requiring MGA to have to file its reply the day after Christmas will gravely, unfairly and,

6

most importantly, *needlessly* prejudice MGA's ability to reply on what may be the most important motion in the case. Although Mattel derides the fact that MGA took a week to prepare its motion to stay, I note for the Court that the reason for the delay was *precisely* because of the difficulties in reaching third-party witnesses and getting them to sign affidavits. Those difficulties will be increased exponentially now over the Christmas week. As there is absolutely no basis offered by Mattel for reneging on an agreement it made with me, and there is grave prejudice to MGA if Mattel is allowed to do so, I respectfully urge the Court to hold Mattel to the bargain it struck – one made with full knowledge of the very issues that it now complains about.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed on December 23, 2008, at Los Angeles, California.


Jason D. Russell

Declaration of Jason D. Russell in Opposition to Mattel's Ex Parte Application for
Amendment of Briefing Schedule on MGA's Motion to Stay – Case No. CV 04-9049 SGL (RNBx)

# EXHIBIT A

## Russell, Jason D (LAC)

| | |
|---|---|
| **From:** | Cindy_Sasse@cacd.uscourts.gov |
| **Sent:** | Thursday, December 18, 2008 11:33 AM |
| **To:** | johnquinn@quinnemanuel.com; joncorey@quinnemanuel.com; michaelzeller@quinnemanuel.com; Russell, Jason D (LAC); Kennedy, Raoul D (SFC); Nolan, Thomas J (LAC) |
| **Subject:** | Minute Order re Briefing Schedule in Case CV 04-9049 SGL (RNBx) |

**Attachments:**   LA04CV09049SGL-MO1.wpd; LA04CV09049SGL-MO.pdf



LA04CV09049SGL-   LA04CV09049SGL-
MO1.wpd (18 KB)...   MO.pdf (11 KB)

Attached please find a WordPerfect and .pdf version of the minute order regarding the briefing schedule in the above-mentioned case.

(See attached file: LA04CV09049SGL-MO1.wpd)(See attached file: LA04CV09049SGL-MO.pdf)

.

1

Exhibit __A__,
P. __8__

# EXHIBIT B

**Russell, Jason D (LAC)**

| | |
|---|---|
| **From:** | Russell, Jason D (LAC) |
| **Sent:** | Saturday, December 20, 2008 1:58 PM |
| **To:** | 'dylanproctor@quinnemanuel.com' |
| **Subject:** | Fw: Scheduling issues |

Dylan,

Any thoughts on your end for a proposed schedule? Let me know.

Jason

----- Original Message -----
From: Stephen_Larson@cacd.uscourts.gov <Stephen_Larson@cacd.uscourts.gov>
To: Nolan, Thomas J (LAC); Russell, Jason D (LAC); johnquinn@quinnemanuel.com
<johnquinn@quinnemanuel.com>; michaelzeller%quinnemanuel@uscmail.dcn <michaelzeller%
quinnemanuel@uscmail.dcn>
Cc: Barbara North <barbara_north@cacd.uscourts.gov>; James Holmes
<james_holmes@cacd.uscourts.gov>
Sent: Sat Dec 20 16:50:45 2008
Subject: Scheduling issues


Dear Counsel,

I anticipate receiving soon from you a stipulated briefing schedule for the opposition and
reply to MGA's request for a stay pending appeal, which briefing schedule I intend to
issue by way of a minute order on Monday, December 22.  If you reach agreement this
weekend, please send me an e-mail indicating to what you have agreed.  I also intend to
set this matter for hearing on Tuesday, December 30, 2008, at 10:00 a.m. in Courtroom One.
As indicated in my most recent minute order, chambers will be dark from December 22
through December 26.  Because I will be working from home during this time, please direct
any courtesy copies related to the request for stay pending appeal (as well as the
objections/preferences regarding the proposed discovery and special masters which are due
in camera on December 22) to my residence
Please confirm receipt of this message.  Although I know you will be working hard through
the holidays, I do wish each of you, your families, and your colleagues peace and best
wishes during this special season and in the new year.

Stephen Larson

Stephen G. Larson
United States District Judge

1

Exhibit __B__ ,

P.___9__

# EXHIBIT C

## Russell, Jason D (LAC)

| | |
|---|---|
| **From:** | Russell, Jason D (LAC) |
| **Sent:** | Saturday, December 20, 2008 2:43 PM |
| **To:** | 'michaelzeller@quinnemanuel.com' |
| **Subject:** | Fw: Scheduling |

Mike,

I am available to discuss right now. Call me at

Jason

---

**From:** Herrington, Robert J (LAC)
**To:** Russell, Jason D (LAC)
**Sent:** Sat Dec 20 17:40:11 2008
**Subject:** Fw: Scheduling

---

**From:** Michael T Zeller
**To:** Nolan, Thomas J (LAC); Roth, Carl A (LAC); Herrington, Robert J (LAC); 'Jason Armstrong'
**Cc:** John Quinn ; Dylan Proctor ; Jon Corey
**Sent:** Sat Dec 20 17:03:33 2008
**Subject:** Scheduling

Dear counsel, please let us know when you are available to discuss Judge Larson's email.

**Michael T. Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges, LLP.

865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
213-443-3180 Direct
213-443-3000 Main Office Number
310-443-3100 Fax
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This
message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not
the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in
error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error,
please notify us immediately by e-mail, and delete the original message.

----- Original Message -----

From: Stephen_Larson@cacd.uscourts.gov <Stephen_Larson@cacd.uscourts.gov>

To: Thomas J Nolan <Thomas.Nolan@skadden.com>; jason.russell@skadden.com
<jason.russell@skadden.com>; John Quinn; michaelzeller%quinnemanuel@uscmail.dcn <michaelzeller%

Exhibit _C__,
P. _10_

12/23/2008

quinnemanuel@uscmail.dcn>

Cc: Barbara North <barbara_north@cacd.uscourts.gov>; James Holmes <james_holmes@cacd.uscourts.gov>

Sent: Sat Dec 20 13:50:45 2008

Subject: Scheduling issues


Dear Counsel,

I anticipate receiving soon from you a stipulated briefing schedule for the opposition and reply to MGA's request for a stay pending appeal, which briefing schedule I intend to issue by way of a minute order on Monday, December 22. If you reach agreement this weekend, please send me an e-mail indicating to what you have agreed. I also intend to set this matter for hearing on Tuesday, December 30, 2008, at 10:00 a.m. in Courtroom One. As indicated in my most recent minute order, chambers will be dark from December 22 through December 26. Because I will be working from home during this time, please direct any courtesy copies related to the request for stay pending appeal (as well as the objections/preferences regarding the proposed discovery and special masters which are due in camera on December 22) to my residence :


Please confirm receipt of this message. Although I know you will be working hard through the holidays, I do wish each of you, your families, and your colleagues peace and best wishes during this special season and in the new year.

