QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

**DENIED BY ORDER OF STEPHEN G. LARSON UNITED STATES DISTRICT JUDGE ON 12-24-2008**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S *EX PARTE* APPLICATION FOR AMENDMENT OF THE BRIEFING SCHEDULE REGARDING THE MGA PARTIES' *EX PARTE* APPLICATION AND MOTION TO STAY PENDING APPEAL |

# [PROPOSED] ORDER

Based on the concurrently filed Mattel, Inc.'s *Ex Parte* Application for Amendment of the Briefing Schedule Regarding the MGA Parties' *Ex Parte* Application and Motion for Stay Pending Appeal, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The stipulated date for the MGA Parties' reply in support of their *Ex Parte* Application and Motion for Stay Pending Appeal is hereby vacated. MGA shall file and serve (personally or by electronic mail) its reply in this Court no later than December 26, 2008.

DATED:            , 2008   _____
                           Hon. Stephen G. Larson
                           United States District Judge

07209/2741855.1

[PROPOSED] ORDER RE MATTEL'S EX PARTE APPLICATION FOR AMENDMENT OF BRIEFING SCHEDULE