1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
3  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000
6  Fax: (213) 687-5600

7  Attorneys for The MGA Parties

8                UNITED STATED DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     EASTERN DIVISION

11 CARTER BRYANT, an individual,        ) CASE NO. CV 04-9049 SGL (RNBx)
                                        )
12                  Plaintiff,          ) Consolidated with Case No. 04-9059
                                        ) and Case No. 05-2727
13        v.                            )
                                        ) Honorable Stephen G. Larson
14 MATTEL, INC., a Delaware             )
   corporation,                         ) APPLICATION TO FILE UNDER
15                                      ) SEAL:
                    Defendant.          )  1. MGA PARTIES' NOTICE OF
16                                      )     MOTION AND MOTION FOR
                                        )     REMITTUR AND
17                                      )     MEMORANDUM OF POINTS
                                        )     AND AUTHORITIES IN
18 AND CONSOLIDATED ACTIONS             )     SUPPORT THEREOF; and
                                        )
19                                      )  2. DECLARATION OF JASON D.
                                        )     RUSSELL IN SUPPORT
20                                           THEREOF.

21                                       Hearing Date: February 11, 2009
                                         Time: 10:00 AM
22

23

24

25

26

27

28

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian,
3  and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") hereby
4  respectfully request that the Court order the following documents be filed under seal:
5  (1) MGA Parties' Notice of Motion and Motion for Remittitur And Memorandum Of
6  Points And Authorities In Support Thereof; and (2) Declaration of Jason D. Russell
7  In Support Thereof. Good cause exists for filing these documents under seal because
8  the deposition testimony of Michael Wagner attached to the Russell Declaration has
9  been designated "Confidential—Attorneys' Eyes Only" pursuant to the Stipulated
10 Protective Order, and the MGA Parties' Notice of Motion and Motion for Remittitur
11 And Memorandum Of Points And Authorities In Support Thereof quotes this
12 deposition testimony.

DATED:  December 22, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ Thomas J. Nolan / JkdC
Thomas J. Nolan
Attorneys for the MGA Parties