QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL THE DECLARATION OF ROBERT WEINBERG**<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: December 30, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1C** |

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal the Declaration of Robert Weinberg in
4 Support (the "Declaration").

5       The Declaration quotes from materials that MGA has designated as
6 "Confidential" pursuant to the Protective Order, including information contained in
7 the Compendium of Third Party Declarations in Support of the MGA Parties' *Ex*
8 *Parte* Application and Motion to Stay Pending Appeal. Accordingly, Mattel
9 requests that the Court order that the Declarations and Opposition be filed under
10 seal.

11       In the alternative, Mattel requests that the Court declare that the
12 Declaration is outside the definition of "Confidential" as contained in the Stipulated
13 Protective Order and order it to be filed as part of the public record.

15 DATED: December 23, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

17 By /s/ Cyrus Naim
18 Cyrus S. Naim
Attorneys for Mattel, Inc.

-2-
MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL