LODGED

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                          EASTERN DIVISION

11  CARTER BRYANT, an individual,    | CASE NO. CV 04-9049 SGL (RNBx)
                                      | Consolidated with
12                  Plaintiff,        | Case Nos. CV 04-09059 & CV 05-2727
13       vs.                          | [PROPOSED] ORDER GRANTING
                                      | APPLICATION TO FILE UNDER SEAL
14  MATTEL, INC., a Delaware          | THE DECLARATION OF ROBERT
    corporation,                      | WEINBERG
15                                    |
                    Defendant.        |
16                                    | Hearing Date: December 30, 2008
                                      | Time:         10:00 a.m.
17  AND CONSOLIDATED ACTIONS          | Place:        Courtroom 1
18                                    | **Phase 1C**

19

20

21

22

23

24

25

26

27

28

07209/2742407.1

[PROPOSED] ORDER

1
2 [~~PROPOSED~~] ORDER
3
4       Based on the concurrently filed Application to File Under the
5 Declaration of Robert Weinberg,
6       IT IS HEREBY ORDERED:
7       The Declaration of Robert Weinberg is ORDERED filed under seal
8 pursuant to Local Rule 79-5.1.
9
10
11 DATED: 12/24 , 2008 _____
12                           Hon. Stephen G. Larson
                              United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07209/2742407.1

[PROPOSED] ORDER