1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)

2 | JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)

3 | LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)

4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400

5 | Los Angeles, CA  90071-3144
Tel.: (213) 687-5000

6 | Fax: (213) 687-5600

7 | Attorneys for The MGA Parties

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | EASTERN DIVISION

11 | CARTER BRYANT, an individual,

CASE NO. CV 04-9049 SGL (RNBx)

12 | Plaintiff,

Consolidated with Case No. 04-9059
and Case No. 05-2727

13 | v.

14 | MATTEL, INC., a Delaware corporation,

Honorable Stephen G. Larson

15 | Defendant.

DECLARATION OF ROBERT J. HERRINGTON IN OPPOSITION TO MATTEL'S *EX PARTE* APPLICATION TO STRIKE THE WING, KENNEDY, AND THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' REQUEST FOR STAY

16 |

17 | AND CONSOLIDATED ACTIONS.

18 |

19

20

21

22

23

24

25

26

27

28

I, Robert J. Herrington, hereby declare as follows:

1.     I am an attorney licensed to practice law in the State of California and am a associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") in the above-captioned matter.  I submit this Declaration in Response to Mattel's Ex Parte Application to Strike declarations filed in support of MGA's Motion for a Stay.  Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2.     On December 18, 2008, Mattel filed a "Notice of Manual Filing" of an ex parte application to strike MGA's declarations, as well as evidentiary objections to the declarations.  A true and correct copy of this notice is attached as **Exhibit A**.

3.     When we did not receive the filing on December 18, I called Mattel's attorneys to find out what was going on.  On December 19, 2008, I spoke to Mattel's counsel, Rachel McCracken, by telephone.  She stated they had decided to "hold off" on the filing.  I attempted to meet and confer with her regarding the filing, but Ms. McCracken was largely incapable of doing so.  When I pressed her on the basis for the motion, she could only state that the filing was based on evidentiary objections, including hearsay, speculation, foundation, and other evidentiary matters and that they would be "reevaluating" the filing over the weekend.

4.     The next communication we had from Mattel was a voicemail message Ms. McCracken left for me at 8:21 p.m. on December 22, 2008, stating that Mattel would be filing its ex parte application "tomorrow" (December 23), and it would be essentially "identical" to the one Mattel had filed, but not served, last week.

5.     I have been involved in seeking to obtain declarations from third parties in support of MGA's Motion for Stay.  In many cases, we were working with and through in-house legal counsel for the third parties, who were assisting in the preparation and review of the declarations.  Although we prepared a rough shell of a declaration that third parties

Declaration of Robert J. Herrington in Opposition to Mattel's *Ex Parte* Application to Strike Declarations
Case No. CV 04-9049 SGL (RNBx)

1 | could use, the third parties were repeatedly told they could and should revise the declaration
2 | as they saw fit.  We received the executed declarations back from the third parties with
3 | extensive revisions and added content.

4

5 |      I declare under penalty of perjury under the laws of the United States of America and
6 | the State of California that the foregoing is true and correct.

7

8 |      Executed on December 24, 2008, at Los Angeles, California.

9

10 | _____

     Robert J. Herrington

Declaration of Robert J. Herrington in Opposition to Mattel's *Ex Parte* Application to Strike Declarations
Case No. CV 04-9049 SGL (RNBx)

# Exhibit A

Case 2:04-cv-09049-DOC-RNB   Document 4529   Filed 12/24/08   Page 5 of 5   Page ID
#:161793
Case 2:04-cv-09049-SGL-RNB   Document 4480   Filed 12/18/2008   Page 1 of 1

MICHAEL T. ZELLER
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NUMBER: CV 04-9049 SGL (RNBx) |
| PLAINTIFF(S) v. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel, Inc.'s *Ex Parte* Application to Strike the Declarations of Brian Wing and Raoul Kennedy, and the Compendium of Third-Party Declarations; Evidentiary Objections to the Declaration of Brian Wing and to the Compendium of Third-Party Declarations; Applications to File Under Seal; Proposed Orders

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [X] Other  Ex Parte App.; Evidentiary Objections; Applications to Seal; Proposed Orders

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated  January 4, 2005
- [ ] Manual Filing required (*reason*):

December 18, 2008
Date

Diane C. Hutnyan
Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

Exhibit  A  ,
P.  3