QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS OBJECTIONS TO THE DECLARATION OF BRIAN WING IN SUPPORT OF THE MGA PARTIES' REQUEST FOR A STAY |

07209/2737483.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal its Objections to the Declaration of Brian Wing in support of the MGA Parties' Request for a Stay, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Objections to the Declaration of Brian Wing in support of the MGA Parties' Request for a Stay is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 12/24, 2008

_/s/ S. G. Larson_
Hon. Stephen G. Larson
United States District Judge