Diane C. Hutnyan
QUINN EMANUEL URQUHART OLIVER & HEDG
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: CV 04-9049 SGL (RNBx) |
|---|---|
| PLAINTIFF(S) v. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Mattel, Inc.'s Reply in Support of Ex Parte to Strike the Wing, Kennedy, and Third-Party Declarations in Support of the MGA Parties' Application for a Stay; Declaration of Diane C. Hutnyan in Support; Declaration of Thomas Stoudt; Applicationto File Under Seal; [Proposed] Order re: Application

**Document Description:**
- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))
- [X] Other Application to File Under Seal; [Proposed] Order

**Reason:**
- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated January 4, 2005
- [ ] Manual Filing required (*reason*):

December 26, 2008
Date

Diane C. Hutnyan
Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).