1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9                UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                      EASTERN DIVISION

12  CARTER BRYANT, an individual,      | CASE NO. CV 04-9049 SGL (RNBx)
13         Plaintiff,                  | Consolidated with
                                        | CV 04-09059
14     vs.                              | CV 05-2727
15  MATTEL, INC., a Delaware           | **[PUBLIC REDACTED] DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS EX PARTE TO STRIKE THE WING, KENNEDY, AND THIRD-PARTY DECLARATIONS**
    corporation,
16
           Defendant.
17
18  AND CONSOLIDATED ACTIONS
19                                      | Date:  December 30, 2008
20                                      | Time:  10:00 a.m.
                                        | Place: Courtroom 1
21
                                        Phase 1(c)
22

07209/2743595.1

[PUBLIC REDACTED] HUTNYAN DECLARATION ISO MATTEL'S REPLY ISO EX PARTE TO STRIKE WING, KENNEDY, AND THIRD-PARTY DECLARATIONS

# DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the Declaration of Isaac Larian, In re MGA Entertainment, dated August 7, 2008.

3. Attached as Exhibit B is a true and correct copy of MGA's Responses to Mattel's First Set of Interrogatories, dated January 19, 2007.

4. Attached as Exhibit C is a true and correct copy of Trial Exhibit 942.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 26, 2008, at San Diego, California.


                /s/ Diane C. Hutnyan
                Diane C. Hutnyan

07209/2743595.1

-1-
[PUBLIC REDACTED] HUTNYAN DECLARATION ISO MATTEL'S REPLY ISO EX PARTE TO STRIKE WING, KENNEDY, AND THIRD-PARTY DECLARATIONS