EXHIBIT A

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

EXHIBIT B

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

EXHIBIT C

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**