QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**Proof of Service**<br><br>Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1(a):**<br>Trial Date: May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date: July 23, 2008 |

07209/2695017.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is APEX Attorney Services, 1055 W. Seventh St. Suite 250, Los Angeles, California 90017.

On December 26, 2008, I served true copies of the following documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the parties in this action as follows:

| Mark E. Overland<br>David C. Sheper<br>Alexander H. Cote<br>**Overland Borenstein Scheper & Kim LLP**<br>601 West Fifth Street, 125th Floor<br>Los Angeles, CA 90071 | Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 |
|---|---|

[√] **PERSONAL**: By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on December 26, 2008, at Los Angeles, California.

_____
Pedro Miranda

# DOCUMENT LIST

1. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS EX PARTE APPLICATION TO STRIKE THE DECLARATIONS OF BRIAN WING AND RAOUL KENNEDY, AND THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' REQUEST FOR A STAY; EXHIBITS TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT THEREOF; AND THE DECLARATIONS OF THOMAS STOUDT

2. [PROPOSED] ORDER RE: MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS EX PARTE APPLICATION TO STRIKE THE DECLARATIONS OF BRIAN WING AND RAOUL KENNEDY, AND THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' REQUEST FOR A STAY; EXHIBITS TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT THEREOF; AND THE DECLARATIONS OF THOMAS STOUDT

3. MATTEL, INC.'S REPLY IN SUPPORT OF ITS EX PARTE APPLICATION TO STRIKE THE DECLARATIONS OF BRIAN WING AND RAOUL KENNEDY, AND THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' REQUEST FOR A STAY

4. DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS EX PARTE APPLICATION TO STRIKE THE DECLARATIONS OF BRIAN WING AND RAOUL KENNEDY, AND THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' REQUEST FOR A STAY

5. DECLARATION OF THOMAS STOUDT

6. DECLARATION OF RACHEL L. MCCRACKEN IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS EX PARTE TO STRIKE THE WING, KENNEDY, AND THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' APPLICATION FOR A STAY