QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**[PROPOSED] ORDER RE MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA OR FOR ALTERNATIVE RELIEF** |

## [PROPOSED] ORDER

Based on the concurrently filed Mattel, Inc.'s *Ex Parte* Application for Appointment Of A Receiver For Mga Or For Alternative Relief, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that Mattel's Application is GRANTED.

DATED:                     , 2008   _____
                                    Hon. Stephen G. Larson
                                    United States District Judge

07209/2744204.1

[PROPOSED] ORDER RE MATTEL'S EX PARTE APPLICATION FOR APPOINTMENT OF RECEIVER