QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA ENTERTAINMENT, INC. OR FOR ALTERNATIVE RELIEF** |

## DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1.  I am a member of the bars of the States of California, New York and Illinois and am a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.  Attached as Exhibit 1 is a true and correct copy of UCC Financing Statements, dated October 30, 2006, and Amendments, dated September 9, 2008. The UCC Financing Statement Amendment amended the prior UCC Financing Statement to add Omni 808 Investors LLC as a creditor to MGA with co-priority with Wachovia Bank, N.A.

3.  Omni 808 Investment, LLC was formed on August 12, 2008, which was after the Phase 1A verdict in this case and while Phase 1B trial was still on-going. See Omni 808 Investors LLC Certificate of Status and Articles of Organization, a true and correct, certified copy of which is attached as Exhibit 2. Vision Capital, LLC, an entity created on August 19, 2008, after Omni, owns and appears to have funded Omni. See Vision Capital, LLC Certificate of Formation dated August 19, 2008, a true and correct copy of which is attached as Exhibit 3.

4.  Vision Capital borrowed money for Omni from Lexington Financial Limited. See UCC Financing Statement dated August 29, 2008, a true and correct copy of which is attached as Exhibit 4 (with Lexington Capital taking a security interest in Vision Capital's ownership interest in Omni 808 Investors LLC); see also December 12, 2008 letter from Registrar Clevelan Williams, Registrar of Nevis Financial Services Department, a true and correct copy of which is attached as Exhibit 5. Nevis claims to provide limited liability companies registered there with "excellent privacy" and "excellent asset protection features." See "Offshore-Based Limited Liability Company (LLC)" by Sovereign Management & Legal, S.A.

07209/2744177.2

-1-

DECLARATION OF MICHAEL T. ZELLER

(available at www.offshore-protection.com/nevisLLC.html), a true and correct copy of which is attached as Exhibit 6. Mattel does not yet know who provided Lexington Financial with the funds that it loaned to Vision Capital.

5. The Lexington Financial UCC Financing Statement, Ex. 4, identifies 33-35 Daws Lane, London, NW7 4SD as its address. That is the address of a company called "Officefront," which appears to be company that provides a virtual office--mail, fax and phone receptionist--starting at £10 per month. A true and correct copy of the Officefront webpage <http://officefront.co.uk/>, as accessed on December 28, 2008, is attached as Exhibit 7.

6. Attached as Exhibit 8 is a true and correct copy of Omninet Capital "Contact" (available at http://www.omninet.com/pe2.php?page=about_us&sub=contact_us), as accessed on December 28, 2008.

7. Attached as Exhibit 9 is a true and correct copy of Omninet Capital "About Us" (available at http://www.omninet.com/pe2.php?page=about_us&sub=team_Neil_Kadisha), as accessed on December 28, 2008.

8. Attached hereto as Exhibit 10 is a true and correct copy of the Phase 1B Verdict Form, dated August 26, 2008.

9. Attached hereto as Exhibit 11 is a true and correct copy of the California Business Portal (available at http://kepler.sos.ca.gov/corpdata/ShowLpllcAllList?QueryLpllcNumber=200817910004&printer=yes) accessed on December 28, 2008.

10. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from Carter Bryant's Responses to Mattel, Inc.'s Fifth Set of Requests for Admission to Carter Bryant, dated July 9, 2007.

11. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the transcript of Volume I of the deposition of Farhad Larian, dated February 4, 2008.

12. Peter Marlow, Ana Cabrera and Beatriz Morales refused to answer hundreds of questions at their depositions by invoking the Fifth Amendment. Mr. Marlow alone asserted the Fifth Amendment at least 140 times. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from Volume 1 of the deposition of Peter Marlow, dated May 2, 2008, providing examples of the assertion of the Fifth Amendment. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the deposition of Ana Cabrera, dated May 2, 2008, likewise providing examples. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the deposition of Beatriz Morales, dated April 29, 2008, likewise providing examples.

13. At his deposition, MGA executive and named defendant Carlos Gustavo Machado also invoked the Fifth Amendment throughout. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the deposition of Carlos Gustavo Machado, dated October 14, 2008, providing examples.

14. At his deposition, MGA manager Jorge Castilla invoked the Fifth Amendment throughout. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the deposition of Jorge Castilla, dated October 22, 2008, providing examples.

15. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the transcript of Volume II of the deposition of Isaac Larian, dated March 26, 2008.

16. Mattel has never been afforded the opportunity to take discovery into the new financial information that MGA and Isaac Larian produced at trial or into subsequent events involving MGA's finances.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 28, 2008, at Los Angeles, California.

/s/ Michael T. Zeller

Michael T. Zeller