# Exhibit 14

DEPOSITION OF PETER MARLOW

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3                   EASTERN DIVISION

 4

 5  CARTER BRYANT, AN INDIVIDUAL,)
                                 )  CASE NO.
 6                 PLAINTIFF,    )  CV 04-9049 SGL (RNBX)
                                 )
 7      VS.                      )
                                 )
 8  MATTEL, INC., A DELAWARE     )
    CORPORATION,                 )
 9                               )
                   DEFENDANT.    )
10                               )
    _____)
11                               )
    AND CONSOLIDATED ACTIONS.    )
12  _____)

13

14

15

16                   CONFIDENTIAL

17               ATTORNEYS' EYES ONLY

18

19

20       VIDEOTAPED DEPOSITION OF PETER MARLOW,

21      TAKEN ON BEHALF OF MATTEL, INC., AT

22      865 SOUTH FIGUEROA STREET, TENTH FLOOR,

23      LOS ANGELES, CALIFORNIA, COMMENCING AT

24      9:47 A.M., FRIDAY, MAY 2, 2008, BEFORE

25      J'ANA SIEGERS, CSR NUMBER 10845.
```

2

A & E Court Reporters        (213) 955-0070        Fax: (213) 955-0077



EXHIBIT 14
PAGE 166

DEPOSITION OF PETER MARLOW

| | | |
|---|---|---|
| 11:54:11 | 1 | A.   PEDRO SALAZAR. |
| 11:54:14 | 2 | Q.   DID PEDRO SALAZAR ALSO WORK FOR YOU AND |
| 11:54:17 | 3 | MS. MARLOW ON BRATZ? |
| 11:54:18 | 4 | MR. McFARLAND:  OBJECTION.  INSTRUCT NOT TO |
| 11:54:19 | 5 | ANSWER PURSUANT TO THE FIFTH AMENDMENT. |
| 11:54:20 | 6 | BY MR. WEBSTER: |
| 11:54:21 | 7 | Q.   AND YOU'RE GOING TO FOLLOW YOUR ATTORNEY'S |
| 11:54:23 | 8 | INSTRUCTION? |
| 11:54:23 | 9 | A.   YES. |
| 11:54:27 | 10 | Q.   DO YOU KNOW HOW MS. SALAZAR GOT A JOB AT MGA? |
| 11:54:32 | 11 | DO YOU KNOW HOW THAT CAME ABOUT? |
| 11:54:34 | 12 | A.   NO. |
| 11:54:34 | 13 | MR. McFARLAND:  OBJECTION.  CALLS FOR |
| 11:54:34 | 14 | SPECULATION. |
| 11:54:36 | 15 | THE DEPONENT:  YEAH, I DON'T KNOW. |
| 11:54:36 | 16 | BY MR. WEBSTER: |
| 11:54:36 | 17 | Q.   DID YOUR WIFE, VERONICA MARLOW, HAVE ANY ROLE |
| 11:54:41 | 18 | IN MS. SALAZAR GETTING A JOB AT MGA? |
| 11:54:43 | 19 | MR. McFARLAND:  OBJECTION.  THE QUESTION |
| 11:54:45 | 20 | SEEKS TO INVADE THE SPOUSAL COMMUNICATION PRIVILEGE. |
| 11:54:49 | 21 | THE DEPONENT:  I CAN ONLY SPECULATE.  I DON'T |
| 11:54:50 | 22 | KNOW. |
| 11:54:54 | 23 | BY MR. WEBSTER: |
| 11:54:54 | 24 | Q.   IN YOUR TESTIMONY JUST BEFORE, YOU WERE |
| 11:54:57 | 25 | REFERRING TO THE FACT THAT YOU KNEW MS. SALAZAR GOT A |

104

EXHIBIT 14
PAGE 69

DEPOSITION OF PETER MARLOW

| | | |
|---|---|---|
| 11:55:01 | 1 | JOB AT MGA.  DO YOU RECALL THAT? |
| 11:55:03 | 2 | A.   YES. |
| 11:55:03 | 3 | Q.   I'M ASKING YOU:  HOW DID YOU KNOW THAT? |
| 11:55:04 | 4 | MR. McFARLAND:  OBJECTION.  ASKED AND |
| 11:55:05 | 5 | ANSWERED. |
| 11:55:06 | 6 | THE DEPONENT:  BECAUSE MS. SALAZAR TOLD ME. |
| 11:55:08 | 7 | BY MR. WEBSTER: |
| 11:55:08 | 8 | Q.   WHEN DID SHE TELL YOU THAT? |
| 11:55:10 | 9 | A.   AFTER SHE GOT THE JOB. |
| 11:55:11 | 10 | Q.   WHAT YEAR WAS THAT? |
| 11:55:13 | 11 | A.   I DON'T RECALL.  IT WAS MANY YEARS AGO. |
| 11:55:17 | 12 | Q.   WELL, WAS IT BEFORE 2004? |
| 11:55:22 | 13 | A.   I BELIEVE IT WAS, BUT I'M NOT EVEN SURE OF |
| 11:55:24 | 14 | THAT. |
| 11:55:26 | 15 | Q.   WHEN DID -- TO YOUR KNOWLEDGE, WHEN DID |
| 11:55:28 | 16 | MS. SALAZAR START WORKING AT MGA? |
| 11:55:33 | 17 | A.   YOU KNOW, I DON'T HAVE A CLEAR RECOLLECTION |
| 11:55:37 | 18 | OF THAT. |
| 11:55:39 | 19 | Q.   CAN YOU TELL US WHICH YEAR IT WAS? |
| 11:55:44 | 20 | A.   I COULDN'T EVEN GET THAT CLOSE. |
| 11:55:46 | 21 | Q.   WAS IT BEFORE 2004? |
| 11:55:48 | 22 | A.   I BELIEVE IT WAS, BUT I DON'T KNOW FOR SURE. |
| 11:55:50 | 23 | Q.   WAS MS. SALAZAR -- AT THE TIME WHEN |
| 11:55:54 | 24 | MS. SALAZAR WAS WORKING FOR YOU AND MS. MARLOW ON |
| 11:55:57 | 25 | BRATZ -- |

105

EXHIBIT   14
PAGE   70

| | | |
|---|---|---|
| 11:55:58 | 1 | DO YOU HAVE THAT IN MIND -- |
| 11:56:00 | 2 | A.   MM-HMM. |
| 11:56:00 | 3 | Q.   -- THAT TIME FRAME? |
| 11:56:01 | 4 | -- WAS MS. SALAZAR ALSO A MATTEL EMPLOYEE AT |
| 11:56:05 | 5 | THAT TIME? |
| 11:56:05 | 6 | MR. McFARLAND:  OBJECTION.  INSTRUCT NOT TO |
| 11:56:06 | 7 | ANSWER PURSUANT TO THE FIFTH AMENDMENT. |
| 11:56:10 | 8 | THE DEPONENT:  I'LL FOLLOW MY LAWYER'S |
| 11:56:11 | 9 | ADVICE. |
| 11:56:12 | 10 | BY MR. WEBSTER: |
| 11:56:13 | 11 | Q.   SO YOU'RE FOLLOWING YOUR LAWYER'S ADVICE AND |
| 11:56:15 | 12 | NOT ANSWERING THAT QUESTION BASED ON FIFTH AMENDMENT |
| 11:56:19 | 13 | RIGHTS AGAINST SELF-INCRIMINATION? |
| 11:56:22 | 14 | A.   YEAH. |
| 11:56:23 | 15 | Q.   AT THE TIME THAT ANA CABRERA WORKED FOR -- |
| 11:56:27 | 16 | STRIKE THAT. |
| 11:56:32 | 17 | AT ANY TIME DURING THE PERIOD ANA CABRERA |
| 11:56:37 | 18 | WORKED FOR YOU AND YOUR WIFE ON BRATZ, WAS SHE A MATTEL |
| 11:56:43 | 19 | EMPLOYEE? |
| 11:56:43 | 20 | MR. McFARLAND:  OBJECTION.  INSTRUCT NOT TO |
| 11:56:46 | 21 | ANSWER PURSUANT TO THE FIFTH AMENDMENT. |
| 11:56:47 | 22 | BY MR. WEBSTER: |
| 11:56:47 | 23 | Q.   ARE YOU FOLLOWING YOUR ATTORNEY'S |
| 11:56:48 | 24 | INSTRUCTION? |
| 11:56:49 | 25 | A.   YEAH. |

106

A & E Court Reporters      (213) 955-0070      Fax: (213) 955-0077


EXHIBIT 14
PAGE 71

| | | |
|---|---|---|
| 11:56:50 | 1 | Q. AT ANY TIME DURING THE TIME BEATRIZ MORALES |
| 11:56:54 | 2 | WORKED FOR YOU AND YOUR WIFE ON BRATZ, WAS SHE AN |
| 11:56:59 | 3 | EMPLOYEE OF MATTEL? |
| 11:57:00 | 4 | MR. McFARLAND: INSTRUCT NOT TO ANSWER |
| 11:57:02 | 5 | PURSUANT TO THE FIFTH AMENDMENT. |
| 11:57:04 | 6 | THE DEPONENT: I'M FOLLOWING MY LAWYER'S |
| 11:57:05 | 7 | ADVICE. |
| 11:57:05 | 8 | BY MR. WEBSTER: |
| 11:57:08 | 9 | Q. DID PEDRO SALAZAR EVER CREATE ANY PART OF THE |
| 11:57:17 | 10 | BRATZ PRODUCT WHILE HE WAS WORKING FOR YOU AND YOUR |
| 11:57:21 | 11 | WIFE? |
| 11:57:23 | 12 | MR. SHEK: OBJECTION. VAGUE AND AMBIGUOUS. |
| 11:57:23 | 13 | CALLS FOR SPECULATION. |
| 11:57:24 | 14 | MR. McFARLAND: AND INSTRUCT NOT TO ANSWER |
| 11:57:25 | 15 | PURSUANT TO THE FIFTH AMENDMENT. |
| 11:57:27 | 16 | MR. TRINIDAD: ALSO CALLS FOR A LEGAL |
| 11:57:28 | 17 | CONCLUSION. |
| 11:57:30 | 18 | THE DEPONENT: I'M FOLLOWING MY LAWYER'S |
| 11:57:31 | 19 | ADVICE ON THAT. |
| 11:57:32 | 20 | BY MR. WEBSTER: |
| 11:57:32 | 21 | Q. DID PEDRO SALAZAR WORK ON BRATZ FOR YOU AND |
| 11:57:36 | 22 | YOUR WIFE? |
| 11:57:36 | 23 | MR. McFARLAND: OBJECT. INSTRUCT NOT TO |
| 11:57:38 | 24 | ANSWER PURSUANT TO THE FIFTH AMENDMENT. |
| | 25 | /// |

107

EXHIBIT 14
PAGE 72

DEPOSITION OF PETER MARLOW

| | | |
|---|---|---|
| 11:57:39 | 1 | BY MR. WEBSTER: |
| 11:57:40 | 2 | Q.   YOU'RE FOLLOWING YOUR LAWYER'S ADVICE? |
| 11:57:41 | 3 | A.   YEAH. |
| 11:57:46 | 4 | Q.   YOU REFERRED TO THE FACT THAT MGA KNEW AT |
| 11:57:48 | 5 | SOME POINT IN TIME THAT MARIA SALAZAR HAD WORKED FOR |
| 11:57:54 | 6 | YOU AND YOUR WIFE ON BRATZ.  DO YOU RECALL THAT? |
| 11:57:58 | 7 | A.   YEAH, I'D LIKE TO QUALIFY THAT.  I'M BASING |
| 11:58:06 | 8 | THAT ON A LOT OF ASSUMPTIONS.  I DON'T REALLY KNOW FROM |
| 11:58:07 | 9 | ANYONE AT MGA HAVING TOLD ME THAT, AND I'M NOT EVEN |
| 11:58:09 | 10 | SURE THAT MARIA ELENA SALAZAR TOLD ME THAT ANYONE AT |
| 11:58:13 | 11 | MGA KNEW THAT.  I BELIEVE IT, BUT I DON'T KNOW WHY -- |
| 11:58:16 | 12 | WHY I KNOW IT.  IT'S TOO FAR BACK, SO I CAN'T REALLY |
| 11:58:19 | 13 | SAY THAT I KNOW IT FOR A CERTAINTY. |
| 11:58:24 | 14 | Q.   TO YOUR KNOWLEDGE, DID ANYBODY AT MGA |
| 11:58:27 | 15 | ENTERTAINMENT KNOW THAT YOU WERE USING MATTEL EMPLOYEES |
| 11:58:32 | 16 | TO WORK ON BRATZ? |
| 11:58:35 | 17 | A.   THEY NEVER KNEW. |
| 11:58:38 | 18 | Q.   AND WHAT DO YOU BASE THAT ANSWER ON? |
| 11:58:41 | 19 | A.   I NEVER TOLD THEM. |
| 11:58:43 | 20 | Q.   DID YOU HIDE THAT FACT FROM MGA? |
| 11:58:47 | 21 | MR. McFARLAND:  OBJECTION,  ASKED AND |
| 11:58:48 | 22 | ANSWERED.  HE'S ANSWERED YOUR QUESTION. |
| 11:58:52 | 23 | THE DEPONENT:  IN ESSENCE, YES, I NEVER TOLD |
| 11:58:55 | 24 | THEM. |
| | 25 | /// |

108

EXHIBIT __14__
PAGE __73__

DEPOSITION OF PETER MARLOW

| | | |
|---|---|---|
| 11:58:56 | 1 | BY MR. WEBSTER: |
| 11:58:56 | 2 | Q.   WELL, APART FROM NOT TELLING THEM, DID YOU |
| 11:58:58 | 3 | TAKE ANY STEPS TO HIDE FROM MGA THE FACT THAT YOU WERE |
| 11:59:02 | 4 | USING MATTEL EMPLOYEES TO WORK ON BRATZ? |
| 11:59:05 | 5 | MR. McFARLAND:  OBJECTION.  INSTRUCT NOT TO |
| 11:59:06 | 6 | ANSWER PURSUANT TO THE FIFTH AMENDMENT. |
| 11:59:09 | 7 | BY MR. WEBSTER: |
| 11:59:09 | 8 | Q.   ARE YOU FOLLOWING YOUR LAWYER'S ADVICE? |
| 11:59:10 | 9 | A.   YES. |
| 11:59:16 | 10 | Q.   DID MGA EVER ASK TO SEE RECORDS RELATING TO |
| 11:59:23 | 11 | WHO YOU AND MS. MARLOW WERE USING TO WORK ON BRATZ? |
| 11:59:29 | 12 | A.   YES. |
| 11:59:30 | 13 | Q.   WHEN WAS THAT? |
| 11:59:31 | 14 | A.   IN OUR MEETING WITH MEL WOODS. |
| 11:59:35 | 15 | Q.   AND DID YOU RESPOND TO HIM? |
| 11:59:37 | 16 | A.   I TOLD HIM I WASN'T GOING TO DO THAT. |
| 11:59:39 | 17 | Q.   DID YOU TELL HIM WHY? |
| 11:59:42 | 18 | A.   NO. |
| 11:59:45 | 19 | Q.   AND WHAT WAS HIS RESPONSE TO YOUR REFUSAL TO |
| 11:59:48 | 20 | DO THAT? |
| 11:59:50 | 21 | A.   HE WAS ANGRY, AND THE MEETING ENDED SHORTLY |
| 11:59:53 | 22 | AFTER THAT. |
| 11:59:54 | 23 | Q.   IN THAT MEETING, DID MR. WOODS TELL YOU WHY |
| 11:59:57 | 24 | HE WANTED TO SEE THE RECORDS OF WHO WAS WORKING ON |
| 12:00:04 | 25 | BRATZ FOR YOU AND MS. MARLOW? |

109

EXHIBIT  14
PAGE  74

