# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant, an individual<br><br>PLAINTIFF(S)<br>v.<br>Mattel, Inc. a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Notice of Lodging ISO Mattel, Inc.'s Ex Parte Application for Appointment of a Receiver for MGA Entertainment, Inc. or for Alternative Relief; Mattel, Inc.'s Application to File Under Seal the Notice of Lodging; [Proposed] Order Granting Application to File Under Seal the Notice of Lodging; Proof of Service

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☐ Other

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

December 29, 2008
Date

Michael T. Zeller
Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)   NOTICE OF MANUAL FILING