THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
(tnolan@skadden.com
Attorneys for the MGA Parties

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
MGA Parties' Reply In Further Support Of Their Ex Parte Application And Motion For Stay Pending Appeal; Declaration of Jason D. Russell In Support Of The MGA Parties' Reply In Further Support Of Their Ex Parte Application And Motion To Stay Pending Appeal; Reply Declaration Of Larry Falcon In Support MGA's Motion To Stay; Second Compendium Of Third-Party Declarations In Support Of The MGA Parties' Ex Parte Application And Motion To Stay Pending Appeal; MGA Parties' Objections To The Declaration Of Robert Weinberg; Declaration of Jason D. Russell In Support Of MGA's Objections To The Declaration Of Robert Weinberg; MGA Parties' Responses To Mattel, Inc's Objections To The Declaration Of Brian Wing; MGA Parties' Responses To Mattel, Inc's Objections To The Compendium Of Third Party Declarations; Application to File Under Seal; [Proposed] Order To File Under Seal; and Proof of Service.

**Document Description:**
☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
☒ Other

**Reason:**
☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required *(reason):*

December 29, 2008                    Thomas J. Nolan
Date                                 Attorney Name

G-92 (02/07)                NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com

MGA ENTERTAINMENT, INC., et al.
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                              NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com