THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>OBJECTION TO DECLARATION OF THOMAS STOUDT<br><br>Hearing Date:  December 30, 2008<br>Time:              10:00 a.m. |

## **GENERAL OBJECTION**

The MGA Parties object to the declaration of Thomas Stoudt on the grounds that it is untimely and prejudicial, having been filed three days after Mattel's Opposition to the MGA Parties' *Ex Parte* Application And Motion For Stay was due, and less than one business day before the MGA Parties' reply brief is due. (See Notice of Manual Filing (Dkt 4538) dated 12/26/2008). Mattel was not entitled to file any supplement to its opposition, nor has it sought leave of the Court to do so. Indeed, Mattel's *Ex Parte* Application For De-designation Of The Third-Party Compendium sought leave to file a supplemental response to the Motion to Stay after de-designation (Mattel's Ex Parte App. (Dkt 4473)at 2, 5), but this request was not granted. (Order re Briefing Schedules (Dkt 4481).) Instead, the Court gave Mattel extra time to prepare its Opposition. (Id.) Having received this extra time, Mattel is not entitled to submit any supplemental materials, such as this declaration, responding to the Third-Party declarations filed by the MGA Parties.

The MGA Parties have been prejudiced by this delay in filing. The Stoudt declaration attacks the substance of the various Third-Party declarations. But because of Mattel's delay in filing it, the MGA Parties find themselves largely unable to collect further declarations from the various third parties correcting Mr. Stoudt's interpretation. Given the 3:00 p.m. filing deadline for filing its reply, as a practical matter, MGA does not even had half a business day to reach out to potential witnesses and gather declarations.

Because its submission is untimely and prejudicial, the Stoudt declaration should be stricken.

DATED: December 29, 2008         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Thomas J. Nolan_____
Thomas J. Nolan
Attorneys for the MGA Parties