QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS *EX PARTE* APPLICATION TO STRIKE THE DECLARATIONS OF BRIAN WING AND RAOUL KENNEDY, AND THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' REQUEST FOR A STAY<br><br>[[Proposed] Order filed concurrently] |

07209/2737126.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal its *Ex Parte* Application to Strike the
4  Declarations of Brian Wing and Raoul Kennedy and the Compendium of Third-
5  Party Declarations in Support of the MGA Parties' *Ex Parte* Application and Motion
6  to Stay Pending Appeal ("Application").

7  Mattel's Application contains materials that MGA has designated as
8  "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective
9  Order. Accordingly, Mattel requests that the Court order that the Application be
10 filed under seal.

12 DATED: December 23, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

14                               By /s/ Diane C. Hutnyan
15                                  Diane C. Hutnyan
                                    Attorneys for Mattel, Inc.