QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS *EX PARTE* APPLICATION TO STRIKE THE DECLARATIONS OF BRIAN WING AND RAOUL KENNEDY, AND THE COMPENDIUM OF THIRD-PARTY DECLARATIONS |



07209/2737180.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal its *Ex Parte* Application to Strike the Declarations of Brian Wing and Raoul Kennedy and the Compendium of Third-Party Declarations in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s *Ex Parte* Application to Strike the Declarations of Brian Wing and Raoul Kennedy and the Compendium of Third-Party Declarations in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 12/24, 2008

*/s/ S.G. Larson*
Hon. Stephen G. Larson
United States District Judge

-2-

[PROPOSED] ORDER