QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S EX PARTE APPLICATION FOR STAY OF INJUNCTION PENDING APPEAL**

[[Proposed] Order filed concurrently]

Hearing Date: December 30, 2008
Time: 10:00 a.m.
Place: Courtroom 1

**Phase 1C**

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Ex Parte Application for Stay of Injunction Pending Appeal (the "Opposition"), Exhibits 2, 3, and 5 through 25 to the Declaration of Jon D. Corey in Support (the "Corey Declaration"), and Exhibits C, D, F, and G to the Declaration of Michael J. Wagner in Support (the "Wagner Declaration").

The Declarations attach and quote from, and the Opposition quotes from, materials that MGA has designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. MGA has designated Exhibits 2, 3, 5, 6, and 8 through 24 to the Corey Declaration, and Exhibits C, D, F, and G to the Wagner Declaration, as "Confidential--Attorneys' Eyes Only." MGA has designated Exhibits 7 and 25 to the Corey Declaration as "Confidential." Accordingly, Mattel requests that the Court order that the Declarations and Opposition be filed under seal.

In the alternative, Mattel requests that the Court declare that Exhibits 2, 3, and 5 through 25 to the Corey Declaration, and Exhibits C, D, F, and G to the Wagner Declaration, are outside the definitions of "Confidential" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: December 23, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By _____
    Cyrus S. Naim
    Attorneys for Mattel, Inc.