QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
   (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
   (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S EX PARTE APPLICATION FOR STAY OF INJUNCTION PENDING APPEAL<br><br>Hearing Date:    None Set<br>Time:            None Set<br>Place:           Courtroom 1<br><br>**Phase 1C** |

ORIGINAL

LODGED

2008 DEC 23 PM 4:04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

07209/2737470.1

[PROPOSED] ORDER

1

2                                    [PROPOSED] ORDER

3

4              Based on the concurrently filed Application to File Under Seal Mattel,

5     Inc.'s Opposition to MGA Entertainment, Inc.'s Ex Parte Application for Stay of

6     Injunction Pending Appeal,

7              IT IS HEREBY ORDERED:

8              Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Ex Parte

9     Application for Stay of Injunction Pending Appeal, the Declaration of Jon D. Corey

10    in Support, and the Declaration of Michael J. Wagner in Support, are ORDERED

11    filed under seal pursuant to Local Rule 79-5.1.

12

13

14    DATED:      12|24        , 2008    _____

15                                       Hon. Stephen G. Larson
                                         United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2737470.1                              -2-