THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL:<br><br>OPPOSITION TO MATTEL'S EX PARTE APPLICATION TO STRIKE THE WING, KENNEDY AND THIRD-PARTY DECLARATIONS IN SUPPORT OF MGA'S REQUEST FOR STAY<br><br>Hearing Date: December 30, 2008<br>Time: 10:00 AM |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal: Opposition To Mattel's Ex Parte Application To Strike The Wing, Kennedy And Third-Party Declarations In Support Of MGA's Request For Stay. Good cause exists for filing these documents under seal because the declaration of Brian Wing has been designated "Confidential—Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, the Third-Party Declarations have been designated "Confidential" pursuant to a stipulation between the parties and Court Order, and the MGA Parties' Opposition To Mattel's Ex Parte Application To Strike The Wing, Kennedy And Third-Party Declarations In Support Of MGA's Request For Stay contains an extensive discussion of these documents.

DATED: December 24, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan
Attorneys for the MGA Parties