THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

FILED
2008 DEC 24 PM 3:39
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: December 30, 2008<br>Time: 10:00 AM |

PROOF OF SERVICE          NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **December 24, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

(X) (BY PERSONAL SERVICE)  ☐ By personally delivering copies to the person served. (FEDERAL)

☒ I caused such document to be hand delivered to the above addressees. (FEDERAL)

( ) (BY FEDERAL EXPRESS)

( ) (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **December 24, 2008**, in Los Angeles, California.

___Nandi Berglund___   _[signature]_
PRINT NAME            SIGNATURE

2

PROOF OF SERVICE                                NO. CV 04-9049 SGL (RNBx)

## Document List

OPPOSITION TO MATTEL'S EX PARTE APPLICATION TO STRIKE THE WING, KENNEDY AND THIRD-PARTY DECLARATIONS IN SUPPORT OF MGA'S REQUEST FOR STAY

APPLICATION TO FILE UNDER SEAL: OPPOSITION TO MATTEL'S EX PARTE APPLICATION TO STRIKE THE WING, KENNEDY AND THIRD-PARTY DECLARATIONS IN SUPPORT OF MGA'S REQUEST FOR STAY (

[PROPOSED] ORDER; and

PROOF OF SERVICE

PROOF OF SERVICE                                                NO. CV 04-9049 SGL (RNBx)