QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S *EX PARTE* APPLICATION FOR STAY OF INJUNCTION PENDING APPEAL** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | Hearing Date:  December 30, 2008<br>Time:              10:00 a.m.<br>Place:              Courtroom 1<br><br>**Phase 1C** |

|   |   |
|---|---|
| 1 | TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF |
| 2 | RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following |
| 3 | Motion with the Court in support of its Opposition to MGA Entertainment, Inc.'s Ex |
| 4 | Parte Application for Stay of Injunction Pending Appeal: |
| 5 |     1.    MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO |
| 6 | DISMISS APPEAL, U.S. Court of Appeals for the Ninth Circuit Case No. 08- |
| 7 | 57015. |

DATED: December 29, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller TB
Michael T. Zeller
Attorneys for Mattel, Inc.