QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S RESPONSE TO THE MGA PARTIES OBJECTIONS TO THE DECLARATION OF ROBERT WEINBERG AND DECLARATION OF THOMAS STOUDT<br><br>Date:  December 30, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 1C** |

07209/2737086.2

DECLARATION OF JON D. COREY

## **DECLARATION OF JON D. COREY**

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia, and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel")  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the Stipulated Protective Order that was "so ordered" and filed on January 4, 2005.

3. I spoke with Mr. Weinberg to determine whether he had the experience and expertise to provide and industry-knowledgeable response to the third-party declarations submitted by the MGA Parties.  I provided Mr. Weinberg with a copy of the Protective Order before he was provided with a copy of the compendium and before any content was disclosed to him.  I instructed Mr. Weinberg to review the Protective Order and to sign Exhibit A to the Protective Order before reviewing the third-party declarations.

4. Attached as Exhibit B is a true and correct copy of the electronic notification of entry of the "so ordered" stipulation de-designating certain third-party declarations submitted by the MGA Parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 29, 2008, at Los Angeles, California.

/s/   Jon D. Corey
_____
Jon D. Corey