## Jon Corey

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Monday, December 22, 2008 1:35 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:04-cv-09049-SGL-RNB Carter Bryant v. Mattel Inc Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 12/22/2008 at 1:34 PM PST and filed on 12/19/2008
**Case Name:**     Carter Bryant v. Mattel Inc
**Case Number:**   2:04-cv-9049
**Filer:**
**Document Number:** 4493

**Docket Text:**
**ORDER by Judge Stephen G. Larson Re Stipulation Regarding Mattel's Ex Parte Application to Dedesignate Compendium of Third Party Declarations [4473] [4482]: Based on the stipulation of the parties, and good cause appearingtherefor, it is hereby ORDERED that: (1)The third-party declarations behind tabs 1, 3, 4, 5, 6, 7, 9, 10, 12, and 13 of the Compendium of Third Party Declarations filed in connection with the MGA Stay Application are hereby re-designated as "Confidential" pursuant to the Stipulated Protective Order; and(2)On or before December 22, 2008, the MGA Parties shall either (a)advise Mattel that all three of the remaining declarations submitted in connectionwith MGA Stay Application are re-designated as "Confidential" pursuant to theStipulated Protective Order; or (b)file a response to Mattel's Ex Parte Application with respect to any of the three remaining declarations that are still as of that time designated "Confidential -- Attorney's Eyes Only," with a courtesy copy to be delivered to the Court's chambers. IT IS SO ORDERED. (ad)**

**2:04-cv-9049 Notice has been electronically mailed to:**

John B Quinn     johnquinn@quinnemanuel.com

Randa A F Osman     randaosman@quinnemanuel.com

12/29/2008

David C Scheper     dscheper@obsklaw.com,feseroma@obsklaw.com_sumry

Alisa Morgenthaler Lever     amorgenthaler@chrisglase.com

Larry W McFarland     lmcfarland@kmwlaw.com

Raoul D Kennedy     rkennedy@skadden.com

Mark E Overland     moverland@obsklaw.com,jhibino@obsklaw.com_sumry

Thomas J Nolan     tnolan@skadden.com,carl.roth@skadden.com,marcus.mumford@skadden.com

Emil W Herich     eherich@kmwlaw.com

Jason D Russell     jrussell@skadden.com,allison.velkes@skadden.com_sumry

Timothy L Alger     timalger@quinnemanuel.com

Sandra L Tholen     tholen@caldwell-leslie.com,mejia@caldwell-leslie.com,wilson@caldwell-leslie.com

Jon D Corey     joncorey@quinnemanuel.com

Douglas Andrew Winthrop     dwinthrop@howardrice.com

Michael T Zeller     michaelzeller@quinnemanuel.com

Linda M Burrow     burrow@caldwell-leslie.com,wilson@caldwell-leslie.com,popescu@caldwell-leslie.com

Diane C Hutnyan     dianehutnyan@quinnemanuel.com,andreahoeven@quinnemanuel.com

Kenneth A Plevan     kenneth.plevan@skadden.com,drogosa@skadden.com,sumclaug@skadden.com

Alexander H Cote     acote@obsklaw.com,feseroma@obsklaw.com

Marina Vladimir Bogorad     marina.bogorad@skadden.com

Brett Dylan Proctor     dylanproctor@quinnemanuel.com,westonreid@quinnemanuel.com

Stan Karas     stankaras@quinnemanuel.com,gayleduran@quinnemanuel.com,westonreid@quinnemanuel.com

Scott E Gizer     sgizer@glaserweil.com

David W Hansen     dhansen@skadden.com

Robyn Aronson     robynaronson@dwt.com,frankromero@dwt.com

Oleg Stolyar     alexstolyar@quinnemanuel.com

12/29/2008

Christian C Dowell      cdowell@kmwlaw.com

Cyrus S Naim      cyrusnaim@quinnemanuel.com

Leah Chava Gershon      leah@spertuslaw.com

Michael P Kelly      mikelly@skadden.com

Sanford I Weisburst      sandyweisburst@quinnemanuel.com

**2:04-cv-9049 Notice has been delivered by First Class U. S. Mail or by fax to: :**
Jerome B Falk
Howard Rice Nemerovski Canady Falk & Rabkin
3 Embarcadero Ctr 7th Fl
San Francisco CA 94111-4024


Kien C Tiet
Stern and Goldberg
6345 Balboa Boulevard, Suite 200
Encino CA 91316


Lauren E Aguiar
Skadden Arps Slate Meagher & Flom
1440 New York Ave
Washington DC 20005-2111


Melissa Grant
Quinn Emanuel Urquhart Oliver and Hedges
865 South Figueroa Street, 10th Fl
Los Angeles CA 90017-2543


Juan Pablo Alban
Quinn Emanuel Urquhart Oliver and Hedges
865 South Figueroa Street, 10th Fl
Los Angeles CA 90017-2543
US

Cheryl Plambeck
Davis & Gilbert LLP
1740 Broadway
New York NY 10019
US

Amy R Sabrin
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington DC 20005-2111


12/29/2008

US

David W Foster
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington DC 20005-2111
US

Peter H Bonis
Peter H. Bonis Law Offices
1990 N. California Blvd, 8th Floor
Walnut Creek CA 94596
US

12/29/2008