Diane C. Hutnyan
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Application to File Under Seal; [Proposed] Order re: Application to File Under Seal; Mattel, Inc.'s Reply to MGA Parties' Responses to Mattel, Inc.'s Objections to the Compendium of Third Party Decls;Evidentiary Objections to the Decl. of Larry Falcon ISO; Evidentiary Objections to the Second Compendium Decls.

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other  Application; [Proposed] Order; Reply; Evidentiary Objections

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

December 30, 2008
Date

Diane C. Hutnyan
Attorney Name

Mattel, Inc.
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                          NOTICE OF MANUAL FILING