ORIGINAL

07209/2743615.1

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

Lodged P/O under seal documents

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS *EX PARTE* APPLICATION TO STRIKE THE DECLARATIONS OF BRIAN WING AND RAOUL KENNEDY, AND THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' REQUEST FOR A STAY; EXHIBITS TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT THEREOF; AND THE DECLARATION OF THOMAS STOUDT<br><br>[[Proposed] Order filed concurrently] |

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

| | |
|---|---|
| 1 | Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal its Reply in support of its *Ex Parte* Application to Strike the Declarations of Brian Wing and Raoul Kennedy and the Compendium of Third-Party Declarations in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal; Exhibits A, B, and C to the Declaration of Diane C. Hutnyan in support thereof; and the Declaration of Thomas Stout ("Application"). |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal its Reply in support of its *Ex Parte* Application to Strike the Declarations of Brian Wing and Raoul Kennedy and the Compendium of Third-Party Declarations in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal; Exhibits A, B, and C to the Declaration of Diane C. Hutnyan in support thereof; and the Declaration of Thomas Stout ("Application").

Mattel's Application contains materials that MGA has designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Application be filed under seal.

DATED: December 26, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Diane C. Hutnyan
Diane C. Hutnyan
Attorneys for Mattel, Inc.