ORIGINAL

1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2 | John B. Quinn (Bar No. 090378)
   | (johnquinn@quinnemanuel.com)
   | Michael T. Zeller (Bar No. 196417)
3 | (michaelzeller@quinnemanuel.com)
   | Jon D. Corey (Bar No. 185066)
4 | (joncorey@quinnemanuel.com)
   | 865 South Figueroa Street, 10th Floor
5 | Los Angeles, California  90017-2543
   | Telephone:  (213) 443-3000
6 | Facsimile:  (213) 443-3100

7 | Attorneys for Mattel, Inc.

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | EASTERN DIVISION

FILED 2008 DEC 29 PM 2:00 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

*Lodged P/O of under Seal Documen*

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA ENTERTAINMENT, INC. OR FOR ALTERNATIVE RELIEF** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | [[Proposed] Order filed concurrently] |

07209/2744363.1

1           Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2   entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully

3   requests that the Court order filed under seal its Notice of Lodging in Support of

4   Mattel, Inc.'s *Ex Parte* Application for Appointment of a Receiver for MGA

5   Entertainment, Inc. or for Alternative Relief.

6           Mattel's Notice of Lodging contains the Declarations of Jon D. Corey

7   and Michael J. Wagner submitted in support of Mattel Inc.'s Opposition to the MGA

8   Parties Ex Parte Application and Motion to Stay Pending Appeal, which contain

9   materials that MGA has designated as "Confidential" or "Confidential--Attorneys'

10   Eyes Only" pursuant to the Protective Order.  Accordingly, Mattel requests that the

11   Court order that Mattel's Notice of Lodging in Support of Mattel, Inc.'s *Ex Parte*

12   Application for Appointment of a Receiver for MGA Entertainment, Inc. or for

13   Alternative Relief be filed under seal.

14

15   DATED:  December 29, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

16

17                         By *Michael T Zeller /rf*

18                           Michael T. Zeller
                            Attorneys for Mattel, Inc.

19

20

21

22

23

24

25

26

27

28

-2-