THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059<br>and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL THE MGA PARTIES':<br>1. REPLY IN FURTHER SUPPORT OF THEIR EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL;<br>2. DECLARATION OF JASON D. RUSSELL IN SUPPORT THEREOF;<br>3. DECLARATION OF LARRY FALCON IN SUPPORT THEREOF;<br>4. SECOND COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT THEREOF;<br>5. OBJECTIONS TO THE DECLARATION OF ROBERT WEINBERG<br>6. DECLARATION OF JASON D. RUSSELL IN SUPPORT OF OBJECTIONS TO WEINBERG;<br>7. RESPONSE TO MATTEL'S OBJECTIONS TO THE DECLARATION OF BRIAN WING; and<br>8. RESPONSE TO MATTEL'S OBJECTIONS TO THE COMPENDIUM OF THIRD PARTY DECLARATIONS. |

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian,
3  and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") hereby
4  respectfully request that the Court order the following documents be filed under seal:

6    1.    MGA Parties' Reply In Further Support Of Their Ex Parte Application
7          And Motion For Stay Pending Appeal;
8    2.    Declaration of Jason D. Russell In Support Of The MGA Parties' Reply
9          In Further Support Of Their Ex Parte Application And Motion To Stay
10         Pending Appeal;
11   3.    Reply Declaration Of Larry Falcon In Support MGA's Motion To Stay;
12   4.    Second Compendium Of Third-Party Declarations In Support Of The
13         MGA Parties' Ex Parte Application And Motion To Stay Pending
14         Appeal;
15   5.     MGA Parties' Objections To The Declaration Of Robert Weinberg
16   6.    Declaration of Jason D. Russell In Support Of MGA's Objections To
17         The Declaration Of Robert Weinberg;
18   7.    MGA Parties' Responses To Mattel, Inc.'s Objections To The
19         Declaration Of Brian Wing; and
20   8.    MGA Parties' Responses To Mattel, Inc.'s Objections To The
21         Compendium Of Third Party Declarations.

23  Good cause exists for filing these documents under seal because (1) the previously
24  filed Declaration of Brian Wing has been designated "Confidential—Attorneys' Eyes
25  Only" pursuant to the Stipulated Protective Order and the Reply Brief, the Response
26  to Mattel's Objections to the Wing Declaration, and the Response to Mattel's
27  Objections to the Compendium of Third Party Declarations discuss the content of the

1  Wing Declaration; (2) the previously filed Compendium of Third Party Declarations
2  has been designated "Confidential" and the Reply, Falcon Declaration, Second
3  Compendium, and Response to Mattel's Objections to the Third Party Compendium
4  discuss the content of this document; (3) the Second Compendium and the Falcon
5  Declaration are designated "Confidential"; (4) the previously filed Weinberg
6  Declaration references material designated "Confidential – Attorneys' Eyes Only"
7  and the Objections to the Weinberg Declaration and Russell Declaration In Support
8  Thereof quote the Weinberg Declaration; and (5) the Russell Declaration In Support
9  Of The Reply Brief attaches a document previously designated "Confidential –
10 Attorneys' Eyes Only" by the parties and that document is discussed in the Reply
11 Brief.

13 DATED: December 29, 2008      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

14                               By: _Thomas J Nolan / Jkal C_

15                                   Thomas J. Nolan
16                                   Attorneys for the MGA Parties