

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS *EX PARTE* APPLICATION TO STRIKE THE DECLARATIONS OF BRIAN WING AND RAOUL KENNEDY, AND THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' REQUEST FOR A STAY; EXHIBITS TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT THEREOF; AND THE DECLARATION OF THOMAS STOUDT |

07209/2743621.1

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal its Reply in Support of Its *Ex Parte* Application to Strike the Declarations of Brian Wing and Raoul Kennedy, and the Compendium of Third-party Declarations; Exhibits A, B, and C to the Declaration of Diane C. Hutnyan in support thereof; and the Declaration of Thomas Stoudt ("Reply, Exhibits, and Stoudt Declaration").

Mattel's Reply, Exhibits, and Stout Declaration are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 12/29, 2008

Hon. Stephen G. Larson
United States District Judge