QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL THE NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA ENTERTAINMENT, INC. OR FOR ALTERNATIVE RELIEF |

07209/2744449.1

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel Inc.'s Notice of Lodging in Support of Mattel, Inc.'s *Ex Parte* Application for Appointment of a Receiver for MGA Entertainment, Inc. or for Alternative Relief

IT IS HEREBY ORDERED that Mattel Inc.'s Notice of Lodging in Support of Mattel, Inc.'s *Ex Parte* Application for Appointment of a Receiver for MGA Entertainment, Inc. or for Alternative Relief is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 12/29, 2008

_____
Hon. Stephen G. Larson
United States District Judge