THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL |

[Proposed] Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. MGA Parties' Reply In Further Support Of Their *Ex Parte* Application And Motion For Stay Pending Appeal;

2. Declaration of Jason D. Russell In Support Of The MGA Parties' Reply In Further Support Of Their *Ex Parte* Application And Motion To Stay Pending Appeal;

3. Reply Declaration Of Larry Falcon In Support MGA's Motion To Stay;

4. Second Compendium Of Third-Party Declarations In Support Of The MGA Parties' *Ex Parte* Application And Motion To Stay Pending Appeal;

5. MGA Parties' Objections To The Declaration Of Robert Weinberg

6. Declaration of Jason D. Russell In Support Of MGA's Objections To The Declaration Of Robert Weinberg;

7. MGA Parties' Responses To Mattel, Inc.'s Objections To The Declaration Of Brian Wing; and

8. MGA Parties' Responses To Mattel, Inc.'s Objections To The Compendium Of Third Party Declarations.

DATED: 12/29/08

_____
Hon. Stephen G. Larson
United States District Court Judge