ORIGINAL

FILED
2008 DEC 29 PM 2:00
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

1. QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2. johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3. (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4. (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5. Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6. Facsimile: (213) 443-3100

7. Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**Proof of Service**<br><br>Date: November 10, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1(a):**<br>Trial Date: May 27, 2008<br><br>**Phase 1(b):**<br>Trial Date: July 23, 2008 |

07209/2695017.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On December 29, 2008, I served true copies of the following documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | Mark E. Overland<br>David C. Sheper<br>Alexander H. Cote<br>**Overland Borenstein Scheper & Kim LLP**<br>601 West Fifth Street, 125th Floor<br>Los Angeles, CA 90071 |

[√] **PERSONAL**: By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on December 29, 2008, at Los Angeles, California.

_____
Dave Quintana

# DOCUMENT LIST

1. NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA ENTERTAINMENT, INC. OR FOR ALTERNATIVE RELIEF

2. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA ENTERTAINMENT, INC. OR FOR ALTERNATIVE RELIEF

3. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL THE NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA ENTERTAINMENT, INC. OR FOR ALTERNATIVE RELIEF