```
1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
3  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000
6  Fax: (213) 687-5600

7  Attorneys for The MGA Parties
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: December 30, 2008<br>Time: 10:00 AM |

PROOF OF SERVICE                                   NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **December 29, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

(X)  (BY PERSONAL SERVICE)  ☐   By personally delivering copies to the person served. (FEDERAL)

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

( )  (BY FEDERAL EXPRESS)

( )  (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **December 29, 2008**, in Los Angeles, California.

_____Jean A. Chun_____         _____/s/ Jean A. Chun_____
PRINT NAME                      SIGNATURE

---

PROOF OF SERVICE                                NO. CV 04-9049 SGL (RNBx)

## Document List

1) MGA PARTIES' REPLY IN FURTHER SUPPORT OF THEIR *EX PARTE* APPLICATION AND MOTION FOR STAY PENDING APPEAL;

2) DECLARATION OF JASON D. RUSSELL IN SUPPORT OF THE MGA PARTIES' REPLY IN FURTHER SUPPORT OF THEIR EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL;

3) REPLY DECLARATION OF LARRY FALCON IN SUPPORT OF MGA'S MOTION TO STAY;

4) SECOND COMPENDIUM OF THIRD PART DECLARATIONS IN SUPPORT OF THE MGA PARTIES' *EX PARTE* APPLICATION AND MOTION TO STAY PENDING APPEAL;

5) MGA PARTIES' OBJECTIONS TO THE DECLARATION OF ROBERT WEINBERG;

6) DECLARATION OF JASON D. RUSSELL IN SUPPORT OF MGA'S OBJECTIONS TO THE DECLARATION OF ROBERT WEINBERG;

7) MGA PARTIES' RESPONSES TO MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF BRIAN WING;

8) MGA PARTIES' RESPONSES TO MATTEL, INC.'S OBJECTIONS TO THE COMPENDIUM OF THIRD PARTY DECLARATIONS;

9) APPLICATION TO FILE UNDER SEAL

10) [PROPOSED] ORDER TO FILE UNDER SEAL; and

11) PROOF OF SERVICE

| PROOF OF SERVICE | NO. CV 04-9049 SGL (RNBx) |