QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S [CORRECTED] APPLICATION TO FILE UNDER SEAL ITS EVIDENTIARY OBJECTIONS TO THE DECLARATION OF LARRY FALCON AND THE SECOND COMPENDIUM OF THIRD-PARTY DECLARATIONS<br><br>[[Proposed] Order filed concurrently] |

ORIGINAL

FILED 2008 DEC 30 PM 1:15
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

Lodged P/O & Under Seal Docums

07209/2745564.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2    entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3    requests that the Court order filed under seal its Evidentiary Objections to the
4    Declaration of Larry Falcon and its Evidentiary Objections to the Second
5    Compendium of Third-Party Declarations ("Application").
6    Mattel's Application contains materials that MGA has designated as
7    "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective
8    Order. Accordingly, Mattel requests that the Court order that the Application be
9    filed under seal.

11   DATED: December 30, 2008      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

13   By /s/ Diane C. Hutnyan
14   Diane C. Hutnyan
     Attorneys for Mattel, Inc. per