| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
| | (tnolan@skadden.com) |
| 2 | RAOUL D. KENNEDY (Bar No. 40892) |
| | (rkennedy@skadden.com) |
| 3 | JASON D. RUSSELL (Bar No. 169219) |
| | (jrussell@skadden.com) |
| 4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Avenue, Suite 3400 |
| 5 | Los Angeles, CA 90071-3144 |
| | Tel.: (213) 687-5000 |
| 6 | Fax: (213) 687-5600 |
| 7 | Attorneys for The MGA Parties |



FILED 2008 DEC 29 PM 11:58

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| CARTER BRYANT, an individual, | ) | CASE NO. CV 04-9049 SGL (RNBx) |
| | ) | Consolidated with Case No. 04-9059 |
| Plaintiff, | ) | and Case No. 05-2727 |
| | ) | |
| v. | ) | Honorable Stephen G. Larson |
| | ) | |
| MATTEL, INC., a Delaware corporation, | ) | APPLICATION TO FILE UNDER SEAL THE MGA PARTIES': |
| | ) | |
| Defendant. | ) | 1. MGA PARTIES' OPPOSITION TO MATTEL, INC'S EX PARTE APPLICATION FOR APPOINTMENT OF A RECEIVER OR FOR ALTERNATIVE RELIEF; and |
| AND CONSOLIDATED ACTIONS | ) | |
| | ) | 2. DECLARATION OF JOHN WOOLARD IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL'S EX PARTE APPLICATION FOR RECEIVER |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal:

1. MGA Parties' Opposition To Mattel, Inc's Ex Parte Application For Appointment Of A Receiver Or For Alternative Relief; and
2. Declaration Of John Woolard In Support Of The MGA Parties' Opposition To Mattel's Ex Parte Application For Receiver.

Good cause exists for filing these documents under seal because the Declaration of John Woolard is designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Stipulated Protective Order in this action, and the Opposition brief makes reference to the contents of this declaration as well as previously filed declarations designated "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY."

DATED: December 30, 2008    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _Thomas J Nolan /JKalC_
Thomas J. Nolan
Attorneys for the MGA Parties

MGA Parties Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)
- 1 –