UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S [CORRECTED] APPLICATION TO FILE UNDER SEAL ITS EVIDENTIARY OBJECTIONS TO THE DECLARATION OF LARRY FALCON AND THE SECOND COMPENDIUM OF THIRD PARTY DECLARATIONS |

07209/2745568.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal its Evidentiary Objections to the Declaration of Larry Falcon, its Evidentiary Objections to the Second Compendium of Third-Party Declarations, and its Reply to MGA's Response to Mattel's Evidentiary Objections to the Compendium of Third-Party Declarations and to the Declarations of Brian Wing and Raoul D. Kennedy ("Application"). ("Falcon and Second Compendium Objections").

Mattel's Falcon and Second Compendium Objections are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 12/30, 2008

*/s/ S.G. Larson*
Hon. Stephen G. Larson
United States District Judge