THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER TO FILE UNDER SEAL |

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. MGA Parties' Opposition To Mattel, Inc's Ex Parte Application For Appointment Of A Receiver Or For Alternative Relief; and

2. Declaration Of John Woolard In Support Of The MGA Parties' Opposition To Mattel's Ex Parte Application For Receiver.

DATED: 12/30/08

*/s/ S. G. Larson*

Hon. Stephen G. Larson
United States District Court Judge