QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                 Plaintiff,<br><br>          vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                 Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION REGARDING AMENDMENT TO BRIEFING SCHEDULE FOR MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA OR FOR ALTERNATIVE RELIEF<br><br>Phase 1C<br><br>Date:  January 5, 2009<br>Time:  10:00 a.m. |

07209/2747146.1

STIPULATION REGARDING BRIEFING SCHEDULE

## **STIPULATION**

WHEREAS, Mattel, Inc. ("Mattel") filed an *Ex Parte* Application for Appointment of a Receiver For MGA or For Alternative Relief on December 29, 2008 (the "Ex Parte Application"),

WHEREAS, MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., and Isaac Larian (collectively, "MGA") filed an opposition on December 30, 2008,

WHEREAS, the Court has scheduled a hearing on the Ex Parte Application for 10 a.m. on Monday, January 5, 2009, and

WHEREAS, MGA has advised Mattel that it wishes to file a corrected opposition, which it will file today,

NOW, THEREFORE, Mattel, on the one hand, and MGA, on the other hand, by and through their counsel of record and subject to Court approval, hereby stipulate as follows:

1.      MGA shall file and serve a Corrected Opposition to the Ex Parte Application for Appointment of a Receiver For MGA or For Alternative Relief on or before Wednesday, December 31, 2008.

////

////

////

////

////

////

////

////

////

////

07209/2747146.1

-1-

1      2.     Mattel's Reply in support of its Ex Parte application shall be filed

2    and served on or before Friday, January 2, 2009.

3           IT IS SO STIPULATED.

4

5    DATED:  December 31, 2008       SKADDEN ARPS SLATE MEAGHER &
                                     FLOM LLP
6

7

8                                    By  *Jason Russell (CSN)*
                                         Jason D. Russell
9                                        Attorneys for Counter-Defendants
                                         MGA Entertainment, Inc.,
10                                       Isaac Larian, and MGA
                                         Entertainment (HK) Ltd.
11

12

13   DATED:  December 31, 2008       QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP
14

15

16                                   By  *B. Dylan Proctor (CSN)*
                                         B. Dylan Proctor
17                                       Attorneys for Plaintiff
                                         Mattel, Inc.
18

19

20

21

22

23

24

25

26

27

28

07209/2747146.1

-2-

STIPULATION REGARDING BRIEFING SCHEDULE