UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE STIPULATION REGARDING AMENDMENT TO BRIEFING SCHEDULE FOR MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA OR FOR ALTERNATIVE RELIEF<br><br>Phase 1C<br><br>Date: January 5, 2009<br>Time: 10:00 a.m. |

07209/2739899.1

[PROPOSED] ORDER RE STIPULATION REGARDING BRIEFING SCHEDULE

# [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that:

1. MGA shall file and serve a Corrected Opposition to the Ex Parte Application for Appointment of a Receiver For MGA or For Alternative Relief on or before Wednesday, December 31, 2008.

2. Mattel's Reply in support of its Ex Parte application shall be filed and served on or before Friday, January 2, 2009.

IT IS SO ORDERED.

DATED:_____, 2008         _____
                                     HON. STEPHEN G. LARSON