THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>STATEMENT OF MGA PARTIES' PROPOSED MODIFICATIONS TO STAY OF DECEMBER 3 ORDERS<br><br>Hearing Date: January 5, 2009<br>Time: 10:00 a.m. |

MGA Parties' Proposed Modifications to Stay of Dec. 3 Orders - Case No. CV 04-9049 SGL (RNBx)

1  Pursuant to this Court's instructions at the December 30, 2008 hearing, the MGA
2  Parties hereby file proposed modifications to this Court's December 3, 2008 orders (the
3  Order Granting Mattel, Inc.'s Motion for Permanent Injunction, the Order Granting Mattel,
4  Inc.'s Motion for Declaratory Judgment; and the Order Granting Mattel, Inc.'s Motion for
5  Constructive Trust and For Finding Liability and Injunctive Relief Pursuant to Cal. Bus. &
6  Prof. Code § 17200). Specifically, the MGA Parties propose to add the following language
7  to the Court's order staying the December 3 Orders "pending the Court's consideration of
8  the parties' post-trial motions" (12/3 Order (Dkt 4439) at 16):

9  Notwithstanding the foregoing, retailers and distributors will be permitted to purchase
10 the 2009 spring and fall lines of Bratz and Bratz-related products from MGA and MGA
11 licensees up to and including December 31, 2009. Retailers and distributors will be
12 permitted to sell 2009 products effective immediately and to continue to sell those products,
13 including any overstocked 2008 and 2009 products, through March 31, 2010. In no event
14 will there be a recall of Bratz-related products in 2009 or in the first three months of 2010.

DATED: January 2, 2009            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                  By:     /s/ Thomas J. Nolan
                                          Thomas J. Nolan
                                          Attorneys for the MGA Parties