QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF LODGING EXPEDITED DISCOVERY REQUESTED IN CONNECTION WITH MATTEL, INC.'S *EX PARTE* APPLICATION FOR RECEIVER** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Hearing Date:    January 5, 2009<br>Time:                  10:00 a.m.<br>Place:                 Courtroom 1 |
| | **Phase 1C** |

07209/2744411.1

NOTICE OF LODGING

1       TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

2 RECORD, PLEASE TAKE NOTICE that Mattel, Inc. ("Mattel") hereby lodges

3 with the Court a list identifying the expedited discovery that Mattel, Inc. requests

4 (Exhibit A) for the Court's consideration in connection with Mattel's Ex Parte

5 Application for a Receiver

6 DATED: January 4, 2009       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

7

8       By  /s/ Jon Corey
9          Jon Corey
         Attorneys for Mattel, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2744411.1

-2-

NOTICE OF LODGING

**Exhibit A**

1. All monthly, quarterly and annual financial statements of MGA and any subsidiary of MGA covering any period during 2007, 2008 or 2009, audited and unaudited, including without limitation balance sheets, income statements, profit and loss statements, consolidated statements of operations, cash flow statements and statements of retained earnings.

2. All agreements with any lenders to MGA or any subsidiary of MGA, currently in effect, dated or entered into in 2007, 2008 or 2009, including loan agreements, financing agreements, lines of credit, promissory notes, etc., and any amendments or modifications thereto, and any notices of default and correspondence related to any such agreements.

3. All documents reflecting or constituting orders for Bratz products for Fall 2009.

4. All monthly communications with retailers and other prospective purchasers of Bratz products concerning orders or potential orders for Bratz products for Fall 2009.

5. All documents reflecting or confirming cancellation of orders for Bratz products for Fall 2009.

6. All documents reflecting, relating or referring to any transfers of any value, by MGA or any subsidiary of MGA to, or for the benefit of, Isaac Larian, any member of Isaac Larian's family or any entity controlled by any member of Isaac Larian's family, since January 1, 2008.

7. All records of capital contributions to MGA or to any subsidiary of MGA since January 1, 2008.

8. All documents showing MGA's projected revenue, costs, profits or financial performance for any period in 2009.

1    9.   All documents related to any transaction between (i) MGA, and (ii) Isaac Larian, any Isaac Larian family member or any entity controlled by Isaac Larian, since January 1, 2008.

    10.  All documents relating to any transfer, by MGA or any subsidiary of MGA, of Bratz products having a value greater than $50,000 other than to retailers or distributors in the ordinary course of business since, January 1, 2008.

    11.  All documents relating to transactions between MGA and IGWT Group, LLC.

    12.  All documents showing the disposition of and revenue generated by IGWT Group, LLC's sales of Bratz products.

    13.  All agreements and written communications between MGA and Wachovia since June 1, 2008.

    14.  All documents relating to transactions between MGA and Omni 808 Investors, LLC.

    15.  Deposition of Isaac Larian.

    16.  Deposition of Brian Wing.