THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | MGA PARTIES' NOTICE OF UNDER SEAL AND *IN CAMERA* SUBMISSION OF MGA PARTIES' OBJECTIONS TO PROPOSED PHASE TWO DISCOVERY MASTER AND/OR SPECIAL MASTER FOR IMPLEMENTATION OF THE PERMANENT INJUNCTION |
| AND CONSOLIDATED ACTIONS. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.'s (collectively "MGA Parties") have submitted the following sealed document to the Court for *in camera* review pursuant to the Court's orders dated December 3, 2008 (Dkt 4439), December 5, 2008 (Dkt 4456), and December 22, 2008 (Dkt 4503):

MGA Parties' Objections To Proposed Phase Two Discovery Master And/Or Special Master For Implementation Of The Permanent Injunction.

DATED:  January 5, 2009          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By:  _____ /s/Thomas J. Nolan_____
                        Thomas J. Nolan
                   Attorneys for the MGA Parties