QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059 and<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | MATTEL, INC.'S NOTICE OF UNDER SEAL AND *IN CAMERA* SUBMISSION REGARDING PROPOSED MASTERS |
| AND CONSOLIDATED ACTIONS | |

07209/2749592.2

NOTICE OF UNDER SEAL AND *IN CAMERA* SUBMISSION REGARDING PROPOSED MASTERS

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that pursuant to the Court's Orders of

3  December 3, 2008, December 5, 2008 and December 22, 2008, Mattel, Inc. has

4  submitted to the Court *in camera* and under seal MATTEL, INC.'S *IN CAMERA*

5  SUBMISSION REGARDING PROPOSED MASTERS.

7  DATED:  January 5, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

9  By /s/ Jon D. Corey
10     Jon D. Corey
       Attorneys for Mattel, Inc.