THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL THE MGA PARTIES':<br><br>1. MGA PARTIES' CORRECTIONS TO THE OPPOSITION TO MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER OR FOR ALTERNATIVE RELIEF; and<br><br>2. DECLARATION OF BRIAN WING IN SUPPORT OF MGA'S CORRECTION TO THE OPPOSITION TO MATTEL'S *EX PARTE* APPLICATION FOR RECEIVER |

---

MGA Parties' Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal:

1. MGA Parties' Corrections to the Opposition to Mattel, Inc.'s *Ex Parte* Application For Appointment Of A Receiver Or For Alternative Relief; and

2. Declaration Of Brian Wing in Support of MGA's Correction to the Opposition to Mattel's *Ex Parte* Application for Receiver.

Good cause exists for filing these documents under seal because the Declaration of Brian Wing is designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Stipulated Protective Order in this action, and the Opposition brief makes reference to the contents of this declaration and its exhibits designated "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY."

DATED: December 31, 2008  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Thomas J. Nolan
Attorneys for the MGA Parties