1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
3  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000
6  Fax: (213) 687-5600

7  Attorneys for The MGA Parties

8

9           UNITED STATES DISTRICT COURT
10          CENTRAL DISTRICT OF CALIFORNIA
              EASTERN DIVISION
11

12 CARTER BRYANT, an individual,        ) CASE NO. CV 04-9049 SGL (RNBx)
                                        )
13              Plaintiff,              ) Consolidated with Case No. 04-9059
                                        ) and Case No. 05-2727
14         v.                           )
                                        ) Honorable Stephen G. Larson
15 MATTEL, INC., a Delaware             )
   corporation,                         )
16                                      )
                Defendant.              ) **PROOF OF SERVICE**
17                                      )
                                        )
18 AND CONSOLIDATED ACTIONS.            ) Hearing Date:  December 30, 2008
                                        ) Time:          10:00 AM
19

20
21
22
23
24
25
26
27
28

PROOF OF SERVICE                                    NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **December 31, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

> Jon D. Corey, Esq.
> Michael T. Zeller, Esq.
> John Quinn, Esq.
> B. Dylan Proctor, Esq.
> Quinn Emanuel Urquhart Oliver & Hedges, LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, CA 90017-2543
> (213) 443-3000
> (213) 443-3100 (Fax)

(X)  (BY PERSONAL SERVICE)   ☐  By personally delivering copies to the person served. (FEDERAL)

☒  I caused such document to be hand delivered to the above addressees. (FEDERAL)

( )  (BY FEDERAL EXPRESS)

(X)  (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **December 31, 2008**, in Los Angeles, California.

    Jean A. Chun          *[signature]*
    PRINT NAME          SIGNATURE

PROOF OF SERVICE      NO. CV 04-9049 SGL (RNBx)

## Document List

1) MGA PARTIES' CORRECTIONS TO THE OPPOSITION TO MATTEL, INC'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER OR FOR ALTERNATIVE RELIEF;

2) DECLARATION OF BRIAN WING IN SUPPORT OF MGA'S CORRECTION TO THE OPPOSITION TO MATTEL'S *EX PARTE* APPLICATION FOR RECEIVER;

3) APPLICATION TO FILE UNDER SEAL

4) [PROPOSED] ORDER TO FILE UNDER SEAL; and

5) PROOF OF SERVICE