LODGED

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
3  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, CA 90071-3144
   Tel: (213) 687-5000
6  Fax: (213) 687-5600

7  Attorneys for The MGA Parties

8             UNITED STATED DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10                    EASTERN DIVISION

| | |
|---|---|
| 11  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12           Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 13       v. | Honorable Stephen G. Larson |
| 14  MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER TO FILE UNDER SEAL |
| 15           Defendant. | |
| 17  AND CONSOLIDATED ACTIONS | |

ORIGINAL

[Proposed] Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. MGA Parties' Corrections to the Opposition to Mattel, Inc.'s *Ex Parte* Application for Appointment of A Receiver or for Alternative Relief; and

2. Declaration of Brian Wing in Support of MGA's Correction to the Opposition to Mattel's *Ex Parte* Application for Receiver.

DATED: JAN - 5 2009

*/s/ S.G. Larson*
Hon. Stephen G. Larson
United States District Court Judge