QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | **APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA OR FOR ALTERNATIVE RELIEF** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| | [[Proposed] Order filed concurrently] |
| AND CONSOLIDATED ACTIONS | **Phase 1C** |

ORIGINAL

07209/2747920.1

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the Reply in Support of Mattel, Inc.'s Ex Parte Application For Appointment of a Receiver For MGA or For Alternative Relief (the "Reply"), and the Declaration of Cyrus S. Naim in Support (the "Declaration").

The Reply and the Declaration reference materials that MGA has designated as "Confidential—Attorney's Eyes Only" pursuant to the Protective Order, including information contained in the MGA Parties' Opposition to Mattel, Inc.'s Ex Parte Application For Appointment of a Receiver For MGA or For Alternative Relief, the Declaration of John Woolard in Support, and the MGA Parties' Corrections to the Opposition to Mattel, Inc.'s Ex Parte Application For Appointment of a Receiver For MGA or For Alternative Relief.  Accordingly, Mattel requests that the Court order that the Reply and the Declaration be filed under seal.

In the alternative, Mattel requests that the Court declare that the Reply and the Declaration are outside the definition of "Confidential" as contained in the Stipulated Protective Order and order it to be filed as part of the public record.

DATED:  January 2, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By_____
    Cyrus S. Naim
    Attorneys for Mattel, Inc.

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL