UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                              Date:  January 5, 2009

Title:    MATTEL, INC. -v- MGA ENTERTAINMENT, INC., ISAAC LARIAN
===============================================================
PRESENT:    HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

John B. Quinn                                               Thomas J. Nolan
Michael T. Zeller                                           Jason D. Russell
Dylan Proctor

PROCEEDINGS:    MINUTE ORDER AFTER HEARING

This Court conducted a sealed hearing on January 5, 2009.

The parties discussed proposed modifications to the Court's order staying the permanent injunction through the scheduled hearing on February 11, 2009.  The Court ordered further submissions to be filed no later than January 7, 2009, regarding the relation of the 2009 line of Bratz products and the stayed permanent injunction, if any.

The Court also heard argument regarding Mattel's ex parte application for the appointment of a financial receiver, including a proposal that, prior to deciding whether a receiver should be appointed, the Court should order that defendants submit to a forensic audit.

Once the parties have made their further submissions as set forth on the record, the Court will issue its order re: the modification of the order staying the permanent injunction as well as Mattel's application for the appointment of a receiver.

**IT IS SO ORDERED.**