QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>PROOF OF SERVICE<br><br>Phase 1C |

ORIGINAL

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On January 2, 2009, I served true copies of the following documents described as:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher &
Flom LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

[ X ]   **BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

[ X ]   **BY FACSIMILE:** At or before 12 midnight, on January 2, 2009, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (213) 443-3100. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

[ X ]   **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from tiffanygarcia@quinnemanuel.com on January 2, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

1        I declare that I am employed in the office of a member of the bar of this court

2    at whose direction the service was made

3        Executed on January 2, 2009, at Los Angeles, California.

4

5    _____

6    Tiffany Garcia

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

76132/2748276.1

-3-

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 2, 2009, I served true copies of the following documents described as:

## SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

David C. Sheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 125th Floor
Los Angeles, CA 90071

Jerome B. Falk, Esq.
Douglas A. Winthrop, Esq.
**Howard Rice Nemerovski Canady Falk & Rabkin**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111

Russell J. Frackman, Esq.
**Mitchell, Silberberg & Knupp LLP**
11377 W. Olympic Blvd.
Los Angeles, CA 90064

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on January 2, 2009, at Los Angeles, California.

Tiffany Garcia

76132/2748276.1

-4-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## DOCUMENT LIST

1.    REPLY IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA OR FOR ALTERNATIVE RELIEF

2.    APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA OR FOR ALTERNATIVE RELIEF

3.    [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA OR FOR ALTERNATIVE RELIEF

4. DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA OR FOR ALTERNATIVE RELIEF