QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>~~[PROPOSED]~~ ORDER GRANTING APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA OR FOR ALTERNATIVE RELIEF<br><br>Phase 1C |

LODGED

ORIGINAL

07209/2747923.1



1

2                    [PROPOSED] ORDER

3

4          Based on the concurrently filed Application to File Under the Reply in

5   Support of Mattel, Inc.'s Ex Parte Application For Appointment of a Receiver For

6   MGA or For Alternative Relief,

7          IT IS HEREBY ORDERED:

8          The Reply in Support of Mattel, Inc.'s Ex Parte Application For

9   Appointment of a Receiver For MGA or For Alternative Relief, and the Declaration

10  of Cyrus S. Naim in Support, are ORDERED filed under seal pursuant to

11  Local Rule 79-5.1.

12

13

14  DATED:   JAN - 5 2009    , 2009

15                                   Hon. Stephen G. Larson
                                     United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2747923.1

-2-