# Exhibit 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

MARVEL ENTERTAINMENT, INC. f/k/a
MARVEL ENTERPRISES, INC. and MARVEL
CHARACTERS, INC.

Docket No. _____   09600003

Plaintiffs,

SUMMONS

-against-

MGA ENTERTAINMENT, INC.,

Defendant.

**FILED**
JAN 02 2009
NEW YORK
COUNTY CLERK'S OFFICE

**TO THE ABOVE-NAMED DEFENDANT:**

**YOU ARE HEREBY SUMMONED** and required to serve upon plaintiff's attorneys an answer to the complaint in this action within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York), and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
       January 2, 2009

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: _____
    Kyle C. Bisceglie
    Howard J. Smith
    *Attorneys for Plaintiffs*
    Park Avenue Tower
    65 East 55th Street
    New York, New York 10022
    (212) 451-2300

600390-1

Exhibit 1
Page 6

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

MARVEL ENTERTAINMENT, INC. f/k/a
MARVEL ENTERPRISES, INC. and MARVEL
CHARACTERS, INC.

Docket No. _____  09600003

Plaintiffs,

-against-

COMPLAINT

MGA ENTERTAINMENT, INC.,

Defendant.

*FILED*
*JAN 0 2 2009*
*NEW YORK*
*COUNTY CLERK'S OFFICE*

---

Plaintiff Marvel Entertainment, Inc. f/k/a Marvel Enterprises, Inc. and Marvel Characters, Inc. (collectively "Marvel") for their complaint against Defendant MGA Entertainment, Inc., respectfully alleges as follows:

## INTRODUCTION

1.    This is a civil action by Marvel against MGA Entertainment, Inc. for breach of license agreements by which Plaintiff licensed Defendant certain merchandising rights for the Marvel characters and associated intellectual property.  MGA breached the license agreements between it and Marvel by failing to comply with their terms and owes Marvel at least $1,504,796 per the terms of the license agreements.

## JURISDICTION

2.    The Court has personal jurisdiction over Defendant by virtue of a forum selection clause in the license agreements between Marvel and MGA by which the parties agreed that disputes between the parties are subject to the jurisdiction of the state or federal courts in New York.

600360-1

Exhibit 1
Page 7

## PARTIES

3.      Plaintiff, Marvel Entertainment, Inc. is and at all times hereinafter mentioned has

been a corporation duly organized and existing under and by virtue of the laws of the State of

Delaware, with an office at 417 Fifth Avenue, New York, New York, 10016.    Marvel

Entertainment, Inc. was formerly known by the name Marvel Enterprises, Inc.

4.      Plaintiff Marvel Characters, Inc. is and at all times hereinafter mentioned has been

a corporation duly organized and existing under and by virtue of the laws of the State of

Delaware. Marvel Characters, Inc. maintains its principal office at 9242 Beverly Boulevard, Los

Angeles, California 90210.

5.      Marvel is one of the leading comic book/entertainment and licensing companies

in the world, and owns a library of over 5,000 proprietary characters (the "Marvel Characters"),

including the including IRON MAN, CAPTAIN AMERICA, the X-MEN, SPIDER-MAN,

GHOST RIDER and THE FANTASTIC FOUR.    Marvel's business is based on the exploitation

of the Marvel Characters and other intellectual property through licensing, publishing, comic

books, television and movie productions, and other similar ventures.

6.      Upon information and belief, Defendant MGA Entertainment, Inc. ("MGA" or

"Defendant"), is and at all times hereinafter mentioned has been a corporation, organized and

existing under and by virtue of the laws of the State of California.  Upon further information and

belief, MGA maintains its principal office at 16340 Roscoe Blvd., Van Nuys, CA 91406.

## THE LICENSE AGREEMENTS

7.      On or about June 30, 2005, Marvel granted MGA a license for the exploitation by

MGA of certain Marvel characters in connection with certain specifically delineated "Licensed

Articles."  License Agreement No. D05089 had a stated term commencing on June 30, 2005 and

expiring on December 31, 2008.

600360-1

Exhibit 1
Page 8

8.      On or about January 30, 2006, Marvel granted MGA a license for the exploitation
by MGA of certain Marvel characters in connection with certain specifically delineated
"Licensed Articles."  License Agreement No. D06002 had a stated term commencing on January
30, 2006 and expiring on December 31, 2009.  (License Agreements Nos. D05089 and D06002
collectively referred to as the "License Agreements.")

9.      Over the last eighteen (18) months, MGA has been in default of various payment
obligations to Marvel.

10.      Pursuant to paragraphs 17(c) of the License Agreements, Marvel is entitled to its
attorneys' fees incurred to "any of its rights" under the License Agreements.

## AUDIT

11.      Per their rights under the License Agreements, Marvel's designated auditor,
Gingold & Company, performed an audit of MGA.

12.      On or about November 26, 2008, Gingold & Company issued an audit report (the
"Audit Report") finding that at least $1,129,796 is due and owning Marvel as a result of MGA's
failure to comply with the terms of the License Agreements and the Settlement Agreement.  A
copy of the Marvel Audit Report was sent to MGA on or about November 26, 2008.

13.      On or about December 22, 2008, Marvel wrote MGA and demanded that MGA
pay Marvel all monies it owes to Marvel.  To date, MGA has not paid any of the sums identified
in the Marvel Audit Report as due and owing to Marvel.

14.      MGA owed a $375,000 minimum guarantee payment on or before January 1,
2009. MGA has failed to make this payment.

Exhibit 1
Page 9

15.    There having been more than two previous defaults by MGA within the prior 18 months, Marvel has exercised its right to immediately terminate License Agreement No. D06002.

## FIRST CLAIM FOR RELIEF FOR BREACH OF CONTRACT
(Sale of Unlicensed Articles)

16.    Marvel realleges the allegations in paragraphs 1 through 15 as if set forth fully herein.

17.    Pursuant to License Agreement No. D05089, Marvel granted MGA certain rights with respect to specifically delineated articles.

18.    As found in the Audit Report, however, MGA sold additional articles including "Marvel Insane Darts" and "Spider-Man Web Crawl" that were not licensed to MGA.

19.    Per the terms of License Agreement No. D05089, MGA owes Marvel an amount equal to its net sales on the unlicensed articles.

20.    As a result of the foregoing, Marvel has been damaged in an amount to be determined at trial but that is at least $625,620, plus its attorneys' fees, costs and cost of audit.

## SECOND CLAIM FOR RELIEF FOR BREACH OF CONTRACT
(Sale of Unlicensed Characters)

21.    Marvel realleges the allegations in paragraphs 1 through 20 as if set forth fully herein.

22.    Pursuant to License Agreement No. D05089, Marvel granted MGA certain rights with respect to specifically delineated licensed characters and articles.

