**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International

Exhibit 3
Page 53



## Spider-Man 3 ™ Spydraulic Playset

**Be a part of the action with the Spider-Man 3 Spydraulic Race Track Play Set! This racing game sends you speeding through a dangerous track, and the only way to get safely through is to pound on the air pads to dodge the obstacles! Each time you succeed Spidey gets closer to winning. Complete 5 laps, and the web-line is launched. Spidey slides down the web-line and destroys Venom!**

**Includes:**

- **1 Spydraulic Playset**
- **1 Spider-Man 3 Car**

**Features:**

- **1:64 Ratio Car**
- **Unique Air Pad System Gives You Control Of The Race**
- **Each Air Pad You Pound On Activates A Different Part of the Track**
- **Use The Air Pads To Get Your Car All The Way Through The Track**
- **After 5 Successful Runs, A Dart Launches, Spidey Slides Down The Web-Line and Destroys Venom**



**Back**

**\*Features and  Accessories May Vary**

Exhibit 3
Page 54

Case 2:04-cv-09049-DOC-RNB    Document 4654-3    Filed 01/07/09    Page 3 of 35    Page ID
#:133530

**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International

Exhibit 3
Page 55

Case 2:04-cv-09049-DOC-RNB    Document 4654-3    Filed 01/07/09    Page 4 of 35    Page ID
#:133531





## Spider-Man 3 ™ Venom Stunt Playset

**Take a run at Venom with this Spider-Man superhero stunt set! Just load up your Spidey car, slam down on the launcher and fly through the air at Venom! If you get past his teeth, his head explodes, but if you fall short and hit his teeth, Venom's gonna take a big bite - out of you!**

**Includes:**

- **1 Spider-Man 3 Die-Cast Car**
- **1 Web Car Launcher**
- **1 Venom Head Target**

**Features:**

- **1:64 Ratio Car**
- **Spider-Man 3 Movie Themed Design**
- **Easy to Use Launcher Sends Your Car Flying Through The Air**
- **If You Get Past Venom's Teeth, You Destroy Him From The Inside - His Head Explodes**
- **If You Hit His Teeth, Venom Eats Your Car**

**\*Features and  Accessories May Vary**



**Back**

Exhibit 3
Page 56

**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International

Exhibit 3
Page 57





## Spider-Man 3™ Walkie-Talkies

With these cool Spider-Man 3™ Walkie-Talkies
you can communicate from up to 120 feet apart!
Just lift the special antenna "arm" on each
figure for clear communication. Incredible
figural detail is sure to put these walkie-talkies
at the top of everyone's wish list!

Includes:

- 2 Spider-Man 3™ Walkie-Talkies

Features:

- Figural Walkie-Talkies Look Like Spider-
  Man 3 Characters
- Powerful Walkie-Talkies Let You
  Communicate From Up To 120 Feet Away
- Right Arms Are Actually Antennas – Just
  Lift Them and Start Talking
- Incredible Figural Detail
- Comes in 4 Varieties: Spider-Man &
  Venom, Black Spider-Man & Sandman,
  Black Spider-Man & Goblin and Black
  Spider-Man & Red Spider-Man
- Battery Requirements: 8 x AAA (not
  included)



*Features and  Accessories May Vary



Exhibit 3
Page 58





**Back**

**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

Exhibit 3
Page 59

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International

Exhibit 3
Page 60





### Spider-Man 3™ Wall Crawl Race Game

**It's the ultimate wall-crawler game! Just slap on your Wrist Laser Shooters and go head to head against a competitor! Each of you aims for the spider emblem on your Spider-Man's back – the more accurate you are, the faster and higher he climbs! The first one to the top wins!**

**Includes:**

- **2 Spider-Man 3™ Wall Crawlers with Door Attachments**
- **2 Wrist Laser Shooters**
- **1 Cityscape Door Poster**

**Features:**

- **Game Play on the Back of Your Door**
- **Race Spider-Man Against Spider-Man**
- **2 Players at a Time**
- **Wear Your Laser Shooter On Your Wrist**
- **Test Your Skills**
- **Battery Requirements: Laser Shooters: 3 x LR44 button cells (Included), Game: 8 x AA**



**Back**

**\*Features and  Accessories May Vary**

Exhibit 3
Page 61

**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International





## Spider-Man & Friends 3-D Memory Match-Up

**Test your memory with the classic heroes of the Marvel Universe! Just turn over the cups and see if you can remember which ones the heroes are under!**

