ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA OR FOR ALTERNATIVE RELIEF AND IN OPPOSITION TO MGA's *EX PARTE* APPLICATION FOR A STAY PENDING APPEAL**<br><br>[[Proposed] Order filed concurrently]<br><br>**Phase 1C** |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the Supplemental Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Ex Parte Application for Appointment of a Receiver for MGA or for Alternative Relief and in Opposition to MGA's Ex Parte Application for a Stay Pending Appeal (the "Declaration").

The Declaration attaches and quotes from materials that third party Andreas Koch has designated as "Confidential—Attorney's Eyes Only" pursuant to the Protective Order, including the transcript of his deposition dated March 28, 2008. Accordingly, Mattel requests that the Court order that the Declaration be filed under seal.

DATED: January 7, 2009         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Cyrus S. Naim
   Cyrus S. Naim
   Attorneys for Mattel, Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 7, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA OR FOR ALTERNATIVE RELIEF AND IN OPPOSITION TO MGA's *EX PARTE* APPLICATION FOR A STAY PENDING APPEAL** on the parties in this action as follows:

Thomas Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA  90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 7, 2009, at Los Angeles, California.

_____
NOW LEGAL -- Dave Antolin

07209/2490733.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 7, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA OR FOR ALTERNATIVE RELIEF AND IN OPPOSITION TO MGA's *EX PARTE* APPLICATION FOR A STAY PENDING APPEAL** on the parties in this action as follows:

Jerome B. Falk, Jr.
Douglas A. Winthrop
**Howard Rice Nemerovski Canady Falk & Rabkin**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
***Attorneys for MGA Entertainment Inc.***

Mark E. Overland
David C. Sheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 125th Floor
Los Angeles, CA 90071
***Attorneys for Carlos Gustavo Machado Gomez***

Peter Bonis
1990 N. California Blvd.
8th Floor
Walnut Creek, CA 94596
***Attorney for Carter Bryant***

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 7, 2009, at Los Angeles, California.

Yalonda J. Dekle

07209/2752370.1