ORIGINAL

LODGED 2009 JAN -7 AM 10:01 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**~~[PROPOSED]~~ ORDER GRANTING APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA OR FOR ALTERNATIVE RELIEF AND IN OPPOSITION TO MGA's *EX PARTE* APPLICATION FOR A STAY PENDING APPEAL**<br><br>**Phase 1C** |

~~[PROPOSED]~~ ORDER

Based on the concurrently filed Application to File Under Seal the Supplemental Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Ex Parte Application for Appointment of a Receiver for MGA or for Alternative Relief and in Opposition to MGA's Ex Parte Application for a Stay Pending Appeal,

IT IS HEREBY ORDERED:

The Supplemental Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Ex Parte Application for Appointment of a Receiver for MGA or for Alternative Relief and in Opposition to MGA's Ex Parte Application for a Stay Pending Appeal is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: JAN -7 2009, 2008

S G Larson

Hon. Stephen G. Larson
United States District Judge

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 7, 2009, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA OR FOR ALTERNATIVE RELIEF AND IN OPPOSITION TO MGA's *EX PARTE* APPLICATION FOR A STAY PENDING APPEAL** on the parties in this action as follows:

Thomas Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 7, 2009, at Los Angeles, California.

NOW LEGAL -- Dave Antolin

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 7, 2009, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA OR FOR ALTERNATIVE RELIEF AND IN OPPOSITION TO MGA's *EX PARTE* APPLICATION FOR A STAY PENDING APPEAL** on the parties in this action as follows:

Jerome B. Falk, Jr.
Douglas A. Winthrop
**Howard Rice Nemerovski Canady Falk & Rabkin**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
***Attorneys for MGA Entertainment Inc.***

Mark E. Overland
David C. Sheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 125th Floor
Los Angeles, CA 90071
***Attorneys for Carlos Gustavo Machado Gomez***

Peter Bonis
1990 N. California Blvd.
8th Floor
Walnut Creek, CA 94596
***Attorney for Carter Bryant***

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 7, 2009, at Los Angeles, California.

Yalonda J. Dekle