UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                Date: January 8, 2009

Title:    MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
======================================================================
PRESENT: HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                              None Present
    Courtroom Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                         None Present

PROCEEDINGS:    **SUPPLEMENTAL ORDER RE: FORENSIC AUDITOR**

    The Court and the Court-appointed financial auditor are unaware of any actual or potential grounds for a conflict of interest between the Forensic Auditor and the parties or any other grounds for disqualification under 28 U.S.C. § 455. However, within three days of the date of this order, the parties are afforded leave to file any objections to the appointment of Ronald L. Durkin based on any actual or potential conflict of interest or grounds for disqualification of which they may be aware. Failure to do so will be deemed waiver of any such objections and consent to the appointment of Mr. Durkin as Forensic Auditor.

    **IT IS SO ORDERED.**