```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
 3  300 South Grand Avenue, Suite 3400
 4  Los Angeles, CA 90071-3144
    Tel.: (213) 687-5000  Fax: (213) 687-5600
 5
 6  PATRICIA L. GLASER (Bar No. 55668)
    (glaser@glaserweil.com)
 7  GLASER WEIL FINK JACOBS & SHAPIRO LLP
    10250 Constellation Blvd 19th Floor
 8  Los Angeles, CA, 90067
 9  Tel.: (310) 553-3000  Fax: (310) 556-2920

10  RUSSELL J. FRACKMAN (Bar No. 49087)
11  (rjf@msk.com)
    MITCHELL SILBERBERG & KNUPP LLP
12  11377 W. Olympic Blvd
    Los Angeles, CA 90064
13  Tel.: (310) 312-2000  Fax: (310) 312-3100
14
    Attorneys for MGA ENTERTAINMENT, INC.,
15  ISAAC LARIAN, MGA ENTERTAINMENT (HK)
    LIMITED, AND MGAE de MEXICO S.R.L. de
16  C.V.
17
```

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL; and<br><br>**Lodged under separate cover:**<br>[PROPOSED] ORDER |

---

REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL
CASE NO. CV 04-9049 SGL (RNBx)

MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V. hereby request that the Court approve the substitution of Patricia L. Glaser of Glaser Weil Fink Jacobs & Shapiro LLP and Russell Frackman of Mitchell, Silberberg and Knupp LLP as attorneys of record in place and stead of Skadden, Arps, Slate, Meagher & Flom LLP for any and all matters relating to Phase 2 of the proceedings in the above-referenced actions before this Court. Skadden, Arps, Slate, Meagher & Flom LLP shall remain counsel of record for the purpose of all remaining Phase 1 proceedings before this Court, including the pending motions scheduled to be heard on February 11, 2009, and any further matters relating to the December 3, 2008 Orders. Skadden, Arps shall also remain co-counsel of record for the MGA Parties' Ninth Circuit appeal relating to Phase 1, including the verdict and the December 3 Orders.

DATED: January 9, 2009

By: _____
Isaac Larian
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.

I have given proper notice pursuant to Local Rule 83-2.9 and consent to the above substitution.

DATED: January 9, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

BY: _____
Thomas J. Nolan

1
REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL
CASE NO. CV 04-9049 SGL (RNBx)

01-09-09  12:00pm  From-GLASER WEIL          310-556-2920           T-572  P.004/004  F-373
Case 2:04-cv-09049-DOC-RNB  Document 4671  Filed 01/09/09  Page 3 of 4  Page ID #:133613

1

2        I am duly admitted to practice in this District pursuant to Local Rule 83-2 and

3  consent to the above substitution.

4

5  DATED: January 9, 2009

6                                     GLASER WEIL FINK JACOBS & SHAPIRO LLP

7                                     BY: _____

8                                            Patricia L. Glaser

9

10  DATED: January __, 2009          MITCHELL, SILBERBERG & KNUPP LLP

11

12                                     BY: _____
                                            Russell J. Frackman

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL
CASE NO. CV 04-9049 SGL (RNBx)

1
2    I am duly admitted to practice in this District pursuant to Local Rule 83-2 and
3  consent to the above substitution.
4
5  DATED: January __, 2009
6                                                GLASER WEIL FINK JACOBS & SHAPIRO LLP
7
8                                                BY: _____
                                                        Patricia L. Glaser
9
10 DATED: January 9, 2009
                                                 MITCHELL, SILBERBERG & KNUPP LLP
11
12                                               BY: *Russell J. Frackman* (PHB)
                                                        Russell J. Frackman
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL
CASE NO. CV 04-9049 SGL (RNBx)