THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000  Fax: (213) 687-5600

PATRICIA L. GLASER (Bar No. 55668)
(glaser@glaserweil.com)
GLASER WEIL FINK JACOBS & SHAPIRO LLP
10250 Constellation Blvd 19th Floor
Los Angeles, CA, 90067
Tel.: (310) 553-3000  Fax: (310) 556-2920

RUSSELL J. FRACKMAN (Bar No. 49087)
(rjf@msk.com)
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd
Los Angeles, CA 90064
Tel.: (310) 312-2000  Fax: (310) 312-3100

Attorneys for MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL |

The request of MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V. to substitute Patricia L. Glaser, Glaser Weil Fink Jacobs & Shapiro LLP, 10250 Constellation Blvd 19th Floor, Los Angeles, CA, 90067, Email: glaser@glaserweil.com, Phone: (310) 553-3000, Fax: (310) 556-2920, State Bar Number: 055668, and Russell J. Frackman, Mitchell, Silberberg & Knupp, LLP, 11377 W. Olympic Blvd, Los Angeles, CA 90064, Email: rjf@msk.com, Phone: (310) 312-2000, Fax: (310) 312-3100, State Bar Number: 49087, who are Retained Counsel, as attorneys of record in place and stead of Skadden, Arps, Slate, Meagher & Flom, LLP for any and all matters relating to Phase 2 of the proceedings in the above-referenced actions before this Court is hereby GRANTED.  Skadden, Arps, Slate, Meagher & Flom LLP shall remain counsel of record for the purpose of all remaining Phase 1 proceedings before this Court, including the pending motions scheduled to be heard on February 11, 2009, and any further matters relating to the December 3, 2008 Orders.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Stephen G. Larson
United States District Court Judge