1  Patricia L. Glaser, State Bar No. 055668
   Pglaser@chrisglase.com
2  Joel N. Klevens, State Bar No. 045446
   Jklevens@chrisglase.com
3  GLASER, WEIL, FINK, JACOBS
4    & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
5  Los Angeles, California 90067
   Telephone:   310-553-3000
6  Facsimile:   310-556-2920

7  Russell J. Frackman, State Bar No. 049087
   rjf@msk.com
8  MITCHELL, SILBERBEG & KNUPP, LLP
   11377 West Olympic Boulevard
9  Los Angeles, California 90064
   Telephone:   310-312-2000
10 Facsimile:   310-312-3100

11 Attorneys for the MGA Parties For Phase Two

12                     UNITED STATES DISTRICT COURT

13                    CENTRAL DISTRICT OF CALIFORNIA

14                            EASTERN DIVISION

15

| | |
|---|---|
| 16  CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx) |
| 17              Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 18  v. | Honorable Stephen G. Larson |
| 19  MATTEL, INC., a Delaware Corporation | **MGA PARTIES' NOTICE OF UNDER SEAL AND *IN CAMERA* SUBMISSION OF OBJECTION TO PHASE TWO DISCOVERY MASTER ROBERT O'BRIEN** |
| 20              Defendant. | |
| 21 | |
| 22 | |
| 23  AND CONSOLIDATED ACTIONS | |

663872 v1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.'s (collectively, "MGA Parties") have submitted the following sealed document to the Court for *in camera* review pursuant to the Court's order dated January 6, 2009 (Dkt 4640): MGA PARTIES' OBJECTION TO PHASE TWO DISCOVERY MASTER ROBERT O'BRIEN.

Dated: January 9, 2009

Patricia L. Glaser
Joel N. Klevens
GLASER, WEIL, FINK, JACOBS
& SHAPIRO, LLP

Russell J. Frackman
MITCHELL, SILBERBEG & KNUPP, LLP

By: _____/s/ Joel N. Klevens_____
Joel N. Klevens
Attorneys for the MGA Parties
for Phase Two

MGA PARTIES' NOTICE OF UNDER SEAL AND IN CAMERA SUBMISSION OF OBJECTIONS TO PHASE TWO DISCOVERY MASTER