QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>CV 04-09059<br>CV 05-2727<br><br>DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' RENEWED MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW FOR PHASES 1A AND 1B<br><br>Hearing Date: February 11, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1(c)** |

07209/2754934.1

# DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached as Exhibit 1 is a true and correct copy of the MGA Parties' Motion for Partial Summary Judgment, dated March 7, 2008 (Docket No. 2572).

3. Attached as Exhibit 2 is a true and correct copy of the Order Granting in Part, Denying in Part, and Deferring in Part the Parties' Motions for Summary Judgment, dated April 25, 2008 (Docket No. 3285).

4. Attached as Exhibit 3 is a true and correct copy of the Phase 1(a) Jury Instructions As Given, dated July 10, 2008 (Docket No. 4115).

5. Attached as Exhibit 4 is a true and correct copy of Trial Exhibit 25, Carter Bryant's Mattel Employee Confidential Information and Inventions Agreement, dated January 4, 1999.

6. Attached as Exhibit 5 is a true and correct copy of Trial Exhibit 15, Carter Bryant's MGA Consulting Agreement, dated as of September 18, 2000.

7. Attached as Exhibit 6 is a true and correct copy of Trial Exhibit 1117, Paula Treantafelles (Garcia)'s employment offer from MGA and MGA Confidentiality and Inventions Assignment Agreement, dated April 4, 2000.

8. Attached as Exhibit 7 is a true and correct copy of Trial Exhibit 13532, an MGA internal memorandum on the Confidentiality and Proprietary Information Agreements, dated August 10, 2000.

9. Attached as Exhibit 8 is a true and correct copy of Trial Exhibit 13620, Kami Gillmour's MGA Confidentiality and Inventions Assignment Agreement, dated May 24, 1999.

10. Attached as Exhibit 9 is a true and correct copy of Trial Exhibit 1116, Paula Treantafelles (Garcia)'s Mattel Employee Confidential Information and Inventions Agreement, dated July 4, 1997.

11. Attached as Exhibit 10 is a true and correct copy of Trial Exhibit 593, an invoice from Carter Bryant to Paula Treantafelles (Garcia) for angel face and hair designs, dated August 31, 2000.

12. Attached as Exhibit 11 is a true and correct copy of the MGA Parties' Motion for Judgment as a Matter of Law for Phase 1(b), dated August 18, 2008 (Docket No. 4264).

13. Attached as Exhibit 12 is a true and correct copy of the Final Phase 1(a) Verdict Form As Given, dated July 17. 2008 (Docket No. 4125).

14. Attached as Exhibit 13 is a true and correct copy of the Phase 1(b) Jury Instructions As Given, dated August 20, 2008 (Docket No. 4267).

15. Attached as Exhibit 14 is a true and correct copy of the MGA Parties' Supplemental Proposed Phase 1(b) Jury Instructions, dated August 11, 2008 (Docket No. 4242).

16. Attached as Exhibit 15 is a true and correct copy of the Trial Exhibit 2201, a fax from Carter Bryant to David Rosenbaum containing Mr. Bryant's original offer of employment from Mattel, dated September 14, 2000.

17. Attached as Exhibit 16 is a true and correct copy of the Trial Exhibit 13383, a fax from Victoria O'Connor to Patricia Glaser regarding MGA's contract with Carter Bryant, dated July 3, 2001.

18. Attached as Exhibit 17 is a true and correct copy of Trial Exhibit 4507, an email from Isaac Larian to a group of MGA employees regarding a posting by David Dees about Carter Bryant's involvement with Bratz, dated March 12, 2002.

19. Attached as Exhibit 18 is a true and correct copy of Trial Exhibit 4942, an email chain between Isaac Larian and Dee Dee Valenzuela regarding Bratz, dated February 6, 2003.

20. Attached as Exhibit 19 is a true and correct copy of Trial Exhibit 1932, an MGA internal document listing former Mattel employees, dated April 20, 2006.

21. Attached as Exhibit 20 is a true and correct copy of Trial Exhibit 18, an email from MGA to MGA Hong Kong regarding a Bratz dress pack, dated September 27, 2000.

22. Attached as Exhibit 21 is a true and correct copy of Trial Exhibit 1105, an October 15, 2000 email from MGA Hong Kong to MGA regarding receipt of the clay Bratz body, dated October 15, 2000.

23. Attached as Exhibit 22 is a true and correct copy of Trial Exhibit 923, an MGA Product Development Form for the Bratz dress pack, dated October 16, 2000.

24. Attached as Exhibit 23 is a true and correct copy of Trial Exhibit 1765, an email chain between Carter Bryant and Paula Treantafelles (Garcia) regarding Bratz development, dated October 17-23, 2000.

25. Attached as Exhibit 24 is a true and correct copy of Trial Exhibit 11277, an email from Isaac Larian to Samuel Wong and Franki Tsang regarding Bratz design, dated October 31, 2000.

26. Attached as Exhibit 25 is a true and correct copy of the MGA Parties' Notice of Motion and Motion for Partial Judgment as a Matter of Law, dated July 3, 2008 (Docket No. 4080).

27. Attached as Exhibit 26 is a true and correct copy of an excerpt from a hearing transcript on Mattel's Motion to Dismiss Bryant's Counter-claims, dated June 26, 2006.

28. Attached as Exhibit 27 is a true and correct copy of Trial Exhibit 302, a Carter Bryant drawing of Bratz.

29. Attached as Exhibit 28 is a true and correct copy of Trial Exhibit 27, Carter Bryant's Mattel Proprietary Information Checkout, dated October 19, 2000.

30. Attached as Exhibit 29 is a true and correct copy of the Court's Order regarding the Motion for Reconsideration, dated May 21, 2008 (Docket No. 3758).

31. Attached as Exhibit 30 is a true and correct copy of the Court's Order granting Mattel's Motion for a Permanent Injunction, Motion for a Constructive Trust and § 17200 Injunctive Relief, and related motions, dated December 3, 2008 (Docket No. 4439).

32. Attached as Exhibit 31 is a true and correct copy of Mattel's Motion for Judgment as a Matter of Law and Conditional Renewed Motion for Judgment as a Matter of law, dated December 22, 2008 (Docket No. 4498).

33. Attached as Exhibit 32 is a true and correct copy of an excerpt from Trial Exhibit 1137, Margaret Leahy's notebook from September 2000.

34. Attached as Exhibit 33 is a true and correct copy of Trial Exhibit 1136, photographs of TX 1136A, the Bratz sculpt.

35. Attached as Exhibit 34 is a true and correct copy of excerpts from Trial Exhibit 5, a collection of Bryant drawings of the Bratz.

/
/
/
/
/
/

36.     Attached as Exhibit 35 is a true and correct copy of an excerpt from Trial Exhibit 62, a collection of Bryant drawings of the Bratz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 12, 2008, at Los Angeles, California.

*/s/ B. Dylan Proctor*
B. Dylan Proctor