# EXHIBIT 19

Case 2:04-cv-09049-DOC-RNB Document 4683-7 Filed 01/12/09 Page 2 of 49 Page ID #:133950

## FORMER MATTEL EMPLOYEES - 04/20/06

| | A — ACTIVE EMPLOYEES | B — MGA POSITION | C — MGA DATES | D — MATTEL DATES |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Abundis, Ricardo | SR. SALES ANALYST | 12/06/04-PRESENT | 07/00-11/04 |
| 3 | Bate, Ian | QUALITY ASSURANCE MANAGER | 7/31/2006-PRESENT | 7/2000-10/2000 |
| 4 | Bloodworth III, John E. | Product Manager, Games | 08/21/06-PRESENT | 06/01/06-08/06 |
| 5 | Bloodworth III, John E. | Product Manager, Games | 08/21/06-PRESENT | 03/1998-01/2000 |
| 6 | Bloomfield, Kevin | SR. DESIGNER | 11/25/02-PRESENT | 10/00-11/00 |
| 7 | Brawer, Ron | EVP MARKETING | 10/05/04-PRESENT | 1996-2004 |
| 8 | Brisbois, Janine (CANADA) | VP NAT'L ACCTS. | 10/04/05-PRESENT | 1/2001-9/2005 |
| 9 | Castilla, Jorge | MGR. SALES PLANNING | 04/03/06-PRESENT | 06/88-03/06 |
| 10 | Chang, Suzy | Sr. Development Designer | 08/28/06-Present | Summer 2000 |
| 11 | Cheng, Steve | SR. DESIGNER | 04/03/02-PRESENT | 09/99-06/01 |
| 12 | Cody Jr, Gerry | Sr. Designer - Boys Toys | 11/20/06-PRESENT | 11/99-4/00 |
| 13 | Cody Jr, Gerry | Sr. Designer - Boys Toys | 11/20/06-PRESENT | 06/04-01/05 |
| 14 | Contreras, Nick | VP CUSTOMER MKTG | 11/29/04-PRESENT | 1994-2004 |
| 15 | Cooney Jr., Daniel | VP National Account Manager | 05/15/06-PRESENT | 01/04-05/06 |
| 16 | Cooney Jr., Daniel | VP National Account Manager | 05/15/06-PRESENT | 10/98-09/01 |
| 17 | Domingo, Luisito H | DEV. DESIGNER | 07/07/03-PRESENT | 10/96-10/01 |
| 18 | Domminguez, Greg Paul | PROD. DESIGNER | 04/01/02-PRESENT | 11/98-07/00 |
| 19 | Feldman, Joe | DESIGN ENGINEER | 12/08/04-PRESENT | 7/93-2/04 |
| 20 | Forrest, Craig | Product Manager, Games | 5/15/06-PRESENT | 10/97-01/05 |
| 21 | Garcia, Mia | DEV. DESIGNER | 2/23/05-PRESENT | 2000-2004 |
| 22 | Garcia, Paula | VP GIRLS TOY PD | 04/17/00-PRESENT | 12/97-04/00 |
| 23 | Gonzalez, Eduardo | Sr. Director of Quality Assurance | 10/16/06-PRESENT | 4/1985-1/1997 |
| 24 | Gonzalez, Eduardo | QUALITY ASS. MGR. | 1/3/05-8/8/05 | 4/1985-1/1997 |
| 25 | Hall, Tracy | Sr. Director of Prod. Dev., CE/YE | 08/07/06 - PRESENT | 09/1987-04/1989 |
| 26 | Hansen, Melody | FACE PAINTER | 03/13/06-PRESENT | 04/94-01-06 |
| 27 | Hansen, Todd | PACKAGING ENG. | 5/2/05-PRESENT | 1994-1996 |
| 28 | Hatch, Jill | Sr. Director, National Sales | 09/18/06 - PRESENT | 04/04 - 09/02/2006 |
| 29 | Hatch, Jill | Sr. Director, National Sales | 09/18/06 - PRESENT | 06/96 - 01/03 |
| 30 | Hinh, Michael | MGR. CATEGORY ADV. | 6/27/05-PRESENT | 10/02-5/05 |
| 31 | Hsu, Janet | VP LIFESTYLES | 3/9/05-PRESENT | 8/2002-3/2005 |
| 32 | Koa, Alice | CUST. MKTG. MGR. | 2/21/05-PRESENT | 10/03-2/05 |
| 33 | Kaufman, Ken | ADVERTISING EXEC. | 01/03/05-PRESENT | 1995-2004 |
| 34 | Keller, Pamela E. | VP Supply Chain & Operations | 09/25/06 - PRESENT | 10/95 - 01/99 |
| 35 | Keosaian, Alejandro Gabriel | GR. DESIGNER | 08/11/03-PRESENT | 02/02-08/03 |
| 36 | Kim, Joyce | SR. PLAYSET DESIGN | 2/23/05-PRESENT | 9/98-9/04 |
| 37 | Kim, Young | SEAMSTRESS | 01/15/04-PRESENT | 09/98-06/02 |
| 38 | Kirst, Kristian | HAIR ROOTER | 03/31/03-PRESENT | 12/00-02/03 |
| 39 | Komatsu, Ellen | DEV. DESIGNER | 05/25/03-PRESENT | 10/98-03/02 |

Confidential - For Attorney's Eyes Only

(8 pgs)
Exhibit no. 1932
Date: 1/28/08
Contreras P. Pyburn

EXHIBIT 19

PAGE 260

MGA 1134723

EX 1932-0001

## FORMER MATTEL EMPLOYEES - 04/20/06

| | A | B | C | D |
|---|---|---|---|---|
| 41 | Larson, Jill | Sales Associate | starts 12/19/06 | 09/90-Present |
| 42 | Law, Chi Shing | DEV DESIGN MGR. | 05/01/06-PRESENT | 08/00-06/02 |
| 43 | Leahy, Margaret | SR. SCULPTOR | TEMP TO PERM EFF 4/4/05 | 03/95-09/00 |
| 44 | Lumabao, Bo | PRD/MKT MANAGER | 2/14/05-PRESENT | 4/01-10/02 |
| 45 | Marks, Dorothy | SAMPLE MAKER | 07/26/05-PRESENT | 01/01/03-04/12/04 |
| 46 | Martin, Raymond John | PROD. MANAGER | 02/23/04-PRESENT | 08/97-02/03 |
| 47 | McBride, Susan | PROD. MANAGER | 06/03/02-PRESENT | 2000-2001 |
| 48 | Min, Aye Aye | HAIR ROOTER | 03/20/2006-PRESENT | 07/1984-02/2006 |
| 49 | Nigoghossian, Christine | SR. DOLL DESIGNER | 04/25/05-PRESENT | 1991-2002 |
| 50 | Palillo, Amelia Ivy Arafiles | SR. SCULPTURIST | 02/23/04-PRESENT | 08/98-07/04 |
| 51 | Parkinson, Ana Mancia | DEV. DESIGNER | 05/10/04-PRESENT | 1990-2004 |
| 52 | Paulino, Denise | SAMPLE MAKER | 01/18/05-PRESENT | 05/1991-3/2001 |
| 53 | Pestonji, Danny | DESIGNER | 06/01/04-PRESENT | 06/95-11/01 |
| 54 | Phoosopha, Poottipong | FACE PAINTER | 12/08/03-PRESENT | 03/97-10/01; 02/02-12/03 |
| 55 | Pickard, Michael | PACKAGING ENG. | 03/22/04-PRESENT | 10/82-02/02 |
| 56 | Ratleff, Leland | Senior HR Director | 12/04/06-PRESENT | 1985-12/1/06 |
| 57 | Ronquillo, Desiree Elisabeth | SR. DEV. DESIGNER | 06/03/04-PRESENT | 02/01-04/04 |
| 58 | Ruiz, Micaela | SAMPLE MAKER | 2/13/06-PRESENT | 1985-2/2006 |
| 59 | Sasic-Koetsier, Natasha | ILLUSTRATOR | 08/01/04-PRESENT | NOT APPLICABLE |
| 60 | Salazar, Maria Elena | SEAMSTRESS | 03/31/03-PRESENT | 1998-2001 |
| 61 | Salemnia, Shirin | RESEARCH MGR. | 02/17/03-PRESENT | 06/00-01/03 |
| 62 | Scott, Harvey | SAMPLE MAKER | 08/01/05-PRESENT | 1992-07/2005 |
| 63 | Su, Jier | DIR. PROJECT PLANNING | 8/15/05-PRESENT | 11/1998-07/2005 |
| 64 | Smith, Steffen J. | SR. PKG. ENG. | 10/13/03-PRESENT | 01/99-12/00 |
| 65 | Soai, Dennis | DEV. DESIGNER | 03/04/02-PRESENT | 06/95-02/00 |
| 66 | Thompson, Maria | SOURCING MANAGER | 04/04/04-PRESENT | 07/91-03/05 |
| 67 | Tran, Chau Ngoc | SAMPLE MAKER | 05/10/04-PRESENT | 08/88-10/03 |
| 68 | Upshaw, Gail | SEAMSTRESS | 5/23/05-PRESENT | 9/83-3/01 |
| 69 | Wang, Chang-Chin | ASSOC. FACE DES. | 05/03/04-PRESENT | 11/98-04/04 |
| 70 | Ward, Lance | STRUCTURAL ENG. | 08/02/04-PRESENT | 12/99-10/03 |
| 71 | Whitaker, Dawn | DESIGN DEV. MGR. | 12/06/04-PRESENT | 1998-2004 |
| 72 | Wong, Jenny | GR. DESIGNER | 09/09/02-PRESENT | 11/99-02/02 |
| 73 | | | | |
| 74 | | | | |
| 75 | 1 Confidentiality/Inventions Agreement | | | |
| 76 | 2 Proprietary Information Agreement | | | |
| 77 | 3 Employment Agreement | | | |
| 78 | | | | |
| 79 | | | | |
| 80 | NON-ACTIVE EMPLOYEES | MGA POSITION | MGA DATES | MATTEL DATES |

