# EXHIBIT 27



TT EX. NO. 302
15 PAGES 7/18/06
A. PRAXMARER, CSR • WIT: LARIAN

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006453

EXHIBIT 27
PAGE 301

302

# Bratz!

Meet the Bratz! The Totally Transformable Teenage dolls! They're four best friends from high school who love to trade clothes, shoes and hairdos! They come to school with a new look every day!

By simply popping off the hairstyle and shoes, and exchanging them for one of their other hairstyles and pairs of shoes, or a friend's hairstyle and shoes, you can create a whole new look! Complete the look by changing their pants or skirts for one of their additional garments!

Each doll comes dressed in a trendy, hip outfit, with one or two additional pieces, such as an additional skirt or t- shirt (for mix and matching.) Each doll also comes with two great hairstyles, 2 great pairs of shoes, and a cool backpack.

CONFIDENTIAL
ATTORNEY'S EYES ONLY



EXHIBIT 27

PAGE 302

Meet Zoe!

She's the queen of cool at school with her short dark brown hair and funky stompin' sneaks. Hiphugger jeans, short tee shirt and glittery vinyl backpack complete her daytime look.

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006455

EXHIBIT 27

PAGE 303

EX 302-0003



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

CONFIDENTIAL
ATTORNEY'S EYES ONLY

EXHIBIT 27
PAGE 304



Now she has a whole new look for nighttime fun with the rest of the Bratz gang!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006457

EXHIBIT 27
PAGE 305



## Meet Lupe!

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery tennies , a fun red updo and fresh backpack give her a great look for school!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006458

EXHIBIT 27
PAGE 364



For partytime, change her into a short skirt, braids and silver stompers!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006459

EXHIBIT  27
PAGE  307

EX 302-0007



Meet Hallidae!

She's got the beat! Ultra trendy street wear 'n' braids for hittin' the books. Jean skirt, boots and knit cap, not to mention a funky bookpack (check out the logos!) give Hallidae a look that is all that!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006460

EXHIBIT 27

PAGE 308

EX 302-0008



On date night, it's a sassy short dress, platforms, and a totally new 'do!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

EXHIBIT 27
PAGE 309



## Meet Jade!

Jade loves far-out fashion! Mary Janes and a baby doll are just perfect for study hall! Twisty hairdo, fringe-y jacket and a sweeter than sweet backpack and Jade is ready for serious school house rock!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006462

EXHIBIT 27
PAGE 310

EX 302-0010



For weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

EXHIBIT 27
PAGE 311



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006464

EXHIBIT 27
PAGE 312

EX 302-0012



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006465

EXHIBIT 27

PAGE 313



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006466

EXHIBIT 27

PAGE 314



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006467

EXHIBIT 27

PAGE 315

# EXHIBIT 28


PROPRIETARY INFORMATION CHECKOUT MAT-4125-B

Each terminating employee should be aware that, in his Employee's Agreement, he has agreed to transfer all inventions made or conceived during the period of his employment to Mattel and to do all acts necessary to secure patent protection for such inventions for Mattel.

Each employee should also be aware that he has agreed to protect the proprietary information of Mattel. More particularly, he has agreed essentially as follows:

"In consideration of my employment by MATTEL, INC., or any of its subsidiaries or affiliated companies now or hereafter existing (hereinafter referred to individually and collectively as 'MATTEL'), I hereby covenant and agree that:

My interest in (a) any and all inventions, improvements and ideas (whether or not patentable) which I have made or conceived, or may make or conceive at any time during the period of my employment with the Company, either solely or jointly with others and in (b) any suggestions, designs, trademarks, copyright subject matter, literary or artistic works which I have made or conceived, or may make or conceive at any time during the period of my employment which relate or are applicable directly or indirectly to any phase of the Company's business shall be the exclusive property of the Company, its successors, assignees or nominees. (The items defined in (a) and (b) above will hereinafter be referred to collectively as 'Proprietary Subject Matter'.)

I shall make full and prompt disclosure in writing to an officer or official of the Company, or to anyone designated for that purpose by the Company, of all Proprietary Subject Matter made or conceived during the term of my employment. I agree, at the request of Mattel's Patent counsel, to provide additional information to more fully define the specific structure of the disclosed subject matter and to present support documents evidencing my conception and development of the subject matter.

Since the work for which I am employed upon which I shall be engaged will include Company knowledge and information of a private, confidential, or secret nature, I shall not, except as required in the conduct of the Company's business or as authorized in writing by the Company, during the course of my employment or thereafter, publish, disclose, or make use of, or authorize anyone else to publish, disclose or otherwise make use of any such knowledge or information, of a confidential nature to and the secret property of the Company or the design, construction, manufacture or sale of the Company's products or services. This obligation shall apply even to Company information created by me.

All documents, written information and other items including, but not limited to, notes, sketches, manuals, blueprints, notebooks, products, tools, fixtures, records and information relating to the business of the Company, made or obtained by me while employed by the Company shall be the exclusive property of the Company and shall be delivered by me to the Company on termination of my employment or at any time as requested by the Company".

Please acknowledge the above by signing and dating in the spaces provided below.

After Employment

SIGNATURE [signature] DATE 10/19/00

WITNESS [signature] DATE 10/19/00

M 0001604

EXHIBIT 28

PAGE 316

DEPOSITION EXHIBIT 27 11-8-04 SH