1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9                 UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                     EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 13         Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 14      vs. | **DECLARATION OF JON D.** |
| 15  MATTEL, INC., a Delaware<br>corporation, | **COREY IN SUPPORT OF**<br>**MATTEL, INC.'S OPPOSITION TO**<br>**MGA PARTIES' MOTION FOR** |
| 16 | **REMITTITUR** |
| 17         Defendant. | |
| 18 | |
| 19  AND CONSOLIDATED ACTIONS | Hearing Date:   February 11, 2009<br>Time:              10:00 a.m.<br>Place:             Courtroom 1 |
| 20 | |
| 21 | **Phase 1C** |

22

23

24

25

26

27

28

# DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1.     I am a member of the bars of the State of California and the District of Columbia and am a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.     As I recounted in my Declaration of September 3, 2008, previously filed with the Court, William Price and I, along with a member of Mattel's Law Department, met with the jurors who decided to remain and speak with counsel immediately after the jury returned its verdict on August 26, 2008.  Of the six jurors who remained, I discussed the damages award with Juror No. 4 and Juror No. 7.  Both jurors indicated that the jury awarded Mattel damages of approximately $100 million.

3.     I spoke with the jurors who were willing to speak with counsel for Mattel for approximately 45 to 50 minutes.  Along with Mr. Price and myself, counsel for MGA, including Mr. Nolan, was in the same location (in the hall outside the courtroom where the admitted Bratz product exhibits were located) and spoke with the same jurors, including Juror No. 4 and Juror No. 7. Mattel has previously stated in Court proceedings that the jurors indicated during post-verdict discussions with counsel that they intended to award Mattel damages of approximately $100 million.  For example, Mattel so stated in the Declaration of Jon D. Corey dated September 3, 2008, a true and correct copy of

/ / /

/ / /

/ / /

07209/2756361.3

1  which is attached as Exhibit 1.  At no time has MGA ever challenged or disputed in

2  response that the jury intended to award Mattel $100 million in damages in its

3  verdict.

4          I declare under penalty of perjury under the laws of the United States of

5  America that the foregoing is true and correct.

6          Executed on January 12, 2009, at Los Angeles, California.

7

8                 /s/ Jon D. Corey

9                 Jon D. Corey

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2756361.3

-2-

# EXHIBIT 1

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2      johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
6   Facsimile: (213) 443-3100

7   Attorneys for Mattel, Inc.

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

11  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)

12               Plaintiff,              Consolidated with
                                         Case No.    CV 04-09059
13          vs.                          Case No.    CV 05-2727

14  MATTEL, INC., a Delaware             MATTEL'S RESPONSE
    corporation,                         REGARDING EMAIL FROM JUROR
15                                       NO. 7 AND REQUEST TO RECALL
                 Defendant.              THE JURY
16

17  AND CONSOLIDATED ACTIONS

18

19

20

21

22

23

24

25

26

27                                       EXHIBIT _____1_____

28                                       PAGE _____3_____

07209/2623805.2

                                                        COREY DECLARATION

Case 2:04-cv-09049-DOC-RNB   Document 4684-2   Filed 01/12/09   Page 6 of 6   Page ID
#:134120
Case 2:04-cv-09049-SGL-RNB    Document 4294-2    Filed 09/03/2008    Page 2 of 2

## DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1.      I am a member of the bars of the State of California and the District of Columbia. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.      I, along with a members of my firm, William Price, as well as Michael Moore, a member of Mattel's legal department, met with several jurors following the verdict in this case. Of the six jurors who remained to discuss the case with counsel, I discussed the damages award with Juror No. 4 and Juror No. 7. Both jurors indicated that the jury awarded Mattel damages of approximately $100 million. I did not discuss the damages award with the other jurors who were willing to speak with counsel for Mattel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 3, 2008, at Los Angeles, California.

/s/ Jon Corey
Jon Corey

EXHIBIT ____1____

PAGE ____4____

07209/2623805.2

-1-

COREY DECLARATION