QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>          Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' MOTION FOR REMITTITUR**<br><br>Hearing Date:  February 11, 2009<br>Time:  10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 1C** |

# DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the bars of the State of California, New York and Illinois and am a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached as Exhibit 1 hereto is a true and correct copy of Mattel, Inc.'s Submission Regarding Email From Juror No. 7 and Request To Recall The Jury, dated August 29, 2008 (Docket No. 4288).

3. Attached as Exhibit 2 hereto is a true and correct copy of the Court's Order Denying Mattel's Request To Recall The Jury, dated September 3, 2008 (Docket No. 4295).

4. Attached as Exhibit 3 hereto is a true and correct copy of the Phase 1A Final Jury Instructions As Given, Nos. 22, 26-28, dated July 10, 2008 (Docket No. 4115).

5. Attached as Exhibit 4 hereto is a true and correct copy of an excerpt of Mattel's Second Amended Answer and Counterclaims, dated July 12, 2007 (Docket No. 635).

6. Attached as Exhibit 5 hereto is a true and correct copy of Trial Exhibit 30.

7. Attached as Exhibit 6 hereto is a true and correct copy of Trial Exhibit 1765.

8. Attached as Exhibit 7 hereto is a true and correct copy of the Court's Order Regarding Motion For Reconsideration and the Parties' Motions for Partial Summary Judgment, dated May 21, 2008 (Docket No. 3758).

9. Attached as Exhibit 8 hereto is a true and correct copy of the Court's Order Granting in Part, Denying in Part, and Deferring in Part the Parties' Motions for Partial Summary Judgment, dated April 25, 2008 (Docket No. 3286).

10. Attached as Exhibit 9 hereto is a true and correct copy of the Court's Order Granting Mattel's Motion for Permanent Injunction, dated December 3, 2008 (Docket No. 4439).

11. Attached as Exhibit 10 hereto is a true and correct copy of an excerpt of MGA Parties' Motion for Partial Summary Judgment, dated March 7, 2008 (Docket No. 2543).

12. Attached as Exhibit 11 hereto is a true and correct copy of Mattel, Inc.'s Amended Proposed Verdict Form for Phase 1B, dated July 28, 2008 (Docket No. 4156).

13. Attached as Exhibit 12 hereto is a true and correct copy of MGA Parties' Objections to Mattel, Inc's Proposed Phase 1B Special Verdict Forms, dated July 29, 2008 (Docket No. 4169).

14. Attached as Exhibit 13 hereto is a true and correct copy of Trial Exhibit 18.

15. Attached as Exhibit 14 hereto is a true and correct copy of Trial Exhibit 1105.

16. Attached as Exhibit 15 hereto is a true and correct copy of Trial Exhibit 923.

17. Attached as Exhibit 16 hereto is a true and correct copy of the Court's Further and Final Order Regarding Statute of Limitations Defense, dated June 2, 2008 (Docket No. 3902).

/ / /
/ / /
/ / /

18. Attached as Exhibit 17 hereto is a true and correct copy of an excerpt of MGA Parties' Reply in Further Support of their Motion For Partial Summary Judgment, dated April 1, 2008 (Docket No. 2934).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 12, 2009, at Los Angeles, California.

    /s/ Michael T. Zeller
Michael T. Zeller