```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  RAOUL D. KENNEDY (Bar No. 40892)
    (rkennedy@skadden.com)
 3  JASON D. RUSSELL (Bar No. 169219)
    (jrussell@skadden.com)
 4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
 5  Los Angeles, CA  90071-3144
    Tel.: (213) 687-5000
 6  Fax: (213) 687-5600
    Attorneys for The MGA Parties
 7
 8  JOHN B. QUINN (Bar No. 090378)
    (johnquinn@quinnemanuel.com)
 9  MICHAEL T. ZELLER (Bar No. 196417)
    (michaelzeller@quinnemanuel.com)
10  JON D. COREY (Bar No. 185066)
    (joncorey@quinnemanuel.com)
11  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    865 South Figueroa Street, 10th Floor
12  Los Angeles, California 90017-2543
    Telephone:  (213) 443-3000
13  Facsimile:   (213) 443-3100
    Attorneys for Mattel, Inc.
```

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | STIPULATION FOR CONTINUANCE OF JANUARY 14 STATUS CONFERENCE |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Lodged under separate cover: [PROPOSED] ORDER GRANTING CONTINUANCE OF JANUARY 14 STATUS CONFERENCE |

**1**  **W WHEREAS**, on January 12, 2009, the Court ordered a status conference

**2** on Wednesday, January 14, 2009, at 1:00 p.m;

**3**  **WHEREAS**, certain counsel of record and proposed counsel have notified

**4** chambers that they have unavoidable scheduling conflicts that prevent them from

**5** appearing in person at that time; and

**6**  **WHEREAS**, counsel of record and proposed counsel have agreed upon a date

**7** that they understand the Court is available;

**8**

**9**  **NOW, THEREFORE**, subject to Court approval, the MGA Parties and

**10** Mattel, Inc., by their respective counsel of record, as well as the proposed counsel of

**11** the MGA Parties, hereby stipulate that the status conference scheduled for

**12** Wednesday, January 14, 2009, at 1:00 p.m. be continued to Monday, January 26,

**13** 2009 at 10:00 a.m.

**14**

**15** DATED: January 13, 2009   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

**16**                        By:  _____/s/ Thomas J. Nolan_____

**17**                                Thomas J. Nolan
                                Attorneys for the MGA Parties

**18** DATED: January 13, 2009   QUINN EMANUEL URQUHART OLIVER &

**19**                        HEDGES, LLP

**20**                        By:  _____/s/ authorized for signature_____

**21**                                Michael T. Zeller
                                Attorneys for Mattel, Inc.

**22** DATED: January 13, 2009   GLASER WEIL FINK JACOBS & SHAPIRO LLP

**23**                        By:  _____[see attached]_____

**24**                                Patricia L. Glaser

**25**                                Proposed Attorneys for the MGA Parties

**26** DATED: January 13, 2009   MITCHELL, SILBERBERG & KNUPP LLP

**27**

**28**

By: <u>    /s/ authorized for signature    </u>
Russell J. Frackman
Proposed Attorneys for the MGA Parties

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WHEREAS**, on January 12, 2009, the Court ordered a status conference on Wednesday, January 14, 2009, at 1:00 p.m;

**WHEREAS**, certain counsel of record and proposed counsel have notified chambers that they have unavoidable scheduling conflicts that prevent them from appearing in person at that time; and

**WHEREAS**, counsel of record and proposed counsel have agreed upon a date that they understand the Court is available;

**NOW, THEREFORE**, subject to Court approval, the MGA Parties and Mattel, Inc., by their respective counsel of record, as well as the proposed counsel of the MGA Parties, hereby stipulate that the status conference scheduled for Wednesday, January 14, 2009, at 1:00 p.m. be continued to Monday, January 26, 2009 at 10:00 a.m.

DATED: January 13, 2009   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Thomas J. Nolan
Attorneys for the MGA Parties

DATED: January 13, 2009   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
Michael T. Zeller
Attorneys for Mattel, Inc.

DATED: January 13, 2009   GLASER WEIL FINK JACOBS & SHAPIRO LLP

By: *Patricia J. Glaser* (signature)
Patricia L. Glaser
Proposed Attorneys for the MGA Parties

DATED: January 13, 2009   MITCHELL, SILBERBERG & KNUPP LLP