**FILED**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

JAN 12 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff - Counter-defendant,<br><br>MATTEL, INC., a Delaware corporation,<br><br>Counter-claimant - Defendant - Appellee,<br><br>v.<br><br>MGA ENTERTAINMENT, INC.,<br><br>Counter-defendant - Intervenor - Appellant,<br><br>MGA ENTERTAINMENT (HK) LIMITED; et al.,<br><br>Counter-defendants - Appellants. | No. 08-57015<br><br>D.C. No. 2:04-cv-09049-SGL<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 1 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: GOODWIN, CLIFTON and BEA, Circuit Judges.

The parties' motions to file documents under seal is granted. All motions and exhibits designated as "filed under seal" shall be filed and maintained under seal.

KS/MOATT

On January 7, 2009, the district court's order modifying the stay found the permanent injunction challenged in this appeal to be non-final. Accordingly, this appeal is dismissed for lack of jurisdiction. See 28 U.S.C. §§ 1291, 1292(a); *Miller v. Marriott Int'l, Inc.*, 300 F.3d 1061 (9th Cir. 2002).

Appellants' emergency motion to stay the district court's December 3, 2008 order is denied as moot.

All other pending motions are denied as moot.

The parties shall bear their own costs for this appeal.

**DISMISSED.**