THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600
Attorneys for The MGA Parties

JOHN B. QUINN (Bar No. 090378)
(johnquinn@quinnemanuel.com)
MICHAEL T. ZELLER (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
JON D. COREY (Bar No. 185066)
(joncorey@quinnemanuel.com)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100
Attorneys for Mattel, Inc.

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | ORDER GRANTING CONTINUANCE OF JANUARY 14 STATUS CONFERENCE |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | |

1    Based on the stipulation of the parties, and good cause appearing

2  therefor, it is hereby ORDERED that the status conference scheduled for

3  Wednesday, January 14, 2009, at 1:00 p.m. be continued to **Monday, January 26,**

4  **2009, at 11:00 a.m.,** Courtroom One of this Court.

5    **IT IS SO ORDERED**.

6

7  DATED:  January 13, 2009

8    _____

   Hon. Stephen G. Larson
   United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Continuance of January 14 Status Conference
Case No. CV 04-9049 SGL (RNBx)