QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>   vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Honorable Stephen G. Larson<br><br>STIPULATION RE JANUARY 26, 2009 STATUS CONFERENCE<br><br>[[Proposed] Order lodged concurrently] |

<sub/>
<sup/>

## STIPULATION

1. WHEREAS, on January 12, 2009, the Court ordered "all lead counsel, all proposed counsel, and the Discovery Master to appear for a status conference on Wednesday, January 14, 2009, at 1:00 p.m.";

2. WHEREAS, on January 13, 2009, pursuant to the request and stipulation of the parties, the Court continued the status conference to January 26, 2009 at 11 a.m.;

3. WHEREAS, as counsel had discussed in connection with the stipulation relating to the continuance, Mattel's designated lead counsel, John Quinn, will need to alter travel plans and cancel pre-existing, out-of-town commitments in order to attend the January 26, 2009 status conference;

4. WHEREAS, Mattel seeks to have its counsel, Michael Zeller, who will have full authority to speak for Mattel, appear in Mr. Quinn's stead at the status conference; and

5. WHEREAS, the MGA Parties have no objection to the foregoing, and it is understood that nothing herein will alter the need for lead counsel and proposed lead counsel for the MGA Parties to appear at the status conference.

NOW, THEREFORE, Mattel and the MGA Parties, by and through their counsel of record, hereby agree, subject to the Court's approval, that Mr. Zeller

1 | may appear in Mr. Quinn's stead for Mattel at the January 26, 2009 status
2 | conference.
3 |
4 | DATED: January 14, 2009           QUINN EMANUEL URQUHART OLIVER &
5 |                                    HEDGES, LLP
6 |
7 |                                    By /s/ Michael Zeller /SH
                                         Michael T. Zeller
8 |                                      Attorneys for Mattel, Inc.
9 |
10 | DATED: January 14, 2009          SKADDEN ARPS SLATE MEAGHER &
                                       FLOM, LLP
11 |
12 |
13 |                                    By /s/ Jason D. Russell /SH by authorization
                                         Jason D. Russell
14 |                                     Attorneys for MGA Entertainment, Inc.,
                                         Isaac Larian, and MGA Entertainment
15 |                                     (HK) Ltd.