1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>―――――――――――――<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Honorable Stephen G. Larson<br><br>[PROPOSED] ORDER RE STIPULATION RE JANUARY 26, 2009 STATUS CONFERENCE |

19

20

21

22

23

24

25

26

27

28

1      **[PROPOSED] ORDER**

2                  Based on the stipulation of the parties, and good cause appearing therefor,

3      it is hereby ORDERED that:

4                  Michael Zeller, counsel for Mattel, may appear for Mattel in John Quinn's

5      stead at the January 26, 2009 status conference.

6

7                  IT IS SO ORDERED.

8

9      DATED:_____, 2008          _____

10                                          HON. STEPHEN G. LARSON

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28