QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF FILING OF PHASE 1A AND PHASE 1B TRANSCRIPTS IN SUPPORT OF AND OPPOSITION TO: MATTEL, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Hearing Date: February 11, 2009<br>Time:           10:00 a.m.<br>Place:          Courtroom 1 |

PLEASE TAKE NOTICE that plaintiff Mattel, Inc. ("Mattel") hereby submits the following trial transcripts in accordance with the Court's Order Re Citation to and E-Filing of Oversized Transcript dated September 9, 2008 and Order Regarding Jointly Lodged Laptop Computer dated December 3, 2008.

**Mattel, Inc.'s Renewed Motion for Judgment as a Matter of Law**:

| | |
|---|---|
| 5/27/2008 P.M. | 7/23/2008 P.M. |
| 5/28/2008 P.M. | 8/05/2008 A.M. |
| 5/29/2008 A.M. | 8/05/2008 P.M. |
| 5/29/2008 P.M. | 8/06/2008 P.M. |
| 5/30/2008 P.M. | 8/07/2008 P.M. |
| 6/03/2008 A.M. | 8/08/2008 A.M. |
| 6/03/2008 P.M. | 8/08/2008 P.M. |
| 6/05/2008 P.M. | 8/12/2008 A.M. |
| 6/06/2008 A.M. | 8/12/2008 P.M. |
| 6/06/2008 P.M. | 8/13/2008 A.M. |
| 6/10/2008 P.M. | 8/13/2008 P.M. |
| 6/11/2008 A.M. | 8/14/2008 A.M. |
| 6/12/2008 A.M. | 8/14/2008 P.M. |
| 6/13/2008 A.M. | 8/15/2008 P.M. |
| 7/02/2008 P.M. | 8/20/2008 A.M. |
| 7/03/2008 A.M. | 8/22/2008 |
| 7/03/2008 P.M. | 8/26/2008 Hearing |
| 7/08/2008 P.M. | 8/27/2008 Hearing |
| 7/10/2008 P.M. | 11/10/2008 Hearing |
| 7/23/2008 A.M. | |

DATED:  January 19, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By  /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.

NOTICE OF FILING OF TRANSCRIPTS IN SUPPORT OF AND OPPOSITION TO RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW