1   **Q.**   Okay.   What is Diva Starz, S-T-A-R-Z?   Diva Starz?

2   **A.**   Diva Starz was a new brand for girls that was an

3   electronic doll that I think we launched in 2000.   Around

4   2000.   I'm not exactly sure.   But it was a doll that was able

5   to -- it had a big head because it had a lot of brains in

6   there, because it was able to recognize the clothing that you

7   put on the doll, and so it was pretty magical for a child who

8   could say, "That's my pink dress.   Find the shoes that go

9   with it."   And then magically the doll would read what items

10  you were putting on it and suggest certain hairdos doing with

11  it, et cetera.

12          So it was really the first electronic kind of

13  fashion doll.   I don't know whether we categorized it in the

14  fashion doll category at that time, but it did -- we should

15  have in retrospect.   It did have fashions.

16  **Q.**   Could you take a look at Exhibit 432.   And tell us

17  whether you can identify that document.

18  **A.**   Yes.

19  **Q.**   What is this?

20  **A.**   That's one of the Diva Starz, Alexa, in her package with

21  all of her accessories and molded clothing.

22          MR. QUINN:   I'd offer that, your Honor.

23          MR. NOLAN:   No objection.

24          THE COURT:   It's admitted.

25          **(Exhibit 432 received.)**

1          THE COURT:   You may publish.

2          MR. QUINN:   Thank you, your Honor.

3   Q.   This is a photocopy of the Diva Starz?

4   A.   It's a photocopy of the Diva Starz package with the

5   clothing and the doll accessories in the package, yes.

6   Q.   And in this photograph, we've managed to cut off the

7   S-T-A-R-Z.   It is spelled Z at the end, Starz?

8   A.   Correct.

9   Q.   Can you tell us whether or not the name Bratz, while you

10  were at Mattel, was ever considered as a name for a Diva

11  Star?

12  A.   Yes, when we were brainstorming what to call these

13  electronic dolls, I remember there was names like Chat Girls.

14  I think it was Brat Girls.   Wall Brats.

15          There was a couple of sassy themes, Chat Brat.

16  Because we thought of them, in fact, their tag line was, "We

17  know what's up."   They were kind of sassy and a little bratty

18  because they got what they wanted.   So brats, I don't

19  remember the way it was spelled, but I remember that brats

20  was something that we absolutely thought of and was not

21  available for some reason.   We have to find names that are

22  available across the entire world.   So it's really hard these

23  days to find those names.

24  Q.   Can you tell us when it was roughly when brats was being

25  considered as a name for Diva Starz with a Z?

1  **A.**    Well, it had to be -- I don't remember the exact date.

2  All I can say is if these came out in 2000, which I do

3  remember them coming out in around 2000, this had to be at

4  least the year before, because the name was something that we

5  needed it in time for the packaging and all of the printed

6  materials.

7  **Q.**    Did the consideration of brats get to the point that

8  logos, brats logos for Diva Starz, or what became Diva Starz,

9  were actually developed?  Do you recall that?

10  **A.**    I remembered chat and brat were probably two of our

11  favorite names, and quite frankly, Diva Starz was our last

12  resort.   It was not our favorite.  Because it took a long

13  time for legal to clear in every country.  We'd often start

14  the logo department using a name we hoped would clear, and

15  then at the last minute, if it didn't clear, we would use

16  possibly the same type style but plug in the cleared name.

17  **Q.**    Could I ask you, please, to turn to Exhibit 316.  And

18  I'll ask you if you can identify this document.

19  **A.**    Yes.

20  **Q.**    And what is this document?  It's actually three pages.

21  **A.**    Okay.  Hang on.  Yes.  So these were some of the

22  preliminary logo designs by -- I think was Steve Linker, a

23  free-lancer we had hired to work on logo designs for the

24  brand.  Prior to us getting approval, you know, knowing

25  whether these names cleared.

1          MR. QUINN:  I would offer Exhibit 316, your Honor.

2          THE WITNESS:  And they also had, by the way, he was

3   also -- because we were getting ready to do the packaging.

4   So he was also doing illustrations of the Diva Starz getting

5   ready for the package art.

6          THE COURT:  Any objection?

7          MR. NOLAN:  Your Honor, could I have a further

8   foundation as to when she first saw this?

9          THE COURT:  Lay a further foundation, Counsel.

10         THE WITNESS:  I remember seeing --

11  **Q.**   BY MR. QUINN:  When did you first see Exhibit 316, these

12  three pages?  Could you tell us when you first saw it,

13  please?

14  **A.**   I remember seeing it in the brainstorming, the review,

15  the design review that we had.  I don't remember the exact

16  date.  And then I saw it again at the lawyer's office.

17  **Q.**   When you say design review, are you referring to the

18  design review back when you were at Mattel and thinking of

19  names for Diva Starz?

20  **A.**   Correct.  Because I had to be shown all the different

21  variations of the logo because it was my job to pick which of

22  these logo designs we would go with.  So I remember looking

23  at these in terms of trying to figure out what the right

24  style was.

25         MR. QUINN:  Offer 316, your Honor.

1          MR. NOLAN:  No objection, your Honor.

2          THE COURT:  It's admitted.

3          **(Exhibit 316 received.)**

4          THE COURT:  You may publish.

5    **Q.**   BY MR. QUINN:  If you look at the first page of

6    Exhibit 316, I see you're at the top there, on the right-hand

7    side, and if you could use the laser pen, we see Chat Brats.

8    **A.**   Yeah, so we would take a name that we were hoping to get

9    and then try live logo graphic treatments with that name

10   hoping it would clear.  So we tried Chat Girls, Chat Brats.

11   **Q.**   And turn to the next page, it's 316.  You see Brats up

12   there?  If you were considering using the name Brats without

13   that kind of logo as well?

