1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA

3    EASTERN DIVISION

4    - - -

5    HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6    - - -

7    MATTEL, INC.,                    )

8                    PLAINTIFF,       )

9         VS.                         )   NO. CV 04-09049

10   MGA ENTERTAINMENT, INC., ET. AL., )   TRIAL DAY 23
                                       )   AFTERNOON SESSION
11                   DEFENDANTS.       )   PAGES 4890-5014
                                       )
12   AND CONSOLIDATED ACTIONS,         )
                                       )

13

14

15        REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16              RIVERSIDE, CALIFORNIA

17           THURSDAY, JULY 10, 2008

18                 1:30 P.M.

19

20

21

22

23           THERESA A. LANZA, RPR, CSR
          FEDERAL OFFICIAL COURT REPORTER
24           3470 12TH STREET, RM. 134
          RIVERSIDE, CALIFORNIA  92501
25              951-274-0844
             WWW.THERESALANZA.COM

CERTIFIED COPY

```
 1   APPEARANCES:

 2
     ON BEHALF OF MATTEL, INC.:
 3
                         QUINN EMANUEL
 4                       BY:   JOHN QUINN
                               JON COREY
 5                             MICHAEL T. ZELLER
                               HARRY OLIVAR
 6                             TIMOTHY ALGER
                               WILLIAM PRICE
 7                       865 S. FIGUEROA STREET,
                         10TH FLOOR
 8                       LOS ANGELES, CALIFORNIA  90017
                         213-624-7707
 9

10
     ON BEHALF OF MGA ENTERTAINMENT:
11
                         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
12                       BY:   THOMAS J. NOLAN
                               JASON RUSSELL
13                             RAOUL KENNEDY
                               LAUREN AGUIAR
14                             CARL ROTH
                         300 SOUTH GRAND AVENUE
15                       LOS ANGELES, CALIFORNIA  90071-3144
                         213-687-5000
16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2                                                    PAGE

3    CLOSING ARGUMENTS - DEFENSE....................... 4893

4    CLOSING ARGUMENTS - PLAINTIFF..................... 4972

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

THURSDAY, JULY 10, 2008              TRIAL DAY 23, AFTERNOON SESSION

1    RIVERSIDE, CALIFORNIA; THURSDAY, JULY 10, 2008; 1:30 P.M.

2                              -OOO-

3          (WHEREUPON, JURORS ENTER COURTROOM.)

4          **THE COURT:**  MR. NOLAN, YOU MAY BEGIN.

5          **MR. NOLAN:**  THANK YOU.                              01:30

6                 **CLOSING ARGUMENT - DEFENSE**

7          **MR. NOLAN:**  GOOD AFTERNOON, LADIES AND GENTLEMEN.

8          LET ME START, FIRST, BY THANKING YOU.  I DON'T WANT

9    TO WAIT UNTIL THE END.  THANK YOU SO MUCH ON BEHALF OF MGA,

10   MR. LARIAN, AND HIS FAMILY, WHO HAVE BEEN HERE EVERY DAY, AND   01:30

11   MY TRIAL TEAM.  YOU HAVE BEEN A TERRIFIC JURY, AND I APPRECIATE

12   YOUR PATIENCE.  THE HOURS HAVE BEEN LONG, BUT YOUR ATTENTION

13   HAS BEEN SPECTACULAR.  AND YOU LAUGHED AT MOST OF MY JOKES,

14   INCLUDING THE FAMOUS LINE, 'WHOSE HEAD WAS IT IN THE TRASH,'

15   WHICH I'LL ALWAYS BE REMEMBERED FOR.  BUT WHEN I WAS LISTENING   01:31

16   TO MR. QUINN, I WAS STRUCK BY ONE THING.  AND IT'S A COMMENT

17   THAT SOMETIMES WE MAKE AT HOME:  GO BIG OR GO HOME.

18         EVERYTHING THAT MR. QUINN SAYS TO YOU, LADIES AND

19   GENTLEMEN, IS DEPENDENT ON ONE OVER-ARCHING THEME:  EVERY

20   WITNESS WHO TESTIFIED FOR MGA IS A LIAR; EVERY LAWYER WHO        01:31

21   PARTICIPATED IN THE PREPARATION OF A WITNESS OR THE DRAFTING OF

22   A DOCUMENT IS INVOLVED IN A MASSIVE CONSPIRACY.  EVERY SINGLE

23   PERSON.

24         MR. LARIAN SAID WHEN HE TOOK THE STAND, AND HE TOLD

25   YOU DURING CROSS-EXAMINATION BY MR. PRICE, THAT WHEN HE SIGNED   01:31

 1   UP, TOOK THE RISK, RISKED MILLIONS OF DOLLARS TO TAKE MATTEL

 2   ON, HE KNEW FROM HIS EXPERIENCE IN THE MARKETPLACE THAT HE HAD

 3   A TARGET ON HIS BACK.

 4        WELL, ONE OTHER THING WE'VE LEARNED NOW IS THAT IF

 5   YOU DARE TO BE A WITNESS IN A MATTER BROUGHT BY MATTEL, YOU ARE    01:32

 6   GOING TO HAVE A TARGET ON YOUR BACK AND THAT TARGET AND THAT

 7   LABEL IS, YOU ARE LYING, AND IF YOU HAPPEN TO BE A LAWYER THAT

 8   TAKES ON MATTEL, YOU TOO WILL BE PAINTED WITH THAT WIDE BRUSH.

 9        IT JUST CAN'T BE.

10        WHAT I IMPLORE YOU TO DO, AND I AM CONFIDENT THAT           01:32

11   YOU'RE GOING TO DO IN WEIGHING THE EVIDENCE, IS TO LOOK AT BOTH

12   SIDES, AND THEN TO APPLY COMMON SENSE.  IT'S THE BEST SENSE,

13   WHEN YOU'RE LOOKING AT THIS, WHEN YOU'RE LOOKING AT THIS CASE.

14        I INVITE YOU TO LOOK AT THE INTEGRITY OF THE

15   PRESENTATION THAT YOU SAT THROUGH FOR SEVEN WEEKS, AND I AM       01:32

16   CONFIDENT AND QUITE COMFORTABLE TO HAVE MY INTEGRITY AND OUR

17   PRESENTATION'S INTEGRITY JUDGED BY EACH AND EVERY ONE OF YOU.

18        YOU KNOW, I HARKEN BACK TO THE FIRST DAY THAT WE MET

19   IN OPENING STATEMENTS.  OPENING STATEMENTS BY A TRIAL LAWYER

20   ARE NOT POLITICAL SPEECHES, FOR POLITICIANS CAN MAKE PROMISES     01:3

21   TO GET YOUR VOTE AND THE ELECTION IS ALWAYS HELD BEFORE THOSE

22   PROMISES HAVE TO BE COMMITTED, OR MET.

23        IN A TRIAL, WHEN A TRIAL LAWYER STANDS BEFORE YOU IN

24   OPENING STATEMENT AND TELLS YOU, THIS IS WHAT THE EVIDENCE IS

25   GOING TO PROVE, YOU, LADIES AND GENTLEMEN, GET TO VOTE AFTER      01:3

1    THEY HAVE TRIED TO MEET THOSE COMMITMENTS.

2         IN MR. QUINN'S OPENING STATEMENT, MR. QUINN LAID OUT

3    TO YOU WHAT THE EVIDENCE IN THIS CASE WAS GOING TO PROVE.

4         I SUBMIT, LADIES AND GENTLEMEN, YOU HAVE BEEN HERE.

5    YOU SEE ALL OF THE LAWYERS BEHIND EACH OF THE TEAMS.  DO YOU     01:34

6    THINK FOR A MOMENT THAT WE STOOD UP HERE NOT EXPECTING TO KNOW

7    WHAT THE EVIDENCE WAS GOING TO SHOW?

8         I SUBMIT THAT WHEN YOU COMPARE THE OPENING STATEMENT

9    OF MATTEL ON THE FIRST DAY TO WHAT THEY ACTUALLY PROVED IN THE

10   TRIAL, IT SHOWS ONE GLARING THING; AND THAT IS THE SAME GLARING   01:34

11   THING THAT WAS MISSING FROM MR. QUINN'S ARGUMENT THIS MORNING:

12   MATTEL HAS THE BURDEN IN THIS CASE TO PROVE EACH AND EVERY ONE

13   OF THE ELEMENTS OF THE CLAIMS THAT THEY ARE SEEKING.

14        THEY HAVE THE BURDEN TO PROVE THAT THE DRAWINGS OF

15   CARTER BRYANT WERE NOT DONE IN 1998, THAT THEY WERE DONE AT       01:35

16   MATTEL.  AND THEY CANNOT SATISFY THAT BURDEN MERELY BY YELLING,

17   BY GOING FAST, AND SAYING, WELL, HE'S LYING, SHE'S LYING, THE

18   MOTHER -- IT'S OKAY TO BE MISTAKEN IF YOU'RE THE MOTHER.

19        THINK ABOUT THIS.  THINK ABOUT TEN YEARS FROM NOW AND

20   SOMEONE ASKS YOU, 'DID YOU SEE THIS DRAWING IN THE BRATZ          01:35

21   TRIAL?'  HOW CERTAIN ARE YOU THAT YOU'RE GOING TO SAY, 'I'M

22   ABSOLUTELY CERTAIN I SAW THIS PARTICULAR ONE'?

23        YOU KNOW, MATTEL WANTS IT BOTH WAYS.  IN ONE SENSE,

24   THEY SPEND SO MUCH TIME IN THEIR PRESENTATION TALKING ABOUT

25   CARTER BRYANT'S CREDIBILITY AND THE USE OF EVIDENCE ELIMINATOR.   01:36

1   WE HEARD SO MANY QUESTIONS ABOUT THE SOFTWARE PACKAGE, EVIDENCE

2   ELIMINATOR.  PLEASE REMEMBER THAT THAT TESTIMONY WAS PRECEDED

3   BY AN INSTRUCTION FROM HIS HONOR WHICH SAID THAT IT WAS ONLY

4   BEING OFFERED FOR THE LIMITED PURPOSE OF CARTER BRYANT'S

5   CREDIBILITY; MGA HAD NO KNOWLEDGE OF IT.                        01:36

6          BUT WHAT MR. QUINN AND MATTEL WANTS YOU TO BELIEVE IS

7   THAT THE EVIDENCE ELIMINATOR WAS USED TO ELIMINATE ALL OF THIS

8   EVIDENCE.

9          WELL, IF MR. BRYANT USED SUCH SOFTWARE, HE DID SO AT

10  THE TIME MATTEL WELL KNEW ABOUT IT, IN THE SENSE THAT THEY'VE   01:36

11  SETTLED THEIR CLAIMS AGAINST CARTER BRYANT EVEN THOUGH THEY

12  KNEW HE HAD USED, ALLEGEDLY, EVIDENCE ELIMINATOR.

13         IF THE EVIDENCE WAS ELIMINATED THAT WAS SO IMPORTANT

14  IN THIS CASE, WHY DOES CARTER BRYANT PRESENT AND PRODUCE OTHER

15  DOCUMENTS THAT WE'VE SPENT SEVEN WEEKS GOING OVER; THE HUNDREDS  01:37

16  OF PHOTOGRAPHS, THE PICTURES, THE DRAWINGS, THE NOTEBOOK

17  ITSELF?  IT DOESN'T MAKE SENSE.

18         THEY DID THAT TO SMEAR CARTER BRYANT.  THEY WANTED

19  YOU TO BELIEVE THAT SOMEONE WHO MAY BE EMBARRASSED ABOUT THE

20  INTERNET SITES HE VISITS AND WANTS TO SHIELD THAT FROM HIS      01:37

21  FAMILY MEMBERS -- THAT IT'S WRONG TO TRY TO DO THAT.  THEY

22  SUCCEEDED IN EMBARRASSING HIM.

23         ISAAC LARIAN'S FAMILY WAS BROUGHT INTO THIS CASE.

24         WHAT RELEVANCE TO THE QUESTION IN THIS CASE AS TO

25  WHEN THE DRAWINGS WERE DONE DID THE QUESTION OF WHETHER OR NOT  01:3

```
 1   MR. LARIAN'S PARENTS HAD WEALTH IN IRAN, OR THAT HE HAD A

 2   DISPUTE WITH HIS BROTHER?

 3              WHY THE SIDE SHOW?

 4              PERHAPS TO BIAS YOU?

 5              EVEN MR. QUINN, IN HIS OPENING PART OF THE ARGUMENT,    01:38

 6   TALKED ABOUT THE TESTIMONY OF FARHAD LARIAN, THE BROTHER, AND

 7   HE EVEN SAID THAT MR. LARIAN'S LAWSUIT AGAINST HIS BROTHER

 8   RELIED ON A NOTION THAT HE WAS CONCEALED OF INFORMATION FROM

 9   BRATZ.

10              YOU KNOW THE REST OF THE STORY.  MR. LARIAN RELIED ON   01:38

11   A TYPOGRAPHICAL ERROR IN THE WALL STREET JOURNAL, AND DURING

12   THE COURSE OF THE PRESENTATION OF THAT ARBITRATION, RECOGNIZING

13   THE EVIDENCE DIDN'T SUPPORT THE ALLEGATIONS, GAVE IT UP.

14              BUT MATTEL WILL TWIST THAT AND SAY, 'OH, BECAUSE

15   ISAAC LARIAN GAVE A PROMISE TO HIS FATHER, WHO DIED ON            01:39

16   JANUARY 20TH OF THIS YEAR, THAT HE WOULD NOT GO AFTER HIS

17   BROTHER TO COLLECT THE ATTORNEY FEES THAT HAD BEEN AWARDED TO

18   ISAAC -- MR. LARIAN TURNS THAT AROUND AND SAYS THAT'S PAYOFF

19   MONEY TO FARHAD.

20              THAT'S NOT EVIDENCE, LADIES AND GENTLEMEN.  THAT'S     01:39

21   DRAMA.  THAT'S A SIDE SHOW.  THAT'S A DISTRACTION.

22              I'M GOING TO GET TO THIS IN A MOMENT.

23              I ACTUALLY AGREE WITH ONE THING THAT WAS SAID BY

24   MR. QUINN; AND THAT IS THAT MR. CUNNINGHAM'S TESTIMONY IN THIS

25   CASE WAS A GAME CHANGER.                                          01:39
```

```
 1              AARON, CAN I HAVE UP ON THE SCREEN THAT SLIDE,
 2   PLEASE.
 3              I ABSOLUTELY AGREE THAT MR. CUNNINGHAM, THE DOCUMENT
 4   EXAMINER, WITH YEARS OF EXPERIENCE, LOOKED AT THE DRAWING, AND
 5   USING THE INDENTION MATERIALIZER, PROVED THAT THE BRATZ DRAWING
 6   WAS IN THE NOTEBOOK, THE NOTEBOOK THAT CARTER BRYANT PRODUCED.
 7   AND YOU'LL RECALL THE TESTIMONY, I'M SURE, VIVIDLY:
 8              'WHO HIGHLIGHTED THAT, MR. CUNNINGHAM?'
 9              'WELL, MATTEL'S GRAPHIC DEPARTMENT DID.'
10              'WHAT WAS THE PURPOSE IN DOING THAT?'
11              'WE WANT TO SHOW TO THE JURY THAT IT WAS THE ORIGINAL
12   BRATZ DOLL THAT WAS IN THE DRAWING, AND DRAWING IN THE
13   NOTEBOOK, AND THAT THERE WAS AN INDENTION ON A DIVIDER.'
14              YOU'LL REMEMBER THAT.  THAT WAS THE DIRECT
15   EXAMINATION.
16              MY COLLEAGUE, MR. SLOAN, STOOD UP AND, ON
17   CROSS-EXAMINATION, SAID -- LET'S GO TO THE NEXT SLIDE --
18   BECAUSE, OF COURSE, WE HAD ALREADY HEARD ABOUT RAINY DAY
19   RASCALS AND GREETING CARDS BY CARTER BRYANT -- WE STARTED TO
20   TRACE IN THE BACK.
21              AARON DID IT WITH THE BLUE.
22              A PAID EXPERT BY MATTEL COMES IN, RELIED NOW AND
23   EMBRACED BY MR. QUINN, EMBRACED BY MR. QUINN, AND SAID IT
24   CHANGED THE COURSE OF THIS CASE.
25              I AGREE.  IT CHANGED THE COURSE OF THIS CASE.
```

01:40
01:40
01:40
01:41
01:41

```
 1            YOU CANNOT BRING AN EXPERT WITNESS, NO MATTER IF YOU
 2   PAY HIM $200 AN HOUR OR WHAT, TO MISLEAD A JURY.
 3            WHY DIDN'T HE PICK THAT OUT?  WHY DIDN'T HE DRAW?
 4   WHY DIDN'T HE IDENTIFY RAINY DAY RASCALS?
 5            BECAUSE THE MATTEL LAWYER TOLD HIM NOT TO.          01:41
 6            SIGNIFICANT?
 7            OF COURSE.
 8            YOU KNOW THE SIGNIFICANCE.
 9            RAINY DAY RASCALS, THAT WAS NOT HIGHLIGHTED, YET
10   PRESENT ON THE INDENTION OF THAT DIVIDER, WAS TESTIFIED TO BY  01:42
11   CARTER BRYANT AS HAVING BEEN DRAWN WHILE HE WAS IN KIMBERLING
12   CITY IN 1998, WHILE HE WAS NOT EMPLOYED BY MATTEL.
13            IN MY TIME ALLOTTED TODAY, I WANT TO TALK TO YOU
14   ABOUT THE OVERVIEW OF THE FACTS, I WANT TO TALK TO YOU ABOUT
15   THE JURY INSTRUCTIONS, TO TRY TO OVERLAY THOSE JURY          01:42
16   INSTRUCTIONS WITH THE QUESTIONS THAT YOU'RE GOING TO BE ASKED.
17            BUT I WANT TO DO ONE MORE THING BEFORE I GET THERE.
18            WHEN I STOOD UP IN MY OPENING STATEMENT, I REMINDED
19   YOU OF A NEWSCASTER CALLED PAUL HARVEY IN HIS 'THE REST OF THE
20   STORY.'  THERE'S ALWAYS THE REST OF THE STORY.  AND DURING THIS  01:4
21   CASE, I BELIEVE THAT SO MANY TIMES, WITNESS AFTER WITNESS AFTER
22   WITNESS, THE REST OF THE STORY CAME OUT ON CROSS-EXAMINATION.
23            MR. QUINN, IN HIS CLOSING TODAY, TALKED TO YOU ABOUT
24   THE TESTIMONY OF PETER MARLOW AND QUOTED AN EXCHANGE BETWEEN
25   MR. LARIAN AND THE QUESTIONER.                               01:4
```

1        LET'S PUT UP THE QUESTION AND THE ANSWER.  THIS IS

2    LARIAN AT PAGE 1840.

3        MR. QUINN TOLD YOU JUST AN HOUR AGO -- HE SHOWED THE

4    FIRST QUESTION AND ANSWER.

5        QUESTION:  "AND YOU DIDN'T, FOR EXAMPLE, COMMUNICATE          01:44

6    WITH VERONICA MARLOW AND, SAY, IDENTIFY WHO THESE LADIES ARE

7    WHO HAVE 100 YEARS TOTAL DOLL-MAKING EXPERIENCE AND HAVE THIS

8    SECURE EMPLOYMENT AND WHO ARE MOONLIGHTING AND WHO WOULD BE

9    FIRED AND HUMILIATED IF IT WAS DISCOVERED?"

10        ANSWER:  "AGAIN, AS I TESTIFIED, I DID NOT READ THIS         01:44

11    LONG E-MAIL.  IT WAS NOT SENT TO ME.  IT WAS SENT TO PAULA.  I

12    WAS COPIED ON IT, SO I DON'T RECALL EVEN READING THIS WHOLE

13    E-MAIL."

14        **MR. NOLAN:**  AND MR. LARIAN WAS RIDICULED FOR THAT

15    ANSWER.                                                          01:44

16        BUT THEN, WHAT MR. QUINN DID NOT SHOW YOU, WHAT

17    MATTEL DID NOT SHOW YOU, IS THE VERY NEXT QUESTION AND ANSWER:

18        QUESTION:  "I, SITTING HERE READING THIS TODAY, YOUR

19    DECISION STILL WOULD BE, 'I WOULDN'T DO ANYTHING ABOUT IT; I

20    WOULDN'T INVESTIGATE IT'?"                                       01:44

21        ANSWER:  "PAULA WAS WORKING WITH VERONICA, AND I

22    HOPED SHE WOULD LOOK INTO THIS.  I WAS NOT INVOLVED IN THAT

23    DETAIL, NO."

24        **MR. NOLAN:**  YOU KNOW FROM MR. MARLOW'S TESTIMONY

25    THAT, IN FACT, WHEN THE E-MAIL HAD BEEN WRITTEN TO               01:45

1   ISAAC LARIAN, VERONICA MARLOW HAD QUIT, BECAUSE MEL WOODS AND

2   PAULA GARCIA WERE DEMANDING TO KNOW THE IDENTITY OF WHO THEY

3   WERE USING AS THIRD-PARTY VENDORS.

4          THAT'S THE REST OF THE STORY.  DO NOT DECIDE THIS

5   CASE, LADIES AND GENTLEMEN, ON INNUENDO.                          01:45

6          MR. QUINN SAYS THAT WE STOLE IDEAS AND DRAWINGS FROM

7   MATTEL.  THE ONLY THEFT THAT WILL OCCUR IN THIS CASE IS IF --

8   AND I DON'T BELIEVE THIS IS GOING TO HAPPEN -- IF YOU ALLOW

9   MATTEL TO TAKE IDEAS AND DRAWINGS THAT THEY DID NOT CONCEIVE

10  OF, THAT THEY DID NOT DRAW, AND DOLLS THAT THEY DID NOT MAKE.      01:45

11         THAT'S WHAT THIS CASE IS ABOUT.

12         THE CENTRAL ISSUE IN THIS CASE IS, WHEN DID

13  CARTER BRYANT FIRST CONCEIVE OF THE BRATZ CHARACTERS AND REDUCE

14  HIS IDEA TO A DRAWING?

15         MATTEL WILL DO EVERYTHING, AND DID EVERYTHING, TO          01:46

16  DISTRACT YOU FROM THAT MAIN POINT.

17         IN LATE AUGUST OF 1998, CARTER BRYANT DESCRIBED THE

18  FOUR BRATZ CHARACTERS IN HIS HANDWRITTEN NOTES.  YOU HAVE IT IN

19  EVIDENCE.  IT'S TRIAL EXHIBIT 709.

20         COULD I HAVE SLIDE 27 UP.                                  01:46

21         THIS IS THE DOCUMENT, "MEET THE BRATZ."

22         THE NAME "BRATZ" IS MENTIONED RIGHT THERE.

23  CARTER BRYANT TESTIFIED THAT THIS WAS HIS CONCEPT FOR WHAT THE

24  BRATZ WOULD BE.  IT TURNS OUT THAT IT BECAME THE INITIAL

25  INSPIRATION FOR A DOLL LINE THAT WAS FABULOUSLY SUCCESSFUL,       01:47

