1   WRONGDOING ON THIS COMPANY, YOU CAN LOOK AT NOT JUST THE

2   REVENUE PERCENTAGES, BUT ALSO WHAT HAS MADE THE COMPANY

3   PROFITABLE; THAT IS, WHERE THE PROFITS COME FROM.

4           MR. WAGNER ANALYZED THAT AS WELL.  IF YOU LOOK AT

5   MGA'S PROFITS AND COMPARE THE BRATZ PROFITS TO THE PROFITS --   11:02

6   NOT THE REVENUE, BUT THE PROFITS -- OF ALL OF THE OTHER

7   PRODUCTS MGA MAKES OR HAS MADE, YOU CAN SEE IN 2001, THERE'S A

8   SLIGHT PROFIT HERE IN THE BLUE PART HERE, WHICH IS THE BRATZ

9   PROFITS, AND THERE'S A LOSS FOR ALL OTHER ITEMS THAT MGA MAKES.

10          IN 2002, YOU SEE THE BRATZ PROFITS ARE BETWEEN 50 AND   11:03

11  100 MILLION.  OUT OF ALL OF THE OTHER PRODUCTS THEY MAKE,

12  THERE'S A LOSS.  YOU CAN SEE THE TREND, EACH AND EVERY YEAR.

13  EXCEPT FOR 2005.  IN 2005, THERE IS SOME PROFIT MADE ON NON

14  BRATZ PRODUCTS.  BUT IF YOU LOOK CLOSER AT 2001, 2006, IN

15  TOTAL, THEY LOST SOMEWHERE AROUND $60 MILLION ON NON BRATZ   11:03

16  PROFITS AND NON BRATZ PRODUCTS.  ALL OF THEIR PROFITS IN THIS

17  TIME FRAME, ALL OF THEIR PROFITS, IS FROM EXPLOITING THE

18  WRONGDOING WHICH YOU HAVE FOUND THAT THEY ENGAGED IN.

19          AS TO MR. LARIAN HIMSELF, HOW HAS HE BENEFITED FROM

20  THE WRONGDOING?                                              11:04

21          WELL, REMEMBER, WE'RE SAYING THE EVIDENCE WAS THAT

22  PRIOR TO BRATZ, HE WAS MAKING $500,000 A YEAR.  HE WASN'T

23  REALLY GETTING DISTRIBUTIONS FROM THE COMPANY.  WE'VE LOOKED AT

24  DISTRIBUTIONS THAT HE HAS GOTTEN FROM THE COMPANY.  HE'S A

25  SHAREHOLDER.  HE GETS TO TAKE PROFITS OUT OF THE COMPANY.  HE'S   11:04

1    AN 81.8 PERCENT SHAREHOLDER, I BELIEVE, CURRENTLY.

2         AND IF YOU LOOK AT THE BRATZ RELATED DISTRIBUTIONS,

3    MONEY HE HAS TAKEN OUT OF MGA, IT AMOUNTS TO $381,696,604;

4    ALMOST $382 MILLION, SINCE BRATZ.

5         IN FACT, IF YOU LOOK OVERALL WHAT HAD BEEN MGA'S          11:05

6    PROFITS AS A RESULT OF BRATZ AND WHAT HAS BEEN MR. LARIAN'S

7    FINANCIAL BENEFIT, MGA'S PROFITS THROUGH JUNE 2008 -- AND SOME

8    OF THIS IS BASED ON PROJECTION BECAUSE WE HAVE ACTUALS UP TO A

9    CERTAIN AMOUNT AND THEN YOU HAVE TO PROJECT -- THEIR PROFITS

10   FROM BRATZ ARE SOMEWHERE IN THE NEIGHBORHOOD OF $816 MILLION.  11:05

11        MR. LARIAN'S FINANCIAL BENEFITS, THERE ARE TWO

12   COMPONENTS; ONE COMPONENT IS THE MONEY HE HAS ACTUALLY TAKEN

13   OUT; THAT IS, THE $381 MILLION OR SO HE HAS TAKEN OUT.  BUT HE

14   HAS ANOTHER BENEFIT, AND THAT IS HE'S AN OWNER OF THIS COMPANY

15   WHICH IS ONGOING, AND THE COMPANY HAS A VALUE.  YOU CAN SELL   11:05

16   THE COMPANY RIGHT NOW FOR A CERTAIN AMOUNT OF MONEY.  AND THE

17   QUESTION IS WHAT'S 81.2 PERCENT OF THAT?  WHAT'S THE VALUE

18   THAT'S BEEN CREATED AT MGA BECAUSE OF THEIR EXPLOITATION OF

19   BRATZ?

20        THAT NUMBER IS SOMEWHERE IN THE SIX HUNDRED MILLION       11:06

21   RANGE, AND MR. WAGNER WILL TESTIFY ABOUT THAT IN MORE DETAIL

22   LATER.

23        BUT MR. LARIAN'S OVERALL FINANCIAL BENEFIT AS A

24   RESULT OF EXPLOITING BRATZ, EXPLOITING MR. BRYANT'S IDEA, THE

25   CONFIDENTIAL IDEA AND CONCEPT HE CAME UP WITH, THE CHARACTERS, 11:06

```
 1   IS ABOUT $987,245,824.

 2              MR. NOLAN:  YOUR HONOR, I'M GOING TO ASSERT AN

 3   OBJECTION TO THIS LINE OF ARGUMENT.

 4              THE COURT:  WHAT'S YOUR OBJECTION?

 5              MR. NOLAN:  MAY WE APPROACH SIDE-BAR?           11:06

 6              THE COURT:  YOU MAY.

 7              (SIDE-BAR PROCEEDINGS AS FOLLOWS:)

 8              MR. NOLAN:  YOUR HONOR, MR. PRICE IS INTENTIONALLY

 9   CONFLATING THE WRONGDOING DISCUSSION WITH COPYRIGHT DAMAGES.

10   THIS IS THE VERY POINT THAT WE URGED THE COURT TO BE CAREFUL   11:07

11   ABOUT WITH RESPECT TO THE MEASURE OF DAMAGES.  HE IS ARGUING

12   THAT THIS JURY SHOULD IGNORE, BASED ON WRONGDOING FINDINGS ON

13   THE STATE LAW CLAIMS -- THAT THEY SHOULD BE AWARDING THIS AND

14   THAT THIS IS A PROPER MEASURE OF DAMAGES.

15              THESE ARE COPYRIGHT DAMAGES, YOUR HONOR.  IF THIS IS   11:07

16   THE ROUTE THEY ARE GOING, THIS IS PREEMPTED BY THE COPYRIGHT

17   ACT.  THIS IS CREATING A VERY FALSE AND VERY MISLEADING

18   PRESENTATION TO THIS JURY.

19              HE STARTS OFF BY MAKING THE REFERENCE TO THE TERM

20   'CRIME DOESN'T PAY.'  THIS IS WHAT THEY ARE TRYING TO INFLUENCE   11:07

21   THE JURY ON.  ITS PREEMPTED BY COPYRIGHT EMPHASIS.  IT'S

22   TOTALLY INAPPROPRIATE, ARGUING BASED ON FINDINGS OF THE JURY,

23   CONTEMPLATING THE STATE TORT CLAIMS.

24              IF THIS IS GOING TO CONTINUE, YOUR HONOR, I'M GOING

25   TO MAKE A MOTION FOR A MISTRIAL.                          11:08
```

 1              **THE COURT:**  COUNSEL?

 2          **MR. PRICE:**  THAT'S WRONG.  WE ARE ENTITLED TO THESE

 3   DAMAGES FOR BREACH OF FIDUCIARY CLAIMS.  THAT'S WHAT I'M

 4   SAYING -- BECAUSE OF THE CONFIDENTIAL INFORMATION WHICH CARTER

 5   BRYANT GAVE TO MGA AND LARIAN ABOUT BRATZ, ABOUT THE CONCEPT,          11:08

 6   ABOUT THE CHARACTERS; INCLUDING THE DOLLS, BUT MAINLY

 7   CONFIDENTIAL INFORMATION -- AS A RESULT OF THAT, THEY HAVE BEEN

 8   ABLE TO EXPLOIT THAT INFORMATION AND MAKE ALL OF THIS MONEY.

 9          THAT IS NOT PREEMPTED BECAUSE THERE'S ADDITIONAL

10   ELEMENTS OF FIDUCIARY DUTY THAT IS -- THIS INFORMATION WAS            11:08

11   CONFIDENTIAL.  THEY AIDED AND ABETTED BREACH OF THAT FIDUCIARY

12   DUTY.  IT IS OUR POSITION THAT THEY MUST DISGORGE THEIR PROFITS

13   AS A RESULT OF THAT.

14          **THE COURT:**  THAT WAS THE ARGUMENT MADE THIS MORNING.

15   IT SEEMS TO MAKE SENSE.  MY SENSE IS IT SHOULD NOT CONTAIN --          11:09

16   GIVEN THAT -- I SENSE YOUR CALCULATION OF DAMAGES, THE

17   $10,000 -- I THINK MR. PRICE IS CORRECT THAT THE BREACH OF

18   FIDUCIARY DUTY COULD CONCEIVABLY INCLUDE DAMAGES THAT

19   ENCOMPASSED ALL OF THE MONEY MADE AND ALL OF THE BENEFITS TO

20   MR. LARIAN IN THE ENSUING YEARS.                                      11:09

21          I'M NOT SEEING HOW THIS IS IMPROPER AT ALL.

22          AND THE REFERENCE TO CRIME, HE IS SUGGESTING THAT

23   BREACHING A FIDUCIARY DUTY AND COPYRIGHT INFRINGEMENT ARE

24   CRIMES.  IT'S A CHARACTERIZATION.

25          IT'S A LITTLE ARGUMENTATIVE, BUT IT'S NOT --                   11:09

1    **MR. NOLAN:**  I UNDERSTAND THE COURT'S RULING.  I'VE

2  MADE MY OBJECTION.  I'VE PRESERVED THE ISSUE, I THINK.

3    **THE COURT:**  THE MOTION FOR MISTRIAL IS DENIED.

4    (SIDE-BAR PROCEEDINGS CONCLUDED.)

5    **MR. PRICE:**  WE WERE TALKING ABOUT MGA PROFITS AND

6  MR. LARIAN'S FINANCIAL BENEFIT.  WHAT WE'LL BE ASKING YOU TO DO

7  IN THIS PHASE IS TO SAY YOU CAN'T BENEFIT FROM THE WRONGDOING

8  THAT YOU, THE JURORS, HAVE FOUND THEY COMMITTED IN GETTING THE

9  BRATZ CONCEPTS, THE CONFIDENTIAL INFORMATION ABOUT BRATZ, THE

10  BRATZ CHARACTERS, THE BRATZ DRAWINGS.

11    THEY CANNOT PROFIT FROM THAT, OR ELSE CRIME PAYS.

12    THAT'S ONE OF THE BIG ISSUES IN THIS PHASE.

13    NOW, IN ADDITION TO MAKING YOUR FINDINGS ABOUT

14  MR. LARIAN AND MGA AIDING AND ABETTING THE BREACH OF FIDUCIARY

15  DUTY, AIDING AND ABETTING THE BREACH OF LOYALTY AND CONVERSION

16  AND INTERFERENCE WITH THE CONTRACT, IN ADDITION, YOU HAD TO

17  SPEND A LOT OF TIME CHECKING YES OR NO TO WHETHER OR NOT

18  CERTAIN DRAWINGS WERE DONE WHILE MR. BRYANT WAS AT MATTEL AND,

19  THEREFORE, WHETHER OR NOT THEY ARE MATTEL DRAWINGS.  I'M SURE

20  YOU SPENT A LOT OF TIME TALKING ABOUT THIS, BECAUSE THERE WERE

21  A LOT OF BOXES TO CHECK.

22    THE REASON YOU WERE ASKED TO DO THAT IS THAT THERE IS

23  ANOTHER CLAIM THAT WE'RE MAKING HERE, WHICH REQUIRED, FIRST OF

24  ALL, THAT FACTUAL DETERMINATION BY YOU; AND THAT IS A CLAIM

25  THAT IN ADDITION TO MGA AND LARIAN AIDING AND ABETTING THESE

11:10
11:10
11:10
11:11
11:11

1    BREACHES OF FIDUCIARY DUTY AND DUTY TO LOYALTY, IN ADDITION TO

2    THESE WRONGS, THERE'S ANOTHER WRONG, AND THAT IS THAT THEY ARE

3    SELLING DOLLS AND HAVE SOLD DOLLS WHICH INFRINGE MATTEL'S

4    RIGHTS IN THE DRAWINGS THAT YOU HAVE FOUND THAT MATTEL NOW

5    OWNS.                                                           11:11

6            BASICALLY THE QUESTION YOU'RE GOING TO BE ASKED TO

7    ANSWER IN THIS PHASE IS WHETHER OR NOT THE BRATZ DOLLS, IN

8    SUBSTANCE, OR ARE SUBSTANTIALLY SIMILAR TO THE BRATZ DOLLS

9    WHICH MGA MADE.

10           THE QUESTION IS, YOU LOOK AT THE DRAWINGS, AND YOU      11:12

11   DECIDE, DO THESE BRATZ DOLLS -- ARE THEY SUBSTANTIALLY SIMILAR

12   TO THE DRAWINGS?  NOT SUBSTANTIALLY IDENTICAL OR IDENTICAL,

13   BECAUSE YOU CAN ALWAYS MAKE CHANGES.

14           NOW, WE SPENT -- I LOST COUNT OF THE WEEKS -- A LOT

15   OF WEEKS HERE, PRESENTING EVIDENCE ON THE ISSUE OF THESE       11:12

16   DRAWINGS AND WHEN THEY WERE MADE AND WHO OWNED THEM.  WE DID

17   THAT FOR A REASON; BECAUSE OF THEIR VALUE, BECAUSE MATTEL WILL

18   SHOW THAT THE DOLLS LOOKED LIKE THOSE DRAWINGS, OR

19   SUBSTANTIALLY SIMILAR.

20           HOWEVER, AFTER SPENDING ALL THAT TIME AND MGA SAYING    11:12

21   NO, THE DRAWINGS ARE THEIRS, WHAT THEY WILL TELL YOU IN THIS

22   PHASE -- AND ACTUALLY THERE HAS ALREADY BEEN SOME TESTIMONY

23   ABOUT THAT -- IS THAT, OH, THOSE DRAWINGS ARE WORTHLESS BECAUSE

24   OUR DOLLS DON'T LOOK LIKE THEM AT ALL.

25           IN FACT, THEY ARE GOING TO TESTIFY -- IN FACT, THEY     11:12

```
 1   ALREADY HAVE TESTIFIED -- FOR EXAMPLE, MR. LARIAN, IF YOU
 2   RECALL, SAID THAT CARTER BRYANT'S NOT THE CREATOR OF BRATZ.
 3   HE'S NOT THE INVENTOR OF BRATZ.  HE ALSO TESTIFIED -- HE WAS
 4   ASKED, IS THERE ANY OF THE DRAWINGS THAT YOU SEE HERE IN
 5   EXHIBIT 302 -- THAT WAS THE PITCH MATERIALS, DO YOU RECALL,          11:13
 6   THAT MR. BRYANT -- THAT COLLECTION OF DRAWINGS MR. BRYANT GAVE
 7   TO MGA AND MR. LARIAN -- ARE ANY OF THE DRAWINGS SIMILAR IN THE
 8   OVERALL LOOK TO ANY BRATZ DOLL THAT YOU ARE FAMILIAR WITH?
 9              AND HIS ANSWER WAS NO.
10              THAT IS, IN FACT, MGA'S POSITION IN THIS PHASE; THAT       11:13
11   THOSE DRAWINGS HAVE NO VALUE WHATSOEVER BECAUSE THE BRATZ DOLLS
12   DON'T HAVE ANYTHING TO DO WITH THEM.
13              IN FACT, YOU HEARD THE INTERROGATORIES IN THE FIRST
14   PHASE, THAT'S WRITTEN QUESTIONS WE WRITE UNDER OATH TO THE
15   OTHER SIDE, AND THE OTHER SIDE GIVES YOU AN ANSWER UNDER OATH       11:13
16   IN WRITING -- THEY HAVE ACTUALLY ANSWERED INTERROGS WHERE MGA'S
17   POSITION IS THAT NEITHER THE FIRST GENERATION OF BRATZ DOLLS
18   NOR ANY SUBSEQUENT BRATZ PRODUCTS WERE BASED ON ANY
19   CARTER BRYANT DESIGNS CREATED ON OR BEFORE OCTOBER 19, 2000.
20              THAT WAS MR. BRYANT'S LAST DAY AT MATTEL.                 11:14
21              SO MGA'S POSITION HERE IS THAT ALL THOSE DRAWINGS YOU
22   SAW, EVERY CHECKMARK YOU MADE, THAT NONE OF THOSE DRAWINGS HAVE
23   REALLY ANYTHING TO DO WITH ANY BRATZ DOLLS OR BRATZ PRODUCTS.
24              WHAT WE'RE GOING TO SHOW YOU IS NOT ONLY ARE THE
25   BRATZ DOLLS SUBSTANTIALLY SIMILAR AND BASED ON THESE DRAWINGS,       11:14
```

