```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  RAOUL D. KENNEDY (Bar No. 40892)
    (rkennedy@skadden.com)
 3  JASON D. RUSSELL (Bar No. 169219)
    (jrussell@skadden.com)
 4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 5  300 South Grand Avenue, Suite 3400
    Los Angeles, CA  90071-3144
 6  Tel.: (213) 687-5000
    Fax: (213) 687-5600
 7
 8  Attorneys for The MGA Parties
```

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>MGA PARTIES' NOTICE OF FILING OF PHASE 1A AND PHASE 1B TRANSCRIPTS IN SUPPORT OF THE MGA PARTIES' RENEWED JMOL AND MOTION FOR REMITTITUR AND OPPOSITION TO MATTEL'S RENEWED JMOL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Court's September 9, 2008 Order, Defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties"), submit the attached Transcripts of Phase 1a and 1b hearing sessions in support of their post-trial briefing: the MGA Parties' Renewed Motion for Judgment as a Matter of Law and Reply brief in support thereof, the MGA Parties' Motion for Remittitur and Reply brief in support thereof, and the MGA Parties' Opposition to Mattel's Renewed and Conditional Motions For Judgment as a Matter of Law. The following is a list of all the sessions included:

**Trial Sessions**

| | |
|---|---|
| 5/20/08 PM | 7/10/08 AM |
| 5/28/08 AM | 7/10/08 PM |
| 5/28/08 PM | 7/21/08 |
| 5/30/08 AM | 7/23/08 AM |
| 5/30/08 PM | 8/5/08 PM |
| 6/3/08 AM | 8/7/08 AM |
| 6/3/08 PM | 8/7/08 PM |
| 6/5/08 PM | 8/8/08 AM |
| 6/6/08 AM | 8/8/08 PM |
| 6/10/08 PM | 8/12/08 AM |
| 6/11/08 AM | 8/12/08 PM |
| 6/12/08 AM | 8/13/08 AM |
| 6/12/08 PM | 8/13/08 PM |
| 6/13/08 AM | 8/14/08 AM |
| 6/17/08 AM | 8/14/08 PM |
| 6/18/08 PM | 8/15/08 PM |
| 7/2/08 PM | 8/18/08 |
| 7/3/08 AM | 8/20/08 AM |
| 7/3/08 PM | 8/20/08 PM |
| 7/8/08 PM | 8/22/08 |

DATED: January 19, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
By: /s/ Thomas J. Nolan
Thomas J. Nolan
Attorneys for the MGA Parties

---

Notice of Filing Phase 1A and 1B Transcripts
Case No. CV 04-9049 SGL (RNBx)
-1-