1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
3  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
5  300 South Grand Avenue, Suite 3400
   Los Angeles, CA  90071-3144
6  Tel.: (213) 687-5000
   Fax: (213) 687-5600
7

8  Attorneys for The MGA Parties

9              UNITED STATED DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11                 EASTERN DIVISION

12 CARTER BRYANT, an individual,        )  CASE NO. CV 04-9049 SGL (RNBx)
                                        )
13                        Plaintiff,    )  Consolidated with Case No. 04-9059
                                        )  and Case No. 05-2727
14              v.                      )
                                        )  MGA PARTIES' NOTICE OF
15 MATTEL, INC., a Delaware             )  SUPPLEMENTAL FILING OF
   corporation,                         )  PHASE 1A AND PHASE 1B
16                                      )  TRANSCRIPTS IN SUPPORT OF
                          Defendant.    )  THE MGA PARTIES' RENEWED
17                                      )  JMOL AND MOTION FOR
                                        )  REMITTITUR AND OPPOSITION
18 AND CONSOLIDATED ACTIONS.            )  TO MATTEL'S RENEWED JMOL
                                        )
19

20

21

22

23

24

25

26

27

28

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that pursuant to the Court's September 9, 2008

3  Order, Defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited,

4  and Isaac Larian (collectively, the "MGA Parties"), submit the attached Transcripts

5  of Phase 1a and 1b hearing sessions in support of their post-trial briefing: the MGA

6  Parties' Renewed Motion for Judgment as a Matter of Law and Reply brief in

7  support thereof, the MGA Parties' Motion for Remittitur and Reply brief in support

8  thereof, and the MGA Parties' Opposition to Mattel's Renewed and Conditional

9  Motions For Judgment as a Matter of Law.   The following transcripts were

10 inadvertently omitted from the submission of Phase 1a and Phase 1b hearing

11 transcripts the MGA Parties filed January 19, 2009:

12                **Trial Sessions**

| | |
|---|---|
| 5/29/08 PM | 8/6/08 PM |
| 7/7/08 PM | 8/27/08 |

DATED:  January 20, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
By: _____/s/ Thomas J. Nolan_____
Thomas J. Nolan
Attorneys for the MGA Parties