QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>MATTEL, INC.'S NOTICE OF RENEWED MOTION AND RENEWED MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S (1) FEBRUARY 15, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES<br><br>[Notice of Lodging to be filed on or before March 9, 2009]<br><br>Date:    March 23, 2009<br>Time:    10:00 a.m.<br>Place:   Courtroom 1<br><br>**Phase 2**<br>Pre-Trial Conference:   Not Set<br>Trial Date:             Not Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 23, 2009, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of The Honorable Stephen G. Larson, located at 3470 Twelfth Street, Riverside, California 92501, plaintiff and counter-defendant Mattel, Inc. ("Mattel") will, and hereby does, make a renewed motion for the Court to overrule portions of  the Discovery Master's February 15, 2008 Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties.

This Motion is made pursuant to Federal Rules of Civil Procedure 72(a) and pursuant to the Court's Order Granting In Part and Denying In Part Mattel's Motion for Review of Discovery Master's February 15, 2008, and February 20, 2008 Orders. By Motion dated March 3, 2008, Mattel timely objected to the Discovery Master's February 15, 2008 Order, in part.  Because the Court had stayed Phase 2 discovery at that time, the Court declined to rule on the portion of Mattel's Motion as it related to Interrogatory Nos. 48-50 regarding MGA's trade dress claims against Mattel.  The Court granted Mattel leave to re-raise the issue with the Court.  See March 31, 2008 Order at 3 ("The Court reserves ruling on Interrogatories 48-50, regarding MGA's trade dress claims against Mattel.  As recognized by the Parties, this is a Phase 2 issue, and the Court denies this part of Mattel's motion without prejudice.  Mattel may raise the issue again at an appropriate time after the Court lifts the stay on Phase 2 discovery.").

In light of the Court's decision to lift Phase 2 discovery, Mattel renews its motion objecting to the February 15, 2008 order as it relates to Interrogatory Nos. 48-50 on the grounds that the Discovery Master's Orders were clearly erroneous and contrary to law.

This Motion is based on:

- this Notice of Motion and Motion,

- the previously filed Memorandum of Points and Authorities dated March 3, 2008, Part V (Docket No. 2386);

- the March 3, 2008 Declaration of B. Dylan Proctor In Support of Mattel, Inc.'s Motion Objecting to Portions of Discovery Master's (1) February 15, 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories by the MGA Parties; and (2) February 20, 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories by Carter Bryant (Docket Nos. 2528-2529);

- Mattel, Inc.'s Notice Of Lodging In Support Of Motion Objecting To Portions Of Discovery Master's (1) February 15, 2008 Order Regarding Mattel's Motion To Compel Response To Interrogatories By The MGA Parties; And (2) February 20, 2008 Order Regarding Mattel's Motion To Compel Responses To Interrogatories By Carter Bryant (Docket Nos. 2561-2562 and 2565-2569) dated March 3, 2008;

- Mattel, Inc's Reply Memorandum Of Point And Authorities In Support Of Motion Objecting To Portions Of Discovery Master's (1) February 15, 2008 Order Regarding Mattel's Motion To Compel Response To Interrogatories By The MGA Parties; And (2) February 20,2008 Order Regarding Mattel 'S Motion To Compel Responses To Interrogatories By Carter Bryant (Part V) (Docket No. 2760-1) dated March 24, 2008); and

- Declaration Of Bernard B. Smyth In Support  Of Motion Objecting To Portions Of Discovery Master's (1) February 15, 2008 Order Regarding Mattel's Motion To Compel Response To Interrogatories By The MGA Parties; And (2) February 20,2008 Order Regarding Mattel 'S Motion To Compel Responses To Interrogatories By Carter Bryant dated March 24, 2008 (Docket No. 2760-2);

- and all other matters of which the Court may take judicial notice.

1    For the convenience of the Court, Mattel has attached as Exhibit A to
2  this Notice a copy of the Court's March 31, 2008 Order.  For the further convenience
3  of the Court, Mattel identifies the following documents as those submitted by the
4  MGA Parties in opposition to the original motion:

5    • The MGA Parties' Opposition to Mattel, Inc.'s Motion Objecting to Portions
6      of Discovery Master's February 15, 2008 Order Regarding Mattel's Motion to
7      Compel Responses to Interrogatories by the MGA Parties, with Appendix 1,
8      dated March 17, 2008 (Docket Nos. 2685-1-2); and

9    • Declaration of Timothy Miller in Support of MGA Entertainments, Inc.'s
10     Opposition to Mattel, Inc.'s Motion Objecting to Portions of Discovery
11     Master's February 18, 2008 Order Regarding Mattel's Motion to Compel
12     Responses to Interrogatories by the MGA Parties dated March 17, 2008
13     (Docket No. 2685-3).

14    For the further convenience of the Court, Mattel will also lodge copies of the
15  relevant portions of papers filed in connection with Mattel's motion, which Mattel
16  hereby respectfully renews.

17                    **Statement of Rule 7-3 Compliance**

18    The parties met and conferred regarding this motion on February 26, 2008
19  and dates thereafter.

20

21  DATED:  January 20, 2009          QUINN EMANUEL URQUHART OLIVER &
22                                    HEDGES, LLP

23

24                                    By /s/ Jon Corey
                                      Jon Corey
25                                    Attorneys for Mattel, Inc.

26

27

28

07975/2766292.1

-4-
MATTEL'S RENEWED MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S 2/15/08 ORDER