UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant. | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Honorable Stephen G. Larson<br><br>ORDER RE STIPULATION RE JANUARY 26, 2009 STATUS CONFERENCE |
| AND CONSOLIDATED CASES | |

## **ORDER**

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that:

Michael Zeller, counsel for Mattel, may appear for Mattel in John Quinn's stead at the January 26, 2009 status conference.

**IT IS SO ORDERED.**

DATED January 21, 2009

*[signature]*

HON. STEPHEN G. LARSON