QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER REGARDING RENEWED MOTION FOR ISSUANCE OF LETTER OF REQUEST<br><br>Hearing Date:  March 30, 2009<br>Time:  10:00 a.m.<br>Courtroom:  1<br><br>**Phase 2**<br>Discovery Cut-off:  Not Set<br>Pre-trial Conference:  Not Set<br>Trial Date  Not Set |

07975/2772974.1

# [PROPOSED] ORDER

Based on Mattel, Inc.'s Renewed Motion for Issuance of Letter of Request; Memorandum of Points and Authorities in support thereof; and the Declaration of Jon Corey in support thereof; and for good cause shown, IT IS HEREBY ORDERED that:

The Court GRANTS Mattel's Renewed Motion for Issuance of Letter of Request: (1) to compel the oral deposition and production of documents by Janine Brisbois in her personal capacity in Ontario, Canada; and (2) to compel the oral deposition of MGA Entertainment Canada Company's person most knowledgeable and the production of documents by MGA Entertainment Canada Company in Ontario, Canada.

**IT IS SO ORDERED.**

DATED: January 26, 2009

_____
Honorable Stephen G. Larson
United States District Judge