1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2 |   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3 |   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4 |   (joncorey@quinnemnauel.com)
   865 South Figueroa Street, 10th Floor
5 | Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
6 | Facsimile:  (213) 443-3100

7 | Attorneys for Mattel, Inc.

8 | [Additional Counsel Listed On Following Page]

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11 | EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 13        Plaintiff, | Consolidated with |
| 14      vs. | Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 15  MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| 16        Defendant. | **JOINT REPORT TO DISCOVERY MASTER O'BRIEN REGARDING PENDING DISCOVERY MOTIONS** |
| 17 | |
| 18  CONSOLIDATED ACTIONS | **Phase 2:**<br>Discovery Cut-off:    Not set |
| 19 | Pre-trial Conference:  Not set<br>Trial Date:           Not set |
| 20 | |

21
22
23
24
25
26
27
28

1  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
      Thomas J. Nolan (Bar No. 066992)
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:  (213) 687-5600
4  E-mail:  tnolan@skadden.com

5  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
      Raoul D. Kennedy (Bar No. 40892)
6  Four Embarcadero Center, Suite 3800
   San Francisco, California 94111
7  Telephone:  (415) 984-6400
   Facsimile:  (415) 984-2698
8  E-mail:  rkennedy@skadden.com

9  Attorneys for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK)
   Limited, and MGAE de Mexico S.R.L. de C.V.

10 OVERLAND BORENSTEIN SCHEPER & KIM LLP
11    Mark Overland
      David Scheper
12    Alexander Cote
   One Bunker Hill
13 601 West Fifth Street, 12th Floor
   Los Angeles, California 9007
14 Telephone: (213) 613-4680
   Facsimile: (213) 613-4656
15

16 Attorneys for Gustavo Machado

17

18

19

20

21

22

23

24

25

26

27

28

07975/2769430.5

-2-

JOINT REPORT TO DISCOVERY MASTER REGARDING PENDING DISCOVERY MOTIONS

1    Pursuant to the Discovery Master's request, MGA Entertainment, Inc., MGAE
2  de Mexico, S.R.L. de C.V., Isaac Larian, Gustavo Machado and Mattel, Inc. hereby
3  submit the following joint report containing the information requested by the
4  Discovery Master:

5

6  **I.     DISCOVERY RELATED ORDERS**

7

8    Pursuant to the Discovery Master's directive, the parties have submitted with
9  this joint report a tabbed and indexed binder containing all orders and rulings by any
10  judicial officer relating to discovery.

11

12  **II.    PENDING DISCOVERY MOTIONS**

13

14    The Discovery Master has requested that the parties identify the pending
15  discovery motions and copies of the pending discovery motions. No discovery
16  motions remain pending. By order dated September 23, 2008, the Court issued an
17  order denying, without prejudice, all pending motions, including discovery motions.
18  A copy of that order is located at Tab 160 of the binder containing discovery-related
19  orders.

20

21  **III.   MOTIONS TO BE FILED WITHIN 30 DAYS OF STAY BEING**
22  **LIFTED**

23

24    **A.    Mattel's Motions**

25

26    Mattel anticipates filing the following motions on or before February 6, 2008,
27  30 days after the Court lifted the Phase 2 discovery stay:

28      1.    Renewed Motion to Compel MGA to Produce Documents

07975/2769430.5

1   2.   Renewed Motion to Enforce the Discovery Master's August 13, 2007
2        Order

3   3.   Renewed Motion for Reconsideration of Portions the Discovery
4        Master's 12/31/07 Order

5   4.   Motion to Compel MGA Entertainment, Inc. and Isaac Larian to
6        Supplement Certain Interrogatories and Requests for Production

7   5.   Motion for Additional Time to Depose Isaac Larian

8   6.   Motion for Additional Time to Depose Ron Brawer

9   7.   Motion to Overrule Objections of Third Parties IGWT 826
10       Investments, IGWT Group, Vision Capital, Omni 808 Investors,
11       OmniNet Capital, Wachovia Corp. and to Compel Production of
12       Documents

13  8.   Renewed Motion to Compel Machado to Provide Consent to
14       Production of Electronic Mail Messages by Third Parties

15

16  **B.   MGA Party's Motions**

17

18       The MGA Parties anticipate filing the following motions on or before

19  February 6, 2008, 30 days after the Court lifted the Phase 2 discovery stay:

20  1.   Motion to Quash Subpoenas to IGWT 826 Investments, LLC, IGWT
21       Group, LLC, OmiNet Capital LLC, Omni 808 Investors LLC, Vision
22       Capital LLC, Wachovia Corporation, and others.

23  2.   Renewed Motion to Compel Mattel to Produce Documents Responsive
24       to Document Request Nos. 526 and 528.

25  3.   Renewed Motion for An Order Permitting Further Deposition of
26       Richard de Anda.

27

28

-2-

1  **C.    Machado Motions**

2

3        Machado does not anticipate filing any discovery motions within 30 days

4  after the Court lifted the Phase 2 discovery stay.

5

6  **IV.    OTHER MATTERS THAT THE PARTIES WISH TO BRING TO THE**

7  **ATTENTION OF THE DISCOVERY MASTER**

8

9        The parties' practice with the prior discovery master was to submit papers,

10  including moving papers, opposition papers, reply papers, supporting declarations

11  and related evidence, and stipulations, by electronic mail to the Discovery Master's

12  case assistant.  The parties respectfully request that this same practice be followed,

13  if it is convenient to the Discovery Master.

14        Respectfully submitted.

15  Dated: January 26, 2009

16  _____

17                          Alexander Cote

                            Overland Borenstein Scheper & Kim LLP

18                          Attorneys for Gustavo Machado

19  Dated: January 26, 2009

20  _____

                            Thomas Nolan

21                          Skadden Arps Slate Meagher & Flom, LLP

22                          Attorneys For MGA Entertainment, Inc.; Isaac
                            Larian; MGA Entertainment (HK), Limited; and

23                          MGAE de Mexico S.R.L. de C.V.

24

25  Dated: January 26, 2009

26  _____

                            Jon Corey

27                          Quinn Emanuel Urquhart Oliver & Hedges, LLP
                            Attorneys for Mattel, Inc.

28

1

## PROOF OF SERVICE

2     I am employed in the County of Los Angeles, State of California. I am over

3 the age of eighteen years and not a party to the within action; my business address is

4 1301 West 2nd St. #206, Los Angeles, California 90026.

5     On January 26, 2009, I served true copies of the following documents

6 described as:

7

## SEE LIST ATTACHED

8 on the parties in this action as follows:

9 Thomas Nolan, Esq.              Mark E. Overland, Esq.
   Jason Russell, Esq.               Alexander H. Cote, Esq.
10 Skadden, Arps, Slate, Meagher & Flom    Overland Borenstein Scheper & Kim
   LLP                                LLP
11 300 South Grand Avenue          601 W. 5th St.
   Suite 3400                     12th Floor
12 Los Angeles, CA 90071           Los Angeles, CA 90017

13     [√]   **PERSONAL**: By personally delivering the document listed above to

14 the person(s) at the address(es) set forth above.

15

16     I declare that I am employed in the office of a member of the bar of this court

17 at whose direction the service was made

18     Executed on January 26, 2009, at Los Angeles, California.

19

20

21     Dave Quintana

22

23

24

25

26

27

28

1 | 1.   JOINT REPORT TO DISCOVERY MASTER O'BRIEN REGARDING
       PENDING DISCOVERY MOTIONS

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28