QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS<br><br>**PUBLIC REDACTED** | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Robert C. O'Brian pursuant to the Court's orders of December 6, 2006 and January 6, 2009]**<br><br>DECLARATION OF ZACHARY D. KRUG IN SUPPORT OF MATTEL, INC.'S RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AS CALLED FOR BY MATTEL'S FIRST SET OF RFPS NO. 48, AND THIRD SET OF RFPS NOS. 43 THROUGH 75, 87 AND 88<br><br>Date: To be set<br>Time: To be set<br>Place: To be set<br><br>**Phase 2**<br>Pre-Trial Conference: Not Set<br>Trial Date: Not Set |

# DECLARATION OF ZACHARY D. KRUG

I, Zachary D. Krug, declare as follows:

1. I am a member of the bar of the State of California and the State of New York. I am an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration in support of Mattel's Renewed Motion to Compel Documents and Things by MGA Entertainment, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Court's Scheduling Orders in Mattel v. Bryant, Case No. CV 04-09059 ("Phase 1") and MGA v. Mattel, Case No. CV 05-02727 ("Phase 2"), dated February 21, 2007.

3. Attached as Exhibit 2 is a true and correct copy of the Court's July 2, 2007 Minute Order.

4. Attached as Exhibit 3 is a true and correct copy of the Final Verdict Form as Given – Phase 1(a), dated July 17, 2008.

5. Attached as Exhibit 4 is a true and correct copy of the Court's April 25 Order re Parties' Motions for Partial Summary Judgment.

6. Attached as Exhibit 5 is a true and correct copy of relevant excerpts of the Final Jury Instructions as Given – Phase 1(a), dated July 10, 2008.

7. Attached as Exhibit 6 is a true and correct copy of the Final Verdict Form as Given – Phase 1(b), dated August 22, 2008.

8. Attached as Exhibit 7 is a true and correct copy of Mattel's Second Amended Answer and Counterclaims in Case No. 05-2727, Vol. 1, dated July 12, 2007.

9. Attached as Exhibit 8 is a true and correct copy of relevant excerpts from the Deposition Transcript of Susana Kuemmerle, dated January 28, 2008.

10. Attached as Exhibit 9 is a true and correct copy of relevant excerpts from the Deposition Transcript of Carlos Gustavo Machado, dated October 14, 2008.

11. Attached as Exhibit 10 is a true and correct copy of relevant excerpts from the Deposition Transcript of Jorge Castilla, Vol. 1, dated October 28, 2008. I have reviewed the deposition transcript of Jorge Castilla. During the course of that deposition, Mr. Castilla refuses to answer approximately 495 questions on the basis of his claimed Fifth Amendment rights.

12. Attached as Exhibit 11 is a true and correct copy of relevant excerpts from the Deposition Transcript of Peter Marlow, Vol. 2, dated June 16, 2008.

13. Attached as Exhibit 12 is a true and correct copy of relevant excerpts from the Phase 1 Trial Transcript.

14. Attached as Exhibit 13 is a true and correct copy of a July 3, 2001 fax from Victoria O'Connor to Patricia Glaser, admitted at trial as Trial Exhibit 13383.

15. Attached as Exhibit 14 is a true and correct copy of relevant excerpts from Carter Bryant's Responses to Mattel's Fifth Set of Requests for Admission, dated July 9, 2007.

16. Attached as Exhibit 15 is a true and correct copy of MGA's Certificate of Registration VA 1-218-491, submitted to the U.S. Copyright Office in connection with Bryant's Yasmin drawing, dated December 16, 2003, and admitted at trial as Trial Exhibit 511.

17. Attached as Exhibit 16 is a true and correct copy of MGA's Certificate of Registration VA 1-218-488, submitted to the U.S. Copyright Office in connection with Bryant's Sasha drawing, dated December 16, 2003, and admitted at trial as Trial Exhibit 507.

18. Attached as Exhibit 17 is a true and correct copy of MGA's Certificate of Registration VA 1-218-487, submitted to the U.S. Copyright Office in connection with Bryant's Jade drawing, dated December 16, 2003, and admitted at trial as Trial Exhibit 505.

19. Attached as Exhibit 18 is a true and correct copy of MGA's Certificate of Registration VA 1-218-490, submitted to the U.S. Copyright Office in connection with Bryant's Cloe drawing, dated December 16, 2003, and admitted at trial as Trial Exhibit 509.

20. Attached as Exhibit 19 is a true and correct copy of MGA's Certificate of Registration VA 1-218-489, submitted to the U.S. Copyright Office in connection with Bryant's Bratz Group drawing, dated December 16, 2003, and admitted at trial as Trial Exhibit 513.

21. Attached as Exhibit 20 is a true and correct copy of relevant excerpts from the Deposition Transcript of Farhad Larian, Vol. 1, dated February 4, 2008.

22. Attached as Exhibit 21 is a true and correct copy of a May 25, 2000 email from Farhad Larian to Isaac Larian, admitted at trial as Trial Exhibit 13380.

23. Attached as Exhibit 22 is a true and correct copy of Mattel's Motion to Compel Production of Documents and Things by MGA, dated January 28, 2008.

24. Attached as Exhibit 23 is a true and correct copy of Mattel's Motion to Compel MGA to Produce Communications Regarding This Action, dated February 4, 2008.

25. Attached as Exhibit 24 is a true and correct copy of the Court's February 4, 2008 Minute Order.

26. Attached as Exhibit 25 is a true and correct copy of the Discovery Master's Order Granting in Part Mattel's Motion to Compel MGA to Produce Communications Regarding This Action, dated April 14, 2008.

27. Attached as Exhibit 26 is a true and correct copy of the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents and Things by MGA, dated April 14, 2008.

28. Attached as Exhibit 27 is a true and correct copy of a list of former Mattel employees employed by MGA, admitted at trial as Trial Exhibit 664.

29. Attached as Exhibit 28 is a true and correct copy of relevant excerpts from Mattel's Supplemental Responses to MGA's First Set of Interrogatories to Mattel, dated December 7, 2007.

30. Attached as Exhibit 29 is a true and correct copy of relevant excerpts from the Deposition Transcript of Schuyler Bacon, dated September 27, 2007.

31. Attached as Exhibit 30 is a true and correct copy of a March 13, 2006 email from Ricardo Abundis to Ron Brawer, Schuyler Bacon and others regarding the recruitment of Jorge Castilla, produced by MGA and Bates-stamped MGA 1753319-21.

32. Attached as Exhibit 31 is a true and correct copy of the Discovery Master's January 25, 2007 Order Granting Mattel's Motion to Compel Production of Documents.

33. Attached as Exhibit 32 is a true and correct copy of the Discovery Master's May 15, 2007 Order Granting Mattel's Motion to Compel Production of Documents and Things.

//

//

34. Attached as Exhibit 33 is a true and correct copy of relevant excerpts from MGA's Response to Mattel's First Set of Request for Documents and Things, dated April 13, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 26, 2009, at Los Angeles, California.


/s/ Zachary Krug
Zachary Krug