1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER
3  & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000  Fax: (213) 687-5600
5

6  PATRICIA L. GLASER (Bar No. 55668)
   (pglaser@glaserweil.com)
7  GLASER WEIL FINK JACOBS & SHAPIRO LLP
   10250 Constellation Blvd 19th Floor
8  Los Angeles, CA, 90067
9  Tel.: (310) 553-3000  Fax: (310) 556-2920

10 RUSSELL J. FRACKMAN (Bar No. 49087)
11 (rjf@msk.com)
   MITCHELL SILBERBERG & KNUPP LLP
12 11377 W. Olympic Blvd
   Los Angeles, CA 90064
13 Tel.: (310) 312-2000  Fax: (310) 312-3100

14
   Attorneys for MGA ENTERTAINMENT, INC.,
15 ISAAC LARIAN, MGA ENTERTAINMENT (HK)
   LIMITED, AND MGAE de MEXICO S.R.L. de
16 C.V.

17                UNITED STATED DISTRICT COURT
18                CENTRAL DISTRICT OF CALIFORNIA
19                      EASTERN DIVISION
20

| CARTER BRYANT, an individual | ) CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | ) Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | ) Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation | ) THE MGA PARTIES' ASSOCIATION AND |
| Defendant. | ) WITHDRAWAL OF COUNSEL; and |
| AND CONSOLIDATED ACTIONS. | ) **Lodged under separate cover:** [PROPOSED] ORDER |

REQUEST FOR APPROVAL OF ASSOCIATION AND WITHDRAWAL OF COUNSEL
CASE NO. CV 04-9049 SGL (RNBx)

In light of the concerns expressed in the Court's Order dated January 12, 2009, and at the status conference held on January 26, 2009, MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V. (the "MGA Parties") respectfully submit the following revised request for association and withdrawal of counsel for the Court's approval.

1. Patricia L. Glaser of Glaser Weil Fink Jacobs & Shapiro LLP ("Glaser Weil") and Russell Frackman of Mitchell, Silberberg & Knupp LLP ("Mitchell Silberberg") are hereby associated in as the MGA Parties' attorneys of record;

2. Patricia L. Glaser of Glaser Weil is hereby designated as the MGA Parties' lead counsel for all purposes in this Action;

3. Upon completion of the Phase 1 proceedings, Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") shall have the right to withdraw as counsel of record for the MGA Parties for any further proceedings in the above-referenced Action before this Court. Such withdrawal shall become effective upon filing with the Court and service upon all parties by Skadden of a notice of withdrawal at which point Skadden shall no longer be counsel of record for the MGA Parties for any purpose in this Court. Such written notice of withdrawal shall be deemed to comply with all provisions of Local Rule 83-2.9.

DATED: January 27, 2009

By: _____
Isaac Larian
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
MGA ENTERTAINMENT (HK) LIMITED, and
MGAE de MEXICO S.R.L. de C.V.

I have given proper notice pursuant to Local Rule 83-2.9 and consent to the above association and withdrawal of counsel.

DATED: January 26, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

BY: /s/ Thomas J. Nolan
Thomas J. Nolan

I am duly admitted to practice in this District pursuant to Local Rule 83-2 and consent to the above association and withdrawal of counsel.

DATED: January __, 2009

GLASER WEIL FINK JACOBS & SHAPIRO LLP

BY: 
Patricia L. Glaser

DATED: January __, 2009

MITCHELL, SILBERBERG & KNUPP LLP

BY: 
Russell J. Frackman

I have given proper notice pursuant to Local Rule 83-2.9 and consent to the above association and withdrawal of counsel.

DATED: January __, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

BY: _____
Thomas J. Nolan

I am duly admitted to practice in this District pursuant to Local Rule 83-2 and consent to the above association and withdrawal of counsel.

DATED: January 26, 2009

GLASER WEIL FINK JACOBS & SHAPIRO LLP

BY: _____
Patricia L. Glaser

DATED: January __, 2009

MITCHELL, SILBERBERG & KNUPP LLP

BY: _____
Russell J. Frackman

1  I have given proper notice pursuant to Local Rule 83-2.9 and consent to the
2  above association and withdrawal of counsel.

3  DATED: January __, 2009

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

5  BY: _____
        Thomas J. Nolan

7  I am duly admitted to practice in this District pursuant to Local Rule 83-2 and
8  consent to the above association and withdrawal of counsel.

10 DATED: January __, 2009

        GLASER WEIL FINK JACOBS & SHAPIRO LLP

12 BY: _____
        Patricia L. Glaser

14 DATED: January 26, 2009

        MITCHELL, SILBERBERG & KNUPP LLP

16 BY: *Russell J. Frackman* (mms)
        Russell J. Frackman