THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000  Fax: (213) 687-5600

PATRICIA L. GLASER (Bar No. 55668)
(pglaser@glaserweil.com)
GLASER WEIL FINK JACOBS & SHAPIRO LLP
10250 Constellation Blvd 19th Floor
Los Angeles, CA, 90067
Tel.: (310) 553-3000  Fax: (310) 556-2920

RUSSELL J. FRACKMAN (Bar No. 49087)
(rjf@msk.com)
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd
Los Angeles, CA 90064
Tel.: (310) 312-2000  Fax: (310) 312-3100

Attorneys for MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with Case No. 04-9059 and Case No. 05-2727 <br><br> Honorable Stephen G. Larson <br><br> [PROPOSED] ORDER GRANTING ASSOCIATION AND WITHDRAWAL OF COUNSEL |

1  The request of MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V. to associate Patricia L. Glaser, Glaser Weil Fink Jacobs & Shapiro LLP, 10250 Constellation Blvd 19th Floor, Los Angeles, CA, 90067, Email: pglaser@glaserweil.com, Phone: (310) 553-3000, Fax: (310) 556-2920, State Bar Number: 055668, as attorneys of record and as lead counsel for all purposes is hereby GRANTED.

The request of MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V. to associate Russell J. Frackman, Mitchell, Silberberg & Knupp, LLP, 11377 W. Olympic Blvd, Los Angeles, CA 90064, Email: rjf@msk.com, Phone: (310) 312-2000, Fax: (310) 312-3100, State Bar Number: 49087, as attorneys of record is hereby GRANTED.

The request of MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V. to allow Skadden, Arps, Slate, Meagher & Flom, LLP to withdraw as counsel of record upon completion of the Phase 1 proceedings in the above-referenced action before this Court is hereby GRANTED.  Such withdrawal shall be effective upon filing with the Court and service upon all parties by Skadden of a notice of withdrawal at which point Skadden shall no longer be counsel of record for the MGA Parties for any purpose in this Court.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Stephen G. Larson
United States District Court Judge