UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     CV 04-09049-SGL(RNBx)                                              Date: January 26, 2009

Title:         MATTEL, INC. -v- MGA ENTERTAINMENT, INC.,
=======================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Jim Holmes | Theresa Lanza |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:

Michael T. Zeller                                                    Thomas J. Nolan and Jason Russell for MGA
Brett Dylan Proctor

Patricia L. Glaser , Joel Klevins and Russell
Frackman (Newly Retained Counsel for MGA,
Substitution pending)

Alexander H. Cote for Carlos Gustavo Machado
Gomez

PROCEEDINGS:     **STATUS CONFERENCE**
                             [Link 4671]

     A status conference was held regarding the proposed substitution of counsel.  Defendants Isaac Larian and the MGA parties clarified their proposed substitution of counsel, indicating that, if approved, Patricia L. Glaser will serve as lead counsel for Isaac Larian and the MGA parties for all purposes, and that all other counsel of record shall serve as associated counsel.

     The possibility of the proposed new lead counsel being called as a witness was discussed and the Court accepted certain representations as set forth on the record.  The Court also ordered the filing, under seal, of a proffered written waiver of potential conflicts of interest executed by Isaac Larian and the MGA parties.

     Proposed counsel will refile the proposed substitution as described above, which the Court will consider in light of the parties' arguments at the conference and their previous filings.

     **IT IS SO ORDERED.**