QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Robert C. O'Brian pursuant to the Court's orders of December 6, 2006 and January 6, 2009]**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL:<br><br>(1) RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC.<br><br>(2) DECLARATION OF ZACHARY D. KRUG<br><br>Date: To be set<br>Time: To be set<br>Place: To be set<br><br>**Phase 2**<br>Pre-Trial Conference: Not Set<br>Trial Date: Not Set |

07209/2774214.1

APPLICATION TO FILE UNDER SEAL

### Application to File Under Seal

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal: (1) an unredacted version of its Renewed Motion to Compel Production of Documents and Things by MGA Entertainment, Inc. ("MGA"); and (2) certain exhibits to the concurrently filed Declaration of Zachary D. Krug.

Mattel's motion quotes from and/or discusses, and the Krug Declaration attaches as exhibits, certain documents that the parties have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. As the materials quoted in Mattel's motion and attached as Exhibits 8, 9, 10, 11, 13, 20, 21, 23, 27, 28, 29 and 30 to the Krug Declaration consist of materials designated by the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order that the these materials be filed under seal.

In the alternative, Mattel requests that the Court declare these materials be outside the definition of "Confidential" and/or "Confidential-Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be lodged as part of the public record.

DATED: January 26, 2009     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
   Jon D. Corey
   Attorneys for Mattel, Inc.