QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| Defendant. | [To be heard by Discovery Master Robert C. O'Brian pursuant to the Court's orders of December 6, 2006 and January 6, 2009] |
| AND CONSOLIDATED ACTIONS | **PROOF OF SERVICE**<br><br>Date: To be set<br>Time: To be set<br>Place: To be set<br><br>**Phase 2**<br>Pre-Trial Conference:  Not Set<br>Trial Date:  Not Set |

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On January 26, 2009, I served true copies of the following documents described as:

### SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Thomas Nolan, Esq.<br>**SKADDEN ARPS SLATE MEAGHER & FLOM, LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | Mark E. Overland, Esq.<br>Alexander H. Cote<br>**OVERLAND BORENSTEIN SCHEPER & KIM LLP**<br>601 W. 5th Street<br>12th Floor<br>Los Angeles, CA 90017 |
| Robert C. O'Brien<br>**Discovery Master**<br>**Arent Fox LLP**<br>555 West 5th St.<br>Suite 4800<br>Los Angeles, CA 90013 | |

[√]   **[PERSONAL]** by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on January 26, 2009, at Los Angeles, California.

_David Quintana_

-2-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

| | |
|---|---|
| 1 | **DOCUMENT LIST** |
| 2 | (1) MATTEL, INC.'S NOTICE OF MOTION AND RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AS CALLED FOR BY MATTEL'S FIRST SET OF RFPS NO. 48, AND THIRD SET OF RFPS NOS. 43 THROUGH 75, 87 AND 88 |
| 5 | (2) DECLARATION OF ZACHARY D. KRUG IN SUPPORT OF MATTEL, INC.'S RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AS CALLED FOR BY MATTEL'S FIRST SET OF RFPS NO. 48, AND THIRD SET OF RFPS NOS. 43 THROUGH 75, 87 AND 88 |
| 8 | (3) MATTEL, INC.'S SEPARATE STATEMENT IN SUPPORT OF MATTEL, INC.'S RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AS CALLED FOR BY MATTEL'S FIRST SET OF RFPS NO. 48, AND THIRD SET OF RFPS NOS. 43 THROUGH 75, 87 AND 88 |