THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000  Fax: (213) 687-5600

PATRICIA L. GLASER (Bar No. 55668)
(pglaser@glaserweil.com)
GLASER WEIL FINK JACOBS & SHAPIRO LLP
10250 Constellation Blvd 19th Floor
Los Angeles, CA, 90067
Tel.: (310) 553-3000  Fax: (310) 556-2920

RUSSELL J. FRACKMAN (Bar No. 49087)
(rjf@msk.com)
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd
Los Angeles, CA 90064
Tel.: (310) 312-2000  Fax: (310) 312-3100

Attorneys for MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>        v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-09049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>ORDER GRANTING ASSOCIATION AND WITHDRAWAL OF COUNSEL<br><br>[Linking No. 4728] |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Granting Association and Withdrawal Of Counsel
Case No. CV 04-9049 SGL (RNBx)

The request of MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V. to associate Patricia L. Glaser, Glaser Weil Fink Jacobs & Shapiro LLP, 10250 Constellation Blvd 19th Floor, Los Angeles, CA, 90067, Email: pglaser@glaserweil.com, Phone: (310) 553-3000, Fax: (310) 556-2920, State Bar Number: 055668, as attorneys of record and as lead counsel for all purposes is hereby GRANTED.

The request of MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V. to associate Russell J. Frackman, Mitchell, Silberberg & Knupp, LLP, 11377 W. Olympic Blvd, Los Angeles, CA 90064, Email: rjf@msk.com, Phone: (310) 312-2000, Fax: (310) 312-3100, State Bar Number: 49087, as attorneys of record is hereby GRANTED.

The request of MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V. to allow Skadden, Arps, Slate, Meagher & Flom, LLP to withdraw as counsel of record upon completion of the Phase 1 proceedings in the above-referenced action before this Court is hereby GRANTED.  Such withdrawal shall be effective upon filing with the Court and service upon all parties by Skadden of a notice of withdrawal at which point Skadden shall no longer be counsel of record for the MGA Parties for any purpose in this Court.

IT IS SO ORDERED.

DATED   January 28, 2009

Hon. Stephen G. Larson
United States District Court Judge

# NOTICE PARTY SERVICE LIST

**Case No.** _____   **Case Title** _____

**Title of Document** _____

|   | Party |   | Party |
|---|-------|---|-------|
|   | Atty Sttlmnt Officer Panel Coordinator |   | US Attorneys Office - Civil Division -L.A. |
|   | BAP (Bankruptcy Appellate Panel) |   | US Attorneys Office - Civil Division - S.A. |
|   | Beck, Michael J (Clerk, MDL Panel) |   | US Attorneys Office - Criminal Division -L.A. |
|   | BOP (Bureau of Prisons) |   | US Attorneys Office - Criminal Division -S.A. |
|   | CA St Pub Defender (Calif. State PD) |   | US Bankruptcy Court |
|   | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |   | US Marshal Service - Los Angeles (USMLA) |
|   | Case Asgmt Admin (Case Assignment Administrator) |   | US Marshal Service - Riverside (USMED) |
|   | Catterson, Cathy (9th Circuit Court of Appeal) |   | US Marshal Service -Santa Ana (USMSA) |
|   | Chief Deputy Admin |   | US Probation Office (USPO) |
|   | Chief Deputy Ops |   | US Trustee's Office |
|   | Clerk of Court |   | Warden, San Quentin State Prison, CA |
|   | Death Penalty H/C (Law Clerks) |   |   |
|   | Dep In Chg E Div |   | ***ADD NEW NOTICE PARTY*** **(if sending by fax, mailing address must also be provided)** |
|   | Dep In Chg So Div |   |   |
|   | Federal Public Defender |   | Name: |
|   | Fiscal Section |   | Firm: |
|   | Intake Section, Criminal LA |   | Address (*include suite or floor*): |
|   | Intake Section, Criminal SA |   |   |
|   | Intake Supervisor, Civil |   | *E-mail: |
|   | PIA Clerk - Los Angeles (PIALA) |   | *Fax No.: |
|   | PIA Clerk - Riverside (PIAED) |   | * For CIVIL cases only |
|   | PIA Clerk - Santa Ana (PIASA) |   | ***JUDGE / MAGISTRATE JUDGE (list below):*** |
|   | PSA - Los Angeles (PSALA) |   |   |
|   | PSA - Riverside (PSAED) |   |   |
|   | PSA - Santa Ana (PSASA) |   |   |
|   | Schnack, Randall (CJA Supervising Attorney) |   | **Initials of Deputy Clerk** _____ |
|   | Statistics Clerk |   |   |

G-75   (03/07)                    **NOTICE PARTY SERVICE LIST**