| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | John B. Quinn (Bar No. 090378)<br>johnquinn@quinnemanuel.com |
| 3 | Michael T. Zeller (Bar No. 196417)<br>(michaelzeller@quinnemanuel.com) |
| 4 | Jon D. Corey (Bar No. 185066)<br>(joncorey@quinnemanuel.com) |
| 5 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 |
| 6 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2009
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

ORIGINAL

LODGED
2009 JAN 27 AM 11:54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To be heard by Discovery Master Robert C. O'Brian pursuant to the Court's orders of December 6, 2006 and January 6, 2009]<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL:<br><br>(1) RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC.; AND<br><br>(2) DECLARATION OF ZACHARY D. KRUG<br><br>Date: To be set<br>Time: To be set<br>Place: To be set<br><br>**Phase 2**<br>Pre-Trial Conference: Not Set<br>Trial Date: Not Set |

07209/2774214.1

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

|   |   |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |

Based on the concurrently filed Application to File Under Seal (1) Mattel, Inc.'s Renewed Motion to Compel Production of Documents and Things by MGA Entertainment, Inc., and (2) Exhibits 8, 9, 10, 11, 13, 20, 21, 23, 27, 28, 29 and 30 to the supporting Declaration of Zachary D. Krug, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Renewed Motion to Compel Production of Documents and Things by MGA Entertainment, Inc., and Exhibits 8, 9, 10, 11, 13, 20, 21, 23, 27, 28, 29 and 30 to the supporting Declaration of Zachary D. Krug are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: JAN 27 2009 , 2009    _____
Hon. Stephen G. Larson
United States District Judge

07209/2774214.1