Patricia L. Glaser, SBN 55668
Glaser, Weil, Fink, Jacobs & Shapiro LLP
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
(310) 553-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER<br>CV 04-09049 SGL (RNBx)<br><br>**NOTICE OF CHANGE OF<br>ATTORNEY INFORMATION** |

**The following information must be provided:**

I, <u>Caroline H. Mankey</u>, State Bar No. <u>187302</u>, <u>cmankey@glaserweil.com</u>
    *Name*                                        *CA Bar ID Number*                    *E-mail Address*

[ ] am counsel of record or [ ] out-of-state attorney in the above-entitled cause of action for the following party(s)

_____

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
>
> I [x] consent [ ] do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

### *SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

[ ] TO UPDATE NAME OR FIRM INFORMATION:

    [ ] I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

    Attorney Name changed to _____

    New Firm/Government Agency Name _____

    New Address _____

    New Telephone Number _____ New Facsimile Number _____

    New E-mail address _____

[x] TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX

    [ ] I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

    [x] This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF

ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____

Firm/Government Agency Name _____

Address: _____

Telephone Number _____ Facsimile Number _____

New E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **
  ☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

  ☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

  ☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

  ☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

** This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney.* At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: January 29, 2009            /s/Caroline H. Mankey
                                  *Signature of Attorney of Record / Attorney for the Firm*
                                  Caroline H. Mankey

**PLEASE NOTE:** CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.