Patricia L. Glaser, SBN 55668
Glaser, Weil, Fink, Jacobs & Shapiro LLP
10250 Constellation Blvd.
19th Floor
Los Angeles, CA  90067
(310) 553-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual <br><br> PLAINTIFF(S) <br> v. <br><br> MATTEL, INC., a Delaware Corporation <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 04-09049 SGL (RNBx) <br><br><br> **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, <u>Sophia S. Lau</u>, State Bar No. <u>222333</u>, <u>slau@glaserweil.com</u>
_____Name_____   _____CA Bar ID Number_____   _____E-mail Address_____

[ ] am counsel of record or [ ] out-of-state attorney in the above-entitled cause of action for the following party(s)

_____

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
>
> I [x] consent [ ] do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

### *SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

[ ] TO UPDATE NAME OR FIRM INFORMATION:

    [ ] I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

          PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____

New Firm/Government Agency Name _____

New Address _____

New Telephone Number _____ New Facsimile Number _____

New E-mail address _____

[x] TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX

    [ ] I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

    [x] This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF

ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____

Firm/Government Agency Name _____

Address: _____

Telephone Number _____ Facsimile Number _____

New E-mail address _____

---

☐ TO BE REMOVED FROM THE CASE: **

☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____ .

☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

** **This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

---

Date: January 29, 2009 _____          ___/s/Sophia S. Lau_____
                                            *Signature of Attorney of Record / Attorney for the Firm*
                                            Sophia S. Lau

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

---