THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
jrussell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>       v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>MGA PARTIES' NOTICE OF WITHDRAWAL OF NOTICE OF INTENT TO REDACT CERTAIN UNDER SEAL TRIAL TRANSCRIPTS DOCKETED AS NUMBERS 4688-4691 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties") hereby withdraw its January 23, 2009 Notice of Intent to Redact Certain Under Seal Trial Transcripts dated June 10, 2008 (a.m. session), July 25, 2008, August 5, 2008 (a.m. session) and the August 15, 2008 (a.m. session) (Docketed as Entry Nos. 4688-4691).

Pursuant to the Court's instructions, the MGA Parties have been advised that the above Under Seal Trial Transcripts will remain under seal. Therefore, a request to redact is not necessary.

DATED: February 2, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Thomas J. Nolan_____
Thomas J. Nolan
Attorneys for the MGA Parties