THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for The MGA Parties

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual

PLAINTIFF(S)

v.

MATTEL, INC., a Delaware corporation

DEFENDANT(S).

CASE NUMBER:
CV 04-9049 SGL (RNBx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1. MGA Parties' Notice Of Motion And Motion To Quash Receiver Subpoenas Issued By Mattel And Memorandum In Support; 2. Declaration Of Robert J. Herrington; 3. Application To File Under Seal The MGA Parties': Notice Of Motion And Motion To Quash Receiver Subpoenas Issued By Mattel And Memorandum In Support And Declaration Of Robert J. Herrington; 4. [Proposed] Order To File Under Seal; and 5. Proof of Service

**Document Description:**

☐ Administrative Record

☒ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)

☐ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required *(reason):*

February 3, 2009
Date

Thomas J. Nolan
Attorney Name

The MGA Parties
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)     NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com