Case 2:04-cv-09049-DOC-RNB   Document 4759   Filed 02/03/09   Page 1 of 2   Page ID #:147269

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000  Fax: (213) 687-5600
5
   PATRICIA L. GLASER (Bar No. 55668)
6  (pglaser@glaserweil.com)
   GLASER WEIL FINK JACOBS & SHAPIRO LLP
7  10250 Constellation Blvd 19th Floor
   Los Angeles, CA, 90067
8  Tel.: (310) 553-3000  Fax: (310) 556-2920

9  RUSSELL J. FRACKMAN (Bar No. 49087)
   (rjf@msk.com)
10 MITCHELL SILBERBERG & KNUPP LLP
   11377 W. Olympic Blvd
11 Los Angeles, CA 90064
   Tel.: (310) 312-2000  Fax: (310) 312-3100
12
   Attorneys for The MGA Parties
13
                UNITED STATES DISTRICT COURT
14
                CENTRAL DISTRICT OF CALIFORNIA
15
                       EASTERN DIVISION
16
   CARTER BRYANT, an individual,    )  CASE NO. CV 04-9049 SGL (RNBx)
17                                  )
                    Plaintiff,      )  Consolidated with Case No. 04-9059
18                                  )  and Case No. 05-2727
        v.                          )
19                                  )  APPLICATION TO FILE UNDER
   MATTEL, INC., a Delaware         )  SEAL:
20 corporation,                     )
                                    )  MGA PARTIES' REQUEST FOR
21                  Defendant.      )  CONDITIONAL BRIEFING
                                    )  SCHEDULE AND HEARING ON
22 _____      )  MATTEL'S PENDING MOTION
                                    )
23 AND CONSOLIDATED ACTIONS.        )
                                    )
24
25
26
27
28

                MGA Parties Application To File Under Seal
                  Case No. CV 04-9049 SGL (RNBx)

FILED
2009 FEB -3 PM 4:08
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

[Lodged (proposed) only]

1      Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian,
3  and MGA Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby
4  respectfully request that the Court order the following document be filed under seal:
5
6      1. MGA Parties' Request For Conditional Briefing Schedule And Hearing On
7         Mattel's Pending Motion ("Request")
8
9      Good cause exists for filing this document under seal because the Request
10 references the substance of the sealed hearing held on January 5, 2009 in the Court
11 and quotes the sealed transcript, which has been designated "CONFIDENTIAL –
12 ATTORNEYS' EYES ONLY" under the Stipulated Protective Order in this action.
13
14 DATED: February 3, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: ___/s/ Thomas J. Nolan / JKdC___
    Thomas J. Nolan
    Attorneys for The MGA Parties

---
-1-
MGA Parties Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

542258.01-Los Angeles Server 1A - MSW