1 THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
4 Los Angeles, CA 90071-3144
Tel.: (213) 687-5000  Fax: (213) 687-5600
5
6 PATRICIA L. GLASER (Bar No. 55668)
(pglaser@glaserweil.com)
7 GLASER WEIL FINK JACOBS & SHAPIRO LLP
10250 Constellation Blvd 19th Floor
8 Los Angeles, CA, 90067
Tel.: (310) 553-3000  Fax: (310) 556-2920

9 RUSSELL J. FRACKMAN (Bar No. 49087)
(rjf@msk.com)
10 MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd
11 Los Angeles, CA 90064
Tel.: (310) 312-2000  Fax: (310) 312-3100
12
Attorneys for The MGA Parties
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To be heard by Discovery Master Robert C. O'Brien]<br><br>APPLICATION TO FILE UNDER SEAL THE MGA PARTIES':<br><br>1. NOTICE OF MOTION AND MOTION TO QUASH RECEIVER SUBPOENAS ISSUED BY MATTEL AND MEMORANDUM IN SUPPORT<br><br>2. DECLARATION OF ROBERT J. HERRINGTON |

MGA Parties Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal:

1. MGA Parties' Notice Of Motion And Motion To Quash Receiver Subpoenas Issued By Mattel And Memorandum In Support ("Motion")
2. Declaration Of Robert J. Herrington ("Declaration")

Good cause exists for filing these documents under seal because certain exhibits attached to the Declaration have been designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order in this action, including an under seal transcript of court proceedings on January 5, 2009, and the Motion quotes these exhibits.

DATED: February 3, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Thomas S. Nolan by RH
Thomas J. Nolan
Attorneys for The MGA Parties

-1-
MGA Parties Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)