THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 Fax: (213) 687-5600

PATRICIA L. GLASER (Bar No. 55668)
(pglaser@glaserweil.com)
GLASER WEIL FINK JACOBS & SHAPIRO LLP
10250 Constellation Blvd 19th Floor
Los Angeles, CA, 90067
Tel.: (310) 553-3000 Fax: (310) 556-2920

RUSSELL J. FRACKMAN (Bar No. 49087)
(rjf@msk.com)
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd
Los Angeles, CA 90064
Tel.: (310) 312-2000 Fax: (310) 312-3100

Attorneys for The MGA Parties

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **February 3, 2009**, I served the foregoing documents described as:

**MGA PARTIES' REQUEST FOR CONDITIONAL BRIEFING SCHEDULE AND HEARING ON MATTEL'S PENDING MOTION**

**[PROPOSED] ORDER GRANTING MGA PARTIES' REQUEST FOR A CONDITIONAL BRIEFING SCHEDULE AND HEARING ON MATTEL'S PENDING MOTION**

**APPLICATION TO FILE UNDER SEAL THE MGA PARTIES' REQUEST FOR CONDITIONAL BRIEFING SCHEDULE AND HEARING ON MATTEL'S PENDING MOTION**

**[PROPOSED] ORDER TO FILE UNDER SEAL**

**PROOF OF SERVICE**

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

**(X)**   (BY PERSONAL SERVICE)   ☐   By personally delivering copies to the person served. (FEDERAL)

**(X)**   I caused such document to be hand delivered to the above addressees. (AS NOTED)

**(X)**   (BY US MAIL) I am readily familiar with the firms' practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices (AS NOTED).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **February 3, 2009,** in Los Angeles, California.

_Nandi Berglund_
PRINT NAME

_____
SIGNATURE

2

PROOF OF SERVICE                                                  NO. CV 04-9049 SGL (RNBx)

1

## SERVICE LIST

2

### PERSONAL SERVICE

3

4 | Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.

5 | Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor

6 | Los Angeles, CA 90017-2543

7

### BY MAIL:

8

Patricia Glaser, Esq.

9 | Joel Klevens, Esq.
Glaser, Weil, Fink, Jacobs & Shapiro, LLP

10 | 10250 Constellation Boulevard
19th Floor

11 | Los Angeles, CA 90067
(310) 553-3000

12 | (310) 556-2920 (Fax)

13 | Russell J. Frackman
Patricia H. Benson

14 | Mitchell, Silberberg & Knupp, LLP
11377 W. Olympic Blvd.

15 | Los Angeles, CA 90067
(310) 312-2000

16 | (310) 312-3100 (Fax)

17

18

19

20

21

22

23

24

25

26

27

28

3