```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  JASON D. RUSSELL (Bar No. 169219)
    (jrussell@skadden.com)
 3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
 4  Los Angeles, CA  90071-3144
    Tel.: (213) 687-5000  Fax: (213) 687-5600
 5
    PATRICIA L. GLASER (Bar No. 55668)
 6  (pglaser@glaserweil.com)
    GLASER WEIL FINK JACOBS & SHAPIRO LLP
 7  10250 Constellation Blvd 19th Floor
    Los Angeles, CA, 90067
 8  Tel.: (310) 553-3000  Fax: (310) 556-2920

 9  RUSSELL J. FRACKMAN (Bar No. 49087)
    (rjf@msk.com)
10  MITCHELL SILBERBERG & KNUPP LLP
    11377 W. Olympic Blvd
11  Los Angeles, CA 90064
    Tel.: (310) 312-2000  Fax: (310) 312-3100
12
    Attorneys for The MGA Parties
13
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**PROOF OF SERVICE** |

| PROOF OF SERVICE | NO. CV 04-9049 SGL (RNBx) |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **February 3, 2009**, I served the foregoing documents described as:

MGA Parties' Notice Of Motion And Motion To Quash Receiver Subpoenas Issued By Mattel And Memorandum In Support;

Declaration Of Robert J. Herrington In Support of MGA Parties' Motion to Quash Receiver Subpoenas Issued By Mattel;

Application To File Under Seal The MGA Parties': Notice Of Motion And Motion To Quash Receiver Subpoenas Issued By Mattel And Memorandum In Support And Declaration Of Robert J. Herrington;

[Proposed] Order To File Under Seal; and

Proof of Service

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X) (BY PERSONAL SERVICE) ☐ By personally delivering copies to the person served. (FEDERAL)

(X) I caused such document to be hand delivered to the above addressees. (AS NOTED)

(X) (BY US MAIL) I am readily familiar with the firms' practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices (AS NOTED).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **February 3, 2009**, in Los Angeles, California.

Nandi Berglund
PRINT NAME                    SIGNATURE

PROOF OF SERVICE                    NO. CV 04-9049 SGL (RNBx)

## SERVICE LIST

PERSONAL SERVICE

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543


Robert O'Brien, Esq.
ARENT FOX
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013


BY MAIL:

Patricia Glaser, Esq.
Joel Klevens, Esq.
Glaser, Weil, Fink, Jacobs & Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067
(310) 553-3000
(310) 556-2920 (Fax)


Russell J. Frackman
Patricia H. Benson
Mitchell, Silberberg & Knupp, LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90067
(310) 312-2000
(310) 312-3100 (Fax)