ORIGINAL

Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
JENNIFER A. LOPEZ (SBN 232320)
jennifer.lopez@bingham.com
600 Anton Boulevard
18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Non-party
OMNI 808 INVESTORS, LLC

FILED
2009 FEB -3 PM 2:00
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

Carter Bryant, an individual,

Plaintiff,

v.

Mattel, Inc., a Delaware Corporation,

Defendant.

AND CONSOLIDATED ACTIONS

Case No. CV 04-9049 SGL (RNBx)

**PROOF OF SERVICE**

Judge: Hon. Stephen G. Larson

# PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of Orange, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, California 92626-1924. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business. On **February 3 , 2009,** I served the attached:

**OMNI 808 INVESTORS, LLC'S *EX PARTE* APPLICATION FOR LEAVE TO INTERVENE FOR LIMITED PURPOSE AS A MATTER OF RIGHT OR, IN THE ALTERNATIVE, FOR PERMISSIVE INTERVENTION**

·· (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Costa Mesa, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

·· (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by __________ in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

X (VIA EMAIL) by transmitting via email the document(s) listed above on this date before 5:00 p.m. PST to the person(s) at the email address(es) set forth below.

**PLEASE SEE ATTACHED SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on **February 3, 2009.**

Brandy Nelson

**SERVICE LIST**

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Jon D. Corey, Esq.
865 S. Figueroa St., 10th Fl.
Los Angeles, CA 90017-2543
Tele. No. (213) 443-3000
Fax No. (213) 443-3100
Email joncorey@quinnemanuel.com

SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
Thomas Nolan, Esq.
300 S. Grand Ave., Ste. 3400
Los Angeles, CA 90071
Tele. No. (213) 687-5250
Fax No. (213) 621-5250
Email thomas.nolan@skadden.com

GLASER WEIL FINK JACOBS & SHAPIRO LLP
Patricia L. Glaser, Esq.
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Tele. No. (310) 553-3000
Fax No. (310) 556-2920
Email: pglaser@glaserweil.com

MITCHELL SILBERBERG
Russell J. Frackman, Esq.
11377 West Olympic Blvd.
Los Angeles, CA 90064
Tele: (310) 312-3119
Fax: (310) 231-8319
Email: rjf@msk.com