UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                         Date: February 3, 2009
Title:     MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
===================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

        Cindy Sasse                                        None Present
        Courtroom Deputy                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

PROCEEDINGS:   **ORDER SETTING HEARING ON EX PARTE APPLICATION TO INTERVENE**

    The Court is in receipt of the manually filed Ex Parte Application of non-party Omni 808 Investors, LLC, to Intervene For a Limited Purpose, dated February 3, 2009. Any party may file opposition thereto no later than February 5, 2009, and a reply may be filed thereafter no later than February 9, 2009. The Court will hear the matter on February 11, 2009, at 10:00 a.m.

    **IT IS SO ORDERED.**

MINUTES FORM 90                                          Initials of Deputy Clerk __cls_____
CIVIL -- GEN                              1