UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                  Date: February 4, 2009
Title:     MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
=======================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

    Cindy Sasse                                  None Present
    Courtroom Deputy                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                          None Present

PROCEEDINGS:   **ORDER SETTING HEARING ON REQUEST FOR CONDITIONAL BRIEFING SCHEDULE**

     The Court is in receipt of the manually filed Request for Conditional Briefing Schedule and Hearing on Mattel's Pending Motion filed by the MGA parties.  Any party may file a response thereto no later than February 5, 2009.  A reply may be filed thereafter no later than February 9, 2009.  The Court will hear the matter on February 11, 2009, at 10:00 a.m.

    **IT IS SO ORDERED.**

MINUTES FORM 90                                          Initials of Deputy Clerk _cls_____
CIVIL -- GEN                        1