NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700
Email: todd.gordinier@bingham.com

ATTORNEYS FOR: Non-Party Omni 808 Investors, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant, an individual, | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 04-9049 SGL (RNBx) |
| v. | |
| Mattel, Inc., a Delaware Corporation, | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Non-Party Omni 808 Investors, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                              **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Non-party Omni 808 Investors, LLC ("Omni") is a private limited liability company duly formed under the laws of the State of California. Omni's president and chief executive officer is Neil Kadisha.

Omni is the largest secured creditor of MGA Entertainment, Inc. Omni is seeking to intervene in this action for a limited purpose concerning Mattel's request to appoint a reciver at MGA and related issues concerning Omni's interests as a secured creditor.

2/4/09
Date

Sign

Todd E. Gordinier
Attorney of record for or party appearing in pro per

CV-30 (12/03)                         **NOTICE OF INTERESTED PARTIES**