JON D. COREY
QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NUMBER: CV 04-9049 SGL (RNBx) |
| PLAINTIFF(S) v. MATTEL, INC., a Delaware corporation, DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel, Inc.'s Notice of Motion and Motion to Compel Production of Documents Responsive to Third-Party Subpoenas; and Memorandum of Points and Authorities; Exhs 20,21,22,23,32,36,38,39,42,51,74,76,77,80, 82,83,84,85,86,87,88,89-96,97,98,99,106 to the Corey Declaration in Support of Mattel, Inc.'s Motion to Compel Production of Documents Responsive to Third Party Subpoenas; Application to File Under Seal and Proposed Order

**Document Description:**

- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [X] Other  Application to File Under Seal and Proposed Order; Motion to Compel

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated January 4, 2005
- [ ] Manual Filing required (*reason*):

February 4, 2009
Date

Jon D. Corey  /s/
Attorney Name

Mattel, Inc., a Delaware corporation
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)          NOTICE OF MANUAL FILING          CCD-G92