QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| Defendant. | **[To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009]** |
| AND CONSOLIDATED ACTIONS | DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD PARTY SUBPOENAS |
| **PUBLIC REDACTED** | |
| | [Mattel, Inc.'s Motion to Compel and Separate Statement filed concurrently herewith] |
| | Hearing Date:     TBD<br>Time:     TBD<br>Place:     TBD |
| | Phase 2:<br>Discovery Cut-off:     Not set<br>Pre-trial Conference:     Not set<br>Trial Date:     Not set |

07209/2782804.1

## DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1.    I am a member of the bars of the State of California and the District of Columbia, and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.    After service of the subpoenas at issue in this motion, counsel for Mattel, the MGA Parties, and counsel for IGWT Group, LLC, IGWT 826 Investments, LLC, Vision Capital, LLC, Omni 808 Investors, LLC and OmniNet Capital, LLC exchanged meet and confer letters and met via teleconference regarding the subpoenas on January 28, 2008 and thereafter.  The parties were unable to reach agreement regarding the issues raised in this motion.

3.    During the meeting and confer process, my office provided counsel for the third parties with copies of the protective order in this matter.

4.    Attached as Exhibit 1 is a true and correct copy of a January 20, 2009 letter that Robert J. Herrington, counsel for the MGA Parties, sent to me.

5.    Attached as Exhibit 2 is a true and correct copy of a January 21, 2009 response to Mr. Herrington.

6.    Attached as Exhibit 3 is a true and correct copy of a January 22, 2009 letter from Mr. Herrington to me.

7.    Attached as Exhibit 4 is a true and correct copy of my January 23, 2009 response to Mr. Herrington.

8.    Attached as Exhibit 5 is a true and correct copy of a January 29, 2009 letter that Neil A. Potischman, counsel for Wachovia Corporation, sent to me.

07209/2782804.1

DECLARATION OF JON D. COREY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS

9.      Attached as Exhibit 6 is a true and correct copy of a January 30, 2009 e-mail I sent to Todd E. Gordinier, counsel for Omni 808 Investors, LLC, OmniNet Capital, LLC and Vision Capital, LLC.

10.     Attached as Exhibit 7 is a true and correct copy of a February 2, 2009 letter I sent to Jeffrey B. Valle, counsel for IGWT Group, LLC and IGWT 826 Investments, LLC.

11.     Attached as Exhibit 8 is a true and correct copy of a February 2, 2009 e-mail Mr. Valle sent to me.

12.     Attached as Exhibit 9 is a true and correct copy of a February 2, 2009 letter I sent to Peter Villar, counsel for Omni 808 Investors, LLC, OmniNet Capital, LLC and Vision Capital, LLC.

13.     Attached as Exhibit 10 are true and correct copies of the Court's Phase 1 and Phase 2 scheduling orders, dated February 21, 2007.

14.     Attached as Exhibit 11 is a true and correct copy of the Court's July 17, 2006 Order dismissing Carter Bryant's suit for failure to state a claim.

15.     Attached as Exhibit 12 is a true and correct copy of the Court's Minute Order, dated July 2, 2007.

16.     Attached as Exhibit 13 is a true and correct copy of the Final Verdict Form as Given, dated July 17, 2008.

17.     Attached as Exhibit 14 is a true and correct copy of the Court's April 25, 2008 Order Granting in Part, Denying in Part, and Deferring in Part the Parties' Motions for Partial Summary Judgment.

18.     Attached as Exhibit 15 is a true and correct copy of the Phase 1(a) Final Jury Instructions as Given, Instruction No. 21, dated July 10, 2008.

19.     Attached as Exhibit 16 is a true and correct copy of the Phase B Verdict Form as Given, dated August 26, 2008.

20.     Attached as Exhibit 17 is a true and correct copy of the Court's Minute Order, dated December 3, 2008.

21.     Attached as Exhibit 18 is a true and correct copy of the relevant excerpts from the Trial Transcript, dated June 4, 2008.

