# EXHIBIT 85 REMOVED

# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 86 REMOVED

# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 87 REMOVED

# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 88 REMOVED

# PURSUANT TO PROTECTIVE ORDER