# EXHIBIT 89-96 REMOVED

# PURSUANT TO PROTECTIVE ORDER