# EXHIBIT 97 REMOVED

# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 98 REMOVED

# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 99 REMOVED

# PURSUANT TO PROTECTIVE ORDER