# EXHIBIT 106 REMOVED

# PURSUANT TO PROTECTIVE ORDER

07209/2785978.1