1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2      johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
      865 South Figueroa Street, 10th Floor
5   Los Angeles, California  90017-2543
     Telephone:  (213) 443-3000
6   Facsimile:   (213) 443-3100

7   Attorneys for Mattel, Inc.

8                   UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

| | |
|---|---|
| 11  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12              Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 13        vs. | |
| 14  MATTEL, INC., a Delaware<br>corporation, | **DISCOVERY MATTER** |
| 15              Defendant. | **[To Be Heard By Discovery Master<br>Robert c. O'Brien Pursuant to Order<br>Of January 6, 2009]** |
| 16 <br> AND CONSOLIDATED ACTIONS | PROOF OF ELECTRONIC SERVICE |
| 17 | |
| 18 | Hearing Date:        TBD<br>Time:               TBD<br>Place:              TBD |
| 19 | |
| 20 | **Phase 2:**<br>Discovery Cut-off:   Not set<br>Pre-trial Conference:  Not set<br>Trial Date:          Not set |
| 21 | |

22

23

24

25

26

27

28

GI.578/2783727.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On February 3, 2009, I served true copies of the following document described as:

1.   **MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS; AND MEMORANDUM OF POINTS AND AUTHORITIES.**

2.   **MATTEL INC'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD PARTY SUBPOENAS.**

3.   **DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD PARTY SUBPOENAS.**

4.   **PROOF OF ELECTRONIC SERVICE.**

on the parties in this action as follows:

| | |
|---|---|
| Bingham McCutchen LLP<br>Todd E. Gordinier<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA  92626<br>todd.gorndinier@bingham.com | **Attorneys for Non-Party OmniNet Capital, LLC; Omni 808 Investors, LLC; and Vision Capital, LLC** |
| Valle & Associates<br>Jeffrey B. Valle<br>1911 San Vicente Blvd., Suite 324<br>Los Angeles, California 90049<br>jvalle@valleassociates.com | **Attorneys for IGWT Group, LLC and IGWT 826 Investments, LLC** |
| Skadden Arps Slate Meagher & Flom<br>Jason D. Russell<br>Robert J. Herrington<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>Jason.Russell@skadden.com<br>Robert.Herrington@skadden.com | **Attorneys for MGA Parties and I. Larian** |

Glaser Weil Fink Jacobs & Shapiro LLP
Patricia Glaser
10250 Constellation Boulevard
19th Floor
Los Angeles, CA  90067
pglaser@glaserweil.com

**Attorneys for MGA Parties and I. Larian**

Mitchell Silberberg
Russell J. Frackman
11377 West Olympic Boulevard
Los Angeles, CA  90064
rjf@msk.com

**Attorneys for MGA Parties and I. Larian**

[√]   **[E-MAIL OR ELECTRONIC SERVICE]**   Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached service list.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 3, 2009, at Los Angeles, California.

_____
Stephen Hauss

MAY 13, 2008 REVISED DISCLOSURE OF TRIAL EXHIBITS