Michael T. Zeller
QUINN EMANUEL URQUHART OLIVER & HEDGES,
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER: CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No.<br>CV 04-09059 & 05-02727<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Exhibits 3, 4, 22 and 23 of the Declaration of Michael T. Zeller In Support Of Mattel, Inc.'s Opposition To Omni 808's Ex Parte Application To Intervene; Application to File Under Seal and [Proposed] Order

**Document Description:**

- [ ] Administrative Record
- [x] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [x] Other  Application to File Under Seal and Proposed Order

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated  January 4, 2005
- [ ] Manual Filing required (*reason*):

February 5, 2009                                         Michael T. Zeller
Date                                                             Attorney Name

                                                                  Plaintiff Mattel, Inc.
                                                                  Party Represented

Note: File one Notice in each case, each time you manually file document(s).