QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S RESPONSE TO THE MGA PARTIES' REQUEST FOR CONDITIONAL BRIEFING SCHEDULE AND HEARING ON MATTEL'S PENDING MOTION FOR APPOINTMENT OF A RECEIVER**<br><br>Hearing Date: February 11, 2009<br>Time: 10:00 a.m.<br>Courtroom: 1<br><br>**Phase 1C**<br>Discovery Cut-off: Not Set<br>Pre-trial Conference: Not Set<br>Trial Date Not Set |

# DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. After the Court lifted the stay on Phase 2 discovery, I wrote a letter to Carl Roth of the Skadden Arps firm asking that the MGA Parties supplement their document production in response to certain documents requests seeking financial information and pursuant to which the Discovery Master had compelled the MGA Parties to produce financial documents. A true and correct copy of my letter to Mr. Roth is attached as Exhibit A. As of the date of this declaration, I have received no response to that letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 5, 2009, at Los Angeles, California.

                                  /s/ Jon Corey
                                  Jon Corey