**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

January 6, 2009

**VIA FACSIMILE & U.S. MAIL**

Carl A. Roth
Skadden, Arps, Slate, Meagher & Flom, LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071

Re:   Mattel v. MGA Entertainment, Inc.

Dear Carl:

In light of the Court's order of today's date vacating the Phase 2 discovery stay which was imposed months before trial, I write to request that the MGA Parties supplement their document production promptly, as required by Rule 26(e)(1), specifically in connection with the financial information in Request Nos. 207, 208 and 269 to Isaac Larian, as compelled in connection with the Discovery Master's Order dated December 31, 2007, and Request Nos. 4-37 and 40-45 in Mattel's Second Set of Requests for Production to MGA Entertainment as compelled in the Discovery Master's Order dated December 28, 2007. Mattel expects that this supplementation will include the type of financial documents that MGA and Isaac Larian belatedly produced during trial. Please confirm that the MGA parties will provide this supplemental production on or before February 1, 2009. If you have any questions regarding the foregoing, please do not hesitate to call.

Best regards,

Jon Corey

JDC:jlm

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

20481/2751688.1

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

Chronological Copy

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE: January 6, 2009    NUMBER OF PAGES, INCLUDING COVER: 2

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Carl Roth, Esq. *Skadden, Arps, Slate, Meagher & Flom LLP* | 213.687.5262 | 213.621.5262 |

FROM: Jon Corey

RE: *Mattel v. MGA Entertainment, Inc.*

MESSAGE:



FAXED
JAN 0 6 2009

07209/2266533 3

CLIENT # 7209    ROUTE/RETURN TO: **Johanna M./10th Floor**    ☒ CONFIRM FAX   ☒ INCLUDE CONF. REPORT

OPERATOR: _[signature]_    CONFIRMED? ☐ No ☐ Yes: _____

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

TX/RX NO              2155
RECIPIENT ADDRESS     9414#7209#12136215262#
DESTINATION ID
ST. TIME              01/06 18:12
TIME USE              00'36
PAGES SENT            2
RESULT                OK

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:** January 6, 2009

**NUMBER OF PAGES, INCLUDING COVER:** 2

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Carl Roth, Esq.  *Skadden, Arps, Slate, Meagher & Flom LLP* | 213.687.5262 | 213.621.5262 |

**FROM:** Jon Corey

**RE:** *Mattel v. MGA Entertainment, Inc.*

**MESSAGE:**