# EXHIBIT 1

# State of California
## Secretary of State

### CERTIFICATE OF STATUS

**ENTITY NAME:** OMNI 808 INVESTORS LLC

**FILE NUMBER:** 200822610026
**FORMATION DATE:** 08/12/2008
**TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**JURISDICTION:** CALIFORNIA
**STATUS:** ACTIVE (GOOD STANDING)

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

The records of this office indicate the entity is authorized to exercise all of its powers, rights and privileges in the State of California.

No information is available from this office regarding the financial condition, business activities or practices of the entity.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of December 13, 2008.

*Debra Bowen*

**DEBRA BOWEN**
**Secretary of State**

NP-25 (REV 1/2007)

MMS
OSP 08 89731

**EXHIBIT** _____ 1 _____

**PAGE** _____ 11 _____

## State of California
### Secretary of State



I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of _____ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of

DEC 1 3 2008

**DEBRA BOWEN**
Secretary of State

Sec/State Form CE 108 (REV 1/2007)

**EXHIBIT** _____ 1

**PAGE** _____ 12

OSP 06 99733

200822610026

| LLC-1 | File # |
| --- | --- |



# State of California
## Secretary of State

**FILED**
In the office of the Secretary of State
of the State of California

AUG 1 2 2008

# LIMITED LIABILITY COMPANY
# ARTICLES OF ORGANIZATION

A $70.00 filing fee must accompany this form.

**IMPORTANT – Read instructions before completing this form.**

This Space For Filing Use Only

**ENTITY NAME** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

   OMNI 808 Investors LLC

**PURPOSE** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and item 3 must be completed (leave item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

   Corporation Service Company which will do business in California as CSC-Lawyers Incorporating Service

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA     CITY          STATE     ZIP CODE

                                                                                                           CA

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

   ☐ ONE MANAGER

   ☑ MORE THAN ONE MANAGER

   ☐ ALL LIMITED LIABILITY COMPANY MEMBER(S)

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

   August 12, 2008
   DATE                                    SIGNATURE OF ORGANIZER

                                           Tricia A. Church
                                           TYPE OR PRINT NAME OF ORGANIZER

LLC-1 (REV 04/2007)                                      APPROVED BY SECRETARY OF STATE

EXHIBIT _____1_____

PAGE _____13_____

# EXHIBIT 2

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "VISION CAPITAL, LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE NINETEENTH DAY OF AUGUST, A.D. 2008, AT 12:36 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "VISION CAPITAL, LLC".

4589295  8100H

081207227

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 7032931

DATE: 12-17-08

EXHIBIT _____ 2 _____

PAGE _____ 14 _____

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:41 PM 08/19/2008
FILED 12:36 PM 08/19/2008
SRV 080883130 - 4589295 FILE

## CERTIFICATE OF FORMATION

### OF

### VISION CAPITAL, LLC

This Certificate of Formation of VISION CAPITAL, LLC the ("Company"), is being executed by the undersigned for the purpose of forming a limited liability company pursuant to the Delaware Limited Liability Company Act.

1. The name of the Company is VISION CAPITAL, LLC.

2. The address of the registered office of the Company in Delaware is 800 Delaware Avenue, City of Wilmington, New Castle County, 19801. The Company's registered agent at that address is Delaware Corporations LLC.

IN WITNESS WHEREOF, the undersigned, an authorized person, has caused this Certificate of Formation to be duly executed as of the 19th day of August, 2008.

DELAWARE CORPORATIONS LLC,
Authorized Person

By:   _____

Robin G. Brooks, Vice President

EXHIBIT ___2___

PAGE ___15___

# EXHIBIT 3

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

# EXHIBIT 4

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

# EXHIBIT 5

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
FRED MASHIAN
3102747001

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
FRED MASHIAN
9255 SUNSET BOULEVARD
SUITE 630
LOS ANGELES, CA 90069
USA

DOCUMENT NUMBER: 1823093002
FILING NUMBER: 05-7170410100
FILING DATE: 09/26/2005 14:33
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** VISION CAPITAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY | | | | |
| OR **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | | **MIDDLE NAME** | **SUFFIX** |
| **1c. MAILING ADDRESS** 1525 SOUTH BROADWAY | **CITY** LOS ANGELES | **STATE** CA | **POSTAL CODE** 90015 | **COUNTRY** USA |
| **1d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **1e. TYPE OF ORGANIZATION** LLC | **1f. JURISDICTION OF ORGANIZATION** DE | **1g. ORGANIZATIONAL ID#, if any** 4589295 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | | |
| OR **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | | **MIDDLE NAME** | **SUFFIX** |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| **2d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID#, if any** ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME** LEXINGTON FINANCIAL LIMITED, A NEVIS COMPANY | | | | |
| OR **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
| **3c. MAILING ADDRESS** 33-35 DAWS LANE | **CITY** LONDON | **STATE** | **POSTAL CODE** NW7 4SD | **COUNTRY** UK |

**4. This FINANCING STATEMENT covers the following collateral:**
ALL OF DEBTOR'S RIGHT, TITLE AND INTEREST IN MEMBERSHIP INTERESTS OF OMNI 808 INVESTORS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,
SECRETARY OF STATE FILING #200511610026.

**5. ALT DESIGNATION: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING**

**6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS**
Attach Addendum [if applicable]

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)**
[ADDITIONAL FEE]   [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

EXHIBIT ___5___

PAGE ___36___

# EXHIBIT 6

Stewart
0104061Z

WHEN RECORDED MAIL TO:
NEMAN BROTHERS & ASSOCIATES
ATTN: LEON NEMAN
1625 South Broadway
Los Angeles, Ca. 90015
MAIL TAX STATEMENTS TO:
SAME AS ABOVE .

