QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On February 5, 2009, I served true copies of the following documents described as:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Tel: (213) 687-5000<br>Fax: (213) 687-5600<br>**(Attorneys for Isaac Larian, MGA Entertainment, Inc., MGAE de Mexico, S.R.L. de C.V., MGA Entertainment (HK) Ltd.)** | Patricia L. Glaser, Esq.<br>**Glaser Weil Fink Jacobs & Shapiro LLP**<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 553-3000<br>Fax: (310) 556-2920<br>**(Attorneys for Isaac Larian, MGA Entertainment, Inc., MGAE de Mexico, S.R.L. de C.V., MGA Entertainment (HK) Ltd.)** |
| Todd E. Gordinier, Esq.<br>**Bingham McCutchen LLP**<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626-1924<br>Tel: (714) 830-0600<br>Fax: (714) 830-0700<br>**(Attorney for OMNI 808 INVESTORS, LLC)** | Russell J. Frackman, Esq.<br>**Mitchell Silberberg**<br>11377 West Olympic Blvd.<br>Los Angeles, CA 90064<br>Tel: (310) 312-3119<br>Fax: (310) 231-8319<br>**(Attorneys for Isaac Larian, MGA Entertainment, Inc., MGAE de Mexico, S.R.L. de C.V., MGA Entertainment (HK) Ltd.)** |

///
///
///
///
///
///

1  [√] **PERSONAL**: By personally delivering the document listed above to the person(s) at the address(es) set forth above.

2

3  I declare that I am employed in the office of a member of the bar of this court

4  at whose direction the service was made

5  Executed on February 5, 2009, at Los Angeles, California.

_____
Dave Quintana

# DOCUMENT LIST

1. **DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO OMNI 808'S <u>EX PARTE</u> APPLICATION TO INTERVENE**

2. **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 3, 4, 22 AND 23 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO OMNI 808'S <u>EX PARTE</u> APPLICATION TO INTERVENE**

3. **[PROPOSED ORDER] RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 3, 4, 22 AND 23 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO OMNI 808'S <u>EX PARTE</u> APPLICATION TO INTERVENE**