LODGED

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 Fax: (213) 687-5600

2009 FEB -3 PM 4: 05

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.

PATRICIA L. GLASER (Bar No. 55668)
(pglaser@glaserweil.com)
GLASER WEIL FINK JACOBS & SHAPIRO LLP
10250 Constellation Blvd 19th Floor
Los Angeles, CA, 90067
Tel.: (310) 553-3000 Fax: (310) 556-2920

RUSSELL J. FRACKMAN (Bar No. 49087)
(rjf@msk.com)
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd
Los Angeles, CA 90064
Tel.: (310) 312-2000 Fax: (310) 312-3100

FILED
CLERK, U.S. DISTRICT COURT

FEB 5 2009

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation | **[To be heard by Discovery Master Robert C. O'Brien]** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | **[PROPOSED] ORDER TO FILE UNDER SEAL** |
| | Date: TBD<br>Time: TBD<br>Place: TBD |

## **ORDER**

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. MGA Parties' Notice Of Motion And Motion To Quash Receiver Subpoenas Issued By Mattel And Memorandum In Support ("Motion")
2. Declaration Of Robert J. Herrington ("Declaration")

DATED: 2/5/09

*S G Larson*

Hon. Stephen G. Larson
United States District Court Judge

-1-

[Proposed] Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)