**REQUEST FOR PRODUCTION NO. 514:**

All DOCUMENTS REFERRING OR RELATING TO whether the appearance or pose of "POLLY POCKET COLOR SURPRISE POLLY" copies, replicates, or in any way imitates the appearance or pose of any MGA product (whether released or unreleased) known to YOU.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 514:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.  Mattel further objects on the ground that this Request seeks to circumvent the Discovery Master's Orders of April 19, 2007, and May 22, 2007.

**REQUEST FOR PRODUCTION NO. 515:**

DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current and former MATTEL personnel and/or freelancers comprising the primary team that worked on the creation, design and development of "POLLY POCKET COLOR SURPRISE POLLY."

MATTEL'S RESP~~~~~ ~~ ~~~~ ~~~~~ ~~~ OF REQUESTS FOR PRODUCTION

Exhibit  β , P. 69

209/2200584.1

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 515:**

2           In addition to the general objections stated above which are

3   incorporated herein by reference, Mattel objects to this Request on the grounds that

4   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

5   documents on this subject without limitation as to time, and regardless of whether

6   such documents relate to products or matters at issue in this case.  Mattel further

7   objects to the Request on the grounds that it seeks documents that are not relevant to

8   this action or likely to lead to the discovery of admissible evidence.  Mattel further

9   objects to this Request on the grounds that it seeks confidential, proprietary and

10  trade secret information, including such information that has no bearing on the

11  claims or defenses in this case.  Mattel further objects to this Request on the grounds

12  that it calls for the disclosure of information subject to the attorney-client privilege,

13  the attorney work-product doctrine and other applicable privileges.  Mattel further

14  objects on the ground that this Request seeks to circumvent the Discovery Master's

15  Orders of April 19, 2007, and May 22, 2007.

16

17  **REQUEST FOR PRODUCTION NO. 516:**

18          All DOCUMENTS REFERRING OR RELATING TO YOUR efforts

19  to institute a litigation hold in response to the litigation originally captioned *Mattel,*

20  *Inc. v. Bryant.*, Case No. CV 04-9059 SGL (RNBx).

21

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 516:**

23          In addition to the general objections stated above which are

24  incorporated herein by reference, Mattel objects to this Request on the grounds that

25  it is overbroad and unduly burdensome.  Mattel further objects on the ground that

26  this Request duplicates prior Requests by MGA, and is clearly designed to burden

27  and harass.  Mattel further objects to the Request on the grounds that it seeks

28  documents that are not relevant to this action or likely to lead to the discovery of

1   admissible evidence. Mattel further objects to this Request on the grounds that it

2   calls for the disclosure of information subject to the attorney-client privilege, the

3   attorney work-product doctrine and other applicable privileges.

4             Subject to and without waiving the foregoing objections, Mattel

5   responds as follows: Mattel will produce one or more affidavits setting forth its

6   preservation efforts and policies with respect to the present litigation, as required by

7   Judge Larson's Order Denying Motion for Terminating Sanctions dated August 27,

8   2007.

9

10  **REQUEST FOR PRODUCTION NO. 517:**

11            All DOCUMENTS REFERRING OR RELATING TO YOUR efforts

12  to institute a litigation hold in response to the litigation originally captioned *MGA*

13  *Entertainment, Inc. v. Mattel, Inc.*, Case No. CV 05-02727 SGL (RNBx).

14

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 517:**

16            In addition to the general objections stated above which are

17  incorporated herein by reference, Mattel objects to this Request on the grounds that

18  it is overbroad and unduly burdensome. Mattel further objects on the ground that

19  this Request duplicates prior Requests by MGA, and is clearly designed to burden

20  and harass. Mattel further objects to the Request on the grounds that it seeks

21  documents that are not relevant to this action or likely to lead to the discovery of

22  admissible evidence. Mattel further objects to this Request on the grounds that it

23  calls for the disclosure of information subject to the attorney-client privilege, the

24  attorney work-product doctrine and other applicable privileges.

25            Subject to and without waiving the foregoing objections, Mattel

26  responds as follows: Mattel will produce one or more affidavits setting forth its

27  preservation efforts and policies with respect to the present litigation, as required by

28

-42-
MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit __B__, p.__71__

1   Judge Larson's Order Denying Motion for Terminating Sanctions dated August 27,

2   2007.

3

4   **REQUEST FOR PRODUCTION NO. 518:**

5          All DOCUMENTS REFERRING OR RELATING TO YOUR efforts

6   to institute a litigation hold in response to the litigation originally captioned *Bryant*

7   *v. Mattel, Inc.*, Case No. CV 04-9049 SGL (RNBx).

8

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 518:**

10         In addition to the general objections stated above which are

11  incorporated herein by reference, Mattel objects to this Request on the grounds that

12  it is overbroad and unduly burdensome.  Mattel further objects on the ground that

13  this Request duplicates prior Requests by MGA, and is clearly designed to burden

14  and harass.  Mattel further objects to the Request on the grounds that it seeks

15  documents that are not relevant to this action or likely to lead to the discovery of

16  admissible evidence.  Mattel further objects to this Request on the grounds that it

17  calls for the disclosure of information subject to the attorney-client privilege, the

18  attorney work-product doctrine and other applicable privileges.

19         Subject to and without waiving the foregoing objections, Mattel

20  responds as follows:  Mattel will produce one or more affidavits setting forth its

21  preservation efforts and policies with respect to the present litigation, as required by

22  Judge Larson's Order Denying Motion for Terminating Sanctions dated August 27,

23  2007.

24

25  **REQUEST FOR PRODUCTION NO. 519:**

26         All COMMUNICATIONS between YOU and the toy manufacturer

27  JETTA REFERRING OR RELATING to MGA, BRATZ or LARIAN.

28

-43-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _B_, P. _72_

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 519:**

2          In addition to the general objections stated above which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it is overbroad and unduly burdensome, including in that it seeks all documents on

5  this subject without limitation as to time, and regardless of whether such documents

6  relate to products or matters at issue in this case.  Mattel further objects to the

7  Request on the grounds that it seeks documents that are not relevant to this action or

8  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

9  Request on the grounds that it seeks confidential, proprietary and trade secret

10  information, including such information that has no bearing on the claims or

11  defenses in this case.  Mattel further objects on the ground that this Request seeks to

12  circumvent the Discovery Master's Order dated May 22, 2007.

13

14  **REQUEST FOR PRODUCTION NO. 520:**

15          All COMMUNICATIONS between YOU and EARLY LIGHT,

16  including but not limited to Francis Choi, Wilson Ng, and Carmen Choi,

17  REFERRING OR RELATING to MGA, BRATZ or LARIAN.

18

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 520:**

20          In addition to the general objections stated above which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it is overbroad and unduly burdensome, including in that it seeks all documents on

23  this subject without limitation as to time, and regardless of whether such documents

24  relate to products or matters at issue in this case.  Mattel further objects to the

25  Request on the grounds that it seeks documents that are not relevant to this action or

26  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

27  Request on the grounds that it seeks confidential, proprietary and trade secret

28  information, including such information that has no bearing on the claims or

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _B_, P. _73_

1  defenses in this case.  Mattel further objects on the ground that this Request seeks to
2  circumvent the Discovery Master's Order dated May 22, 2007.

3

4  **REQUEST FOR PRODUCTION NO. 521:**

5          All COMMUNICATIONS between YOU and ASAHI REFERRING
6  OR RELATING to MGA, BRATZ or LARIAN.

7

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 521:**

9          In addition to the general objections stated above which are
10  incorporated herein by reference, Mattel objects to this Request on the grounds that
11  it is overbroad and unduly burdensome, including in that it seeks all documents on
12  this subject without limitation as to time, and regardless of whether such documents
13  relate to products or matters at issue in this case.  Mattel further objects to the
14  Request on the grounds that it seeks documents that are not relevant to this action or
15  likely to lead to the discovery of admissible evidence.  Mattel further objects to this
16  Request on the grounds that it seeks confidential, proprietary and trade secret
17  information, including such information that has no bearing on the claims or
18  defenses in this case.  Mattel further objects on the ground that this Request seeks to
19  circumvent the Discovery Master's Order dated May 22, 2007.

20

21  **REQUEST FOR PRODUCTION NO. 522:**

22          All COMMUNICATIONS between YOU and UNIVERSAL
23  REFERRING OR RELATING to MGA, BRATZ or LARIAN.

24

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 522:**

26          In addition to the general objections stated above which are
27  incorporated herein by reference, Mattel objects to this Request on the grounds that
28  it is overbroad and unduly burdensome, including in that it seeks all documents on

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _B_ , P. _74_

1  this subject without limitation as to time, and regardless of whether such documents
2  relate to products or matters at issue in this case.  Mattel further objects to the
3  Request on the grounds that it seeks documents that are not relevant to this action or
4  likely to lead to the discovery of admissible evidence.  Mattel further objects to this
5  Request on the grounds that it seeks confidential, proprietary and trade secret
6  information, including such information that has no bearing on the claims or
7  defenses in this case.  Mattel further objects on the ground that this Request seeks to
8  circumvent the Discovery Master's Order dated May 22, 2007.
9
10  **REQUEST FOR PRODUCTION NO. 523:**
11        All COMMUNICATIONS between YOU and KANEKA REFERRING
12  OR RELATING to MGA, BRATZ or LARIAN.
13
14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 523:**
15        In addition to the general objections stated above which are
16  incorporated herein by reference, Mattel objects to this Request on the grounds that
17  it is overbroad and unduly burdensome, including in that it seeks all documents on
18  this subject without limitation as to time, and regardless of whether such documents
19  relate to products or matters at issue in this case.  Mattel further objects to the
20  Request on the grounds that it seeks documents that are not relevant to this action or
21  likely to lead to the discovery of admissible evidence.  Mattel further objects to this
22  Request on the grounds that it seeks confidential, proprietary and trade secret
23  information, including such information that has no bearing on the claims or
24  defenses in this case.  Mattel further objects on the ground that this Request seeks to
25  circumvent the Discovery Master's Order dated May 22, 2007.
26
27
28

-46-
MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION
Exhibit _B_, P. _75_

1  **REQUEST FOR PRODUCTION NO. 524:**

2        All COMMUNICATIONS between YOU and FILO REFERRING OR

3  RELATING to MGA, BRATZ or LARIAN.

4

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 524:**

6        In addition to the general objections stated above which are

7  incorporated herein by reference, Mattel objects to this Request on the grounds that

8  it is overbroad and unduly burdensome, including in that it seeks all documents on

9  this subject without limitation as to time, and regardless of whether such documents

10  relate to products or matters at issue in this case. Mattel further objects to the

11  Request on the grounds that it seeks documents that are not relevant to this action or

12  likely to lead to the discovery of admissible evidence. Mattel further objects to this

13  Request on the grounds that it seeks confidential, proprietary and trade secret

14  information, including such information that has no bearing on the claims or

15  defenses in this case. Mattel further objects on the ground that this Request seeks to

16  circumvent the Discovery Master's Order dated May 22, 2007.

17

18  **REQUEST FOR PRODUCTION NO. 525:**

19        Copies of all producers' affidavits for any ADVERTISEMENT for MY

20  SCENE or ACCELERACERS.

21

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 525:**

23        In addition to the general objections stated above which are

24  incorporated herein by reference, Mattel objects to this Request on the grounds that

25  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

26  documents on this subject without limitation as to time, and regardless of whether

27  such documents relate to products or matters at issue in this case. Mattel further

28  objects to the use of the terms "producers' affidavits" in this context as vague and

1  ambiguous.  Mattel further objects to the Request on the grounds that it seeks

2  documents that are not relevant to this action or likely to lead to the discovery of

3  admissible evidence.  Mattel further objects to this Request on the grounds that it

4  seeks confidential, proprietary and trade secret information, including such

5  information that has no bearing on the claims or defenses in this case.

6          Subject to and without waiving the foregoing objections, Mattel

7  responds as follows:  Mattel will produce such responsive, non-privileged

8  documents relating to those advertisements placed at issue in this litigation that are

9  in Mattel's possession, custody, or control, if any, that Mattel has been able to locate

10  after a diligent search and reasonable inquiry, to the extent not previously produced.

11

12  **REQUEST FOR PRODUCTION NO. 526:**

13          All DOCUMENTS that constitute COMMUNICATIONS between

14  YOU (including YOUR agents and attorneys) and law enforcement authorities in

15  Mexico, Canada or the United States, including but not limited to the United States

16  Attorney's Office, the Department of Justice and any national, regional, state or local

17  authorities, concerning any of the allegations in YOUR COUNTERCLAIMS or any

18  other alleged taking of confidential MATTEL information by MGA or persons

19  currently or formerly employed by MGA.

