1    <u>REQUEST FOR PRODUCTION NO. 5:</u>

2        All DOCUMENTS RELATING TO the invention, creation, origin,

3    conception, authorship, and ownership of the CONTESTED MGA PRODUCTS.

4    <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 5:</u>

5        MGA incorporates by reference the above-stated general objections as if

6    fully set forth herein.  MGA also specifically objects to this request to the extent

7    that it seeks information not relevant to the subject matter of this lawsuit or

8    reasonably calculated to lead to the discovery of admissible evidence.  MGA also

9    objects to this request on the grounds that it is overbroad, unduly burdensome, and

10    oppressive in seeking all documents relating to the invention, creation, origin,

11    conception, authorship, and ownership of MGA's products.  MGA also objects to

12    this request to the extent it seeks information the disclosure of which would

13    implicate the rights of third parties to protect private, confidential, proprietary or

14    trade secret information.  MGA also objects to this request on the grounds that it

15    seeks confidential, proprietary or commercially sensitive information, the

16    disclosure of which would be inimical to the business interests of MGA.  MGA also

17    objects to this request to the extent it calls for the disclosure of attorney-client

18    privileged information or information protected from disclosure by the work-

19    product doctrine, joint defense or common interest privilege, or other privilege.

20    MGA also objects to this request to the extent that it seeks documents not in

21    MGA's possession, custody or control.

22    <u>REQUEST FOR PRODUCTION NO. 6:</u>

23        All DOCUMENTS RELATING TO the invention, creation, origin,

24    conception, authorship, and ownership of any product packaging that provides a

25    basis for any claim by YOU against MATTEL.

26    <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 6:</u>

27        MGA incorporates by reference the above-stated general objections as if

28    fully set forth herein.  MGA also specifically objects to this request to the extent

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10 PAGE 28

1   that it seeks information not relevant to the subject matter of this lawsuit or

2   reasonably calculated to lead to the discovery of admissible evidence. MGA also

3   objects to this request on the grounds that it is overbroad, unduly burdensome, and

4   oppressive in seeking all documents relating to the invention, creation, origin,

5   conception, authorship, and ownership of any product packaging that provides a

6   basis for any claim by MGA against MATTEL. MGA also objects to this request

7   to the extent it seeks information the disclosure of which would implicate the rights

8   of third parties to protect private, confidential, proprietary or trade secret

9   information. MGA also objects to this request on the grounds that it seeks

10  confidential, proprietary or commercially sensitive information, the disclosure of

11  which would be inimical to the business interests of MGA. MGA also objects to

12  this request to the extent it calls for the disclosure of attorney-client privileged

13  information or information protected from disclosure by the work-product doctrine,

14  joint defense or common interest privilege, or other privilege. MGA also objects to

15  this request to the extent that it seeks documents not in MGA's possession, custody

16  or control.

17  **REQUEST FOR PRODUCTION NO. 7:**

18      All DOCUMENTS RELATING TO COMMUNICATIONS with any

19  PERSON regarding the invention, creation, origin, conception, authorship, and

20  ownership of the CONTESTED MGA PRODUCTS.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

22      MGA incorporates by reference the above-stated general objections as if

23  fully set forth herein. MGA also specifically objects to this request to the extent

24  that it seeks information not relevant to the subject matter of this lawsuit or

25  reasonably calculated to lead to the discovery of admissible evidence. MGA also

26  objects to this request on the grounds that it is overbroad, unduly burdensome, and

27  oppressive in seeking *all* documents relating to communications with *any* person

28  regarding the invention, creation, origin, conception, authorship, and ownership of

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT _____ PAGE _____

1   MGA products at issue in this litigation.  MGA also objects to this request to the
2   extent it seeks information the disclosure of which would implicate the rights of
3   third parties to protect private, confidential, proprietary or trade secret information.
4   MGA also objects to this request on the grounds that it seeks confidential,
5   proprietary or commercially sensitive information, the disclosure of which would
6   be inimical to the business interests of MGA.  MGA also objects to this request to
7   the extent it calls for the disclosure of attorney-client privileged information or
8   information protected from disclosure by the work-product doctrine, joint defense
9   or common interest privilege, or other privilege.  MGA also objects to this request
10  to the extent that it seeks documents not in MGA's possession, custody or control.
11  **REQUEST FOR PRODUCTION NO. 8:**
12      All DOCUMENTS RELATING TO COMMUNICATIONS with any
13  PERSON regarding the invention, creation, origin, conception, authorship, and
14  ownership of all product packaging that provides a basis for any claim by YOU
15  against MATTEL.
16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**
17      MGA incorporates by reference the above-stated general objections as if
18  fully set forth herein.  MGA also specifically objects to this request to the extent
19  that it seeks information not relevant to the subject matter of this lawsuit or
20  reasonably calculated to lead to the discovery of admissible evidence.  MGA also
21  objects to this request on the grounds that it is overbroad, unduly burdensome, and
22  oppressive in seeking *all* documents relating to communications with *any* person
23  regarding the invention, creation, origin, conception, authorship, and ownership of
24  all product packaging that provides a basis for any claim by MGA against
25  MATTEL.  MGA also objects to this request to the extent it seeks information the
26  disclosure of which would implicate the rights of third parties to protect private,
27  confidential, proprietary or trade secret information.  MGA also objects to this
28  request on the grounds that it seeks confidential, proprietary or commercially

- 10 -

EXHIBIT __16__ PAGE 28?

1  sensitive information, the disclosure of which would be inimical to the business

2  interests of MGA. MGA also objects to this request to the extent it calls for the

3  disclosure of attorney-client privileged information or information protected from

4  disclosure by the work-product doctrine, joint defense or common interest

5  privilege, or other privilege. MGA also objects to this request to the extent that it

6  seeks documents not in MGA's possession, custody or control.

7  **REQUEST FOR PRODUCTION NO. 9:**

8      All DOCUMENTS RELATING TO the invention, creation, origin,

9  conception, authorship, design, development, production, engineering, manufacture,

10  distribution, sale, and ownership of products and packaging that YOU contend

11  provide a basis for any claim against MATTEL, whether or not such claim is made

12  in the COMPLAINT.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

14      MGA incorporates by reference the above-stated general objections as if

15  fully set forth herein. MGA also specifically objects to this request to the extent

16  that it seeks information not relevant to the subject matter of this lawsuit or

17  reasonably calculated to lead to the discovery of admissible evidence. MGA also

18  objects to this request on the grounds that it is overbroad, unduly burdensome, and

19  oppressive in seeking *all* documents relating to the "invention, creation, origin,

20  conception, authorship, design, development, production, engineering, manufacture,

21  distribution, sale and ownership of products and packaging" that MGA contends

22  provides a basis for MGA's claims against MATTEL, including whether or not

23  such claim is made in the Complaint. MGA also objects to this request to the

24  extent it seeks information the disclosure of which would implicate the rights of

25  third parties to protect private, confidential, proprietary or trade secret information.

26  MGA also objects to this request on the grounds that it seeks confidential,

27  proprietary or commercially sensitive information, the disclosure of which would

28  be inimical to the business interests of MGA. MGA also objects to this request to

- 11 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT ___ PAGE 254

1   the extent it calls for the disclosure of attorney-client privileged information or

2   information protected from disclosure by the work-product doctrine, joint defense

3   or common interest privilege, or other privilege.  MGA also objects to this request

4   to the extent that it seeks documents not in MGA's possession, custody or control.

5   **REQUEST FOR PRODUCTION NO. 10:**

6       All DOCUMENTS RELATING TO the invention, creation, origin,

7   conception, authorship, design, development, production, engineering, manufacture,

8   distribution, sale, and ownership of all products and packaging that YOU contend

9   MATTEL copied or infringed.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

11      MGA incorporates by reference the above-stated general objections as if

12  fully set forth herein.  MGA also specifically objects to this request to the extent

13  that it seeks information not relevant to the subject matter of this lawsuit or

14  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

15  objects to this request on the grounds that it is overbroad, unduly burdensome, and

16  oppressive in seeking *all* documents relating to the "invention, creation, origin,

17  conception, authorship, design, development, production, engineering, manufacture,

18  distribution, sale, and ownership of all products and packaging" that MGA

19  contends MATTEL copied or infringed.  MGA also objects to this request to the

20  extent it seeks information the disclosure of which would implicate the rights of

21  third parties to protect private, confidential, proprietary or trade secret information.

22  MGA also objects to this request on the grounds that it seeks confidential,

23  proprietary or commercially sensitive information, the disclosure of which would

24  be inimical to the business interests of MGA.  MGA also objects to this request to

25  the extent it calls for the disclosure of attorney-client privileged information or

26  information protected from disclosure by the work-product doctrine, joint defense

27  or common interest privilege, or other privilege.  MGA also objects to this request

28  to the extent that it seeks documents not in MGA's possession, custody or control.

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10 PAGE 285

1   **REQUEST FOR PRODUCTION NO. 11:**

2        ALL DOCUMENTS RELATING TO COMMUNICATIONS with any

3   PERSON regarding the invention, creation, origin, conception, authorship, design,

4   development, production, engineering, manufacture, distribution, sale, and

5   ownership of the CONTESTED MATTEL PRODUCTS and their associated

6   packaging.

7   **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

8       MGA incorporates by reference the above-stated general objections as if

9   fully set forth herein. MGA also specifically objects to this request to the extent

10   that it seeks information not relevant to the subject matter of this lawsuit or

11   reasonably calculated to lead to the discovery of admissible evidence. MGA also

12   objects to this request on the grounds that it is overbroad, unduly burdensome, and

13   oppressive in seeking *all* documents relating to communications with *any* person

14   "regarding the invention, creation, origin, conception, authorship, design,

15   development, production, engineering, manufacture, distribution, sale, and

16   ownership" of MATTEL's products at issue in this litigation, including their

17   packaging. MGA also objects to this request on the grounds that it seeks

18   confidential, proprietary or commercially sensitive information, the disclosure of

19   which would be inimical to the business interests of MGA. MGA also objects to

20   this request to the extent it calls for the disclosure of attorney-client privileged

21   information or information protected from disclosure by the work-product doctrine,

22   joint defense or common interest privilege, or other privilege. MGA also objects to

23   this request to the extent that it seeks documents not in MGA's possession, custody

24   or control.

25       Subject to the foregoing, MGA will produce relevant and non-objectionable

26   documents in its possession, custody or control, if any, responsive to this request

27   that it is able to locate following a reasonably diligent search.

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10 PAGE 286

1   <u>**REQUEST FOR PRODUCTION NO. 12:**</u>

2      ALL DOCUMENT RELATING TO COMMUNICATIONS with any

3 PERSON regarding the invention, creation, origin, conception, authorship, design,

4 development, production, engineering, manufacture, distribution, sale, and

5 ownership of all products and packaging that YOU contend MATTEL copied or

6 infringed.

7   <u>**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**</u>

8      MGA incorporates by reference the above-stated general objections as if

9 fully set forth herein.  MGA also specifically objects to this request to the extent

10 that it seeks information not relevant to the subject matter of this lawsuit or

11 reasonably calculated to lead to the discovery of admissible evidence.  MGA also

12 objects to this request on the grounds that it is overbroad, unduly burdensome, and

13 oppressive in seeking *all* documents relating to communications with *any* person

14 "regarding the invention, creation, origin, conception, authorship, design,

15 development, production, engineering, manufacture, distribution, sale, and

16 ownership of all products and packaging" that MGA contends MATTEL copied or

17 infringed.  MGA also objects to this request to the extent it seeks information the

18 disclosure of which would implicate the rights of third parties to protect private,

19 confidential, proprietary or trade secret information.  MGA also objects to this

20 request on the grounds that it seeks confidential, proprietary or commercially

21 sensitive information, the disclosure of which would be inimical to the business

22 interests of MGA.  MGA also objects to this request to the extent it calls for the

23 disclosure of attorney-client privileged information or information protected from

24 disclosure by the work-product doctrine, joint defense or common interest

25 privilege, or other privilege.  MGA also objects to this request to the extent that it

26 seeks documents not in MGA's possession, custody or control.

27   <u>**REQUEST FOR PRODUCTION NO. 13:**</u>

28      All DOCUMENTS RELATING TO any revision of any CONTESTED

- 14 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10  PAGE 207

1    MGA PRODUCTS, including but not limited to any proposed alternatives,

2    modifications or changes (whether or not implemented) to such CONTESTED

3    MGA PRODUCTS.

4    **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

5         MGA incorporates by reference the above-stated general objections as if

6    fully set forth herein.  MGA also specifically objects to this request to the extent

7    that it seeks information not relevant to the subject matter of this lawsuit or

8    reasonably calculated to lead to the discovery of admissible evidence.  MGA also

9    objects to this request on the grounds that it is overbroad, unduly burdensome, and

10   oppressive in seeking *"all* documents relating to any revision" of any MGA product

11   at issue in this litigation, including "proposed alternatives, modifications or changes

12   (whether or not implemented)."  MGA also objects to this request to the extent it

13   seeks information the disclosure of which would implicate the rights of third parties

14   to protect private, confidential, proprietary or trade secret information.  MGA also

15   objects to this request on the grounds that it seeks confidential, proprietary or

16   commercially sensitive information, the disclosure of which would be inimical to

17   the business interests of MGA.  MGA also objects to this request to the extent it

18   calls for the disclosure of attorney-client privileged information or information

19   protected from disclosure by the work-product doctrine, joint defense or common

20   interest privilege, or other privilege.  MGA also objects to this request to the extent

21   that it seeks documents not in MGA's possession, custody or control.

22        Subject to the foregoing, MGA will produce relevant and non-objectionable

23   documents in its possession, custody or control, if any, responsive to this request

24   relating to revisions of MGA products at issue in this litigation that were presented

25   to the consuming public, that it is able to locate following a reasonably diligent

26   search.

27   **REQUEST FOR PRODUCTION NO. 14:**

28        All DOCUMENTS RELATING TO the first date of availability for retail

-15-

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10   PAGE 288

1    sale of each of the CONTESTED MGA PRODUCTS.

2    **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

3        MGA incorporates by reference the above-stated general objections as if

4    fully set forth herein.  MGA also specifically objects to this request to the extent

5    that it seeks information not relevant to the subject matter of this lawsuit or

6    reasonably calculated to lead to the discovery of admissible evidence.  MGA also

7    objects to this request on the grounds that it seeks confidential, proprietary or

8    commercially sensitive information, the disclosure of which would be inimical to

9    the business interests of MGA.  MGA also objects to this request to the extent it

10   calls for the disclosure of attorney-client privileged information or information

11   protected from disclosure by the work-product doctrine, joint defense or common

12   interest privilege, or other privilege.  MGA also objects to this request to the extent

13   that it seeks documents not in MGA's possession, custody or control.

14        Subject to the foregoing, MGA will produce relevant and non-objectionable

15   documents in its possession, custody or control, if any, responsive to this request,

16   that it is able to locate following a reasonably diligent search.

17   **REQUEST FOR PRODUCTION NO. 15:**

18       All DOCUMENTS RELATING TO the first date that each of the

19   CONTESTED MGA PRODUCTS was shown to any PERSON not employed by

20   MGA, whether in concept, prototype, or finished form.

21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

22       MGA incorporates by reference the above-stated general objections as if

23   fully set forth herein.  MGA also specifically objects to this request to the extent

24   that it seeks information not relevant to the subject matter of this lawsuit or

25   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

26   objects to this request on the grounds that it seeks confidential, proprietary or

27   commercially sensitive information, the disclosure of which would be inimical to

28   the business interests of MGA.  MGA also objects to this request to the extent it

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 1   PAGE

1  calls for the disclosure of attorney-client privileged information or information
2  protected from disclosure by the work-product doctrine, joint defense or common
3  interest privilege, or other privilege.  MGA also objects to this request to the extent
4  that it seeks documents not in MGA's possession, custody or control.

5      Subject to the foregoing, MGA will produce relevant and non-objectionable
6  documents in its possession, custody or control, if any, responsive to this request,
7  that it is able to locate following a reasonably diligent search.

8  **REQUEST FOR PRODUCTION NO. 16:**

9      All head sculptures, including all preliminary head sculptures and all
10  versions of such sculptures, made, produced or prepared in connection with the
11  CONTESTED BRATZ DOLLS PRODUCTS.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

13      MGA incorporates by reference the above-stated general objections as if
14  fully set forth herein.  MGA also specifically objects to this request to the extent
15  that it seeks information not relevant to the subject matter of this lawsuit or
16  reasonably calculated to lead to the discovery of admissible evidence.  MGA also
17  objects to this request on the grounds that it is overbroad, unduly burdensome, and
18  oppressive in seeking *all* "head sculptures, including all preliminary head sculptures
19  and all versions of such sculptures, made, produced or prepared in connection" with
20  BRATZ products.  MGA also objects to this request to the extent it seeks
21  information the disclosure of which would implicate the rights of third parties to
22  protect private, confidential, proprietary or trade secret information.  MGA also
23  objects to this request on the grounds that it seeks confidential, proprietary or
24  commercially sensitive information, the disclosure of which would be inimical to
25  the business interests of MGA.  MGA also objects to this request to the extent it
26  calls for the disclosure of attorney-client privileged information or information
27  protected from disclosure by the work-product doctrine, joint defense or common
28  interest privilege, or other privilege.  MGA also objects to this request to the extent

- 17 -

EXHIBIT _10_ PAGE _290_

1   that it seeks documents not in MGA's possession, custody or control.

