# ATTACHMENT 3

(MGA's Notice to Stay of Phase Two Discovery and its Impact on MGA's Motion to Compel Mattel to Produce Documents Responsive to Requests for Production 526 and 528)

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
3  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
4
   RAOUL D. KENNEDY (Bar No. 40892)
5  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA  94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12
13  CARTER BRYANT, an individual          )  Case No.  CV 04-09049 SGL (RNBx)
                                          )  (consolidated with CV 04-9059 & 05-
14            Plaintiff,                   )  2727)
                                          )
15       v.                               )  [DISCOVERY MATTER]
                                          )
16  MATTEL, INC., a Delaware              )  NOTICE OF STAY OF PHASE
    Corporation,                          )  TWO DISCOVERY AND ITS
17                                        )  IMPACT ON MGA'S MOTION TO
             Defendant.                    )  COMPEL MATTEL TO
18                                        )  PRODUCE DOCUMENTS
                                          )  RESPONSIVE TO RFPS 526 AND
19                                        )  528
                                          )
20  AND CONSOLIDATED ACTIONS             )  Hearing Date:  T.B.D.
                                          )  Time:  T.B.D.
21                                        )  Place:  T.B.D
                                          )
22                                        )  Phase I Discovery Cut-off:
                                          )  January 28, 2008
23                                        )
                                          )
24                                        )

25

26

27

28

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that, in an Order dated February 4, 2008, the Court

3  ordered that "All discovery related to Phase 2, other than certain individual

4  depositions that may be related to both Phase 1 and Phase 2, is STAYED until

5  further order of the Court."

6        MGA's Motion to Compel documents responsive to MGA's Requests 526 and

7  528 of MGA's Fifth Set of Requests for Production relates to Phase 2 issues and is

8  therefore stayed under the Court's February 4 Order.  MGA will file its Reply brief

9  at the appropriate time after the stay on Phase 2 discovery is lifted.

10  Dated: February 13, 2008                    SKADDEN, ARPS, SLATE,
                                                 MEAGHER & FLOM, LLP
11

12                                               By:_____/s/ Raoul D. Kennedy_____
                                                 Raoul D. Kennedy
13                                               Attorney for MGA Entertainment, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                     - 1 -
28
NOTICE OF STAY OF PHASE TWO DISCOVERY AND ITS IMPACT ON MGA's MTN TO COMPEL MATTEL
TO PRODUCE DOCS RESPONSIVE TO RFPS 526 AND 528