# **ATTACHMENT 4**

(Joint Report to Discovery Master Regarding Pending Discovery Motions)

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2     John B. Quinn (Bar No. 090378)
   (johnquinn@quinnemanuel.com)
3     Michael T. Zeller (Bar No. 196417)
   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemnauel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8  [Additional Counsel Listed On Following Page]

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

EASTERN DIVISION

12

| | |
|---|---|
| 13   CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 14            Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 15      vs. | |
| 16   MATTEL, INC., a Delaware<br>corporation, | **DISCOVERY MATTER** |
| 17           Defendant. | **JOINT REPORT TO DISCOVERY<br>MASTER REGARDING PENDING<br>DISCOVERY MOTIONS** |
| 18 | |
| 19   CONSOLIDATED ACTIONS | **Phase 1:**<br>Discovery Cut-off:   January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:         May 27, 2008 |

20

21

22

23

24

25

26

27

28

1  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
     Thomas J. Nolan (Bar No. 066992)
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:  (213) 687-5600
4  E-mail:  tnolan@skadden.com

5  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
     Raoul D. Kennedy (Bar No. 40892)
6  Four Embarcadero Center, Suite 3800
   San Francisco, California 94111
7  Telephone:  (415) 984-6400
   Facsimile:  (415) 984-2698
8  E-mail:  rkennedy@skadden.com

9  Attorneys for Counter-Defendants
   MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and
10 MGAE de Mexico S.R.L. de C.V.

11
   KEKER & VAN NEST, LLP
12   John W. Keker (Bar No. 49092)
     Michael H. Page (Bar No. 154913)
13   Christa M. Anderson (Bar No. 184325)
   710 Sansome Street
14 San Francisco, California 94111

15 Attorneys for Plaintiff
   Carter Bryant

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to the Discovery Master's request, Carter Bryant, the MGA Entities,

2  Isaac Larian and Mattel have met and conferred regarding the currently pending

3  discovery motions.  The parties have agreed as follows:

4

5  **I.    Phase Two Motions**

6

7    The following motions pertain exclusively to Phase Two and should therefore

8  be stayed until the completion of the Phase One trial or until such other time that a

9  party is given leave to take such discovery or an agreement is reached among all

10  parties that the discovery sought can go forward:

11    1.    Mattel's Motion to Compel (1) Deposition of Carlos Gustavo Machado

12          Gomez; and (2) Consent to Production of Electronic Mail Messages

13          (filed 11/15/07);

14    2.    MGA's Motion to Compel Mattel to Produce Documents Responsive to

15          MGA's Requests for Production Nos. 526 & 528 (filed 1/16/08); and

16    3.    Mattel's Motion to (1) Enforce the Court's 8/13/07 Order and to

17          Compel; and (2) for Award of Monetary Sanctions (filed 1/22/08).

18  As discussed in Section III, some parties contend that portions of some of the

19  pending discovery that is the subject of motions relates to Phase II and the parties

20  will submit a summary memorandum setting forth any agreement in that regard once

21  the meet and confer process is complete.

22

23  **II.    Motions As To Which  Hearing Will Be Required**

24

25    The parties respectfully request that the Discovery Master reserve the next

26  available hearing date on the Court's calendar to hear the following motions, which

27  are listed in the order in which the parties request that they be heard:

28

1.   Mattel's Motion to Compel the Continued Deposition of Isaac Larian and to Overrule Instructions Not to Answer (filed 1/22/08);

2.   MGA Defendants' Motion to Quash Deposition Subpoenas [re Non-Parties Mel Woods, Daphne Gronich, Joe Tiongco, NPD Group, Inc., Ana Isabel Cabrera, Beatriz Morales, Moss Adams, and Wachovia Corp.; and Maria Elena Salazar] (filed 1/23/08);

3.   Carter Bryant's Motion to Compel Responses to Discovery Requests (filed 2/8/08);[1]

4.   Mattel's Motion for Order Enforcing Court's 1/25/07 Order Compelling Bryant to Produce Computer Hard Drives and for Sanctions (filed 1/28/08);

---

[1]   Mattel believes that Bryant's Motion to Compel Responses to Discovery Requests is not fully briefed, as Mattel has filed an *ex parte* application seeking to strike Bryant's Motion to Compel as untimely, because Bryant filed it after the close of Phase One discovery. Mattel's Ex Parte Application (1) to Strike Carter Bryant's Motion to Compel Responses to Discovery Requests, and (2) to Stay Time for Filing Any Opposition Thereto Pending Review (filed 2/12/08). Bryant submitted an opposition to Mattel's *ex parte* application on February 13, and Mattel submitted a reply on February 14. To date, the Discovery Master has not ruled or provided any relief sought in Mattel's *ex parte* application. It is Mattel's position that if the Discovery Master finds that Bryant's Motion is timely, and it is not, then Mattel should be given an opportunity to oppose the Motion.

Bryant believes this Motion is fully briefed. Absent a stay, and no stay was granted by the Discovery Master despite Mattel's *ex parte* request, Mattel's opposition was due on February 15, 2008. Mattel failed to file any opposition on that date, and still has not filed an opposition. Bryant filed his Reply in Support of Motion to Compel Responses to Discovery Requests and Notice of Non-Opposition on February 19, 2008, which states, "If the parties fail to reach a resolution regarding this motion, Bryant submits that this Motion to Compel should be granted in full, as it is unopposed on the merits." Bryant stands by that statement, and notes that the parties have failed to reach a resolution regarding this motion.

