QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 3, 4, 22 AND 23 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO OMNI 808'S EX PARTE APPLICATION TO INTERVENE**<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date:  February 11, 2009<br>Time:  10:00 a.m.<br>Courtroom:  1<br><br>**Phase 1C**<br>Discovery Cut-off:  Not Set<br>Pre-trial Conference:  Not Set<br>Trial Date  Not Set |

07209/2787077.1

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully

3  requests that the Court order filed under seal Exhibits 3, 4, 22 and 23 of the

4  Declaration of Michael T. Zeller In Support Of Mattel, Inc.'s Opposition To Omni

5  808's <u>Ex Parte</u> Application To Intervene (the "Declaration").

6    Exhibits 3, 4, 22 and 23 of the Declaration include materials that MGA

7  has designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant

8  to the Protective Order.  Accordingly, Mattel requests that the Court order that the

9  Exhibits 3, 4, 22 and 23 of the Declaration be filed under seal.

10    In the alternative, Mattel requests that the Court declare that these

11  materials are outside the definitions of "Confidential" and "Confidential--Attorneys'

12  Eyes Only" as contained in the Stipulated Protective Order and order them to be

13  filed as part of the public record.

14

15  DATED:  February 5, 2009          QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP
16

17                                    By /s/ Michael T. Zeller
                                         Michael T. Zeller
18                                       Attorneys for Mattel, Inc.

19

20

21

22

23

24

25

26

27

28