QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>The Honorable Stephen G. Larson<br><br>**[PROPOSED ORDER] RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 3, 4, 22 AND 23 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO OMNI 808'S EX PARTE APPLICATION TO INTERVENE**<br><br>Hearing Date: February 11, 2009<br>Time: 10:00 a.m.<br>Courtroom: 1<br><br>**Phase 1C**<br>Discovery Cut-off:     Not Set<br>Pre-trial Conference:  Not Set<br>Trial Date                  Not Set |

| | |
|---|---|
| 1 | [Proposed] Order |
| 2 | |
| 3 | Based on the concurrently filed Application to File Under Seal Exhibits |
| 4 | 3, 4, 22 and 23 of the Declaration of Michael T. Zeller In Support Of Mattel, Inc.'s |
| 5 | Opposition To Omni 808's Ex Parte Application To Intervene, IT IS HEREBY |
| 6 | ORDERED: |
| 7 | Exhibits 3, 4, 22 and 23 of the Declaration of Michael T. Zeller In |
| 8 | Support Of Mattel, Inc.'s Opposition To Omni 808's Ex Parte Application To |
| 9 | Intervene are ORDERED filed under seal pursuant to Local Rule 79-5.1. |

DATED:  FEB - 6 2008  , 2009

_____
Hon. Stephen G. Larson
United States District Judge

07209/2787089.1

-1-

PROPOSED ORDER