1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10  EASTERN DIVISION

11  CARTER BRYANT, an individual,    CASE NO. CV 04-9049 SGL (RNBx)
                                      Consolidated with
12       Plaintiff,                   Case Nos. CV 04-09059 & CV 05-2727

13       vs.                          Hon. Stephen G. Larson

14  MATTEL, INC., a Delaware          MATTEL, INC.'S APPLICATION TO FILE
    corporation,                      UNDER SEAL MOTION TO COMPEL
15                                    DOCUMENTS RESPONSIVE TO THIRD-
         Defendant.                   PARTY SUBPOENAS AND EXHIBITS
16                                    TO THE DECLARATION OF JON D.
                                      COREY IN SUPPORT OF MATTEL,
17  AND CONSOLIDATED ACTIONS          INC.'S MOTION TO COMPEL
                                      PRODUCTION OF DOCUMENTS
18                                    RESPONSIVE TO THIRD-PARTY
                                      SUBPOENAS

19                                    [[Proposed] Order filed concurrently]

20

21                                    Phase 2:
                                      Discovery Cut-off:    Not set
22                                    Pre-trial Conference: Not set
                                      Trial Date:           Not set

23

07209/2784745.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel's Motion to Compel Documents Responsive to Third-Party Subpoenas ("Motion") and Exhibits 20-23, 32, 36, 38-39, 42, 51, 74, 76, 77, 80, 82-99, and 106 to the Declaration of Jon D. Corey in Support of Mattel, Inc.'s Motion to Compel Production of Documents Responsive to Third-Party Subpoenas ("Exhibits").

      The Motion and Exhibits include materials that MGA has designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Exhibits be filed under seal.

      In the alternative, Mattel requests that the Court declare that the Exhibits are outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be filed as part of the public record.

DATED: February 4, 2009       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
Jon D. Corey
Attorneys for Mattel, Inc.