QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS AND EXHIBITS TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS<br><br>Phase 2:<br>Discovery Cut-off:     Not set<br>Pre-trial Conference:  Not set<br>Trial Date:            Not set |

07209/2784753.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Motion to Compel Documents Responsive to Third-Party Subpoenas and Exhibits to the Declaration of Jon D. Corey in Support of Mattel, Inc.'s Motion to Compel Production of Documents Responsive to Third-Party Subpoenas, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel Inc.'s Motion to Compel Documents Responsive to Third-Party Subpoenas and Exhibits 20-23, 32, 36, 38-39, 42, 51, 74, 76, 77, 80, 82-99, and 106, to the Declaration of Jon D. Corey in Support of Mattel, Inc.'s Motion to Compel Production of Documents Responsive to Third-Party Subpoenas are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:  FEB - 6 2008 , 2009

/s/ S. G. Larson
Hon. Stephen G. Larson
United States District Judge