THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for The MGA Parties

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1. MGA Parties' Reply in Support of Their Request For Conditional Briefing Schedule & Hearing On Mattel's Pending Motion; 2. Application To File Under Seal The MGA Parties' Reply in Support of Their Request For Conditional Briefing Schedule & Hearing On Mattel's Pending Motion; 3. [Proposed] Order To File Under Seal; 4. Proof Of Service

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- ☒ Other

**Reason:**
- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required *(reason)*:

| | |
|---|---|
| February 9, 2009<br>Date | Thomas J. Nolan<br>Attorney Name<br>The MGA Parties<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)   **NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.FormsWorkflow.com