Todd E. Gordinier (SBN 82200)
Bingham McCutchen LLP
600 Anton Blvd., 18th Floor
Telephone: (714) 830-0600
Facsimile: (714) 830-0700
Email: todd.gordinier@bingham.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., et al. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
PLEASE SEE ATTACHED LIST.

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☒ Other Ex Parte Application and Declaration of Todd E. Gordinier

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

February 9, 2009
Date

Attorney Name
Todd E. Gordinier, Attorneys for Non-Parties
Omni 808 Investors, LLC, Vision Capital, LLC &
Omninet Capital, LLC
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)   NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com

1. NON-PARTIES OMNI 808 INVESTORS, LLC'S, VISION CAPITAL, LLC'S, AND OMNINET CAPITAL, LLC'S APPLICATION TO FILE UNDER SEAL

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

3. EX PARTE APPLICATION TO STRIKE MATTEL, INC.'S MOTION TO COMPEL OR, IN THE ALTERNATIVE, TO SET A BRIEFING SCHEDULE IN THE EVENT THAT MGA ENTERTAINMENT INC.'S MOTION TO QUASH IS DENIED AND THIRD-PARTY DISCOVERY IS DEEMED APPROPRIATE FOR THIS PHASE

4. DECLARATION OF TODD E. GORDINIER IN SUPPORT OF EX PARTE APPLICATION TO STRIKE

5. [PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO STRIKE MATTEL, INC.'S MOTION TO COMPEL