Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
JENNIFER A. LOPEZ (SBN 232320)
jennifer.lopez@bingham.com
600 Anton Boulevard
18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Non-parties
OMNI 808 INVESTORS, LLC, VISION CAPITAL, LLC AND OMNINET CAPITAL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Carter Bryant, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Mattel, Inc., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 SGL (RNBx)<br><br>**DECLARATION OF PETER N. VILLAR IN SUPPORT OF NON-PARTIES OMNI 808 INVESTORS, LLC'S, VISION CAPITAL, LLC'S, AND OMNINET CAPITAL, LLC'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS**<br><br>Judge: Hon. Stephen G. Larson |

# DECLARATION OF PETER N. VILLAR

I, Peter N. Villar, hereby declare as follows:

1. I am an attorney admitted to practice in the State of California and in the United States District Court for the Central District of California. I am a partner of Bingham McCutchen LLP, attorneys for non-parties Omni 808 Investors, LLC, Vision Capital, LLC, and Omninet Capital, LLC. If called as a witness, I could and would competently testify to all facts stated herein. This declaration is submitted in support of Omni 808 Investors, LLC's, Vision Capital, LLC's and Omninet Capital, LLC's Opposition to Mattel, Inc's Motion To Compel Production of Documents Responsive to Third Party Subpoenas.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Non-Party Omni 808 Investors, LLC's Objections to Defendant Mattel, Inc's Subpoena for the Production of Documents.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Non-Party Vision Capital, LLC's Objections to Defendant Mattel, Inc's Subpoena for the Production of Documents.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Non-Party Omninet Capital, LLC's Objections to Defendant Mattel, Inc's Subpoena for the Production of Documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 10, 2009, at Costa Mesa, California.

_____
Peter N. Villar

- 1 -