QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | DECLARATION OF JOHN ERICKSON |
| AND CONSOLIDATED ACTIONS | |

## DECLARATION OF JOHN ERICKSON

I, John Erickson, declare as follows:

1. I am employed as a process server by NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. On February 7 and 8, 2009, I attempted to serve subpoenas on Leon Neman and Neman Brother & Associates, Inc. at 803 Foothill Road, Beverly Hills, CA 90210, the address on the Leon Neman subpoena.

3. I attempted service multiple times on February 7, 2009. I again attempted service on February 8, 2009. On that date, I spoke to Jordan Neman, Leon Neman's son, who told me that his father was not available because he was "in the grave." As I was speaking to Jordan, a car pulled into the driveway and then immediately pulled away. I followed the car, eventually returning to 803 Foothill Road. I approached the individual driving the vehicle and asked whether he was Leon Neman. He refused to identify himself.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 10, 2009, at Los Angeles, California.

_____
John Erickson