```
 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   |   John B. Quinn (Bar No. 090378)
 2 |   johnquinn@quinnemanuel.com
   |   Michael T. Zeller (Bar No. 196417)
 3 |   (michaelzeller@quinnemanuel.com)
   |   Jon D. Corey (Bar No. 185066)
 4 |   (joncorey@quinnemanuel.com)
   |   865 South Figueroa Street, 10th Floor
 5 | Los Angeles, California  90017-2543
   | Telephone: (213) 443-3000
 6 | Facsimile: (213) 443-3100
 7 | Attorneys for Mattel, Inc.
```

FILED 2009 FEB -9 PM 3:25 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

[[lodged (proposed)]]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>The Honorable Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; AND REQUEST FOR SANCTIONS; AND EXHIBITS 2, 3, 4, 6, 7, 8, 9, 10, 11, 57 AND 58 OF THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF<br><br>[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]<br><br>Date:   TBA<br>Time:   TBA<br>Place:  TBA<br><br>**Phase 2**<br><br>Discovery Cutoff:        Not Set<br>Pre-Trial Conference:    Not Set<br>Trial Date:              Not Set |

ORIGINAL

07975/2164496.1

APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order Mattel, Inc.'s Motion to Compel Depositions of Pablo Vargas and Mariana Trueba; And Request For Sanctions (the "Motion"); and Exhibits 2, 3, 4, 6, 7, 8, 9, 10, 11, 57 and 58 of the Declaration of Michael T. Zeller In Support Thereof (the "Zeller Declaration") filed under seal.

The Motion and Exhibits include material that MGA Entertainment, Inc. has designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order them filed under seal.

In the alternative, Mattel requests that the Court declare that Mattel, Inc.'s Motion to Compel Depositions of Pablo Vargas and Mariana Trueba; And Request For Sanctions and Exhibits 2, 3. 4, 6, 7, 8, 9, 10, 11, 57 and 58 to the Zeller Declaration are outside the definition of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: February 9, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Scott B. Kidman
Scott B. Kidman
Attorneys for Mattel, Inc.