QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 9, 2009, I served true copies of the following document(s)

1. **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; AND REQUEST FOR SANCTIONS; AND EXHIBITS 2, 3, 4, 6, 7, 8, 9, 10, 11, 57 AND 58 OF THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF**

2. **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; AND REQUEST FOR SANCTIONS AND EXHIBITS 2, 3. 4, 6, 7, 8, 9, 10, 11, 57 AND 58 OF THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF**

described as on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Tel: (213) 687-5000<br>Fax: (213) 687-5600<br>**(Attorneys for Isaac Larian, MGA Entertainment, Inc., MGAE de Mexico, S.R.L. de C.V., MGA Entertainment (HK) Ltd.)** | Patricia L. Glaser, Esq.<br>**Glaser Weil Fink Jacobs & Shapiro LLP**<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 553-3000<br>Fax: (310) 556-2920<br>**(Attorneys for Isaac Larian, MGA Entertainment, Inc., MGAE de Mexico, S.R.L. de C.V., MGA Entertainment (HK) Ltd.)** |
| Russell J. Frackman, Esq.<br>**Mitchell Silberberg**<br>11377 West Olympic Blvd.<br>Los Angeles, CA 90064<br>Tel: (310) 312-3119<br>Fax: (310) 231-8319<br>**(Attorneys for Isaac Larian, MGA Entertainment, Inc., MGAE de Mexico, S.R.L. de C.V., MGA Entertainment (HK) Ltd.)** | |

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2  Executed on February 9, 2009, at Los Angeles, California.

Rebecca Ramos