1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000 Fax: (213) 687-5600
5
   PATRICIA L. GLASER (Bar No. 55668)
6  (pglaser@glaserweil.com)
   GLASER WEIL FINK JACOBS & SHAPIRO LLP
7  10250 Constellation Blvd 19th Floor
   Los Angeles, CA, 90067
8  Tel.: (310) 553-3000 Fax: (310) 556-2920
9  RUSSELL J. FRACKMAN (Bar No. 49087)
   (rjf@msk.com)
10 MITCHELL SILBERBERG & KNUPP LLP
   11377 W. Olympic Blvd
11 Los Angeles, CA 90064
   Tel.: (310) 312-2000 Fax: (310) 312-3100
12
   Attorneys for The MGA Parties
13
                    UNITED STATES DISTRICT COURT
14
                   CENTRAL DISTRICT OF CALIFORNIA
15
                          EASTERN DIVISION
16
   CARTER BRYANT, an individual,     )  CASE NO. CV 04-9049 SGL (RNBx)
17                                    )
                        Plaintiff,    )  Consolidated with Case No. 04-9059
18                                    )  and Case No. 05-2727
              v.                      )
19                                    )  APPLICATION TO FILE UNDER
   MATTEL, INC., a Delaware           )  SEAL:
20 corporation,                       )
                                      )  MGA PARTIES' REPLY IN
21                      Defendant.    )  SUPPORT OF THEIR REQUEST FOR
                                      )  CONDITIONAL BRIEFING
22 ─────────────────────────────     )  SCHEDULE AND HEARING ON
   AND CONSOLIDATED ACTIONS.         )  MATTEL'S PENDING MOTION
23                                    )
24
25
26
27
28
                    ───────────────────────────────
                    MGA Parties Application To File Under Seal
                       Case No. CV 04-9049 SGL (RNBx)

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2   the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian,
3   and MGA Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby
4   respectfully request that the Court order the following document be filed under seal:

5

6   1. MGA Parties' Reply in Support of Their Request For Conditional Briefing
7      Schedule And Hearing On Mattel's Pending Motion ("Reply")

8

9   Good cause exists for filing this document under seal because the Reply
10  quotes and discusses 1) the transcript of the hearing in this action held on January 5,
11  2009, 2) the MGA Parties' Correction to the Opposition to Mattel's Ex Parte
12  Application for Appointment of a Receiver, and 3) the Reply In Support Of Mattel,
13  Inc.'s Ex Parte Application for the Appointment of a Receiver, all of which have
14  been designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the
15  Stipulated Protective Order in this action.

16

17  DATED:  February 9, 2009

18                          SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM LLP
19                          By: _Thomas J. Nolan / JKalC_
20                               Thomas J. Nolan
                                 Attorneys for The MGA Parties
21

22

23

24

25

26

27

28

-1-

542770.01-Los Angeles Server 1A - MSW