```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  JASON D. RUSSELL (Bar No. 169219)
    (jrussell@skadden.com)
 3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
 4  Los Angeles, CA 90071-3144
    Tel.: (213) 687-5000
 5  Fax: (213) 687-5600

 6  PATRICIA L. GLASER (Bar No. 55668)
    (pglaser@glaserweil.com)
 7  GLASER WEIL FINK JACOBS & SHAPIRO LLP
    10250 Constellation Blvd 19th Floor
 8  Los Angeles, CA, 90067
    Tel.: (310) 553-3000  Fax: (310) 556-2920
 9
    RUSSELL J. FRACKMAN (Bar No. 49087)
10  (rjf@msk.com)
    MITCHELL SILBERBERG & KNUPP LLP
11  11377 W. Olympic Blvd
    Los Angeles, CA 90064
12  Tel.: (310) 312-2000  Fax: (310) 312-3100

13  Attorneys for The MGA Parties
```

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL |

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following document be filed under seal pursuant to Local Rule 79-5.1:

1. MGA Parties' Reply in Support of Their Request For Conditional Briefing Schedule And Hearing On Mattel's Pending Motion.

DATED: FEB 1 0 2009

_____
Hon. Stephen G. Larson
United States District Court Judge