1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 | JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
4 | Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 Fax: (213) 687-5600
5 |
PATRICIA L. GLASER (Bar No. 55668)
6 | (pglaser@glaserweil.com)
GLASER WEIL FINK JACOBS & SHAPIRO LLP
7 | 10250 Constellation Blvd 19th Floor
Los Angeles, CA, 90067
8 | Tel.: (310) 553-3000 Fax: (310) 556-2920
9 | RUSSELL J. FRACKMAN (Bar No. 49087)
(rjf@msk.com)
10 | MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd
11 | Los Angeles, CA 90064
Tel.: (310) 312-2000 Fax: (310) 312-3100
12 |
13 | Attorneys for The MGA Parties

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | **PROOF OF SERVICE** |
| AND CONSOLIDATED ACTIONS. | |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **February 9, 2009**, I served the foregoing documents described as:

**MGA PARTIES' REPLY IN SUPPORT OF THEIR REQUEST FOR CONDITIONAL BRIEFING SCHEDULE AND HEARING ON MATTEL'S PENDING MOTION**

**APPLICATION TO FILE UNDER SEAL THE MGA PARTIES' REPLY IN SUPPORT OF THEIR REQUEST FOR CONDITIONAL BRIEFING SCHEDULE AND HEARING ON MATTEL'S PENDING MOTION**

**[PROPOSED] ORDER TO FILE UNDER SEAL**

**PROOF OF SERVICE**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X)     (BY PERSONAL SERVICE)   ☐     By personally delivering copies to the person served. (FEDERAL)

                                   (X)     I caused such document to be hand delivered to the above addressees. (AS NOTED)

**(X)**     (BY US MAIL) I am readily familiar with the firms' practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices (AS NOTED).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **February 9, 2009**, in Los Angeles, California.

Nandi Berglund
PRINT NAME                          SIGNATURE

2

# SERVICE LIST

## PERSONAL SERVICE

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

## BY MAIL:

Patricia Glaser, Esq.
Joel Klevens, Esq.
Glaser, Weil, Fink, Jacobs & Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067
(310) 553-3000
(310) 556-2920 (Fax)

Russell J. Frackman
Patricia H. Benson
Mitchell, Silberberg & Knupp, LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90067
(310) 312-2000
(310) 312-3100 (Fax)

PROOF OF SERVICE
542771.01-Los Angeles Server 1A - MSW

NO. CV 04-9049 SGL (RNBx)