Patricia L. Glaser, State Bar No. 055668
Pglaser@chrisglase.com
Joel N. Klevens, State Bar No. 045446
Jklevens@chrisglase.com
Caroline H. Mankey, State Bar No. 187302
Cmankey@glaserweil.com
GLASER, WEIL, FINK, JACOBS
 & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for MGA ENTERTAINMENT, INC., ISAAC LARIAN,
MGA ENTERTAINMENT (HK) LIMITED, and
MGAE de MEXICO S.R.L. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**<br><br>**MGA ENTERTAINMENT, INC.'S NOTICE RE SUBMISSION OF REPLY PAPERS IN SUPPORT OF MOTION TO COMPEL MATTEL TO PRODUCE DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION 526 AND 528**<br><br>Time: T.B.D.<br>Date: T.B.D.<br>Place: T.B.D.<br><br>[Declaration of Robert J. Herrington filed concurrently herewith]<br><br>[Honorable Stephen G. Larson]<br><br>**Phase 2**<br>Pre-Trial Conference: T.B.D.<br>Trial Date: T.B.D. |

666606

MGA'S NOTICE RE SUBMISSION OF REPLY PAPERS IN SUPPORT OF MOTION TO COMPEL
MATTEL TO PRODUCE DOCS RESPONSIVE TO RFPS 526 AND 528

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Mattel, Inc. ("Mattel"), through its counsel, has indicated its intention to file new opposition papers in response to MGA Entertainment, Inc.'s ("MGA") motion to compel production of documents and things responsive to MGA's Request Nos. 526 and 528 of MGA's Fifth Set of Requests for Production (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that MGA shall file its reply papers in support of its Motion within three court days from the date of service of Mattel's opposition papers, pursuant to the December 6, 2006, Stipulation and Order appointing a discovery master, the terms of which were incorporated into the Court's January 6, 2009, Order Appointing Discovery Master O'Brien, and not on February 11, 2009, as previously indicated.

Dated: February 11, 2009

Patricia L. Glaser
Joel N. Klevens
Caroline H. Mankey
GLASER, WEIL, FINK, JACOBS
  & SHAPIRO, LLP


By:   /s/ Caroline H. Mankey
      Caroline H. Mankey
Attorneys for Defendants, MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.

1

MGA'S NOTICE RE SUBMISSION OF REPLY PAPERS IN SUPPORT OF MOTION TO COMPEL MATTEL TO PRODUCE DOCS RESPONSIVE TO RFPS 526 AND 528