QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009]**<br><br>NOTICE OF LODGING WITH THE DISCOVERY MASTER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION TO QUASH SUBPOENAS ISSUED BY MATTEL TO OMNI 808 INVESTORS, LLC, OMNINET CAPITAL, LLC, IGWT GROUP, LLC, IGWT 826 INVESTMENTS, LLC AND VISION CAPITAL, LLC<br><br>Hearing Date:    TBD<br>Time:    TBD<br>Place:    TBD<br><br>Phase 2:<br>Discovery Cut-off:    Not set<br>Pre-trial Conference:    Not set<br>Trial Date:    Not set |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the following documents with Discovery Master O'Brien in support of its Opposition to the MGA Parties' Motion to Quash Subpoenas Issued by Mattel Omni Investors, LLC, OmniNet Capital, LLC, IGWT Group, LLC, IGWT 826 Investments, LLC and Vision Capital, LLC:

1. Declaration of Jon Corey in Support of Mattel, Inc.'s Motion to Compel Production of Documents Responsive to Third Party Subpoenas, dated February 3, 2009.

2. Declaration of David Antolin, dated February 4, 2009.

3. Declaration of Michael T. Zeller in Support of Mattel's Opposition to Omni 808 Investors, LLC's Ex Parte Application to Intervene, dated February 5, 2009.

DATED: February 10, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                  By /s/ Jon D. Corey
                                     Jon D. Corey
                                     Attorneys for Mattel, Inc.