QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>PROOF OF SERVICE<br><br>Date: TBA<br>Time: TBA<br>Place: TBA |

07209/2736943.1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa St., 10th Floor, Los Angeles, CA 90017.

On February 11, 2009, I served true copies of the following documents described as:

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO THE MGA PARTIES' MOTION TO QUASH SUBPOENAS ISSUED BY MATTEL TO OMNI 808 INVESTORS, LLC, OMNINET CAPITAL, LLC, IGWT GROUP, LLC, IGWT 826 INVESTMENTS, LLC AND VISION CAPITAL, LLC, AND EXHIBIT 2 TO THE DECLARATION OF STEPHEN HAUSS IN SUPPORT THEREOF; AND

[PROPOSED] ORDER RE: MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO THE MGA PARTIES' MOTION TO QUASH SUBPOENAS ISSUED BY MATTEL TO OMNI 808 INVESTORS, LLC, OMNINET CAPITAL, LLC, IGWT GROUP, LLC, IGWT 826 INVESTMENTS, LLC AND VISION CAPITAL, LLC, AND EXHIBIT 2 TO THE DECLARATION OF STEPHEN HAUSS IN SUPPORT THEREOF, on the parties in this action as follows:

Thomas J. Nolan, Esq.
Jason Russell, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071
*Attorneys for the MGA Parties*

Patricia L. Glaser, Esq.
Glaser Weil Fink Jacobs & Shapiro LLP
10250 Constellation Blvd., 19th floor
Los Angeles, CA 90067
*Attorneys for the MGA Parties*

Russell J. Frackman, Esq.
Mitchell Silberberg & Knupp LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064
*Attorneys for the MGA Parties*

Todd Gordinier, Esq.
Peter Villar, Esq.
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626
*Attorneys for Omni 808 Investors, LLC, OmniNet Capital, LLC and Vision Capital, LLC*

Jeffrey B. Valle, Esq.
Valle & Associates
11911 San Vicente Blvd. Suite 324
Los Angeles, CA 90049
*Attorneys for IGWT Group, LLC and IGWT 826 Investments, LLC*

quinn emanuel

07209/2736943.1

-2-

| | |
|---|---|
| 1 | [√]   [PERSONAL] by personally delivering the documents listed below to the |
| 2 | person(s) at the address(es) set forth above. |
| 3 | I declare that I am employed in the office of a member of the bar of this court at whose |
| 4 | direction the service was made. |
| 5 | Executed on February 11, 2009, at Los Angeles, California. |

```
                                    _____
                                    David Quintana
```