QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert c. O'Brien Pursuant to Order Of January 6, 2009]**<br><br>PROOF OF ELECTRONIC SERVICE<br><br>Hearing Date:   TBD<br>Time:           TBD<br>Place:          TBD<br><br>**Phase 2:**<br>Discovery Cut-off:    Not set<br>Pre-trial Conference: Not set<br>Trial Date:           Not set |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On February 10, 2009, I served true copies of the following document described as:

1. **MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION TO QUASH SUBPOENAS ISSUED BY MATTEL TO OMNI 808 INVESTORS, LLC, OMNINET CAPITAL, LLC, IGWT GROUP, LLC, IGWT 826 INVESTMENTS, LLC AND VISION CAPITAL, LLC.**

2. **DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION TO QUASH SUBPOENAS ISSUED BY MATTEL TO OMNI 808 INVESTORS, LLC, OMNINET CAPITAL, LLC, IGWT GROUP, LLC, IGWT 826 INVESTMENTS, LLC AND VISION CAPITAL, LLC.**

3. **NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION TO QUASH SUBPOENAS ISSUED BY MATTEL TO OMNI 808 INVESTORS, LLC, OMNINET CAPITAL, LLC, IGWT GROUP, LLC, IGWT 826 INVESTMENTS, LLC AND VISION CAPITAL, LLC.**

4. **PROOF OF ELECTRONIC SERVICE**.

on the parties in this action as follows:

| | |
|---|---|
| Bingham McCutchen LLP<br>Todd E. Gordinier<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA  92626<br>todd.gordinier@bingham.com | **Attorneys for Non-Party OmniNet Capital, LLC; Omni 808 Investors, LLC; and Vision Capital, LLC** |
| Valle & Associates<br>Jeffrey B. Valle<br>1911 San Vicente Blvd., Suite 324<br>Los Angeles, California 90049<br>jvalle@valleassociates.com | **Attorneys for IGWT Group, LLC and IGWT 826 Investments, LLC** |
| Skadden Arps Slate Meagher & Flom<br>Jason D. Russell<br>Robert J. Herrington<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>Jason.Russell@skadden.com<br>Robert.Herrington@skadden.com | **Attorneys for MGA Parties and I. Larian** |

| | |
|---|---|
| Glaser Weil Fink Jacobs & Shapiro LLP<br>Patricia Glaser<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA  90067<br>pglaser@glaserweil.com | **Attorneys for MGA Parties and I. Larian** |
| Mitchell Silberberg<br>Russell J. Frackman<br>11377 West Olympic Boulevard<br>Los Angeles, CA  90064<br>rjf@msk.com | **Attorneys for MGA Parties and I. Larian** |

[√]    **[E-MAIL OR ELECTRONIC SERVICE]**   Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached service list.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 10, 2009, at Los Angeles, California.

/s/ Stephen Hauss
_____
Stephen Hauss