1   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

2   information not relevant to the subject matter of this lawsuit or reasonably

3   calculated to lead to the discovery of admissible evidence.  Larian also specifically

4   objects to this request on the grounds that it seeks confidential, proprietary or

5   commercially sensitive information, the disclosure of which would be inimical to

6   the business interests of Larian.  Larian also objects to this request to the extent it

7   calls for the disclosure of attorney-client privileged information or information

8   protected from disclosure by the work-product doctrine, joint defense or common

9   interest privilege, or other privilege.

10  **REQUEST FOR PRODUCTION NO. 220:**

11         All DOCUMENTS RELATING TO Erich Speckin.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 220:**

13         Larian incorporates by reference the above-stated general objections as

14  if fully set forth herein.  Larian also specifically objects to this request on the

15  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

16  information not relevant to the subject matter of this lawsuit or reasonably

17  calculated to lead to the discovery of admissible evidence.  Larian also specifically

18  objects to this request on the grounds that it is overbroad and seeks information not

19  relevant to the subject matter of this lawsuit or reasonably calculated to lead to the

20  discovery of admissible evidence.  Larian also objects to this request on the ground

21  that it is overbroad, unduly burdensome, and oppressive in seeking all documents

22  relating to Erich Speckin, without limitation as to subject matter or time.  Larian

23  also objects to this request to the extent it seeks information the disclosure of which

24  would implicate the rights of third parties to protect private, confidential,

25  proprietary or trade secret information.  Larian also objects to this request on the

26  grounds that it seeks confidential, proprietary or commercially sensitive

27  information, the disclosure of which would be inimical to the business interests of

28  Larian and one or more third parties.  Larian also objects to this request to the

- 208 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)



EXHIBIT 5

PAGE 318

1    extent it calls for the disclosure of attorney-client privileged information or

2    information protected from disclosure by the work-product doctrine, joint defense

3    or common interest privilege, or other privilege.  Larian also objects to this request

4    to the extent it seeks documents not within Larian's possession, custody or control.

5    **REQUEST FOR PRODUCTION NO. 221:**

6           All DOCUMENTS RELATING TO YOUR payment of, or offer,

7    promise or agreement to pay, fees or costs in connection with the representation of

8    or provision of legal advice or legal services to any PERSON who is not, as of June

9    8, 2007, an MGA employee, including without limitation all contracts and

10   agreements RELATING thereto, the amounts YOU have so paid or agreed to pay to

11   such PERSON and the dates on which such payments were made.

12   **RESPONSE TO REQUEST FOR PRODUCTION NO. 221:**

13          Larian incorporates by reference the above-stated general objections as

14   if fully set forth herein.  Larian also specifically objects to this request on the

15   grounds that it is overbroad and seeks information not relevant to the subject matter

16   of this lawsuit or reasonably calculated to lead to the discovery of admissible

17   evidence.  Larian also objects to this request on the grounds that it seeks

18   information in violation of the right of privacy.  Larian also objects to this request

19   on the grounds that it seeks confidential, proprietary or commercially sensitive

20   information, the disclosure of which would be inimical to the business interests of

21   Larian and one or more third parties.  Larian also objects to this request to the

22   extent it calls for the disclosure of attorney-client privileged information or

23   information protected from disclosure by the work-product doctrine, joint defense

24   or common interest privilege, or other privilege.

25   **REQUEST FOR PRODUCTION NO. 222:**

26          Each STORAGE DEVICE that YOU have used to create, prepare,

27   generate, copy, transmit, receive, delete or modify any DIGITAL INFORMATION

28   RELATING TO BRATZ, ANGEL or BRYANT.

EXHIBIT 5

PAGE 319

- 209 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 222:**

2           Larian incorporates by reference the above-stated general objections as

3   if fully set forth herein.  Larian also specifically objects to this request on the

4   grounds that it is overbroad and seeks information not relevant to the subject matter

5   of this lawsuit or reasonably calculated to lead to the discovery of admissible

6   evidence.  Larian also objects to this request on the grounds that it seeks

7   confidential, proprietary or commercially sensitive information, the disclosure of

8   which would be inimical to the business interests of Larian and one or more third

9   parties.  Larian also objects to this request to the extent it calls for the disclosure of

10  attorney-client privileged information or information protected from disclosure by

11  the work-product doctrine, joint defense or common interest privilege, or other

12  privilege.

13  **REQUEST FOR PRODUCTION NO. 223:**

14          DOCUMENTS sufficient to IDENTIFY each STORAGE DEVICE

15  that YOU have used to create, prepare, generate, copy, transmit, receive, delete or

16  modify any DIGITAL INFORMATION RELATING TO BRATZ, ANGEL or

17  BRYANT.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 223:**

19          Larian incorporates by reference the above-stated general objections as

20  if fully set forth herein.  Larian also specifically objects to this request on the

21  grounds that it is overbroad and seeks information not relevant to the subject matter

22  of this lawsuit or reasonably calculated to lead to the discovery of admissible

23  evidence.  Larian also objects to this request on the grounds that it seeks

24  confidential, proprietary or commercially sensitive information, the disclosure of

25  which would be inimical to the business interests of Larian and one or more third

26  parties.  Larian also objects to this request to the extent it calls for the disclosure of

27  attorney-client privileged information or information protected from disclosure by

28  the work-product doctrine, joint defense or common interest privilege, or other

EXHIBIT 5

PAGE 320

- 210 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    privilege.

2    **REQUEST FOR PRODUCTION NO. 224:**

3    All DOCUMENTS RELATING TO the purchase, acquisition,

4    installation, transfer, shipment, destruction or disposition of each STORAGE

5    DEVICE that YOU have used to create, prepare, generate, copy, transmit, receive,

6    delete or modify any DIGITAL INFORMATION RELATING TO BRATZ,

7    ANGEL or BRYANT.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 224:**

9    Larian incorporates by reference the above-stated general objections as

10   if fully set forth herein.  Larian also specifically objects to this request on the

11   grounds that it is overbroad and seeks information not relevant to the subject matter

12   of this lawsuit or reasonably calculated to lead to the discovery of admissible

13   evidence.  Larian also objects to this request on the grounds that it seeks

14   confidential, proprietary or commercially sensitive information, the disclosure of

15   which would be inimical to the business interests of Larian and one or more third

16   parties.  Larian also objects to this request to the extent it seeks information the

17   disclosure of which would implicate the rights of third parties to protect private,

18   confidential, proprietary or trade secret information.  Larian also objects to this

19   request to the extent it calls for the disclosure of attorney-client privileged

20   information or information protected from disclosure by the work-product doctrine,

21   joint defense or common interest privilege, or other privilege.

22   **REQUEST FOR PRODUCTION NO. 225:**

23   Each STORAGE DEVICE that BRYANT has used to create, prepare,

24   generate, copy, transmit, receive, delete or modify any DIGITAL INFORMATION

25   RELATING TO BRATZ, ANGEL or MGA.

26   **RESPONSE TO REQUEST FOR PRODUCTION NO. 225:**

27   Larian incorporates by reference the above-stated general objections as

28   if fully set forth herein.  Larian also specifically objects to this request on the

- 211 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 321

1    grounds that it is overbroad and seeks information not relevant to the subject matter

2    of this lawsuit or reasonably calculated to lead to the discovery of admissible

3    evidence. Larian also objects to this request on the grounds that it seeks

4    confidential, proprietary or commercially sensitive information, the disclosure of

5    which would be inimical to the business interests of Larian and one or more third

6    parties. Larian also objects to this request to the extent it calls for the disclosure of

7    attorney-client privileged information or information protected from disclosure by

8    the work-product doctrine, joint defense or common interest privilege, or other

9    privilege. Larian also objects to this request to the extent it seeks tangible items not

10    within Larian's possession, custody or control.

11    **REQUEST FOR PRODUCTION NO. 226:**

12          DOCUMENTS sufficient to IDENTIFY each STORAGE DEVICE

13    that BRYANT has used to create, prepare, generate, copy, transmit, receive, delete

14    or modify any DIGITAL INFORMATION RELATING TO BRATZ, ANGEL,

15    YOU or MGA.

16    **RESPONSE TO REQUEST FOR PRODUCTION NO. 226:**

17          Larian incorporates by reference the above-stated general objections as

18    if fully set forth herein. Larian also specifically objects to this request on the

19    grounds that it is overbroad and seeks information not relevant to the subject matter

20    of this lawsuit or reasonably calculated to lead to the discovery of admissible

21    evidence. Larian also objects to this request on the grounds that it seeks

22    confidential, proprietary or commercially sensitive information, the disclosure of

23    which would be inimical to the business interests of Larian and one or more third

24    parties. Larian also objects to this request to the extent it calls for the disclosure of

25    attorney-client privileged information or information protected from disclosure by

26    the work-product doctrine, joint defense or common interest privilege, or other

27    privilege. Larian also objects to this request to the extent it seeks documents not

28    within Larian's possession, custody or control.

EXHIBIT 5

PAGE 322

- 212 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    **REQUEST FOR PRODUCTION NO. 227:**

2         All DOCUMENTS RELATING TO the purchase, acquisition,

3    installation, transfer, shipment, destruction or disposition of each STORAGE

4    DEVICE that BRYANT has used to create, prepare, generate, copy, transmit,

5    receive, delete or modify any DIGITAL INFORMATION RELATING TO

6    BRATZ, ANGEL, YOU or MGA.

7    **RESPONSE TO REQUEST FOR PRODUCTION NO. 227:**

8         Larian incorporates by reference the above-stated general objections as

9    if fully set forth herein.  Larian also specifically objects to this request on the

10   grounds that it is overbroad and seeks information not relevant to the subject matter

11   of this lawsuit or reasonably calculated to lead to the discovery of admissible

12   evidence.  Larian also objects to this request on the ground that it is overbroad,

13   unduly burdensome, and oppressive, including, without limitation, in that it is

14   duplicative of request number 228.  Larian also objects to this request on the

15   grounds that it seeks confidential, proprietary or commercially sensitive

16   information, the disclosure of which would be inimical to the business interests of

17   Larian and one or more third parties.  Larian also objects to this request to the

18   extent it seeks information the disclosure of which would implicate the rights of

19   third parties to protect private, confidential, proprietary or trade secret information.

20   Larian also objects to this request to the extent it calls for the disclosure of attorney-

21   client privileged information or information protected from disclosure by the work-

22   product doctrine, joint defense or common interest privilege, or other privilege.

23   Larian also objects to this request to the extent it seeks documents not within

24   Larian's possession, custody or control.

25   **REQUEST FOR PRODUCTION NO. 228:**

26        All DOCUMENTS RELATING TO the purchase, acquisition,

27   installation, transfer, shipment, destruction or disposition of each STORAGE

28   DEVICE that BRYANT has used to create, prepare, generate, copy, transmit,

EXHIBIT 5

PAGE 323

- 213 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    receive, delete or modify any DIGITAL INFORMATION.

2    **RESPONSE TO REQUEST FOR PRODUCTION NO. 228:**

3          Larian incorporates by reference the above-stated general objections as

4    if fully set forth herein.  Larian also specifically objects to this request on the

5    grounds that it is overbroad and seeks information not relevant to the subject matter

6    of this lawsuit or reasonably calculated to lead to the discovery of admissible

7    evidence.  Larian also objects to this request on the grounds that it seeks

8    confidential, proprietary or commercially sensitive information, the disclosure of

9    which would be inimical to the business interests of Larian and one or more third

10   parties.  Larian also objects to this request to the extent it seeks information the

11   disclosure of which would implicate the rights of third parties to protect private,

12   confidential, proprietary or trade secret information.  Larian also objects to this

13   request to the extent it calls for the disclosure of attorney-client privileged

14   information or information protected from disclosure by the work-product doctrine,

15   joint defense or common interest privilege, or other privilege.  Larian also objects

16   to this request to the extent it seeks documents not within Larian's possession,

17   custody or control.

