1    information, the disclosure of which would be inimical to the business interests of

2    Larian and one or more third parties.  Larian also objects to this request to the

3    extent it calls for the disclosure of attorney-client privileged information or

4    information protected from disclosure by the work-product doctrine, joint defense

5    or common interest privilege, or other privilege.

6            Subject to the foregoing, Larian will produce all documents within his

7    possession, custody, or control that are responsive to the request, if any, and that

8    have not already been produced, that he discovers in the course of his reasonable

9    search and diligent inquiry, which are within the permissible scope of discovery,

10   and to which no privilege or other protection applies, including without limitation,

11   the attorney-client privilege or attorney's work product doctrine.

12   **REQUEST FOR PRODUCTION NO. 21:**

13           Any personnel file that YOU created, control, or maintain concerning

14   Shirin Salemnia.

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 174:**

16           Larian incorporates by reference the above-stated general objections as

17   if fully set forth herein.  Larian also specifically objects to this request on the

18   grounds that it is overbroad and unduly burdensome, and seeks information not

19   relevant to the subject matter of this lawsuit or reasonably calculated to lead to the

20   discovery of admissible evidence, including, without limitation, in that it seeks any

21   personnel or vendor file concerning Shirin Salemnia created or maintained by

22   Larian and is not otherwise limited as to subject matter or time.  Larian also objects

23   to this request on the grounds that it seeks information in violation of the right of

24   privacy.  Larian also objects to this request to the extent it seeks information the

25   disclosure of which would implicate the rights of third parties to protect private,

26   confidential, proprietary or trade secret information.  Larian also objects to this

27   request on the grounds that it seeks confidential, proprietary or commercially

28   sensitive information, the disclosure of which would be inimical to the business

- 186 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  6

PAGE  561

1    interests of Larian and one or more third parties. Larian also objects to this request

2    to the extent it calls for the disclosure of attorney-client privileged information or

3    information protected from disclosure by the work-product doctrine, joint defense

4    or common interest privilege, or other privilege.

5            Subject to the foregoing, Larian will produce all documents within his

6    possession, custody, or control that are responsive to the request, if any, and that

7    have not already been produced, that he discovers in the course of his reasonable

8    search and diligent inquiry, which are within the permissible scope of discovery,

9    and to which no privilege or other protection applies, including without limitation,

10   the attorney-client privilege or attorney's work product doctrine.

11   **REQUEST FOR PRODUCTION NO. 175:**

12           DOCUMENTS sufficient to show the relationship, whether by blood

13   or marriage, between Isaac Larian or any FAMILY MEMBER of Isaac Larian, on

14   the one hand, and Shirin Salemnia.

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 175:**

16           Larian incorporates by reference the above-stated general objections as

17   if fully set forth herein. Larian also specifically objects to this request on the

18   grounds that it is overbroad and seeks information not relevant to the subject matter

19   of this lawsuit or reasonably calculated to lead to the discovery of admissible

20   evidence. Larian also objects to this request on the grounds that it seeks

21   information in violation of the right of privacy. Larian also objects to this request

22   to the extent it calls for the disclosure of attorney-client privileged information or

23   information protected from disclosure by the work-product doctrine, joint defense

24   or common interest privilege, or other privilege.

25           Subject to the foregoing, Larian will produce all documents within his

26   possession, custody, or control that are responsive to the request, if any, and that

27   have not already been produced, that he discovers in the course of his reasonable

28   search and diligent inquiry, which are within the permissible scope of discovery,

EXHIBIT 6

PAGE 552

- 187 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   and to which no privilege or other protection applies, including without limitation,

2   the attorney-client privilege or attorney's work product doctrine.

3   **REQUEST FOR PRODUCTION NO. 22:**

4   　　　　　Any personnel file that YOU created, control, or maintain concerning

5   Victoria O'Connor.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 176:**

7   　　　　　Larian incorporates by reference the above-stated general objections as

8   if fully set forth herein.  Larian also specifically objects to this request on the

9   grounds that it is overbroad and unduly burdensome, and seeks information not

10  relevant to the subject matter of this lawsuit or reasonably calculated to lead to the

11  discovery of admissible evidence, including, without limitation, in that it seeks any

12  personnel or vendor file concerning Victoria O'Connor created or maintained by

13  Larian and is not otherwise limited as to subject matter or time.  Larian also objects

14  to this request on the grounds that it seeks information in violation of the right of

15  privacy.  Larian also objects to this request to the extent it seeks information the

16  disclosure of which would implicate the rights of third parties to protect private,

17  confidential, proprietary or trade secret information.  Larian also objects to this

18  request on the grounds that it seeks confidential, proprietary or commercially

19  sensitive information, the disclosure of which would be inimical to the business

20  interests of Larian and one or more third parties.  Larian also objects to this request

21  to the extent it calls for the disclosure of attorney-client privileged information or

22  information protected from disclosure by the work-product doctrine, joint defense

23  or common interest privilege, or other privilege.

24  　　　　　Subject to the foregoing, Larian will produce all documents within his

25  possession, custody, or control that are responsive to the request, if any, and that

26  have not already been produced, that he discovers in the course of his reasonable

27  search and diligent inquiry, which are within the permissible scope of discovery,

28  and to which no privilege or other protection applies, including without limitation,

EXHIBIT  6

PAGE  553

- 188 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   the attorney-client privilege or attorney's work product doctrine.

2   **REQUEST FOR PRODUCTION NO. 177:**

3        Any personnel file that YOU created, control, or maintain concerning

4   Farhad Larian.

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 177:**

6        Larian incorporates by reference the above-stated general objections as

7   if fully set forth herein.  Larian also specifically objects to this request on the

8   grounds that it is overbroad and unduly burdensome, and seeks information not

9   relevant to the subject matter of this lawsuit or reasonably calculated to lead to the

10   discovery of admissible evidence, including, without limitation, in that it seeks any

11   personnel or vendor file concerning Farhad Larian created or maintained by Larian

12   and is not otherwise limited as to subject matter or time.  Larian also objects to this

13   request on the grounds that it seeks information in violation of the right of privacy.

14   Larian also objects to this request to the extent it seeks information the disclosure of

15   which would implicate the rights of third parties to protect private, confidential,

16   proprietary or trade secret information.  Larian also objects to this request on the

17   grounds that it seeks confidential, proprietary or commercially sensitive

18   information, the disclosure of which would be inimical to the business interests of

19   Larian and one or more third parties.  Larian also objects to this request to the

20   extent it calls for the disclosure of attorney-client privileged information or

21   information protected from disclosure by the work-product doctrine, joint defense

22   or common interest privilege, or other privilege.

23        Subject to the foregoing, Larian will produce all documents within his

24   possession, custody, or control that are responsive to the request, if any, and that

25   have not already been produced, that he discovers in the course of his reasonable

26   search and diligent inquiry, which are within the permissible scope of discovery,

27   and to which no privilege or other protection applies, including without limitation,

28   the attorney-client privilege or attorney's work product doctrine.


EXHIBIT 6

PAGE 554

- 189 -

1    **REQUEST FOR PRODUCTION NO. 179:**

2          All DOCUMENTS RELATING TO, including without limitation

3 phone records for, telephone calls by or to YOU or anyone on YOUR behalf for the

4 time period from January 1, 1998 through January 1, 2001 RELATING TO

5 BRATZ and/or ANGEL.

6    **RESPONSE TO REQUEST FOR PRODUCTION NO. 179:**

7          Larian incorporates by reference the above-stated general objections as

8 if fully set forth herein.  Larian also specifically objects to this request on the

9 grounds that it is overbroad, unduly burdensome and oppressive, and seeks

10 information not relevant to the subject matter of this lawsuit or reasonably

11 calculated to lead to the discovery of admissible evidence, including, without

12 limitation, in that it seeks all telephone records for Larian relating to Bratz and/or

13 Angel, without limitation as to who placed the call or who was called, thereby

14 potentially revealing to Mattel every customer, vendor, distributor or anyone else

15 Larian called in the referenced time period, and the length and frequency of those

16 calls.  Larian also objects to this request on the grounds that it is overbroad in that it

17 asks for phone records beginning on January 1, 1998.  Larian also objects to this

18 request on the grounds that it seeks information in violation of the right of privacy.

19 Larian also objects to this request on the grounds that it seeks confidential,

20 proprietary or commercially sensitive information, the disclosure of which would

21 be inimical to the business interests of Larian and one or more third parties.

22          Subject to the foregoing, Larian will produce all documents within his

23 possession, custody, or control that are responsive to the request, if any, and that

24 have not already been produced, that he discovers in the course of his reasonable

25 search and diligent inquiry, which are within the permissible scope of discovery,

26 and to which no privilege or other protection applies, including without limitation,

27 the attorney-client privilege or attorney's work product doctrine.

28


EXHIBIT 6
PAGE 555

- 190 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  **REQUEST FOR PRODUCTION NO. 181:**

2          All DOCUMENTS RELATING TO, including without limitation

3  phone records for, telephone calls RELATING TO BRYANT by or to YOU or

4  anyone on YOUR behalf at any time.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 181:**

6          Larian incorporates by reference the above-stated general objections as

7  if fully set forth herein.  Larian also specifically objects to this request on the

8  grounds that it is overbroad, unduly burdensome and oppressive, and seeks

9  information not relevant to the subject matter of this lawsuit or reasonably

10  calculated to lead to the discovery of admissible evidence, including, without

11  limitation, in that it seeks all telephone records for Larian relating, without

12  limitation as to who placed the call or who was called, thereby potentially revealing

13  to Mattel every customer, vendor, distributor or anyone else Larian called in the

14  referenced time period, and the length and frequency of those calls.  Larian also

15  objects to this request on the grounds that it is overbroad in that it asks for phone

16  without limitation as to time.  Larian also objects to this request on the grounds that

17  it seeks information in violation of the right of privacy.  Larian also objects to this

18  request on the grounds that it seeks confidential, proprietary or commercially

19  sensitive information, the disclosure of which would be inimical to the business

20  interests of Larian and one or more third parties.

21          Subject to the foregoing, Larian will produce all documents pertaining

22  to communications made prior to January 1, 2001 within his possession, custody, or

23  control that are responsive to the request, if any, and that have not already been

24  produced, that he discovers in the course of his reasonable search and diligent

25  inquiry, which are within the permissible scope of discovery, and to which no

26  privilege or other protection applies, including without limitation, the attorney-

27  client privilege or attorney's work product doctrine.

28


EXHIBIT 6

PAGE 556

- 191 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    **REQUEST FOR PRODUCTION NO. 182:**

2           All DOCUMENTS that RELATING TO any actual, proposed,

3    contemplated, considered or potential copyright, patent or any other application or

4    registration for BRATZ or any BRATZ DESIGN, including without limitation all

5    COMMUNICATIONS pertaining thereto.

6    **RESPONSE TO REQUEST FOR PRODUCTION NO. 182:**

7           Larian incorporates by reference the above-stated general objections as

8    if fully set forth herein.  Larian also specifically objects to this request on the

9    grounds that it is overbroad, including, without limitation, in that it seeks all

10   documents relating to any copyright, patent, trademark, or other application for

11   registration for Bratz or any Bratz design not at issue in this litigation, which may

12   include dozens-potentially hundreds of products.  Larian also objects to this request

13   on the grounds that it seeks confidential, proprietary or commercially sensitive

14   information, the disclosure of which would be inimical to the business interests of

15   Larian and one or more third parties.  Larian also objects to this request to the

16   extent it calls for the disclosure of attorney-client privileged information or

17   information protected from disclosure by the work-product doctrine, joint defense

18   or common interest privilege, or other privilege.  Larian also objects to this request

19   on the grounds that it seeks information that is already known to Mattel and/or is a

20   matter of public record.

21          Subject to the foregoing, Larian will produce all documents within his

22   possession, custody, or control that are responsive to the request, if any, and that

23   have not already been produced, that he discovers in the course of his reasonable

24   search and diligent inquiry, which are within the permissible scope of discovery,

25   and to which no privilege or other protection applies, including without limitation,

26   the attorney-client privilege or attorney's work product doctrine.

