# Exhibit 15

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

**Exhibit 16**

CALENDARED

**RECEIVED**

JAN 0 8 2009

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                    Date: January 6, 2009

Title:    MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
=======================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    James Holmes                          None Present
    Courtroom Deputy Clerk                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                          None Present

PROCEEDINGS:    ORDER APPOINTING DISCOVERY MASTER

    As in Phase 1 of this case, the Court intends to appoint a Discovery Master to govern any discovery disputes that might arise in Phase 2 of this case. The appointment of the Discovery Master was made at the joint request of the parties in this case. <u>See</u> Stipulation for Appointment of a Discovery Master and Order, December 6, 2006.

    Pursuant to Federal Rule of Civil Procedure 53(a)(1)(C), the Court continues to believe that a Discovery Master, as opposed to the assigned Magistrate Judge, is necessary to address what MGA has aptly described to the Court as "the massive administrative burdens in time and labor necessary to deal with the enormous complexities, both legal and practical, of the issues in Phase 2" and the "sheer volume of complex civil discovery disputes likely to arise in Phase 2." Based on the Court's experience in this case, there is no question that a Discovery Master is needed to "effectively and timely" address the anticipated discovery matters in this case.

    The Court previously submitted to all counsel of record the names of eight attorneys for consideration by the parties and invited counsel to submit, in camera, any objections to those attorneys to serve as a Discovery Master (or as a Special Master to oversee the implementation of the permanent injunction, if needed). The Court has carefully considered the objections submitted. Two of the individuals named were not the subject of an objection by any party. Of those two, the Court selects Robert C. O'Brien of Arent, Fox to serve as Discovery Master for Phase 2 of this

MINUTES FORM 90                                          Initials of Deputy Clerk: jh
CIVIL -- GEN                          1

01-06

EXHIBIT _16_
PAGE _831_

case.

The Discovery Master will serve under the terms and conditions of the Stipulation and Order dated December 6, 2006, the terms and conditions of which were previously agreed to by the parties.  The stay on discovery for Phase 2 of this case is hereby VACATED.

Notwithstanding the parties' stated lack of objection to the appointment of Mr. O'Brien as Discovery Master, the Discovery Master is directed to promptly disclose to counsel for all parties any potential grounds for conflict of interest or disqualification, and the parties shall, within three days of receipt of said disclosure, submit any objection to the Court in camera.   A failure to object will be deemed by the Court as a waiver of any objections and consent to Mr. O'Brien to serve as Discovery Master.  The Discovery Master is further directed to contact counsel for all parties and resolve any and all outstanding discovery motions as expeditiously as possible.

IT IS SO ORDERED.

MINUTES FORM 90                                                          Initials of Deputy Clerk: jh
CIVIL -- GEN                                        2

EXHIBIT  _16_

PAGE  _832_

Date Transmit. .:        1/6/2009 3:00:50 PM

2:04-cv-9049  Doc: 4640

Melissa  Grant
Quinn Emanuel Urquhart Oliver and Hedges
865 South Figueroa Street, 10th Fl
Los Angeles, CA   90017-2543

