QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>Hearing Date:   TBA<br>Time:           TBA<br>Place:          Telephonic<br><br>**Phase 2**<br>Discovery Cut-off:     TBD<br>Pre-trial Conference:  TBD<br>Trial Date:            TBD |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 11, 2009, I served true copies of the following document(s)

    1.    MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS BY MGA ENTERTAINMENT, INC., AND ISAAC LARIAN; (2) MATTEL'S SEPARATE STATEMENT; AND (3) EXHIBITS 7, 14, and 15 TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT OF

    2.    [PROPOSED ORDER] RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS BY MGA ENTERTAINMENT, INC., AND ISAAC LARIAN; (2) MATTEL'S SEPARATE STATEMENT; AND (3) EXHIBITS 7, 14, and 15 TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT OF

described as  on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>Tel: (213) 687-5000<br>Fax: (213) 687-5600<br>**(Attorneys for Isaac Larian, MGA Entertainment, Inc., MGAE de Mexico, S.R.L. de C.V., MGA Entertainment (HK) Ltd.)** | Patricia L. Glaser, Esq.<br>**Glaser Weil Fink Jacobs & Shapiro LLP**<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA  90067<br>Tel: (310) 553-3000<br>Fax: (310) 556-2920<br>**(Attorneys for Isaac Larian, MGA Entertainment, Inc., MGAE de Mexico, S.R.L. de C.V., MGA Entertainment (HK) Ltd.)** |
| Russell J. Frackman, Esq.<br>**Mitchell Silberberg**<br>11377 West Olympic Blvd.<br>Los Angeles, CA  90064<br>Tel: (310) 312-3119<br>Fax: (310) 231-8319<br>**(Attorneys for Isaac Larian, MGA Entertainment, Inc., MGAE de Mexico, S.R.L. de C.V., MGA Entertainment (HK) Ltd.)** | |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

1    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2

3    Executed on February 11, 2009, at Los Angeles, California.

4                                                          _____
5                                                          Dave Quintana

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28