QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br>_____<br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**PROOF OF SERVICE** RE MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL MGA TO PRODUCE AND FILE CERTAIN DOCUMENTS REVIEWED *IN CAMERA*<br><br>**Phase 1:**<br>Trial Date:          May 27, 2008 |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On February 12, 2009, I served true copies of the following documents described as:

## SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>   Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | **Attorneys for *the MGA Parties***<br><br>Telephone:  213.687.5000<br>Facsimile:  213.687.5600 |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>   Patricia L. Glaser, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067 | **Attorneys for *the MGA Parties*** |
| Mitchell, Silberberg, & Knupp, LLP<br>   Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064 | **Attorneys for *the MGA Parties*** |
| Overland Borenstein Scheper & Kim, LLP<br>   Mark E. Overland, Esq.<br>   Alexander H. Cote, Esq.<br>300 South Grand Avenue, Suite 2750<br>Los Angeles, CA 90071<br>Telephone:  213.613.4655<br>Facsimile:  213.613.4656 | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Peter H. Bonis Law Offices<br>   Peter Bonis<br>1990 N. California Blvd.<br>8th Floor<br>Walnut Creek, CA 94596 | **Attorney for *Carter Bryant*** |

[√]    **[MAIL]** As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business, addressed as set forth below.  I am aware that on motion of the party

07209/2796413.1

-2-

1    served, service is presumed invalid if postal cancellation date or postage

2    meter date is more than one day after date of deposit for mailing in affidavit.

3

4        I declare that I am employed in the office of a member of the bar of this court

5    at whose direction the service was made.

6        Executed on February 12, 2009, at Los Angeles, California.

7

8                                    /s/ Stephen Hauss

9                                    **STEPHEN HAUSS**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **DOCUMENT LIST**

2

3  1.  MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL MGA TO PRODUCE AND FILE CERTAIN DOCUMENTS REVIEWED *IN CAMERA*

4

5  2.  MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL MGA TO PRODUCE AND FILE CERTAIN DOCUMENTS REVIEWED *IN CAMERA*

6

7  3.  [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL MGA TO PRODUCE AND FILE CERTAIN DOCUMENTS REVIEWED *IN CAMERA*

8

9  4.  PROOF OF SERVICE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2796413.1