QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING MOTION OF MATTEL, INC. TO COMPEL MGA TO FILE CERTAIN DOCUMENTS REVIEWED *IN CAMERA*<br><br>Hearing Date:  April 6, 2009<br>Time:          1:00 p.m.<br>Place:         Courtroom 1<br><br><u>Phase 1:</u><br>Trial Date:    May 27, 2008 |

07975/2796519.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the following document in support of its Motion to Compel MGA to Produce and File Certain Documents Reviewed *In Camera*:

[Proposed] Order Granting Motion of Mattel, Inc. to Compel MGA to File Certain Documents Reviewed *In Camera*.

DATED: February 12, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
  Michael T. Zeller
  Attorneys for Mattel, Inc.