QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  (John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | [PROPOSED] ORDER GRANTING MOTION OF MATTEL, INC. TO COMPEL MGA TO FILE CERTAIN DOCUMENTS REVIEWED *IN CAMERA* |
| AND CONSOLIDATED ACTIONS | |
| | Date:       April 6, 2009<br>Time:       1:00 p.m.<br>Place:      Courtroom 1 |
| | **Phase 1:**<br>Trial Date:        May 27, 2008 |

[PROPOSED] ORDER

The Court having reviewed Mattel, Inc.'s Motion to Compel MGA to Produce and File Certain Documents Reviewed *In Camera*, and all other papers submitted in support of and in opposition thereto, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

The Court GRANTS Mattel's Motion to Compel MGA to File Certain Documents Reviewed *In Camera* and MGA Entertainment, Inc. ("MGA") is hereby required within five (5) days of the date hereof to file under seal and in camera with the Court for inclusion in the record for review by the Court of Appeals for the Ninth Circuit all documents that were submitted to the Court for *in camera* review, including those submitted on June 20, 2008.

IT IS SO ORDERED.


DATED:  _____, 2009_____,_____

Hon. Stephen G. Larson
United States District Judge