```
 1  Patricia L. Glaser, State Bar No. 055668
    Pglaser@glaserweil.com
 2  Joel N. Klevens, State Bar No. 045446
    Jklevens@glaserweil.com
 3  GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
    10250 Constellation Boulevard, 19th Floor
 4  Los Angeles, California 90067
    Telephone:  310-553-3000
 5  Facsimile:  310-556-2920

 6
    Russell J. Frackman, State Bar No. 049087
 7  rjf@msk.com
    MITCHELL, SILBERBEG & KNUPP, LLP
 8  11377 West Olympic Boulevard
    Los Angeles, California 90064
 9  Telephone:  310-312-2000
    Facsimile:  310-312-3100
10
    Attorneys for the MGA Parties For Phase Two
11
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-09059 and Case No. 05-02727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]<br><br>**MGA PARTIES' NOTICE OF UNDER SEAL AND *IN CAMERA* SUBMISSION OF OPPOSITION TO MATTEL, INC.'S 2-09-09 MOTION TO COMPEL DEPOSITIONS OF VARGAS AND TRUEBA AND REQUEST FOR SANCTIONS**<br><br>**Date:**   To be set<br>**Time:**   To be set<br>**Place:**   To be set<br><br>**Phase 2** |

666988

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.'s (collectively, "MGA Parties") have submitted the following sealed document to the Court: MGA PARTIES' OPPOSITION TO MATTEL, INC.'S 2-09-09 MOTION TO COMPEL DEPOSITIONS OF VARGAS AND TRUEBA AND REQUEST FOR SANCTIONS.

Dated: February 13, 2009

Patricia L. Glaser
Joel N. Klevens
GLASER, WEIL, FINK, JACOBS
 & SHAPIRO, LLP

Russell J. Frackman
MITCHELL, SILBERBERG & KNUPP, LLP


By: _____/s/ Amman A. Khan_____
    Amman Khan
    Attorneys for the MGA Parties
    for Phase Two

666988

2

MGA PARTIES' NOTICE OF UNDER SEAL AND IN CAMERA SUBMISSION OF
OPPOSITION TO MATTEL'S MOTION TO COMPEL DEPOSITIONS OF TRUEBA AND VARGAS