Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@glaserweil.com
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: 310-553-3000
Facsimile: 310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBEG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone: 310-312-2000
Facsimile: 310-312-3100

Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-09059 and Case No. 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**<br><br>**MGA PARTIES' NOTICE OF UNDER SEAL AND *IN CAMERA* SUBMISSION OF DECLARATION OF AMMAN A. KHAN IN SUPPORT OF MGA PARTIES' OPPOSITION TO MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA AND REQUEST FOR SANCTIONS**<br><br>**Date:** To be set<br>**Time:** To be set<br>**Place:** To be set<br><br>**Phase 2** |

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     **PLEASE TAKE NOTICE** that MGA Entertainment, Inc., Isaac Larian, MGA

3 Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.'s (collectively,

4 "MGA Parties") have submitted the following sealed document to the Court:

5 DECLARATION OF AMMAN A. KHAN IN SUPPORT OF MGA PARTIES'

6 OPPOSITION TO MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS

7 AND MARIANA TRUEBA AND REQUEST FOR SANCTIONS.

8

9 Dated: February 13, 2009

    Patricia L. Glaser
    Joel N. Klevens
    GLASER, WEIL, FINK, JACOBS
      & SHAPIRO, LLP

    Russell J. Frackman
    MITCHELL, SILBERBERG & KNUPP, LLP

    By:     /s/ Amman A. Khan
         Amman Khan
         Attorneys for the MGA Parties
         for Phase Two

666991

2