THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for The MGA Parties

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual

PLAINTIFF(S)

v.

MATTEL, INC., a Delaware corporation

DEFENDANT(S).

CASE NUMBER:
CV 04-9049 SGL (RNBx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1. MGA Parties' Reply In Support Of Their Motion To Quash Receiver Subpoenas Issued By Mattel 2. Declaration Of Jason D. Russell In Support Of The MGA Parties' Reply In Support Of Their Motion To Quash Receiver Subpoenas Issued By Mattel 3. Application To File Under Seal The MGA Parties' Reply In Support Of Their Motion To Quash Receiver Subpoenas Issued By Mattel 4. [Proposed] Order To File Under Seal 5. Proof Of Service

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- ☒ Other

**Reason:**
- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required *(reason):*

February 13, 2009
Date

Thomas J. Nolan
Attorney Name

The MGA Parties
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)     NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.Forms*Workflow*.com