Stephen Larson

Stephen G. Larson

United States District Judge

Exhibit  C
P.  11

# EXHIBIT D

**Russell, Jason D (LAC)**

| | |
|---|---|
| **From:** | Michael T Zeller [michaelzeller@quinnemanuel.com] |
| **Sent:** | Saturday, December 20, 2008 4:21 PM |
| **To:** | Russell, Jason D (LAC) |
| **Cc:** | Dylan Proctor; Jon Corey; Stephen Hauss |
| **Subject:** | RE: Scheduling |
| **Attachments:** | 2739886_Stipulation re Ex Parte Briefing Schedule ( 12_20).DOC |

Jason, following up on our conversation and to keep the ball rolling, I'm attaching a draft stip. with the dates for the briefing that we arrived at in principle.  Please note that I put in a time certain (1 pm) for the Monday, Dec 29 reply so that we'll have time to look at it and do any prep for the hearing the following morning.  I can be flexible on the exact time but of course it is not practicable to be getting it at midnight the night before the morning hearing.  Please let me know if you have any issues on that.

Also, I know both of us are looking into various issues before the agreement on the timing is truly final.  Please let me know when you've been able to confirm the dates we discussed, and of course I'll do the same.

**Michael T. Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges, LLP.

865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
213-443-3180 Direct
213-443-3000 Main Office Number
310-443-3100 Fax
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Russell, Jason D [mailto:Jason.Russell@skadden.com]
**Sent:** Saturday, December 20, 2008 2:43 PM
**To:** Michael T Zeller
**Subject:** Fw: Scheduling

Mike,

I am available to discuss right now. Call me at

Jason

---

**From:** Herrington, Robert J (LAC)
**To:** Russell, Jason D (LAC)
**Sent:** Sat Dec 20 17:40:11 2008
**Subject:** Fw: Scheduling

Exhibit D
P. 12

12/23/2008

**From:** Michael T Zeller
**To:** Nolan, Thomas J (LAC); Roth, Carl A (LAC); Herrington, Robert J (LAC); 'Jason Armstrong'
**Cc:** John Quinn ; Dylan Proctor ; Jon Corey
**Sent:** Sat Dec 20 17:03:33 2008
**Subject:** Scheduling

Dear counsel, please let us know when you are available to discuss Judge Larson's email.

**Michael T. Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges, LLP.

865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
213-443-3180 Direct
213-443-3000 Main Office Number
310-443-3100 Fax
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


----- Original Message -----

From: Stephen_Larson@cacd.uscourts.gov <Stephen_Larson@cacd.uscourts.gov>

To: Thomas J Nolan <Thomas.Nolan@skadden.com>; jason.russell@skadden.com <jason.russell@skadden.com>; John Quinn; michaelzeller%quinnemanuel@uscmail.dcn <michaelzeller%quinnemanuel@uscmail.dcn>

Cc: Barbara North <barbara_north@cacd.uscourts.gov>; James Holmes <james_holmes@cacd.uscourts.gov>

Sent: Sat Dec 20 13:50:45 2008

Subject: Scheduling issues


Dear Counsel,

I anticipate receiving soon from you a stipulated briefing schedule for the opposition and reply to MGA's request for a stay pending appeal, which briefing schedule I intend to issue by way of a minute order on Monday, December 22. If you reach agreement this weekend, please send me an e-mail indicating to what you have agreed. I also intend to set this matter for hearing on Tuesday, December 30, 2008, at 10:00 a.m. in Courtroom One. As indicated in my most recent minute order, chambers will be dark from December 22 through December 26. Because I will be working from home during this time, please direct any courtesy copies related to the request for stay pending appeal (as well as the objections/preferences regarding the proposed discovery and special masters which are due in camera on December 22) to my residence a

Exhibit ___D___,
P. __13__

Please confirm receipt of this message. Although I know you will be working hard through the holidays, I do wish each of you, your families, and your colleagues peace and best wishes during this special season and in the new year.

Stephen Larson

Stephen G. Larson

United States District Judge


--------------------------------------------------------------------------
***************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
***************************************************
***************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
***************************************************
===================================================

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2      (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California  90017-2543
    Telephone:   (213) 443-3000
6   Facsimile:   (213) 443-3100

7   Attorneys for Mattel, Inc.

8

9

10                        UNITED STATES DISTRICT COURT

11                      CENTRAL DISTRICT OF CALIFORNIA

12                              EASTERN DIVISION

13

14   CARTER BRYANT, an individual,      Case No. CV 04-09049 SGL (RNBx)
                                         Consolidated with
15              Plaintiff,               Case No. CV 04-09059
                                         Case No. CV 05-02727
16        vs.
                                         Hon. Stephen G. Larson
17   MATTEL, INC., a Delaware
     corporation,                        FURTHER STIPULATION
18                                       REGARDING BRIEFING
                Defendant.               SCHEDULE FOR MGA'S *EX
19                                       PARTE* APPLICATION FOR STAY
                                         PENDING APPEAL
20   AND CONSOLIDATED CASES
                                         Trial Date (Phase 1):  May 27, 2008
21

22

23

24

25

26

27

28

07209/2739886.1

Exhibit  D  ,
P.  15

STIPULATION REGARDING BRIEFING SCHEDULE

## STIPULATION

WHEREAS, MGA Entertainment, Inc., MGA Entertainment (HK) Ltd and Isaac Larian (the "MGA Parties") filed an *Ex Parte* Application And Motion For Stay Pending Appeal on December 11, 2008 (the "Ex Parte Application"),

WHEREAS, the Ex Parte Application is accompanied by a 25-page memorandum of points and authorities and approximately 16 declarations,

WHEREAS, the Court has scheduled a hearing on the Ex Parte Application for 10 a.m. on Tuesday, December 30, 2008,

WHEREAS, Mattel, Inc. ("Mattel") and the MGA Parties have agreed on a further schedule for the orderly briefing of the issues raised by the Ex Parte Application,

WHEREAS, the parties agree that by stipulating to this briefing schedule neither Mattel nor the MGA Parties waives any rights or arguments of any nature, and further that Mattel will not seek to rely on the stipulated briefing schedule as set forth herein to show a lack of exigency in opposing *ex parte* relief (provided, however, that Mattel reserves all rights to argue or assert any and all other grounds showing lack of exigency);

NOW, THEREFORE, Mattel, on the one hand, and the MGA Parties, on the other hand, by and through their counsel of record, and subject to Court approval, hereby stipulate to the following schedule:

1.     Mattel's Opposition to the MGA Parties' Ex Parte Application shall be filed and served on or before Tuesday, December 23, 2008.

07209/2739886.1

-1-

Exhibit D ,
P. 16

1      2.      MGA's Reply in further support shall be filed and served by or

2  before 1 p.m. on Monday, December 29, 2008.