```
 1   STATE OF CALIFORNIA     )
                             )   SS.
 2   COUNTY OF ORANGE        )

 3

 4        I, J'ANA SIEGERS, CERTIFIED SHORTHAND REPORTER

 5   CERTIFICATE NO. 10845 FOR THE STATE OF CALIFORNIA,

 6   HEREBY CERTIFY:

 7        I AM THE PERSON WHO STENOGRAPHICALLY RECORDED

 8   THE PROCEEDINGS HELD ON ____May 2, 2008____.

 9        THE FOREGOING TRANSCRIPT IS A TRUE RECORD OF

10   SAID PROCEEDINGS.

11

12

13   DATED: ____May 6th 2008____

14

15

16

17           Jana Siegers

18

19

20

21

22

23

24

25
```

EXHIBIT 14
PAGE 75

# Exhibit 15

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL, )

                             )

     PLAINTIFF,               )

                             )

VS.                       )CASE NO. CV 04-9049 SGL

                             )

MATTEL, INC., A DELAWARE      )

CORPORATION,              )

                             )

     DEFENDANT.            )

                             )

                             )

AND CONSOLIDATED ACTIONS.    )

TRANSCRIPT IS DESIGNATED CONFIDENTIAL

ATTORNEYS' EYES ONLY

    DEPOSITION OF ANA I. CABRERA, TAKEN AT 865 SOUTH FIGUEROA STREET, TENTH FLOOR, LOS ANGELES, CALIFORNIA, COMMENCING AT 9:29 A.M., THURSDAY, MAY 8, 2008, BEFORE APRIL CRUZ CACULITAN, CERTIFIED SHORTHAND REPORTER NO. 12437.

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT __15__
PAGE __74__

| | | |
|---|---|---|
| 1 | APPEARED AT APPROXIMATELY 9:00 O'CLOCK. AND I WANT TO | 04:56:55 |
| 2 | KNOW WHEN THIS DEPOSITION -- WHEN YOU'LL BE DONE WITH | 04:56:57 |
| 3 | THIS QUESTIONING. | 04:56:59 |
| 4 | MR. WEBSTER: WE'RE DOING OUR BEST. IT | 04:57:01 |
| 5 | DEPENDS ON HOW MANY MORE TIMES YOUR CLIENT INVOKES THE | 04:57:01 |
| 6 | FIFTH AMENDMENT. | 04:57:03 |
| 7 | MS. DIAZ: WELL, COUNSEL, THERE IS A FEDERAL | 04:57:03 |
| 8 | RULE, AND THERE'S ANOTHER PARTY IN THIS CASE. I WILL | 04:57:04 |
| 9 | GIVE YOU A REASONABLE AMOUNT OF TIME. BUT YOU'VE ASKED | 04:57:07 |
| 10 | A LOT OF QUESTIONS REPETITIVELY AND DUPLICATELY AND | 04:57:10 |
| 11 | IT'S HARASSING OF MY CLIENT, SO I'M JUST ADVISING YOU | 04:57:13 |
| 12 | TO MAYBE SPEED UP. | 04:57:18 |
| 13 | MR. WEBSTER: WELL, I THOROUGHLY REJECT THAT, | 04:57:20 |
| 14 | COUNSEL. | 04:57:23 |
| 15 | CAN YOU READ THE LAST QUESTION AND | 04:57:23 |
| 16 | INSTRUCTION BACK, PLEASE. | 04:57:25 |
| 17 | (RECORD READ.) | 04:57:27 |
| 18 | BY MR. WEBSTER: | 04:57:52 |
| 19 | Q   ARE YOU GOING TO FOLLOW YOUR LAWYER'S | 04:57:52 |
| 20 | INSTRUCTION NOT TO ANSWER MY QUESTION? | 04:57:56 |
| 21 | A   YES. | 04:58:00 |
| 22 | Q   AFTER THAT CONVERSATION WITH MS. MARLOW, | 04:58:01 |
| 23 | WHERE YOU DISCUSSED BEING PAID UNDER SOMEBODY ELSE'S | 04:58:03 |
| 24 | NAME, DID YOU KEEP WORKING ON BRATZ? | 04:58:12 |
| 25 | MS. DIAZ: OBJECTION. MISSTATES MY CLIENT'S | 04:58:14 |

178

EXHIBIT 15
PAGE 17

| | | |
|---|---|---|
| 1 | TESTIMONY. IT'S ARGUMENTATIVE AND HARASSING. I'M | 04:58:17 |
| 2 | INSTRUCTING MY CLIENT NOT TO ANSWER THAT QUESTION. | 04:58:20 |
| 3 | BY MR. WEBSTER: | 04:58:23 |
| 4 | Q    ARE YOU GOING TO FOLLOW YOUR LAWYER'S | 04:58:23 |
| 5 | INSTRUCTION? | 04:58:25 |
| 6 | A    YES. | 04:58:26 |
| 7 | Q    FOR HOW LONG DID YOU CREATE -- STRIKE THAT. | 04:58:27 |
| 8 | FOR HOW LONG DID YOU WORK ON CREATING RECORDS | 04:58:35 |
| 9 | WITH MS. MARLOW THAT SHOWED THE WORK THAT YOU WERE | 04:58:39 |
| 10 | BEING -- THAT SHOWED THE WORK THAT YOU WERE DOING AS | 04:58:44 |
| 11 | BEING DONE BY SOMEBODY ELSE? | 04:58:48 |
| 12 | MS. DIAZ: I'M GOING TO OBJECT AND ADVISE MY | 04:58:54 |
| 13 | CLIENT NOT TO ANSWER. FIRST OF ALL, THAT MISSTATES MY | 04:58:56 |
| 14 | CLIENT'S TESTIMONY. SECONDLY, I'M GOING TO OBJECT AND | 04:58:58 |
| 15 | INSTRUCT MY CLIENT NOT TO ANSWER THAT QUESTION ON THE | 04:59:02 |
| 16 | BASIS OF HER FIFTH AMENDMENT RIGHT AGAINST | 04:59:04 |
| 17 | SELF-INCRIMINATION. | 04:59:08 |
| 18 | BY MR. WEBSTER: | 04:59:10 |
| 19 | Q    ARE YOU FOLLOWING YOUR LAWYER'S INSTRUCTION? | 04:59:10 |
| 20 | A    YES. | 04:59:14 |
| 21 | Q    YOU AND MS. MARLOW CREATED RECORDS SHOWING | 04:59:16 |
| 22 | PAYMENTS AS BEING MADE IN YOUR SISTER-IN-LAW'S NAME, | 04:59:23 |
| 23 | DIDN'T YOU? | 04:59:27 |
| 24 | MS. DIAZ: OBJECTION. I'M GOING TO ADVISE MY | 04:59:29 |
| 25 | CLIENT NOT TO ANSWER THAT QUESTION ON THE BASIS OF HER | 04:59:33 |

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT 15
PAGE 78

| | | |
|---|---|---|
| 1 | FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION. | 04:59:38 |
| 2 | BY MR. WEBSTER: | 04:59:43 |
| 3 | Q    AND SOME OF THE PAYMENTS THAT WERE HEADING | 04:59:43 |
| 4 | THAT WAY FOR WORK THAT YOU DID ON THE ORIGINAL BRATZ | 04:59:49 |
| 5 | DOLLS; IS ISN'T RIGHT? | 04:59:53 |
| 6 | MS. DIAZ:  I'M GOING TO OBJECT ON THE BASIS | 04:59:56 |
| 7 | THAT THAT MISSTATES MY CLIENT'S TESTIMONY.  IT'S VAGUE | 04:59:59 |
| 8 | AND AMBIGUOUS.  AND I'M GOING TO ADVISE HER TO INVOKE | 05:00:01 |
| 9 | HER FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION TO | 05:00:05 |
| 10 | THE EXTENT THAT IT APPLIES TO THAT QUESTION. | 05:00:10 |
| 11 | MR. SHEK:  OBJECTION.  VAGUE AND AMBIGUOUS AS | 05:00:12 |
| 12 | TO "THE ORIGINAL BRATZ DOLL." | 05:00:14 |
| 13 | BY MR. WEBSTER: | 05:00:18 |
| 14 | Q    ARE YOU GOING TO FOLLOW YOUR LAWYER'S ADVICE | 05:00:18 |
| 15 | AND NOT ANSWER MY QUESTION? | 05:00:22 |
| 16 | A    YES. | 05:00:25 |
| 17 | Q    AND YOU AND MS. MARLOW WORKED ON CREATING THE | 05:00:26 |
| 18 | FALSE RECORDS EVEN AFTER THIS LAWSUIT HAD BEEN FILED; | 05:00:30 |
| 19 | ISN'T THAT RIGHT? | 05:00:33 |
| 20 | MS. DIAZ:  OBJECTION.  MISSTATES MY CLIENT'S | 05:00:38 |
| 21 | TESTIMONY.  AND I'M GOING TO ADVISE MY CLIENT TO INVOKE | 05:00:41 |
| 22 | HER FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION | 05:00:45 |
| 23 | AND NOT ANSWER THAT QUESTION. | 05:00:50 |
| 24 | BY MR. WEBSTER: | 05:00:51 |
| 25 | Q    AND ARE YOU GOING TO FOLLOW YOUR LAWYER'S | 05:00:51 |

180

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT 15
PAGE 79

| | | |
|---|---|---|
| 1 | ADVICE? | 05:00:55 |