23.    As found in the Audit Report, however, MGA sold a "Ghost Rider Walkie Talkie Combo" product even though MGA was not licensed to exploit the Ghost Rider character in connection with a "Walkie Talkie" product.

4

24.     Per the terms of License Agreement No. D05089, MGA owes Marvel an amount equal to its net sales on the unlicensed units of the "Ghost Rider Walkie Talkie Combo" product.

25.     As a result of the foregoing, Marvel has been damaged in an amount to be determined at trial but that is at least $153,351, plus its attorneys' fees, costs and cost of audit.

### THIRD CLAIM FOR RELIEF FOR BREACH OF CONTRACT
(Unreported Sales)

26.     Marvel realleges the allegations in paragraphs 1 through 25 as if set forth fully herein.

27.     As found in the Audit Report, MGA failed to report to Marvel all sales of Marvel licensed product as required by the License Agreements between Marvel and MGA.

28.     As a result of the foregoing, Marvel has been damaged in an amount to be determined at trial but that is at least $15,069 plus its attorneys' fees, costs and cost of audit.

### FOURTH CLAIM FOR RELIEF FOR BREACH OF CONTRACT
(Disallowed Deductions)

29.     Marvel realleges the allegations in paragraphs 1 through 28 as if set forth fully herein.

30.     Pursuant to paragraph 5 of License Agreements Nos. D05089 and D06002, Marvel allowed MGA to deduct certain standard trade discounts actually given by MGA and actual returns for damaged goods in determining MGA's net sales under the license agreements.

31.     As found in the Audit Report, however, MGA claimed certain deductions for discounts and returns but was unable to provide support for those discounts and returns.

32.     As a result of the foregoing, Marvel has been damaged in an amount to be determined at trial but that is at least $85,316, plus its attorneys' fees, costs and cost of audit.

5

## FIFTH CLAIM FOR RELIEF FOR BREACH OF CONTRACT
### (Unpaid Marketing Payments)

33.     Marvel realleges the allegations in paragraphs 1 through 32 as if set forth fully herein.

34.     Per the terms of License Agreements Nos. D05089 and D06002, MGA is obligated to make certain Advertising and Marketing Contributions as specified therein.

35.     MGA failed to make $75,000 in such payments as specified in License Agreements Nos. D05089 and D06002.

36.     As a result of the foregoing, Marvel has been damaged in an amount to be determined at trial but that is at least $75,000 plus its attorneys' fees, costs and cost of audit.

## SIXTH CLAIM FOR RELIEF FOR BREACH OF CONTRACT
### (Interest)

37.     Marvel realleges the allegations in paragraphs 1 through 36 as if set forth fully herein.

38.     Per paragraph 17(c) of the License Agreements between Marvel and MGA, Marvel is owed interest at 3% above the prime lending rate on unpaid sums due Marvel under the License Agreements.

39.     As a result, MGA owes Marvel in excess of $170,000 in interest per the terms of the License Agreements.

40.     As a result of the foregoing, Marvel has been damaged in an amount to be determined at trial but that is at least $170,000 plus its attorneys' fees, costs and cost of audit.

## SEVENTH CLAIM FOR RELIEF FOR BREACH OF CONTRACT
### (Cost of Audit)

41.     Marvel realleges the allegations in paragraphs 1 through 40 as if set forth fully herein.

6

42.     Paragraph 5(e) of the License Agreements provides that MGA shall be responsible for paying Marvel's costs and expenses incurred in auditing MGA if there is a deficiency of 3% or more of the royalties paid to Marvel.

43.     There was deficiency of more than 3% under the License Agreements.

44.     Accordingly, MGA owes Marvel its costs and expenses incurred in connection with its audit of MGA, or at least $7,225.

45.     As a result of the foregoing, Marvel has been damaged in an amount to be determined at trial but that is at least $7,225 plus its attorneys' fees and costs.

<u>EIGHTH CLAIM FOR RELIEF FOR BREACH OF CONTRACT</u>
(Failure to Pay Minimum Guarantee)

46.     Marvel realleges the allegations in paragraphs 1 through 45 as if set forth fully herein.

47.     Under License Agreement No. D06002, MGA owed Marvel a minimum guarantee payment of $375,000 on or before January 1, 2009.

48.     MGA has failed to make this payment.

49.     As a result of the foregoing, Marvel has been damaged in an amount to be determined at trial but that is at least $375,000 plus its attorneys' fees and costs.

<u>NINTH CLAIM FOR RELIEF FOR UNJUST ENRICHMENT</u>

50.     Marvel realleges the allegations in paragraphs 1 through 49 as if set forth fully herein.

51.     At the request of MGA, Marvel performed under the License Agreements and thereby conferred a benefit upon MGA in the form of its intellectual property that was exploited by MGA.

7

Exhibit 1
Page 13

52.    The fair and reasonable value of the property exploited by MGA for which MGA has not paid Marvel is at least $1 million.

53.    Marvel conferred this value and benefit upon to MGA, enriching MGA at its request, and as a result, Marvel is entitled to recover damages in the amount of at least $1 million.

54.    By reason of the foregoing, MGA is liable to Marvel in an amount to be determined at trial but that is at least $1,0000,000.

WHEREFORE, Marvel prays for a judgment against MGA, as follows:

1.    On the First Claim for Relief for Breach of Contract:

    a.    For damages in an amount to be determined at trial but that is at least $625,620; and

    b.    For costs of suit and attorneys' fees incurred herein.

2.    On the Second Claim for Breach of Contract:

    a.    For damages in an amount to be determined at trial but that is at least $153,351; and

    b.    For costs of suit and attorneys' fees incurred herein.

3.    On the Third Claim for Relief for Breach of the Contract:

    a.    For damages in an amount to be determined at trial but that is at least $15,069; and

    b.    For costs of suit and attorneys' fees incurred herein.

4.    On the Fourth Claim for Breach of Contract:

    a.    For damages in an amount to be determined at trial but that is at least $85,316; and

    b.    For costs of suit and attorneys' fees incurred herein.

5.    On the Fifth Claim for Breach of Contact:

    a.    For damages in an amount to be determined at trial but that is at least $75,000; and

Exhibit 1
Page 14

b.      For costs of suit and attorneys' fees incurred herein.

6.      On the Sixth Claim for Breach of Contract:

     a.      For damages in an amount to be determined at trial but that is at least $170,000; and

     b.      For costs of suit and attorneys' fees incurred herein.