**Includes:**

- 10 Miniature Character Game Pieces
- 20 Character Cups
- Storage Case and Game Base

**Features:**

- All the Fun of the Classic Memory Matching Game, But In 3D!
- Collectible Marvel Character Game Pieces
- Storage Case Also Serves As The Game Base



**Back**

**\*Features and  Accessories May Vary**

Exhibit 3
Page 63

Case 2:04-cv-09049-DOC-RNB   Document 4654-3   Filed 01/07/09   Page 12 of 35   Page ID #:133539

**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com | www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com International

Exhibit 3
Page 64





## Spider-Man & Friends Rescue Crime Cruiser

**It's Spider-Man to the rescue, but this time he's not swinging on webs, he's working with the everyday heroes and riding in cool rescue vehicles – just like they do!**

**Includes:**

- **1 Spiderman Rescue Vehicle with Figure (non-removable)**
- **1 Remote Control Handset**

**Features:**

- **Simple-function remote control (forward and reverse turns)**
- **Siren lights**
- **Manual action features such as a retractable moving ladder on firetruck and spring-loaded battering ram on police car**
- **Combines rescue theme with Spider-Man**
- **Battery Requirements: Vehicle: 2 x AA, Remote: 3 x AA**
- **Batteries not included**



**Back**

**\*Features and  Accessories May Vary**

Exhibit 3
Page 65

Case 2:04-cv-09049-DOC-RNB   Document 4654-3   Filed 01/07/09   Page 14 of 35   Page ID #:133541

**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com | www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com International

Case 2:04-cv-09049-DOC-RNB   Document 4654-3   Filed 01/07/09   Page 15 of 35   Page ID #:133542





## Spider-Man & Friends Rescue Tow Truck

**It's Spider-Man to the rescue, but this time he's not swinging on webs, he's working with the everyday heroes and riding in cool rescue vehicles – just like they do!**

**Includes:**

- **1 Spiderman Rescue Vehicle with Figure (non-removable)**
- **1 Remote Control Handset**

**Features:**

- **Simple-function remote control (forward and reverse turns)**
- **Siren lights**
- **Manual action features such as a retractable moving ladder on firetruck and spring-loaded battering ram on police car**
- **Combines rescue theme with Spider-Man**
- **Battery Requirements: Vehicle: 2 x AA, Remote: 3 x AA**
- **Batteries not included**



**Back**

**\*Features and  Accessories May Vary**

Exhibit 3
Page 67

Case 2:04-cv-09049-DOC-RNB Document 4654-3 Filed 01/07/09 Page 16 of 35 Page ID #:133543

**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International

Exhibit 3
Page 68

Spider-Man & Friends Die-cast Cars                                                    Page 1 of 2
Case 2:04-cv-09049-DOC-RNB   Document 4654-3   Filed 01/07/09   Page 17 of 35   Page ID
#:133544





## Spider-Man & Friends Die-cast Cars

**These little Marvel Cars have all the super-hero speed you need to save the day! Cool styles and fueled with superhero speed!**

**Includes:**

- Spider-Man & Friends Die-Cast Car

**Features:**

- Built-In Spider-Man & Friends Figures
- Marvel Themed Designs
- Superhero Speed!

*Features and  Accessories May Vary



**Back**

**Copyright © 2007 Marvel Characters, Inc.**

Exhibit 3
Page 69

Case 2:04-cv-09049-DOC-RNB    Document 4654-3    Filed 01/07/09    Page 18 of 35    Page ID
#:133545

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International

Exhibit 3
Page 70



## Marvel™ Authentics 1:64 Die-Cast

**Features:**

- **1:64 Ratio**
- **Inspired by classic Marvel Comics.**
- **Each car has cover art deco**
- **Each car comes with a miniature reproduction of famous classic comic featuring:**
  **- The 1st appearance of Spider-Man**
  **- The 1st appearance of Wolverine**
  **- The 1st appearance of Iron Man**
  **- The death of Phoenix**
- **Collect them all!**



**\*Features and  Accessories May Vary**



Exhibit 3
Page 71





**Back**

**Copyright © 2007 Marvel Characters, Inc.**

Exhibit 3
Page 72

Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International

Exhibit 3
Page 73





## Products

Marvel Muscle 1:64 Die Cast

Marvel Muscle Monster Trucks

**Back**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International

Exhibit 3
Page 74





## Marvel™ Muscle Diecast Collection

**These little Marvel Cars have all the super-hero speed you need to save the day!   Collect them all!**

**Includes:**

- **1 Marvel Die-Cast Car**

**Features:**

- **1:64 Ratio**
- **Marvel Hero Themed Design**
- **12 Styles to Choose From**



**Back**

**\*Features and  Accessories May Vary**

**Copyright © 2007 Marvel Characters, Inc.**

Exhibit 3
Page 75

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International

Exhibit 3
Page 76





## Marvel™ Muscle Monster Truck

These road ragin' Marvel™ Muscle Monster
Trucks have all the super-hero power and size
you need to save the day!