Confidential - For Attorney's Eyes Only

EXHIBIT _____19_____

PAGE _____261_____

MGA 1134724

EX 1932-0002

# FORMER MATTEL EMPLOYEES - 04/20/06

| | A | B | C | D |
|---|---|---|---|---|
| 81 | | | | |
| 82 | Aryapour, Daryoush | CREATIVE SER. DIR. | 10/25/99-04/14/00 | 03/96-06/99 |
| 83 | Blaser, Janet | DEV. DESIGNER | 06/14/04-09/10/04 | 04/95-04/04 |
| 84 | Bower Violette, Mari Joanne | PROD. MANAGER | 10/13/03-PRESENT | 07/99-03/03 |
| 85 | Brown, Lilia | GR. DESIGNER | 03/31/03-05/05/05 | UNKNOWN |
| 86 | Burlando, Gabriella | PROD. MANAGER | 03/5/02-06/27/06 | 11/97-10/01 |
| 87 | Chonavel, Fabienne | MARKETING MGR. | 04/10/92-08/23/02 | 8/95-2/98 |
| 88 | Dailey, Christine | VP PROD. DEV. | 05/14/01-1/1/22/02 | 05/84-01/88 |
| 89 | Gillmour, Kami | VP MARKETING | 05/24/99-07/14/00 | 05/90-04/99 |
| 90 | Hardouin, Christopher | PROJECT MGR. | 06/04/01-07/15/04 | 7/04-PRESENT |
| 91 | Hitch, Martin | VP INTL. SALES | 01/04/01-06/04/02 | 04/90-01/98 |
| 92 | Huntley, James | VP MARKETING | 5/23/05-PRESENT | 4/01-5/05 |
| 93 | Kagan, Randi | MARKETING DIR. | 09/23/02-07/22/03 | 11/97-04/98 |
| 94 | Koch, Andreas | PRODUCT MGR. | 10/18/99-01/11/01 | 04/98-12/98 |
| 95 | Mayer, Lyn Carol | FABRIC ARTIST | 07/21/03-05/05/05 | 02/98-04/01 |
| 96 | Mills, Frank | MANAGER OF QA | 03/20/06-07/07/06 | 08/97-07/01 |
| 97 | Nguyen, Xuanlan T | PATTERN MAKER | 05/19/03-01/03/05 | 08/92-10/99 |
| 98 | O'Brien, Gary Thomas | FIELD SALES DIR. | 05/10/04-07/22/04 | 1998-2002 |
| 99 | Otero, Jose | WEB DESIGNER | 08/11/03-3/2/1/05 | 2003? |
| 100 | Owen, Dan | SR. PAYSET MGR. | 08/23/04-12/13/05 | 01/99-08/04 |
| 101 | Parasole, Nicolletta | GR. DESIGNER | 01/05/04-6/27/04 | UNKNOWN |
| 102 | Rambeau, Roger | VP OPERATIONS | 05/13/98-04/03/98 | 10/72-10/85 |
| 103 | Reed, Wendy | SOFT GOODS SPEC. | 11/06/00-01/12/01 | 07/97-10/00 |
| 104 | Reyes, Scot Anthony | SM DOLL DESIGNER | 05/23/04-3/11/05 | 05/01-11/02; 01/04 |
| 105 | Ross, Lon | MARKETING DIR. | 11/13/00-08/03/01 | 1996-2000 |
| 106 | Schwartz, Dena | SR. PROD. MGR. | 05/21/01-04/06/02 | 1984-1988 |
| 107 | Shaver, Brandi | GR. DESIGNER | 05/03/04-06/30/06 | NOT APPLICABLE |
| 108 | Shinnett, Holly | SR. BRAND MGR. | 03/21/03-1/1/05 | 05/96-10/02 |
| 109 | Tawil, Lisa | LICENSING COORD. | 04/06/02-07/18/03 | 10/98-2/01 |
| 110 | Terry, Gord | DIR. OF SALES | 10/01/01-06/06/02 | 06/94-03/97 |
| 111 | Ward, Mercedeh | SR. PROD. DESIGNER | 10/00-10/01; 3/7/05-8/6/05 | 1985-2000 |
| 112 | Whitaker, Joseph | CONSULTANT | 11/05/95-03/7/7/97 | 84-'85; '82-'83; '64-'78 |
| 113 | Williams, Patrick | SVP SALES | 01/07/01-05/29/01 | 5/96-11/98 |
| 114 | Wong, Tong | DEV. DESIGNER | 03/10/03-05/16/03 | 1899-2003 |
| 115 | Wright, Cherrise | SOFT GOODS MGR. | 03/03/04-8/24/05 | 11/94-05/99 |
| 116 | Zbojniewicz, Dave* | DIR BUS PLANNING | 04/04-09/04 | 09/04-PRESENT |
| 117 | | | | |
| 118 | * Independent Contractor | | | |
| 119 | | | | |
| 120 | | | | |

Confidential - For Attorney's Eyes Only

EXHIBIT ___19___

PAGE ___262___

MGA 1134725

EX 1932-0003

FORMER MATTEL EMPLOYEES - 04/20/06

| | A | B | C | D |
|---|---|---|---|---|
| | MGA TEMPS | MGA POSITION | MGA DATES | MATTEL DATES |
| 121 | | | | |
| 122 | | | | |
| 123 | Bryant, Carter | PRODUCT DESIGNER | ????-PRESENT | DON'T ASK |
| 124 | Feicht, Steve | ARTIST/JR. DESIGNER | 07/18/02-PRESENT | 01/97-01/02 |
| 125 | Ho, Jeff | SR. PROD. ARTIST | ????-10/04 | 1998-???? |
| 126 | Rhee, Anna | DOLL FACE DESIGN | ????-PRESENT | DON'T ASK |
| 127 | | | | |
| 128 | *** Signed Copyright Assignment | | | |

Confidential - For Attorney's Eyes Only

EXHIBIT _____ 19

PAGE _____ 263

MGA 1134726

EX 1932-0004

## FORMER MATTEL EMPLOYEES - 04/20/06

| | E | F | G |
|----|----|----|----|
| 1 | MATTEL POSITION | NDA | COMMENTS |
| 2 | | | |
| 3 | SR. SALES ANALYST | YES | |
| 4 | SENIOR PRODUCT ENGINEER | YES | |
| 5 | Production/QA (Contract Position) | YES | 1 & 2 |
| 6 | QA Technical Lead | YES | 1 & 2 |
| 7 | LEAD ILLUSTRATOR | YES | |
| 8 | SVP MARKETING | YES | 3 |
| 9 | SALES DIRECTOR | YES | CANADA |
| 10 | Int'l Planning Manager | YES | 1 & 2 |
| 11 | Design Internship at Pleasant Co., Mattel Inc. | YES | |
| 12 | TOY DESIGNER | YES | 1 & 2 |
| 13 | Intern. Design | YES | 1 & 2 |
| 14 | Temporary Designer | YES | |
| 15 | DIR. CUSTOMER MKTG | YES | |
| 16 | Director of Sales - TRU | YES | |
| 17 | Marketing Sr. Brand Manager | YES | |
| 18 | SR. DESIGNER | YES | 1 & 2 |
| 19 | FREELANCE DESIGNER | NO | |
| 20 | STAFF DESIGNER | YES | 1 & 2 |
| 21 | Producer/QA Lead | YES | |
| 22 | SR. DESIGNER | YES | 2 |
| 23 | PRODUCT PLANNER | NO | 1 & 3 |
| 24 | PROD. INTEGRITY ENG. | YES | 1 & 2 |
| 25 | PROD. INTEGRITY ENG. | YES | |
| 26 | Project Designer | YES | 2 |
| 27 | FACE DESIGNER | YES | |
| 28 | PACKAGING ENG. | YES | |
| 29 | Sr. Account Executive | YES | 1 & 2 |
| 30 | Sr. Account Executive | YES | 1 & 2 |
| 31 | MGR. CATEGORY ADV. | YES | |
| 32 | DIR. SR. ACCT. MGR. | YES | |
| 33 | BUS ANALYST-TARGET | YES | |
| 34 | VP CREATIVE ADV. | YES | |
| 35 | Manager - Global Sourcing | YES | |
| 36 | FREELANCE DESIGNER | YES | |
| 37 | PROJECT DESIGNER | YES | |
| 38 | PATTERN MAKER | YES | |
| 39 | DOLL HAIR DESIGNER | YES | 1 & 2 |
| 40 | DESIGNER | NO | |

EXHIBIT __19__

PAGE __264__

Confidential - For Attorney's Eyes Only

MGA 1134727

EX 1932-0005

## FORMER MATTEL EMPLOYEES - 04/20/06

| | E | F | G |
|---|---|---|---|
| 41 | Retail Service Rep | YES | 1 & 2 upon orientation |
| 42 | STAFF ENGINEER | YES | |
| 43 | MANAGER | YES | |
| 44 | ACCOUNT EXECUTIVE | YES | |
| 45 | SAMPLE MAKER | YES | |
| 46 | SR. PROJECT ENG. | YES | |
| 47 | SENIOR PRODUCER | NO | 1 & 2 |
| 48 | HAIR DESIGNER | YES | |
| 49 | FREELANCE DESIGNER | YES | |
| 50 | SR. SCULPTOR | YES | |
| 51 | FREELANCE DESIGNER | YES | |
| 52 | SAMPLEMAKER | YES | |
| 53 | DESIGNER | YES | |
| 54 | FREELANCE DESIGNER | YES | |
| 55 | PACKAGING ENG. | YES | |
| 56 | HR Director - Boys Division | | Upon Orientation |
| 57 | SR. DEV. DESIGNER | YES | |
| 58 | LEAD SAMPLE MAKER | YES | |
| 59 | SEE BELOW* | YES | |
| 60 | PATTERN MAKER | YES | |
| 61 | MKT/RES ANALYST | YES | |
| 62 | SAMPLE MAKER | YES | |
| 63 | SR. PRODUCT PLANNER | YES | |
| 64 | PACKAGING ENG. | YES | |
| 65 | PROJECT DESIGNER | NO | 1 & 2 |
| 66 | PROJ ADM SPECIALIST | YES | |
| 67 | DESIGNER'S ASST. | YES | |
| 68 | DESIGNER ASSOC. | YES | |
| 69 | FACE DESIGNER | YES | |
| 70 | SR. PROJECT ENG. | YES | 1 & 2 |
| 71 | PROJECT DESIGNER | YES | 1 & 2 |
| 72 | GR. DESIGNER | NO | |
| 73 | | | |
| 74 | | | |
| 75 | | | |
| 76 | | | |
| 77 | | | |
| 78 | | | |
| 79 | | | |
| 80 | MATTEL POSITION | NDA | VOLUNTARY |