14   **A.**   Yeah, we were looking at things.  We were looking at all

15   different combinations because sometimes a name would clear.

16   And if it didn't clear on its own, it might clear in

17   combination with something.  So we would try a whole lot of

18   variations if we really liked it.

19   **Q.**   And this is like if you had double vision here --

20   **A.**   I think that was just a graphic styling.  Again, playing

21   with the logo, if we were just to use the word Brats, how it

22   would be treated graphically.

23   **Q.**   And then the last page of Exhibit 316, the right-hand

24   side there's another version of Brats that was being

25   considered at the time?

1    **A.**    Yep.  We were just thinking of using it by itself as

2    well.

3    **Q.**    If you look at -- please look at Exhibit 314.  Tell me

4    if you recognize this document?

5    **A.**    This is a document I remember seeing when I talked about

6    the brainstorms that we would have.

7             All the designers working on the project, and

8    sometimes we would throw in designers from other areas just

9    to get fresh ideas.  We would brainstorm a whole lot of

10   names, and sometimes the marketing people would go work with

11   legal because they had to pay for every name that was

12   cleared, and come back to us and let us know what was

13   cleared.  So these were some names that were submitted from

14   Steve Linker, the outside firm, these were their suggestions

15   for some of the names.

16   **Q.**    And you saw this at the time?

17   **A.**    Yeah, I remember getting a list.  I can't be sure if it

18   was this exact piece of paper, but I recognize a lot of these

19   names, and I remember that we were being submitted --

20   lists -- we invited many people to contribute ideas for this

21   brand.  So I know that -- I remember this list.

22             MR. QUINN:  I'd offer 314.

23             MR. NOLAN:  Objection.  Lack of foundation.  She

24   doesn't recall seeing this particular document.

25             THE COURT:  Overruled.  It's been testified to.

1        (Exhibit 314 received.)

2        THE COURT:  It's admitted, and you may publish.

3   Q.   BY MR. QUINN:  The date here at the top, this is January

4   of 2000?

5   A.   Yes.

6   Q.   There's the name Steve Linker that you have made

7   reference to?

8   A.   Yes.

9   Q.   And who is Liz Hogan?

10  A.   I think she worked with Steve, and Joni Pratte and Sue

11  Davis were my packaging designers.  So the urgency on the

12  name was we were starting to design the package, and

13  packaging would also submit names to get clearance.  So they

14  were submitting to packaging designers some of their ideas.

15  Q.   Could we look at the bottom two thirds of the document,

16  the list of names.  This is some of the list of names that

17  were proposed?

18  A.   Right.  And I would then get this list and sit down, and

19  we would as a team decide which ones were worth actually

20  spending money against in terms of which ones we liked enough

21  to -- we would spend the money searching it legally and

22  trying some of the graphic iterations.

23        So the previous exhibits that you saw some of the

24  logos came after we looked at lists like this, decided which

25  names we really liked, and then I would authorize that the

1    work be done to play around with logo designs.

2    Q.    I see one of the names here that was considered is Mall

3    Brats.  Do you see that?

4    A.    Yes.

5    Q.    Do you know whether or not MGA has come out with a

6    product which is called Mall Brats ?

7              MR. NOLAN:  Objection, your Honor.  Foundation.

8              THE WITNESS:  No, I don't know that for sure.  I

9    know that at one point Bratz had a mall for their brat dolls,

10   but I don't remember what it was called.

11   Q.    BY MR. QUINN:  I'd like to change gears now and talk

12   about a different subject.

13             Have you heard of a project called Toon Teens?

14   A.    Yes.

15   Q.    What is Toon Teens?

16   A.    Toon Teens is one of the brand ideas that came out of

17   when I spoke earlier to the fact that I would -- I think it

18   was once a year, maybe sometimes twice a year invite the

19   designers to create new brand ideas on their own.  And we

20   would let them have some time to do that and use the

21   resources.  So Toon Teens was one of the brands that came out

22   of this exercise.

23             It was something that Lily Martinez had done based

24   on a -- her own illustration style that we had first seen in

25   a T-shirt that she had done for a previous Barbie doll that

1  was terrific, and we encouraged her.  I think it was her boss

2  actually encouraged her to make it into a whole brand.

3  Q.   When you say a T-shirt design she had done, was that --

4  A.   Previously.  And I don't remember when it was, but it

5  was pretty early in my tenure when I had come there.  We were

6  doing a roller-blading Barbie, which was done in Lily's

7  group.  I don't remember whether Lily actually did the doll.

8  I think was early in her career, too.  And I think she was an

9  assistant.  So often, as I explained, there's teams.  So she

10 may not have done the roller-blading doll but was doing the

11 illustration for what the roller-blading Barbie wore.

12 Q.   Could you tell whether it was a decal?

13 A.   It was a separate piece of art that she had done, but we

14 were going to put it on the shirt.  So it must have been a

15 decal format.

16 Q.   If you'd take a look at Exhibit 257-1.  And I'll ask you

17 also about 258-1.

18 A.   Yes.  That's the roller-blading doll I referred to.

19            MR. QUINN:   I'd offer that.  257-1.

20            THE COURT:  Any objection?

21            MR. NOLAN:  No objection.

22            THE COURT:  Admitted.  You may publish.

23            **(Exhibit 257 received.)**

24 Q.   BY MR. QUINN:  Is this the roller-skating Barbie --

25 A.   Yes, she actually skated.

310

1  Q.   On the T-shirt there, there's an image.

2  A.   This one right here.

3  Q.   Can you tell us whether that's the image that you were

4  referring to?

5  A.   Yes, that is.

6  Q.   And if you could look at 257-4.  257-4.

7  A.   Yes.

8  Q.   And 257-6.  If you'd look at those two.

9  A.   Yes.

10 Q.   And are those close-ups of the --

11 A.   Yes, close-ups of the same illustration.

12        MR. QUINN:  I'd offer 257-4 and 257-6.

13        MR. NOLAN:  Just the foundation as to when this was

14 offered for sale.