```
 1   THAT MR. QUINN EVEN ADMITTED WAS HUGELY SUCCESSFUL AROUND THE

 2   WORLD.  AND THAT, LADIES AND GENTLEMEN, IS COMPETITION.  AND

 3   THAT IS REALLY WHAT IS GOING ON AS A SUBTEXT IN THIS CASE.

 4        YES, IT'S ABOUT DOLLS; BUT, YES, IT IS SO MUCH MORE

 5   IMPORTANT THAN THAT.                                          01:47

 6        MATTEL AND MGA COMPETE IN THE MARKETPLACE.  AND YOU

 7   NOW KNOW THAT FOR 40 YEARS, BARBIE WAS THE ONLY DOLL IN TOWN,

 8   AND BRATZ CAME IN AND KNOCKED HER OFF HER PEDESTAL.  AND MATTEL

 9   HAS AGGRESSIVELY ACCUSED ALL OF US IN A CONSPIRACY TO STEAL AN

10   IDEA THAT THEY NEVER HAD, THEY NEVER MADE.                    01:47

11        BRATZ WAS BORN ON AN AUGUST EVENING IN KIMBERLING

12   CITY.  THE BEST EVIDENCE OF IT IS THE TESTIMONY OF

13   JANET BRYANT.  MOTHERS DON'T LIE.  MR. QUINN EVEN ADMITTED

14   THAT.  THEY MAY BE MISTAKEN.  AND SHE CERTAINLY MADE MISTAKES

15   WITH RESPECT TO WHAT DRAWINGS SHE MAY HAVE SEEN.  BUT HER      01:48

16   DEPOSITION WAS TAKEN NINE YEARS AFTER SHE SAW THE DRAWINGS.

17   BUT IF THERE WAS A CONSPIRACY, YOU WOULD HAVE EXPECTED HER TO

18   NAIL IT; 'OH, I SAW THAT ONE; I SAW THIS ONE; I SAW THAT ONE; I

19   DIDN'T SEE THIS; OH, NO, I DIDN'T SEE THIS ONE.'

20        SHE'S HONEST.                                            01:48

21        COULD WE ALL, EVEN AFTER SEVEN WEEKS --

22        I MEAN, I'M SITTING AROUND IN A CONFERENCE ROOM,

23   GOING, 'IS THIS IN EVIDENCE?  DID WE INTRODUCE THIS IN

24   EVIDENCE?  DID I ASK QUESTIONS ABOUT THIS ONE?'

25        THERE'S A LOT OF DRAWINGS HERE.  THE FAILURE TO          01:49
```

| 1 | IDENTIFY WITH SPECIFICITY A PARTICULAR DOCUMENT, I SUBMIT TO |
| 2 | YOU, LADIES AND GENTLEMEN, IS A TESTAMENT TO HER TRUTH, BECAUSE |
| 3 | SHE WASN'T COLORING HER TESTIMONY. |
| 4 | AARON, CAN YOU PLAY THE TESTIMONY FROM MRS. BRYANT. |
| 5 | (EXCERPT PLAYED AS FOLLOWS.) |
| 6 | QUESTION: "PLEASE TELL US WHAT YOU CAN RECALL ABOUT |
| 7 | THE OCCASION IN WHICH CARTER FIRST SHOWED YOU ANY BRATZ |
| 8 | DRAWINGS OF ANY KIND." |
| 9 | ANSWER: "HE KNOCKED ON MY BEDROOM DOOR, SAID, 'MOM, |
| 10 | I WANT TO SHOW YOU SOMETHING. WHAT DO YOU THINK OF THIS IDEA? |
| 11 | WHAT DO YOU THINK OF THESE?'" |
| 12 | (END OF EXCERPT PLAYED.) |
| 13 | **MR. NOLAN:** MR. BRYANT, AT THE TIME, WAS WORKING AT |
| 14 | OLD NAVY. |
| 15 | AND, AGAIN, IF YOU CAN'T CONFRONT THE EVIDENCE AND |
| 16 | YOU CAN'T DEAL WITH IT ON A TRUTHFUL BASIS, THEN RIDICULE IT. |
| 17 | I SUBMIT, RESPECTFULLY, THAT'S HOW MATTEL HANDLED THIS. |
| 18 | IN THE OPENING STATEMENT, SO MUCH TIME AND EFFORT WAS |
| 19 | SPENT ON KICKAPOO HIGH SCHOOL AND THE ROUTE THAT WAS DRAWN. |
| 20 | YOU'LL RECALL -- DO YOU HAVE THE SLIDE THAT WAS USED IN OPENING |
| 21 | STATEMENT, AARON -- OF COURSE, THIS IS THE ROUTE THAT WAS |
| 22 | PRESENTED TO YOU BY MATTEL, WHERE IT SHOWS OLD NAVY AND A |
| 23 | CIRCUITOUS ROUTE AROUND THE AREA OF THE HIGH SCHOOL, AND THEN |
| 24 | THE ROUTE HOME TO THE PARENTS' HOUSE. |
| 25 | THAT'S WHAT MATTEL WANTED YOU TO BELIEVE WAS THE |

01:49
01:50
01:50
01:50
01:51

1   ROUTE.

2          BUT THEN, OF COURSE, WHEN CARTER BRYANT TESTIFIED, HE

3   GAVE YOU -- AND HE'S THE ONE WHO ACTUALLY LIVED THERE -- HE

4   GAVE YOU THE CORRECT ROUTE, THE ROUTE THAT TAKES HIM BACK TO

5   HIS PARENTS' HOUSE, FROM OLD NAVY TO HIS PARENTS' HOUSE, THAT          01:51

6   GOES RIGHT BY KICKAPOO HIGH SCHOOL.

7          BUT GIVE ME THE SLIDE THAT GIVES ME HIS TESTIMONY.

8          REMEMBER HOW MANY TIMES HE WAS ASKED QUESTIONS ABOUT

9   THIS BY MR. PRICE, OVER AND OVER AND OVER AGAIN, 'YOU MUST HAVE

10  DRIVEN THE WAY MATTEL WANTS YOU TO SAY YOU DROVE HOME.'  BUT          01:51

11  MR. BRYANT, AFTER FIVE DAYS -- I RESPECTFULLY SUBMIT I THINK WE

12  GOT TO KNOW MR. BRYANT QUITE WELL AFTER FIVE DAYS.  HE'S NOT

13  THE MOST FORCEFUL PERSON.  BUT EVEN MR. BRYANT SAID IN

14  RESPONSE -- 'AND SO YOUR TESTIMONY IS THAT YOU WERE NEVER AWARE

15  OF THE ROUTE SHOWN IN THIS MAP FROM KIMBERLING CITY, GOING OVER       01:51

16  THE INTERSTATE AT HIGHLANDVILLE, UP TO 65 TO THE BATTLEFIELD

17  MALL?'

18         AND HIS ANSWER WAS, 'YOU KNOW, YOU CAN ASK ME THIS

19  MANY TIMES, BUT I'M GOING TO KEEP TELLING YOU THE ROUTE I TOOK

20  WAS TO TAKE HIGHWAY 160 UP TO SPRINGFIELD.'                            01:52

21         ANOTHER EXAMPLE OF, IF YOU DON'T FIT IN TO MATTEL'S

22  THEORY OF THIS CASE, YOU'RE BRANDED A LIAR.  IF THE EVIDENCE IS

23  AGAINST YOU, YOU PRESENT A MISLEADING GRAPHIC.

24         THREE WITNESSES SAW THE BRATZ CHARACTER DRAWINGS AND

25  THE IDEA IN 1998.  AND THESE ARE THE WITNESSES THAT MATTEL            01:52

1   CANNOT TOUCH, OTHER THAN TO SAY, 'ISN'T IT SUSPICIOUS THAT THEY

2   COULDN'T REMEMBER EXACTLY THE DRAWINGS THAT THEY SAID THEY

3   SAW?'

4        I SHOWED YOU ONE CLIP FROM JANET BRYANT.  I'D LIKE TO

5   SHOW ANOTHER CLIP FROM HER TESTIMONY.                            01:53

6        THIS IS SLIDE 247, AARON.

7        (VIDEO EXCERPT PLAYED AS FOLLOWS:)

8        QUESTION:  "DURING THE TIME THAT CARTER BRYANT LIVED

9   WITH YOU THERE IN KIMBERLING CITY, MISSOURI, DO YOU RECALL

10  SHOWING TOM ANY DRAWINGS THAT CARTER HAD DONE, OTHER THAN THE    01:53

11  GREETING CARD DRAWINGS?"

12       ANSWER:  "YES."

13       QUESTION:  "WHAT OTHER ONES DO YOU REMEMBER HIM

14  SHOWING YOU?"

15       ANSWER:  "THE BRATZ, THE BIRTH OF THEM."               01:53

16       QUESTION:  "WHAT DID YOU SHOW TOM BRYANT IN

17  CONNECTION WITH THE BRATZ?"

18       ANSWER:  "THE SKETCHES HE HAD DONE.  I BELIEVE THEY

19  WERE IN PENCIL.  THE CONCEPT OF THE BIG HEAD AND THE BIG FEET

20  AND THE LITTLE BODIES."                                    01:5

21       (END OF VIDEO EXCERPT PLAYED.)

22       **MR. NOLAN:**  THEN LET'S PLAY SLIDE 23,

23  JEANNE GALVANO'S VIDEO CLIP.

24       VIDEO EXCERPT PLAYED AS FOLLOWS:)

25       QUESTION:  "I BELIEVE YOU MENTIONED THAT THERE WAS      01:5

4906

1    THE OTHER OCCASION IN WHICH JANET SHOWED YOU SKETCHES THAT

2    CARTER BRYANT HAD DONE."

3            ANSWER:  "YES."

4            QUESTION:  "HOW MANY SKETCHES DID SHE SHOW YOU?"

5            ANSWER:  "I BELIEVE THERE WERE THREE PAPERS."          01:54

6            QUESTION:  "WHEN YOU SAY 'THREE PAPERS,' DO YOU MEAN

7    THREE PAGES?"

8            ANSWER:  "YES."

9            QUESTION:  "WHEN IS IT THAT JANET SHOWED YOU THOSE

10   DRAWINGS?"                                                    01:54

11           ANSWER:  "WHEN I WAS OUT THERE IN '98; THAT'S WHAT I

12   BELIEVE IT WAS."

13           QUESTION:  "YOU SAY THAT'S WHEN YOU BELIEVE IT WAS.

14   ARE YOU SURE IT WAS 1998 VERSUS 1999?"

15           ANSWER:  "IT COULDN'T HAVE BEEN IN 1999.  IT WOULD     01:54

16   HAVE TO HAVE BEEN IN '98."

17           QUESTION:  "SO YOUR TESTIMONY IS THAT YOU'RE NOW SURE

18   IT WAS 1998?"

19           ANSWER:  "YES."

20           QUESTION:  "WHAT DID THESE DRAWINGS LOOK LIKE?"        01:55

21           ANSWER:  "THEY WERE ON ONE PAGE.  THERE WERE SEVERAL.

22   THEY DIDN'T SEEM TO HAVE HEADS.  THEY HAD BIG FEET.  THERE

23   WASN'T A LOT OF DETAIL ON ONE OF THEM.  AND ON THE OTHERS I

24   REMEMBER THERE BEING MORE HEAD LIKE -- MORE HEADS, BUT NOT

25   FACES, AND/OR JUST EYES AND MOSTLY JUST FIGURES AND POSES."    01:55

```
 1                    (END OF EXCERPT PLAYED.)

 2              MR. NOLAN:  MR. QUINN WILL HAVE YOU BELIEVE THAT

 3    MRS. GALVANO IS LYING.  YOU WATCHED HER VIDEO.  YOU SAW HER

 4    BACKGROUND.  AND, YES, SHE'S A FRIEND OF JANET BRYANT, BUT

 5    MERELY BEING A FRIEND OR A PARENT OR A PARTNER OF CARTER BRYANT    01:56

 6    DOES NOT DISQUALIFY YOU FROM BEING ABLE TO BE A TRUTHFUL

 7    WITNESS.  UNLESS YOU'RE OFFERING TESTIMONY AGAINST MATTEL.

 8              LET'S LOOK AT THE NEXT WITNESS, RICHARD IRMEN'S VIDEO

 9    CLIP.

10              (VIDEO EXCERPTS PLAYED AS FOLLOWS:)                     01:56

11              QUESTION:  "WHEN DID YOU FIRST HEAR ABOUT BRATZ,

12    B-R-A-T-Z, AS A NAME?"

13              ANSWER:  "I BELIEVE THAT WAS THE -- JANUARY 1ST WHEN

14    CARTER VISITED ME, IN '99."

15              QUESTION:  "AND THAT WAS THE VISIT THAT YOU DESCRIBED    01:57

16    EARLIER, WHERE YOU WERE STAYING AND HOUSE-SITTING FOR SOMEONE

17    THERE IN LANCASTER; IS THAT CORRECT?"

18              ANSWER:  "YES, THAT IS CORRECT."

19              QUESTION:  "WHAT IS IT THAT -- WHAT ARE THE

20    CIRCUMSTANCES UNDER WHICH YOU FIRST HEARD THE NAME 'BRATZ'?"      01:57

21              ANSWER:  "I BELIEVE CARTER TOLD ME THE NAME."

22              QUESTION:  "WHAT DID HE SAY?"

23              ANSWER:  "SOMETHING LIKE, 'THESE ARE THE BRATZ.'"

24              QUESTION:  "I TAKE IT HE WAS SHOWING YOU SOMETHING?"

25              ANSWER:  "YES."                                        01:57
```

1    QUESTION:  "WHAT WAS HE SHOWING YOU?"

2    ANSWER:  "HIS PORTFOLIO."

3    QUESTION:  "WERE THESE DRAWINGS?"

4    ANSWER:  "YES."

5    QUESTION:  "IN THAT PORTFOLIO, WERE THERE DRAWINGS OF

6  THINGS OTHER THAN BRATZ?"

7    ANSWER:  "YES."

8    QUESTION:  "WHAT OTHER THINGS DO YOU RECALL BEING IN

9  THAT PORTFOLIO?"

10    ANSWER:  I THINK GREETING CARDS, CHRISTMAS CARDS,

11  FASHION ILLUSTRATIONS; ALL THE STUFF HE HAD BEEN WORKING ON

12  IN '98."

13    QUESTION:  "IS THERE ANYTHING ELSE THAT YOU CAN

14  RECALL?"

15    ANSWER:  "AND THE BRATZ."

16    (END OF VIDEO EXCERPTS PLAYED.)

17    **MR. NOLAN:**  NOW, THE DIFFICULTY AND THE DILEMMA THAT

18  MATTEL FACES WAS REALLY EVIDENCED BY THE PRESENTATION OF

19  EVIDENCE IN THIS TRIAL AND ALSO THE DEDICATION OF EFFORT IN THE

20  OPENING STATEMENT BY MR. QUINN.

21    I COUNTED THAT IT TOOK AN HOUR AND TEN MINUTES FOR

22  HIM TO GET TO THE DATE ISSUE OF WHEN THESE BRATZ DRAWINGS WERE

23  ACTUALLY CREATED.  SO MUCH TIME IN THIS CASE, WHEN YOU THINK

24  BACK ABOUT IT AND REFLECT ABOUT IT, WAS SPENT ON A PERIOD OF

25  TIME IN THE CONTRACT, SEPTEMBER 1ST THROUGH OCTOBER 19TH.

```
 1   THERE WAS JUST SO MUCH TESTIMONY ABOUT IT; VERY LITTLE
 2   ATTENTION GIVEN TO THAT TIME PERIOD EXCEPT WHEN WE WERE
 3   PRESENTING OUR CASE.
 4        I THINK THE BEST TESTIMONY THAT CAPTURED WHY THIS
 5   TESTIMONY PRESENTS A PROBLEM FOR MATTEL WAS OFFERED BY ITS OWN
 6   CHIEF EXECUTIVE OFFICER, BOB ECKERT.
 7        CAN I HAVE SLIDE 54, PLEASE.
 8        REMEMBER, YOU KNOW ABOUT THE CONTRACT, THE INVENTIONS
 9   AGREEMENT, THAT CARTER SIGNED ON JANUARY 4, 1999, WHEN HE
10   RESUMES EMPLOYMENT.
11        MY QUESTION TO MR. ECKERT:  "WHEN AN EMPLOYEE AGREES
12   TO GO TO WORK AT MATTEL AND SIGNS A CONFIDENTIALITY AGREEMENT
13   WITH MATTEL, IS IT YOUR VIEW THAT THEY TRANSFER ALL OF THE
14   IDEAS AND DREAMS THAT THEY HAD BEFORE THEY BEGAN TO WORK AT
15   MATTEL?"
16        ANSWER:  "NO."
17        MR. NOLAN:  IVY ROSS, FIRST WITNESS THAT MATTEL
18   OFFERED IN THIS CASE, LADIES AND GENTLEMEN -- AND THIS IS AT
19   SLIDE 56 -- SAID THE SAME THING.  AND I BELIEVE THAT SHE WAS
20   ONE OF THE SUPERVISORS IN THE GIRLS DIVISION.
21        QUESTION:  "WELL, IS THE REASON WHY, IN YOUR OPINION,
22   THAT MATTEL DOESN'T OWN THE IDEAS BECAUSE YOU DID THEM A LONG
23   TIME AGO OR BEFORE YOU STARTED YOUR EMPLOYMENT WITH MATTEL?"
24        ANSWER:  "BEFORE I STARTED MY EMPLOYMENT WITH
25   MATTEL."
```

01:59

01:59

02:00

02:00

02:00

```
 1        MR. NOLAN:  YOU'LL RECALL HER TESTIMONY THAT SHE USED
 2   TO DESIGN TOY CARS FOR A MUSEUM.  SHE USED TO WORK FOR A MUSEUM
 3   IN THE PAST.  MY QUESTION WAS, MATTEL HAS HOT WHEELS; DOES THAT
 4   MEAN THAT SHE AUTOMATICALLY TRANSFERRED OVER THOSE IDEAS THAT
 5   SHE DID BEFOREHAND?                                              02:00
 6        LADIES AND GENTLEMEN, THE EVIDENCE IS CLEAR THAT
 7   MATTEL WANTS THE BRATZ.  THEY WANT THE IDEA; THEY WANT THE
 8   CONCEPT; AND THEY WANT THE DRAWINGS.  BUT IF THOSE DRAWINGS
 9   WERE DONE IN 1998, THEY DON'T BELONG TO MATTEL.  YOU CAN TAKE
10   IT FROM ME, YOU CAN ALSO TAKE IT FROM THE CHIEF EXECUTIVE       02:01
11   OFFICER OF MATTEL.
12        NOW, MATTEL, IN ORDER TO TRY TO DEAL WITH THIS
13   EVIDENCE, SHOWS YOU THAT THERE ARE VARIOUS DOCUMENTS ALLEGEDLY
14   CONTAINED IN A BLACK NOTEBOOK.  AND THIS BLACK NOTEBOOK IS THE
15   EXHIBIT THAT WAS ON THE SCREEN BEFORE.  IT'S 1155-C.            02:01
16        LET'S PUT THIS ON THE SCREEN FOR JUST A MOMENT,
17   AARON, IF I COULD.
18        THIS IS THE BLACK NOTEBOOK.
19        NOW, MR. QUINN TOLD YOU, STOOD BEFORE YOU IN CLOSING
20   ARGUMENT AND SAID THAT HE CAN PUT A DATE ON EVERY DOCUMENT IN   02:01
21   THIS BLACK NOTEBOOK AS 1999.
22        I RESPECTFULLY SUBMIT THAT THE EVIDENCE SIMPLY DOES
23   NOT SUPPORT THAT.
24        ALL OF THE TESTIMONY OFFERED BY THIS PERSON WHO
25   ACTUALLY USES THIS SAID THAT CARTER BRYANT USES THIS, NOT IN    02:02
```

| | |
|---|---|
| 1 | ANY SEQUENTIAL ORDER, AND THAT HE GRABS A NOTEBOOK WHEN HE | |
| 2 | NEEDS TO MAKE A NOTE; HE OPENS IT UP -- AND MY TEAM WOULD | |
| 3 | ATTEST TO IT; IF I SEE A YELLOW NOTEBOOK, I'LL OPEN IT UP AND | |
| 4 | START WRITING A NOTE. THAT'S EXACTLY HOW MR. BRYANT USED THIS. | |
| 5 | AND THE ARGUMENT THAT MR. QUINN MADE AGAIN TODAY IS | 02:02 |
| 6 | SIMPLY NOT SUPPORTED BY THE EVIDENCE. | |
| 7 | AND, AGAIN, LET'S GO TO SLIDE 87, WHICH IS THE | |
| 8 | OVERLAY FROM CUNNINGHAM. | |
| 9 | ON THE RIGHT SIDE IS A GREETING CARD. | |
| 10 | YOU HEARD THAT RICHARD IRMEN, IN THE PIECE THAT I | 02:02 |
| 11 | JUST PLAYED TO YOU, SAID THAT WHEN HE SAW THE PORTFOLIO OF | |
| 12 | CARTER BRYANT'S WORK THAT HE DID IN 1998, IN ADDITION TO THE | |
| 13 | BRATZ, HE SAW THE GREETING CARDS. | |
| 14 | CARTER BRYANT, ON THE STAND, SUBJECT TO | |
| 15 | CROSS-EXAMINATION, WAS ASKED A NUMBER OF QUESTIONS. BUT MOST | 02:03 |
| 16 | IMPORTANTLY, HE WAS NEVER ASKED ABOUT THIS RAINY DAY RASCALS. | |
| 17 | I ASKED MR. BRYANT, 'WHEN DID YOU DO THIS RAINY DAY RASCALS?' | |
| 18 | HE SAID, 'THIS WAS DONE IN 1998.' THE IMPRESSION ON THE | |
| 19 | RIGHT-HAND SIDE, WHICH IS DATED 1998, WHICH IS UNCONTROVERTED | |
| 20 | BY MATTEL'S SCIENTIFIC EVIDENCE, BECAUSE MATTEL'S SCIENTIFIC | 02:03 |
| 21 | EVIDENCE ACTUALLY PROVED THAT THE IMPRESSION -- AND IT'S JUST | |
| 22 | THE MIRROR IMAGE FROM THE TESTIMONY OF MR. CUNNINGHAM -- IS | |
| 23 | ACTUALLY IMPRINTED ON THE DIVIDER THAT THEY RELY SO HEAVILY ON. | |
| 24 | NOW, MATTEL HAS THE BURDEN, LADIES AND GENTLEMEN, OF | |
| 25 | CONVINCING YOU THAT BECAUSE THE BRATZ DRAWING IS INDENTED INTO | 02:04 |

1    THE DIVIDER, THAT MEANS -- BECAUSE ON THE VERY NEXT PAGE BEFORE

2    THE DIVIDER, THERE'S A BANK RECONCILIATION FROM 1999 -- IT HAD

3    TO BE DONE IN 1999. AND I SUBMIT TO YOU, THAT SIMPLY IS NOT

4    THE CASE. THE EVIDENCE IS THAT IF HE DID DO IT SEQUENTIALLY,

5    HE JUST WOULD HAVE USED THE PAGE BEFORE IT OR AFTERWARDS. HE        02:04

6    USED A DIFFERENT ONE. HE PICKED IT UP, HE TURNED IT OVER TO A

7    POINT WHERE THE DIVIDER WAS, AND HE DREW BRATZ.

8          MR. QUINN MADE A BIG ARGUMENT ABOUT, 'OH, AND THEN HE

9    PULLED IT OUT.' THAT'S ANOTHER COMMON THEME. ALL OF THE

10   WITNESSES IN THIS CASE DESTROYED EVIDENCE. THAT'S MATTEL'S         02:04

11   THEORY, THAT CARTER BRYANT RIPPED THIS BOOK OUT AND THEN HE

12   PROUDLY SAT THROUGH A DEPOSITION AND WAS CONFIDENT THAT NO ONE

13   WOULD EVER BE ABLE TO SAY, 'OH, IT WAS DONE IN THAT BLACK

14   NOTEBOOK.'

15         NONSENSE. THIS ISN'T A SURPRISE PRODUCTION.                  02:05

16   REMEMBER AFTER THE BREAK, MR. QUINN SAYS, 'I WANT TO GO TO A

17   SURPRISE DOCUMENT, EVIDENCE IN THIS CASE THAT MGA AND CARTER

18   BRYANT NEVER THOUGHT WOULD BE FOUND.'

19         MR. BRYANT PRODUCED THE NOTEBOOK.

20         MR. BRYANT PRODUCED THE DRAWING OF THE BRATZ DRAWING.         02:05

21         THAT'S HOW MR. CUNNINGHAM HAD IT IN THE FIRST PLACE.

22         THEN THEY SAID WE WOULD HAVE PRODUCED EVIDENCE, IF

23   THERE WAS ANY EVIDENCE, THAT MR. BRYANT HAD PREVIOUSLY ANSWERED

24   QUESTIONS ABOUT RAINY DAY RASCALS IN DEPOSITIONS AND THAT MAY

25   SOMEHOW PROVE THAT WE JUST SIMPLY MADE IT UP AFTER WE SAW          02:0