1   THE DRAWINGS YOU HAVE FOUND MATTEL OWNS, BUT MGA HAS SUED OTHER

2   COMPANIES TO PREVENT THOSE COMPANIES FROM MAKING DOLLS THAT

3   LOOKED LIKE BRATZ BASED ON THE VERY DRAWINGS THAT YOU HAVE SAID

4   THAT MATTEL NOW OWNS.

5         NOW, PART OF WHAT YOU'RE GOING TO BE DOING IN THIS          11:14

6   PHASE IS LOOKING AT THE DRAWINGS.  YOU'RE GOING TO SEE A LOT OF

7   DOLLS; WE HAVE 12 AND A HALF HOURS IN THIS PHASE, OF EVIDENCE,

8   SO ALL THAT'S NOT GOING TO BE PUT IN NICE LITTLE PINK BOWS.

9   THE EVIDENCE WILL COME IN SOMEWHAT HAPHAZARDLY AND PERHAPS

10  SOMETIMES WITHOUT A GREAT DEAL OF EXPLANATION.  BUT WE ARE       11:15

11  GOING TO PUT IN THE EVIDENCE WE NEED TO, INCLUDING THESE DOLLS.

12  AND THERE ARE A LOT OF THEM; THERE ARE 800, 900, DOLLS AND

13  ACCESSORIES, AND THINGS LIKE THAT, AND IT'S GOING TO BE LIKE A

14  TOY STORE BACK THERE IN THE JURY ROOM IN THIS.

15        SO YOU'RE GOING TO SEE SOME WITNESSES UP THERE JUST         11:15

16  TO SAY 'YES, THIS IS A DOLL; YES, THIS IS A DOLL.'  AND IT'S

17  NOT GOING TO BE TERRIBLY EXCITING, I'M AFRAID.  AND BECAUSE WE

18  HAVE A SHORT AMOUNT OF TIME, WE'LL TRY TO DO IT AS

19  EXPEDITIOUSLY AS POSSIBLE.  BUT ONE THING YOU'RE GOING TO SEE

20  ARE THE DOLLS THEMSELVES.  AND YOU'RE GOING TO SEE NOT JUST THE  11:15

21  DOLLS BUT YOU'LL ALSO SEE THE DRAWINGS WHICH YOU HAVE SAID WE

22  OWN.  AND ONE THING YOU'LL BE ASKED IS ARE THESE DOLLS SIMILAR

23  OR SUBSTANTIALLY SIMILAR TO THE DRAWINGS?

24        I'LL JUST SHOW YOU A FEW EXAMPLES OF THIS.

25        FOR EXAMPLE, YOU MIGHT REMEMBER THE SASHA DOLL.  THIS       11:16

1   WAS ORIGINALLY CALLED HALLIDAE.  AND WE'RE GOING TO PRESENT

2   EVIDENCE OF THE DRAWING, WHICH MATTEL OWNS, AND YOU'LL COMPARE

3   THAT TO THE DOLL ITSELF.  AND RIGHT HERE WE HAVE A SLIDE WHERE

4   WE HAVE THE DOLL IN ITS PACKAGING.  BUT IF YOU TAKE IT OUT OF

5   ITS PACKAGING, YOU'LL SEE, HERE IS THE SASHA DOLL, AND HERE IS          11:16

6   THE DRAWING, AND YOU CAN COMPARE THE LIPS, THE NOSE, THE EYES,

7   THE SHAPE OF THE FACE.

8           IN FACT, IN THIS FIRST WAVE OF BRATZ DOLLS, NOT ONLY

9   WERE THEY BASED ON THE DRAWINGS, BUT EVEN THE MASCOTS WERE

10  BASED ON THE DRAWINGS.  YOU REMEMBER, THERE'S THE RABBIT               11:16

11  HIP-HOP AND THERE'S A RABBIT HIP-HOP RIGHT THERE.  THIS IS THE

12  HIP-HOP DOLL.  AND THE DOLL THAT WAS MADE FROM THE SASHA

13  DRAWING, YOU SEE ALSO THE HIP-HOP WITH THE RABBIT.  YOU SEE THE

14  HIP-HOP HERE.

15          AND THE QUESTION ISN'T, IF I'M AN ENGINEER ASSIGNED            11:17

16  DOING MEASUREMENTS, ARE THESE SUBSTANTIALLY SIMILAR.

17          THE QUESTION IS WOULD A CONSUMER -- AN AVERAGE

18  PERSON, MAYBE A LITTLE GIRL LOOKING AT THIS -- SAY THAT THESE

19  TWO THINGS LOOK SUBSTANTIALLY SIMILAR.

20          AND I BELIEVE THE CONCLUSION IS GOING TO BE YES.              11:17

21          LET'S LOOK AT THE JADE DOLL.

22          HERE I'M GOING TO SHOW YOU -- BEFORE THAT, HERE WE

23  HAVE A COMPARISON OF TWO OF THE DRAWINGS WITH THE SASHA DOLL.

24  WE HAVE THE PITCH DRAWING, WHICH, WE HAVE A DRAWING WHICH YOU

25  SAID WE OWN ALSO, WHICH WAS THE FINAL FASHION DRAWING.  YOU           11:17

```
 1    RECALL THAT.  AND THEN LATER MGA COMES OUT WITH SASHA, WHICH IT
 2    SAYS IS NOT BASED AT ALL ON THOSE DRAWINGS AND LOOKS NOTHING
 3    LIKE IT.
 4         WE'RE GOING TO ASK YOU TO CONCLUDE THEY ARE
 5    SUBSTANTIALLY SIMILAR.                                          11:17
 6         LET'S GO TO THE JADE DOLL.
 7         HERE ON THE FAR RIGHT IS THE JADE DOLL, OUT OF ITS
 8    PACKAGING.  IT'S EXHIBIT 504.  AND WHAT YOU'LL SEE IS
 9    MR. BRYANT'S PITCH MATERIALS.  REMEMBER, THIS IS THE DRAWING HE
10    PRESENTED, HE SAYS, IN SEPTEMBER OF 2000.  THIS IS A DRAWING HE  11:18
11    DID LATER, SOMETIME IN OCTOBER, BEFORE OCTOBER 19, 2000.  OF
12    COURSE, YOU DETERMINED THAT WAS DONE IN THAT TIME FRAME.
13    MATTEL OWNS THESE DRAWINGS.  THIS IS THE DOLL THEY COME OUT
14    WITH.
15         AGAIN, MGA SAYS NO SIMILARITY; IT'S NOT BASED ON           11:18
16    THESE DRAWINGS.  AND WE'RE GOING TO ASK YOU TO CONCLUDE THE
17    OBVIOUS, WHICH IS THAT THEY ARE SUBSTANTIALLY SIMILAR AND THAT
18    THERE'S COPYRIGHT INFRINGEMENT HERE.
19         LET'S LOOK AT CLOE.
20         CLOE, AGAIN, WE'RE SHOWING YOU THE PITCH DRAWING, THE      11:18
21    DRAWING MR. BRYANT DID SOMEWHAT LATER IN OCTOBER OF 2000,
22    BEFORE OCTOBER 19TH, AND THEN THE DOLL ITSELF, THE FIRST CLOE
23    DOLL, THE FIRST WAVE.  AND YOU CAN SEE, AGAIN, THE SHAPE OF THE
24    FACE.
25         DO YOU REMEMBER THE UNIQUE THING ABOUT THESE BRATZ         11:18
```

1    DOLLS IS THE OVERSIZED HEAD, THE OVERSIZED EYES, THE RELATIVELY

2    SMALL NOSE, THE OVERSIZED LIPS, THE BIG FEET.  WE'RE GOING TO

3    ASK YOU TO CONCLUDE THAT THEY ARE, IN FACT, SUBSTANTIALLY

4    SIMILAR.  AND NOT, AS MGA SUGGESTS, THAT THIS DOLL ON THE RIGHT

5    IS NOT BASED AT ALL ON THESE DRAWINGS WHICH WE FOUGHT SO HARD          11:19

6    OVER, OVER THE LAST FEW WEEKS.

7             LET'S LOOK AT YASMINE.

8             YASMINE WAS ORIGINALLY LUPE.  NOW, THESE LOOK

9    SOMEWHAT DIFFERENT BECAUSE OF THE HAIR STYLES, BUT IF YOU LOOK

10   AT THE SHAPE OF THE FACE, THE EYES, THE LIPS, THE PROPORTIONS.        11:19

11   YOU'LL SEE THAT, AGAIN, THE DOLL IS SUBSTANTIALLY SIMILAR TO

12   WHAT MR. BRYANT PUT DOWN ON PAPER.

13            NOW, WHEN YOU HAVE DOLLS, BY THE WAY, YOU CAN CHANGE

14   THE COLOR OF THEIR HAIR, YOU CAN CHANGE THEIR COLORING, YOU CAN

15   CHANGE THEIR CLOTHES.  BUT THAT DOESN'T CHANGE THE FACT THAT          11:19

16   IT'S SUBSTANTIALLY THE SAME DOLL.  IT'S SUBSTANTIALLY SIMILAR

17   TO THE DRAWING.

18            IN FACT, IN THE FIRST PHASE, YOU RECALL MR. NOLAN,

19   WHEN HE WAS TALKING ABOUT THE COLORING AND STUFF -- IF WE CAN

20   PUT UP 25.0 -- SAID, WITH RESPECT TO THE MASTER DRAWINGS, HE          11:20

21   SAID THAT WHETHER OR NOT YOU ADD COL {SIC} -- THIS IS SUPPOSED

22   TO BE COLOR, I BELIEVE -- OR A DIFFERENT DRESS OR YOU PUT THEM

23   IN EVENING WEAR, IT DOESN'T CHANGE THE ATTITUDE; IT DOESN'T

24   CHANGE THE CHARACTER; IT DIDN'T CHANGE THE POSE.  YOU KNOW

25   WHAT, ADDING COLOR TO ZOE DID NOT CHANGE ZOE.  ADDING COLOR TO        11:20

| 1 | SASHA OR JADE OR YASMINE DIDN'T CHANGE THE CHARACTERS. |
| 2 | THE SAME IS TRUE HERE. YOU'RE GOING TO BE SEEING |
| 3 | DOLLS WHERE THEY HAVE DIFFERENT CLOTHES, THEY HAVE A DIFFERENT |
| 4 | COLOR, THEY MAY HAVE DIFFERENT HAIR. BUT IF YOU LOOK AT THE |
| 5 | FACE, IF YOU LOOK AT THE EYES, LOOK AT THE LIPS... IF YOU LOOK |
| 6 | AT THE DISTINGUISHING BRATZ CHARACTERISTICS, YOU ARE GOING TO |
| 7 | CONCLUDE THAT ALTHOUGH THERE MAY BE MINOR DIFFERENCES, THAT THE |
| 8 | DOLLS ARE SUBSTANTIALLY SIMILAR TO THESE DRAWINGS AND, IN FACT, |
| 9 | WERE BASED ON THESE DRAWINGS. |
| 10 | IN FACT, IF YOU RECALL, MR. BRYANT'S PITCH MATERIALS |
| 11 | ACTUALLY TALKED ABOUT THIS. |
| 12 | THIS IS FROM THE 2000 PITCH MATERIAL WHERE HE SAYS, |
| 13 | 'YOU CAN GIVE ZOE A NEW LOOK AT NIGHT BY CHANGING HER HAIRSTYLE |
| 14 | OR CHANGING HER PANTS OR HER SNEAKERS TO PLATFORM SANDALS; |
| 15 | THAT'S PART OF THE BRATZ DOLL EXPERIENCE.' |
| 16 | THEY ENDED UP NOT CHANGING THE HAIR, YOU RECALL, BUT |
| 17 | PART OF IT WAS YOU'RE GOING TO BE ABLE TO PUT ON DIFFERENT |
| 18 | COSTUMES AND PUT ON DIFFERENT SHOES, BUT IT'S STILL THE SAME |
| 19 | DOLL. JUST LIKE A HUMAN BEING, YOU CAN PUT ON DIFFERENT SHOES |
| 20 | AND OUTFITS, ALTHOUGH YOU MAY THINK YOU LOOK BETTER IN ONE THAN |
| 21 | THE OTHER, IT'S STILL -- YOU'RE STILL SUBSTANTIALLY SIMILAR TO |
| 22 | YOURSELF. |
| 23 | SO THESE ARE JUST SOME QUICK COMPARISONS AND YOU'RE |
| 24 | GOING TO HAVE TIME TO LOOK AT THESE. IF YOU WOULD JUST FOCUS |
| 25 | ON THE HEADS NOW, OF THE DOLLS, COMPARED TO MR. BRYANT'S |

11:20

11:21

11:21

11:21

11:21

1    DRAWINGS.  IN FACT, YOU CAN COMPARE THOSE, ALTHOUGH WE DON'T

2    HAVE THE PHYSICAL EVIDENCE, TO THE PROTOTYPE MR. BRYANT DID,

3    WHICH YOU SAID WE OWNED.

4         THE PROTOTYPE HE DID, REMEMBER, IN 2000, WHICH YOU

5    DON'T HAVE BECAUSE IT NO LONGER EXISTS.  WELL, YOU REMEMBER,      11:22

6    MS. O'CONNOR TESTIFIED ABOUT THAT PROTOTYPE, AND WHEN SHE WAS

7    TESTIFYING, SHE WAS ACTUALLY LOOKING AT A CLOE DOLL.  IT WAS

8    EXHIBIT 1369.  IT WAS THIS DOLL THAT SHE WAS LOOKING AT.  AND

9    MR. NOLAN WAS ASKING HER QUESTIONS, AND HE ASKED HER:

10        "QUESTION:  THE BRATZ DOLL YOU'RE LOOKING AT, THE      11:22

11   FACE, IS THAT THE SAME FACE YOU SAW IN YOUR FIRST MEETING WITH

12   MR. BRYANT?"

13        HE WAS ASKING HER ABOUT THIS PROTOTYPE, WHICH

14   MR. BRYANT DESCRIBES AS FRANKENSTEIN.  AND THE ANSWER WAS:

15        "IT'S VERY SIMILAR.  I COULDN'T SAY EXACTLY THAT THE      11:22

16   COLORS WERE THE SAME, BUT IT WAS VERY SIMILAR."

17        "YOU'RE SAYING IN TERMS OF THE PAINTING ON THE FACE?"