22.     Attached as Exhibit 19 is a true and correct copy of Mattel, Inc.'s Second Amended Answer and Counterclaims, dated July 12, 2007.

23.     Attached as Exhibit 20 is a true and correct copy of the relevant excerpts from the Deposition Transcript of Susana Kuemmerle, dated January 28, 2008.

24.     Attached as Exhibit 21 is a true and correct copy of the relevant excerpts from the Deposition Transcript of Carlos Gustavo Machado Gomez, dated October 14, 2008.

25.     Attached as Exhibit 22 is a true and correct copy of the relevant excerpts from the Deposition Transcript of Jorge Castilla, dated October 22, 2008.

26.     Attached as Exhibit 23 is a true and correct copy of the relevant excerpts from the Deposition Transcript of Peter Marlow, Volume II, dated June 16, 2008.

27.     Attached as Exhibit 24 is a true and correct copy of Trial Exhibit 13383, a July 3, 2001 fax from Patty Glaser to Victoria O'Connor.

28.     Attached as Exhibit 25 is a true and correct copy of Carter Bryant's Responses to Mattel, Inc.'s Fifth Set of Requests for Admission to Carter Bryant, dated July 9, 2007.

29.     Attached as Exhibit 26 is a true and correct copy of Trial Exhibit 505.

30.     Attached as Exhibit 27 is a true and correct copy of Trial Exhibit 507.

-3-                        Case No. CV 04-9049 SGL (RNBx)

DECLARATION OF JON D. COREY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF
DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS

1          31.    Attached as Exhibit 28 is a true and correct copy of Trial Exhibit

2    511.

3          32.    Attached as Exhibit 29 is a true and correct copy of Trial Exhibit

4    509.

5          33.    Attached as Exhibit 30 is a true and correct copy of Trial Exhibit

6    513.

7          34.    Attached as Exhibit 31 is a true and correct copy of the relevant

8    excerpts from the Trial Transcript, dated July 1, 2008 (morning session).

9          35.    Attached as Exhibit 32 is a true and correct copy of the relevant

10   excerpts from the Deposition Transcript of Farhad Larian, dated February 4, 2008.

11         36.    Attached as Exhibit 33 is a true and correct copy of Trial Exhibit

12   13380, a May 25, 2000 email from Fred Larian to Isaac Larian.

13         37.    Attached as Exhibit 34 is a true and correct copy of the Court's

14   February 4, 2008 Minute Order.

15         38.    Attached as Exhibit 35 is a true and correct copy of the Court's

16   January 6, 2009 Minute Order.

17         39.    Attached as Exhibit 36 is a true and correct copy of the

18   Declaration of Brian Wing in Support of the MGA Parties' Request for a Stay, dated

19   December 11, 2008.

20         40.    Attached as Exhibit 37 is a true and correct copy of the UCC

21   Financing Statements, dated October 30, 2006, and Amendments, dated September

22   9, 2008.

23         41.    Attached as Exhibit 38 is a true and correct copy of the MGA

24   Parties Corrections to the Opposition to Mattel, Inc.'s *Ex Parte* Application for

25   Appointment of a Receiver or for Alternative Relief, dated December 31, 2008.

26

27

28

42.     Attached as Exhibit 39 is a true and correct copy of the MGA Parties' Opposition to Mattel's *Ex Parte* Application for Appointment of a Receiver, dated December 30, 2008.

43.     Attached as Exhibit 40 is a true and correct copy of Omninet Capital "Contact" (available at http://www.omninet.com/pe2.php?page=about_us&sub=contact_us), as accessed on December 28, 2009.

44.     Attached as Exhibit 41 is a true and correct copy of Omninet Capital "About Us" (available at http://www.omninet.com/pe2.php?page=about_us&sub=team_Neil_Kadisha), as accessed on December 28, 2008.

45.     Attached as Exhibit 42 is a true and correct copy of the Declaration of Brian Wing in Support of MGA's Correction to the Opposition to Mattel's *Ex Parte* Application for Receiver, with Exhibit B attached thereto.