**95 2036219**

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

12:21 PM   DEC 22 1995

FEE $10    C
SSL 466    2

DOCUMENTARY TRANSFER TAX
IS NOT OF PUBLIC RECORD

APN.# 5135-004-900

**STATE OF CALIFORNIA**

**QUITCLAIM DEED**

TRANSFER TAX
NOT A PUBLIC RECORD

3

Pursuant to the provisions of Chapter 1036, of the Statutes of 1989, the STATE OF CALIFORNIA through its duly appointed, qualified, and acting Director of General Services, hereby quitclaims to the NEMAN BROTHERS & ASSOCIATES INC., a California Corporation, all right, title, and interest in and to the following described real property in the County of Los Angeles, State of California:

As shown on the attached Exhibit "A", consisting of one (1) page, and by this reference made a part hereof.

EXCEPTING AND RESERVING to the State of California all mineral deposits, as defined in Section 6407 of the Public Resources Code, below a depth of 500 feet, without surface rights of entry.

IN WITNESS WHEREOF, the State has caused this Quitclaim Deed to be executed this
13th day of _____July_____, 1995

STATE OF CALIFORNIA
DEPARTMENT OF GENERAL SERVICES
PETER G. STAMISON, DIRECTOR

APPROVED:
STATE PUBLIC WORKS BOARD

By: _____
LEO F. BRADY
Assistant Administrative Secretary

By _____
PHILLIP J. SALAMY
Assistant Chief
Office of Real Estate
and Design Services

EXHIBIT _____6_____

SSL-466qcd

PAGE _____37_____

STATE OF CALIFORNIA

COUNTY OF ___SACRAMENTO_____ } ss.

On __July 13_____,1995, before me, _Barbra D. Smith_____ personally

appeared __Phillip J. Salamy, Assistant Chief, Office of Real Estate and Design Services_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Barbra D Smith
Comm #1002208
NOTARY PUBLIC. CALIFORNIA
SACRAMENTO COUNTY
Comm Expires Aug 22 1997

_Barbra D Smith_____
NOTARY PUBLIC IN AND FOR THE STATE OF CALIFORNIA

95 2036219

EXHIBIT _____6_____

PAGE _____38____

*3*

## EXHIBIT "A"

LOTS 13 THROUGH 24, BLOCK "B" OF THE MORRIS VINEYARD SUBDIVISION, IN THE CITY OF LOS ANGELES, BOOK 3, PAGE 38 AND 39 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THAT PORTION OF SAID LOT 13 LYING EASTERLY OF A STRAIGHT LINE DRAWN FROM A POINT IN THE NORTHEASTERLY LINE OF SAID LOT, DISTANT NORTHWESTERLY THEREON 25.23 FEET FROM THE NORTHEASTERLY CORNER OF SAID LOT TO A POINT IN THE SOUTHWESTERLY LINE OF SAID LOT, DISTANT NORTHWESTERLY THEREON 25.27 FEET FROM THE SOUTHEASTERLY CORNER OF SAID LOT.

ALSO EXCEPT THEREFROM THAT PORTION OF LOT 14 LYING SOUTHEASTERLY OF A STRAIGHT LINE DRAWN FROM A POINT IN THE NORTHEASTERLY LINE OF SAID LOT, DISTANT NORTHWESTERLY THEREON 24.90 FEET FROM THE NORTHEASTERLY CORNER OF SAID LOT 14 TO A POINT IN THE SOUTHWESTERLY LINE OF SAID LOT, DISTANT NORTHWESTERLY THEREON, 25.23 FEET FROM THE SOUTHEASTERLY CORNER OF SAID LOT.

95 2036219

EXHIBIT ___6___

PAGE ___39___



This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

JAN 21 2009

Dean C. Logan   REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

EXHIBIT _____ 6 _____

PAGE _____ 40 _____

# EXHIBIT 7





CERTIFIED COPY

This is to certify that this is a true copy of
CRT PRINTOUT
as it was shown on JAN. 16, 20 09.
Assessor, Los Angeles County
By

```
TYPE= LD  ASSR ID NO= 5133 004 001    SBN NO =
                        FILE NO= 54  UPDATE= 01/11/09   DATE= 01/16/09
ASSR ID NO              VC   REC DT   TRF PRICE # DOC NO  OC1 OC2 DT  INT   DRC
5133 004 001 0  CURRENT: K 951222-50  3300000 1 2036219  3   5   Y 00%-0  C
                SALE  1:   670245-50                              00%-0
                SALE  2:
REG  CC   USE
23 23820 3330
  PARCEL STATUS    TS   TY   SCP  TRA  HOX KEY HOX HOX AMT CLAIM TYPE   REX AMOUNT
ACTIVE              0         13264                     INACTIVE
NAME                                                            PCL CRT DT
NEMAN BROTHERS AND ASSOC INC                                   1951222

SPECIAL NAME: NO SPECIAL NAME ON FILE                          PCL DEL DT
SITUS ADDRESS
 1525    S BROADWAY                        LOS ANGELES CA
MAIL ADDRESS                               90015 3030

.. L E G A L   D E S C R I P T I O N ...
MORRIS VINEYARD SUB LOTS 15 THRU 22 AND    NUMBER OF
EX OF ST LOTS 13,14,23 AND 24 BLK B        LEGAL DESCRIPTION LINES   2

  PF1 = INQ SEL;   6 = NEWS;   9 = ACCUM TXN;   10 = MENU;   11 = EXIT
```

EXHIBIT 7
PAGE 41

# EXHIBIT 8

Westlaw.