20

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 526:**

22          In addition to the general objections stated above which are

23  incorporated herein by reference, Mattel objects to this Request on the grounds that

24  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

25  documents on this subject without limitation as to time, and regardless of whether

26  such documents relate to products or matters at issue in this case.  Mattel further

27  objects on the ground that this Request duplicates prior Requests by MGA, and is

28  clearly designed to burden and harass.  Mattel further objects to the Request on the

1   grounds that it seeks documents that are not relevant to this action or likely to lead

2   to the discovery of admissible evidence. Mattel further objects to this Request on

3   the grounds that it seeks confidential, proprietary and trade secret information,

4   including such information that has no bearing on the claims or defenses in this

5   case.

6           Subject to and without waiving the foregoing objections, Mattel

7   responds as follows: Mattel will produce such responsive, non-privileged

8   documents that are in Mattel's possession, custody, or control, if any, that Mattel has

9   been able to locate after a diligent search and reasonable inquiry, to the extent not

10  previously produced.

11

12  **REQUEST FOR PRODUCTION NO. 527:**

13          All DOCUMENTS REFERRING OR RELATING TO Board of

14  Directors meetings in which MGA, BRATZ, LARIAN, Mel Woods, Ron Brawer,

15  Janine Brisbois, Carlos Custavo Machado Gomez, Mariana Trueba Almada, or

16  Pablo Vargas San Jose were discussed, including, but not limited to, meeting

17  minutes, notes and memoranda.

18

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 527:**

20          In addition to the general objections stated above which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

23  documents on this subject without limitation as to time, and regardless of whether

24  such documents relate to products or matters at issue in this case. Mattel further

25  objects to the Request on the grounds that it seeks documents that are not relevant to

26  this action or likely to lead to the discovery of admissible evidence. Mattel further

27  objects to this Request on the grounds that it seeks confidential, proprietary and

28  trade secret information, including such information that has no bearing on the

7209/2200584.1

-49-

1  claims or defenses in this case.  Mattel further objects to this Request on the grounds

2  that it calls for the disclosure of information subject to the attorney-client privilege,

3  the attorney work-product doctrine and other applicable privileges.

4

5  **REQUEST FOR PRODUCTION NO. 528:**

6          All DOCUMENTS that YOU (including YOUR agents and attorneys)

7  provided to law enforcement authorities in Mexico, Canada or the United States,

8  including but not limited to the United States Attorney's Office, the Department of

9  Justice and any national, regional, state or local authorities, concerning any of the

10 allegations in YOUR COUNTERCLAIMS or any other alleged taking of

11 confidential MATTEL information by MGA or persons currently or formerly

12 employed by MGA.

13

14 **RESPONSE TO REQUEST FOR PRODUCTION NO. 528:**

15         In addition to the general objections stated above which are

16 incorporated herein by reference, Mattel objects to this Request on the grounds that

17 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18 documents on this subject without limitation as to time, and regardless of whether

19 such documents relate to products or matters at issue in this case.  Mattel further

20 objects to the Request on the grounds that it seeks documents that are not relevant to

21 this action or likely to lead to the discovery of admissible evidence.  Mattel further

22 objects to this Request on the grounds that it seeks confidential, proprietary and

23 trade secret information, including such information that has no bearing on the

24 claims or defenses in this case.

25

26 **REQUEST FOR PRODUCTION NO. 529:**

27         All DOCUMENTS that support the information and belief alleged in

28 paragraphs 42, 43, 47, 49, 51, 52, 68, 74 and 77 of YOUR COUNTERCLAIMS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 529:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 530:**

All DOCUMENTS, including but not limited to agreements, draft agreements and correspondence, REFERRING OR RELATING TO the payment or offer of payment of attorneys fees by MATTEL to any PERSON in connection this ACTION.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 530:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it calls for the disclosure of information

1    subject to the attorney-client privilege, joint defense privilege, the attorney work-
2    product doctrine and other applicable privileges.

3          Subject to and without waiving the foregoing objections, Mattel
4    responds as follows:  Mattel will produce such responsive, non-privileged
5    documents that are in Mattel's possession, custody, or control, if any, that Mattel has
6    been able to locate after a diligent search and reasonable inquiry, to the extent not
7    previously produced.

8

9    **REQUEST FOR PRODUCTION NO. 531:**

10         DOCUMENTS sufficient to show YOUR fee arrangement with YOUR
11   counsel Quinn Emanuel Urquhart Oliver & Hedges LLP for services in connection
12   with this ACTION, including, but not limited to, a copy of the fee agreement or
13   retainer agreement between YOU and Quinn Emanuel Urquhart Oliver & Hedges
14   LLP.

15   /
16   /
17   /
18   /
19   /
20   /
21   /
22   /
23   /
24   /
25   /
26   /
27   /
28   /

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 531:**

2           In addition to the general objections stated above which are

3    incorporated herein by reference, Mattel objects to this Request on the grounds that

4    it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

5    documents on this subject without limitation as to time, and regardless of whether

6    such documents relate to products or matters at issue in this case. Mattel further

7    objects to the Request on the grounds that it seeks documents that are not relevant to

8    this action or likely to lead to the discovery of admissible evidence. Mattel further

9    objects to this Request on the grounds that it calls for the disclosure of information

10   subject to the attorney-client privilege, the attorney work-product doctrine and other

11   applicable privileges.

12

13   DATED:  September 4, 2007           QUINN EMANUEL URQUHART OLIVER &
                                          HEDGES, LLP
14

15                                    By_____

16                                       Timothy L. Alger
                                         Attorneys for Plaintiff and
17                                       Counter-Defendant Mattel

18

19

20

21

22

23

24

25

26

27

28

-53-
MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit __B__, P. __82__

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On September 4, 2007, I served true copies of the following document(s) described as **MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION** on the parties in this action as follows:

| | |
|---|---|
| John W. Keker, Esq. | Diana M. Torres, Esq. |
| Michael H. Page, Esq. | **O'MELVENY & MYERS, LLP** |
| Christina M. Anderson, Esq. | 400 S. Hope Street |
| Keker & Van Nest, LLP | Los Angeles, CA 90071 |
| 710 Sansome Street | *Attorneys for MGA Entertainment, Inc.* |
| San Francisco, CA 94111 | |
| *Attorneys for Carter Bryant* | |
| | |
| Patricia Glaser, Esq. | James Spertus |
| **Christensen, Glaser, Fink, Jacobs, Weil** | **Law Offices of James W. Spertus** |
| **& Shapiro, LLP** | 12100 Wilshire Blvd., Suite 620 |
| 10250 Constellation Blvd., 19th Floor | Los Angeles, CA 90025 |
| Los Angeles, CA 90067 | |
| *Attorney for MGA Entertainment* | |

**BY U.S. MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 4, 2007, at Los Angeles, California.

Cyrus Naim

07209/2207468.1

Exhibit  B , P. 83

Exhibit C

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    michaelzeller@quinnemanuel.com
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    timalger@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Plaintiff and
   Counter-Defendant Mattel

9

10              UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12                   EASTERN DIVISION

13  CARTER BRYANT, an individual,        CASE NO. CV 04-09049 SGL (RNBx)

14                  Plaintiff,           Consolidated with:
                                         Case No. CV 04-09059
15                                       Case No. CV 05-02727
         v.
16                                       MATTEL'S CORRECTED
                                         RESPONSES TO MGA'S FIFTH SET
17  MATTEL, INC., a Delaware             OF REQUESTS FOR PRODUCTION
    Corporation,
18                                       Hon. Stephen G. Larson
19                  Defendant.

20

21  AND CONSOLIDATED ACTIONS

22

23  PROPOUNDING PARTY:     MGA ENTERTAINMENT, INC.

24  RESPONDING PARTY:      MATTEL, INC.

25  SET NO.:               FIVE

26  NOS.                   470 - 531

27

28

/9/2200584.1

Exhibit _C_, P. _84_

**Preliminary Statement**

Mattel, Inc. ("Mattel") has not yet completed its investigation of the facts relating to this action, has not yet reviewed all documents relating to this action, has not yet interviewed all witnesses in this action, and has not yet received all requested discovery from defendants and third parties with regard to this action. Consequently, Mattel reserves the right to amend and/or supplement its responses if and when additional facts or documents are discovered. Additionally, because Mattel's responses are based on facts and documents that Mattel has identified to date, they do not preclude Mattel from later relying on facts discovered pursuant to further investigation or discovery or on subsequently discovered or generated documents. Mattel's response to any of MGA Entertainment, Inc.'s ("MGA") Fifth Set of Requests for Production of Documents and Things in Case No. 05-2727 (the "Requests") is not to be construed as a waiver of any of its objections or its right to object to any other request.

**General Objections**

Mattel generally objects to each of the Requests on each and every one of the following grounds, which are incorporated into and made a part of the response to each and every individual request:

1. Mattel objects to the Requests on the grounds and to the extent that they seek to impose discovery obligations beyond those required or permitted by the Federal Rules of Civil Procedure.

2. Mattel objects to the Requests on the grounds and to the extent they call for the production of documents subject to the attorney-client privilege, the attorney work product doctrine, the right to privacy as set forth in the United States and/or California Constitutions, or any other applicable law, privilege, immunity, doctrine or other ground of privilege. Mattel will not produce such privileged documents.

3.    Mattel objects to the Requests on the grounds and to the extent they are overly broad, unduly burdensome, oppressive or unreasonably cumulative.

4.    Mattel objects to the Requests on the grounds and to the extent they seek information which is not relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

5.    Mattel objects to the Requests on the grounds and to the extent they seek documents equally or more available to, or already in the possession, custody or control of MGA and/or Carter Bryant.

6.    Mattel objects to the Requests on the grounds and to the extent they seek documents not in Mattel's possession, custody or control.

7.    Mattel objects to the Requests on the grounds that they are unduly burdensome and vague and ambiguous in that they purport to require Mattel to identify and produce documents relating to matters that are currently known to and in the possession, custody and control of defendants and third parties, including third parties associated with defendants, and that are not known to Mattel.

8.    Mattel objects to the Requests on the grounds that they seek the production of documents or information that are in the possession, custody and control of independent parties over whom Mattel has no control, including without limitation defendants, and seek the disclosure of information or documents that are in the possession, custody and control of defendants or are publicly available and hence equally available to all parties to this litigation.

9.    Mattel objects to the Requests on the ground and to the extent they seek trade secret, proprietary or otherwise confidential information of Mattel or third parties or would violate the terms of any agreement or contracts with third parties.  Any such documents that are produced, if any, will be produced only pursuant to and in reliance upon the Protective Order entered in this case.

10.    Mattel objects to the Requests on the grounds that the definitions of the terms "ADVERTISEMENT," "ACCELERACERS," "BRATZ,"

Exhibit __C__ , P. __86__

1   "CONTESTED MGA PRODUCTS," "DIVA STARZ," "FISHER-PRICE,"

2   "MATTEL," "MGA," "MY SCENE," and "POLLY POCKET COLOR SURPRISE

3   POLLY" are overbroad, vague and ambiguous, unduly burdensome, and extend

4   beyond those products and matters placed at issue in this litigation.

5         11.   Mattel objects to each and every Request that seeks "all"

6   documents which constitute, mention, refer or relate to a given topic on the grounds

7   of undue burden and oppression. Mattel will make available for inspection and

8   copying those documents and tangible items, if any, that it is able to locate after a

9   reasonable, good-faith search for and review of non-privileged responsive

10  documents.

11        12.   Mattel objects to the Requests on the grounds that they seek

12  information about matters that are not within the subject matter jurisdiction of the

13  Court. Production by Mattel, if any, will be limited to those matters within the

14  Court's jurisdiction, and only in the event and to the extent that it is permitted by or

15  otherwise in compliance with foreign laws limiting disclosure and discovery and

16  only in the event and to the extent that the documents are within Mattel's possession,

17  custody or control pursuant to governing law.

18        13.   Mattel objects to each and every Request to the extent that it

19  seeks documents already produced in this action. Documents which have already

20  been produced will not be produced again in response to these Requests.

21        14.   Objection to the production of any document or category of

22  documents described in the Requests, or agreement to produce any such documents,

23  is not and shall not be construed as an admission by Mattel that any such documents

24  or category of documents exist. Where the responses indicate that Mattel will

25  produce such responsive documents, such documents, if any, will be produced if and

26  to the extent any such documents are in Mattel's possession, custody or control.

27        15.   Mattel objects to the time, place and manner of production

28  specified in the Requests. Mattel will produce such responsive, non-privileged

1  documents and tangible things, if any and to the extent not previously produced, in

2  accordance with its responses at a time and place and in a manner that is reasonable,

3  convenient and mutually agreed upon by the parties.