2   **REQUEST FOR PRODUCTION NO. 17:**

3   All DOCUMENTS RELATING TO the tooling for any of the CONTESTED

4   BRATZ DOLLS PRODUCTS, including but not limited to all invoices, contracts,

5   sales orders, purchase orders and payment relating thereto and including but not

6   limited to all DOCUMENTS relating to the engineering, preparation, fabrication

7   and creation of the molds and face paint masks used in connection therewith and to

8   the film and/or digital files used in connection with the packaging therefore.

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

10   MGA incorporates by reference the above-stated general objections as if

11   fully set forth herein. MGA also specifically objects to this request to the extent

12   that it seeks information not relevant to the subject matter of this lawsuit or

13   reasonably calculated to lead to the discovery of admissible evidence. MGA also

14   objects to this request on the grounds that it is overbroad, unduly burdensome, and

15   oppressive in seeking *all* documents relating to the tooling of MGA's BRATZ

16   products, including "*all* invoices, contracts, sales orders, purchase orders and

17   payment relating thereto, including but not limited to all DOCUMENTS relating to

18   the engineering, preparation, fabrication and creation of the molds and face paint

19   masks used in connection therewith and to the film and/or digital files used in

20   connection with the packaging therefore." MGA also objects to this request to the

21   extent it seeks information the disclosure of which would implicate the rights of

22   third parties to protect private, confidential, proprietary or trade secret information.

23   MGA also objects to this request on the grounds that it seeks confidential,

24   proprietary or commercially sensitive information, the disclosure of which would

25   be inimical to the business interests of MGA. MGA also objects to this request to

26   the extent it calls for the disclosure of attorney-client privileged information or

27   information protected from disclosure by the work-product doctrine, joint defense

28   or common interest privilege, or other privilege. MGA also objects to this request

- 18 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT | D | PAGE 29

1  to the extent that it seeks documents not in MGA's possession, custody or control.

2  **REQUEST FOR PRODUCTION NO. 18:**

3      All DOCUMENTS RELATING TO the marketing, advertising, promotion,

4  licensing, offering for sale or sale of the CONTESTED MGA PRODUCTS,

5  including but not limited to all marketing studies, marketing plans, sales plans,

6  sales forecasts, strategies, surveys and analyses and including but not limited to all

7  catalogs, advertisements, brochures, displays and Internet publications.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

9      MGA incorporates by reference the above-stated general objections as if

10  fully set forth herein.  MGA also specifically objects to this request to the extent

11  that it seeks information not relevant to the subject matter of this lawsuit or

12  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

13  objects to this request on the grounds that it is overbroad and unduly burdensome

14  in that it seeks *all* documents relating to the "marketing, advertising, promotion,

15  licensing, offering for sale or sale" of MGA's products at issue in this litigation,

16  including "marketing studies, marketing plans, sales plans, sales forecasts,

17  strategies, surveys and analyses" and "all catalogs, advertisements, brochures,

18  displays and Internet publications."  MGA also objects to this request on the

19  grounds that it seeks confidential, proprietary or commercially sensitive

20  information, the disclosure of which would be inimical to the business interests of

21  MGA.  MGA also objects to this request to the extent it calls for the disclosure of

22  attorney-client privileged information or information protected from disclosure by

23  the work-product doctrine, joint defense or common interest privilege, or other

24  privilege.  MGA also objects to this request to the extent that it seeks documents

25  not in MGA's possession, custody or control.

26      Subject to the foregoing, MGA will produce relevant and non-objectionable

27  documents in its possession, custody or control, if any, responsive to this request,

28  that were made available to the public, that it is able to locate following a

- 19 -

EXHIBIT 19   PAGE 29

1   reasonably diligent search.

2   **REQUEST FOR PRODUCTION NO. 19:**

3   All DOCUMENTS RELATING TO the ownership of any right, title or

4   interest, whether in whole or in part, in or to the CONTESTED MGA PRODUCTS.

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

6   MGA incorporates by reference the above-stated general objections as if

7   fully set forth herein. MGA also specifically objects to this request to the extent

8   that it seeks information not relevant to the subject matter of this lawsuit or

9   reasonably calculated to lead to the discovery of admissible evidence. MGA also

10  objects to this request on the grounds that it seeks confidential, proprietary or

11  commercially sensitive information, the disclosure of which would be inimical to

12  the business interests of MGA. MGA also objects to this request to the extent it

13  calls for the disclosure of attorney-client privileged information or information

14  protected from disclosure by the work-product doctrine, joint defense or common

15  interest privilege, or other privilege. MGA also objects on the grounds that the

16  request calls for a legal conclusion.

17  **REQUEST FOR PRODUCTION NO. 20:**

18  All DOCUMENTS RELATING TO any copyright, patent, design right or

19  any other registration or application for registration of the CONTESTED MGA

20  PRODUCTS, including but not limited to the complete file history relating thereto,

21  all COMMUNICATIONS relating thereto, and all filings, declarations, affidavits,

22  correspondence, notes and other DOCUMENTS relating thereto.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

24  MGA incorporates by reference the above-stated general objections as if

25  fully set forth herein. MGA also specifically objects to this request to the extent

26  that it seeks information not relevant to the subject matter of this lawsuit or

27  reasonably calculated to lead to the discovery of admissible evidence. MGA also

28  objects to this request on the grounds that it seeks confidential, proprietary or

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10 PAGE 293

1   commercially sensitive information, the disclosure of which would be inimical to

2   the business interests of MGA.  MGA also objects to this request to the extent it

3   calls for the disclosure of attorney-client privileged information or information

4   protected from disclosure by the work-product doctrine, joint defense or common

5   interest privilege, or other privilege.

6   **REQUEST FOR PRODUCTION NO. 21:**

7          Documents sufficient to identify each of the CONTESTED MGA

8   PRODUCTS by internal job or product number, SKU, and bar code number.

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

10          MGA incorporates by reference the above-stated general objections as if

11   fully set forth herein.  MGA also specifically objects to this request to the extent

12   that it seeks information not relevant to the subject matter of this lawsuit or

13   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

14   objects to this request on the grounds that it seeks confidential, proprietary or

15   commercially sensitive information, the disclosure of which would be inimical to

16   the business interests of MGA.

17          Subject to the foregoing, MGA will produce relevant and non-objectionable

18   documents in its possession, custody or control, if any, responsive to this request,

19   that it is able to locate following a reasonably diligent search.

20   **REQUEST FOR PRODUCTION NO. 22:**

21          Documents sufficient to identify the individuals who work on or were

22   involved in any manner with the invention, creation, origin, conception, authorship,

23   or design of the CONTESTED MGA PRODUCTS.

24   **RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

25          MGA incorporates by reference the above-stated general objections as if

26   fully set forth herein.  MGA also specifically objects to this request to the extent

27   that it seeks information not relevant to the subject matter of this lawsuit or

28   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10  PAGE 294

1   objects to this request on the grounds that it seeks confidential, proprietary or

2   commercially sensitive information, the disclosure of which would be inimical to

3   the business interests of MGA.

4        Subject to the foregoing, MGA will produce relevant and non-objectionable

5   documents in its possession, custody or control, if any, responsive to this request,

6   that it is able to locate following a reasonably diligent search.

7   **REQUEST FOR PRODUCTION NO. 23:**

8        All DOCUMENTS RELATING TO the display, exhibition, distribution,

9   publication, circulation, or other dissemination of the CONTESTED MGA

10  PRODUCTS to distributors, the media, or the public, including but not limited to

11  toy and trade shows and conventions.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

13       MGA incorporates by reference the above-stated general objections as if

14  fully set forth herein.  MGA also specifically objects to this request to the extent

15  that it seeks information not relevant to the subject matter of this lawsuit or

16  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

17  objects to this request on the grounds that it is overbroad, unduly burdensome and

18  oppressive in that it seeks *all* documents relating to the "display, exhibition,

19  distribution, publication, circulation, or other dissemination" of MGA's products at

20  issue in this litigation to "distributors, the media, or the public, including but not

21  limited to toy and trade shows and conventions."  MGA also objects to this request

22  on the grounds that it seeks confidential, proprietary or commercially sensitive

23  information, the disclosure of which would be inimical to the business interests of

24  MGA.

25       Subject to the foregoing, MGA will produce relevant and non-objectionable

26  documents in its possession, custody or control, if any, responsive to this request,

27  that it is able to locate following a reasonably diligent search.

28

- 22 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 1<sup>D</sup>   PAGE 245

1  **REQUEST FOR PRODUCTION NO. 24:**

2       All DOCUMENTS RELATING TO any contracts or licenses entered into,

3  negotiated, proposed, or requested RELATING TO any of the CONTESTED MGA

4  PRODUCTS.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

6       MGA incorporates by reference the above-stated general objections as if

7  fully set forth herein.  MGA also specifically objects to this request to the extent

8  that it seeks information not relevant to the subject matter of this lawsuit or

9  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

10  objects to this request on the grounds that it seeks confidential, proprietary or

11  commercially sensitive information, the disclosure of which would be inimical to

12  the business interests of MGA.   MGA also objects to this request to the extent it

13  calls for the disclosure of attorney-client privileged information or information

14  protected from disclosure by the work-product doctrine, joint defense or common

15  interest privilege, or other privilege.

16       Subject to the foregoing, MGA will produce relevant and non-objectionable

17  documents in its possession, custody or control, if any, responsive to this request,

18  that it is able to locate following a reasonably diligent search.

19  **REQUEST FOR PRODUCTION NO. 25:**

20       All DOCUMENTS RELATING TO any actual, proposed, offered, or

21  requested licensing, sale or purchase of the CONTESTED MGA PRODUCTS,

22  including but not limited to all contracts and proposed or offered contracts relating

23  thereto.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

25       MGA incorporates by reference the above-stated general objections as if

26  fully set forth herein.  MGA also specifically objects to this request to the extent

27  that it seeks information not relevant to the subject matter of this lawsuit or

28  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

- 23 -

EXHIBIT 10 PAGE 296

1   objects to this request on the grounds that it seeks confidential, proprietary or
2   commercially sensitive information, the disclosure of which would be inimical to
3   the business interests of MGA.   MGA also objects to this request to the extent it
4   calls for the disclosure of attorney-client privileged information or information
5   protected from disclosure by the work-product doctrine, joint defense or common
6   interest privilege, or other privilege.
7        Subject to the foregoing, MGA will produce relevant and non-objectionable
8   documents in its possession, custody or control, if any, responsive to this request,
9   that it is able to locate following a reasonably diligent search.
10  **REQUEST FOR PRODUCTION NO. 26:**
11       All DOCUMENTS RELATING TO the target market or potential target
12  market, and the demographics of any actual, potential or prospective consumers,
13  customers, purchasers or licensees of the CONTESTED MGA PRODUCTS.
14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**
15       MGA incorporates by reference the above-stated general objections as if
16  fully set forth herein.  MGA also specifically objects to this request to the extent
17  that it seeks information not relevant to the subject matter of this lawsuit or
18  reasonably calculated to lead to the discovery of admissible evidence.  MGA also
19  objects to this request on the grounds that it is overbroad, unduly burdensome, and
20  oppressive in seeking *all* documents relating to the "target market or potential target
21  market and the demographics of any actual, potential or prospective consumers,
22  customers, purchaser or licensees" of MGA's products at issue in this litigation.
23  MGA also objects to this request on the grounds that it seeks confidential,
24  proprietary or commercially sensitive information, the disclosure of which would
25  be inimical to the business interests of MGA.  MGA also objects to this request to
26  the extent it calls for the disclosure of attorney-client privileged information or
27  information protected from disclosure by the work-product doctrine, joint defense
28  or common interest privilege, or other privilege.  MGA also objects to this request

- 24 -

EXHIBIT 10  PAGE 297

1   to the extent that it seeks documents not in MGA's possession, custody or control.

2   **REQUEST FOR PRODUCTION NO. 27:**

3       All DOCUMENTS RELATING TO the number of units of the

4   CONTESTED MGA PRODUCTS manufactured, produced, ordered, stored in

5   inventory, imported, exported, shipped, sold, or offered for sale by any PERSON,

6   including but not limited to YOU.

7   **RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

8       MGA incorporates by reference the above-stated general objections as if

9   fully set forth herein. MGA also specifically objects to this request to the extent

10  that it seeks information not relevant to the subject matter of this lawsuit or

11  reasonably calculated to lead to the discovery of admissible evidence. MGA also

12  objects to this request on the grounds that it is overbroad, unduly burdensome, and

13  oppressive in seeking *all* documents relating to the number of units "manufactured,

14  produced, ordered, stored in inventory, imported, exported, shipped, sold, or offered

15  for sale by *any* PERSON" of MGA's products at issue in this litigation. MGA also

16  objects to this request on the grounds that it seeks confidential, proprietary or

17  commercially sensitive information, the disclosure of which would be inimical to

18  the business interests of MGA. MGA also objects to this request to the extent that

19  it seeks documents not in MGA's possession, custody or control.

20  **REQUEST FOR PRODUCTION NO. 28:**

21      All DOCUMENTS RELATING TO revenues received by YOU in

22  connection with each of the CONTESTED MGA PRODUCTS

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

24      MGA incorporates by reference the above-stated general objections as if

25  fully set forth herein. MGA also objects to this request on the grounds that it seeks

26  confidential, proprietary or commercially sensitive information, the disclosure of

27  which would be inimical to the business interests of MGA.

28      Subject to the foregoing, MGA will produce relevant and non-objectionable

- 25 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 16   PAGE 298

1   documents in its possession, custody or control, if any, responsive to this request,

2   that it is able to locate following a reasonably diligent search.

3   **REQUEST FOR PRODUCTION NO. 29:**

4       All DOCUMENTS RELATING TO YOUR costs, including but not limited

5   to YOUR per-unit cost, for each of the CONTESTED MGA PRODUCTS.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

7       MGA incorporates by reference the above-stated general objections as if

8   fully set forth herein. MGA also objects to this request on the grounds that it seeks

9   confidential, proprietary or commercially sensitive information, the disclosure of

10  which would be inimical to the business interests of MGA.

11      Subject to the foregoing, MGA will produce relevant and non-objectionable

12  documents in its possession, custody or control, if any, responsive to this request,

13  relating to actual profits for each of MGA's products at issue in this litigation, that

14  it is able to locate following a reasonably diligent search.

15  **REQUEST FOR PRODUCTION NO. 30:**

16      All DOCUMENTS RELATING TO YOUR profits, including but not limited

17  to gross, incremental and net profits, for each of the CONTESTED MGA

18  PRODUCTS.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

20      MGA incorporates by reference the above-stated general objections as if

21  fully set forth herein. MGA also specifically objects to this request to the extent

22  that it seeks information not relevant to the subject matter of this lawsuit or

23  reasonably calculated to lead to the discovery of admissible evidence. MGA also

24  objects to this request on the grounds that it is overbroad, unduly burdensome, and

25  oppressive in seeking *all* documents relating to MGA's profits, including gross,

26  incremental and net profits, for each of MGA's products at issue in this litigation.

27  MGA also objects to this request on the grounds that it seeks confidential,

28  proprietary or commercially sensitive information, the disclosure of which would

- 26 -

EXHIBIT 10   PAGE 299

1  be inimical to the business interests of MGA.

2  **REQUEST FOR PRODUCTION NO. 31:**

3  All DOCUMENTS RELATING TO any complaints or dissatisfaction

4  concerning the CONTESTED MGA PRODUCTS, including but not limited to

5  DOCUMENTS recording the returns of, or the number of or rate of defects for,

6  such products.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

8  MGA incorporates by reference the above-stated general objections as if

9  fully set forth herein. MGA also specifically objects to this request to the extent

10  that it seeks information not relevant to the subject matter of this lawsuit or

11  reasonably calculated to lead to the discovery of admissible evidence. MGA also

12  objects to this request on the grounds that it is overbroad, unduly burdensome, and

13  oppressive in seeking *all* documents relating to any complaints or dissatisfaction

14  concerning MGA's products at issue in this litigation, including returns of, or the

15  number or rate of defects for such products. MGA also objects to this request on

16  the grounds that it seeks confidential, proprietary or commercially sensitive

17  information, the disclosure of which would be inimical to the business interests of

18  MGA. MGA also objects to this request to the extent it calls for the disclosure of

19  attorney-client privileged information or information protected from disclosure by

20  the work-product doctrine, joint defense or common interest privilege, or other

21  privilege. MGA also objects to the extent such documents are not in MGA's

22  possession, custody or control.

23  Subject to the foregoing, MGA will produce relevant and non-objectionable

24  documents in its possession, custody or control, if any, responsive to this request,

25  that it is able to locate following a reasonably diligent search.

26  **REQUEST FOR PRODUCTION NO. 32:**

27  All DOCUMENTS RELATING TO the belief of any PERSON (whether or

28  not such belief is accurate) as to the origin, affiliation, sponsorship or association of

- 27 -

EXHIBIT 10 PAGE 360

1    the CONTESTED MGA PRODUCTS, including but not limited to all studies,

2    surveys, interviews, reports, and COMMUNICATIONS regarding any such belief.

3    **RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

4         MGA incorporates by reference the above-stated general objections as if

5    fully set forth herein.  MGA also specifically objects to this request to the extent

6    that it seeks information not relevant to the subject matter of this lawsuit or

7    reasonably calculated to lead to the discovery of admissible evidence.  MGA also

8    objects to this request on the grounds that it is overbroad, unduly burdensome, and

9    oppressive in seeking *all* documents relating to the belief of *any* person "as to the

10   origin, affiliation, sponsorship or association of" MGA's products at issue in this

11   litigation, including "*all* studies, surveys, interviews, reports and

12   COMMUNICATIONS regarding any such believe."  MGA also objects to this

13   request on the ground that it is premature and will be the subject of expert

14   testimony.  MGA also objects to this request on the grounds that it seeks

15   confidential, proprietary or commercially sensitive information, the disclosure of

16   which would be inimical to the business interests of MGA.  MGA also objects to

17   this request to the extent it calls for the disclosure of attorney-client privileged

18   information or information protected from disclosure by the work-product doctrine,

19   joint defense or common interest privilege, or other privilege.  MGA also objects to

20   the extent such documents are not in MGA's possession, custody or control.