5.   MGA's and Carter Bryant's Joint Motion to Compel Production of Improperly Withheld Mattel Documents Showing Mattel's Investigation of MGA and Carter Bryant Prior to November 2003 and to Compel Production of All "NHB" Documents (filed 1/28/08);

6.   Carter Bryant's Motion to Quash Mattel Inc.'s Subpoena Issued to People's Bank of the Ozarks or in the Alternative, for Protective Order (filed 1/28/08);

7.   Mattel's Motion to Compel a Complete Response to Mattel's Supplemental Interrogatory re Test Projects (filed 1/28/08);

8.   MGA and Carter Bryant's Joint Motion to Compel an Unredacted Version of M0074400, Mattel's Investigative File 02-299 and the Further Deposition of Richard De Anda (filed 1/4/08);

9.   Mattel's Motion to Compel Documents Only Portions of Which are Allegedly Privileged (filed 1/22/08);

10.  Mattel's Motion for Order Compelling Production of Withheld MGA (1) Trademark Search Results, (2) Date of First Use Information, and (3) Factual Data Communicated for the Purpose of Filing Trademark or Other Intellectual Property Applications (filed 1/23/08); and

11.  Mattel's Motion to Compel Production of Third Party Communications Improperly Withheld Under a Claim of "Common Interest" Privilege (filed 1/23/08).

## III.   Motions the Subject of Continuing Meet and Confer Efforts

The parties are engaged in continuing efforts to reach agreements on the resolution of the following motions:

1.   Mattel's Motion to Compel Deposition of Littler Mendelson (filed 12/14/07);

2.  Mattel's Motion to Enforce the 5/15/07 Order of the Discovery Master Re Production of Larian v. Larian Documents and for Sanctions (filed 12/21/07);

3.  MGA's Motion to Compel Mattel to Produce E-Mail (filed 1/16/08);

4.  MGA's Motion to Overrule Mattel's Relevance Objection and Compel Discovery Relevant to Statute of Limitations and Laches Defenses (filed 1/17/08);

5.  MGA, MGA HK, MGA Mexico and Isaac Larian's Motion to Quash Subpoenas or, in the Alternative, for Protective Order [re Mattel's subpoenas to ConsumerQuest, Deloitte & Touche, Ernst & Young, the Isaac and Angela Larian Trust, the Isaac Larian Annuity Trust, Moss Adams, Wachovia, and Wells Fargo] and Mattel's Countermotion to Compel Production (motion filed 12/21/07; counter motion filed 1/18/08);

6.  MGA's Motion to Compel Mattel to Produce Witnesses Pursuant to Notice of Deposition Under Rule 30(b)(6), or in the Alternative, for Leave to Serve Such Notice (filed 12/21/07);

7.  Mattel's Motion for Reconsideration of Portions of Discovery Master's 12/31/07 Order (filed 1/16/08);

8.  MGA and MGA Mexico's Motion for Protective Order from Mattel's Fourth Notice of Deposition of MGA and Notice of Deposition of MGA Mexico (filed 1/18/08);

9.  Mattel's Motion to Compel Production of Documents Improperly Withheld as Privileged by MGA, Isaac Larian and Third-Party David Rosenbaum (filed 1/28/08);

10. Mattel's Motion to Compel Deposition of MGA Hong Kong and for Sanctions (filed 1/28/08);

11.   Mattel's Motion to Enforce the Court's 5/15/07 Order, to Compel MGA to Produce Compelled Calendars, and for Sanctions (filed 1/28/08);

12.   MGA Defendants' Motion to Quash Subpoena to Bank of America or, in the Alternative, for Protective Order (filed 1/29/08);

13.   Mattel's Motion to Compel MGA to Produce Communications Regarding this Action (filed 2/5/08);

14.   Mattel's Motion to Compel MGA, MGA Hong Kong, Isaac Larian, and Carter Bryant to Respond to Mattel's First Set of Requests for Admission Propounded to MGA, Carter Bryant, MGA Hong Kong and Isaac Larian (filed 2/7/08);

15.   Mattel's Motion to Compel Production of Documents and Things by MGA and for Award of Monetary Sanctions (filed 1/28/08); and

16.   MGA's Motion to Overrule Mattel's and Richard De Anda's Objections to Subpoena and to Compel Discovery (filed 1/28/08).

17.   Mattel's Motion to Compel Production of Documents by MGA in Response to Mattel's Fifth Set of Requests for Documents and Things to MGA (filed 1/28/08)

///
///
///
///
///
///
///
///
///
///
///

1   The parties respectfully request additional time to facilitate discussion on these

2   matters.  The parties will submit a further report by Wednesday, February 27, 2008,

3   apprising the Discovery Master of the status of these motions.

4

5   Respectfully submitted.

6

7   Dated: February 22, 2008

8                                                    _____
                                                     Matthew M. Werdegar

9                                                    Keker & Van Nest, LLP

10                                                   Attorneys For CARTER BRYANT

11

12  Dated: February 22, 2008

13                                                   _____
                                                     Raoul D. Kennedy

14                                                   Skadden Arps Slate Meagher & Flom, LLP

         Attorneys For MGA ENTERTAINMENT, INC.;

15  ISAAC LARIAN; MGA ENTERTAINMENT (HK),

         LIMITED; AND MGA DE MEXICO S.R.L. DE

16  C.V.

17

18  Dated: February 22, 2008

19                                                   _____
                                                     Jon D. Corey

20                                                   Quinn Emanuel Urquhart Oliver & Hedges, LLP

21                                                   Attorneys for MATTEL, INC.

22

23

24

25

26

27

28