18   **REQUEST FOR PRODUCTION NO. 229:**

19         DOCUMENTS sufficient to identify by product name, product number

20   and SKU each BRATZ PRODUCT including without limitation each BRATZ

21   DOLL, sold by MGA or its licensees.

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 229:**

23         Larian incorporates by reference the above-stated general objections as

24   if fully set forth herein.  Larian also specifically objects to this request on the

25   grounds that it is overbroad and seeks information not relevant to the subject matter

26   of this lawsuit or reasonably calculated to lead to the discovery of admissible

27   evidence.  Larian also objects to this request on the grounds that it is overbroad,

28   unduly burdensome, and oppressive in seeking information identifying all product

EXHIBIT 5

PAGE 324

- 214 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  names, numbers, and SKU of Bratz products and Bratz dolls sold by MGA or its

2  licensees.  Larian also objects to this request on the grounds that it seeks

3  confidential, proprietary or commercially sensitive information, the disclosure of

4  which would be inimical to the business interests of Larian and one or more third

5  parties.  Larian also objects to this request to the extent it seeks information the

6  disclosure of which would implicate the rights of third parties to protect private,

7  confidential, proprietary or trade secret information.  Larian also objects to this

8  request to the extent it calls for the disclosure of attorney-client privileged

9  information or information protected from disclosure by the work-product doctrine,

10  joint defense or common interest privilege, or other privilege.  Larian also objects

11  to this request to the extent it seeks documents not within Larian's possession,

12  custody or control.

13         Subject to the foregoing, Larian will produce any personal documents

14  that are relevant and responsive to the request, if any, and that have not already

15  been produced, that he discovers in the course of his reasonable search and diligent

16  inquiry, which are within the permissible scope of discovery, and to which no

17  privilege or other protection applies, including without limitation, the attorney-

18  client privilege or attorney's work product doctrine.

19  **REQUEST FOR PRODUCTION NO. 230:**

20         DOCUMENTS sufficient to show the number of units of each BRATZ

21  DOLL sold by MGA or its licensees.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 230:**

23         Larian incorporates by reference the above-stated general objections as

24  if fully set forth herein.  Larian also specifically objects to this request on the

25  grounds that it is overbroad and seeks information not relevant to the subject matter

26  of this lawsuit or reasonably calculated to lead to the discovery of admissible

27  evidence.  Larian also objects to this request on the grounds that it is overbroad,

28  unduly burdensome, and oppressive in seeking the number of units of all Bratz

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 325

1  dolls sold by MGA or its licensees.  Larian also objects to this request on the

2  grounds that it seeks confidential, proprietary or commercially sensitive

3  information, the disclosure of which would be inimical to the business interests of

4  Larian and one or more third parties.  Larian also objects to this request to the

5  extent it seeks information the disclosure of which would implicate the rights of

6  third parties to protect private, confidential, proprietary or trade secret information.

7  Larian also objects to this request to the extent it calls for the disclosure of attorney-

8  client privileged information or information protected from disclosure by the work-

9  product doctrine, joint defense or common interest privilege, or other privilege.

10  Larian also objects to this request to the extent it seeks documents not within

11  Larian's possession, custody or control.

12          Subject to the foregoing, Larian will produce any personal documents

13  that are relevant and responsive to the request, if any, and that have not already

14  been produced, that he discovers in the course of his reasonable search and diligent

15  inquiry, which are within the permissible scope of discovery, and to which no

16  privilege or other protection applies, including without limitation, the attorney-

17  client privilege or attorney's work product doctrine.

18  **REQUEST FOR PRODUCTION NO. 231:**

19          DOCUMENTS sufficient to show the revenue received by YOU from

20  the sale of each BRATZ DOLL sold by MGA or its licensees.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 231:**

22          Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein.  Larian also specifically objects to this request on the

24  grounds that it is overbroad and seeks information not relevant to the subject matter

25  of this lawsuit or reasonably calculated to lead to the discovery of admissible

26  evidence.  Larian also objects to this request on the grounds that it is overbroad,

27  unduly burdensome, and oppressive in seeking documents showing all revenue

28  received by Larian for the sale of all Bratz dolls sold by MGA or its licensees.

- 216 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 326

1   Larian also objects to this request on the grounds that it seeks confidential,

2   proprietary or commercially sensitive information, the disclosure of which would

3   be inimical to the business interests of Larian and one or more third parties.  Larian

4   also objects to this request to the extent it seeks information the disclosure of which

5   would implicate the rights of third parties to protect private, confidential,

6   proprietary or trade secret information.  Larian also objects to this request to the

7   extent it calls for the disclosure of attorney-client privileged information or

8   information protected from disclosure by the work-product doctrine, joint defense

9   or common interest privilege, or other privilege.  Larian also objects to this request

10   to the extent it seeks documents not within Larian's possession, custody or control.

11   **REQUEST FOR PRODUCTION NO. 232:**

12              DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

13   and other costs for each BRATZ DOLL sold by MGA or its licensees.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 232:**

15              Larian incorporates by reference the above-stated general objections as

16   if fully set forth herein.  Larian also specifically objects to this request on the

17   grounds that it is overbroad and seeks information not relevant to the subject matter

18   of this lawsuit or reasonably calculated to lead to the discovery of admissible

19   evidence.  Larian also objects to this request on the grounds that it is overbroad,

20   unduly burdensome, and oppressive in seeking documents showing the cost of

21   goods sold, unit cost, and all other costs for all Bratz dolls sold by MGA or its

22   licensees.  Larian also objects to this request on the grounds that it is vague and

23   ambiguous in that Larian cannot determine what is meant by "other costs."  Larian

24   also objects to this request on the grounds that it seeks confidential, proprietary or

25   commercially sensitive information, the disclosure of which would be inimical to

26   the business interests of Larian and one or more third parties.  Larian also objects to

27   this request to the extent it seeks information the disclosure of which would

28   implicate the rights of third parties to protect private, confidential, proprietary or

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT   5

PAGE   327

1   trade secret information.  Larian also objects to this request to the extent it calls for

2   the disclosure of attorney-client privileged information or information protected

3   from disclosure by the work-product doctrine, joint defense or common interest

4   privilege, or other privilege.  Larian also objects to this request to the extent it seeks

5   documents not within Larian's possession, custody or control.

6   **REQUEST FOR PRODUCTION NO. 233:**

7          All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

8   YOUR profits from the sale of each BRATZ DOLL sold by MGA or its licensees.

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 233:**

10          Larian incorporates by reference the above-stated general objections as

11   if fully set forth herein.  Larian also specifically objects to this request on the

12   grounds that it is overbroad and seeks information not relevant to the subject matter

13   of this lawsuit or reasonably calculated to lead to the discovery of admissible

14   evidence.  Larian also objects to this request on the grounds that it is overbroad,

15   unduly burdensome, and oppressive in seeking all documents that evidence, reflect

16   or refer or relate to Larian's profits from the sale of all Bratz dolls by MGA or its

17   licensees.  Larian also objects to this request on the grounds that it seeks

18   confidential, proprietary or commercially sensitive information, the disclosure of

19   which would be inimical to the business interests of Larian and one or more third

20   parties.  Larian also objects to this request to the extent it seeks information the

21   disclosure of which would implicate the rights of third parties to protect private,

22   confidential, proprietary or trade secret information.   Larian also objects to this

23   request to the extent it calls for the disclosure of attorney-client privileged

24   information or information protected from disclosure by the work-product doctrine,

25   joint defense or common interest privilege, or other privilege.  Larian also objects

26   to this request to the extent it seeks documents not within Larian's possession,

27   custody or control.

28

EXHIBIT  5

PAGE  328

- 218 -

**REQUEST FOR PRODUCTION NO. 234:**

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ DOLL, DOCUMENTS sufficient to show the number of units of each such BRATZ DOLL sold by MGA or its licensees to that customer.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 234:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.  Larian also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show the number of units of all Bratz dolls sold by MGA or its licensees to every customer to whom Larian, MGA, or its licensees have ever sold any Bratz dolls.  Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties.  Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information.  Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. Larian also objects to this request to the extent it seeks documents not within Larian's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 235:**

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ DOLL, documents sufficient to show the revenue received by YOU from each such BRATZ DOLL sold by MGA or its licensees to that customer.

EXHIBIT 5

PAGE 329

- 219 -

**RESPONSE TO REQUEST FOR PRODUCTION NO. 235:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein.  Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.  Larian also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show the revenue received by Larian from the sale of all Bratz dolls to every customer to whom Larian, MGA, or its licenses have ever sold any Bratz dolls.  Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties.  Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information.  Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.  Larian also objects to this request to the extent it seeks documents not within Larian's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 236:**

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ DOLL, documents sufficient to show YOUR profits from each such BRATZ DOLL sold by MGA or its licensees to that customer.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 236:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein.  Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible

EXHIBIT   5

PAGE   330

- 220 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    evidence.  Larian also objects to this request on the grounds that it is overbroad,

2    unduly burdensome, and oppressive in seeking documents that show Larian's

3    profits from the sale of all Bratz dolls to every customer to whom Larian, MGA, or

4    its licenses have ever sold any Bratz dolls.  Larian also objects to this request on the

5    grounds that it seeks confidential, proprietary or commercially sensitive

6    information, the disclosure of which would be inimical to the business interests of

7    Larian and one or more third parties.  Larian also objects to this request to the

8    extent it seeks information the disclosure of which would implicate the rights of

9    third parties to protect private, confidential, proprietary or trade secret information.

10   Larian also objects to this request to the extent it calls for the disclosure of attorney-

11   client privileged information or information protected from disclosure by the work-

12   product doctrine, joint defense or common interest privilege, or other privilege.

13   Larian also objects to this request to the extent it seeks documents not within

14   Larian's possession, custody or control.

15   **REQUEST FOR PRODUCTION NO. 237:**

16           DOCUMENTS sufficient to show customer returns to YOU of

17   BRATZ DOLLS sold or distributed by MGA or its licensees.

18   **RESPONSE TO REQUEST FOR PRODUCTION NO. 237:**

19           Larian incorporates by reference the above-stated general objections as

20   if fully set forth herein.  Larian also specifically objects to this request on the

21   grounds that it is overbroad and seeks information not relevant to the subject matter

22   of this lawsuit or reasonably calculated to lead to the discovery of admissible

23   evidence.  Larian also objects to this request on the grounds that it is overbroad,

24   unduly burdensome, and oppressive in seeking documents that show customer

25   returns to Larian of Bratz dolls sold or distributed by MGA or its licensees.  Larian

26   also objects to this request on the grounds that it seeks confidential, proprietary or

27   commercially sensitive information, the disclosure of which would be inimical to

28   the business interests of Larian and one or more third parties.  Larian also objects to

- 221 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 331

1  this request to the extent it seeks information the disclosure of which would

2  implicate the rights of third parties to protect private, confidential, proprietary or

3  trade secret information. Larian also objects to this request to the extent it calls for

4  the disclosure of attorney-client privileged information or information protected

5  from disclosure by the work-product doctrine, joint defense or common interest

6  privilege, or other privilege. Larian also objects to this request to the extent it seeks

7  documents not within Larian's possession, custody or control.