27   **REQUEST FOR PRODUCTION NO. 183:**

28          All DOCUMENTS RELATING TO any actual, proposed,

EXHIBIT 6

PAGE 557

- 192 -

1  contemplated, considered or potential copyright, patent or any other application or
2  registration for ANGEL or any ANGEL DESIGN, including without limitation all
3  COMMUNICATIONS pertaining thereto.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 183:**

5          Larian incorporates by reference the above-stated general objections as
6  if fully set forth herein.  Larian also specifically objects to this request on the
7  grounds that it is overbroad, including, without limitation, in that it seeks all
8  documents relating to any copyright, patent, trademark, or other application for
9  registration for Angel or any Angel design not at issue in this litigation, which may
10 include dozens-potentially hundreds of products.  Larian also objects to this request
11 on the grounds that it seeks confidential, proprietary or commercially sensitive
12 information, the disclosure of which would be inimical to the business interests of
13 Larian and one or more third parties.  Larian further objects to this request to the
14 extent it seeks information the disclosure of which would implicate the rights of
15 third parties to protect private, confidential, proprietary or trade secret information.
16 Larian also objects to this request to the extent it calls for the disclosure of attorney-
17 client privileged information or information protected from disclosure by the work-
18 product doctrine, joint defense or common interest privilege, or other privilege.
19 Larian also objects to this request on the grounds that it seeks information that is
20 already known to Mattel and/or is a matter of public record.

21         Subject to the foregoing, Larian will produce all documents within his
22 possession, custody, or control that are responsive to the request, if any, and that
23 have not already been produced, that he discovers in the course of his reasonable
24 search and diligent inquiry, which are within the permissible scope of discovery,
25 and to which no privilege or other protection applies, including without limitation,
26 the attorney-client privilege or attorney's work product doctrine.

27 **REQUEST FOR PRODUCTION NO. 184:**

28         All doll heads, sculpts, prototypes, models, samples and tangible items

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 6

PAGE 558

1    that Anna Rhee painted, whether in whole or in part, for YOU, MGA or BRYANT,

2    or on behalf of YOU, MGA or BRYANT, prior to January 1, 2001.

3    **RESPONSE TO REQUEST FOR PRODUCTION NO. 184:**

4          Larian incorporates by reference the above-stated general objections as

5    if fully set forth herein.  Larian also specifically objects to this request on the

6    grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

7    information not relevant to the subject matter of this lawsuit or reasonably

8    calculated to lead to the discovery of admissible evidence.  Larian also specifically

9    objects to this request to the extent it seeks information the disclosure of which

10   would implicate the rights of third parties to protect private, confidential,

11   proprietary or trade secret information.  Larian also objects to this request on the

12   grounds that it seeks confidential, proprietary or commercially sensitive

13   information, the disclosure of which would be inimical to the business interests of

14   Larian and one or more third parties.  Larian also objects to this request to the

15   extent it calls for the disclosure of attorney-client privileged information or

16   information protected from disclosure by the work-product doctrine, joint defense

17   or common interest privilege, or other privilege.  Larian also objects to this request

18   to the extent it seeks documents not within Larian's possession, custody or control.

19         Subject to the foregoing, Larian will make available for inspection all

20   items within his possession, custody, or control that are responsive to the request, if

21   any, and that have not already been produced, that he discovers in the course of his

22   reasonable search and diligent inquiry, which are within the permissible scope of

23   discovery, and to which no privilege or other protection applies, including without

24   limitation, the attorney-client privilege or attorney's work product doctrine.

25   **REQUEST FOR PRODUCTION NO. 185:**

26         All doll heads, sculpts, prototypes, models, samples and tangible items

27   that REFER OR RELATE TO DESIGNS for dolls, doll accessories or toys that

28   BRYANT produced, created, authored, conceived of or reduced to practice,

- 194 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 6

PAGE 559

1    whether alone or jointly with others, prior to January 1, 2001.

2    **RESPONSE TO REQUEST FOR PRODUCTION NO. 185:**

3           Larian incorporates by reference the above-stated general objections as

4    if fully set forth herein.  Larian also specifically objects to this request on the

5    grounds that it is overbroad, unduly burdensome and oppressive including, without

6    limitation, in that it seeks tangible items that refer or relate to designs for dolls, doll

7    accessories or toys that are not at issue in this lawsuit, and in that it reaches back

8    into time indefinitely and, thus, for example, calls for documents referring or

9    relating to designs Bryant might have conceived of in his childhood and that have

10   nothing whatsoever to do with this action.  Larian also objects to this request on the

11   grounds that it seeks confidential, proprietary or commercially sensitive

12   information, the disclosure of which would be inimical to the business interests of

13   Larian and one or more third parties.  Larian further objects to this request to the

14   extent it seeks information the disclosure of which would implicate the rights of

15   third parties to protect private, confidential, proprietary or trade secret information.

16   Larian also objects to this request to the extent it calls for the disclosure of attorney-

17   client privileged information or information protected from disclosure by the work-

18   product doctrine, joint defense or common interest privilege, or other privilege.

19   Larian also objects to this request to the extent it seeks documents not within

20   Larian's possession, custody or control.

21          Subject to the foregoing, Larian will make available for inspection all

22   items produced, created, authored, conceived of or reduced to practice prior to

23   January 1, 2001 within his possession, custody, or control that are responsive to the

24   request, if any, and that have not already been produced, that he discovers in the

25   course of his reasonable search and diligent inquiry, which are within the

26   permissible scope of discovery, and to which no privilege or other protection

27   applies, including without limitation, the attorney-client privilege or attorney's

28   work product doctrine.



EXHIBIT  6

PAGE  560

- 195 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1 | **REQUEST FOR PRODUCTION NO. 23:**

2 |          All DOCUMENTS RELATING TO the exhibition or showing of

3 | BRATZ at the Hong Kong Toy Fair in January 2001.

4 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 186:**

5 |          Larian incorporates by reference the above-stated general objections as

6 | if fully set forth herein.  Larian also specifically objects to this request on the

7 | grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

8 | information not relevant to the subject matter of this lawsuit or reasonably

9 | calculated to lead to the discovery of admissible evidence.  Larian also specifically

10 | objects to this request on the grounds that it is vague and ambiguous in that Larian

11 | cannot determine what is meant by "exhibition."  Larian also objects to this request

12 | on the grounds that it seeks confidential, proprietary or commercially sensitive

13 | information, the disclosure of which would be inimical to the business interests of

14 | Larian and one or more third parties.  Larian also objects to this request to the

15 | extent it seeks information the disclosure of which would implicate the rights of

16 | third parties to protect private, confidential, proprietary or trade secret information.

17 | Larian also objects to this request to the extent it calls for the disclosure of attorney-

18 | client privileged information or information protected from disclosure by the work-

19 | product doctrine, joint defense or common interest privilege, or other privilege.

20 |          Subject to the foregoing, Larian will produce all documents within his

21 | possession, custody, or control that are responsive to the request, if any, and that

22 | have not already been produced, that he discovers in the course of his reasonable

23 | search and diligent inquiry, which are within the permissible scope of discovery,

24 | and to which no privilege or other protection applies, including without limitation,

25 | the attorney-client privilege or attorney's work product doctrine.

26 | **REQUEST FOR PRODUCTION NO. 187:**

27 |          All DOCUMENTS RELATING TO the exhibition or showing of

28 | BRATZ at the Tokyo Toy Fair in or about February 2001.

- 196 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)



EXHIBIT 6
PAGE 561

**RESPONSE TO REQUEST FOR PRODUCTION NO. 187:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also specifically objects to this request on the grounds that it is vague and ambiguous in that Larian cannot determine what is meant by "exhibition." Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

Subject to the foregoing, Larian will produce all documents within his possession, custody, or control that are responsive to the request, if any, and that have not already been produced, that he discovers in the course of his reasonable search and diligent inquiry, which are within the permissible scope of discovery, and to which no privilege or other protection applies, including without limitation, the attorney-client privilege or attorney's work product doctrine.

**REQUEST FOR PRODUCTION NO. 188:**

All DOCUMENTS RELATING TO the exhibition of BRATZ at the New York Toy Fair in or about February 2001.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 188:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the

EXHIBIT __6__

PAGE __562__

- 197 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S 1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

2  information not relevant to the subject matter of this lawsuit or reasonably

3  calculated to lead to the discovery of admissible evidence.  Larian also specifically

4  objects to this request on the grounds that it is vague and ambiguous in that Larian

5  cannot determine what is meant by "exhibition."  Larian also objects to this request

6  on the grounds that it seeks confidential, proprietary or commercially sensitive

7  information, the disclosure of which would be inimical to the business interests of

8  Larian and one or more third parties.  Larian also objects to this request to the

9  extent it seeks information the disclosure of which would implicate the rights of

10 third parties to protect private, confidential, proprietary or trade secret information.

11 Larian also objects to this request to the extent it calls for the disclosure of attorney-

12 client privileged information or information protected from disclosure by the work-

13 product doctrine, joint defense or common interest privilege, or other privilege.

14         Subject to the foregoing, Larian will produce all documents within his

15 possession, custody, or control that are responsive to the request, if any, and that

16 have not already been produced, that he discovers in the course of his reasonable

17 search and diligent inquiry, which are within the permissible scope of discovery,

18 and to which no privilege or other protection applies, including without limitation,

19 the attorney-client privilege or attorney's work product doctrine.

20 **REQUEST FOR PRODUCTION NO. 189:**

21         To the extent not covered by other Requests, all DOCUMENTS

22 RELATING TO the exhibition of BRATZ at any toy fair at any time prior to

23 December 31, 2001.

24 **RESPONSE TO REQUEST FOR PRODUCTION NO. 189:**

25         Larian incorporates by reference the above-stated general objections as

26 if fully set forth herein.  Larian also specifically objects to this request on the

27 grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

28 information not relevant to the subject matter of this lawsuit or reasonably

EXHIBIT 6

PAGE 563

- 198 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  calculated to lead to the discovery of admissible evidence. Larian also specifically

2  objects to this request on the grounds that it is vague and ambiguous in that Larian

3  cannot determine what is meant by "exhibition." Larian also objects to this request

4  on the grounds that it seeks confidential, proprietary or commercially sensitive

5  information, the disclosure of which would be inimical to the business interests of

6  Larian and one or more third parties. Larian also objects to this request to the

7  extent it seeks information the disclosure of which would implicate the rights of

8  third parties to protect private, confidential, proprietary or trade secret information.

9  Larian also objects to this request to the extent it calls for the disclosure of attorney-

10  client privileged information or information protected from disclosure by the work-

11  product doctrine, joint defense or common interest privilege, or other privilege.

12      Subject to the foregoing, Larian will produce all documents within his

13  possession, custody, or control that are responsive to the request, if any, and that

14  have not already been produced, that he discovers in the course of his reasonable

15  search and diligent inquiry, which are within the permissible scope of discovery,

16  and to which no privilege or other protection applies, including without limitation,

17  the attorney-client privilege or attorney's work product doctrine.

18  **REQUEST FOR PRODUCTION NO. 193:**

19      All COMMUNICATIONS between YOU and any member of the

20  press RELATING TO this ACTION.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 193:**

22      Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein. Larian also specifically objects to this request on the

24  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

25  information not relevant to the subject matter of this lawsuit or reasonably

26  calculated to lead to the discovery of admissible evidence. Larian also specifically

27  objects to this request on the grounds that it seeks confidential, proprietary or

28  commercially sensitive information, the disclosure of which would be inimical to

EXHIBIT 6

PAGE 564

- 199 -

1   the business interests of Larian.  Larian further objects to this request to the extent it

2   seeks information the disclosure of which would implicate the rights of third parties

3   to protect private, confidential, proprietary or trade secret information.  Larian also

4   objects to this request to the extent it calls for the disclosure of attorney-client

5   privileged information or information protected from disclosure by the work-

6   product doctrine, joint defense or common interest privilege, or other privilege.

7        Subject to the foregoing, Larian will produce all documents within his

8   possession, custody, or control that are responsive to the request, if any, and that

9   have not already been produced, that he discovers in the course of his reasonable

10  search and diligent inquiry, which are within the permissible scope of discovery,

11  and to which no privilege or other protection applies, including without limitation,

12  the attorney-client privilege or attorney's work product doctrine.

13  **REQUEST FOR PRODUCTION NO. 200:**

14       All DOCUMENTS RELATING TO any effort by YOU or MGA to

15  recruit employees or contractors who have been or are employed by or who have

16  worked for MATTEL since January 1, 1999, including but not limited to

17  advertising, media releases, brochures, articles, catalogs, handbooks, and public

18  relations material.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 200:**

20       Larian incorporates by reference the above-stated general objections as

21  if fully set forth herein.  Larian also specifically objects to this request on the

22  grounds that it is overbroad and seeks information not relevant to the subject matter

23  of this lawsuit or reasonably calculated to lead to the discovery of admissible

24  evidence.  Larian also objects to this request on the grounds that it seeks

25  confidential, proprietary or commercially sensitive information, the disclosure of

26  which would be inimical to the business interests of Larian and one or more third

27  parties.  Larian also objects to this request to the extent it seeks information the

28  disclosure of which would implicate the rights of third parties to protect private,

EXHIBIT 6

PAGE 565

- 200 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  confidential, proprietary or trade secret information. Larian also objects to this

2  request to the extent it calls for the disclosure of attorney-client privileged

3  information or information protected from disclosure by the work-product doctrine,

4  joint defense or common interest privilege, or other privilege. Larian also objects

5  to this request to the extent that it seeks information that is already known to Mattel

6  and/or is a matter of public record.