Number of Pages:        2

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

EXHIBIT  *16*

PAGE  *833*

MIME-Version:1.0

From:cacd_ecfmail@ cd.uscourts.gov

To:ecfnef@cacd.uscourts.gov

Bcc: johnquinn@quinnemanuel.com , randaosman@quinnemanuel.co m , amorgenthaler@chrisglase.com , rkennedy@skadden.com , tn olan@skadden.com , carl.roth@skadden.com , marcus.mumford@sk adden.com , eherich@kmwlaw.com , timalger@quinnemanuel.com , joncorey@quinnemanuel.com , michaelzeller@quinnemanuel.com , burrow@caldwell-leslie.com , wilson@caldwell-leslie.com , popescu@caldwell-leslie.com , kenneth.plevan@skadden.com , d rogosa@skadden.com , sumclaug@skadden.com , acote@obsklaw.co m , feseroma@obsklaw.com , marina.bogorad@skadden.com , dyla nproctor@quinnemanuel.com , westonreid@quinnemanuel.com , st ankaras@quinnemanuel.com , gayleduran@quinnemanuel.com , sgi zer@glaserweil.com , robynaronson@dwt.com , frankromero@dwt. com , cdowell@kmwlaw.com , cyrusnaim@quinnemanuel.com , leah @spertuslaw.com , mikelly@skadden.com , sandyweisburst@quinn emanuel.com , nef@cacd.circ9.dcn , obrien.robert@arentfox.co m , prosper.pierre@arentfox.com , barbara_north@cacd.uscourt s.gov , dscheper@obsklaw.com,feseroma@obsklaw.com_sumry, l mcfarland@kmwlaw.com, moverland@obsklaw.com,jhibino@obsklaw .com_sumry, jrussell@skadden.com,allison.velkes@skadden.com _sumry, tholen@caldwell-leslie.com,mejia@caldwell-leslie.co m,wilson@caldwell-leslie.com, dwinthrop@howardrice.com, di anehutnyan@quinnemanuel.com,andreahoeven@quinnemanuel.com, dhansen@skadden.com, alexstolyar@quinnemanuel.com, crd_blo ck@cacd.uscourts.gov,crd_block@cacd.uscourts.gov_sumry, crd _larson@cacd.uscourts.gov,kathie_pimentel@cacd.uscourts.gov_ sumry,crd_larson@cacd.uscourts.gov_sumry, crd_larson@cacd.u scourts.gov,kathie_pimentel@cacd.uscourts.gov_sumry,crd_lars on@cacd.uscourts.gov_sumry, Prosper.Pierre@Arentfox.com, Bar bara_North@cacd.uscourts.gov,

Jerome B FalkHoward Rice Nemerovski Canady Falk & Rabkin3 Em barcadero Ctr  7th FlSan Francisco CA 94111-4024,

Kien C TietStern and Goldberg6345 Balboa Boulevard, Suite 20 0Encino CA 91316,

Lauren E AguiarSkadden Arps Slate Meagher & Flom1440 New Yor k AveWashington DC 20005-2111,

Melissa  GrantQuinn Emanuel Urquhart Oliver and Hedges865 So uth Figueroa Street, 10th FlLos Angeles CA 90017-2543,

Cheryl  PlambeckDavis & Gilbert LLP1740 BroadwayNew York NY 10019US,

Amy R SabrinSkadden Arps Slate Meagher & Flom LLP1440 New Yo rk Avenue NWWashington DC 20005-2111US,

David W FosterSkadden Arps Slate Meagher & Flom LLP1440 New



EXHIBIT 16

PAGE 834

York Avenue NWWashington DC 20005-2111US,
Peter H BonisPeter . Bonis Law Offices1990 N California Bl
vd, 8th FloorWalnut Creek CA 94596US
Message-Id:
Subject:Activity in Case 2:04-cv-09049-SGL-RNB Carter Bryant
v. Mattel Inc Order
Content-Type: text/html***NOTE TO PUBLIC ACCESS USERS*** Jud
icial Conference of the United States policy permits attorne
ys of record and parties in a case (including pro se litigan
ts) to receive one free electronic copy of all documents fil
ed electronically, if receipt is required by law or directed
 by the filer. PACER access fees apply to all other users.
To avoid later charges, download a copy of each document dur
ing this first viewing. However, if the referenced document
is a transcript, the free copy and 30 page limit do not appl
y.'
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
CALIFORNIA
Notice of Electronic Filing


The following transaction was entered  on 1/6/2009 at 2:31 P
M PST and filed
on 1/6/2009


Case Name:
Carter Bryant v. Mattel Inc
Case Number:2:04-cv-9049


Filer:


Document Number:

<a href=https://ecf.cacd.uscourts.gov/doc1/03107239590?magic
_num=MAGIC&de_seq_num=14130&caseid=167222
>4640


Docket Text:

EXHIBIT __16__

PAGE __835__

ORDER APPOINTING DISCOVERY MASTER by Judge Stephen G. Larson
: [re Order extend. g
time [4503], Stipulation for Extension of Time to File, [449
0]; the Court
selects Robert C. O&#039;Brien of Arent, Fox to serve as Dis
covery Master
for Phase 2 of this case.  The stay on discovery for Phase 2
 of this case
is hereby VACATED.  Notwithstanding the parties&#039; stated
 lack of objection
to the appointment of Mr. O&#039;Brien as Discovery Master,
the Discovery
Master is directed to promptly disclose to counsel for all p
arties any potential
grounds for conflict of interest or disqualification, and th
e parties shall,
within three days of receipt of said disclosure, submit any
objection to
the Court in camera.  A failure to object will be deemed by
the Court as
a waiver of any objections and consent to Mr. O&#039;Brien t
o serve as Discovery
Master.  The Discovery Master is further directed to contact
 counsel for
all parties and resolve any and all outstanding discovery mo
tions as expeditiously
as possible. See order for complete text.  (jh)