3

4           IT IS SO STIPULATED.

5

6  DATED:  December 20, 2008        SKADDEN ARPS SLATE MEAGHER &

7                                   FLOM LLP

8

9                                   By _____

10                                      Jason D. Russell

11                                      Attorneys for Counter-Defendants
                                        MGA Entertainment, Inc.,

12                                      Isaac Larian, and MGA
                                        Entertainment (HK) Ltd.

13

14  DATED:  December 20, 2008        QUINN EMANUEL URQUHART OLIVER &

15                                   HEDGES, LLP

16

17                                   By _____

18                                      Michael T. Zeller
                                        Attorneys for Plaintiff

19                                      Mattel, Inc.

20

21

22

23

24

25

26

27

28

07209/2739886.1

-2-

STIPULATION REGARDING BRIEFING SCHEDULE

Exhibit O,
P. 17

# EXHIBIT E

**Russell, Jason D (LAC)**

| | |
|---|---|
| **From:** | Russell, Jason D (LAC) |
| **Sent:** | Saturday, December 20, 2008 6:39 PM |
| **To:** | 'michaelzeller@quinnemanuel.com' |
| **Cc:** | 'dylanproctor@quinnemanuel.com'; 'joncorey@quinnemanuel.com'; 'stephenhauss@quinnemanuel.com' |

**Subject:** Re: Scheduling

Michael,

The stipulation looks fine, except we want until 3 pm on Monday the 29th to file our reply brief. With that change, you have permission to sign and file on MGA's behalf.

I spoke with attorneys at Howard Rice and I understand that they are reaching out to you separately to discuss issues relating to the motion to stay filed in the 9th Circuit.

Finally, let me know when you would like to speak again with respect to the discovery/special master issue. MGA is on-board with proposing to the court that the response to th court's list be deferred to allow the parties to attempt to arrive at a mutually agreeable list of proposed discovery/special masters.

Jason

**From:** Michael T Zeller
**To:** Russell, Jason D (LAC)
**Cc:** Dylan Proctor ; Jon Corey ; Stephen Hauss
**Sent:** Sat Dec 20 19:21:27 2008
**Subject:** RE: Scheduling

Jason, following up on our conversation and to keep the ball rolling, I'm attaching a draft stip. with the dates for the briefing that we arrived at in principle.  Please note that I put in a time certain (1 pm) for the Monday, Dec 29 reply so that we'll have time to look at it and do any prep for the hearing the following morning.  I can be flexible on the exact time but of course it is not practicable to be getting it at midnight the night before the morning hearing.  Please let me know if you have any issues on that.

Also, I know both of us are looking into various issues before the agreement on the timing is truly final.  Please let me know when you've been able to confirm the dates we discussed, and of course I'll do the same.

**Michael T. Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges, LLP.

865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
213-443-3180 Direct
213-443-3000 Main Office Number
310-443-3100 Fax
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

12/23/2008

Exhibit _E_,
P. _18_

**From:** Russell, Jason D [mailto:Jason.Russell@skadden.com]
**Sent:** Saturday, December 20, 2008 2:43 PM
**To:** Michael T Zeller
**Subject:** Fw: Scheduling

Mike,

I am available to discuss right now. Call me at

Jason

**From:** Herrington, Robert J (LAC)
**To:** Russell, Jason D (LAC)
**Sent:** Sat Dec 20 17:40:11 2008
**Subject:** Fw: Scheduling

**From:** Michael T Zeller
**To:** Nolan, Thomas J (LAC); Roth, Carl A (LAC); Herrington, Robert J (LAC); 'Jason Armstrong'
**Cc:** John Quinn ; Dylan Proctor ; Jon Corey
**Sent:** Sat Dec 20 17:03:33 2008
**Subject:** Scheduling

Dear counsel, please let us know when you are available to discuss Judge Larson's email.

**Michael T. Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges, LLP.

865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
213-443-3180 Direct
213-443-3000 Main Office Number
310-443-3100 Fax
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

----- Original Message -----

From: Stephen_Larson@cacd.uscourts.gov <Stephen_Larson@cacd.uscourts.gov>

To: Thomas J Nolan <Thomas.Nolan@skadden.com>; jason.russell@skadden.com <jason.russell@skadden.com>; John Quinn; michaelzeller%quinnemanuel@uscmail.dcn <michaelzeller% quinnemanuel@uscmail.dcn>

Cc: Barbara North <barbara_north@cacd.uscourts.gov>; James Holmes <james_holmes@cacd.uscourts.gov>

Exhibit E
P. 19

Sent: Sat Dec 20 13:50:45 2008

Subject: Scheduling issues

Dear Counsel,

I anticipate receiving soon from you a stipulated briefing schedule for the opposition and reply to MGA's request for a stay pending appeal, which briefing schedule I intend to issue by way of a minute order on Monday, December 22. If you reach agreement this weekend, please send me an e-mail indicating to what you have agreed. I also intend to set this matter for hearing on Tuesday, December 30, 2008, at 10:00 a.m. in Courtroom One. As indicated in my most recent minute order, chambers will be dark from December 22 through December 26. Because I will be working from home during this time, please direct any courtesy copies related to the request for stay pending appeal (as well as the objections/preferences regarding the proposed discovery and special masters which are due in camera on December 22) to my residence .

Please confirm receipt of this message. Although I know you will be working hard through the holidays, I do wish each of you, your families, and your colleagues peace and best wishes during this special season and in the new year.

Stephen Larson

Stephen G. Larson

United States District Judge

--------------------------------------------------------------------------------
*************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*************************************************
*************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*************************************************
==============================================================

Exhibit E ,
P. 20

# EXHIBIT F

**Russell, Jason D (LAC)**

| | |
|---|---|
| **From:** | Michael T Zeller [michaelzeller@quinnemanuel.com] |
| **Sent:** | Saturday, December 20, 2008 7:00 PM |
| **To:** | Russell, Jason D (LAC) |
| **Subject:** | Re: Scheduling |

Ok. I give. But I want to receive the brief by email as soon as it is out the door on its way to Riverside if it before 3. Deal?

Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017

Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100

E-mail: michaelzeller@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Russell, Jason D
**To:** Michael T Zeller
**Sent:** Sat Dec 20 18:55:07 2008
**Subject:** Re: Scheduling

Michael,

I am not trying to be difficult but we need until 3 pm because of the availability of key people who will be signing off on the brief and I am concerned that 2 is cutting it too close. If we can file earlier (and I certainly hope we can), then we will.

Jason

**From:** Michael T Zeller
**To:** Russell, Jason D (LAC)
**Cc:** Dylan Proctor ; Jon Corey ; Stephen Hauss
**Sent:** Sat Dec 20 21:45:18 2008
**Subject:** Re: Scheduling

Let's split the diff at 2 pm? Sorry to be nit picking but we need time to look over and prep for the hearing re your reply.

Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP

Exhibit  F  ,
P.  21

865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017

Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100

E-mail: michaelzeller@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Russell, Jason D
**To:** Michael T Zeller
**Cc:** Dylan Proctor; Jon Corey; Stephen Hauss
**Sent:** Sat Dec 20 18:38:56 2008
**Subject:** Re: Scheduling

Michael,

The stipulation looks fine, except we want until 3 pm on Monday the 29th to file our reply brief. With that change, you have permission to sign and file on MGA's behalf.

I spoke with attorneys at Howard Rice and I understand that they are reaching out to you separately to discuss issues relating to the motion to stay filed in the 9th Circuit.

Finally, let me know when you would like to speak again with respect to the discovery/special master issue. MGA is on-board with proposing to the court that the response to th court's list be deferred to allow the parties to attempt to arrive at a mutually agreeable list of proposed discovery/special masters.

Jason

---

**From:** Michael T Zeller
**To:** Russell, Jason D (LAC)
**Cc:** Dylan Proctor ; Jon Corey ; Stephen Hauss
**Sent:** Sat Dec 20 19:21:27 2008
**Subject:** RE: Scheduling

Jason, following up on our conversation and to keep the ball rolling, I'm attaching a draft stip, with the dates for the briefing that we arrived at in principle. Please note that I put in a time certain (1 pm) for the Monday, Dec 29 reply so that we'll have time to look at it and do any prep for the hearing the following morning. I can be flexible on the exact time but of course it is not practicable to be getting it at midnight the night before the morning hearing. Please let me know if you have any issues on that.

Also, I know both of us are looking into various issues before the agreement on the timing is truly final. Please let me know when you've been able to confirm the dates we discussed, and of course I'll do the same.

**Michael T. Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges, LLP.

865 S. Figueroa St., 10th Floor

Exhibit _F__
P. _22_

12/23/2008

Los Angeles, CA 90017
213-443-3180 Direct
213-443-3000 Main Office Number
310-443-3100 Fax
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Russell, Jason D [mailto:Jason.Russell@skadden.com]
**Sent:** Saturday, December 20, 2008 2:43 PM
**To:** Michael T Zeller
**Subject:** Fw: Scheduling

Mike,

I am available to discuss right now. Call me at

Jason

**From:** Herrington, Robert J (LAC)
**To:** Russell, Jason D (LAC)
**Sent:** Sat Dec 20 17:40:11 2008
**Subject:** Fw: Scheduling

**From:** Michael T Zeller
**To:** Nolan, Thomas J (LAC); Roth, Carl A (LAC); Herrington, Robert J (LAC); 'Jason Armstrong'
**Cc:** John Quinn ; Dylan Proctor ; Jon Corey
**Sent:** Sat Dec 20 17:03:33 2008
**Subject:** Scheduling

Dear counsel, please let us know when you are available to discuss Judge Larson's email.

**Michael T. Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges, LLP.

865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
213-443-3180 Direct
213-443-3000 Main Office Number
310-443-3100 Fax
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Exhibit F
P. 23

----- Original Message -----

From: Stephen_Larson@cacd.uscourts.gov <Stephen_Larson@cacd.uscourts.gov>

To: Thomas J Nolan <Thomas.Nolan@skadden.com>; jason.russell@skadden.com <jason.russell@skadden.com>; John Quinn; michaelzeller%quinnemanuel@uscmail.dcn <michaelzeller%quinnemanuel@uscmail.dcn>

Cc: Barbara North <barbara_north@cacd.uscourts.gov>; James Holmes <james_holmes@cacd.uscourts.gov>

Sent: Sat Dec 20 13:50:45 2008

Subject: Scheduling issues


Dear Counsel,

I anticipate receiving soon from you a stipulated briefing schedule for the opposition and reply to MGA's request for a stay pending appeal, which briefing schedule I intend to issue by way of a minute order on Monday, December 22. If you reach agreement this weekend, please send me an e-mail indicating to what you have agreed. I also intend to set this matter for hearing on Tuesday, December 30, 2008, at 10:00 a.m. in Courtroom One. As indicated in my most recent minute order, chambers will be dark from December 22 through December 26. Because I will be working from home during this time, please direct any courtesy copies related to the request for stay pending appeal (as well as the objections/preferences regarding the proposed discovery and special masters which are due in camera on December 22) to my residence

Please confirm receipt of this message. Although I know you will be working hard through the holidays, I do wish each of you, your families, and your colleagues peace and best wishes during this special season and in the new year.

Stephen Larson

Stephen G. Larson

United States District Judge


--------------------------------------------------------------------------------
*****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*****************************************************
*****************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and

Exhibit F
P. 24

12/23/2008

may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
===================================================================================

-------------------------------------------------------------------
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
===================================================================================

-------------------------------------------------------------------
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Exhibit _F_
P. _25_

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
**********************************************

================================================================================

Exhibit F
P. 26



# EXHIBIT G

**Russell, Jason D (LAC)**

| | |
|---|---|
| **From:** | Michael T Zeller [michaelzeller@quinnemanuel.com] |
| **Sent:** | Saturday, December 20, 2008 8:10 PM |
| **To:** | 'Stephen_Larson@cacd.uscourts.gov' |
| **Cc:** | John Quinn; Nolan, Thomas J (LAC); Russell, Jason D (LAC); 'James_Holmes@cacd.uscourts.gov'; 'barbara_north@cacd.uscourts.gov' |
| **Subject:** | Stipulation re Schedule |
| **Attachments:** | Stipulation re Ex Parte Briefing Schedule ( 12_20).pdf; Proposed Order re Stipulation re Ex Parte Briefing Schedule (12_20).pdf; Notice of E-Filing of Stip re Ex Parte Briefing Schedule.pdf |

Dear Judge Larson, pursuant to your earlier email, attached please find a stipulation of the parties and proposed order for the briefing on MGA's ex parte stay application. We also have efiled these documents. The parties' stipulation, subject to Your Honor's approval, has Mattel submitting its opposition on or before Tuesday, December 23, and MGA submitting any reply before or by 3 pm on December 29.

Please let us know if you have require anything further or if we can be of further assistance on this.