| 2 | A    YES. | 05:00:55 |
| 3 | Q    AND EVEN WHILE YOU WERE -- YOU AND MS. MARLOW | 05:00:56 |
| 4 | CREATED FALSE RECORDS, MS. MARLOW CONTINUED TO TELL YOU | 05:01:00 |
| 5 | NOT TO WORRY AND THAT SHE WOULD KEEP YOUR WORK FOR HER | 05:01:03 |
| 6 | ON THE BRATZ DOLLS SECRET; ISN'T THAT RIGHT? | 05:01:10 |
| 7 | MS. DIAZ:  I'M GOING TO OBJECT TO THAT | 05:01:13 |
| 8 | QUESTION.  BASICALLY, THAT IT MISSTATES MY CLIENT'S | 05:01:16 |
| 9 | TESTIMONY.  IT'S VAGUE AND AMBIGUOUS.  COMPOUND. | 05:01:19 |
| 10 | I'M ALSO ADVISING HER TO INVOKE HER FIFTH | 05:01:21 |
| 11 | AMENDMENT RIGHT AGAINST SELF-INCRIMINATION TO THE | 05:01:24 |
| 12 | EXTENT IT PERTAINS TO THAT QUESTION. | 05:01:29 |
| 13 | BY MR. WEBSTER: | 05:01:33 |
| 14 | Q    ARE YOU GOING FOLLOW YOUR ATTORNEY'S | 05:01:33 |
| 15 | INSTRUCTION NOT TO ANSWER MY QUESTION? | 05:01:34 |
| 16 | A    YES. | 05:01:36 |
| 17 | Q    MS. CABRERA, ISN'T IT TRUE THAT YOU AND | 05:01:37 |
| 18 | MS. MARLOW ACTUALLY DID MANAGE TO KEEP THE WORK YOU DID | 05:01:40 |
| 19 | ON BRATZ FOR HER SECRET AT LEAST UP UNTIL THE TIME THAT | 05:01:44 |
| 20 | MS. MARLOW WAS REQUIRED TO TESTIFY UNDER OATH IN THIS | 05:01:48 |
| 21 | LAWSUIT? | 05:01:52 |
| 22 | MS. DIAZ:  I'M GOING TO OBJECT TO THE EXTENT | 05:01:54 |
| 23 | THAT IT MISSTATES MY CLIENT'S TESTIMONY.  IT'S VAGUE | 05:01:56 |
| 24 | AND AMBIGUOUS.  IT'S COMPOUND.  AND I'M GOING ADVISE MY | 05:01:59 |
| 25 | CLIENT TO INVOKE HER FIFTH AMENDMENT RIGHT AGAINST | 05:02:02 |

181

EXHIBIT __15__
PAGE __180__

| | | |
|---|---|---|
| 1 | SELF-INCRIMINATION TO THE EXTENT IT APPLIES TO THAT | 05:02:06 |
| 2 | QUESTION. | 05:02:10 |
| 3 | BY MR. WEBSTER: | 05:02:14 |
| 4 | Q    IF YOU LOOK AT EXHIBIT 5 -- MORALES 5400, | 05:02:14 |
| 5 | I'LL PUT A COPY IN FRONT OF YOU. | 05:02:20 |
| 6 | WERE YOU EVER PAID IN CASH BY MS. MARLOW FOR | 05:02:24 |
| 7 | WORKING ON THIS DOLL? | 05:02:30 |
| 8 | MS. DIAZ:   I'M GOING TO OBJECT AND INSTRUCT | 05:02:32 |
| 9 | MY CLIENT NOT TO ANSWER THAT QUESTION ON THE BASIS OF | 05:02:34 |
| 10 | PRIVACY. | 05:02:37 |
| 11 | BY MR. WEBSTER: | 05:02:41 |
| 12 | Q    AND ARE YOU GOING TO FOLLOW YOUR LAWYER'S | 05:02:41 |
| 13 | INSTRUCTION AND NOT ANSWER MY QUESTION? | 05:02:47 |
| 14 | A    YES. | 05:02:47 |
| 15 | MR. WEBSTER:  AND THE PRIVACY BASIS OF YOUR | 05:02:47 |
| 16 | INSTRUCTION, MS. DIAZ? | 05:02:50 |
| 17 | MS. DIAZ:   CALIFORNIA CONSTITUTION, ARTICLE | 05:02:52 |
| 18 | 1, SECTION 4.  VALLEY BANK OF NEVADA VERSUS SUPERIOR | 05:02:58 |
| 19 | COURT, BRITT VERSUS SUPERIOR COURT, VINCENT VERSUS | 05:02:59 |
| 20 | SUPERIOR COURT, COUNSEL. | 05:02:59 |
| 21 | MR. WEBSTER:  AND THAT'S BASED ON THE FACT | 05:03:00 |
| 22 | THAT MS. CABRERA WAS AN EMPLOYEE OF MS. MARLOW AT THE | 05:03:01 |
| 23 | TIME; IS THAT CORRECT? | 05:03:06 |
| 24 | MS. DIAZ:   I'VE GIVEN YOU MY AUTHORITIES. | 05:03:07 |
| 25 | NO, THAT'S NOT THE BASIS. | 05:03:09 |

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT   15
PAGE   81

1    STATE OF CALIFORNIA        )
                                )  SS.
2    COUNTY OF LOS ANGELES      )

3

4

5        I, ANA I. CABRERA, HEREBY CERTIFY UNDER PENALTY OF

6    PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT

7    THE FOREGOING IS TRUE AND CORRECT.

8        EXECUTED THIS _____ DAY OF

9    _____, 2008, AT

10   _____, CALIFORNIA.

11

12

13

14

15

16                        _____

17                             ANA I. CABRERA

18

19

20

21

22

23

24

25

EXHIBIT __15__
PAGE __82__

# Exhibit 16

CERTIFIED COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL, )
)
PLAINTIFF, )
)
V. )
)
MATTEL, INC., A DELAWARE )
CORPORATION, )
)
DEFENDANTS. )
——————————————————)
)
AND CONSOLIDATED ACTION (S). )
——————————————————)

CASE NO.
CV 04-9049 SGL
(RNBX)
[CONSOLIDATED WITH
NO. 04-9059 AND CASE NO. 05-2727]

# DEPOSITION OF BEATRIZ MORALES

# APRIL 29, 2008



COURT REPORTERS

515 S. Flower Street
Suite 3600
Los Angeles, California 9007 [
Office: (213) 955-0070
Fax: (213) 955-0077

REPORTED BY:
RENEE PACHECO
CSR NO. 11564
JOB NO. 08AE327-RP

EXHIBIT __16__
PAGE __83__

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL,　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　PLAINTIFF,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　VS.　　　　　　　　　　　　　　) CASE NO.
　　　　　　　　　　　　　　　　　　) CV 04-9049 SGL
MATTEL, INC., A DELAWARE　　　　　)　　　　　(RNBX)
CORPORATION,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　) CONSOLIDATED WITH
　　　　　　　DEFENDANT,　　　　　　　) [CASE NO.
　　　　　　　　　　　　　　　　　　) CV 04-9059 AND
_____) CASE NO.
　　　　　　　　　　　　　　　　　　) CV 05-2727]
AND CONSOLIDATED ACTION(S).　　　)
_____)


DEPOSITION OF BEATRIZ MORALES,

TAKEN ON BEHALF OF THE DEFENDANT,

AT 865 SOUTH FIGUEROA STREET, 10TH

FLOOR, LOS ANGELES, CALIFORNIA,

COMMENCING AT 9:20 A.M., TUESDAY,

APRIL 29, 2008, BEFORE RENEE A.

PACHECO, RPR, CSR 11564.

2

EXHIBIT __16__

PAGE __84__

1    WITH THE DOLL BAG, INC. ENTITY, EVEN THOUGH THESE

2    MANY DOCUMENTS SHOW THAT SHE WAS SIGNING FOR

3    RECEIPT OF MONEYS THAT WAS PAID TO HER BY DOLL BAG,

4    INC.?  IS THAT CORRECT?

5        MS. DIAZ:  I'M NOT ALLOWING HER TO ANSWER ANY

6    QUESTIONS ON THE BASIS OF THESE DOCUMENTS FOR THE

7    REASONS THAT I PREVIOUSLY STATED.

8        MR. WEBSTER:  THE REASON I'M ASKING --

9        MS. DIAZ:  IF YOU WANT TO MAKE THIS -- I'M A

10   FIRM BELIEVER IN MAKING THE RECORD SO THAT IF WE GO

11   TO COURT AND GO BEFORE THE JUDGE, THERE'S A RECORD

12   BEFORE HIM.

13        AS TO THE QUESTION YOU'VE ASKED, I'VE

14   ALREADY STATED MY OBJECTION AND INSTRUCTION.

15       MR. WEBSTER:  ALL RIGHT.

16   BY MR. WEBSTER:

17       Q.    DO YOU SEE ON -- YOUR SIGNATURE APPEARS

18   ON ALL OF THESE PAGES THAT ARE MARKED IN THIS

19   EXHIBIT?

20       MS. DIAZ:  AND I'M GOING TO OBJECT TO THAT

21   QUESTION ON THE BASIS OF -- AND I'M GOING TO OBJECT

22   TO THAT QUESTION AND INSTRUCT MY CLIENT TO INVOKE

23   HER FIFTH AMENDMENT RIGHT AGAINST

24   SELF-INCRIMINATION.  AND INSTRUCT NOT TO ANSWER.

25   ///

196

EXHIBIT __16__
PAGE __85__