7.      On the Seventh Claim for Breach of Contract:

     a.      For damages in an amount to be determined at trial but that is at least $204,602; and

     b.      For costs of suit and attorneys' fees incurred herein.

8.      On the Eighth Claim for Breach of Contract:

     a.      For damages in an amount to be determined at trial but that is at least $375,000; and

9.      For costs of suit and attorneys' fees incurred herein.

10.      On the Ninth Claim for Unjust Enrichment:

     a.      For damages in an amount to be determined at trial but that is at least $1,000,000; and

     b.      For costs of suit and attorneys' fees incurred herein.

11.      On all Claims for Relief:

     a.      For reasonable attorneys' fees;

     b.      For costs of suit incurred herein;

     c.      For interest thereon; and

     d.      For such other and further relief as the Court deems just and proper.

9

Exhibit 1
Page 15

Dated: New York, New York
      January 2, 2009

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: _____

Kyle C. Bisceglie
Howard J. Smith
*Attorneys for Plaintiffs*
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

10

Exhibit 1
Page 16

# Exhibit 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| MARVEL ENTERTAINMENT, INC. f/k/a MARVEL ENTERPRISES, INC. and MARVEL CHARACTERS, INC. | 0 9 6 0 0 0 0 3 |
| Plaintiffs, | Docket No. _____ |
| -against- | COMPLAINT |
| MGA ENTERTAINMENT, INC., | |
| Defendant. | |

**FILED**

JAN 02 2009

NEW YORK
COUNTY CLERK'S OFFICE

Plaintiff Marvel Entertainment, Inc. f/k/a Marvel Enterprises, Inc. and Marvel Characters, Inc. (collectively "Marvel") for their complaint against Defendant MGA Entertainment, Inc., respectfully alleges as follows:

## INTRODUCTION

1.      This is a civil action by Marvel against MGA Entertainment, Inc. for breach of license agreements by which Plaintiff licensed Defendant certain merchandising rights for the Marvel characters and associated intellectual property.  MGA breached the license agreements between it and Marvel by failing to comply with their terms and owes Marvel at least $1,504,796 per the terms of the license agreements.

## JURISDICTION

2.      The Court has personal jurisdiction over Defendant by virtue of a forum selection clause in the license agreements between Marvel and MGA by which the parties agreed that disputes between the parties are subject to the jurisdiction of the state or federal courts in New York.

600360-1

Exhibit 1
Page 7

## PARTIES

3.      Plaintiff, Marvel Entertainment, Inc. is and at all times hereinafter mentioned has been a corporation duly organized and existing under and by virtue of the laws of the State of Delaware, with an office at 417 Fifth Avenue, New York, New York, 10016.    Marvel Entertainment, Inc. was formerly known by the name Marvel Enterprises, Inc.

4.      Plaintiff Marvel Characters, Inc. is and at all times hereinafter mentioned has been a corporation duly organized and existing under and by virtue of the laws of the State of Delaware.  Marvel Characters, Inc. maintains its principal office at 9242 Beverly Boulevard, Los Angeles, California 90210.

5.      Marvel is one of the leading comic book/entertainment and licensing companies in the world, and owns a library of over 5,000 proprietary characters (the "Marvel Characters"), including the including IRON MAN, CAPTAIN AMERICA, the X-MEN, SPIDER-MAN, GHOST RIDER and THE FANTASTIC FOUR.  Marvel's business is based on the exploitation of the Marvel Characters and other intellectual property through licensing, publishing, comic books, television and movie productions, and other similar ventures.

6.      Upon information and belief, Defendant MGA Entertainment, Inc. ("MGA" or "Defendant"), is and at all times hereinafter mentioned has been a corporation, organized and existing under and by virtue of the laws of the State of California.  Upon further information and belief, MGA maintains its principal office at 16340 Roscoe Blvd., Van Nuys, CA 91406.

## THE LICENSE AGREEMENTS

7.      On or about June 30, 2005, Marvel granted MGA a license for the exploitation by MGA of certain Marvel characters in connection with certain specifically delineated "Licensed Articles."  License Agreement No. D05089 had a stated term commencing on June 30, 2005 and expiring on December 31, 2008.

2

600360-1

Exhibit 1
Page 8

8.  On or about January 30, 2006, Marvel granted MGA a license for the exploitation by MGA of certain Marvel characters in connection with certain specifically delineated "Licensed Articles." License Agreement No. D06002 had a stated term commencing on January 30, 2006 and expiring on December 31, 2009. (License Agreements Nos. D05089 and D06002 collectively referred to as the "License Agreements.")

9.  Over the last eighteen (18) months, MGA has been in default of various payment obligations to Marvel.

10. Pursuant to paragraphs 17(c) of the License Agreements, Marvel is entitled to its attorneys' fees incurred to "any of its rights" under the License Agreements.

### AUDIT

11. Per their rights under the License Agreements, Marvel's designated auditor, Gingold & Company, performed an audit of MGA.

12. On or about November 26, 2008, Gingold & Company issued an audit report (the "Audit Report") finding that at least $1,129,796 is due and owning Marvel as a result of MGA's failure to comply with the terms of the License Agreements and the Settlement Agreement. A copy of the Marvel Audit Report was sent to MGA on or about November 26, 2008.

13. On or about December 22, 2008, Marvel wrote MGA and demanded that MGA pay Marvel all monies it owes to Marvel. To date, MGA has not paid any of the sums identified in the Marvel Audit Report as due and owing to Marvel.

14. MGA owed a $375,000 minimum guarantee payment on or before January 1, 2009. MGA has failed to make this payment.

600360-1

Exhibit 1
Page 9

15.     There having been more than two previous defaults by MGA within the prior 18 months, Marvel has exercised its right to immediately terminate License Agreement No. D06002.

### FIRST CLAIM FOR RELIEF FOR BREACH OF CONTRACT
(Sale of Unlicensed Articles)

16.     Marvel realleges the allegations in paragraphs 1 through 15 as if set forth fully herein.

17.     Pursuant to License Agreement No. D05089, Marvel granted MGA certain rights with respect to specifically delineated articles.

18.     As found in the Audit Report, however, MGA sold additional articles including "Marvel Insane Darts" and "Spider-Man Web Crawl" that were not licensed to MGA.

19.     Per the terms of License Agreement No. D05089, MGA owes Marvel an amount equal to its net sales on the unlicensed articles.

20.     As a result of the foregoing, Marvel has been damaged in an amount to be determined at trial but that is at least $625,620, plus its attorneys' fees, costs and cost of audit.