**Features:**

- 1:64 Ratio
- Inspired by Marvel Heroes characters.
- Collect them all!

**Includes:**

- 1 Marvel Heroes Die-Cast Monster Truck
- 4 different trucks available:
  - Spider-Man Pick-Up Truck
  - Spider-Man Monster Muscle Truck
  - Hulk Tow Truck
  - Iron Man Monster GT Truck



**Back**

*Features and  Accessories May Vary

Case 2:04-cv-09049-DOC-RNB   Document 4654-3   Filed 01/07/09   Page 26 of 35   Page ID
#:133553

**Copyright © 2007 Marvel Characters, Inc.**

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

**Toy Safety Information**

TM & © MGA Entertainment, Inc. All Rights Reserved

Our sister sites: www.bratz.com | www.be-bratz.com | www.bratzpetz.com | www.yummi-land.com | www.rescue-pets.com |
www.MyePets.com | www.littletikes.com | www.zapfcreation.com | www.miuchiz.com | www.bigfishlilfish.com | Bratz.com
International

Exhibit 3
Page 78

Exhibit 4

Filed under seal pursuant to Protective Order

# Exhibit 5

Redacted



*Fun 4 All*
*Court / Pleadings*

**COPY**

IN THE ARBITRATION OF

| | |
|---|---|
| FUN 4 ALL CORPORATION, a Delaware corporation, and SCOTT BACHRACH, an individual (hereinafter referred to as "F4A"), | )<br>)<br>) |
| Claimant/Counterclaim Respondent, | )<br>) |
| vs. | )<br>)<br>) |
| ABC INTERNATIONAL TRADERS, INC. d/b/a MGA ENTERTAINMENT, a California corporation (hereinafter referred to as "MGA"), | )<br>)<br>)<br>) |
| Respondent/Counter-Claimant. | )<br>) |

**ARBITRATION AWARD**

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

562992

Redacted

Exhibit 5
Page 104

CONFIDENTIAL – ATTORNEYS' EYES ONLY

DR 03344

Redacted

I. **INTRODUCTION**

This matter came before the undersigned as a single neutral arbitrator for resolution under the AAA Commercial Arbitration Rules ("AAA Rules"). Consistent with the parties' representations at the outset of the proceedings, this matter was submitted to the undersigned on a final binding and non-appealable basis.

This case arises out of a contractual dispute between a licensor and a licensee regarding the development and production of certain plush dolls utilizing licensed characters known as "Bratz." Claimant, licensee Fun 4 All Corp. ("F4A") essentially contends that its licensor, Respondent MGA Entertainment ("MGA") breached the license agreement through the bad faith exercise of the right to approve or disapprove dolls developed by F4A for production. MGA responds by denying any such breach of the agreement, and by asserting that F4A manufactured and sold dolls without approval and that this constituted both a breach of the agreement and infringement of MGA's copyrights and trademarks regarding the dolls.

Hearings were held and evidence submitted on Tuesday, May 28, Wednesday, May 29, Sunday, June 2, and Monday, June 3, 2002. During these hearings, numerous witnesses were placed under oath, several hundred documents were received into evidence, and dozens of demonstrative exhibits and dolls were utilized by the parties to explain their theory of the case. The arbitrator has spent many hours reviewing this documentary evidence. In addition, approximately 31 hours of testimonial evidence was presented by the parties.

Pre-hearing and post-hearing briefs were submitted by the parties. Post-arbitration hearings were conducted on June 6 and June 28, at which time arguments were presented and certain tentative rulings were announced by the arbitrator.