EXHIBIT ___19___

PAGE ___265___

Confidential - For Attorney's Eyes Only

MGA 1134728

EX 1932-0006

## FORMER MATTEL EMPLOYEES - 04/20/06

| | E | F | G |
|---|---|---|---|
| 81 | | | |
| 82 | SR. ART DIRECTOR | N/A | YES |
| 83 | DEV. DESIGNER | YES | YES |
| 84 | SR. ENGINEER | YES | YES |
| 85 | FREELANCE | YES | NO |
| 86 | ASSO. PROD. MGR. | NO | 1 & 2 |
| 87 | PRODUCT MGR. | N/A | NO |
| 88 | MARKETING MGR. | N/A | NO |
| 89 | MARKETING DIR. | N/A | YES |
| 90 | UNKNOWN | N/A | 1 & 2 |
| 91 | BUS. DEV. MGR. | N/A | YES |
| 92 | DIRECTOR MARKETING | YES | NO |
| 93 | PRODUCT MGR. | N/A | YES |
| 94 | ASSOC. PRODUCT MGR. | N/A | NO |
| 95 | FREELANCE DESIGNER | YES | |
| 96 | SENIOR ENGINEER | YES | |
| 97 | PATTERN MAKER | YES | NO |
| 98 | ACCT. EXECUTIVE | YES | NO |
| 99 | PROD. ARTIST | YES | |
| 100 | ASSOC. ART DIRECTOR | YES | |
| 101 | FREELANCE | YES | NO |
| 102 | VP OF MANUFACTURING | N/A | YES |
| 103 | ASSOC. PRODUCT DES. | YES | YES |
| 104 | SR. DESIGNER | YES | YES |
| 105 | SR. BRAND MGR. | N/A | YES |
| 106 | SR. SEWING ENGINEER | YES | YES |
| 107 | SEE BELOW ** | YES | |
| 108 | SR. PRODUCT COORD. | YES | NO |
| 109 | MARKETING/BUS. DEV. | N/A | NO |
| 110 | SR. ACCT. MANAGER | N/A | NO |
| 111 | PROJECT DESIGNER | YES | MUTUAL |
| 112 | SVP, MKTG. & PD | N/A | TEMPORARY |
| 113 | NAT'L SALES DIRECTOR | N/A | MUTUAL |
| 114 | PROJECT DESIGNER | YES | YES |
| 115 | SR. MANAGER | NO | YES |
| 116 | DIR. OF FINANCE/BOYS | YES | YES |
| 117 | | | |
| 118 | | | |
| 119 | | | |
| 120 | | | |

Confidential - For Attorney's Eyes Only

EXHIBIT 19

PAGE 264

MGA 1134729

EX 1932-0007

**FORMER MATTEL EMPLOYEES - 04/20/06**

| | E | F | G |
|---|---|---|---|
| | MATTEL POSITION | NDA | |
| 121 | | | |
| 122 | | NO | |
| 123 | DON'T ASK | ICA | |
| 124 | ART DIRECTOR | N/A | |
| 125 | FREELANCE | ** | |
| 126 | DON'T ASK | | |
| 127 | | | |
| 128 | | | |

Confidential - For Attorney's Eyes Only

EXHIBIT ___19___

PAGE ___267___

MGA 1134730

EX 1932-0008

# EXHIBIT 20

| From: | Paula Treantafelles |
|---|---|
| Sent: | Wednesday, September 27, 2000 12:34 PM |
| To: | Franki Tsang; Judy Rich |
| Subject: | BRATZ |

Franki
Please note that I sent to you today a binder describing the new small doll line called BRATZ.

This is a small doll line made up of 4 characters. The position of this line is hair and dress play.
Dolls are sold with 1 hair style and 1 outfit for a "day time" look and another outfit and hair style for a "night time" look.

**The consumer has the ability to:**
- change dolls clothes
- snap in different hair styles (illustrated in the binder)
- snap in different pairs of shoes (illustrated in the binder)

I need you to help me get an idea of what a dress pack would cost. I need to make sure that pieces I am expecting to include support our retail price.

The second to last page of this binder reflects the doll pack piece count
- 2 hair styles
- 1 purse
- 4 piece fashion set
- 2 pairs of shoes

The very last page of this binder indicates:
- preferred hair vendor (contact name, address and phone number)
- approximate amount/weight of hair

I also sent to you physical samples of:
- body
- outfit pieces
- purse
- shoes
These pieces represent approximate size or amount of softgoods material expected for these mentioned pieces.

I am hoping that this information will help you ..help me get an idea of how much these components will cost.

I am going to send you a PDF by end of next week. Please call me if you have any questions. I would love to put a development schedule together as soon as I get Isaac to buy off on the line I mentioned above.

Sorry for this.

ATTORNEY'S EYES ONLY

MGA000422

EXHIBIT ___20___

PAGE ___268___

DEPOSITION EXHIBIT 18

11-5-04     SH

EX 18-0001

# EXHIBIT 21

| | |
|---|---|
| **From:** | Judy Rich |
| **To:** | Mercedeh Ward |
| **CC:** | Cecilia Kwok; Samuel Wong |
| **BCC:** | |
| **Sent Date:** | 2000-10-16 15:35:51:828 |
| **Received Date:** | 2000-10-16 15:36:47:031 |
| **Subject:** | FW: Bratz |
| **Attachments:** | Clay.jpg |

Mercedeh,

I don't know if or how much Isaac has asked you to oversee the production of the Bratz line, but I expect that your expertise will be needed, so I'm forwarding this to you.

Judy


Judy Rich
Project Planner
Product Development
MGA Entertainment
jrich@mgae.com
818/894-2525 x173
www.mgae.com

-----Original Message-----
From: Cecilia Kwok
Sent: Sunday, October 15, 2000 9:52 PM
To: Paula Treantafelles
Cc: Franki TSANG; Judy Rich; Samuel WONG
Subject: Bratz

Paula,

Have received the rough clay body for the captioned item today. Found that the height of the body is more than 11". The doll height was 9.5 - 10" as per your package sent to HK before. Please clarify. Enclosed is the photo for your reference.

Moreover, HK is still awaiting the following:
- PDF
- Fabric information

Please advise.

Regards,
Cecilia



EXHIBIT __21__

PAGE __269__

Confidential - Attorney's Eyes Only

MGA HK 0011155

EX 1105-0001



Confidential - Attorney's Eyes Only

MGA HK 0011156
EX 1105-0002

EXHIBIT 21
PAGE 270

# EXHIBIT 22



# PRODUCT DEVELOPMENT FORM

### DESIGN#          SKU#

| | |
|---|---|
| Working Title:  BRATZ doll packs | Date:  10/16/00 |
| Final Name: | Revision Date: |

| | | | | |
|---|---|---|---|---|
| Design Sample: _____ | 1st Sample: _____ | Pre-Production: _____ | Mock-up Samples: _____ | Production Start: 1st   4/1/00 |
| Quantity: _____ | Quantity: _____ | Quantity: _____ | Quantity: _____ | Available: _____ |

| | |
|---|---|
| ☐ MGA Logo | ☐ European Labeling |
| TM, ® & © 2000_ MGA Entertainment, Inc. All Rights Reserved. | ☐ Other trademarks / logos per suppliers contracts, licensing, etc.. Specify: |
| 16730 Schoenborn St., North Hills, CA.  91343 www.mgae.com | |
| ☐ 800 number | ☐ Made in _China_____ |
| ☐ "CE" mark on package | ☐ Printed in: _____ |
| ☐ FCC Requirement | ☐ Vin # |
| ☐ Licensee Copyriht | ☐ Patent Number or "Patent Pending" |
| ☐ Other Copyright | |

| | | |
|---|---|---|
| FMA date: | 2/1/00 | |
| Package Type: | Clamshell | |
| Try Me: | NO | |
| Instruction Sheet: | NO | |
| Batteries: | NO | |
| Assortment: | 4 different dolls | |
| # / carton: | 6 units per master carton | |
| Size: | 9"W X 12'H X 2.5' D | |

| | |
|---|---|
| Target Product Cost: | 1.85 |
| Hong Kong FOB: | N/A |
| HK Tooling Cost: | |
| Royalty Rate: | 3% |
| Forecast: (Quota) | 1,000,000 |
| Colors: | N/A |
| Texture: | N/A |
| Product Label: | N/A |

Revision 2                                          Page 1 of 5                                          May 3, 2000

Confidential - For Attorney's Eyes Only

EXHIBIT ___22___

PAGE ___271___

Exhibit 923
Chui
9/28/07  Pgs. 5
J'ana Siegers, CSR 10845

MGA HK 0002370

EX 923-0001



# PRODUCT DEVELOPMENT FORM

DESIGN#          SKU#

## CONCEPT OVERVIEW:  *(Marketing)*

BRATZ are a gang of  teenaged girls that love to change the style of their hair and clothes to create new but very extreme and funky fashion styles.

An assortment of 9 inch small/fashion dolls that offer both fashion and hair play.  These dolls will be sold with two outfits and hair styles for both daytime and night time "looks".  Consumer can change the hair styles, fashion and feet (sculpted shoes that  snap into leg at ankle) to modify the "look" of her doll.

## MATERIALS DESCRIPTION:  *(Marketing)*

Articulated 9 inch doll with roto-cast head and injection molded body
Fashion will be made of softgoods
Hair will be rooted in hollow  saran hair material
"Feet" will be made of roto-cast material with relatively hard shore-hardness

## GAMEPLAY:  *(Game Designer and Marketing)*

Consumer changes hair by pulling the scalp piece from top of head and snapping in a new one.