15        THE COURT:  Sustained.

16        THE WITNESS:  I just --

17        MR. QUINN:  I'm sorry?

18        THE COURT:  I sustained the objection.  Please lay

19 the foundation as to timing.

20 Q.   BY MR. QUINN:  Can you tell us when this was that the

21 Cool Skating Barbie was on the market -- introduced to the

22 market?

23 A.   I can only remember that it was early, like I say, I

24 came in maybe '96, '97, and it was probably sometime in the

25 first two years.  I don't remember the exact date.  It was

311

1    pretty early in my tenure.

2            MR. QUINN:  Your Honor, we'd offer those two, 257-4

3    and -6.

4            MR. NOLAN:  Your Honor, there's still a lack of

5    foundation as to when it was offered or available to the

6    public.

7            THE COURT:  Overruled.  It's admitted.

8            **(Exhibit 257-4 and 257-6 received.)**

9    Q.   BY MR. QUINN:  And is this a close-up, again, showing

10   that decal?

11   A.   Yes, it is.

12   Q.   257-4 and 257-6?

13   A.   Correct.

14   Q.   Same thing?

15   A.   Yes.

16   Q.   And could you please turn to 258-1.  By the way, was

17   this Cool Skating Barbie doll, did this come in different

18   ethnicities?

19   A.   Yeah.  Not every Barbie doll, but many of them we

20   offered as black Barbie, Hispanic Barbie was really called

21   Theresa, which was her friend.  It wasn't really Hispanic

22   Barbie.  It was her friend Theresa.  So some Barbie dolls

23   were only white, blonde Barbie.  Others were offered in white

24   Barbie, black Barbie.  Or it was Barbie and some of her

25   friends, and Theresa was one of her friends.

1   **Q.**   If we could look at 258-1, please.  And I'll ask you if

2   you can identify 258-1.

3   **A.**   Yes.

4   **Q.**   And what is that?

5   **A.**   That's the same roller-blading doll but offered as

6   Theresa.

7   **Q.**   And was Theresa a certain ethnicity?

8   **A.**   Yes.  She was alluded to be Hispanic.

9            MR. QUINN:  All right.  I'll offer 258-1.

10           THE COURT:  Could you establish timing on this,

11  Counsel?

12  **Q.**   BY MR. QUINN:  Again, can you tell us, these Cool

13  Skating Barbies in the different versions, can you tell us

14  whether they came to market at the same time, different

15  times?

16  **A.**   Yeah, they were the exact same time, but again, was

17  probably within a year or two of my coming on board.

18           MR. QUINN:  I'd offer then, your Honor, 258-1 and

19  258-6.

20           THE COURT:  Any objection?

21           MR. NOLAN:  No objection.

22           THE COURT:  Admitted.

23           **(Exhibit 258-1 and 258-6 received.)**

24           THE COURT:  You may publish.

25           MR. QUINN:  Thank you, your Honor.

1  **Q.**  And did you say the name of this doll?

2  **A.**  Her friend Theresa.

3  **Q.**  And if we could look at 258-6.

4      And so did Lily do different decals for the

5  different --

6  **A.**  Yeah, for each of the -- I forget whether it was just

7  Theresa and Barbie or whether it was three or four, it may

8  have been black Barbie as well, but she would do different

9  decals for each of the different dolls.

10  **Q.**  If we could look at 259-1 and 259-5.  259-1 and 259-5,

11  and my question will be whether you can identify these.

12  **A.**  Yes.  So now I see we did offer Christy, which is her

13  African-American friend, and that's 259.

14  **Q.**  We'd offer 259-1 and 259-5, your Honor.

15      THE COURT:  Any objection?

16      MR. NOLAN:  Your Honor, I assume that this was

17  about the same time?

18      THE WITNESS:  Yes, they were all launched at the

19  same time.

20      MR. NOLAN:  Very well.  No objection.

21      THE COURT:  Admitted.

22      **(Exhibit 259-1 and 259-5 received.)**

23      MR. QUINN:  May I publish these?

24      THE COURT:  You may.

25  **Q.**  BY MR. QUINN:  This is the third version of the Cool

1   Skating Barbie?

2   A.   Correct.

3   Q.   Indicated that at the time -- do you know whether or

4   not, whether Lily Martinez came up with this design, whether

5   she was a full-time employee or an intern or what her status

6   was with the company?

7   A.   I don't remember.  I remember it was early on in her

8   employment.  She may have started as a -- often we would

9   start young designers as free-lance and make sure they were

10  great, and then offer them jobs.  So I can't remember whether

11  she was still a free-lancer or whether she was full time.

12  But -- or part time.  But either way she was a Mattel

13  employee.

14  Q.   Did you say that it's your recollection relatively --

15  A.   I remember it was early in her career because I remember

16  saying to Cassidy, if she's not full time, we should bring

17  her on.  Because we all thought they were really great

18  looking.

19  Q.   Could you look at 48-11, please.

20  A.   Yes.

21  Q.   Can you identify 48-11?

22  A.   These were some of Lily's variations of the decal that

23  was going on the T-shirt.  These were drawings that Lily did

24  that would be used as the decal on the doll's T-shirt.  The

25  designer had to do drawings that would go to a department

1  called visual design that would make them production ready.

2  So these were what she was submitting to visual design that

3  would make the production ready art.

4  **Q.**   So this was her drawing which ultimately became the

5  decal that we have looked at?

6  **A.**   Yes.

7          MR. QUINN:   I would offer Exhibit 48-11, your

8  Honor.

9          MR. NOLAN:   Your Honor, lack of personal

10  foundation.