```
 1   MR. CUNNINGHAM'S TESTIMONY.
 2          WELL, THAT'S JUST NOT TRUE, LADIES AND GENTLEMEN.
 3          YOU KNOW THAT DURING THE COURSE OF MR. CUNNINGHAM'S
 4   TESTIMONY, HE ADMITTED UNDER OATH THAT HE HAD RECEIVED A BOX OF
 5   DOCUMENTS, INCLUDING THE BLACK NOTEBOOK, AND INCLUDING THE        02:06
 6   RAINY DAY RASCALS, IN, I BELIEVE, SEPTEMBER OF 2007; AND HE
 7   IDENTIFIED RAINY DAY RASCALS AS AN IMPRESSION ON THE DIVIDER.
 8   AND THEN YOU KNOW, BECAUSE MR. PRICE, WHEN CROSS-EXAMINING
 9   MR. BRYANT, SHOWED PASSAGES FROM A JANUARY 2008 DEPOSITION,
10   MR. BRYANT'S DEPOSITION WAS TAKEN BY MATTEL IN JANUARY OF 2008,   02:06
11   FOUR MONTHS AFTER THEIR OWN EXPERT HAD IDENTIFIED THE
12   IMPRESSION OF RAINY DAY RASCALS ON THAT DIVIDER, AND THEY NEVER
13   ASKED HIM A SINGLE QUESTION ABOUT RAINY DAY RASCALS.  IF THEY
14   HAD, MATTEL WOULD HAVE SHOWN YOU.
15          SO THE ARGUMENT THAT CARTER BRYANT AND/OR MGA THEN         02:07
16   WAS FACED WITH A DISASTER AND WE HAD TO COME UP WITH THE STORY
17   ABOUT RAINY DAY RASCALS JUST DOESN'T FLY, LADIES AND GENTLEMEN.
18   APPLY YOUR COMMON SENSE.
19          THE PEOPLE WHO ARE IGNORING THE EVIDENCE IN THIS CASE
20   IS MATTEL.  IT IS MATTEL'S OWN LAWYERS WHO TOLD MR. CUNNINGHAM,   02:07
21   'DO NOT HIGHLIGHT RAINY DAY RASCALS.  WHEN YOU'RE TALKING TO
22   THE GRAPHICS DEPARTMENT AT MATTEL AND YOU'RE HIGHLIGHTING THE
23   BRATZ ORIGINAL DOLL, DO NOT DRAW IN THE BACKGROUND THAT IMAGE
24   THAT YOU SEE AND YOU'VE TOLD US ABOUT, BECAUSE WE'RE NOT GOING
25   TO PRESENT THAT TO THE JURY.'                                    02:08
```

 1         HOW CAN ANYONE SITTING AS A TRIER OF FACT IN THIS
 2    CASE TRUST THE EVIDENCE AND THE ARGUMENTS THAT MATTEL MAKES
 3    WHEN THEY PAY AN EXPERT TO COME IN HERE AND MISREPRESENT THE
 4    STATE OF THE EXAMINATION THAT THEY DID?  BECAUSE THEY WERE
 5    TOLD, 'DON'T RAISE IT.'                                        02:08

 6         WHAT?  WITH THE HOPE, IN A CASE LIKE THIS, OF THIS
 7    IMPORTANCE, THAT WE DIDN'T KNOW ABOUT RAINY DAY RASCALS AND WE
 8    DIDN'T KNOW THAT IT WAS IN THERE?

 9         THIS MORNING, CASSIDY PARK COMES IN, AND IN MANY WAYS
10    THIS MORNING, ALTHOUGH IT WENT FAST AND IT WAS A BRIEF WITNESS,  02:08
11    AND SHE INTRODUCED THE RAINY DAY RASCALS AND HAD A 1999 DATE ON
12    IT, I WAS STRUCK DURING THE LUNCH HOUR THINKING ABOUT THIS.  OF
13    ALL OF THE ATTACKS THAT ARE MADE ON WITNESSES PRESENTED BY MGA,
14    GALVANO, RICHARD IRMEN, MS. BRYANT, YOU, MATTEL, CAN PRESENT
15    CASSIDY PARK, WHO IS A PART-TIME EMPLOYEE?                      02:09

16         AS SOON AS THIS CASE IS OVER, I'M GOING TO APPLY FOR
17    THAT PART-TIME POSITION, BECAUSE THE PAY IS PRETTY DARN GOOD.
18    AND YOUR ROLE IS YOU GET TO BE AN AMBASSADOR FOR MATTEL AND
19    YOU'RE PAID $210,000 A YEAR, OR MAYBE I'M PAID $165,000; I'M
20    NOT CERTAIN.  BUT ONE THING I AM CERTAIN OF IS, IF I GET A CALL  02:10
21    FROM MATTEL AT 10:20 AT NIGHT, TO BE ABLE TO IDENTIFY THE
22    HANDWRITING OF A PERSON THAT WORKED FOR ME TEN YEARS AGO, I'M
23    THERE.  JUST LET ME SEE THE DOCUMENT.

24         BUT, OH, IN A DEPOSITION, IF I'M ASKED TO IDENTIFY
25    THE HANDWRITING OF THE CORPORATE REPRESENTATIVE OF MATTEL WHO    02:10

1   WORKED FOR HER AND WORKED WITH HER FOR TEN YEARS, WHO SHE'S

2   ALSO SEEN HUNDREDS OF DRAWINGS OF, 'OH, I DON'T KNOW.  I DON'T

3   KNOW.  I DON'T THINK SO.'

4        I'M NOT MAKING THAT UP, LADIES AND GENTLEMEN.  YOU

5   SAW THAT THIS MORNING.  DO YOU BELIEVE IN YOUR HEART THAT IF I      02:10

6   ASKED YOU TO CLOSE YOUR EYES FOR A MOMENT AND GO BACK AND THINK

7   OF A PERSON TEN YEARS AGO THAT YOU KNEW, THAT YOU'VE NEVER SEEN

8   SINCE, AND YOU HAD NOT SEEN THEIR HANDWRITING SINCE, THAT YOU

9   WOULD CONFIDENTIALLY BE WILLING TO STAND UP AND PLACE YOUR

10  RIGHT HAND AND TAKE AN OATH TO TELL THE TRUTH AND THEN SAY,       02:11

11  'THAT'S IT'?

12        BUT WHAT WAS THE MOMENT OF THAT TESTIMONY?

13        THE MOMENT OF THE TESTIMONY WAS TO GET IN A RAINY DAY

14  RASCALS WITH A DATE OF 1999 -- AARON PUT THAT ON THE SCREEN FOR

15  JUST A MOMENT -- WITH THE HOPE, WITH THE HOPE THAT BECAUSE THIS   02:11

16  RAINY DAY RASCALS HAS A 1999 DATE ON IT, THEN THE OTHER RAINY

17  DAY RASCALS MUST HAVE BEEN DONE IN 1998 {SIC}.

18        THIS IS THE QUALITY OF THE EVIDENCE THAT THEY ARE

19  SUGGESTING TO YOU, LADIES AND GENTLEMEN, CARRIES THE BURDEN OF

20  THE DAY.                                                          02:12

21        WHEN THEIR WITNESS, WHO'S ONLY SPENT TEN HOURS IN

22  MATTEL'S OFFICES IN THE LAST YEAR, COMES IN AND SAYS, 'OH, I

23  KNOW THAT SIGNATURE.  THAT'S CARTER BRYANT' -- BUT I WOULDN'T

24  DISPUTE THE SIGNATURE.  THAT'S NOT THE ISSUE.  WHAT'S IMPORTANT

25  IS, SHE DOESN'T KNOW THE SIGNIFICANCE OF THIS.  SHE DOESN'T       02:12

1    KNOW WHETHER OR NOT CARTER BRYANT DID IT IN 1998 AND THEN DATED

2    IT IN 1999 WHEN HE WAS SENDING IT OUT TO SOMEBODY, THE COURSE

3    AND THE PATTERN THAT HE TESTIFIED THAT'S WHEN HE USUALLY DATED

4    DOCUMENTS.

5         THAT RAINY DAY RASCALS IS NOT THE SAME RAINY DAY          02:12

6    RASCALS THAT'S IMPRINTED IN THE BLACK NOTEBOOK.  AND THAT,

7    LADIES AND GENTLEMEN, IS THE TRUTH OF THE DAY.  THAT ON THE

8    LEFT WAS A SHOW, A SIDE SHOW, AND A POOR ONE AT THAT.

9         BUT, BOY, IT WAS A TROPHY AT THE END OF THE DAY.

10   YOU'RE GOING TO END YOUR CASE, THAT HAS TAKEN UP SEVEN WEEKS OF  02:13

11   YOUR LIVES, BY BRINGING IN A WITNESS TO TRY TO IDENTIFY

12   HANDWRITING FOR A PERSON THEY HAVEN'T SEEN IN TEN YEARS, WHEN

13   THAT DOCUMENT CANNOT TRUMP THE EVIDENCE IN 1998?

14        AND IF THERE'S A MOMENT IN A TRIAL LAWYER'S LIFE WHEN

15   THEY KNOW THAT THEY'RE IN DIFFICULTY, IT'S WHEN THEY GO TOO FAR  02:13

16   TO TRY TO OVERCOME THE MOST TROUBLESOME EVIDENCE IN THE CASE.

17        THAT DRAWING ON THE RIGHT IS IN 1998.

18        PLEASE GO BACK TO THE CUNNINGHAM OVERLAY AGAIN.

19        THE ONE ON THE RIGHT IS 1998; THE ORIGINAL BRATZ

20   DRAWING, 1998.  AND THEY DIDN'T WANT YOU TO SEE THAT.         02:14

21        BUT THEY SURE WANTED YOU TO SEE THE RAINY DAY

22   RASCALS, THAT DOESN'T EVEN LOOK LIKE THAT, DATED 1999.

23        YOU KNOW, I'VE NEVER BEEN A JUROR.  I DON'T THINK

24   IT'S LIKELY I'LL EVER BE SELECTED.  MAYBE I'M TOO OPINIONATED,

25   TOO AGGRESSIVE, WHATEVER; BUT PROBABLY AS A TRIAL LAWYER, I'LL  02:14

| | |
|---|---|
| 1 | NEVER MAKE IT. I HAVE THE MOST RESPECT, HOWEVER, FOR PEOPLE | |
| 2 | WHO SIT ON A JURY. I THINK IT'S THE HIGHEST PUBLIC SERVICE | |
| 3 | THAT CITIZENS CAN PROVIDE. THIS IS A WONDERFUL COUNTRY. THINK | |
| 4 | ABOUT THIS FOR A MOMENT. WE BRING TEN OF YOU FROM DIVERSE | |
| 5 | BACKGROUNDS TOGETHER. YOU DON'T KNOW EACH OTHER. YOU DON'T | 02:14 |
| 6 | HAVE LEGAL BACKGROUNDS. YOU'RE NOT LAWYERS, THANK GOD. AND | |
| 7 | YOU'RE NOT JUDGES. JUDGE LARSON IS THE JUDGE OF THE LAW. AT | |
| 8 | THE END OF THE DAY, YOU'RE GOING TO BE THE JUDGES OF THE FACTS. | |
| 9 | THE WORLD WILL LONG FORGET THE WORDS OF QUINN AND PRICE AND | |
| 10 | ZELLER AND NOLAN AND MS. AGUIAR, BUT THEY WILL LONG REMEMBER | 02:15 |
| 11 | THE DECISIONS THAT YOU RENDER IN THIS CASE. | |
| 12 | AND I ASK YOU, IN EVALUATING THAT EVIDENCE, TO LOOK | |
| 13 | PAST THE SMOKE SCREENS THAT MATTEL CONSTRUCTED IN THIS CASE. | |
| 14 | LET'S LOOK AT THIS OTHER BLACK NOTEBOOK, THE LETTER | |
| 15 | FROM WADE. | 02:15 |
| 16 | IF I COULD HAVE UP 1155-C, PAGE 7. | |
| 17 | THIS IS ALSO OUT OF THE BLACK NOTEBOOK. MR. QUINN | |
| 18 | SAYS THAT HE'S PUT EVERY DOCUMENT IN THIS BLACK NOTEBOOK IN | |
| 19 | 1999. HERE'S THE LETTER, "MOM AND DAD." IT'S SIGNED BY WADE, | |
| 20 | LISA, CHRISTOPHER, AND ALLISON. ACTUALLY, I DESCRIBE THIS AS | 02:16 |
| 21 | WADE'S LETTER. I THINK THIS IS THE NOTE THAT LISA WROTE. I | |
| 22 | THINK THAT'S WHAT MR. BRYANT TESTIFIED TO. | |
| 23 | LET'S GO TO THE NEXT PAGE, BECAUSE IT'S HIS NIECE OR | |
| 24 | NEPHEW'S ARTWORK THAT'S IN THERE. THIS IS THE SAME NOTEBOOK | |
| 25 | THAT, YES, HAS THE RECONCILIATION FROM A 1999 BANK STATEMENT. | 02:16 |

1        INTERESTINGLY, IT'S THE ONLY BANK STATEMENT THAT'S

2    EVER RECONCILED IN THAT BOOK.  SO THEY'VE GOT ONE DOCUMENT IN

3    THERE.  AND, BOY, WHEN YOU THINK ABOUT MATTEL JUST FOR A

4    SECOND -- IF YOU REALLY THINK THAT CARTER BRYANT HAS THAT

5    MALICIOUS AND EVIL OF A HEART THAT HE'S GOING TO DESTROY

6    EVIDENCE BY USING, BUYING, AND DOWNLOADING SOMETHING CALLED

7    EVIDENCE ELIMINATOR, DO YOU NOT THINK THAT A PERSON OF THAT

8    MINDSET WOULD HAVE RIPPED OUT A PIECE OF PAPER THAT RECONCILED

9    A 1999 BANK STATEMENT?  DOES THAT MAKE SENSE TO YOU?

10        IN ANY EVENT, THIS IS THE ONE THAT CARTER BRYANT SAID

11   HE RECALLS WHILE HE WAS LIVING IN KIMBERLING CITY IN 1998; THAT

12   WADE, LISA, CHRISTOPHER, AND ALLISON WERE THERE.  HE HAD HIS

13   NOTEBOOK.

14        NOW, MR. QUINN COUNTERS THAT AND SAYS, 'WELL, WE

15   SHOWED YOU ATM RECORDS OF CARTER BRYANT BEING IN KIMBERLING

16   CITY IN 1999, THAT HE WENT BACK AND VISITED HIS PARENTS FOR

17   THANKSGIVING; SO HE WAS THERE, SO IT COULD HAVE BEEN IN 1999.'

18        THEY SHOWED YOU SOME TESTIMONY IN THAT REGARD.

19        LADIES AND GENTLEMEN, CARTER BRYANT BEING IN 1999 IN

20   KIMBERLING CITY IS NOT THE ISSUE.

21        WE NEVER DENY THAT HE WAS BACK VISITING HIS PARENTS.

22   WHAT MATTEL NEVER COUNTERED WITH WAS ANY EVIDENCE THAT WADE OR

23   LISA WERE PRESENT IN 1999.  THE BEST YOU HAVE AS EVIDENCE

24   OFFERED BY MATTEL IS A STATEMENT THAT WADE AND LISA LIVED

25   12 HOURS AWAY, SO THEY MUST HAVE GONE TO THANKSGIVING AND

02:16
02:16
02:17
02:17
02:18

```
1   CHRISTMAS.

2           WHAT IF THAT YEAR THEY WERE VISITING LISA'S FAMILY?

3   NOT UNUSUAL THAT FAMILY'S SWITCH OFF HOLIDAYS.  CARTER SAYS HE

4   DOESN'T REMEMBER THEM THERE.  BUT THAT'S NOT EVEN THE REAL

5   ISSUE.  CARTER BRYANT TESTIFIED THAT HE DIDN'T TRAVEL WITH HIS      02:18

6   NOTEBOOK, SO THE NOTEBOOK WOULD HAVE HAD TO HAVE BEEN IN

7   KIMBERLING CITY IN 1999 FOR THIS TO REALLY SUPPORT MR. QUINN'S

8   ARGUMENT.

9           BUT BY 1999, MR. BRYANT HAS MOVED BACK TO CALIFORNIA.

10  SO MATTEL WANTS YOU TO SPECULATE -- AND THEY HAVE THE BURDEN --     02:19

11  THEY WANT YOU TO SPECULATE THAT MR. BRYANT IS GOING BACK TO HIS

12  FAMILY FOR THANKSGIVING IN 1999 -- AND WE'VE ALL DONE THIS;

13  WE'RE PACKING UP THE CLOTHES, SOME GIFTS, IF YOU ARE BRINGING

14  THEM BACK -- AND THEN CARTER GOES -- HE RUNS BACK DOWN TO THE

15  CAR AND GOES, 'OH, I FORGOT MY NOTEBOOK.  I NEED MY NOTEBOOK.'      02:19

16  THAT'S WHAT THEY WANT YOU TO BELIEVE TO MAKE THIS STORY

17  BELIEVABLE.

18          BUT THE LAST POINT I WANT TO MAKE WITH YOU WAS THIS:

19  MR. QUINN SAID, 'WHY DIDN'T THEY CALL WADE OR LISA?'

20          WE DON'T HAVE THE BURDEN.  WHY DIDN'T THEY?                 02:19

21          YOU'VE SEEN FROM THE VIDEOS THAT LAWYERS CAN TRAVEL

22  FROM ANCHORAGE, ALASKA, TO SPRINGFIELD, MISSOURI AND TAKE

23  DEPOSITIONS IN THIS CASE.  WHY DIDN'T MATTEL, WHEN THEY WERE IN

24  SPRINGFIELD, MISSOURI, TAKING THE DEPOSITION OF JANET BRYANT,

25  SIMPLY TAKE THE DEPOSITION OF WADE OR LISA?  THAT'S THEIR          02:20
```

```
 1  RESPONSIBILITY IF THEY'RE GOING TO MEET THIS BURDEN.

 2          SO WHEN MR. QUINN STATES BOLDLY TO YOU, 'I CAN PUT

 3  EVERY DOCUMENT IN THAT BLACK NOTEBOOK IN 1999,' HE'S SIMPLY

 4  OVERSTATING.

 5          THE LAST DOCUMENT I WANT TO GO TO IN THIS ONE IS THE      02:20

 6  REFERENCE TO -- I HAVE TWO MORE REFERENCES TO THIS BLACK

 7  NOTEBOOK, AND THEN I'LL BE OUT OF THE BLACK NOTEBOOK.

 8          LET'S TALK ABOUT JEWEL BARBIE.  LET'S GO TO

 9  EXHIBIT 13675.

10          THIS IS SOME EVIDENCE THAT MATTEL OFFERED WITH           02:21

11  CASSIDY PARK TO TALK ABOUT JEWEL BARBIE IN THE YEAR 2000.  AND

12  YOU PROBABLY DIDN'T THINK MUCH OF IT AT THE TIME.  YOU KNOW,

13  YOU'VE SEEN SO MANY DOCUMENTS.  BUT HERE'S THE SETUP.  YOU SEE,

14  CARTER BRYANT TESTIFIED AT TRIAL THAT HE ACTUALLY WORKED ON TWO

15  JEWEL PROJECTS, ONE IN 1998 AS A FREELANCER AND THEN ONCE AGAIN  02:21

16  IN 1999 WHEN HE WENT BACK TO WORK.  HE IDENTIFIED, IN THE BLACK

17  NOTEBOOK, THE JEWEL BARBIE COMPOSITION THAT HE DID, 1155-C5.

18  THAT'S OUT OF THE SAME BLACK NOTEBOOK.  CARTER BRYANT, ON

19  EXAMINATION, TESTIFIED THAT HE DID THAT DRAWING IN 1998.

20  THAT'S HIS TESTIMONY.                                           02:22

21          NOW, YOU WILL BE INSTRUCTED THAT IF A PARTY OFFERS

22  WEAKER EVIDENCE THAN THEY WOULD OTHERWISE BE ABLE TO OFFER, YOU

23  CAN TAKE THAT INTO CONSIDERATION.

24          I MAY HAVE DONE A LITTLE BIT OF DISSERVICE TO THAT

25  INSTRUCTION, BUT WE CAN POST IT HERE IN JUST A MINUTE.  THAT'S   02:22
```

1    JURY INSTRUCTION NUMBER 9.

2            "IF WEAKER AND LESS SATISFACTORY EVIDENCE IS OFFERED

3    BY A PARTY, WHEN IT WAS WITHIN THAT PARTY'S ABILITY TO PRODUCE

4    STRONGER AND MORE SATISFACTORY EVIDENCE, THE EVIDENCE OFFERED

5    SHOULD BE VIEWED WITH DISTRUST."                                      02:23

6            SO YOU KNOW THE IMPORTANCE OF JEWEL BARBIE.  YOU KNOW

7    THAT CARTER BRYANT HAS TESTIFIED THAT HE DID IT IN 1998.  SO

8    WHAT'S THE EVIDENCE THAT MATTEL OFFERS TO COUNTER THIS?

9            WHAT THEY DO IS THEY BRING IN CASSIDY PARK.

10   CONVENIENT.  SHE'LL BE A HANDWRITING EXPERT ONE DAY, AND THEN        02:23

11   SHE'LL BE ANOTHER TYPE OF EXPERT FOR MATTEL ON AN EARLIER DATE.

12   WELL, THE FIRST TIME WHAT CASSIDY PARK CAME UP AND TESTIFIED TO

13   IS THAT SHE WAS IN MAINLINE BARBIE, MAINLINE BARBIE, AND THAT

14   MAINLINE BARBIE DID NOT MAKE A JEWEL BARBIE IN 1998.

15           KNEW IT, SWORE TO IT.  IN FACT, WE KNOW THAT BECAUSE         02:24

16   SHE ACTUALLY SHOWED US THE JEWEL BARBIE THAT CAME OUT OF BARBIE

17   MAINLINE.  SO THAT WAS PRETTY COOL.

18           THE PROBLEM IS THAT THE JEWEL BARBIE, IN 1999, WAS

19   THE ONE -- REMEMBER, IT WAS SO NEW; IT WAS THE FIRST TIME THAT

20   THE -- I DESCRIBED IT AS THE BELLY BUTTON, AND SHE CORRECTED        02:2

21   ME, THAT IT WAS JUST AN INVENTION THAT WAS SUPPOSED TO BE THE

22   BELLY BUTTON.  BUT IN ANY EVENT, IT WAS THE FIRST TIME BARBIE

23   WAS GOING TO HAVE HER NAVAL EXPOSED BECAUSE SHE COULD MOVE AT

24   THE WAIST.

25           WELL, THAT'S FINE.  THAT'S MAINLINE BARBIE.                  02:2

```
 1        WHY DIDN'T MATTEL BRING SOMEONE IN HERE FROM BARBIE

 2   COLLECTIBLES AND SAY, 'WE NEVER MADE A JEWEL BARBIE IN 1998,

 3   AND CARTER BRYANT IS LYING'?

 4        YOU KNOW, IT'S CURIOUS.  THEY BROUGHT IN IVY ROSS,

 5   FIRST WITNESS, NO LONGER EMPLOYED AT MATTEL.  SHE'S THE ONE

 6   THAT WAS IN PROJECT PLATYPUS AND THEN SHE LEFT AND THEN SHE

 7   WENT TO THE DISNEY STORE, AND NOW I THINK SHE'S LEFT AND SHE'S

 8   GOING SOMEWHERE ELSE; THAT WAS THEIR FIRST WITNESS.  AND THEN

 9   CASSIDY PARK, WE KNOW SHE'S A PART-TIME EMPLOYEE.  BUT WHY NOT

10   BRING IN A FULL-TIME EMPLOYEE FROM BARBIE COLLECTIBLES?

11        WHILE YOU'RE BACK THERE, UNDERSTAND THE IMPORTANCE OF

12   JEWEL BARBIE.  CARTER BRYANT HAS SAID THAT HE DID IT IN 1998.

13   AND NO MATTER HOW FAST MR. QUINN TALKS, OR HOW AGGRESSIVE HE

14   CAN BE IN TERMS OF ARGUMENT, AND AS ARTICULATE AS HE IS -- AND

15   I HAVE THE GREATEST RESPECT FOR HIM AS A TRIAL LAWYER -- BUT

16   YOU KNOW WHAT, SOMETIMES IT'S JUST NOT ENOUGH TO BE A GOOD

17   LAWYER.  YOU'VE GOT TO BRING IN THE WITNESS.

18        WHY DIDN'T THEY BRING IN SOMEONE FROM BARBIE

19   COLLECTIBLES TO KNOCK IT OUT OF THE PARK FOR YOU?

20        WHY BRING IN SOMEONE FROM BARBIE MAINLINE TO DEAL

21   WITH AN ISSUE -- CAN WE PUT UP A JEWEL BARBIE DOLL, AARON.

22        CASSIDY PARK IDENTIFIED THE HANDWRITING OF THIS THIS

23   MORNING.

24        HERE IT IS.  THESE ARE THE JEWEL BARBIE 1998

25   DRAWINGS.  CARTER BRYANT TESTIFIED TO IT.
```

02:25

02:25

02:25

02:26

02:26

```
 1        YOU KNOW, CARTER BRYANT, HE'S SETTLED.  WHAT DOG DOES
 2   HE HAVE IN THE FIGHT?  HE'S COME IN HERE; HE'S SETTLED.  THEY
 3   DISMISSED THEIR CLAIMS.  HE DISMISSED HIS CLAIMS.  HE COMES IN
 4   AND HE TESTIFIES, 'I DID THESE IN 1998.  I DID THIS ONE' -- AND
 5   THEN HE SHOWS FOUR ON THE RIGHT, JEWEL BARBIES, SIGNATURE NOW,
 6   IDENTIFIED BY CASSIDY PARK.  BUT HERE'S SOMETHING ELSE THAT'S
 7   INTERESTING.
 8        AARON, CAN YOU BLOW UP -- AND YOU KNOW THIS NOW FROM
 9   THE CUSTODIAN OF RECORDS THAT WAS INTRODUCED IN THE LAST DAY OF
10   TRIAL, THIS "M" NUMBER.  YOU PROBABLY KNOW MORE ABOUT
11   PRODUCTION NUMBERS THAN YOU EVER WANTED TO KNOW.  I'M SORRY
12   ABOUT THAT.  BUT HERE'S THE KEY:  EACH ONE OF THESE JEWEL
13   BARBIES THAT CARTER BRYANT IDENTIFIED AS BEING PROJECTS THAT HE
14   WORKED ON IN 1998, JANUARY 28, 1998, WHILE EMPLOYED BY MATTEL,
15   WERE IN MATTEL'S RECORDS AND PRODUCED BY MATTEL.
16        WHY DIDN'T WE HEAR A WITNESS FOR MATTEL, A FULL-TIME
17   EMPLOYEE, AN ACTUAL FULL-TIME EMPLOYEE, CURRENTLY EMPLOYED BY
18   MATTEL, TAKE THIS WITNESS STAND, RAISE THEIR RIGHT HAND, AND
19   SAY, 'I WORK IN BARBIE COLLECTIBLES.  THAT DOLL, THAT OUTFIT,
20   WAS NEVER DESIGNED'?
21        OR BETTER YET, BRING IN SOMEONE FROM MATTEL WHO SAID,
22   'YOU KNOW, WE PRODUCED THESE, THESE DRAWINGS THAT ARE DATED IN
23   1998 BY CARTER BRYANT,' AND WHICH ARE LIKE THE DRAWING THAT IS
24   IDENTIFIED IN THE BLACK NOTEBOOK AND IDENTIFIED BY
25   CARTER BRYANT AS HAVING BEEN DONE IN 1998.  BRING IN SOMEONE
```

```
 1   FROM MATTEL TO SAY, 'YOU KNOW WHAT, I'M GLAD YOU ASKED ME ABOUT
 2   THESE, BECAUSE I RECEIVED THEM IN THE MAIL ONE DAY, AND I
 3   CALLED UP CARTER BRYANT AND I SAID, CARTER, WHY DID YOU DATE
 4   THEM IN 1998?  THEY'RE WRONG.'
 5           MR. QUINN AND MATTEL, WHO HAVE THE BURDEN IN THIS
 6   CASE, WANT YOU TO BELIEVE AND SPECULATE ON PURE SPECULATION
 7   THAT -- AND THIS IS HOW THEY EXPLAIN AWAY THE DIFFICULT
 8   EVIDENCE -- THAT'S A MISTAKE; THAT'S SIMPLY A MISTAKE.  BECAUSE
 9   WE ALL KNOW THAT WHEN THE YEAR CHANGES, OFTENTIMES YOU FORGET
10   TO CONTINUE TO WRITE THE RIGHT DATE.  THAT'S THE QUALITY OF THE
11   EVIDENCE THAT MATTEL HAS PRODUCED TO YOU TO OVERCOME THIS
12   CRITICAL PIECE OF EVIDENCE.
13           HE MADE A MISTAKE ON HIS CONFLICT QUESTIONNAIRE.  HE
14   WROTE DOWN JANUARY 4, 1998.
15           REMEMBER THAT?  YOU ALL REMEMBER THAT MISTAKE?
16           SO THEN, ON A TOTALLY DIFFERENT ISSUE, ON A TOTALLY
17   DIFFERENT PIECE OF EVIDENCE, SO ABSOLUTELY CRITICAL TO THIS
18   CASE, THEY REACH BACK AND THE BEST THAT THEY CAN DO IS TO SAY,
19   'WOW, HE MISWROTE IT OVER HERE.  POOF, THAT EXPLAINS WHY.
20   THESE ARE DATED.  THEY'RE ALL WRONG.  THAT'S EXPLAINING WHY
21   THEY WERE PRODUCED FROM US.  NO NEED TO CALL CARTER UP.
22   EVERYBODY KNOWS EVERYBODY IS GETTING THE DATE WRONG WHEN YOU
23   SWITCH TO THE NEW YEAR.  THAT'S HOW WE HANDLE THIS DIFFICULT
24   PIECE OF EVIDENCE.'
25           THE BURDEN IS ON MATTEL.
```