18        SHE SAYS 'YES'; SHE SAYS 'VERY SIMILAR.'

19        THE FIRST DOLL HE PRESENTED TO THEM, WHICH WE OWN,

20   WAS VERY SIMILAR, SUBSTANTIALLY SIMILAR, IN LOOK TO THE VERY      11:23

21   FIRST CLOE DOLL.

22        SO WITH RESPECT TO CLOE, THAT INFRINGES THE PROTOTYPE

23   WHICH WE CAN ONLY RELY ON TESTIMONY BECAUSE OF IT BEING

24   SUBSTANTIALLY SIMILAR.  BUT ALSO, THOSE FACES ARE SUBSTANTIALLY

25   SIMILAR TO THE DRAWINGS.  LET'S LOOK AT CLOE, FOR EXAMPLE.      11:23

1     WHAT WE HAVE UP HERE ARE THE TWO DRAWINGS WHICH WE

2  SHOWED YOU BEFORE.  JUST FOCUS ON THE FACE.  IF YOU LOOK AT THE

3  OVERSIZED EYES, THE SHAPE OF THE EYES, THE LITTLE NOSE; THE

4  SHAPE OF THE LIPS; THE SHAPE OF THE HEAD...

5     WE'RE GOING TO ASK YOU TO CONCLUDE THAT THOSE ARE          11:23

6  SUBSTANTIALLY SIMILAR AND THAT THOSE DOLLS INFRINGE OUR RIGHTS

7  IN THESE DRAWINGS.

8     IF YOU LOOK AT JADE.  AGAIN, I'M SHOWING YOU THE SAME

9  TWO DRAWINGS WITH THE JADE DOLL'S HEAD.  IF YOU LOOK AT THE

10 SHAPE OF THE LIPS, THE EYES, EVEN THE BANGS IN THIS CASE, WE'RE   11:23

11 GOING TO ASK YOU TO CONCLUDE WHAT I THINK YOU WILL THINK IS

12 OBVIOUS, WHICH IS THAT, YES, THESE DOLLS ARE BASED ON THESE

13 DRAWINGS AND ARE SUBSTANTIALLY SIMILAR AND WERE INTENDED TO BE

14 SUBSTANTIALLY SIMILAR.  WHICH IS ONE OF THE REASONS YOU WOULD

15 PAY CARTER BRYANT, FOR EXAMPLE, OVER $30 MILLION.          11:24

16    LET'S GO TO SASHA, WHICH WAS PREVIOUSLY HALLIDAE.  IF

17 YOU LOOK AT THE SHAPE OF THE FACE, THE LIPS, THE EYES, THE

18 EYEBROWS, THE OVERSIZED EYES, THE OVERSIZED LIPS.  AGAIN, WE'RE

19 GOING TO ASK YOU TO CONCLUDE THEY ARE SUBSTANTIALLY SIMILAR AND

20 THAT THEY INFRINGE MATTEL'S RIGHTS TO THESE DRAWINGS AND WERE,   11:24

21 IN FACT, BASED ON THESE DRAWINGS.

22    THEN WE HAVE YASMINE.  SHE HAS A CHANGING HAIR COLOR.

23 BUT AGAIN, IF YOU LOOK AT THE SHAPE OF THE EYES, THE NOSE, THE

24 LIPS, EVEN DOWN TO THE MOLE HERE FOR YASMINE, WE'RE GOING TO

25 ASK YOU TO CONCLUDE THAT THEY ARE SUBSTANTIALLY SIMILAR AND    11:24

1    INFRINGE MATTEL'S RIGHTS OF THESE DOLLS.  THESE DOLLS WERE

2    BASED ON THE DRAWINGS AND THEY ARE SUBSTANTIALLY SIMILAR.

3           DURING THE TRIAL, WE'LL ASK YOU TO FURTHER EXAMINE

4    THE FACES.  IF YOU LOOK AT ONE OF THE DRAWINGS THAT MR. BRYANT

5    DID -- IT WAS NOTARIZED IN AUGUST '99, YOU REMEMBER THAT -- IF      11:25

6    YOU COMPARE THOSE FACE DRAWINGS TO AN ACTUAL DOLL -- LIKE, HERE

7    WE HAVE LUPE, WHICH LATER WAS CHANGED TO YASMINE, THIS IS THE

8    FACE DRAWING IN THE AUGUST 1999 NOTARIZED DRAWING.  THIS IS NOT

9    A DRAWING.  THIS IS AN ACTUAL PICTURE OF THE DOLL'S HEAD.  BUT

10   WE DIGITIZED IT AND TOOK AWAY THE HAIR; SO YOU CAN COMPARE         11:25

11   APPLES TO APPLES HERE.  YOU CAN SEE THAT THIS IS MR. BRYANT'S

12   DRAWING.

13          WHEN YOU FIRST LOOKED AT IT, YOU MIGHT HAVE THOUGHT

14   THAT THE THING ON THE RIGHT WAS A DRAWING.  IT IS SUBSTANTIALLY

15   SIMILAR TO HIS DRAWING, FOR SURE.  IT IS ALMOST IDENTICAL.         11:25

16          SO THAT'S THE FACES.

17          NOW IF YOU LOOK AT THE BODY PROPORTIONS OF THESE

18   DOLLS -- LET'S LOOK AT THIS EXHIBIT SLIDE 3014.  ON THE RIGHT

19   HERE, YOU HAVE THE ACTUAL BRATZ DOLL.  BY THE WAY, THIS BRATZ

20   BODY DID NOT CHANGE.  THERE'S ONE EXCEPTION TO THAT.  THERE WAS    11:26

21   A BRATZ MOVIE THAT CAME OUT LAST YEAR THAT SOME OF YOU MIGHT

22   HAVE SEEN IN THE THREE DAYS IT WAS IN THEATERS, AND FOR THAT

23   THEY MADE SPECIAL BRATZ DOLLS WITH DIFFERENT PROPORTIONS.  BUT

24   OTHERWISE, THIS MOLE, THIS BODY STYLE, HAS BEEN THE SAME SINCE

25   THE FIRST BRATZ DOLL.                                             11:26

```
 1          AND HERE WE'RE COMING SIDE-BY-SIDE TO THE DRAWING
 2   MR. BRYANT DID WHILE HE WAS WORKING FOR MATTEL.  IF YOU LOOK AT
 3   THE PROPORTIONS, WHERE THE CHIN IS, WHERE THE SHOULDERS ARE,
 4   THE CHEST, THE WAIST, WHERE THE CROTCH IS, THE KNEES, AND THE
 5   ANKLES -- AGAIN, I THINK YOU'LL CONCLUDE THAT THEY ARE             11:26
 6   SUBSTANTIALLY SIMILAR.  THE DRAWINGS AND THE DOLLS ARE
 7   SUBSTANTIALLY SIMILAR.
 8          NOW, YOU REMEMBER MS. LEAHY TESTIFIED THAT YOU DO
 9   HAVE TO MAKE SOME ACCOMMODATIONS TO MAKE THIS MASS PRODUCIBLE,
10   RIGHT.  AND ONE OF THE ACCOMMODATIONS IS, YOU SEE THE CROTCH       11:27
11   AREA, IT'S MORE SQUARE HERE SO THAT THOSE LEGS CAN ACTUALLY
12   MOVE.  AND THAT'S WHAT HAPPENS WHEN YOU GO FROM THE DESIGN TO
13   ACTUALLY MAKING ENOUGH OF THESE TO MAKE HUNDREDS OF MILLIONS OF
14   DOLLARS.  BUT IF YOU LOOK AT THE OVERALL LOOK, AGAIN, I THINK
15   YOU'LL CONCLUDE THEY ARE SUBSTANTIALLY SIMILAR.                    11:27
16          THEY WERE SUBSTANTIALLY SIMILAR, THESE FIRST BRATZ
17   DOLLS, NOT JUST IN THE FACIAL LOOK, IN THE BODY, THE
18   PROPORTIONS, BUT IN THE FIRST PHASE, DOWN TO THE DETAILS OF THE
19   CLOTHES AND THE SHOES.  LET'S PUT UP, FOR EXAMPLE, 3019.
20          THIS IS ONE OF MR. BRYANT'S DRAWINGS, WHICH MATTEL          11:2
21   OWNS, OF BOOTS, AND THIS IS ON THE FIRST WAVE OF THE BRATZ
22   DOLLS, THE BOOTS THAT WERE AVAILABLE.  AND YOU CAN SEE THEY ARE
23   SUBSTANTIALLY SIMILAR.  THEY ARE BASED ON THE DRAWINGS.
24          IF YOU LOOK AT -- THERE WERE SOME SHOES AS WELL.  DO
25   YOU REMEMBER, HE DREW THESE SHOES, AND YOU SEE WHERE THE LITTLE    11:2
```

```
 1   ROUND PART HERE AND THEY ARE KIND OF PURPLISH.  AND, SURE

 2   ENOUGH, THAT'S WHAT THEY MANUFACTURED, EVEN WITH THE ROUND HOLE

 3   HERE.  I DON'T KNOW IF YOU CAN SEE THAT, IN EXHIBIT 504; SO

 4   THEY HAD, LIKE, IDENTICAL SHOES.  OTHER IDENTICAL FOOTGEAR FOR

 5   30.22.

 6           DO YOU REMEMBER, ONE OF THE THINGS HE TALKED ABOUT

 7   WAS THAT YOU COULD REMOVE THE FEET TO HAVE THE INTERCHANGEABLE

 8   FOOTWEAR.  THAT'S ALSO IN THE FIRST MOVIE, THE BRATZ DOLLS, AND

 9   MANY WAVES THEREAFTER.  THIS IS HIS DRAWING ON THE LEFT, AND

10   HERE WE HAVE AN EXAMPLE OF THE FOOT GEAR THAT COMES OFF.

11           NOT JUST THE OVERALL LOOK, THE FACE, THE BODY, AND

12   SOMETIMES RIGHT DOWN TO THE DETAIL OF THE CLOTHING, BUT ALSO,

13   THEY CAME UP WITH A LOGO DESIGN FOR THE BRATZ, AND ON THE LEFT

14   YOU SEE MR. BRYANT'S DRAWING.  YOU SAW THIS A LOT OF TIME IN

15   IT WAS CALLED THE HERO POSE.  COMPARE THAT TO

16   EXHIBIT 504; THIS IS THE LOGO ON MOST BRATZ PACKAGING, AT LEAST

17   FOR THE FIRST SEVERAL YEARS.

18           IF YOU COMPARE, FOR EXAMPLE, YOU SEE LUPE -- THEY

19   CHANGED THE HAIR COLOR.

20           BY THE WAY, ON THE RIGHT, THEY ARE ALL WEARING HATS

21   AND STUFF ON THEIR HEADS.  IT WILL BE EXPLAINED TO YOU THAT'S

22   BECAUSE YOU DIDN'T WANT GIRLS WHO WANT TO BUY A DOLL WITH A HAT

23   TO JUST BUY ONE DOLL; SO THEY ARE PUTTING HEAD GEAR ON ALL OF

24   THESE FOR THE LOGO.  THE HAIR IS DIFFERENT, YES, BUT IF YOU

25   LOOK AT THE EYES, THE LIPS, THE POSE FOR ALL OF THESE DOLLS,
```

11:28

11:28

11:29

11:29

11:29

1    YOU SEE THE HAND COMING OUT, YOU SEE HERE -- AND MR. BRYANT'S

2    DRAWING THE HANDS LIKE THIS AND THE ESSENTIAL LOGO.  IT'S LIKE

3    THIS.  YOU SEE THE POSING.

4         AGAIN, THESE ARE BASED ON MR. BRYANT'S DRAWINGS.

5    THAT'S THE REASON THEY DREW THIS.  IT'S SUBSTANTIALLY SIMILAR      11:30

6    TO MR. BRYANT'S DRAWINGS, THE DRAWINGS WHICH NOW BELONG TO

7    MATTEL.

8         AND NOT JUST THE LOGO.  NOT JUST THE CLOTHING.  BUT

9    THE MASCOTS.  DO YOU REMEMBER, I MENTIONED BRIEFLY ABOUT THE

10   MASCOTS FOR THESE BRATZ DOLLS.  DID THAT HAVE ANYTHING TO DO      11:30

11   WITH MR. BRYANT'S DRAWINGS?

12        WELL, IF WE LOOK AT 30.25 HERE, HERE WE HAVE THE

13   ANGEL MASCOT IN THE DRAWING.  DO YOU RECALL THAT?

14        THIS IS FOR CLOE.  HAIR COLOR CHANGE, HAIR CHANGE.

15   BUT SHE HAS THE ANGEL MASCOT AS WELL, TAKEN FROM MR. BRYANT'S     11:30

16   DRAWINGS.  LET'S GO TO THE NEXT ONE, WHERE WE HAVE YASMINE.

17   AND DO YOU RECALL SHE HAD THIS PRINCESS MASCOT ON HER LITTLE

18   BAG HERE, AND MR. BRYANT'S DRAWINGS.  AND, OF COURSE, WHEN THEY

19   WENT TO MANUFACTURE THIS LINE ON MR. BRYANT'S DRAWINGS, THEY DO

20   THE SAME MASCOT HERE.  THE PRINCESS.  IT'S SUBSTANTIALLY          11:3

21   SIMILAR.

22        IF WE GO FURTHER, WE MENTIONED THIS BEFORE, THIS IS

23   THE HIPPITY-HOP BUNNY.  THIS IS WHAT MR. BRYANT DREW.  THIS IS

24   WHAT ACTUALLY WENT TO MARKET.  AND THEN WE GO FINALLY TO THE

25   CAT HERE, AND YOU SEE WHAT MR. BRYANT DREW AND YOU SEE WHAT IS    11:3

1   ACTUALLY ON THE PACKAGING ITSELF.  YOU CAN JUST COMPARE THESE.

2   THEY USE THE EXACT SAME FOUR MASCOTS ON THIS INITIAL WAVE OF

3   BRATZ DOLLS.

4           THESE PRODUCTS WERE BASED ON MR. BRYANT'S DRAWINGS.

5           THE ARTIST THAT CREATED THEM TRIED TO STAY TRUE TO          11:32

6   MR. BRYANT'S DRAWINGS AND HIS VISION.  AND BEFORE THERE WAS A

7   CASE, WHEN MGA THOUGHT IT OWNED THESE DRAWINGS, WHEN IT THOUGHT

8   IT COULD GET AWAY WITH THE WRONGDOING THAT YOU FOUND, MGA WOULD

9   ADMIT THIS.

10          FOR EXAMPLE, MS. GARCIA TOLD THE WORLD -- THIS IS AN       11:32

11  E-MAIL BETWEEN HER AND A REPORTER, IF YOU RECALL; THIS WAS

12  ADMITTED IN THE FIRST PHASE OF THE CASE -- WHERE SHE TALKED

13  ABOUT 'THE FOUR GIRLS WERE ALREADY CONCEPTED AND PRESENTED BY

14  THE INVENTOR AT OUR FIRST MEETING.  I THOUGHT THEY WERE

15  INCREDIBLE AND I TRIED TO STAY TRUE TO THIS INVENTOR'S           11:32

16  CREATOR'S VISION.'

17          THAT'S WHAT MGA WAS ATTEMPTING TO DO, WHICH IS TAKE

18  THESE DRAWINGS AND MAKE THEM DOLLS THAT LOOKED LIKE THE

19  DRAWINGS.  OF COURSE, NOW THEY SAY THEY DON'T LOOK ANYTHING

20  LIKE THEM.  MS. GARCIA TELLS YOU THAT'S WHAT THEY WERE TRYING    11:33

21  TO DO.

22          IN FACT, YOU RECALL THE TESTIMONY SHOWING THAT AS FAR

23  AS MGA WAS CONCERNED, THE BRATZ, THE KEY LEGALLY RELEVANT DATES

24  FOR THE BRATZ DATES, THE DATE OF CREATION OF BRATZ -- NOT

25  DISTINGUISHING BETWEEN BRATZ DOLLS AND BRATZ DRAWINGS, BUT OF    11:33

```
 1   THE BRATZ -- WAS SEPTEMBER 18, 2000.

 2            THERE'S ANOTHER DOCUMENT YOU RECALL WHERE MR. LARIAN

 3   SAID THAT THE BRATZ WERE BORN -- NOT DISTINGUISHING BETWEEN A

 4   DRAWING AND THE DOLL BASED ON THE DRAWING -- WERE BORN IN

 5   SEPTEMBER OF 2000.                                              11:33

 6            IN FACT, DO YOU REMEMBER, MR. LARIAN WAS ON THE STAND

 7   AND MR. NOLAN WAS EXAMINING HIM, AND HE WAS EXAMINING HIM ABOUT

 8   A PRESENTATION MR. LARIAN HAD MADE TO FOX.  AND IN EXAMINING

 9   ABOUT THAT PRESENTATION, HE SHOWED HIM A DOCUMENT AND MR. NOLAN

10   SAID THIS DOCUMENT SAYS 'TAKING THE TOY WORLD BY SURPRISE,       11:33

11   LIKE, TOTALLY, FOUR BRATZ DOLLS, CLOE, SASHA, JADE AND YASMINE,

12   ALSO KNOWN AS THE BRATZ PACK, WERE LAUNCHED AT TOY FAIR 2001.'

13   AND YOU WILL RECALL THAT MR. LARIAN SAID THAT HE MADE A CHANGE

14   TO THAT PRESENTATION; HE CHANGED IT SO THAT HE TOOK OUT 'AT TOY

15   FAIR 2001' AND PUT 'OCTOBER 2000.'                              11:34

16            NOW, THE DOCUMENT THEY WERE TALKING ABOUT -- AND WE

17   DON'T HAVE THE CHANGED DOCUMENT, BUT THIS IS WHAT MR. LARIAN

18   SAID HE CHANGED TO -- THE DOCUMENT WE'RE TALKING ABOUT WAS

19   EXHIBIT 16914-A.  THIS WAS THE DOCUMENT.  AND WHAT MR. LARIAN

20   SAID HE CHANGED THIS TO WAS THAT THESE DOLLS WERE LAUNCHED --    11:34

21   HE CHANGED THIS, HE SAID, TO OCTOBER OF 2000.

22            NOW, OCTOBER 2000 YOU DIDN'T HAVE PHYSICAL BRATZ

23   DOLLS.  THE EVIDENCE IS THAT THOSE DIDN'T COME UNTIL A LITTLE

24   LATER.  WHAT YOU HAD WERE CARTER BRYANT'S DRAWINGS OF THE BRATZ

25   DOLLS.  AND MR. LARIAN WAS TELLING THE WORLD -- TELLING FOX,     11:34
```

```
 1    ANYWAY -- THAT THE BRATZ DOLLS WERE LAUNCHED THEN.

 2         WHY WOULD YOU SAY THE BRATZ DOLLS WERE LAUNCHED WHEN

 3    YOU DIDN'T HAVE THE DOLLS THEMSELVES?  IT'S BECAUSE YOU HAD THE

 4    DRAWINGS THEY WERE BASED ON; THE DRAWINGS TO WHICH THEY ARE

 5    SUBSTANTIALLY SIMILAR.                                          11:35

 6         AND BY THE WAY, AGAIN, WHEN MGA SAID IT OWNED THEM,

 7    THESE DRAWINGS, WHEN IT WAS IN THE SHOES WE ARE NOW IN, IT TOLD

 8    THE COPYRIGHT OFFICE THAT THE DOLLS WERE BASED ON THESE

 9    DRAWINGS; THAT THE DOLLS WERE DERIVED FROM THESE VERY DRAWINGS

10    THAT MATTEL NOW OWNS.                                          11:35

11         LET ME RUN YOU THROUGH THIS.  I'LL USE THE JADE DOLL

12    AS AN EXAMPLE.

13         MGA FILED A COPYRIGHT APPLICATION FOR THE JADE DOLL

14    IN JUNE OF 2000.  AND THE INTERESTING THING ABOUT THIS

15    PARTICULAR DOCUMENT IS THAT -- THIS IS THE FIRST PAGE WHICH    11:35

16    TALKS ABOUT THE CONFIGURATION -- IF WE CAN GO TO THE CREATION

17    DATE -- AT THIS POINT THEY SAY THE JADE DOLL WAS CREATED IN

18    2000, THE DOLL ITSELF.

19         NOW, YOU REMEMBER MR. BRYANT WORKED FOR MATTEL UP TO

20    OCTOBER 19, 2000, BUT THIS IS THE COPYRIGHT APPLICATION THEY   11:36

21    FILE.  AND IF YOU LOOK AT PAGE 5, IT HAS A PICTURE OF THE DOLL.

22    IT'S NOT A GREAT PICTURE, BUT WHAT THEY ARE REGISTERING HERE IS

23    THE DOLL THAT I SHOWED YOU EARLIER; THE PICTURE.

24         NOW, AFTER THAT, I THINK IT'S IN 2003, MGA REGISTERS

25    ONE OF MR. BRYANT'S DRAWINGS OF JADE; THAT'S EXHIBIT 505.  YOU  11:36
```

```
 1   SEE, THEY ARE REGISTERING THE JADE DRAWING HERE.  THEY ARE

 2   SAYING THE CREATION DATE OF 1998.

 3        NOW, OF COURSE, YOU DETERMINED THAT'S NOT CORRECT.

 4   THIS WAS MADE WHILE HE WAS AT MATTEL.  AND, IN FACT, THE

 5   DRAWING, WE'LL SHOW IT TO YOU, THIS IS THE JADE DRAWING, PART    11:36

 6   OF THE PITCH MATERIALS.

 7        AT THIS POINT MGA HAS SAID THE DOLL WAS CREATED IN

 8   2000, THE DRAWING IN 1998.  THEY KNOW MR. BRYANT WORKED FOR

 9   MATTEL IN 2000.  SO THEY FILED AN AMENDMENT TO CHANGE THAT 2000

10   TO 2001 SO THEY CAN PUT IT OUTSIDE OF ANY MATTEL ASSOCIATION;    11:37

11   THAT'S EXHIBIT 558.

12        WHAT THEY DID WHEN THEY FILED THIS WAS -- THIS IS,

13   AGAIN, THE JADE DOLL, AND IT'S AN AMENDMENT TO THEIR ORIGINAL

14   APPLICATION -- IF WE GO TO THE LAST PAGE, THE SECOND PAGE, IT

15   TALKS ABOUT HOW THEY ARE AMENDING THE YEAR OF COMPLETION:  NO,   11:37

16   IT'S NOT 2000, IT'S 2001.

17        SO NOW THEY HAVE TWO REGISTRATIONS; THEY HAVE THE

18   DRAWING OF JADE, SAYING IT WAS CREATED IN 1998, AND THE DOLL IN

19   2001, SO THAT THEY CAN CLAIM TO THE WORLD THIS HAS NOTHING TO

20   DO WITH MATTEL, NEITHER THE DRAWING NOR THE DOLL.               11:38

21        SO COMFORTABLE THINKING THEY COULD TELL THE WORLD

22   THAT, THEY ALSO PUT SOMETHING ELSE ON HERE.  THEY AMENDED THIS

23   TO SAY SOMETHING ELSE.  AND THAT WAS THAT THAT JADE DOLL WAS

24   DERIVED FROM THE DRAWING.

25        IF WE GO TO THE FIRST PAGE HERE, IT TALKED ABOUT THE       11:38
```

```
 1   BASIC REGISTRATION -- AND IT GIVES THIS NUMBER FOR THE JADE

 2   DOLL CONFIGURATION, ETC., SHOULD CITE TO REGISTRATION VA218487.

 3   THAT'S THE JADE DRAWING WHICH IS REGISTERED AFTER THIS BASIC

 4   REGISTRATION, AND IT'S AMENDED TO SAY THAT THIS JADE DRAWING IS

 5   THE DERIVATIVE WORK.  IT'S WHAT THAT DOLL IS BASED ON.        11:38

 6        AND THEY DID THE SAME THING FOR EACH OF THESE

 7   ORIGINAL BRATZ CHARACTERS.  THEY AMENDED THE REGISTRATIONS WITH

 8   THE COPYRIGHT OFFICE TO SAY THAT THE DOLL THAT WE MADE IS BASED

 9   ON THE CARTER BRYANT DRAWING OF THAT DOLL.

10        SO, FOR EXAMPLE, LET'S GO TO 55705 -- THIS IS THE        11:38

11   JADE DOLL -- THIS DRAWING, THIS DOLL, IS A DERIVATIVE BASED ON

12   THIS DRAWING.

13        LET'S GO TO THE NEXT ONE.

14        MR. NOLAN:  OBJECTION, YOUR HONOR, ON THE USE OF

15   DERIVATIVE.                                                   11:39

16        THE COURT:  THAT'S ARGUMENT, COUNSEL.  REPHRASE.

17   SUSTAINED.

18        MR. PRICE:  THEY AMENDED THEIR COPYRIGHT APPLICATION

19   TO SAY THIS DOLL IS BASED ON THIS DRAWING.

20        NEXT SLIDE.                                              11:39

21        THIS DOLL, THEY CLAIM COPYRIGHT OFFICE WAS DERIVED

22   FROM THIS DRAWING.  AND THEN FINALLY --

23        MR. NOLAN:  SAME OBJECTION, YOUR HONOR.

24        THE COURT:  REPHRASE.

25        MR. PRICE:  AGAIN, THIS DOLL WHICH IS BASED ON THIS      11:39
```

1    DRAWING.

2         THAT'S WHAT THEY ARE TELLING THE WORLD WHEN THEY ARE

3    TELL THE WORLD 'WE OWN THE DRAWINGS BECAUSE THEY WERE MADE IN

4    1998.'