46.     Attached as Exhibit 43 is a true and correct copy of the Statement of Decision of In re Uzyel Irrevocable Trust, No. BP 058 898 (Los Angeles Sup. Ct. October 24, 2006.

47.     Attached as Exhibit 44 is a true and correct copy of Omni 808 Investors, LLC Certificate of Status and Articles of Organization.

48.     Attached as Exhibit 45 is a true and correct copy of Vision Capital, LLC Certificate of Formation, dated August 19, 2008.

49.     Attached as Exhibit 46 is a true and correct copy of UCC Financing Statement, dated August 29, 2008.

50.     Attached as Exhibit 47 is a true and correct copy of "Offshore-Based Limited Liability Company (LLC)" by Sovereign Management & Legal, S.A. (available at www.offshore-protection.com/nevisLLC.html).

07209/2782804.1

DECLARATION OF JON D. COREY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS

51.     The Lexington Financial UCC Financing Statement, exh 46, identifies 33-35 Daws Lane, London, NW7 4SD as its address.  That is the address of a company called "Officefront," which appears to be a company that provides a virtual office--mail, fax, and phone receptionist--starting at £10 per month. Attached as Exhibit 48 is a true and correct copy of the Officefront webpage (available at <http://officefront.co.uk/>), as accessed on December 28, 2008.

52.     Attached as Exhibit 49 is a true and correct copy of a letter from Registrar Clevelan Williams, Registrar of Nevis Financial Services Department to Austin Lescott, dated December 12, 2008.

53.     Attached as Exhibit 50 is a true and correct copy of IWGT Group, LLC Registration Information (available at http://kepler.sos.ca.gov/corpdata/ShowLpllcAllList?QueryLpllcNumber=200817910004&printer=yes), as accessed on December 28, 2008.

54.     Attached as Exhibit 51 is a true and correct copy of the Declaration of Cyrus S. Naim in Support of Mattel, Inc.'s *Ex Parte* Application for Appointment of a Receiver for MGA or for Alternative Relief, without exhibits.

55.     Attached as Exhibit 52 is a true and correct copy of the Notice of Subpoena and subpoena served on IGWT, LLC, dated January 12, 2009.

56.     Attached as Exhibit 53 is a true and correct copy of the Notice of Subpoena and subpoena served on IGWT 826 Investments, LLC, dated January 12, 2009.

57.     Attached as Exhibit 54 is a true and correct copy of the Notice of Subpoena and subpoena served on Vision Capital, LLC, dated January 13, 2009.

58.     Attached as Exhibit 55 is a true and correct copy of the Notice of Subpoena and subpoena served on OmniNet Capital, LLC, dated January 9, 2009.

59.     Attached as Exhibit 56 is a true and correct copy of the Notice of Subpoena and subpoenas served on Omni 808 Investors, LLC (Beverly Hills) and Omni 808 Investors, LLC (Los Angeles) dated January 9, 2009.

60.     Attached as Exhibit 57 is a true and correct copy of the Notice of Subpoena and subpoena served on Wachovia Corporation, dated January 12, 2009.

61.     Attached as Exhibit 58 is a true and correct copy of Objections of MGA to Mattel Inc.'s Corrected Subpoena to Wachovia Corporation, dated January 28, 2009.

62.     Attached as Exhibit 59 is a true and correct copy of Objections of MGA to Mattel Inc.'s Corrected Subpoena to IGWT 826 Investments, LLC, dated January 28, 2009.

63.     Attached as Exhibit 60 is a true and correct copy of Objections of MGA to Mattel Inc.'s Corrected Subpoena to IGWT Group, LLC, dated January 28, 2009.

64.     Attached as Exhibit 61 is a true and correct copy of Objections of MGA to Mattel Inc.'s Corrected Subpoena to Omni 808 Investors, LLC, dated January 28, 2009.

65.     Attached as Exhibit 62 is a true and correct copy of Objections of MGA to Mattel Inc.'s Corrected Subpoena to OmniNet Capital, LLC, dated January 28, 2009.