**BUSINESS TRACKER RECORD**

Completed Analysis Date:03/25/2008
Database Last Updated:12-04-2008
Current Date:01/13/2009
Source:Copyright (c) 2009 by Dun & Bradstreet, Inc.
  **BUSINESS INFORMATION**

Business Name:NEMAN BROTHERS & ASSOC., INC.
Business Address:1525 S BROADWAY
LOS ANGELES, CA 90015-3030
County:LOS ANGELES
Country:USA
Region:NORTH AMERICA
Business Phone:0001-213-765-0100
DUN'S No.:05-361-2065
  **BUSINESS DESCRIPTION**

Related Name(s):NEMAN BROTHERS
SIC Code:5131 WHOL PIECE GOODS/NOTIONS
  **EXECUTIVE INFORMATION**

Executive Name:**LEON NEMAN**, PRESIDENT
Executive Name:**JOHN NEMAN**, TREASURER
Executive Name:**YOEL NEMAN**, VICE-PRESIDENT
Executive Name:**MARCY GONZALEZ**, ASSISTANT SECRETARY

**END OF DOCUMENT**

EXHIBIT _____ 8 _____

PAGE _____ 42 _____

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# EXHIBIT 9

California Business Search

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of JAN 30, 2009 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
| --- | --- | --- |
| NEMAN BROTHERS & ASSOC., INC. | | |
| **Number:** C1043299 | **Date Filed:** 5/5/1981 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 1525 S BROADWAY 4TH FLOOR | | |
| LOS ANGELES, CA 90015 | | |
| **Agent for Service of Process** | | |
| LEON NEMAN | | |
| 1525 S BROADWAY ST | | |
| LOS ANGELES, CA 90015 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

EXHIBIT ___9___

PAGE ___43___

# EXHIBIT 10

Office Front - Virtual Office, Call Handling, Call Answering, Virtual Receptionist & Mai...   Page 1 of 2



**HOME**
**OUR SERVICES**
**WHO CAN BENEFIT**
**WHY USE US?**
**OUR PRICES**
**OBTAIN A QUÓTE**
**ORDER ONLINE**
**CASE STUDIES**
**ARTICLES**
**NEWS**
**TESTIMONIALS**
**POST & FAX SERVICE**
**F.A.Q**
**HEAR OUR OPERATORS**
**PARTNERS**

Subscribe to our
Newsletter

Become an
Affiliate

Write articles for
Officefront

Become a
Referral Agent

Home

## A TOTAL VIRTUAL OFFICE OR TELEPHONE ANSWERING SERVICE

IDEAL FOR SOLE TRADERS/PROFESSIONALS, MEDIUM/LARGE COMPANIES FO
COMPANIES WISHING A UK PRESENCE

IMAGE - TIME - EFFICIENCY ...we do more for you than just answer phones

NO GIMMICKS - NO HIDDEN CHARGES - NO SETUP FEE - NO REGISTRATION TO GET A QUO

JUST AN EASY TO UNDERSTAND AND FULLY TRANSPARENT SERVICE THAT DELIVERS EVEI

TELEPHONE LINES - LOW COST INTERNATIONAL CALLS - INTERNATIONAL TELEPHONE NUMBERS - FAX TO EMAIL

**SMALL/MEDIUM SIZE BUSINESS?**

- Superb IMAGE for your company
- We ANSWER your inbound calls
- Your clients talk to a REAL receptionist!
- Friendly, PROFESSIONAL manner
- LOW, clear pricing
- Bespoke FLEXIBLE service

**LARGER BUSINESS?**

- Up to 70% direct cost savings over direct employment
- Redirect your staff to revenue generation
- Comprehensive switchboard facilities
- Friendly, Professional manner
- No need for Holiday/Sick Cover/Cost
- No HR Cost

**Excellent Value**
Services from as little as £10 per month + CALLS
You can be operational TODAY or order for later activation
Present a professional image to your clients

### Call NOW for a NO OBLIGATION quote
### FREEFONE ..08000 19 15 39

**OUR CREDIT-CRUN
BUSTER**
SPECIAL OFFERS & DISC
TO HELP WITH CURR
ECONOMIC SITUATI
LET'S WORK TOGETHER
THROUGH IT



office*front*

Thanks for
calling

How May I
Help You?

Carter Backer Winter


JORDANS

EXHIBIT _____ 10
PAGE _____ 44

Office Front - Virtual Office, Call Handling, Call Answering, Virtual Receptionist & Mai...   Page 2 of 2

---

OfficeFront Ltd | 33-35 Daws Lane | London NW7 4SD
Tel +44 20 8906 6666 | Fax +44 20 8906 6611 | Email sales@officefront.co.uk
Copyright © 2008 Officefront Limited. Registered in England & Wales Company number 04752787.