4

5  ### RESPONSES TO REQUESTS FOR PRODUCTION

6  Each of the following objections and responses to the Requests is

7  expressly made subject to the above Preliminary Statement and General Objections,

8  all of which are incorporated in each of the following objections and responses to

9  specific Requests.  A statement that Mattel will produce documents or tangible

10  things in response to a Request is not intended to suggest, nor should it be construed

11  to mean, that any such documents or tangible things exist, or that they are in Mattel's

12  possession, custody or control.

13

14  **REQUEST FOR PRODUCTION NO. 470:**

15  All DOCUMENTS REFERRING OR RELATING TO any claims

16  and/or litigation that MATTEL or FISHER-PRICE has brought or considered

17  bringing against any PERSON regarding infringement of MY SCENE, DIVA

18  STARZ, or any other intellectual property including, but not limited to, cease and

19  desist letters.

20

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 470:**

22  In addition to the general objections stated above which are

23  incorporated herein by reference, Mattel objects to this Request on the grounds that

24  it is overbroad and unduly burdensome, including in that it seeks all documents on

25  this subject without limitation as to time, and regardless of whether such documents

26  relate to products or matters at issue in this case.  Mattel further objects to the use of

27  the terms "any claims and/or litigation," "brought or considered bringing," and

28  "regarding infringement" in this context as vague and ambiguous.  Mattel further

-4-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _C_ , P. _78_

1  objects to the Request on the grounds that it seeks documents that are not relevant to
2  this action or likely to lead to the discovery of admissible evidence.  Mattel further
3  objects to this Request on the grounds that it seeks confidential, proprietary and
4  trade secret information, including such information that has no bearing on the
5  claims or defenses in this case.  Mattel further objects to this Request on the grounds
6  that it calls for the disclosure of information subject to the attorney-client privilege,
7  the attorney work-product doctrine and other applicable privileges.
8
9  **REQUEST FOR PRODUCTION NO. 471:**
10         All DOCUMENTS REFERRING OR RELATING TO any claims,
11  threat of litigation and/or litigation that any PERSON has asserted against MATTEL
12  regarding infringement by MY SCENE or DIVA STARZ, including, but not limited
13  to, cease and desist letters.
14
15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 471:**
16         In addition to the general objections stated above which are
17  incorporated herein by reference, Mattel objects to this Request on the grounds that
18  it is overbroad and unduly burdensome, including in that it seeks all documents on
19  this subject without limitation as to time, and regardless of whether such documents
20  relate to products or matters at issue in this case.  Mattel further objects to the use of
21  the terms "any claims, threat of litigation and/or litigation" and "regarding
22  infringement" in this context as vague and ambiguous.  Mattel further objects to the
23  Request on the grounds that it seeks documents that are not relevant to this action or
24  likely to lead to the discovery of admissible evidence.  Mattel further objects to this
25  Request on the grounds that it seeks confidential, proprietary and trade secret
26  information, including such information that has no bearing on the claims or
27  defenses in this case.  Mattel further objects to this Request on the grounds that it
28

17209/2200584.1

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _C_ , P. _9 9_

1   calls for the disclosure of information subject to the attorney-client privilege, the

2   attorney work-product doctrine and other applicable privileges.

3

4   **REQUEST FOR PRODUCTION NO. 472:**

5          All DOCUMENTS REFERRING OR RELATING TO any SIMBA

6   LITIGATION, including, but not limited to, all pleadings, declarations, affidavits,

7   briefs, deposition transcripts, orders or other documents, and any English

8   translations thereof, submitted to the court by MATTEL or SIMBA TOYS in

9   support of its claims and defenses or any rulings or decisions issued by the court.

10

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 472:**

12         In addition to the general objections stated above which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it is overbroad and unduly burdensome, including in that it seeks all documents on

15  this subject without limitation as to time, and regardless of whether such documents

16  relate to products or matters at issue in this case.  Mattel further objects to the

17  Request on the grounds that it seeks documents that are not relevant to this action or

18  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

19  Request on the grounds that it seeks confidential, proprietary and trade secret

20  information, including such information that has no bearing on the claims or

21  defenses in this case.  Mattel further objects to this Request on the grounds that it

22  calls for the disclosure of information subject to the attorney-client privilege, the

23  attorney work-product doctrine and other applicable privileges.  Mattel further

24  objects to the extent the Request seeks documents already produced by Mattel.

25  Such documents will not be produced again.

26

27

28

.09/2200584.1

Exhibit _C_, P. _90_

1   **REQUEST FOR PRODUCTION NO. 473:**

2        All DOCUMENTS REFERRING OR RELATING TO the creation and

3   development of the "We Believe in Girls" website, found at

4   www.webelieveingirls.com, that also mention BRATZ and/or MGA.

5

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 473:**

7        In addition to the general objections stated above which are

8   incorporated herein by reference, Mattel objects to this Request on the grounds that

9   it is overbroad and unduly burdensome, including in that it seeks all documents on

10   this subject without limitation as to time, and regardless of whether such documents

11   relate to products or matters at issue in this case. Mattel further objects to the

12   Request on the grounds that it seeks documents that are not relevant to this action or

13   likely to lead to the discovery of admissible evidence. Mattel further objects to this

14   Request on the grounds that it seeks confidential, proprietary and trade secret

15   information, including such information that has no bearing on the claims or

16   defenses in this case. Mattel further objects to this Request on the grounds that it

17   calls for the disclosure of information subject to the attorney-client privilege, the

18   attorney work-product doctrine and other applicable privileges.

19

20   **REQUEST FOR PRODUCTION NO. 474:**

21        All DOCUMENTS REFERRING OR RELATING TO the mention of

22   BRATZ and/or MGA on the "We Believe in Girls" website, including, but not

23   limited to, any community bulletin boards.

24

25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 474:**

26        In addition to the general objections stated above which are

27   incorporated herein by reference, Mattel objects to this Request on the grounds that

28   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

I7209/2200584.1

-7-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _C_, P. _91_

1  documents on this subject without limitation as to time, and regardless of whether

2  such documents relate to products or matters at issue in this case. Mattel further

3  objects to the Request on the grounds that it seeks documents that are not relevant to

4  this action or likely to lead to the discovery of admissible evidence. Mattel further

5  objects to this Request on the grounds that it seeks confidential, proprietary and

6  trade secret information, including such information that has no bearing on the

7  claims or defenses in this case. Mattel further objects to this Request on the grounds

8  that it calls for the disclosure of information subject to the attorney-client privilege,

9  the attorney work-product doctrine and other applicable privileges.

10

11  **REQUEST FOR PRODUCTION NO. 475:**

12          Copies of all photographs taken by MATTEL (including, but not

13  limited to, MATTEL's counsel) during the course of its inspection of any

14  DOCUMENT or item made available to it by MGA or Bryant, including, but not

15  limited to, products, packaging, samples, sculptures, sketches, or drawings.

16

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 475:**

18          In addition to the general objections stated above which are

19  incorporated herein by reference, Mattel objects to this Request on the grounds that

20  it is overbroad and unduly burdensome, including in that it seeks all documents

21  regardless of whether such documents relate to products or matters at issue in this

22  case. Mattel further objects to this Request on the grounds that it calls for the

23  disclosure of information subject to the attorney-client privilege, the attorney work-

24  product doctrine and other applicable privileges.

25          Subject to and without waiving the foregoing objections, Mattel

26  responds as follows: Mattel will produce such responsive, non-privileged

27  documents that are in Mattel's possession, custody, or control, if any, that Mattel has

28

09/2200584.1

-8-

Exhibit _C_, P. _92_

1  been able to locate after a diligent search and reasonable inquiry, to the extent not

2  previously produced.

3

4  **REQUEST FOR PRODUCTION NO. 476:**

5       All DOCUMENTS RELATING TO YOUR efforts, or knowledge of

6  any efforts by any PERSONS, worldwide to monitor, "spy on" or gain knowledge of

7  MGA's trade secrets, non-public information, non-public activities, unreleased

8  products, and product development, including, but not limited to:

9       a.    DOCUMENTS REFERRING OR RELATING TO YOUR

10  COMMUNICATIONS or contacts with MGA's current or former employees or

11  contractors about MGA or its business, including, but not limited to, any tape

12  recordings of such COMMUNICATIONS;

13       b.    DOCUMENTS REFERRING OR RELATING TO YOUR use

14  or attempts to use confidential informants, spies, or moles within MGA, including,

15  but not limited to, any tape recordings of MGA employees or contractors;

16       c.    DOCUMENTS REFERRING OR RELATING TO YOUR

17  knowledge of any MGA product before its release to the public or of any other

18  non-public information about MGA, its business or its products;

19       d.    DOCUMENTS REFERRING OR RELATING TO YOUR

20  access, or attempts to gain access, to MGA showrooms, Plan-o-Grams,

21  merchandising displays, Toy Fair displays on false pretenses (including, but not

22  limited to, by using fake business cards);

23       f.    DOCUMENTS REFERRING OR RELATING TO YOUR

24  access to MGA's products or showroom at any Toy Fair (including Hong Kong Toy

25  Fair, New York Toy Fair, Dallas Toy Fair, or Nuremberg Toy Fair);

26       h.    YOUR access to MGA's confidential product and pricing

27  information through "competitive management agreements" or "category

28  management agreements" with retailers; and

07209/2200584.1

-9-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _C_, P. _93_

1          i.      YOUR access to MGA's confidential product and pricing

2    information from non-public sources and/or through non-public means.

3

4    **RESPONSE TO REQUEST FOR PRODUCTION NO. 476:**

5              In addition to the general objections stated above which are

6    incorporated herein by reference, Mattel objects to this Request on the grounds that

7    it is overbroad, unduly burdensome, compound, and unintelligible, especially given

8    its broad definitions of "MATTEL," "MGA," and "PERSONS," and in that it seeks

9    all documents on this subject without limitation as to time, and regardless of

10   whether such documents relate to products or matters at issue in this case.  Mattel

11   further objects to the use of the terms "knowledge of any efforts by any PERSONS,"

12   "monitor, 'spy on' or gain knowledge," "MGA's trade secrets," "non-public

13   information," "non-public activities," "unreleased products," "product

14   development," "confidential informants, spies, or moles ," "non public information,"

15   "non-public sources ," "non-public means," "on false pretenses," "confidential

16   product and pricing information," and "'competitive management agreements' or

17   'category management agreements,'"  in this context as vague, ambiguous, and

18   incomprehensible.  Mattel further objects to the Request on the grounds that it seeks

19   documents that are not relevant to this action or likely to lead to the discovery of

20   admissible evidence.  Mattel further objects to this Request on the grounds that it

21   seeks, in its entirety, confidential, proprietary and trade secret information, including

22   such information that has no bearing on the claims or defenses in this case.  Mattel

23   further objects to this Request on the grounds that it calls for the disclosure of

24   information subject to the attorney-client privilege, the attorney work-product

25   doctrine and other applicable privileges.

26

27

28

**REQUEST FOR PRODUCTION NO. 477:**

All COMMUNICATIONS between YOU and any recruiting agency or service including, but not limited to, Gregory Michaels & Associates, that REFER OR RELATE TO recruiting or contacting any MGA employee to work for YOU.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 477:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the use of the term "recruiting agency or service" in this context as vague and ambiguous. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 478:**

All DOCUMENTS REFERRING OR RELATING to any use or contemplated use by YOU of any recruiting agency or service including, but not limited to Gregory Michaels & Associates to contact or recruit any MGA employee to work for YOU.

07209/2200584.1

-11-

Exhibit _C_, P. _95_

1 **RESPONSE TO REQUEST FOR PRODUCTION NO. 478:**

2      In addition to the general objections stated above which are

3 incorporated herein by reference, Mattel objects to this Request on the grounds that

4 it is overbroad and unduly burdensome, including in that it seeks all documents on

5 this subject without limitation as to time, and regardless of whether such documents

6 relate to products or matters at issue in this case.  Mattel further objects to the use of

7 the term "recruiting agency or service" in this context as vague and ambiguous.

8 Mattel further objects to the Request on the grounds that it seeks documents that are

9 not relevant to this action or likely to lead to the discovery of admissible evidence.

10 Mattel further objects to this Request on the grounds that it seeks confidential,

11 proprietary and trade secret information, including such information that has no

12 bearing on the claims or defenses in this case.  Mattel further objects to this Request

13 on the grounds that it calls for the disclosure of information subject to the attorney-

14 client privilege, the attorney work-product doctrine and other applicable privileges.