21   **REQUEST FOR PRODUCTION NO. 33:**

22        All DOCUMENTS RELATING TO the belief of any PERSON (whether or

23   not such belief is accurate) as to the origin, affiliation, sponsorship or association of

24   the CONTESTED MATTEL PRODUCTS, including but not limited to all studies,

25   surveys, interviews, reports and COMMUNICATIONS regarding any such belief.

26   **RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

27        MGA incorporates by reference the above-stated general objections as if

28   fully set forth herein.  MGA also specifically objects to this request to the extent

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV.04-09049 SGL (RNBX)

EXHIBIT 1 O   PAGE 3 ol

1   that it seeks information not relevant to the subject matter of this lawsuit or

2   reasonably calculated to lead to the discovery of admissible evidence. MGA also

3   objects to this request on the grounds that it is overbroad, unduly burdensome, and

4   oppressive in seeking *all* documents relating to the belief of *any* person "as to the

5   origin, affiliation, sponsorship or association of" MATTEL's products at issue in

6   this litigation, including "*all* studies, surveys, interviews, reports and

7   COMMUNICATIONS regarding any such believe." MGA also objects to this

8   request on the ground that it is premature and will be the subject of expert

9   testimony. MGA also objects to this request on the grounds that it seeks

10   confidential, proprietary or commercially sensitive information, the disclosure of

11   which would be inimical to the business interests of MGA. MGA also objects to

12   this request to the extent it calls for the disclosure of attorney-client privileged

13   information or information protected from disclosure by the work-product doctrine,

14   joint defense or common interest privilege, or other privilege. MGA also objects to

15   the extent it seeks documents not in MGA's possession, custody or control.

16   **REQUEST FOR PRODUCTION NO. 34:**

17       All DOCUMENTS RELATING TO any potential or actual confusion, any

18   potential or actual mistake or any potential or actual deception of any PERSON as

19   to the origin, affiliation, sponsorship or association of the CONTESTED MGA

20   PRODUCTS, including but not limited to all studies, surveys, interviews, reports

21   and COMMUNICATIONS regarding any such confusion, mistake or deception.

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

23       MGA incorporates by reference the above-stated general objections as if

24   fully set forth herein. MGA also specifically objects to this request to the extent

25   that it seeks information not relevant to the subject matter of this lawsuit or

26   reasonably calculated to lead to the discovery of admissible evidence. MGA also

27   objects to this request on the grounds that it is overbroad, unduly burdensome, and

28   oppressive in seeking *all* documents relating to "any potential or actual confusion,

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10   PAGE 352

1   any potential or actual mistake or any potential or actual deception of" *any* person

2   "as to the origin, affiliation, sponsorship or association of" MGA's products at issue

3   in this litigation, including "*all* studies, surveys, interviews, reports and

4   COMMUNICATIONS regarding any such confusion, mistake or deception."

5   MGA also objects to this request on the ground that it is premature and will be the

6   subject of expert testimony.  MGA also objects to this request on the grounds that it

7   seeks confidential, proprietary or commercially sensitive information, the

8   disclosure of which would be inimical to the business interests of MGA.  MGA also

9   objects to this request to the extent it calls for the disclosure of attorney-client

10   privileged information or information protected from disclosure by the work-

11   product doctrine, joint defense or common interest privilege, or other privilege.

12   MGA also objects to the extent it seeks documents not in MGA's possession,

13   custody or control.

14   **REQUEST FOR PRODUCTION NO. 35:**

15       All DOCUMENTS RELATING TO any potential or actual confusion, any

16   potential or actual mistake or any potential or actual deception of any PERSON as

17   to the origin, affiliation, sponsorship or association of the CONTESTED MATTEL

18   PRODUCTS, including but not limited to all studies, surveys, interviews, reports

19   and COMMUNICATIONS regarding any such confusion, mistake or deception.

20   **RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

21       MGA incorporates by reference the above-stated general objections as if

22   fully set forth herein.  MGA also specifically objects to this request to the extent

23   that it seeks information not relevant to the subject matter of this lawsuit or

24   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

25   objects to this request on the grounds that it is overbroad, unduly burdensome, and

26   oppressive in seeking *all* documents relating to "any potential or actual confusion,

27   any potential or actual mistake or any potential or actual deception of" *any* person

28   "as to the origin, affiliation, sponsorship or association of" MATTEL's products at

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 6  PAGE 303

1  issue in this litigation, including "*all* studies, surveys, interviews, reports and

2  COMMUNICATIONS regarding any such confusion, mistake or deception."

3  MGA also objects to this request on the ground that it is premature and will be the

4  subject of expert testimony.  MGA also objects to this request on the grounds that it

5  seeks confidential, proprietary or commercially sensitive information, the

6  disclosure of which would be inimical to the business interests of MGA.  MGA also

7  objects to this request to the extent it calls for the disclosure of attorney-client

8  privileged information or information protected from disclosure by the work-

9  product doctrine, joint defense or common interest privilege, or other privilege.

10  MGA also objects to this request to the extent it seeks documents not in MGA's

11  possession, custody or control.

12  **REQUEST FOR PRODUCTION NO. 36:**

13       All DOCUMENTS RELATING TO any consumer studies, reports, surveys,

14  interviews or reports regarding the CONTESTED MGA PRODUCTS or the

15  CONTESTED MATTEL PRODUCTS.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

17       MGA incorporates by reference the above-stated general objections as if

18  fully set forth herein.  MGA also specifically objects to this request to the extent

19  that it seeks information not relevant to the subject matter of this lawsuit or

20  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

21  objects to this request on the grounds that it is overbroad, unduly burdensome, and

22  oppressive in seeking *all* documents relating to "any consumer studies, reports,

23  surveys, interview or reports" regarding either MGA or MATTEL's products at

24  issue in this litigation.  MGA also objects to this request on the ground that it is

25  premature and will be the subject of expert testimony.  MGA also objects to this

26  request on the grounds that it seeks confidential, proprietary or commercially

27  sensitive information, the disclosure of which would be inimical to the business

28  interests of MGA.  MGA also objects to this request to the extent it calls for the

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10   PAGE 304

1    disclosure of attorney-client privileged information or information protected from

2    disclosure by the work-product doctrine, joint defense or common interest

3    privilege, or other privilege.  MGA also objects to this request the extent it seeks

4    documents not in MGA's possession, custody or control.

5    **REQUEST FOR PRODUCTION NO. 37:**

6        All DOCUMENTS RELATING TO the marketing, advertising, promotion,

7    licensing, offering for sale or sale of the CONTESTED MATTEL PRODUCTS,

8    including but not limited to all marketing studies, marketing plans, sales plans,

9    sales forecasts, strategies, surveys and analyses and including but not limited to all

10   catalogs, advertisements, brochures, displays and Internet publications.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

12       MGA incorporates by reference the above-stated general objections as if

13   fully set forth herein.  MGA also specifically objects to this request to the extent

14   that it seeks information not relevant to the subject matter of this lawsuit or

15   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

16   objects to this request on the grounds that it is overbroad, unduly burdensome, and

17   oppressive in seeking *all* documents relating to "the marketing, advertising,

18   promotion, licensing, offering for sale or sale of" MATTEL's products at issue in

19   this litigation.  MGA also objects to this request to the extent it seeks documents

20   equally available to MATTEL.  MGA also objects to this request on the grounds

21   that it seeks confidential, proprietary or commercially sensitive information, the

22   disclosure of which would be inimical to the business interests of MGA.  MGA also

23   objects to this request to the extent it calls for the disclosure of attorney-client

24   privileged information or information protected from disclosure by the work-

25   product doctrine, joint defense or common interest privilege, or other privilege.

26   MGA also objects to this request to the extent it seeks documents not in MGA's

27   possession, custody or control.

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT __10__ PAGE __305__

1  **REQUEST FOR PRODUCTION NO. 38:**

2       All DOCUMENTS RELATING TO the ownership of any right, title or

3  interest, whether in whole or in part, in or to the CONTESTED MATTEL

4  PRODUCTS.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

6       MGA incorporates by reference the above-stated general objections as if

7  fully set forth herein. MGA also specifically objects to this request to the extent

8  that it seeks information not relevant to the subject matter of this lawsuit or

9  reasonably calculated to lead to the discovery of admissible evidence. MGA also

10  objects to this request to the extent it seeks documents equally available to

11  MATTEL. MGA also objects to this request on the grounds that it seeks

12  confidential, proprietary or commercially sensitive information, the disclosure of

13  which would be inimical to the business interests of MGA. MGA also objects to

14  this request to the extent it calls for the disclosure of attorney-client privileged

15  information or information protected from disclosure by the work-product doctrine,

16  joint defense or common interest privilege, or other privilege. MGA also objects to

17  this request to the extent it seeks documents not in MGA's possession, custody or

18  control.

19  **REQUEST FOR PRODUCTION NO. 39:**

20       All DOCUMENTS RELATING TO the invention, creation, origin,

21  conception, authorship, design, and ownership of the CONTESTED MATTEL

22  PRODUCTS.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

24       MGA incorporates by reference the above-stated general objections as if

25  fully set forth herein. MGA also specifically objects to this request to the extent

26  that it seeks information not relevant to the subject matter of this lawsuit or

27  reasonably calculated to lead to the discovery of admissible evidence. MGA also

28  objects to this request to the extent it seeks documents equally available to

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)



EXHIBIT  10  PAGE  304

1   MATTEL.  MGA also objects to this request on the grounds that it seeks

2   confidential, proprietary or commercially sensitive information, the disclosure of

3   which would be inimical to the business interests of MGA.  MGA also objects to

4   this request to the extent it calls for the disclosure of attorney-client privileged

5   information or information protected from disclosure by the work-product doctrine,

6   joint defense or common interest privilege, or other privilege.  MGA also objects to

7   this request to the extent it seeks documents not in MGA's possession, custody or

8   control.

9   **REQUEST FOR PRODUCTION NO. 40:**

10      All DOCUMENTS RELATING TO the display, exhibition, distribution,

11   publication, circulation, or other dissemination of the CONTESTED MATTEL

12   PRODUCTS to distributors, the media, or the public, including but not limited to

13   toy and trade shows and conventions.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

15      MGA incorporates by reference the above-stated general objections as if

16   fully set forth herein.  MGA also specifically objects to this request to the extent

17   that it seeks information not relevant to the subject matter of this lawsuit or

18   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

19   objects to this request on the grounds that it is overbroad, unduly burdensome and

20   oppressive in that it seeks *all* documents relating to the "display, exhibition,

21   distribution, publication, circulation, or other dissemination" of MATTEL's

22   products at issue in this litigation to "distributors, the media, or the public."  MGA

23   also objects to this request to the extent it seeks documents equally available to

24   MATTEL.  MGA also objects to this request on the grounds that it seeks

25   confidential, proprietary or commercially sensitive information, the disclosure of

26   which would be inimical to the business interests of MGA.  MGA also objects to

27   this request to the extent it calls for the disclosure of attorney-client privileged

28   information or information protected from disclosure by the work-product doctrine,

- 34 -

EXHIBIT 10   PAGE 367

1  joint defense or common interest privilege, or other privilege.  MGA also objects to

2  this request to the extent it seeks documents not in MGA's possession, custody or

3  control.

4  **REQUEST FOR PRODUCTION NO. 41:**

5      All COMMUNICATIONS between YOU and any stock analyst, investment

6  analyst, investment bank, institutional lender, or venture capital fund since January

7  1, 1999.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

9      MGA incorporates by reference the above-stated general objections as if

10 fully set forth herein.  MGA also specifically objects to this request to the extent

11 that it seeks information not relevant to the subject matter of this lawsuit or

12 reasonably calculated to lead to the discovery of admissible evidence.  MGA also

13 objects to this request on the grounds that it is overly broad, unduly burdensome

14 and oppressive in that it seeks *all* communications between MGA and *any* stock

15 analyst, investment analyst, investment bank, institutional lender or venture capital

16 fund since January 1, 1999.  MGA also objects to this request on the grounds that it

17 seeks confidential, proprietary or commercially sensitive information, the

18 disclosure of which would be inimical to the business interests of MGA.  MGA also

19 objects to this request to the extent it seeks documents not in MGA's possession,

20 custody or control.

21 **REQUEST FOR PRODUCTION NO. 42:**

22     All COMMUNICATIONS between YOU and any individual while the

23 individual was employed by MATTEL.

24 **RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

25     MGA incorporates by reference the above-stated general objections as if

26 fully set forth herein.  MGA also specifically objects to this request to the extent

27 that it seeks information not relevant to the subject matter of this lawsuit or

28 reasonably calculated to lead to the discovery of admissible evidence.  MGA also

-35-

EXHIBIT 16   PAGE 381

1  objects to this request on the grounds that it is overbroad, unduly burdensome and

2  oppressive in that it seeks *all* communications between MGA and any individual,

3  while the individual was employed by MATTEL.  MGA also objects to this request

4  to the extent it seeks documents equally available to MATTEL.  MGA also objects

5  to this request on the grounds that it seeks confidential, proprietary or commercially

6  sensitive information, the disclosure of which would be inimical to the business

7  interests of MGA.  MGA also objects to this request to the extent it calls for the

8  disclosure of attorney-client privileged information or information protected from

9  disclosure by the work-product doctrine, joint defense or common interest

10  privilege, or other privilege.  MGA also objects to this request to the extent it seeks

11  information the disclosure of which would implicate the rights of third parties to

12  protect private, confidential, proprietary or trade secret information.  MGA also

13  objects to this request to the extent it seeks documents not in MGA's possession,

14  custody or control.

15  **REQUEST FOR PRODUCTION NO. 43:**

16      All COMMUNICATIONS between YOU and MATTEL RELATING TO the

17  CONTESTED MGA PRODUCTS or the CONTESTED MATTEL PRODUCTS.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

19      MGA incorporates by reference the above-stated general objections as if

20  fully set forth herein.  MGA also specifically objects to this request to the extent

21  that it seeks information not relevant to the subject matter of this lawsuit or

22  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

23  objects to this request on the grounds that it is overbroad, unduly burdensome and

24  oppressive in that it seeks *all* communications between MGA and MATTEL

25  relating to MGA or MATTEL's products at issue in this litigation.  MGA also

26  objects to this request on the ground that such communications are equally

27  available to MATTEL.  MGA further objects to this request on the ground that it is

28  compound.  MGA also objects to this request to the extent it seeks information the

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10 PAGE 369

1  disclosure of which would implicate the rights of third parties to protect private,

2  confidential, proprietary or trade secret information. MGA also objects to this

3  request to the extent it seeks documents not in MGA's possession, custody or

4  control.

5  **REQUEST FOR PRODUCTION NO. 44:**

6      All COMMUNICATIONS between YOU and any PERSON RELATING TO

7  the claims made in YOUR COMPLAINT or the facts that YOU contend support

8  such claims.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

10      MGA incorporates by reference the above-stated general objections as if

11  fully set forth herein. MGA also specifically objects to this request to the extent

12  that it seeks information not relevant to the subject matter of this lawsuit or

13  reasonably calculated to lead to the discovery of admissible evidence. MGA also

14  objects to this request on the grounds that it is overbroad, unduly burdensome and

15  oppressive in that it seeks *all* communications between MGA and *any* person

16  relating to the claims made in MGA's complaint or the facts that support MGA's

17  claims. MGA also objects to this request on the grounds that it seeks confidential,

18  proprietary or commercially sensitive information, the disclosure of which would

19  be inimical to the business interests of MGA. MGA also objects to this request to

20  the extent it calls for the disclosure of attorney-client privileged information or

21  information protected from disclosure by the work-product doctrine, joint defense

22  or common interest privilege, or other privilege. MGA also objects to this request

23  to the extent it seeks information the disclosure of which would implicate the rights

24  of third parties to protect private, confidential, proprietary or trade secret

25  information. MGA also objects to this request to the extent it seeks documents not

26  in MGA's possession, custody or control.

27      Subject to the foregoing, MGA will produce relevant and non-objectionable

28  documents in its possession, custody or control, if any, responsive to this request,

- 37 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)



EXHIBIT 10  PAGE 310

1  that it is able to locate following a reasonably diligent search.

2  **REQUEST FOR PRODUCTION NO. 45:**

3  All DOCUMENTS RELATING TO YOUR knowledge of MATTEL's

4  alleged infringement of YOUR claimed EMBODIMENTS.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

6  MGA incorporates by reference the above-stated general objections as if

7  fully set forth herein. MGA also specifically objects to this request to the extent

8  that it seeks information not relevant to the subject matter of this lawsuit or

9  reasonably calculated to lead to the discovery of admissible evidence. MGA also

10  objects to this request on the grounds that it is overbroad, unduly burdensome and

11  oppressive in that it seeks *all* documents relating to MGA's knowledge of

12  MATTEL's infringement of MGA's "claimed embodiments." MGA also objects to

13  this request on the grounds that it seeks confidential, proprietary or commercially

14  sensitive information, the disclosure of which would be inimical to the business

15  interests of MGA. MGA also objects to this request to the extent it calls for the

16  disclosure of attorney-client privileged information or information protected from

17  disclosure by the work-product doctrine, joint defense or common interest

18  privilege, or other privilege. MGA also objects to this request to the extent it seeks

19  information the disclosure of which would implicate the rights of third parties to

20  protect private, confidential, proprietary or trade secret information. MGA also

21  objects to this request to the extent it seeks documents not in MGA's possession,

22  custody or control.