8  **REQUEST FOR PRODUCTION NO. 238:**

9        DOCUMENTS sufficient to show customer rebates or credits given by

10  MGA or its licensees to customers in connection with BRATZ DOLLS.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 238:**

12        Larian incorporates by reference the above-stated general objections as

13  if fully set forth herein. Larian also specifically objects to this request on the

14  grounds that it is overbroad and seeks information not relevant to the subject matter

15  of this lawsuit or reasonably calculated to lead to the discovery of admissible

16  evidence. Larian also objects to this request on the grounds that it is overbroad,

17  unduly burdensome, and oppressive in seeking documents that show customer

18  rebates or credits given by MGA or its licensees to customers in connection with

19  Bratz dolls. Larian also objects to this request on the grounds that it seeks

20  confidential, proprietary or commercially sensitive information, the disclosure of

21  which would be inimical to the business interests of Larian and one or more third

22  parties. Larian also objects to this request to the extent it seeks information the

23  disclosure of which would implicate the rights of third parties to protect private,

24  confidential, proprietary or trade secret information. Larian also objects to this

25  request to the extent it calls for the disclosure of attorney-client privileged

26  information or information protected from disclosure by the work-product doctrine,

27  joint defense or common interest privilege, or other privilege. Larian also objects

28  to this request to the extent it seeks documents not within Larian's possession,

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 332

1   custody or control.

2         Subject to the foregoing, Larian will produce any personal documents

3   that are relevant and responsive to the request, if any, and that have not already

4   been produced, that he discovers in the course of his reasonable search and diligent

5   inquiry, which are within the permissible scope of discovery, and to which no

6   privilege or other protection applies, including without limitation, the attorney-

7   client privilege or attorney's work product doctrine.

8   **REQUEST FOR PRODUCTION NO. 239:**

9         DOCUMENTS sufficient to show, by product number or SKU, the

10  number of units of each BRATZ DOLL sold by MGA or its licensees.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 239:**

12        Larian incorporates by reference the above-stated general objections as

13  if fully set forth herein.  Larian also specifically objects to this request on the

14  grounds that it is overbroad and seeks information not relevant to the subject matter

15  of this lawsuit or reasonably calculated to lead to the discovery of admissible

16  evidence.  Larian also objects to this request on the grounds that it is overbroad,

17  unduly burdensome, and oppressive in seeking documents that show, by product

18  number or SKU, all units of Bratz dolls sold by MGA or its licensees.  Larian also

19  objects to this request on the grounds that it seeks confidential, proprietary or

20  commercially sensitive information, the disclosure of which would be inimical to

21  the business interests of Larian and one or more third parties.  Larian also objects to

22  this request to the extent it seeks information the disclosure of which would

23  implicate the rights of third parties to protect private, confidential, proprietary or

24  trade secret information.  Larian also objects to this request to the extent it calls for

25  the disclosure of attorney-client privileged information or information protected

26  from disclosure by the work-product doctrine, joint defense or common interest

27  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

28  documents not within Larian's possession, custody or control.

- 223 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT   5

PAGE   333

1      Subject to the foregoing, Larian will produce any personal documents

2    that are relevant and responsive to the request, if any, and that have not already

3    been produced, that he discovers in the course of his reasonable search and diligent

4    inquiry, which are within the permissible scope of discovery, and to which no

5    privilege or other protection applies, including without limitation, the attorney-

6    client privilege or attorney's work product doctrine.

7    **REQUEST FOR PRODUCTION NO. 240:**

8        DOCUMENTS sufficient to show, by product number or SKU, the

9    revenue received by YOU from the sale of each BRATZ DOLL sold by MGA or its

10   licensees.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 240:**

12        Larian incorporates by reference the above-stated general objections as

13   if fully set forth herein.  Larian also specifically objects to this request on the

14   grounds that it is overbroad and seeks information not relevant to the subject matter

15   of this lawsuit or reasonably calculated to lead to the discovery of admissible

16   evidence.  Larian also objects to this request on the grounds that it is overbroad,

17   unduly burdensome, and oppressive in seeking documents that show, by product

18   number or SKU, the revenue received by Larian from the sale of all Bratz dolls sold

19   by MGA or its licensees.  Larian also objects to this request on the grounds that it

20   seeks confidential, proprietary or commercially sensitive information, the

21   disclosure of which would be inimical to the business interests of Larian and one or

22   more third parties.  Larian also objects to this request to the extent it seeks

23   information the disclosure of which would implicate the rights of third parties to

24   protect private, confidential, proprietary or trade secret information.  Larian also

25   objects to this request to the extent it calls for the disclosure of attorney-client

26   privileged information or information protected from disclosure by the work-

27   product doctrine, joint defense or common interest privilege, or other privilege.

28   Larian also objects to this request to the extent it seeks documents not within

EXHIBIT 5

PAGE 334

- 224 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  Larian's possession, custody or control.

2  **REQUEST FOR PRODUCTION NO. 241:**

3  DOCUMENTS sufficient to show, by product number or SKU, YOUR

4  cost of goods sold, unit cost and other costs for each BRATZ DOLL sold by MGA

5  or its licensees.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 241:**

7  Larian incorporates by reference the above-stated general objections as

8  if fully set forth herein.  Larian also specifically objects to this request on the

9  grounds that it is overbroad and seeks information not relevant to the subject matter

10  of this lawsuit or reasonably calculated to lead to the discovery of admissible

11  evidence.  Larian also objects to this request on the grounds that it is overbroad,

12  unduly burdensome, and oppressive in seeking documents that show, by product

13  number or SKU, Larian's cost of goods sold, unit cost, and other costs for all Bratz

14  dolls sold by MGA or its licensees.  Larian also objects to this request on the

15  grounds that it seeks confidential, proprietary or commercially sensitive

16  information, the disclosure of which would be inimical to the business interests of

17  Larian and one or more third parties.  Larian also objects to this request to the

18  extent it seeks information the disclosure of which would implicate the rights of

19  third parties to protect private, confidential, proprietary or trade secret information.

20  Larian also objects to this request to the extent it calls for the disclosure of attorney-

21  client privileged information or information protected from disclosure by the work-

22  product doctrine, joint defense or common interest privilege, or other privilege.

23  Larian also objects to this request to the extent it seeks documents not within

24  Larian's possession, custody or control.

25  **REQUEST FOR PRODUCTION NO. 242:**

26  All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

27  YOUR profits, by product number or SKU, from the sale of each BRATZ DOLL

28  sold by MGA or its licensees.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 335

1 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 242:**

2 |     Larian incorporates by reference the above-stated general objections as

3 | if fully set forth herein.  Larian also specifically objects to this request on the

4 | grounds that it is overbroad and seeks information not relevant to the subject matter

5 | of this lawsuit or reasonably calculated to lead to the discovery of admissible

6 | evidence.  Larian also objects to this request on the grounds that it is overbroad,

7 | unduly burdensome, and oppressive in seeking documents that evidence, reflect or

8 | refer or relate, by product number or SKU, Larian's profits from the sale of all

9 | Bratz dolls sold by MGA or its licensees.  Larian also objects to this request on the

10 | grounds that it seeks confidential, proprietary or commercially sensitive

11 | information, the disclosure of which would be inimical to the business interests of

12 | Larian and one or more third parties.  Larian also objects to this request to the

13 | extent it seeks information the disclosure of which would implicate the rights of

14 | third parties to protect private, confidential, proprietary or trade secret information.

15 | Larian also objects to this request to the extent it calls for the disclosure of attorney-

16 | client privileged information or information protected from disclosure by the work-

17 | product doctrine, joint defense or common interest privilege, or other privilege.

18 | Larian also objects to this request to the extent it seeks documents not within

19 | Larian's possession, custody or control.

20 | **REQUEST FOR PRODUCTION NO. 243:**

21 |     For each customer to whom YOU or YOUR licensees have ever sold

22 | any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

23 | SKU, the number of units of each such BRATZ DOLL sold by MGA or its

24 | licensees to that customer.

25 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 243:**

26 |     Larian incorporates by reference the above-stated general objections as

27 | if fully set forth herein.  Larian also specifically objects to this request on the

28 | grounds that it is overbroad and seeks information not relevant to the subject matter

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 336

1   of this lawsuit or reasonably calculated to lead to the discovery of admissible

2   evidence.  Larian also objects to this request on the grounds that it is overbroad,

3   unduly burdensome, and oppressive in seeking documents that show, by product

4   number or SKU, the number of units of all Bratz dolls sold to all customers by

5   MGA or its licensees.  Larian also objects to this request on the grounds that it

6   seeks confidential, proprietary or commercially sensitive information, the

7   disclosure of which would be inimical to the business interests of Larian and one or

8   more third parties.  Larian also objects to this request to the extent it seeks

9   information the disclosure of which would implicate the rights of third parties to

10  protect private, confidential, proprietary or trade secret information.  Larian also

11  objects to this request to the extent it calls for the disclosure of attorney-client

12  privileged information or information protected from disclosure by the work-

13  product doctrine, joint defense or common interest privilege, or other privilege.

14  Larian also objects to this request to the extent it seeks documents not within

15  Larian's possession, custody or control.

16  **REQUEST FOR PRODUCTION NO. 244:**

17          For each customer to whom YOU or YOUR licensees have ever sold

18  any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

19  SKU, the revenue received by YOU from each such BRATZ DOLL sold by MGA

20  or its licensees to that customer.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 244:**

22          Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein. Larian also specifically objects to this request on the

24  grounds that it is overbroad and seeks information not relevant to the subject matter

25  of this lawsuit or reasonably calculated to lead to the discovery of admissible

26  evidence.  Larian also objects to this request on the grounds that it is overbroad,

27  unduly burdensome, and oppressive in seeking documents that show, by product

28  number or SKU, the revenue received by Larian from the sale of all Bratz dolls sold

EXHIBIT 5

PAGE 337

- 227 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    to all customers by MGA or its licensees. Larian also objects to this request on the

2    grounds that it seeks confidential, proprietary or commercially sensitive

3    information, the disclosure of which would be inimical to the business interests of

4    Larian and one or more third parties. Larian also objects to this request to the

5    extent it seeks information the disclosure of which would implicate the rights of

6    third parties to protect private, confidential, proprietary or trade secret information.

7    Larian also objects to this request to the extent it calls for the disclosure of attorney-

8    client privileged information or information protected from disclosure by the work-

9    product doctrine, joint defense or common interest privilege, or other privilege.

10    Larian also objects to this request to the extent it seeks documents not within

11    Larian's possession, custody or control.

12    **REQUEST FOR PRODUCTION NO. 245:**

13         For each customer to whom YOU or YOUR licensees have ever sold

14    any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

15    SKU, YOUR profits from each such BRATZ DOLL sold by MGA or its licensees

16    to that customer.

17    **RESPONSE TO REQUEST FOR PRODUCTION NO. 245:**

18         Larian incorporates by reference the above-stated general objections as

19    if fully set forth herein. Larian also specifically objects to this request on the

20    grounds that it is overbroad and seeks information not relevant to the subject matter

21    of this lawsuit or reasonably calculated to lead to the discovery of admissible

22    evidence. Larian also objects to this request on the grounds that it is overbroad,

23    unduly burdensome, and oppressive in seeking documents that show, by product

24    number or SKU, Larian's profits from the sale of all Bratz dolls sold to all

25    customers by MGA or its licensees. Larian also objects to this request on the

26    grounds that it seeks confidential, proprietary or commercially sensitive

27    information, the disclosure of which would be inimical to the business interests of

28    Larian and one or more third parties. Larian also objects to this request to the

- 228 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 338

1    extent it seeks information the disclosure of which would implicate the rights of

2    third parties to protect private, confidential, proprietary or trade secret information.

3    Larian also objects to this request to the extent it calls for the disclosure of attorney-

4    client privileged information or information protected from disclosure by the work-

5    product doctrine, joint defense or common interest privilege, or other privilege.