7  　　　　Subject to the foregoing, Larian will produce all documents within his

8  possession, custody, or control that are responsive to the request, if any, and that

9  have not already been produced, that he discovers in the course of his reasonable

10  search and diligent inquiry, which are within the permissible scope of discovery,

11  and to which no privilege or other protection applies, including without limitation,

12  the attorney-client privilege or attorney's work product doctrine.

13  **REQUEST FOR PRODUCTION NO. 201:**

14  　　　　All DOCUMENTS RELATING TO the hiring, engagement, or

15  retention by YOU or MGA of any current or former MATTEL employee or

16  contractor since January 1, 1999, including but not limited to all employment

17  agreements and agreements RELATING TO confidentiality or the invention,

18  authorship, or ownership of any concept or product.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 201:**

20  　　　　Larian incorporates by reference the above-stated general objections as

21  if fully set forth herein. Larian also specifically objects to this request on the

22  grounds that it is overbroad and seeks information not relevant to the subject matter

23  of this lawsuit or reasonably calculated to lead to the discovery of admissible

24  evidence. Larian also objects to this request on the ground that it is overbroad,

25  unduly burdensome, and oppressive in seeking all documents relating to the hiring,

26  engagement, or retention of current or former Mattel employees or contractors,

27  regardless of the individuals or the work or services they performed. Larian also

28  objects to this request on the grounds that it seeks confidential, proprietary or

- 201 -   LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)



EXHIBIT 6

PAGE 566

1  commercially sensitive information, the disclosure of which would be inimical to
2  the business interests of Larian and one or more third parties.  Larian also objects to
3  this request to the extent it seeks information the disclosure of which would
4  implicate the rights of third parties to protect private, confidential, proprietary or
5  trade secret information.  Larian also objects to this request on the grounds that it
6  seeks information in violation of the right of privacy.  Larian also objects to this
7  request to the extent it calls for the disclosure of attorney-client privileged
8  information or information protected from disclosure by the work-product doctrine,
9  joint defense or common interest privilege, or other privilege.
10          Subject to the foregoing, Larian will produce all documents within his
11  possession, custody, or control that are responsive to the request, if any, and that
12  have not already been produced, that he discovers in the course of his reasonable
13  search and diligent inquiry, which are within the permissible scope of discovery,
14  and to which no privilege or other protection applies, including without limitation,
15  the attorney-client privilege or attorney's work product doctrine.
16  **REQUEST FOR PRODUCTION NO. 202:**
17          All DOCUMENTS, since January 1, 1999, RELATING TO YOUR
18  receipt, reproduction, copying, storage, transmission, transfer, retention,
19  destruction, deletion or use of any DOCUMENTS or DIGITAL INFORMATION,
20  including but not limited to any compilation of information, that was prepared,
21  made, created, generated, assembled or compiled by or for MATTEL and that was
22  not publicly available at the time of YOUR receipt of such DOCUMENT or
23  DIGITAL INFORMATION.
24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 202:**
25          Larian incorporates by reference the above-stated general objections as
26  if fully set forth herein.  Larian also specifically objects to this request on the
27  grounds that it is overbroad and seeks information not relevant to the subject matter
28  of this lawsuit or reasonably calculated to lead to the discovery of admissible



EXHIBIT 6

PAGE 567

- 202 -       LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    evidence.  Larian also objects to this request on the grounds that it seeks

2    confidential, proprietary or commercially sensitive information, the disclosure of

3    which would be inimical to the business interests of Larian and one or more third

4    parties.  Larian also objects to this request to the extent it calls for the disclosure of

5    attorney-client privileged information or information protected from disclosure by

6    the work-product doctrine, joint defense or common interest privilege, or other

7    privilege.

8           Subject to the foregoing, Larian will produce all documents within his

9    possession, custody, or control that are responsive to the request, if any, and that

10   have not already been produced, that he discovers in the course of his reasonable

11   search and diligent inquiry, which are within the permissible scope of discovery,

12   and to which no privilege or other protection applies, including without limitation,

13   the attorney-client privilege or attorney's work product doctrine.

14   **REQUEST FOR PRODUCTION NO. 203:**

15          All DOCUMENTS, since January 1, 1999, RELATING TO YOUR

16   knowledge of any MATTEL product prior to the time that such product had been

17   announced or disclosed by MATTEL to retailers or the public.

18   **RESPONSE TO REQUEST FOR PRODUCTION NO. 203:**

19          Larian incorporates by reference the above-stated general objections as

20   if fully set forth herein.  Larian also specifically objects to this request on the

21   grounds that it is overbroad and seeks information not relevant to the subject matter

22   of this lawsuit or reasonably calculated to lead to the discovery of admissible

23   evidence and is, thus, overbroad, unduly burdensome an oppressive, including,

24   without limitation, in that it seeks documents related to Mattel products not at issue

25   in this litigation.  Larian also objects to this request on the grounds that it seeks

26   confidential, proprietary or commercially sensitive information, the disclosure of

27   which would be inimical to the business interests of Larian and one or more third

28   parties.  Larian also objects to this request to the extent it seeks information the

- 203 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)



EXHIBIT 6

PAGE 568

1  disclosure of which would implicate the rights of third parties to protect private,

2  confidential, proprietary or trade secret information.  Larian also objects to this

3  request to the extent it calls for the disclosure of attorney-client privileged

4  information or information protected from disclosure by the work-product doctrine,

5  joint defense or common interest privilege, or other privilege.

6         Subject to the foregoing, Larian will produce all documents within his

7  possession, custody, or control that are responsive to the request, if any, and that

8  have not already been produced, that he discovers in the course of his reasonable

9  search and diligent inquiry, which are within the permissible scope of discovery,

10 and to which no privilege or other protection applies, including without limitation,

11 the attorney-client privilege or attorney's work product doctrine.

12 **REQUEST FOR PRODUCTION NO. 204:**

13        All DOCUMENTS, since January 1, 1999, RELATING TO YOUR

14 knowledge of any DESIGN created by, on behalf of, or at the behest of MATTEL,

15 or created by any PERSON employed by or under contract with MATTEL at the

16 time of the DESIGN's creation, that was not manufactured for sale or placed into

17 the retail market.

18 **RESPONSE TO REQUEST FOR PRODUCTION NO. 204:**

19        Larian incorporates by reference the above-stated general objections as

20 if fully set forth herein.  Larian also specifically objects to this request on the

21 grounds that it is overbroad and seeks information not relevant to the subject matter

22 of this lawsuit or reasonably calculated to lead to the discovery of admissible

23 evidence.  Larian also objects to this request on the grounds that it seeks

24 confidential, proprietary or commercially sensitive information, the disclosure of

25 which would be inimical to the business interests of Larian and one or more third

26 parties.  Larian also objects to this request to the extent it seeks information the

27 disclosure of which would implicate the rights of third parties to protect private,

28 confidential, proprietary or trade secret information.  Larian also objects to this

- 204 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 6
PAGE 569

1  request to the extent it calls for the disclosure of attorney-client privileged

2  information or information protected from disclosure by the work-product doctrine,

3  joint defense or common interest privilege, or other privilege.

4          Subject to the foregoing, Larian will produce all documents within his

5  possession, custody, or control that are responsive to the request, if any, and that

6  have not already been produced, that he discovers in the course of his reasonable

7  search and diligent inquiry, which are within the permissible scope of discovery,

8  and to which no privilege or other protection applies, including without limitation,

9  the attorney-client privilege or attorney's work product doctrine.

10 **REQUEST FOR PRODUCTION NO. 205:**

11         All DOCUMENTS, since January 1, 1999, RELATING TO YOUR

12 receipt, reproduction, copying, storage, transmission, transfer, retention,

13 destruction, deletion or use of any MATTEL line list or other DOCUMENT

14 prepared by MATTEL identifying MATTEL products in the planning, design or

15 development phase.

16 **RESPONSE TO REQUEST FOR PRODUCTION NO. 205:**

17         Larian incorporates by reference the above-stated general objections as

18 if fully set forth herein.  Larian also specifically objects to this request on the

19 grounds that it is overbroad and seeks information not relevant to the subject matter

20 of this lawsuit or reasonably calculated to lead to the discovery of admissible

21 evidence.  Larian also objects to this request on the grounds that it seeks

22 confidential, proprietary or commercially sensitive information, the disclosure of

23 which would be inimical to the business interests of Larian and one or more third

24 parties.  Larian also objects to this request to the extent it seeks information the

25 disclosure of which would implicate the rights of third parties to protect private,

26 confidential, proprietary or trade secret information.  Larian also objects to this

27 request to the extent it calls for the disclosure of attorney-client privileged

28 information or information protected from disclosure by the work-product doctrine,

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  6

PAGE  570

1    joint defense or common interest privilege, or other privilege.

2            Subject to the foregoing, Larian will produce all documents within his

3    possession, custody, or control that are responsive to the request, if any, and that

4    have not already been produced, that he discovers in the course of his reasonable

5    search and diligent inquiry, which are within the permissible scope of discovery,

6    and to which no privilege or other protection applies, including without limitation,

7    the attorney-client privilege or attorney's work product doctrine.

8    **REQUEST FOR PRODUCTION NO. 206:**

9            All DOCUMENTS, since January 1, 1999, RELATING TO MGA's

10   receipt, reproduction, copying, storage, transmission, transfer, retention,

11   destruction, deletion or use of any MATTEL line list or other DOCUMENT

12   prepared by MATTEL identifying MATTEL products in the planning, design or

13   development phase.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 206:**

15           Larian incorporates by reference the above-stated general objections as

16   if fully set forth herein.  Larian also specifically objects to this request on the

17   grounds that it is overbroad and seeks information not relevant to the subject matter

18   of this lawsuit or reasonably calculated to lead to the discovery of admissible

19   evidence.  Larian also objects to this request on the ground that it is overbroad,

20   unduly burdensome, and oppressive, including, without limitation, in that it is

21   duplicative of request number 205.  Larian also objects to this request on the

22   grounds that it seeks confidential, proprietary or commercially sensitive

23   information, the disclosure of which would be inimical to the business interests of

24   Larian and one or more third parties.  Larian also objects to this request to the

25   extent it seeks information the disclosure of which would implicate the rights of

26   third parties to protect private, confidential, proprietary or trade secret information.

27   Larian also objects to this request to the extent it calls for the disclosure of attorney-

28   client privileged information or information protected from disclosure by the work-

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 6
PAGE 571

1    product doctrine, joint defense or common interest privilege, or other privilege.

2             Subject to the foregoing, Larian will produce all documents within his

3    possession, custody, or control that are responsive to the request, if any, and that

4    have not already been produced, that he discovers in the course of his reasonable

5    search and diligent inquiry, which are within the permissible scope of discovery,

6    and to which no privilege or other protection applies, including without limitation,

7    the attorney-client privilege or attorney's work product doctrine.

8    **REQUEST FOR PRODUCTION NO. 210:**

9             DOCUMENTS sufficient to IDENTIFY each telephone subscription

10   service account that YOU have or have had, or that YOU use or have used, since

11   January 1, 1999.

12   **RESPONSE TO REQUEST FOR PRODUCTION NO. 210:**

13            Larian incorporates by reference the above-stated general objections as

14   if fully set forth herein.  Larian also specifically objects to this request on the

15   grounds that it is overbroad and seeks information not relevant to the subject matter

16   of this lawsuit or reasonably calculated to lead to the discovery of admissible

17   evidence.  Larian also objects to this request on the grounds that it seeks

18   confidential, proprietary or commercially sensitive information, the disclosure of

19   which would be inimical to the business interests of Larian and one or more third

20   parties.  Larian also objects to this request to the extent it calls for the disclosure of

21   attorney-client privileged information or information protected from disclosure by

22   the work-product doctrine, joint defense or common interest privilege, or other

23   privilege.

24            Subject to the foregoing, Larian will produce all documents pertaining

25   to the retention or destruction of documents or digital information relevant to this

26   action within his possession, custody, or control that are responsive to the request,

27   if any, and that have not already been produced, that he discovers in the course of

28   his reasonable search and diligent inquiry, which are within the permissible scope

EXHIBIT 6

PAGE 572

- 207 -
LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   of discovery, and to which no privilege or other protection applies, including

2   without limitation, the attorney-client privilege or attorney's work product doctrine.