2:04-cv-9049 Notice has been electronically mailed to:



John B Quinn       johnquinn@quinnemanuel.com

Randa A F Osman       randaosman@quinnemanuel.com

David C Scheper       dscheper@obsklaw.com, feseroma@obsklaw.co
m_sumry

EXHIBIT  16

PAGE  836

Alisa Morgenthaler Lever          amorgenthaler@chrisglase.com

Larry W McFarland          lmcfarland@kmwlaw.com

Raoul D Kennedy          rkennedy@skadden.com

Mark E Overland          moverland@obsklaw.com, jhibino@obsklaw.com_sumry

Thomas J Nolan          tnolan@skadden.com, carl.roth@skadden.com, marcus.mumford@skadden.com

Emil W Herich          eherich@kmwlaw.com

Jason D Russell          jrussell@skadden.com, allison.velkes@skadden.com_sumry

Timothy L Alger          timalger@quinnemanuel.com

Sandra L Tholen          tholen@caldwell-leslie.com, mejia@caldwell-leslie.com, wilson@caldwell-leslie.com

Jon D Corey          joncorey@quinnemanuel.com

Douglas Andrew Winthrop          dwinthrop@howardrice.com

Michael T Zeller          michaelzeller@quinnemanuel.com

Linda M Burrow          burrow@caldwell-leslie.com, wilson@caldwell-leslie.com, popescu@caldwell-leslie.com

Diane C Hutnyan          dianehutnyan@quinnemanuel.com, andreahoeven@quinnemanuel.com

Kenneth A Plevan          kenneth.plevan@skadden.com, drogosa@skadden.com, sumclaug@skadden.com

EXHIBIT 16
PAGE 837

Alexander H Cote          acote@obsklaw.com, feseroma@obsklaw.com

Marina Vladimir Bogorad        marina.bogorad@skadden.com

Brett Dylan Proctor        dylanproctor@quinnemanuel.com, westo
nreid@quinnemanuel.com

Stan Karas        stankaras@quinnemanuel.com, gayleduran@quinn
emanuel.com, westonreid@quinnemanuel.com

Scott E Gizer        sgizer@glaserweil.com

David W Hansen        dhansen@skadden.com

Robyn Aronson        robynaronson@dwt.com, frankromero@dwt.com

Oleg Stolyar        alexstolyar@quinnemanuel.com

Christian C Dowell        cdowell@kmwlaw.com

Cyrus S Naim        cyrusnaim@quinnemanuel.com

Leah Chava Gershon        leah@spertuslaw.com

Michael P Kelly        mikelly@skadden.com

Sanford I Weisburst        sandyweisburst@quinnemanuel.com

2:04-cv-9049 Notice has been delivered by First Class U. S.
Mail or by
fax to: :

Jerome B Falk
Howard Rice Nemerovski Canady Falk & Rabkin
3 Embarcadero Ctr   7th Fl
San Francisco CA 94111-4024

EXHIBIT  _16_
PAGE  _838_

Kien C Tiet
Stern and Goldberg
6345 Balboa Boulevard, Suite 200
Encino CA 91316


Lauren E Aguiar
Skadden Arps Slate Meagher & Flom
1440 New York Ave
Washington DC 20005-2111


Melissa  Grant
Quinn Emanuel Urquhart Oliver and Hedges
865 South Figueroa Street, 10th Fl
Los Angeles CA 90017-2543


Cheryl  Plambeck
Davis & Gilbert LLP
1740 Broadway
New York NY 10019
US

Amy R Sabrin
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington DC 20005-2111
US

David W Foster
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington DC 20005-2111
US

Peter H Bonis
Peter H. Bonis Law Offices
1990 N. California Blvd, 8th Floor
Walnut Creek CA 94596
US

EXHIBIT 16
PAGE 839

**Exhibit 17**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

January 6, 2009

<u>VIA FACSIMILE & U.S. MAIL</u>

Carl A. Roth
Skadden, Arps, Slate, Meagher & Flom, LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071

Re:   <u>Mattel v. MGA Entertainment, Inc.</u>

Dear Carl:

In light of the Court's order of today's date vacating the Phase 2 discovery stay which was imposed months before trial, I write to request that the MGA Parties supplement their document production promptly, as required by Rule 26(e)(1), specifically in connection with the financial information in Request Nos. 207, 208 and 269 to Isaac Larian, as compelled in connection with the Discovery Master's Order dated December 31, 2007, and Request Nos. 4-37 and 40-45 in Mattel's Second Set of Requests for Production to MGA Entertainment as compelled in the Discovery Master's Order dated December 28, 2007.   Mattel expects that this supplementation will include the type of financial documents that MGA and Isaac Larian belatedly produced during trial.  Please confirm that the MGA parties will provide this supplemental production on or before February 1, 2009.  If you have any questions regarding the foregoing, please do not hesitate to call.

Best regards,

Jon Corey

JDC:jlm

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

20481/2751688.1

EXHIBIT _17_

PAGE _840_

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

**DATE:**  January 6, 2009

**NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Carl Roth, Esq. *Skadden, Arps, Slate, Meagher & Flom LLP* | 213.687.5262 | 213.621.5262 |

**FROM:**  Jon Corey

**RE:**  *Mattel v. MGA Entertainment, Inc.*

**MESSAGE:**

FAXED
JAN 0 6 2009

07209/2266533.3

| CLIENT # | 7209 | ROUTE/ RETURN TO: | Johanna M./10th Floor | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |

**OPERATOR:**

**CONFIRMED?**  ☐ NO  ☐ YES: _____

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT *17*

PAGE *841*

01/06/2009 18:13 FAX  12134433100        QEUOH-LAO-2                                      Ø001

```
                        ********************
                   ***    TX REPORT    ***
                        ********************

       TRANSMISSION OK

       TX/RX NO                 2155
       RECIPIENT ADDRESS        9414#7209#12136215262#
       DESTINATION ID
       ST. TIME                 01/06 18:12
       TIME USE                 00'36
       PAGES SENT               2
       RESULT                   OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA  94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

**DATE:**   January 6, 2009                    **NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Carl Roth, Esq. *Skadden, Arps, Slate, Meagher & Flom LLP* | 213.687.5262 | 213.621.5262 |

**FROM:**   Jon Corey

**RE:**   *Mattel v. MGA Entertainment, Inc.*

**MESSAGE:**

EXHIBIT **17**

PAGE **842**

**Exhibit 18**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3162**

WRITER'S INTERNET ADDRESS
**scottkidman@quinnemanuel.com**

January 28, 2009

**VIA FACSIMILE AND U.S. MAIL**

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Re:    Mattel, Inc. v. MGA Entertainment, Inc., et al.

Gentlemen:

I write pursuant to Paragraph 5 of the Discovery Master Stipulation to request a meeting of counsel regarding the relief sought in Mattel's Motion for Reconsideration of Portions of Discovery Master's December 31, 2007 Order filed January 16, 2008.

Mattel's motion sought reconsideration of that portion of the Discovery Master's December 31, 2007 order regarding Request No. 198 of Mattel's First Set of Requests for Production of Documents and Things to Isaac Larian.  Request No. 198 seeks all communications between Isaac Larian and any individual while the individual was employed by Mattel.  The Discovery Master granted Mattel's motion to compel with respect to Request No. 198 but *sua sponte* limited the request to the time period from 1999 to 2005.  Mattel's motion for reconsideration sought to amend the order to expand the scope of Request No. 198 to include Mr. Larian's post-2005 communications with Mattel employees.

The motion was stayed with other Phase 2 discovery, then denied without prejudice by a September 23, 2008 order, in which the Court denied all pending motions without prejudice for its convenience.  Before Mattel renews its motion, I would like to discuss with you whether

EXHIBIT *18*

PAGE *843*

**quinn emanuel urquhart oliver & hedges, llp**

07975/2777660.1

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

Mr. Larian's position regarding his post-2005 communications with Mattel employees has changed since the motion was filed.

Please let me know when you are available to discuss this.


Very truly yours,

Scott B. Kidman

cc:     Amman A. Khan
        Glaser, Weil, Fink, Jacobs & Shapiro, LLP

EXHIBIT _18_

PAGE _844_

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, 107-0052
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**LONDON**
16 Old Bailey
London United Kingdom
+44(0) 20 7653 2000
Facsimile: +44(0) 20 7653 2100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

**DATE:**     January 28, 2009                    **NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Thomas Nolan, Esq.<br>Jason Russell, Esq.<br>Skadden Arps Slate Meagher & Flom LLP | 213-687-5000 | 213-687-5600 |

**FROM:**     Scott B. Kidman

**RE:**     Mattel, Inc. v. MGA Entertainment, Inc., et al.

**MESSAGE:**



| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | helen 8th | ☐ CONFIRM FAX<br>☐ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | CONFIRMED? | ☐ NO  ☐ YES: _____ | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

EXHIBIT *18*

PAGE *845*

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

**Exhibit 19**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3203**

WRITER'S INTERNET ADDRESS
scottwatson@quinnemanuel.com

February 6, 2009

**VIA FACSIMILE AND MAIL**

Amman Khan, Esq.
Glaser, Weil, Fink, Jacobs & Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

Re:  Mattel, Inc. v. MGA Entertainment, Inc. et al.

Dear Counsel:

I write further to our meet and confer of this afternoon and my January 28, 2009 letter regarding MGA Entertainment, Inc.'s response to Interrogatory No. 45 of Mattel's Sixth Set of Interrogatories, and MGA's and Isaac Larian's responses to Mattel's Supplemental Interrogatories.

MGA and Larian agreed during our call that their objection to Mattel's Interrogatories on the grounds that Phase Two discovery was stayed until further order of the Court is no longer viable.

You agreed to let me know on Monday, February 9, 2009 which interrogatories MGA and Larian will respond to and whether those responses will be limited by the remaining objections.  If we cannot resolve this matter next Monday, Mattel will move for an order overruling objections and compelling a full and complete response.

Very truly yours,

Scott L. Watson
07209/2789524.1

EXHIBIT _19_

PAGE _846_

**quinn emanuel urquhart oliver & hedges, llp**

07209/2789524.1

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

<table>
<tr>
<td><u>NEW YORK</u><br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>Facsimile: (212) 849-7100</td>
<td><u>LOS ANGELES</u><br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br>Facsimile: (213) 443-3100</td>
<td><u>TOKYO</u><br>Akasaka Twin Tower Main Building, 6th Floor<br>17-22 Akasaka 2-Chome<br>Minato-ku, 107-0052<br>+81 3 5561-1711<br>Facsimile: +81 3 5561-1712</td>
</tr>
<tr>
<td><u>SILICON VALLEY</u><br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065<br>(650) 801-5000<br>Facsimile: (650) 801-5100</td>
<td><u>SAN FRANCISCO</u><br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br>Facsimile: (415) 875-6700</td>
<td><u>LONDON</u><br>16 Old Bailey<br>London United Kingdom<br>+44(0) 20 7653 2000<br>Facsimile: +44(0) 20 7653 2100</td>
</tr>
</table>

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:**   February 6, 2009

**NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Amman Kahn, Esq.<br>Christensen, Glaser, Fink, Jacobs<br>Weil & Shapiro, LLP | (310) 553-3000 | (310) 556-2920 ✓ |
| Thomas Nolan, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP | (213) 687-5000 | (213) 687-5600 ✓ |
| Jean Nogues<br>Mitchell Silberberg & Knupp | (310) 312-3152 | (310) 213-8352<br>310-312-3100 |

**FROM:**   Scott L. Watson

**RE:**   Mattel v. MGA, Ent.

**MESSAGE:**

EXHIBIT 19

PAGE 847

FAXED

FEB 6 2009

07209/2783724.1

| CLIENT # | 7975 | ROUTE/<br>RETURN TO: | Tiffany Garcia - 3rd Floor | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED?  ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

**Exhibit 20**

**From:** Scott Watson
**Sent:** Monday, February 09, 2009 5:47 PM
**To:** 'akhan@glaserweil.com'
**Cc:** Jon Corey; Tamara Jih
**Subject:** Meet and Confer

Amman,

When we spoke Friday, you indicated that you were not prepared to meet and confer with regard to certain interrogatories and requests for production identified in my letter of January 28, 2009 and Jon Corey's letter of January 6, 2009.  You assured me that you would call me today and would be prepared to discuss MGA and Larian's objections to that discovery.  I have not heard from you today.  I left you a voicemail this afternoon; you have not returned my call.

I remain available to meet and confer on these issues this evening.  I expect I will be at the office until 7 p.m.  Please let me know if you would like to speak before then.  If I do not hear from you, Mattel will proceed with its motion.

Very truly yours,

Scott L. Watson

EXHIBIT 20

PAGE 848

**Exhibit 21**

MITCHELL SILBERBERG & KNUPP LLP

A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**MS&K**

Jean Pierre Nogues
A Professional Corporation
(310) 312-3152 Phone
(310) 231-8352 Fax
jpn@msk.com

February 6, 2009

VIA E-MAIL AND U.S. MAIL

Jon Corey, Esq.
Quinn, Emmanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Re:   **Bryant v. Mattel, Inc. and Consolidated Actions, C.D. Cal. (Eastern Div.) Case No.**
      **CV04-09049 SJL (RNBx); Meet and Confer re MGA Responses to Mattel**
      **Interrogatories 43, 44, 51-55 and 64**

Dear Jon,

This will confirm MGA's proposal during our meet-and-confer session today that MGA would provide further responses to Mattel's Interrogatories 43, 44, 51 through 55, and 64, all of which deal with MGA's trade dress claims, not later than 30 days after the Court decides the trade dress summary judgment motion which Mattel has indicated it will be bringing. If granted in whole or in part, Mattel's motion, which does not depend in any respect on responses to these interrogatories, would limit or eliminate issues relating to MGA's trade dress claims and the discovery necessary to litigate those claims. It does not make sense to us that either party would expend time or money conducting discovery which may prove unnecessary if Mattel's motion is successful.

I also advised that if Mattel did not agree to this proposal, MGA would make a motion for a protective order that would defer its obligation to respond until after the Mattel summary judgment motion is heard.

EXHIBIT __21__

PAGE __849__

11377 West Olympic Boulevard, Los Angeles, California 90064-1683
Phone: (310) 312-2000  Fax: (310) 312-3100  Website: www.msk.com

MITCHELL SILBERBERG & KNUPP LLP

Jon Corey, Esq.
February 6, 2009
Page 2

You indicated you would get back to me about this proposal after speaking with your client.  I look forward to hearing back from you.

Very truly yours,

Jean Pierre Nogues
of
MITCHELL SILBERBERG & KNUPP LLP

JPN/jpn
cc:    Amman Khan, Esq.

EXHIBIT 21

PAGE 850

2119905.1/39416-00002

**Exhibit 22**

FILED

1   DALE M. CENDALI
    *(of counsel, not admitted in California)*
2   DIANA M. TORRES (S.B. #162284)
    PAULA E. AMBROSINI (S.B. #193126)
3   O'MELVENY & MYERS LLP
    400 South Hope Street
4   Los Angeles, CA  90071-2899
    Telephone:  (213) 430-6000
5   Facsimile:  (213) 430-6407
    email:    dtorres@omm.com
6
7   PATRICIA GLASER (S.B. # 55668)
    CHRISTENSEN, MILLER, FINK,
8   JACOBS, GLASER, WEIL &
    SHAPIRO LLP
9   10250 Constellation Boulevard, 19th Floor
    Los Angeles, CA  90067
10  Telephone:  (310) 553-3000
    Facsimile:  (310) 556-2920

11  Attorneys for Plaintiff
12  MGA Entertainment, Inc.

13

14              UNITED STATES DISTRICT COURT

15           CENTRAL DISTRICT OF CALIFORNIA

                 CV 05 - 02727  CBM (Rzx)

16  MGA ENTERTAINMENT, INC.,        Case No.
17              Plaintiff,           COMPLAINT FOR FALSE
                                     DESIGNATION OF ORIGIN,
18        v.                         AFFILIATION, ASSOCIATION OR
                                     SPONSORSHIP (15 U.S.C. § 1125
19  MATTEL, INC., a Delaware         (a)); UNFAIR COMPETITION (15
    Corporation, and DOES 1-10,     U.S.C. § 1125 (a), Cal. Bus. & Prof.
20                                   Code § 17200 *et seq.* and California
              Defendants.           Common Law); DILUTION (15
21                                   U.S.C. § 1125 (c), Cal. Bus. & Prof
                                     Code § 14330 and California Common
22                                   Law); AND UNJUST ENRICHMENT

23                                   DEMAND FOR JURY TRIAL
24
25
26
27
28

EXHIBIT   22

PAGE   851