Wishing you and your family the best for the holidays,

Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017

Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100

E-mail: michaelzeller@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Stephen Hauss
**To:** Michael T Zeller
**Sent:** Sat Dec 20 19:37:30 2008
**Subject:**

Stephen Hauss
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3436

Exhibit _G_,
P. _27_

12/23/2008

Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  stephenhauss@quinnemanuel.com
Web:  www.quinnemanuel.com

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2     (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
6   Facsimile: (213) 443-3100

7   Attorneys for Mattel, Inc.

8

9

10                  UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12                        EASTERN DIVISION

13   | CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) |
14   |                               | Consolidated with               |
     |          Plaintiff,           | Case No. CV 04-09059            |
15   |                               | Case No. CV 05-02727            |
     |            vs.                |                                 |
16   |                               | Hon. Stephen G. Larson          |
     | MATTEL, INC., a Delaware      |                                 |
17   | corporation,                  | FURTHER STIPULATION             |
     |                               | REGARDING BRIEFING              |
18   |          Defendant.           | SCHEDULE FOR MGA'S *EX*         |
     |                               | *PARTE* APPLICATION FOR STAY    |
19   |                               | PENDING APPEAL                  |
20   | AND CONSOLIDATED CASES        | Trial Date (Phase 1): May 27, 2008 |
21

22

23

24

25

26

27

28

07209/2739886.1

─────────────────────────────────────────
                                  STIPULATION REGARDING BRIEFING SCHEDULE

Exhibit G ,
P. 29

## STIPULATION

WHEREAS, MGA Entertainment, Inc., MGA Entertainment (HK) Ltd and Isaac Larian (the "MGA Parties") filed an *Ex Parte* Application And Motion For Stay Pending Appeal on December 11, 2008 (the "Ex Parte Application"),

WHEREAS, the Ex Parte Application is accompanied by a 25-page memorandum of points and authorities and approximately 16 declarations,

WHEREAS, the Court has scheduled a hearing on the Ex Parte Application for 10 a.m. on Tuesday, December 30, 2008,

WHEREAS, Mattel, Inc. ("Mattel") and the MGA Parties have agreed on a further schedule for the orderly briefing of the issues raised by the Ex Parte Application,

WHEREAS, the parties agree that by stipulating to this briefing schedule neither Mattel nor the MGA Parties waives any rights or arguments of any nature, and further that Mattel will not seek to rely on the stipulated briefing schedule as set forth herein to show a lack of exigency in opposing *ex parte* relief (provided, however, that Mattel reserves all rights to argue or assert any and all other grounds showing lack of exigency);

NOW, THEREFORE, Mattel, on the one hand, and the MGA Parties, on the other hand, by and through their counsel of record, and subject to Court approval, hereby stipulate to the following schedule:

1.  Mattel's Opposition to the MGA Parties' Ex Parte Application shall be filed and served on or before Tuesday, December 23, 2008.

07209/2739886.1

-1-

Exhibit ___G__
P. ___30__

1         2.     MGA's Reply in further support shall be filed and served by or

2 before 3 p.m. on Monday, December 29, 2008.

3

4         IT IS SO STIPULATED.

5

6 DATED: December 20, 2008     SKADDEN ARPS SLATE MEAGHER &

7                        FLOM LLP

8

9               By _Jason D. Russell by: SH w/ authorization_

10                  Jason D. Russell

                   Attorneys for Counter-Defendants

11                  MGA Entertainment, Inc.,

                   Isaac Larian, and MGA

12                  Entertainment (HK) Ltd.

13

14 DATED: December 20, 2008     QUINN EMANUEL URQUHART OLIVER &

                       HEDGES, LLP

15

16               By _Michael T. Zeller by: SH_

17                  Michael T. Zeller

18                  Attorneys for Plaintiff

                   Mattel, Inc.

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION REGARDING BRIEFING SCHEDULE

Exhibit _G_ ,
P. _31_

# EXHIBIT H

**Russell, Jason D (LAC)**

| | |
|---|---|
| **From:** | Michael T Zeller [michaelzeller@quinnemanuel.com] |
| **Sent:** | Sunday, December 21, 2008 10:55 AM |
| **To:** | 'dwinthrop@howardrice.com' |
| **Cc:** | Russell, Jason D (LAC); 'jfalk@howardrice.com' |
| **Subject:** | Re: MGA v. Mattel |

I see. I was expecting an answer to the question re withdrawal, which I now have. Thanks.

Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017

Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100

E-mail: michaelzeller@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Douglas A. Winthrop
**To:** Michael T Zeller
**Cc:** jrussell@skadden.com ; Jerome B. Falk, Jr.
**Sent:** Sun Dec 21 10:50:51 2008
**Subject:** Re: MGA v. Mattel

Mike-- Thanks for your email. With respect to your statement, "I don't know what you mean by I hadn't gotten back to you[,]" I left you a voicemail on your office number at 5:41pm on Saturday (according to my cell phone log) asking you to call me back and giving you my personal cell number so you could reach me without difficulty over the weekend. I then followed that up three minutes later with the email copied below again giving you my personal cell number and inviting you to call me.

I expected you to call me. You didn't. That's what I meant.

Doug

*******************

Mike-- Jason said you wanted to talk to us. Just tried your office. Went into vmail. Feel free to give me a call on my cell phone:

Doug

**From:** Michael T Zeller

Exhibit H
P. 32

12/23/2008

**To:** Douglas A. Winthrop
**Cc:** 'jrussell@skadden.com' ; Jerome B. Falk, Jr.
**Sent:** Sun Dec 21 10:20:58 2008
**Subject:** Re: MGA v. Mattel

I don't know what you mean by I hadn't gotten back to you. MGA was supposed to provided yesterday an answer to a question -- whether MGA would be withdrawing its inappropriate Ninth Circuit filings -- but that I received no substantive answer about until now. Your proposed briefing schedule on the purported merits of the petition seeks to burden us over the holidays and is the consequence of MGA's delays since December 3. It is not reasonable.


Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017

Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100

E-mail: michaelzeller@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Douglas A. Winthrop
**To:** Michael T Zeller
**Cc:** jrussell@skadden.com ; Jerome B. Falk, Jr.
**Sent:** Sun Dec 21 09:57:51 2008
**Subject:** Re: MGA v. Mattel

Mike-- It's now Sunday morning and I haven't heard back from you. I understand from Jason that you were interested in learning whether we would withraw the Motion for Stay in the Court of Appeals (the "Motion"). The answer is no. As set out in our papers, we must have a stay in place by Dec. 31 and therefore cannot wait until the District Court's ruling on December 30 before proceeding in the Court of Appeals. We would, however, be willing to agree to a briefing schedule in the Ninth Circuit. We propose that you have until close of business on December 26 for your opposition to our Motion and we have until close of business on December 29 for our reply. Please let me know if you will agree to this briefing schedule.

Thanks.

Doug

---

**From:** Douglas A. Winthrop
**To:** 'michaelzeller@quinnemanuel.com'
**Cc:** 'jrussell@skadden.com' ; Jerome B. Falk, Jr.
**Sent:** Sat Dec 20 17:45:56 2008
**Subject:** Re: MGA v. Mattel

Mike-- Jason said you wanted to talk to us. Just tried your office. Went into vmail. Feel free to give me a call on my cell phone:

Exhibit  H  ,
P.  33

Doug

---

**From:** Michael T Zeller
**To:** Douglas A. Winthrop
**Sent:** Sat Dec 20 14:06:55 2008
**Subject:** Re: MGA v. Mattel

Thanks.

Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017

Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100

E-mail: michaelzeller@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Douglas A. Winthrop
**To:** Michael T Zeller
**Sent:** Sat Dec 20 14:05:36 2008
**Subject:** Re: MGA v. Mattel

Delivered this morning at 10:30am to John Quinn (though no signature on the web tracking page). Tracking no. is 796202315564.

---

**From:** Michael T Zeller
**To:** Douglas A. Winthrop
**Sent:** Sat Dec 20 13:50:41 2008
**Subject:** RE: MGA v. Mattel

I didn't see anything from Fed Ex that had been delivered here, though that could be because they had nothing else to drop or else because everything else had already been distributed.

**Michael T. Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges, LLP

865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
213-443-3180 Direct
213-443-3000 Main Office Number
310-443-3100 Fax
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

Exhibit H,
P. 34

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Douglas A. Winthrop [mailto:dwinthrop@howardrice.com]
**Sent:** Saturday, December 20, 2008 1:49 PM
**To:** Michael T Zeller
**Subject:** Re: MGA v. Mattel

Just left a message for my secretary at home. I will let you know as soon I hear anything. Has Fed Ex already been at your firm today?

**From:** Michael T Zeller
**To:** Douglas A. Winthrop
**Sent:** Sat Dec 20 13:25:59 2008
**Subject:** RE: MGA v. Mattel

Doug, no sign yet of the hard copy appendix/exhibits.  Could you please send us the courier and tracking number info so we can locate it?  Thanks.

**Michael T. Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges, LLP.

865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
213-443-3180 Direct
213-443-3000 Main Office Number
310-443-3100 Fax
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Michael T Zeller
**Sent:** Friday, December 19, 2008 6:30 PM
**To:** 'Douglas A. Winthrop'
**Subject:** RE: MGA v. Mattel

thanks

**Michael T. Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges, LLP.

865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Exhibit H
P. 35

12/23/2008

213-443-3180 Direct
213-443-3000 Main Office Number
310-443-3100 Fax
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Douglas A. Winthrop [mailto:dwinthrop@howardrice.com]
**Sent:** Friday, December 19, 2008 6:09 PM
**To:** Michael T Zeller
**Subject:** Fw: MGA v. Mattel

Here you go.

**From:** Phyllis Montoya
**To:** Douglas A. Winthrop
**Sent:** Fri Dec 19 17:23:06 2008
**Subject:** MGA v. Mattel

Attached are PDFs of the motions that you may want to send to opposing counsel and co-counsel.

This message and any files or text attached to it are intended only for the recipients named above, and contain information that may be confidential or privileged. If you are not an intended recipient, you must not read, copy, use or disclose this communication. Please also notify the sender by replying to this message, and then delete all copies of it from your system. Thank you.

This message and any files or text attached to it are intended only for the recipients named above, and contain information that may be confidential or privileged. If you are not an intended recipient, you must not read, copy, use or disclose this communication. Please also notify the sender by replying to this message, and then delete all copies of it from your system. Thank you.

This message and any files or text attached to it are intended only for the recipients named above, and contain information that may be confidential or privileged. If you are not an intended recipient, you must not read, copy, use or disclose this communication. Please also notify the sender by replying to this message, and then delete all copies of it from your system. Thank you.

Exhibit  H  ,
P.  36

12/23/2008

This message and any files or text attached to it are intended only for the recipients named above, and contain information that may be confidential or privileged. If you are not an intended recipient, you must not read, copy, use or disclose this communication. Please also notify the sender by replying to this message, and then delete all copies of it from your system. Thank you.

This message and any files or text attached to it are intended only for the recipients named above, and contain information that may be confidential or privileged. If you are not an intended recipient, you must not read, copy, use or disclose this communication. Please also notify the sender by replying to this message, and then delete all copies of it from your system. Thank you.

Exhibit H
P. 37

# EXHIBIT I

## Russell, Jason D (LAC)

| | |
|---|---|
| **From:** | Michael T Zeller [michaelzeller@quinnemanuel.com] |
| **Sent:** | Sunday, December 21, 2008 1:39 PM |
| **To:** | Russell, Jason D (LAC) |
| **Cc:** | Nolan, Thomas J (LAC) |
| **Subject:** | RE: MGA v. Mattel |

Thanks for the response. I don't agree with most of what you say here, nor to be clear am I reneging on anything. We will see where this goes, but I think you have my view and do agree with your at least implicit point that we can leave this for now since it is all prospective.


Michael T. Zeller

Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: michaelzeller@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


**From:** Russell, Jason D [mailto:Jason.Russell@skadden.com]
**Sent:** Sunday, December 21, 2008 1:33 PM
**To:** Michael T Zeller
**Cc:** Nolan, Thomas J (LAC)
**Subject:** Re: MGA v. Mattel

Michael,

I am not sure what you want me to do nor do I see any reason why the schedule we agreed to should be modified. Howard Rice proposed a schedule for the 9th Circuit motion to stay. You rejected it. We cannot impose anything on Mattel. None of this is remotely relevant to the schedule in front of Judge Larson, where you knew (because I told you) that MGA would not be withdrawing its 9th Circuit motion when we agreed to the schedule.

Moreover, the situations are completely dissimilar and you know it. Mattel has had MGA's motion to stay in the District Court for 10 days already and was, as we both know, done with its opposition when the court vacated the briefing schedule less than four hours from when Mattel had to file. (To the extent you maintain you needed to share the under seal declarations with your client, those declarations were re-designated, with 3 minor exceptions, on Friday.) Nevertheless, Mattel is going to get several more days to finalize its opposition. Thus, MGA will receive Mattel's brief, as a practical matter, on Christmas Eve and will have obvious logistical issues in reaching witnesses needed to respond to new arguments that Mattel intends to raise.

Exhibit I ,
P. 38

In contrast, in the 9th Circuit, under the schedule proposed by MGA's appellate counsel, Mattel will have a week to respond to the motion, which essentially mirrors a motion that Mattel has had since December 11th so I fail to see the hardship other than working on Christmas, which I sincerely regret. (And while it is 50 pages, much of that is procedural history, not argument.) But given the exigency of the situation, where MGA needs a ruling from the 9th Circuit by Dec. 31, the schedule proposed by Howard Rice seems like the only workable schedule.

Again, I sympathize with requiring anyone to work this week but MGA faces extinction and so I believe the schedule we agreed to and submitted to Judge Larson is fair and just. If you wish to try and renege on a schedule you agreed to, that is your decision and says something to me about you. I would not do so if I were in your position.

Jason

---

**From:** Michael T Zeller
**To:** Russell, Jason D (LAC)
**Sent:** Sun Dec 21 15:49:21 2008
**Subject:** RE: MGA v. Mattel

I find this troubling.  This is not a matter of negotiation.  This is a matter of facts and fairness.  As you surely know, we have the same issues of client access, etc. during the holiday week.  If MGA insists on the 26th as our due date for a by far more substantial filing, we will at a bare minimum raise the matter with Judge Larson as to MGA's briefing schedule before him.