```
 1    BY MR. WEBSTER:

 2         Q.    DO YOU SEE THAT ON ALL OF THESE PAGES

 3    THAT YOU SIGNED, DURING 2004 AND 2005, THAT IT

 4    REFERS TO YOU AS BEING AN INDEPENDENTLY

 5    CONTRACTED -- STRIKE THAT.

 6              THEY ALL REFER TO THE SERVICES YOU

 7    PROVIDED AS BEING FOR INDEPENDENTLY CONTRACTED

 8    SERVICES.

 9              DO YOU SEE THAT?

10         MS. DIAZ:   AND NOW I'M GOING TO INSTRUCT --

11    OBJECT AND INSTRUCT MY CLIENT, ADVISE HER TO TAKE

12    HER FIFTH AMENDMENT RIGHT AGAINST

13    SELF-INCRIMINATION AND NOT ANSWER THAT QUESTION.

14    BY MR. WEBSTER:

15         Q.    AND, MS. MORALES, YOU'RE GOING TO FOLLOW

16    YOUR ATTORNEY'S INSTRUCTIONS AND NOT ANSWER ANY OF

17    MY QUESTIONS ON THIS DOCUMENT, INCLUDING THE ONE I

18    JUST ASKED YOU, BASED ON ALL OF THE INSTRUCTIONS

19    THAT SHE JUST GAVE YOU; IS THAT CORRECT?

20         A.    YES.

21         Q.    DID THERE COME A TIME IN 2005 WHEN

22    MS. MORALES [SIC] STARTED MAKING PAYMENTS TO YOUR

23    HUSBAND GONZALO MORALES?

24         MR. SHEK:   OBJECTION; VAGUE AND AMBIGUOUS.

25         MS. DIAZ:   AND I WANT TO ALSO OBJECT AND
```

197

EXHIBIT __16__
PAGE __84__

```
 1    INSTRUCT HER NOT TO ANSWER THAT QUESTION ON THE

 2    BASIS THAT -- HER FIFTH AMENDMENT RIGHT AGAINST

 3    SELF-INCRIMINATION.

 4         MR. WEBSTER:  LET'S MARK FOR IDENTIFICATION --

 5    STRIKE THAT.

 6    BY MR. WEBSTER:

 7         Q.    MS. MORALES, YOU'RE GOING TO FOLLOW YOUR

 8    ATTORNEY'S INSTRUCTIONS AND NOT ANSWER ANY OF MY

 9    QUESTIONS BASED ON ALL OF HER INSTRUCTIONS THAT SHE

10    JUST GAVE YOU; IS THAT CORRECT?

11         A.    YES.

12         MR. WEBSTER:  CAN WE MARK AS THE NEXT EXHIBIT

13    FOR IDENTIFICATION EXHIBIT 5451, WHICH ARE MARKED

14    KMW-M 9837, 8563, 9715, 9834, 9462, 9463, 9464,

15    9465, AND 8690.

16              (MORALES EXHIBIT NUMBER 5451 WAS

17               MARKED FOR IDENTIFICATION AND

18               IS BOUND UNDER SEPARATE COVER.)

19    BY MR. WEBSTER:

20         Q.    DID YOU SIGN YOUR NAME ON ANY OF THESE --

21    STRIKE THAT.

22              DID YOU WRITE ANYTHING ON ANY OF THESE

23    DOCUMENTS THAT YOU CAN SEE?

24         MS. DIAZ:  I'M GOING TO OBJECT AND INSTRUCT MY

25    CLIENT NOT TO ANSWER THAT QUESTION ON THE BASIS OF
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT 16
PAGE 87

```
 1    HER RIGHT -- FIFTH AMENDMENT RIGHT AGAINST
 2    SELF-INCRIMINATION.
 3           I'M ALSO -- AND THAT'S -- WITHDRAWN.
 4    STRIKE THE LAST PART.
 5       MR. WEBSTER:  CAN I HEAR THE OBJECTIONS,
 6    PLEASE.
 7           (THE RECORD WAS READ AS FOLLOWS:
 8           MS. DIAZ:  I'M GOING TO OBJECT AND
 9        INSTRUCT MY CLIENT NOT TO ANSWER THAT
10        QUESTION ON THE BASIS OF HER FIFTH
11        AMENDMENT RIGHT AGAINST
12        SELF-INCRIMINATION.)
13    BY MR. WEBSTER:
14       Q.    AND, MS. MORALES, WILL YOU FOLLOW YOUR
15    ATTORNEY'S INSTRUCTION AND NOT ANSWER THAT
16    QUESTION -- OR ANY QUESTIONS ON THIS DOCUMENT?
17       A.    YES.
18       Q.    DOES THIS -- DO ANY OF THESE DOCUMENTS
19    THAT ARE NOW IN FRONT OF YOU REFRESH YOUR
20    RECOLLECTION THAT GONZALO MORALES, WHO, ACCORDING
21    TO DOCUMENT KMW 9462, RESIDES AT YOUR SAME HOME
22    ADDRESS?
23       THE INTERPRETER:  MAY I HAVE A REPETITION OF
24    THE LAST PART, COUNSEL, PLEASE?
25       MR. WEBSTER:  YEAH.  LET ME JUST REPHRASE IT.
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT __16__
PAGE __296__

```
 1   BY MR. WEBSTER:
 2       Q.    LOOKING AT THESE DOCUMENTS NOW, DO ANY OF
 3   THEM REFRESH YOUR RECOLLECTION, MS. MORALES, THAT A
 4   GONZALO MORALES, WITH YOUR SAME HOME ADDRESS, AT
 5                                          , HAD SOME
 6   ECONOMIC RELATIONSHIP WITH DOLL BAG, INC.?
 7       MS. DIAZ:   FIRST OBJECTION; VAGUE AND
 8   AMBIGUOUS, COMPOUND.
 9           THEN I'M GOING TO -- TO THE EXTENT THAT
10   THE QUESTION IS INTELLIGIBLE [SIC] I'M GOING TO
11   INSTRUCT MY CLIENT NOT TO ANSWER ON THE BASIS OF
12   HER FIFTH AMENDMENT RIGHT AGAINST
13   SELF-INCRIMINATION.
14   BY MR. WEBSTER:
15       Q.    AND WILL YOU FOLLOW YOUR ATTORNEY'S
16   INSTRUCTION NOT ANSWER MY QUESTION, MS. MORALES?
17       A.    YES.
18       Q.    IF YOU LOOK AT KMW 9715, IT'S A TIME
19   SHEET FOR GONZALO MORALES.
20           DO YOU SEE THAT?
21       MS. DIAZ:   AND I'M GOING TO OBJECT AND INSTRUCT
22   MY CLIENT NOT TO ANSWER ANY QUESTIONS ON THE BASIS
23   OF HER FIFTH AMENDMENT RIGHT AGAINST
24   SELF-INCRIMINATION.
25   ///
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT 16
PAGE 89

```
 1   BY MR. WEBSTER:
 2       Q.    OKAY.  AND, MS. MORALES, YOU FOLLOW YOUR
 3   CLIENT -- YOUR ATTORNEY'S INSTRUCTION AND NOT
 4   ANSWER THAT QUESTION?
 5       A.    YES.
 6       MR. WEBSTER:  LET'S MARK AS THE NEXT EXHIBIT
 7   FOR IDENTIFICATION EXHIBIT 5452.  IT IS BATES
 8   NO. KMW-M 9761 THROUGH -- LET ME READ THE NUMBERS:
 9   9764, 9789, 9785, 9782, 9780, 9808, 9819, 9826,
10   9813, 9894, 9896, 9886, 9882, 16107, 9901, 9726,
11   9871, 9865, 9873, 9856, 9845, AND 9853.
12           (MORALES EXHIBIT NUMBER 5452 WAS
13            MARKED FOR IDENTIFICATION AND
14            IS BOUND UNDER SEPARATE COVER.)
15   BY MR. WEBSTER:
16       Q.    AND MY QUESTION IS:  DO YOU RECOGNIZE
17   THESE DOCUMENTS, MS. MORALES?
18       MS. DIAZ:  I'M GOING TO OBJECT AND INSTRUCT MY
19   CLIENT NOT TO ANSWER THAT QUESTION ON THE BASIS --
20   FIRST OF ALL, I'M GOING TO INCORPORATE ALL MY PRIOR
21   OBJECTIONS, AS THESE APPEAR TO BE PERSONAL,
22   CONFIDENTIAL RECORDS THAT CAME FROM SOME SOURCE.
23   I'VE NEVER SEEN THEM.  I DON'T KNOW THE SOURCES.
24   THEY'RE PROTECTED BY RIGHT TO PRIVACY.
25           SECOND, I'M INSTRUCTING HER NOT TO ANSWER
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT __16__

PAGE __90__