### SECOND CLAIM FOR RELIEF FOR BREACH OF CONTRACT
(Sale of Unlicensed Characters)

21.     Marvel realleges the allegations in paragraphs 1 through 20 as if set forth fully herein.

22.     Pursuant to License Agreement No. D05089, Marvel granted MGA certain rights with respect to specifically delineated licensed characters and articles.

23.     As found in the Audit Report, however, MGA sold a "Ghost Rider Walkie Talkie Combo" product even though MGA was not licensed to exploit the Ghost Rider character in connection with a "Walkie Talkie" product.

4

Exhibit 1
Page 10

24.     Per the terms of License Agreement No. D05089, MGA owes Marvel an amount equal to its net sales on the unlicensed units of the "Ghost Rider Walkie Talkie Combo" product.

25.     As a result of the foregoing, Marvel has been damaged in an amount to be determined at trial but that is at least $153,351, plus its attorneys' fees, costs and cost of audit.

### THIRD CLAIM FOR RELIEF FOR BREACH OF CONTRACT
(Unreported Sales)

26.     Marvel realleges the allegations in paragraphs 1 through 25 as if set forth fully herein.

27.     As found in the Audit Report, MGA failed to report to Marvel all sales of Marvel licensed product as required by the License Agreements between Marvel and MGA.

28.     As a result of the foregoing, Marvel has been damaged in an amount to be determined at trial but that is at least $15,069 plus its attorneys' fees, costs and cost of audit.

### FOURTH CLAIM FOR RELIEF FOR BREACH OF CONTRACT
(Disallowed Deductions)

29.     Marvel realleges the allegations in paragraphs 1 through 28 as if set forth fully herein.

30.     Pursuant to paragraph 5 of License Agreements Nos. D05089 and D06002, Marvel allowed MGA to deduct certain standard trade discounts actually given by MGA and actual returns for damaged goods in determining MGA's net sales under the license agreements.

31.     As found in the Audit Report, however, MGA claimed certain deductions for discounts and returns but was unable to provide support for those discounts and returns.

32.     As a result of the foregoing, Marvel has been damaged in an amount to be determined at trial but that is at least $85,316, plus its attorneys' fees, costs and cost of audit.

5

Exhibit 1
Page 11

## FIFTH CLAIM FOR RELIEF FOR BREACH OF CONTRACT
### (Unpaid Marketing Payments)

33.     Marvel realleges the allegations in paragraphs 1 through 32 as if set forth fully herein.

34.     Per the terms of License Agreements Nos. D05089 and D06002, MGA is obligated to make certain Advertising and Marketing Contributions as specified therein.

35.     MGA failed to make $75,000 in such payments as specified in License Agreements Nos. D05089 and D06002.

36.     As a result of the foregoing, Marvel has been damaged in an amount to be determined at trial but that is at least $75,000 plus its attorneys' fees, costs and cost of audit.

## SIXTH CLAIM FOR RELIEF FOR BREACH OF CONTRACT
### (Interest)

37.     Marvel realleges the allegations in paragraphs 1 through 36 as if set forth fully herein.

38.     Per paragraph 17(c) of the License Agreements between Marvel and MGA, Marvel is owed interest at 3% above the prime lending rate on unpaid sums due Marvel under the License Agreements.

39.     As a result, MGA owes Marvel in excess of $170,000 in interest per the terms of the License Agreements.

40.     As a result of the foregoing, Marvel has been damaged in an amount to be determined at trial but that is at least $170,000 plus its attorneys' fees, costs and cost of audit.

## SEVENTH CLAIM FOR RELIEF FOR BREACH OF CONTRACT
### (Cost of Audit)

41.     Marvel realleges the allegations in paragraphs 1 through 40 as if set forth fully herein.

6

Exhibit 1
Page 12

42.     Paragraph 5(e) of the License Agreements provides that MGA shall be responsible for paying Marvel's costs and expenses incurred in auditing MGA if there is a deficiency of 3% or more of the royalties paid to Marvel.

43.     There was deficiency of more than 3% under the License Agreements.

44.     Accordingly, MGA owes Marvel its costs and expenses incurred in connection with its audit of MGA, or at least $7,225.

45.     As a result of the foregoing, Marvel has been damaged in an amount to be determined at trial but that is at least $7,225 plus its attorneys' fees and costs.

<u>EIGHTH CLAIM FOR RELIEF FOR BREACH OF CONTRACT</u>
(Failure to Pay Minimum Guarantee)

46.     Marvel realleges the allegations in paragraphs 1 through 45 as if set forth fully herein.

47.     Under License Agreement No. D06002, MGA owed Marvel a minimum guarantee payment of $375,000 on or before January 1, 2009.

48.     MGA has failed to make this payment.

49.     As a result of the foregoing, Marvel has been damaged in an amount to be determined at trial but that is at least $375,000 plus its attorneys' fees and costs.

<u>NINTH CLAIM FOR RELIEF FOR UNJUST ENRICHMENT</u>

50.     Marvel realleges the allegations in paragraphs 1 through 49 as if set forth fully herein.

51.     At the request of MGA, Marvel performed under the License Agreements and thereby conferred a benefit upon MGA in the form of its intellectual property that was exploited by MGA.

7

Exhibit 1
Page 13

52.     The fair and reasonable value of the property exploited by MGA for which MGA has not paid Marvel is at least $1 million.

53.     Marvel conferred this value and benefit upon to MGA, enriching MGA at its request, and as a result, Marvel is entitled to recover damages in the amount of at least $1 million.

54.     By reason of the foregoing, MGA is liable to Marvel in an amount to be determined at trial but that is at least $1,0000,000.

WHEREFORE, Marvel prays for a judgment against MGA, as follows:

1.     On the First Claim for Relief for Breach of Contract:

    a.     For damages in an amount to be determined at trial but that is at least $625,620; and

    b.     For costs of suit and attorneys' fees incurred herein.

2.     On the Second Claim for Breach of Contract:

    a.     For damages in an amount to be determined at trial but that is at least $153,351; and

    b.     For costs of suit and attorneys' fees incurred herein.

3.     On the Third Claim for Relief for Breach of the Contract:

    a.     For damages in an amount to be determined at trial but that is at least $15,069; and

    b.     For costs of suit and attorneys' fees incurred herein.

4.     On the Fourth Claim for Breach of Contract:

    a.     For damages in an amount to be determined at trial but that is at least $85,316; and

    b.     For costs of suit and attorneys' fees incurred herein.

5.     On the Fifth Claim for Breach of Contact:

    a.     For damages in an amount to be determined at trial but that is at least $75,000; and

Exhibit 1
Page 14

       b.     For costs of suit and attorneys' fees incurred herein.