II. **AWARD**

The arbitrator, having now considered all of the evidence and argument, hereby finds in favor of F4A against MGA in the amount of $948,015 and further awards F4A its attorney fees, costs and expert witness fees in accordance with the underlying contract between the parties and Rule 45 of the AAA Rules. A key determination in the calculation of this award is the existence of an injunction entered by a respected U.S. District Judge, whose order this arbitrator is

- 1 -

Redacted

Exhibit 5
Page 105

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DR 03345

Redacted

1  understandably reluctant to set aside. Accordingly, this award of $948,015 explicitly assumes that

2  the U.S. District Court for the Central District of California will embrace the recommendation set

3  forth in this ruling and lift the current injunction now that this matter has been resolved upon a

4  comprehensive evidentiary and briefing record. The lifting of the injunction would entitle those

5  stores who have already received and paid F4A for products to in turn sell those products, thereby

6  allowing F4A to keep the proceeds already received for those items. Under this scenario, no

7  damages would be required from MGA for those products for which F4A already has been paid.

8  If, on the other hand, the injunction is not lifted, then as set forth in this opinion, F4A would be

9  required to return the amounts paid to the purchasers of these products and a substantially higher

10  damages award would be entered against MGA in favor of F4A. The arbitrator further finds

11  against MGA on its counterclaims against F4A so that MGA takes nothing by virtue of its

12  counterclaims. The arbitrator further declines, as inappropriate under the circumstances, to make

13  any award of interest to F4A within the meaning of Rule 45 of the AAA Rules. Procedures for

14  implementing the fee and cost award are set forth later in this opinion. Finally, the arbitrator

15  retains jurisdiction of this matter for purposes of finalizing the fee and cost award, and for

16  supervising any disputes that may arise out of the audit permitted herein, and for purposes of

17  making any alterations or amendments to this award in light of subsequent developments as

18  outlined herein.

19  III.   **CONTROVERSY REGARDING FORM OF THE AWARD**

20      This case was exceptionally well tried by all counsel, but, like the underlying litigation, it

21  was not without controversy. Indeed, the degree of controversy was extraordinary, with

22  allegations of misrepresentations, miscitations, misstatements, and misconduct surfacing

23  throughout these proceedings. Not surprisingly, in their post-arbitration submissions, the parties

24  were unable to agree on the form of the award. Following the arbitrator's tentative rulings on

25  June 6, 2002, several of which were adverse to MGA, MGA requested "detailed findings of fact

26  and conclusions of law, which include citations to specific contractual language and provisions,

27  testimony and other evidence supporting the decision." June 12, 2002 letter from Christensen,

28  Miller et al. F4A, on the other hand, "would simply like a sufficiently detailed opinion so that it

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

562992                                      - 2 -

Redacted

Exhibit 5
Page 106

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DR 03346

Redacted

1   may understand the basis for Your Honor's ruling." June 12, 2002 letter from Greenberg Glusker

2   et al.

3        The arbitrator initially notes that it would be inconsistent with the desire of the parties for a

4   swift resolution of this dispute, as well as the arbitrator's longstanding commitments to other

5   matters, separate and apart from the cost considerations of the parties, to attempt to render a

6   decision with the kind of detail envisioned by MGA. Moreover, such detail is not envisioned by

7   the AAA Rules. Indeed, consistent with its efforts to promote the prompt resolution of disputes,

8   the AAA Rules for Commercial Arbitration do not even require the award to be "a reasoned

9   award." Rule 44 provides as follows:

10        "(a) Any award shall be in writing and signed by a majority of the arbitrators. It shall be
          executed in the manner required by law.
11        (b) The arbitrator need not render a reasoned award unless the parties request such an
          award in writing prior to appointment of the arbitrator or unless the arbitrator determines that a
12        reasoned award is appropriate."

13        Here, the parties did not jointly request a reasoned award in writing prior to the arbitrator's

14   appointment. Although the parties have now requested an award in writing, the arbitrator finds

15   F4A's concept of a reasoned award much more consistent with the AAA Rules, when an arbitrator

16   "determines that a reasoned award is appropriate." Here, but for the parties' recent requests, the

17   undersigned would have been prepared to rule from the bench following all the briefing, and

18   would have simply signed a summary award. However, in light of the above, what follows is the

19   "reasoned award" the arbitrator deems appropriate for this case within the meaning of Rule 44 of

20   the AAA Rules.