Consumer changes fashion removing and dressing doll like traditional Barbie fashion play

Consumer changes feet by pulling the feet from ankle and snapping in a new set of feet

## LCD Layout:  *(Game Designer and Marketing)-*

Not applicable

Revision 2                                   Page 2 of 5                                   May 3, 2000

Confidential - For Attorney's Eyes Only

EXHIBIT ____ *22*

PAGE ____ *272*

MGA HK 0002371

EX 923-0002

Revision 2

Page 3 of 5

May 3, 2000

Confidential - For Attorney's Eyes Only

EXHIBIT __22__

PAGE __273__

MGA HK 0002372

EX 923-0003



# PRODUCT DEVELOPMENT FORM

**MICRO GAMES OF AMERICA**

DESIGN#          SKU#

*Marketing is responsible to fill in specifications that are "must haves" in "Marketing Requirements". Development is responsible to respond to the specifications and fill in the remaining specifications in "Development Results". "N/A" should be inserted for any specifications that are not applicable and "TBD by PD" if Marketing does not have a particular requirement but is needed for the product (To B Determined by Product Development)t. If the space provided does not suffice, use a number reference to expand below.*

| | | Marketing Requirements | Development Results |
|---|---|---|---|
| Try Me | Number / length (sec) | N/A | |
| Sound | Number of Channels | N/A | |
| Voice | Length of Recording (sec, sample rate) | N/A | |
| Music | Length of Recording (sec, sample rate) | N/A | |
| Battery | Type | N/A | |
| | Life | N/A | |
| | | | |
| Interactive Communications | IR or RF | N/A | |
| | Frequency | N/A | |
| | Range | N/A | |
| Voice Recognition | Speaker Dependent # words | N/A | |
| | Speaker Independent # words | N/A | |
| Radio Control | Range | N/A | |
| | | | |
| Inputs / Outputs | On/Off | N/A | |
| | Reset | N/A | |
| | Pause | N/A | |
| | Lights | N/A | |
| | Motion, speed | N/A | |
| | LCD - size | N/A | |
| | Other | N/A | |
| | | | |

Revision 2                          Page 4 of 5                          May 3, 2000

EXHIBIT _22_

PAGE _274_

Confidential - For Attorney's Eyes Only

MGA HK 0002373

EX 923-0004



# PRODUCT DEVELOPMENT FORM

**DESIGN#**          **SKU#**

| IC | Controller / Processor | N/A | |
|---|---|---|---|
| | Memory – program | N/A | |
| | Memory – recordings | N/A | |
| | Synthesizer | N/A | |
| | Logic Power Level | N/A | |

| | Owner | Release / Revision |
|---|---|---|
| **Color Study** | Art Design / Product Manager | |
| **Texture Callout** | Art Design / Product Manager | |
| **Preliminary Art Design Drawings** | Art Design / Product Manager | |
| **Preliminary Packaging** | Art Design / Product Manager | |
| **Preliminary Schematics** | Project Manager LA / HK | |
| **Preliminary Mechanical Drawings** | Project Manager LA / HK | |
| **Preliminary Cost with BOM** | Project Manager HK | |
| **Project Plan** | Project Manager LA / HK | |
| **Engineering Specification** | Project Manager LA / HK | |
| **Flow Charts** | Product / Project Manager LA / HK | |
| **Final Art Design Drawings** | Art Design / Product Manager | |
| **Final Packaging** | Art Design / Product Manager | |
| **Final Schematics** | Project Manager LA / HK | |
| **Final Mechanical Drawings** | Project Manager LA / HK | |

Revision 2

Page 5 of 5

EXHIBIT _____ 22 _____

PAGE _____ 275 _____

May 3, 2000

Confidential - For Attorney's Eyes Only

MGA HK 0002374

EX 923-0005

# EXHIBIT 23

| From: | carter bryant |
|---|---|
| To: | PTreantafelles@mgae.com |
| CC: | |
| BCC: | |
| Sent Date: | 2000-10-23 21:59:22:000 |
| Received Date: | 2000-10-23 21:56:18:170 |
| Subject: | RE: BRATZ |
| Attachments: | |

Hey there Paula....just a few things....first off let me give you my new email address that I'm trying to use now instead of this one...
Bryant598@cs.com
secondly, I am working fast and furiously on fabrics and everything for the packages,and what I need to know is, are we going to be bound to these fabric choices forever...? ha ha. Just need to know in case something doesn't end up working or we decide we don't like it down the line...I'm not talking drastic changes, just minor revisions. Also, some of the fabrics and colors I would like to use we have examples of but they are not exactly right. Can we put these in the packages for examples for cost? Also, does the artwork for fabrics have to be defined at this point? I think you told me before that it doesn't, which is good, because that's going to take more time.
So here's a rundown of what we plan to have for you by Friday:
1. All doll fashions designed and swatched as closely as possible, including backpacks  (4 packages)
2. All fashion packs designed and swatched as closely as possible (3 packages)
3. Backpack accessory designed and swatched into four different color ways, as closely as possible (one package)

Ok, the next thing (sorry this is so long) is can we meet Wednesday to look at Margaret's sculpt? I can't do it tomorrow as Veronica and I need to work on these packages tomorrow. She will not be coming to see the sculpt on Wednesday so that she can focus on getting these done.

that's it! Thanks again for meeting with Stephen, he's a great guy and I'm looking forward to working with him on our FAB doll line!

Carter


>From: Paula Treantafelles <PTreantafelles@mgae.com>
>To: Carter Bryant <sophiesays@hotmail.com>
>Subject: RE: BRATZ
>Date: Thu, 19 Oct 2000 15:55:11 -0700
>
>yes we are going to use saran hair for the bratz line
>
>Steve Tarminhael is coming back on Monday at 9:30am so that I can introduce
>you and the BRATZ line to him.  Can you come in and reveal yourself?  He

6 pgs.
Khare III
EXHIBIT NO. 165
1-25-08
R. EVANS, RMR, CRR

Confidential - For Attorney's Eyes Only

MGA 0052031

EXHIBIT  23

PAGE  276

EX 1765-0001

>said that he will be traveling through 11/23...ouch but maybe this is good
>enough time for us to finalize the wax and have it downgenerated in HK. He
>said that he will need about 100 heads pulled and ready to go as soon as he
>returns.
>
>
>
>——Original Message——
>From: carter bryant [mailto:sophiesays@hotmail.com]
>Sent: Thursday, October 19, 2000 2:30 PM
>To: PTreantafelles@mgae.com
>Subject: RE: BRATZ
>
>
>I'm hoping you mean other dolls besides the BRATZ line....I feel we must
>use
>
>saran for production on this line.
>Carter
>
>
> >From: Paula Treantafelles <PTreantafelles@mgae.com>
> >To: Samuel Wong <SWONG@mgae.com>, Mercedeh Ward <MWard@mgae.com>, Carter
> >Bryant <sophiesays@hotmail.com>
> >CC: Judy Rich <JRich@mgae.com>, Franki Tsang <FTSANG@mgae.com>, Cecilia
> >Kwok <CKwok@mgae.com>
> >Subject: RE: BRATZ
> >Date: Thu, 19 Oct 2000 08:49:15 -0700
> >
> >I apologize if my email below mislead you.  We may not use Saran for all
> >coming dolls but we will root all of our rooting masters here in LA on
>out
> >new rooting machine
> >
> > >  ——Original Message——
> > > From:    Samuel Wong
> > > Sent:    Thursday, October 19, 2000 3:32 AM
> > > To:     Paula Treantafelles; Mercedeh Ward; Carter Bryant
> > > Cc:     Judy Rich; Franki Tsang; Cecilia Kwok
> > > Subject:  RE: BRATZ
> > >
> > > Dear All,
> > >
> > > Do you really want to use Saran hair for future production. My concern
> > >is
> > > : the price of the hair is quite hair compare with our current local
>PP
> > > hair and the order leadtime ( one months vs local hair ,two weeks)
> > >
> > > please advise.
> > >

Confidential - For Attorney's Eyes Only

EXHIBIT ___23___

PAGE ___277___

MGA 0052032

EX 1765-0002

> > > Thanks & best regards
> > > Samuel (10/19/00)
> > >
> > >
> > >
> > >   -----Original Message-----
> > > From:  Paula Treantafelles
> > > Sent:  Thursday, October 19, 2000 1:44 AM
> > > To:    Samuel Wong; Mercedeh Ward; Carter Bryant
> > > Cc:    Judy Rich; Franki Tsang; Cecilia Kwok
> > > Subject:    RE: BRATZ
> > >
> > > Samuel
> > > Carter (our designer on Bratz) already sought information on this
> > > hair.  I have sent all of this information to you by fax.  In the
> >meantime
> > > we ordered one spool of a few colors in both straight and curly hair.
> >We
> > > just bought a rooting machine and we are hiring a vendor who will work
> >as
> > > much as we need him to root heads for BRATZ (of course he will be
> > > responsible for supporting us with rooting masters for all skus as
> > > needed).
> > >
> > > Please let me know if you have any questions.
> > >        -----Original Message-----
> > >        From:  Samuel Wong
> > >        Sent:  Wednesday, October 18, 2000 2:45 AM
> > >        To:    Mercedeh Ward
> > >        Cc:    Judy Rich; Franki Tsang; Cecilia Kwok; Paula
> > > Treantafelles
> > >        Subject:    RE: BRATZ
> > >
> > >        Mercedeh,
> > >
> > >        For all our current dolls, we are using local PP hair which
> > the price is lower and leadtime is short and easy control by factory
>on
> > > the delivery as the hair supplier is also in China. Actually, we are
> > > checking the cost and leadtime of the hair based on your information
> > > provided to us on Saran,
> > >        you can make final decision after we gathered all the
> > > information for you.
> > >
> > >        thanks & best regards
> > >        Samuel (10/18/00)
> > >
> > >            -----Original Message-----
> > >        From:  Mercedeh Ward
> > >        Sent:  Wednesday, October 18, 2000 12:50 AM
> > >        To:    Cecilia Kwok; Paula Treantafelles