11          THE COURT:   Sustained.

12  **Q.**   BY MR. QUINN:   What you told us about this exhibit, how

13  is it you know what that is?

14  **A.**   Because I recognized the drawings.   These are her

15  drawings.   And they are exactly the design of what we just

16  saw ended up on the dolls' T-shirt, and it's labeled visual

17  design, which means it was probably going to the visual

18  design department next.

19  **Q.**   Did you see this at the time?

20  **A.**   Yeah, well, I looked at most of the final packages.   In

21  the final walk-through, I see all the final components of

22  what is being given for production.

23  **Q.**   But in terms of these particular drawings?

24  **A.**   Yeah, I remember seeing these drawings.   I don't

25  remember everything on every product, but because these were

 1   so cool looking, I specifically remember that we were all

 2   very excited about them.

 3           MR. QUINN:  I'd offer Exhibit 48-11.

 4           MR. NOLAN:  Your Honor, speculation as to whether

 5   or not it went to the design center.

 6           MR. QUINN:  I can clear that up, your Honor.

 7           THE COURT:  Yes.  In terms of the actual exhibit

 8   itself, Counsel.

 9           MR. NOLAN:  Yes, the actual exhibit itself.

10           THE COURT:  The exhibit is admitted subject to

11   clarifying the visual design center.

12           **(Exhibit 48-11 received.)**

13           MR. QUINN:  Do I have permission to publish the

14   exhibit?

15           THE COURT:  Yes, you do.

16   **Q.**  BY MR. QUINN:  Exhibit 48-11.  It says visual design

17   there.  Does that mean something to you?

18   **A.**  Visual designers were on my team as well.  They were --

19   we at one point had broken up the team into preliminary

20   designers and visual or development designers, and what it

21   meant is they were the designers that conceived of the idea

22   and did the original sketches, and then the visual designers

23   were the ones that actually did the mechanicals.  A lot more

24   left brain kind of designers.

25           So I didn't want to make the preliminary designers

1  have to do the entire process in terms of -- because there's

2  a process, when you send this off, that says now that you

3  have to get it ready for color separations, and it was much

4  more mechanical part.  So we had specialties.  So a

5  preliminary designer would do all the drawings, all the, you

6  know, the ideas, the concepts, and then instead of wasting,

7  you know, I'll use Lily as an example.  To have her spend two

8  days preparing this artwork for production, she would hand it

9  off to a team called visual design that actually were in the

10 same area that I showed you.

11        They were part of the team that made it happen.  So

12 they were in the design center as part of the team that Lily

13 worked on.

14 Q.   Do I understand correctly, from what you've told us,

15 that you do recognize these as Lily's drawings for that

16 decal?

17 A.   Absolutely.  Lily has a very distinct drawing style.

18 Q.   How so?  How would you describe it?

19 A.   Well, I mean, she's changed a bit over the years, but

20 the first thing is that it looks like her.  I remember the

21 first time I saw the drawings, and this was many years ago,

22 but I remember it was remarkable because it really was

23 distinctly the way she looked.  In those days she wore bright

24 red lipstick.  So we were kind of all -- that's why this so

25 stood out, because I remember all the designers gathered

1   around and thought wow, she's really captured, and she even

2   dressed a little bit like that before she was pregnant.

3          So we all remember that it was the first time I had

4   seen someone come up with a doll that was truly a projection

5   of themselves.  So I will never forget.  Like I say, I can't

6   remember everyone's drawing style, but hers was distinctly a

7   projection of herself.

8   Q.   To get back to the issue that was raised, do you know

9   whether these drawings actually went on to the visual design

10  department?

11  A.   Yeah, because they ended up --

12  Q.   How do you know that?

13  A.   I know that because I've seen the end product and was

14  very involved.  I also approve, before things go into

15  production, the final proof.  So that this clearly is what

16  went on.

17  Q.   So we started talking about this decal because I asked

18  you about Toon Teens.  So what did this have to do with Toon

19  Teens?

20  A.   Well, because the next time, whenever the next time we

21  had one of these kinds of open time periods, where I invited

22  the designers to say we're looking for some new brands, so

23  you know, take the next two weeks, ane everyone, you know,

24  work on what you think would make a great doll brand, and I

25  remember Debbie and -- Cassidy was Debbie's boss -- and we

1   were all encouraging her that this would be a great look and

2   attitude to actually create a doll line.  So she did.

3          They had soft bodies and plastic heads, but she

4   called it Toon Teens, and they came with cars or some kind of

5   accessories.

6   Q.   And can you tell us how long after the decal was

7   created?  Do you remember?

8   A.   I don't remember.

9   Q.   Would you turn, please, to Exhibit 48-1.  And what would

10  be the first step?  If Lily is given the green light, why

11  don't you see if you can turn this into a doll, what would be

12  the first step?

13  A.   So she would do a drawing of exactly what she wanted

14  that doll to look like.  And if the doll -- and every

15  designer works slightly differently.  But, for example, she

16  would in this case because the doll I know, because I saw the

17  doll, have clothing.

18         So we would possibly give swatches of what she

19  wanted the clothing to be because this drawing, as explained

20  earlier, would become the blueprint that all of her team

21  members would follow to help her execute it.  So she had to

22  in the drawing create the doll's garment exactly the way she

23  wanted it to look, hand it off to the seamstress on her team

24  with fabric swatches to execute the clothing.  If it was a

25  hard body sculpted face, the drawing would be used to give to

1  the sculpting department to follow.

2          So the next step would be a drawing and anything

3  attached to it that her teammates needed like fabric or

4  details, face paint.

5  **Q.**   Would you take a look, please, at Exhibit 48-1.

6  **A.**   Yes.

7  **Q.**   And I'll ask you if you can identify that document.

8  **A.**   Yes, that's one of the drawings that was the initial

9  concept for Toon Teens.