```
 1        COMMON SENSE IS THE BEST SENSE I KNOW OF, LADIES AND
 2   GENTLEMEN; AND THAT'S WHY YOU, AND NOT ALL OF THE LAWYERS, ARE
 3   SITTING AS TRIERS OF FACT.  BUT ASK YOURSELF THIS QUESTION IN
 4   DELIBERATIONS:  WHERE WAS SOMEONE FROM MATTEL FROM
 5   COLLECTIBLES?                                              02:31
 6        THEY'RE GOING TO SAY, 'WELL, CASSIDY PARK WAS HIS
 7   SUPERVISOR IN JANUARY OF 1998.'
 8        YOU REMEMBER, THAT'S WHAT SHE TESTIFIED WHEN
 9   MR. ZELLER WAS ASKING HER QUESTIONS:  'DID YOU SUPERVISE
10   MR. BRYANT WHEN HE WAS LIVING IN KIMBERLING CITY?'          02:31
11        'WELL, YES, I DID.'
12        ON CROSS-EXAMINATION, HOWEVER, YOU'LL REMEMBER,
13   'WELL, I WAS IN EL SEGUNDO; HE'S IN KIMBERLING CITY; AND I
14   DON'T KNOW WHAT ASSIGNMENTS HE'S WORKING ON.  YES, I'M, QUOTE,
15   THE CORPORATE SUPERVISOR, BUT I'M NOT CERTAIN OF THE WORK THAT  02:31
16   HE WAS BEING HANDED DURING THAT PERIOD OF TIME.'
17        WHY NOT SOMEONE FROM BARBIE COLLECTIBLES TO COME IN
18   HERE AND NAIL THIS?
19        REMEMBER, "IF WEAKER AND LESS SATISFACTORY EVIDENCE
20   IS OFFERED BY A PARTY, WHEN IT WAS WITHIN THE PARTY'S ABILITY  02:32
21   TO PRODUCE STRONGER AND MORE SATISFACTORY EVIDENCE, THE
22   EVIDENCE OFFERED SHOULD BE VIEWED WITH DISTRUST."
23        THE LAST DOCUMENT IN THIS BLACK NOTEBOOK THAT I WANT
24   TO DEAL WITH ARE THE ANGEL NOTES, BECAUSE, AGAIN, THIS BLACK
25   NOTEBOOK IS IMPORTANT, LADIES AND GENTLEMEN, YOU KNOW IT,      02:3:
```

1    BECAUSE IF THEY WERE DONE IN 1998, THEY BELONG TO

2    CARTER BRYANT.  MR. ECKERT TOLD YOU THAT.

3          SO WHAT THEY HAVE TO DO IS, THEY HAVE TO PROVE TO YOU

4    THAT EVERY DOCUMENT IN THIS CASE, IN THAT BLACK BOOK, IS FROM

5    1999.  I TOLD YOU THEY PULLED UP SHORT ON JEWEL BARBIE.  I TOLD          02:33

6    YOU THAT THEY INTENTIONALLY, INTENTIONALLY TOLD THEIR EXPERT TO

7    NOT IDENTIFY THE RAINY DAY RASCALS IN THAT NOTEBOOK.

8          THE THIRD PIECE OF EVIDENCE I WANT TO TURN TO IS THE

9    SO-CALLED ANGEL NOTES.

10          IF WE GO TO 1155-C, AT PAGE 13.          02:33

11          THESE ARE JUST NOTES, AGAIN NOT DATED, BUT IN THE

12    BLACK NOTEBOOK; "NOTES, IDEAS, ON LARGE ANGEL."

13          NOW, MR. BRYANT TESTIFIED THAT HE WORKED ON TWO

14    DIFFERENT PROJECTS.  ONE WAS AN ANGEL PROJECT FOR MATTEL, AND

15    ONE FOR ASHTON DRAKE.  MATTEL, HAVING THE BURDEN, NEVER          02:34

16    INTRODUCED A WITNESS TO IDENTIFY FOR YOU THE ANGEL PROJECT THAT

17    CARTER BRYANT WAS DOING AT MATTEL.

18          WHY?

19          WOULDN'T THAT HAVE BEEN JUST GREAT?  THEN YOU WOULD

20    HAVE KNOWN WHETHER OR NOT THESE NOTES REFERRED TO THAT ANGEL          02:34

21    PROJECT OR THE ASHTON DRAKE PROJECT THAT HE WAS DOING IN 1998.

22          YOU KNOW WHAT WE DID?  WE SHOWED YOU THE ANGEL

23    PROJECT THAT HE WAS WORKING ON FOR ASHTON DRAKE.

24          THIS IS 15364.

25          THIS IS THE ANGEL PROJECT.  THERE'S A COUPLE OF          02:3

 1    INTERESTING THINGS ABOUT THIS DOCUMENT.  IF YOU GET A CHANCE,

 2    I'D ASK YOU TO TAKE A LOOK AT IT FOR AT LEAST A COUPLE OF

 3    REASONS WHEN YOU'RE LOOKING AT IT.

 4          FIRST OF ALL, THIS IS AN ANGEL PROJECT THAT COULD

 5    HAVE BEEN DONE AND REFERRED TO THE NOTES THAT ARE CONTAINED IN          02:35

 6    THE BLACK NOTEBOOK.  WHILE YOU'RE LOOKING AT IT, REMEMBER, WHY

 7    DIDN'T MATTEL BRING IN THE ANGEL PROJECT SO WE COULD MAKE A

 8    COMPARISON?  I MEAN, YOU KNOW THIS IS AN ANGEL.

 9          HIS NOTES TALK ABOUT 17TH CENTURY ARCHANGELS,

10    STAINED-GLASS WINDOWS.                                                   02:35

11          CAN WE GO BACK FOR A MOMENT TO THE BLACK NOTEBOOK,

12    PLEASE.

13          SEE "STAINED GLASS" RIGHT THERE, "17TH, 18TH

14    CENTURY"?

15          WHY DIDN'T MATTEL COME IN WITH SOMEBODY FROM BARBIE               02:36

16    COLLECTIBLES OR BARBIE MAINLINE OR SOMEONE AT MATTEL TO PROVE

17    THAT BARBIE WAS DOING AN ANGEL PROJECT THAT HAD STAINED GLASS?

18          I DON'T KNOW, BUT I CAN IMAGINE THAT THERE'S SOME

19    STAINED-GLASS WORK IN HERE.  IT SEEMS LIKE TO BE SOMEWHAT OF A

20    RELIGIOUS ANGEL.  BUT I'M NOT ASKING YOU TO SPECULATE ON THAT,          02:36

21    LADIES AND GENTLEMEN.  I PRODUCED THIS EVIDENCE.  WE PRODUCED

22    THIS EVIDENCE.

23          BUT THE OTHER THING I WANT YOU TO TALK ABOUT IS --

24    MR. QUINN CAN THROW AROUND AS EASILY AS HE WANTS ABOUT DISTRUST

25    AND LIARS AND EVERYTHING ELSE, AND YOU KNOW FROM YOUR LIFE,             02:36

```
 1   LADIES AND GENTLEMEN, YOUR OWN LIFE EXPERIENCES, WHEN YOU PAINT
 2   WITH A BROAD BRUSH, THE INTEGRITY OF HUMAN BEINGS, YOU BETTER
 3   BE RIGHT.  BECAUSE WHILE YOU'RE DELIBERATING ABOUT HOW
 4   DISHONEST THIS MAN IS, CARTER BRYANT, WHEN HE IS A FREELANCER,
 5   WHEN NO ONE IS LOOKING OVER HIS SHOULDER AND HE'S BEING PAID BY    02:37
 6   THE HOUR, LOOK WHAT HE'S DOING.  IT SAYS, MONDAY, FIVE AND A
 7   HALF HOURS; FRIDAY, ONE AND A HALF HOURS.  BUT LOOK AT THE
 8   SCHEDULE.  HE'S WORKING AT HOME; NOBODY IS THERE; HE'S KEEPING
 9   TRACK.  AND HE ACTUALLY TAKES A TEN-MINUTE BREAK, AND HE
10   DOESN'T CHARGE HIS EMPLOYER FOR THAT TEN MINUTES.                  02:37
11        OH, HE HAS AN EVIL HEART, AS LONG AS HE'S TESTIFYING
12   AGAINST MATTEL, OR AS LONG AS HE CAME UP WITH AN IDEA THAT
13   MATTEL SO DESPERATELY WANTS BUT DOESN'T DESERVE.
14        NOW, MR. QUINN TOLD YOU THAT THERE'S NOT A SINGLE
15   DOCUMENT THAT CARTER BRYANT DATED IN 1998 AT THE TIME HE DID       02:38
16   IT.  ALL RIGHT.  WE KNOW IT.  THERE WAS BACKDATING, SO-CALLED
17   BACKDATING, OF PUTTING A 1998 DATE ON SOME OF THESE DRAWINGS.
18        BUT I, FOR ONE, AM TIRED OF THE DOUBLE STANDARD THAT
19   APPLIES WHEN YOU'RE TALKING ABOUT MGA AND CARTER BRYANT AND
20   MR. LARIAN; THEY'RE ALL LIARS; THEY CAN'T BE TRUSTED; THEY'VE      02:38
21   BROKEN THE SIGN OF INTEGRITY.
22        BUT WHEN LILY MARTINEZ CAN TAKE THE STAND AND DRAW
23   FOR YOU, AND MR. QUINN -- AND I'M NOT MIMICKING THIS; I'M JUST
24   SAYING I REMEMBER IT VIVIDLY WHEN MR. QUINN ASKS LILY MARTINEZ
25   TO TAKE A STEP DOWN AND DRAW SOMETHING FOR YOU; AND SHE SAYS,      02:3
```

```
 1    'WHAT SHOULD I DRAW,' AND MR. QUINN SAYS, 'I DON'T KNOW.  LET

 2    THE LINES TALK TO YOU.'  BECAUSE THAT'S THE SETUP.  THAT'S WHAT

 3    SHE WAS SAYING:  'THAT'S HOW I GET MY INSPIRATION; THE LINES

 4    SPEAK TO ME.'

 5            WELL, WHAT MS. MARTINEZ'S LINES SPOKE TO HER IS THE        02:39

 6    DRAWING THAT SHE MAKES, WHICH IS THE PROTOTYPE DRAWING THAT

 7    ULTIMATELY BECOMES MY SCENE; AND ON CROSS-EXAMINATION, SHE

 8    ADMITS SHE'S DONE IT TENS OF TIMES.  BUT HERE'S THE KEY:  ON

 9    THE DATES -- SHE ADMITTED ON TOON TEENS THAT THE DATES THAT ARE

10    APPEARING ON THESE DRAWINGS, 1999, SHE PUTS THE 1999 ON THEM     02:39

11    YEARS LATER WHEN SHE GOT A CALL FROM A LEGAL DEPARTMENT.  AND

12    THEY'RE ASKING YOU, AND THEY'RE ASKING YOU, THEY'RE ASKING YOU

13    TO JUDGE CARTER BRYANT BECAUSE HE PUT DATES OF 1998.

14            BUT YOU KNOW WHAT, LADIES AND GENTLEMEN OF THE JURY,

15    I DON'T FAULT MS. MARTINEZ.  SHE'S A LOVELY WOMAN, AND I KNOW    02:40

16    THAT I'VE SELECTED HER FOR A PURPOSE.  WHEN SHE PUT 1999 ON

17    THOSE DRAWINGS, IT'S BECAUSE THAT WAS THE DATE SHE DREW THEM.

18    IT'S THE SAME REASON, WHEN CARTER BRYANT PUT THE 1998 DRAWINGS

19    ON -- IT'S BECAUSE HE KNEW HE DID THEM WHEN HE WAS IN

20    KIMBERLING CITY.                                                  02:40

21            YOU SEE?

22            "AND IS IT YOUR PRACTICE TO ALWAYS DATE YOUR DRAWINGS

23    WHEN YOU DO THEM?"

24            ANSWER:  "I DIDN'T ALWAYS DATE THEM THEN, BUT I DO

25    NOW."                                                             02:40
```

1          **MR. NOLAN:**  I SUSPECT MR. BRYANT HAS THE SAME VIEW.

2          QUESTION:  "HOW DO YOU KNOW YOU DID THESE IN JUNE OF

3  1999?"

4          ANSWER:  "BECAUSE I GOT A CALL -- I DON'T REMEMBER

5  WHEN, BUT AFTER JUNE 1999, THE LEGAL DEPARTMENT CONTACTED ME    02:41

6  AND SAID, 'HEY, WE MIGHT NEED ALL OF YOUR TOON TEENS STUFF,

7  YOUR SKETCHES, AND WHATEVER YOU HAVE,' AND I SAID, 'OH, OKAY.'

8  AND I HUNG UP THE PHONE AND I GATHERED MY STUFF, AND AT THAT

9  POINT, I SAID, 'I BETTER DATE THEM BEFORE I FORGET EXACTLY WHEN

10  I DID THIS.' AND THAT'S WHY I PUT THE DATE AFTERWARDS."    02:41

11          **MR. NOLAN:**  ALL WE'RE ASKING, ALL WE'RE ASKING,

12  LADIES AND GENTLEMEN, IS THE SAME STANDARD.

13          AND, OH, IS IT BIAS BECAUSE CARTER BRYANT MADE SO

14  MUCH MONEY IN ROYALTIES AND THAT'S WHAT MAKES HIS TESTIMONY SO

15  UNTRUSTWORTHY?    02:41

16          DO YOU NOT BELIEVE FOR A MOMENT THAT THIS CASE ISN'T

17  IMPORTANT TO MATTEL AND THE EMPLOYEES AT MATTEL? AND EVEN

18  MS. MARTINEZ, WHO'S ONE OF THE DESIGNERS OF MY SCENE, WHICH IS

19  LAUNCHED AFTER THE INTRODUCTION OF BRATZ, TO COMPETE AGAINST

20  BRATZ, BUT IS NO LONGER SOLD DOMESTICALLY? IS IT ONLY AN MGA    02:4:

21  WITNESS THAT MIGHT HAVE A CLAIM OF BIAS THROWN AGAINST THEM?

22          MATTEL HAS A STAKE IN THIS CASE. THEY WANT AN IDEA

23  THAT THEY DIDN'T CONCEIVE. THEY WANT DRAWINGS THEY DIDN'T DRAW

24  AND ARE NOT ENTITLED TO.

25          ANOTHER WAY THEY TRY TO PUT THESE DRAWINGS INTO 1999    02:4:

```
 1    RATHER THAN 1998 IS THEY USE TOON TEENS.  AND I WANT TO TURN TO
 2    TOON TEENS, IF I MIGHT.  YOU SEE, WE'RE OUT OF THE BLACK
 3    NOTEBOOK FOR JUST A MOMENT.
 4           AND RESPECTFULLY, IF YOU LOOK AT JURY INSTRUCTION
 5    NUMBER 9, THE WEIGHT OF MR. QUINN'S ELOQUENT CLOSING ARGUMENT      02:43
 6    IS NOT A SUBSTITUTE FOR EVIDENCE THAT YOU CAN HOLD ON TO.  AS
 7    PASSIONATELY AS IT WAS DELIVERED, IT'S AS FLEETING AS IT
 8    SOUNDED.  BECAUSE AT THE END OF THE DAY, THERE WAS NO EVIDENCE
 9    TO SUPPORT THOSE CLAIMS.  THEY COULD HAVE BROUGHT IN SOMEBODY
10    FROM MATTEL TO REALLY MAKE IT CLEAR, TO MEET THEIR BURDEN.        02:43
11           TOON TEENS.  THEY SAY, 'ALL RIGHT, ANOTHER REASON WHY
12    YOU SHOULD KNOW THAT CARTER BRYANT DID THESE DRAWINGS IN 1999
13    IS BECAUSE HE WAS AT MATTEL; TOON TEENS WAS MADE AT MATTEL;
14    THERE WERE SOME CUBICLES, AND ELISE CLOONAN SAT NEAR
15    LILY MARTINEZ, AND ELISE CLOONAN IS FRIENDS WITH CARTER BRYANT,   02:43
16    AND CARTER BRYANT MUST HAVE WALKED BY THE CUBICLE WITH
17    ELISE CLOONAN AND SEEN THE DRAWING THAT WAS IN THE CUBICLE.'
18           THAT'S THE EVIDENCE.
19           I'M NOT MAKING THIS UP.  THAT'S THE QUALITY OF THE
20    EVIDENCE.                                                         02:4
21           CARTER BRYANT SAID HE SAW THE 3-D L-BOARD DISPLAY
22    THAT WAS OPEN IN THE PUBLIC AFTER TOON TEENS HAD BEEN SCRAPPED.
23    BUT HE SAID, 'I NEVER SAW THE DRAWING.'
24           BUT HERE'S ANOTHER QUESTION I HAVE FOR YOU.  THAT'S
25    WHAT CARTER BRYANT SAID HE SAW.  AND YOU REMEMBER THE TESTIMONY   02:4
```

```
 1   THAT, 'OH, BLUE SKIES, IT'S SUCH A WONDERFUL PLACE TO WORK,

 2   THAT EVEN WHEN DESIGNER'S PROJECTS DON'T GET GREEN-LIGHTED,

 3   THEY'RE PUT ON AN L-SHAPED BOARD SO EVERYBODY CAN GO BY AND

 4   TAKE A LOOK AT IT.'  AND YOU SEE THESE 3-D OBJECTS ARE IMAGES

 5   OF THE DOLLS.  BUT YOU'LL REMEMBER THAT LILY MARTINEZ SAID,      02:44

 6   'WELL, YOU KNOW, MY DECAL, THE ORIGINAL TOON TEENS DRAWING, IT

 7   IS IN THERE.  IT'S ABSOLUTELY IN THERE.  CARTER BRYANT COULD

 8   HAVE SEEN THAT.'

 9        NOW, MIND YOU, THEY'RE ASKING YOU TO SPECULATE.

10   THEY'RE ASKING YOU TO ASSUME THAT CARTER BRYANT WALKED BY, SEES   02:45

11   THE L-BOARD, AND -- YOU SEE THIS LITTLE DECAL THAT'S

12   HIGHLIGHTED.  THAT'S SUPPOSEDLY THE TOON TEENS DRAWING THAT

13   CARTER BRYANT WAS INSPIRED BY, TO COME UP WITH THE NOW FAMOUS,

14   WORLD SUCCESSFUL BRATZ LINE.

15        NOW, IN ORDER TO SET THIS UP, THOUGH, ASK YOURSELF,         02:45

16   WHY DID MATTEL HAVE TO PUT IN FRONT OF YOU SEATING CHARTS THAT

17   HAD BEEN ALTERED?  YOU MIGHT RECALL AT THE VERY BEGINNING OF

18   THE CASE -- IT'S A LONG TIME AGO; IT'S SEVEN WEEKS, AND I KNOW

19   THAT YOU'VE BEEN DILIGENT, AND ALL OF US ARE -- YOU KNOW, THE

20   WEEKEND, REVIEWING THIS EVIDENCE, AND YOU'LL BE ABLE TO SEE IT   02:45

21   IN THE BACK WHEN YOU'RE STARTING TO DELIBERATE.  BUT REMEMBER,

22   SEATING CHARTS WERE PUT UP THERE.  SEATING CHARTS WERE SHOWN

23   JUST LIKE THAT.  THIS WAS ONE THAT WAS SHOWN TO PAULA GARCIA.

24        I ASKED PAULA GARCIA, 'DID YOU SIT THERE?'

25        'NO.'                                                      02:4
```

1       THEY ASKED CARTER BRYANT SIMILAR QUESTIONS.  NONE OF

2    THEM COULD IDENTIFY THE SEATING ARRANGEMENTS THAT WOULD HAVE

3    PROVIDED THEM CLOSE ENOUGH ACCESS TO ALLOW THE INFERENCE THAT

4    CARTER BRYANT WALKED DOWN THIS HALL, TURNED LEFT, CAME RIGHT,

5    PICKED UP ELISE CLOONAN, WALKED OVER, SAW THE CUBICLE, MUST        02:46

6    HAVE SEEN TOON TEENS, 'WOW, THAT'S INSPIRATIONAL.  I'M GOING TO

7    MAKE A DOLL OUT OF IT.'

8            THAT'S THEIR STORY.

9            TO SUPPORT THIS, THOUGH, THEY GIVE YOU A SEATING

10   CHART THAT'S INCORRECT.                                           02:46

11           LILY MARTINEZ, WHEN SHE'S IDENTIFYING IT -- AND WE'RE

12   BLOWING IT UP -- LILY MARTINEZ SAYS, 'THAT'S WHERE I'M SITTING.

13   I'M SITTING RIGHT IN THAT ONE CUBICLE.'

14           AND ON CROSS-EXAMINATION, I SAID, 'OKAY, BUT THAT'S

15   THE CUBICLE WITHOUT YOUR NAME.'                                   02:46

16           'YES.  I KNOW.  THAT'S NOT MY NAME, BUT THAT'S WHERE

17   I WAS SITTING.'

18           'WELL, WHAT ABOUT THE PERSON NEXT TO YOU?'

19           'WELL, THAT'S WHERE ELISE CLOONAN WAS SITTING.'

20           'YEAH.  BUT THAT DOESN'T HAVE ELISE CLOONAN'S NAME ON     02:47

21   IT EITHER.'

22           'I KNOW.  THAT'S SOMEBODY ELSE'S NAME.'

23           WHY DIDN'T THEY BRING YOU THE SEATING CHARTS THAT

24   WERE ACCURATE AT THE TIME OF THE POINT THAT THEY'RE TRYING TO

25   MAKE?                                                             02:47

1          SURELY THEY COULD HAVE DONE THAT.

2          OR THEY COULD HAVE BROUGHT IN SOMEBODY ELSE THAT WAS

3   SITTING IN THE CUBICLES AND SAID, 'YOU KNOW WHAT, I DON'T HAVE

4   A DOG IN THE FIGHT.  I KNOW BECAUSE CARTER BRYANT DID WALK BY

5   AND HE SAW THE TOON TEENS DRAWING.'                              02:47

6          THEY TRIED THE SAME SEATING CHART ISSUE IN ORDER TO

7   PROVE THAT CARTER BRYANT AND PAULA TREANTAFELLES GARCIA KNEW

8   EACH OTHER WHILE THEY WERE WORKING AT MATTEL.  THEY SHOWED A

9   CHART.  THEY SHOWED YOU A CHART THAT HAD CARTER BRYANT SITTING

10  NEXT TO PAULA TREANTAFELLES.  THE NAME.  THAT CHART WAS FALSE.   02:47

11  EVERYONE HAS TESTIFIED IT WASN'T ACCURATE.

12         IF YOU SEE IT BACK THERE, YOU'LL REMEMBER IT.  IT

13  JUMPS OUT AT YOU.  PLEASE SAY TO YOURSELF, WHY?

14         BUT LET'S GO TO TOON TEENS.

15         ANOTHER THING IS, THEY SAY, 'WELL, TOON TEENS CLEARLY    02:48

16  IS THE INSPIRATION OF BRATZ.'  AND THIS IS WHY.

17         LET'S GO TO A PICTURE OF TOON TEENS FOR JUST A

18  MOMENT.

19         THIS IS TOON TEENS.

20         NOW, THE TESTIMONY IN TOON TEENS -- AND I'M NOT GOING    02:48

21  TO GO THROUGH IT ALL BECAUSE WE DON'T HAVE THE TIME HERE --

22  THEY WERE SAYING IT'S THE POSE.  THIS IS WHAT -- IT'S A

23  UNIQUE -- REMEMBER THAT IVY ROSS TESTIFIED TO IT; LILY MARTINEZ

24  TALKED ABOUT IT.  IT'S THE POSE.  THAT'S WHAT WAS UNIQUE.

25  THAT'S WHAT INSPIRED CARTER BRYANT TO GO OFF AND DO THE HUGELY   02:48

1  SUCCESSFUL, MULTI-ETHNIC, HIP BRATZ.

2  WELL, WHAT'S INTERESTING ABOUT IT -- AND YOU'LL GO

3  BACK AND REVIEW YOUR NOTES -- WHEN I ASKED IVY ROSS ABOUT IT,

4  SHE DESCRIBED THAT POSE AS BEING DEFIANT.  WHEN I ASKED

5  LILY MARTINEZ, SHE SAID, 'IT KIND OF LACKS CONFIDENCE.'  TWO

6  DIFFERENT STYLES.  BUT THEY'RE TRYING TO TELL YOU, 'OH, THIS IS

7  THE INSPIRATION FOR BRATZ.'

8  I ASKED MS. MARTINEZ -- I CAN'T DRAW THIS.  I'M NOT

9  IN ANY WAY TRYING TO DISPARAGE MS. MARTINEZ'S TALENT.  SHE'S A

10  VERY TALENTED WOMAN -- I ASKED HER, 'WHAT AGE GROUP WAS THIS

11  INTENDED TO BE?'

12  'YOUNG CHILDREN.'

13  LOOK AT THE LEGS.  LOOK AT THE BOOTS.  THIS IS A

14  YOUNG CARTOONISH-LOOKING GIRL, INCREDIBLY CUTE, BIG EYES; BUT

15  ALL THEY'RE SAYING, LADIES AND GENTLEMEN, IS IT'S THE POSE.

16  AND THEY WANT YOU TO BELIEVE THAT BECAUSE THAT MEANS

17  THAT CARTER BRYANT LOOKED AT THAT, RAN OUT OF THE CUBICLE, DID

18  ALL OF HIS DRAWINGS FOR BRATZ, AND THEN WENT TO RAMONA PRINCE

19  AND HAD THEM NOTARIZED; BECAUSE THE TESTIMONY IS THAT -- AND

20  MS. MARTINEZ SHOWED US THE PICTURE OF THE L-BOARD.  THE

21  PHOTOGRAPH HAS AUGUST OF 1999 ON IT.  WELL, IN AUGUST OF 1999,

22  CARTER BRYANT IS TAKING HIS DRAWINGS AND SENDING THEM TO

23  ALASKA MAMA.  WE KNOW THAT BECAUSE OF JACQUELINE PRINCE.

24  TOON TEENS.  IF THAT'S THE BEST THEY HAVE, I

25  RESPECTFULLY SUBMIT, IT DOESN'T MEET THEIR BURDEN.

02:49
02:49
02:49
02:50
02:50

1        I MENTIONED THE NOTARY.  LET'S TALK ABOUT THE NOTARY

2   FOR A MOMENT, BECAUSE THIS IS ALSO A PIECE OF EVIDENCE THAT'S

3   VERY IMPORTANT.

4        THE FIRST DAY WE MET YOU, IN OPENING STATEMENTS,

5   MR. QUINN PUT THIS GRAPHIC IN FRONT OF YOU.  AND THIS IS THE          02:51

6   GRAPHIC WITH RESPECT TO THE NOTARY, THE FRAUDULENT NOTARY BOOK.

7   I BORROWED IT FROM MATTEL.  THE NOTARY BOOK WAS FORGED.  AND

8   THEN THEY HAVE THE BLOWUP.  AND THEN WE HAVE THE REPRESENTATION

9   BY MR. QUINN IN HIS OPENING STATEMENT.

10       MR. QUINN, IN HIS OPENING STATEMENT, SAID THAT THIS           02:51

11  WAS FALSE.  AND WE HAD AN INK EXPERT COME AND LOOK AT THIS, AND

12  THE INK EXPERT FOUND THAT THE ADDITIONAL LANGUAGE THERE, "FROM

13  MISSOURI 1998" -- REMEMBER, THAT'S THE STORY THEY WANT TO TELL

14  YOU DURING THE GAP OF HIS EMPLOYMENT, AND THAT'S IN DIFFERENT

15  INK.  THAT'S THE REST THERE.                                        02:52

16       THAT'S WHAT WAS TOLD TO YOU.

17       THERE WAS NO INK EXPERT.  MR. CUNNINGHAM, HOWEVER --

18  DO WE HAVE MR. CUNNINGHAM'S SLIDE AND HIS TESTIMONY, PLEASE --

19  MR. CUNNINGHAM, THEIR EXPERT, CAME IN AND SAID, UNDER

20  EXAMINATION BY MR. SLOAN, "AND, SIR, YOU DETERMINED THAT YOU         02:52

21  WERE UNABLE TO DETERMINE WHETHER THE INK ON THE FOURTH LINE' --

22  'THE INK USED TO WRITE THE FOURTH OR THE FIFTH LINE WAS

23  DIFFERENT FROM ANY OF THOSE OTHER INKS, DIDN'T YOU."

24       ANSWER:  "I COULD NOT DIFFERENTIATE BETWEEN THE INK

25  USED FOR THE FIRST FOUR LINES AND THE INK USED FOR THE FIFTH         02:52

```
 1   LINE."
 2            QUESTION:  "THAT WAS USING A MICROSCOPIC EXAMINATION;
 3   CORRECT?"
 4            ANSWER:  "CORRECT."
 5            QUESTION:  "AND YOU COULDN'T DISTINGUISH WITH A          02:53
 6   REFLECTED INFRARED LIGHT?"
 7            ANSWER:  "CORRECT."
 8            QUESTION:  "YOU COULDN'T DISTINGUISH USING INFRARED
 9   LUMINOUS?"
10            ANSWER:  "CORRECT."                                      02:53
11            QUESTION:  "AND YOU ALSO USED UV LIGHT, DIDN'T YOU,
12   SIR?"
13            ANSWER:  "A UV LIGHT AND A DICHROIC FILTER."
14            QUESTION:  "AND THOSE ARE ALL VERY POWERFUL DEVICES
15   TO TRY TO DISTINGUISH BETWEEN THE INKS IN DIFFERENT QUESTIONED    02:53
16   ENTRIES; CORRECT?"
17            ANSWER:  "I DON'T USE THE TERM 'POWERFUL,' BUT
18   THEY'RE SCIENTIFIC INSTRUMENTATION I USED."
19            MR. NOLAN:  NO EXPERT.  THE INK IS THE SAME.  THE
20   BEST MR. CUNNINGHAM COULD DO IS SAY, 'WOW, SOMEONE WHO WROTE IN   02:53
21   "FROM MISSOURI 1998" WROTE REALLY SLOW, IN DELIBERATE
22   HANDWRITING.'
23            AND THE OTHER THING IS, REMEMBER, AT THE VERY
24   BEGINNING, 'MR. CUNNINGHAM, DID YOU LOOK AT THE DEPOSITION OF
25   RAMONA PRINCE?'                                                   02:53
```

```
 1              'NO.   THAT WOULD BE INAPPROPRIATE.'