5         AND NOW MATTEL AGREES THOSE DOLLS ARE BASED ON THE          11:40

6    CARTER BRYANT DRAWINGS.  THEY ARE SUBSTANTIALLY SIMILAR TO

7    THEM, AND THEY INFRINGE OUR COPYRIGHT.  THEY ARE NOT ENTITLED

8    TO KEEP ANY PROFITS, ANY REVENUES, AS A RESULT OF THE BRATZ

9    DOLLS WHICH ARE SUBSTANTIALLY SIMILAR TO THE DRAWINGS THEY ARE

10   BASED ON.                                                        11:40

11        NOW, I JUST WENT THROUGH FOUR OF THE BRATZ CHARACTERS

12   AND SHOWN YOU THE DRAWINGS.  I'VE SHOWN YOU THE COPYRIGHT

13   REGISTRATIONS THAT EXPLAINED THE RELATIONSHIP.  ONE OTHER THING

14   I TOLD YOU I'D TALK ABOUT IS THAT MGA NOT ONLY BASED THESE

15   DOLLS ON THE DRAWINGS THAT MATTEL OWNS, BUT THEY HAVE USED       11:40

16   THOSE DRAWINGS TO PREVENT OTHERS FROM MAKING DOLLS WHICH LOOK

17   LIKE BRATZ.  THE SAME DRAWINGS.

18        THERE'S A CASE THEY FILED IN THE UNITED STATES CALLED

19   MGA VERSUS MULTI-TOY, AND YOU'LL SEE THE COMPLAINT IN THAT

20   CASE, IT'S EXHIBIT 13738, WHERE THEY ARE SUING MULTI-TOY AND     11:41

21   SOME OTHERS, SAYING 'YOU'RE VIOLATING OUR COPYRIGHT BY MAKING

22   DOLLS THAT LOOK LIKE BRATZ.'

23        AND ONE OF THE THINGS WHICH THEY SAY THAT THEY HAVE A

24   COPYRIGHT IN THAT'S BEING INFRINGED ARE THE CARTER BRYANT

25   DRAWINGS.  YOU'RE GOING TO SEE AN EXHIBIT -- THIS IS THE         11:41

1    ALLEGATION IN THE COMPLAINT IN THE UNITED STATES -- WHICH IS

2    THAT DEFENDANTS HAVE INFRINGED THE BRATZ COPYRIGHTS BY DOING

3    VARIOUS THINGS AND MAKING PRODUCTS WHICH ARE COPIES OF OR BEAR

4    A SUBSTANTIAL SIMILARITY TO BRATZ.

5             WHAT ARE THEY REFERRING TO WHEN THEY ARE REFERRING TO          11:42

6    THE BRATZ COPYRIGHT?

7             THERE'S A DECLARATION YOU'LL SEE OF SUSAN GRONICH,

8    WHO YOU SAW EARLIER AND I BELIEVE YOU'LL SEE IN THIS NEXT

9    PHASE, WHICH ATTACHED WHAT MGA IS SAYING IS COPYRIGHTED WORK

10   WHICH IS INFRINGED.  IT ATTACHES THINGS LIKE THE DOLLS          11:42

11   THEMSELVES.

12            THIS IS A VERY BAD PICTURE OF SASHA HERE, I THINK.

13   YOU CAN KIND OF TELL WHAT IT IS.  THE ACTUAL EXHIBIT IS A

14   LITTLE CLEARER.  SHE ATTACHES ALSO SOME OF THE PACKAGING WHICH

15   HAS THE BRATZ HERO POSE.  AND HERE'S THE CLOSEUP OF THE HERO          11:42

16   POSE, WHICH IS SUBSTANTIALLY SIMILAR TO WHAT MR. BRYANT DREW.

17   WE'VE GOT JASMINE, I THINK -- SHOW THAT DOLL.

18            BUT HERE'S WHAT ELSE SHE INCLUDES, WHAT ELSE IS

19   INCLUDED IN THIS LAWSUIT, TO PREVENT OTHER COMPANIES FROM

20   MAKING DOLLS THAT LOOK LIKE BRATZ:  MR. BRYANT'S DRAWING OF THE          11:43

21   FOUR CHARACTERS, ALSO INCLUDED IS MR. BRYANT'S DRAWING OF THE

22   INDIVIDUAL CHARACTERS -- IF WE CAN GO THROUGH THIS, KEN.

23            REMEMBER, THESE ARE OF DRAWINGS WHICH MATTEL NOW

24   OWNS.

25            SO MGA, IN PREVENTING OTHER COMPANIES FROM MAKING          11:43

1    DOLLS THAT LOOK LIKE THEIR DOLLS, SAY THESE DRAWINGS ARE

2    IMPORTANT.  YOU ARE INFRINGING -- IN THE UNITED STATES --

3    INFRINGING ON OUR DRAWINGS BY MAKING DOLLS THAT LOOK LIKE

4    BRATZ.

5         NOW, THEY HAVE ALSO FILED LAWSUITS ELSEWHERE.  A LOT       11:43

6    OF DOLLS ARE MANUFACTURED, AS ARE THE BRATZ DOLLS, IN HONG

7    KONG, AND THERE ARE A NUMBER OF LAWSUITS THERE WHERE, AGAIN,

8    MGA FILES A SUIT, AND WHAT IT LISTS AS A FACTUAL MATTER AS TO

9    WHAT IT IS BASING IT ON, IT LISTS THE DRAWINGS.

10         IN FACT, LET ME SHOW YOU THAT, THERE'S A CASE, MGA         11:44

11   VERSUS CITY WORLD, AND THIS IS CITY WORLD AND SOME OTHERS --

12   ABC INTERNATIONAL TRADERS, DOING BUSINESS AS MGA

13   ENTERTAINMENT -- IF WE GO TO I THINK THE THIRD PARAGRAPH, IT

14   TALKS ABOUT -- WHAT'S BEING TALKED ABOUT HERE ARE 17 DESIGN

15   DRAWINGS OF VARIOUS FASHION DOLLS MADE BETWEEN THE YEARS 1998   11:44

16   AND 2000.  AND YOU'LL RECALL, I THINK IN THE EARLIER PHASE OF

17   THIS CASE, WE CALLED YOUR ATTENTION TO THE ALLEGATION THAT

18   CARTER BRYANT WAS COMMISSIONED TO MAKE THESE DESIGN DRAWINGS.

19         THESE DRAWINGS THAT ARE BEING REFERRED TO ARE

20   REFERRED TO IN I THINK SIX LAWSUITS IN HONG KONG, AND THERE'S A  11:44

21   CORE OF 15 DRAWINGS WHICH ARE REFERRED TO.  THIS SAYS 17

22   BECAUSE THERE'S ALSO A DRAWING OF, I THINK, OF A PURSE OR

23   SOMETHING ELSE, BUT THERE'S A CORE OF 15 THAT ALWAYS INCLUDED

24   IN THESE.

25         IF WE CAN SHOW THOSE, KEN.                                 11:45

1    AND THEY ARE THESE:  IF YOU RECALL THESE DRAWINGS

2  FROM THE FIRST PHASE; THAT WHEN WE'RE TALKING ABOUT THE 17

3  DRAWINGS THAT THEY ARE SUING ON, SAYING YOU CAN'T MAKE THESE

4  DOLLS BECAUSE THEY LOOK LIKE BRATZ -- WE'VE GOT INDIVIDUAL

5  CHARACTERS, WE'VE GOT THE HEAD DRAWING, WE'VE GOT THE WHAT'S          11:45

6  CALLED THE HERO POSE, WE'VE GOT SOME MORE OF THE DRAWINGS OF

7  THE INDIVIDUAL CHARACTERS, INCLUDING DRAWINGS IN EVENING GOWNS

8  AND DRESSES, WHICH I BELIEVE THERE WAS TESTIMONY, THE BRATZ

9  DOLLS ACTUALLY WERE NEVER MADE WITH THESE EVENING GOWNS.

10    THESE ARE THE DRAWINGS WHICH WERE USED IN EACH ONE OF          11:45

11  THESE LAWSUITS WHERE THEY SUE IN HONG KONG AND SAY YOU CAN'T

12  MAKE A DOLL THAT LOOKS LIKE BRATZ.

13    THERE'S ANOTHER LAWSUIT I WANT TO TALK TO YOU ABOUT

14  IN HONG KONG CALLED UNI-FORTUNE.  THAT WAS A COMPLAINT FILED --

15  IF WE CAN SHOW THAT VERY QUICKLY -- THAT'S 13572001 -- AND          11:46

16  AGAIN, HERE, IF YOU LOOK AT IT, THEY TALK ABOUT THERE ARE 18

17  DESIGN DRAWINGS, WAX MODELS, RUBBER MOLDS...

18    ANOTHER THING THEY SAY IN THESE HONG KONG LAWSUITS IS

19  THEY EXPLAIN THE RELATIONSHIP OF THE DRAWINGS TO WHAT CAME

20  AFTER IT.  THERE'S A MANUFACTURING PROCESS.  YOU HEARD          11:46

21  MS. LEAHY TALK ABOUT IT.  YOU GET A DRAWING.  YOU THEN CREATE A

22  SCULPT.  YOU HEARD HER TESTIFY ABOUT HOW SHE WORKED WITH

23  MR. CARTER IN CREATING THE SCULPT.  YOU MAKE A MOLD.  YOU GET

24  SOMEBODY LIKE ANNA RHEE TO DO A FACE PAINT.

25    AND WHAT THEY EXPLAINED IN THE HONG KONG CASE IS THAT          11:46

1    THIS IS BASED ON THESE STEPS, WHICH ARE NECESSARY STEPS, AND

2    YOU HAVE TO PUT EFFORT IN -- ARE BASED ON THE ARTIST'S VISION

3    IN THAT DRAWING.

4         SO, FOR EXAMPLE, HERE, THEY LIST THESE WORKS OF ART.

5    AND IF YOU GO TO THE NEXT PAGE, THEY EXPLAIN HOW THEY RELATE TO     11:47

6    EACH OTHER.  IT SAYS "AS FAR AS PLAINTIFF IS AWARE, THERE ARE

7    NO ANTECEDENT DESIGNS, PRODUCTS, DRAWINGS OR ARTICLES," WHICH

8    MEANS THESE DRAWINGS ARE THE FIRST ONES.  AND THEN IT GOES ON

9    IN PARAGRAPH A, B,C, D, E, AND F --

10        **MR. NOLAN:**  OBJECTION.  THIS IS LEGAL ARGUMENT.     11:47

11        **THE COURT:**  VERY WELL.

12        **MR. PRICE:**  THE AUTHOR OF THE ARTISTIC WORKS PLEADING

13   IN SUB-PARAGRAPHS B, D, E AND F, OF THE PARTICULARS OF THE

14   ORIGINAL WORKS REFERRED TO THE DRAWINGS IN SUB-PARAGRAPH A OF

15   THE PARTICULARS OF THE ORIGINAL WORKS.     11:47

16        NOW, IF YOU REMEMBER THAT LIST, A IS THE DRAWINGS; A

17   IS THOSE DRAWINGS WE JUST SHOWED YOU; SO WHAT THIS SAYS IS THAT

18   THE AUTHOR OF THE ARTISTIC WORKS PLEADING IN B, D, E AND F --

19   AND THOSE ARE THE SCULPTS -- THOSE AUTHORS -- AND YOU'LL SEE

20   THIS IN MORE DETAIL, IT ACTUALLY IDENTIFIES THE AUTHORS; IT     11:48

21   SAYS THAT, FOR EXAMPLE, MARGARET LEAHY DID THE SCULPT; IT SAYS

22   ANNA RHEE DID THE FACE PAINTING FROM THE HEAD SCULPT -- BUT

23   THOSE AUTHORS REFERRED TO, THEY SAY, THE COURT IN HONG KONG,

24   REFERRED TO THE DESIGN DRAWINGS, THOSE 15 DRAWINGS, IN CREATING

25   THAT WORK.  AND THEY ARE QUITE SPECIFIC WITH RESPECT TO     11:48

```
 1    ANNA RHEE, ACTUALLY.

 2          THERE WAS A CASE CALLED DOUBLE GRAND IN HONG KONG --

 3    YOU'LL SEE THE EXHIBITS PERTAINING TO THAT -- THIS IS THE SUIT

 4    WITH DOUBLE GRAND CORPORATION.  IF WE GO TO PARAGRAPH 16, THEY

 5    DESCRIBE WHAT ANNA RHEE DID.  YOU'LL SEE THAT IT SAYS THAT          11:48

 6    "BASED ON AND ORIGINATED FROM THE INITIAL CONCEPT DRAWINGS OF

 7    MR. BRYANT, ANNA RHEE DREW SOME DECORATION DIRECTIONS FOR THE

 8    FACIAL DECORATIONS FOR DIFFERENT SETS OF DOLLS"; AND THEN TALKS

 9    ABOUT HOW SHE CREATED DECO MASTERS, HAND PAINTED, AND HOW, WITH

10    THE INPUT OF MR. BRYANT, SHE REVISED THOSE MASTERS UNTIL THEY       11:49

11    WERE PERFECTED, BEING THE FINAL VERSION THAT WERE USED TO SERVE

12    AS THE BENCHMARK AND TEMPLATE FROM WHICH THE ORIGINAL FOUR

13    DIFFERENT BRATZ DOLLS INDIVIDUAL FACE DECORATIONS ARE MASS

14    PRODUCED BY SPRAY MASKING.

15          SO THEY ARE EXPLAINING TO THE COURT HOW THE PROCESS          11:49

16    WORKS IN DOING THIS.  AND WHAT YOU DO IS BASED ON THESE

17    DRAWINGS, AN ARTIST COMES IN, LIKE MS. RHEE, AND SHE TRIES TO

18    CAPTURE THAT LOOK.  AND THAT'S WHAT HAPPENED IN THIS CASE.  AND

19    YOU CAN TELL IT JUST BY LOOKING AT THE FACES OF THE DOLLS AND

20    THE DRAWINGS.                                                       11:49

21          IT IS SIMPLY WRONG, IT'S SIMPLY MISLEADING, TO SAY

22    THAT THOSE BRATZ DOLLS HAVE NOTHING TO DO WITH THE DRAWINGS FOR

23    WHICH CARTER BRYANT WAS PAID $30 MILLION.

24          NOW, IF YOU LOOK AT THIS HONG KONG CASE, YOU'LL ALSO

25    SEE THAT MGA MAKES ALLEGATIONS CONCERNING HOW THE PRODUCTS THAT     11:50
```

1    ARE BEING MADE LOOK SIMILAR TO THE DRAWINGS IN PARTICULARS.

2    AND, FOR EXAMPLE, IF WE CAN GO TO 33.0, ONE OF THE CASES IS A

3    CASE OF THE GLAMMAJAMMAS DOLL, AND THE GLAMMAJAMMAS DOLL -- ON

4    THE LEFT, WE HAVE THE JADE DOLL.

5              **MR. NOLAN:**  YOUR HONOR, SAME OBJECTION AS STATED          11:50

6    BEFORE.

7              **THE COURT:**  YOUR OBJECTION IS...

8              **MR. NOLAN:**  REFERRING TO THE COMMENTS AND ARGUMENTS

9    WE MADE BEFORE WITH RESPECT TO THE DIRECT COMPARISON IN OTHER

10   JURISDICTIONS.                                                        11:50

11             **THE COURT:**  OVERRULED.  YOU MAY PROCEED.

12             **MR. PRICE:**  HERE ON THE RIGHT IS THE DOLL THEY SAID

13   LOOKS SIMILAR TO THE DRAWINGS.  THIS IS THE GLAMMAJAMMAS DOLL

14   HERE.  ON THE RIGHT, WE HAVE THE ACTUAL JADE DOLL AND THE

15   ACTUAL GLAMMAJAMMAS DOLL.  IF YOU LOOK AT WHAT THEY SAID TO THE       11:51

16   COURT, THEY SAID THAT THIS DOLL LOOKS SIMILAR TO THE DRAWINGS

17   IN THE FOLLOWING RESPECT -- IN FACT, MAYBE WE CAN PUT UP 33.5

18   WHICH SHOWS YOU THE DRAWING.

19             THIS IS THE JADE DRAWING.  THEY SAID THIS LOOKS

20   SIMILAR TO THE JADE DRAWING IN THAT BOTH THE HEAD AND THE FEET        11:51

21   WERE OUT OF PROPORTION.  THE FACE HAD THE OVERALL SHAPE; THE

22   NOSE SHAPE WAS THE SAME; THE LIP SHAPE WAS THE SAME; THE EYES

23   ARE THE SAME; AND THE FACE PAINTING IS THE SAME.

24             THAT'S HOW THEY USE THE DRAWING IN THE GLAMMAJAMMAS

25   CASE.  THEY ARE SAYING WE OWN THIS DRAWING, WHICH MATTEL NOW         11:51

 1  OWNS, AND YOU CAN'T PRODUCE THIS DOLL BECAUSE OF THE FACTUAL

 2  SIMILARITIES WHICH I JUST READ TO YOU.  YOU'LL SEE THAT.

 3          ANOTHER CASE, THEY HAD A CASE CALLED A TRENDY TEENS

 4  DOLL WHICH THEY FILED A LAWSUIT AGAINST, AGAIN, USING THE

 5  DRAWINGS.  RIGHT HERE I'M SHOWING, COMPARING, THE ACTUAL CLOE        11:52

 6  DOLL TO THE TRENDY TEENS DOLL TO GIVE SOME IDEA OF PROPORTION.

 7  YOU MAY SEE THE ACTUAL TRENDY TEENS DOLL WHEN YOU'RE BACK

 8  THERE.

 9          SO THE LAWSUIT WAS FILED, AGAIN, LISTING THESE SAME

10  BASIC DRAWINGS, THE CARTER BRYANT DRAWINGS, THE MATTEL              11:52

11  DRAWINGS.  AND THE ALLEGATIONS IN THAT LAWSUIT WERE, WITH

12  RESPECT TO THE TRENDY TEENS, IS THAT THIS COPIED THE CARTER

13  BRYANT DRAWING, THE MATTEL DRAWING.  AND, IN PARTICULAR, WHAT

14  WERE COPIED WERE THE EYES AND THE LIPS.

15          MGA OWNED THE DRAWINGS.                                     11:53

16          AND BY THE WAY, WHAT WE HAVE ON THE TOP HERE IS THE

17  ACTUAL BRATZ DOLL.

18          AND WE, OF COURSE, ARE HERE SAYING THAT THE BRATZ

19  DOLL IS SUBSTANTIALLY SIMILAR TO THAT DRAWING.

20          IN ADDITION TO THE TRENDY TEENS DOLLS, SOMETHING            11:53

21  CALLED A MINI TRENDY TEENS DOLL, AND MAYBE WE HAVE ONE.  I

22  DON'T KNOW HOW WELL YOU CAN SEE THIS -- I DIDN'T WANT TO GET

23  RID OF THE PACKAGING HERE OR DISTURB THE PACKAGING.

24          BUT YOUR HONOR, IF I MAY GET A LITTLE CLOSER TO THE

25  JURY.                                                              11:53

1      **THE COURT:**  YOU MAY.

2      MR. NOLAN, YOU'VE SEEN THIS?

3      **MR. NOLAN:**  NO.

4      **MR. PRICE:**  I'LL SHOW IT TO YOU.