66.     Attached as Exhibit 63 is a true and correct copy of Objections of MGA to Mattel Inc.'s Corrected Subpoena to Vision Capital, LLC, dated January 28, 2009.

67.     Attached as Exhibit 64 is a true and correct copy of Objections of Third Party IGWT 826 Investments, LLC to Mattel, Inc.'s Corrected Subpoena, dated January 28, 2009.

68.     Attached as Exhibit 65 is a true and correct copy of Objections of Third Party IGWT Group, LLC to Mattel, Inc.'s Corrected Subpoena, dated January 28 2009.

69.     Attached as Exhibit 66 is a true and correct copy of Non-Party Wachovia Corporation's Objections to Mattel, Inc.'s Rule 45(C)(3) Subpoena Duces Tecum Issued by the U.S. District Court for the Eastern District of Pennsylvania, dated January 28, 2009.

70.     Attached as Exhibit 67 is a true and correct copy of Non-Party Omni 808 Investors, LLC's Objections to Defendant Mattel, Inc.'s Subpoena for the Production of Documents, dated January 28, 2009.

71.     Attached as Exhibit 68 is a true and correct copy of Non-Party Vision Capital, LLC's Objections to Defendant Mattel, Inc.'s Subpoena for the Production of Documents, dated January 28, 2009.

72.     In January 2008, Larian produced spreadsheets, dated as recently as October 2007, that showed his personal net worth to be in excess of $1.9 billion, and MGA's net worth as more than $2 billion.  Attached as Exhibit 69 is a true and correct copy of Trial Exhibit 4947, Isaac and Angela Larian Net Worth as of March 14, 2006.

73.     Five months later, MGA produced "Supplemental" documents that placed Larian's net worth at $723.3 million, with MGA valued at $540.5 million -- downward revisions of nearly $1.2 billion and $1.5 billion respectively.  Attached as Exhibit 70 is a true and correct copy of relevant excerpts from the Trial Transcript, dated August 7, 2008 (afternoon session).

74.     Attached as Exhibit 71 is a true and correct copy of Trial Exhibit 13969.

75.     Attached as Exhibit 72 is a true and correct copy of Trial Exhibit 13909.

76.    Attached as Exhibit 73 is a true and correct copy of the relevant excerpts from the Trial Transcript, dated August 7, 2008 (morning session).

77.    Attached as Exhibit 74 is a true and correct copy of relevant excerpts from the Deposition Transcript of Isaac Larian, Vol. II, dated March 26, 2008.

78.    Mattel had subpoenaed information from Moss Adams related to Larian's net worth in November 2007.  MGA moved to quash the subpoena on the grounds that the subpoena was "duplicative" of documents that the MGA parties had previously produced or would produce.  Based on that representation, the Court quashed the subpoena.  Attached as Exhibit 75 is a true and correct copy of the Court's Order, dated May 7, 2008.  MGA's production, however, did not include any valuations by Moss Adams until the MGA parties produced on July 27, 2008 the Moss Adams' Valuation Analysis of MGA Entertainment, Inc. as of June 30, 2007 and Cover Letter to MGA dated October 12, 2007.

79.    Attached as Exhibit 76 is a true and correct copy of the Moss Adams' Valuation Analysis.

80.    Attached as Exhibit 77 is a true and correct copy of the relevant excerpts from the Deposition Transcript of Lisa Tonnu, Volume 2, dated September 24, 2007.

81.    Attached as Exhibit 78 is a true and correct copy of relevant excerpts from the Hearing Transcript, dated December 30, 2008.

82.    Attached as Exhibit 79 is a true and correct copy of relevant excerpts from the Trial Transcript, dated August 15, 2008 (afternoon session).

83.    Attached as Exhibit 80 is a true and correct copy of the Declaration of Isaac Larian in Support of the MGA Parties' Writ of Mandamus and Motion for Stay, dated August 7, 2008.

84.     Attached as Exhibit 81 is a true and correct copy of relevant excerpts from the Motion Hearing Transcript, dated November 10, 2008.