Sitemap

EXHIBIT _____ 10 _____

PAGE _____ 45 _____

12/28/2008

# EXHIBIT 11

SM&L | Nevis LLC

Page 1 of 3



 

**17 December, 2008**

- En Español
- Home
- About Us
- Why Offshore?
- Contact Us
- Fee Schedule
- Order Online
- Why Panama?
- Panama as a Tax Haven
- Panama Foundation
- Panama Corporation
- Corporation / Foundation Combined
- Panama Charitable Foundation
- Panama Real Estate
- Real Estate Title / Escrow Services
- Offshore Banking
- Why Belize?
- Belize IBC
- Costa Rica Corporation
- Why Nevis?
- Nevis IBC
- Nevis LLC
- Why Seychelles?
- Seychelles IBC
- Offshore Trust
- Management Services
- International Fiduciary Structure
- Account Signatory Services
- Offshore Debit Card
- E-Commerce Solutions
- Offshore Web Hosting
- Internet Banking Software
- Offshore Bank Formations
- Swedish Credit Union
- NZ Offshore Finance Co.
- Uruguay SAFE
- Panama Financial Company
- Captive Insurance
- Offshore FAQ's
- Mail Forwarding
- Virtual Office Services
- Re-Invoicing Services
- Relocation Services
- Panama Immigration/ Panama Passport
- Ship / Yacht Registration Services
- Investments
- Reseller Program
- Panama Links



## OFFSHORE-BASED LIMITED LIABILITY COMPANY (LLC)



DEFINITION: If your primary goal is not legal tax efficiency but simply access to a low cost way of sheltering assets and providing privacy, a standalone Nevis Limited Liability Company may be ideal. A Limited Liability Company (or LLC) is a form of company or corporation that enjoys some distinctions from "normal" companies. At the most simple level, think of an LLC as a sleek cross between a company and a partnership, with all of the benefits of both.

The general advantages of LLCs are enhanced by the jurisdictional advantage of Nevis, the first offshore financial centre anywhere to enact a Limited Liability Ordinance.

**EXCELLENT PRIVACY:**

- Since the beneficial owners and/or managers are not registered anywhere an LLC provides complete anonymity.
- Nevis has strict privacy oriented laws that forbid any registering, recording, or disclosure of directors and shareholders of exempt companies incorporated there. This means that no annual or other reports by members need to be filed in the public records of Nevis; therefore, there is complete anonymity and their identities are not accessible by any outside party.
- The company's records may be located anywhere in the world

**EXCELLENT ASSET PROTECTION FEATURES:**

- A Nevis LLC enables you to protect your assets and funds from government agencies, creditors, and lawsuits.
- As an owner, you are not exposed to personal liability.
- As an owner, you can participate in management without becoming personally liable for the company's debts.
- A Nevis LLC is particularly advantageous for asset protection purposes since there are no shares that can be attached by a court of law.
- Members are not liable for obligations of the company.

OTHER LLC BENEFITS: LLCs provide these additional advantages:

- LLCs provide a mechanism by which managers can limit the authority of non-managing members.
- LLCs have no limitation on the number of members
- There are no limitations on ownership of an LLC.
- No corporate tax, income tax, withholding tax, stamp tax, asset tax, exchange controls or other fees or taxes are levied in Nevis on assets or income originating outside of Nevis.
- Members of Nevis LLCs may be individuals or business entities of any nationality or domicile.
- Nevis LLCs may amend their Articles of Organisation, merge, or consolidate with other domestic or

EXHIBIT ___11___

PAGE ___46___

SM&L | Nevis LLC



PAN AMCHAM
**Proud Member**

foreign LLCs or other business entities.
- Members of Nevis LLCs may assign their interests to other parties unless restricted otherwise.
- Nevis permits sole member LLCs.
- Management of LLCs may be accomplished by the members or by managers designated by the members.
- Nevis LLCs face no stock limitations and can issue preferred interests analogous to preferred stock of corporations.
- A Nevis LLC is an excellent vehicle if used by a group of investors for a joint venture investment. In this respect it functions as if it were a Limited Partnership, but with all the added features and advantages mentioned above of an LLC that Limited Partnerships for the most part do not have.
- A Nevis LLC can be set up within 24 hours and has low initial cost and low annual fees.

**Deeper Understanding on the efficacy of LLC's**

**LLC vs. a "Normal" Corporation:**

The primary distinction between an LLC and a "normal" company such as a "C" corporation (USA) or a PLC (United Kingdom), is that the LLC is a tax-neutral vehicle because it is taxed as a partnership, rather than as a corporation. Thus, using an LLC eliminates tax at the corporate level. In this regard, it is somewhat like a U.S. "S" corporation or a German GmbH but without all the restrictions and disadvantages. So if the LLC itself has no tax payment obligation - then who does? The obligation for any taxes that would otherwise be owed by the LLC bypasses the LLC itself and attaches directly to the members of the LLC. Members are to LLCs what shareholders are to normal companies. Other companies, as well as individuals and trusts, can be members of an LLC. There are no limits on the number of members or the classes of members that an LLC may have. The important thing to remember is that each member is responsible for his, her or its own pro-rata part of any overall tax obligation of the LLC and that the LLC itself has no tax obligations.

**LLC as Trust Alternative:**

Because of the flexibility available in LLC management structuring and because of the favorable way in which the laws of Nevis are drafted, LLCs can also be used as alternatives to a trust. The manager of the LLC is akin to the trustee of a trust and the members are akin to the beneficiaries of a trust. Sovereign Management & Legal can act as a manager of an LLC on behalf of a client who desires to take advantage of our corporate management services. Substituting an LLC for a trust can change the reporting requirements of taxpayers in onshore jurisdictions. Many providers have abandoned the trust as an offshore planning vehicle because trusts have become a target on onshore legislation and unfavourable court decisions (especially in the U.S.). Hence many are instead recommending either an LLC or a Foundation depending on what the client requirements are. The income or capital gain of an LLC is not reportable as trust income or gain or as corporate income or gain but is treated as personal income or gain.

**Multi-National Joint Ventures:**

LLCs are excellent vehicles for structuring joint venture arrangements between project participants from different countries. This is so because the venture can enjoy all of the benefits of incorporation, but each member is liable for his own taxation in his own country. Moreover, the membership flexibility allows different joint ventures to have different levels of ownership and reward based upon the value that each constituent member brings to the project. The only drawback is that prior to forming LLCs for multi-national joint ventures, the parties must check to see that this hybrid entity is granted the requisite corporate and pass through (partnership) status in the jurisdictions in which the joint ventures are located. Advice from a local onshore lawyer should be sought.

**Tax Free:**

All LLCs are free from all forms of Nevisian taxation. There are no Nevisian taxes on dividends, income, capital distribution, or wages whatsoever. Moreover, unlike many onshore jurisdictions, Nevis does not tax an LLC for accumulated (but undistributed) earnings

EXHIBIT ___11___

PAGE ___47___

12/17/2008

SM&L | Nevis LLC

**Privacy:**

All of the affairs of the LLC are private and cannot be disclosed except under truly exceptional circumstances such as links to International terrorism. The only document that needs to be filed with the government is the annual corporate license and this contains minimal information. There is no annual report or annual financial return that needs to be made to the government. There is no public inspection of your LLCs' records. Confidentiality is further enhanced if the LLC appoints our company as manager and we perform the minimal corporate duties required under Nevisian law.

**Enhanced Confidentiality:**

Nevisian LLC laws contain many requirements related to confidentiality including strict financial secrecy laws. Strict legal requirements, known as fiduciary duties, would also govern Sovereign Manager Services behavior as a manager of an LLC. These fiduciary duties are imposed on managers by both the equivalent of the LLCs bylaws and by the proper law of the LLC (usually the law of the country where the manager is located, i.e. Panama). Many of these fiduciary requirements relate to secrecy and accounting obligations by which the manager must abide. Nevisian LLC and Panamanian law prevent our company from discussing your LLC business with anyone you have not instructed us to talk to.

Other governments' agencies such as the Internal Revenue Service in the United States, Revenue Canada, or the Inland Revenue in the United Kingdom cannot force us to discuss your business with them unless they obtain a court order against you or us or both ordering us to make disclosure. But a court order from their respective jurisdiction is useless in Nevis or Panama. In accordance with strong Nevisian law, a judgement from outside of Nevis will not be recognised by Nevisian courts. This means an onshore judgement creditor who won a lawsuit against you or your LLC in, for example, the U.S. or Germany cannot take that U.S. or German judgement and require a Nevisian court to enforce it.

In addition to not recognizing the judgements of other countries, Nevisian law and Nevisian courts do not favor the granting of court orders against LLCs except under truly exceptional circumstances. Nevisian law favors upholding the independence and application of its own law over the enforcement of foreign, onshore laws.

To view pricing, the components of our special offshore packages and to order click here.

Top

Home | About Us | Why Offshore? | Contact Us | Fee Schedule | Order Online | Why Panama?
Panama as a Tax Haven | Panama Foundation | Panama Corporation | Panama Charitable Foundation
Panama Real Estate | Why Belize? | Belize IBC | Belize LLP | Belize PCC | Costa Rica Corporation
Why Nevis? | Nevis LLC | Nevis IBC | Why Seychelles? | Seychelles IBC | Offshore Trust | IBC/Foundation Combined
Offshore Banking | Management Services | Account Signatory Services | Re-Invoicing Services
E-Commerce Solutions | Offshore Debit Card | Offshore Web Hosting | Offshore Bank Formations | Swedish Credit Union
NZ Offshore Finance Company | Uruguay SAFI | Panama Financial Company | Internet Banking Software
Captive Insurance | Offshore FAQ's | Mail Forwarding | Virtual Office Services
Ship / Yacht Registration Services | Relocation Services in Panama | Panama Passport Programs
Investments | Reseller Program | Panama Links | Sitemap

For optimal viewing and navigation, please enable javascript.

EXHIBIT _____ 11
PAGE _____ 48

# EXHIBIT 12

Westlaw.

CA200223210150                                                                    Page 1

CA200223210150

## CORPORATE RECORDS & BUSINESS REGISTRATIONS

| | |
|---|---|
| This Record Last Updated: | 09/03/2008 |
| Database Last Updated: | 01-06-2009 |
| Update Frequency: | WEEKLY |
| Current Date: | 01/12/2009 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

### COMPANY INFORMATION

| | |
|---|---|
| Name: | NEMAN PROPERTIES, LLC |
| Address: | 4519 S. EVERETT AVE |
| | VERNON, CA 90058 |

### FILING INFORMATION

| | |
|---|---|
| Identification Number: | 200223210150 |
| Filing Date: | 08/16/2002 |
| State of Incorporation: | CALIFORNIA |
| Status: | ACTIVE |
| Business Type: | LIMITED LIABILITY COMPANY |
| LLC Business Type: | INVESTMENTS |
| LLC Management: | MORE THAN ONE MANAGER |
| Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION |
| | 1500-11TH STREET |
| | SACRAMENTO, CA 95814 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | FRED F. MASHIAN |
| Address: | 2001 WILSHIRE BLVD. SUITE 505 |

EXHIBIT _____ 12

PAGE _____ 49
© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

SANTA MONICA, CA 90403-5640

## PRINCIPAL INFORMATION

Name:                        KOUROSH NEMAN
Address:                     4519 SOUTH EVERETT AVENUE
                             VERNON, CA 90058


Name:                        KEYVAN NEMAN
Address:                     4519 SOUTH EVERETT AVENUE
                             VERNON, CA 90058


Name:                        KIARASH NEMAN
Address:                     4519 SOUTH EVERETT AVENUE
                             VERNON, CA 90058


Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFI-
CIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

EXHIBIT _____ 12 _____

PAGE _____ 50 _____

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Westlaw.

CA200811010055                                                    Page 1

CA200811010055

## CORPORATE RECORDS & BUSINESS REGISTRATIONS

| | |
|---|---|
| This Record Last Updated: | 07/15/2008 |
| Database Last Updated: | 01-06-2009 |
| Update Frequency: | WEEKLY |
| Current Date: | 01/12/2009 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFI-CIAL SOURCE |

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED
THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

### COMPANY INFORMATION

| | |
|---|---|
| Name: | 85 HARVEST MOON, LLC |
| Address: | 3470 WILSHIRE BLVD STE 1020 |
| | LOS ANGELES, CA 90010 |

### FILING INFORMATION

| | |
|---|---|
| Identification Number: | 200811010055 |
| Filing Date: | 04/18/2008 |
| State of Incorporation: | CALIFORNIA |
| Status: | ACTIVE |
| Business Type: | LIMITED LIABILITY COMPANY |
| LLC Business Type: | INVESTMENTS |
| LLC Management: | MORE THAN ONE MANAGER |
| Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION |
| | 1500-11TH STREET |
| | SACRAMENTO, CA 95814 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | **FRED F MASHIAN** |
| Address: | 9255 SUNSET BLVD STE 630 |
| | LOS ANGELES, CA 90069 |

### PRINCIPAL INFORMATION

| | |
|---|---|
| Name: | AARON RIVANI |

EXHIBIT ____12____

PAGE ____51____

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Address:                    3470 WILSHIRE BLVD STE 1020
                           LOS ANGELES, CA 90010

Name:                       LEON NEMAN
Address:                    1525 S BROADWAY
                           LOS ANGELES, CA 90015

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFI-
CIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

EXHIBIT _____ 12 _____

PAGE _____ 52 _____

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Westlaw.

CA200109900015                                                                    Page 1

CA200109900015

## CORPORATE RECORDS & BUSINESS REGISTRATIONS

| | |
|---|---|
| This Record Last Updated: | 11/20/2007 |
| Database Last Updated: | 01-06-2009 |
| Update Frequency: | WEEKLY |
| Current Date: | 01/12/2009 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

### COMPANY INFORMATION

| | |
|---|---|
| Name: | IMPERIAL REAL ESTATE HOLDINGS L.P. |
| Address: | 1525 S. BROADWAY |
| | LOS ANGELES, CA 90015 |

### FILING INFORMATION

| | |
|---|---|
| Identification Number: | 200109900015 |
| Filing Date: | 04/03/2001 |
| State of Incorporation: | CALIFORNIA |
| Status: | ACTIVE |
| Business Type: | LIMITED PARTNERSHIP |
| Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION |
| | 1500-11TH STREET |
| | SACRAMENTO, CA 95814 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | **LEON NEMAN** |
| Address: | 1525 S BROADWAY |
| | LOS ANGELES, CA 90015 |

EXHIBIT _____ 12

PAGE _____ 53

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

CA200109900015

## PRINCIPAL INFORMATION

Name:                    LEGEND REAL ESTATE MANAGEMENT, INC.

Address:                 1525 S. BROADWAY

LOS ANGELES, CA 90015

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFI-
CIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

EXHIBIT ____12

PAGE ____54

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Westlaw.

CA200109900014                                                                    Page 1

CA200109900014

### CORPORATE RECORDS & BUSINESS REGISTRATIONS

| | |
|---|---|
| This Record Last Updated: | 11/27/2007 |
| Database Last Updated: | 01-06-2009 |
| Update Frequency: | WEEKLY |
| Current Date: | 01/12/2009 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

### COMPANY INFORMATION

| | |
|---|---|
| Name: | VERTIGO REAL ESTATE HOLDINGS L.P. |
| Address: | 1525 S. BROADWAY |
| | LOS ANGELES, CA 90015 |

### FILING INFORMATION

| | |
|---|---|
| Identification Number: | 200109900014 |
| Filing Date: | 04/03/2001 |
| State of Incorporation: | CALIFORNIA |
| Status: | ACTIVE |
| Business Type: | LIMITED PARTNERSHIP |
| Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION |
| | 1500-11TH STREET |
| | SACRAMENTO, CA 95814 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | **LEON NEMAN** |
| Address: | 1525 S. BROADWAY |
| | LOS ANGELES, CA 90015 |

EXHIBIT ____12____

PAGE ____55____

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

CA200109900014

## PRINCIPAL INFORMATION

Name:                            LEGEND REAL ESTATE MANAGEMENT, INC.
Address:                         1525 S. BROADWAY
                                 LOS ANGELES, CA 90015

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFI-
CIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

EXHIBIT _____ 12 _____

PAGE _____ 56 _____

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Westlaw.

CA200602610202                                                                    Page 1

CA200602610202

### CORPORATE RECORDS & BUSINESS REGISTRATIONS

| | |
|---|---|
| This Record Last Updated: | 01/08/2008 |
| Database Last Updated: | 01-06-2009 |
| Update Frequency: | WEEKLY |
| Current Date: | 01/12/2009 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFI-CIAL SOURCE |

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED
THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

### COMPANY INFORMATION

| | |
|---|---|
| Name: | JOSHUA PARADISE HOLDINGS, LLC |
| Address: | 1525 SOUTH BROADWAY ST |
| | LOS ANGELES, CA 90015 |

### FILING INFORMATION

| | |
|---|---|
| Identification Number: | 200602610202 |
| Filing Date: | 01/20/2006 |
| State of Incorporation: | CALIFORNIA |
| Status: | ACTIVE |
| Business Type: | LIMITED LIABILITY COMPANY |
| LLC Business Type: | INVESTMENTS |
| LLC Management: | ONE MANAGER |
| Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION |
| | 1500-11TH STREET |
| | SACRAMENTO, CA 95814 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | **FRED F. MASHIAN** |
| Address: | 9255 SUNSET BLVD #630 |
| | LOS ANGELES, CA 90069 |

### PRINCIPAL INFORMATION

| | |
|---|---|
| Name: | LEON NEMAN MANAGER |

EXHIBIT _____ 12

PAGE _____ 57

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

CA200602610202                                                                                              Page 2

Address:                              1525 SOUTH BROADWAY ST
                                      LOS ANGELES, CA 90015

                     Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
                          to order copies of documents related to this or other matters.
                                      Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFI-
CIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

EXHIBIT _____ 12 _____

PAGE _____ 58 _____

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Westlaw.

CA200623710088

## CORPORATE RECORDS & BUSINESS REGISTRATIONS

| | |
|---|---|
| This Record Last Updated: | 10/05/2006 |
| Database Last Updated: | 01-06-2009 |
| Update Frequency: | WEEKLY |
| Current Date: | 01/12/2009 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

### COMPANY INFORMATION

| | |
|---|---|
| Name: | ROCK-HILL HOLDINGS, LLC |
| Address: | 800 DELAWARE AVENUE |
| | WILMINGTON, DE 19801 |

### FILING INFORMATION

| | |
|---|---|
| Identification Number: | 200623710088 |
| Filing Date: | 08/23/2006 |
| State of Incorporation: | DELAWARE |
| Status: | ACTIVE |
| Business Type: | LIMITED LIABILITY COMPANY |
| LLC Business Type: | INVESTMENTS |
| Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION |
| | 1500-11TH STREET |
| | SACRAMENTO, CA 95814 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | FRED F. MASHIAN |
| Address: | 9255 SUNSET BLVD., SUITE 630 |
| | LOS ANGELES, CA 90069 |

### PRINCIPAL INFORMATION

| | |
|---|---|
| Name: | LEON NEMAN |
| Address: | 1525 S BROADWAY |

EXHIBIT _____ 12

PAGE _____ 59

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

CA200623710088

ONE, CA 90015

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFI-
CIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

EXHIBIT _____ 12

PAGE _____ 60

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# EXHIBIT 13

Westlaw.

MULTI-SOURCE EXECUTIVE AFFILIATION FINDER RECORD

| | |
|---|---|
| **Information Current Through:** | 01-09-2009 |
| **Database Last Updated:** | 01-14-2009 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 01/15/2009 |
| **Source:** | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

## EXECUTIVE INFORMATION

| | |
|---|---|
| **Principal Name:** | **YOEL NEMAN** |
| **Principal Address:** | 1525 S BROADWAY ST |
| | LOS ANGELES, CA 90015 |
| **Registered Agent:** | YOEL NEMAN |
| **Registered Agent Address:** | 1525 S BROADWAY ST |
| | LOS ANGELES, CA 90015 |

## BUSINESS INFORMATION

| | |
|---|---|
| **Business Name:** | NEMAN FOUNDATION |
| **Business Address:** | 1525 S BROADWAY ST |
| | LOS ANGELES, CA 90015 |

END OF DOCUMENT

EXHIBIT ___13___

PAGE ___61___

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Westlaw.

MULTI—SOURCE EXECUTIVE AFFILIATION FINDER RECORD

| | |
|---|---|
| **Information Current Through:** | 11-30-2008 |
| **Database Last Updated:** | 12-17-2008 |
| **Update Frequency:** | QUARTERLY |
| **Current Date:** | 01/15/2009 |
| **Source:** | D&B EXEC FILE |

### EXECUTIVE INFORMATION

| | |
|---|---|
| **Executive Name:** | MR **YOEL NEMAN** |
| **Executive Title:** | VICE-PRESIDENT |

### BUSINESS INFORMATION

| | |
|---|---|
| **Business Name:** | NEMAN BROTHERS & ASSOC INC |
| **Business Address:** | 1525 S BROADWAY |
| | LOS ANGELES, CA 90015-3030 USA |
| **Phone:** | 1-213-765-0100 |

END OF DOCUMENT

EXHIBIT _____13_____

PAGE _____62_____

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Westlaw.

MULTI-SOURCE EXECUTIVE AFFILIATION FINDER RECORD

**Database Last Updated:**        12-30-2008
**Update Frequency:**             MONTHLY
**Current Date:**                 01/15/2009
**Source:**                       Copyright © 2009 DUN & BRADSTREET, INC.
                                  **EXECUTIVE INFORMATION**

**Executive Name:**               MR **YOEL NEMAN**
**Executive Title:**              VICE-PRESIDENT

                                  **BUSINESS INFORMATION**

**Business Name:**                NEMAN BROTHERS & ASSOC. INC
**Business Address:**             1525 S BROADWAY
                                  LOS ANGELES, CA 90015-3030
**County:**                       LOS ANGELES
**Phone:**                        213-765-0100
END OF DOCUMENT

EXHIBIT _____13_____

PAGE _____63_____

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# EXHIBIT 14

Westlaw.

PEOPLE FINDER HOUSEHOLD-CENTRIC RECORD

| | |
|---|---|
| **Information Current Through:** | 12-15-2008 |
| **Database Updated:** | 12-25-2008 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 01/15/2009 |
| **Source:** | Data by InfoUSA, Copyright 2009, All Rights Reserved |

## HEAD OF HOUSEHOLD INFORMATION

| | |
|---|---|
| **Head of Household:** | MR **YOEL NEMAN** |
| **Date of Birth:** | 12/1950 |
| **Marital Status:** | MARRIED |
| **Name/Address Last Confirmed:** | 06/2008 |

## HOUSEHOLD INFORMATION

| | |
|---|---|
| **Address:** | 802 N ALPINE DR |
| | BEVERLY HILLS, CA 90210-2902 |
| **County:** | LOS ANGELES |
| **Residence Type:** | SINGLE FAMILY DWELLING |
| **Address First Reported:** | 1997 |

## ADDITIONAL HOUSEHOLD MEMBER INFORMATION

| | |
|---|---|
| **Name:** | MS MONICA S NEMAN |
| **Name/Address Last Confirmed:** | 11/2004 |
| END OF DOCUMENT | |

EXHIBIT ___14___

PAGE ___64___

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Westlaw.

PEOPLE FINDER PHONE-CENTRIC RECORD

| | |
|---|---|
| **Information Current Through:** | 12-15-2008 |
| **Database Updated:** | 12-26-2008 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 01/15/2009 |
| **Source:** | Proprietary database provided by TARGUS*info* |

### HOUSEHOLD MEMBER(S)

**Name(s):**

YOEL NEMAN

MONIA S NEMAN

### HOUSEHOLD INFORMATION

| | |
|---|---|
| **Address:** | 802 N ALPINE DR |
| | BEVERLY HILLS, CA 90210-2902 |
| **County:** | LOS ANGELES |
| **Total Individuals in Household:** | 2 |
| **Telephone 1:** | 310-275-7XXX |
| **Household Information Verified:** | 06/01/2008 |

END OF DOCUMENT

EXHIBIT ___14___

PAGE ___65___

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# EXHIBIT 15

Westlaw.

UNIFORM COMMERCIAL CODE REPORT

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

| | |
|---|---|
| **Information Current Through:** | 01-15-2009 |
| **Database Updated:** | 01-15-2009 |
| **Update Frequency:** | Daily |
| **Current Date:** | 01/15/2009 |
| **Source:** | CA SECRETARY OF STATE |

FILING INFORMATION

| | |
|---|---|
| **Filing Number:** | 0014560274 |
| **Filing Date:** | 05/18/2000 |
| **Expiration Date:** | 05/18/2005 |
| **Filing Type:** | FINANCING STATEMENT |

DEBTOR INFORMATION

**Debtor(s):**

LEON NEMAN
1525 S BROADWAY ST
LOS ANGELES, CA 90015
FIROOZEH J NEMAN
1525 S BROADWAY ST
LOS ANGELES, CA 90015
JOHN NEMAN
1525 S BROADWAY ST
LOS ANGELES, CA 90015
DEVORA NEMAN
1525 S BROADWAY ST
LOS ANGELES, CA 90015
YOEL NEMAN
1525 S BROADWAY ST
LOS ANGELES, CA 90015
MONIA SHERRY NEMAN

EXHIBIT _____ 15
PAGE _____ 66

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

1525 S BROADWAY ST

LOS ANGELES, CA 90015

## SECURED PARTY OR CREDITOR INFORMATION

Secured Party(s):              FIRST SECURITY BANK OF CALIFORNIA, N.A.

100 N BARRANCA ST

WEST COVINA, CA 91791

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

EXHIBIT _____ 15

PAGE _____ 67

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# EXHIBIT 16

Westlaw.

PEOPLE FINDER HISTORIC TRACKER RECORD

| | |
|---|---|
| **Information Current Through:** | 12-31-2008 |
| **Database Last Updated:** | 02-03-2009 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 02/04/2009 |
| **Source:** | TRANS UNION |

**INDIVIDUAL INFORMATION**

| | |
|---|---|
| **Name:** | MONIA S NEMAN |
| **Also Known As:** | MASHIAN, MONIA |
| | NEMAN, MONIA |
| **Date of Birth:** | 04/1962 |
| **On File Since:** | 10/01/1981 |
| **Phone Number 1:** | 765-0100 |

**CURRENT ADDRESS INFORMATION**

| | |
|---|---|
| **Current Address:** | 802 N ALPINE DR |
| | BEVERLY HILLS, CA 90210-2902 |
| **Address Last Reported:** | 05/01/1997 |

**PREVIOUS OR ADDITIONAL ADDRESS INFORMATION**

| | |
|---|---|
| **Previous Address:** | 10390 WILSHIRE BL 403 |
| | LOS ANGELES, CA 90024-6459 |
| **Address Last Reported:** | 07/18/2001 |
| **Previous Address:** | 937 MAPLE AV |
| | LOS ANGELES, CA 90015-1811 |
| **Address Last Reported:** | 07/18/2001 |
| **Previous Address:** | 720 N CAMDEN DR |
| | BEVERLY HILLS, CA 90210-3205 |
| **Address Last Reported:** | 11/13/2000 |
| **Previous Address:** | 1525 S BROADWAY |
| | LOS ANGELES, CA 90015-3030 |
| **Address Last Reported:** | 03/01/1997 |

EXHIBIT _____ 11ρ

PAGE _____ 68

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.