15

16 **REQUEST FOR PRODUCTION NO. 479:**

17      DOCUMENTS sufficient to show weekly and monthly point of sale

18 data for MY SCENE fashion dolls.

19

20 **RESPONSE TO REQUEST FOR PRODUCTION NO. 479:**

21      In addition to the general objections stated above which are

22 incorporated herein by reference, Mattel objects to this Request on the grounds that

23 it is overbroad and unduly burdensome, including in that it seeks all documents on

24 this subject without limitation as to time, and regardless of whether such documents

25 relate to products or matters at issue in this case.  Mattel further objects to the use of

26 the term "point of sale data" in this context as vague and ambiguous.  Mattel further

27 objects to the Request on the grounds that it seeks documents that are not relevant to

28 this action or likely to lead to the discovery of admissible evidence.  Mattel further

1 | objects to this Request on the grounds that it seeks confidential, proprietary and
2 | trade secret information, including such information that has no bearing on the
3 | claims or defenses in this case.
4 |
5 | **REQUEST FOR PRODUCTION NO. 480:**
6 |               All DOCUMENTS REFERRING OR RELATING TO YOUR receipt,
7 | reproduction, copying, storage, transmission, transfer, retention, destruction,
8 | deletion, or use of any DOCUMENT identifying MGA products in the course of any
9 | planning, design, development or revision of any YOUR products.
10 |
11 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 480:**
12 |               In addition to the general objections stated above which are
13 | incorporated herein by reference, Mattel objects to this Request on the grounds that
14 | it is overbroad and unduly burdensome, including in that it seeks all documents on
15 | this subject without limitation as to time, and regardless of whether such documents
16 | relate to products or matters at issue in this case  The Request is also unintelligible,
17 | leaving Mattel to guess what documents are being sought.  Mattel further objects to
18 | the Request on the grounds that it seeks documents that are not relevant to this
19 | action or likely to lead to the discovery of admissible evidence.  Mattel further
20 | objects to this Request on the grounds that it seeks confidential, proprietary and
21 | trade secret information, including such information that has no bearing on the
22 | claims or defenses in this case.  Mattel further objects to this Request on the grounds
23 | that it calls for the disclosure of information subject to the attorney-client privilege,
24 | the attorney work-product doctrine and other applicable privileges.
25 |
26 | **REQUEST FOR PRODUCTION NO. 481:**
27 |               All DOCUMENTS, including, but not limited to, any compilation of
28 | information, that were prepared, made, created, generated, assembled or compiled

J7209/2200584.1

-13-

1  by or for MGA or any MGA subsidiary, including MGAE de Mexico, S.R.L. de

2  C.V.

3

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 481:**

5         In addition to the general objections stated above which are

6  incorporated herein by reference, Mattel objects to this Request on the grounds that

7  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

8  documents on this subject without limitation as to time, and regardless of whether

9  such documents relate to products or matters at issue in this case.  Mattel further

10  objects to the use of the term "any compilation of information, that were prepared

11  made, created, generated, assembled or compiled by or for MGA or any MGA

12  subsidiary, including MGAE de Mexico, S.R.L. de C.V." in this context as vague

13  and ambiguous.  Mattel further objects to the Request on the grounds that it seeks

14  documents that are not relevant to this action or likely to lead to the discovery of

15  admissible evidence.  Mattel further objects to this Request on the grounds that it

16  seeks confidential, proprietary and trade secret information, including such

17  information that has no bearing on the claims or defenses in this case.  Mattel further

18  objects to this Request on the grounds that it calls for the disclosure of information

19  subject to the attorney-client privilege, the attorney work-product doctrine and other

20  applicable privileges.  Mattel further objects to this Request to the extent it seeks

21  documents already produced by Mattel, including documents stolen by MGA and

22  other defendants.  Such documents will not be produced again.

23         Subject to and without waiving the foregoing objections, Mattel

24  responds as follows:  Mattel will produce such responsive, non-privileged

25  documents that are in Mattel's possession, custody, or control, if any, that Mattel has

26  been able to locate after a diligent search and reasonable inquiry, to the extent not

27  previously produced.

28

J9/2200584.1

Exhibit _C_, P. _98_

**REQUEST FOR PRODUCTION NO. 482:**

All DOCUMENTS, including, but not limited to, any compilation of information, that were prepared, made, created, generated, assembled or compiled by or for MGA or any MGA subsidiary, and that YOU received from any third party, including Rachel Harris or Fred Larian.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 482:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the use of the term "any compilation of information, that were prepared, made, created, generated, assembled or compiled by or for MGA or any MGA subsidiary" in this context as vague and ambiguous. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 483:**

All investigative files REFERRING OR RELATING to BRYANT, MGA or any of its employees, including but not limited to file numbers 02-299, 02-1680, and 03-034.

-15-
MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _C_, P. _99_

**RESPONSE TO REQUEST FOR PRODUCTION NO. 483:**

        In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents regardless of whether such documents relate to products, matters, or persons at issue in this case. Mattel further objects to the use of the terms "investigative files" in this context as vague and ambiguous. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request to the extent that it seeks documents already produced by Mattel. Such documents will not be produced again.

        Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents relating to Bryant that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 484:**

        DOCUMENTS sufficient to show the directory structure of the ZEUS SERVER as it relates to MATTEL's girls toys division.

-16-

Exhibit _C_, P. _100_

**RESPONSE TO REQUEST FOR PRODUCTION NO. 484:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the use of the terms "directory structure" and "MATTEL's girls toys division" in this context as vague and ambiguous. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will make available to defendants for inspection and copying tapes from which this information may be derived.

**REQUEST FOR PRODUCTION NO. 485:**

All DOCUMENTS, since January 1, 1999, REFERRING OR RELATING TO YOUR receipt, reproduction, copying, storage, transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS, including but not limited to any compilation of information, that were prepared, made, created, generated, assembled or compiled by or for MGA or any MGA subsidiary, including MGAE de Mexico, S.R.L. de C.V. in Mexico City.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 485:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that

-17-

Exhibit _C_, P. _101_

1  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

2  documents on this subject regardless of whether such documents relate to products

3  or matters at issue in this case.  Mattel further objects to the use of the term "any

4  compilation of information, that were prepared made, created, generated, assembled

5  or compiled by or for MGA or any MGA subsidiary, including MGAE de Mexico,

6  S.R.L. de C.V." in this context as vague and ambiguous.  Mattel further objects to

7  the Request on the grounds that it seeks documents that are not relevant to this

8  action or likely to lead to the discovery of admissible evidence.  Mattel further

9  objects to this Request on the grounds that it seeks confidential, proprietary and

10  trade secret information, including such information that has no bearing on the

11  claims or defenses in this case.  Mattel further objects to this Request on the grounds

12  that it calls for the disclosure of information subject to the attorney-client privilege,

13  the attorney work-product doctrine and other applicable privileges.  Mattel further

14  objects to this Request to the extent it seeks documents already produced by Mattel,

15  including documents stolen by MGA and other defendants.  Such documents will

16  not be produced again.

17          Subject to and without waiving the foregoing objections, Mattel

18  responds as follows:  Mattel will produce such responsive, non-privileged

19  documents that are in Mattel's possession, custody, or control, if any, that Mattel has

20  been able to locate after a diligent search and reasonable inquiry, to the extent not

21  previously produced.

22

23  **REQUEST FOR PRODUCTION NO. 486:**

24          All DOCUMENTS REFERRING OR RELATING TO YOUR or

25  YOUR attorney's or agent's knowledge of or participation in the investigation or

26  search of MGAE de Mexico, S.R.L. de C.V. in Mexico City.

27

28

1    <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 486:</u>

2         In addition to the general objections stated above which are

3    incorporated herein by reference, Mattel objects to this Request on the grounds that

4    it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

5    documents on this subject without limitation as to time, and regardless of whether

6    such documents relate to products or matters at issue in this case.  Mattel further

7    objects to the use of the term "YOUR or YOUR attorney's or agent's knowledge of

8    or participation in the investigation or search of MGAE de Mexico, S.R.L. de C.V."

9    in this context as vague and ambiguous.  Mattel further objects to this Request on

10   the grounds that it calls for the disclosure of information subject to the attorney-

11   client privilege, the attorney work-product doctrine and other applicable privileges.

12   Mattel further objects to the Request on the grounds that it seeks documents that are

13   not relevant to this action or likely to lead to the discovery of admissible evidence.

14   Mattel further objects to this Request on the grounds that it seeks confidential,

15   proprietary and trade secret information, including such information that has no

16   bearing on the claims or defenses in this case.

17

18   <u>REQUEST FOR PRODUCTION NO. 487:</u>

19        All DOCUMENTS REFERRING OR RELATING TO whether any of

20   the items seized by Mexican authorities from MGAE de Mexico, S.R.L. de C.V. in

21   Mexico City were prepared, made, created, generated, assembled or compiled by or

22   for MGA or any MGA subsidiary.

23

24   <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 487:</u>

25        In addition to the general objections stated above which are

26   incorporated herein by reference, Mattel objects to this Request on the grounds that

27   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

28   documents on this subject without limitation as to time, and regardless of whether

Exhibit  _C_ , P. _163_

1  such documents relate to products or matters at issue in this case. Mattel further

2  objects to the Request on the grounds that it seeks documents that are not relevant to

3  this action or likely to lead to the discovery of admissible evidence. Mattel further

4  objects to this Request on the grounds that it seeks confidential, proprietary and

5  trade secret information, including such information that has no bearing on the

6  claims or defenses in this case. Mattel further objects to this Request on the grounds

7  that it calls for the disclosure of information subject to the attorney-client privilege,

8  the attorney work-product doctrine and other applicable privileges. Mattel further

9  objects to this Request to the extent it seeks documents already produced by Mattel,

10  including documents stolen by MGA and other defendants. Such documents will

11  not be produced again.

12       Subject to and without waiving the foregoing objections, Mattel

13  responds as follows:  Mattel will produce such responsive, non-privileged

14  documents that are in Mattel's possession, custody, or control, if any, that Mattel has

15  been able to locate after a diligent search and reasonable inquiry, to the extent not

16  previously produced.

17

18  **REQUEST FOR PRODUCTION NO. 488:**

19       All DOCUMENTS REFERRING OR RELATING TO YOUR

20  knowledge that any of the items seized by Mexican authorities from MGAE de

21  Mexico, S.R.L. de C.V. in Mexico City were prepared, made, created, generated,

22  assembled or compiled by or for MGA or any MGA subsidiary.

23

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 488:**

25       In addition to the general objections stated above which are

26  incorporated herein by reference, Mattel objects to this Request on the grounds that

27  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

28  documents on this subject without limitation as to time, and regardless of whether

1200584.1

-20-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _C_, P. 104

1  such documents relate to products or matters at issue in this case.  Mattel further

2  objects to the Request on the grounds that it seeks documents that are not relevant to

3  this action or likely to lead to the discovery of admissible evidence.  Mattel further

4  objects to this Request on the grounds that it seeks confidential, proprietary and

5  trade secret information, including such information that has no bearing on the

6  claims or defenses in this case.  Mattel further objects to this Request on the grounds

7  that it calls for the disclosure of information subject to the attorney-client privilege,

8  the attorney work-product doctrine and other applicable privileges.  Mattel further

9  objects to this Request to the extent it seeks documents already produced by Mattel,

10  including documents stolen by MGA and other defendants.  Such documents will

11  not be produced again.

12

13  **REQUEST FOR PRODUCTION NO. 489:**

14          All DOCUMENTS REFERRING OR RELATING TO YOUR or

15  YOUR attorney's or agent's knowledge of or participation in the seizure of Brisbois'

16  thumb drive by Canadian law enforcement.

17

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 489:**

19          In addition to the general objections stated above which are

20  incorporated herein by reference, Mattel objects to this Request on the grounds that

21  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

22  documents on this subject without limitation as to time, and regardless of whether

23  such documents relate to products or matters at issue in this case.  Mattel further

24  objects to the use of the term "YOUR or YOUR attorney's or agent's knowledge of

25  or participation in the seizure of Brisbois' thumb drive by Canadian law

26  enforcement" in this context as vague and ambiguous.  Mattel further objects to the

27  Request on the grounds that it seeks documents that are not relevant to this action or

28  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

-21-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit C , P. 105

1   Request on the grounds that it seeks confidential, proprietary and trade secret

2   information, including such information that has no bearing on the claims or

3   defenses in this case. Mattel further objects to this Request on the grounds that it

4   calls for the disclosure of information subject to the attorney-client privilege, the

5   attorney work-product doctrine and other applicable privileges.

6

7   **REQUEST FOR PRODUCTION NO. 490:**

8            All DOCUMENTS REFERRING OR RELATING TO whether any of

9   the items seized by Canadian authorities from Brisbois' thumb drive were prepared,

10  made, created, generated, assembled or compiled by or for MGA or any MGA

11  subsidiary.

12

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 490:**

14           In addition to the general objections stated above which are

15  incorporated herein by reference, Mattel objects to this Request on the grounds that

16  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17  documents on this subject without limitation as to time, and regardless of whether

18  such documents relate to products or matters at issue in this case. Mattel further

19  objects to the Request on the grounds that it seeks documents that are not relevant to

20  this action or likely to lead to the discovery of admissible evidence. Mattel further

21  objects to this Request on the grounds that it seeks confidential, proprietary and

22  trade secret information, including such information that has no bearing on the

23  claims or defenses in this case. Mattel further objects to this Request on the grounds

24  that it calls for the disclosure of information subject to the attorney-client privilege,

25  the attorney work-product doctrine and other applicable privileges. Mattel further

26  objects to this Request to the extent it seeks documents already produced by Mattel,

27  including documents stolen by MGA and other defendants. Such documents will

28  not be produced again.

-22-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _C_, P. _106_

1        Subject to and without waiving the foregoing objections, Mattel

2  responds as follows:  Mattel will produce such responsive, non-privileged

3  documents that are in Mattel's possession, custody, or control, if any, that Mattel has

4  been able to locate after a diligent search and reasonable inquiry, to the extent not

5  previously produced.

6

7  **REQUEST FOR PRODUCTION NO. 491:**

8        All DOCUMENTS REFERRING OR RELATING TO YOUR

9  knowledge that any of the items seized by Canadian authorities from Brisbois'

10  thumb drive were prepared, made, created, generated, assembled or compiled by or

11  for MGA or any MGA subsidiary.

12

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 491:**

14        In addition to the general objections stated above which are

15  incorporated herein by reference, Mattel objects to this Request on the grounds that

16  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17  documents on this subject without limitation as to time, and regardless of whether

18  such documents relate to products or matters at issue in this case.  Mattel further

19  objects to the Request on the grounds that it seeks documents that are not relevant to

20  this action or likely to lead to the discovery of admissible evidence.  Mattel further

21  objects to this Request on the grounds that it seeks confidential, proprietary and

22  trade secret information, including such information that has no bearing on the

23  claims or defenses in this case.  Mattel further objects to this Request on the grounds

24  that it calls for the disclosure of information subject to the attorney-client privilege,

25  the attorney work-product doctrine and other applicable privileges.  Mattel further

26  objects to this Request to the extent it seeks documents already produced by Mattel,

27  including documents stolen by MGA and other defendants.  Such documents will

28  not be produced again.

J7209/2200584.1

-23-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit __C__, P. __107__

**REQUEST FOR PRODUCTION NO. 492:**

All DOCUMENTS that REFER OR RELATE TO the retention, destruction, transfer, or use of any information or DOCUMENTS known to or possessed by any current or former MGA employee, freelancer or contractor, including but not limited to Tina Patel, Christopher Hardouin, Margo Eldridge, Charlotte Broussard, and Andrew Gallerani.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 492:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products, matters, or persons at issue in this case.  Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 493:**

All COMMUNICATIONS between YOU and any PERSON REFERRING OR RELATING TO the retention, destruction, transfer, or use of any information or DOCUMENTS known to or possessed by any current or former MGA employee, freelancer or contractor, including but not limited to Tina Patel, Christopher Hardouin, Margo Eldridge, Charlotte Broussard, and Andrew Gallerani.

Exhibit _C_, P.( 08

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 493:**

2           In addition to the general objections stated above which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

5  documents on this subject without limitation as to time, and regardless of whether

6  such documents relate to products, matters, or persons at issue in this case.  Mattel

7  further objects to the Request on the grounds that it seeks documents that are not

8  relevant to this action or likely to lead to the discovery of admissible evidence.

9  Mattel further objects to this Request on the grounds that it seeks confidential,

10  proprietary and trade secret information, including such information that has no

11  bearing on the claims or defenses in this case.  Mattel further objects to this Request

12  on the grounds that it calls for the disclosure of information subject to the attorney-

13  client privilege, the attorney work-product doctrine and other applicable privileges.

14

15  **REQUEST FOR PRODUCTION NO. 494:**

16           All COMMUNICATIONS between YOU and Tina Patel prior to her

17  date of hire by MATTEL.

18

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 494:**

20           In addition to the general objections stated above which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it is overbroad and unduly burdensome, including in that it seeks all documents on

23  this subject without limitation as to time, and regardless of whether such documents

24  relate to products, matters, or persons at issue in this case.  Mattel further objects to

25  the Request on the grounds that it seeks documents that are not relevant to this

26  action or likely to lead to the discovery of admissible evidence.  Mattel further

27  objects to this Request on the grounds that it seeks confidential, proprietary and

28  trade secret information, including such information that has no bearing on the

-25-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit  C , P. 109

1 claims or defenses in this case. Mattel further objects to this Request on the grounds
2 that it calls for the disclosure of information subject to the attorney-client privilege,
3 the attorney work-product doctrine and other applicable privileges.

4

5 **REQUEST FOR PRODUCTION NO. 495:**

6      All DOCUMENTS REFERRING OR RELATING TO

7 COMMUNICATIONS between YOU and Tina Patel prior to her date of hire by

8 MATTEL, including but not limited to all calendar entries, phone logs, phone

9 records and notes reflecting such COMMUNICATIONS.

10

11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 495:**

12      In addition to the general objections stated above which are

13 incorporated herein by reference, Mattel objects to this Request on the grounds that

14 it is overbroad and unduly burdensome, including in that it seeks all documents on

15 this subject without limitation as to time, and regardless of whether such documents

16 relate to products, matters, or persons at issue in this case. Mattel further objects to

17 the Request on the grounds that it seeks documents that are not relevant to this

18 action or likely to lead to the discovery of admissible evidence. Mattel further

19 objects to this Request on the grounds that it seeks confidential, proprietary and

20 trade secret information, including such information that has no bearing on the

21 claims or defenses in this case. Mattel further objects to this Request on the grounds

22 that it calls for the disclosure of information subject to the attorney-client privilege,

23 the attorney work-product doctrine and other applicable privileges.

24

25 **REQUEST FOR PRODUCTION NO. 496:**

26      All DOCUMENTS, including but not limited to all

27 COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO Tina

28 Patel prior to her date of hire by MATTEL.

Exhibit _C_, P. _110_

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 496:**

2          In addition to the general objections stated above which are

3   incorporated herein by reference, Mattel objects to this Request on the grounds that

4   it is overbroad and unduly burdensome, including in that it seeks all documents on

5   this subject without limitation as to time, and regardless of whether such documents

6   relate to products, matters, or persons at issue in this case.  Mattel further objects to

7   the Request on the grounds that it seeks documents that are not relevant to this

8   action or likely to lead to the discovery of admissible evidence.  Mattel further

9   objects to this Request on the grounds that it seeks confidential, proprietary and

10  trade secret information, including such information that has no bearing on the

11  claims or defenses in this case.  Mattel further objects to this Request on the grounds

12  that it calls for the disclosure of information subject to the attorney-client privilege,

13  the attorney work-product doctrine and other applicable privileges.

14

15  **REQUEST FOR PRODUCTION NO. 497:**

16          All DOCUMENTS, including but not limited to all

17  COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO Tina

18  Patel's resignation from MGA.

19

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 497:**

21          In addition to the general objections stated above which are

22  incorporated herein by reference, Mattel objects to this Request on the grounds that

23  it is overbroad and unduly burdensome, including in that it seeks all documents on

24  this subject without limitation as to time, and regardless of whether such documents

25  relate to products, matters, or persons at issue in this case.  Mattel further objects to

26  the Request on the grounds that it seeks documents that are not relevant to this

27  action or likely to lead to the discovery of admissible evidence.  Mattel further

28  objects to this Request on the grounds that it seeks confidential, proprietary and

1  trade secret information, including such information that has no bearing on the
2  claims or defenses in this case.  Mattel further objects to this Request on the grounds
3  that it calls for the disclosure of information subject to the attorney-client privilege,
4  the attorney work-product doctrine and other applicable privileges.
5
6  **REQUEST FOR PRODUCTION NO. 498:**
7         All DOCUMENTS, including but not limited to all
8  COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO
9  compensation, money or any other item of value paid to Tina Patel, whether directly
10 or indirectly, by YOU.
11
12 **RESPONSE TO REQUEST FOR PRODUCTION NO. 498:**
13         In addition to the general objections stated above which are
14 incorporated herein by reference, Mattel objects to this Request on the grounds that
15 it is overbroad and unduly burdensome, including in that it seeks all documents on
16 this subject without limitation as to time, and regardless of whether such documents
17 relate to products, matters, or persons at issue in this case.  Mattel further objects to
18 the Request on the grounds that it seeks documents that are not relevant to this
19 action or likely to lead to the discovery of admissible evidence.  Mattel further
20 objects to this Request on the grounds that it seeks confidential, proprietary and
21 trade secret information, including such information that has no bearing on the
22 claims or defenses in this case.  Mattel further objects to this Request on the grounds
23 that it calls for the disclosure of information subject to the attorney-client privilege,
24 the attorney work-product doctrine and other applicable privileges.
25
26 **REQUEST FOR PRODUCTION NO. 499:**
27         All DOCUMENTS received by YOU, directly or indirectly, from Tina
28 Patel REFERRING OR RELATING TO any MGA product or plan.

V2200584.1

-28-
MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _L_, P. _117_

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 499:**

2  　　　　In addition to the general objections stated above which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

5  documents on this subject without limitation as to time, and regardless of whether

6  such documents relate to products or matters at issue in this case. Mattel further

7  objects to the use of the term "any MGA product or plan" in this context as vague

8  and ambiguous. Mattel further objects to the Request on the grounds that it seeks

9  documents that are not relevant to this action or likely to lead to the discovery of

10  admissible evidence. Mattel further objects to this Request on the grounds that it

11  seeks confidential, proprietary and trade secret information, including such

12  information that has no bearing on the claims or defenses in this case. Mattel further

13  objects to this Request on the grounds that it calls for the disclosure of information

14  subject to the attorney-client privilege, the attorney work-product doctrine and other

15  applicable privileges.

16

17  **REQUEST FOR PRODUCTION NO. 500:**

18  　　　　All DOCUMENTS, including but not limited to all

19  COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO

20  YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,

21  destruction, deletion or use of any DOCUMENTS, data and/or information,

22  including but not limited to any compilation of information, that was prepared,

23  made, created, generated, assembled or compiled by or for MGA and that YOU

24  received, directly or indirectly, from Tina Patel.

25

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 500:**

27  　　　　In addition to the general objections stated above which are

28  incorporated herein by reference, Mattel objects to this Request on the grounds that

1   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

2   documents on this subject without limitation as to time, and regardless of whether

3   such documents relate to products or matters at issue in this case. Mattel further

4   objects to the use of the term "any compilation of information, that were prepared

5   made, created, generated, assembled or compiled by or for MGA" in this context as

6   vague and ambiguous. Mattel further objects to the Request on the grounds that it

7   seeks documents that are not relevant to this action or likely to lead to the discovery

8   of admissible evidence. Mattel further objects to this Request on the grounds that it

9   seeks confidential, proprietary and trade secret information, including such

10  information that has no bearing on the claims or defenses in this case. Mattel further

11  objects to this Request on the grounds that it calls for the disclosure of information

12  subject to the attorney-client privilege, the attorney work-product doctrine and other

13  applicable privileges.

14

15  **REQUEST FOR PRODUCTION NO. 501:**

16          A copy of each personnel file maintained or created by YOU

17  REFERRING OR RELATING TO Tina Patel.

18

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 501:**

20          In addition to the general objections stated above which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

23  documents on this subject without limitation as to time, and regardless of whether

24  such documents relate to products, matters, or persons at issue in this case. Mattel

25  further objects to the Request on the grounds that it seeks documents that are not

26  relevant to this action or likely to lead to the discovery of admissible evidence.

27  Mattel further objects to this Request on the grounds that it seeks confidential,

28  proprietary and trade secret information, including such information that has no

/2200584.1

-30-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit  C , P. 114

1   bearing on the claims or defenses in this case. Mattel further objects to this Request
2   on the grounds that it calls for the disclosure of information subject to the attorney-
3   client privilege, the attorney work-product doctrine and other applicable privileges.
4
5   **REQUEST FOR PRODUCTION NO. 502:**
6          All DOCUMENTS, including but not limited to all
7   COMMUNICATIONS, prepared, created, sent or transmitted, whether in whole or
8   in part, by Tina Patel REFERRING OR RELATING TO any of the CONTESTED
9   MGA PRODUCTS.
10
11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 502:**
12         In addition to the general objections stated above which are
13  incorporated herein by reference, Mattel objects to this Request on the grounds that
14  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
15  documents on this subject without limitation as to time, and regardless of whether
16  such documents relate to products or matters at issue in this case. Mattel further
17  objects to the Request on the grounds that it seeks documents that are not relevant to
18  this action or likely to lead to the discovery of admissible evidence. Mattel further
19  objects to this Request on the grounds that it seeks confidential, proprietary and
20  trade secret information, including such information that has no bearing on the
21  claims or defenses in this case. Mattel further objects to this Request on the grounds
22  that it calls for the disclosure of information subject to the attorney-client privilege,
23  the attorney work-product doctrine and other applicable privileges.
24         Subject to and without waiving the foregoing objections, Mattel
25  responds as follows: Mattel will produce such responsive, non-privileged
26  documents that are in Mattel's possession, custody, or control, if any, that Mattel has
27  been able to locate after a diligent search and reasonable inquiry, to the extent not
28  previously produced.

7209/2200584.1

1  **REQUEST FOR PRODUCTION NO. 503:**

2          All COMMUNICATIONS between YOU and Christopher Hardouin

3  prior to his date of hire by MATTEL.

4

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 503:**

6          In addition to the general objections stated above which are

7  incorporated herein by reference, Mattel objects to this Request on the grounds that

8  it is overbroad and unduly burdensome, including in that it seeks all documents on

9  this subject without limitation as to time, and regardless of whether such documents

10 relate to products or matters at issue in this case.  Mattel further objects to the

11 Request on the grounds that it seeks documents that are not relevant to this action or

12 likely to lead to the discovery of admissible evidence.  Mattel further objects to this

13 Request on the grounds that it seeks confidential, proprietary and trade secret

14 information, including such information that has no bearing on the claims or

15 defenses in this case.  Mattel further objects to this Request on the grounds that it

16 calls for the disclosure of information subject to the attorney-client privilege, the

17 attorney work-product doctrine and other applicable privileges.

18

19 **REQUEST FOR PRODUCTION NO. 504:**

20         All DOCUMENTS REFERRING OR RELATING TO

21 COMMUNICATIONS between YOU and Christopher Hardouin prior to his date of

22 hire by MATTEL, including but not limited to all calendar entries, phone logs,

23 phone records and notes reflecting such COMMUNICATIONS.

24

25 **RESPONSE TO REQUEST FOR PRODUCTION NO. 504:**

26         In addition to the general objections stated above which are

27 incorporated herein by reference, Mattel objects to this Request on the grounds that

28 it is overbroad and unduly burdensome, including in that it seeks all documents on

B/2200584.1

-32-

1  this subject without limitation as to time, and regardless of whether such documents

2  relate to products, matters, or persons at issue in this case.  Mattel further objects to

3  the Request on the grounds that it seeks documents that are not relevant to this

4  action or likely to lead to the discovery of admissible evidence.  Mattel further

5  objects to this Request on the grounds that it seeks confidential, proprietary and

6  trade secret information, including such information that has no bearing on the

7  claims or defenses in this case.  Mattel further objects to this Request on the grounds

8  that it calls for the disclosure of information subject to the attorney-client privilege,

9  the attorney work-product doctrine and other applicable privileges.

10

11  **REQUEST FOR PRODUCTION NO. 505:**

12      All DOCUMENTS, including but not limited to all

13  COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO

14  Christopher Hardouin prior to his date of hire by MATTEL.

15

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 505:**

17      In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad and unduly burdensome, including in that it seeks all documents on

20  this subject without limitation as to time, and regardless of whether such documents

21  relate to products, matters, or persons at issue in this case.  Mattel further objects to

22  the Request on the grounds that it seeks documents that are not relevant to this

23  action or likely to lead to the discovery of admissible evidence.  Mattel further

24  objects to this Request on the grounds that it seeks confidential, proprietary and

25  trade secret information, including such information that has no bearing on the

26  claims or defenses in this case.  Mattel further objects to this Request on the grounds

27  that it calls for the disclosure of information subject to the attorney-client privilege,

28  the attorney work-product doctrine and other applicable privileges.

Exhibit __C__, P. 117

1   **REQUEST FOR PRODUCTION NO. 506:**

2        All DOCUMENTS, including but not limited to all

3   COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO

4   Christopher Hardouin's resignation from MGA.

5

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 506:**

7        In addition to the general objections stated above which are

8   incorporated herein by reference, Mattel objects to this Request on the grounds that

9   it is overbroad and unduly burdensome, including in that it seeks all documents on

10  this subject without limitation as to time, and regardless of whether such documents

11  relate to products, matters, or persons at issue in this case. Mattel further objects to

12  the Request on the grounds that it seeks documents that are not relevant to this

13  action or likely to lead to the discovery of admissible evidence. Mattel further

14  objects to this Request on the grounds that it seeks confidential, proprietary and

15  trade secret information, including such information that has no bearing on the

16  claims or defenses in this case. Mattel further objects to this Request on the grounds

17  that it calls for the disclosure of information subject to the attorney-client privilege,

18  the attorney work-product doctrine and other applicable privileges.

19

20  **REQUEST FOR PRODUCTION NO. 507:**

21       All DOCUMENTS, including but not limited to all

22  COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO

23  compensation, money or any other item of value paid to Christopher Hardouin,

24  whether directly or indirectly, by YOU.

25

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 507:**

27       In addition to the general objections stated above which are

28  incorporated herein by reference, Mattel objects to this Request on the grounds that

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit C , P. 118

1  it is overbroad and unduly burdensome, including in that it seeks all documents on

2  this subject without limitation as to time, and regardless of whether such documents

3  relate to products, matters, or persons at issue in this case. Mattel further objects to

4  the Request on the grounds that it seeks documents that are not relevant to this

5  action or likely to lead to the discovery of admissible evidence. Mattel further

6  objects to this Request on the grounds that it seeks confidential, proprietary and

7  trade secret information, including such information that has no bearing on the

8  claims or defenses in this case. Mattel further objects to this Request on the grounds

9  that it calls for the disclosure of information subject to the attorney-client privilege,

10  the attorney work-product doctrine and other applicable privileges.

11

12  **REQUEST FOR PRODUCTION NO. 508:**

13        All DOCUMENTS received by YOU, directly or indirectly, from

14  Christopher Hardouin REFERRING OR RELATING TO any MGA product or plan.

15

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 508:**

17        In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20  documents on this subject without limitation as to time, and regardless of whether

21  such documents relate to products or matters at issue in this case. Mattel further

22  objects to the use of the term "MGA product or plan" in this context as vague and

23  ambiguous. Mattel further objects to the Request on the grounds that it seeks

24  documents that are not relevant to this action or likely to lead to the discovery of

25  admissible evidence. Mattel further objects to this Request on the grounds that it

26  seeks confidential, proprietary and trade secret information, including such

27  information that has no bearing on the claims or defenses in this case. Mattel further

28  objects to this Request on the grounds that it calls for the disclosure of information

17209/2200584.1

Exhibit C, P. 119

1  subject to the attorney-client privilege, the attorney work-product doctrine and other
2  applicable privileges.

3

4  **REQUEST FOR PRODUCTION NO. 509:**

5       All DOCUMENTS, including but not limited to all
6  COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO
7  YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,
8  destruction, deletion or use of any DOCUMENTS, data and/or information,
9  including but not limited to any compilation of information, that was prepared,
10  made, created, generated, assembled or compiled by or for MGA and that YOU
11  received, directly or indirectly, from Christopher Hardouin.

12

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 509:**

14       In addition to the general objections stated above which are
15  incorporated herein by reference, Mattel objects to this Request on the grounds that
16  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
17  documents on this subject without limitation as to time, and regardless of whether
18  such documents relate to products or matters at issue in this case. Mattel further
19  objects to the Request on the grounds that it seeks documents that are not relevant to
20  this action or likely to lead to the discovery of admissible evidence. Mattel further
21  objects to this Request on the grounds that it seeks confidential, proprietary and
22  trade secret information, including such information that has no bearing on the
23  claims or defenses in this case. Mattel further objects to this Request on the grounds
24  that it calls for the disclosure of information subject to the attorney-client privilege,
25  the attorney work-product doctrine and other applicable privileges.

26

27

28

Exhibit _C_, P. _120_

**REQUEST FOR PRODUCTION NO. 510:**

A copy of each personnel file maintained or created by YOU REFERRING OR RELATING TO Christopher Hardouin.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 510:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products, matters, or persons at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 511:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS, prepared, created, sent or transmitted, whether in whole or in part, by Christopher Hardouin REFERRING OR RELATING TO any of the CONTESTED MGA PRODUCTS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 511:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit _C_, P. |2|

17209/2200584.1

1   documents on this subject without limitation as to time, and regardless of whether

2   such documents relate to products or matters at issue in this case. Mattel further

3   objects to the Request on the grounds that it seeks documents that are not relevant to

4   this action or likely to lead to the discovery of admissible evidence. Mattel further

5   objects to this Request on the grounds that it seeks confidential, proprietary and

6   trade secret information, including such information that has no bearing on the

7   claims or defenses in this case. Mattel further objects to this Request on the grounds

8   that it calls for the disclosure of information subject to the attorney-client privilege,

9   the attorney work-product doctrine and other applicable privileges.

10

11   **REQUEST FOR PRODUCTION NO. 512:**

12         All DOCUMENTS REFERRING OR RELATING TO the creation,

13   origins or sources of inspiration of "POLLY POCKET COLOR SURPRISE

14   POLLY" including, without limitation, the creation, origins or sources of inspiration

15   of the pose of "POLLY POCKET COLOR SURPRISE POLLY."

16

17   **RESPONSE TO REQUEST FOR PRODUCTION NO. 512:**

18         In addition to the general objections stated above which are

19   incorporated herein by reference, Mattel objects to this Request on the grounds that

20   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

21   documents on this subject without limitation as to time, and regardless of whether

22   such documents relate to products or matters at issue in this case. Mattel further

23   objects to the Request on the grounds that it seeks documents that are not relevant to

24   this action or likely to lead to the discovery of admissible evidence. Mattel further

25   objects to this Request on the grounds that it seeks confidential, proprietary and

26   trade secret information, including such information that has no bearing on the

27   claims or defenses in this case. Mattel further objects to this Request on the grounds

28   that it calls for the disclosure of information subject to the attorney-client privilege,

1   the attorney work-product doctrine and other applicable privileges. Mattel further

2   objects on the ground that this Request seeks to circumvent the Discovery Master's

3   Orders of April 19, 2007, and May 22, 2007.

4

5   **REQUEST FOR PRODUCTION NO. 513:**

6          All DOCUMENTS REFERRING OR RELATING TO any similarity

7   or dissimilarity between "POLLY POCKET COLOR SURPRISE POLLY" and any

8   MGA product (whether released or unreleased) known to YOU, including but not

9   limited to any similarity or dissimilarity between the pose of "POLLY POCKET

10  COLOR SURPRISE POLLY" and the pose of any MGA product known to YOU.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 513:**

13         In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case. Mattel further

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence. Mattel further

20  objects to this Request on the grounds that it seeks confidential, proprietary and

21  trade secret information, including such information that has no bearing on the

22  claims or defenses in this case. Mattel further objects to this Request on the grounds

23  that it calls for the disclosure of information subject to the attorney-client privilege,

24  the attorney work-product doctrine and other applicable privileges. Mattel further

25  objects on the ground that this Request seeks to circumvent the Discovery Master's

26  Orders of April 19, 2007, and May 22, 2007.

27

28

Exhibit _L_ , P. _123_

**REQUEST FOR PRODUCTION NO. 514:**

All DOCUMENTS REFERRING OR RELATING TO whether the appearance or pose of "POLLY POCKET COLOR SURPRISE POLLY" copies, replicates, or in any way imitates the appearance or pose of any MGA product (whether released or unreleased) known to YOU.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 514:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects on the ground that this Request seeks to circumvent the Discovery Master's Orders of April 19, 2007, and May 22, 2007.

**REQUEST FOR PRODUCTION NO. 515:**

DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current and former MATTEL personnel and/or freelancers comprising the primary team that worked on the creation, design and development of "POLLY POCKET COLOR SURPRISE POLLY."

1  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 515:</u>

2  In addition to the general objections stated above which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

5  documents on this subject without limitation as to time, and regardless of whether

6  such documents relate to products or matters at issue in this case. Mattel further

7  objects to the Request on the grounds that it seeks documents that are not relevant to

8  this action or likely to lead to the discovery of admissible evidence. Mattel further

9  objects to this Request on the grounds that it seeks confidential, proprietary and

10  trade secret information, including such information that has no bearing on the

11  claims or defenses in this case. Mattel further objects to this Request on the grounds

12  that it calls for the disclosure of information subject to the attorney-client privilege,

13  the attorney work-product doctrine and other applicable privileges. Mattel further

14  objects on the ground that this Request seeks to circumvent the Discovery Master's

15  Orders of April 19, 2007, and May 22, 2007.

16

17  <u>REQUEST FOR PRODUCTION NO. 516:</u>

18  All DOCUMENTS REFERRING OR RELATING TO YOUR efforts

19  to institute a litigation hold in response to the litigation originally captioned *Mattel,*

20  *Inc. v. Bryant.*, Case No. CV 04-9059 SGL (RNBx).

21

22  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 516:</u>

23  In addition to the general objections stated above which are

24  incorporated herein by reference, Mattel objects to this Request on the grounds that

25  it is overbroad and unduly burdensome. Mattel further objects on the ground that

26  this Request duplicates prior Requests by MGA, and is clearly designed to burden

27  and harass. Mattel further objects to the Request on the grounds that it seeks

28  documents that are not relevant to this action or likely to lead to the discovery of

1  admissible evidence. Mattel further objects to this Request on the grounds that it

2  calls for the disclosure of information subject to the attorney-client privilege, the

3  attorney work-product doctrine and other applicable privileges.

4          Subject to and without waiving the foregoing objections, Mattel

5  responds as follows: Mattel will produce one or more affidavits setting forth its

6  preservation efforts and policies with respect to the present litigation, as required by

7  Judge Larson's Order Denying Motion for Terminating Sanctions dated August 27,

8  2007.

9

10 **REQUEST FOR PRODUCTION NO. 517:**

11         . All DOCUMENTS REFERRING OR RELATING TO YOUR efforts

12 to institute a litigation hold in response to the litigation originally captioned *MGA*

13 *Entertainment, Inc. v. Mattel, Inc.*, Case No. CV 05-02727 SGL (RNBx).

14

15 **RESPONSE TO REQUEST FOR PRODUCTION NO. 517:**

16         In addition to the general objections stated above which are

17 incorporated herein by reference, Mattel objects to this Request on the grounds that

18 it is overbroad and unduly burdensome. Mattel further objects on the ground that

19 this Request duplicates prior Requests by MGA, and is clearly designed to burden

20 and harass. Mattel further objects to the Request on the grounds that it seeks

21 documents that are not relevant to this action or likely to lead to the discovery of

22 admissible evidence. Mattel further objects to this Request on the grounds that it

23 calls for the disclosure of information subject to the attorney-client privilege, the

24 attorney work-product doctrine and other applicable privileges.

25         Subject to and without waiving the foregoing objections, Mattel

26 responds as follows: Mattel will produce one or more affidavits setting forth its

27 preservation efforts and policies with respect to the present litigation, as required by

28

Exhibit _C_, P. 126

1  Judge Larson's Order Denying Motion for Terminating Sanctions dated August 27,

2  2007.

3

4  **REQUEST FOR PRODUCTION NO. 518:**

5       All DOCUMENTS REFERRING OR RELATING TO YOUR efforts

6  to institute a litigation hold in response to the litigation originally captioned *Bryant*

7  *v. Mattel, Inc.*, Case No. CV 04-9049 SGL (RNBx).

8

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 518:**

10       In addition to the general objections stated above which are

11  incorporated herein by reference, Mattel objects to this Request on the grounds that

12  it is overbroad and unduly burdensome.  Mattel further objects on the ground that

13  this Request duplicates prior Requests by MGA, and is clearly designed to burden

14  and harass.  Mattel further objects to the Request on the grounds that it seeks

15  documents that are not relevant to this action or likely to lead to the discovery of

16  admissible evidence.  Mattel further objects to this Request on the grounds that it

17  calls for the disclosure of information subject to the attorney-client privilege, the

18  attorney work-product doctrine and other applicable privileges.

19       Subject to and without waiving the foregoing objections, Mattel

20  responds as follows:  Mattel will produce one or more affidavits setting forth its

21  preservation efforts and policies with respect to the present litigation, as required by

22  Judge Larson's Order Denying Motion for Terminating Sanctions dated August 27,

23  2007.

24

25  **REQUEST FOR PRODUCTION NO. 519:**

26       All COMMUNICATIONS between YOU and the toy manufacturer

27  JETTA REFERRING OR RELATING to MGA, BRATZ or LARIAN.

28

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 519:**

2          In addition to the general objections stated above which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it is overbroad and unduly burdensome, including in that it seeks all documents on

5  this subject without limitation as to time, and regardless of whether such documents

6  relate to products or matters at issue in this case. Mattel further objects to the

7  Request on the grounds that it seeks documents that are not relevant to this action or

8  likely to lead to the discovery of admissible evidence. Mattel further objects to this

9  Request on the grounds that it seeks confidential, proprietary and trade secret

10  information, including such information that has no bearing on the claims or

11  defenses in this case. Mattel further objects on the ground that this Request seeks to

12  circumvent the Discovery Master's Order dated May 22, 2007.

13

14  **REQUEST FOR PRODUCTION NO. 520:**

15          All COMMUNICATIONS between YOU and EARLY LIGHT,

16  including but not limited to Francis Choi, Wilson Ng, and Carmen Choi,

17  REFERRING OR RELATING to MGA, BRATZ or LARIAN.

18

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 520:**

20          In addition to the general objections stated above which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it is overbroad and unduly burdensome, including in that it seeks all documents on

23  this subject without limitation as to time, and regardless of whether such documents

24  relate to products or matters at issue in this case. Mattel further objects to the

25  Request on the grounds that it seeks documents that are not relevant to this action or

26  likely to lead to the discovery of admissible evidence. Mattel further objects to this

27  Request on the grounds that it seeks confidential, proprietary and trade secret

28  information, including such information that has no bearing on the claims or

9/2200584.1

-44-

Exhibit _C_ , P. _129_

1  defenses in this case.  Mattel further objects on the ground that this Request seeks to

2  circumvent the Discovery Master's Order dated May 22, 2007.

3

4  **REQUEST FOR PRODUCTION NO. 521:**

5          All COMMUNICATIONS between YOU and ASAHI REFERRING

6  OR RELATING to MGA, BRATZ or LARIAN.

7

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 521:**

9          In addition to the general objections stated above which are

10 incorporated herein by reference, Mattel objects to this Request on the grounds that

11 it is overbroad and unduly burdensome, including in that it seeks all documents on

12 this subject without limitation as to time, and regardless of whether such documents

13 relate to products or matters at issue in this case.  Mattel further objects to the

14 Request on the grounds that it seeks documents that are not relevant to this action or

15 likely to lead to the discovery of admissible evidence.  Mattel further objects to this

16 Request on the grounds that it seeks confidential, proprietary and trade secret

17 information, including such information that has no bearing on the claims or

18 defenses in this case.  Mattel further objects on the ground that this Request seeks to

19 circumvent the Discovery Master's Order dated May 22, 2007.

20

21 **REQUEST FOR PRODUCTION NO. 522:**

22          All COMMUNICATIONS between YOU and UNIVERSAL

23 REFERRING OR RELATING to MGA, BRATZ or LARIAN.

24

25 **RESPONSE TO REQUEST FOR PRODUCTION NO. 522:**

26          In addition to the general objections stated above which are

27 incorporated herein by reference, Mattel objects to this Request on the grounds that

28 it is overbroad and unduly burdensome, including in that it seeks all documents on

-45-

Exhibit __C__, P. 129

1  this subject without limitation as to time, and regardless of whether such documents
2  relate to products or matters at issue in this case.  Mattel further objects to the
3  Request on the grounds that it seeks documents that are not relevant to this action or
4  likely to lead to the discovery of admissible evidence.  Mattel further objects to this
5  Request on the grounds that it seeks confidential, proprietary and trade secret
6  information, including such information that has no bearing on the claims or
7  defenses in this case.  Mattel further objects on the ground that this Request seeks to
8  circumvent the Discovery Master's Order dated May 22, 2007.
9
10  **REQUEST FOR PRODUCTION NO. 523:**
11          All COMMUNICATIONS between YOU and KANEKA REFERRING
12  OR RELATING to MGA, BRATZ or LARIAN.
13
14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 523:**
15          In addition to the general objections stated above which are
16  incorporated herein by reference, Mattel objects to this Request on the grounds that
17  it is overbroad and unduly burdensome, including in that it seeks all documents on
18  this subject without limitation as to time, and regardless of whether such documents
19  relate to products or matters at issue in this case.  Mattel further objects to the
20  Request on the grounds that it seeks documents that are not relevant to this action or
21  likely to lead to the discovery of admissible evidence.  Mattel further objects to this
22  Request on the grounds that it seeks confidential, proprietary and trade secret
23  information, including such information that has no bearing on the claims or
24  defenses in this case.  Mattel further objects on the ground that this Request seeks to
25  circumvent the Discovery Master's Order dated May 22, 2007.
26
27
28

J/2200584.1

-46-

Exhibit ___, P. 130

**REQUEST FOR PRODUCTION NO. 524:**

All COMMUNICATIONS between YOU and FILO REFERRING OR RELATING to MGA, BRATZ or LARIAN.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 524:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects on the ground that this Request seeks to circumvent the Discovery Master's Order dated May 22, 2007.

**REQUEST FOR PRODUCTION NO. 525:**

Copies of all producers' affidavits for any ADVERTISEMENT for MY SCENE or ACCELERACERS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 525:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the use of the terms "producers' affidavits" in this context as vague and

1   ambiguous. Mattel further objects to the Request on the grounds that it seeks

2   documents that are not relevant to this action or likely to lead to the discovery of

3   admissible evidence. Mattel further objects to this Request on the grounds that it

4   seeks confidential, proprietary and trade secret information, including such

5   information that has no bearing on the claims or defenses in this case.

6         Subject to and without waiving the foregoing objections, Mattel

7   responds as follows: Mattel will produce such responsive, non-privileged

8   documents relating to those advertisements placed at issue in this litigation that are

9   in Mattel's possession, custody, or control, if any, that Mattel has been able to locate

10   after a diligent search and reasonable inquiry, to the extent not previously produced.

11

12   **REQUEST FOR PRODUCTION NO. 526:**

13         All DOCUMENTS that constitute COMMUNICATIONS between

14   YOU (including YOUR agents and attorneys) and law enforcement authorities in

15   Mexico, Canada or the United States, including but not limited to the United States

16   Attorney's Office, the Department of Justice and any national, regional, state or local

17   authorities, concerning any of the allegations in YOUR COUNTERCLAIMS or any

18   other alleged taking of confidential MATTEL information by MGA or persons

19   currently or formerly employed by MGA.

20

21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 526:**

22         In addition to the general objections stated above which are

23   incorporated herein by reference, Mattel objects to this Request on the grounds that

24   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

25   documents on this subject without limitation as to time, and regardless of whether

26   such documents relate to products or matters at issue in this case. Mattel further

27   objects on the ground that this Request duplicates prior Requests by MGA, and is

28   clearly designed to burden and harass. Mattel further objects to the Request on the

Exhibit _C_ , P. 172

1 grounds that it seeks documents that are not relevant to this action or likely to lead
2 to the discovery of admissible evidence.  Mattel further objects to this Request on
3 the grounds that it seeks confidential, proprietary and trade secret information,
4 including such information that has no bearing on the claims or defenses in this
5 case.

6

7 **REQUEST FOR PRODUCTION NO. 527:**

8        All DOCUMENTS REFERRING OR RELATING TO Board of
9 Directors meetings in which MGA, BRATZ, LARIAN, Mel Woods, Ron Brawer,
10 Janine Brisbois, Carlos Gustavo Machado Gomez, Mariana Trueba Almada, or
11 Pablo Vargas San Jose were discussed, including, but not limited to, meeting
12 minutes, notes and memoranda.

13

14 **RESPONSE TO REQUEST FOR PRODUCTION NO. 527:**

15        In addition to the general objections stated above which are
16 incorporated herein by reference, Mattel objects to this Request on the grounds that
17 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
18 documents on this subject without limitation as to time, and regardless of whether
19 such documents relate to products or matters at issue in this case.  Mattel further
20 objects to the Request on the grounds that it seeks documents that are not relevant to
21 this action or likely to lead to the discovery of admissible evidence.  Mattel further
22 objects to this Request on the grounds that it seeks confidential, proprietary and
23 trade secret information, including such information that has no bearing on the
24 claims or defenses in this case.  Mattel further objects to this Request on the grounds
25 that it calls for the disclosure of information subject to the attorney-client privilege,
26 the attorney work-product doctrine and other applicable privileges.

27

28

-49-
MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit __C__, P. 173

**REQUEST FOR PRODUCTION NO. 528:**

All DOCUMENTS that YOU (including YOUR agents and attorneys) provided to law enforcement authorities in Mexico, Canada or the United States, including but not limited to the United States Attorney's Office, the Department of Justice and any national, regional, state or local authorities, concerning any of the allegations in YOUR COUNTERCLAIMS or any other alleged taking of confidential MATTEL information by MGA or persons currently or formerly employed by MGA.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 528:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case.

**REQUEST FOR PRODUCTION NO. 529:**

All DOCUMENTS that support the information and belief alleged in paragraphs 42, 43, 47, 49, 51, 52, 68, 74 and 77 of YOUR COUNTERCLAIMS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 529:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit  _C_ , P. 134

1  it is overbroad and unduly burdensome.  Mattel further objects to this Request on

2  the grounds that it calls for the disclosure of information subject to the attorney-

3  client privilege, the attorney work-product doctrine and other applicable privileges.

4          Subject to and without waiving the foregoing objections, Mattel

5  responds as follows:  Mattel will produce such responsive, non-privileged

6  documents that are in Mattel's possession, custody, or control, if any, that Mattel has

7  been able to locate after a diligent search and reasonable inquiry, to the extent not

8  previously produced.

9

10 **REQUEST FOR PRODUCTION NO. 530:**

11          All DOCUMENTS, including but not limited to agreements, draft

12 agreements and correspondence, REFERRING OR RELATING TO the payment or

13 offer of payment of attorneys fees by MATTEL to any PERSON in connection this

14 ACTION.

15

16 **RESPONSE TO REQUEST FOR PRODUCTION NO. 530:**

17          In addition to the general objections stated above which are

18 incorporated herein by reference, Mattel objects to this Request on the grounds that

19 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20 documents on this subject without limitation as to time, and regardless of whether

21 such documents relate to products or matters at issue in this case.  Mattel further

22 objects to the Request on the grounds that it seeks documents that are not relevant to

23 this action or likely to lead to the discovery of admissible evidence.  Mattel further

24 objects to this Request on the grounds that it calls for the disclosure of information

25 subject to the attorney-client privilege, joint defense privilege, the attorney work-

26 product doctrine and other applicable privileges.

27          Subject to and without waiving the foregoing objections, Mattel

28 responds as follows:  Mattel will produce such responsive, non-privileged

1   documents that are in Mattel's possession, custody, or control, if any, that Mattel has

2   been able to locate after a diligent search and reasonable inquiry, to the extent not

3   previously produced.

4

5   **REQUEST FOR PRODUCTION NO. 531:**

6          DOCUMENTS sufficient to show YOUR fee arrangement with YOUR

7   counsel Quinn Emanuel Urquhart Oliver & Hedges LLP for services in connection

8   with this ACTION, including, but not limited to, a copy of the fee agreement or

9   retainer agreement between YOU and Quinn Emanuel Urquhart Oliver & Hedges

10  LLP.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 531:**

13         In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case.  Mattel further

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence.  Mattel further

20  objects to this Request on the grounds that it calls for the disclosure of information

21  subject to the attorney-client privilege, the attorney work-product doctrine and other

22  applicable privileges.

23

24  DATED:  January 9, 2008          QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP

25

26                               By _Michael Zeller_ (LSV)

27                                   Michael T. Zeller
                                     Attorneys for Plaintiff and
28                                   Counter-Defendant Mattel

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On January 9, 2008, I served true copies of the following document(s) described as **MATTEL'S CORRECTED RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, California 90071
*Attorneys for MGA ENTERTAINMENT, INC.*

**BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 9, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2169461.1

Exhibit ____, P. ____

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 9, 2008, I served true copies of the following document(s) described as **MATTEL'S CORRECTED RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION** on the parties in this action as follows:

| | |
|---|---|
| Mark E. Overland, Esq. | John W. Keker |
| David E. Scheper, Esq. | Michael H. Page |
| Alexander H. Cote, Esq. | Christa M. Anderson |
| **Overland Borenstein Scheper & Kim, LLP** | **Keker & Van Nest, LLP** |
| | 710 Sansome Street |
| 300 South Grand Avenue | San Francisco, CA 94111 |
| Suite 2750 | *Attorneys for CARTER BRYANT* |
| Los Angeles, CA 90071-3144 | |
| *Attorneys for Carlos Gustavo Machado* | |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 9, 2008, at Los Angeles, California.

_____
Cyrus S. Naim

07209/2081332.1

Exhibit ___ U ___, P. 176

# EXHIBIT D

O

## O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
NEWPORT BEACH

400 South Hope Street
Los Angeles, California 90071-2899

TELEPHONE (213) 430-6000
FACSIMILE (213) 430-6407
www.omm.com

NEW YORK
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

OUR FILE NUMBER
527436-8

September 25, 2007

WRITER'S DIRECT DIAL
(213) 430-6284

**VIA FACSIMILE AND U.S. MAIL**

Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street
Los Angeles, CA 90017

WRITER'S E-MAIL ADDRESS
dhurwitz@omm.com

Re:   *Bryant v. Mattel, Inc.* Case No. CV04-09049 SGL (RNBx)
      (consolidated with CV 04-9059 & 05-2727)

Dear Tim:

Pursuant to Section 5 of the Discovery Master Stipulation, I write to request that we meet and confer about Mattel's Responses and Objections to Requests 526 and 528 of MGA's Fifth Set of Requests for Production served on Mattel. This request to meet and confer on these two specific requests is without prejudice to MGA's rights to meet and confer and move to compel on the remaining requests in the Fifth Set of RFPs.

RFP 526 requests: "All DOCUMENTS that constitute COMMUNICATIONS between YOU (including YOUR agents and attorneys) and law enforcement authorities in Mexico, Canada or the United States, including but not limited to the United States Attorney's Office, the Department of Justice and any national, regional, state or local authorities, concerning any of the allegations in YOUR COUNTERCLAIMS or any other alleged taking of confidential MATTEL information by MGA or persons currently or formerly employed by MGA."

RFP 528 requests: "All DOCUMENTS that YOU (including YOUR agents and attorneys) provided to law enforcement authorities in Mexico, Canada or the United States, including but not limited to the United States Attorney's Office, the Department of Justice and any national, regional, state or local authorities, concerning any of the allegations in YOUR COUNTERCLAIMS or any other alleged taking of confidential MATTEL information by MGA or persons currently or formerly employed by MGA."

Exhibit D, P. 137

O'MELVENY & MYERS LLP
Timothy L. Alger, Esq. - September 25, 2007 - Page 2

    Mattel served objections to RFP 526 but agreed, subject to those objections, to produce responsive, non-privileged documents not previously produced. Mattel objected to RFP 528 in its entirety without any statement that it would produce documents responsive to this request.

    We believe there is no reasonable basis for Mattel to withhold production of the documents requested by RFPs 526 and 528. If Mattel has presented evidence to law enforcement authorities that it believes supports its claims that MGA or its employees engaged in theft of trade secrets or other unlawful acts, that evidence is directly relevant to Mattel's RICO and trade secret counterclaims in this lawsuit.

    MGA therefore requests that Mattel withdraw all of its objections to RFPs 526 and 528 and produce all responsive documents within one week from today. These are very narrow requests, and we believe that responsive documents could easily be collected and produced.

    I am available to meet and confer by telephone this Wednesday at any time that would be convenient for you. Absent a resolution, MGA will proceed immediately to file a motion to compel the production of the requested documents.

Sincerely,

David I. Hurwitz
for O'MELVENY & MYERS LLP

cc:   Amman Khan, Esq.
      Michael Page, Esq.
      James Spertus, Esq.

LA2:842693

Exhibit _D_, P. _146_

O

O'MELVENY & MYERS LLP

400 South Hope Street
Los Angeles, California 90071-2899

TELEPHONE (213) 430-6000
FACSIMILE (213) 430-6407

FAX TRANSMITTAL

DATE & TIME:
Tuesday, 09/25/07, 10:37 AM

TOTAL NUMBER OF PAGES:
3

**TO:**

| | FAX NUMBER: | TELEPHONE NUMBER: |
|---|---|---|
| Timothy L. Alger - Quinn Emanuel Urquhart Oliver & Hedges, LLP | (213) 443-3100 | (213) 443-3223 |
| Amman Khan - Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP | (310) 556-2920 | (310) 556-7865 |
| James W. Spertus | (310) 826-4711 | (310) 826-4700 |
| Michael Page - Keker & Van Nest LLP | (415) 397-7188 | (415) 391-5400 |

| | RETURN FAX NUMBER: | TELEPHONE NUMBER: |
|---|---|---|
| FROM:
David I. Hurwitz | (213) 430-6407 | (213) 430-6284 |

MESSAGE

IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL Cecelia Rolland AT (213) 430-6558, OR OUR FAX DEPARTMENT AT (213) 430-6357.

| | | | |
|---|---|---|---|
| FILE NO.: | 527,436-008 | RETURN ORIGINAL TO: | C. Rolland |
| USER NO.: | 09364 | EXTENSION: | 6558 |
| RESPONSIBLE ATTY NAME: | David I. Hurwitz | LOCATION: | 14S-25 |
| SPECIAL INSTRUCTIONS: | | | |

This document is intended for the exclusive use of the addressee. It may contain privileged, confidential, or non-disclosable information. If you are not the addressee, or someone responsible for delivering this document to the addressee, you may not read, copy, or distribute it. If you have received this document by mistake, please call us promptly and securely dispose of it. Thank you.

Exhibit D P. 141

EXHIBIT E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000

FAX: (213) 687-5600

www.skadden.com

DIRECT DIAL
(213) 687-5368
DIRECT FAX
(213) 621-5368
EMAIL ADDRESS
RHERRING@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 9, 2008

**VIA FACSIMILE & U.S. MAIL**

Mr. Jon D. Corey
Mr. B. Dylan Proctor
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

RE:   *Mattel v. Bryant*

Gentlemen:

The parties previously meet and conferred on October 2, 2007 regarding Mattel's refusal to produce documents in response to MGA's Request for Production Nos. 526 and 528, and we understand that Mattel elected to stand on its objections to these requests. Because this meet and confer took place before we became involved in the case, we are writing to confirm that Mattel's position has not changed.

Please confirm by no later than 12:00 pm on Thursday, January 10, 2008 whether Mattel's position has changed. If we do not hear from you by the designated time, we will assume Mattel's position remains the same and we will seek appropriate relief from the Discovery Master.

Sincerely,

Robert J. Herrington

489116-Los Angeles Server 1A - MSW

Exhibit _E_ , P. _142_

Confirmation Report - Memory Send

Time     : 01-09-2008  12:52pm
Tel line :
Name     :

Job number      :  311

Date            :  01-09  12:52pm

To              :  94433100

Document pages  :  002

Start time      :  01-09  12:52pm

End time        :  01-09  12:52pm

Pages sent      :  002

Status          :  OK

*** SEND SUCCESSFUL ***

Job number   : 311

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144

TELEPHONE No:  (213) 687-5000
FACSIMILE No:  (213) 687-5600

Email: rherrington@skadden.com

FACSIMILE TRANSMITTAL SHEET

FROM:  Robert J. Herrington                    DATE:  January 9, 2008
DIRECT DIAL:  (213) 687-5368                   FLOOR/OFFICE No:  36
DIRECT FACSIMILE:  (213) 621-5368

THIS FACSIMILE IS INTENDED ONLY FOR USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LEGAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN RETURNING THE FACSIMILE TO US.

IF THIS TRANSMISSION IS UNCLEAR OR INCOMPLETE, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES CONSECUTIVELY.
687-5443.
WHEN TRANSMITTING TO OUR MACHINES, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES

TOTAL NUMBER OF PAGES INCLUDING COVER(S):  2

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

|   | Mr. Jon D. Corey | FROM: | Quinn Emanuel Urquhart, etc. |
|---|---|---|---|
| 1. | Mr. B. Dylan Proctor | TELEPHONE No: | (213) 443-3000 |
|   | NAME: | | |
|   | CITY:  Los Angeles | | |
|   | FACSIMILE:  (213) 443-3100 | | |

MESSAGE:  Please see attached.

429749.03-Los Angeles Server 1A - MBW

Exhibit _G_ , P. _143_