23  **REQUEST FOR PRODUCTION NO. 46:**

24  All DOCUMENTS RELATING TO any unjust enrichment, damage, loss, or

25  injury that YOU claim has been sustained by reason of any act or omission by

26  MATTEL, including but not limited to all DOCUMENTS RELATING TO any

27  alleged lost profits, lost sales, lost opportunity, lost license, price erosion,

28  consequential or incidental damage, information or intellectual property provided to

- 38 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT __1__ PAGE __31__

1   any competitor, or benefit obtained by any competitor, including but not limited to

2   all DOCUMENTS RELATING TO the causation for any such alleged unjust

3   enrichment, damage, loss, or injury.

4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

5       MGA incorporates by reference the above-stated general objections as if

6   fully set forth herein. MGA also specifically objects to this request to the extent

7   that it seeks information not relevant to the subject matter of this lawsuit or

8   reasonably calculated to lead to the discovery of admissible evidence. MGA also

9   objects to this request on the grounds that it is overbroad, unduly burdensome and

10  oppressive in that it seeks *all* documents relating to "any unjust enrichment,

11  damage, loss or injury" that MGA has sustained by reason of any act or omission

12  by MATTEL, including documents relating to "any alleged lost profits, lost sales,

13  lost opportunity, lost license, price erosion, consequential or incidental damage,

14  information or intellectual property provided to any competitor, or benefit obtained

15  by any competitor" and all documents relating to the "causation for any such

16  alleged unjust enrichment, damage, loss or injury. MGA also objects to this request

17  to the extent it calls for the disclosure of attorney-client privileged information or

18  information protected from disclosure by the work-product doctrine, joint defense

19  or common interest privilege, or other privilege. MGA also objects to this request

20  to the extent it seeks documents not in MGA's possession, custody or control.

21      Subject to the foregoing, MGA will produce relevant and non-objectionable

22  documents in its possession, custody or control, if any, responsive to this request,

23  that it is able to locate following a reasonably diligent search.

24  **REQUEST FOR PRODUCTION NO. 47:**

25      All DOCUMENTS supporting YOUR contention that MATTEL created,

26  designed, derived, or developed products, packaging, and advertising using

27  concepts, products, or intellectual property owned by YOU.

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 6   PAGE 312

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

2       MGA incorporates by reference the above-stated general objections as if

3   fully set forth herein. MGA also objects to this request to the extent it calls for the

4   disclosure of attorney-client privileged information or information protected from

5   disclosure by the work-product doctrine, joint defense or common interest

6   privilege, or other privilege. MGA also objects to this request to the extent it seeks

7   documents not in MGA's possession, custody or control.

8       Subject to the foregoing, MGA will produce relevant and non-objectionable

9   documents in its possession, custody or control, if any, responsive to this request,

10  that it is able to locate following a reasonably diligent search.

11  **REQUEST FOR PRODUCTION NO. 48:**

12      All DOCUMENTS RELATING TO the copying, reproduction or use of any

13  MATTEL work, product, or EMBODIMENT by YOU or on YOUR behalf.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

15      MGA incorporates by reference the above-stated general objections as if

16  fully set forth herein. MGA also objects to this request to the extent it calls for the

17  disclosure of attorney-client privileged information or information protected from

18  disclosure by the work-product doctrine, joint defense or common interest

19  privilege, or other privilege. MGA also objects to this request to the extent it seeks

20  documents not in MGA's possession, custody or control.

21  **REQUEST FOR PRODUCTION NO. 49:**

22      All DOCUMENTS RELATING TO any similarity or dissimilarity between,

23  on the one hand, any of the CONTESTED MGA PRODUCTS and any other work

24  or product developed, manufactured, or distributed by any other person or entity,

25  including but not limited to MATTEL.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

27      MGA incorporates by reference the above-stated general objections as if

28  fully set forth herein. MGA also specifically objects to this request to the extent

EXHIBIT _C_ PAGE 3/3

1   that it seeks information not relevant to the subject matter of this lawsuit or

2   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

3   objects to this request on the grounds that it is overbroad, unduly burdensome and

4   oppressive in that it seeks *all* documents relating to any similarity or dissimilarity

5   between MGA's products at issue in this litigation and any other work or product

6   developed, manufactured, or distributed by *any other person or entity*.  MGA also

7   objects to this request on the grounds that it seeks confidential, proprietary or

8   commercially sensitive information, the disclosure of which would be inimical to

9   the business interests of MGA.  MGA also objects to this request to the extent it

10  calls for the disclosure of attorney-client privileged information or information

11  protected from disclosure by the work-product doctrine, joint defense or common

12  interest privilege, or other privilege.  MGA also objects to this request to the extent

13  it seeks documents not in MGA's possession, custody or control.

14        Subject to the foregoing, MGA will produce relevant and non-objectionable

15  documents in its possession, custody or control, if any, responsive to this request,

16  relating to any similarity or dissimilarity between MGA's products at issue in this

17  litigation and Mattel's products at issue in this litigation, that it is able to locate

18  following a reasonably diligent search.

19  **REQUEST FOR PRODUCTION NO. 50:**

20        All DOCUMENTS RELATING TO the reasons why consumers purchase

21  any of the CONTESTED MGA PRODUCTS, including but not limited to all

22  consumer surveys, studies and comments pertaining thereto.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

24        MGA incorporates by reference the above-stated general objections as if

25  fully set forth herein.  MGA also specifically objects to this request to the extent

26  that it seeks information not relevant to the subject matter of this lawsuit or

27  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

28  objects to this request on the grounds that it is overbroad, unduly burdensome and

- 41 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 16 PAGE 314

1   oppressive in that it seeks *all* documents relating to the reasons why consumers

2   purchase any of MGA's products at issue in this litigation, including all consumer

3   surveys, studies and comments pertaining thereto. MGA also objects to this request

4   on the ground that it is premature and will be the subject of expert testimony.

5   MGA also objects to this request on the grounds that it seeks confidential,

6   proprietary or commercially sensitive information, the disclosure of which would

7   be inimical to the business interests of MGA. MGA also objects to this request to

8   the extent it calls for the disclosure of attorney-client privileged information or

9   information protected from disclosure by the work-product doctrine, joint defense

10  or common interest privilege, or other privilege. MGA also objects to the extent

11  such documents are not in MGA's possession, custody or control.

12  **REQUEST FOR PRODUCTION NO. 51:**

13      All DOCUMENTS RELATING TO the channels of trade or potential or

14  prospective channels of trade for the CONTESTED MGA PRODUCTS.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

16      MGA incorporates by reference the above-stated general objections as if

17  fully set forth herein. MGA also specifically objects to this request to the extent

18  that it seeks information not relevant to the subject matter of this lawsuit or

19  reasonably calculated to lead to the discovery of admissible evidence. MGA also

20  objects to this request on the ground that it is vague and incomprehensible in that it

21  is not clear what "channels of trade or potential prospective channels of trade"

22  means or refers to. MGA also objects to this request on the grounds that it seeks

23  confidential, proprietary or commercially sensitive information, the disclosure of

24  which would be inimical to the business interests of MGA. MGA also objects to

25  this request to the extent it calls for the disclosure of attorney-client privileged

26  information or information protected from disclosure by the work-product doctrine,

27  joint defense or common interest privilege, or other privilege. MGA also objects to

28  the extent such documents are not in MGA's possession, custody or control.

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT _1_ PAGE _315_

1   **REQUEST FOR PRODUCTION NO. 52:**

2   All DOCUMENTS RELATING TO any similarity or dissimilarity between

3   any of the CONTESTED MGA PRODUCTS and any EMBODIMENTS authored,

4   created, distributed, made, sold or offered for sale by any PERSON other than

5   YOU.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**

7   MGA incorporates by reference the above-stated general objections as if

8   fully set forth herein.  MGA also specifically objects to this request to the extent

9   that it seeks information not relevant to the subject matter of this lawsuit or

10  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

11  objects to this request on the grounds that it is overbroad, unduly burdensome and

12  oppressive in that it seeks *all* documents relating to any similarity or dissimilarity

13  between any of MGA's products at issue in this litigation and any

14  "EMBODIMENTS authored, created, distributed, made, sold or offered for sale by

15  *any* person" other than MGA.  MGA also objects to this request on the grounds that

16  it seeks confidential, proprietary or commercially sensitive information, the

17  disclosure of which would be inimical to the business interests of MGA.  MGA also

18  objects to this request to the extent it calls for the disclosure of attorney-client

19  privileged information or information protected from disclosure by the work-

20  product doctrine, joint defense or common interest privilege, or other privilege.

21  MGA also objects to the extent such documents are not in MGA's possession,

22  custody or control.

23  **REQUEST FOR PRODUCTION NO. 53:**

24  All DOCUMENTS RELATING TO any similarity or dissimilarity between

25  any of the CONTESTED MGA PRODUCTS and any of the CONTESTED

26  MATTEL PRODUCTS.

27  **RESPONSE TO REQUEST FOR PRODUCTION NO. 53:**

28  MGA incorporates by reference the above-stated general objections as if

- 43 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10   PAGE 344

1   fully set forth herein. MGA also specifically objects to this request to the extent
2   that it seeks information not relevant to the subject matter of this lawsuit or
3   reasonably calculated to lead to the discovery of admissible evidence. MGA also
4   objects to this request on the grounds that it is overbroad, unduly burdensome and
5   oppressive in that it seeks *all* documents relating to any similarity or dissimilarity
6   between MGA's products at issue in this litigation and any MATTEL products at
7   issue in this litigation. MGA also objects to this request on the grounds that it seeks
8   confidential, proprietary or commercially sensitive information, the disclosure of
9   which would be inimical to the business interests of MGA. MGA also objects to
10  this request to the extent it calls for the disclosure of attorney-client privileged
11  information or information protected from disclosure by the work-product doctrine,
12  joint defense or common interest privilege, or other privilege. MGA also objects to
13  the extent such documents are not in MGA's possession, custody or control.
14      Subject to the foregoing, MGA will produce relevant and non-objectionable
15  documents in its possession, custody or control, if any, responsive to this request,
16  that it is able to locate following a reasonably diligent search.
17  **REQUEST FOR PRODUCTION NO. 54:**
18      All DOCUMENTS RELATING TO any COMMUNICATION by YOU with
19  any news organization regarding the CONTESTED MGA PRODUCTS or the
20  CONTESTED MATTEL PRODUCTS.
21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 54:**
22      MGA incorporates by reference the above-stated general objections as if
23  fully set forth herein. MGA also specifically objects to this request to the extent
24  that it seeks information not relevant to the subject matter of this lawsuit or
25  reasonably calculated to lead to the discovery of admissible evidence. MGA also
26  objects to this request on the grounds that it is overbroad, unduly burdensome and
27  oppressive in that it seeks *all* documents relating to any communications by MGA
28  with any news organization regarding MGA's products at issue in this litigation or

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV-04-09049 SGL (RNBX)

EXHIBIT VO PAGE 917

1  MATTEL's products at issue in this litigation. MGA also objects on the ground

2  that such documents are equally available to MATTEL. MGA also objects to this

3  request on the grounds that it seeks confidential, proprietary or commercially

4  sensitive information, the disclosure of which would be inimical to the business

5  interests of MGA. MGA also objects to this request to the extent it calls for the

6  disclosure of attorney-client privileged information or information protected from

7  disclosure by the work-product doctrine, joint defense or common interest

8  privilege, or other privilege. MGA also objects to the extent such documents are

9  not in MGA's possession, custody or control.

10 **REQUEST FOR PRODUCTION NO. 55:**

11      All periodicals, whether they be magazines, newspapers, newsletters, or any

12 other type of periodical, that mention the CONTESTED MGA PRODUCTS that

13 have been published since January 1, 1999.

14 **RESPONSE TO REQUEST FOR PRODUCTION NO. 55:**

15      MGA incorporates by reference the above-stated general objections as if

16 fully set forth herein. MGA also specifically objects to this request to the extent

17 that it seeks information not relevant to the subject matter of this lawsuit or

18 reasonably calculated to lead to the discovery of admissible evidence. MGA also

19 objects to this request on the grounds that it is overbroad, unduly burdensome and

20 oppressive in that it seeks *all* periodicals that mention MGA's products at issue in

21 this litigation. MGA also objects on the ground that such documents are equally

22 available to MATTEL. MGA also objects to this request on the grounds that it

23 seeks confidential, proprietary or commercially sensitive information, the

24 disclosure of which would be inimical to the business interests of MGA. MGA also

25 objects to this request to the extent it calls for the disclosure of attorney-client

26 privileged information or information protected from disclosure by the work-

27 product doctrine, joint defense or common interest privilege, or other privilege.

28 MGA also objects to the extent such documents are not in MGA's possession,

- 45 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049.SGL (RNBX)

EXHIBIT __10__   PAGE __318__

1  custody or control.

2  **REQUEST FOR PRODUCTION NO. 56:**

3  All television or radio broadcasts or cablecasts that mention the

4  CONTESTED MGA PRODUCTS that have been disseminated since January 1,

5  1999.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 56:**

7  MGA incorporates by reference the above-stated general objections as if

8  fully set forth herein. MGA also specifically objects to this request to the extent

9  that it seeks information not relevant to the subject matter of this lawsuit or

10  reasonably calculated to lead to the discovery of admissible evidence. MGA also

11  objects to this request on the grounds that it is overbroad, unduly burdensome and

12  oppressive in that it seeks *all* television or radio broadcasts or cablecasts that

13  mention MGA's products at issue in this litigation. MGA also objects on the

14  ground that such documents are equally available to MATTEL. MGA also objects

15  to this request on the grounds that it seeks confidential, proprietary or commercially

16  sensitive information, the disclosure of which would be inimical to the business

17  interests of MGA. MGA also objects to this request to the extent it calls for the

18  disclosure of attorney-client privileged information or information protected from

19  disclosure by the work-product doctrine, joint defense or common interest

20  privilege, or other privilege. MGA also objects to the extent such documents are

21  not in MGA's possession, custody or control.

22  **REQUEST FOR PRODUCTION NO. 57:**

23  All Internet postings or COMMUNICATIONS that mention the

24  CONTESTED MGA PRODUCTS that have been disseminated since January 1,

25  1999.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 57:**

27  MGA incorporates by reference the above-stated general objections as if

28  fully set forth herein. MGA also specifically objects to this request to the extent

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10 PAGE 319

1  that it seeks information not relevant to the subject matter of this lawsuit or

2  reasonably calculated to lead to the discovery of admissible evidence. MGA also

3  objects to this request on the grounds that it is overbroad, unduly burdensome and

4  oppressive in that it seeks *all* Internet postings or communications that mention

5  MGA's products at issue in this litigation. MGA also objects on the ground that

6  such documents are equally available to MATTEL. MGA also objects to this

7  request on the grounds that it seeks confidential, proprietary or commercially

8  sensitive information, the disclosure of which would be inimical to the business

9  interests of MGA. MGA also objects to this request to the extent it calls for the

10  disclosure of attorney-client privileged information or information protected from

11  disclosure by the work-product doctrine, joint defense or common interest

12  privilege, or other privilege. MGA also objects to the extent such documents are

13  not in MGA's possession, custody or control.

14  **REQUEST FOR PRODUCTION NO. 58:**

15      All DOCUMENTS RELATING TO publicity by YOU or about the

16  CONTESTED MGA PRODUCTS since January 1, 1999, including but not limited

17  to advertising, media releases, and public relations material.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 58:**

19      MGA incorporates by reference the above-stated general objections as if

20  fully set forth herein. MGA also specifically objects to this request to the extent

21  that it seeks information not relevant to the subject matter of this lawsuit or

22  reasonably calculated to lead to the discovery of admissible evidence. MGA also

23  objects to this request on the grounds that it is overbroad, unduly burdensome and

24  oppressive in that it seeks *all* documents relating to publicity by MGA about

25  MGA's products at issue in this litigation. MGA also objects on the ground that

26  such documents are equally available to MATTEL. MGA also objects to this

27  request on the grounds that it seeks confidential, proprietary or commercially

28  sensitive information, the disclosure of which would be inimical to the business

- 47 -

EXHIBIT 10 PAGE 320

1   interests of MGA. MGA also objects to this request to the extent it calls for the

2   disclosure of attorney-client privileged information or information protected from

3   disclosure by the work-product doctrine, joint defense or common interest

4   privilege, or other privilege. MGA also objects to the extent such documents are

5   not in MGA's possession, custody or control.

6   **REQUEST FOR PRODUCTION NO. 59:**

7         All DOCUMENTS RELATING TO any effort by YOU to recruit employees

8   or contractors since January 1, 1999, including but not limited to advertising, media

9   releases, brochures, articles, catalogs, handbooks, and public relations material.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 59:**

11         MGA incorporates by reference the above-stated general objections as if

12   fully set forth herein. MGA also specifically objects to this request to the extent

13   that it seeks information not relevant to the subject matter of this lawsuit or

14   reasonably calculated to lead to the discovery of admissible evidence. MGA also

15   objects to this request on the grounds that it is overbroad, unduly burdensome, and

16   oppressive in seeking all documents relating to employee recruitment.

17   **REQUEST FOR PRODUCTION NO. 60:**

18         All DOCUMENTS RELATING TO the hiring, engagement, or retention by

19   YOU of any current or former MATTEL employee or contractor since January 1,

20   1999, including but not limited to all employment agreements and agreements

21   RELATING TO confidentiality or the invention, authorship, or ownership of any

22   concept or product.

23   **RESPONSE TO REQUEST FOR PRODUCTION NO. 60:**

24         MGA incorporates by reference the above-stated general objections as if

25   fully set forth herein. MGA also specifically objects to this request to the extent

26   that it seeks information not relevant to the subject matter of this lawsuit or

27   reasonably calculated to lead to the discovery of admissible evidence. MGA also

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)



EXHIBIT 10 PAGE 321

1  objects to this request on the grounds that it is overbroad, unduly burdensome, and

2  oppressive.

3  **REQUEST FOR PRODUCTION NO. 61:**

4      All DOCUMENTS RELATING TO any of the CONTESTED MATTEL

5  PRODUCTS that were obtained by YOU before the date that such product was first

6  offered for sale to the general public.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 61:**

8      MGA incorporates by reference the above-stated general objections as if

9  fully set forth herein. MGA also specifically objects to this request to the extent

10  that it seeks information not relevant to the subject matter of this lawsuit or

11  reasonably calculated to lead to the discovery of admissible evidence.

12      Subject to the foregoing, MGA will produce relevant and non-objectionable

13  documents in its possession, custody or control, if any, responsive to this request,

14  that it is able to locate following a reasonably diligent search.

15  **REQUEST FOR PRODUCTION NO. 62:**

16      All DOCUMENTS, since January 1, 1999, RELATING TO YOUR receipt,

17  reproduction, copying, storage, transmission, transfer, retention, destruction,

18  deletion or use of any DOCUMENTS, data and/or information, including but not

19  limited to any compilation of information, that was prepared, made, created,

20  generated, assembled or compiled by or for MATTEL and that was not publicly

21  available at the time of YOUR receipt of such DOCUMENT, data and/or

22  information.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 62:**

24      MGA incorporates by reference the above-stated general objections as if

25  fully set forth herein. MGA also specifically objects to this request to the extent

26  that it seeks information not relevant to the subject matter of this lawsuit or

27  reasonably calculated to lead to the discovery of admissible evidence. MGA also

28

- 49 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT $[0$   PAGE $730$

1    objects to this request on the grounds that it is overbroad, unduly burdensome, and
2    oppressive.
3        Subject to the foregoing, MGA will produce relevant and non-objectionable
4    documents in its possession, custody or control, if any, responsive to this request,
5    that it is able to locate following a reasonably diligent search.
6    **REQUEST FOR PRODUCTION NO. 63:**
7        All DOCUMENTS, since January 1, 1999, RELATING TO YOUR
8    knowledge of any MATTEL product prior to the time that such product had been
9    announced or disclosed by MATTEL to retailers or the public, including but not
10   limited to the CONTESTED MATTEL PRODUCTS.
11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 63:**
12       MGA incorporates by reference the above-stated general objections as if
13   fully set forth herein. MGA also specifically objects to this request to the extent
14   that it seeks information not relevant to the subject matter of this lawsuit or
15   reasonably calculated to lead to the discovery of admissible evidence.
16       Subject to the foregoing, MGA will produce relevant and non-objectionable
17   documents in its possession, custody or control, if any, responsive to this request,
18   that it is able to locate following a reasonably diligent search.
19   **REQUEST FOR PRODUCTION NO. 64:**
20       All DOCUMENTS, since January 1, 1999, RELATING TO YOUR receipt,
21   reproduction, copying, storage, transmission, transfer, retention, destruction,
22   deletion or use of any MATTEL line list or other DOCUMENT prepared by
23   MATTEL identifying MATTEL products in the planning, design or development
24   phase.
25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 64:**
26       MGA incorporates by reference the above-stated general objections as if
27   fully set forth herein. MGA also specifically objects to this request to the extent
28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT  10  PAGE 223

1    that it seeks information not relevant to the subject matter of this lawsuit or

2    reasonably calculated to lead to the discovery of admissible evidence.

3          Subject to the foregoing, MGA will produce relevant and non-objectionable

4    documents in its possession, custody or control, if any, responsive to this request,

5    that it is able to locate following a reasonably diligent search.

6    **REQUEST FOR PRODUCTION NO. 65:**

7          Copies of all DOCUMENTS that were seized by Mexican authorities from

8    MGA's office in Mexico City, Mexico.

9    **RESPONSE TO REQUEST FOR PRODUCTION NO. 65:**

10         MGA incorporates by reference the above-stated general objections as if

11   fully set forth herein. MGA also specifically objects to this request to the extent

12   that it seeks information not relevant to the subject matter of this lawsuit or

13   reasonably calculated to lead to the discovery of admissible evidence. MGA also

14   objects to this request on the ground that such documents are not within MGA's

15   possession, custody or control.

16   **REQUEST FOR PRODUCTION NO. 66:**

17         All DOCUMENTS RELATING TO the DOCUMENTS, data and/or

18   information that were seized by Mexican authorities from MGA's office in Mexico

19   City, Mexico.

20   **RESPONSE TO REQUEST FOR PRODUCTION NO. 66:**

21         MGA incorporates by reference the above-stated general objections as if

22   fully set forth herein. MGA also specifically objects to this request to the extent

23   that it seeks information not relevant to the subject matter of this lawsuit or

24   reasonably calculated to lead to the discovery of admissible evidence. MGA also

25   objects to this request on the ground that such documents are not within MGA's

26   possession, custody or control.

27   **REQUEST FOR PRODUCTION NO. 67:**

28         All DOCUMENTS, including all COMMUNICATIONS, RELATING to the

EXHIBIT 10 PAGE 324

1    search of MGA's office in Mexico City, Mexico that was conducted by Mexican

2    authorities.

3    **RESPONSE TO REQUEST FOR PRODUCTION NO. 67:**

4         MGA incorporates by reference the above-stated general objections as if

5    fully set forth herein.  MGA also specifically objects to this request to the extent

6    that it seeks information not relevant to the subject matter of this lawsuit or

7    reasonably calculated to lead to the discovery of admissible evidence..  MGA also

8    objects to this request on the ground that such documents are not within MGA's

9    possession, custody or control.

10   **REQUEST FOR PRODUCTION NO. 68:**

11        All DOCUMENTS RELATING TO the email account <plotO4@aol.com>,

12   including but not limited to all emails and attachments sent from, sent to, received

13   by, transmitted by way of or through and/or stored in such account in any manner.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 68:**

15        MGA incorporates by reference the above-stated general objections as if

16   fully set forth herein.  MGA also specifically objects to this request to the extent

17   that it seeks information not relevant to the subject matter of this lawsuit or

18   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

19   objects to this request on the ground that such documents are not within MGA's

20   possession, custody or control.

21   **REQUEST FOR PRODUCTION NO. 69:**

22        All DOCUMENTS RELATING TO when the email account

23   <plot04@aol.com> was first registered, set up or established.

24   **RESPONSE TO REQUEST FOR PRODUCTION NO. 69:**

25        MGA incorporates by reference the above-stated general objections as if

26   fully set forth herein.  MGA also specifically objects to this request to the extent

27   that it seeks information not relevant to the subject matter of this lawsuit or

28   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 16  PAGE 325

1  objects to this request on the ground that such documents are not within MGA's

2  possession, custody or control.

3  **REQUEST FOR PRODUCTION NO. 70:**

4      All DOCUMENTS identifying each PERSON who registered, set up,

5  established or used the email account <plot04@aol.com>.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 70:**

7      MGA incorporates by reference the above-stated general objections as if

8  fully set forth herein.  MGA also specifically objects to this request to the extent

9  that it seeks information not relevant to the subject matter of this lawsuit or

10  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

11  objects to this request on the ground that such documents are not within MGA's

12  possession, custody or control.

13  **REQUEST FOR PRODUCTION NO. 71:**

14      All COMMUNICATIONS between YOU and Carlos Gustavo Machado

15  Gomez ("Machado") prior to April 20, 2004.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 71:**

17      MGA incorporates by reference the above-stated general objections as if

18  fully set forth herein.  MGA also specifically objects to this request to the extent

19  that it seeks information not relevant to the subject matter of this lawsuit or

20  reasonably calculated to lead to the discovery of admissible evidence.

21  **REQUEST FOR PRODUCTION NO. 72:**

22      All DOCUMENTS RELATING TO COMMUNICATIONS between YOU

23  and Machado prior to April 20, 2004, including but not limited to all calendar

24  entries, phone logs, phone records and notes reflecting such COMMUNICATIONS.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 72:**

26      MGA incorporates by reference the above-stated general objections as if

27  fully set forth herein.  MGA also specifically objects to this request to the extent

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10   PAGE 326

1   that it seeks information not relevant to the subject matter of this lawsuit or

2   reasonably calculated to lead to the discovery of admissible evidence.

3   **REQUEST FOR PRODUCTION NO. 73:**

4       All DOCUMENTS, including but not limited to all COMMUNICATIONS

5   with any PERSON, RELATING TO Machado prior to April 20, 2004.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 73:**

7       MGA incorporates by reference the above-stated general objections as if

8   fully set forth herein.  MGA also specifically objects to this request to the extent

9   that it seeks information not relevant to the subject matter of this lawsuit or

10  reasonably calculated to lead to the discovery of admissible evidence.

11  **REQUEST FOR PRODUCTION NO. 74:**

12      All DOCUMENTS, including but not limited to all COMMUNICATIONS

13  with any PERSON, RELATING TO Machado's resignation from Mattel.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 74:**

15      MGA incorporates by reference the above-stated general objections as if

16  fully set forth herein.  MGA also specifically objects to this request to the extent

17  that it seeks information not relevant to the subject matter of this lawsuit or

18  reasonably calculated to lead to the discovery of admissible evidence.

19  **REQUEST FOR PRODUCTION NO. 75:**

20      All DOCUMENTS, including but not limited to all COMMUNICATIONS

21  with any PERSON, RELATING TO compensation, money or any other item of

22  value paid to Machado, whether directly or indirectly, by YOU.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 75:**

24      MGA incorporates by reference the above-stated general objections as if

25  fully set forth herein.  MGA also specifically objects to this request to the extent

26  that it seeks information not relevant to the subject matter of this lawsuit or

27  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

28  objects to this request to the extent it seeks information the disclosure of which

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10  PAGE 327

1  would implicate the rights of third parties to protect private, confidential,

2  proprietary or trade secret information.

3  **REQUEST FOR PRODUCTION NO. 76:**

4      All DOCUMENTS received by YOU, directly or indirectly, from Machado

5  RELATING TO any MATTEL product or plan.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 76:**

7      MGA incorporates by reference the above-stated general objections as if

8  fully set forth herein.  MGA also specifically objects to this request to the extent

9  that it seeks information not relevant to the subject matter of this lawsuit or

10  reasonably calculated to lead to the discovery of admissible evidence.

11  **REQUEST FOR PRODUCTION NO. 77:**

12      All DOCUMENTS, including but not limited to all COMMUNICATIONS

13  with any PERSON, RELATING TO YOUR receipt, reproduction, copying, storage,

14  transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS,

15  data and/or information, including but not limited to any compilation of

16  information, that was prepared, made, created, generated, assembled or compiled by

17  or for MATTEL and that YOU received, directly or indirectly, from Machado.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 77:**

19      MGA incorporates by reference the above-stated general objections as if

20  fully set forth herein.  MGA also specifically objects to this request to the extent

21  that it seeks information not relevant to the subject matter of this lawsuit or

22  reasonably calculated to lead to the discovery of admissible evidence.

23  **REQUEST FOR PRODUCTION NO. 78:**

24      A copy of each personnel file maintained or created by YOU RELATING

25  TO Machado.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 78:**

27      MGA incorporates by reference the above-stated general objections as if

28  fully set forth herein.  MGA also specifically objects to this request to the extent

- 55 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)


EXHIBIT 10   PAGE 28

1  that it seeks information not relevant to the subject matter of this lawsuit or

2  reasonably calculated to lead to the discovery of admissible evidence. MGA also

3  objects to this request to the extent it seeks information the disclosure of which

4  would implicate the rights of third parties to protect private, confidential,

5  proprietary or trade secret information.

6  **REQUEST FOR PRODUCTION NO. 79:**

7      All DOCUMENTS, including but not limited to all COMMUNICATIONS,

8  prepared, created, sent or transmitted, whether in whole or in part, by Machado

9  RELATING TO any of the CONTESTED MGA PRODUCTS.

10 **RESPONSE TO REQUEST FOR PRODUCTION NO. 79:**

11     MGA incorporates by reference the above-stated general objections as if

12 fully set forth herein. MGA also specifically objects to this request to the extent

13 that it seeks information not relevant to the subject matter of this lawsuit or

14 reasonably calculated to lead to the discovery of admissible evidence.

15 **REQUEST FOR PRODUCTION NO. 80:**

16     All DOCUMENTS, including but not limited to all COMMUNICATIONS,

17 prepared, created, sent or transmitted, whether in whole or in part, by Machado

18 RELATING TO any of the CONTESTED MATTEL PRODUCTS.

19 **RESPONSE TO REQUEST FOR PRODUCTION NO. 80:**

20     MGA incorporates by reference the above-stated general objections as if

21 fully set forth herein. MGA also specifically objects to this request to the extent

22 that it seeks information not relevant to the subject matter of this lawsuit or

23 reasonably calculated to lead to the discovery of admissible evidence.

24 **REQUEST FOR PRODUCTION NO. 81:**

25     All COMMUNICATIONS between YOU and Mariana Trueba Almada

26 ("Trueba") prior to April 20, 2004.

27

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10  PAGE 929

1    <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 81:</u>

2         MGA incorporates by reference the above-stated general objections as if

3    fully set forth herein. MGA also specifically objects to this request to the extent

4    that it seeks information not relevant to the subject matter of this lawsuit or

5    reasonably calculated to lead to the discovery of admissible evidence.

6    <u>REQUEST FOR PRODUCTION NO. 82:</u>

7         All DOCUMENTS RELATING TO COMMUNICATIONS between YOU

8    and Trueba prior to April 20, 2004, including but not limited to all calendar entries,

9    phone logs, phone records and notes reflecting such COMMUNICATIONS.

10   <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 82:</u>

11        MGA incorporates by reference the above-stated general objections as if

12   fully set forth herein. MGA also specifically objects to this request to the extent

13   that it seeks information not relevant to the subject matter of this lawsuit or

14   reasonably calculated to lead to the discovery of admissible evidence.

15   <u>REQUEST FOR PRODUCTION NO. 83:</u>

16        All DOCUMENTS, including but not limited to all COMMUNICATIONS

17   with any PERSON, RELATING TO Trueba prior to April 24 20, 2004.

18   <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 83:</u>

19        MGA incorporates by reference the above-stated general objections as if

20   fully set forth herein. MGA also specifically objects to this request to the extent

21   that it seeks information not relevant to the subject matter of this lawsuit or

22   reasonably calculated to lead to the discovery of admissible evidence.

23   <u>REQUEST FOR PRODUCTION NO. 84:</u>

24        All DOCUMENTS, including but not limited to all

25   COMMUNICATIONS with any PERSON, RELATING TO Trueba's resignation

26   from Mattel.

27

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10   PAGE 330

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 84:**

2       MGA incorporates by reference the above-stated general objections as if

3   fully set forth herein. MGA also specifically objects to this request to the extent

4   that it seeks information not relevant to the subject matter of this lawsuit or

5   reasonably calculated to lead to the discovery of admissible evidence. MGA also

6   objects to this request on the ground that such documents are not in MGA's

7   possession, custody or control.

8   **REQUEST FOR PRODUCTION NO. 85:**

9       All DOCUMENTS, including but not limited to all COMMUNICATIONS

10  with any PERSON, RELATING TO compensation, money or any other item of

11  value paid to Trueba, whether directly or indirectly, by YOU.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 85:**

13      MGA incorporates by reference the above-stated general objections as if

14  fully set forth herein. MGA also specifically objects to this request to the extent

15  that it seeks information not relevant to the subject matter of this lawsuit or

16  reasonably calculated to lead to the discovery of admissible evidence. MGA also

17  objects to this request to the extent it seeks information the disclosure of which

18  would implicate the rights of third parties to protect private, confidential,

19  proprietary or trade secret information.

20  **REQUEST FOR PRODUCTION NO. 86:**

21      All DOCUMENTS received by YOU, directly or indirectly, from Trueba

22  RELATING TO any MATTEL product or plan.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 86:**

24      MGA incorporates by reference the above-stated general objections as if

25  fully set forth herein. MGA also specifically objects to this request to the extent

26  that it seeks information not relevant to the subject matter of this lawsuit or

27  reasonably calculated to lead to the discovery of admissible evidence.

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT _10_ PAGE _331_

1  **REQUEST FOR PRODUCTION NO. 87:**

2      All DOCUMENTS, including but not limited to all COMMUNICATIONS

3  with any PERSON, RELATING TO YOUR receipt, reproduction, copying, storage,

4  transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS,

5  data and/or information, including but not limited to any compilation of

6  information, that was prepared, made, created, generated, assembled or compiled by

7  or for MATTEL and that YOU received, directly or indirectly, from Trueba.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 87:**

9      MGA incorporates by reference the above-stated general objections as if

10  fully set forth herein. MGA also specifically objects to this request to the extent

11  that it seeks information not relevant to the subject matter of this lawsuit or

12  reasonably calculated to lead to the discovery of admissible evidence.

13  **REQUEST FOR PRODUCTION NO. 88:**

14      A copy of each personnel file maintained or created by YOU RELATING

15  TO Trueba.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 88:**

17      MGA incorporates by reference the above-stated general objections as if

18  fully set forth herein. MGA also specifically objects to this request to the extent

19  that it seeks information not relevant to the subject matter of this lawsuit or

20  reasonably calculated to lead to the discovery of admissible evidence. MGA also

21  objects to this request to the extent it seeks information the disclosure of which

22  would implicate the rights of third parties to protect private, confidential,

23  proprietary or trade secret information.

24  **REQUEST FOR PRODUCTION NO. 89:**

25      All DOCUMENTS, including but not limited to all COMMUNICATIONS,

26  prepared, created, sent or transmitted, whether in whole or in part, by Trueba

27  RELATING TO any of the CONTESTED MGA PRODUCTS.

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT (O PAGE 332

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 89:**

2       MGA incorporates by reference the above-stated general objections as if

3   fully set forth herein. MGA also specifically objects to this request to the extent

4   that it seeks information not relevant to the subject matter of this lawsuit or

5   reasonably calculated to lead to the discovery of admissible evidence.

6   **REQUEST FOR PRODUCTION NO. 90:**

7       All DOCUMENTS, including but not limited to all COMMUNICATIONS,

8   prepared, created, sent or transmitted, whether in whole or in part, by Trueba

9   RELATING TO any of the CONTESTED MATTEL PRODUCTS.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 90:**

11       MGA incorporates by reference the above-stated general objections as if

12   fully set forth herein. MGA also specifically objects to this request to the extent

13   that it seeks information not relevant to the subject matter of this lawsuit or

14   reasonably calculated to lead to the discovery of admissible evidence. MGA also

15   objects to this request to the extent such documents are not in MGA's possession,

16   custody or control.

17   **REQUEST FOR PRODUCTION NO. 91:**

18       All COMMUNICATIONS between YOU and Pablo Vargas San Jose

19   ("Vargas") prior to April 20, 2004.

20   **RESPONSE TO REQUEST FOR PRODUCTION NO. 91:**

21       MGA incorporates by reference the above-stated general objections as if

22   fully set forth herein. MGA also specifically objects to this request to the extent

23   that it seeks information not relevant to the subject matter of this lawsuit or

24   reasonably calculated to lead to the discovery of admissible evidence.

25   **REQUEST FOR PRODUCTION NO. 92:**

26       All DOCUMENTS RELATING TO COMMUNICATIONS between YOU

27   and Vargas prior to April 20, 2004, including but not limited to all calendar entries,

28   phone logs, phone records and notes reflecting such COMMUNICATIONS.

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT D   PAGE 333

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 92:**

2       MGA incorporates by reference the above-stated general objections as if

3   fully set forth herein. MGA also specifically objects to this request to the extent

4   that it seeks information not relevant to the subject matter of this lawsuit or

5   reasonably calculated to lead to the discovery of admissible evidence.

6   **REQUEST FOR PRODUCTION NO. 93:**

7       All DOCUMENTS, including but not limited to all COMMUNICATIONS

8   with any PERSON, RELATING TO Vargas prior to April 20, 2004.

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 93:**

10      MGA incorporates by reference the above-stated general objections as if

11  fully set forth herein. MGA also specifically objects to this request to the extent

12  that it seeks information not relevant to the subject matter of this lawsuit or

13  reasonably calculated to lead to the discovery of admissible evidence.

14  **REQUEST FOR PRODUCTION NO. 94:**

15      All DOCUMENTS, including but not limited to all COMMUNICATIONS

16  with any PERSON, RELATING TO Vargas' resignation from Mattel.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 94:**

18      MGA incorporates by reference the above-stated general objections as if

19  fully set forth herein. MGA also specifically objects to this request to the extent

20  that it seeks information not relevant to the subject matter of this lawsuit or

21  reasonably calculated to lead to the discovery of admissible evidence.

22  **REQUEST FOR PRODUCTION NO. 95:**

23      All DOCUMENTS, including but not limited to all COMMUNICATIONS

24  with any PERSON, RELATING TO compensation, money or any other item of

25  value paid to Vargas, whether directly or indirectly, by YOU.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 95:**

27      MGA incorporates by reference the above-stated general objections as if

28  fully set forth herein. MGA also specifically objects to this request to the extent

- 61 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10 PAGE 334

1  that it seeks information not relevant to the subject matter of this lawsuit or

2  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

3  objects to this request to the extent it seeks information the disclosure of which

4  would implicate the rights of third parties to protect private, confidential,

5  proprietary or trade secret information.

6  **REQUEST FOR PRODUCTION NO. 96:**

7     All DOCUMENTS received by YOU, directly or indirectly, from Vargas

8  RELATING TO any MATTEL product or plan.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 96:**

10     MGA incorporates by reference the above-stated general objections as if

11  fully set forth herein.  MGA also specifically objects to this request to the extent

12  that it seeks information not relevant to the subject matter of this lawsuit or

13  reasonably calculated to lead to the discovery of admissible evidence.

14  **REQUEST FOR PRODUCTION NO. 97:**

15     All DOCUMENTS, including but not limited to all COMMUNICATIONS

16  with any PERSON, RELATING TO YOUR receipt, reproduction, copying, storage,

17  transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS,

18  data and/or information, including but not limited to any compilation of

19  information, that was prepared, made, created, generated, assembled or compiled by

20  or for MATTEL and that YOU received, directly or indirectly, from Vargas.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 97:**

22     MGA incorporates by reference the above-stated general objections as if

23  fully set forth herein.  MGA also specifically objects to this request to the extent

24  that it seeks information not relevant to the subject matter of this lawsuit or

25  reasonably calculated to lead to the discovery of admissible evidence.

26  **REQUEST FOR PRODUCTION NO. 98:**

27     A copy of each personnel file maintained or created by YOU RELATING

28  TO Vargas.

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 1 ᴰ PAGE 335

**RESPONSE TO REQUEST FOR PRODUCTION NO. 98:**

     MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information.

**REQUEST FOR PRODUCTION NO. 99:**

     All DOCUMENTS, including but not limited to all COMMUNICATIONS, prepared, created, sent or transmitted, whether in whole or in part, by Vargas RELATING TO any of the CONTESTED MGA PRODUCTS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 99:**

     MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the ground that such documents are not in MGA's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 100:**

     All DOCUMENTS, including but not limited to all COMMUNICATIONS, prepared, created, sent or transmitted, whether in whole or in part, by Vargas RELATING TO any of the CONTESTED MATTEL PRODUCTS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 100:**

     MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049.SGL (RNBX)

EXHIBIT 10 PAGE 334

**REQUEST FOR PRODUCTION NO. 101:**

1
2       All COMMUNICATIONS between YOU and Janine Brisbois ("Brisbois")
3   prior to September 27, 2005.
4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 101:**
5       MGA incorporates by reference the above-stated general objections as if
6   fully set forth herein.  MGA also specifically objects to this request to the extent
7   that it seeks information not relevant to the subject matter of this lawsuit or
8   reasonably calculated to lead to the discovery of admissible evidence.
9   **REQUEST FOR PRODUCTION NO. 102:**
10      All DOCUMENTS RELATING TO COMMUNICATIONS between YOU
11  and Brisbois prior to September 27, 2005, including but not limited to all calendar
12  entries, phone logs, phone records and notes reflecting such COMMUNICATIONS.
13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 102:**
14      MGA incorporates by reference the above-stated general objections as if
15  fully set forth herein.  MGA also specifically objects to this request to the extent
16  that it seeks information not relevant to the subject matter of this lawsuit or
17  reasonably calculated to lead to the discovery of admissible evidence.
18  **REQUEST FOR PRODUCTION NO. 103:**
19      All DOCUMENTS, including but not limited to all COMMUNICATIONS
20  with any PERSON, RELATING TO Brisbois prior to September 27, 2005.
21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 103:**
22      MGA incorporates by reference the above-stated general objections as if
23  fully set forth herein.  MGA also specifically objects to this request to the extent
24  that it seeks information not relevant to the subject matter of this lawsuit or
25  reasonably calculated to lead to the discovery of admissible evidence.
26  **REQUEST FOR PRODUCTION NO. 104:**
27      All DOCUMENTS, including but not limited to all COMMUNICATIONS
28  with any PERSON, RELATING TO Brisbois' resignation from Mattel.

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10   PAGE 397

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 104:**

2       MGA incorporates by reference the above-stated general objections as if

3  fully set forth herein. MGA also specifically objects to this request to the extent

4  that it seeks information not relevant to the subject matter of this lawsuit or

5  reasonably calculated to lead to the discovery of admissible evidence.

6  **REQUEST FOR PRODUCTION NO. 105:**

7       All DOCUMENTS, including but not limited to all COMMUNICATIONS

8  with any PERSON, RELATING TO compensation, money or any other item of

9  value paid to Brisbois, whether directly or indirectly, by YOU.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 105:**

11       MGA incorporates by reference the above-stated general objections as if

12  fully set forth herein. MGA also specifically objects to this request to the extent

13  that it seeks information not relevant to the subject matter of this lawsuit or

14  reasonably calculated to lead to the discovery of admissible evidence. MGA also

15  objects to this request to the extent it seeks information the disclosure of which

16  would implicate the rights of third parties to protect private, confidential,

17  proprietary or trade secret information.

18  **REQUEST FOR PRODUCTION NO. 106:**

19       All DOCUMENTS received by YOU, directly or indirectly, from Brisbois

20  RELATING TO any MATTEL product or plan.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 106:**

22       MGA incorporates by reference the above-stated general objections as if

23  fully set forth herein. MGA also specifically objects to this request to the extent

24  that it seeks information not relevant to the subject matter of this lawsuit or

25  reasonably calculated to lead to the discovery of admissible evidence.

26  **REQUEST FOR PRODUCTION NO. 107:**

27       All DOCUMENTS, including but not limited to all COMMUNICATIONS

28  with any PERSON, RELATING TO YOUR receipt, reproduction, copying, storage,

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10   PAGE 338

1   transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS,

2   data and/or information, including but not limited to any compilation of

3   information, that was prepared, made, created, generated, assembled or compiled by

4   or for MATTEL and that YOU received, directly or indirectly, from Brisbois.

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 107:**

6      MGA incorporates by reference the above-stated general objections as if

7   fully set forth herein. MGA also specifically objects to this request to the extent

8   that it seeks information not relevant to the subject matter of this lawsuit or

9   reasonably calculated to lead to the discovery of admissible evidence.

10   **REQUEST FOR PRODUCTION NO. 108:**

11      A copy of each personnel file maintained or created by YOU RELATING

12   TO Brisbois.

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 108:**

14      MGA incorporates by reference the above-stated general objections as if

15   fully set forth herein. MGA also specifically objects to this request to the extent

16   that it seeks information not relevant to the subject matter of this lawsuit or

17   reasonably calculated to lead to the discovery of admissible evidence. MGA also

18   objects to this request to the extent it seeks information the disclosure of which

19   would implicate the rights of third parties to protect private, confidential,

20   proprietary or trade secret information.

21   **REQUEST FOR PRODUCTION NO. 109:**

22      All DOCUMENTS, including but not limited to all COMMUNICATIONS,

23   prepared, created, sent or transmitted, whether in whole or in part, by Brisbois

24   RELATING TO any of the CONTESTED MGA PRODUCTS.

25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 109:**

26      MGA incorporates by reference the above-stated general objections as if

27   fully set forth herein. MGA also specifically objects to this request to the extent

28   that it seeks information not relevant to the subject matter of this lawsuit or

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10 PAGE 339

1  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

2  objects to this request on the ground that such documents are not in MGA's

3  possession, custody or control.

4  **REQUEST FOR PRODUCTION NO. 110:**

5      All DOCUMENTS, including but not limited to all COMMUNICATIONS,

6  prepared, created, sent or transmitted, whether in whole or in part, by Brisbois

7  RELATING TO any of the CONTESTED MATTEL PRODUCTS.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 110:**

9      MGA incorporates by reference the above-stated general objections as if

10  fully set forth herein.  MGA also specifically objects to this request to the extent

11  that it seeks information not relevant to the subject matter of this lawsuit or

12  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

13  objects to this request on the ground that such documents are not in MGA's

14  possession, custody or control.

15  **REQUEST FOR PRODUCTION NO. 111:**

16      All COMMUNICATIONS between YOU and Ron Brawer ("Brawer") prior

17  to October 2, 2004.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 111:**

19      MGA incorporates by reference the above-stated general objections as if

20  fully set forth herein.  MGA also specifically objects to this request to the extent

21  that it seeks information not relevant to the subject matter of this lawsuit or

22  reasonably calculated to lead to the discovery of admissible evidence.

23  **REQUEST FOR PRODUCTION NO. 112:**

24      All DOCUMENTS RELATING TO COMMUNICATIONS between YOU

25  and Brawer prior to October 2, 2004, including but not limited to all calendar

26  entries, phone logs, phone records and notes reflecting such COMMUNICATIONS.

27

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT  ___D___  PAGE  340

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 112:**

2      MGA incorporates by reference the above-stated general objections as if

3  fully set forth herein. MGA also specifically objects to this request to the extent

4  that it seeks information not relevant to the subject matter of this lawsuit or

5  reasonably calculated to lead to the discovery of admissible evidence.

6  **REQUEST FOR PRODUCTION NO. 113:**

7      All DOCUMENTS, including but not limited to all COMMUNICATIONS

8  with any PERSON, RELATING TO Brawer prior to October 2, 2004.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 113:**

10      MGA incorporates by reference the above-stated general objections as if

11  fully set forth herein. MGA also specifically objects to this request to the extent

12  that it seeks information not relevant to the subject matter of this lawsuit or

13  reasonably calculated to lead to the discovery of admissible evidence.

14  **REQUEST FOR PRODUCTION NO. 114:**

15      All DOCUMENTS, including but not limited to all COMMUNICATIONS

16  with any PERSON, RELATING TO Brawer's resignation from Mattel.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 114:**

18      MGA incorporates by reference the above-stated general objections as if

19  fully set forth herein. MGA also specifically objects to this request to the extent

20  that it seeks information not relevant to the subject matter of this lawsuit or

21  reasonably calculated to lead to the discovery of admissible evidence.

22  **REQUEST FOR PRODUCTION NO. 115:**

23      All DOCUMENTS, including but not limited to all COMMUNICATIONS

24  with any PERSON, RELATING TO compensation, money or any other item of

25  value paid to Brawer, whether directly or indirectly, by YOU.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 115:**

27      MGA incorporates by reference the above-stated general objections as if

28  fully set forth herein. MGA also specifically objects to this request to the extent

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10 PAGE 341

1   that it seeks information not relevant to the subject matter of this lawsuit or

2   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

3   objects to this request to the extent it seeks information the disclosure of which

4   would implicate the rights of third parties to protect private, confidential,

5   proprietary or trade secret information.

6   **REQUEST FOR PRODUCTION NO. 116:**

7       All DOCUMENTS received by YOU, directly or indirectly, from Brawer

8   RELATING TO any MATTEL product or plan.

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 116:**

10      MGA incorporates by reference the above-stated general objections as if

11  fully set forth herein.  MGA also specifically objects to this request to the extent

12  that it seeks information not relevant to the subject matter of this lawsuit or

13  reasonably calculated to lead to the discovery of admissible evidence.

14  **REQUEST FOR PRODUCTION NO. 117:**

15      All DOCUMENTS, including but not limited to all COMMUNICATIONS

16  with any PERSON, RELATING TO YOUR receipt, reproduction, copying, storage,

17  transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS,

18  data and/or information, including but not limited to any compilation of

19  information, that was prepared, made, created, generated, assembled or compiled by

20  or for MATTEL and that YOU received, directly or indirectly, from Brawer.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 117:**

22      MGA incorporates by reference the above-stated general objections as if

23  fully set forth herein.  MGA also specifically objects to this request to the extent

24  that it seeks information not relevant to the subject matter of this lawsuit or

25  reasonably calculated to lead to the discovery of admissible evidence.

26  **REQUEST FOR PRODUCTION NO. 118:**

27      All DOCUMENTS RELATING TO the existence or extent of competition or

28  substitution between any of the CONTESTED MGA PRODUCTS and any of the

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT  D   PAGE 342

1    CONTESTED MATTEL PRODUCTS.

2    **RESPONSE TO REQUEST FOR PRODUCTION NO. 118:**

3         MGA incorporates by reference the above-stated general objections as if

4    fully set forth herein. MGA also specifically objects to this request to the extent

5    that it seeks information not relevant to the subject matter of this lawsuit or

6    reasonably calculated to lead to the discovery of admissible evidence. MGA further

7    objects that this request seeks the disclosure of documents that are properly the

8    subject of expert reports and analysis and is therefore premature as expert reports

9    are not yet due in this case.

10   **REQUEST FOR PRODUCTION NO. 119:**

11        All DOCUMENTS RELATING TO the facts that YOU contend support the

12   claims for relief in YOUR COMPLAINT.

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 119:**

14        MGA incorporates by reference the above-stated general objections as if

15   fully set forth herein. MGA also specifically objects to this request to the extent

16   that it seeks information not relevant to the subject matter of this lawsuit or

17   reasonably calculated to lead to the discovery of admissible evidence. MGA further

18   objects that this request is duplicative and redundant.

19   **REQUEST FOR PRODUCTION NO. 120:**

20        All DOCUMENTS RELATING TO any claim by YOU that any of the

21   CONTESTED MGA PRODUCTS have acquired secondary meaning or are

22   famous.

23   **RESPONSE TO REQUEST FOR PRODUCTION NO. 120:**

24        MGA incorporates by reference the above-stated general objections as if

25   fully set forth herein. MGA further objects that this request seeks the disclosure of

26   documents that are properly the subject of expert reports and analysis and is

27   therefore premature as expert reports are not yet due in this case. MGA further

28

- 70 -

EXHIBIT 10    PAGE 343

1  object to this request on the grounds that it calls for a legal conclusion and will be

2  the subject of expert testimony.

3      Subject to the foregoing, MGA will produce relevant and non-objectionable

4  documents in its possession, custody or control, if any, responsive to this request,

5  that it is able to locate following a reasonably diligent search.

6  **REQUEST FOR PRODUCTION NO. 121:**

7      All DOCUMENTS RELATING TO any claim by YOU that MATTEL's

8  actions have caused actual dilution.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 121:**

10     MGA incorporates by reference the above-stated general objections as if

11  fully set forth herein. MGA further objects that this request seeks the disclosure of

12  documents that are properly the subject of expert reports and analysis and is

13  therefore premature as expert reports are not yet due in this case.

14     Subject to the foregoing, MGA will produce relevant and non-objectionable

15  documents in its possession, custody or control, if any, responsive to this request,

16  that it is able to locate following a reasonably diligent search.

17  **REQUEST FOR PRODUCTION NO. 122:**

18     All DOCUMENTS RELATING TO the allegation in Paragraph 9 of YOUR

19  COMPLAINT that "Mattel has intimidated, coerced and threatened retailers,

20  licensees, suppliers and others in the industry."

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 122:**

22     MGA incorporates by reference the above-stated general objections as if

23  fully set forth herein.

24     Subject to the foregoing, MGA will produce relevant and non-objectionable

25  documents in its possession, custody or control, if any, responsive to this request,

26  that it is able to locate following a reasonably diligent search.

27  **REQUEST FOR PRODUCTION NO. 123:**

28     All DOCUMENTS RELATING TO the allegation in Paragraph 9 of YOUR

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10   PAGE 344

1    COMPLAINT that "Mattel has . . . serially imitated and copy-catted [*sic*] the look
2    of MGA products, trade dress, trademarks, themes, ideas, advertising and
3    packaging."

4    **RESPONSE TO REQUEST FOR PRODUCTION NO. 123:**

5         MGA incorporates by reference the above-stated general objections as if
6    fully set forth herein.

7         Subject to the foregoing, MGA will produce relevant and non-objectionable
8    documents in its possession, custody or control, if any, responsive to this request,
9    that it is able to locate following a reasonably diligent search.

10   **REQUEST FOR PRODUCTION NO. 124:**

11        All DOCUMENTS RELATING TO the allegation in Paragraphs 34 and 36
12   of YOUR COMPLAINT that the Bratz dolls launched in 2001 were "unique and
13   distinctive."

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 124:**

15        MGA incorporates by reference the above-stated general objections as if
16   fully set forth herein.

17        Subject to the foregoing, MGA will produce relevant and non-objectionable
18   documents in its possession, custody or control, if any, responsive to this request,
19   that it is able to locate following a reasonably diligent search.

20   **REQUEST FOR PRODUCTION NO. 125:**

21        All DOCUMENTS RELATING TO any allegation by YOU that YOU have
22   any legally protected interest in any of the following "themes" or any other Bratz
23   "theme" that you contend was copied by MATTEL: "Winter Wonderland," "Bratz
24   Sportz," "Formal Funk," "Sun-Kissed Summer."

25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 125:**

26        MGA incorporates by reference the above-stated general objections as if
27   fully set forth herein. MGA further objects to this request to the extent that it calls
28   for a legal conclusion.

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV-04-09049 SGL (RNBX)

EXHIBIT 10   PAGE 345

1    Subject to the foregoing, MGA will produce relevant and non-objectionable
2    documents in its possession, custody or control, if any, responsive to this request,
3    that it is able to locate following a reasonably diligent search.

4    **REQUEST FOR PRODUCTION NO. 126:**

5    All DOCUMENTS RELATING TO any allegation by YOU that YOU have
6    any legally protected interest in any "color scheme" that you contend was copied by
7    MATTEL.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 126:**

9    MGA incorporates by reference the above-stated general objections as if
10   fully set forth herein. MGA further objects to this request to the extent that it calls
11   for a legal conclusion.

12   Subject to the foregoing, MGA will produce relevant and non-objectionable
13   documents in its possession, custody or control, if any, responsive to this request,
14   that it is able to locate following a reasonably diligent search.

15   **REQUEST FOR PRODUCTION NO. 127:**

16   All DOCUMENTS RELATING TO the allegation in Paragraph 56 of YOUR
17   COMPLAINT that the press has confused YOUR products with those of MATTEL,
18   or vice versa.

19   **RESPONSE TO REQUEST FOR PRODUCTION NO. 127:**

20   MGA incorporates by reference the above-stated general objections as if
21   fully set forth herein.

22   Subject to the foregoing, MGA will produce relevant and non-objectionable
23   documents in its possession, custody or control, if any, responsive to this request,
24   that it is able to locate following a reasonably diligent search.

25   **REQUEST FOR PRODUCTION NO. 128:**

26   All DOCUMENTS RELATING TO any allegation by YOU that anyone has
27   confused any commercial for YOUR Funky Fashion Makeover Head with any
28   commercial for MATTEL's My Scene Styling Head.

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)



EXHIBIT ___ PAGE ___

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 128:**

2  MGA incorporates by reference the above-stated general objections as if

3  fully set forth herein.

4  Subject to the foregoing, MGA will produce relevant and non-objectionable

5  documents in its possession, custody or control, if any, responsive to this request,

6  that it is able to locate following a reasonably diligent search.

7  **REQUEST FOR PRODUCTION NO. 129:**

8  All DOCUMENTS RELATING TO any allegation by YOU that MATTEL

9  has used any "tag line" allegedly belonging to YOU, including but not limited to

10  "Passion for Fashion" or any derivative thereof.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 129:**

12  MGA incorporates by reference the above-stated general objections as if

13  fully set forth herein.

14  Subject to the foregoing, MGA will produce relevant and non-objectionable

15  documents in its possession, custody or control, if any, responsive to this request,

16  that it is able to locate following a reasonably diligent search.

17  **REQUEST FOR PRODUCTION NO. 130:**

18  All DOCUMENTS RELATING TO the allegation in Paragraph 61 of YOUR

19  COMPLAINT that retailers have been confused by Bratz Petz and MATTEL's My

20  Scene Pets, including but not limited to YOUR allegation that "even sophisticated

21  retailers . . . have mistakenly merchandised 'My Scene' dogs in the middle of the

22  'BRATZ' section of a retail display, next to and as if they were part of MGA's

23  'BRATZ Petz' line.'"

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 130:**

25  MGA incorporates by reference the above-stated general objections as if

26  fully set forth herein.

27  Subject to the foregoing, MGA will produce relevant and non-objectionable

28  documents in its possession, custody or control, if any, responsive to this request,

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT  D   PAGE  747

1    that it is able to locate following a reasonably diligent search.

2    **REQUEST FOR PRODUCTION NO. 131:**

3       All DOCUMENTS RELATING TO the allegation in Paragraph 62 of YOUR

4    COMPLAINT that advertising executives have "expressed concern" about "Bratz"

5    and Mattel's "My Scene," including but not limited to the alleged remarks set forth

6    in Paragraph 62.

7    **RESPONSE TO REQUEST FOR PRODUCTION NO. 131:**

8       MGA incorporates by reference the above-stated general objections as if

9    fully set forth herein.

10       Subject to the foregoing, MGA will produce relevant and non-objectionable

11    documents in its possession, custody or control, if any, responsive to this request,

12    that it is able to locate following a reasonably diligent search.

13    **REQUEST FOR PRODUCTION NO. 132:**

14       All DOCUMENTS RELATING TO the allegations in Paragraph 63 of

15    YOUR COMPLAINT that the press "has taken notice" of alleged confusion

16    between "Bratz" and Mattel's "My Scene," including but not limited to the alleged

17    remarks set forth in Paragraph 63.

18    **RESPONSE TO REQUEST FOR PRODUCTION NO. 132:**

19       MGA incorporates by reference the above-stated general objections as if

20    fully set forth herein.

21       Subject to the foregoing, MGA will produce relevant and non-objectionable

22    documents in its possession, custody or control, if any, responsive to this request,

23    that it is able to locate following a reasonably diligent search.

24    **REQUEST FOR PRODUCTION NO. 133:**

25       All DOCUMENTS RELATING TO the allegation in Paragraph 64 of YOUR

26    COMPLAINT that customers have contacted YOU to purchase Mattel's "My

27    Scene" dolls.

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10 PAGE 248

**RESPONSE TO REQUEST FOR PRODUCTION NO. 133:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein.

Subject to the foregoing, MGA will produce relevant and non-objectionable documents in its possession, custody or control, if any, responsive to this request, that it is able to locate following a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 134:**

All DOCUMENTS RELATING TO any allegation by YOU that YOU have a legally protected interest in what YOU describe in Paragraph 71 of YOUR COMPLAINT as "MGA's 'other-worldly' theme."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 134:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein.  MGA further objects to this request to the extent that it calls for a legal conclusion.

Subject to the foregoing, MGA will produce relevant and non-objectionable documents in its possession, custody or control, if any, responsive to this request, that it is able to locate following a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 135:**

All DOCUMENTS RELATING TO the allegation in Paragraph 71 of YOUR COMPLAINT that MATTEL's commercials and product "mimic[] MGA's alien theme and commercials in which MGA's 'AlienRacers' are engaged in a 'race to save the universe.'"

**RESPONSE TO REQUEST FOR PRODUCTION NO. 135:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein.

Subject to the foregoing, MGA will produce relevant and non-objectionable documents in its possession, custody or control, if any, responsive to this request, that it is able to locate following a reasonably diligent search.

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10    PAGE 349

1  **REQUEST FOR PRODUCTION NO. 136:**

2      All DOCUMENTS RELATING TO the allegation in Paragraph 74 of YOUR

3  COMPLAINT that MATTEL has engaged in "strong-arm tactics, and other

4  illegitimate, unfair and anti-competitive means."

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 136:**

6      MGA incorporates by reference the above-stated general objections as if

7  fully set forth herein.

8      Subject to the foregoing, MGA will produce relevant and non-objectionable

9  documents in its possession, custody or control, if any, responsive to this request,

10  that it is able to locate following a reasonably diligent search.

11  **REQUEST FOR PRODUCTION NO. 137:**

12      All DOCUMENTS RELATING TO the allegations in Paragraph 75 of

13  YOUR COMPLAINT regarding MATTEL's dealings and COMMUNICATIONS

14  with former employees, including but not limited to all COMMUNICATIONS

15  between YOU and any present or former employees or contractors of MATTEL.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 137:**

17      MGA incorporates by reference the above-stated general objections as if

18  fully set forth herein.  MGA further objects that this request is compound and

19  incomprehensible as drafted.

20      Subject to the foregoing, MGA will produce relevant and non-objectionable

21  documents in its possession, custody or control, if any, relevant to the allegations in

22  Paragraph 75, that it is able to locate following a reasonably diligent search.

23  **REQUEST FOR PRODUCTION NO. 138:**

24      All COMMUNICATIONS between YOU and any PERSON RELATING TO

25  the departure from MATTEL of any current or former MATTEL employee or

26  contractor.

27  **RESPONSE TO REQUEST FOR PRODUCTION NO. 138:**

28      MGA incorporates by reference the above-stated general objections as if

-77-

EXHIBIT ___ PAGE 950

1  fully set forth herein. MGA also specifically objects to this request to the extent
2  that it seeks information not relevant to the subject matter of this lawsuit or
3  reasonably calculated to lead to the discovery of admissible evidence. MGA also
4  objects to this request on the grounds that it is overbroad, unduly burdensome, and
5  oppressive. MGA also objects to this request to the extent it seeks information the
6  disclosure of which would implicate the rights of third parties to protect private,
7  confidential, proprietary or trade secret information. MGA also objects to this
8  request to the extent that it seeks documents not in MGA's possession, custody or
9  control.

10  **REQUEST FOR PRODUCTION NO. 139:**

11      All COMMUNICATIONS between YOU and any PERSON RELATING TO
12  the obligations to MATTEL, including the duty of confidentiality, of any current or
13  former MATTEL employee or contractor.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 139:**

15      MGA incorporates by reference the above-stated general objections as if
16  fully set forth herein. MGA also specifically objects to this request to the extent
17  that it seeks information not relevant to the subject matter of this lawsuit or
18  reasonably calculated to lead to the discovery of admissible evidence. MGA also
19  objects to this request on the grounds that it is overbroad, unduly burdensome, and
20  oppressive. MGA also objects to this request to the extent it seeks information the
21  disclosure of which would implicate the rights of third parties to protect private,
22  confidential, proprietary or trade secret information. MGA also objects to this
23  request to the extent that it seeks documents not in MGA's possession, custody or
24  control.

25  **REQUEST FOR PRODUCTION NO. 140:**

26      All COMMUNICATIONS between YOU and any current or former
27  MATTEL employee or contractor RELATING TO the ownership of any idea,
28  concept, design, or product.

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10   PAGE 961

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 140:**

2       MGA incorporates by reference the above-stated general objections as if

3   fully set forth herein. MGA also specifically objects to this request to the extent

4   that it seeks information not relevant to the subject matter of this lawsuit or

5   reasonably calculated to lead to the discovery of admissible evidence. MGA also

6   objects to this request on the grounds that it is overbroad, unduly burdensome, and

7   oppressive. MGA also objects to this request to the extent it seeks information the

8   disclosure of which would implicate the rights of third parties to protect private,

9   confidential, proprietary or trade secret information. MGA also objects to this

10   request to the extent that it seeks documents not in MGA's possession, custody or

11   control.

12   **REQUEST FOR PRODUCTION NO. 141:**

13       All COMMUNICATIONS between YOU and any PERSON RELATING TO

14   the retention, destruction, transfer, or use of any information or DOCUMENTS

15   known to or possessed by any current or former MATTEL employee or contractor.

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 141:**

17       MGA incorporates by reference the above-stated general objections as if

18   fully set forth herein. MGA also specifically objects to this request to the extent

19   that it seeks information not relevant to the subject matter of this lawsuit or

20   reasonably calculated to lead to the discovery of admissible evidence. MGA also

21   objects to this request on the grounds that it is overbroad, unduly burdensome, and

22   oppressive. MGA also objects to this request to the extent it seeks information the

23   disclosure of which would implicate the rights of third parties to protect private,

24   confidential, proprietary or trade secret information. MGA also objects to this

25   request to the extent that it seeks documents not in MGA's possession, custody or

26   control.

27       Subject to the foregoing, MGA will produce relevant and non-objectionable

28   documents in its possession, custody or control, if any, responsive to this request,

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10   PAGE 352

1   that it is able to locate following a reasonably diligent search.

2   **REQUEST FOR PRODUCTION NO. 142:**

3   All DOCUMENTS RELATING TO the "warnings" or "threats" alleged in

4   Paragraph 76 of YOUR COMPLAINT, including but not limited to all

5   COMMUNICATIONS with any present or former licensees of MATTEL.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 142:**

7   MGA incorporates by reference the above-stated general objections as if

8   fully set forth herein.

9   Subject to the foregoing, MGA will produce relevant and non-objectionable

10   documents in its possession, custody or control, if any, responsive to this request,

11   that it is able to locate following a reasonably diligent search.

12   **REQUEST FOR PRODUCTION NO. 143:**

13   All DOCUMENTS RELATING TO the "intimidation" alleged in Paragraph

14   77 of YOUR COMPLAINT, including but not limited to all COMMUNICATIONS

15   with any present or former distributors and retailers of MGA and MATTEL

16   products.

17   **RESPONSE TO REQUEST FOR PRODUCTION NO. 143:**

18   MGA incorporates by reference the above-stated general objections as if

19   fully set forth herein.

20   Subject to the foregoing, MGA will produce relevant and non-objectionable

21   documents in its possession, custody or control, if any, responsive to this request,

22   that it is able to locate following a reasonably diligent search.

23   **REQUEST FOR PRODUCTION NO. 144:**

24   All COMMUNICATIONS between YOU and any retailer, wholesaler or

25   distributor RELATING TO the CONTESTED MATTEL PRODUCTS.

26   **RESPONSE TO REQUEST FOR PRODUCTION NO. 144:**

27   MGA incorporates by reference the above-stated general objections as if

28   fully set forth herein. MGA also specifically objects to this request to the extent

- 80 -

EXHIBIT 10   PAGE 353

1   that it seeks information not relevant to the subject matter of this lawsuit or

2   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

3   objects to this request on the grounds that it is overbroad, unduly burdensome, and

4   oppressive in seeking all documents relating to such communications.

5        Subject to the foregoing, MGA will produce relevant and non-objectionable

6   documents in its possession, custody or control, if any, responsive to this request,

7   that it is able to locate following a reasonably diligent search.

8   **REQUEST FOR PRODUCTION NO. 145:**

9        All DOCUMENTS RELATING TO the allegation in Paragraph 78 of YOUR

10  COMPLAINT that MATTEL was responsible for what YOU refer to as a "shortage

11  of doll hair in October 2002."

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 145:**

13  MGA incorporates by reference the above-stated general objections as if

14  fully set forth herein.

15       Subject to the foregoing, MGA will produce relevant and non-objectionable

16  documents in its possession, custody or control, if any, responsive to this request,

17  that it is able to locate following a reasonably diligent search.

18  **REQUEST FOR PRODUCTION NO. 146:**

19       All DOCUMENTS RELATING TO the allegation in Paragraph 79 of YOUR

20  COMPLAINT that MATTEL has "manipulated the retail market," including but not

21  limited to all COMMUNICATIONS with any persons RELATING TO YOUR

22  allegation that "Mattel merchandisers have been caught tampering with MGA's

23  retail displays."

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 146:**

25       MGA incorporates by reference the above-stated general objections as if

26  fully set forth herein.

27       Subject to the foregoing, MGA will produce relevant and non-objectionable

28  documents in its possession, custody or control, if any, responsive to this request,

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10 PAGE 354

1    that it is able to locate following a reasonably diligent search.

2    **REQUEST FOR PRODUCTION NO. 147:**

3    All DOCUMENTS RELATING TO any allegation by YOU that MATTEL

4    has made false statements about YOU or YOUR business practices, including but

5    not limited to the allegations in Paragraph 79 of YOUR COMPLAINT.

6    **RESPONSE TO REQUEST FOR PRODUCTION NO. 147:**

7    MGA incorporates by reference the above-stated general objections as if

8    fully set forth herein.

9    Subject to the foregoing, MGA will produce relevant and non-objectionable

10    documents in its possession, custody or control, if any, responsive to this request,

11    that it is able to locate following a reasonably diligent search.

12    **REQUEST FOR PRODUCTION NO. 148:**

13    All DOCUMENTS RELATING TO any allegation by YOU that MATTEL

14    has violated any rules or restrictions relating to data provided to subscribers by

15    NPD or engaged in any other wrongful conduct relating to NPD.

16    **RESPONSE TO REQUEST FOR PRODUCTION NO. 148:**

17    MGA incorporates by reference the above-stated general objections as if

18    fully set forth herein.  MGA specifically objects to the request on the grounds that it

19    calls for documents subject to a subpoena to NPD and said documents have not yet

20    been produced.

21    Subject to the foregoing, MGA will produce relevant and non-objectionable

22    documents in its possession, custody or control, if any, responsive to this request,

23    that it is able to locate following a reasonably diligent search.

24    **REQUEST FOR PRODUCTION NO. 149:**

25    All DOCUMENTS RELATING TO any COMMUNICATIONS between

26    YOU and NPD, other than periodic reports, between January 1, 2000 and the

27    present.

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10   PAGE 355

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 149:**

2      MGA incorporates by reference the above-stated general objections as if

3  fully set forth herein.  MGA specifically objects to the request on the grounds that it

4  calls for documents subject to a subpoena to NPD and said documents have not yet

5  been produced.

6      Subject to the foregoing, MGA will produce relevant and non-objectionable

7  documents in its possession, custody or control, if any, responsive to this request,

8  that it is able to locate following a reasonably diligent search.

9  **REQUEST FOR PRODUCTION NO. 150:**

10     DOCUMENTS sufficient to show the status of YOUR NPD subscription

11  between January 1, 2000 and the present.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 150:**

13     MGA incorporates by reference the above-stated general objections as if

14  fully set forth herein.  MGA specifically objects to the request on the grounds that it

15  calls for documents subject to a subpoena to NPD and said documents have not yet

16  been produced.

17     Subject to the foregoing, MGA will produce relevant and non-objectionable

18  documents in its possession, custody or control, if any, responsive to this request,

19  that it is able to locate following a reasonably diligent search.

20  **REQUEST FOR PRODUCTION NO. 151:**

21     All DOCUMENTS RELATING TO the allegation in Paragraph 89 of YOUR

22  COMPLAINT that MATTEL "used its influence . . . to induce CARU to place

23  onerous restrictions on MGA advertisements, and require MGA to amend aspects

24  of commercials that have gone unchallenged in other parties' commercials."

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 151:**

26     MGA incorporates by reference the above-stated general objections as if

27  fully set forth herein.  MGA specifically objects to the request on the grounds that it

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 6 D PAGE 356

1   calls for documents subject to a subpoena to CARU and said documents have not

2   yet been produced.

3       Subject to the foregoing, MGA will produce relevant and non-objectionable

4   documents in its possession, custody or control, if any, responsive to this request,

5   that it is able to locate following a reasonably diligent search.

6   **REQUEST FOR PRODUCTION NO. 152:**

7       All DOCUMENTS RELATING TO any COMMUNICATIONS between

8   YOU and CARU between January 1, 2000 and the present.

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 152:**

10      MGA incorporates by reference the above-stated general objections as if

11  fully set forth herein. MGA specifically objects to the request on the grounds that it

12  calls for documents subject to a subpoena to CARU and said documents have not

13  yet been produced.

14      Subject to the foregoing, MGA will produce relevant and non-objectionable

15  documents in its possession, custody or control, if any, responsive to this request,

16  that it is able to locate following a reasonably diligent search.

17  **REQUEST FOR PRODUCTION NO. 153:**

18      All DOCUMENTS RELATING TO any allegation by YOU that MATTEL

19  has exercised improper influence with or within TIA, including but not limited to

20  the procedures for and manner in which the Toy of the Year was selected for 2003.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 153:**

22      MGA incorporates by reference the above-stated general objections as if

23  fully set forth herein. MGA specifically objects to the request on the grounds that it

24  calls for documents subject to a subpoena to TIA and said documents have not yet

25  been produced.

26      Subject to the foregoing, MGA will produce relevant and non-objectionable

27  documents in its possession, custody or control, if any, responsive to this request,

28  that it is able to locate following a reasonably diligent search.

- 84 -

EXHIBIT 10 PAGE 357

1   **REQUEST FOR PRODUCTION NO. 154:**

2       All DOCUMENTS RELATING TO any COMMUNICATIONS with, TIA

3   RELATING TO Toy of the Year since January 1, 2000.

4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 154:**

5       MGA incorporates by reference the above-stated general objections as if

6   fully set forth herein.  MGA specifically objects to the request on the grounds that it

7   calls for documents subject to a subpoena to TIA and said documents have not yet

8   been produced.

9       Subject to the foregoing, MGA will produce relevant and non-objectionable

10  documents in its possession, custody or control, if any, responsive to this request,

11  that it is able to locate following a reasonably diligent search.

12  **REQUEST FOR PRODUCTION NO. 155:**

13      All DOCUMENTS RELATING TO the allegation in Paragraph 113 of

14  YOUR COMPLAINT that MATTEL has "willfully and maliciously used its power,

15  influence and intimidation to threaten certain retailers, suppliers, licensees,

16  distributors and manufacturers so as to limit, if not prevent, MGA from doing

17  business with these retailers, suppliers, licensees, distributors and manufacturers,

18  using its power and influence to intimidate and manipulate industry bodies."

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 155:**

20      MGA incorporates by reference the above-stated general objections as if

21  fully set forth herein.

22      Subject to the foregoing, MGA will produce relevant and non-objectionable

23  documents in its possession, custody or control, if any, responsive to this request,

24  that it is able to locate following a reasonably diligent search.

25  **REQUEST FOR PRODUCTION NO. 156:**

26      All DOCUMENTS RELATING TO the allegation in Paragraph 113 of

27  YOUR COMPLAINT that MATTEL has "used its power and influence to attempt

28  to, if not actually, intimidate and threaten MGA's current and potential employees

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT $\nu$  PAGE 358

1   sc as to cause MGA competitive injury."

2   **RESPONSE TO REQUEST FOR PRODUCTION NO. 156:**

3   MGA incorporates by reference the above-stated general objections as if

4   fully set forth herein.

5   Subject to the foregoing, MGA will produce relevant and non-objectionable

6   documents in its possession, custody or control, if any, responsive to this request,

7   that it is able to locate following a reasonably diligent search.

8   **REQUEST FOR PRODUCTION NO. 157:**

9   YOUR quarterly and annual profit and loss statements (both

10   audited and unaudited) for the years 2000 through the present, inclusive.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 157:**

12   MGA incorporates by reference the above-stated general objections as if

13   fully set forth herein.  MGA also specifically objects to this request to the extent

14   that it seeks information not relevant to the subject matter of this lawsuit or

15   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

16   objects to this request on the grounds that it is overbroad, unduly burdensome, and

17   oppressive and propounded solely for harassment.

18   **REQUEST FOR PRODUCTION NO. 158:**

19   YOUR quarterly and annual financial statements (both audited and

20   unaudited) for the years 2000 through the present, inclusive.

21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 158:**

22   MGA incorporates by reference the above-stated general objections as if

23   fully set forth herein.  MGA also specifically objects to this request to the extent

24   that it seeks information not relevant to the subject matter of this lawsuit or

25   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

26   objects to this request on the grounds that it is overbroad, unduly burdensome, and

27   oppressive and propounded solely for harassment.

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10   PAGE 351

1    REQUEST FOR PRODUCTION NO. 159:

2         YOUR annual reports for each of the years 2000 through the present,

3    inclusive.

4    RESPONSE TO REQUEST FOR PRODUCTION NO. 159:

5         MGA incorporates by reference the above-stated general objections as if

6    fully set forth herein.  MGA also specifically objects to this request to the extent

7    that it seeks information not relevant to the subject matter of this lawsuit or

8    reasonably calculated to lead to the discovery of admissible evidence.  MGA also

9    objects to this request on the grounds that it is overbroad, unduly burdensome, and

10   oppressive and propounded solely for harassment.

11   REQUEST FOR PRODUCTION NO. 160:

12        All DOCUMENTS received from MATTEL (whether directly or indirectly)

13   by YOU at any time since January 1, 1999.

14   RESPONSE TO REQUEST FOR PRODUCTION NO. 160:

15        MGA incorporates by reference the above-stated general objections as if

16   fully set forth herein.  MGA also specifically objects to this request to the extent

17   that it seeks information not relevant to the subject matter of this lawsuit or

18   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

19   objects to this request on the grounds that it is overbroad, unduly burdensome, and

20   oppressive.

21   REQUEST FOR PRODUCTION NO. 161:

22        All DOCUMENTS that YOU have reason to believe were created by or

23   originated from MATTEL, other than MATTEL products that YOU purchased at

24   retail.

25   RESPONSE TO REQUEST FOR PRODUCTION NO. 161:

26        MGA incorporates by reference the above-stated general objections as if

27   fully set forth herein.  MGA also specifically objects to this request to the extent

28   that it seeks information not relevant to the subject matter of this lawsuit or

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10   PAGE 360

1   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

2   objects to this request on the grounds that it is overbroad, unduly burdensome, and

3   oppressive.

4   **REQUEST FOR PRODUCTION NO. 162:**

5       All DOCUMENTS RELATING TO the destruction or retention of any

6   DOCUMENT RELATING TO the CONTESTED MGA PRODUCTS or the

7   CONTESTED MATTEL PRODUCTS

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 162:**

9       MGA incorporates by reference the above-stated general objections as if

10   fully set forth herein.  MGA also specifically objects to this request to the extent

11   that it seeks information not relevant to the subject matter of this lawsuit or

12   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

13   objects to this request to the extent it calls for the disclosure of attorney-client

14   privileged information or information protected from disclosure by the work-

15   product doctrine, joint defense or common interest privilege, or other privilege.

16   MGA also objects to this request on the grounds that it is overbroad, unduly

17   burdensome, and oppressive.

18       Subject to the foregoing, MGA will produce relevant and non-objectionable

19   documents in its possession, custody or control, if any, responsive to this request,

20   that it is able to locate following a reasonably diligent search.

21   **REQUEST FOR PRODUCTION NO. 163:**

22       All internal MGA COMMUNICATIONS and schedules RELATING TO

23   document retention or destruction between January 1, 1999 and the present.

24   **RESPONSE TO REQUEST FOR PRODUCTION NO. 163:**

25       MGA incorporates by reference the above-stated general objections as if

26   fully set forth herein.  MGA also specifically objects to this request to the extent

27   that it seeks information not relevant to the subject matter of this lawsuit or

28   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10   PAGE 361

1   objects to this request to the extent it calls for the disclosure of attorney-client
2   privileged information or information protected from disclosure by the work-
3   product doctrine, joint defense or common interest privilege, or other privilege.
4   MGA also objects to this request on the grounds that it is overbroad, unduly
5   burdensome, and oppressive.
6       Subject to the foregoing, MGA will produce relevant and non-objectionable
7   documents in its possession, custody or control, if any, responsive to this request,
8   that it is able to locate following a reasonably diligent search.
9   **REQUEST FOR PRODUCTION NO. 164:**
10      All DOCUMENTS RELATING TO any COMMUNICATIONS with, or
11  inquiry or investigation by, any government entity RELATING TO the
12  CONTESTED MGA PRODUCTS or the CONTESTED MATTEL PRODUCTS.
13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 164:**
14      MGA incorporates by reference the above-stated general objections as if
15  fully set forth herein. MGA also specifically objects to this request to the extent
16  that it seeks information not relevant to the subject matter of this lawsuit or
17  reasonably calculated to lead to the discovery of admissible evidence. MGA also
18  objects to this request to the extent it calls for the disclosure of attorney-client
19  privileged information or information protected from disclosure by the work-
20  product doctrine, joint defense or common interest privilege, or other privilege.
21  MGA also objects to this request on the grounds that it is overbroad, unduly
22  burdensome, and oppressive. MGA also objects to this request to the extent such
23  documents are not in MGA's possession, custody or control.
24  **REQUEST FOR PRODUCTION NO. 165:**
25      All DOCUMENTS RELATING TO any COMMUNICATIONS with, or
26  inquiry or investigation by, any toy industry organization, safety compliance, or
27  consumer organization RELATING TO the CONTESTED MGA PRODUCTS or
28  the CONTESTED MATTEL PRODUCTS.

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10 PAGE 362

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 165:**

2      MGA incorporates by reference the above-stated general objections as if

3  fully set forth herein. MGA also specifically objects to this request to the extent

4  that it seeks information not relevant to the subject matter of this lawsuit or

5  reasonably calculated to lead to the discovery of admissible evidence. MGA also

6  objects to this request to the extent it calls for the disclosure of attorney-client

7  privileged information or information protected from disclosure by the work-

8  product doctrine, joint defense or common interest privilege, or other privilege.

9  MGA also objects to this request on the grounds that it is overbroad, unduly

10  burdensome, and oppressive.

11      Subject to the foregoing, MGA will produce relevant and non-objectionable

12  documents in its possession, custody or control, if any, responsive to this request,

13  that it is able to locate following a reasonably diligent search.

14  **REQUEST FOR PRODUCTION NO. 166:**

15      To the extent not produced in response to any other Request for Production,

16  all DOCUMENTS and tangible things upon which YOU intend to rely upon in this

17  action.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 166:**

19      MGA incorporates by reference the above-stated general objections as if

20  fully set forth herein. MGA also specifically objects to this request to the extent

21  that it seeks information not relevant to the subject matter of this lawsuit or

22  reasonably calculated to lead to the discovery of admissible evidence. MGA also

23  objects to this request on the grounds that it is overbroad, unduly burdensome, and

24  oppressive. MGA further objects that this request is duplicative and redundant.

25

26

27

28

- 90 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10  PAGE 963

1

2   Dated:     January 17, 2007         O'MELVENY & MYERS LLP

3

4                                       By: _____
                                            James P. Jenal
5                                       Attorneys for MGA Entertainment, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10   PAGE 364

1

## PROOF OF SERVICE

2          I am employed in the County of Los Angeles, State of California.  I am over

3   the age of eighteen years and not a party to the within action; my business address is

4   NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles,

5   California 90026.

6          On January 24, 2008, I served true copies of the following documents

7   described as:

8   **DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL DOCUMENTS**
9   **RESPONSIVE TO REQUESTS FOR PRODUCTION 526 AND 528**

10  on the parties in this action as follows:

11

| | |
|---|---|
| 12  Skadden, Arps, Slate, Meagher & Flom LLP | **Attorneys for *MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and MGAE de Mexico, S.R.L. de C.V.*** |
| 13     Thomas J. Nolan, Esq. 300 South Grand Avenue, Suite 3400 Los Angeles, CA  90071 | |
| 14  Telephone:  213.687.5000 Facsimile:  213.687.5600 | |

15

16

17  [√ ]    **[PERSONAL]** by personally delivering the document listed above to

18   the person(s) at the address(es) set forth above.

19

20          I declare that I am employed in the office of a member of the bar of this court

21   at whose direction the service was made

22

23          Executed on January 24, 2008, at Los Angeles, California.

24

25

26                                              David Quintana

27

28

07209/2223909.1

-1-                 Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE RE DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION 526 AND 528

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On January 24, 2008, I served true copies of the following documents described as:

**DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION 526 AND 528**
on the parties in this action as follows:

| | |
|---|---|
| Keker & Van Nest, LLP<br>  John W. Keker, Esq.<br>  Michael H. Page, Esq.<br>  Christa M. Anderson, Esq.<br>710 Sansome Street<br>San Francisco, CA 94111<br>Telephone:  415.391.5400<br>Facsimile:  415.397.7188 | **Attorneys for *Carter Bryant*** |
| Overland Borenstein Scheper & Kim, LLP<br>  Mark E. Overland, Esq.<br>  David C. Scheper, Esq.<br>  Alexander H. Cote, Esq.<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071<br>Telephone:  213.613.4655<br>Facsimile:  213.613.4656 | **Attorneys for *Carlos Gustavo Machado Gomez*** |

[√]   **[MAIL]** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on January 24, 2008, at Los Angeles, California.

Albert V. Villamil

07209/2223909.1

-2-                                                   Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE RE DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION 526 AND 528