6    Larian also objects to this request to the extent it seeks documents not within

7    Larian's possession, custody or control.

8    **REQUEST FOR PRODUCTION NO. 246:**

9         DOCUMENTS sufficient to show the revenue and profits derived by

10   YOU from the sale by MGA or its licensees of BRATZ DOLLS including, without

11   limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold,

12   variable costs, gross margins, royalties paid and received, gross profits and nets

13   profits.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 246:**

15        Larian incorporates by reference the above-stated general objections as

16   if fully set forth herein.  Larian also specifically objects to this request on the

17   grounds that it is overbroad and seeks information not relevant to the subject matter

18   of this lawsuit or reasonably calculated to lead to the discovery of admissible

19   evidence.  Larian also objects to this request on the grounds that it is overbroad,

20   unduly burdensome, and oppressive in seeking documents that show the revenues

21   and profits derived by Larian from the sale of all Bratz dolls by MGA or its

22   licensees.  Larian also objects to this request on the grounds that it seeks

23   confidential, proprietary or commercially sensitive information, the disclosure of

24   which would be inimical to the business interests of Larian and one or more third

25   parties.  Larian also objects to this request to the extent it seeks information the

26   disclosure of which would implicate the rights of third parties to protect private,

27   confidential, proprietary or trade secret information.  Larian also objects to this

28   request to the extent it calls for the disclosure of attorney-client privileged

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT **5**

PAGE **339**

1  information or information protected from disclosure by the work-product doctrine,

2  joint defense or common interest privilege, or other privilege. Larian also objects

3  to this request to the extent it seeks documents not within Larian's possession,

4  custody or control.

5  **REQUEST FOR PRODUCTION NO. 247:**

6  DOCUMENTS sufficient to show the number of units of each BRATZ

7  PRODUCT sold by MGA or its licensees.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 247:**

9  Larian incorporates by reference the above-stated general objections as

10 if fully set forth herein. Larian also specifically objects to this request on the

11 grounds that it is overbroad and seeks information not relevant to the subject matter

12 of this lawsuit or reasonably calculated to lead to the discovery of admissible

13 evidence. Larian also objects to this request on the grounds that it is overbroad,

14 unduly burdensome, and oppressive in seeking documents that show, by product

15 number or SKU, the revenue received from the sale of all Bratz products sold to all

16 customers by MGA or its licensees. Larian also objects to this request on the

17 grounds that it seeks confidential, proprietary or commercially sensitive

18 information, the disclosure of which would be inimical to the business interests of

19 Larian and one or more third parties. Larian also objects to this request to the

20 extent it seeks information the disclosure of which would implicate the rights of

21 third parties to protect private, confidential, proprietary or trade secret information.

22 Larian also objects to this request to the extent it calls for the disclosure of attorney-

23 client privileged information or information protected from disclosure by the work-

24 product doctrine, joint defense or common interest privilege, or other privilege.

25 Larian also objects to this request to the extent it seeks documents not within

26 Larian's possession, custody or control.

27 Subject to the foregoing, Larian will produce any personal documents

28 that are relevant and responsive to the request, if any, and that have not already

- 230 -

EXHIBIT 5

PAGE 340

1  been produced, that he discovers in the course of his reasonable search and diligent

2  inquiry, which are within the permissible scope of discovery, and to which no

3  privilege or other protection applies, including without limitation, the attorney-

4  client privilege or attorney's work product doctrine.

5  **REQUEST FOR PRODUCTION NO. 248:**

6           DOCUMENTS sufficient to show the revenue received by YOU from

7  the sale of each BRATZ PRODUCT sold by MGA or its licensees.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 248:**

9           Larian incorporates by reference the above-stated general objections as

10  if fully set forth herein.  Larian also specifically objects to this request on the

11  grounds that it is overbroad and seeks information not relevant to the subject matter

12  of this lawsuit or reasonably calculated to lead to the discovery of admissible

13  evidence.  Larian also objects to this request on the grounds that it is overbroad,

14  unduly burdensome, and oppressive in seeking documents that show the revenue

15  received by Larian from the sale of all Bratz products by MGA or its licensees.

16  Larian also objects to this request on the grounds that it seeks confidential,

17  proprietary or commercially sensitive information, the disclosure of which would

18  be inimical to the business interests of Larian and one or more third parties.  Larian

19  also objects to this request to the extent it seeks information the disclosure of which

20  would implicate the rights of third parties to protect private, confidential,

21  proprietary or trade secret information.  Larian also objects to this request to the

22  extent it calls for the disclosure of attorney-client privileged information or

23  information protected from disclosure by the work-product doctrine, joint defense

24  or common interest privilege, or other privilege.  Larian also objects to this request

25  to the extent it seeks documents not within Larian's possession, custody or control.

26  **REQUEST FOR PRODUCTION NO. 249:**

27           DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

28  and other costs for each BRATZ PRODUCT sold by MGA or its licensees.

EXHIBIT 5

PAGE 341

- 231 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 249:**

2          Larian incorporates by reference the above-stated general objections as

3  if fully set forth herein.  Larian also specifically objects to this request on the

4  grounds that it is overbroad and seeks information not relevant to the subject matter

5  of this lawsuit or reasonably calculated to lead to the discovery of admissible

6  evidence.  Larian also objects to this request on the grounds that it is overbroad,

7  unduly burdensome, and oppressive in seeking documents that show Larian's cost

8  of goods sold, unit cost, and other costs for all Bratz products sold by MGA or its

9  licensees.  Larian also objects to this request on the grounds that it seeks

10  confidential, proprietary or commercially sensitive information, the disclosure of

11  which would be inimical to the business interests of Larian and one or more third

12  parties.  Larian also objects to this request to the extent it seeks information the

13  disclosure of which would implicate the rights of third parties to protect private,

14  confidential, proprietary or trade secret information.  Larian also objects to this

15  request to the extent it calls for the disclosure of attorney-client privileged

16  information or information protected from disclosure by the work-product doctrine,

17  joint defense or common interest privilege, or other privilege.  Larian also objects

18  to this request to the extent it seeks documents not within Larian's possession,

19  custody or control.

20  **REQUEST FOR PRODUCTION NO. 250:**

21          All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

22  YOUR profits from the sale of each BRATZ PRODUCT sold by MGA or its

23  licensees.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 250:**

25          Larian incorporates by reference the above-stated general objections as

26  if fully set forth herein.  Larian also specifically objects to this request on the

27  grounds that it is overbroad and seeks information not relevant to the subject matter

28  of this lawsuit or reasonably calculated to lead to the discovery of admissible

EXHIBIT   5

PAGE   342

- 232 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  evidence.  Larian also objects to this request on the grounds that it is overbroad,

2  unduly burdensome, and oppressive in seeking documents that evidence, reflect, or

3  refer or relate to Larian's profits from the sale of all Bratz products sold by MGA or

4  its licensees.  Larian also objects to this request on the grounds that it seeks

5  confidential, proprietary or commercially sensitive information, the disclosure of

6  which would be inimical to the business interests of Larian and one or more third

7  parties.  Larian also objects to this request to the extent it seeks information the

8  disclosure of which would implicate the rights of third parties to protect private,

9  confidential, proprietary or trade secret information.  Larian also objects to this

10  request to the extent it calls for the disclosure of attorney-client privileged

11  information or information protected from disclosure by the work-product doctrine,

12  joint defense or common interest privilege, or other privilege.  Larian also objects

13  to this request to the extent it seeks documents not within Larian's possession,

14  custody or control.

15  **REQUEST FOR PRODUCTION NO. 251:**

16      DOCUMENTS sufficient to IDENTIFY all customers to whom MGA

17  or its licensees have ever sold any BRATZ PRODUCT.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 251:**

19      Larian incorporates by reference the above-stated general objections as

20  if fully set forth herein.  Larian also specifically objects to this request on the

21  grounds that it is overbroad and seeks information not relevant to the subject matter

22  of this lawsuit or reasonably calculated to lead to the discovery of admissible

23  evidence.  Larian also objects to this request on the grounds that it is overbroad,

24  unduly burdensome, and oppressive in seeking documents that identify all

25  customers to whom MGA or its licensees has ever sold any Bratz product.  Larian

26  also objects to this request on the grounds that it seeks confidential, proprietary or

27  commercially sensitive information, the disclosure of which would be inimical to

28  the business interests of Larian and one or more third parties.  Larian also objects to

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 343

1    this request to the extent it seeks information the disclosure of which would

2    implicate the rights of third parties to protect private, confidential, proprietary or

3    trade secret information.  Larian also objects to this request to the extent it calls for

4    the disclosure of attorney-client privileged information or information protected

5    from disclosure by the work-product doctrine, joint defense or common interest

6    privilege, or other privilege.  Larian also objects to this request to the extent it seeks

7    documents not within Larian's possession, custody or control.

8             Subject to the foregoing, Larian will produce any personal documents

9    that are relevant and responsive to the request, if any, and that have not already

10   been produced, that he discovers in the course of his reasonable search and diligent

11   inquiry, which are within the permissible scope of discovery, and to which no

12   privilege or other protection applies, including without limitation, the attorney-

13   client privilege or attorney's work product doctrine.

14   **REQUEST FOR PRODUCTION NO. 252:**

15            For each customer to whom MGA or its licensees have ever sold any

16   BRATZ PRODUCT, DOCUMENTS sufficient to show the number of units of each

17   such BRATZ PRODUCT sold by MGA or its licensees to that customer.

18   **RESPONSE TO REQUEST FOR PRODUCTION NO. 252:**

19            Larian incorporates by reference the above-stated general objections as

20   if fully set forth herein.  Larian also specifically objects to this request on the

21   grounds that it is overbroad and seeks information not relevant to the subject matter

22   of this lawsuit or reasonably calculated to lead to the discovery of admissible

23   evidence.  Larian also objects to this request on the grounds that it is overbroad,

24   unduly burdensome, and oppressive in seeking documents that show the number of

25   units of all Bratz products sold to all customers by MGA or its licensees.  Larian

26   also objects to this request on the grounds that it seeks confidential, proprietary or

27   commercially sensitive information, the disclosure of which would be inimical to

28   the business interests of Larian and one or more third parties.  Larian also objects to

- 234 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 345

1    this request to the extent it seeks information the disclosure of which would

2    implicate the rights of third parties to protect private, confidential, proprietary or

3    trade secret information.  Larian also objects to this request to the extent it calls for

4    the disclosure of attorney-client privileged information or information protected

5    from disclosure by the work-product doctrine, joint defense or common interest

6    privilege, or other privilege.  Larian also objects to this request to the extent it seeks

7    documents not within Larian's possession, custody or control.

8           Subject to the foregoing, Larian will produce any personal documents

9    that are relevant and responsive to the request, if any, and that have not already

10   been produced, that he discovers in the course of his reasonable search and diligent

11   inquiry, which are within the permissible scope of discovery, and to which no

12   privilege or other protection applies, including without limitation, the attorney-

13   client privilege or attorney's work product doctrine.

14   **REQUEST FOR PRODUCTION NO. 253:**

15          For each customer to whom MGA or its licensees have ever sold any

16   BRATZ PRODUCT, documents sufficient to show the revenue received by YOU

17   from each such BRATZ PRODUCT sold by MGA or its licensees to that customer.

18   **RESPONSE TO REQUEST FOR PRODUCTION NO. 253:**

19          Larian incorporates by reference the above-stated general objections as

20   if fully set forth herein.  Larian also specifically objects to this request on the

21   grounds that it is overbroad and seeks information not relevant to the subject matter

22   of this lawsuit or reasonably calculated to lead to the discovery of admissible

23   evidence.  Larian also objects to this request on the grounds that it is overbroad,

24   unduly burdensome, and oppressive in seeking documents that show the revenue

25   received by Larian from the sale of all Bratz products to all customers by MGA or

26   its licensees.  Larian also objects to this request on the grounds that it seeks

27   confidential, proprietary or commercially sensitive information, the disclosure of

28   which would be inimical to the business interests of Larian and one or more third

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 346

1    parties.  Larian also objects to this request to the extent it seeks information the

2    disclosure of which would implicate the rights of third parties to protect private,

3    confidential, proprietary or trade secret information.  Larian also objects to this

4    request to the extent it calls for the disclosure of attorney-client privileged

5    information or information protected from disclosure by the work-product doctrine,

6    joint defense or common interest privilege, or other privilege.  Larian also objects

7    to this request to the extent it seeks documents not within Larian's possession,

8    custody or control.

9    **REQUEST FOR PRODUCTION NO. 254:**

10         For each customer to whom MGA or its licensees have ever sold any

11   BRATZ PRODUCT, documents sufficient to show YOUR profits from each such

12   BRATZ PRODUCT sold by MGA or its licensees to that customer.

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 254:**

14         Larian incorporates by reference the above-stated general objections as

15   if fully set forth herein.  Larian also specifically objects to this request on the

16   grounds that it is overbroad and seeks information not relevant to the subject matter

17   of this lawsuit or reasonably calculated to lead to the discovery of admissible

18   evidence.  Larian also objects to this request on the grounds that it is overbroad,

19   unduly burdensome, and oppressive in seeking documents that show Larian's

20   profits from the sale of all Bratz products to all customers by MGA or its licensees.

21   Larian also objects to this request on the grounds that it seeks confidential,

22   proprietary or commercially sensitive information, the disclosure of which would

23   be inimical to the business interests of Larian and one or more third parties.  Larian

24   also objects to this request to the extent it seeks information the disclosure of which

25   would implicate the rights of third parties to protect private, confidential,

26   proprietary or trade secret information.  Larian also objects to this request to the

27   extent it calls for the disclosure of attorney-client privileged information or

28   information protected from disclosure by the work-product doctrine, joint defense

- 236 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT _____5_____

PAGE _____346_____

1  or common interest privilege, or other privilege.  Larian also objects to this request

2  to the extent it seeks documents not within Larian's possession, custody or control.

3  **REQUEST FOR PRODUCTION NO. 255:**

4          DOCUMENTS sufficient to show customer returns to MGA of

5  BRATZ PRODUCTS sold or distributed by MGA or its licensees.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 255:**

7          Larian incorporates by reference the above-stated general objections as

8  if fully set forth herein.  Larian also specifically objects to this request on the

9  grounds that it is overbroad and seeks information not relevant to the subject matter

10  of this lawsuit or reasonably calculated to lead to the discovery of admissible

11  evidence.  Larian also objects to this request on the grounds that it is overbroad,

12  unduly burdensome, and oppressive in seeking documents that show customer

13  returns to MGA of all Bratz products sold or distributed by MGA or its licensees.

14  Larian also objects to this request on the grounds that it seeks confidential,

15  proprietary or commercially sensitive information, the disclosure of which would

16  be inimical to the business interests of Larian and one or more third parties.  Larian

17  also objects to this request to the extent it seeks information the disclosure of which

18  would implicate the rights of third parties to protect private, confidential,

19  proprietary or trade secret information.  Larian also objects to this request to the

20  extent it calls for the disclosure of attorney-client privileged information or

21  information protected from disclosure by the work-product doctrine, joint defense

22  or common interest privilege, or other privilege.  Larian also objects to this request

23  to the extent it seeks documents not within Larian's possession, custody or control.

24          Subject to the foregoing, Larian will produce any personal documents

25  that are relevant and responsive to the request, if any, and that have not already

26  been produced, that he discovers in the course of his reasonable search and diligent

27  inquiry, which are within the permissible scope of discovery, and to which no

28  privilege or other protection applies, including without limitation, the attorney-

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 347

1   client privilege or attorney's work product doctrine.

2   **REQUEST FOR PRODUCTION NO. 256:**

3        DOCUMENTS sufficient to show customer rebates and credits given

4   by MGA or its licensees to customers in connection with BRATZ PRODUCTS.

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 256:**

6        Larian incorporates by reference the above-stated general objections as

7   if fully set forth herein.  Larian also specifically objects to this request on the

8   grounds that it is overbroad and seeks information not relevant to the subject matter

9   of this lawsuit or reasonably calculated to lead to the discovery of admissible

10  evidence.  Larian also objects to this request on the grounds that it is overbroad,

11  unduly burdensome, and oppressive in seeking documents that show customer

12  rebates and credits given by MGA or its licensees to all customers in connection

13  with Bratz products.  Larian also objects to this request on the grounds that it seeks

14  confidential, proprietary or commercially sensitive information, the disclosure of

15  which would be inimical to the business interests of Larian and one or more third

16  parties.  Larian also objects to this request to the extent it seeks information the

17  disclosure of which would implicate the rights of third parties to protect private,

18  confidential, proprietary or trade secret information.  Larian also objects to this

19  request to the extent it calls for the disclosure of attorney-client privileged

20  information or information protected from disclosure by the work-product doctrine,

21  joint defense or common interest privilege, or other privilege.  Larian also objects

22  to this request to the extent it seeks documents not within Larian's possession,

23  custody or control.

24       Subject to the foregoing, Larian will produce any personal documents

25  that are relevant and responsive to the request, if any, and that have not already

26  been produced, that he discovers in the course of his reasonable search and diligent

27  inquiry, which are within the permissible scope of discovery, and to which no

28  privilege or other protection applies, including without limitation, the attorney-

- 238 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  5

PAGE  348

1  client privilege or attorney's work product doctrine.

2  **REQUEST FOR PRODUCTION NO. 257:**

3      DOCUMENTS sufficient to show, by product number or SKU, the

4  number of units of each BRATZ PRODUCT sold by MGA or its licensees.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 257:**

6      Larian incorporates by reference the above-stated general objections as

7  if fully set forth herein.  Larian also specifically objects to this request on the

8  grounds that it is overbroad and seeks information not relevant to the subject matter

9  of this lawsuit or reasonably calculated to lead to the discovery of admissible

10  evidence.  Larian also objects to this request on the grounds that it is overbroad,

11  unduly burdensome, and oppressive in seeking documents that show, by product

12  number or SKU, the number of units of all Bratz products sold by MGA or its

13  licensees.  Larian also objects to this request on the grounds that it seeks

14  confidential, proprietary or commercially sensitive information, the disclosure of

15  which would be inimical to the business interests of Larian and one or more third

16  parties.  Larian also objects to this request to the extent it seeks information the

17  disclosure of which would implicate the rights of third parties to protect private,

18  confidential, proprietary or trade secret information.  Larian also objects to this

19  request to the extent it calls for the disclosure of attorney-client privileged

20  information or information protected from disclosure by the work-product doctrine,

21  joint defense or common interest privilege, or other privilege.  Larian also objects

22  to this request to the extent it seeks documents not within Larian's possession,

23  custody or control.

24      Subject to the foregoing, Larian will produce any personal documents

25  that are relevant and responsive to the request, if any, and that have not already

26  been produced, that he discovers in the course of his reasonable search and diligent

27  inquiry, which are within the permissible scope of discovery, and to which no

28  privilege or other protection applies, including without limitation, the attorney-

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

- 239 -

EXHIBIT  5

PAGE  349

1   client privilege or attorney's work product doctrine.

2   **REQUEST FOR PRODUCTION NO. 258:**

3   DOCUMENTS sufficient to show, by product number or SKU, the

4   revenue received by YOU from the sale of each BRATZ PRODUCT sold by MGA

5   or its licensees.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 258:**

7   Larian incorporates by reference the above-stated general objections as

8   if fully set forth herein. Larian also specifically objects to this request on the

9   grounds that it is overbroad and seeks information not relevant to the subject matter

10  of this lawsuit or reasonably calculated to lead to the discovery of admissible

11  evidence. Larian also objects to this request on the grounds that it is overbroad,

12  unduly burdensome, and oppressive in seeking documents that show, by product

13  number or SKU, the revenue received by Larian from the sale of all Bratz products

14  sold by MGA or its licensees. Larian also objects to this request on the grounds

15  that it seeks confidential, proprietary or commercially sensitive information, the

16  disclosure of which would be inimical to the business interests of Larian and one or

17  more third parties. Larian also objects to this request to the extent it seeks

18  information the disclosure of which would implicate the rights of third parties to

19  protect private, confidential, proprietary or trade secret information. Larian also

20  objects to this request to the extent it calls for the disclosure of attorney-client

21  privileged information or information protected from disclosure by the work-

22  product doctrine, joint defense or common interest privilege, or other privilege.

23  Larian also objects to this request to the extent it seeks documents not within

24  Larian's possession, custody or control.

25  **REQUEST FOR PRODUCTION NO. 259:**

26  DOCUMENTS sufficient to show, by product number or SKU, YOUR

27  cost of goods sold, unit cost and other costs for each BRATZ PRODUCT sold by

28  MGA or its licensees.

- 240 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 350

**RESPONSE TO REQUEST FOR PRODUCTION NO. 259:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show, by product number or SKU, Larian's cost of goods sold, unit cost and other costs for all Bratz products sold by MGA or its licensees. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. Larian also objects to this request to the extent it seeks documents not within Larian's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 260:**

All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR or MGA's profits, by product number or SKU, from the sale of each BRATZ PRODUCT sold by MGA or its licensees.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 260:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible

EXHIBIT 5

PAGE 351

- 241 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   evidence.  Larian also objects to this request on the grounds that it is overbroad,

2   unduly burdensome, and oppressive in seeking documents that reflect or refer or

3   relate, by product number or SKU, to Larian or MGA's profits from the sale of all

4   Bratz products by MGA or its licensees.  Larian also objects to this request on the

5   grounds that it seeks confidential, proprietary or commercially sensitive

6   information, the disclosure of which would be inimical to the business interests of

7   Larian and one or more third parties.  Larian also objects to this request to the

8   extent it seeks information the disclosure of which would implicate the rights of

9   third parties to protect private, confidential, proprietary or trade secret information.

10  Larian also objects to this request to the extent it calls for the disclosure of attorney-

11  client privileged information or information protected from disclosure by the work-

12  product doctrine, joint defense or common interest privilege, or other privilege.

13  Larian also objects to this request to the extent it seeks documents not within

14  Larian's possession, custody or control.

15  **REQUEST FOR PRODUCTION NO. 261:**

16          For each customer to whom MGA or its licensees have ever sold any

17  BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or

18  SKU, the number of units of each such BRATZ PRODUCT sold by MGA or its

19  licensees to that customer.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 261:**

21          Larian incorporates by reference the above-stated general objections as

22  if fully set forth herein.  Larian also specifically objects to this request on the

23  grounds that it is overbroad and seeks information not relevant to the subject matter

24  of this lawsuit or reasonably calculated to lead to the discovery of admissible

25  evidence.  Larian also objects to this request on the grounds that it is overbroad,

26  unduly burdensome, and oppressive in seeking documents that show the number of

27  units of all Bratz products sold by Larian, MGA, or its licensees to every customer

28  to whom MGA or its licensees have ever sold any Bratz products.  Larian also

EXHIBIT 5

PAGE 352

- 242 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  objects to this request on the grounds that it seeks confidential, proprietary or

2  commercially sensitive information, the disclosure of which would be inimical to

3  the business interests of Larian and one or more third parties. Larian also objects to

4  this request to the extent it seeks information the disclosure of which would

5  implicate the rights of third parties to protect private, confidential, proprietary or

6  trade secret information. Larian also objects to this request to the extent it calls for

7  the disclosure of attorney-client privileged information or information protected

8  from disclosure by the work-product doctrine, joint defense or common interest

9  privilege, or other privilege. Larian also objects to this request to the extent it seeks

10  documents not within Larian's possession, custody or control.

11       Subject to the foregoing, Larian will produce any personal documents

12  that are relevant and responsive to the request, if any, and that have not already

13  been produced, that he discovers in the course of his reasonable search and diligent

14  inquiry, which are within the permissible scope of discovery, and to which no

15  privilege or other protection applies, including without limitation, the attorney-

16  client privilege or attorney's work product doctrine.

17  **REQUEST FOR PRODUCTION NO. 262:**

18       For each customer to whom MGA or its licensees have ever sold any

19  BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or

20  SKU, the revenue received by YOU from each such BRATZ PRODUCT sold by

21  MGA or its licensees to that customer.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 262:**

23       Larian incorporates by reference the above-stated general objections as

24  if fully set forth herein. Larian also specifically objects to this request on the

25  grounds that it is overbroad and seeks information not relevant to the subject matter

26  of this lawsuit or reasonably calculated to lead to the discovery of admissible

27  evidence. Larian also objects to this request on the grounds that it is overbroad,

28  unduly burdensome, and oppressive in seeking documents that show the revenue

EXHIBIT  5

PAGE  353

1   received by Larian from all Bratz products sold by MGA or its licensees to every

2   customer to whom MGA or its licenses have ever sold any Bratz products.  Larian

3   also objects to this request on the grounds that it seeks confidential, proprietary or

4   commercially sensitive information, the disclosure of which would be inimical to

5   the business interests of Larian and one or more third parties.  Larian also objects to

6   this request to the extent it seeks information the disclosure of which would

7   implicate the rights of third parties to protect private, confidential, proprietary or

8   trade secret information.  Larian also objects to this request to the extent it calls for

9   the disclosure of attorney-client privileged information or information protected

10  from disclosure by the work-product doctrine, joint defense or common interest

11  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

12  documents not within Larian's possession, custody or control.

13  **REQUEST FOR PRODUCTION NO. 263:**

14          DOCUMENTS sufficient to show the revenue and profits derived by

15  YOU or MGA from the sale by YOU, MGA or its licensees of BRATZ

16  PRODUCTS including, without limitation, DOCUMENTS sufficient to show sales

17  revenue, costs of goods sold, variable costs, gross margins, royalties paid and

18  received, gross profits and nets profits.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 263:**

20          Larian incorporates by reference the above-stated general objections as

21  if fully set forth herein.  Larian also specifically objects to this request on the

22  grounds that it is overbroad and seeks information not relevant to the subject matter

23  of this lawsuit or reasonably calculated to lead to the discovery of admissible

24  evidence.  Larian also objects to this request on the grounds that it is overbroad,

25  unduly burdensome, and oppressive in seeking documents that show the revenues

26  and profits derived by Larian or MGA from the sale of all Bratz products by MGA

27  or its licensees. Larian also objects to this request on the grounds that it seeks

28  confidential, proprietary or commercially sensitive information, the disclosure of

EXHIBIT 5

PAGE 354

- 244 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  which would be inimical to the business interests of Larian and one or more third

2  parties. Larian also objects to this request to the extent it seeks information the

3  disclosure of which would implicate the rights of third parties to protect private,

4  confidential, proprietary or trade secret information. Larian also objects to this

5  request to the extent it calls for the disclosure of attorney-client privileged

6  information or information protected from disclosure by the work-product doctrine,

7  joint defense or common interest privilege, or other privilege. Larian also objects

8  to this request to the extent it seeks documents not within Larian's possession,

9  custody or control.

10  **REQUEST FOR PRODUCTION NO. 264:**

11  DOCUMENTS sufficient to show the revenue and profits derived by

12  YOU or MGA from BRATZ MOVIES including, without limitation,

13  DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs,

14  gross margins, royalties paid and received, gross profits and net profits.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 264:**

16  Larian incorporates by reference the above-stated general objections as

17  if fully set forth herein. Larian also specifically objects to this request on the

18  grounds that it is overbroad and seeks information not relevant to the subject matter

19  of this lawsuit or reasonably calculated to lead to the discovery of admissible

20  evidence. Larian also objects to this request on the grounds that it is overbroad,

21  unduly burdensome, and oppressive in seeking documents that show the revenues

22  and profits derived by Larian or MGA from Bratz movies. Larian also objects to

23  this request on the grounds that it seeks confidential, proprietary or commercially

24  sensitive information, the disclosure of which would be inimical to the business

25  interests of Larian and one or more third parties. Larian also objects to this request

26  to the extent it seeks information the disclosure of which would implicate the rights

27  of third parties to protect private, confidential, proprietary or trade secret

28  information. Larian also objects to this request to the extent it calls for the

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 355

1  disclosure of attorney-client privileged information or information protected from

2  disclosure by the work-product doctrine, joint defense or common interest

3  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

4  documents not within Larian's possession, custody or control.

5  **REQUEST FOR PRODUCTION NO. 265:**

6          DOCUMENTS sufficient to show the revenue and profits derived by

7  YOU or MGA from BRATZ TELEVISION SHOWS including, without limitation,

8  DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs,

9  gross margins, royalties paid and received, gross profits and net profits.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 265:**

11          Larian incorporates by reference the above-stated general objections as

12  if fully set forth herein.  Larian also specifically objects to this request on the

13  grounds that it is overbroad and seeks information not relevant to the subject matter

14  of this lawsuit or reasonably calculated to lead to the discovery of admissible

15  evidence.  Larian also objects to this request on the grounds that it is overbroad,

16  unduly burdensome, and oppressive in seeking documents that show the revenues

17  and profits derived by Larian or MGA from Bratz television shows.  Larian also

18  objects to this request on the grounds that it seeks confidential, proprietary or

19  commercially sensitive information, the disclosure of which would be inimical to

20  the business interests of Larian and one or more third parties.  Larian also objects to

21  this request to the extent it seeks information the disclosure of which would

22  implicate the rights of third parties to protect private, confidential, proprietary or

23  trade secret information.  Larian also objects to this request to the extent it calls for

24  the disclosure of attorney-client privileged information or information protected

25  from disclosure by the work-product doctrine, joint defense or common interest

26  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

27  documents not within Larian's possession, custody or control.

28

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 356

**REQUEST FOR PRODUCTION NO. 266:**

All quarterly and annual profit and loss statements for BRATZ.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 266:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking all of MGA's quarterly and annual profit and loss statements for Bratz. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. Larian also objects to this request to the extent it seeks documents not within Larian's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 267:**

All sales, profit and cash flow projections or forecasts for BRATZ DOLLS, BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION SHOWS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 267:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter

EXHIBIT 5

PAGE 357

- 247 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    of this lawsuit or reasonably calculated to lead to the discovery of admissible

2    evidence. Larian also objects to this request on the grounds that it is overbroad,

3    unduly burdensome, and oppressive in seeking all of MGA's profit and cash flow

4    projections and forecasts for Bratz dolls, Bratz products, Bratz movies, and Bratz

5    television shows. Larian also objects to this request on the grounds that it seeks

6    confidential, proprietary or commercially sensitive information, the disclosure of

7    which would be inimical to the business interests of Larian and one or more third

8    parties. Larian also objects to this request to the extent it seeks information the

9    disclosure of which would implicate the rights of third parties to protect private,

10   confidential, proprietary or trade secret information. Larian also objects to this

11   request to the extent it calls for the disclosure of attorney-client privileged

12   information or information protected from disclosure by the work-product doctrine,

13   joint defense or common interest privilege, or other privilege. Larian also objects

14   to this request to the extent it seeks documents not within Larian's possession,

15   custody or control.

16   **REQUEST FOR PRODUCTION NO. 268:**

17          All DOCUMENTS that REFER OR RELATE TO the value of the

18   BRATZ brand.

19   **RESPONSE TO REQUEST FOR PRODUCTION NO. 268:**

20          Larian incorporates by reference the above-stated general objections as

21   if fully set forth herein. Larian also specifically objects to this request on the

22   grounds that it is overbroad and seeks information not relevant to the subject matter

23   of this lawsuit or reasonably calculated to lead to the discovery of admissible

24   evidence. Larian also objects to this request on the grounds that it is overbroad,

25   unduly burdensome, and oppressive in seeking all documents that refer or relate to

26   the value of the Bratz brand. Larian also objects to this request on the grounds that

27   it is vague and ambiguous in that Larian cannot determine what is meant by or how

28   to calculate "the value of the Bratz brand." Larian also objects to this request on

EXHIBIT 5

PAGE 358

- 248 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   the grounds that it seeks confidential, proprietary or commercially sensitive

2   information, the disclosure of which would be inimical to the business interests of

3   Larian and one or more third parties.  Larian also objects to this request to the

4   extent it seeks information the disclosure of which would implicate the rights of

5   third parties to protect private, confidential, proprietary or trade secret information.

6   Larian also objects to this request to the extent it calls for the disclosure of attorney-

7   client privileged information or information protected from disclosure by the work-

8   product doctrine, joint defense or common interest privilege, or other privilege.

9   Larian also objects to this request to the extent it seeks documents not within

10  Larian's possession, custody or control.

11  **REQUEST FOR PRODUCTION NO. 269:**

12          DOCUMENTS sufficient to show or calculate YOUR net worth on a

13  yearly basis for each year from 1999 to the present.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 269:**

15          Larian incorporates by reference the above-stated general objections as

16  if fully set forth herein. Larian also specifically objects to this request on the

17  grounds that it is overbroad and seeks information not relevant to the subject matter

18  of this lawsuit or reasonably calculated to lead to the discovery of admissible

19  evidence.  Larian also objects to this request on the grounds that it is overbroad,

20  unduly burdensome, and oppressive in seeking all documents sufficient to calculate

21  Larian's net worth on a yearly basis for each year from 1999 to the present.  Larian

22  also objects to this request on the grounds that it is vague and ambiguous in that

23  Larian cannot determine what is meant by "YOUR net worth." Larian also objects

24  to this request on the grounds that it seeks confidential, proprietary or commercially

25  sensitive information, the disclosure of which would be inimical to the business

26  interests of Larian and one or more third parties.  Larian also objects to this request

27  to the extent it seeks information the disclosure of which would implicate the rights

28  of third parties to protect private, confidential, proprietary or trade secret

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT   5

PAGE   ~~360~~ 359

1  information.  Larian also objects to this request to the extent it calls for the

2  disclosure of attorney-client privileged information or information protected from

3  disclosure by the work-product doctrine, joint defense or common interest

4  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

5  documents not within Larian's possession, custody or control.

6  **REQUEST FOR PRODUCTION NO. 270:**

7         All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

8  the BRATZ DOLL'S share of the fashion doll market including, without limitation,

9  the extent to which Bratz has been or is gaining or losing market share in the

10  fashion doll market.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 270:**

12         Larian incorporates by reference the above-stated general objections as

13  if fully set forth herein.  Larian also specifically objects to this request on the

14  grounds that it is overbroad and seeks information not relevant to the subject matter

15  of this lawsuit or reasonably calculated to lead to the discovery of admissible

16  evidence.  Larian further objects on the ground that the request is vague and

17  ambiguous.  Larian objects to the extent the documents are equally available to

18  Mattel from third parties.  Larian also objects to this request on the grounds that it

19  is overbroad, unduly burdensome, and oppressive in seeking all documents that

20  evidence, reflect or refer or relate to the Bratz doll's share of the fashion doll

21  market, including the extent to which Bratz has been or is gaining or losing market

22  share in the fashion doll market.  Larian also objects to this request on the grounds

23  that it seeks confidential, proprietary or commercially sensitive information, the

24  disclosure of which would be inimical to the business interests of Larian and one or

25  more third parties.  Larian also objects to this request to the extent it seeks

26  information the disclosure of which would implicate the rights of third parties to

27  protect private, confidential, proprietary or trade secret information.  Larian also

28  objects to this request to the extent it calls for the disclosure of attorney-client

EXHIBIT 5

PAGE 360

- 250 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  privileged information or information protected from disclosure by the work-

2  product doctrine, joint defense or common interest privilege, or other privilege.

3  Larian also objects to this request to the extent it seeks documents not within

4  Larian's possession, custody or control.

5      Subject to the foregoing, Larian will produce any personal documents

6  that are relevant and responsive to the request, if any, and that have not already

7  been produced, that he discovers in the course of his reasonable search and diligent

8  inquiry, which are within the permissible scope of discovery, and to which no

9  privilege or other protection applies, including without limitation, the attorney-

10  client privilege or attorney's work product doctrine.

11  **REQUEST FOR PRODUCTION NO. 271:**

12      DOCUMENTS sufficient to show each of YOUR position(s), titles

13  and functions with and relationship to MGA, including without limitation with or to

14  MGA Entertainment HK Limited and MGAE de Mexico, S.r.l. de C.V.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 271:**

16      Larian incorporates by reference the above-stated general objections as

17  if fully set forth herein.  Larian also specifically objects to this request on the

18  grounds that it is overbroad and seeks information not relevant to the subject matter

19  of this lawsuit or reasonably calculated to lead to the discovery of admissible

20  evidence.  Larian also objects to this request on the grounds that it seeks

21  confidential, proprietary or commercially sensitive information, the disclosure of

22  which would be inimical to the business interests of Larian and one or more third

23  parties.  Larian also objects to this request to the extent it seeks information the

24  disclosure of which would implicate the rights of third parties to protect private,

25  confidential, proprietary or trade secret information.  Larian also objects to this

26  request to the extent that it seeks information in the public record and, thus, equally

27  available to Mattel.  Larian also objects to this request to the extent it calls for the

28  disclosure of attorney-client privileged information or information protected from

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 361

1  disclosure by the work-product doctrine, joint defense or common interest

2  privilege, or other privilege.

3        Subject to the foregoing, Larian will produce any personal documents

4  that are relevant and responsive to the request and pertain to MGA Entertainment,

5  Inc., MGA Entertainment HK Limited and MGAE de Mexico, S.r.l. de C.V., if any,

6  and that have not already been produced, that he discovers in the course of his

7  reasonable search and diligent inquiry, which are within the permissible scope of

8  discovery, and to which no privilege or other protection applies, including without

9  limitation, the attorney-client privilege or attorney's work product doctrine.

10 **REQUEST FOR PRODUCTION NO. 272:**

11       All DOCUMENTS RELATING TO the ownership of MGA

12 Entertainment HK Limited.

13 **RESPONSE TO REQUEST FOR PRODUCTION NO. 272:**

14       Larian incorporates by reference the above-stated general objections as

15 if fully set forth herein.  Larian also specifically objects to this request on the

16 grounds that it is overbroad and seeks information not relevant to the subject matter

17 of this lawsuit or reasonably calculated to lead to the discovery of admissible

18 evidence.  Larian also objects to this request on the grounds that it seeks

19 confidential, proprietary or commercially sensitive information, the disclosure of

20 which would be inimical to the business interests of Larian and one or more third

21 parties.  Larian also objects to this request to the extent it seeks information the

22 disclosure of which would implicate the rights of third parties to protect private,

23 confidential, proprietary or trade secret information.  Larian also objects to this

24 request to the extent it calls for the disclosure of attorney-client privileged

25 information or information protected from disclosure by the work-product doctrine,

26 joint defense or common interest privilege, or other privilege.  Larian also objects

27 to this request to the extent it seeks documents not within Larian's possession,

28 custody or control.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)



EXHIBIT 5

PAGE 362

1   **REQUEST FOR PRODUCTION NO. 273:**

2       All DOCUMENTS RELATING TO the ownership of MGAE de

3   Mexico, S.r.l. de C.V.

4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 273:**

5       Larian incorporates by reference the above-stated general objections as

6   if fully set forth herein.  Larian also specifically objects to this request on the

7   grounds that it is overbroad and seeks information not relevant to the subject matter

8   of this lawsuit or reasonably calculated to lead to the discovery of admissible

9   evidence.  Larian also objects to this request on the grounds that it seeks

10  confidential, proprietary or commercially sensitive information, the disclosure of

11  which would be inimical to the business interests of Larian and one or more third

12  parties.  Larian also objects to this request to the extent it seeks information the

13  disclosure of which would implicate the rights of third parties to protect private,

14  confidential, proprietary or trade secret information.  Larian also objects to this

15  request to the extent it calls for the disclosure of attorney-client privileged

16  information or information protected from disclosure by the work-product doctrine,

17  joint defense or common interest privilege, or other privilege.  Larian also objects

18  to this request to the extent it seeks documents not within Larian's possession,

19  custody or control.

20  **REQUEST FOR PRODUCTION NO. 274:**

21      An electronic copy of each DOCUMENT that YOU have produced in

22  this action, or that is responsive to these Requests, that is or was created, prepared,

23  generated, maintained or transmitted in digital form.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 274:**

25      Larian incorporates by reference the above-stated general objections as

26  if fully set forth herein.  Larian also specifically objects to this request on the

27  grounds that is overbroad, unduly burdensome and oppressive, particularly as to the

28  expense associated with producing to Mattel in electronic form documents that

- 253 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 363

1    Larian has already produced, or will produce in response to these requests, in

2    another form, and seeks documents that are not relevant nor likely to lead to the

3    discovery of admissible evidence.

4    **REQUEST FOR PRODUCTION NO. 275:**

5    The metadata for each DOCUMENT that YOU have produced in this

6    action, or that is responsive to these Requests, that is or was created, prepared,

7    generated, maintained or transmitted in digital form.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 275:**

9    Larian incorporates by reference the above-stated general objections as

10   if fully set forth herein.  Larian also specifically objects to this request on the

11   grounds that is it unduly burdensome and oppressive, particularly as to the expense

12   associated with producing metadata to Mattel for each digital document that Larian

13   has already produced, or will produce in response to these requests, if any and seeks

14   documents that are not relevant nor likely to lead to the discovery of admissible

15   evidence.  Larian also objects to this request to the extent it calls for the disclosure

16   of attorney-client privileged information or information protected from disclosure

17   by the work-product doctrine, joint defense or common interest privilege, or other

18   privilege.

19   **REQUEST FOR PRODUCTION NO. 276:**

20   To the extent not produced in response to any other Request for

21   Production, all DOCUMENTS and tangible things upon which YOU intend to rely

22   in this ACTION.

23   **RESPONSE TO REQUEST FOR PRODUCTION NO. 276:**

24   Larian incorporates by reference the above-stated general objections as

25   if fully set forth herein.  Larian also specifically objects to this request on the

26   grounds that it is overbroad and unduly burdensome in that it calls for all

27   documents and tangible things upon which Larian intends to rely in this action.

28   Larian also objects to this request on the grounds that it calls for legal conclusions.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 5

PAGE 364

1   Larian also objects to this request on the grounds that it seeks information in

2   Mattel's possession and/or in the public record, and/or equally available to Mattel.

3   Larian also objects to this request to the extent it calls for the disclosure of attorney-

4   client privileged information or information protected from disclosure by the work-

5   product doctrine, joint defense or common interest privilege, or other privilege.

6          Dated:      August  6  , 2007

7                                          DIANA M. TORRES
                                           DALE M. CENDALI
8                                          WILLIAM J. CHARRON
                                           O'MELVENY & MYERS LLP

9

10                                         By: _____
                                               Diana M. Torres
11                                         Attorneys for Plaintiff
                                           MGA Entertainment, Inc.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT  5

PAGE  365

- 255 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

## PROOF OF SERVICE

I, Mila Sucgang, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On August 6, 20047 I served the within document:

**ISAAC LARIAN'S RESPONSES TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS**

☒    by transmitting via electronic mail the document(s) listed above to the address set forth below on this date. .

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Michael T. Zeller
Quinn Emanuel Urquhart Oliver &
   Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
michaelzeller@quinnemanuel.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 6, 2007, at Los Angeles, California.

Mila Sucgang

LA2:730244.1

EXHIBIT 5

PAGE 366

# Exhibit 6

ORIGINAL

1   DALE M. CENDALI (admitted *pro hac vice*)
    DIANA M. TORRES (S.B. #162284)
2   WILLIAM J. CHARRON (S.B. #220518)
    O'MELVENY & MYERS LLP
3   400 South Hope Street
    Los Angeles, CA  90071-2899
4   Telephone:  (213) 430-6000
    Facsimile:   (213) 430-6407
5   wcharron@omm.com

6   PATRICIA GLASER (S.B. #55668)
    CHRISTENSEN, GLASER, FINK,
7   JACOBS, WEIL & SHAPIRO, LLP
    10250 Constellation Boulevard, 19th Floor
8   Los Angeles, CA 90067
    Telephone:  (310) 553-3000
9   Facsimile:   (310) 557-9815

10  Attorneys for MGA Entertainment, Inc.

11           UNITED STATES DISTRICT COURT

12           CENTRAL DISTRICT OF CALIFORNIA

13                  EASTERN DIVISION

14

15  CARTER BRYANT, an individual,          Case No.  CV 04-9049 SGL (RNBx)
                                           (consolidated with 04-9059 and 05-
16                  Plaintiff,             2727)

17        v.                              **Isaac Larian's Supplemental
                                          Responses To Mattel, Inc.'s First Set
18  MATTEL, INC., a Delaware              Of Requests For Documents And
    Corporation,                          Things**
19
                    Defendant.
20

21  AND CONSOLIDATED ACTIONS

22

23

24

25

26

27

28

9-25

EXHIBIT 6

PAGE 267

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

# PRELIMINARY STATEMENT

Defendant Isaac Larian ("Larian") has not yet completed his investigation relating to the facts of this action and has not completed preparation for trial.  Larian makes its response to these document requests ("requests," or individually, "request") based upon the information presently available to him and without prejudice to his right to amend or supplement his responses and to present evidence which may hereafter be discovered or become available.

Larian will respond to each request as he understands and interprets each request.  If Mattel, Inc. ("Mattel") subsequently asserts any interpretation of any request that differs from that of Larian, Larian reserves the right to supplement his objections and responses.

By making these responses, Larian does not concede that any of the information sought by these requests is relevant or discoverable.  Larian makes these responses and objections without waiving or intending to waive but rather, on the contrary, preserving and intending to preserve:  (a) the right to object on any grounds to the use or introduction into evidence of the documents or information provided in response to these requests; (b) the right to object to the use of the documents or information provided in response to the requests in any subsequent proceeding in, or the arbitration of this or any other action; and (c) the right to object on any ground at any time to other requests or further discovery into any of the subject matters addressed in these requests or the responses thereto.

Larian shall not provide any privileged or protected information, including without limitation, information protected by the attorney-client privilege or the attorney work product doctrine, and nothing herein may be construed as a waiver of any applicable privilege or protection.  Any inadvertent production of privileged or protected documents or information shall not be construed as a waiver of any privilege or protection attaching thereto and Larian reserves the right to correct the record with regard to any such information and to supplement or amend

EXHIBIT  6      - 2 -

PAGE  368

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   these responses, which supplemental or amended response shall become the

2   operative response.

3                              **GENERAL OBJECTIONS**

4          1.      Larian objects to each and every request on the ground that

5   production at the date and time demanded will subject Larian to unwarranted

6   oppression and undue burden and expenses.  The time set for compliance is unduly

7   burdensome, especially in light of the number of document requests, and the scope

8   and volume of the material being sought.  Larian intends to proceed expeditiously

9   to collect the documents for production, if any, and will produce them at a date and

10  time, and in such a manner, as may be mutually agreed by counsel for the parties.

11         2.      Larian objects to each request to the extent that it seeks

12  information protected from discovery by the attorney-client privilege, work-product

13  doctrine, right to privacy, or any other applicable privilege.

14         3.      Larian objects to each request to the extent that it seeks the

15  disclosure of confidential, proprietary or trade-secret information.  Should such

16  documents be otherwise responsive, Larian will produce such documents subject to

17  the terms and conditions of the protective order governing this case.

18         4.      Larian objects to each request to the extent that it seeks

19  documents in Mattel's own possession, custody or control or that are accessible to

20  Mattel from public sources or from third parties.

21         5.      Larian objects to each request to the extent that it asks for

22  documents that are not relevant to claims or defenses in this case.

23         6.      Larian objects to each and every request to the extent it purports

24  to require Larian to search all documents and things within his possession, custody

25  or control or within the possession, custody, or control of any of Larian's or MGA's

26  current or former employees, officers, directors, agents, representatives, attorneys,

27  parents, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-

28  in-interest, and any other person acting on his behalf, pursuant to his authority or

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 6

PAGE 369

1   subject to his control, on the grounds that such request is unreasonable, overbroad,

2   unduly burdensome and oppressive, violates the right of privacy, and purports to

3   require Larian to search for documents not within his possession, custody, or

4   control.  Larian will make a reasonably diligent search for responsive documents

5   within his possession, custody, or control.

6          7.      Larian objects to each and every request to the extent it seeks

7   "all documents" responsive to a certain category on the grounds that such request is

8   overbroad and unduly burdensome and oppressive.  On grounds of oppression and

9   undue burden, Larian will not respond to duplicative or cumulative requests and

10  will not re-produce documents it has already produced or produce documents that it

11  has received from Mattel or others in the course of discovery in this matter.

12         8.      Larian objects to each request to the extent it seeks documents

13  not within Larian's possession, custody, or control.

14         9.      Larian objects to the defined terms "You," "Your," and "Larian"

15  on the grounds that these terms, as defined, are overbroad, are vague and

16  ambiguous, and call for legal conclusions.

17         10.     Larian objects to the defined terms "Bratz," "Angel," "Bratz

18  Doll," "Bratz Product," "Bratz License," "Bratz Movie," and "Bratz Television

19  Show" on the grounds that these terms, as defined, are overbroad, are vague and

20  ambiguous, and call for legal conclusions.

21         11.     Larian objects to the defined term "Family Member" on the

22  grounds that this term, as defined, is overbroad, vague, and ambiguous, and calls

23  for legal conclusions.  Larian will interpret the term "Family Member" to be those

24  individuals he knows or believes to be family members of the person at issue.

## SPECIFIC OBJECTIONS AND RESPONSES

## REQUEST FOR PRODUCTION NO. 1:

27         All DOCUMENTS prepared, drafted, written, transmitted or received

EXHIBIT   6     - 4 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   (whether in whole or in part) prior to December 31, 2001 RELATING TO BRATZ.

2   **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

3           Larian incorporates by reference the above-stated general objections as
4   if fully set forth herein.  Larian also specifically objects to this request on the
5   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks
6   information not relevant to the subject matter of this lawsuit or reasonably
7   calculated to lead to the discovery of admissible evidence.  Larian also specifically
8   objects to this request on the grounds that it seeks confidential, proprietary, or
9   commercially sensitive information, the disclosure of which would be inimical to
10  the business interests of Larian and one or more third parties.  Larian also objects to
11  this request to the extent it calls for the disclosure of attorney-client privileged
12  information or information protected from disclosure by the work product doctrine,
13  joint defense or common interest privilege, or other privilege.

14          Subject to the foregoing, Larian will produce all responsive documents
15  prepared, written, transmitted or received before January 1, 2001 within his
16  possession, custody, or control, if any, that have not already been produced, which
17  are within the permissible scope of discovery, and to which no privilege or other
18  protection applies, including without limitation, the attorney-client privilege or
19  attorney's work product doctrine.

20  **REQUEST FOR PRODUCTION NO. 2:**

21          All DOCUMENTS RELATING TO BRATZ and RELATING TO any
22  time prior to December 31, 2001 (regardless of when such DOCUMENT was
23  prepared, written, transmitted or received, whether in whole or in part).

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

25          Larian incorporates by reference the above-stated general objections as
26  if fully set forth herein.  Larian also specifically objects to this request on the
27  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks
28  information not relevant to the subject matter of this lawsuit or reasonably

- 5 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  6

PAGE  371

1    calculated to lead to the discovery of admissible evidence.  Larian also specifically

2    objects to this request on the grounds that it seeks confidential, proprietary, or

3    commercially sensitive information, the disclosure of which would be inimical to

4    the business interests of Larian and one or more third parties.  Larian further objects

5    to this request in the grounds that it is vague and ambiguous in that Larian cannot

6    determine what is meant by the phrase "relating to Bratz and relating to any time

7    prior to December 31, 2001."  Larian also objects to this request to the extent it

8    calls for the disclosure of attorney-client privileged information or information

9    protected from disclosure by the work product doctrine, joint defense or common

10   interest privilege, or other privilege.

11          Subject to the foregoing, Larian will produce all responsive documents

12   that refer to any time prior to January 1, 2001 within his possession, custody, or

13   control, if any, that have not already been produced, which are within the

14   permissible scope of discovery, and to which no privilege or other protection

15   applies, including without limitation, the attorney-client privilege or attorney's

16   work product doctrine.

17   **REQUEST FOR PRODUCTION NO. 3:**

18          All DOCUMENTS RELATING TO the origin(s), conception and

19   creation of BRATZ, including without limitation all DOCUMENTS RELATING

20   TO the timing and the method and manner in which BRATZ first came to YOUR

21   or MGA's attention.

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

23          Larian incorporates by reference the above-stated general objections as

24   if fully set forth herein.  Larian also specifically objects to this request on the

25   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

26   information not relevant to the subject matter of this lawsuit or reasonably

27   calculated to lead to the discovery of admissible evidence.  Larian also specifically

28   objects to this request on the grounds that it seeks confidential, proprietary, or

1   commercially sensitive information, the disclosure of which would be inimical to

2   the business interests of Larian and one or more third parties.  Larian also objects to

3   this request to the extent it seeks documents not within Larian's possession,

4   custody, or control.  Larian also objects to this request to the extent it calls for the

5   disclosure of attorney-client privileged information or information protected from

6   disclosure by the work product doctrine, joint defense or common interest privilege,

7   or other privilege.

8          Subject to the foregoing, Larian will produce all documents within his

9   possession, custody, or control that are responsive to the request, if any, and that

10  have not already been produced, that he discovers in the course of his reasonable

11  search and diligent inquiry, which are within the permissible scope of discovery,

12  and to which no privilege or other protection applies, including without limitation,

13  the attorney-client privilege or attorney's work product doctrine.

14  **REQUEST FOR PRODUCTION NO. 4:**

15         All DOCUMENTS RELATING TO the modeling, prototyping,

16  rotocasting, sculpting or DESIGN of BRATZ at any time prior to June 30, 2001,

17  including without limitation all DOCUMENTS RELATING to the creation,

18  preparation or modification of any three-dimensional representation of BRATZ.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

20         Larian incorporates by reference the above-stated general objections as

21  if fully set forth herein.  Larian also specifically objects to this request on the

22  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

23  information not relevant to the subject matter of this lawsuit or reasonably

24  calculated to lead to the discovery of admissible evidence.  Larian also specifically

25  objects to this request on the grounds that it seeks confidential, proprietary, or

26  commercially sensitive information, the disclosure of which would be inimical to

27  the business interests of Larian and one or more third parties.  Larian also objects to

28  this request to the extent it seeks information the disclosure of which would

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 6
PAGE 373

1  implicate the rights of third parties to protect private, confidential, proprietary or

2  trade secret information.  Larian further objects to this request in the grounds that it

3  is vague and ambiguous in that Larian cannot determine what is meant by

4  "modeling, prototyping, rotocasting, sculpting, or design of Bratz."  Larian also

5  objects to this request to the extent it seeks documents not within Larian's

6  possession, custody, or control.  Larian also objects to this request to the extent it

7  calls for the disclosure of attorney-client privileged information or information

8  protected from disclosure by the work product doctrine, joint defense or common

9  interest privilege, or other privilege.

10        Subject to the foregoing, Larian will produce all documents within his

11  possession, custody, or control that are responsive to the request, if any, and that

12  have not already been produced, that he discovers in the course of his reasonable

13  search and diligent inquiry, which are within the permissible scope of discovery,

14  and to which no privilege or other protection applies, including without limitation,

15  the attorney-client privilege or attorney's work product doctrine.

16  **REQUEST FOR PRODUCTION NO. 5:**

17        All DOCUMENTS RELATING TO any payment or transfer of

18  anything of value made to or on behalf of BRYANT for any DESIGN that

19  BRYANT assigned or transferred to YOU or MGA prior to October 21, 2000,

20  regardless of when such payment was actually made.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

22        Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein.  Larian also specifically objects to this request on the

24  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

25  information not relevant to the subject matter of this lawsuit or reasonably

26  calculated to lead to the discovery of admissible evidence.  Larian also objects to

27  this request on the grounds that it is vague and ambiguous in that Larian cannot

28  determine what is meant by "payments made . . . on behalf of Bryant."  Larian also

- 8 -

EXHIBIT  6

PAGE  374

1  objects to this request on the grounds that it seeks confidential, proprietary or

2  commercially sensitive information, the disclosure of which would be inimical to

3  the business interests of Larian and one or more third parties.  Larian further objects

4  to this request to the extent it seeks information the disclosure of which would

5  implicate the rights of third parties to protect private, confidential, proprietary or

6  trade secret information.   Larian also objects to this request to the extent it calls for

7  the disclosure of attorney-client privileged information or information protected

8  from disclosure by the work-product doctrine, joint defense or common interest

9  privilege, or other privilege.

10          Subject to the foregoing, Larian will produce all documents within his

11  possession, custody, or control that are responsive to the request, if any, and that

12  have not already been produced, that he discovers in the course of his reasonable

13  search and diligent inquiry, which are within the permissible scope of discovery,

14  and to which no privilege or other protection applies, including without limitation,

15  the attorney-client privilege or attorney's work product doctrine.

16  **REQUEST FOR PRODUCTION NO. 6:**

17          All DOCUMENTS that RELATING TO invoices submitted by

18  BRYANT to YOU or MGA prior to January 31, 2001.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

20          Larian incorporates by reference the above-stated general objections as

21  if fully set forth herein.  Larian also specifically objects to this request on the

22  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

23  information not relevant to the subject matter of this lawsuit or reasonably

24  calculated to lead to the discovery of admissible evidence.  Larian also objects to

25  this request on the grounds that it seeks confidential, proprietary or commercially

26  sensitive information, the disclosure of which would be inimical to the business

27  interests of Larian and one or more third parties.  Larian further objects to this

28  request to the extent it seeks information the disclosure of which would implicate

- 9 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 6

PAGE 375

1    the rights of third parties to protect private, confidential, proprietary or trade secret

2    information.  Larian also objects to this request to the extent it calls for the

3    disclosure of attorney-client privileged information or information protected from

4    disclosure by the work-product doctrine, joint defense or common interest

5    privilege, or other privilege.

6            Subject to the foregoing, Larian will produce all documents within his

7    possession, custody, or control that are responsive to the request, if any, and that

8    have not already been produced, that he discovers in the course of his reasonable

9    search and diligent inquiry, which are within the permissible scope of discovery,

10   and to which no privilege or other protection applies, including without limitation,

11   the attorney-client privilege or attorney's work product doctrine.

12   **REQUEST FOR PRODUCTION NO. 7:**

13           All royalty statements to or for BRYANT.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

15           Larian incorporates by reference the above-stated general objections as

16   if fully set forth herein.  Larian also specifically objects to this request on the

17   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

18   information not relevant to the subject matter of this lawsuit or reasonably

19   calculated to lead to the discovery of admissible evidence.  Larian also objects to

20   this request in that it is overbroad, including without limitation, in that is it not

21   limited as to time of the royalty statements or the product or services to which those

22   royalty statements relate.  Larian also objects to this request on the grounds that it is

23   vague and ambiguous, particularly in that Larian cannot determine what is meant by

24   "royalty statements . . . for BRYANT."  Larian also objects to this request on the

25   grounds that it seeks confidential, proprietary or commercially sensitive

26   information, the disclosure of which would be inimical to the business interests of

27   Larian and one or more third parties.  Larian further objects to this request to the

28   extent it seeks information the disclosure of which would implicate the rights of

EXHIBIT ___6___

PAGE ___376___

- 10 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)