3   **REQUEST FOR PRODUCTION NO. 211:**

4        All MATTEL DOCUMENTS that BRYANT or any other PERSON

5   has shown, given, provided, summarized or otherwise communicated to YOU or

6   MGA (whether directly or indirectly) at any time since January 1, 1999.

7   **RESPONSE TO REQUEST FOR PRODUCTION NO. 211:**

8        Larian incorporates by reference the above-stated general objections as

9   if fully set forth herein.  Larian also specifically objects to this request on the

10  grounds that it is overbroad and seeks information not relevant to the subject matter

11  of this lawsuit or reasonably calculated to lead to the discovery of admissible

12  evidence.  Larian also objects to this request to the extent it seeks information the

13  disclosure of which would implicate the rights of third parties to protect private,

14  confidential, proprietary or trade secret information.  Larian also objects to this

15  request on the grounds that it seeks confidential, proprietary or commercially

16  sensitive information, the disclosure of which would be inimical to the business

17  interests of Larian and one or more third parties.  Larian also objects to this request

18  to the extent it calls for the disclosure of attorney-client privileged information or

19  information protected from disclosure by the work-product doctrine, joint defense

20  or common interest privilege, or other privilege.

21       Subject to the foregoing, Larian will produce all documents pertaining

22  to the retention or destruction of documents or digital information relevant to this

23  action within his possession, custody, or control that are responsive to the request,

24  if any, and that have not already been produced, that he discovers in the course of

25  his reasonable search and diligent inquiry, which are within the permissible scope

26  of discovery, and to which no privilege or other protection applies, including

27  without limitation, the attorney-client privilege or attorney's work product doctrine.

28

EXHIBIT   6

PAGE   573

- 208 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

**REQUEST FOR PRODUCTION NO. 212:**

All DOCUMENTS that YOU knew or were informed that, or ever had any reason to believe, had been or were created by or originated from MATTEL, other than MATTEL products that YOU or MGA purchased at retail.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 212:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

Subject to the foregoing, Larian will produce all documents pertaining to the retention or destruction of documents or digital information relevant to this action within his possession, custody, or control that are responsive to the request, if any, and that have not already been produced, that he discovers in the course of his reasonable search and diligent inquiry, which are within the permissible scope of discovery, and to which no privilege or other protection applies, including without limitation, the attorney-client privilege or attorney's work product doctrine.

**REQUEST FOR PRODUCTION NO. 213:**

All COMMUNICATIONS between YOU and any PERSON RELATING TO the retention or destruction of DOCUMENTS or DIGITAL INFORMATION between January 1, 1999 and the present.

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 6
PAGE 574

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 213:**

2          Larian incorporates by reference the above-stated general objections as

3    if fully set forth herein.  Larian also specifically objects to this request on the

4    grounds that it is overbroad and seeks information not relevant to the subject matter

5    of this lawsuit or reasonably calculated to lead to the discovery of admissible

6    evidence.  Larian also objects to this request on the grounds that it seeks

7    confidential, proprietary or commercially sensitive information, the disclosure of

8    which would be inimical to the business interests of Larian and one or more third

9    parties.  Larian also objects to this request to the extent it calls for the disclosure of

10   attorney-client privileged information or information protected from disclosure by

11   the work-product doctrine, joint defense or common interest privilege, or other

12   privilege.

13          Subject to the foregoing, Larian will produce all documents pertaining

14   to the retention or destruction of documents or digital information relevant to this

15   action within his possession, custody, or control that are responsive to the request,

16   if any, and that have not already been produced, that he discovers in the course of

17   his reasonable search and diligent inquiry, which are within the permissible scope

18   of discovery, and to which no privilege or other protection applies, including

19   without limitation, the attorney-client privilege or attorney's work product doctrine.

20   **REQUEST FOR PRODUCTION NO. 214:**

21          All DOCUMENTS RELATING TO any facts underlying any of

22   YOUR defenses in this ACTION.

23   **RESPONSE TO REQUEST FOR PRODUCTION NO. 214:**

24          Larian incorporates by reference the above-stated general objections as

25   if fully set forth herein.  Larian also specifically objects to this request on the

26   grounds that it is overbroad and unduly burdensome in that it calls for all

27   documents that support, refute or otherwise refer or relate to any facts underlying

28   Larian's defenses.  Larian also objects to this request on the grounds that it calls for

EXHIBIT 6

PAGE 575

- 210 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   legal conclusions. Larian also objects to this request on the grounds that it seeks
2   information in Mattel's possession and/or in the public record, and/or equally
3   available to Mattel. Larian also objects to this request to the extent it calls for the
4   disclosure of attorney-client privileged information or information protected from
5   disclosure by the work-product doctrine, joint defense or common interest
6   privilege, or other privilege.

7            Subject to the foregoing, Larian will produce all documents within his
8   possession, custody, or control that are responsive to the request, if any, and that
9   have not already been produced, that he discovers in the course of his reasonable
10  search and diligent inquiry, which are within the permissible scope of discovery,
11  and to which no privilege or other protection applies, including without limitation,
12  the attorney-client privilege or attorney's work product doctrine.

13  **REQUEST FOR PRODUCTION NO. 215:**

14           All doll heads, sculpts, prototypes, models, samples and tangible items
15  RELATING TO any facts underlying any of YOUR defenses in this ACTION.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 215:**

17           Larian incorporates by reference the above-stated general objections as
18  if fully set forth herein. Larian also specifically objects to this request on the
19  grounds that it is overbroad and unduly burdensome in that it calls for all
20  documents that support, refute or otherwise refer or relate to any facts underlying
21  Larian's defenses. Larian also objects to this request on the grounds that it calls for
22  legal conclusions. Larian also objects to this request on the grounds that it seeks
23  confidential, proprietary or commercially sensitive information, the disclosure of
24  which would be inimical to the business interests of Larian and one or more third
25  parties. Larian also objects to this request to the extent it calls for the disclosure of
26  attorney-client privileged information or information protected from disclosure by
27  the work-product doctrine, joint defense or common interest privilege, or other
28  privilege.


EXHIBIT    6
PAGE    576

- 211 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1        Subject to the foregoing, Larian will produce all documents within his

2    possession, custody, or control that are responsive to the request, if any, and that

3    have not already been produced, that he discovers in the course of his reasonable

4    search and diligent inquiry, which are within the permissible scope of discovery,

5    and to which no privilege or other protection applies, including without limitation,

6    the attorney-client privilege or attorney's work product doctrine.

7    **REQUEST FOR PRODUCTION NO. 216:**

8        All DOCUMENTS RELATING TO any facts underlying the claims

9    for relief in MATTEL's Complaint (including without limitation its Counterclaims)

10   against YOU or any other PERSON in this ACTION.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 216:**

12       Larian incorporates by reference the above-stated general objections as

13   if fully set forth herein.  Larian also specifically objects to this request on the

14   grounds that it is overbroad and unduly burdensome in that it calls for all

15   documents that support, refute or otherwise refer or relate to any facts underlying

16   Larian's defenses.  Larian also objects to this request on the grounds that it calls for

17   legal conclusions.  Larian also objects to this request on the grounds that it seeks

18   information in Mattel's possession and/or in the public record, and/or equally

19   available to Mattel.  Larian also objects to this request to the extent it calls for the

20   disclosure of attorney-client privileged information or information protected from

21   disclosure by the work-product doctrine, joint defense or common interest

22   privilege, or other privilege.

23       Subject to the foregoing, Larian will produce all documents within his

24   possession, custody, or control that are responsive to the request, if any, and that

25   have not already been produced, that he discovers in the course of his reasonable

26   search and diligent inquiry, which are within the permissible scope of discovery,

27   and to which no privilege or other protection applies, including without limitation,

28   the attorney-client privilege or attorney's work product doctrine.


EXHIBIT 6
PAGE 577

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   **REQUEST FOR PRODUCTION NO. 217:**

2          All doll heads, sculpts, prototypes, models, samples and tangible items

3   RELATING TO any facts underlying the claims for relief in MATTEL's Complaint

4   (including without limitation its Counterclaims) against YOU or any other

5   PERSON in this ACTION.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 217:**

7          Larian incorporates by reference the above-stated general objections as

8   if fully set forth herein.  Larian also specifically objects to this request on the

9   grounds that it is overbroad and unduly burdensome in that it calls for all

10  documents that support, refute or otherwise refer or relate to any facts underlying

11  Larian's defenses.  Larian also objects to this request on the grounds that it calls for

12  legal conclusions.  Larian also objects to this request on the grounds that it seeks

13  confidential, proprietary or commercially sensitive information, the disclosure of

14  which would be inimical to the business interests of Larian and one or more third

15  parties.  Larian also objects to this request to the extent it calls for the disclosure of

16  attorney-client privileged information or information protected from disclosure by

17  the work-product doctrine, joint defense or common interest privilege, or other

18  privilege.

19         Subject to the foregoing, Larian will produce all documents within his

20  possession, custody, or control that are responsive to the request, if any, and that

21  have not already been produced, that he discovers in the course of his reasonable

22  search and diligent inquiry, which are within the permissible scope of discovery,

23  and to which no privilege or other protection applies, including without limitation,

24  the attorney-client privilege or attorney's work product doctrine.

25  **REQUEST FOR PRODUCTION NO. 218:**

26         All DOCUMENTS RELATING TO any testing of or sampling from

27  any DOCUMENTS RELATING TO BRATZ or BRYANT, including without

28  limitation any such testing or sampling in connection with any ink, paper or

EXHIBIT   6

PAGE   578

- 213 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1     chemical analysis to date any such DOCUMENTS and including without limitation

2     all results and reports relating thereto.

3     **RESPONSE TO REQUEST FOR PRODUCTION NO. 218:**

4            Larian incorporates by reference the above-stated general objections as

5     if fully set forth herein. Larian also specifically objects to this request on the

6     grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

7     information not relevant to the subject matter of this lawsuit or reasonably

8     calculated to lead to the discovery of admissible evidence. Larian also specifically

9     objects to this request to the extent it seeks documents not within Larian's

10    possession, custody or control. Larian also objects to this request on the grounds

11    that it seeks confidential, proprietary or commercially sensitive information, the

12    disclosure of which would be inimical to the business interests of Larian and one or

13    more third parties. Larian also objects to this request to the extent it calls for the

14    disclosure of attorney-client privileged information or information protected from

15    disclosure by the work-product doctrine, joint defense or common interest

16    privilege, or other privilege.

17          Subject to the foregoing, Larian will produce all documents within his

18    possession, custody, or control that are responsive to the request, if any, and that

19    have not already been produced, that he discovers in the course of his reasonable

20    search and diligent inquiry, which are within the permissible scope of discovery,

21    and to which no privilege or other protection applies, including without limitation,

22    the attorney-client privilege or attorney's work product doctrine.

23    **REQUEST FOR PRODUCTION NO. 219:**

24          All DOCUMENTS RELATING TO YOUR knowledge of any testing

25    of or sampling from any DOCUMENTS RELATING TO BRATZ or BRYANT.

26    **RESPONSE TO REQUEST FOR PRODUCTION NO. 219:**

27          Larian incorporates by reference the above-stated general objections as

28    if fully set forth herein. Larian also specifically objects to this request on the

EXHIBIT *6*

PAGE *579*

- 214 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

2    information not relevant to the subject matter of this lawsuit or reasonably

3    calculated to lead to the discovery of admissible evidence.  Larian also specifically

4    objects to this request on the grounds that it seeks confidential, proprietary or

5    commercially sensitive information, the disclosure of which would be inimical to

6    the business interests of Larian.  Larian also objects to this request to the extent it

7    calls for the disclosure of attorney-client privileged information or information

8    protected from disclosure by the work-product doctrine, joint defense or common

9    interest privilege, or other privilege.

10          Subject to the foregoing, Larian will produce all documents within his

11   possession, custody, or control that are responsive to the request, if any, and that

12   have not already been produced, that he discovers in the course of his reasonable

13   search and diligent inquiry, which are within the permissible scope of discovery,

14   and to which no privilege or other protection applies, including without limitation,

15   the attorney-client privilege or attorney's work product doctrine.

16   **REQUEST FOR PRODUCTION NO. 220:**

17          All DOCUMENTS RELATING TO Erich Speckin.

18   **RESPONSE TO REQUEST FOR PRODUCTION NO. 220:**

19          Larian incorporates by reference the above-stated general objections as

20   if fully set forth herein.  Larian also specifically objects to this request on the

21   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

22   information not relevant to the subject matter of this lawsuit or reasonably

23   calculated to lead to the discovery of admissible evidence.  Larian also specifically

24   objects to this request on the grounds that it is overbroad and seeks information not

25   relevant to the subject matter of this lawsuit or reasonably calculated to lead to the

26   discovery of admissible evidence.  Larian also objects to this request on the ground

27   that it is overbroad, unduly burdensome, and oppressive in seeking all documents

28   relating to Erich Speckin, without limitation as to subject matter or time.  Larian

EXHIBIT 6

PAGE 580

- 215 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   also objects to this request to the extent it seeks information the disclosure of which

2   would implicate the rights of third parties to protect private, confidential,

3   proprietary or trade secret information.  Larian also objects to this request on the

4   grounds that it seeks confidential, proprietary or commercially sensitive

5   information, the disclosure of which would be inimical to the business interests of

6   Larian and one or more third parties.  Larian also objects to this request to the

7   extent it calls for the disclosure of attorney-client privileged information or

8   information protected from disclosure by the work-product doctrine, joint defense

9   or common interest privilege, or other privilege.  Larian also objects to this request

10  to the extent it seeks documents not within Larian's possession, custody or control.

11          Subject to the foregoing, Larian will produce all documents within his

12  possession, custody, or control that are responsive to the request, if any, and that

13  have not already been produced, that he discovers in the course of his reasonable

14  search and diligent inquiry, which are within the permissible scope of discovery,

15  and to which no privilege or other protection applies, including without limitation,

16  the attorney-client privilege or attorney's work product doctrine.

17  **REQUEST FOR PRODUCTION NO. 221:**

18          All DOCUMENTS RELATING TO YOUR payment of, or offer,

19  promise or agreement to pay, fees or costs in connection with the representation of

20  or provision of legal advice or legal services to any PERSON who is not, as of June

21  8, 2007, an MGA employee, including without limitation all contracts and

22  agreements RELATING thereto, the amounts YOU have so paid or agreed to pay to

23  such PERSON and the dates on which such payments were made.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 221:**

25          Larian incorporates by reference the above-stated general objections as

26  if fully set forth herein.  Larian also specifically objects to this request on the

27  grounds that it is overbroad and seeks information not relevant to the subject matter

28  of this lawsuit or reasonably calculated to lead to the discovery of admissible

- 216 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 6

PAGE 581

1   evidence.  Larian also objects to this request on the grounds that it seeks

2   information in violation of the right of privacy.  Larian also objects to this request

3   on the grounds that it seeks confidential, proprietary or commercially sensitive

4   information, the disclosure of which would be inimical to the business interests of

5   Larian and one or more third parties.  Larian also objects to this request to the

6   extent it calls for the disclosure of attorney-client privileged information or

7   information protected from disclosure by the work-product doctrine, joint defense

8   or common interest privilege, or other privilege.

9          Subject to the foregoing, Larian will produce all documents relating to

10  this action within his possession, custody, or control that are responsive to the

11  request, if any, and that have not already been produced, that he discovers in the

12  course of his reasonable search and diligent inquiry, which are within the

13  permissible scope of discovery, and to which no privilege or other protection

14  applies, including without limitation, the attorney-client privilege or attorney's

15  work product doctrine.

16  **REQUEST FOR PRODUCTION NO. 24:**

17          DOCUMENTS sufficient to IDENTIFY each STORAGE DEVICE

18  that BRYANT has used to create, prepare, generate, copy, transmit, receive, delete

19  or modify any DIGITAL INFORMATION RELATING TO BRATZ, ANGEL,

20  YOU or MGA.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 226:**

22          Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein.  Larian also specifically objects to this request on the

24  grounds that it is overbroad and seeks information not relevant to the subject matter

25  of this lawsuit or reasonably calculated to lead to the discovery of admissible

26  evidence.  Larian also objects to this request on the grounds that it seeks

27  confidential, proprietary or commercially sensitive information, the disclosure of

28  which would be inimical to the business interests of Larian and one or more third

EXHIBIT 6

PAGE 582

- 217 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   parties. Larian also objects to this request to the extent it calls for the disclosure of

2   attorney-client privileged information or information protected from disclosure by

3   the work-product doctrine, joint defense or common interest privilege, or other

4   privilege. Larian also objects to this request to the extent it seeks documents not

5   within Larian's possession, custody or control.

6          Subject to the foregoing, Larian will produce all documents within his

7   possession, custody, or control that are responsive to the request, if any, and that

8   have not already been produced, that he discovers in the course of his reasonable

9   search and diligent inquiry, which are within the permissible scope of discovery,

10  and to which no privilege or other protection applies, including without limitation,

11  the attorney-client privilege or attorney's work product doctrine.

12  **REQUEST FOR PRODUCTION NO. 229:**

13         DOCUMENTS sufficient to identify by product name, product number

14  and SKU each BRATZ PRODUCT including without limitation each BRATZ

15  DOLL, sold by MGA or its licensees.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 229:**

17         Larian incorporates by reference the above-stated general objections as

18  if fully set forth herein. Larian also specifically objects to this request on the

19  grounds that it is overbroad and seeks information not relevant to the subject matter

20  of this lawsuit or reasonably calculated to lead to the discovery of admissible

21  evidence. Larian also objects to this request on the grounds that it is overbroad,

22  unduly burdensome, and oppressive in seeking information identifying all product

23  names, numbers, and SKU of Bratz products and Bratz dolls sold by MGA or its

24  licensees. Larian also objects to this request on the grounds that it seeks

25  confidential, proprietary or commercially sensitive information, the disclosure of

26  which would be inimical to the business interests of Larian and one or more third

27  parties. Larian also objects to this request to the extent it seeks information the

28  disclosure of which would implicate the rights of third parties to protect private,

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 6

PAGE 583

1    confidential, proprietary or trade secret information. Larian also objects to this

2    request to the extent it calls for the disclosure of attorney-client privileged

3    information or information protected from disclosure by the work-product doctrine,

4    joint defense or common interest privilege, or other privilege. Larian also objects

5    to this request to the extent it seeks documents not within Larian's possession,

6    custody or control.

7            Subject to the foregoing, Larian will produce documents, consistent

8    with the parties' agreement concerning the same requests to MGA in Mattel's

9    Second Set of Requests for Production to MGA, as reflected in MGA's

10   Supplemental Responses to those Requests, within his possession, custody, or

11   control that are responsive to the request, if any, and that have not already been

12   produced, that he discovers in the course of his reasonable search and diligent

13   inquiry, which are within the permissible scope of discovery, and to which no

14   privilege or other protection applies, including without limitation, the attorney-

15   client privilege or attorney's work product doctrine.

16   **REQUEST FOR PRODUCTION NO. 230:**

17           DOCUMENTS sufficient to show the number of units of each BRATZ

18   DOLL sold by MGA or its licensees.

19   **RESPONSE TO REQUEST FOR PRODUCTION NO. 230:**

20           Larian incorporates by reference the above-stated general objections as

21   if fully set forth herein. Larian also specifically objects to this request on the

22   grounds that it is overbroad and seeks information not relevant to the subject matter

23   of this lawsuit or reasonably calculated to lead to the discovery of admissible

24   evidence. Larian also objects to this request on the grounds that it is overbroad,

25   unduly burdensome, and oppressive in seeking the number of units of all Bratz

26   dolls sold by MGA or its licensees. Larian also objects to this request on the

27   grounds that it seeks confidential, proprietary or commercially sensitive

28   information, the disclosure of which would be inimical to the business interests of

EXHIBIT 6

PAGE 584

- 219 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   Larian and one or more third parties.  Larian also objects to this request to the

2   extent it seeks information the disclosure of which would implicate the rights of

3   third parties to protect private, confidential, proprietary or trade secret information.

4   Larian also objects to this request to the extent it calls for the disclosure of attorney-

5   client privileged information or information protected from disclosure by the work-

6   product doctrine, joint defense or common interest privilege, or other privilege.

7   Larian also objects to this request to the extent it seeks documents not within

8   Larian's possession, custody or control.

9            Subject to the foregoing, Larian will produce documents, consistent

10  with the parties' agreement concerning the same requests to MGA in Mattel's

11  Second Set of Requests for Production to MGA, as reflected in MGA's

12  Supplemental Responses to those Requests, within his possession, custody, or

13  control that are responsive to the request, if any, and that have not already been

14  produced, that he discovers in the course of his reasonable search and diligent

15  inquiry, which are within the permissible scope of discovery, and to which no

16  privilege or other protection applies, including without limitation, the attorney-

17  client privilege or attorney's work product doctrine.

18  **REQUEST FOR PRODUCTION NO. 231:**

19           DOCUMENTS sufficient to show the revenue received by YOU from

20  the sale of each BRATZ DOLL sold by MGA or its licensees.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 231:**

22           Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein.  Larian also specifically objects to this request on the

24  grounds that it is overbroad and seeks information not relevant to the subject matter

25  of this lawsuit or reasonably calculated to lead to the discovery of admissible

26  evidence.  Larian also objects to this request on the grounds that it is overbroad,

27  unduly burdensome, and oppressive in seeking documents showing all revenue

28  received by Larian for the sale of all Bratz dolls sold by MGA or its licensees.

- 220 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 6

PAGE 585

1    Larian also objects to this request on the grounds that it seeks confidential,

2    proprietary or commercially sensitive information, the disclosure of which would

3    be inimical to the business interests of Larian and one or more third parties.  Larian

4    also objects to this request to the extent it seeks information the disclosure of which

5    would implicate the rights of third parties to protect private, confidential,

6    proprietary or trade secret information.  Larian also objects to this request to the

7    extent it calls for the disclosure of attorney-client privileged information or

8    information protected from disclosure by the work-product doctrine, joint defense

9    or common interest privilege, or other privilege.  Larian also objects to this request

10   to the extent it seeks documents not within Larian's possession, custody or control.

11          Subject to the foregoing, Larian will produce documents, consistent

12   with the parties' agreement concerning the same requests to MGA in Mattel's

13   Second Set of Requests for Production to MGA, as reflected in MGA's

14   Supplemental Responses to those Requests, within his possession, custody, or

15   control that are responsive to the request, if any, and that have not already been

16   produced, that he discovers in the course of his reasonable search and diligent

17   inquiry, which are within the permissible scope of discovery, and to which no

18   privilege or other protection applies, including without limitation, the attorney-

19   client privilege or attorney's work product doctrine.

20   **REQUEST FOR PRODUCTION NO. 232:**

21          DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

22   and other costs for each BRATZ DOLL sold by MGA or its licensees.

23   **RESPONSE TO REQUEST FOR PRODUCTION NO. 232:**

24          Larian incorporates by reference the above-stated general objections as

25   if fully set forth herein.  Larian also specifically objects to this request on the

26   grounds that it is overbroad and seeks information not relevant to the subject matter

27   of this lawsuit or reasonably calculated to lead to the discovery of admissible

28   evidence.  Larian also objects to this request on the grounds that it is overbroad,

EXHIBIT  6

PAGE  586

- 221 -

1    unduly burdensome, and oppressive in seeking documents showing the cost of

2    goods sold, unit cost, and all other costs for all Bratz dolls sold by MGA or its

3    licensees.  Larian also objects to this request on the grounds that it is vague and

4    ambiguous in that Larian cannot determine what is meant by "other costs."  Larian

5    also objects to this request on the grounds that it seeks confidential, proprietary or

6    commercially sensitive information, the disclosure of which would be inimical to

7    the business interests of Larian and one or more third parties.  Larian also objects to

8    this request to the extent it seeks information the disclosure of which would

9    implicate the rights of third parties to protect private, confidential, proprietary or

10   trade secret information.  Larian also objects to this request to the extent it calls for

11   the disclosure of attorney-client privileged information or information protected

12   from disclosure by the work-product doctrine, joint defense or common interest

13   privilege, or other privilege.  Larian also objects to this request to the extent it seeks

14   documents not within Larian's possession, custody or control.

15            Subject to the foregoing, Larian will produce documents, consistent

16   with the parties' agreement concerning the same requests to MGA in Mattel's

17   Second Set of Requests for Production to MGA, as reflected in MGA's

18   Supplemental Responses to those Requests, within his possession, custody, or

19   control that are responsive to the request, if any, and that have not already been

20   produced, that he discovers in the course of his reasonable search and diligent

21   inquiry, which are within the permissible scope of discovery, and to which no

22   privilege or other protection applies, including without limitation, the attorney-

23   client privilege or attorney's work product doctrine.

24   **REQUEST FOR PRODUCTION NO. 233:**

25            All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

26   YOUR profits from the sale of each BRATZ DOLL sold by MGA or its licensees.

27   **RESPONSE TO REQUEST FOR PRODUCTION NO. 233:**

28            Larian incorporates by reference the above-stated general objections as

EXHIBIT **6**

PAGE **587**

- 222 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   if fully set forth herein.  Larian also specifically objects to this request on the

2   grounds that it is overbroad and seeks information not relevant to the subject matter

3   of this lawsuit or reasonably calculated to lead to the discovery of admissible

4   evidence.  Larian also objects to this request on the grounds that it is overbroad,

5   unduly burdensome, and oppressive in seeking all documents that evidence, reflect

6   or refer or relate to Larian's profits from the sale of all Bratz dolls by MGA or its

7   licensees.  Larian also objects to this request on the grounds that it seeks

8   confidential, proprietary or commercially sensitive information, the disclosure of

9   which would be inimical to the business interests of Larian and one or more third

10  parties.  Larian also objects to this request to the extent it seeks information the

11  disclosure of which would implicate the rights of third parties to protect private,

12  confidential, proprietary or trade secret information.   Larian also objects to this

13  request to the extent it calls for the disclosure of attorney-client privileged

14  information or information protected from disclosure by the work-product doctrine,

15  joint defense or common interest privilege, or other privilege.  Larian also objects

16  to this request to the extent it seeks documents not within Larian's possession,

17  custody or control.

18          Subject to the foregoing, Larian will produce documents, consistent

19  with the parties' agreement concerning the same requests to MGA in Mattel's

20  Second Set of Requests for Production to MGA, as reflected in MGA's

21  Supplemental Responses to those Requests, within his possession, custody, or

22  control that are responsive to the request, if any, and that have not already been

23  produced, that he discovers in the course of his reasonable search and diligent

24  inquiry, which are within the permissible scope of discovery, and to which no

25  privilege or other protection applies, including without limitation, the attorney-

26  client privilege or attorney's work product doctrine.

27  **REQUEST FOR PRODUCTION NO. 234:**

28          For each customer to whom YOU or YOUR licensees have ever sold

EXHIBIT __6__                    - 223 -        LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                                1ST SET OF REQUESTS FOR PRODUCTION
PAGE __588__                                    CV 04-9049 SGL (RNBX)

1   any BRATZ DOLL, DOCUMENTS sufficient to show the number of units of each

2   such BRATZ DOLL sold by MGA or its licensees to that customer.

3   **RESPONSE TO REQUEST FOR PRODUCTION NO. 234:**

4          Larian incorporates by reference the above-stated general objections as

5   if fully set forth herein. Larian also specifically objects to this request on the

6   grounds that it is overbroad and seeks information not relevant to the subject matter

7   of this lawsuit or reasonably calculated to lead to the discovery of admissible

8   evidence.  Larian also objects to this request on the grounds that it is overbroad,

9   unduly burdensome, and oppressive in seeking documents that show the number of

10  units of all Bratz dolls sold by MGA or its licensees to every customer to whom

11  Larian, MGA, or its licensees have ever sold any Bratz dolls.  Larian also objects to

12  this request on the grounds that it seeks confidential, proprietary or commercially

13  sensitive information, the disclosure of which would be inimical to the business

14  interests of Larian and one or more third parties.  Larian also objects to this request

15  to the extent it seeks information the disclosure of which would implicate the rights

16  of third parties to protect private, confidential, proprietary or trade secret

17  information.  Larian also objects to this request to the extent it calls for the

18  disclosure of attorney-client privileged information or information protected from

19  disclosure by the work-product doctrine, joint defense or common interest

20  privilege, or other privilege. Larian also objects to this request to the extent it seeks

21  documents not within Larian's possession, custody or control.

22         Subject to the foregoing, Larian will produce documents, consistent

23  with the parties' agreement concerning the same requests to MGA in Mattel's

24  Second Set of Requests for Production to MGA, as reflected in MGA's

25  Supplemental Responses to those Requests, within his possession, custody, or

26  control that are responsive to the request, if any, and that have not already been

27  produced, that he discovers in the course of his reasonable search and diligent

28  inquiry, which are within the permissible scope of discovery, and to which no

EXHIBIT __6__

PAGE __589__

- 224 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   privilege or other protection applies, including without limitation, the attorney-

2   client privilege or attorney's work product doctrine.

3   **REQUEST FOR PRODUCTION NO. 235:**

4        For each customer to whom YOU or YOUR licensees have ever sold

5   any BRATZ DOLL, documents sufficient to show the revenue received by YOU

6   from each such BRATZ DOLL sold by MGA or its licensees to that customer.

7   **RESPONSE TO REQUEST FOR PRODUCTION NO. 235:**

8        Larian incorporates by reference the above-stated general objections as

9   if fully set forth herein.  Larian also specifically objects to this request on the

10   grounds that it is overbroad and seeks information not relevant to the subject matter

11   of this lawsuit or reasonably calculated to lead to the discovery of admissible

12   evidence.  Larian also objects to this request on the grounds that it is overbroad,

13   unduly burdensome, and oppressive in seeking documents that show the revenue

14   received by Larian from the sale of all Bratz dolls to every customer to whom

15   Larian, MGA, or its licenses have ever sold any Bratz dolls.  Larian also objects to

16   this request on the grounds that it seeks confidential, proprietary or commercially

17   sensitive information, the disclosure of which would be inimical to the business

18   interests of Larian and one or more third parties.  Larian also objects to this request

19   to the extent it seeks information the disclosure of which would implicate the rights

20   of third parties to protect private, confidential, proprietary or trade secret

21   information.  Larian also objects to this request to the extent it calls for the

22   disclosure of attorney-client privileged information or information protected from

23   disclosure by the work-product doctrine, joint defense or common interest

24   privilege, or other privilege.  Larian also objects to this request to the extent it seeks

25   documents not within Larian's possession, custody or control.

26        Subject to the foregoing, Larian will produce documents, consistent

27   with the parties' agreement concerning the same requests to MGA in Mattel's

28   Second Set of Requests for Production to MGA, as reflected in MGA's

- 225 -



EXHIBIT **6**

PAGE **580**

1   Supplemental Responses to those Requests, within his possession, custody, or

2   control that are responsive to the request, if any, and that have not already been

3   produced, that he discovers in the course of his reasonable search and diligent

4   inquiry, which are within the permissible scope of discovery, and to which no

5   privilege or other protection applies, including without limitation, the attorney-

6   client privilege or attorney's work product doctrine.

7   **REQUEST FOR PRODUCTION NO. 236:**

8         For each customer to whom YOU or YOUR licensees have ever sold

9   any BRATZ DOLL, documents sufficient to show YOUR profits from each such

10  BRATZ DOLL sold by MGA or its licensees to that customer.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 236:**

12        Larian incorporates by reference the above-stated general objections as

13  if fully set forth herein.  Larian also specifically objects to this request on the

14  grounds that it is overbroad and seeks information not relevant to the subject matter

15  of this lawsuit or reasonably calculated to lead to the discovery of admissible

16  evidence.  Larian also objects to this request on the grounds that it is overbroad,

17  unduly burdensome, and oppressive in seeking documents that show Larian's

18  profits from the sale of all Bratz dolls to every customer to whom Larian, MGA, or

19  its licenses have ever sold any Bratz dolls.  Larian also objects to this request on the

20  grounds that it seeks confidential, proprietary or commercially sensitive

21  information, the disclosure of which would be inimical to the business interests of

22  Larian and one or more third parties.  Larian also objects to this request to the

23  extent it seeks information the disclosure of which would implicate the rights of

24  third parties to protect private, confidential, proprietary or trade secret information.

25  Larian also objects to this request to the extent it calls for the disclosure of attorney-

26  client privileged information or information protected from disclosure by the work-

27  product doctrine, joint defense or common interest privilege, or other privilege.

28  Larian also objects to this request to the extent it seeks documents not within

EXHIBIT 6

PAGE 591

- 226 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   Larian's possession, custody or control.

2   **REQUEST FOR PRODUCTION NO. 237:**

3        DOCUMENTS sufficient to show customer returns to YOU of

4   BRATZ DOLLS sold or distributed by MGA or its licensees.

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 237:**

6        Larian incorporates by reference the above-stated general objections as

7   if fully set forth herein.  Larian also specifically objects to this request on the

8   grounds that it is overbroad and seeks information not relevant to the subject matter

9   of this lawsuit or reasonably calculated to lead to the discovery of admissible

10  evidence.  Larian also objects to this request on the grounds that it is overbroad,

11  unduly burdensome, and oppressive in seeking documents that show customer

12  returns to Larian of Bratz dolls sold or distributed by MGA or its licensees.  Larian

13  also objects to this request on the grounds that it seeks confidential, proprietary or

14  commercially sensitive information, the disclosure of which would be inimical to

15  the business interests of Larian and one or more third parties.  Larian also objects to

16  this request to the extent it seeks information the disclosure of which would

17  implicate the rights of third parties to protect private, confidential, proprietary or

18  trade secret information.  Larian also objects to this request to the extent it calls for

19  the disclosure of attorney-client privileged information or information protected

20  from disclosure by the work-product doctrine, joint defense or common interest

21  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

22  documents not within Larian's possession, custody or control.

23        Subject to the foregoing, Larian will produce documents, consistent

24  with the parties' agreement concerning the same requests to MGA in Mattel's

25  Second Set of Requests for Production to MGA, as reflected in MGA's

26  Supplemental Responses to those Requests, within his possession, custody, or

27  control that are responsive to the request, if any, and that have not already been

28  produced, that he discovers in the course of his reasonable search and diligent

- 227 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)



EXHIBIT 6

PAGE 592

1   inquiry, which are within the permissible scope of discovery, and to which no

2   privilege or other protection applies, including without limitation, the attorney-

3   client privilege or attorney's work product doctrine.

4   **REQUEST FOR PRODUCTION NO. 238:**

5           DOCUMENTS sufficient to show customer rebates or credits given by

6   MGA or its licensees to customers in connection with BRATZ DOLLS.

7   **RESPONSE TO REQUEST FOR PRODUCTION NO. 238:**

8           Larian incorporates by reference the above-stated general objections as

9   if fully set forth herein.  Larian also specifically objects to this request on the

10  grounds that it is overbroad and seeks information not relevant to the subject matter

11  of this lawsuit or reasonably calculated to lead to the discovery of admissible

12  evidence.  Larian also objects to this request on the grounds that it is overbroad,

13  unduly burdensome, and oppressive in seeking documents that show customer

14  rebates or credits given by MGA or its licensees to customers in connection with

15  Bratz dolls.  Larian also objects to this request on the grounds that it seeks

16  confidential, proprietary or commercially sensitive information, the disclosure of

17  which would be inimical to the business interests of Larian and one or more third

18  parties.  Larian also objects to this request to the extent it seeks information the

19  disclosure of which would implicate the rights of third parties to protect private,

20  confidential, proprietary or trade secret information.  Larian also objects to this

21  request to the extent it calls for the disclosure of attorney-client privileged

22  information or information protected from disclosure by the work-product doctrine,

23  joint defense or common interest privilege, or other privilege.  Larian also objects

24  to this request to the extent it seeks documents not within Larian's possession,

25  custody or control.

26          Subject to the foregoing, Larian will produce documents, consistent

27  with the parties' agreement concerning the same requests to MGA in Mattel's

28  Second Set of Requests for Production to MGA, as reflected in MGA's

EXHIBIT 6

PAGE 593

- 228 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   Supplemental Responses to those Requests, within his possession, custody, or

2   control that are responsive to the request, if any, and that have not already been

3   produced, that he discovers in the course of his reasonable search and diligent

4   inquiry, which are within the permissible scope of discovery, and to which no

5   privilege or other protection applies, including without limitation, the attorney-

6   client privilege or attorney's work product doctrine.

7   **REQUEST FOR PRODUCTION NO. 239**:

8        DOCUMENTS sufficient to show, by product number or SKU, the

9   number of units of each BRATZ DOLL sold by MGA or its licensees.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 239**:

11       Larian incorporates by reference the above-stated general objections as

12   if fully set forth herein.  Larian also specifically objects to this request on the

13   grounds that it is overbroad and seeks information not relevant to the subject matter

14   of this lawsuit or reasonably calculated to lead to the discovery of admissible

15   evidence.  Larian also objects to this request on the grounds that it is overbroad,

16   unduly burdensome, and oppressive in seeking documents that show, by product

17   number or SKU, all units of Bratz dolls sold by MGA or its licensees.  Larian also

18   objects to this request on the grounds that it seeks confidential, proprietary or

19   commercially sensitive information, the disclosure of which would be inimical to

20   the business interests of Larian and one or more third parties.  Larian also objects to

21   this request to the extent it seeks information the disclosure of which would

22   implicate the rights of third parties to protect private, confidential, proprietary or

23   trade secret information.  Larian also objects to this request to the extent it calls for

24   the disclosure of attorney-client privileged information or information protected

25   from disclosure by the work-product doctrine, joint defense or common interest

26   privilege, or other privilege.  Larian also objects to this request to the extent it seeks

27   documents not within Larian's possession, custody or control.

28       Subject to the foregoing, Larian will produce documents, consistent

EXHIBIT _6_

PAGE _594_

- 229 -

1   with the parties' agreement concerning the same requests to MGA in Mattel's

2   Second Set of Requests for Production to MGA, as reflected in MGA's

3   Supplemental Responses to those Requests, within his possession, custody, or

4   control that are responsive to the request, if any, and that have not already been

5   produced, that he discovers in the course of his reasonable search and diligent

6   inquiry, which are within the permissible scope of discovery, and to which no

7   privilege or other protection applies, including without limitation, the attorney-

8   client privilege or attorney's work product doctrine.

9   **REQUEST FOR PRODUCTION NO. 240:**

10          DOCUMENTS sufficient to show, by product number or SKU, the

11  revenue received by YOU from the sale of each BRATZ DOLL sold by MGA or its

12  licensees.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 240:**

14          Larian incorporates by reference the above-stated general objections as

15  if fully set forth herein.  Larian also specifically objects to this request on the

16  grounds that it is overbroad and seeks information not relevant to the subject matter

17  of this lawsuit or reasonably calculated to lead to the discovery of admissible

18  evidence.  Larian also objects to this request on the grounds that it is overbroad,

19  unduly burdensome, and oppressive in seeking documents that show, by product

20  number or SKU, the revenue received by Larian from the sale of all Bratz dolls sold

21  by MGA or its licensees.  Larian also objects to this request on the grounds that it

22  seeks confidential, proprietary or commercially sensitive information, the

23  disclosure of which would be inimical to the business interests of Larian and one or

24  more third parties.  Larian also objects to this request to the extent it seeks

25  information the disclosure of which would implicate the rights of third parties to

26  protect private, confidential, proprietary or trade secret information.  Larian also

27  objects to this request to the extent it calls for the disclosure of attorney-client

28  privileged information or information protected from disclosure by the work-

EXHIBIT  6

PAGE  595

                                            - 230 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    product doctrine, joint defense or common interest privilege, or other privilege.

2    Larian also objects to this request to the extent it seeks documents not within

3    Larian's possession, custody or control.

4              Subject to the foregoing, Larian will produce documents, consistent

5    with the parties' agreement concerning the same requests to MGA in Mattel's

6    Second Set of Requests for Production to MGA, as reflected in MGA's

7    Supplemental Responses to those Requests, within his possession, custody, or

8    control that are responsive to the request, if any, and that have not already been

9    produced, that he discovers in the course of his reasonable search and diligent

10   inquiry, which are within the permissible scope of discovery, and to which no

11   privilege or other protection applies, including without limitation, the attorney-

12   client privilege or attorney's work product doctrine.

13   **REQUEST FOR PRODUCTION NO. 241:**

14             . DOCUMENTS sufficient to show, by product number or SKU, YOUR

15   cost of goods sold, unit cost and other costs for each BRATZ DOLL sold by MGA

16   or its licensees.

17   **RESPONSE TO REQUEST FOR PRODUCTION NO. 241:**

18             Larian incorporates by reference the above-stated general objections as

19   if fully set forth herein.  Larian also specifically objects to this request on the

20   grounds that it is overbroad and seeks information not relevant to the subject matter

21   of this lawsuit or reasonably calculated to lead to the discovery of admissible

22   evidence.  Larian also objects to this request on the grounds that it is overbroad,

23   unduly burdensome, and oppressive in seeking documents that show, by product

24   number or SKU, Larian's cost of goods sold, unit cost, and other costs for all Bratz

25   dolls sold by MGA or its licensees.  Larian also objects to this request on the

26   grounds that it seeks confidential, proprietary or commercially sensitive

27   information, the disclosure of which would be inimical to the business interests of

28   Larian and one or more third parties.  Larian also objects to this request to the

- 231 -



EXHIBIT 6
PAGE 596

1    extent it seeks information the disclosure of which would implicate the rights of

2    third parties to protect private, confidential, proprietary or trade secret information.

3    Larian also objects to this request to the extent it calls for the disclosure of attorney-

4    client privileged information or information protected from disclosure by the work-

5    product doctrine, joint defense or common interest privilege, or other privilege.

6    Larian also objects to this request to the extent it seeks documents not within

7    Larian's possession, custody or control.

8            Subject to the foregoing, Larian will produce documents, consistent

9    with the parties' agreement concerning the same requests to MGA in Mattel's

10   Second Set of Requests for Production to MGA, as reflected in MGA's

11   Supplemental Responses to those Requests, within his possession, custody, or

12   control that are responsive to the request, if any, and that have not already been

13   produced, that he discovers in the course of his reasonable search and diligent

14   inquiry, which are within the permissible scope of discovery, and to which no

15   privilege or other protection applies, including without limitation, the attorney-

16   client privilege or attorney's work product doctrine.

17   **REQUEST FOR PRODUCTION NO. 242:**

18           All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

19   YOUR profits, by product number or SKU, from the sale of each BRATZ DOLL

20   sold by MGA or its licensees.

21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 242:**

22           Larian incorporates by reference the above-stated general objections as

23   if fully set forth herein.  Larian also specifically objects to this request on the

24   grounds that it is overbroad and seeks information not relevant to the subject matter

25   of this lawsuit or reasonably calculated to lead to the discovery of admissible

26   evidence.  Larian also objects to this request on the grounds that it is overbroad,

27   unduly burdensome, and oppressive in seeking documents that evidence, reflect or

28   refer or relate, by product number or SKU, Larian's profits from the sale of all

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 6

PAGE 697

1   Bratz dolls sold by MGA or its licensees.  Larian also objects to this request on the

2   grounds that it seeks confidential, proprietary or commercially sensitive

3   information, the disclosure of which would be inimical to the business interests of

4   Larian and one or more third parties.  Larian also objects to this request to the

5   extent it seeks information the disclosure of which would implicate the rights of

6   third parties to protect private, confidential, proprietary or trade secret information.

7   Larian also objects to this request to the extent it calls for the disclosure of attorney-

8   client privileged information or information protected from disclosure by the work-

9   product doctrine, joint defense or common interest privilege, or other privilege.

10  Larian also objects to this request to the extent it seeks documents not within

11  Larian's possession, custody or control.

12          Subject to the foregoing, Larian will produce documents, consistent

13  with the parties' agreement concerning the same requests to MGA in Mattel's

14  Second Set of Requests for Production to MGA, as reflected in MGA's

15  Supplemental Responses to those Requests, within his possession, custody, or

16  control that are responsive to the request, if any, and that have not already been

17  produced, that he discovers in the course of his reasonable search and diligent

18  inquiry, which are within the permissible scope of discovery, and to which no

19  privilege or other protection applies, including without limitation, the attorney-

20  client privilege or attorney's work product doctrine.

21  **REQUEST FOR PRODUCTION NO. 243:**

22          For each customer to whom YOU or YOUR licensees have ever sold

23  any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

24  SKU, the number of units of each such BRATZ DOLL sold by MGA or its

25  licensees to that customer.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 243:**

27          Larian incorporates by reference the above-stated general objections as

28  if fully set forth herein.  Larian also specifically objects to this request on the

EXHIBIT 6

PAGE 598

- 233 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   grounds that it is overbroad and seeks information not relevant to the subject matter

2   of this lawsuit or reasonably calculated to lead to the discovery of admissible

3   evidence.  Larian also objects to this request on the grounds that it is overbroad,

4   unduly burdensome, and oppressive in seeking documents that show, by product

5   number or SKU, the number of units of all Bratz dolls sold to all customers by

6   MGA or its licensees.  Larian also objects to this request on the grounds that it

7   seeks confidential, proprietary or commercially sensitive information, the

8   disclosure of which would be inimical to the business interests of Larian and one or

9   more third parties.  Larian also objects to this request to the extent it seeks

10  information the disclosure of which would implicate the rights of third parties to

11  protect private, confidential, proprietary or trade secret information.  Larian also

12  objects to this request to the extent it calls for the disclosure of attorney-client

13  privileged information or information protected from disclosure by the work-

14  product doctrine, joint defense or common interest privilege, or other privilege.

15  Larian also objects to this request to the extent it seeks documents not within

16  Larian's possession, custody or control.

17          Subject to the foregoing, Larian will produce documents, consistent

18  with the parties' agreement concerning the same requests to MGA in Mattel's

19  Second Set of Requests for Production to MGA, as reflected in MGA's

20  Supplemental Responses to those Requests, within his possession, custody, or

21  control that are responsive to the request, if any, and that have not already been

22  produced, that he discovers in the course of his reasonable search and diligent

23  inquiry, which are within the permissible scope of discovery, and to which no

24  privilege or other protection applies, including without limitation, the attorney-

25  client privilege or attorney's work product doctrine.

26  **REQUEST FOR PRODUCTION NO. 244:**

27          For each customer to whom YOU or YOUR licensees have ever sold

28  any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

EXHIBIT __6__

PAGE __599__

- 234 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    SKU, the revenue received by YOU from each such BRATZ DOLL sold by MGA

2    or its licensees to that customer.

3    **RESPONSE TO REQUEST FOR PRODUCTION NO. 244:**

4              Larian incorporates by reference the above-stated general objections as

5    if fully set forth herein. Larian also specifically objects to this request on the

6    grounds that it is overbroad and seeks information not relevant to the subject matter

7    of this lawsuit or reasonably calculated to lead to the discovery of admissible

8    evidence.  Larian also objects to this request on the grounds that it is overbroad,

9    unduly burdensome, and oppressive in seeking documents that show, by product

10   number or SKU, the revenue received by Larian from the sale of all Bratz dolls sold

11   to all customers by MGA or its licensees.  Larian also objects to this request on the

12   grounds that it seeks confidential, proprietary or commercially sensitive

13   information, the disclosure of which would be inimical to the business interests of

14   Larian and one or more third parties.  Larian also objects to this request to the

15   extent it seeks information the disclosure of which would implicate the rights of

16   third parties to protect private, confidential, proprietary or trade secret information.

17   Larian also objects to this request to the extent it calls for the disclosure of attorney-

18   client privileged information or information protected from disclosure by the work-

19   product doctrine, joint defense or common interest privilege, or other privilege.

20   Larian also objects to this request to the extent it seeks documents not within

21   Larian's possession, custody or control.

22             Subject to the foregoing, Larian will produce documents, consistent

23   with the parties' agreement concerning the same requests to MGA in Mattel's

24   Second Set of Requests for Production to MGA, as reflected in MGA's

25   Supplemental Responses to those Requests, within his possession, custody, or

26   control that are responsive to the request, if any, and that have not already been

27   produced, that he discovers in the course of his reasonable search and diligent

28   inquiry, which are within the permissible scope of discovery, and to which no

EXHIBIT 6

PAGE 600

- 235 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    privilege or other protection applies, including without limitation, the attorney-

2    client privilege or attorney's work product doctrine.

3    **REQUEST FOR PRODUCTION NO. 245:**

4              For each customer to whom YOU or YOUR licensees have ever sold

5    any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

6    SKU, YOUR profits from each such BRATZ DOLL sold by MGA or its licensees

7    to that customer.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 245:**

9              Larian incorporates by reference the above-stated general objections as

10   if fully set forth herein.  Larian also specifically objects to this request on the

11   grounds that it is overbroad and seeks information not relevant to the subject matter

12   of this lawsuit or reasonably calculated to lead to the discovery of admissible

13   evidence.  Larian also objects to this request on the grounds that it is overbroad,

14   unduly burdensome, and oppressive in seeking documents that show, by product

15   number or SKU, Larian's profits from the sale of all Bratz dolls sold to all

16   customers by MGA or its licensees.  Larian also objects to this request on the

17   grounds that it seeks confidential, proprietary or commercially sensitive

18   information, the disclosure of which would be inimical to the business interests of

19   Larian and one or more third parties.  Larian also objects to this request to the

20   extent it seeks information the disclosure of which would implicate the rights of

21   third parties to protect private, confidential, proprietary or trade secret information.

22   Larian also objects to this request to the extent it calls for the disclosure of attorney-

23   client privileged information or information protected from disclosure by the work-

24   product doctrine, joint defense or common interest privilege, or other privilege.

25   Larian also objects to this request to the extent it seeks documents not within

26   Larian's possession, custody or control.

27             Subject to the foregoing, Larian will produce documents, consistent

28   with the parties' agreement concerning the same requests to MGA in Mattel's

EXHIBIT **6**

PAGE **601**

- 236 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    Second Set of Requests for Production to MGA, as reflected in MGA's

2    Supplemental Responses to those Requests, within his possession, custody, or

3    control that are responsive to the request, if any, and that have not already been

4    produced, that he discovers in the course of his reasonable search and diligent

5    inquiry, which are within the permissible scope of discovery, and to which no

6    privilege or other protection applies, including without limitation, the attorney-

7    client privilege or attorney's work product doctrine.

8    **REQUEST FOR PRODUCTION NO. 246:**

9            DOCUMENTS sufficient to show the revenue and profits derived by

10   YOU from the sale by MGA or its licensees of BRATZ DOLLS including, without

11   limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold,

12   variable costs, gross margins, royalties paid and received, gross profits and nets

13   profits.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 246:**

15           Larian incorporates by reference the above-stated general objections as

16   if fully set forth herein.  Larian also specifically objects to this request on the

17   grounds that it is overbroad and seeks information not relevant to the subject matter

18   of this lawsuit or reasonably calculated to lead to the discovery of admissible

19   evidence.  Larian also objects to this request on the grounds that it is overbroad,

20   unduly burdensome, and oppressive in seeking documents that show the revenues

21   and profits derived by Larian from the sale of all Bratz dolls by MGA or its

22   licensees.  Larian also objects to this request on the grounds that it seeks

23   confidential, proprietary or commercially sensitive information, the disclosure of

24   which would be inimical to the business interests of Larian and one or more third

25   parties.  Larian also objects to this request to the extent it seeks information the

26   disclosure of which would implicate the rights of third parties to protect private,

27   confidential, proprietary or trade secret information.  Larian also objects to this

28   request to the extent it calls for the disclosure of attorney-client privileged

EXHIBIT **6**

PAGE **602**

- 237 -

1    information or information protected from disclosure by the work-product doctrine,

2    joint defense or common interest privilege, or other privilege.  Larian also objects

3    to this request to the extent it seeks documents not within Larian's possession,

4    custody or control.

5         Subject to the foregoing, Larian will produce documents, consistent

6    with the parties' agreement concerning the same requests to MGA in Mattel's

7    Second Set of Requests for Production to MGA, as reflected in MGA's

8    Supplemental Responses to those Requests, within his possession, custody, or

9    control that are responsive to the request, if any, and that have not already been

10   produced, that he discovers in the course of his reasonable search and diligent

11   inquiry, which are within the permissible scope of discovery, and to which no

12   privilege or other protection applies, including without limitation, the attorney-

13   client privilege or attorney's work product doctrine.

14   **REQUEST FOR PRODUCTION NO. 247:**

15        DOCUMENTS sufficient to show the number of units of each BRATZ

16   PRODUCT sold by MGA or its licensees.

17   **RESPONSE TO REQUEST FOR PRODUCTION NO. 247:**

18        Larian incorporates by reference the above-stated general objections as

19   if fully set forth herein.  Larian also specifically objects to this request on the

20   grounds that it is overbroad and seeks information not relevant to the subject matter

21   of this lawsuit or reasonably calculated to lead to the discovery of admissible

22   evidence.  Larian also objects to this request on the grounds that it is overbroad,

23   unduly burdensome, and oppressive in seeking documents that show, by product

24   number or SKU, the revenue received from the sale of all Bratz products sold to all

25   customers by MGA or its licensees.  Larian also objects to this request on the

26   grounds that it seeks confidential, proprietary or commercially sensitive

27   information, the disclosure of which would be inimical to the business interests of

28   Larian and one or more third parties.  Larian also objects to this request to the

EXHIBIT 6

PAGE 603

- 238 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    extent it seeks information the disclosure of which would implicate the rights of

2    third parties to protect private, confidential, proprietary or trade secret information.

3    Larian also objects to this request to the extent it calls for the disclosure of attorney-

4    client privileged information or information protected from disclosure by the work-

5    product doctrine, joint defense or common interest privilege, or other privilege.

6    Larian also objects to this request to the extent it seeks documents not within

7    Larian's possession, custody or control.

8            Subject to the foregoing, Larian will produce documents, consistent

9    with the parties' agreement concerning the same requests to MGA in Mattel's

10   Second Set of Requests for Production to MGA, as reflected in MGA's

11   Supplemental Responses to those Requests, within his possession, custody, or

12   control that are responsive to the request, if any, and that have not already been

13   produced, that he discovers in the course of his reasonable search and diligent

14   inquiry, which are within the permissible scope of discovery, and to which no

15   privilege or other protection applies, including without limitation, the attorney-

16   client privilege or attorney's work product doctrine.

17   **REQUEST FOR PRODUCTION NO. 248:**

18           DOCUMENTS sufficient to show the revenue received by YOU from

19   the sale of each BRATZ PRODUCT sold by MGA or its licensees.

20   **RESPONSE TO REQUEST FOR PRODUCTION NO. 248:**

21           Larian incorporates by reference the above-stated general objections as

22   if fully set forth herein.  Larian also specifically objects to this request on the

23   grounds that it is overbroad and seeks information not relevant to the subject matter

24   of this lawsuit or reasonably calculated to lead to the discovery of admissible

25   evidence.  Larian also objects to this request on the grounds that it is overbroad,

26   unduly burdensome, and oppressive in seeking documents that show the revenue

27   received by Larian from the sale of all Bratz products by MGA or its licensees.

28   Larian also objects to this request on the grounds that it seeks confidential,

EXHIBIT  6

PAGE  604

- 239 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   proprietary or commercially sensitive information, the disclosure of which would

2   be inimical to the business interests of Larian and one or more third parties.  Larian

3   also objects to this request to the extent it seeks information the disclosure of which

4   would implicate the rights of third parties to protect private, confidential,

5   proprietary or trade secret information.  Larian also objects to this request to the

6   extent it calls for the disclosure of attorney-client privileged information or

7   information protected from disclosure by the work-product doctrine, joint defense

8   or common interest privilege, or other privilege.  Larian also objects to this request

9   to the extent it seeks documents not within Larian's possession, custody or control.

10          Subject to the foregoing, Larian will produce documents, consistent

11   with the parties' agreement concerning the same requests to MGA in Mattel's

12   Second Set of Requests for Production to MGA, as reflected in MGA's

13   Supplemental Responses to those Requests, within his possession, custody, or

14   control that are responsive to the request, if any, and that have not already been

15   produced, that he discovers in the course of his reasonable search and diligent

16   inquiry, which are within the permissible scope of discovery, and to which no

17   privilege or other protection applies, including without limitation, the attorney-

18   client privilege or attorney's work product doctrine.

19   **REQUEST FOR PRODUCTION NO. 249:**

20          DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

21   and other costs for each BRATZ PRODUCT sold by MGA or its licensees.

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 249:**

23          Larian incorporates by reference the above-stated general objections as

24   if fully set forth herein.  Larian also specifically objects to this request on the

25   grounds that it is overbroad and seeks information not relevant to the subject matter

26   of this lawsuit or reasonably calculated to lead to the discovery of admissible

27   evidence.  Larian also objects to this request on the grounds that it is overbroad,

28   unduly burdensome, and oppressive in seeking documents that show Larian's cost

- 240 -

EXHIBIT 6

PAGE 605

1  of goods sold, unit cost, and other costs for all Bratz products sold by MGA or its

2  licensees.  Larian also objects to this request on the grounds that it seeks

3  confidential, proprietary or commercially sensitive information, the disclosure of

4  which would be inimical to the business interests of Larian and one or more third

5  parties.  Larian also objects to this request to the extent it seeks information the

6  disclosure of which would implicate the rights of third parties to protect private,

7  confidential, proprietary or trade secret information.  Larian also objects to this

8  request to the extent it calls for the disclosure of attorney-client privileged

9  information or information protected from disclosure by the work-product doctrine,

10  joint defense or common interest privilege, or other privilege.  Larian also objects

11  to this request to the extent it seeks documents not within Larian's possession,

12  custody or control.

13          Subject to the foregoing, Larian will produce documents, consistent

14  with the parties' agreement concerning the same requests to MGA in Mattel's

15  Second Set of Requests for Production to MGA, as reflected in MGA's

16  Supplemental Responses to those Requests, within his possession, custody, or

17  control that are responsive to the request, if any, and that have not already been

18  produced, that he discovers in the course of his reasonable search and diligent

19  inquiry, which are within the permissible scope of discovery, and to which no

20  privilege or other protection applies, including without limitation, the attorney-

21  client privilege or attorney's work product doctrine..

22  **REQUEST FOR PRODUCTION NO. 250:**

23          All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

24  YOUR profits from the sale of each BRATZ PRODUCT sold by MGA or its

25  licensees.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 250:**

27          Larian incorporates by reference the above-stated general objections as

28  if fully set forth herein.  Larian also specifically objects to this request on the

EXHIBIT 6

PAGE 606

- 241 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    grounds that it is overbroad and seeks information not relevant to the subject matter

2    of this lawsuit or reasonably calculated to lead to the discovery of admissible

3    evidence.  Larian also objects to this request on the grounds that it is overbroad,

4    unduly burdensome, and oppressive in seeking documents that evidence, reflect, or

5    refer or relate to Larian's profits from the sale of all Bratz products sold by MGA or

6    its licensees.  Larian also objects to this request on the grounds that it seeks

7    confidential, proprietary or commercially sensitive information, the disclosure of

8    which would be inimical to the business interests of Larian and one or more third

9    parties.  Larian also objects to this request to the extent it seeks information the

10   disclosure of which would implicate the rights of third parties to protect private,

11   confidential, proprietary or trade secret information.  Larian also objects to this

12   request to the extent it calls for the disclosure of attorney-client privileged

13   information or information protected from disclosure by the work-product doctrine,

14   joint defense or common interest privilege, or other privilege.  Larian also objects

15   to this request to the extent it seeks documents not within Larian's possession,

16   custody or control.

17          Subject to the foregoing, Larian will produce documents, consistent

18   with the parties' agreement concerning the same requests to MGA in Mattel's

19   Second Set of Requests for Production to MGA, as reflected in MGA's

20   Supplemental Responses to those Requests, within his possession, custody, or

21   control that are responsive to the request, if any, and that have not already been

22   produced, that he discovers in the course of his reasonable search and diligent

23   inquiry, which are within the permissible scope of discovery, and to which no

24   privilege or other protection applies, including without limitation, the attorney-

25   client privilege or attorney's work product doctrine.

26   **REQUEST FOR PRODUCTION NO. 251:**

27          DOCUMENTS sufficient to IDENTIFY all customers to whom MGA

28   or its licensees have ever sold any BRATZ PRODUCT.

EXHIBIT __6__

PAGE __607__

- 242 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

**RESPONSE TO REQUEST FOR PRODUCTION NO. 251:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that identify all customers to whom MGA or its licensees has ever sold any Bratz product. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. Larian also objects to this request to the extent it seeks documents not within Larian's possession, custody or control.

Subject to the foregoing, Larian will produce documents, consistent with the parties' agreement concerning the same requests to MGA in Mattel's Second Set of Requests for Production to MGA, as reflected in MGA's Supplemental Responses to those Requests, within his possession, custody, or control that are responsive to the request, if any, and that have not already been produced, that he discovers in the course of his reasonable search and diligent inquiry, which are within the permissible scope of discovery, and to which no privilege or other protection applies, including without limitation, the attorney-client privilege or attorney's work product doctrine.


EXHIBIT **6**

PAGE **609**

- 243 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    **REQUEST FOR PRODUCTION NO. 252:**

2            For each customer to whom MGA or its licensees have ever sold any

3    BRATZ PRODUCT, DOCUMENTS sufficient to show the number of units of each

4    such BRATZ PRODUCT sold by MGA or its licensees to that customer.

5    **RESPONSE TO REQUEST FOR PRODUCTION NO. 252:**

6            Larian incorporates by reference the above-stated general objections as

7    if fully set forth herein.  Larian also specifically objects to this request on the

8    grounds that it is overbroad and seeks information not relevant to the subject matter

9    of this lawsuit or reasonably calculated to lead to the discovery of admissible

10   evidence.  Larian also objects to this request on the grounds that it is overbroad,

11   unduly burdensome, and oppressive in seeking documents that show the number of

12   units of all Bratz products sold to all customers by MGA or its licensees.  Larian

13   also objects to this request on the grounds that it seeks confidential, proprietary or

14   commercially sensitive information, the disclosure of which would be inimical to

15   the business interests of Larian and one or more third parties.  Larian also objects to

16   this request to the extent it seeks information the disclosure of which would

17   implicate the rights of third parties to protect private, confidential, proprietary or

18   trade secret information.  Larian also objects to this request to the extent it calls for

19   the disclosure of attorney-client privileged information or information protected

20   from disclosure by the work-product doctrine, joint defense or common interest

21   privilege, or other privilege.  Larian also objects to this request to the extent it seeks

22   documents not within Larian's possession, custody or control.

23           Subject to the foregoing, Larian will produce documents, consistent

24   with the parties' agreement concerning the same requests to MGA in Mattel's

25   Second Set of Requests for Production to MGA, as reflected in MGA's

26   Supplemental Responses to those Requests, within his possession, custody, or

27   control that are responsive to the request, if any, and that have not already been

28   produced, that he discovers in the course of his reasonable search and diligent



- 244 -        LARIAN'S SUPP. RESPONSE TO MATTEL'S
               1ST SET OF REQUESTS FOR PRODUCTION
               CV 04-9049 SGL (RNBX)