---

**From:** Russell, Jason D [mailto:Jason.Russell@skadden.com]
**Sent:** Sunday, December 21, 2008 10:59 AM
**To:** Michael T Zeller
**Subject:** Re: MGA v. Mattel

Michael,

I cannot speak to the negotiations between you and Doug re the 9th Circuit but I asked for what I needed given my access to clients and potential affiants over the holiday week. As I said, if I can get you the brief sooner, I will but 3 pm is what we agreed to and I see no reason why one schedule impacts the other as to the timing of the reply in the District Court.

Jason

---

**From:** Michael T Zeller
**To:** Russell, Jason D (LAC)
**Sent:** Sun Dec 21 13:53:27 2008
**Subject:** Re: MGA v. Mattel

Jason, given that MGA apparently thinks Mattel can and must be filing a response to a 50 page brief on the day after Christmas, is it now MGA's position that it still can't get its 12 page reply to Judge Larson until 3pm on the 29th? Is MGA now agreeing to serve its reply on the 26th? Fair is fair.

Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017

Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100

Exhibit  I ,
P.  39

E-mail: michaelzeller@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the
recipient(s) named above. This message may be an attorney-client communication and/or work product and as
such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible
for delivering it to the intended recipient, you are hereby notified that you have received this document in error
and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have
received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Michael T Zeller
**To:** 'dwinthrop@howardrice.com'
**Cc:** 'jrussell@skadden.com' ; 'jfalk@howardrice.com'
**Sent:** Sun Dec 21 10:20:58 2008
**Subject:** Re: MGA v. Mattel

I don't know what you mean by I hadn't gotten back to you. MGA was supposed to provided yesterday an answer
to a question -- whether MGA would be withdrawing its inappropriate Ninth Circuit filings -- but that I received no
substantive answer about until now. Your proposed briefing schedule on the purported merits of the petition seeks
to burden us over the holidays and is the consequence of MGA's delays since December 3. It is not reasonable.

Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017

Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100

E-mail: michaelzeller@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the
recipient(s) named above. This message may be an attorney-client communication and/or work product and as
such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible
for delivering it to the intended recipient, you are hereby notified that you have received this document in error
and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have
received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Douglas A. Winthrop
**To:** Michael T Zeller
**Cc:** jrussell@skadden.com ; Jerome B. Falk, Jr.
**Sent:** Sun Dec 21 09:57:51 2008
**Subject:** Re: MGA v. Mattel

Mike-- It's now Sunday morning and I haven't heard back from you. I understand from Jason that you were
interested in learning whether we would withdraw the Motion for Stay in the Court of Appeals (the "Motion"). The
answer is no. As set out in our papers, we must have a stay in place by Dec. 31 and therefore cannot wait until
the District Court's ruling on December 30 before proceeding in the Court of Appeals. We would, however, be
willing to agree to a briefing schedule in the Ninth Circuit. We propose that you have until close of business on
December 26 for your opposition to our Motion and we have until close of business on December 29 for our reply.
Please let me know if you will agree to this briefing schedule.

Thanks.

Exhibit I,
P. 40

12/23/2008

Doug

---

**From:** Douglas A. Winthrop
**To:** 'michaelzeller@quinnemanuel.com'
**Cc:** 'jrussell@skadden.com' ; Jerome B. Falk, Jr.
**Sent:** Sat Dec 20 17:45:56 2008
**Subject:** Re: MGA v. Mattel

Mike-- Jason said you wanted to talk to us. Just tried your office. Went into vmail. Feel free to give me a call on my cell phone:

Doug

---

**From:** Michael T Zeller
**To:** Douglas A. Winthrop
**Sent:** Sat Dec 20 14:06:55 2008
**Subject:** Re: MGA v. Mattel

Thanks.

Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017

Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100

E-mail: michaelzeller@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Douglas A. Winthrop
**To:** Michael T Zeller
**Sent:** Sat Dec 20 14:05:36 2008
**Subject:** Re: MGA v. Mattel

Delivered this morning at 10:30am to John Quinn (though no signature on the web tracking page). Tracking no. is 796202315564.

---

**From:** Michael T Zeller
**To:** Douglas A. Winthrop
**Sent:** Sat Dec 20 13:50:41 2008
**Subject:** RE: MGA v. Mattel

Exhibit I ,
P. 41

12/23/2008

I didn't see anything from Fed Ex that had been delivered here, though that could be because they had nothing else to drop or else because everything else had already been distributed.

**Michael T. Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges, LLP.

865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
213-443-3180 Direct
213-443-3000 Main Office Number
310-443-3100 Fax
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Douglas A. Winthrop [mailto:dwinthrop@howardrice.com]
**Sent:** Saturday, December 20, 2008 1:49 PM
**To:** Michael T Zeller
**Subject:** Re: MGA v. Mattel

Just left a message for my secretary at home. I will let you know as soon I hear anything. Has Fed Ex already been at your firm today?

---

**From:** Michael T Zeller
**To:** Douglas A. Winthrop
**Sent:** Sat Dec 20 13:25:59 2008
**Subject:** RE: MGA v. Mattel

Doug, no sign yet of the hard copy appendix/exhibits. Could you please send us the courier and tracking number info so we can locate it? Thanks.

**Michael T. Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges, LLP.

865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
213-443-3180 Direct
213-443-3000 Main Office Number
310-443-3100 Fax
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Michael T Zeller

Exhibit I,
P. 42

**Sent:** Friday, December 19, 2008 6:30 PM
**To:** 'Douglas A. Winthrop'
**Subject:** RE: MGA v. Mattel

thanks

**Michael T. Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges, LLP.

865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
213-443-3180 Direct
213-443-3000 Main Office Number
310-443-3100 Fax
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Douglas A. Winthrop [mailto:dwinthrop@howardrice.com]
**Sent:** Friday, December 19, 2008 6:09 PM
**To:** Michael T Zeller
**Subject:** Fw: MGA v. Mattel

Here you go.

**From:** Phyllis Montoya
**To:** Douglas A. Winthrop
**Sent:** Fri Dec 19 17:23:06 2008
**Subject:** MGA v. Mattel

Attached are PDFs of the motions that you may want to send to opposing counsel and co-counsel.

This message and any files or text attached to it are intended only for
the recipients named above, and contain information that may be
confidential or privileged. If you are not an intended recipient, you
must not read, copy, use or disclose this communication. Please also
notify the sender by replying to this message, and then delete all
copies of it from your system. Thank you.

This message and any files or text attached to it are intended only for
the recipients named above, and contain information that may be
confidential or privileged. If you are not an intended recipient, you
must not read, copy, use or disclose this communication. Please also
notify the sender by replying to this message, and then delete all
copies of it from your system. Thank you.

Exhibit _I_
P. _43_

This message and any files or text attached to it are intended only for the recipients named above, and contain information that may be confidential or privileged. If you are not an intended recipient, you must not read, copy, use or disclose this communication. Please also notify the sender by replying to this message, and then delete all copies of it from your system. Thank you.

This message and any files or text attached to it are intended only for the recipients named above, and contain information that may be confidential or privileged. If you are not an intended recipient, you must not read, copy, use or disclose this communication. Please also notify the sender by replying to this message, and then delete all copies of it from your system. Thank you.

---
**************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
**************************************************
**************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
**************************************************
==================================================

---
**************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

12/23/2008

Exhibit I ,
P. 44 .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
=============================================================================

# EXHIBIT J

## Russell, Jason D (LAC)

| | |
|---|---|
| **From:** | Russell, Jason D (LAC) |
| **Sent:** | Monday, December 22, 2008 5:20 PM |
| **To:** | 'Jon Corey' |
| **Cc:** | Nolan, Thomas J (LAC); Michael T Zeller; Howard Rice - Jerry Falk; 'Douglas A. Winthrop' |
| **Subject:** | RE: Mattel v. MGA Entertainment |

Dear Jon,

MGA does not agree to modify the schedule that the parties negotiated and the Court entered and would oppose any ex parte application seeking to renege on the parties' agreement.  While I see absolutely no basis for Mattel to seek ex parte relief (but do see a number of issues with Mattel's failure to address this issue sooner and its waiver of any right to complain), if Mattel actually intends to pursue such relief, please be sure to include this response, as well as the correspondence between myself and Mr. Zeller over the weekend so that the Court can seek the fact that any application seeking to renegotiate the schedule has no merit.

As you know, or Mr. Zeller can explain to you, the schedule submitted to (and approved by) the Court was made with full knowledge of the pendency of MGA's motion to stay before the 9th Circuit and the fact that MGA would not be withdrawing that petition.  I specifically told Mr. Zeller that MGA would not be withdrawing the petition and attorney's at Howard Rice confirmed that over the weekend at the same time that they told Mr. Zeller they intended to propose the very schedule that the Ninth Circuit has now endorsed.  The facts that led to the parties' agreement have not changed since the scheduling stipulation was filed and I see no basis for Mattel's desire to renege now other than an infantile desire to make MGA's attorneys work on Christmas Day and to prejudice the ability of MGA to obtain critical affidavits.  I note that your e-mail does NOT say that the 9th Circuit's schedule has any impact on Mattel's ability to complete its opposition to MGA's motion to stay before Judge Larson (nor did Mr. Zeller make such a claim when we discussed the schedule Saturday or yesterday).  And for good reason; as we both know, Mattel's opposition was done last week when Judge Larson vacated the deadline to file Mattel's opposition mere hours before it was due.  Moreover, any such argument would be absurd because Mattel has now had MGA's brief for almost two weeks, ample time under any measure to finalize a response.  As such, it obviously matters not at all to Mattel when MGA files its REPLY brief as Mattel has no right to reply to that brief and would not be able to utilize the contents of that reply brief in anything filed in the Ninth Circuit (or before Judge Larson) even if your proposed scheduling change were made given the fact that Mattel's 9th Circuit Opposition is due on Friday.  (Your failure even to suggest that Mattel actually needs MGA's reply brief sooner, much less offer any principled argument for such a notion speaks volumes about the true motives behind your "insistence" that MGA to file its reply brief sooner.)  Moreover, as I explained to Mr. Zeller when we negotiated the schedule, MGA needs the time it sought (and that Mattel STIPULATED TO) because it must seek out witnesses to respond to anticipated arguments from Mattel that will appear for the first time in the opposition.  As a practical matter, MGA will receive Mattel's opposition on Christmas Eve and plainly will need time to review it and consider what factual evidence it needs to submit in response.  (Your ex parte on the designation issue, where Mattel took several days to reach the same conclusions proves this point nicely.)  Thus, MGA will have the day after Christmas and a few hours on Monday morning to track down witnesses and get their signatures on a motion that is literally the lifeblood of the company.  Moving the schedule back from Monday to Friday means that MGA will effectively have a few hours (the day after Christmas) to get signatures on vital affidavits.  (And, unlike Mattel, we will not have had the benefit of seeing Mattel's arguments for weeks before we have to prepare a response.)  There is absolutely no justification for inflicting this sort of grave prejudice on MGA and, as your e-mail makes abundantly clear with its complete absence of justification, Mattel has provided absolutely no reason whatsoever for reneging on a deal it struck.

While I certainly understand that Mattel is unhappy with the schedule issued by the 9th Circuit, that schedule has nothing to do with the briefing before the District Court and your e-mail provides no basis for modifying a schedule that was negotiated among the parties with knowledge of the fact that Mattel likely would have to prepare briefing in the 9th Circuit this week.  As I explained to Mr. Zeller, it was certainly never our intention to have anyone work over the holidays if that was avoidable.  Unfortunately, at this point, given the exigent circumstances and with the very survival of MGA at stake, it is a regrettable reality that briefing before the Ninth Circuit must occur this week.  Obviously, the Ninth Circuit felt the same way when it reviewed the situation and set a briefing schedule.  If Mattel

Exhibit ℐ,
P. 46

does not like that schedule, its remedy is to go to the Ninth Circuit and seek a modification, explaining why it cannot respond to a brief that makes arguments that Mattel will have known of (by week's end) for almost three weeks.  But in all events, Mattel's unhappiness with the Ninth Circuit schedule does not justify trying to accelerate MGA's filing of a reply brief before Judge Larson and you know that full well.  I trust that, upon reflection, you will reconsider your ill-advised position and adhere to the bargain that the parties negotiated and that the Court endorsed.

Very truly yours,

Jason D. Russell
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave., Suite 3400
Los Angeles, California 90071-3144
Tel: (213) 687-5328
Fax: (213) 687-5600
e-mail: jrussell@skadden.com

**From:** Jon Corey [mailto:joncorey@quinnemanuel.com]
**Sent:** Monday, December 22, 2008 4:13 PM
**To:** Russell, Jason D (LAC)
**Cc:** Nolan, Thomas J (LAC); Michael T Zeller
**Subject:** Mattel v. MGA Entertainment

Jason,

In light of the 9th Circuit's requirement that Mattel respond to MGA's 50-page emergency motion on the merits by Friday, December 26, 2008, Mattel must insist that the MGA Parties file and serve their 12-page reply to Mattel's much shorter opposition to the MGA Parties ex parte application by the same date.  If the MGA Parties do not agree, then Mattel will apply ex parte today for an order compelling the MGA parties to do so.  Please let me know whether MGA agrees, and I will provide a stipulation amending the prior briefing schedule, or if not, whether MGA will oppose Mattel's ex parte application.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  joncorey@quinnemanuel.com
Web:  www.quinnemanuel.com


The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.