```
 1   THAT QUESTION ON THE BASIS OF HER FIFTH AMENDMENT
 2   RIGHT AGAINST SELF-INCRIMINATION.
 3   BY MR. WEBSTER:
 4       Q.   OKAY.  AND WILL YOU FOLLOW YOUR
 5   ATTORNEY'S INSTRUCTION AND NOT ANSWER MY QUESTIONS
 6   ON ALL OF THOSE GROUNDS, AS TO THESE DOCUMENTS,
 7   MS. MORALES?
 8       MS. DIAZ:  COUNSEL, FOR THE RECORD, YOU CAN ASK
 9   YOUR SPECIFIC QUESTIONS.  I'M NOT INSTRUCTING HER
10   NOT TO ANSWER ALL OF YOUR SPECIFIC QUESTIONS.  I'LL
11   TAKE IT ON A QUESTION-BY-QUESTION BASIS, IF YOU
12   WANT TO MAKE A CLEAN RECORD.
13       MR. WEBSTER:  I'M TRYING.
14           MY QUESTION WAS:  "DO YOU RECOGNIZE THESE
15   DOCUMENTS?"
16           YOU INSTRUCTED HER.  AND I'M ASKING HER
17   IS SHE FOLLOWING YOUR INSTRUCTION.
18   BY MR. WEBSTER:
19       Q.   ARE YOU FOLLOWING YOUR ATTORNEY'S
20   INSTRUCTION AND NOT ANSWERING THAT QUESTION ABOUT
21   THE DOCUMENTS, ON THE GROUNDS OF THOSE OBJECTIONS
22   THAT SHE'S MADE?
23       A.   YES.
24       MR. WEBSTER:  I'LL JUST NOTE FOR THE RECORD,
25   MS. DIAZ, YOU'VE SAID THAT YOU'RE NOT SURE WHERE
```

202

EXHIBIT __16__
PAGE __91__

1                   DECLARATION OF DEPONENT

2         I CERTIFY UNDER PENALTY OF PERJURY UNDER THE

   LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING

3   IS TRUE AND CORRECT.

4

   EXECUTED AT_____, ON_____

5                     (PLACE)                    (DATE)

6

7

                    _____

8                     (SIGNATURE OF DEPONENT)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                          240

EXHIBIT ___16___

PAGE ___92___

1  STATE OF CALIFORNIA     )

                           )   SS.

2  COUNTY OF LOS ANGELES   )

3            I,   RENEE A. PACHECO   , CERTIFIED

4  SHORTHAND REPORTER, CERTIFICATE NUMBER 11564, FOR

5  THE STATE OF CALIFORNIA, HEREBY CERTIFY:

6            THE FOREGOING PROCEEDINGS WERE TAKEN

7  BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH,

8  AT WHICH TIME THE DEPONENT WAS PLACED UNDER OATH BY

9  ME;

10            THE TESTIMONY OF THE DEPONENT AND ALL

11  OBJECTIONS MADE AT THE TIME OF THE EXAMINATION WERE

12  RECORDED STENOGRAPHICALLY BY ME AND WERE THEREAFTER

13  TRANSCRIBED;

14            THE FOREGOING TRANSCRIPT IS A TRUE AND

15  CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;

16            I FURTHER CERTIFY THAT I AM NEITHER

17  COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID ACTION

18  NOR IN ANY WAY INTERESTED IN THE OUTCOME THEREOF.

19            IN WITNESS WHEREOF, I HAVE HEREUNTO

20  SUBSCRIBED MY NAME THIS ___5th___ DAY OF

21  _____May_____, 2008.

22

23            _____Renee A. Pacheco_____

24

25

241

EXHIBIT __16__
PAGE __93__

# Exhibit 17

**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL, )
                                 )
        PLAINTIFF,     )
                                 )    CASE NO.
    V.                    )    CV 04-9049 SGL
                                 )    (RNBX)
MATTEL, INC., A DELAWARE    )    [CONSOLIDATED WITH
CORPORATION,              )    NO. 04-9059 AND CASE NO. 05-2727]
                                 )
        DEFENDANTS.    )
                                 )
AND CONSOLIDATED ACTION (S).    )
                                 )

# CONFIDENTIAL

# DEPOSITION OF
# CARLOS GUSTAVO MACHADO GOMEZ

# OCTOBER 14, 2008



A&E
COURT REPORTERS
515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

**REPORTED BY:**
PAULA A. PYBURN
CSR NO. 7304
JOB NO. 08AE863-PP

EXHIBIT 17
PAGE 94

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| CARTER BRYANT, AN INDIVIDUAL, | ) ) | |
| | ) | CASE NO. |
| PLAINTIFF, | ) ) | CV 04-9049 SGL(RNBX) |
| V. | ) | CONSOLIDATED WITH |
| | ) | CASE NO. 04-9059 |
| MATTEL, INC., A DELAWARE | ) | AND |
| CORPORATION, | ) | CASE NO. 05-2727 |
| | ) | |
| DEFENDANT. | ) | |
| _____ | ) | |
| | ) | |
| AND CONSOLIDATED ACTION(S) | ) | |
| _____ | ) | |

CONFIDENTIAL VIDEOTAPED DEPOSITION

OF CARLOS GUSTAVO MACHADO GOMEZ,

TAKEN ON BEHALF OF MATTEL, INC., AT

865 SOUTH FIGUEROA STREET, 2ND

FLOOR, LOS ANGELES, CALIFORNIA,

COMMENCING AT 10:45 A.M., TUESDAY,

OCTOBER 14, 2008, BEFORE PAULA A.

PYBURN, C.S.R. 7304, R.P.R., C.L.R.

2

EXHIBIT __17__
PAGE __95__

```
 1    EXHIBITS FOR IDENTIFICATION:   (Continued)
 2    Number:
 3    6483    Untitled Document, 18 pages          87
 4    6484    3/30/06 Letter from Linda Whaley     94
              to Gustavo Machado Gomez,
 5            2 pages
 6    6485    Spanish Document with                 95
              Translation, 4 pages
 7
      6486    Spanish Document with                 95
 8            Translation, 21 pages
 9    6487    Confidentiality and Inventions        96
              Assignment Agreement, 3 pages
10
      6488    Proprietary Information               97
11            Agreement, 5 pages
12    6489    M.G.A. Entertainment, Inc.,           98
              Nondisclosure Agreement, 2 pages
13
      6490    Acknowledgement and Agreement,        98
14            1 page
15    6491    Email Chain, with Translation, 7     107
              pages
16
17
18
19
20
21
22
23
24
25
```

9

EXHIBIT __17__
PAGE __96__

```
1    QUESTIONS UNANSWERED BY WITNESS:
2    PAGE   LINE        PAGE   LINE        PAGE   LINE
3     37     2           62     4           91     20
      38    23           62    17           92      2
4     39    17           62    23           92      9
      40    17           63     9           94      5
5     43    21           65     7           95      5
      44    12           65    14           95     21
6     45    10           65    20           97     25
      46    10           66     2          100     12
7     46    15           66     7          100     20
      47     9           66    12          101     13
8     47    13           66    21          101     25
      47    18           67     2          104      7
9     47    23           67    22          106      5
      48     5           68     3          106     22
10    48    22           68    15          107      4
      49     3           68    21          108     15
11    49     9           69     2          108     22
      50     7           72    18          109     10
12    51    19           73     3          109     17
      52     5           73    10          109     23
13    52    10           73    19          110      7
      52    16           74     2          110     14
14    52    23           74     9          110     25
      53     5           74    16          111      7
15    53    10           80    21          111     18
      53    16           82    25          112      6
16    53    25           83     7          112     13
      54     6           83    23          112     22
17    56    19           88    23          113      6
      58    16           89     2          113     16
18    58    22           90     9          113     23
      59     3           90    13          114      7
19    59     9           90    17          114     13
      60     8           90    22          114     21
20    60    25           91     2          115      2
      61    18           91    10          116     21
21    61    23           91    15          117      5
22
23
24
25
```

10

EXHIBIT __17__
PAGE __97__

```
 1    LOS ANGELES, CALIFORNIA; FRIDAY, OCTOBER 14, 2008

 2                        10:45 A.M.

 3

 4            THE VIDEO TECHNICIAN:  Good morning.  We

 5    are on record at 10:45 a.m.  Today's date is

 6    October 14th, 2008; my name is Steven Togami, I am

 7    the video technician employed by J.T.V. Litigation

 8    Services, Inc., located in Los Angeles, California.

 9    We are taping these proceedings at 865 South

10    Figueroa Street in Los Angeles, California, 90017.

11            This is tape No. 1 for the videotaped

12    deposition of Carlos Gustavo Machado Gomez in the

13    action entitled "Carter Bryant v. Mattel, Inc.," and

14    related cross-actions.  This deposition is being

15    taken on behalf of the defendant.  The case number

16    is CV 04-9049 SGL.

17            May we please have introductions for the

18    record, beginning with the witness.

19            THE WITNESS:  Carlos Gustavo Machado Gomez.

20            MR. OVERLAND:  Mark Overland on behalf of

21    Mr. Machado.

22            MR. COTE:  Alexander Cote on behalf of the

23    witness.

24            MS. AGUIAR:  Lauren Aguiar from Skadden

25    Arps on behalf of the M.G.A. parties.
```

11

EXHIBIT 17
PAGE 98

1     Q.   I try to be fairly clear in my questions,

2   but if there's a question you don't understand, will

3   you tell me to rephrase it?

4     A.   Yes.

5     Q.   Because if you do answer the question I'm

6   going to assume that you understood it.

7         Is that fair?

8     A.   That's fine.

9     Q.   Do you understand that the court reporter

10   seated at your left is taking down everything that

11   everyone in the room says?

12     A.   Yes.

13     Q.   And you will have -- and she will prepare a

14   transcript.

15         Do you understand that?

16     A.   Yes.

17     Q.   And do you understand that you'll have the

18   opportunity to look at that transcript and make any

19   corrections?

20     A.   Correct.

21     Q.   But if you make any corrections, counsel

22   will have the opportunity to comment on it?

23     A.   I understand.

24     Q.   Are you under the effect of any substance

25   or medication that would affect your memory or

EXHIBIT  17
PAGE  99

1    ability to testify?

2         A.    No.

3         Q.    And if you need to take a break, we can

4    take a break whenever you want, but I prefer that

5    you answer any question that's pending before you

6    take a break.

7              Will you do that?

8         A.    That's fine.

9         Q.    What's your current address, Mr. Machado?

10             MR. OVERLAND:   Before you go any further,

11   Mr. Corey, I know Mattel wanted to take this

12   deposition, but as you know, Mattel is at the

13   present time sponsoring a prosecution of Mr. Machado

14   in Mexico for a violation of Mexican law relating to

15   these same facts that are the subject of this

16   present lawsuit.

17             Therefore Mr. Machado intends to invoke his

18   privilege under the Mexican Constitution, Article

19   20, as to any questions that may incriminate him

20   with respect to that lawsuit.

21             Mr. Machado also intends to invoke his

22   privilege against self-incrimination under the Fifth

23   Amendment to the United States Constitution because

24   of the current investigation by the United States

25   Attorney's Office, Central District of California,

16

EXHIBIT ___17___
PAGE ___100___

1    into the same facts that are the subject of this

2    lawsuit, and Mr. Machado could therefore incriminate

3    himself with respect to possible violations, among

4    other things, 18 USC Section 31 -- 1341, 1343, 1346.

5           In addition, Mr. Machado could also

6    incriminate himself with respect to the violation of

7    Penal Code -- California Penal Code Section 499(c).

8           So he will answer certain questions, but as

9    to questions that provide either a clue or a link to

10   any type of evidence that might incriminate him, he

11   will refuse to answer those questions.

12          Now, that may change depending on the

13   outcome of the Mexican prosecution before -- before

14   the trial or depending on the outcome of the

15   investigation by the United States Attorney, but at

16   this point there is a substantial fear of

17   self-incrimination.

18          As I say, that may change prior to trial,

19   but at this point he will invoke his privileges.

20          MR. COREY:  Okay.  And I -- and I

21   understand that, and what I would suggest that we do

22   is that I start asking my questions and we'll figure

23   out what the scope of that may be.

24          But I -- I do have a question for you,

25   Counsel, first:  Is there -- are you aware that

17

EXHIBIT __17__

PAGE __10__

```
 1      Mr. Machado is either a target or a person of

 2      interest in connection with an investigation being

 3      conducted by law enforcement authorities in the

 4      United States?

 5              MR. OVERLAND:  I am aware that there is an

 6      investigation pending into the facts that are the

 7      subject of this lawsuit.  Whether he's a target now

 8      or will become a target later I have no idea, but

 9      there is an investigation pending at the present

10      time.

11              MR. COREY:  Well, there -- the lawsuit is a

12      very broad lawsuit and covers a lot of subject

13      areas, and my question was a little bit more

14      specific than that.  Hold on just a second.

15              So do you know, Counsel, one way or another

16      whether the investigation is into Mr. Machado's

17      behavior?

18              MR. OVERLAND:  Oh, it certainly includes

19      Mr. Machado's behavior.

20      BY MR. COREY:

21          Q.    Mr. Machado, what's your current address?

22          A.

23

24

25          Q.    AND how long have you lived there?
```

18

EXHIBIT __17__
PAGE __102__

```
 1                    DECLARATION OF WITNESS

 2

 3        I CERTIFY UNDER PENALTY OF PERJURY UNDER THE

 4   LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING

 5   IS TRUE AND CORRECT.

 6

 7

 8   EXECUTED AT                    , ON                    ,
                   (PLACE)              (DATE)
 9

10

11                   (SIGNATURE OF WITNESS)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

120

EXHIBIT 17
PAGE 103

1   STATE OF CALIFORNIA )

2   COUNTY OF RIVERSIDE )   ss.

3

4       I, Paula A. Pyburn, CSR No. 7304, R.P.R.,

5   C.L.R., in and for the State of California, do

6   hereby certify:

7       I am the deposition officer that

8   stenographically recorded the testimony in the

9   foregoing deposition;

10      Prior to being examined the deponent was first

11  duly sworn by me;

12      The foregoing transcript is a true record of

13  the testimony given.

14      Before completion of the deposition, review of

15  the transcript [xx] was [ ] was not requested.  If

16  requested, any changes made by the deponent (and

17  provided to the reporter) during the period allowed

18  are appended hereto.

19

20  Dated _____10/2a/68_____

21

22

23  _____Paula Pyburn_____

            Paula A.  Pyburn

24          C.S.R. No. 7304, R.P.R.

            Certified LiveNote Reporter

25

                                                        121

EXHIBIT ___17___
PAGE ___104___

# Exhibit 18

**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL, )
)
PLAINTIFF, )
)
V. )      NO. CV 04-9040 SGL (RNBX)
)      CONSOLIDATED WITH
)      NO. 04-9059 AND CASE NO. 05-2727
MATTEL, INC., A DELAWARE )
CORPORATION, )
)
DEFENDANTS. )
————————————————————— )
)
AND CONSOLIDATED ACTION (S). )
————————————————————— )

# C O N F I D E N T I A L

## VIDEOTAPED DEPOSITION OF
## JORGE CASTILLA

## PAGES 1 THROUGH 275

## OCTOBER 22, 2008



COURT REPORTERS

515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

REPORTED BY:
PAULA PYBURN
CSR NO. 7304
JOB NO. 08AE884-PP



EXHIBIT __VB__
PAGE ___105___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, AN INDIVIDUAL, | ) ) ) CASE NO. |
| PLAINTIFF, | ) CV 04-9049 SGL(RNBX) ) |
| V. | ) CONSOLIDATED WITH ) CASE NO. 04-9059 |
| MATTEL, INC., A DELAWARE CORPORATION, | )            AND ) CASE NO. 05-2727 ) |
| DEFENDANT. | ) ) |
| | ) |
| AND CONSOLIDATED ACTION(S) | ) ) |

CONFIDENTIAL VIDEOTAPED DEPOSITION
OF JORGE CASTILLA, TAKEN ON BEHALF
OF MATTEL, INC., AT 865 SOUTH
FIGUEROA STREET, 2ND FLOOR, LOS
ANGELES, CALIFORNIA, COMMENCING AT
9:11 A.M., WEDNESDAY, OCTOBER 22,
2008, BEFORE PAULA A. PYBURN, C.S.R.
7304, R.P.R., C.L.R.

2

EXHIBIT __18__

PAGE __104__

```
1                      I N D E X
2
3    WITNESS:        EXAMINED BY:              PAGE:
4    JORGE CASTILLA
5                    MR. ZELLER                 14
6                    AFTERNOON SESSION          150
7
8    CONFIDENTIAL ATTORNEYS' EYES ONLY TESTIMONY
     BOUND SEPARATELY IN:  Pages 276 - 389
9
10   EXHIBITS FOR IDENTIFICATION:
11   Number:
12   6492    Employee Confidential              172
             Information and Inventions
13           Agreement, 1 page
14   6493    Employment Application, 2 pages   176
15   6494    Conflict of Interest              178
             Questionnaire, 1 page
16
     6495    Acknowledgement of Receipt of     181
17           Handbook, 1 page
18   6496    Email Chain with attachment,      184
             2 pages
19
     6497    2005 Certification re Mattel      185
20           Code of Conduct, 2 pages
21   6498    3/13/06 Memorandum from Bob       195
             Normile to Jorge Castilla,
22           1 page
23   6499    Exit Interview Checkout Form, 6   265
             pages
24
25
```

EXHIBIT 18

PAGE 107

4

```
 1    QUESTIONS UNANSWERED BY WITNESS:
 2                        PAGE   LINE
 3                         16    18
                           17    13
 4                         18    10
                           23    14
 5                         24    24
                           25    12
 6                         25    18
                           37    16
 7                         37    22
                           39    19
 8                         41     2
                           41     9
 9                         41    14
                           41    17
10                         41    21
                           41    23
11                         42     1
                           48    25
12                         49     8
                           49    11
13                         51     5
                           51    15
14                         52    23
                           54    11
15                         55     9
                           56    19
16                         56    25
                           57     8
17                         57    16
                           57    25
18                         58     9
                           58    16
19                         59    13
                           60     4
20                         60    11
                           61     4
21                         64    11
                           66    16
22                         69    14
                           70     5
23                         70    25
                           71    15
24                         72    18
                           73    25
25                         74    16
```

EXHIBIT  18
PAGE  108

```
1   QUESTIONS UNANSWERED BY WITNESS:   (Continued)
2                     PAGE   LINE
3                      76     20
                       80      9
4                      80     15
                       81      1
5                      84     19
                       85     17
6                      86      6
                       90      3
7                      90     13
                       91     10
8                      96      9
                      101      1
9                     101     15
                      101     20
10                    101     25
                      102      5
11                    102      9
                      102     14
12                    103     22
                      104      7
13                    105      3
                      106      2
14                    106      9
                      106     16
15                    107      7
                      107     17
16                    107     24
                      108      4
17                    108      9
                      108     24
18                    109      4
                      109     10
19                    109     14
                      111      2
20                    112     11
                      113     11
21                    113     19
                      113     25
22                    114      6
                      114     16
23                    117     10
                      117     17
24                    123     24
                      125     12
25                    129      2
```

EXHIBIT 18
PAGE 109

```
 1   QUESTIONS UNANSWERED BY WITNESS:   (Continued)
 2                      PAGE   LINE
 3                      131    10
                        133    2
 4                      135    18
                        136    5
 5                      142    15
                        143    17
 6                      143    24
                        144    5
 7                      144    10
                        144    15
 8                      144    20
                        144    25
 9                      145    5
                        145    10
10                      145    17
                        145    25
11                      146    4
                        146    11
12                      146    16
                        146    23
13                      147    18
                        148    2
14                      148    6
                        151    11
15                      151    17
                        151    23
16                      152    14
                        152    24
17                      153    4
                        154    12
18                      154    21
                        155    2
19                      155    6
                        155    12
20                      156    2
                        156    7
21                      156    13
                        156    19
22                      156    24
                        157    4
23                      157    9
                        157    14
24                      157    19
                        157    23
25                      157    25
```

EXHIBIT C8

PAGE 110

7

```
 1   QUESTIONS UNANSWERED BY WITNESS:   (Continued)
 2                    PAGE  LINE
 3                    158    8
                      158   13
 4                    158   19
                      165   19
 5                    166    2
                      166    7
 6                    166   15
                      168   17
 7                    168   22
                      173    8
 8                    173   17
                      173   24
 9                    174    4
                      174   19
10                    175    3
                      175   14
11                    175   23
                      176    5
12                    176   21
                      177    2
13                    177    7
                      177   12
14                    177   17
                      177   22
15                    178    8
                      178   12
16                    178   19
                      179    7
17                    179   13
                      179   20
18                    179   24
                      180    5
19                    180   13
                      180   22
20                    181    3
                      181   17
21                    181   21
                      182    2
22                    182   11
                      182   20
23                    183    8
                      183   15
24                    183   21
                      184    7
25                    184   14
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT __18__
PAGE ___11___

```
 1   QUESTIONS UNANSWERED BY WITNESS:   (Continued)
 2                        PAGE   LINE
 3                         185    4
                           185    11
 4                         185    23
                           186    4
 5                         186    11
                           186    16
 6                         186    22
                           187    2
 7                         187    8
                           187    15
 8                         187    22
                           188    2
 9                         188    9
                           188    15
10                         188    19
                           188    24
11                         189    5
                           189    11
12                         189    17
                           189    22
13                         190    2
                           190    9
14                         190    13
                           190    19
15                         190    24
                           191    5
16                         191    9
                           191    14
17                         193    25
                           194    8
18                         194    16
                           194    24
19                         195    5
                           195    11
20                         195    21
                           195    25
21                         196    14
                           196    19
22                         197    2
                           197    7
23                         197    11
                           197    17
24                         197    22
                           198    2
25                         198    7
```

9

EXHIBIT 18
PAGE 112

```
 1   QUESTIONS UNANSWERED BY WITNESS:  (Continued)
 2                      PAGE   LINE
 3                       198    25
                         199    5
 4                       199    12
                         199    18
 5                       200    2
                         200    8
 6                       200    13
                         200    20
 7                       201    2
                         201    8
 8                       201    14
                         201    19
 9                       201    24
                         202    5
10                       202    14
                         202    19
11                       202    25
                         203    9
12                       203    16
                         203    22
13                       204    3
                         204    10
14                       208    22
                         209    2
15                       209    9
                         209    13
16                       209    21
                         212    13
17                       214    14
                         215    2
18                       215    6
                         218    5
19                       218    12
                         218    19
20                       219    6
                         219    14
21                       225    21
                         226    4
22                       226    9
                         226    21
23                       227    3
                         227    11
24                       228    11
                         228    19
25                       229    5
```

10

EXHIBIT 1B
PAGE 113

```
 1   QUESTIONS UNANSWERED BY WITNESS:   (Continued)
 2                        PAGE   LINE
 3                         231    10
                           239     8
 4                         240    14
                           241     4
 5                         243     3
                           243    25
 6                         245    24
                           247    16
 7                         247    23
                           248     4
 8                         248    10
                           248    14
 9                         248    22
                           249     1
10                         249     3
                           249     8
11                         249    18
                           249    23
12                         250     2
                           250     6
13                         250     9
                           250    13
14                         250    17
                           250    20
15                         250    22
                           250    24
16                         251     4
                           251     9
17                         251    14
                           251    20
18                         251    24
                           252     2
19                         252     6
                           252     8
20                         252    10
                           252    12
21                         252    15
                           252    18
22                         252    20
                           252    22
23                         252    24
                           253     1
24                         253     3
                           253     5
25                         253     7
```

EXHIBIT 18
PAGE 114

```
 1   QUESTIONS UNANSWERED BY WITNESS:   (Continued)
 2                    PAGE    LINE
 3                    253     11
                      253     15
 4                    253     19
                      253     22
 5                    254      2
                      254      5
 6                    254      8
                      254     11
 7                    254     14
                      254     16
 8                    255     15
                      255     21
 9                    256      5
                      256      8
10                    256     10
                      259     13
11                    259     18
                      259     22
12                    265      9
                      265     16
13                    265     20
                      265     25
14                    266      4
                      266      7
15                    266     11
                      267      2
16                    267      8
                      267     16
17                    267     25
                      270     18
18                    271      2
                      271      5
19                    271      8
                      271     14
20                    271     23
                      272      6
21                    272     14
                      272     24
22                    273      7
23
24
25
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0071

EXHIBIT 1B
PAGE 115

1     LOS ANGELES, CALIFORNIA; WEDNESDAY, OCTOBER 22, 2008

2                          9:11 A.M.

3

4           THE VIDEO TECHNICIAN:  Good morning.  We

5     are on the record at 9:11 a.m.  Today's date is

6     October 22nd, 2008.  My name is Steven Togami, I'm

7     the video technician employed by J.T.V. Litigation

8     Services, Inc., located in Los Angeles, California.

9     We are taping these proceedings at 865 South

10    Figueroa Street in Los Angeles, California 90017.

11          This is tape No. 1 for the videotaped

12    deposition of Jorge Castilla in the action entitled

13    "Carter Bryant v. Mattel, Inc.," and related

14    consolidated cases.  This deposition is being taken

15    on behalf of the defendant.  The case number is

16    CV 04-9049 SGL.

17          May we please have introductions for the

18    record, beginning with the witness.

19          THE WITNESS:  Jorge Castilla.

20          MR. MERMELSTEIN:  Mark Mermelstein, counsel

21    for Mr. Castilla.

22          MS. AGUIAR:  Lauren Aguiar; Skadden, Arps;

23    for the M.G.A. parties.

24          MR. HOLDEN:  Craig Holden, in-house for

25    M.G.A.

1      truth.

2              You understood that?

3        A.    Yes.

4        Q.    And what do you understand that oath to

5      mean?

6        A.    That I should tell the truth and in no

7      cases lie.

8        Q.    And do you understand anything else about

9      it?

10       A.    No, I don't.

11       Q.    And have you ever given any deposition

12     testimony before today?

13       A.    No, I have not.

14             (Ms. Thomas joins the deposition.)

15     BY MR. ZELLER:

16       Q.    Have you ever signed any statements,

17     whether a declaration, an affidavit, or something --

18     some other written document, that you signed under

19     oath?

20       A.    Yes, I have.

21       Q.    And -- and on how many occasions have you

22     done that?

23       A.    I cannot recall, but definitely less

24     than -- probably around five.

25       Q.    And have any of those been in connection

1    with any lawsuits?

2         A.    No --

3         Q.    Were they --

4         A.    -- to the best of my knowledge.

5         Q.    Were they related to such matters as

6    personal real estate transactions or something else?

7         A.    No, something else.

8         Q.    And what was that something else?

9         A.    The one example I can think of is my wife

10   gaining permanent resident status in the United

11   States.

12        Q.    Have you ever signed anything under oath,

13   any written document, in connection with your Mattel

14   employment?

15        A.    No --

16        Q.    With your --

17        A.    -- to the best of my knowledge.

18        Q.    With your M.G.A. employment?

19              MR. MERMELSTEIN:   At this point I'm going

20   to interject, in light of their pendency of federal

21   criminal investigation, it's -- it was my advice

22   to -- to Mr. Castilla that he invoke his Fifth

23   Amendment rights and reserve all rights with respect

24   to -- there may be a time before Phase 2 of this --

25   this case that Mr. Castilla is able to testify

16

EXHIBIT 18
PAGE 118

1    substantively, but at this point, given where --
2    where that investigation is, I would advise
3    Mr. Castilla to invoke his Fifth Amendment rights as
4    to this question.
5    BY MR. ZELLER:
6        Q.   And are you going to do that in -- in
7    response to that question?
8        A.   Yes, I am.
9        Q.   And generally speaking, you have an
10   understanding as to what it means to invoke the
11   Fifth Amendment?
12       A.   Yes, I do.
13       Q.   And please tell us what your understanding
14   of that is.
15            MR. MERMELSTEIN:   I'm going to instruct him
16   to invoke on that.
17   BY MR. ZELLER:
18       Q.   And you'll follow that instruction as well?
19       A.   I invoke.
20            MR. ZELLER:   And just so it's clear, you're
21   instructing on the question about whether he ever
22   signed anything under oath with M.G.A.?
23            MR. MERMELSTEIN:   Whatever --
24            MR. ZELLER:   I can read it back, but I just
25   wanted to make sure that -- because there was one

17

EXHIBIT 18
PAGE 119

```
 1    question I asked about Mattel and then there was one

 2    about M.G.A., and I just don't want to repeat

 3    something that you've already advised him on.

 4            MR. MERMELSTEIN:  I'm not sure I understand

 5    your question.

 6            MR. ZELLER:  Okay.  Well, let me just -- I

 7    don't want to be repetitive, but just so I --

 8    there's a clear record in terms of what the question

 9    was.

10        Q.   Have you ever signed anything under oath

11    that is in writing during your M.G.A. employment?

12        A.   I invoke.

13        Q.   Other than what you've told me about or

14    you've invoked your Fifth Amendment rights with

15    respect to, are there any other instances that you

16    can recall signing anything under oath, or do I have

17    your complete testimony that you're willing to give

18    on that?

19        A.   Not that I can recall.

20        Q.   Since you haven't been deposed before, let

21    me just give a couple of admonitions.

22            One is is that if there's any question I

23    ask you during the course of today that is unclear

24    in any way to you, please speak up and I'm happy to

25    rephrase it or -- or have it read back.
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0007
EXHIBIT 18
PAGE 120

1                        DECLARATION OF WITNESS

2

3         I CERTIFY UNDER PENALTY OF PERJURY UNDER THE

4    LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING

5    IS TRUE AND CORRECT.

6

7

8    EXECUTED AT               , ON                 ,
                    (PLACE)             (DATE)

9

10

11                   (SIGNATURE OF WITNESS)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT 18

PAGE 121

```
 1   STATE OF CALIFORNIA )

 2   COUNTY OF RIVERSIDE )  SS.

 3

 4        I, PAULA A. PYBURN, CSR NO. 7304, R.P.R.,

 5   C.L.R., IN AND FOR THE STATE OF CALIFORNIA, DO

 6   HEREBY CERTIFY:

 7        I AM THE DEPOSITION OFFICER THAT

 8   STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE

 9   FOREGOING DEPOSITION;

10        PRIOR TO BEING EXAMINED THE DEPONENT WAS FIRST

11   DULY SWORN BY ME;

12        THE FOREGOING TRANSCRIPT IS A TRUE RECORD OF

13   THE TESTIMONY GIVEN.

14        BEFORE COMPLETION OF THE DEPOSITION, REVIEW OF

15   THE TRANSCRIPT [X] WAS [ ] WAS NOT REQUESTED.  IF

16   REQUESTED, ANY CHANGES MADE BY THE DEPONENT (AND

17   PROVIDED TO THE REPORTER) DURING THE PERIOD ALLOWED

18   ARE APPENDED HERETO.

19

20        DATED  November 5, 2008 .

21

22

23        Paula A. Pyburn

24        PAULA A. PYBURN
          C.S.R. NO. 7304, R.P.R.
          CERTIFIED LIVENOTE REPORTER
25
```

A & E COURT REPORTERS   (213)955-0070   FAX: (213)955-0077



EXHIBIT _B_

PAGE _122_

**Exhibit 19**

CERTIFIED COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL, )
)
PLAINTIFF, )
)
V. )
)
MATTEL, INC., A DELAWARE )
CORPORATION, ET AL., )
)
DEFENDANTS. )
_____ )
)
AND CONSOLIDATED ACTION (S). )
_____ )

CASE NO.
CV 04-9040 SGL (RNBX)

# C O N F I D E N T I A L

(THIS TRANSCRIPT HAS BEEN DESIGNATED CONFIDENTIAL,
ATTORNEYS' EYES ONLY)

## DEPOSITION OF ISAAC LARIAN

## VOLUME II

## MARCH 26, 2008



COURT REPORTERS

REPORTED BY:
PAULA PYBURN
CSR NO. 7304
JOB NO. 08AE226-PP

515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

EXHIBIT 19
PAGE 123

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, AN                 )
INDIVIDUAL,                       )
                                  )  CASE NO.
        PLAINTIFF,                )  CV 04-9049 SGL(RNBX)
                                  )
  V.                              )  CONSOLIDATED WITH
                                  )  CASE NO. 04-9059
MATTEL, INC., A DELAWARE          )            AND
CORPORATION,                      )  CASE NO. 05-2727
                                  )
        DEFENDANT.                )
_____ )
                                  )
AND CONSOLIDATED ACTION(S)        )
_____ )


        CONFIDENTIAL ATTORNEYS' EYES ONLY

        VIDEOTAPED DEPOSITION OF ISAAC

        LARIAN, VOLUME II, TAKEN ON BEHALF

        OF MATTEL, INC., AT 10250

        CONSTELLATION BOULEVARD, 19TH FLOOR,

        LOS ANGELES, CALIFORNIA, COMMENCING

        AT 9:34 A.M., WEDNESDAY, MARCH 26,

        2008, BEFORE PAULA A. PYBURN, C.S.R.

        7304, R.P.R., C.L.R.


261

EXHIBIT 19
PAGE 124

```
 1    INVENTOR?

 2         A.   NO.

 3              MR. NOLAN:  OBJECTION; CALLS FOR A LEGAL

 4    CONCLUSION.

 5    BY MR. ZELLER:                                          02:34:36

 6         Q.   SO IF I UNDERSTAND YOU CORRECTLY, YOUR --

 7    YOUR VIEWPOINT OF WHO AN INVENTOR IS IS THAT THE

 8    PERSON WHO COMES UP WITH IT IS NOT THE INVENTOR, BUT

 9    SOMEONE SUCH AS YOURSELF WHO GIVES INPUT INTO

10    DEVELOPMENT OF IT IS THE INVENTOR; IS THAT TRUE?       02:34:50

11         A.   YOU ARE MISSTATING MY -- MY -- MY

12    TESTIMONY, SIR.  WHAT I -- WHAT I SAID TO YOU WHEN

13    YOU GOT TO THE FIRST PART OF YOUR QUESTION, TO IN MY

14    MIND AN INVENTOR WHO -- IS WHO COMES WITH AN IDEA

15    BUT ALSO TAKES THAT IDEA TO -- TO THE POINT IT CAN     02:35:06

16    BE MANUFACTURED AND SHIPPED.

17         Q.   I'M GOING TO SHOW YOU WHAT'S PREVIOUSLY

18    MARKED AS EXHIBIT 615.

19              MR. NOLAN:  THANKS.

20              MS. PISONI:  THANK YOU.                       02:35:49

21              MR. ZELLER:  LET US KNOW WHEN YOU HAVE HAD

22    A CHANCE TO LOOK AT EXHIBIT 615.

23              THE WITNESS:  GO AHEAD.

24    BY MR. ZELLER:

25         Q.   DO YOU RECOGNIZE EXHIBIT 615 AS BEING AN      02:39:05
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT 19
PAGE 125



```
 1    APPLICATION THAT YOU WERE NAMED AS AN INVENTOR ON

 2    FOR TRANSPARENT DISPLAY PACKAGING?

 3         A.   I DON'T RECALL THIS DOCUMENT.  I RECOGNIZE

 4    MY SIGNATURE.

 5         Q.   AND FOR THE RECORD, YOU RECOGNIZE YOUR          02:39:23

 6    SIGNATURE ON PAGE MGA 0825347?

 7         A.   THAT'S CORRECT.

 8         Q.   AND YOU RECOGNIZE THE DRAWINGS ON THE OTHER

 9    PORTIONS OF EXHIBIT 615 AS DEPICTING THE TRAPEZOIDAL

10    PACKAGING THAT WE TALKED ABOUT --                        02:39:37

11         A.   I --

12         Q.   -- IS THAT TRUE?

13         A.   I DO.

14         Q.   NOW, YOU'LL SEE ON THE PAGE ENDING IN

15    -47 --                                                   02:39:46

16         A.   YES.

17         Q.   -- THE STATEMENT THAT YOU SIGNED --

18         A.   UH-HUH.

19         Q.   -- QUOTE (READING):

20              I BELIEVE I AM THE ORIGINAL, FIRST             02:39:51

21              AND SOLE INVENTOR (IF ONLY ONE NAME

22              IS LISTED BELOW) OR AN ORIGINAL

23              FIRST AND JOINT INVENTOR (IF PLURAL

24              NAMES ARE LISTED BELOW) OF THE

25              SUBJECT MATTER WHICH IS CLAIMED OR             02:40:04
```

470



EXHIBIT 19
PAGE 126

| | | |
|---|---|---|
| 1 | FOR WHICH A PATENT IS SOUGHT ON THE | |
| 2 | INVENTION ENTITLED "TRANSPARENT | |
| 3 | DISPLAY PACKAGING." | |
| 4 | DO YOU SEE THAT? | |
| 5 | A.   I DO. | 02:40:11 |
| 6 | Q.   YOU UNDERSTOOD THAT WHEN YOU SIGNED THIS | |
| 7 | THAT YOU WERE ATTESTING, SWEARING, TO THE CLAIM THAT | |
| 8 | YOU WERE THE ORIGINAL, FIRST AND SOLE INVENTOR OF | |
| 9 | THIS PACKAGING IS THAT TRUE? | |
| 10 | A.   I DID.  IT'S A MISTAKE. | 02:40:24 |
| 11 | Q.   AND WHY DO YOU THINK IT'S A MISTAKE? | |
| 12 | A.   BECAUSE I WAS NOT -- I AM NOT THE SOLE | |
| 13 | INVENTOR OF THIS PRODUCT. | |
| 14 | AND WE WENT TO OUR ATTORNEY, ALAN ROSE, WHO | |
| 15 | HAS DECEASED NOW, TO SAY THAT WE WANT TO HAVE A | 02:40:38 |
| 16 | PATENT FOR THIS -- FOR THIS DESIGN. | |
| 17 | AND HE DID THIS, AND I MUST NOT HAVE | |
| 18 | COMPLETELY READ THIS OR MUST NOT HAVE GIVEN HIM ALL | |
| 19 | THE INFORMATION THAT OTHER PEOPLE INVOLVED WITH | |
| 20 | INVENTING THIS.  SO THIS IS A MISTAKE. | 02:41:04 |
| 21 | Q.   SO AS YOU SIT HERE NOW YOU BELIEVE THAT | |
| 22 | THIS -- THIS STATEMENT THAT YOU WERE THE SOLE | |
| 23 | INVENTOR IS INCORRECT? | |
| 24 | A.   THAT'S CORRECT. | |
| 25 | Q.   WHO ELSE IN YOUR VIEW IS AN INVENTOR OF THE | 02:41:13 |

471

EXHIBIT __19__
PAGE __127__

1    TRAPEZOIDAL PACKAGING?

2        A.    AILEEN STORIES [SIC], AND I AM NOT SURE IF

3    RACHEL HARRIS AND OTHER PEOPLE IN AILEEN'S TEAM HAVE

4    HAD INPUT INTO THAT OR NOT.

5        Q.    TO YOUR KNOWLEDGE HAS M.G.A. TAKEN ANY          02:41:41

6    STEPS TO CORRECT ANY OF THE STATEMENTS THAT WERE

7    MADE IN CONNECTION WITH THIS APPLICATION THAT WE

8    HAVE MARKED AS EXHIBIT 615?

9        A.    I DON'T KNOW.

10       Q.    WAS THERE A PATENT THAT ISSUED AS A RESULT       02:41:53

11   OF THIS APPLICATION?

12           MR. NOLAN:  OBJECTION; LACK OF FOUNDATION.

13           THE WITNESS:  I DON'T KNOW IF IT WAS OR

14   NOT.  I BELIEVE IT WAS.  I JUST DON'T RECALL IT

15   EXACTLY.                                                  02:42:14

16   BY MR. ZELLER:

17       Q.    AT ANY TIME HAVE YOU PERSONALLY EVER

18   RECEIVED A ROYALTY FOR ANYTHING IN CONNECTION WITH

19   BRATZ?

20       A.    NO.  I DON'T -- I DON'T THINK SO.  YOU KNOW      02:42:21

21   WHAT, I DON'T THINK SO.

22       Q.    WAS THERE A TIME IN THE YEAR 2000 --

23       A.    UH-HUH.

24       Q.    -- IN THE SPRING OF 2000 WHEN YOU HAD A

25   BOARD MEETING WHERE ONE TERM THAT WAS BEING               02:42:39

472



EXHIBIT ___19___
PAGE ___126___

```
1                    DECLARATION OF WITNESS

2

3        I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS

4    OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS

5    TRUE AND CORRECT.

6

7

8    EXECUTED AT                    , ON
                    (PLACE)              (DATE)
9

10

11              (SIGNATURE OF WITNESS)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

516

EXHIBIT  19
PAGE  929

```
 1   STATE OF CALIFORNIA )

 2   COUNTY OF RIVERSIDE )  SS.

 3

 4        I, PAULA A. PYBURN, CSR NO. 7304, R.P.R.,

 5   C.L.R., IN AND FOR THE STATE OF CALIFORNIA, DO

 6   HEREBY CERTIFY:

 7        I AM THE DEPOSITION OFFICER THAT

 8   STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE

 9   FOREGOING DEPOSITION;

10        PRIOR TO BEING EXAMINED THE DEPONENT WAS FIRST

11   DULY SWORN BY ME;

12        THE FOREGOING TRANSCRIPT IS A TRUE RECORD OF

13   THE TESTIMONY GIVEN.

14        BEFORE COMPLETION OF THE DEPOSITION, REVIEW OF

15   THE TRANSCRIPT [X] WAS [ ] WAS NOT REQUESTED.  IF

16   REQUESTED, ANY CHANGES MADE BY THE DEPONENT (AND

17   PROVIDED TO THE REPORTER) DURING THE PERIOD ALLOWED

18   ARE APPENDED HERETO.

19

20   DATED  March 27, 2008 .

21

22

23   _____

24   PAULA A. PYBURN
     C.S.R. NO. 7304, R.P.R.
25   CERTIFIED LIVENOTE REPORTER
```

EXHIBIT 19
PAGE 130