6.     On the Sixth Claim for Breach of Contract:

       a.     For damages in an amount to be determined at trial but that is at least $170,000; and

       b.     For costs of suit and attorneys' fees incurred herein.

7.     On the Seventh Claim for Breach of Contract:

       a.     For damages in an amount to be determined at trial but that is at least $204,602; and

       b.     For costs of suit and attorneys' fees incurred herein.

8.     On the Eighth Claim for Breach of Contract:

       a.     For damages in an amount to be determined at trial but that is at least $375,000; and

9.     For costs of suit and attorneys' fees incurred herein.

10.     On the Ninth Claim for Unjust Enrichment:

       a.     For damages in an amount to be determined at trial but that is at least $1,000,000; and

       b.     For costs of suit and attorneys' fees incurred herein.

11.     On all Claims for Relief:

       a.     For reasonable attorneys' fees;

       b.     For costs of suit incurred herein;

       c.     For interest thereon; and

       d.     For such other and further relief as the Court deems just and proper.

9

Exhibit 1
Page 15

Dated: New York, New York
January 2, 2009

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: _____
Kyle C. Bisceglie
Howard J. Smith
*Attorneys for Plaintiffs*
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

10

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

SPIDER-MAN MERCHANDISING, L.P.

                            Plaintiffs,

               -against-

MGA ENTERTAINMENT, INC.,

                         Defendant.

Docket No. _____ 600002

SUMMONS
~~COMPLAINT~~

FILED
JAN 02 2009
NEW YORK
COUNTY CLERK'S OFFICE

---

**TO THE ABOVE-NAMED DEFENDANT:**

    **YOU ARE HEREBY SUMMONED** and required to serve upon plaintiff's attorneys an answer to the complaint in this action within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York), and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
       January 2, 2009

                     OLSHAN GRUNDMAN FROME
                     ROSENZWEIG & WOLOSKY LLP

                     By: _____
                       Kyle C. Bisceglie
                       Howard J. Smith
                     *Attorneys for Plaintiffs*
                     Park Avenue Tower
                     65 East 55th Street
                     New York, New York 10022
                     (212) 451-2300

Exhibit 2
Page 17

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SPIDER-MAN MERCHANDISING, L.P.

                     Plaintiffs,

        -against-

MGA ENTERTAINMENT, INC.,

                     Defendant.

Docket No. _____

<u>COMPLAINT</u>

**FILED**
**09600002**
JAN 02 2009
NEW YORK
COUNTY CLERK'S OFFICE

      Plaintiff Spider-Man Merchandising, L.P. ("SMMLP") for its complaint against Defendant MGA Entertainment, Inc., respectfully alleges as follows:

<u>INTRODUCTION</u>

      1.    This is a civil action by Spider-Man Merchandising, L.P. against MGA Entertainment, Inc. for breach of license agreements by which Plaintiff licensed Defendant certain merchandising rights for the Spider-Man character and associated intellectual property as it appears in two Spider-Man motion pictures (sometimes referred to as "Spider-Man movies"). MGA breached the license agreements between it and SMMLP by failing to comply with their terms and owes SMMLP at least $3,331,398 per the terms of the license agreements.

<u>JURISDICTION</u>

      2.    The Court has personal jurisdiction over Defendant by virtue of a forum selection clause in the license agreements between SMMLP and MGA by which the parties agreed that disputes between the parties are subject to the jurisdiction of the state or federal courts in New York.

Exhibit 2
Page 18

## PARTIES

3.      Plaintiff, Spider-Man Merchandising, L.P. ("SMMLP" or "Plaintiff") is a Delaware limited partnership comprised of Sony Pictures Entertainment, Inc. and Marvel Characters, Inc. with its principal place of business at 9242 Beverly Boulevard, Suite 350, Beverly Hills, California and whose sole function is to administer the merchandising rights for the Spider-Man character and associated intellectual property as it appears in the Spider-Man movies.

4.      Upon information and belief, Defendant MGA Entertainment, Inc. ("MGA" or "Defendant"), is and at all times hereinafter mentioned has been a corporation, organized and existing under and by virtue of the laws of the State of California.  Upon further information and belief, MGA maintains its principal office at 16340 Roscoe Blvd., Van Nuys, CA 91406.

## THE LICENSE AGREEMENTS

5.      On or about January 17, 2003, SMMLP granted ABC International Traders, Inc. d/b/a MGA a license for the exploitation by MGA of certain Spider-Man 2 property in connection with specifically delineated "Licensed Articles."  License Agreement No. SM232407 had a stated term commencing on February 1, 2003 and expiring on March 31, 2005.

6.      On or about December 15, 2005, SMMLP granted MGA a license for the exploitation by MGA of certain Spider-Man 3 property in connection with specifically delineated "Licensed Articles."  License Agreement No. SM3D0052 had a stated term commencing on December 15, 2008 and expiring on May 7, 2008.  This agreement was amended by the parties on or about June, 14, 2006.

7.      On or about January 30, 2006, SMMLP granted MGA a license for the exploitation by MGA of certain Spider-Man 3 property in connection with specifically delineated "Licensed Articles."  License Agreement No. SM3D0066 had a stated term commencing on

2

Exhibit 2
Page 19

January 30, 2008 and expiring on December 31, 2008.  (License Agreements Nos. SM232407, SM3D0052, and SM3D0066 collectively referred to as the "License Agreements.")

8.     On or about April 4, 2007, SMMLP and MGA entered into a Settlement Agreement as to certain disputes that arose between them under License Agreements Nos. SM3D0052, and SM3D0066 (the "Settlement Agreement").

### AUDIT

9.     Per its rights under the License Agreements, SMMLP's designated auditor, Gingold & Company, performed an audit of MGA.

10.     On or about November 26, 2008, Gingold & Company issued an audit report (the "Audit Report") finding that at least $3,331,398 is due and owning SMMLP as a result of MGA's failure to comply with the terms of the License Agreements and the Settlement Agreement.  A copy of the Audit was sent to MGA on or about November 26, 2008.

11.     Further, on or about December 22, 2008, SMMLP wrote MGA and demanded that MGA pay SMMLP all monies it owes to SMMLP.  To date, MGA has not paid any of the sums identified in the Audit Report as due and owing to SMMLP.

12.     To the extent that SMMLP prevails on its claims herein, it is entitled to its attorneys' fees and costs under paragraph 41 of the License Agreements.

### FIRST CLAIM FOR RELIEF FOR BREACH OF CONTRACT
(Sale of Unlicensed Articles)

13.     SMMLP realleges the allegations in paragraphs 1 through 12 as if set forth fully herein.

14.     Pursuant to License Agreement No. SM3D0052, SMMLP granted MGA certain rights with respect to specifically delineated articles including the "Spider-Man 3 Dart Slinger Game."

3

Exhibit 2
Page 20

15.     Pursuant to the Settlement Agreement, MGA was licensed to exploit only 60,000 units of the Spider-Man 3 Dart Slinger Game.

16.     As found in the Audit Report, however, MGA sold at least 77,617 units of the Spider-Man 3 Dart Slinger Game.

17.     As a result, MGA made unlicensed sales of at least 17,617 units of the Spider-Man 3 Dart Slinger Game.

18.     Per the terms of License Agreement No. SM3D0052, MGA owes SMMLP and amount equal to its net sales on the unlicensed units of the Spider-Man 3 Dart Slinger Game.

19.     As a result of the foregoing, SMMLP has been damaged in an amount to be determined at trial but that is at least $69,953, plus its attorneys' fees, costs and cost of audit.

## SECOND CLAIM FOR RELIEF FOR BREACH OF CONTRACT
### (Sales Prior to the Earliest In-Store Sale Date)

20.     SMMLP realleges the allegations in paragraphs 1 through 19 of as if set forth fully herein.

21.     Paragraph 12 of License Agreements Nos. SM3D0052 and SM3D0066 provides that the earliest date on which Licensed Articles were to be available in stores was eight weeks prior to the May 4, 2007 theatrical release of Spider-Man 3, or March 4, 2007.

22.     In addition, paragraph 28.3 of License Agreements Nos. SM3D0052 and SM3D0066 provides that MGA "shall not commence distribution, shipment, and sale of Articles prior to the Earliest In-Store Date specified in paragraph 12" or March 4, 2007.

23.     These provisions are essential to SMMLP's marketing of Spider-Man 3 as sales of Spider-Man 3 merchandise were to coincide with and generate interest in the theatrical release of the Spider-Man 3 motion picture.

4

24.     Notwithstanding the terms of License Agreements Nos. SM3D0052 and SM3D0066, and as found in the Audit Report, however, MGA sold merchandise prior to March 4, 2007.

25.     As a result, these sales by MGA were unlicensed.

26.     Per the terms of License Agreement No. SM3D0052 and SM3D0066, MGA owes SMMLP and amount equal to its net sales on the unlicensed merchandise sold prior to March 4, 2007.

27.     As a result of the foregoing, SMMLP has been damaged in an amount to be determined at trial but that is at least $2,888,568, plus its attorneys' fees, costs and cost of audit.


## THIRD CLAIM FOR RELIEF FOR BREACH OF CONTRACT
### (Unreported Sales)

28.     SMMLP realleges the allegations in paragraphs 1 through 27 of as if set forth fully herein.

29.     MGA did not report all sales of Licensed Articles to SMMLP as required by License Agreements No. SM3D0052 and SM3D0066.

30.     MGA failed to report sales of Licensed Articles in a net sales amount of at least $681,017.

31.     Per the terms of License Agreements No. SM3D0052 and SM3D066, MGA owes SMMLP royalties on the unreported sales.

32.     As found in the audit report, MGA owes SMMLP at least $84,639 in royalties on its unreported sales.

33.     As a result of the foregoing, SMMLP has been damaged in an amount to be determined at trial but that is at least $84,639, plus its attorneys' fees, costs and cost of audit.

5

Exhibit 2
Page 22

## FOURTH CLAIM FOR RELIEF FOR BREACH OF CONTRACT
(Unpaid Marketing Payments)

34.     SMMLP realleges the allegations in paragraphs 1 through 33 of as if set forth fully herein.

35.     Paragraph 10 of License Agreement No. SM3D0052 provides that MGA shall make a "Marketing Contribution" equal to 1% of its net sales.

36.     SMMLP was guaranteed a Marketing Contribution of $28,571.43, which was paid by MGA upon execution of License Agreement No. SM3D0052.

37.     MGA's net sales under License Agreement No. SM3D0052 were at least $9,690,994.

38.     Accordingly, MGA was obligated to make a Marketing Contribution of at least 1% of $9,690,994, or $96,909.94.

39.     To date, MGA has made only the guaranteed Marketing Contribution of $28,571.43, leaving an amount of at least $68,339 due and owing.

40.     As a result of the foregoing, SMMLP has been damaged in an amount to be determined at trial but that is at least $68,339 plus its attorneys' fees, costs and cost of audit.

## FIFTH CLAIM FOR RELIEF FOR BREACH OF CONTRACT
(Unpaid Marketing Payments)

41.     SMMLP realleges the allegations in paragraphs 1 through 40 of as if set forth fully herein.

42.     Paragraphs 10 and 20.2 of License Agreement No. SM3D0066 provide that MGA shall make a "Marketing Contribution" in amount of $500,000.

43.     To date, MGA has made only $191,260 in Marketing Contributions.

6

Exhibit 2
Page 23

44.     As a result of the foregoing, SMMLP has been damaged in an amount to be determined at trial but that is at least $308,740 plus its attorneys' fees, costs and cost of audit.

### SIXTH CLAIM FOR RELIEF FOR BREACH OF CONTRACT
(Interest)

45.     SMMLP realleges the allegations in paragraphs 1 through 44 of as if set forth fully herein.

46.     Per paragraph 21.3 of the License Agreements, SMMLP is owed interest at 12%, compounded annually, on unpaid sums due SMMLP under the License Agreements.

47.     As a result, MGA owes SMMLP in excess of $205,000 in interest per the terms of the License Agreements.

48.     As a result of the foregoing, SMMLP has been damaged in an amount to be determined at trial but that is at least $205,000 plus its attorneys' fees, costs and cost of audit.

### SEVENTH CLAIM FOR RELIEF FOR BREACH OF CONTRACT
(Cost of Audit)

49.     SMMLP realleges the allegations in paragraphs 1 through 48 of as if set forth fully herein.

50.     Paragraph 21.2 of the License Agreements provides that MGA shall be responsible for paying SMMLP's costs and expenses incurred in auditing MGA if there is an Audit Deficiency (as defined in the License Agreements) of 3% or more of the royalties paid to SMMLP.

51.     There was Audit Deficiency of more than 3% under the License Agreements.

52.     Accordingly, MGA owes SMMLP its costs and expenses incurred in connection with its audit of MGA, or at least $7,225.

7

Exhibit 2
Page 24

53.     As a result of the foregoing, SMMLP has been damaged in an amount to be determined at trial but that is at least $7,225 plus its attorneys' fees and costs.

### EIGHTH CLAIM FOR RELIEF FOR UNJUST ENRICHMENT

54.     SMMLP realleges the allegations in paragraphs 1 through 53 of as if set forth fully herein.

55.     At the request of MGA, SMMLP performed under the License Agreements and thereby conferred a benefit upon MGA in the form of its intellectual property that was exploited by MGA.

56.     The fair and reasonable value of the property exploited by MGA for which MGA has not paid SMMLP is at least $3,100,000 million.

57.     SMMLP conferred this value and benefit upon to MGA, enriching MGA at its request, and as a result, SMMLP is entitled to recover damages in the amount of at least $3 million.

58.     By reason of the foregoing, MGA is liable to SMMLP in an amount to be determined at trial but that is at least $3,1000,000.

WHEREFORE, SMMLP prays for a judgment against MGA, as follows:

1.      On the First Claim for Relief for Breach of Contract:

   a.      For damages in an amount to be determined at trial but that is at least $68,953; and

   b.      For costs of suit and attorneys' fees incurred herein.

2.      On the Second Claim for Breach of Contract:

   a.      For damages in an amount to be determined at trial but that is at least $2,888,568; and

   b.      For costs of suit and attorneys' fees incurred herein.

8

Exhibit 2
Page 25

3.   On the Third Claim for Relief for Breach of the Contract:

    a.   For damages in an amount to be determined at trial but that is at least $84,639; and

    b.   For costs of suit and attorneys' fees incurred herein.

4.   On the Fourth Claim for Breach of Contact:

    a.   For damages in an amount to be determined at trial but that is at least $68,339; and

    b.   For costs of suit and attorneys' fees incurred herein.

5.   On the Fifth Claim for Breach of Contract:

    a.   For damages in an amount to be determined at trial but that is at least $308,740 ; and

    b.   For costs of suit and attorneys' fees incurred herein.

6.   On the Sixth Claim for Breach of Contract:

    a.   For damages in an amount to be determined at trial but that is at least $204,602; and

    b.   For costs of suit and attorneys' fees incurred herein.

7.   On the Seventh Claim for Breach of Contract:

    a.   For damages in an amount to be determined at trial but that is at least $7,225; and

    b.   For costs of suit and attorneys' fees incurred herein.

8.   On the Eighth Claim for Unjust Enrichment:

    a.   For damages in an amount to be determined at trial but that is at least $3,100,000.

    b.   For costs of suit and attorneys' fees incurred herein.

9.   On all Claims for Relief:

    a.   For reasonable attorneys' fees;

    b.   For costs of suit incurred herein;

9

c.    For interest thereon; and

d.    For such other and further relief as the Court deems just and proper.

Dated: New York, New York
        January 2, 2009

                       OLSHAN GRUNDMAN FROME
                       ROSENZWEIG & WOLOSKY LLP

            By:                                    
                       Kyle C. Bisceglie
                       Howard J. Smith
                       *Attorneys for Spider-Man*
                       *Merchandising, L.P.*
                       Park Avenue Tower
                       65 East 55th Street
                       New York, New York 10022
                       (212) 451-2300

10

Exhibit 2
Page 27

# Exhibit 3





## Products

The Amazing Spider-Man Rescue Fire Rescue RC

Marvel Heroes Walkie-Talkies

Marvel Six Foot Spiderman Puzzle

Spider-Man 3 Car & Launcher

Spider-Man 3 Dart Slinger Game

Spider-Man 3 Dash'N Smash Playset

Spider-Man 3 Die-Cast Cars 3-Pack

Spider-Man 3 Die-Cast Cars 5-Pack

Spider-Man 3 Monster Truck

Spider-Man 3 Monster Truck Die-Cast

Spider-Man 3 Movie Rig

Spider-Man 3 Sandstorm Playset

Spider-Man 3 Spydraulic Playset

Spider-Man 3 Venom Stunt Playset

Spider-Man 3 Walkie Talkies

Spider-Man 3 Wall Crawl Race

Spider-Man and Friends 3-D Memory Match-Up Game

Spider-Man and Friends Rescue Crime Cruiser

Spider-Man and Friends Rescue Tow Truck

Spider-Man and Friends Super-Hero Kids Die-Cast

## Back

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

Exhibit 3
Page 28

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com | www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com International

Exhibit 3
Page 29





**The Amazing Spider-Man®
Fire Rescue RC**

Spider-Man™ is out to save the day, but this time, instead of battling bad guys, he's riding with the fire department and putting out fires.

**Includes:**

- 1 Spider-Man™ Fire Truck with Figure (non-removable)
- 1 Remote Control Handset

**Features**

- Simple-Function Remote Control (Forward and Reverse Turns)
- Lights & Sounds
- Head Lights
- Flashing Sirens & Alarm



**Back**

*Features and Accessories May Vary

Copyright © 2006 Marvel Characters, Inc.

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

Exhibit 3
Page 30

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International

Exhibit 3
Page 31





## Marvel™ Six Foot Spiderman™ Puzzle

**Everyone's favorite web-slinging hero is bursting out of the box with this giant puzzle! When you finish putting him together, you can hang the wall crawler on your wall as an awesome life-sized poster, featuring swinging cool artwork!**

**Includes:**

- **1 Spiderman™ Six Foot Puzzle (250 pc)**
- **Glue and Sponge**

**Features:**

- **Stylish Images!**
- **Finished Puzzle Size is: 6 ' x 2'**
- **Use Adhesive and Sponge (included) to Glue It and Hang It!**



**Back**

**\*Features and  Accessories May Vary**

Exhibit 3
Page 32

**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International

Exhibit 3
Page 33

Case 2:04-cv-09049-DOC-RNB   Document 4654-2   Filed 01/07/09   Page 42 of 60   Page ID #:133509





## Spider-Man 3 ™ Car Launcher

**These little Spider-Man 3 Cars have all the super-hero speed you need to save the day! And the cool Launcher sends your car speeding away – just slam it and watch it roll!**

**Includes:**

- **1 Spider-Man 3 Die-Cast Car**
- **1 Spider-Man 3 Car Launcher**

**Features:**

- **1:64 Ratio Car**
- **Spider-Man 3 Movie Themed Design**
- **Easy to Use Launcher**
- **Three Styles to Choose From**



**Back**

**\*Features and  Accessories May Vary**

Exhibit 3
Page 34

Case 2:04-cv-09049-DOC-RNB   Document 4654-2   Filed 01/07/09   Page 43 of 60   Page ID #:133510

**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com | www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com International

Exhibit 3
Page 35





## Spider-Man 3™ Dart Slinger

**Strap this launcher to your wrist and start slinging darts at the bad guys on your tabletop target! This cool launcher fits all web-slinging superheroes and is easy to use and launch darts right where you want them to go!**

**Includes:**

- **Two Spider-Man 3™ Dart Slingers**
- **6 Darts**
- **3 Tabletop Targets**

**Features:**

- **Role-play like Black Suit Spider-Man or Red Suit Spider-Man from the movie!**
- **Adjustable Strap to Fit Different Wrist Sizes**
- **Head-To-Head Competitive Play or One-on-One**
- **Tabletop Targets Get Knocked Off Bases**
- **Easy To Use**



**Back**

**\*Features and  Accessories May Vary**

Exhibit 3
Page 36

**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International

Exhibit 3
Page 37

Case 2:04-cv-09049-DOC-RNB   Document 4654-2   Filed 01/07/09   Page 46 of 60   Page ID
#:133513





## Spider-Man 3 ™ Dash 'N Smash

**Race Venom down the ramp, along the track and through the buildings! But beware... whoever gets to the buildings first springs a trap for the loser's car to be blocked from the track by Spider-Man or Venom!**

**Includes:**

- **1 Spider-Man 3 Die-Cast Car**
- **1 Venom Die-Cast Car**
- **1 Starting Ramp**
- **1 Building Breakout Track Piece**
- **4 Connectable Track Pieces**



**Back**

**Features:**

- **1:64 Ratio Car**
- **Spider-Man 3 Movie Themed Design**
- **Starting Ramp Accelerates Your Cars**
- **First One Through The Buildings Springs A Trap For the Competition**
- **If Spidey Is Second, Venom Pops Out Of A Building And Knocks Him Out**
- **If Venom Is Second, Spidey Pops Out Of A Building And Knocks Him Out**

**\*Features and  Accessories May Vary**

Exhibit 3
Page 38

**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International

Case 2:04-cv-09049-DOC-RNB   Document 4654-2   Filed 01/07/09   Page 48 of 60   Page ID #:133515





### Spider-Man 3 ™ Die-cast Cars 3-Pack

**These little Spider-Man 3 Cars have all the super-hero speed you need to save the day! Collect them all!**

**Includes:**

- **3 Spiderman(TM) Die-cast Cars(250 pc)**

**Features:**

- **1:64 Ratio**
- **Spider-Man 3 Movie Themed Design**
- **24 Styles to Choose From**

**\*Features and  Accessories May Vary**

Exhibit 3
Page 40



**Back**

Exhibit 3
Page 41

**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International

Exhibit 3
Page 42





### Spider-Man 3 ™ Die-cast Cars 5-Pack

**These little Spider-Man 3 Cars have all the super-hero speed you need to save the day! Collect them all!**

**Includes:**

- **5 Spiderman(TM) Die-cast Cars(250 pc)**

**Features:**

- **1:64 Ratio**
- **Spider-Man 3 Movie Themed Design**
- **24 Styles to Choose From**

**\*Features and  Accessories May Vary**

Exhibit 3
Page 43

Case 2:04-cv-09049-DOC-RNB   Document 4654-2   Filed 01/07/09   Page 52 of 60   Page ID #:133519



**Back**

Exhibit 3
Page 44

Case 2:04-cv-09049-DOC-RNB   Document 4654-2   Filed 01/07/09   Page 53 of 60   Page ID #:133520

**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com | www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com International

Exhibit 3
Page 45

Case 2:04-cv-09049-DOC-RNB   Document 4654-2   Filed 01/07/09   Page 54 of 60   Page ID
#:133521





## Spider–Man 3™ Monster Truck R/C

**It's time to hit the road in monster crushing style! These huge Marvel R/C's are Monster Trucks designed for Spider-Man 3™! Each one is big, fast & ready to roll!Includes:**

- **1 Marvel Monster Truck R/C**
- **1 Remote Control Handset**

**Features:**

- **Fast & Maneuverable**
- **Full-Function Remote Control**
- **Cool Marvel Inspired Designs**
- **Available In 3 Styles: Black Spider-Man, Red Spider-Man and Venom**
- **Battery Requirements: Vehicle: 6 x AA Batteries (Included), Remote: 1 x 9-Volt Battery (Included)**



**\*Features and  Accessories May Vary**



**Back**

Exhibit 3
Page 46

**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com | www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com International

Exhibit 3
Page 47

Case 2:04-cv-09049-DOC-RNB   Document 4654-2   Filed 01/07/09   Page 56 of 60   Page ID
#:133523





## Spider-Man 3 ™ Monster Truck Die-cast

**These road ragin' Spider-Man 3 Monster Trucks have all the super-hero power and size you need to save the day!**

**Includes:**

- **1 Spider-Man 3 Die-Cast Monster Truck**

**Features:**

- **1:64 Ratio**
- **Spider-Man 3 Movie Themed Design**
- **5 Styles to Choose From**

**Back**

**\*Features and  Accessories May Vary**

Exhibit 3
Page 48

**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International

Exhibit 3
Page 49

Case 2:04-cv-09049-DOC-RNB   Document 4654-2   Filed 01/07/09   Page 58 of 60   Page ID
#:133525





### Spider-Man 3 ™ Movie Rig

**Haul your Marvel cars where they need to go with this sleek, super-hero transporter truck! It's big, bad and has a clear side and sliding magnifier to check out the cool action stills from the Spider-Man 3 movie up close!**

**Includes:**

- **1 Spider-Man 3 Die-Cast Movie Rig**

**Features:**

- **Spider-Man 3 Movie Themed Design**
- **Clear Walled Trailer Let's You See Movie Action Images**
- **Sliding Magnifier Let's You View Stills From The Movie**
- **Door Really Opens & Closes**
- **4 Styles to Choose From**

**\*Features and  Accessories May Vary**




**Back**

Exhibit 3
Page 50

**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International

Exhibit 3
Page 51



## Spider-Man 3 ™ Sandstorm Playset

**Take a run at Sandman with this Spider-Man Sandstorm Playset! Just load up your Spidey car, hit the launcher and fly through the air at a moving Sandman! If your car hits him in the head, you win! If you miss, you'll fall right into the middle of the sandstorm!**

**Includes:**

- **1 Spider-Man 3 Die-Cast Car**
- **1 Web Car Launcher**
- **1 Sandman Sandstorm Playset**

**Features:**

- **1:64 Ratio Car**
- **Spider-Man 3 Movie Themed Design**
- **Easy to Use Launcher Sends Your Car Flying Through The Air**
- **Fan Creates Real Sandstorm Effect**
- **If Your Car Hits Him In The Head, You Win and His Head Pops Off**
- **If You Miss, You'll Tumble Right Through The Sandstorm**



**Back**

**\*Features and  Accessories May Vary**

Exhibit 3
Page 52