21   **IV.   INCORPORATION OF JUNE 6 TENTATIVE FINDINGS**

22        On June 6, 2002, the parties participated in a post-arbitration hearing with the arbitrator at

23   which time the arbitrator heard arguments and announced various tentative findings. After

24   consideration of the parties' post-arbitration briefing and argument, the arbitrator hereby adopts

25   the following tentative findings announced on June 6, 2002, and hereby incorporates the transcript

26   relating thereto:

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

562991

- 3 -

Redacted

Exhibit 5
Page 107

CONFIDENTIAL – ATTORNEYS' EYES ONLY

DR 03347

Redacted

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- The finding that categories 2 and 3 of F4A's damage analysis are so speculative as to not warrant an award, and involve product lines as to which the arbitrator does not believe damages are warranted.

- The findings that F4A has no case on the 8 inch dolls, the giant sized dolls or pillow head dolls, as well as the related conclusion that no customer confusion could flow from these product lines that were never launched.

- The finding that the February 10, 2002 Product Submission Form and the February 10, 2002 "Approval" by MGA was not limited to initial production only, but was an approval for manufacture and production regarding the 18 inch dolls, the 10.5 inch dolls, and the "Bean Bag Blitz" dolls.

- The finding that the preponderance of the credible evidence, including surrounding e-mails, establish that this February 10 approval was for full-scale mass manufacture and production.

- The finding that the product submission approval process at MGA was a swamp, rife with the potential for licensee abuse, with numerous unwritten rules and unwritten stages at odds with even the language from approval forms themselves, as well as the implicit finding that no reasonable licensee could discern guidance given the totally conflicting manner in which the forms and approval process were handled by MGA.

- The finding that MGA's complaints of "international transgressions" by F4A were unfounded or based upon inaccurate information, including the adverse credibility findings against Mr. Larian and the favorable credibility findings in favor of Mr. Jacobsen.

- The finding that in light of F4A's obligations under the agreement, including the marketing date, store placement, sales forecasts, and the discussions between the parties about the necessity for F4A to test the waters on this product line, coupled with the discussions relating to F4A's ability to show the product to the trade, the arbitrator did not conclude that F4A violated any law or contractual provision by seeking product orders or commitments prior to receiving product approvals from MGA.

WELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

562592

- 4 -

Redacted

Exhibit 5
Page 108

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DR 03348

Redacted

1       •  The finding that MGA has not established a non-cancelable order being taken by F4A

2       prior to the execution of the license agreement.

3       •  The finding that there was no credible evidence sufficient to support a finding that F4A

4       took orders or shipped product after the May 2002 injunction was entered (including

5       the May 6, 2002 interim injunction).

6       •  The adverse credibility findings regarding Mr. Larian, Ms. O'Connor, Mr. Bachrach,

7       and Mr. Marshall.

8           Finally, the arbitrator on June 6 expressed the initial strong finding that subsequent to the

9   February 10, 2002 "Approval," there was pretextual and dishonest dissatisfaction by MGA of F4A

10  products. That finding is also adopted and incorporated by reference here.

11          On June 6, the arbitrator also requested that the parties submit additional argument

12  regarding the post-February 10 conduct, including what conduct by MGA they believed could be

13  shown to be pretextual or dishonest dissatisfaction, and what conduct they believed could be

14  shown to constitute honest dissatisfaction with F4A's work. The parties were also asked to

15  address the obstacles F4A would have to overcome in order to obtain a damage award in the event

16  the arbitrator held, as it now has, that MGA exhibited pretextual or dishonest dissatisfaction with

17  F4A's products following the February 10, 2002 approval for mass production and manufacturing.

18  **V.**    **ADDITIONAL FINDINGS AND CONCLUSIONS**

19      1.    F4A's production after February 10, 2002 was not a breach of the parties'

20  agreement.

21      2.    MGA's dissatisfaction prior to receiving March samples was pretextual and in bad

22  faith, and breached the implied covenant of good faith and fair dealing implicit in every contract.

23      3.    The post-February 10 evidence of MGA's pretextual, contrived, or dishonest

24  dissatisfaction with F4A's work derives from a number of sources, including but not limited to,

25  the February 17th and 27th letters from MGA to F4A; a comparison of the testimony of

26  Ms. O'Connor and Mr. Larian of MGA, juxtaposed with MGA's March 13 and March 21 letters;

27  Mr. Larian's testimonial about faces on F4A's "commitments;" Ms. O'Connor's incredible

28  recovered memory on the witness stand, where she rejected one doll on the witness stand because

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

561992

- 5 -

Redacted

Exhibit 5
Page 109

CONFIDENTIAL – ATTORNEYS' EYES ONLY

DR 03349