Confidential - For Attorney's Eyes Only

MGA 0052033

EXHIBIT ____23____

PAGE ____278____

EX 1765-0003

```
> > >          Cc:   Samuel Wong; Judy Rich; Franki Tsang
> > >          Subject:   RE: BRATZ
> > >
> > >          Cecilia;
> > >
> > >          Could you please explain why we can not use Saran.
> > > This Toy is to be really special and the hair quality is important.
> > >
> > >          Regards;
> > >          Mercedeh
> > >
> > >          -----Original Message-----
> > >          From:  Cecilia Kwok
> > >          Sent:  Tuesday, October 17, 2000 12:48 AM
> > >          To:    Paula Treantafelles
> > >          Cc:    Samuel Wong; Judy Rich; Mercedeh Ward;
> > > Franki Tsang
> > >          Subject:   RE: BRATZ
> > >
> > >          Dear Paula,
> > >
> > >          Please see my comment below.
> > >
> > >          Regards,
> > >          Cecilia
> > >
> > >          -----Original Message-----
> > >          From:  Paula Treantafelles
> > >          Sent:  Tuesday, October 17, 2000 7:31 AM
> > >          To:    Cecilia Kwok; Samuel Wong; Franki Tsang
> > >          Cc:    Judy Rich; Mercedeh Ward
> > >          Subject:   BRATZ
> > >
> > >          I apologize that I wasnt able to release the
> > > attached information on Friday.
> > >
> > >          These are the PDF's for BRATZ:
> > >
> > >          << File: BRATZ DOLL PACK PDF.doc >>  << File: BRATZ
> > > FASHION PACK PDF.doc >>  << File: BRATZ HAIR PACK PDF.doc >>
> > >          [Cecilia]  Here is HK comment for the PDF.
> > >          - For the Doll Packs : The assortment is 4 different
> > > dolls & the master carton will be 6 pcs.  Are you going to have
> >2:2:1:1
> >or
> > > 3:1:1:1 assortment?
> > >          - The hair material will be local PP instead of the
> > > "saran hair material"
> > >          - "Feet" will not be roto-cast.  The body, arms,
> > > legs, shoes will be injection molded.  Only the head will be
> >roto-cast.
```

Confidential - For Attorney's Eyes Only

MGA 0052034

EXHIBIT ____23____

PAGE ____279____

EX 1765-0004

> > >          - The clamshell size for the hair pack & fashion
> > > packs are the same.  However, the master pack are different, one is
> 12/4
>
> > &
> > > the other is 48/12.  Please confirm.
> > >          - Please advise if the doll can be standable by
> > > itself.
> > >
> > >          Mercedeh, Judy and Cecilia-
> > >          These are working schedules I put together for each
> > > of the above.  Isaac's target PS is 4/1.  At this point I am confident
> > > that we will not be able to support anything earlier than a 5/1 PS.
> > > Please keep in mind that we only started developing this line one
> month
> > > ago.
> > >
> > >          Please review and advise your thoughts/comments.
> > >           << File: BRATZ templates.xls >>
> > >          [Cecilia]  HK need a CLEAR direction on the PS - 4/1
> > > or 5/1.  As per the PD status report & the PDF, the PS is 4/1.
> However,
> > > the templates are based on 5/1.  ALL PS SHOULD BE CONSISTENT.  We
> don't
> > > want to waste any time on doing templates with different PS.  Please
> > > confirm the PS before fixed the templates.
> > >          According to your templates, HK CANNOT SUPPORT THE
> > > SAMPLES FOR THE JAN TF SAMPLES AS THE WAX RELEASED ON 11/27.
> > >          Will develop the template after the confirmation of
> > > the PS.
> > >
> > >
> > >          -Please note I released the rough casted body to you
> > > last Friday.  Please note that the doll is expected to be between 9"
> to
> > > 9.5" tall
> > >          [Cecilia]  Noted and will have prelim quote based on
> > > this.
> > >
> > >          -Per our conference call last week I promised to
> > > advise of the most expensive fabric construction I expect to use in
> doll
> > > packs.  The plan was for you to assume this expensive material for all
> > > pieces of clothes I sent you so that the ballpark quote will reflect a
> > > "worse case" scenario.  Please assume that this most expensive fabric
> is
> > > TWILL
> > >          [Cecilia]  Noted and will have prelim quote based on
> > > this.
> > >
> > >          However.. I plan to send you a softgoods swatch
> > > package with all proper fabric constructions, color and fabric art by

Confidential - For Attorney's Eyes Only

MGA 0052035

EXHIBIT ____23____

PAGE ____280____

EX 1765-0005

> > > 10/30 (as noted in the schedule above).  This information will allow >you
> > > to generate the most accurate costing information.  Do you think its
> > > better to wait 2 weeks and receive the most accurate fabric
> > > construction/art Information.
> > >               [Cecilia]  HK will get the prelim quote with TWILL
> > > as fabric to have the idea of the cost first.  Will have the revised
> >quote
> > > upon receipt of your final fabric & pattern instruction.
> > >
> > >               My concern is that we are going to over design and
> > > find that our designs are over our target costs.  Ouch!
> > >
> > >               Please let me know if you have any questions.
> > >
> > >
> > >
> >
> >_____
> >Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.
> >
> >Share information about yourself, create your own public profile at
> >http://profiles.msn.com.

_____
Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at
http://profiles.msn.com.

Confidential - For Attorney's Eyes Only

MGA 0052036

EXHIBIT _____ 23

PAGE _____ 281

EX 1765-0006

# EXHIBIT 24

| From: | Isaac Larian |
|---|---|
| To: | Franki Tsang |
| CC: | Stephen Lee |
| BCC: | |
| Sent Date: | 2000-10-31 01:23:31:218 |
| Received Date: | 2000-10-31 01:24:25:609 |
| Subject: | FW: Bratz Design |
| Attachments: | |

Frankie,

**Please listen to me CAREFULLY.**

This is a FASHION DOLL.

We project $25,000,000 in sales.

Cecilia has NEVER developed any product ( yet alone a fashion doll).

I need someone **WITH DOLL DEVELOPMENT EXPERIENCE** on this product.

We don't have time to teach.

Our company is GETTING TOO BIG to hire inexperienced people and we are SUFFERING.

I need to see a change there in HK in R&D people **quickly.** I want experienced people hired and replace the ones who don't have experience.

**I will not have a lot of patience on this issue and will not allow for MGA to be dragged down.**

Get the right horses in place.

I hope I am making this very clear.

Isaac


-----Original Message-----
**From:** Mercedeh Ward
**Sent:** Monday, October 30, 2000 9:58 AM
**To:** Cecilia Kwok; Paula Treantafelles
**Cc:** Isaac Larian; Stephen Lee; Victor Lee; Franki Tsang; Disraeli Chan; Samuel Wong; Judy Rich
**Subject:** RE: Bratz Design

Cecilia;

Please slow down a bit. We are still defining the product and you are miles a head of use. I am going to comment on the sculpting and the doll's body at this point because I have to see the fabric swatches that were sent to you before I can make comment.

The doll's body:

    I worked it out with the sculptor **we will make our sculpting armatures here in** US. I thought you misunderstood me when I asked for the armatures I was only talking about sculpting armatures and not production doll armatures. We decided to make the armatures so there are no confusion.

EXHIBIT _____ **2 4**

PAGE _____ **282**

Confidential - For Attorney's Eyes Only

MGA HK 0004434
EX 11277-0001

The doll has a movable head like the "skipper" doll.
The arms will move like the "skipper" doll.
The hip joints are just like the "skipper" doll and NOT BALL joints. The sculpting that you received is very ROUGH.
the knee will bent and the "Skipper" doll.
The head sculpting will be at the 6% up.
The head and feet of our dolls will not be in proportion to dolls that you have seen before. The Rough sculpting is correct in the foot and head size difference to the doll body.

Best Regards;

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
**From:** Cecilia Kwok
**Sent:** Monday, October 30, 2000 1:53 AM
**To:** Paula Treantafelles; Mercedeh Ward
**Cc:** Isaac Larian; Stephen Lee; Victor Lee; Franki TSANG; Disraeli Chan; Samuel WONG; Judy Rich
**Subject:** Bratz Design

Dear All,

HK just received the packages for the Bratz Fashion & rough wax today (10/30).
Here are the photo of the fashion information & HK's comment:

Re: Doll Packs
1. Bratz Doll 1
- Fashion Fabric « File: Doll1a.JPG » « File: doll1b.JPG »
- Fashion Pattern Drawing « File: doll1fs.bmp »

Re: Bratz Doll 2
- Fashion Fabric « File: Doll2a.JPG » « File: doll2b.JPG »
- Fashion Pattern Drawing « File: doll2fs.bmp »

Re: Bratz Doll 3
- Fashion Fabric « File: doll3a.JPG » « File: doll3b.JPG » « File: doll3c.JPG »
- Fashion Pattern Drawing « File: doll3fs.bmp »

Re: Bratz Doll 4
- Fashion Fabric « File: doll4a.JPG » « File: doll4b.JPG »
- Fashion Pattern Drawing « File: doll4fs.bmp »

HK's comment :
1. Accessories such as belt, hats, head kerchief were added which did not mention in the PDF.
All the vendors quoting did not include these. There will be cost impact for the accessories.
2. DChan quickly reviewed the fabric matrix and found some of the fabric material are expensive than TWILL. There will be cost impact and listed out as follows for your quick reference:
   Doll 1 : Leopard print fuzz fabric for the shirt, Light weight dark denim w/ fine silver sparkle

EXHIBIT __24__

for the jacket, Light weight dark denim w/ coarse silver sparkle for the pants, Aqua panne velvet w. iredes cent film for the belt, Aqua & light brown vinyl snakeskin print for the hat, Vinyl lined w/ silver fabric & tricot for the backpack

Doll 2 : Hombred from gold to fushia metal mesh for the Halter top, Light gray double knit w/ silver sparkle, Gray reflective fabric (good weight) for the backpack, Dark blue reflective vinyl (light weight) for the backpack

Doll 3 : Deep periwinkle 15D tricot w. silver sparkle for the top sleeves, Iredescen denin in lighter weight for the skirt, M/C knit w/ glitter dots for the skirt trim, Lavender moire stretch velvet for the top, M/C mesh for the head kerchief

Doll 4 : Cranberry red crebe knit w/ purple glitter for the top, Oliver green stretch poly satin with texture for the pants, Crimsom velboa for the skirt trim, Multi-color stripes satin knit for the Beannie

Anyway, we will get vendors quote based on your fabric matrix. Our current quotes already over the target price US$2.75 and we need cost reduction. However, the fabric proposed are adding cost.

3. For the Doll 1's belt, a tooling for the belt buckle is required.

4. Please advise the target age grading for this item. LA provided to use some glitter dots on the fabric and are easily come off. There may be safety issues.


Re: Fashion Pack 1
- Fashion Fabric « File: fashion1.JPG »
- Fashion Pattern Drawing « File: fashion1fs.bmp »
HK's comment :
1. There are totally 3 fashion pack. HK only received one fashion pack design & fabric and still awaiting for the other 2.
2. DChan quickly reviewed the fabric matrix and found some of the fabric material are expensive than TWILL. There will be cost impact and listed out for your quick reference: Fuzzy novelty knit in rasberry for the halter top, Crushed panne veluet in chartreuse for the pants.


Re: Carrying Case (for Child)
- Fabric information « File: Case1.JPG » « File: case2.JPG » « File: case3.JPG »
HK's comment : per separate mail, HK commented the Carrying case design and waiting for LA reply.


« Message: Bratz Backpack design inquiry »


Re: Hair Pack
HK's comment : Did not receive the Hair pack. Please advise the curl size of each hair styles for getting quote. (FYI : curl hair is more expensive than straight hair)


Re: Rough Wax
HK received the rough wax body today. HK downsized the head by 6% by the computer and attached to the 1:1 body. This reflected the final size/ outlook of the wax. Enclosed is the photo for your reference: « File: waxfinalsize.jpg »
HK's comment : The head & legs/ feet seem are not in proportion. LA please advise if this is the actual size that you expected for future production.
HK also received the reference body showing the joint & armature required. « File: MVC-003F.JPG »
HK's comment :
1. Please confirm the type of joint request by return. « File: Joints.jpg »


EXHIBIT ___24___

Confidential - For Attorney's Eyes Only

PAGE ___284___

2. Per separate email, HK already commented the armature mock up request and waiting for LA reply.

Please advise.
Regards,
Cecilia

EXHIBIT ___24___

PAGE ___285___

Confidential - For Attorney's Eyes Only

MGA HK 0004437
EX 11277-0004

# EXHIBIT 25

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
Jason D. Russell (Bar No. 169219)
(jrussell@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>(1)  **MGA PARTIES' NOTICE OF MOTION AND MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW;**<br><br>(2)  **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION;**<br><br>**FILED UNDER SEPARATE COVER:**<br><br>(3)  **[PROPOSED] ORDER**<br><br>Hearing Date:     July 7, 2008<br>Time:             TBD |

EXHIBIT _____ 25

PAGE _____ 284

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that, pursuant to the Court's order on July 2, 2008, Defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited ("MGA HK"), and Isaac Larian (collectively, the "MGA Parties"), will and hereby do move pursuant to Federal Rule of Evidence 50(a) for a partial judgment as a matter of law as to Mattel's claims for aiding and abetting breaches of fiduciary duty and duty of loyalty, as well as the unfair competition claim asserted against MGA HK under California Business and Professions Code Section 17200 on the following grounds:

  First, the claims for aiding and abetting breaches of fiduciary duty and duty of loyalty are preempted by the Copyright Act to the extent they are based on Mattel's purported rights to BRATZ;

  Second, the evidence in the record is insufficient for a reasonable jury to find the MGA Parties liable for aiding and abetting a breach of fiduciary duty allegedly owed by Carter Bryant to Mattel other than to maintain the confidentiality of information provided to him by Mattel;

  Third, the evidence in the record is insufficient as a matter of law for a reasonable jury to find the MGA Parties liable for aiding and abetting a breach of fiduciary duty allegedly owed by Carter Bryant to Mattel because Mattel has failed to prove an element of its claim; and

  Fourth, the evidence in the record is insufficient for a reasonable jury to find MGA HK liable for unfair competition.

  This Motion is based upon this Notice of Motion and accompanying Memorandum of Points and Authorities, the records and files of this court, and any other matter of which the court may take judicial notice.

DATED: July 3, 2008    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By: _____ /s/ Thomas J. Nolan _____
      Thomas J. Nolan
    Attorneys for the MGA Parties

## PRELIMINARY STATEMENT

The MGA Parties are entitled to a judgment as a matter of law as to Mattel's claims for aiding and abetting breaches of fiduciary duty and duty of loyalty, and MGA HK is entitled to judgment on Mattel's unfair competition claim for the following reasons.

First, Mattel's aiding and abetting claims are preempted by the Copyright Act to the extent that Mattel attempts to base these claims on its purported rights to exploit Bratz or recover profits from the exploitation of Bratz. Limiting these claims in this way brings them in line with this Court's prior preemption rulings. (See Section I, infra.)

Second, Mattel failed to proffer sufficient evidence to prove that (i) Bryant assumed any fiduciary duty to Mattel beyond the limited duty that the Court identified on summary judgment, or (ii) MGA or Larian knew that Bryant owed any duty. (See Section II, infra.)

Finally, MGA HK is entitled to judgment as a matter of law as to Mattel's unfair competition claim because Mattel failed to introduce any evidence implicating MGA HK in any actionable conduct that could conceivably support this claim. (See Section III, infra.)

## ARGUMENT

### I.   MATTEL'S AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY AND DUTY OF LOYALTY CLAIMS ARE PREEMPTED TO THE EXTENT THEY ARE BASED ON MATTEL'S PURPORTED RIGHTS TO BRATZ

This Court held that Mattel's intentional interference and unfair competition claims are preempted by the Copyright Act "to the extent that [they are] based on Mattel's rights to Bratz." (4/25/08 Order at 2 and 4.) Mattel apparently now construes its aiding and abetting claims against MGA and Larian in a manner that renders them equally subject to preemption.[1] Preempting these claims is appropriate to bring them in line with the Court's prior rulings. Hingson v. Pac. Sw. Airlines, 743 F.2d 1408, 1415-17 (9th Cir. 1984) (affirming directed verdict on preempted claims). While a portion of these claims may

---

[1]    For example, in Mattel's 6/25/08 "Objections To MGA Parties' Second Revised [Proposed] Phase 1-A Special Verdict Form," Mattel took the position that it was entitled to "recover damages for all harm caused by defendants' wrongful conduct, including harm to Mattel after Bryant left Mattel" and cited a case discussing disgorgement of profits. See Obj. 4(c), 5(c), 6(c), & 7(c). The only profits Mattel conceivably could be seeking are those arising from exploiting Bratz.

1

EXHIBIT __25__

PAGE __288__

1 survive, as a portion of Mattel's other claims have, Mattel should not be permitted to use
2 these claims to replicate a copyright claim and seek recovery based on any rights to BRATZ.
3     State law claims are preempted to the extent that "(1) the work at issue comes within
4 the subject matter of copyright, and (2) the state law rights are 'equivalent to rights within
5 the general scope of copyright.'" (4/25/08 Order at 2 (quoting Del Madera Props. v. Rhodes
6 & Gardner, Inc., 820 F.2d 973, 977 (9th Cir. 1987), overruled on other grounds, Fogerty v.
7 Fantasy, Inc., 510 U.S. 517 (1994)).)  The first prong of this test is met to the extent that
8 Mattel's claims are premised upon "Mattel's deprivation of rights to intellectual property."
9 (Id.) As for the second prong, the Ninth Circuit in Del Madera explained that "[t]o survive
10 preemption, the state cause of action must protect rights which are qualitatively different
11 from the copyright rights" and "must have an 'extra element' which changes the nature of
12 the action." 820 F.2d at 977 (emphasis added). A state law claim that has an additional
13 element that effects only the scope of its protection – creating liability only where there is
14 intent, for example – is still preempted.  See, e.g., Worth v. Univ. Pictures, Inc., 5 F. Supp.
15 2d 816, 822 (C.D. Cal. 1997) (claim preempted despite need to allege "intentional acts by
16 Defendant that were designed to disrupt the business relationship with the third party").
17     In Del Madera, the plaintiffs brought an unfair competition claim based upon a
18 breach of fiduciary duty by a non-defendant, much like Mattel's aiding and abetting claims.
19 The plaintiffs, designers of a housing development, asserted that their former joint venturer
20 had breached a fiduciary duty by absconding with certain intellectual property (the master
21 plan for the community and other information) and giving it to the defendants. Id. at 975,
22 977. In arguing against preemption, the plaintiffs claimed that this breach of fiduciary duty,
23 and the defendants' inducement thereof, provided the necessary "extra element" to save
24 their claim. Id. at 977. The Ninth Circuit rejected plaintiff's position completely:

25     This argument … does not add any "extra element" which changes the nature of
26     the action.  The argument is constructed upon the premise that the documents and
27     information McCart furnished to the defendants belonged to Del Madera and
28     were misappropriated by the defendants.  Del Madera's ownership of this material,

EXHIBIT 25

PAGE 289

1   and the alleged misappropriation by the defendants, are part and parcel of the

2   copyright claim.

3   Id. (emphasis added). Thus, to the extent the claim was based on the purportedly

4   misappropriated property, the plaintiffs' claim was preempted. Id.

5        Just as in Del Madera, Mattel's claims that MGA and Larian aided and abetted Carter

6   Bryant's breaches of fiduciary duty and duty of loyalty appear to be primarily based on

7   Mattel's assertion that it owns the rights to BRATZ and that Bryant's assigning those rights

8   to MGA and Larian was a breach of his duties to Mattel – an assertion which is "part and

9   parcel" of its copyright claims. As this Court has already recognized, consistent with Del

10  Madera, the fact that these claims focus on materials that MGA or Larian acquired in some

11  purportedly nefarious way changes the scope, not the nature, of Mattel's claims – these

12  claims are still premised on Mattel's claim to ownership of those materials. This Court has

13  already held that Mattel's intentional interference claim is preempted "to the extent that it is

14  based on Mattel's rights to Bratz." (4/25/08 Order at 2.) It permitted that claim to survive

15  only to the extent that it is based on some breach of duty outside of Mattel's purported

16  rights to BRATZ. (Id.) This limitation should apply to Mattel's aiding and abetting claims.

17  **II.    MATTEL'S FAILED TO PROVE ITS CLAIMS AGAINST MGA AND LARIAN FOR AIDING AND ABETTING BREACH OF FIDUCIARY DUTY**

18      **A.    Mattel Failed To Prove A Duty Beyond That Found At Summary Judgment**

19       This Court has found that Bryant owed a fiduciary duty to Mattel arising out of

20  Paragraph 1(a) of the Inventions Agreement to protect Mattel's confidential information.

21  (5/21/08 Order at 4.)  However, this Court did not conclude, as a matter of law, that Bryant

22  had any duties to Mattel beyond those identified, and left it for Mattel to prove any broader

23  duties at trial. (Id.) Despite this burden, Mattel offered no evidence on this "broader" duty,

24  and its claims should be limited to those identified by this Court's prior rulings.

25       As this Court explained, to prove the existence of a fiduciary duty, Mattel must show

26  that "a confidence is reposed by one person in the integrity of another, and … the party in

27  whom the confidence is reposed … voluntarily accepts or assumes to accept the

28  confidence." (4/25/08 Order at 5 (emphasis added).)  Applying this principle, this Court

EXHIBIT 25

PAGE 290

1   held that Bryant owed Mattel a fiduciary duty arising out of Paragraph 1(a) of the
2   Inventions Agreement.[2]  The Court held that this language contains both crucial elements:
3   1) a confidence (the Proprietary Information), and 2) voluntary acceptance thereof (in the
4   words "I accept the position of trust").  (4/25/08 Order at 5; 5/21/08 Order at 3-4.)

5        On summary judgment, this Court found no other provision that created a fiduciary
6   duty. It was Mattel's burden to prove a more expansive duty at trial, if one existed.  (5/21/08
7   Order at 4.) Mattel failed to introduce any evidence that Bryant agreed to accept any other
8   positions of trust or that he understood himself to be in any other position of trust.  (See, e.g.,
9   6/11/08 PM Trial Tr. at 2336:11-15.)  Mattel has not shown that any other provision of the
10  Inventions Agreement creates a position of trust that was accepted by Bryant.  Paragraph
11  2(a) of the Inventions Agreement, under which Mattel purportedly owns the rights to
12  BRATZ, does not mention either confidentiality or a position of trust.  (See Trial Ex. 25 at
13  ¶ 2(a).)  Nor does it make any reference to Paragraph 1. (Id.) The definition of Proprietary
14  Information does not refer to any of the inventions defined in Paragraph 2(b), nor is there
15  any indication in Paragraph 2 that such inventions would be Proprietary Information under
16  Paragraph 1. (Id.)  The same is true of Paragraph 3, under which Mattel purports to be
17  entitled to Bryant's "undivided attention and effort."  (Id.)  Bryant did not testify that he
18  understood any either of these paragraphs to be incorporated into Paragraph 1(a), nor did he
19  testify that he affirmatively assumed a duty of trust as to his inventions or his services.  (See
20  6/12/08 PM Trial Tr. at 2433:16-2435:5, 2456:6-2457:7; 6/11/08 PM Trial Tr. at 2337:8-16.)

21       **B.    Mattel Failed To Prove That MGA Or Larian Had Actual**
22       **Knowledge Of Bryant's Fiduciary Duty Or Purported Breach Thereof**

23       To establish its claims for aiding and abetting Bryant's breach of fiduciary duty,

---

24  [2]    Paragraph 1(a) provides: "I acknowledge that the Company possesses and will continue to
25  develop and acquire valuable Proprietary Information (as defined below), including information
    that I may develop or discover as a result of my employment with the Company.  The value of that
26  Proprietary Information depends on it remaining confidential.  The Company depends on me to
    maintain that confidentiality, and I accept that position of trust."  (Trial Ex. 25 at ¶ 1(a).)
27  "Proprietary Information" is defined in the contract as "any information … that derives
    independent economic value … from not being generally known to the public or to other persons,"
28  such as "information on the Company, its customers, [its] suppliers." (Id. ¶ 1(b).)

4

EXHIBIT 25
PAGE 291

1  Mattel must prove that MGA and Larian had actual knowledge that they were assisting in

2  Bryant in committing that specific wrong. <u>See Neilson v. Union Bank of Cal., N.A.</u>, 290 F.

3  Supp. 2d 1101, 1119 -1120 (C.D. Cal. 2003). Mattel elicited <u>no testimony whatsoever</u>

4  indicating that MGA or Larian actually knew that Bryant was a fiduciary bound by any

5  "duty" or "position of trust" arising out of Paragraph 1(a) of the Inventions Agreement, nor

6  has it established that MGA or Larian actually knew that Bryant was breaching such a duty.

7  (<u>See, e.g.,</u> 6/5/08 PM Trial Tr. at 1628:17-1629:24; 6/3/08 AM Trial Tr. at 1059:15-20.)[3]

8  ## III.   THERE IS NO EVIDENCE THAT WOULD ALLOW A REASONABLE JURY TO CONCLUDE THAT MGA HK IS LIABLE FOR UNFAIR COMPETITION

9  Mattel's claim for unfair competition against MGA HK fails as the record is devoid

10  of <u>any</u> evidence that would allow a reasonable jury to find that MGA HK could be liable for

11  any alleged acts of unfair competition in this case. In the Final Pretrial Order, MGA HK is

12  listed among the defendants named in Mattel's unfair competition claim. (<u>See</u> 6/4/08 Final

13  Pre-Trial Conference Order at 11.) There are only two predicates remaining for the claim at

14  issue: the alleged intentional interference with Bryant's contract with Mattel and the

15  purported commercial bribery of Bryant. (<u>Id.</u> at 5.) MGA HK is not a defendant on the

16  interference claim (<u>id.</u> at 11) and there is no evidence that MGA HK bribed Bryant.

17  ## CONCLUSION

18  For the foregoing reasons, the Court should grant partial judgment as a matter of law

19  in favor of the MGA Parties on Mattel's claims for aiding and abetting breaches of fiduciary

20  duty and duty of loyalty, and Mattel's unfair competition claim against MGA HK.

21  DATED: July 3, 2008          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

22

23                              By: _____ /s/ Thomas J. Nolan

24                                       Thomas J. Nolan

25                                  Attorneys for the MGA Parties

26  [3]    Although Mattel asked Paula Garcia about her contract with Mattel, Mattel did not elicit any

27  testimony from Garcia on any fiduciary duty she may have owed Mattel – only whether she understood that inventions or designs  she created while employed by  Mattel belonged to Mattel,

28  or whether she was permitted to "work for another company at the same time" as working for Mattel. (5/28/08 PM Trial Tr. at 541:17-544:4, 5/29/08 AM Trial Tr. at 634-3-635:19 .)

5

# EXHIBIT 26

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

- - -

HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

- - -

CARTER BRYANT,                      )
                                    )
                    PLAINTIFF,      )
                                    )
          VS.                       )   NO. ED CV 04-09049
                                    )   (LEAD LOW NUMBER)
MATTEL, INC.,                       )
                                    )
                    DEFENDANT.      )
_____)
                                    )
AND RELATED ACTIONS,                )
_____)

**CERTIFIED COPY**

REPORTER'S TRANSCRIPT OF PROCEEDINGS

RIVERSIDE, CALIFORNIA

MONDAY, JUNE 26, 2006

10:56 A.M.

THERESA A. LANZA, RPR, CSR
FEDERAL OFFICIAL COURT REPORTER
3470 12TH STREET, RM. 134
RIVERSIDE, CALIFORNIA   92501
(951) 274-0844
CSR11457@SBCGLOBAL.NET

EXHIBIT 24

PAGE 293

```
 1   APPEARANCES:

 2

 3   ON BEHALF OF PLAINTIFF/COUNTER DEFENDANT MATTEL, INC.:

 4

 5                        QUINN EMANUEL
                         BY:   JON D. COREY
 6                        BY:   JOHN B. QUINN
                         865 S. FIGUEROA STREET,
 7                        10TH FLOOR
                         LOS ANGELES, CALIFORNIA  90017
 8                        (213) 624-7707

 9

10   ON BEHALF OF PLAINTIFF/COUNTER COMPLAINANT/DEFENDANT,
     CARTER BRYANT:

11                        LITTLER MENDELSON
                         BY:   KEITH A. JACOBY
12                        BY:   DOUGLAS A. WICKHAM
                         2049 CENTURY PARK EAST,
13                        FIFTH FLOOR
                         LOS ANGELES, CALIFORNIA  90067
14                        (310) 553-0308

15

16   ON BEHALF OF MGA ENTERTAINMENT:

17                        O'MELVENY & MYERS LLP
                         BY:   DIANA M. TORRES
18                        BY:   DALE CENDALI
                         400 SOUTH HOPE STREET
19                        LOS ANGELES, CALIFORNIA  90071
                         (213) 430-6000
20

21

22

23

24

25
```

JUNE 26, 2006          ED CV\\0409049-SGL   74

                                    294

1          RIVERSIDE, CALIFORNIA; MONDAY, JUNE 26, 2006; 10:56 A.M.

2                              -oOo-

3              THE CLERK:  CALLING CALENDAR ITEM EIGHT, IN THE

4     MATTER OF CARTER BRYANT VERSUS MATTEL AND RELATED ACTIONS, CASE

5     NUMBER CV 04-9049 AS THE LEAD LOW-NUMBERED CASE.                10:57

6              COUNSEL, COME FORWARD AND STATE YOUR APPEARANCES FOR

7     THE RECORD.

8              MR. QUINN:  JOHN QUINN AND JOHN COREY FOR PLAINTIFF,

9     COUNTER DEFENDANT, AND PROBABLY SOMETHING ELSE, MATTEL INC.

10             MR. JACOBY:  KEITH JACOBY FOR PLAINTIFF, COUNTER       10:57

11     CLAIMANT, AND DEFENDANT CARTER BRYANT.

12             MS. CENDALI:  DALE CENDALI, O'MELVENY & MEYERS, FOR

13     MGA ENTERTAINMENT.

14             MS. TORRES:  DIANE TORRES, ALSO FOR MGA.

15             MR. WICKHAM:  DOUGLAS WICKHAM FOR PLAINTIFF AND        10:57

16     COUNTER COMPLAINANT AND DEFENDANT CARTER BRYANT.

17             THE COURT:  GOOD MORNING TO YOU ALL.

18             THE FIRST ISSUE I WANT TO ADDRESS IS THIS MOTION TO

19     DISMISS THE COUNTER CLAIMS OF BRYANT AGAINST MATTEL.  THE

20     MOTION WAS BROUGHT BY MATTEL.                                 10:58

21             LET ME BEGIN WITH COUNSEL FOR BRYANT.

22             WHO IS GOING TO SPEAK ON BEHALF OF BRYANT WITH

23     RESPECT TO THIS MOTION?

24             MR. WICKHAM:  I WILL, YOUR HONOR.

25             THE COURT:  THE FIRST ISSUE I'D LIKE TO ADDRESS IS    10:58

EXHIBIT 24
PAGE 295

1  BROUGHT. WHAT'S NOT CLEAR TO THE COURT AT THIS POINT IS

2  EXACTLY WHAT ALLEGATIONS ARE SUPPORTING THESE CLAIMS.

3        FOR EXAMPLE, YOU ARGUE THAT IT'S UNCONSCIONABLE.

4  WHAT ABOUT IT IS UNCONSCIONABLE? YOU CAN CERTAINLY

5  CHARACTERIZE THIS VERY EASILY AS SOMETHING WHICH IS SIMPLY AN      11:09

6  EFFORT -- EVEN IF I ASSUME THAT PROCEDURALLY IT'S AN ADHESION

7  CONTRACT -- IS AN EFFORT BY MATTEL TO REQUIRE EMPLOYEE LOYALTY

8  BY ITSELF UNCONSCIONABLE?

9        MR. WICKHAM: THE NINTH CIRCUIT IN THE LAST SEVERAL

10  YEARS -- I'D SAY ACTUALLY ABOUT THE LAST SEVEN OR EIGHT YEARS      11:09

11  -- HAS DEVELOPED A DOCTRINE AND A BODY OF LAW GOVERNING

12  UNCONSCIONABILITY. ACTUALLY, IT'S SOME OFFSHOOT FROM

13  CALIFORNIA COURT DECISIONS -- TING VERSUS AT&T AND INGALL

14  VERSUS CIRCUIT CITY -- AND THOSE CASES HAVE ANALYZED THE

15  UNCONSCIONABILITY ISSUE IN THE CONTEXT OF PRE-DISPUTE      11:09

16  ARBITRATION AGREEMENTS IN THE EMPLOYMENT CONTEXT. THOSE CASES

17  THEMSELVES APPLIED AND ANALYZED THE CALIFORNIA SUPREME COURT'S

18  DECISION IN ALMENDAREZ.

19        THERE'S TWO ELEMENTS TO ESTABLISH A CLAIM OF

20  UNCONSCIONABILITY: ONE IS PROCEDURAL UNCONSCIONABILITY; THE      11:10

21  OTHER IS SUBSTANTIVE UNCONSCIONABILITY. THE PROCEDURAL

22  UNCONSCIONABILITY GOES TO THE MANNER OF FORMATION. IS THE

23  AGREEMENT ON A PRE-PRINTED FORM CONTRACT, A CONTRACT OF

24  ADHESION? IS THERE ANY MEANINGFUL OPPORTUNITY FOR

25  NEGOTIATIONS? IS IT PRESENTED TO THE EMPLOYEE ON A TAKE IT OR      11:10

1  LEAVE IT BASIS?

2        WE WOULD SUBMIT THAT, FIRST OF ALL, THOSE ARE PLED IN

3  THE COUNTERCLAIM AND THAT THOSE ESTABLISH THE EXISTENCE OF

4  PROCEDURAL UNCONSCIONABILITY.

5        THE COURT:  I'M ASSUMING THAT FROM MY QUESTION, IS       11:10

6  THE SUBSTANTIVE UNCONSCIONABILITY --

7        MR. WICKHAM:  WITH REGARD TO SUBSTANTIVE

8  UNCONSCIONABILITY, THIS GOES TO SOME OF THE CLAIMS THAT ARE

9  PART AND PARCEL OF THE 17200 CLAIM:  ARE THERE PROVISIONS IN

10  THE AGREEMENT THAT ARE UNFAIR OR UNLAWFUL?                   11:10

11        AND WE WOULD SUBMIT THAT, FIRST OF ALL, WITH REGARD

12  TO THE INVENTIONS ASSIGNMENT, AS DRAFTED HERE, IT VIOLATES

13  CALIFORNIA LABOR CODE SECTION 2870 AND 2871.

14        THE COURT:  WHICH IS SPECIFICALLY REFERENCED IN THE

15  AGREEMENT, IS IT NOT?                                        11:11

16        MR. WICKHAM:  YOUR HONOR, IT'S REFERENCED IN THE

17  AGREEMENT, BUT IT IS NOT REFERENCED IN THE MANNER THAT THE

18  STATUTE ACTUALLY CONTEMPLATES.  THE STATUTE SPECIFICALLY

19  CONTEMPLATES THAT THE NATURE OF ANY ASSIGNMENT, AS A

20  SUBSTANTIVE MATTER OF THE CONTRACT, WOULD NOT EXTEND TO THOSE  11:11

21  MATTERS.  2871 SAYS THAT ANY ASSIGNMENT THAT GOES BEYOND WHAT

22  2870 PERMITS IS, TO THAT EXTENT, VOID.

23        THE NATURE OF THE ASSIGNMENT HERE IS THAT IT IS A

24  BROAD BASED ASSIGNMENT OF ALL INVENTIONS DURING THEIR

25  EMPLOYMENT; ALL THINGS THAT WERE CONCEIVED AND PRACTICED.    11:11

1        NOW, TWO PARAGRAPHS DOWN, IT SAYS, 'OF COURSE,

2   NOTHING IN HERE WILL APPLY IF 2870 APPLIES.'

3        WELL, THERE'S TWO RESPONSES WITH REGARD TO THAT.

4        FIRST OF ALL, THAT IS A SEPARATE NOTICE THAT THEY ARE

5   REQUIRED TO PROVIDE IN THE CONTRACT UNDER 2872.  AND SECONDLY,     11:1?

6   THAT IF YOU PUT YOURSELF IN THE POSITION OF AN EMPLOYEE WHO

7   DOES NOT HAVE A COLLEGE DEGREE; WHO IS GETTING A $30,000 A YEAR

8   JOB; WHO DOESN'T HAVE THE WHEREWITHAL TO RETAIN COUNSEL TO BE

9   ABLE TO INFORM THEM WHAT 2870 MEANS...  MY EYES ARE GLAZING

10  OVER; I HAVE NO IDEA; I'M NOT A LAWYER ON THIS.                    11:1?

11       YOUR HONOR, WHAT IS PARTICULARLY TELLING ABOUT THIS

12  IS THAT SUBSEQUENT TO THE MOTION, WE DEPOSED MR. BRYANT'S

13  SUPERVISOR, ANN DRISCAL.  THE AGREEMENT IS PREDICATED ON AN

14  ASSIGNMENT OF THINGS THAT WERE CONCEIVED OR THAT WERE REDUCED

15  TO PRACTICE.                                                       11:1?

16       I WILL CONFESS, YOUR HONOR, THAT PRIOR TO THIS CASE,

17  I DID NOT KNOW WHAT 'REDUCED TO PRACTICE' WAS; AND, IN FACT, IT

18  IS A TERM OF ART WHICH IS IN THE PATENT FIELD; AND AS AN

19  EMPLOYMENT LAWYER, I'M NOT FAMILIAR WITH THAT.  AND HERE WE'RE

20  EXPECTING 30-YEAR OLD PEOPLE WITHOUT COLLEGE DEGREES TO KNOW       11:1?

21  WHAT 'REDUCED TO PRACTICE' MEANS?

22       WELL, WE ASKED MR. BRYANT'S SUPERVISOR, THE ONE WHO

23  WAS CHARGED AT LEAST WITH SOME RESPONSIBILITY FOR THIS

24  AGREEMENT; WE ASKED HER WHETHER OR NOT SHE KNEW WHAT LABOR CODE

25  SECTION 2870 WAS.                                                  11:1?

EXHIBIT 24
PAGE 298

JUNE 26, 2006      ED CV 04-9049-SGL

 1   ON RECORD UNDER RULE 11 AND SAY 'I DIDN'T COPY ANYTHING' IS

 2   CARTER BRYANT.  'I DIDN'T COPY ROLLERBLADE BARBIE; I DIDN'T

 3   COPY TOON TEENS.  THERE'S NOT A SHRED OF MATTEL WORK PRODUCT

 4   THAT I COPIED.'  AND THAT'S WHAT THIS DECLARATORY RELIEF ASKS

 5   FOR; A DECLARATION THAT SAYS MR. BRYANT DIDN'T COPY ANYTHING.        12:55

 6   AND HE DOESN'T WANT TO HAVE TO WAIT UNTIL WE STAND HERE ON THE

 7   FIRST DAY OF TRIAL TO FIND OUT WHAT MATTEL IS ALLEGING.  HE

 8   SHOULDN'T HAVE TO WAIT.  FOR FIVE AND A HALF YEARS, HE'S BEEN

 9   DEVELOPING THE BRATZ PRODUCT, AND HE DOES HAVE STANDING; HE

10   DOES HAVE A CONTINUING --                                           12:55

11         MR. BRYANT IS AN INDEPENDENT CONTRACTOR, AN

12   INDEPENDENT BUSINESSMAN.  HE GETS THREE PERCENT ROYALTY ON ANY

13   DOLL HE WORKS ON.  IF A DOLL HE CREATED IN 2001 AND SOLD

14   TODAY -- HE GETS A THREE PERCENT ROYALTY.  HE CURRENTLY HAS A

15   CONTINUING STAKE.  THEY KNOW THAT, BECAUSE WE HAVE PRODUCED THE     12:56

16   ROYALTY STATEMENT.  HE HAS STANDING UNDER ARTICLE THREE BECAUSE

17   THEY ARE TRYING TO CUT IT OFF; TRYING TO CUT OFF MR. BRYANT'S

18   ABILITY TO CONTINUE TO WORK WITH MGA TO DEVELOP THESE BRATZ

19   PRODUCTS.  THEY ARE TRYING TO WIN THE WHOLE COMPANY.

20         THE COURT:  I'M GOING TO ORDER, MR. JACOBY, THAT YOU          12:56

21   MEET WITH MR. QUINN AND SUBMIT A JOINT STATEMENT TO THE COURT

22   WITHIN THREE DAYS OF TODAY TO SEE IF YOU CAN'T RESOLVE ALL OR

23   PART OF THIS DECLARATORY RELIEF ACTION BY STIPULATION HERE, AND

24   THEN THE COURT WILL RESOLVE WHAT REMAINS OF THAT.

25         MR. JACOBY:  THANK YOU, YOUR HONOR.                           12:56

EXHIBIT 24

PAGE 299

1        THE CLERK:   COURT STANDS IN RECESS.

2

3

4

5

6

7

8

9

10

11

12

13

14

15                          CERTIFICATE

16

17   I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
18   THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
     ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
19   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.

20

21   _____         7-3-06
     THERESA A. LANZA, RPR, CSR               DATE
22   OFFICIAL COURT REPORTER

23

24

25                          EXHIBIT  24

                            PAGE  300

JUNE 26, 2006        ED CV 04-9049-SGL