10          MR. QUINN:   I'd offer that, your Honor.

11          THE COURT:   Any objection?

12          MR. NOLAN:   No objection.

13          THE COURT:   Admitted.

14          **(Exhibit 48-1 received.).**

15  **Q.**   BY MR. QUINN:   So is this a drawing that Lily

16  Martinez --

17  **A.**   Yes, and there are the fabric swatches, informing what

18  fabrics she wanted to use for the clothing.

19  **Q.**   And I notice that dolls in the drawing, the hands are

20  out to the side.

21  **A.**   Yes, because it came from her skating doll, but the doll

22  was balancing herself skating.   So it's interesting, she kept

23  that same look even though the dolls were no longer skating,

24  they had that same -- which actually works for the attitude,

25  but it came from the skating idea.

1    Q.    Would you look at Exhibit 48-2 and tell me if you can

2    identify that document.

3    A.    Yes, this is another one of the Toon Teen dolls.

4              MR. QUINN:   We'd offer that, your Honor.

5              MR. NOLAN:   No objection.

6              THE COURT:   Admitted.   You may publish.

7              (Exhibit 48-2 received.).

8    Q.    BY MR. QUINN:   Do you recall whether these Toon Teen

9    dolls that Lily Martinez created, whether they have different

10   ethnicities?

11   A.    Yes, I mean, they had different color skins.

12   Q.    Okay.   Let me change gears now and ask you some

13   questions on another subject.   You've already told us you

14   know Carter Bryant.

15   A.    Yes.

16   Q.    Do you know when he departed Mattel the second time?

17   A.    Yeah, because -- well, I only remember the time that he

18   departed.

19   Q.    Can you tell us roughly when that was, what year that

20   was?

21   A.    It was before I left.   So if I left in 2003, I don't

22   know.   It was a year or two prior to that maybe, or maybe a

23   year prior.   I don't remember the exact date.   But I was

24   there for it.

25   Q.    And did you speak to him about his leaving the company?

1  **A.**    Yes, I did.  Because I was very upset.  His boss's boss,

2  Ron Longsdorf -- his immediate boss was Ann Driskill, and

3  Ann's boss was Ron Longsdorf, L-O-N-G-S-D-O-R-F, who was my

4  direct report.  And he came to me very upset that Carter had

5  resigned, and my first question was why.

6         He said that Carter was made this great offer that

7  really afforded him a life-style that he can't refuse, and I

8  remember him saying that he was able -- I remember this

9  picture of sitting in his home with his dog by his side and

10 being able to make a living out of his home.  And I

11 immediately asked, because what I usually ask when people

12 come and say so-and-so is resigning, my first question is

13 what's the problem.  Have we done anything wrong.  Is it

14 about money.  Is it about something that happened.  Because

15 my first predisposition is, if it's someone I want to keep,

16 is to find out why they are leaving.

17 **Q.**    Did you go talk to Carter Bryant?

18 **A.**    Yeah, well, so after Ron said to me it's a life-style

19 change, he -- and he says he won't tell me where he's going,

20 but he said it's not to competition.  I said let me talk to

21 him.  And I wanted to talk to him because I had hoped I could

22 talk him out of going because he was a very talented

23 designer.

24 **Q.**    So did you go talk to him?

25 **A.**    Yes, I did.

1    Q.   And what was said between the two of you?

2    A.   So I asked the same question.  I said, "I hear you're

3    leaving."  He said yes.  I said, "Why are you leaving?  Is

4    there anything I can do?  More money?"  He said absolutely

5    not.  He said, "I really need a life-style change.  This is

6    my second time here.  And I really have an opportunity where

7    I can work out of my house," and I think he said he was going

8    back to the midwest, and he said, "It's nothing you could

9    ever compete with.  It's just a life-style change."

10            I said is it -- "Are you going to competition?"

11   Because we had a policy that if you were going to

12   competition, you were asked to leave and not stay the two

13   weeks.  We prefer that you stay the two weeks, but if you

14   weren't going to competition, we wanted you to stay the two

15   weeks and finish your work.  But if you were going, it would

16   not be cool to stay.

17   Q.   You continued to pay them for the two weeks?

18   A.   Yes, that's pretty standard.  All the design companies I

19   worked with, that's standard.  Because if you go to

20   competition, we don't want you sitting there for two weeks.

21   Q.   What did he say when you asked him?

22   A.   He said, "Absolutely not.  I'm not going to anything

23   competitive."  So I let him stay the two weeks because I had

24   every reason to believe him and no reason to disbelieve him.

25   Q.   After he left Mattel, did Carter Bryant say anything to

1   you about a new fashion doll idea that he had?

2   A.   No.

3   Q.   Did he ever mention to you the concept of a doll called

4   Bratz?

5   A.   No, absolutely not.

6              MR. QUINN:   Nothing further.

7              THE COURT:   Cross-examination.

8              MR. NOLAN:   Thank you, your Honor.

9                        **CROSS-EXAMINATION**

10  BY MR. NOLAN:

11  Q.   Good afternoon, Ms. Russell (Sic).   Let me just ask you

12  a couple of questions.

13             Just so it's clear in my notes, what is the exact

14  starting date for you at Mattel?

15  A.   As I said earlier, I don't remember the exact starting

16  date.

17  Q.   Can you give me the month?

18  A.   No.   I remember that I ended somewhere around the end of

19  '03, and I know I was there approximately seven years.   So I

20  either -- I remember during Christmastime knowing I was

21  resigning, but I don't remember whether I gave notice right

22  after Christmas or right before Christmas.   So it was either

23  December of '03 or early '04.   I know I was there for

24  approximately seven years.

25  Q.   I'm just curious, you can't recall your starting date at

1  Mattel, but you can recall the time that you saw a particular
2  decal?
3  A.    No, I was not able to recall, if you remember, the exact
4  time I saw the decal.  I just remember also in general terms
5  that it was somewhere early in my tenure, within a year or
6  two of my starting.  I could not remember the exact date.
7  Q.    When Carter Bryant left Mattel, do you know whether he
8  was marked as eligible for rehire?
9  A.    No.  The only thing that that may pertain to is we have
10  a policy where you could not rehire someone within six months
11  of them leaving.  So as you know, we brought him back.
12  There's no such thing in my mind, I was not aware of anything
13  about never being eligible for rehire.  We did have something
14  where you couldn't rehire someone until they had been gone
15  for six months if you wanted to use them free-lance, but I
16  never saw that document.
17  Q.    When did you first see the Bratz doll?
18  A.    I don't remember.  When it first came on the market, I
19  suppose.
20  Q.    Well, in relationship to, let's say, when you saw the
21  decal.
22  A.    Oh, it was much later, because I know that the only
23  thing I do know is that the Bratz doll came after Diva Starz.
24  And I do know that Diva Starz was 2000 because I thought that
25  they looked a little similar.  So I remember that's the only

 1  chronological piece I can tell you, is it was after Diva

 2  Starz, which I know was around 2000.

 3  Q.   Did you consider at the time the consideration of the

 4  name Bratz as being confidential or proprietary to Mattel?

 5  A.   The consideration of it?

 6  Q.   Yes.

 7  A.   Yeah, I would consider that any of those internal

 8  documents in terms of what we generated to be confidential.

 9  Q.   Were you surprised, then, when you first heard of a new

10  doll that had been launched by MGA named Bratz?

11  A.   I thought it was a -- it was spelled differently.  So

12  the truth is you spell something differently -- I've been

13  through this enough in terms of clearing things legally that

14  just by spelling something differently, that you can have a

15  legal right to it.  So yeah, I thought oh, gee, we weren't

16  able to clear it that way, but they were able to clear it

17  this way.

18  Q.   Well, did you report that to anybody within Mattel, that

19  there was a former employee that had left Mattel and now

20  there was a doll line out with the name Bratz?

21  A.   No.  Because I didn't even think I knew where -- that

22  Carter was working at MGA at that point.  I don't remember

23  when exactly I found out.  But that would be -- yeah, that is

24  not anything that I would take note of.

25  Q.   When did you first learn that Carter Bryant was working

1  at MGA?

2  **A.**   I don't remember the exact date.

3  **Q.**   Do you recall when you learned that Carter Bryant was

4  one of the illustrators or designers of the doll Bratz?

5  **A.**   No, I don't remember.

6  **Q.**   No recollection?

7  **A.**   Of the exact date I found out, absolutely not.

8  **Q.**   Is it fair to say that in your position at Mattel, you

9  were part of management?

10  **A.**   Yes.

11  **Q.**   And it's true, as I understand it, that you felt that

12  one of your jobs was to create a collaborative environment at

13  Mattel; correct?

14  **A.**   That was my -- yes.   That was my methodology.   One of my

15  jobs is to create the best product I can.   And I think

16  collaboration is a means to get there in some cases.

17  **Q.**   Do you recall participating in a management survey at

18  Mattel?

19  **A.**   No, I do not.   I don't know what kind of survey you're

20  talking about.

21  **Q.**   Do you recall being interviewed as a representative of

22  senior management for a Barbie review, a survey regarding

23  how, you know, the design function works for Barbie?

24  **A.**   No.   I remember being part of a design and development

25  re-engineering process.   I don't know if that's what you're

1    referring to or not.

2    **Q.**    Do you have a white notebook right in front of you?  Do

3    you mind turning to Trial Exhibit 16196?

4    **A.**    Okay.

5    **Q.**    Do you see the front page Barbie, final recommendation,

6    dated August 5, 2002?

7    **A.**    Yes.

8    **Q.**    Revised August 6, 2002?

9    **A.**    Yes.

10   **Q.**    Turning to page 7 of the document, Trial

11   Exhibit 16196-009.

12              MR. QUINN:  Your Honor, I object to the witness

13   being questioned about a document that the witness -- there's

14   no foundation laid.

15              THE COURT:  It's not in yet.  Counsel, don't refer

16   to the substance of the document.

17   **Q.**    BY MR. NOLAN:  Could you look at page 9, and under

18   management interviews, do you see your name?

19   **A.**    Yes.

20   **Q.**    And do you see a title that is listed under your name?

21   **A.**    Yes.

22   **Q.**    And is that title correct?

23   **A.**    For that time I'm assuming it was.  Because my title

24   changed a number of times while I was there.

25   **Q.**    So does this refresh your recollection that you were

1   interviewed for a management survey with respect to the

2   Barbie final recommendations?

3   **A.**   No, it does not.  We did a lot of different projects.  I

4   mean, this particular survey, I don't have any recollection.

5   I mean, it's possible.

6   **Q.**   You testified on direct examination that Mattel was a

7   creative and innovative place to work; is that correct?

8   **A.**   I thought so, yes.

9   **Q.**   Do you recall any management survey results coming out

10  and making the finding that the organization was in fact risk

11  adverse or defensive, in a defensive mode?

12  **A.**   No, I do not.

13  **Q.**   Do you remember -- if I could ask you to turn to page 9.

14  Do you remember ever being told that the survey -- that a

15  survey was conducted and findings were that the organization

16  would --

17          MR. QUINN:   Your Honor, I object.

18          THE COURT:   Sustained.

19          MR. QUINN:   He's just reading the contents of the

20  document.

21          THE COURT:   Sustained.

22  **Q.**   BY MR. QUINN:   Ms. Ross, you've been shown a number of

23  documents by Mr. Quinn.  I was just wondering, do you recall

24  reading the recommendations that are set forth in this report

25  dated August 5, 2002?

1  **A.**    Where are the recommendations?  What page?

2  **Q.**    Or any of the findings.  For instance, turn to page 010,

3  and it says management interview findings.  Do you see that?

4  **A.**    Page 10?

5  **Q.**    Yes.  Of the Exhibit itself.

6  **A.**    No.

7  **Q.**    You don't recall ever participating in any management

8  meetings where it was reported out --

9          MR. QUINN:  Your Honor, I object.  The witness has

10  said she hasn't seen the document.  Now he's using questions

11  to --

12          THE COURT:  Overruled.  Do not get into the

13  substance.

14  **Q.**    BY MR. NOLAN:  All right.  Separate and apart from this

15  report, do you recall participating in management meeting in

16  about August of 2002, where findings were presented to you

17  and other managers with respect to the results of other

18  managers, including yourself within the Barbie department?

19  **A.**    No, I do not remember this particular event.

20  **Q.**    We talked about Toon Teens for a moment.  You thought

21  that was a really cute idea?

22  **A.**    I thought it was great looking, yeah.

23  **Q.**    And based on your perception of the decal, you thought

24  it should be made into a doll?

25  **A.**    I thought it was great looking, and I thought it would

1    make a great doll.

2    **Q.**    Could you tell the jury whether or not Toon Teens was

3    ever made into a doll?

4    **A.**    No, it was not.

5    **Q.**    Why not?

6    **A.**    Because what we did was out of those exercises where we

7    took many different new brand ideas, they were brought to

8    focus groups, and there may have been, I think, six or seven,

9    and then after looking at the results of the focus groups and

10   looking at our portfolio of brands, it was decided which

11   brands we would go forward with, and I think we could only

12   take one or two new brands out of these exercises.

13            So it was What's Her Face, I think, was picked at

14   that time.  I don't remember the exact reason why What's Her

15   Face was picked over Toon Teens, but I just remember that

16   Toon Teens was not picked during that focus group session,

17   that it was entered into, and some other brand was.  And I

18   think it was What's Her Face.

19   **Q.**    Was it part of your responsibility to review the focus

20   group findings of potentially new products?

21   **A.**    Part of my responsibility, no.  I would come to some,

22   not all of them, depending on my time calendar, I would

23   attend some of the focus groups.  Usually the designer always

24   went.  I would come to some of them.  And in terms of the

25   reports that were issued, I can't say I read every single

1    one.  I always tried to learn whatever I could from the

2    reports, but I can't be sure that I read every single one.  I

3    mean, I would hear.  The results were reported at a meeting

4    live.

5         So I didn't necessarily read it.  There was at the

6    next design meeting, people from research would be talking

7    about what their recommendations were.  So I can't say I read

8    all the reports, no.

9    Q.   Could I ask you to take a look at trial Exhibit No. 286

10   for a moment.

11   A.   Yes.

12   Q.   Do you have that in front of you?

13   A.   Yes.

14   Q.   It's titled Subject, Qualitative Research Flanker Dolls,

15   and it's got a number.  I just want to ask you a couple quick

16   questions.  First of all, are you familiar with the term

17   Flanker doll?

18   A.   Yes, it's a term that we used sometimes, the term

19   Flanker doll, to refer to a new brand.

20   Q.   Do you see that on November 17, 1999, there was a

21   qualitative research product or report distributed within

22   Mattel including feedback on Toon Teens?

23         MR. QUINN:  Excuse me, your Honor.  Again,

24   foundation.  Whether --

25         THE COURT:  Sustained.

1  Q.   BY MR. NOLAN:  Do you remember you testified earlier

2  that you attended a meeting where reports were given out

3  regarding various focus groups conducted involving Toon

4  Teens; correct?

5  A.   No.   What I testified is that sometimes -- you asked me

6  whether I had read all the reports.  And what I said is

7  sometimes I read them.  Sometimes I would go to the live

8  download from research.  So I can't honestly say in this

9  particular focus group whether I read it, whether I went to

10 the live report.  I don't remember.

11 Q.   Do you remember attending a meeting where a live report

12 was presented about Toon Teens?

13 A.   I don't remember the format in which I learned about

14 Toon Teens.  What I do remember is that it wasn't picked and

15 that I don't remember the reason why it wasn't picked.  But I

16 remember that something else was picked instead during that

17 time frame or that -- yeah.

18 Q.   Have you had a chance to look at Exhibit 286, which is

19 the qualitative research regarding Flanker dolls for Toon

20 Teens?  Do you remember seeing this document?

21 A.   I don't remember this particular document.

22 Q.   Do you remember seeing general reports similar to what's

23 stated here with respect to focus group results for Toon

24 Teens?

25 A.   I'm sorry.  Could you reword the question.

1   **Q.**   Do you recall receiving either live reports or written

2   documents where focus group feedback regarding Toon Teens was

3   reported?

4   **A.**   As I said earlier, sometimes the formats changed, and

5   sometimes I would receive them in writing and read them.   And

6   other times I would go to them live.   So I don't understand.

7   Are you asking me whether I remembered this -- I don't

8   remember this particular document, but that's what it appears

9   to be.

10  **Q.**   Is there any question in your mind that this document

11  was not available to you to review?

12         MR. QUINN:   Calls for speculation.

13         THE COURT:   Rephrase, Counsel.

14  **Q.**   BY MR. NOLAN:   Can you say categorically that you did

15  not review this document in your capacity at Mattel?

16  **A.**   I cannot say whether I did or did not.

17  **Q.**   Can you tell the jury other than you know that another

18  doll was chosen over Toon Teens, can you tell the jury what

19  you remember regarding what you had heard about focus groups'

20  reaction to Toon Teens?

21  **A.**   No, as I said to you earlier, I don't remember the

22  exact -- there was seven years of probably, God, 120 --

23  probably over 150 focus groups.   So I don't remember the

24  exact reasons.   What stuck in my mind was that it was not a

25  go forward brand and that we picked another brand, which I

1  think at the time was What's Her Face.

2  **Q.**  Can you describe to the jury why other than Mattel

3  picked out the doll -- why Toon Teens was never made into a

4  doll and offered for resale?

5  **A.**  No, like I said earlier, there's a number of reasons

6  why -- it has to do with our portfolio brands at the time,

7  where the opportunities lie on the shelf in terms of --

8  there's many complex reasons why a brand does or does not get

9  brought to market.  And I know this because my team would

10  constantly pump out new brands.  And I would say that there

11  were 15 to 20 different ideas a year would come up.

12         So I don't remember the exact rationale, but I

13  remember What's Her Face, which I liked as well.  So I wasn't

14  that disappointed.  I mean, What's Her Face got chosen

15  instead.

16  **Q.**  Do you recall ever being told that the focus groups

17  indicated the girls had a mixed reaction to Toon Teens?

18  **A.**  No, like I said, what I remember is that never for

19  whatever reasons, complicated reasons, it did not get picked,

20  and What's Her Face did get picked.

21  **Q.**  I want to go back to the drawing of Toon Teens, the

22  concept of Lily Martinez for just a moment.  I think it was

23  Exhibit No. 48-1.

24  **A.**  In the white book?

25  **Q.**  I'm sorry.  Turning back to the black book for a moment.

1   **A.**   I'm sorry.  What was the number?

2   **Q.**   48.

3         THE COURT:  48-1.

4         THE WITNESS:  Got it.

5   **Q.**   BY MR. NOLAN:  To dash 0008.  Do you see that?

6   **A.**   Yes.

7   **Q.**   And you recognize this as some of the decals?

8   **A.**   Not the decals, these were the drawings for the Toon

9   Teens dolls.

10        MR. NOLAN:  Your Honor, we'd offer 48-008.

11        THE COURT:  Any objection?

12        MR. QUINN:  No objection.

13        THE COURT:  Admitted.

14        **(Exhibit 48-008 received.)**

15        THE COURT:  You may publish.

16        MR. NOLAN:  Thank you.

17  **Q.**   And just ask you to take a look at this for a moment.

18  Do you see the doll on the lower left?

19  **A.**   It's not a doll.  These are the drawings for the decals.

20  **Q.**   The drawing on the left, is that drawing on the left

21  done by Lily Martinez?

22  **A.**   Yes.

23  **Q.**   And is the drawing on the right the color version of

24  that drawing?

25  **A.**   It appears to be.

1  **Q.**   Do you know whether or not Lily Martinez drew those

2  dolls -- I'm sorry, those decals twice?

3  **A.**   Do I know if she drew them twice?  I don't know her

4  methodology, quite frankly.  Every designer works

5  differently.  So I recognize that as Lily's drawing style.  I

6  don't know whether she redrew it or she xeroxed it and pasted

7  it.  Everyone has their own method.

8  **Q.**   If we can go back to the full shot for a moment.

9  There's a lot of different drawings with different colors.

10  Do you see that?

11  **A.**   Yes.

12  **Q.**   Do you know whether or not Lily Martinez redrew each one

13  of those figures that appear here?

14  **A.**   As I said earlier, I don't know her particular

15  methodology, whether she redrew it or she could have xeroxed

16  it and pasted it down.

17  **Q.**   And in the middle of the drawing here, where you have on

18  the left-hand side Toon Teens drawings on skates, and on the

19  right-hand side Toon Teens on skates with color.  Do you see

20  that?

21  **A.**   By the way, these are not Toon Teens drawings on skates.

22  These are the decal drawings that were done for the

23  roller-blade Barbie prior to the invention of the Toon Teens

24  dolls.

25  **Q.**   I apologize.  In my year, roller blades and skates were

1  the same thing.  I apologize.

2       My question to you is would you say that the color

3  version of the hand drawing image on the left-hand side has

4  the same attitude as -- has the same attitude?

5  **A.**   Yeah, I would say to me it looks like the same drawing

6  but colored in.

7  **Q.**   Okay.  Before coming to Mattel --

8       THE COURT:  Counsel, I want to stop you here.  It's

9  the end of the day.  We'll resume at 9:00 tomorrow morning.

10 The jury is excused until 9:00.  Remember the admonition not

11 to discuss the case with anybody.  Be here, and we'll start

12 promptly at 9:00.  Have a good evening.

13       **(WHEREUPON THE JURY WITHDRAWS.)**

14       THE COURT:  Please be seated.  Mr. Quinn, who are

15 the witnesses you're calling for tomorrow?

16       MR. QUINN:  Tomorrow we'll be calling -- obviously

17 we'll finish up with Ms. Ross, Lily Martinez, Paula Garcia.

18       THE COURT:  Very good.  Let's be ready to go right

19 at 9:00.  I'd like to see counsel at 8:30.  And the only

20 comment, Mr. Nolan, when you're making objections, go ahead

21 and rise just for the court reporter, and it stops the

22 witness from speaking.  Not a problem.  If you're not

23 objecting, you may stay seated.  But if you are objecting, go

24 ahead and rise.

25       All right.  If there's nothing else, we'll see you

1  tomorrow morning at 8:30.

2

3              (Proceedings concluded at 5:05 P.M.)

4

5

6

7

8

9

10

11

12              **C E R T I F I C A T E**

13

14

15       I hereby certify that pursuant to Title 28,

16  Section 753 United States Code, the foregoing is a true and

17  correct transcript of the stenographically reported

18  proceedings in the above matter.

19       Certified on May 27, 2008.

20

21

22       **MARK SCHWEITZER, CSR, RPR, CRR**
         Official Court Reporter
23       License No. 10514

24

25