 2              'WHY WOULD IT BE INAPPROPRIATE?'

 3              'WELL, BECAUSE I NEED TO MAKE MY OWN SCIENTIFIC

 4    CONCLUSIONS.'

 5              MR. NOLAN:  WELL, WHEN WE LOOKED AT HIS REPORT, HE      02:54

 6    HAD TO IDENTIFY THAT, OF COURSE, HE HAD READ DEPOSITIONS.

 7              SO YOU MUST BE THINKING TO YOURSELF AT THAT POINT,

 8    WHY ISN'T HE ADMITTING THAT HE READ HER DEPOSITION?

 9              WELL, I SUSPECT THIS MAY BE ONE OF THE REASONS.

10              CAN WE PLAY THE VIDEO CLIP.                            02:54

11              I JUST WANT TO ADD ONE MORE THING.

12              RAMONA PRINCE IS A NOTARY THAT IS NOTARIZING BRATZ

13    DRAWINGS IN AUGUST OF 1999.  AT THAT TIME, YOU KNOW, MATTEL'S

14    GRAND CONSPIRACY THAT MGA, ISAAC LARIAN, CARTER BRYANT, AND THE

15    WORLD, INCLUDING THE LAWYERS, ARE LYING ABOUT WHEN THIS SCHEME   02:54

16    DEVELOPED.  WERE THE DRAWINGS IN 1998 OR 1999?  LET'S HIDE THE

17    FACT THAT THEY WERE REALLY DONE IN 1999 AND AT MATTEL AND THEY

18    DON'T BELONG TO US.  LET'S ALL COME UP WITH THIS.

19              AT THIS TIME, LADIES AND GENTLEMEN, CARTER BRYANT

20    DOESN'T EVEN KNOW MGA HAD NEVER HEARD OF IT.                     02:55

21              AND THEN THE OTHER THING I WANT YOU TO KNOW IS THAT

22    IF HE WAS SO WORRIED, WHY, OF ALL OF THE NOTARIES THAT YOU

23    WOULD GO TO TO HAVE DRAWINGS NOTARIZED FOR YOU, YOU GO TO THE

24    SECRETARY OF THE ADMINISTRATIVE VICE PRESIDENT IN THE DESIGN

25    CENTER AT MATTEL, WHO HE DOESN'T KNOW VERY WELL, HAD HER OVER    02:5.
```

```
 1    FOR DINNER ONE TIME, AND THEN HE'S GOING TO SHOW HER, ACCORDING
 2    TO MATTEL, THESE SECRET DRAWINGS THAT HE HAS DONE WHILE AT
 3    MATTEL.
 4              IT DOESN'T MAKE SENSE.  IT DOESN'T MAKE SENSE.
 5              BUT IN ANY EVENT, HE GOES TO HER.  HE ASKS HER TO        02:55
 6    NOTARIZE THE BOOK.
 7              THEY WANT YOU TO BELIEVE THAT THIS NOTARY BOOK IS
 8    FORGED.  IT HAS TO BE FORGED FOR MATTEL TO WIN THIS CASE,
 9    BECAUSE OTHERWISE, THIS IS REALLY SIGNIFICANT EVIDENCE.  HERE
10    IS A PERSON, RAMONA PRINCE, WHO DOESN'T KNOW ANYTHING ABOUT       02:56
11    ANYTHING.  SHE'S JUST ASKED TO NOTARIZE SOME ENTRY IN A NOTARY
12    BOOK, WITH HER CHILD AT HOME THAT NIGHT, FOR SOMEONE FROM
13    MATTEL; FAVORS THAT SHE'S DONE BEFORE.
14              THIS IS HER TESTIMONY.  IT WAS THE LAST QUESTION.  I
15    SUSPECT THIS IS WHY MR. CUNNINGHAM DID NOT WANT TO ADMIT THAT     02:56
16    HE READ THE DEPOSITION, BECAUSE IT DEBUNKS THEIR WHOLE ARGUMENT
17    ABOUT THE FORGED NOTARY.
18              (VIDEO EXCERPTS PLAYED AS FOLLOWS:)
19              QUESTION:  "DO YOU HAVE ANY REASON TO BELIEVE THAT
20    ANYONE AT ANY TIME ALTERED IN ANY WAY THE ENTRY IN YOUR JOURNAL   02:57
21    DATED AUGUST 26, 1999 FOR MR. BRYANT?"
22              ANSWER:  "NO."
23              (VIDEO EXCERPT ENDS.)
24              MR. NOLAN:  YOUR HONOR, IT'S 3:00.  WOULD THIS BE AN
25    APPROPRIATE TIME FOR A QUICK BREAK?                               02:5
```

1          **THE COURT:**  VERY WELL.

2              (BRIEF RECESS TAKEN.)

3              (WHEREUPON, JURORS ENTER COURTROOM.)

4          **THE COURT:**  COUNSEL, YOU MAY RESUME.

5          **MR. NOLAN:**  THANK YOU.                           03:06

6              I NEED TO GO BACK AND POINT OUT ONE OTHER THING, IF I

7   MIGHT.

8              WE TALKED ABOUT RAINY DAY RASCALS.  I DIDN'T WANT TO

9   LEAVE THE IMPRESSION THAT THAT LITTLE TINY FIGURINE WAS THE

10  ONLY ONE IN 1998.                                         03:06

11             COULD I HAVE UP SLIDES 84 AND 85.

12             THESE ARE OTHER RAINY DAY RASCALS IDENTIFIED BY

13  CARTER BRYANT AS HAVING BEEN DONE IN 1998, FURTHER EVIDENCE

14  THAT HE WAS DOING THE SERIES OF RAINY DAY RASCALS IN 1998.

15  TRIAL EXHIBIT 15333, AND THEN TRIAL EXHIBIT 18497.  AND THE   03:07

16  KEY, IF YOU LOOK UP ON THE LEFT-HAND SIDE -- WE DID THIS DURING

17  EXAMINATION -- ON THE TRIAL EXHIBIT 1533, IT SAYS, "WHENEVER I

18  NEED YOU," AND THEN YOU GO OVER TO THE NEXT DRAWING, WHICH IS A

19  SEPARATE EXHIBIT, TRIAL EXHIBIT 18497.  HE CAPTURES THAT IMAGE,

20  THAT PHRASE, "WHENEVER I NEED YOU," AND THEN YOU GO TO THE      03:07

21  DRAWING OVER IN THE TOP RIGHT-HAND -- WE HAVE IT IN YELLOW --

22  IT SAYS, "WHENEVER I NEED YOU."

23             SO, AGAIN, IT'S NOT JUST THAT SMALL IMPRESSION THAT

24  WAS ON THE INVENTION OF THAT BLACK NOTEBOOK.  HE'S DOING RAINY

25  DAY RASCALS IN 1998.  RICHARD TESTIFIES HE SHOWED HIM GREETING  03:07

```
 1    CARDS THAT WERE DONE IN 1998.  MS. GALVANO, EVEN IN HER VIDEO,
 2    SAID THAT SHE SAW GREETING CARDS WHEN SHE WAS VISITING IN
 3    MISSOURI.
 4         BY THE WAY, THE OTHER POINT I WANTED TO MAKE ON
 5    MS. GALVANO -- I THINK IT'S VERY, VERY INTERESTING -- TO PROVE
 6    THAT MS. GALVANO WAS BACK IN MISSOURI DURING THAT PERIOD OF
 7    TIME -- AND WHILE YOU'RE BACK THERE, LOOK AT HER CALENDAR; IT'S
 8    THERE -- SHE HAS THE EIGHT HUNDRED NUMBER TO ALASKA AIRLINES.
 9    SHE HAS THE MILES ON HER ACCOUNT, VERIFYING THAT SHE HAD ENOUGH
10    MILES TO TAKE THE FLIGHT.
11         THERE IS SOME QUESTION ABOUT, WELL, SHE DIDN'T HAVE
12    ANY RECORD EVIDENCE.  BUT YOU HEARD HER TESTIMONY.  SHE CALLED
13    ALASKA AIRLINES.  SHE CALLED CITY BANK.  SHE TRIED TO GET ALL
14    OF THE DOCUMENTS TO PROVE TO YOU THAT SHE WAS IN MISSOURI.  BUT
15    I THINK FROM THE DEMEANOR, YOU CAN SEE.
16         AND THESE CERTAINLY ARE DONE IN 1998.
17         NOW, ONE OTHER THING I WANT TO DO BEFORE I LEFT
18    TOON TEENS HAS TO DO WITH THE ACTUAL POSES.
19         REMEMBER, THE TESTIMONY IS HOW UNIQUE THAT POSE WAS
20    OF TOON TEENS.
21         BUT IF I COULD, COULD WE GO UP TO THE NEXT GRAPHIC.
22         THESE ARE OTHER POSES BY CARTER BRYANT.  IN THE SIXTH
23    GRADE CLASS, HE WON THE CONTEST FOR DRAWING VERONICA IN THE
24    CARTOON SERIES ARCHIE, AND THEN IN HIGH SCHOOL, HE WAS USING
25    THESE HAND POSES OUT TO THE SIDE.  IN JANUARY OF 1998, ONE OF
```

03:08
03:08
03:08
03:08
03:09
03:09
03:09

```
 1   THE JEWEL DRAWINGS WERE THERE; SO TO ARGUE THAT THE ARMS

 2   EXTENDED LIKE THIS IS SOMEHOW A UNIQUE CREATION TO AN ARTIST,

 3   ITS HANDS, ITS POSES -- YES, YOU CAN GET AN ATTITUDE FROM THEM,

 4   BUT CERTAINLY, THAT CANNOT BE THE WAY MATTEL CAN MEET ITS

 5   BURDEN OF PROVING THAT THESE WERE DONE AT MATTEL, BECAUSE HE     03:09

 6   WAS INSPIRED BY TOON TEENS.

 7             LET'S TURN TO THE DRAWINGS, IF I MIGHT.

 8             MR. BRYANT WENT THROUGH A NUMBER OF -- I APOLOGIZE.

 9   I WANT TO GO TO THE STEVE MADDEN DEVILS AD JUST FOR A MOMENT.

10   THIS IS THE OTHER PIECE OF EVIDENCE THAT THEY USED.  THIS IS     03:10

11   SLIDE 132.  I BELIEVE THIS IS THE LAST PIECE OF EVIDENCE THEY

12   INTRODUCED TO YOU, TO SHOW HE MUST HAVE BEEN INSPIRED BY THIS.

13   THIS IS A STEVE MADDEN AD THAT MR. BRYANT GAVE TO

14   MARGARET LEAHY TO HAVE MARGARET LEAHY USE IT AS INSPIRATION.

15             YOU KNOW, FOR MOST OF THE TRIAL, MOST OF THE USE OF     03:10

16   THIS EXHIBIT WAS TO SUGGEST TO YOU THAT THIS CAME OUT OF THE

17   AUGUST 17, 1999 SEVENTEEN MAGAZINE, THUS PROVING IT MUST HAVE

18   BEEN AUGUST '99.  BUT IN TRUTH, AS WE PROVED WITH

19   MARGARET LEAHY, THESE ARE NOT THE SAME.  THE ADVERTISEMENTS ARE

20   NOT THE SAME.  THE ONE ON THE RIGHT IS FROM THE SEVENTEEN        03:11

21   MAGAZINE, AND THE ONE THAT'S ON THE LEFT IS A DIFFERENT AD.

22             AND YET, MATTEL -- THE QUALITY OF ITS PROOF -- WANTS

23   YOU TO SAY 'OH, GEE, AT LEAST THE PHOTOGRAPH IS SIMILAR FROM A

24   SEVENTEEN MAGAZINE IN 1999.'  BUT THEY CAN'T DATE THIS AD.

25   THEY WANT YOU TO ASSUME, JUST SPECULATE, THAT THIS CAMPAIGN      03:11
```

```
 1    ONLY RAN IN ONE YEAR, FOR ONE LIMITED PERIOD OF TIME.

 2              THERE'S NO EVIDENCE OF THAT.  THEY COULD HAVE BROUGHT

 3    IN EVIDENCE FROM THE ADVERTISING CAMPAIGN MANAGER TO DATE THIS

 4    FOR YOU, BUT THEY DIDN'T.  THEY WANT YOU TO SPECULATE.

 5              LET'S GO TO SLIDE 27.  THIS, AGAIN, YOU'VE SEEN "MEET    03:12

 6    THE BRATZ," THE IDEA, THE CONCEPT, IN 1998.

 7              ONE OF THE QUESTIONS THAT YOU'LL BE ASKED ON THE JURY

 8    VERDICT FORM -- I BELIEVE IT'S QUESTION NUMBER 5 -- WILL ASK

 9    YOU WHEN HE CAME UP WITH THE CONCEPT.

10              NOW, IN MY MIND, NUMBER 5 IS REALLY THE STARTING        03:12

11    POINT IN TERMS OF HOW YOU FRAME THIS ISSUE, BUT IT'S THE FIFTH

12    QUESTION.  THE FIRST QUESTION WE'RE GOING TO GO THROUGH IN JUST

13    A MINUTE TALKS ABOUT WHICH DRAWINGS GO INTO WHAT BUCKET.  BUT

14    THE CONCEPT, LADIES AND GENTLEMEN, THE EVIDENCE, I SUBMIT, IS

15    OVERWHELMING THAT THE CONCEPT AND THE INITIAL DRAWINGS FOR       03:13

16    BRATZ WAS DONE IN LATE SUMMER, IN KIMBERLING CITY, MISSOURI.

17              SO THAT'S "MEET THE BRATZ."

18              CARTER'S TESTIMONY IS THAT HE DID THAT WHILE THERE IN

19    1998.  HE TYPED IT UP FOR CERTAIN BEFORE THE PITCH MEETING.  WE

20    KNOW THAT, BECAUSE IT WAS ORIGINALLY WRITTEN, AND, LOOK, HE'S    03:13

21    USING THE NAME BRATZ.  THAT'S GOING TO BE ANOTHER QUESTION ON

22    THIS JURY VERDICT FORM:  WHEN DID HE COME UP WITH THE NAME

23    BRATZ?

24              HE CAME UP WITH THE NAME BRATZ BACK IN KIMBERLING

25    CITY, MISSOURI.  AND DESPITE WHAT THEY WANT IN TERMS OF THE      03:13
```

```
 1   FACT THAT IT JUST SO HAPPENED THERE WAS BRATS BEING CONSIDERED
 2   WITHIN MATTEL FOR A POTENTIAL PROJECT, THEY DID NOT BRING IN A
 3   SINGLE PERSON THAT COULD SAY CARTER BRYANT HAD ACCESS TO THE
 4   MEMO THAT SAID ONE OF THE NAMES HERE IS BRATZ.  THERE IS NOT A
 5   SCINTILLA OF EVIDENCE THAT CARTER BRYANT KNEW THAT THE NAME       03:14
 6   BRATS, WITH AN S, WAS BEING CONSIDERED AT MATTEL.  THEY WANT
 7   YOU TO SPECULATE BECAUSE SOME OUTSIDE VENDOR PROVIDED A LIST TO
 8   A DEPARTMENT AT MATTEL THAT INCLUDED ONE OF, I THINK, 20 NAMES,
 9   BRATZ.
10           BUT WHEN I ASKED IVY ROSS WHETHER OR NOT SHE THOUGHT      03:14
11   MR. BRYANT HAD ACCESS TO THAT MEMO, BECAUSE HE'S NOT ON THE
12   MEMO, SHE SAID, 'NO, I HAVE NO BASIS TO SAY THAT MR. BRYANT SAW
13   THIS.'
14           BUT THEY ARE CLAIMING THAT MR. BRYANT GOT THE NAME
15   BRATZ FROM MATTEL.  IT'S A LITTLE BIT LIKE THEIR THEORY THAT HE   03:14
16   WAS WALKING DOWN THE CUBICLE, TURNED LEFT, SAW THE DRAWINGS,
17   AND THEN MOVED ON, ON TOON TEENS.
18           IT'S NOT THERE.  IT'S LIKE GRABBING JELLY AND HOLDING
19   ONTO IT.  IT DOESN'T SUPPORT THE BURDEN THEY HAVE TO MEET IN
20   THIS CASE.                                                       03:15
21           LET'S TURN TO SLIDE 28.
22           THESE ARE THE MASTER DRAWINGS, THE POSE, THE GESTURAL
23   MARKS.  YOU'VE SEEN THESE BEFORE.  I'VE MARKED THEM TRIAL
24   EXHIBIT 762.  THESE ARE THE POSES OF THE BRATZ.  EVEN LOOKING
25   AT THEM IN THIS EARLY FORM, YOU SEE THE ATTITUDE, YOU SEE THE    03:15
```

1  DIFFERENCE, YOU SEE THE IMAGINATION AND INSPIRATION THAT

2  CARTER BRYANT HAD.  THEY GO AND THEY SAY, 'OH, THE AUGUST 1998

3  PARIS BLUES AD DOES NOT LOOK LIKE THIS, AND THE COCA-COLA AD IN

4  THE AUGUST MAGAZINE DOESN'T LOOK LIKE THIS, OR THE STEVE MADDEN

5  AD IS DIFFERENT, OR THE KICKAPOO HIGH SCHOOL KIDS ARE NOT                    03:16

6  MULTI-ETHIC.'

7          FIRST OF ALL, CARTER BRYANT DIDN'T TESTIFY TO THAT.

8  THE ONLY PERSON WHO TRIED TO TESTIFY TO THAT, BUT HE CAN'T GET

9  COMPETENT EVIDENCE, IS MR. QUINN.  WE'RE NOT DISPARAGING THE

10  KIDS AT KICKAPOO HIGH SCHOOL.  WHAT CARTER BRYANT SAID WAS THAT           03:16

11  HE DROVE BY AND HE SAW THE IMAGE, THE ENERGY OF THOSE KIDS AND

12  THOUGHT, 'WOW, THIS IS A GENERATION THAT BARBIE IS NO LONGER

13  APPEALING TO.  WOULDN'T IT BE COOL IF I COULD DEVELOP AN IDEA,

14  A CONCEPT.'  AND THEN HE LOOKED AT THE MAGAZINE, AND HE SAW THE

15  BIG EYES, THE BIG LIPS, THE ATTITUDE.                                      03:16

16          NO ONE IS ASKING YOU AND NO ONE IS SUGGESTING THAT

17  YOU SHOULD COMPARE ANY ONE OF THESE TO THE DIXIE CHICKS, CHICKS

18  WITH ATTITUDE.  NOBODY IS SAYING HE COPIED THAT.  THIS IS

19  INSPIRATION.  IT CAUSED HIM TO THINK.  AND HE COMBINED ALL OF

20  THOSE.  HE COMBINED THE BACKPACKS WITH THE FIGURES, THE ENERGY;           03:17

21  AND THIS WAS THE CONCEPT.  AND WHEN HE KNOCKED ON HIS MOTHER'S

22  BEDROOM DOOR AND SAID 'DO YOU LIKE MY IDEA,' THAT'S WHAT HE WAS

23  REFERRING TO.

24          I SHOWED YOU THE POSES.

25          LET'S GO TO SLIDE 29, PLEASE.                                      03:17

```
 1            THESE WERE DONE IN 1998.  THESE ARE THE MASTER BRATZ
 2    DRAWINGS, THE HEADS.  ONE IS ON TRACING PAPER.  THE OTHER IS A
 3    REDUCED COPY OF IT.  YOU'RE GOING TO HAVE THESE IN EVIDENCE.
 4            YOUR HONOR, DO YOU MIND, WITH THE ORIGINAL, IF
 5    MS. AGUIAR COULD JUST STAND HERE?                                    03:17
 6         THE COURT:  VERY WELL.  THAT'S FINE, AS LONG AS
 7    MATTEL CAN SEE.
 8         MR. NOLAN:  THANK YOU.
 9            WHAT WE'VE DONE IS, ON THE VERDICT FORM, YOU'RE GOING
10    TO -- IN FACT, COULD WE FLASH UP THE VERDICT FORM QUESTION, THE      03:17
11    FIRST QUESTION.
12            THE VERY FIRST QUESTION IS GOING TO BE:  FOR EACH OF
13    THE ITEMS LISTED BELOW, HAS MATTEL PROVEN BY A PREPONDERANCE OF
14    THE EVIDENCE THAT THE ITEM WAS CONCEIVED OR REDUCED TO
15    PRACTICE, THAT IS, CREATED, BY CARTER BRYANT, ALONE OR JOINTLY      03:18
16    WITH OTHERS, DURING THE PERIOD IN WHICH HE WAS EMPLOYED BY
17    MATTEL, JANUARY 4, 1999, TO OCTOBER 19, 2000?
18            AND THEN WHAT FOLLOWS IS A SERIES OF EXHIBITS.
19            THIS IS NOT GOING TO BE A MEMORY TEST FOR YOU,
20    BECAUSE I COULDN'T PASS IT MYSELF.  WHAT THE PARTIES HAVE DONE      03:18
21    IS PUT THEM INTO THREE PORTFOLIOS.  IN THIS ONE, MS. AGUIAR HAS
22    QUESTION NUMBER 1, TRIAL EXHIBITS.  THESE ARE THE DRAWINGS THAT
23    CARTER BRYANT DID IN MISSOURI IN 1998.  AND WE WOULD ASK THAT
24    FOR EACH ONE OF THESE DRAWINGS, THAT YOU WOULD ANSWER "NO" TO
25    THIS QUESTION, BECAUSE MATTEL HAS NOT MET ITS BURDEN THAT           03:18
```

1  CARTER BRYANT "CONCEIVED OR REDUCED TO PRACTICE" THESE DRAWINGS

2  WHILE EMPLOYED AT MATTEL.

3          I SHOWED YOU THE "MEET THE BRATZ" DRAWING.  I'VE

4  SHOWN YOU THE POSE.  NOW LET'S GO TO -- WE'VE SHOWN YOU THE

5  MASTER DRAWINGS FOR THE HEADS, SLIDE 29.  THAT'S ALSO IN THIS          03:19

6  BOOK.  SLIDE 30 IS THE FACELESS FASHIONS.  CARTER BRYANT

7  CONFIRMED HE DREW THESE MASTER DRAWINGS IN AUGUST 1998.  THESE

8  ARE THE EXHIBITS THAT ARE SET FORTH IN THIS BOOK.

9          EACH AND EVERY ONE OF THESE WAS DONE WHILE HE WAS NOT

10 EMPLOYED AT MATTEL, AND MATTEL HAS NOT MET ITS BURDEN THAT          03:19

11 THESE WERE CREATED WHILE HE WAS EMPLOYED AT MATTEL.

12          LET'S GO TO SLIDE 31.

13          SLIDE 31 HAS A SERIES OF EXHIBITS ON IT.  YOU SEE THE

14 VARIOUS HAIR PATTERNS.  YOU SEE IN THE LOWER RIGHT CORNER THE

15 BACKPACKS, DIFFERENT BACKPACKS.  YOU SEE IN TRIAL EXHIBIT 706,          03:20

16 THE BOOTS, THE DIFFERENT SHOES.  EACH ONE ARE TRANSFORMABLE.

17 EACH ONE CAN MOVE BACK AND FORTH.

18          LET'S SHOW SLIDES 260 THROUGH 279.  START WITH 260.

19          HERE'S HIS TESTIMONY WITH RESPECT TO "MEET THE

20 BRATZ."  HE TESTIFIED HE DID THAT IN 1998.  WITH RESPECT TO          03:20

21 TRIAL EXHIBIT 6215, THE HEADS, HIS TESTIMONY, THESE WERE DONE

22 IN 1998.

23          NEXT SLIDE.

24          THIS GESTURAL POSE, TRIAL EXHIBIT 7620 IN THAT BOOK.

25 DO YOU RECOGNIZE IT?"          03:20

1          "YES."

2          "WHEN DID YOU DO IT?"

3          "1998."

4          NEXT ONE.

5          THESE THREE EXHIBITS, THEY ARE THE POSES.  I ASKED          03:20

6     HIM, WHAT IS 710?  WHAT IS 761?  WHAT IS 758?

7          AND HE IDENTIFIES THEM ALL AS HAVING BEEN DONE IN

8     1998 WHILE IN MISSOURI.  THEY ARE IN THAT BOOK.

9          YOU SHOULD ANSWER "NO" TO QUESTION NUMBER 1.  THESE

10    WERE NOT DONE AT MATTEL.  MATTEL HAS NOT MET ITS BURDEN OF          03:21

11    PROOF THAT THEY WERE DONE THEN.

12          DIRECTING YOUR ATTENTION TO 774.

13          "IS THIS A DRAWING YOU SAW BACK AT THE TIME WHEN

14    CARTER BRYANT WAS LIVING IN KIMBERLING CITY?

15          "YES."          03:21

16          "AND YOU SPECIFICALLY RECALL THAT; IS THAT CORRECT?"

17          ANSWER:  "YES."

18          THAT'S FROM HIS MOTHER'S TESTIMONY.  SHE TESTIFIED TO

19    THAT.

20          RICHARD IRMEN ALSO TESTIFIED.          03:2

21          DIRECTING YOUR ATTENTION TO THIS EXHIBIT:

22          "IS THAT THE BLACK AND WHITE SKETCH?"

23          "YES."

24          "IS THIS THE ONE YOU RECALL SEEING THERE IN LANCASTER

25    ON JANUARY 2, 1999, BEFORE HE STARTS WORKING AT MATTEL?"          03:2

```
 1              THERE'S THE HERO SHOT.  THAT, LADIES AND GENTLEMEN,
 2    THOSE ARE THE FOUR BRATZ CHARACTERS.
 3              THIS IS CARTER BRYANT.
 4              I'M GOING TO SHOW YOU A FEW MORE EXHIBITS, 777.
 5              QUESTION:  "WERE THEY DONE IN 1998?"                    03:22
 6              ANSWER:  "YES."
 7              QUESTION:  "YOU CHANGED THE HAIRSTYLE?"
 8              "YES."
 9              ON ONE, HE LIKED THE PONYTAIL.  ON THE OTHER ONE, HE
10    LIKED THE BANDANA LOOK.  ALL HE HAD TO DO, LADIES AND            03:22
11    GENTLEMEN -- IF I MIGHT, YOUR HONOR?
12              THE COURT:  YOU MAY.
13              MR. NOLAN:  TO SHOW YOU THE IMPORTANCE OF QUESTION
14    NUMBER 1, THAT THESE WERE DONE AND CREATED IN 1998 AND PUT TO
15    PRACTICE, REDUCTION TO PRACTICE, CARTER BRYANT, YOU WILL        03:22
16    RECALL, DREW FOR YOU ON THAT BOARD, NOT SOMETHING THAT I JUST
17    ASKED HIM TO MAKE UP; I ASKED HIM TO DRAW A BRATZ.  NOT A NEW
18    CREATION.  I JUST ASKED HIM TO DRAW A BRATZ.
19              AND TO DEMONSTRATE FOR YOU, HE THEN SAT AT THIS VERY
20    CHAIR AS THOUGH HE WAS IN THE BACK OF HIS ROOM IN A STUDIO, AND 03:2:
21    HE EXPLAINED VERY CAREFULLY WHAT HE WAS TAUGHT AT THE OTIS
22    SCHOOL OF ART, AND THAT WAS TO SLOWLY, SLOWLY TRACE THE
23    ORIGINAL MASTER TO REPLICATE EXACTLY WHAT HE HAD CREATED.
24              AND FROM THAT, HE WOULD MOVE AND HE WOULD TRACE AND
25    PUT ON SHOES, FASHIONS, BACKPACKS.  HE COULD SHIFT THE HAIR, IF 03:2
```

1    HE WANTED TO.  BUT THEY WERE CREATED -- THE CONCEPT, THE IDEA,

2    THEY WERE CREATED IN 1998, NOT 1999.

3          LILY MARTINEZ TESTIFIED THAT SHE USES THE SAME

4    PROCESS.  WE'RE NOT THE ONLY ONE THAT USES A LIGHT BOX.  IT'S A

5    COMMON WAY OF COPYING THE MASTERS.                          03:24

6          THE FACT THAT HE KEPT GOING BACK TO THESE DRAWINGS AS

7    THE MASTERS, FURTHER EVIDENCE THAT THOSE DRAWINGS IN 1998 WERE,

8    IN FACT, THE ORIGINAL CONCEPT DRAWINGS FOR THE BRATZ.

9          LET'S GO TO SLIDE 49, IF I COULD.

10         IN MY OPENING STATEMENT, I USED THE SAME GRAPHIC.  ON   03:24

11   THE LEFT-HAND SIDE ARE ALL OF THE DRAWINGS THAT CARTER BRYANT

12   DID IN 1998.  AND THE RED BARRIER LINE -- THERE IS A SEPARATION

13   BETWEEN 1998 AND THE PERIOD OF HIS EMPLOYMENT.  IT WAS MATTEL'S

14   BURDEN IN THIS CASE TO MOVE EACH AND EVERY ONE OF THE DRAWINGS

15   FROM THE LEFT TO THE RIGHT, AND I RESPECTFULLY SUBMIT, THEY DID  03:2

16   NOT MEET THAT BURDEN.

17         NOW, THERE'S TESTIMONY THAT CARTER BRYANT ADDED COLOR

18   FOR DRAWINGS IN 1999, 2000.  HE CERTAINLY DID THAT.  BUT EVERY

19   WITNESS WHO TOOK THE STAND SAID IT DOESN'T MATTER IF YOU ADD

20   COLOR OR NOT.                                              03:2

21         "THIS IS BLACK AND WHITE.  THERE'S NO COLOR; RIGHT?"

22         "RIGHT."

23         "DID YOU TYPICALLY COMPLETE THE MASTER DRAWINGS

24   WITHOUT COLORING THEM?"

25         "YES."                                               03:2

```
 1              "AND WHY IS THAT?"
 2              "WELL, IF I HAD THE MASTER DRAWING, I HAD THE
 3    CONCEPT.  I HAD THE CREATION.  I COULD GO BACK AND ADD COLOR
 4    LATER, YOU KNOW, WHEN I FELT LIKE IT, OR I HAD TIME, OR
 5    WHATEVER."                                                      03:25
 6              QUESTION:  "IN YOUR VIEW, DID ADDING COLOR TO MASTER
 7    DRAWINGS CHANGE THE CONCEPT OF THE DRAWING?"
 8              ANSWER:  "NO."
 9              QUESTION:  "DID IT CHANGE THE ATTITUDE OF THE
10    DRAWING?"                                                       03:25
11              ANSWER:  "NO."
12              QUESTION:  "DID IT CHANGE THE CHARACTER OF THE
13    DRAWING?"
14              ANSWER:  "NO."
15              QUESTION:  "DID IT CHANGE THE POSE OF THE DRAWING?"    03:26
16              ANSWER:  "NO."
17         MR. NOLAN:  CARTER BRYANT.  THAT SERIES OF QUESTIONS
18    AND ANSWERS WERE NEVER REFUTED BY A SINGLE MATTEL WITNESS.
19    EVEN MS. MARTINEZ ADMITTED THAT SHE DOESN'T DO COLOR FIRST;
20    SHE'LL DO THE BLACK AND WHITE.  AND IT MAKES SENSE.             03:26
21              THAT'S WHAT I SAID TO YOU IN MY OPENING STATEMENT;
22    THAT NOTWITHSTANDING THE FACT THAT MATTEL'S OPENING STATEMENT,
23    MR. QUINN PROMISED YOU THAT THEY WERE GOING TO BRING IN AN
24    EXPERT TO PROVE THAT THOSE COLOR DRAWINGS WERE DONE FIRST AND
25    THEN THE BLACK AND WHITES WERE TRACED AFTERWARDS.  YOU MAY NOT  03:26
```

1    RECALL -- I SAID, 'THAT'S LIKE YOU ALL GOING OUT AND BUYING A

2    COLORING BOOK THAT'S ALREADY COLORED IN.'  WELL, GUESS WHAT?

3    THEY NEVER PRODUCED THAT TESTIMONY.  AND YOU KNOW WHY?  IT

4    DIDN'T MAKE SENSE.

5         THE MASTER DRAWINGS WERE DONE IN 1998, AND WHETHER OR       03:27

6    NOT YOU ADD CALL OR A DIFFERENT DRESS OR YOU PUT THEM IN

7    EVENING WEAR, IT DOESN'T CHANGE THE ATTITUDE; IT DOESN'T CHANGE

8    THE CHARACTER; AND IT DIDN'T CHANGE THE POSE.  AND YOU KNOW

9    WHAT?  ADDING COLOR TO ZOE DIDN'T CHANGE ZOE.  ADDING COLOR TO

10   JADE OR SASHA OR YASMINE DIDN'T CHANGE THE CHARACTERS.  THE       03:27

11   FOUR CHARACTERS CONCEIVED OF BY CARTER BRYANT WERE CONCEIVED IN

12   1998.

13        LET'S PUT UP THE TIMELINE FOR JUST A MOMENT, OF THE

14   EMPLOYMENT.

15        YOU KNOW, MATTEL, WHEN THEY DISPLAY THEIR GRAPHIC,          03:27

16   PUTS THE 1998 IN A LITTLE TINY SLIVER OF PERIOD OF TIME, APRIL

17   THROUGH THE END OF THE YEAR, AS BEING THE TINY LITTLE PERIOD OF

18   TIME THAT WE'RE TRYING TO SHOVE EVERYTHING INTO AND HOW THAT

19   DOESN'T MAKE THE FACT THAT BRATZ WAS DONE IN 1998 CREDIBLE.

20        MIND YOU, THEY NEVER BROUGHT IN A WITNESS, OTHER THAN       03:28

21   THE ONES WE SAW, WHICH, I THINK YOU ALREADY KNOW WHAT I BELIEVE

22   THE CREDIBILITY OF IS; BUT NEVERTHELESS, LOOK AT 1998.

23   JANUARY 5TH HE BEGINS HIS FREELANCE WORK IN MISSOURI, PART TIME

24   FOR MATTEL.  HE DOESN'T TELL.  MATTEL ASSIGNMENT.  APRIL 15,

25   1998, THE MAN RESIGNS FROM MATTEL.  BECAUSE HE SIGNED ON AS A    03:28

1  REPRESENTATIVE -- HERE GOES THE CREDIBILITY ISSUE AGAIN -- HE

2  SIGNS ON AS A REPRESENTATIVE, SO HE SUBMITS HIS RESIGNATION

3  LETTER TO MATTEL.  MATTEL WOULD NOT HAVE KNOWN IF HE WAS

4  SENDING STUFF OUT TO ASHTON DRAKE.  ASHTON DRAKE WOULDN'T HAVE

5  KNOWN IF HE TOOK TEN MINUTES ON BREAK OR NOT, BUT MR. BRYANT      03:29

6  RESIGNS.  AND THEN DURING 1998, BECAUSE HE'S TRYING TO DO WORK,

7  HE TRIES LIKE THE DEVIL TO GET TO DO WORK FOR ASHTON DRAKE.  HE

8  DOES GREETING CARDS, INCLUDING RAINY DAY RASCALS.  HE DOES A

9  DOLL, THE SABRINA DOLL CONCEPT.  HE DOES BRATZ CONCEPTS.  THE

10 SABRINA DOLL CONCEPT IN 1998, YOU'LL SEE IT HAS THE IDEA OF      03:29

11 REMOVABLE HAIR, REMOVABLE FEET.  THOSE ARE ALL THE SAME IDEAS

12 IN BRATZ.  IT'S ALL ABOUT 1998.  IT IS ALL ABOUT 1998 IN THIS

13 CASE, LADIES AND GENTLEMEN.

14         AND THEN HE SHOWS THE DRAWINGS IN AUGUST THROUGH

15 SEPTEMBER; JEANNE GALVANO; HIS MOTHER SEES THEM; THOMAS, HIS     03:29

16 FATHER, SEES THEM.  THEN ON JANUARY 1ST, HE SHOWS THESE CONCEPT

17 DRAWINGS, THE BRATZ SKETCHES, TO RICHARD.  AND THEN HE HAS THE

18 EMPLOYMENT; AND NOW WE'RE IN BARBIE COLLECTIBLES.  ON HIS OWN,

19 WITHOUT ANY KNOWLEDGE OF US, HE DOESN'T EVEN KNOW ABOUT US, HE

20 GOES AND HE PUSHES THESE THINGS AND TRIES TO SELL THEM TO       03:30

21 ALASKA MAMA.  HE GETS THEM NOTARIZED.  I TALKED ABOUT THAT

22 BEFORE.  HE THEN PUTS THEM AWAY.

23         NOW HE COMES TO THIS PERIOD OF THE CONTRACT PERIOD OF

24 TIME, THAT PERIOD OF SEPTEMBER 1ST THROUGH OCTOBER 4, 1999.

25 AND IN THE LITTLE TIME THAT I HAVE LEFT, I WANT TO TALK ABOUT    03:30

1   THAT, IF I MAY.  YET, IT TOOK UP SO MUCH EVIDENCE IN THIS CASE

2   AND SO MUCH ATTENTION BY MATTEL.

3            I THINK IT REALLY WAS TO DISTRACT US FROM REALLY WHAT

4   WAS IMPORTANT.

5            AT THE END OF THE DAY, THE COURT HAS INSTRUCTED YOU        03:30

6   THAT CARTER BRYANT BREACHED HIS DUTY OF LOYALTY AND BREACHED

7   HIS DUTY OF FIDUCIARY DUTY TO MATTEL BY SIGNING A CONTRACT ON

8   OCTOBER 4TH.  WHILE AT THE SAME TIME CONTINUING TO MOVE FORWARD

9   WITH HIS LIFE, HE SIGNED A CONSULTING AGREEMENT.  AND RATHER

10  THAN RESIGN, AS ISAAC LARIAN DIRECTED HIM TO -- THE IRONY OF       03:30

11  THIS CASE, LADIES AND GENTLEMEN, IS THAT CARTER BRYANT GAVE

12  TWO-WEEKS NOTICE TO MATTEL.  NOT ONE SINGLE MATTEL EMPLOYEE

13  CAME IN TO TELL YOU THAT DURING THAT TWO-WEEK PERIOD OF TIME,

14  CARTER BRYANT WASN'T DOING WHAT HE WAS SUPPOSED TO BE DOING FOR

15  MATTEL.  NOT ONE WITNESS HAS COME IN HERE TO TELL YOU THAT         03:31

16  THERE WAS A PROJECT THAT WAS DROPPED BY CARTER BRYANT.

17  CARTER BRYANT EVEN TOLD YOU THAT ALTHOUGH HE KNEW HE WAS

18  SUPPOSED TO RESIGN, HE THOUGHT IT WAS THE RIGHT THING TO DO TO

19  GIVE TWO-WEEKS NOTICE.

20           BUT, YOU KNOW, LADIES AND GENTLEMEN, WE DIDN'T KNOW       03:3

21  THAT HE DIDN'T RESIGN.

22           YOU KNOW, WHEN YOU GET TO THE BACK END OF THIS

23  VERDICT FORM -- AND LET'S GO TO THE QUESTIONS, IF WE CAN, ON

24  THE DUTY OF LOYALTY AND THE BREACH OF FIDUCIARY DUTY PART OF

25  THE VERDICT FORM -- YOU'RE GOING TO BE ASKED SIMPLE QUESTIONS,     03:3

1    STARTING WITH QUESTION NUMBER 7, ABOUT INTENTIONAL INTERFERENCE

2    WITH A CONTRACTUAL RELATIONSHIP.  IS MGA ENTERTAINMENT LIABLE

3    TO MATTEL FOR INTENTIONAL INTERFERENCE WITH CONTRACTUAL

4    RELATIONS?

5           HE HAD A VALID AND ENFORCEABLE CONTRACT.  THERE'S NO          03:32

6    DOUBT ABOUT THAT.  BUT, AGAIN, MATTEL OWES THE BURDEN ON THIS.

7    THEY HAVE TO PROVE TO YOU THAT MGA INTENTIONALLY INTERFERED

8    WITH THAT CONTRACT.  YOU'RE GOING TO BE TOLD, IN THE

9    INSTRUCTION, THAT THE MERE OFFER OF EMPLOYMENT IS NOT

10   SUFFICIENT.                                                         03:32

11          THERE WAS A LOT OF TESTIMONY AND A LOT OF ARGUMENT

12   THAT ISAAC LARIAN KNEW THAT CARTER BRYANT WAS UNDER EMPLOYMENT

13   AT MATTEL.  WE'RE NOT DENYING THAT.  BUT, YOU KNOW, WHEN I

14   ASKED CASSIDY PARK WHAT WERE THE TERMS OF THE CONTRACT THAT

15   CARTER BRYANT HAD SIGNED, SHE DIDN'T KNOW.                          03:33

16          ISAAC LARIAN AND MGA OFFERED AN OPPORTUNITY FOR

17   EMPLOYMENT TO CARTER BRYANT.  HE REJECTED THAT.  HE SIGNED A

18   CONSULTING AGREEMENT.

19          CAN I HAVE UP THE E-MAIL THAT ISAAC LARIAN SENT ON

20   OCTOBER 4TH.                                                        03:33

21          OCTOBER 5TH.  CARTER.  CONTRACT WAS SIGNED

22   OCTOBER 4TH.  "CARTER, NOW THAT WE HAVE THE AGREEMENT IN PLACE,

23   WE NEED YOU AND PAULA TO FOCUS 200 PERCENT ON GETTING THIS

24   DONE.  THINK DIFFERENT.  THINK THE FASHION.  THINK IN DESIGN

25   ACCESSORIES.  THINK ABOUT THE COMMERCIAL.  THINK ABOUT THE          03:34

```
 1   NEW YORK SHOWROOM PRESENTATION.  WE ARE THINKING CAT WALK.

 2   THINK ABOUT ALL OF THE ROYALTY YOU'RE GOING TO MAKE.  CARTER,

 3   THIS IS YOUR BIG BREAK.  I HAVE PUT MY WHOLE RESOURCES, MONEY,

 4   PEOPLE, DEVELOPMENT, ON THIS, TO MAKE YOUR DREAM HAPPEN,

 5   BECAUSE I BELIEVE IN YOUNG PEOPLE'S DREAMS.  NOW IT IS UP TO      03:34

 6   YOU.  YOU NEED TO PUT 16 HOURS A DAY, STARTING NOW, ON THIS,

 7   AND NOTHING ELSE.  THAT IS THE ONLY WAY IT WILL HAPPEN."

 8            ISAAC LARIAN THOUGHT THAT MR. BRYANT HAD QUIT.  IT'S

 9   AS SIMPLE AS THAT, LADIES AND GENTLEMEN.

10            LOOK BACK AT THE TESTIMONY DURING THIS PERIOD OF         03:34

11   TIME.

12            WHAT DID WE KNOW?

13            WE ONLY KNEW IT AS A PITCH TO US FOR A CONCEPT THAT

14   HE TOLD US HE DID IN MISSOURI.  WE LOOKED AT IT.  PAULA WAS IN

15   LOVE WITH IT.  ISAAC THOUGHT THEY WERE LOOKING A LITTLE BIT       03:35

16   ALIEN; NOT SO CERTAIN.  VICTORIA O'CONNOR TESTIFIES THEY WERE

17   CONSIDERING OTHER MATTERS.  SO WHEN MR. QUINN CHIVES US ABOUT

18   THE SO-CALLED 'DOLL SHOW' OR DOLL CONTEST THAT'S IN THE WALL

19   STREET JOURNAL ARTICLE, VICTORIA O'CONNOR TESTIFIED THEY, IN

20   FACT, WERE LOOKING AT OTHER ENTRIES.  PAULA WAS A PROJECT         03:35

21   MANAGER ON THE DOLL SIDE OF THIS.  SHE WAS NOT ON THE BUSINESS

22   SIDE OF IT.  VICTORIA O'CONNOR KNEW CARTER WAS WORKING AT

23   MATTEL.  ISAAC KNEW HE WAS WORKING AT MATTEL.  THERE WAS NO

24   ISSUE ABOUT THAT.  THEY ASKED THAT LAWYERS GET INVOLVED.

25            AND, YES, WE DIDN'T CALL THE LAWYERS.  THERE WAS A       03:3
```

```
 1   TIME RESTRICTION IN THIS CASE.  WE MADE THE DECISION THAT ALL
 2   YOU NEEDED TO DO WAS HEAR ANOTHER TWO LAWYERS TALK.  YOU HAVE
 3   THE CONTRACT.  YOU HAVE THE CONTRACT IN EVIDENCE.  AND IN THAT
 4   CONTRACT, THERE ARE REPS AND WARRANTIES THAT WERE MADE TO US --
 5   THIS IS ON TRIAL EXHIBIT 15, PAGE 3 TO 4 -- REPS AND                03:36
 6   WARRANTIES.  CARTER BRYANT IS TELLING US, REPRESENTING TO US,
 7   THROUGH THE LAWYERS, THAT HE HAS THE RIGHT AND IS FREE TO
 8   EXECUTE THIS AGREEMENT TO GRANT THE RIGHTS GRANTED BY HIM TO
 9   MGA.  "NEITHER THE EXECUTION AND DELIVERY OF THIS AGREEMENT,
10   NOR THE PERFORMANCE BY BRYANT OF ANY OF HIS OBLIGATIONS            03:36
11   HEREUNDER, WILL CONSTITUTE A VIOLATION OR DEFAULT UNDER ANY
12   AGREEMENT.  THE BRYANT WORK PRODUCT SHALL BE FREE OF ALL LIENS
13   AND THERE WILL BE NO CLAIMS, DEMANDS, OR ACTIONS PENDING OR
14   THREATENED WITH RESPECT THERETO; AND THAT THE BRYANT WORK
15   PRODUCT IS ORIGINAL AND NO PART THEREOF INFRINGES OR SHALL          03:36
16   INFRINGE ON ANY COMMON LAW OR STATUTORY RIGHTS OR INTELLECTUAL
17   PROPERTY RIGHTS OF ANY THIRD PARTY, INCLUDING, WITHOUT
18   LIMITATION, CONTRACTUAL RIGHTS..."
19        "HE SHALL COMPLY WITH ALL LAWS.  HE SHALL INDEMNIFY
20   AND HOLD MGA HARMLESS FROM AND ASSIST AGAINST AND ALL CLAIMS,      03:37
21   LOSSES, COSTS, AND JUDGMENTS."
22        WE DID WHAT EVERY COMPANY DOES.
23        MATTEL -- YOU HEARD ME ASK MR. KILPIN THE SAME
24   QUESTIONS.  WHEN YOU'RE DEALING WITH AN INVENTOR, YOU GET WITH
25   THE LEGAL DEPARTMENT.  MGA DIDN'T HAVE A LEGAL DEPARTMENT,          03:37
```

```
 1    PER SE.  THEY HAD OUTSIDE COUNSEL TO DEAL WITH THIS.  THIS IS A
 2    LEGALLY-DRAFTED DOCUMENT.
 3           I WANT TO TURN TO THE LAST PAGE OF THIS DOCUMENT.
 4           THIS IS THE CONTRACT YOU'VE HEARD SO MUCH ABOUT; THIS
 5    ALLEGATION THAT WE WHITED OUT, SEPTEMBER 18, 2000.                 03:37
 6           DO YOU SEE THAT?  AND THEN ON THE RIGHT-HAND SIDE,
 7    THE WHOLE IDEA OF WHITING OUT THE STUFF ON THESE CONTRACTS.
 8           THERE IS NO DOUBT THERE WAS NO EFFORT TO TRY TO
 9    CONCEAL THAT CARTER BRYANT HAD SIGNED THE CONTRACT WHILE HE WAS
10    AT MATTEL.  IT'S SIGNED AND DATED AS OCTOBER 4TH.                  03:38
11           BOTTOM LINE, THE FOOTER, IT'S DATED OCTOBER 4TH.  THE
12    DAY HE SIGNS THE CONTRACT, THERE'S NO DOUBT, WE'RE NOT TRYING
13    TO CONCEAL THE FACT HE SIGNS IT ON A DIFFERENT DATE.
14           WHY SEPTEMBER 18TH WAS NOT INCLUDED ON THE COPY THAT
15    WAS SENT TO PATTY GLASER, ISAAC LARIAN'S LONG-TIME ATTORNEY, WE    03:38
16    DON'T KNOW.  BUT IT DOESN'T MAKE ANY SENSE IF ALL THE OTHER
17    COPIES -- AND THEY'RE PRODUCED -- LOOK IN THE FILES BACK THERE;
18    LOOK AT THIS EXHIBIT; MGA PRODUCED A COPY OF THIS VERY
19    AGREEMENT WITH SEPTEMBER 18TH ON IT.
20           I HAVE NO EXPLANATION FOR THAT.  BUT I WILL SUBMIT          03:38
21    THIS:  IT DOESN'T MAKE ANY SENSE.  THERE'S NOTHING TO BE DRAWN
22    FROM IT.  BUT IT'S ALL PART OF THE CONSPIRACY.
23           IF WE WERE TRYING TO CONCEAL ANY OF THIS, WE WOULD
24    HAVE, I SUPPOSE, ERASED OUT -- OH, MY GOSH, THE FOOTER, WE
25    BETTER TAKE THAT OUT, BECAUSE THAT SAYS OCTOBER 4TH, AND WE        03:3
```

| 1 | BETTER TAKE OFF THE FAX LINE THAT SAYS OCTOBER 4TH, THAT IT WAS |
| 2 | SIGNED BY ISAAC LARIAN. |
| 3 | LET'S TALK ABOUT CONCEALMENT. |
| 4 | BEFORE I GO THERE, ONE OTHER THING. |
| 5 | YOU KNOW WHAT, THERE IS NOT A SHRED OF EVIDENCE THAT |
| 6 | WE KNEW THAT CARTER BRYANT APPROACHED ANYBODY AT MATTEL TO FACE |
| 7 | PAINT. |
| 8 | WE DID NOT KNOW AND DID NOT ASK HIM TO GO TO A FACE |
| 9 | PAINTER AND PAINT SOMETHING.  WE DID NOT KNOW HE WAS GOING TO A |
| 10 | FRIEND TO GET HAIR ROOTING DONE ON A PROTOTYPE DOLL THAT WAS |
| 11 | NEVER USED, AND NOBODY REALLY LIKED IT, APPARENTLY, EXCEPT |
| 12 | VICTORIA O'CONNOR.  BUT WE KNOW SHE WAS FIRED BY MGA.  SO WAS |
| 13 | SHE BIASED?  SHE'S THE ONLY ONE WHO THOUGHT THIS DOLL MEANT |
| 14 | ANYTHING. |
| 15 | YOU SAW THAT TESTIMONY IN THEIR CLOSING ARGUMENT. |
| 16 | WE DID NOT KNOW ABOUT THE LETTER GOING TO UNIVERSAL |
| 17 | ABOUT THE HAIR.  WE CANNOT BE BLAMED FOR SOMETHING, LADIES AND |
| 18 | GENTLEMEN, WE DID NOT DIRECT OR ASK HIM TO DO. |
| 19 | WE DID NOT AUTHORIZE HIM TO SAY THAT HE WAS WORKING |
| 20 | FOR OR WITH US.  HE WASN'T. |
| 21 | ANOTHER PIECE OF EVIDENCE -- AND I THINK THIS WAS |
| 22 | INTERESTING -- YOU'LL HAVE THESE PHONE RECORDS.  WE MOVED THEM |
| 23 | IN.  MR. PRICE, A LOT OF QUESTIONS, A LOT OF PHONE CALLS, YOU |
| 24 | RECALL CONSTANTLY, EVERY DAY, YOU WERE ON THE PHONE, AND THEN |
| 25 | YOU GOT AN E-MAIL FROM PAULA TREANTAFELLES GARCIA, SAYING FOUR |

03:39
03:39
03:3
03:4
03:4

```
 1   HOURS A DAY; HE HAD BEEN WORKING FOUR HOURS A DAY DURING THIS
 2   PERIOD OF TIME.
 3           YOU KNOW WHAT, LADIES AND GENTLEMEN?  IT'S TRUE.
 4           DID MGA MAKE TYPOGRAPHICAL ERRORS?
 5           YES.                                                      03:40
 6           THAT MANY?
 7           I DON'T KNOW.  BUT ONE THING FOR SURE, MATTEL, WITH
 8   ITS MACHINE, FOUND EVERY SINGLE ONE OF THEM.  THERE'S NO DOUBT
 9   ABOUT THAT.  DOES THAT ADD UP TO CRIMINAL, ILLEGAL, AS
10   MR. QUINN DESCRIBED IT, CONSPIRACY OF CONCEALMENT?               03:40
11           I RESPECTFULLY SUBMIT NOT.  I RESPECTFULLY SUBMIT
12   THAT'S NOT THE CASE AT ALL.
13           BUT YOU KNOW WHAT?  I'M NOT SAYING THAT MR. BRYANT
14   DIDN'T USE POOR JUDGMENT.  I'M NOT GOING TO PASS JUDGMENT ON
15   HIM.  NOR ARE YOU.  HE'S NOT A PARTY TO THIS CASE.  IF THAT      03:41
16   ISSUE WAS DEALT WITH, IT WAS DEALT WITH BY MATTEL AND HIM.
17           WE DID NOT KNOW IT.
18           WE SIGNED ON THE DOTTED LINE ON OCTOBER 4TH AND
19   THOUGHT HE HAD RESIGNED.  WE DID NOT ENCOURAGE A BREACH OF
20   LOYALTY.  WE DID NOT ENCOURAGE BREACH OF FIDUCIARY DUTY.  HE     03:41
21   HAD ALREADY, A YEAR BEFORE, THOUGHT ABOUT SELLING HIS IDEAS
22   ABOUT BRATZ.  WE'RE NOT PART OF THAT, LADIES AND GENTLEMEN.
23   WHEN YOU GET TO THE CONTRACT CLAIM HERE --
24           LET'S GO BACK TO THE VERDICT FORM WHILE WE'RE DOING
25   THAT.  I DROPPED MY THOUGHT -- I TALKED TO YOU ABOUT THE PHONE   03:42
```

1    RECORDS. PHONE CALL AFTER PHONE CALL AFTER PHONE CALL. YOU'RE

2    GOING TO SEE THEM. IF I ADDED THIS UP RIGHT LAST NIGHT, IN THE

3    ENTIRE MONTH OF SEPTEMBER, I THINK IT'S 47 MINUTES, THE LONGEST

4    PHONE CALL IS, I BELIEVE -- ONE PHONE CALL, I THINK IT TOOK 11

5    MINUTES. ALL OF THE REST OF THEM ARE ABOUT A MINUTE, MINUTE                03:42

6    AND A HALF. THEY ARE STATED IN SECONDS, SO YOU CAN TELL.

7            BUT WHEN MR. QUINN THREW AWAY THE BACK OF HIS HAND,

8    "IT DOESN'T TAKE LONG WHEN YOU'RE TALKING TO YOUR BOSS..."

9    THERE WAS NO EMPLOYMENT AGREEMENT. THERE WAS NO CONSULTING

10   AGREEMENT.                                                                 03:42

11           YOU KNOW WHAT WAS THERE?

12           YOU KNOW, WHEN YOU THINK ABOUT THAT PITCH MEETING, IT

13   WAS A GUY GOD BLESSED WITH A LOT OF ARTISTIC TALENT, WHO,

14   FRANKLY, ALTHOUGH A GOOD EMPLOYEE, WANTED TO BRANCH OUT FROM

15   BARBIE. HE SIMPLY WANTED HIS OWN LIFE, HIS OWN FREELANCING.               03:43

16   HE LIKED HIS IDEA AND HIS CONCEPT. HE HOOKED UP WITH VERONICA

17   MARLOW. SHE TOLD HIM ABOUT MGA. WE DIDN'T GO OUT AND REACH

18   HIM. THIS IDEA THAT WE WERE SOME START-UP COMPANY, NO TALENT,

19   AND WE HAD TO GO OUT AND STEAL FROM THE MIGHTY MATTEL TO GET

20   THIS DESIGN IS BUNK, AND IT'S A DISSERVICE TO ALL OF THE HARD             03:4

21   WORK OF ISAAC LARIAN, AND, YES, EVEN FARHAD, HIS BROTHER, WHO

22   WAS PART OF THE BUSINESS FROM THE BEGINNING. AND IT'S A

23   DISSERVICE TO ALL OF THE EMPLOYEES OF MGA WHO, UP UNTIL THE

24   TIME OF SEPTEMBER 1ST, HAD ISSUED AND MANUFACTURED AND DESIGNED

25   AWARD-WINNING DOLLS. BUT IN ORDER FOR MATTEL TO MAKE THEIR                03:4

1    STORY WORK, THEY HAVE TO PUSH MGA DOWN.  THEY HAVE TO REMIND

2    YOU THAT THEY HAVE FILED BANKRUPTCY.

3         YOU KNOW WHY THEY FILED BANKRUPTCY.  THEY TOOK A

4    DEFAULT ACTION IN TEXAS.  THEY HAD TO HAVE THAT SET ASIDE

5    BECAUSE FARHAD HAD NOT ANSWERED THE COMPLAINT IN A TIMELY          03:44

6    FASHION.  IT'S AS SIMPLE AS THAT.  BUT YET, THE PICTURE WAS

7    PAINTED THAT WE WERE DESPERATE AND WE HAD TO REACH OUT FOR

8    MATTEL IN THE YEAR 2000 BECAUSE WE DIDN'T HAVE THE DESIGN.

9         WELL, WHEN YOU THINK ABOUT THAT ARGUMENT, LADIES AND

10   GENTLEMEN, REMEMBER THE TESTIMONY OF MR. ECKERT WITH RESPECT TO   03:44

11   WHAT HE FOUND IN THE SAME TIME PERIOD, SAME YEAR, 2000, WHEN WE

12   WERE SUPPOSED TO BE STEALING THE DESIGNS.

13        I ASKED MR. ECKERT -- REMEMBER -- FIRST IMPRESSION,

14   'MR. ECKERT, DID YOU SEE ANY SURVEYS?'

15        'YES, I DID.  I WAS QUITE IMPRESSED BY THEM.'             03:44

16        'WHAT IMPRESSED YOU?'

17        'WELL, THERE WAS A GOOD RESPONSE RATE.  AND THE

18   PEOPLE WERE COMMITTED TO MATTEL.'

19        **MR. NOLAN:**  THAT'S WHAT HE SAID.  BUT WHEN WE PUSHED

20   ON THAT AND WE SAID, 'OH, THAT'S INTERESTING.  LET'S LOOK AT      03:45

21   WHAT YOU WROTE IN OTHER PUBLICATIONS DESCRIBING HOW YOU

22   PERCEIVED MATTEL WHEN YOU WENT THERE...' -- BECAUSE REMEMBER,

23   WITH IVY ROSS, IT WAS BLUE SKIES FOR EVERYBODY; IT WAS

24   COLLABORATIVE.

25        QUESTION:  "MR. ECKERT, CEO, I SHOW HIM THE HARVARD        03:45

1   BUSINESS REVIEW.

2           "LIKE ANY NEW CEO WHO WALKS INTO A STRUGGLING

3   COMPANY, I WAS FACING UNREALISTIC EXPECTATIONS FROM ALL KINDS

4   OF PEOPLE WHO HAD NEVER MET ME.  NOT JUST WALL STREET ANALYSTS

5   AND CUSTOMERS, BUT ALSO MATTEL EMPLOYEES AROUND THE WORLD.'     03:45

6           "THAT'S HOW YOU FELT WHEN YOU TOOK THIS JOB; RIGHT?"

7           ANSWER:  "YES."

8           NEXT SLIDE, PLEASE.

9           QUESTION:  "SO IT'S TRUE THAT WHEN YOU CAME TO

10  MATTEL, YOU KNEW AND FOUND THAT YOU NEEDED TO FOCUS ON         03:45

11  CREATIVITY AT MATTEL; CORRECT?"

12          ANSWER:  "YES."

13          NEXT SLIDE.

14          QUESTION:  "MATTEL HAD LOST ITS FOCUS.  IT WAS LOSING

15  UP TO $1 MILLION A DAY ON THE LEARNING COMPANY, A SOFTWARE FIRM  03:46

16  ACQUIRED DURING MY PREDECESSOR'S REIGN.  MATTEL WAS BORROWING

17  MONEY TO STAY AFLOAT.  MORALE WAS AT AN ALL-TIME LOW, AND THE

18  STOCK PRICE WASN'T FAR BEHIND.  MATTEL NO LONGER KNEW WHAT IT

19  WAS OR WHAT IT STOOD FOR.  IT WAS TIME TO REFOCUS.  THAT'S HOW

20  YOU FELT WHEN YOU TOOK THIS JOB; RIGHT?"                        03:46

21          ANSWER:  "YES."

22          NEXT SLIDE.

23          QUESTION:  "YOU SAID THAT YOU WOULDN'T AGREE WITH MY

24  TERM 'STRUGGLE.'  USE YOUR OWN WORDS TO DESCRIBE BARBIE BRAND

25  IN 2000, 2001, WHEN YOU GOT THERE."                            03:46

1        ANSWER:  "I BELIEVE THAT BARBIE SALES WERE DECLINING

2   IN THE U.S. IN 2000 AND 2001."

3        MR. NOLAN:  LET'S GO TO IVY ROSS, FIRST WITNESS,

4   FORMER HEAD OF THE GIRLS' DIVISION AT MATTEL.

5        QUESTION:  "MS. ROSS, BY THE TIME YOU LEFT BARBIE        03:47

6   TOWARD THE END OF 2003, IT'S TRUE THAT BARBIE HAD LOST

7   SIGNIFICANT MARKET SHARE TO BRATZ; CORRECT?"

8        ANSWER:  "I DON'T KNOW IF I WOULD USE THE WORD

9   'SIGNIFICANT.'  IT DEFINITELY LOST SOME MARKET SHARE TO BRATZ."

10        QUESTION:  "WAS IT A CONCERN WITHIN MATTEL?"        03:47

11        ANSWER:  "IT WAS SOMETHING WE WERE ALL AWARE OF, LIKE

12   WE WERE AWARE OF THE COMPETING ISSUES, FIGHTING FOR MARKET

13   SHARE, SO WE WERE CONCERNED, YES."

14        MR. NOLAN:  THIS CASE, LADIES AND GENTLEMEN, IS ABOUT

15   COMPETITION.        03:47

16        BUT THE LAST SERIES OF CHARTS -- WE TALKED ABOUT

17   MOTHERS AND WHETHER OR NOT THEY WOULD LIE, AND WE TALKED ABOUT

18   JANET BRYANT.  SHE WAS ACCURATE AND HONEST.  I DID DRAW FROM A

19   COMMENT THAT I USED TO BE TOLD GROWING UP BY MY OWN MOTHER:

20   PEOPLE WHO LIVE IN GLASS HOUSES SHOULDN'T THROW ROCKS.        03:47

21        MATTEL HAS NO RIGHT, NO BUSINESS, IN THIS COURTROOM,

22   TO DISPARAGE THE ASPIRATIONS OF THE EMPLOYEES OF MGA AND MAKE

23   IT APPEAR TO YOU THAT THEY COULD NOT SHOOT STRAIGHT AND THEY

24   COULD NOT DESIGN A DOLL ON ITS OWN.  IT WAS HARD WORK.  IT TOOK

25   A LOT OF DEDICATION.  AND THEY DID IT.        03:4

```
 1          THE LAST POINT I WANT TO GO TO, VERY LAST POINT,
 2   BECAUSE I HAVE -- I THINK I HAVE ABOUT TEN MINUTES, YOUR HONOR.
 3          THE COURT:  YOU HAVE 20 MINUTES, COUNSEL.
 4          MR. NOLAN:  CAN YOU PUT UP THE TIMELINE ON THE
 5   CONCEALMENT SOURCE.                                          03:48
 6          SPENT A LOT OF TIME ON NEWSPAPER ARTICLES.  WE WERE
 7   SUPPOSED TO HAVE CONCEALED CARTER BRYANT'S INVOLVEMENT.  NOT
 8   TRUE, LADIES AND GENTLEMEN.  THE LARGEST DISTRIBUTION BUSINESS
 9   MAGAZINE, NEWSPAPER ARTICLE, WALL STREET JOURNAL, WE DISCLOSED
10   CARTER BRYANT'S IDEA.                                        03:48
11          BUT YOU KNOW WHAT'S INTERESTING?  THEY WENT
12   AFTERWARDS -- I DON'T KNOW IF YOU NOTICED THIS; YOU'LL SEE IT
13   IN THE EVIDENCE -- AFTER WE DISCLOSED IN THE WALL STREET
14   JOURNAL ARTICLE CARTER BRYANT'S NAME, THEY ARE STILL CITING TO
15   YOU EVIDENCE IN THE BUSINESSWEEK, CHICAGO SUN-TIMES,         03:49
16   SAN FERNANDO VALLEY BUSINESS JOURNAL, MISSTATEMENTS, MISQUOTES,
17   TYPOGRAPHICAL ERRORS AS ALLEGATIONS OF CONCEALMENT.
18          GIVE ME A BREAK.  IT DOESN'T EXIST.
19          LET'S GO TO THE VERDICT FORM.
20          I'D LIKE TO GO TO QUESTION ONE.                       03:49
21          ONE LAST PIECE ON THE CONCEALMENT ISSUE.
22          CAN I ASK FOR EXHIBIT 2006 FOR A MOMENT.
23          WHEN YOU'RE TALKING ABOUT THE QUALITY OF EVIDENCE AND
24   THE PROOF OF THE CONCEALMENT -- AND MR. QUINN EVEN DID THIS IN
25   HIS ARGUMENT TODAY -- THIS IS THE DOCUMENT, INTERNAL TO MGA,  03:50
```

 1    THAT AFTER CARTER BRYANT'S NAME AND ANNA RHEE'S NAME, IT SAYS

 2    "DON'T ASK."

 3            DO YOU SEE THAT?  "DON'T ASK."

 4            GO TO THE DATE, PLEASE, AARON.

 5            THE DATE OF THE DOCUMENT IS 4-20-2006, 2006.  THE          03:5C

 6    LAWSUIT HAS ALREADY BEEN FILED.  WHAT ARE WE CONCEALING?

 7            DAPHNE GRONICH, GENERAL COUNSEL, WHO WAS AWARE OF THE

 8    PREPARATION OF THIS DOCUMENT, CAME IN AND TOLD YOU THIS WAS IN

 9    RESPONSE TO A REQUEST FOR DISCOVERY.  THEY WERE DOING THINGS

10    INTERNALLY. AND BECAUSE CARTER HAD HIS OWN LAWYER -- AND           03:5C

11    ANNA RHEE WAS ALSO REPRESENTED BY COUNSEL NOT CONNECTED TO

12    MGA -- THE POINT WAS, "DON'T ASK THEM FOR INFORMATION.  DON'T

13    CALL THEM DIRECTLY."

14            IT'S A SIMPLE AS THAT, LADIES AND GENTLEMEN.

15            AND YET, MR. QUINN AND MATTEL, WITH ALL ITS FANFARE,       03:5C

16    SAYS, 'THEY'RE EVEN SAYING DON'T ASK.'

17            IN 2006, WHEN THIS LAWSUIT IS PUBLISHED AROUND THE

18    WORLD, WHERE CARTER BRYANT HAS BEEN IN LITIGATION FOR TWO

19    YEARS, THEY ARE TRYING TO RELY ON AN INTERNAL LEGAL DOCUMENT.

20            WHY?                                                       03:51

21            WHERE WAS SOMEONE FROM MATTEL ON JEWEL BARBIE?  WHY

22    DID CUNNINGHAM NOT DISCLOSE RAINY DAY RASCALS?

23            LET'S GO TO THE VERDICT FORM.

24            QUESTION NUMBER 1.  ALL OF THESE DOCUMENTS, ALL OF

25    THESE EXHIBITS, ALL OF THEM WERE PREPARED IN KIMBERLING CITY,      03:5:

1   MISSOURI, 1998.  THEY WERE NOT CONCEIVED OR REDUCED, THAT IS,

2   CREATED, BY CARTER BRYANT, ALONE OR JOINTLY WITH OTHERS, DURING

3   THE PERIOD OF TIME HE WAS EMPLOYED BY MATTEL, JANUARY 4, 1999,

4   TO OCTOBER 19, 2000.

5          I RESPECTFULLY SUBMIT, THE EVIDENCE IS OVERWHELMING.      03:51

6   ALTHOUGH WE DIDN'T HAVE THE BURDEN, WE HAVE ESTABLISHED THAT.

7   BUT REMEMBER, IT WAS MATTEL'S BURDEN TO PROVE THAT THESE

8   DRAWINGS WERE DONE WHILE EMPLOYED BY MATTEL.

9          WHEN YOU HAVE THIS PORTFOLIO, QUESTION NUMBER 1,

10  TRIAL EXHIBITS, WITH ALL OF THE MASTER DRAWINGS OF BRATZ, THE    03:52

11  OVERWHELMING AMOUNT OF EVIDENCE IN THIS CASE ESTABLISHES THAT

12  EACH AND EVERY SINGLE ONE OF THEM WAS DONE BY CARTER BRYANT

13  WHILE NOT EMPLOYED AT MATTEL.

14         THE SECOND PORTFOLIO WILL BE A BUNCH OF TRIAL

15  EXHIBITS THAT CONTAIN COLORED DOCUMENTS, COLORED DRAWINGS, OF    03:5

16  THE BRATZ CHARACTERS; AND THE QUESTION THAT YOU WILL BE ASKED

17  ON THIS FORM IS WHETHER OR NOT CARTER BRYANT CONCEIVED OR

18  REDUCED TO PRACTICE, THAT IS, CREATED, BY CARTER BRYANT, ALONE

19  OR JOINTLY WITH OTHERS, DURING THE PERIOD OF EMPLOYMENT BY

20  MATTEL.                                                         03:5

21         IF YOU BELIEVE THAT THEY HAVE MET THEIR BURDEN ON

22  THAT, THAT HE COLORED THIS WHILE HE WAS EMPLOYED AT MATTEL,

23  THEN MATTEL OWNS IT.  IT'S UP TO YOU TO DETERMINE WHETHER OR

24  NOT THEY MET THAT BURDEN.

25         IT'S COLOR.                                               03:5

 1              EACH ONE OF THESE DRAWINGS IN ANSWER TO QUESTION

 2    NUMBER 2, PORTFOLIO TWO, WERE CONCEIVED IN 1998, AND, BY THE

 3    USE OF A LIGHT BOX PROCESS, COPIED BY CARTER BRYANT.

 4          **MR. PRICE:**  THAT'S IMPROPER ARGUMENT.  HE'S SAYING

 5    THEY SHOULD CHECK "NO."                                        03:54

 6          **THE COURT:**  YOU'LL HAVE YOUR CHANCE.

 7          OVERRULED AT THIS TIME.

 8          **MR. NOLAN:**  THEN THERE'S A THIRD PORTFOLIO THAT

 9    YOU'LL BE ASKED TO IDENTIFY, AND THESE ARE DRAWINGS THAT ARE

10    REPRESENTED AND REFERENCED IN QUESTION NUMBER 3 ON THE VERDICT   03:54

11    FORM, AND THESE ARE WHETHER OR NOT THESE PARTICULAR DRAWINGS

12    WERE DONE -- "THAT THE ITEMS CONCEIVED OR REDUCED TO PRACTICE,

13    THAT IS, CREATED, BY CARTER BRYANT, ALONE OR JOINTLY WITH

14    OTHERS, DURING THE PERIOD IN WHICH HE WAS EMPLOYED BY MATTEL."

15          THESE ARE THE DRAWINGS THAT CARTER BRYANT TESTIFIED       03:54

16    TO THAT WERE DONE AFTER HE LEFT MATTEL.  MATTEL, I WOULD

17    RESPECTFULLY SUBMIT, HAS THE BURDEN TO PROVE THAT THESE

18    DRAWINGS -- HAD THE BURDEN BY COMPETENCE EVIDENCE TO PROVE THAT

19    THESE DRAWINGS WERE DONE, CREATED, WHILE EMPLOYED AT MATTEL.

20          WE BELIEVE THE EVIDENCE IS THAT THEY WERE NOT CREATED     03:55

21    WHILE EMPLOYED BY MATTEL; THAT THEY WERE NOT REDUCED TO

22    PRACTICE OR CREATED WHILE EMPLOYED AT MATTEL.

23          IN THE REMAINING MOMENTS, I JUST WOULD LIKE TO ADMIT

24    TO YOU THAT PEOPLE WORKED VERY HARD IN PROVIDING THE REST OF

25    THE STORY, DAY IN AND DAY OUT, TO TRY TO PRESENT THE EVIDENCE   03:56

1   IN AS CLEAR AND CONCISE A FASHION AS POSSIBLE.  AT THE END OF

2   EVERY CASE, YOU GET TO THE POINT WHERE YOU HAVE, THANKFULLY,

3   SAID EVERYTHING YOU CAN.  YOU'VE MADE EVERY ARGUMENT YOU COULD

4   POSSIBLY MAKE.  YOU'VE TRIED TO MAKE EVERY POINT THAT YOU HAVE

5   MADE OR WANTED TO MAKE.  AND ALL OF THE LONG HOURS OF          03:56

6   ORGANIZATION, THE LATE NIGHTS OF TRYING TO ORGANIZE THE

7   EXHIBITS, TO LOOK SOMEWHAT ORGANIZED BEFORE YOU, COMES TO A

8   POINT WHEN I SIT DOWN.

9        NOW, MATTEL, BECAUSE THEY HAVE THEIR BURDEN, GETS A

10  SECOND SHOT.  MR. PRICE NOW WILL GET UP TO ARGUE.  SOMEONE     03:56

11  ASKED ME -- I DON'T KNOW IF IT WAS MY DAUGHTER OR SOMEONE

12  ELSE -- IS THAT FAIR?  THEY GET TWO LAWYERS ARGUING AGAINST

13  YOU?  AND YOU KNOW -- AND I DON'T MEAN TO BE FLIP ABOUT THIS,

14  BECAUSE I HAVE THE GREATEST RESPECT FOR MR. QUINN AND

15  MR. PRICE.  BUT WITH RESPECT TO EVIDENCE, TWO TIMES ZERO EQUALS  03:57

16  ZERO.  NO MATTER HOW MANY TIMES THEY TRY TO MAKE AN ARGUMENT,

17  THE EVIDENCE IS NOT THERE.  THEY DID NOT MEET THEIR BURDEN.

18        IF SOMEONE MADE A MISTAKE ON IDENTIFYING AN EXHIBIT

19  OR A DRAWING, I RESPECTFULLY SUBMIT TO YOU -- REMEMBER WHAT I

20  SAID TO YOU, TEN YEARS FROM NOW, IF SOMEONE COMES UP AND ASKS  03:5

21  YOU, DO YOU REMEMBER SEEING THIS DRAWING OR THAT DRAWING, THIS

22  DRAWING OR THAT DRAWING?

23        GOD FORBID IT WOULD BE MR. ZELLER ASKING YOU THOSE

24  QUESTIONS, BECAUSE HE WOULD HAVE ABOUT 15 EXHIBITS.  I HAVE THE

25  GREATEST RESPECT FOR MR. ZELLER.  BUT YOU, TOO, MIGHT NOT NAIL  03:5

```
 1   IT.  BUT WHAT YOU WOULD REMEMBER, WHAT YOU WOULD REMEMBER FROM
 2   THIS CASE, IS THAT CARTER BRYANT CONCEIVED THE IDEA OF FOUR
 3   CHARACTERS; BRATZ.  HE DREW THEM IN KIMBERLING CITY, MISSOURI,
 4   IN 1998.
 5            LET'S GO BACK TO PORTFOLIO NUMBER ONE.                  03:58
 6            AARON, COULD YOU JUST HIGHLIGHT FOR THE JURY
 7   EXHIBIT 62-15, 1152-1, 1152-2.
 8            ONE OF THE POINTS I SHOULD MAKE IS, I WANT YOU TO
 9   LOOK AT THESE NAMES WHEN YOU'RE TALKING ABOUT THE MASTER
10   DRAWINGS, THEIR NAMES; IT'S JADE, LUPE, ZOE, HALLIDAE.         03:59
11            WHEN YOU GO BACK AND YOU LOOK AT EACH ONE OF THESE,
12   YOU SEE THE ATTITUDE AND THE EXPRESSION IS ALL REFLECTED IN THE
13   MASTER DRAWINGS, AND EACH AND EVERY SINGLE ONE OF THESE
14   EXHIBITS DESERVES TO BE PUT IN THAT FIRST BUCKET AS BEING
15   CREATED NOT AT MATTEL, BUT IN KIMBERLING CITY, INCLUDING THE    03:59
16   ORIGINAL BRATZ DRAWING THAT HAD THE IMPRINT OF RAINY DAY
17   RASCALS BEHIND IT IN THE BLACK NOTEBOOK.
18            "MEET THE BRATZ.  THEY ARE FOUR COOL GIRLS FROM YOUR
19   SCHOOL, FOUR BEST FRIENDS, WITH TOTALLY TRANSFORMABLE LOOKS.
20   SIMPLY POP OFF THEIR HAIR AND SHOES AND TRADE FOR A NEW LOOK.   04:00
21   EACH DOLL COMES WITH TWO POP-OFF WIGS AND TWO PAIRS OF SHOES,
22   PLUS TWO HIP FASHIONS.  MEET ZOE, A/K/A ANGEL.  SHE'S THE QUEEN
23   OF THE CLASS IN HER SHORT DARK BROWN HAIR AND FUNKY-STOMPING
24   SNEAKS.  AT NIGHT, SHE LIKES TO GO LONG BLOND WITH A SKIRT AND
25   SANDALS, FOR A SWEETER LOOK."                                   04:0
```

1          "MEET LUPE, ALSO KNOWN AS PRINCESS.  SHE'S THE

2    HISPANIC GIRL, WITH LOTS OF ATTITUDE.  FOR SCHOOL, IT'S CASUAL,

3    IN WIDE-LEG KHAKIS AND A SWEATSHIRT, AND A FUN RED UPDO AT

4    NIGHT."

5          "MEET HALLIDAE, ALSO KNOWN AS HIP HOP."                    04:01

6          "MEET JADE.  SHE'S GOT THE LOCK ON FAR-OUT FASHION.

7    TWISTY BLACK HAIR WITH FUN BLUE STREAKS FOR SCHOOL ZONE AND FOR

8    TEARING UP WITH FRIENDS ON THE WEEKENDS.  IT'S FANTASY TIME IN

9    LIGHT BLUE HAIR."

10          WITH RESPECT TO PORTFOLIO NUMBER TWO, THAT'S THE ONE      04:01

11    THAT HAS VARIOUS DATES IN 1999.  MR. BRYANT EXPLAINED TO YOU

12    AND TESTIFIED AT LENGTH, AS I DID HERE FOR A FEW MOMENTS AT THE

13    LIGHT BOX, AS TO HOW HE CREATED EACH OF THOSE DRAWINGS BY

14    REFERENCE BACK TO THE MASTER DRAWINGS THAT HE DID IN 1998.

15    AGAIN, CONFIRMATION THAT THE MASTER DRAWINGS FOR THE CONCEPT OF  04:0:

16    BRATZ WAS IN 1998.

17          WHEN YOU SEE ON THIS QUESTION NUMBER 2, LINE 9, THE

18    VARIOUS EXHIBIT NUMBERS THAT FOLLOW IT -- A LOT OF TIMES IN

19    THIS CASE, YOU'LL KNOW THAT ONE DRAWING CAME IN WITH DIFFERENT

20    EXHIBIT NUMBERS.  THAT'S JUST SIMPLY A GATHERING OF THE SAME    04:0.

21    DOCUMENT THAT HAS THE SAME EXHIBITS ON IT.  SO MS. AGUIAR,

22    STANDING THERE, IS HOLDING UP COLOR VERSIONS THAT HAVE FASHIONS

23    THAT EXISTED IN 1998 AND NOW ARE COLORED IN IN 1999.  IT WAS

24    MATTEL'S BURDEN, NOT OURS, TO PROVE TO YOU THAT THESE WERE

25    CONCEIVED AND/OR REDUCED TO PRACTICE, CREATED, AT MATTEL.      04:0

1        ON BEHALF OF MR. LARIAN AND HIS FAMILY, ALL OF THE

2   EMPLOYEES AT MGA, AND ALL OF THE LAWYERS THAT I HAVE BEEN

3   PRIVILEGED TO WORK WITH IN THIS CASE, I, WITHOUT ANY

4   HESITATION, GIVE YOU, HAND TO YOU, THE DEFENSE OF MGA.

5        MATTEL SHOULD NOT BE ALLOWED TO TAKE WHAT THEY DIDN'T     04:03

6   MAKE, WHAT THEY DIDN'T THINK OF, WHAT THEY DIDN'T DESIGN.

7        WE BRING YOU FROM BACKGROUNDS.  WE ASK YOU TO APPLY

8   YOUR COMMON SENSE.  AS THE LATE TIM RUSSERT SAID -- HE PASSED

9   AWAY DURING THE TRIAL, BUT HE HAD A SAYING OF 'WHAT A COUNTRY!'

10  WHAT A COUNTRY, RELYING ON YOU, TEN HONEST AND TRUE MEN AND     04:04

11  WOMEN, TO RENDER A FAIR VERDICT.  WE COME TO COURT SEEKING

12  JUSTICE.

13       THANK YOU VERY MUCH.

14       **THE COURT:**  THANK YOU, COUNSEL.

15       WE'LL TAKE OUR AFTERNOON BREAK AT THIS TIME, AND THEN     04:0

16  WE'LL RESUME.

17       (WHEREUPON, JURORS DEPART COURTROOM.)

18       (WHEREUPON, A BRIEF RECESS WAS HELD.)

19       (JURORS RE-ENTER COURTROOM.)

20       **THE COURT:**  COUNSEL, YOU MAY PROCEED.     04:1

21       **MR. PRICE:**  THANK YOU.

22          **FINAL CLOSING ARGUMENT - PLAINTIFFS**

23       **MR. PRICE:**  I WANT TO ADDRESS A FEW MANTRAS THAT YOU

24  HEARD DURING MR. NOLAN'S ARGUMENT, AND ONE WAS HOW MANY TIMES

25  DID YOU HEAR MR. NOLAN SAY MATTEL HAS THE BURDEN OF PROOF,     04:1

1   MATTEL HAS THE BURDEN OF PROOF.

2          WELL, MR. NOLAN AND I HAVE BOTH BEEN ON THE CRIMINAL

3   SIDE EARLIER IN OUR CAREERS, AND I THINK HE'S A LITTLE CONFUSED

4   HERE, BECAUSE THE INSTRUCTION ON BURDEN OF PROOF IN A CIVIL

5   CASE IS -- THAT INSTRUCTION IS A TIE BREAKER.                      04:15

6          WHAT BURDEN OF PROOF MEANS -- AND THE COURT HAS

7   INSTRUCTED YOU, AND WE CAN PUT THAT UP, IT'S INSTRUCTION NUMBER

8   TWO -- IS THAT IN CIVIL TRIALS, SUCH AS THIS ONE, "THE PARTIES

9   ARE REQUIRED TO PROVE SOMETHING BY A PREPONDERANCE OF THE

10  EVIDENCE NEED PROVE ONLY THAT IT IS MORE LIKELY TO BE TRUE THAN   04:16

11  NOT TRUE.  THAT IS, YOU NEED TO WEIGH THE EVIDENCE AND DECIDE

12  WHAT'S MORE LIKELY IS TRUE."

13         AND WHAT THE BURDEN OF PROOF KICKS IN IS IF, WHAT IF

14  IT'S A TIE?  WHAT IF YOU JUST CAN'T DECIDE WHICH SIDE IS MORE

15  LIKELY?  THEN MATTEL LOSES, BECAUSE THEN WE HAVE NOT SATISFIED    04:16

16  OUR BURDEN OF PROOF.

17         BUT THE QUESTION YOU NEED TO ASK ON THESE ISSUES

18  ISN'T 'WAS THIS PROVEN BEYOND A REASONABLE DOUBT?'  'DID ALL OF

19  THE WITNESSES COME IN IN THE WORLD THAT MIGHT HAVE?'

20         IT IS, 'GIVEN THE EVIDENCE YOU HEARD, WHAT DO YOU          04:1

21  THINK IS MORE LIKELY?'  AND IF YOU CAN ANSWER THAT QUESTION

22  EITHER WAY, YOU CAN COME TO A VERDICT.

23         NOW, IN DOING THAT, OF COURSE, IN WEIGHING THE

24  EVIDENCE, YOU HAVE TO ASSESS CREDIBILITY.  AND SO I WANT TO

25  ADDRESS SOMETHING ELSE THAT MR. NOLAN SAID, WHICH IS THAT        04:1

```
 1   MATTEL'S CALLING EVERYONE A LIAR.  AND THAT'S NOT TRUE.  WE'LL
 2   GET INTO THAT IN A SECOND.  BUT, YES, WE ARE SAYING CARTER
 3   BRYANT IS DISHONEST AND UNTRUTHFUL AND LIED.  WE'RE SAYING THAT
 4   PAULA GARCIA IS DISHONEST AND UNTRUTHFUL AND LIED.  WE'RE
 5   SAYING THAT MR. LARIAN WAS UNTRUTHFUL AS WELL.  YOU REMEMBER       04:17
 6   WHEN MR. QUINN GAVE YOU CHARACTER-DEFINING EXAMPLES ABOUT THAT
 7   DISHONESTY, BECAUSE THAT'S SOMETHING YOU MUST WEIGH.
 8            MR. NOLAN, AT LEAST WITH RESPECT TO MS. GARCIA AND
 9   MR. BRYANT, DIDN'T EVEN ATTEMPT TO TELL YOU THAT THEY WERE
10   BEING HONEST.                                                     04:17
11            SO, FOR EXAMPLE, REMEMBER MS. GARCIA -- PUT UP SLIDE
12   TEN -- YOU REMEMBER SHE SAID UNDER OATH, BEFORE YOU, THAT SHE
13   DIDN'T KNOW CARTER BRYANT WAS A MATTEL EMPLOYEE UNTIL SOME TIME
14   IN 2004.  AND MR. QUINN EXPLAINED WHY THAT WAS A CRITICAL
15   IMPORTANT LIE FOR MGA'S DEFENSE SO THEY COULD PRETEND WE DIDN'T   04:18
16   KNOW WHAT HIS OBLIGATIONS WERE UNDER HIS CONTRACTS.  BECAUSE
17   MS. GARCIA SAID SHE SIGNED THE SAME CONTRACTS AND SHE KNEW HIS
18   OBLIGATIONS.  NOT EVEN AN ATTEMPT TO DEFEND THAT ABSOLUTE
19   FALSEHOOD; DIDN'T EVEN TRY.
20            WITH RESPECT TO MR. BRYANT, DO YOU REMEMBER MR. QUINN    04:18
21   SHOWED YOU, I THINK IT WAS SLIDE 107.1, WHERE WE SHOWED HIM
22   THAT SEPTEMBER 8TH INVOICE AND WE ASKED HIM, WHERE IT SAYS --
23   NOT THE INVOICE, I'M SORRY, THE LETTER, WHERE IT SAYS "THE
24   COMPANY I'M WORKING WITH IS CALLED MGA ENTERTAINMENT," AND HE
25   SAID UNDER OATH, "I WASN'T TRYING TO GIVE THEM THE IMPRESSION     04:18
```

```
 1   THAT I WORKED WITH MGA," AND HE SAID YOU COULD EVALUATE HIS
 2   TESTIMONY ON THE TRUTHFULNESS OF THAT ANSWER.
 3        WE'RE NOT ARGUING THAT.  HE TOLD YOU THAT UNDER OATH
 4   THAT WAS SOMETHING YOU COULD LOOK AT TO SEE WHETHER OR NOT YOU
 5   SHOULD TRUST HIM.                                                    04:19
 6        HOW MANY TIMES IN HIS CLOSING DID MR. NOLAN SAY
 7   'MR. BRYANT SAID'; 'MR. BRYANT SAID'; 'LOOK WHAT MR. BRYANT
 8   SAID'?
 9        WELL, I'M HERE TO TELL YOU WHATEVER MR. BRYANT SAYS,
10   YOU CANNOT TRUST.  YOU HAVE GOTTEN TO KNOW HIM FAIRLY WELL IN       04:19
11   THIS FIVE DAYS.  YOU'VE GOTTEN TO EVALUATE WHETHER OR NOT YOU
12   CAN TAKE HIS WORD ON ANYTHING.
13        DO YOU RECALL THAT IN MR. QUINN'S CLOSING, WE POINTED
14   OUT TO YOU HOW MR. BRYANT HAD PREVIOUSLY LIED UNDER OATH TO THE
15   U.S. PATENT OFFICE SO THAT MGA COULD GET A PATENT.  WE TOOK YOU     04:19
16   THROUGH ALL OF THAT.  AND HIS EXCUSES WERE 'I DIDN'T KNOW IT
17   WAS UNDER OATH...' -- EVEN THOUGH IT SAYS YOU CAN GO TO JAIL.
18   'I DIDN'T KNOW IT WAS THE PATENT OFFICE.'  YOU HEARD THAT
19   TESTIMONY.  YOU HEARD HIM TRY TO RUN FROM IT.  YOU HAVE BEEN
20   HERE AND BEEN ABLE TO EVALUATE HIS CREDIBILITY.                     04:19
21        AND ONE THING MR. NOLAN CANNOT DO IS GET UP HERE AND
22   ESTABLISH MR. BRYANT'S CREDIBILITY.  HE DIDN'T EVEN TRY.  ALL
23   HE COULD SAY IS 'THAT'S WHAT MR. BRYANT SAID'; 'THAT'S WHAT
24   MR. BRYANT SAID.'  WHENEVER YOU HEAR THAT IN YOUR MINDS WHEN
25   YOU ARE DELIBERATING, YOU SHOULD ASK YOURSELF, 'YES, BUT IS        04:20
```

```
 1    THERE ANY PROOF OF IT?'  BECAUSE THE MAN IS AN ADMITTED
 2    PERJURER.  THE MAN WILL LIE IF IT'S TO MGA'S BENEFIT AND TO HIS
 3    OWN.
 4         AND YOU HEARD MR. LARIAN, AND WE EXPLAINED HOW
 5    MR. LARIAN SAID THAT AT NO TIME WAS HE TRYING TO HIDE CARTER      04:2C
 6    BRYANT.  WE SHOWED YOU THAT; WE SHOWED YOU THE DOCUMENTS WHICH
 7    TALKED ABOUT HIDING CARTER BRYANT, AND WE SHOWED YOU MR. NOLAN
 8    SAYING, WELL, AT TIMES HE WAS TRYING TO HIDE CARTER BRYANT
 9    BECAUSE WE DIDN'T WANT PEOPLE TO KNOW THAT HE WORKED FOR US.'
10    AND MR. LARIAN SAID, WELL, YEAH, THERE WERE THOSE TIMES.          04:2C
11         AGAIN, IN EVALUATING THIS EVIDENCE, YOU'VE GOT TO
12    JUDGE THE CREDIBILITY OF PEOPLE.  YOU'VE GOT TO JUDGE WHETHER
13    OR NOT IN THE SUMMER OF 2000, WHAT WAS HAPPENING WAS
14    COMPETITION, LEGITIMATE COMPETITION, OR WAS IT SOMETHING ELSE.
15    WAS IT THE STEALING OF IDEAS?  WAS IT ENCOURAGING A MATTEL       04:21
16    DESIGNER?
17         DO YOU REMEMBER WHAT HAPPENED HERE?  A MATTEL
18    DESIGNER CAME TO MGA WITH DESIGNS.  AT THE TIME CARTER BRYANT,
19    THAT MATTEL DESIGNER, WORKED AT THE MATTEL DESIGN CENTER.  ONE
20    OF THE KEY EXECUTIVES, PAULA GARCIA, KNEW WHAT OBLIGATIONS       04:21
21    CARTER BRYANT WOULD HAVE.
22         THEY SEE HIS DESIGNS; THEY KNOW HE'S A DESIGNER; THEY
23    KNOW HE WORKS IN THE DESIGN CENTER; THEY KNOW HE WORKS FOR A
24    COMPETITOR.  AND WHAT DO THEY SAY?  MR. LARIAN, YOU SAW HIS
25    TESTIMONY, HE SAID, "I DIDN'T SAY ANYTHING TO HIM ABOUT WHETHER  04:21
```

1    HE DID THOSE AT MATTEL."

2          IN FACT, YOU HEARD MR. LARIAN SAY -- I THINK IT WAS

3    SLIDE 151.  HE WAS ASKED:  "DID IT MATTER TO YOU, WOULD IT HAVE

4    BEEN A PROBLEM IF CARTER BRYANT CREATED OR MADE ANY OF HIS

5    DRAWINGS (UNINTELLIGIBLE)?"                                              04:22

6          HIS ANSWER WAS "NO, IT WOULDN'T HAVE MADE ANY

7    DIFFERENCE TO ME."

8          THESE ARE THE KIND OF PEOPLE THAT WE'RE DEALING WITH

9    HERE.  THIS ISN'T COMPETITION.  THIS IS ILLEGAL, INAPPROPRIATE

10   CONDUCT.  IT IS ENCOURAGING A MATTEL EMPLOYEE TO HELP YOU TO       04:22

11   CREATE A COMPETITIVE PRODUCT WHILE HE'S STILL WORKING FOR

12   MATTEL.

13         AND YOU HEARD MR. NOLAN SAY "WE THOUGHT HE RESIGNED

14   ON OCTOBER 4TH."

15         WELL, YOU HEARD, OF COURSE, MS. HARRIS SAY THAT IN           04:22

16   MID OCTOBER THAT CARTER BRYANT WOULD COME OVER AND MS. GARCIA

17   WOULD SAY 'DON'T TELL ANYONE HE'S COMING; IT'S HIS LUNCH HOUR,

18   BECAUSE HE'S STILL AT MATTEL.'

19         BUT EVEN MORE IMPORTANTLY, WHAT ABOUT ALL OF

20   SEPTEMBER OF 2000?  WHAT ABOUT WHAT WAS GOING ON THEN, AFTER       04:22

21   THIS MEETING, SEPTEMBER 1ST, WHERE IT WAS DECIDED, MS. O'CONNOR

22   SAID 'WE'RE GOING TO GO FORWARD WITH THIS DOLL IDEA.'

23         AND BY THE WAY, THERE'S NO EVIDENCE MS. O'CONNOR WAS

24   FIRED.  SHE DIDN'T TESTIFY TO THAT.  I HAVE TO ASSUME THAT WAS

25   A MISSTATEMENT BY MR. NOLAN, AND I WOULD HAVE NO OBJECTION IF      04:2:

```
 1   HE GOT UP HERE AND WAS GIVEN A MINUTE TO PROVE THAT STATEMENT
 2   IF HE STILL BELIEVES IT'S TRUE.  IT JUST ISN'T TRUE.
 3            SO WHAT HAPPENED IN SEPTEMBER?
 4            IF YOU LOOK AT THE EVIDENCE, YOU RECALL, YOU'VE SEEN
 5   THE SEPTEMBER 18TH LETTER TO THE HAIR VENDOR.  THERE'S A          04:23
 6   SEPTEMBER 27TH E-MAIL THAT PAULA GARCIA SENT TO HONG KONG
 7   SAYING 'WE'VE SELECTED THE HAIR VENDOR.'  THAT'S EXHIBIT 18.
 8            HOW DID SHE GET THAT INFORMATION?
 9            WHY, FROM CARTER BRYANT, OF COURSE, BECAUSE THEY ARE
10   WORKING TOGETHER TO COMPETE FOR MATTEL IN SEPTEMBER.              04:23
11            REMEMBER, MR. BRYANT CALLS MARGARET LEAHY WITH
12   MS. GARCIA'S APPROVAL.  AGAIN, THEY ARE STARTING ON THE SCULPT
13   FOR THE COMPETITIVE PRODUCT IN SEPTEMBER.  AND THERE'S NO
14   QUESTION THAT MGA KNOWS THIS.  THERE'S NO QUESTION THEY ARE
15   ENCOURAGING IT.                                                   04:24
16            MR. NOLAN REFERRED TO THESE PHONE LOGS.  IF YOU LOOK
17   THROUGH THE PHONE LOGS -- AND I'VE GOT IT; THE PHONE LOG ITSELF
18   IS EXHIBIT 472, AND I'VE GOT ONE HERE; IT'S EXHIBIT 21-R -- IF
19   YOU GO THROUGH THOSE, THERE WERE, I GUESS, 24 CALLS TO THE MGA
20   MAIN OFFICE; TWO CALLS TO ISAAC LARIAN PERSONALLY; 21 CALLS TO    04:24
21   VERONICA MARLOW; AND 7 TO MARGARET LEAHY DURING THIS MONTH OF
22   SEPTEMBER, WHERE HE'S TALKING TO THE VENDORS WHO ARE GOING TO
23   WORK ON THIS COMPETITIVE PRODUCT; HE'S TALKING TO MGA; AND HE'S
24   TALKING TO ISAAC LARIAN.
25            AND THIS SHOWS IN EVIDENCE -- THIS IS MGA'S MAIN         04:24
```

```
 1   PHONE NUMBER:  894-2525; ISAAC LARIAN IS 894-3150;
 2   VERONICA MARLOW, (818)367-9158 MARGARET LEAHY, (626)791-2137.
 3   IN THE MONTH OF SEPTEMBER, CARTER BRYANT AND PAULA GARCIA, WHO
 4   IS IN CHARGE OF THIS PRODUCT, BRATZ DEVELOPMENT, ARE WORKING
 5   TOGETHER TO FIND HAIR; TO FIND A SCULPTOR.  IN EARLY OCTOBER,        04:25
 6   THEY ARE WORKING TO FIND PACKAGING, WITH MR. LINKER, I BELIEVE
 7   HIS NAME WAS.  SHE'S WORKING WITH VERONICA MARLOW AND
 8   MR. BRYANT DURING THE MONTH OF SEPTEMBER, ACTUALLY DOING THE
 9   SAMPLES, THE CLOTHES THAT WILL GO ON THE DOLLS.  THEY CANNOT,
10   WITH A STRAIGHT FACE, DENY THAT THEY WERE ENCOURAGING CARTER       04:25
11   BRYANT TO BREACH HIS DUTIES; TO BE DISLOYAL.
12        AND OF COURSE HE'S DOING THIS WHILE HE'S BEING PAID
13   BY MATTEL, WHICH HE SHOULDN'T BE DOING.
14        THE JURY INSTRUCTIONS SAY THERE HAS TO BE HARM SOME
15   WAY, AND WE'RE NOT QUANTIFYING IT HERE, BUT THAT'S ONE WAY.        04:26
16   BUT A MORE IMPORTANT WAY IS THAT CARTER BRYANT IS GIVING MGA
17   THAT HEAD START IN SEPTEMBER AND OCTOBER TO HELP THEM COME OUT
18   WITH A COMPETING DOLL FOR THE TOY FAIR AT THE BEGINNING OF THAT
19   YEAR.  HE'S HELPING THEM COMPETE WITH MATTEL WHILE HE'S STILL A
20   MATTEL EMPLOYEE.  AND MGA KNEW IT.  THE OVERWHELMING EVIDENCE.     04:26
21        WHAT DID MS. GARCIA TELL YOU THAT TELLS YOU ABOUT
22   SOMEONE?  THAT THEY ARE DISHONEST AND THEY CANNOT BE TRUSTED.
23   SO WHEN YOU HEAR ABOUT CARTER BRYANT, AND YOU THINK, 'OH, BUT
24   CARTER BRYANT SAID THIS,' THEN I SUGGEST THAT YOU SAY 'I DON'T
25   BELIEVE IT UNLESS IT'S SUPPORTED SOMEHOW.'                         04:26
```

 1        SO LET ME SWITCH NOW AND TALK VERY QUICKLY -- I GUESS
 2   I HAVE TO BE QUICK -- ABOUT THE CREATION OF BRATZ, THAT STORY.
 3        AND YOU REMEMBER MR. NOLAN CAME UP HERE AND WENT
 4   AFTER MR. CUNNINGHAM AGAIN.  AND WHAT YOU SAW IN MR. CUNNINGHAM
 5   WAS ONE OF THE MOST CYNICAL TRICKS I'VE EVER SEEN IN A                04:27
 6   COURTROOM.  MR. CUNNINGHAM TESTIFIED THAT THROUGH INDENTATION
 7   ANALYSIS THAT YOU CAN SEE THOSE FIRST BRATZ DRAWINGS, OR AT
 8   LEAST TWO OF THEM, IN THIS NOTEBOOK.
 9        HIS ASSIGNMENT AT THE TIME HE WAS GIVEN IT, HE KNEW
10   THE BRATZ DRAWINGS WERE RELEVANT.  YOU DON'T JUST TELL AN           04:27
11   EXPERT, 'GO FIND STUFF.'  IT'S LIKE, 'HEY, THIS CASE IS ABOUT
12   BRATZ.  WAS ANYTHING EVER IN HERE?'
13        SO HE DOES THAT ANALYSIS; AND WHILE HE DOES IT, HE
14   SEES OTHER INDENTATIONS TOO.  A GREETING CARD.  HE HAS NO
15   REASON TO THINK THAT IS RELEVANT TO THIS CASE AT ALL.  DO YOU       04:27
16   KNOW WHY?  BECAUSE IF YOU RECALL THE TESTIMONY, CARTER BRYANT
17   IN HIS PREVIOUS DEPOSITION TESTIMONY, HAS SAID 'I DID GREETING
18   CARDS ALL OF THE TIME.'  FROM 1995 UNTIL THE PRESENT, HE HAS
19   DONE GREETING CARDS.
20        HE NEVER TESTIFIED HE DID GREETING CARDS JUST IN '98.          04:28
21   HE NEVER TESTIFIED HE DID GREETING CARDS -- RAINY DAY RASCALS
22   GREETING CARDS IN '98.  THAT TESTIMONY DID NOT EXIST IN THIS
23   CASE, AT ALL, UNTIL HE TOOK THE STAND IN THIS TRIAL.
24        SO WHAT DID THEY DO WITH MR. CUNNINGHAM?
25        THEY SAID 'YOU DIDN'T TELL US -- DID YOU HEAR THAT             04:28

1   CARTER BRYANT SAID THIS WAS DONE IN '98?  YOU DIDN'T TELL US

2   ABOUT THAT.'

3          HE SAID, 'YEAH, I DIDN'T.'

4          HOW WOULD HE HAVE KNOWN THAT WOULD HAVE BEEN RELEVANT

5   AT ALL?  AND IT ONLY BECAME RELEVANT AFTER CARTER BRYANT

6   REALIZED THAT THE ORIGINAL DRAWINGS HE RIPPED OUT OF THIS BOOK

7   COULD BE PUT RIGHT BACK INTO IT THROUGH SCIENTIFIC ANALYSIS.

8   AND THAT ANALYSIS IS UNDISPUTED, ABSOLUTELY UNDISPUTED.

9          THEY DIDN'T CALL AN EXPERT TO SAY IT WAS INCORRECT.

10  IN FACT, MR. BRYANT EVENTUALLY ADMITTED AT TRIAL -- AFTER

11  MR. CUNNINGHAM'S REPORT, AND THAT'S SLIDE 30.3 -- HE ADMITS,

12  'YES, HIS DRAWINGS CAME OUT OF HERE.'

13         SO THEN, WITH THAT, WHAT WAS SURPRISING ISN'T THAT WE

14  HAD THIS NOTEBOOK, BECAUSE MR. BRYANT TESTIFIED 'I THREW AWAY

15  THE NOTEBOOK WITH THE DRAWINGS, AND HE THOUGHT WE COULDN'T

16  PROVE IT.  IT WAS OTHERWISE.  WHAT WAS SURPRISING TO MR. BRYANT

17  WAS THAT -- CSI, MAYBE YOU HAVEN'T SEEN ONE OF THOSE SHOWS --

18  YOU COULD ACTUALLY GO IN AND SEE THESE INDENTATIONS.  HE DIDN'T

19  KNOW YOU COULD DO THAT.

20         SO WE COME HERE AND WE SHOW YOU, THESE DRAWINGS ARE

21  HERE.  WE SHOW YOU A JULY 1999 CALCULATION FROM A BANK

22  STATEMENT THAT WERE IN HERE.  WE SHOWED YOU THAT ANGEL PAGE.

23  DO YOU REMEMBER THAT?  AND, IN FACT, I THINK THAT'S 1155-C-13,

24  AND YOU CAN SEARCH THAT.

25         WHAT YOU NEED TO DO IS REMEMBER WHAT MR. BRYANT SAID

 1   BEFORE HE KNEW THE IMPORTANCE OF THIS NOTEBOOK AND WHAT HE SAID

 2   AFTER HE REALIZED THE VERY FIRST DRAWINGS WERE HERE.  BECAUSE

 3   AT HIS DEPOSITION WHEN WE SHADOWED THIS, HE SAID 'THAT'S IN

 4   1999.'  MR. QUINN SHOWED YOU THAT TESTIMONY.

 5          SO WHY DID MR. NOLAN GET UP HERE AND AGAIN SHOW YOU          04:30

 6   ASHTON DRAKE AND AGAIN SHOW YOU AN ANGEL?

 7          BY THE WAY, REMEMBER THE ANGEL DRAWING THAT HAS THIS

 8   TUNIC THAT COMES DOWN HERE TO THE WAIST.  I DON'T REMEMBER IF

 9   YOU REMEMBER THE FIRST QUESTION I ASKED MR. BRYANT AFTER

10   MR. NOLAN DID THAT.  I SAID, 'SO WHAT'S AN EMPIRE WAIST?          04:30

11          HE SAYS, OH, THAT'S A WAIST THAT COMES UP HERE.

12   THAT'S A WAIST THAT'S A LONG EVENING GOWN.'

13          AND I ASKED HIM THAT BECAUSE, OF COURSE, THIS TALKS

14   ABOUT AN EMPIRE WAIST.  AND THEN I ASKED MR. BRYANT, AND SAID

15   QUINN SHOWED YOU THIS TESTIMONY.  YOU TOLD US THIS RELATES TO          04:30

16   1999; RIGHT?

17          YES.

18          THIS DOESN'T REFER TO THE ASHTON DRAKE THING.

19          HE SAID NO.

20          THEN I ASKED, WHY IS YOUR ATTORNEY DOING THIS, EXCEPT          04:30

21   TO CONFUSE THE JURY?

22          AND THAT WAS AN IMPROPER QUESTION.

23          **MR. NOLAN:**  OBJECTION.  THIS IS IMPROPER ARGUMENT.

24          **THE COURT:**  OVERRULED.

25          **MR. PRICE:**  THAT WAS AN IMPROPER QUESTION.          04:3