5      THIS IS THE MINI TRENDY TEENS DOLL, WHERE MGA, IN          11:53

6  HONG KONG, CITES THE DRAWINGS, THE CARTER BRYANT DRAWINGS, THE

7  MATTEL DRAWINGS NOW.  AND THIS IS THE DOLL THAT IS THE SUBJECT

8  OF THE LAWSUIT, WHICH THEY ARE SAYING YOU CAN'T BUILD THIS

9  DOLL.

10      AND I'VE GOT A PICTURE HERE THAT GIVES YOU AN IDEA OF       11:54

11  THE SCALE OF THE MINI, BECAUSE IT'S MINI TRENDY TEENS COMPARED

12  TO THE CLOE BRATZ DOLL.

13      THE NEXT ONE; HERE WE HAVE ON THE LEFT THE DRAWING.

14  THIS IS THE DRAWING WHICH, ONE OF THOSE 15 DRAWINGS, WHICH ARE

15  USED IN EVERY ONE OF THESE HONG KONG SUITES.  AND ON THE RIGHT     11:54

16  WE HAVE THAT MINI TRENDY TEENS DOLL.  AND WHAT MGA SAID WITH

17  RESPECT TO THIS DOLL IS SAYING 'YOU CAN'T MAKE THIS DOLL

18  BECAUSE WE OWN THIS DRAWING.'  THEY SAID THAT THIS MINI TRENDY

19  TEEN DOLL HAD THE SAME SHAPE, HEAD, AS THE DRAWING; THAT THE

20  SHAPE OF THE HEAD IN COMPARISON WITH THE REST OF THE BODY, IT'S    11:55

21  A LITTLE OVERSIZED -- WAS THE SAME AS THE DRAWING; THAT THE

22  SHAPE AND SIZE OF THE NOSE WAS SIMILAR; THAT THE SHAPE OF THE

23  EYES WAS SIMILAR; THAT THE SHAPE OF THE LIPS WAS SIMILAR; AND

24  THAT THE SHAPE OF THE FEET, THE FEET WERE A LITTLE LARGER.

25      SO MGA BASES THE BRATZ DOLLS ON THESE DRAWINGS.  AND       11:55

```
 1   WHEN IT OWNED THE DRAWINGS, IT USES THOSE DRAWINGS TO SAY YOU
 2   CAN'T MAKE THESE OTHER DOLLS.  AND YOU CAN SEE THE DIFFERENCES
 3   BETWEEN THE DOLLS.  BUT THAT WASN'T THE POINT.  THE POINT IS
 4   THEY WERE SAYING THERE WERE SIMILARITIES.  THERE WERE FACTUAL
 5   SIMILARITIES.  WHICH MEANS YOU SHOULDN'T BE ABLE TO MAKE THOSE      11:55
 6   DOLLS BECAUSE WE OWNED THE DRAWINGS.

 7            AND NOW WE'RE IN THAT PLACE.

 8            SO YOU HAVE TO ASK YOURSELF, IF MGA OWNED THE
 9   DRAWINGS, THE CARTER BRYANT DRAWINGS, AND MATTEL WAS MAKING
10   THOSE BRATZ DOLLS, EVERY BRATZ DOLL THEY SHOW YOU, YOU KNOW        11:56
11   THEY WOULD PROPERLY, APPROPRIATELY, BE SAYING YOU CAN'T DO THAT
12   BECAUSE WE OWN THE DRAWINGS.  THEY ARE SUBSTANTIALLY SIMILAR.

13            NOW, I SHOWED YOU SOME COMPARISONS OF THE ORIGINAL
14   WAVE OF BRATZ DRAWINGS, THE FOUR CHARACTERS.  THERE WERE LATER
15   WAVES AS WELL.  THERE HAVE BEEN LATER WAVES.  AND THEY HAVE        11:56
16   CHANGED SOME THINGS.  THEY CREATE THEMED DOLLS WHERE THEY PUT
17   COWBOY CLOTHES ON THE DOLL OR THEY CREATE FUNK DOLLS WHICH HAVE
18   DIFFERENT CLOTHING.  THEY HAVE MINOR PAINT CHANGES.  BUT IT IS
19   LITERALLY THE SAME DOLL; IT'S THE SAME MOLD; IT'S THE SAME
20   FACIAL MOLD; SAME FACIAL SHAPE.  THEY ALL HAVE THE BRATZ          11:56
21   CHARACTERISTICS; THE OVERSIZED HEAD, OVERSIZED EYES, OVERSIZED
22   LIPS.

23            JUST TO GIVE YOU SOME EXAMPLES OF THE LATER
24   GENERATION DOLLS -- IF WE COULD GO TO 3.1 -- THIS, FOR EXAMPLE,
25   IS A LATER CLOE DOLL.  YOU'VE GOT CLOE ON THE LEFT, THE FIRST     11:57
```

```
 1    WAVE.  ON THE RIGHT YOU'VE GOT THE SECOND WAVE.  AND THE
 2    CLOTHING HAS CHANGED.  AND YOU LOOK AT THE FACES, AND THEY ARE
 3    SUBSTANTIALLY SIMILAR.  IT'S A SUBSTANTIALLY SIMILAR LOOKING
 4    DOLL.
 5              AND I'M GOING TO SHOW YOU -- TO MAKE THE POINT -- AND      11:57
 6    I'M NOT TRYING TO BE -- IF YOU TOOK OFF THE CLOTHES, YOU'D SEE
 7    IT IS THE SAME DOLL, THE SAME SCULPT, THE SAME FACE IN THE
 8    LATER WAVE.  IF WE LOOKED AT THE HEADS OF THOSE TWO DOLLS CLOSE
 9    UP -- ACTUALLY THIS IS THE HEAD OF THE CLOE DOLL COMPARED TO
10    THE OTHER CLOE DOLLS BETWEEN 2002 AND 2005, ON THIS SLIDE.        11:58
11    THIS IS THE ONE IN 2001.  AND YOU CAN SEE, IF YOU LOOK AT THE
12    FACE OF THAT DOLL, OVER THE YEARS, IT IS SUBSTANTIALLY SIMILAR,
13    BOTH TO THE FIRST DOLL AND TO THE DRAWINGS.
14              LET'S GO TO 34.5.  THIS IS IN 2006, 2007, 2008.
15              YOU CAN SEE THE SUBSTANTIAL SIMILARITY, ALL BASED ON      11:58
16    THE SAME CONCEPT, THE SAME DRAWINGS, THAT MR. BRYANT DID.
17              THE JADE DOLL, LET'S GO THROUGH THE SAME PROCESS.
18              ON THE LEFT WE HAVE THE 2001 JADE DOLL.  WE HAVE THE
19    2002 JADE DOLL.  YOU CAN SEE THE FACE IS SUBSTANTIALLY THE
20    SAME.  AND AGAIN, THE CLOTHING IS DIFFERENT, BUT, YOU KNOW, AS     11:58
21    MR. NOLAN SAYS, YOU CAN CHANGE THE CLOTHING, YOU CAN CHANGE THE
22    COLOR, IT DOESN'T MATTER.  IT'S STILL JADE.
23              AGAIN, IF YOU LOOK AT THE SCULPT ITSELF, YOU'D SEE
24    IT'S SUBSTANTIALLY IDENTICAL.  IF YOU COMPARE THE IMPORTANT
25    PART OF THE DOLLS, THE FACE, IF YOU COMPARE THAT OVER THE         11:59
```

```
 1   YEARS, YOU CAN SEE THAT, AGAIN, IT'S SUBSTANTIALLY SIMILAR.
 2            THEY ARE ALL BASED ON THE CARTER BRYANT DRAWINGS.
 3   THEY ARE SUBSTANTIALLY SIMILAR TO THOSE DRAWINGS.
 4            LET'S LOOK AT YASMINE.
 5            HERE WE HAVE 2001 VERSUS 2002, AND SEE WHERE IT SAYS     11:59
 6   'XPRESS' IT, THAT'S KIND OF A THEME FOR THAT DOLL.  IT'S
 7   SUBSTANTIALLY SIMILAR.  THE SCOPE DOESN'T CHANGE AT ALL.
 8   OVERSIZED EYES, OVERSIZED LIPS.  IF YOU COMPARE THE YASMINE
 9   FACE TO THE FACES OVER THE YEARS, YOU'LL SEE, AGAIN, THEY ARE
10   SUBSTANTIALLY SIMILAR.                                          11:59
11            NOW, YOU'RE GOING TO BE BACK THERE IN THE JURY ROOM,
12   AND THESE ARE GOING TO BE IN BOXES AND YOU'RE NOT GOING TO HAVE
13   THE PRETTY PICTURES.  YOU'RE JUST GOING TO HAVE TO LOOK AT THE
14   DOLLS AND DECIDE FOR YOURSELF:  IS THIS BASED ON
15   CARTER BRYANT'S WORK?  IS IT SUBSTANTIALLY SIMILAR?             12:00
16            WE GO TO THE SASHA DOLL.
17            AGAIN, YOU SEE THE CLOTHING CHANGES BETWEEN 2001 AND
18   2002.  BUT IF YOU LOOK AT THE FACIAL CHARACTERISTICS, IF YOU
19   LOOK AT THE SCULPT, THE HEAD, PARTICULARLY IF YOU LOOK AT THE
20   FACE OVER THE YEARS, YOU'LL AGAIN SEE THE SUBSTANTIAL          12:00
21   SIMILARITY, WITH OVERSIZED EYES, THE ARCHED EYEBROWS, THE BIG
22   LIPS, THE TINY NOSE.
23            NEXT SLIDE.
24            NOW, IN ADDITION TO CHANGING THESE CHARACTERS, THEY
25   HAVE COME OUT WITH OTHER CHARACTERS; THAT IS, WE HAVE THE FIRST  12:00
```

1    FOUR BRATZ CHARACTERS. BUT NOW THAT THEY HAVE THE BRATZ IDEA,

2    THE BRATZ CONCEPT, MR. BRYANT HAS DELIVERED THAT TO THEM -- HAS

3    DELIVERED THE IDEA OF THIS HIP DOLL WITH THE OVERSIZED HEAD,

4    OVERSIZED FEET, OVERSIZED EYES, LIPS, ET CETERA, THEY HAVE

5    CREATED OTHER CHARACTERS.                                           12:00

6         IF WE CAN GIVE YOU ONE EXAMPLE, FOR EXAMPLE, AT 38.8.

7    THIS IS A NEW CHARACTER, YASMINE. AND IF YOU ARE LOOKING AT

8    THIS, YOU CAN SEE, AGAIN, THE SUBSTANTIAL SIMILARITY -- I'M

9    SORRY -- OF THE 'NEVRA' DOLL TO THE YASMINE DOLL. YASMINE WAS

10   ONE OF THE FIRST CHARACTERS.                                        12:01

11        THIS IS THE NEVRA CHARACTER THAT CAME OUT LATER. YOU

12   CAN SEE THE SAME OVERSIZED EYES, OVERSIZED LIPS. I THINK WE

13   ALSO HAVE A COMPARISON OF YASMINE AND DANA, THAT CAME OUT IN

14   2003, FORMAL FUNK. YOU CAN SEE THE COMPARISON WITH THE

15   ORIGINAL YASMINE DOLL.                                              12:01

16        IN THE TOY INDUSTRY WHAT YOU DO HERE IS VERY CLEAR.

17   EVERY YEAR, YOU PUT A NEW OUTFIT ON THEM. YOU CAN GIVE THEM

18   NEW NAMES TO TRY AND CREATE INTEREST. BUT IF YOU LOOK AT THE

19   DOLLS, IF YOU LOOK AT THOSE DRAWINGS BY CARTER BRYANT, THE

20   CONCEPT DRAWINGS FOR THE BRATZ, YOU CAN SEE THE SUBSTANTIAL         12:01

21   SIMILARITIES BETWEEN ALL OF THESE CHARACTERS.

22        AND THEY CREATED A LOT OF THEM, THERE'S NO QUESTION

23   ABOUT IT, AND THE DRAWINGS WHICH MATTEL OWNS.

24        NOW, ONE OTHER THING WE'RE SEEKING IN THIS PHASE IS

25   NOT JUST THE PROFITS FROM THE BRATZ CHARACTERS THEMSELVES, BUT      12:02

1   ALSO THE PROFITS -- THAT IS, HOW MR. LARIAN AND MGA HAVE

2   PROFITED FROM BRATZ -- FROM THINGS THAT WOULD NEVER HAVE BEEN

3   SOLD IF NOT FOR BRATZ, IF NOT FOR INDUCING CARTER BRYANT TO

4   GIVE THEM THAT CONFIDENTIAL INFORMATION:  THE IDEA FOR BRATZ,

5   THE BRATZ CHARACTERS, THE BRATZ CONCEPTS, THE BRATZ DRAWINGS.        12:02

6        IF NOT FOR THAT, IF MGA HADN'T CREATE BRATZ, THEN

7   THEY WOULD NEVER HAVE MADE MONEY CREATING A BRATZ PILLOW OR A

8   BRATZ TV OR ACCESSORIES.  AND MGA KNEW THAT.  ITS BUSINESS PLAN

9   TOOK THAT INTO ACCOUNT; THAT BECAUSE WE HAVE THE BRATZ DOLLS,

10  WE'RE GOING TO HAVE A STEADY STREAM OF REVENUE FROM               12:03

11  ACCESSORIES, AGAIN, WHICH WE WOULD NOT HAVE HAD IF NOT FOR THE

12  WRONGDOING THAT MGA AND LARIAN COMMITTED.

13       SO, FOR EXAMPLE, IN ONE OF THEIR EARLY MARKETING

14  PLANS IN MARCH OF 2001 -- THIS IS ONE OF THEIR EARLY BUSINESS

15  PLANS -- IF WE GO TO PAGE 16, THERE'S A DISCUSSION UNDER          12:03

16  UNEXPLORED OPPORTUNITIES ABOUT THIS.  ABC IS MGA ENTERTAINMENT,

17  AND IT TALKS ABOUT ABC CAN EFFECTIVELY LEVERAGE THE BRATZ

18  BRAND -- THAT IS IN EARLY 2001; THEY HAVEN'T EVEN COME OUT WITH

19  THE DOLLS YET -- BY INTRODUCING NOT ONLY APPAREL BUT

20  ACCESSORIES SUCH AS HANDBAGS, BOOK BAGS, FOOTWEAR, EYEWEAR,        12:03

21  HEAD WEAR, JEWELRY, WATCHES, LUGGAGE.  THIS OPPORTUNITY WILL BE

22  EXPLORED FURTHER WITH THE LICENSING SHOW.  AND IT TALKS AGAIN

23  ABOUT HOW LICENSING IS MINIMAL.  IT'S IMPERATIVE THAT THIS

24  INTRODUCTION IS DONE SIMULTANEOUSLY WITH THE RELEASE OF THE

25  DOLLS ON THE SHELF.  IT SAYS THE ONLY RISK INVOLVED IS THAT THE    12:04

```
 1 | BRATZ DOLLS DO NOT SELL THROUGH AT RETAIL.  HOWEVER,
 2 | PRELIMINARY RESEARCH WITH YOUNG GIRLS INDICATES THIS WILL NOT
 3 | BE THE CASE."
 4 |         SO MGA RECOGNIZES, AS YOU SHOULD RECOGNIZE, THAT
 5 | THESE ACCESSORIES -- THE FOOTWEAR, THE BAGS, THE JEWELRY, THE      12:04
 6 | WATCHES, THE LUGGAGE -- THAT ARE LINKED TO THE BRATZ DOLLS,
 7 | SELL FOR ONE REASON ONLY, AND THAT'S BECAUSE OF THE BRATZ
 8 | DOLLS.  THAT'S THE ONLY RISK.
 9 |         YOU SEE HERE WHERE IT TALKS ABOUT LICENSING BEING
10 | MINIMAL.  MGA DOESN'T MAKE THESE PRODUCTS, OR MANY OF THESE        12:04
11 | PRODUCTS.  IT LICENSES SOMEONE TO DO THEM.  IT LICENSES SOMEONE
12 | TO MAKE A BOOK BAG THAT HAS THE BRATZ LOGO ON IT.  THE BRATZ
13 | LOGO, BY THE WAY, WHICH IS SUBSTANTIALLY SIMILAR TO THE HERO
14 | DRAWING MR. BRYANT DREW; SO IT'S A DIRECT INFRINGEMENT.  BUT
15 | THIS TALKS TO ALSO INDIRECT PROFITS RESULTING FROM               12:05
16 | INFRINGEMENTS.
17 |         AND THEN MGA SAYS YOU MAKE IT AND YOU PAY US A FEE
18 | FOR THAT.  YOU PAY US A FEE BECAUSE WE'RE THE ONES THAT HAVE
19 | THE RIGHT TO DO THAT.  NOT YOU.  YOU CAN'T DO IT WITHOUT US.
20 | IF YOU TRIED TO DO IT WITHOUT US, WE WOULD POINT TO ONE OF        12:05
21 | THESE DRAWINGS AND SAY YOU'RE INFRINGING IT.
22 |         SO THE MONEY IS MADE DOING THAT.  STANDING IN THE
23 | SHOES OF OWNING THESE RIGHTS ARE INDIRECT PROFITS FROM THE
24 | WRONGDOING WHICH YOU HAVE FOUND OCCURRED; WHICH IS THE
25 | WRONGDOING FIRST OF AIDING AND ABETTING AND INDUCING MR. BRYANT   12:05
```

```
 1   TO BREACH HIS DUTY OF GOOD FAITH, AND ALSO WRONGDOING WE'RE
 2   ASKING YOU TO FIND HERE, WHICH IS THAT THERE'S A COPYRIGHT
 3   VIOLATION BECAUSE THEY ARE USING DOLLS WHICH LOOK SUBSTANTIALLY
 4   SIMILAR TO THOSE DRAWINGS.
 5             NOW, THIS IS THE BUSINESS PLAN.  THIS WAS FURTHER        12:06
 6   STATED IN THESE HONG KONG LAWSUITS.  THERE WERE AFFIDAVITS
 7   FILED IN THOSE LAWSUITS -- WHAT'S CALLED AN AFFIRMATION -- ON
 8   BEHALF OF MGA BY LEE CHU CHEUNG -- THIS AFFIRMATION IN THE CITY
 9   WORLD CASE IS THAT -- IT TALKS ABOUT SHOWING THIS 17 CONCEPT OF
10   DESIGN DRAWINGS OF THE BRATZ DOLLS MADE BY MR. BRYANT.  THOSE     12:06
11   ARE THE DRAWINGS THEY WE NOW OWN, THAT YOU HAVE DECIDED.  AND
12   IT TALKED ABOUT HOW, FURTHERMORE, AS A RESULT OF THESE DRAWINGS
13   AND THE DOLLS CREATED BECAUSE OF THEM, YOU'VE GOT --
14   FURTHERMORE, THERE WOULD BE A LUCRATIVE BUSINESS OF SUPPLYING
15   ACCESSORIES TO THE OWNERS OF BRATZ DOLLS, THUS ENSURING A         12:06
16   STEADY STREAM OF REVENUE.
17             THIS STEADY STREAM OF REVENUE IS OCCURRING BECAUSE OF
18   THE BRATZ DOLLS.  OTHERWISE, NO ONE IS GOING TO BUY A BRATZ
19   HAND BAG OR A BRATZ BOOK BAG.  IT'S INDIRECT PROFIT WHICH YOU
20   GET FROM THE FACT THAT YOU HAVE THE BRATZ DOLLS.                  12:07
21             AT THE FIFTH PAGE, SAME DECLARATION, SAYS "THERE'S
22   ANOTHER MAJOR SOURCE GENERATED BY BRATZ DOLLS IS INCOME DERIVED
23   FROM MERCHANDISING RIGHTS BY GRANTING NONEXCLUSIVE LICENSES TO
24   OTHER COMPANIES WORLDWIDE."  HE TALKS ABOUT SO FAR THERE ARE --
25   "27 MERCHANDISING LICENSING AGREEMENTS THAT HAVE BEEN GRANTED     12:07
```

```
 1   WITH A WIDE RANGE OF PRODUCTS, INCLUDING PAPER NAPKINS, GIRLS'
 2   CLOTHING, JEWELRY, BEDDING, HOME FURNISHINGS STATIONERY,
 3   TOILETRIES, VIDEO GAMES, FOOTWEAR, ET CETERA."
 4          THIS REVENUE STREAM DEPENDS UPON MGA BEING ABLE TO
 5   HAVE THE BRATZ DOLLS AND HAVE EXCLUSIVITY FOR THAT.  IN FACT,       12:07
 6   THERE'S ANOTHER AFFIDAVIT WHICH WAS FILED, I THINK IT'S
 7   EXHIBIT 13718, THIS IS IN THE HUNGLAM TOY COMPANY CASE, MR.
 8   CHEUNG AGAIN.  GO TO PARAGRAPH 50.  "IT'S ALREADY ADVERTED TO
 9   IN HEREIN ABOVE.  ONE OF THE MAIN REVENUE STREAMS OF THE BRATZ
10   DOLLS ARE LICENSE FEES.  THE DEMAND AND PRICE OF THE BRATZ          12:08
11   LICENSE DEPENDS ON EXCLUSIVITY AND POPULARITY OF THE PRODUCT
12   WHICH IS THE BRATZ DOLLS."
13          SO ONE OF THE THINGS YOU'RE GOING TO BE ASKED TO
14   CONSIDER IN THIS CASE IN DECIDING, CAN YOU PROFIT FROM YOUR
15   WRONG, MUCH OF THE PROFIT, MUCH OF THE PROFIT THAT MGA AND          12:08
16   LARIAN HAVE GOTTEN, HAVE OBTAINED AS A RESULT OF THEIR
17   WRONGDOING, IS THAT IN ADDITION TO BRATZ DOLLS, THEY HAVE BEEN
18   ABLE TO LEVERAGE THAT.  IT WAS THEIR BUSINESS PLAN FROM THE
19   BEGINNING.  AND IT'S A TYPICAL BUSINESS PLAN.  THE BUSINESS
20   PLAN ITSELF, THERE'S NOTHING WRONG WITH IT, IF YOU HAVE THE         12:08
21   RIGHT TO THE DOLLS TELLS THEMSELVES, IF YOU HAVE NOT OBTAINED
22   THE IDEA FOR THE DOLLS, THE CONCEPT, WRONGFULLY.
23          NOW, AGAIN, CRIME DOESN'T PAY.  YOU DON'T GET TO KEEP
24   THOSE PROFITS THAT YOU LEVERAGE.
25          SO MR. NOLAN IS GOING TO GET UP HERE AND SHOW YOU,          12:09
```

1   LOOK AT ALL THESE THINGS THAT HAVE BRATZ ON THEM WHICH LOOK

2   NOTHING LIKE THE DRAWINGS, THE INITIAL DRAWINGS.  AND THAT'S

3   TRUE.  I MEAN, A BRATZ HAND BAG DOESN'T LOOK MUCH LIKE CLOE.

4   BUT THE SALE OF THOSE PRODUCTS IS INDIRECT PROFIT, INDIRECT

5   GAIN, AND A VERY REAL GAIN FROM THE WRONGDOING THAT YOU FOUND      12:09

6   THAT HAS OCCURRED IN THIS CASE.

7           WITH RESPECT TO THAT, THESE LICENSEES -- WHEN YOU GO

8   TO SOMEONE AND SAY I'M LICENSING YOU TO MAKE A BRATZ HAND BAG

9   OR A BRATZ KLEENEX, OR WHATEVER -- THESE LICENSEES HAVE STYLE

10  GUIDES THEY ARE GIVEN; STYLE GUIDES WHICH SAY YOU'VE GOT TO      12:09

11  MAKE WHATEVER YOU MAKE LOOK LIKE BRATZ.  IT'S GOT TO HAVE THE

12  BRATZ LOOK TO IT.

13          AND THESE STYLE GUIDES THEMSELVES ARE REGISTERED WITH

14  THE COPYRIGHT OFFICE.  AND YOU KNOW WHAT, UNTIL RECENTLY --

15  I'LL GIVE YOU AN EXAMPLE; EXHIBIT 567 IS A STYLE GUIDE.  THIS    12:10

16  IS FOR FASHION PACKAGING FOR THE BRATZ, COMPLETED IN 2005.  AND

17  WHEN YOU REGISTER THESE AGAIN, YOU SAY WHAT IS THIS DERIVATIVE

18  FROM?  WHERE DOES IT COME FROM?

19          AND IF YOU LOOK AT THIS, IT LISTS PRIOR

20  REGISTRATIONS.  IT LOOKS LIKE THERE'S A LOT OF REGISTRATIONS    12:10

21  HERE.  REALLY, THERE ARE ONLY FIVE.  IT'S FIVE REGISTRATIONS

22  THAT WERE THEN AMENDED.  AND WHAT THEY ARE SAYING HERE, THE

23  PREEXISTING ARTWORK FROM WHICH THESE STYLE GUIDES COME FROM,

24  WHAT ART IS IDENTIFIED?

25          LET'S GO TO SLIDE 106.                                  12:10

```
 1              THESE DRAWINGS, DONE BY CARTER BRYANT WHILE HE WAS AT
 2    MATTEL, OWNED BY MATTEL.  THAT'S WHAT MGA TELLS THE COPYRIGHT
 3    OFFICE IS THE DERIVATIVE WORK OF THESE STYLE GUIDES THAT GIVES
 4    THE LICENSEES WHO THEN ARE ENTITLED TO MAKE BRATZ RELATED
 5    PRODUCTS.  IT ALL STEMS FROM MR. BRYANT'S WORK DONE WHILE HE       12:11
 6    WAS AT MATTEL.
 7              NOW, LET ME TALK TO YOU A LITTLE NOW ABOUT DAMAGES IN
 8    GENERAL.  AND DO YOU REMEMBER -- IF WE CAN PUT UP 11.4 -- WE'VE
 9    ALREADY GONE THROUGH THE CASE WHERE YOU HAVE DECIDED ON MANY OF
10    WHAT ARE CALLED THE TORT CAUSES OF ACTION, THE WRONGFUL CONDUCT    12:11
11    OF MGA AND ISAAC LARIAN.
12              NOW, BEFORE GETTING INTO EXPLAINING HOW DAMAGES ARE
13    CALCULATED, HOW WE'RE GOING TO SUGGEST THAT YOU CALCULATE THEM,
14    I WANT TO TALK ABOUT A SUB ISSUE HERE, AND THAT IS, WITH
15    RESPECT TO TWO OF THESE CAUSES OF ACTION, INTENTIONAL              12:11
16    INTERFERENCE WITH CONTRACTUAL RELATIONS AND CONVERSION.  WITH
17    RESPECT TO THOSE TWO, MGA HAD A STATUTE OF LIMITATIONS DEFENSE,
18    AND WHAT THAT MEANS IS THAT THERE ARE CERTAIN PERIODS OF TIME
19    WHEN YOU HAVE TO BRING A LAWSUIT.  AND IT'S UNDISPUTED THAT
20    WITH RESPECT TO THOSE TWO CAUSES OF ACTION, MATTEL BROUGHT THE     12:12
21    LAWSUIT TOO LATE.
22              BUT THERE'S AN EXCUSE FOR THAT.  AND THAT IS IF
23    THERE'S FRAUDULENT CONCEALMENT OF THE WRONGDOING, THEN THAT
24    KIND OF MEANS WE CAN BRING IT A LITTLE LATER.  SO ONE OF THE
25    ISSUES YOU MAY BE ASKED TO DECIDE, ON JUST THESE TWO CAUSES OF     12:12
```

```
 1   ACTION, NOT ON THE AIDING AND ABETTING AND BREACH OF FIDUCIARY
 2   DUTY, THAT IS, MR. BRYANT GIVING CONFIDENTIAL INFORMATION TO
 3   MGA OR AIDING AND ABETTING THE BREACH OF DUTY OF LOYALTY, BUT
 4   JUST ON CONVERSION AND THE INTENTIONAL INTERFERENCE, YOU MAY BE
 5   ASKED TO DECIDE WHETHER OR NOT THERE WAS FRAUDULENT CONCEALMENT    12:12
 6   FROM MATTEL OF THE FACT THAT CARTER BRYANT, WHILE HE WAS AT
 7   MATTEL, WHILE HE WAS AT MATTEL, WAS WORKING WITH MGA ON THE
 8   BRATZ PRODUCT.  NOT WHETHER HE WAS WORKING AT MGA, BUT WAS
 9   THERE FRAUDULENT CONCEALMENT OF THE FACT THAT WHILE MR. BRYANT
10   WAS AT MATTEL HE WAS WORKING WITH MGA TO CREATE BRATZ?           12:13
11        YOU RECALL, FOR INSTANCE, THAT WHEN MR. BRYANT LEFT
12   MATTEL, HE WAS ASKED WHERE HE WAS GOING, AND HE SAID HE WASN'T
13   WORKING FOR A COMPETITOR.  AND YOU HEARD MS. GARCIA SAY THAT IF
14   YOU SAY YOU'RE GOING TO WORK FOR A COMPETITOR, WHAT HAPPENS?
15   YOU'RE SHOWN THE DOOR RIGHT AWAY.  YOU'RE NOT GIVEN TWO WEEKS    12:13
16   TO STICK AROUND.
17        SO WE HAVE MR. BRYANT CONCEALING THE FACT HE'S
18   WORKING WITH MGA AT THE VERY TIME HE'S AT MATTEL.  AND THEN YOU
19   HAVE MS. RACHEL HARRIS' TESTIMONY THAT PAULA GARCIA, IN OCTOBER
20   OF 2000, WAS TELLING PEOPLE, 'DON'T TELL; WE HAVE TO KEEP THIS    12:13
21   QUIET THAT CARTER BRYANT IS COMING OVER HERE AND WORKING AT MGA
22   WHILE HE'S WORKING AT MATTEL.'
23        SO THAT'S THE ISSUE ON THIS, WHETHER THERE WAS
24   FRAUDULENT CONCEALMENT ON MR. BRYANT WORKING WITH MGA WHILE
25   HE'S AT MATTEL WORKING ON BRATZ.                                 12:14
```

1          SO THAT ISSUE IS IN THE CASE.

2          IT DOESN'T AFFECT THE DAMAGES ONE WAY OR ANOTHER

3    REALLY, BECAUSE THESE TWO CAUSES OF ACTION, THESE TWO TORTS YOU

4    HAVE FOUND, REGARDLESS OF WHETHER OR NOT IT'S FRAUDULENT

5    CONCEALMENT, ARE TIMELY BROUGHT, AND THAT'S AIDING AND ABETTING          12:14

6    THE BREACH OF FIDUCIARY DUTY AND AIDING AND ABETTING THE BREACH

7    OF THE DUTY OF LOYALTY, THAT WRONGFUL CONDUCT.

8          AND ON THESE TORTS, AS A RESULT OF THE CONDUCT OF MGA

9    AND MR. LARIAN -- AND I'M JUST FOCUSING ON THIS WRONGDOING

10   NOW -- AS A RESULT OF THAT WRONGDOING, MGA HAS BEEN ABLE TO           12:14

11   SELL BRATZ DOLLS, BRATZ ACCESSORIES, BRATZ PRODUCTS THAT IT

12   WOULD NOT HAVE BEEN ABLE TO SELL BUT FOR THAT MISCONDUCT.  AND

13   THEY CANNOT BE ALLOWED TO DO THAT.  THEY CANNOT BE ALLOWED TO

14   KEEP THOSE PROFITS THAT THEY WOULD NOT HAVE OTHERWISE HAD BUT

15   FOR THEIR CONDUCT.                                                   12:15

16         AS I SAID, YOU'RE GOING TO HEAR FROM MIKE WAGNER.

17   HE'S A CPA; AT ONE POINT HE WAS A PARTNER AT PRICE WATERHOUSE;

18   THEY ARE THE ONES WHO COUNT THE OSCAR VOTES.  HE HAS BEEN AN

19   EXPERT WITNESS MANY TIMES.  HE HAS TESTIFIED IN COURT AT TRIAL

20   AS AN EXPERT I THINK AROUND 105 TIMES.  HE'S A CPA.  AND HE'S        12:15

21   GOING TO COME IN HERE AND TALK TO YOU ABOUT THE PROFITS, THE

22   BRATZ PROFITS THAT HAVE RESULTED THAT MGA HAS RECEIVED AS A

23   RESULT OF THIS CONDUCT.

24         IF WE COULD PUT UP 53.

25         THESE ARE HIS CALCULATIONS.  HE LOOKED AT THE                  12:15

```
 1   REVENUES FROM BRATZ, AND THAT COMES TO OVER THREE BILLION
 2   DOLLARS REVENUE FROM BRATZ, FROM BRATZ PRODUCTS.  FROM THAT HE
 3   CALCULATED THE COSTS ASSOCIATED WITH GENERATING THAT REVENUE,
 4   BECAUSE YOU HAVE TO PAY FOR ANNA RHEE AND MARGARET LEAHY AND
 5   OTHERS; SO HE CAME UP WITH A COST NUMBER ON THAT OF ABOUT 2.3       12:16
 6   BILLION; SO HE CALCULATES THE BRATZ PROFITS ARE AROUND
 7   $815,895,883.
 8          NOW, YOU'RE GOING TO HEAR FROM THEIR EXPERT AS WELL.
 9   AND I'M GOING TO ASK YOU TO LISTEN CAREFULLY TO THE EXPERTS
10   WHEN THEY TESTIFY.  ONE OF THE THINGS -- THERE'S PRETTY MUCH       12:16
11   AGREEMENT ON THE REVENUE, ON THE 3.1 BILLION REVENUE.  BUT WHAT
12   THEIR EXPERT DOES IS HE SUBTRACTS FROM THAT REVENUE ALL THE
13   BRATZ LICENSING FEES BECAUSE HE SAYS THAT'S NOT A DOLL ITSELF;
14   ALL FEES FOR NEW CHARACTERS, EVEN THOUGH YOU WOULDN'T HAVE BEEN
15   SELLING THOSE NEW CHARACTERS IF YOU HAD NOT GOTTEN THE            12:16
16   INFORMATION FROM MR. BRYANT IN THE FIRST PLACE.  IF IT'S A
17   DIFFERENT NAME OF A DOLL, YOU DON'T GET THE REVENUE.  IF IT'S
18   ACCESSORIES, IF IT'S A HAND BAG, IF IT'S A -- YOU DON'T GET
19   THAT, EVEN THOUGH IT'S THE BRATZ PRODUCT.
20          SO HE SUBTRACTS ALL OF THAT FROM THERE AND SAYS ALL        12:17
21   OF THAT MONEY, ALL OF THOSE LICENSE FEES, ET CETERA, MGA AND
22   LARIAN GET TO KEEP, CRIME PAYS, HERE'S THE AMOUNT THAT IT PAYS.
23          I THINK HIS FIGURES -- AND THEY MAY CHANGE BECAUSE
24   FIGURES ARE SOMETIMES CHANGING, DEPENDING UPON THE INFORMATION
25   YOU GET ON A WEEKLY BASIS -- BUT I THINK HIS FIGURE IS THAT THE    12:17
```

```
 1   PROFIT IS SOMEWHERE BETWEEN 108 AND 152 MILLION.  WHICH MEANS
 2   THAT SOMEWHERE BETWEEN 707 MILLION OR 664 MILLION, MGA GETS TO
 3   KEEP AND LARIAN GETS TO KEEP, BECAUSE IT'S NOT SPECIFICALLY THE
 4   DOLLS, IT'S LEVERAGING THE DOLLS, AND HIS CALCULATIONS ASSUME
 5   THEY GET TO KEEP THE PROFITS FROM LEVERAGING THE DOLLS.  THEY       12:17
 6   GET TO PROFIT FROM THAT.
 7          SO THAT'S THE BRATZ PROFITS.
 8          I'M JUST GOING TO ASK YOU TO LISTEN VERY CAREFULLY TO
 9   THE TWO EXPERTS.
10          NOW, THERE'S ALSO MR. LARIAN'S BENEFIT, AND HE'S           12:18
11   TAKEN DISTRIBUTIONS FROM THE COMPANY RELATED TO BRATZ.
12          NOW, THERE ARE A COUPLE OF WAYS TO FIGURE OUT WHAT
13   THOSE DISTRIBUTIONS ARE.  YOU CAN ASK MR. LARIAN.
14   UNFORTUNATELY, HE DOESN'T TELL YOU THE TRUTH WHEN YOU ASK HIM.
15   THERE IS SWORN TESTIMONY FROM MR. LARIAN IN ANOTHER CASE, BUT     12:18
16   IT IS SWORN TESTIMONY, HE WAS ASKED IN 2002:  DID YOU RECEIVE
17   BONUS?
18          "AGAIN, I DON'T THINK WE TAKE BONUSES AS OWNERS OF
19   THE COMPANY.  WE INVEST WHATEVER PROFIT WE MAKE IN THE COMPANY
20   BACK INTO THE COMPANY."                                           12:18
21          THAT'S WHAT HIS TESTIMONY WAS.
22          HE WAS ASKED ABOUT 2004, ALSO:
23          "IN 2004 DID YOU TAKE A BONUS?"
24          "I DON'T RECALL IF I TOOK A BONUS IN 2004 OR NOT."
25          WELL, MR. WAGNER HAD TO GO THROUGH THE FINANCIAL           12:18
```

1  RECORDS TO SEE WHETHER OR NOT MR. LARIAN TOOK DISTRIBUTIONS IN

2  2003 AND 2004 AND OTHER TIMES.

3       IN 2003 THERE'S EXHIBIT 656.  IT'S A FINANCIAL

4  STATEMENT.  IT'S AUDITED.  IT'S FOR THE YEAR ENDING 2003;

5  THAT'S THE YEAR WHERE MR. LARIAN SAID THEY PUT EVERYTHING BACK          12:19

6  INTO THE COMPANY.  AND IF YOU LOOK AT THAT, MR. WAGNER WILL

7  POINT THIS OUT TO YOU, IT'S ON PAGE 7, THERE'S A SECTION HERE

8  WHICH IS DIVIDENDS.  WE'VE GOT ADVANCES OF STOCKHOLDERS,

9  DISTRIBUTIONS TO STOCKHOLDERS -- THIS IS CASH FLOW GOING OUT OF

10  THE COMPANY -- AND THAT COMES CLOSE TO $78 MILLION OR SOMETHING      12:19

11  LIKE THAT.

12       NOW, MR. LARIAN IS ONLY AN 81-PERCENT SHAREHOLDER, SO

13  THE AMOUNT HE GOT IN 2003 WAS SOMEWHERE AROUND $65 MILLION OUT

14  OF THE COMPANY, EVEN THOUGH HIS TESTIMONY WAS EVERYTHING WAS

15  PLOWED BACK IN.  AND THEN FOR 2004, THE YEAR HE FORGOT WHETHER        12:19

16  OR NOT HE GOT ANYTHING OUT OF THE COMPANY, WELL, THERE'S A

17  FINANCIAL STATEMENT FOR DECEMBER 2004 AND 2003, AND IF YOU LOOK

18  AT JUST THE 2004 DISTRIBUTIONS -- AND THIS IS ON PAGE 7 HERE --

19  YOU'VE GOT THE DISTRIBUTION TO STOCKHOLDERS HERE, AND IT'S

20  83 MILLION -- THIS IS IN 2004 -- 83.9 MILLION, BASICALLY.            12:20

21  AGAIN, HE'S ONLY AN 81-PERCENT SHAREHOLDER, SO THE DISTRIBUTION

22  THAT HE DID NOT RECALL IN 2004 WAS AROUND $68,666,000 IN THOSE

23  TWO YEARS.

24       SO MR. LARIAN'S BENEFIT HAS BEEN PARTLY, AGAIN, MONEY

25  HE'S GETTING OUT OF THE COMPANY AS A RESULT OF THE MONEY COMING      12:20

```
 1   IN, THE REVENUE COMING IN, BECAUSE OF THE BRATZ PRODUCTS.

 2          IF YOU TOTAL HIS DISTRIBUTIONS RELATED TO THE BRATZ

 3   PRODUCTS, IT COMES TO APPROXIMATELY $381,696,000.

 4          NOW, THIS DOES NOT INCLUDE DISTRIBUTIONS TO -- THERE

 5   WAS SOME TALK EARLIER -- FAMILY WHO WERE ON THE PAYROLL, OR         12:21

 6   ANYTHING OF THAT NATURE.  THESE ARE DISTRIBUTIONS TO MR. LARIAN

 7   PERSONALLY.  YOU'VE DECIDED HE ENGAGED IN THE WRONGDOING THAT

 8   YOU FOUND.

 9          REMEMBER EARLIER I TOLD YOU THAT THERE'S ALSO A VALUE

10   WHICH YOU HAVE TO PUT TO THE MGA STOCK.  AND HERE, MR. WAGNER       12:21

11   CALCULATES THAT AS $605 MILLION.  AND THAT MEANS BASICALLY,

12   OKAY, AS A RESULT OF BRATZ, MGA HAS SOME VALUE.  IT COULD BE

13   SOLD RIGHT NOW.  YOU OWN 81.8 PERCENT OF IT.  WHAT IS THAT

14   VALUE?

15          AND AGAIN, MR. WAGNER SAYS 605 MILLION.  AND YOU'LL          12:21

16   HEAR HIS TESTIMONY.  THEIR EXPERT, ON THE OTHER HAND, SAYS,

17   WELL, I'VE LOOKED TO SEE THE VALUE ATTRIBUTED TO BRATZ OF MGA,

18   AND IT'S ONLY ABOUT TWO HUNDRED MILLION.

19          NOW FOLKS, YOU'RE GOING TO SEE TESTIMONY OF INTERNAL

20   DOCUMENTS AT MGA THAT VALUES MGA THAT SAYS WHAT IS MGA'S WORTH?     12:22

21   I'M GOING TO SHOW YOU SLIDE 51.2, IF I COULD.  YOU'RE GOING TO

22   SEE -- THESE ARE DOCUMENTS WHICH ARE EITHER MGA'S DOCUMENTS OR

23   THEY HIRE SOMEONE TO VALUE THE COMPANY TO SEE WHAT IT IS WORTH,

24   WHAT COULD YOU SELL IT FOR.

25          AND YOU GET SOME VARYING NUMBERS.  YOU GET A NUMBER          12:22
```

```
 1    WHICH WAS PUT IN AN EMPLOYMENT LETTER OF TWO BILLION.  THERE'S
 2    A PRICE EARNINGS RATIO ANALYSIS DONE FOR MGA, WHICH PUTS IT AT
 3    2.7 BILLION.  THERE'S AN INTERNAL ANALYSIS DONE IN MAY OF 2005,
 4    1.4 BILLION.  IN JULY 2005 THERE'S AN EVALUATION DONE BY
 5    OUTSIDE COMPANY THAT MGA COMMISSIONS SAY, WE'RE THINKING MAYBE       12:23
 6    PUTTING THE COMPANY ON THE MARKET.  COULD YOU GIVE US AN IDEA,
 7    WHAT'S THE COMPANY WORTH?  AND THEY PUT IT AT 2.5 BILLION.
 8            MR. LARIAN HAS A LIST OF ASSETS FROM WHERE HE HIMSELF
 9    ESTIMATES WHAT MGA IS WORTH.  HE PUT IT AT TWO BILLION; SO
10    THOSE ARE THE VALUATIONS THAT MGA PUTS ON MGA; SOMEWHERE            12:23
11    BETWEEN -- WELL, IF YOU TAKE OUT THE 1.4, THEY ARE ALL OVER TWO
12    BILLION.
13            SO OF THAT TWO BILLION WORTH, MR. MEYER CONCLUDES
14    THAT MR. LARIAN'S BENEFIT FROM MGA'S WORTH AS A RESULT OF BRATZ
15    IS ABOUT $200 MILLION.                                             12:23
16            BY THE WAY, IF WE GO BACK TO 51.1, THE DISTRIBUTIONS,
17    MR. MEYER, THEIR EXPERT, MAY ADDRESS THOSE DISTRIBUTIONS.  IT'S
18    NOT -- THERE'S A REPORT THAT GIVES YOU AN IDEA.  IT'S NOT IN
19    THERE.  WE'LL HAVE TO SEE WHAT IT SAYS, BECAUSE THAT'S
20    UNADDRESSED, I BELIEVE, BY MR. MEYER AT THIS POINT.                12:24
21            SO I'VE BEEN LOOKING NOW AT THE BENEFIT TO MGA IN
22    TERMS OF PROFITS AND TO MR. LARIAN AS A RESULT OF BRATZ.  AND
23    BY THE WAY, WAS THIS AS A RESULT OF BRATZ?
24            WELL, YOU RECALL WHEN WE LOOKED AT THE ANALYSIS OF
25    THE REVENUE, THE TOP REVENUE, WHAT PRODUCTS ACTUALLY               12:24
```

```
 1   CONTRIBUTED TO REVENUE AND TO PROFITS.  YOU REMEMBER 50.5?
 2          WHY IS MGA WHERE IT IS TODAY?  IS IT BECAUSE OF BRATZ
 3   OR SOMETHING ELSE?
 4          DO YOU REMEMBER LOOKING AT THE PERCENTAGE OF REVENUE
 5   FROM THEIR TOP TEN GROSSING PRODUCT LINES?                    12:25
 6          IT'S ABOUT 80 PERCENT BRATZ.
 7          THAT'S REALLY AN UNDERSTATEMENT, BECAUSE WE'RE
 8   INCLUDING IN THIS LITTLE TIKES, BOUGHT BY MR. LARIAN, AS WELL
 9   AS I THINK ZAPS -- YOU RECALL WE SHOWED YOU EXHIBIT 51.8 WHICH
10   ARE THE PROFITS; THIS IS WHAT HAS MADE MGA SINCE THE BRATZ ERA, 12:25
11   AND THE PROFITS ARE BRATZ.  THE PROFITS ARE BRATZ.
12          THE VALUE OF MGA IS BECAUSE OF BRATZ.
13          SO I'VE TALKED TO YOU ABOUT WHAT BASICALLY HAVE MGA
14   AND MR. LARIAN GAINED BECAUSE OF THE WRONGDOING, BECAUSE OF
15   BRATZ.  BUT THERE'S ANOTHER DAMAGE CALCULATION, BUT IT'S       12:25
16   RELATED, AND THAT IS WHAT WOULD THE DAMAGES BE FOR THE
17   COPYRIGHT?  NOT FOR WHAT YOU'VE ALREADY FOUND, BUT FOR THE
18   BREACH OF COPYRIGHT; THAT IS, FOR SELLING DOLLS THAT ARE
19   SUBSTANTIALLY SIMILAR IN APPEARANCE TO THE DRAWINGS THAT MATTEL
20   OWNS, AND THEN SELLING ACCESSORIES, ETC., AS A RESULT OF THAT. 12:26
21          WELL, AGAIN, THE BASIC RULE IS THAT YOU HAVE TO
22   DISGORGE YOUR PROFITS FROM ANY SUCH KIND OF VIOLATION.  IF YOU
23   MAKE MONEY BECAUSE YOU INFRINGE A COPYRIGHT, YOU'RE NOT
24   ENTITLED TO KEEP THAT MONEY.  IT'S A COMMON SENSE RULE.  IT'S
25   THE SENSE THAT YOUR MOM PROBABLY TAUGHT YOU WHEN YOU WERE      12:26
```

```
 1   YOUNG:   YOU CAN'T PROFIT FROM YOUR WRONGDOING.

 2          SO YOU LOOK AT THE PROFITS MGA MADE.  YOU LOOK AT THE

 3   BENEFITS TO MR. LARIAN.  AND YOU LOOK NOT JUST AT THE DIRECT

 4   PROFIT, WHICH IS, FOR EXAMPLE, WHAT WERE THE ROYALTIES OF JUST

 5   SELLING CLOE, WHAT DID YOU MAKE FROM THAT; BUT YOU ALSO LOOK AT       12:26

 6   THE INDIRECT PROFIT; THAT IS, WHAT DOES THAT ALLOW YOU TO MAKE.

 7          SO WHEN YOU SEE DIFFERENT PRODUCTS WHICH YOU LOOK AT

 8   AND YOU GO, WELL, THAT LINEN SHEET DOESN'T LOOK VERY MUCH LIKE

 9   CLOE, EVEN THOUGH IT HAS A BRATZ LOGO ON IT, YOU'VE GOT TO ASK

10   YOURSELF WOULD THAT PROFIT HAVE BEEN MADE, WOULD THAT SALE HAVE       12:27

11   BEEN MADE, IF NOT FOR THE BRATZ DOLLS?

12          YOU SIMPLY CANNOT PROFIT FROM YOUR WRONGDOING.

13          AND WITH RESPECT TO THESE, THERE'S A CONCEPT CALLED

14   APPORTIONMENT; THAT IS -- AND HERE'S THE IDEA.  LET'S SAY THAT

15   I'M SELLING A CD WITH TEN SONGS ON IT, AND I WROTE NINE OF THEM       12:27

16   AND YOU WROTE ONE OF THEM, AND I DON'T GET PERMISSION FROM YOU

17   TO USE IT.  YOU'VE GOT A COPYRIGHT ON IT.  I GO AND SELL THAT

18   CD WITH TEN SONGS; ONE IS YOURS; AND I MAKE ONE HUNDRED BUCKS

19   BY SELLING IT.

20          THE IDEA OF APPORTIONMENT IS YOU DON'T GET THE WHOLE          12:27

21   ONE HUNDRED BUCKS, BECAUSE I HAD NINE SONGS THAT I COULD HAVE

22   SOLD.  I SHOULDN'T HAVE SOLD YOURS.  YOU GET THE VALUE OF

23   SELLING YOUR SONG.  THAT'S THE IDEA OF APPORTIONMENT IF YOU'RE

24   DOING SOMETHING LEGITIMATE AT THE SAME TIME.

25          NOW, AS MR. WAGNER WILL EXPLAIN, THAT ANALYSIS DOES           12:28
```

1   NOT APPLY HERE, BECAUSE ALL THAT MGA IS SELLING IS BRATZ.  IT'S

2   SELLING THINGS RELATED TO BRATZ.  IT'S SELLING THINGS IT WOULD

3   NOT HAVE SOLD BUT FOR BRATZ.

4        IN THE TEN-SONG EXAMPLE I GAVE YOU, IF I DID NOT SELL

5   ANY OF MY NINE SONGS WITHOUT YOUR TENTH SONG, THEN YOU WOULD         12:28

6   GET ALL OF THE MONEY BECAUSE I WOULD HAVE MADE ZERO WITHOUT

7   YOUR SONG.  THAT'S THE SITUATION HERE.

8        BRATZ ISN'T BEING SOLD ALONG WITH PRAYER ANGELS.

9   IT'S NOT LIKE IT'S A GIFT PACK; YOU GET A BRATZ, YOU GET A

10  PRAYER ANGEL, AND YOU GET A TALKING TABATHA.  WE'RE TALKING AND      12:28

11  BRATZ BEING SOLD AS BRATZ AND BEING LEVERAGED WITH BRATZ

12  ACCESSORIES.  SO THE TESTIMONY YOU'RE GOING TO HEAR FROM OUR

13  EXPERT IS THAT THAT WOULD MEAN YOU WOULDN'T GET ANY

14  APPORTIONMENT GIVEN THAT SORT OF ANALYSIS.

15       SO WHENEVER YOU HEAR THAT THIS WAS SOLD BECAUSE THIS            12:29

16  HAPPENED, THE QUESTION THAT I ASK IS, WOULD IT HAVE BEEN SOLD

17  AT ALL IF NOT FOR BRATZ?

18       WHAT MR. MEYERS SAYS IS THERE'S A LOT OF THINGS THAT

19  WENT INTO SELLING BRATZ.  WE DID GREAT PACKAGING; THE BEST

20  PACKAGING EVER.  BY THE WAY, THE PACKAGING ITSELF INFRINGES THE      12:29

21  COPYRIGHT, BECAUSE IT HAS THE PICTURES ON THE BOTTOM OF THAT

22  FOUR HERO POSE WHICH LOOKS SUBSTANTIALLY SIMILAR TO WHAT CARTER

23  BRYANT DID.  BUT LET'S IGNORE THAT.  WE HAD GOOD PACKAGING.  WE

24  HAD GREAT THEMES TO SELL THIS BRATZ DOLL.  WE HAD GREAT

25  FASHIONS WHICH SOLD THE BRATZ DOLL.  AND WE GAVE THEM               12:29

```
 1   CHARACTERS WHICH SOLD THE BRATZ DOLLS AND THE BRATZ

 2   ACCESSORIES.

 3          AND THE EVIDENCE YOU'RE GOING TO HEAR IS, YES, BUT

 4   YOU MIGHT HAVE DONE A GREAT JOB SELLING IT, BUT IT WASN'T YOURS

 5   TO SELL.  IF IT'S NOT YOURS TO SELL, YOU DON'T KEEP THE       12:30

 6   PROFITS.

 7          I MEAN, IF YOU STEAL SOMEONE'S CAR AND DO A GREAT JOB

 8   AT SELLING IT BECAUSE YOU DO A GREAT AD AND MARKETING, YOU

 9   STILL DON'T GET TO KEEP THAT PROFIT.

10          SO WHAT WE'RE GOING TO SUGGEST TO YOU IS NO           12:30

11   APPORTIONMENT IS APPROPRIATE HERE BECAUSE ALL MGA IS SAYING IS

12   THEY DID A GREAT JOB STEALING A PRODUCT THAT DID NOT BELONG TO

13   THEM.  AND THEREFORE THEY DON'T GET A CUT JUST BECAUSE THEY DID

14   A GOOD JOB DOING IT.

15          IN FACT, YOU'RE GOING TO BE SHOWN EVIDENCE AS TO THE   12:30

16   EFFECT OF THE BRATZ CONCEPT, THE BRATZ DOLL, VERSUS THESE OTHER

17   EFFORTS, BECAUSE YOU'RE GOING TO HEAR TESTIMONY AS TO HOW WELL

18   THIS MARKETING WORKED WITH ALL OF THEIR OTHER PRODUCTS; THAT

19   IS, IF YOU HAVE A PRAYER ANGEL DOLL IN HERE INSTEAD OF A BRATZ

20   DOLL, IF YOU WERE SELLING SOME OTHER PRODUCT, WHAT WERE THE    12:30

21   PROFITS AS A RESULT OF THE GREAT MARKETING ON THAT WITH THE

22   SAME STAFF, FOR EXAMPLE, THE SAME PEOPLE.

23          THE PROFITS WERE ZERO ON THE NON BRATZ PRODUCTS.

24   BRATZ PROFITS EXIST BECAUSE OF THE INFRINGEMENT OF THE

25   COPYRIGHT AND BECAUSE OF THE SALE OF THESE ACCESSORIES WHICH   12:31
```

```
 1   ARE INDIRECT PROFITS.
 2          THE BOTTOM LINE NUMBER WHICH THEIR EXPERT COMES UP
 3   TO, I THINK, ON THE PROFIT THAT MGA HAS MADE AS A RESULT OF THE
 4   COPYRIGHT INFRINGEMENT IS SOMEWHERE BETWEEN 28 AND 50 MILLION.
 5   IT MIGHT EVEN BE LOWER THAN THAT.  AND YOU'RE GOING TO BE ASKED      12:31
 6   TO JUDGE THAT ANALYSIS AND COMPARE THAT NEXT TO WAGNER'S
 7   ANALYSIS.  ON THE COMPANY'S WORTH -- I'M SORRY, THAT WAS FOR
 8   THE COMPANY'S WORTH.  THAT'S THE VALUE TO MGA.
 9          ON REVENUE, I THINK MR. MEYERS SAYS THAT THE REVENUE
10   IS ATTRIBUTABLE TO BRATZ IS SOMEWHERE AROUND 15.5 TO 38            12:32
11   MILLION.
12          AND THEN, WHAT HE DOES THEN IS HE SAYS, WELL, LET'S
13   THEN APPORTION THAT.  AND I BELIEVE HIS FIGURES ARE SOMETHING
14   THAT WITH ALL THAT REVENUE WITH THESE DOLLS HE SAYS -- ASSUMING
15   THIS IS A COPYRIGHT VIOLATION, ASSUMING THESE DOLLS LOOK          12:32
16   EXACTLY LIKE CARTER BRYANT'S DRAWINGS, NOT JUST SUBSTANTIALLY
17   SIMILAR BUT THEY LOOK EXACTLY LIKE THEM, HIS FIGURE IS THAT,
18   WELL, EVEN IF THAT'S TRUE, ONLY ABOUT 14 PERCENT OF THAT
19   REVENUE AND PROFIT IS DUE TO THE FACT THAT IT'S BRATZ AS
20   OPPOSED TO SOMETHING ELSE.                                        12:32
21          SO EVEN IF IT'S AN IDENTICAL DOLL, THE DOLL IS
22   IDENTICAL IN EVERY WAY TO THE DRAWING, MGA STILL GETS TO KEEP
23   IT, CRIME STILL PAYS, IN THE NEIGHBORHOOD OF 75, 80 PERCENT.
24   SO WE'RE GOING TO ASK YOU TO EVALUATE THAT AND SEE WHETHER THAT
25   IS FAIR AND WHETHER OR NOT THAT MAKES SENSE.                      12:33
```

```
 1              THERE IS A FINAL ISSUE THAT YOU WILL BE ASKED TO
 2    DECIDE, AND THAT IS THE ISSUE OF WHAT ARE CALLED PUNITIVE
 3    DAMAGES.  THAT IS, WE GET TO SHOW YOU THE PROFITS THAT SHOULD
 4    BE DISGORGED; THAT IS, THE PROFITS THAT MGA -- THE BENEFITS MGA
 5    AND LARIAN RECEIVED, OBTAINED FROM THE WRONGFUL CONDUCT, AND       12:33
 6    WE'RE ENTITLED TO ASK YOU TO TAKE THAT AWAY FROM THEM BECAUSE
 7    IT WAS WRONGFULLY OBTAINED.
 8              WE'RE ALSO ENTITLED TO ASK YOU FOR PUNITIVE DAMAGES;
 9    THAT IS, TO SET AN EXAMPLE.  I'M NOT GOING TO TALK ABOUT
10    NUMBERS IN TERMS OF WHAT WE'RE GOING TO ASK FOR TODAY, BUT THE    12:33
11    FACTORS THAT YOU GET TO ASK TO LOOK AT.  ONE, YOU HAVE TO SEE
12    WHETHER THERE WAS MALICE, OPPRESSION AND FRAUD IN COMMITTING
13    THOSE ACTIONS WHICH YOU'VE ALREADY SAID THEY HAVE COMMITTED,
14    AND WE SAY IN COMMITTING THE COPYRIGHT VIOLATIONS, AND YOU WILL
15    HEAR EVIDENCE ON THAT.  YOU'VE ALREADY HEARD EVIDENCE RELATED     12:34
16    TO THAT.
17              THEN YOU HAVE TO LOOK AT THE VARIOUS FACTORS FOR
18    PUNITIVE DAMAGES, SUCH AS HOW WILL IT AFFECT THE PERSON?
19              ONE OF THE PURPOSES OF PUNITIVE DAMAGES IS TO DETER
20    CONDUCT IN THE FUTURE.  SO, FOR EXAMPLE, IF YOU MAKE $50,000 A    12:34
21    YEAR, AN AWARD OF 50,000 WOULD BE PRETTY MUCH A GOOD DETERRENT.
22    BUT IT MIGHT NOT BE A GOOD DETERRENT IF YOU MAKE THREE MILLION
23    A YEAR, FOR EXAMPLE.
24              SO ONE THING YOU'RE ENTITLED TO LOOK AT IS THE NET
25    WORTH OF THE DEFENDANT, OF THE COMPANY THAT ENGAGED IN THE        12:34
```

```
 1    WRONGFUL CONDUCT, SO YOU CAN DECIDE WHAT AMOUNT IS NECESSARY TO
 2    DETER THEM FROM EVER DOING THIS.
 3            WITH THAT RESPECT, MR. WAGNER HAS LOOKED AT THE NET
 4    WORTH OF MR. LARIAN AND THE NET WORTH OF MGA.  FOR MR. LARIAN,
 5    THE NUMBERS ARE STILL COMING IN.  I KID YOU NOT, WE'RE GOING TO        12:35
 6    BE GETTING MORE DOCUMENTS ON THIS.  BUT THERE IS A DOCUMENT
 7    WHICH MR. LARIAN PRODUCED, WHICH IS SORT OF A FINANCIAL
 8    STATEMENT OF HIM AND HIS COMPANY, AND IT STATES, AS OF
 9    OCTOBER 2007 AT LEAST, WHAT HIS NET WORTH IS.
10            IF WE COULD PUT UP 51.3.                                       12:35
11            MR. LARIAN'S NET WORTH IS SOMEWHERE AROUND 1.9
12    BILLION DOLLARS.
13            SO IF YOU DETERMINE THERE SHOULD BE PUNITIVE DAMAGES,
14    ONE THING YOU HAVE TO TAKE INTO ACCOUNT IS WHAT AMOUNT WOULD
15    HAVE AN EFFECT ON MR. LARIAN SO THAT IT WOULD DETER HIM IN THE         12:35
16    FUTURE, AS OPPOSED TO SOMEONE MAKING 50,000 A YEAR.
17            FOR MGA'S NET WORTH, YOU'LL HEAR, IS A LITTLE LOWER.
18    MGA'S NET WORTH IS ABOUT 438 BILLION; THAT'S WHAT'S REMAINING
19    IN THE COMPANY AND LOOKING AT THE COMPANY GOING FORWARD.
20            SO WE'LL BE INTRODUCING THAT EVIDENCE.  IT'S                   12:36
21    SOMETHING YOU'LL HAVE TO TAKE INTO ACCOUNT.  AND YOU'LL BE
22    ASKED THE QUESTION ABOUT WHETHER OR NOT MGA AND MR. LARIAN
23    UNDERSTAND AND ACKNOWLEDGE, ADMIT THAT WHAT THEY DID WAS WRONG
24    AND THAT THEY ARE NOT TRYING TO KEEP WHAT'S THEIRS.  IT'S NOT
25    THEIRS.                                                               12:36
```

```
 1        AT THE END OF THIS CASE, WE'LL BE ASKING YOU FOR

 2   PUNITIVE DAMAGES BASED IN PART PERHAPS ON WHAT YOU'RE GOING TO

 3   SEE IN THIS PHASE OF THE CASE.  AND WHAT I THINK WE'LL PROVE TO

 4   YOU IS THAT MR. LARIAN AND MGA SEE THIS AS A GAME IN WHICH THEY

 5   SAY WHAT THEY HAVE TO SAY TO KEEP WHAT THEY THINK THEY CAN;       12:36

 6   THAT THEY SAY WHAT THEY HAVE TO SAY TO GET AWAY WITH WHAT THEY

 7   CAN.

 8        AND IF YOU CONCLUDE THAT'S WHAT'S HAPPENING, THAT'S

 9   SOMETHING YOU CAN TAKE INTO ACCOUNT IN DECIDING WHETHER THERE

10   SHOULD BE PUNITIVE DAMAGES AND TO DECIDE WHETHER MGA AND LARIAN   12:37

11   HAVE TO BE TAUGHT THAT THIS IS NOT A GAME AND IT SHOULDN'T BE

12   TREATED LIKE A GAME.

13        SO AS I SAID, WE ONLY HAVE 12.5 HOURS.  WE'RE GOING

14   TO TRY -- WE HAVE TO DO THIS AS QUICKLY AS POSSIBLE.  AND DON'T

15   WORRY IF THINGS COME IN QUICKLY.  WE GET A CLOSING ARGUMENT AS    12:37

16   WELL WHERE WE CAN TRY TO SHOW YOU THE EVIDENCE AND PUT IT

17   TOGETHER SO THAT IT'S IN KIND OF A LINEAR FORM SO YOU CAN

18   UNDERSTAND IT.  SO I'M GOING TO ASK YOU TO BEAR WITH US, AS

19   YOU'VE DONE BEFORE.

20        I THANK YOU FOR YOUR SERVICE SO FAR, AND WE OBVIOUSLY        12:37

21   APPRECIATE THE FACT THAT YOU'RE GOING TO PROVIDE THE SAME

22   SERVICE FOR THE NEXT COUPLE OF WEEKS.

23        THE COURT:  WE'RE GOING TO TAKE OUR LUNCH BREAK AT

24   THIS TIME.  SINCE WE ARE NOT ORDERING IN LUNCH TODAY, YOU'RE

25   GOING TO BE ON YOUR OWN, I'M GOING TO GIVE YOU UNTIL 2:00; AN     12:38
```

1    HOUR AND 20 MINUTES.  BUT LET'S BE BACK A FEW MINUTES BEFORE

2    2:00 SO WE CAN START RIGHT AT 2:00 WITH MR. NOLAN'S OPENING

3    STATEMENT.

4         JUST REMEMBER AT THIS PHASE -- YOU'RE NO LONGER IN

5    DELIBERATION MODE -- DON'T DISCUSS THE CASE.  DON'T DISCUSS          12:38

6    ANYTHING YOU'VE HEARD IN OPENING STATEMENTS.  GO BACK TO THAT

7    MODE YOU WERE IN WHEN YOU WERE HEARING EVIDENCE BEFORE.

8         YOU'RE NOT GOING TO HAVE A MARSHAL KEEPING YOU

9    TOGETHER, OR ANYTHING OF THAT SORT.  DON'T SPEAK TO ANYBODY

10   ABOUT THE CASE.  JUST MIND YOUR OWN BUSINESS THERE AND EVERYONE     12:38

11   ELSE WILL MIND THEIRS AND WE'LL BE FINE.

12        THANK YOU VERY MUCH.  I'LL SEE YOU BACK HERE AT 2:00.

13        (WHEREUPON, JURORS DEPART COURTROOM.)

14        **MR. NOLAN:**  YOUR HONOR, COULD I JUST TAKE A FEW

15   MINUTES BEFORE THE LUNCH HOUR.                                      12:39

16        TWO QUICK POINTS, YOUR HONOR.

17        BASED ON MR. PRICE'S ARGUMENT, ESPECIALLY WITH THE

18   ISSUES NOW WHERE WE BELIEVE HE'S CONFLATED THE WRONGFUL CONDUCT

19   DAMAGES ON THE INTENTIONAL TORT WITH THE COPYRIGHT DAMAGES.  I

20   DO WANT TO GO BACK AND REVISIT A MOTION *IN LIMINE* THAT WAS        12:39

21   ADDRESSED BY THE COURT EARLIER, AND THAT HAS TO DO WITH THIS

22   WHOLE NOTION -- MR. PRICE ARGUING TO THE JURY THAT IF YOU STEAL

23   A CAR AND THEN YOU SELL THE CAR FOR A GREAT PRICE, THEN YOU

24   DON'T GET TO KEEP THE PROFITS.

25        INHERENTLY, THE WEAKNESS IN THAT ARGUMENT IS THAT THE          12:39

1   CAR HAS EXTRINSIC VALUE AND IT WAS RECOGNIZED BY THE OWNER THAT

2   LOST IT.

3           HERE, THE EVIDENCE IS -- AND WE'VE MADE THIS PROFFER

4   BEFORE -- THAT MATTEL WOULD NEVER HAVE MADE BRATZ IN THE FIRST

5   PLACE; WOULD NEVER HAVE MADE BRATZ.  AND SO WHEN YOU ARE NOW        12:40

6   FACED WITH AN ARGUMENT TO A JURY WHERE HE'S ASKING FOR PUNITIVE

7   DAMAGES -- AND I WOULD SUBMIT THIS ARGUMENT IS IN PARALLEL WITH

8   THE PUNITIVE DAMAGE ARGUMENT -- THAT CLEARLY, ONE OF THE TESTS

9   THAT A JURY SHOULD BE ALLOWED TO MEASURE AS TO SENDING A

10  WARNING THROUGH PUNITIVE DAMAGES -- CLEARLY HE'S POINTED TO NET    12:40

11  WORTH -- IS THE OTHER BALANCE IN SAYING, ALL RIGHT, WAIT A

12  MINUTE, THIS THING, THIS IDEA, THAT THEY ARE ALLEGED TO HAVE

13  TAKEN, THESE DRAWINGS, THESE 16 DRAWINGS, HAD NO EXTRINSIC

14  VALUE TO MATTEL.  MATTEL, THE EVIDENCE WOULD SHOW, WOULD NOT

15  HAVE MADE IT.  IT WOULD NEVER HAVE BEEN LAUNCHED IN THE PUBLIC     12:41

16  DOMAIN.

17          SO IN EFFECT, WHAT THE COPYRIGHT ACT WOULD NEVER

18  PERMIT, AND THAT IS A MONOPOLY BY SOMEONE LIKE MATTEL -- WHAT

19  MATTEL HAS DONE, THROUGH THE GUISE OF A TORT ACTION, WHICH THEY

20  ARGUED TO JUDGE MANELLA HAD NO VALUE IN EXCESS OF $75,000 --      12:41

21  THEY ARE NOW COMING BACK IN UNDER THE GUISE OF THE INTELLECTUAL

22  VALUE REVENUES OF THREE BILLION DOLLARS AND SAYING, WOW, YOU

23  SHOULDN'T STEAL THAT; CRIME DOESN'T PAY.

24          THIS JURY MUST KNOW IN FAIRNESS, YOUR HONOR, THAT THE

25  PERSON WHO CLAIMS TO HAVE OWNERSHIP OF THIS, A, WOULD NOT HAVE    12:41

```
 1   DEVELOPED BRATZ; B, WITH RESPECT TO THE APPORTIONMENT ARGUMENT,
 2   YOUR HONOR, WHERE HE'S PUSHED ASIDE ALL OF THE ARGUMENTS WITH
 3   APPORTIONMENT -- I WOULD ASK THE COURT TO NOW REALLY FOCUS ON
 4   ALLOWING US TO INTRODUCE THE VARIOUS DOCUMENTS THAT SHOW THAT
 5   MATTEL THEMSELVES LOOKED TO PLAY THEMES AS THE IMPORTANCE OF          12:42
 6   DRIVING A BRAND.
 7           ALL OF THAT INFORMATION I THINK IS COMPLETELY
 8   RELEVANT IN LIGHT OF MR. PRICE'S ARGUMENT THAT NONE OF THAT
 9   MATTERS BECAUSE CRIME DOESN'T PAY.
10           THOSE ARE HIS WORDS.  THAT'S THEIR THEORY, YOUR               12:42
11   HONOR.
12           AGAIN, WE UNDERSTOOD YOUR RULING, BUT THEY CAN'T
13   FLAUNT YOUR RULINGS, YOUR HONOR, AND HAVE US HANDCUFFED IN SUCH
14   A WAY THAT WE CAN'T MAKE A FAIR PRESENTATION TO THE JURY.
15           THE COURT:  LET ME MAKE SURE I UNDERSTAND YOUR                12:42
16   ARGUMENT.
17           TO USE THE CAR EXAMPLE, WHETHER OR NOT A PERSON USES
18   A CAR, WHETHER IT STAYS IN THE GARAGE, PARKED, WITH A COVER ON
19   TOP OF IT, IS THEIR BUSINESS.  RIGHT?  AND IT DOESN'T AFFECT
20   THE VALUE OF THE CAR.                                                 12:43
21           MR. NOLAN:  I RESPECTFULLY THINK IT DOES AFFECT THE
22   VALUE OF THE CAR, BECAUSE EACH YEAR -- AND WE'RE USING THIS AS
23   AN ANALOGY -- THE KELLY BLUE BOOK WOULD STILL ATTACH THEIR
24   INTRINSIC VALUE TO THAT OBJECT.
25           HERE, THE IDEA WAS NEVER DEVELOPED AT MATTEL; NEVER           12:43
```

```
 1   PRESENTED TO MATTEL.  THERE WAS NOTHING.

 2         IF YOU WANT TO LOOK AT THE BEST ANALOGY, YOUR HONOR,

 3   WE SHOULD BE TALKING ABOUT, ALL RIGHT, MY SCENE OR FLAVAS.

 4         THE COURT:  I THINK I UNDERSTAND YOUR ARGUMENT,

 5   COUNSEL.  I'LL HEAR FROM MATTEL.                               12:43

 6         MR. PRICE:  IT'S AN ARGUMENT THAT DOES NOT MAKE

 7   SENSE.

 8         THE ARGUMENT I MADE IS YOU HAVE TO DISGORGE YOUR

 9   PROFITS.  NOT THE HARM TO MATTEL.  IT IS THAT YOU TAKE

10   SOMETHING, YOU BENEFIT FROM IT, YOU HAVE TO DISGORGE THAT.    12:43

11         IT DOES NOT MATTER WHETHER YOU DID A GREAT JOB OR A

12   LOUSY JOB OF BENEFITTING FROM IT, YOU HAVE TO DISGORGE THE

13   BENEFIT THAT YOU GET FROM THAT.  THAT HAS NOTHING TO DO WITH

14   HOW MATTEL WOULD HAVE TREATED THE SAME RESOURCE.

15         IT'S A VERY SIMPLE RULE.                                12:44

16         IF YOU TAKE SOMETHING -- LIKE THE TEN CD EXAMPLE.  IF

17   I TAKE YOUR SONG AND I SELL IT AND MAKE $100 MILLION, I CAN'T

18   COME AND ARGUE, HEY, ANOTHER PERSON WOULD HAVE ONLY MADE 50, SO

19   I GET TO KEEP 50.

20         THE COURT:  AND JUST TO BE CLEAR, I THINK I ELICITED    12:44

21   A CLEAR STATEMENT FROM MATTEL, YOU ARE SEEKING DISGORGEMENT OF

22   PROFITS AND REVENUES WITH RESPECT TO THE STATE TORT CLAIMS AS

23   WELL AS THE COPYRIGHT CLAIMS?

24         MR. PRICE:  ABSOLUTELY.

25         THERE'S A LOGICAL DISCONNECT IN THE ARGUMENT THAT'S     12:44
```

```
 1 | BEING MADE.

 2 |       THEN THE ARGUMENT THAT BECAUSE WE ASKED FOR PUNITIVE

 3 | DAMAGES -- THEY HAVE KNOWN WE'RE ASKING FOR PUNITIVE DAMAGES

 4 | FOR A LONG TIME.  AND ALL WE DISCUSSED IN THAT RESPECT IS WHAT

 5 | DO YOU HAVE TO DO TO DETER THEIR CONDUCT?                        12:44

 6 |       AGAIN, THAT HAS NOTHING TO DO WITH HOW MATTEL WOULD

 7 | HAVE TREATED THE SAME PROPERTY.

 8 |       THE COURT:  MR. NOLAN, I'LL GIVE YOU THE LAST WORD,

 9 | BECAUSE I GUESS I DON'T SEE HOW THIS CHANGES ANYTHING WE

10 | DISCUSSED.                                                      12:45

11 |       MR. NOLAN:  FIRST, ON THE PUNITIVE DAMAGE ARGUMENT,

12 | THEY ARE ASKING FOR DAMAGES UNDER THE TORT CLAIMS FOR HARM.

13 |       THE COURT:  A SPECIFIC TYPE OF HARM; A SPECIFIC TYPE

14 | OF DAMAGE.  THEY HAVE ELECTED A DAMAGE TO PURSUE WHICH IS

15 | DISGORGEMENT OF PROFITS AND REVENUE.  THAT'S IT.  IT'S NOT THE  12:45

16 | TRADITIONAL DAMAGES WHERE THIS ARGUMENT, AS I PREVIOUSLY RULED,

17 | WOULD HAVE COME IN.  AND IF MR. PRICE WOULD HAVE STOOD UP AND

18 | ARGUED FOR TRADITIONAL COMPENSATION, THAT WOULD HAVE BEEN A

19 | DIFFERENT BALL GAME.

20 |       MR. NOLAN:  OUR POINT IS THAT THE DISGORGEMENT OF        12:45

21 | PROFITS UNDER THAT TORT CLAIM COUPLED WITH THE CLAIM OF THE

22 | COPYRIGHT DAMAGES -- DISGORGEMENT OF PROFITS IS NOT A

23 | RECOGNIZED -- IT'S NOT THE RIGHT MEASURE OF DAMAGES FOR TORTS,

24 | BECAUSE IT ALLOWS --

25 |       THE COURT:  YOU'RE GOING TO HAVE TO GIVE ME SOME         12:46
```

```
 1   AUTHORITY ON THIS.

 2          WHERE IS IT?

 3          MR. NOLAN:  I THINK IT'S IN THE JMOL MOTION WHERE

 4   WE'RE TALKING ABOUT THIS ISSUE.

 5          THE COURT:  I'LL LOOK AT THIS.  I INVITED THIS        12:46

 6   AUTHORITY ON MONDAY DURING THE HEARING.  MATTEL CITED THE

 7   AUTHORITY.  I LOOKED AT THE CITE THEY MADE REFERENCE TO.

 8          SO YOU'RE TAKING THE POSITION THAT LOSS OF REVENUES

 9   IS NOT AN APPROPRIATE REMEDY FOR THESE TORT VIOLATIONS.

10          MR. NOLAN:  YES, YOUR HONOR.                          12:46

11          RESPECTFULLY, MAYBE THEY CITED YOU TO A PARTICULAR

12   CASE.  I RAISED ON FRIDAY --

13          THE COURT:  THEY CITED ME TO THE STATEMENT.

14          MR. NOLAN:  BUT I CITED YOU TO THE ISSUES BRIEFED IN

15   OUR JMOL MOTION.  I SAID THAT AT THE FRIDAY HEARING WHEN YOU  12:46

16   ASKED IS THERE ANYTHING ELSE.  AND THEN YOU SAID OKAY.  THEN

17   YESTERDAY I MADE THE SAME COMMENT WITH RESPECT TO THE JMOL.

18          THE COURT:  VERY GOOD.  I'LL SEE COUNSEL BACK HERE AT

19   1:30.

20          MR. NOLAN:  THANK YOU.                                12:47

21          (WHEREUPON A BRIEF RECESS WAS HELD.)

22          (MORNING SESSION CONCLUDED)

23

24   / / /

25   / / /
```

1                              CERTIFICATE

2

3    I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
4    THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
     ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
5    CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.

6

7                                                    7-24-08
     THERESA A. LANZA, CSR, RPR                      DATE
8    FEDERAL OFFICIAL COURT REPORTER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25