85.     Attached as Exhibit 82 is a true and correct copy of MGA Parties *Ex Parte* Application and Motion for Stay Pending Appeal, dated December 9, 2008.

86.     Attached as Exhibit 83 is a true and correct copy of MGA Parties' Petition for Writ of Mandamus, dated August 7, 2008.

87.     Attached as Exhibit 84 is a true and correct copy to the MGA Parties' Opposition to Mattel's Motion for Permanent Injunction.

88.     Attached as Exhibit 85 is a true and correct copy of the letter from Thomas M. Cambern, Managing Director of Wachovia Securities, to MGA, Identified by Bates Number MGA 3896745-46, dated July 21, 2008.

89.     Attached as Exhibit 86 is a true and correct copy of the letter from Thomas M. Cambern, Managing Director of Wachovia Securities, to MGA, Identified by Bates Number MGA 3896747-48, dated July 21, 2008.

90.     Attached as Exhibit 87 is a true and correct copy of the letter from Thomas M. Cambern, Managing Director of Wachovia Securities, to MGA, Identified by Bates Number MGA 3896749-50, dated July 21, 2008.

91.     Attached as Exhibit 88 is a true and correct copy of relevant excerpts from the sealed Trial Transcript, dated July 24, 2008.

92.     During discovery, MGA produced documents relating to payments made to family members of Isaac Larian.  Included in this production were W-2 statements for various family members, and financial spreadsheets showing payments made to them by MGA.  In addition, on January 17, 2008, Mattel deposed MGA's 30(b)(6) witness, Lisa Tonnu, on this topic.  Attached as Exhibits 89 - 96 hereto are exhibits 1356 – 1363 from the deposition of Lisa Tonnu, which include W-2 statements for various members of Isaac Larian's family from 1999 –

2006.  Attached as Exhibit 97 hereto is Tonnu deposition exhibit 1354, which consists of a spreadsheet of distribution payments made to or on behalf of Isaac Larian and his family members.  Attached as Exhibit 98 hereto is Tonnu deposition exhibit 1364, which consists of a spreadsheet of payments made to Isaac Larian and his family members.  Attached as Exhibit 99 is a true and correct copy of the relevant excerpts of the Deposition Transcript of Lisa Tonnu, Vol. IV, dated January 17, 2008, authenticating these exhibits.

93.     Attached as Exhibit 100 is a true and correct copy of the Court's Order, dated May 15, 2007.

94.     Attached as Exhibit 101 is a true and correct copy of IGWT 826 Investments, LLC Registration Information(available at http://kepler.sos.ca.gov/corpdata/ShowLpllcAllList?QueryLpllcNumber=200824110196&printer=yes), as accessed on February 2, 2009.

95.     Attached as Exhibit 102 is a true and correct copy of MGA Entertainment, Inc. Complaint for False Designation of Origin, Affiliation, Association or Sponsorship; Unfair Competition; Dilution; and Unjust Enrichment.

96.     Attached as Exhibit 103 is a true and correct copy of the Amended Answer and Affirmative Defenses of MGA Entertainment, dated September 19, 2007.

97.     Attached as Exhibit 104 is a true and correct copy of Isaac Larian's Amended Answer and Affirmative Defenses, dated November 8, 2007.

98.     Attached as Exhibit 105 is a true and correct copy of the Court's Order Appointing Forensic Auditor, dated January 7, 2009.

///
///
///
///

DECLARATION OF JON D. COREY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS

1

2          99.    Attached as Exhibit 106 is a true and correct copy of a July 7,

3  2008 Inventory Purchase Agreement between IGWT Group, LLC and MGA

4  Entertainment, Inc., with Schedule A Inventory attached.

5          I declare under penalty of perjury under the laws of the United States of

6  America that the foregoing is true and correct.

7          Executed on February 3, 2009, at Los Angeles, California.

8

9                                    /s/ Jon D. Corey
                                      Jon D. Corey
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2782804.1

DECLARATION OF JON D. COREY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF
DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS