Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@glaserweil.com
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  310-553-3000
Facsimile:   310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBEG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  310-312-2000
Facsimile:   310-312-3100

Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant. | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]<br><br>**[PUBLIC REDACTED]**<br>**DECLARATION OF SUSANA KUEMMERLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA AND REQUEST FOR SANCTIONS**<br><br>Phase 2<br>Pre-Trial Conference:  Not Set<br>Trial Date:                   Not Set |

666837

## DECLARATION OF SUSANA KUEMMERLE

I, Susana Kuemmerle, hereby declare that:

1. I am currently the

The facts set forth herein are true of my own personal knowledge and, if called upon to testify thereto, I could and would competently do so under oath. I submit this declaration in support of the MGA Parties' Opposition to Mattel Inc.'s Motion to Compel the Depositions of Pablo Vargas and Mariana Trueba.

2. MGA De Mexico's principal place of business is in Mexico City, Mexico. MGA De Mexico does not maintain an office in the United States and does not do any business within the United States.

3. Pablo Vargas currently serves as the

Mr. Vargas' title as          does not signify that he is

REDACTED          at MGA De Mexico. Mr. Vargas

4. Mariana Trueba currently serves as the

Ms. Trueba is not     REDACTED

Ms. Trueba's title as          does not signify that she is a

at MGA De Mexico. For example, Ms. Trueba's

current title is          and yet she does not

REDACTED

5. Accordingly, Mr. Vargas and Ms. Trueba are not

6. Mr. Vargas is a Mexican citizen and resident.

REDACTED

666837

- 2 -

DECLARATION OF SUSANA KUEMMERLE

1  7.

REDACTED

3  8.  Currently,

REDACTED                    REDACTED

I declare under penalty of perjury under the laws of the State of California, the United States of America and Mexico that the foregoing is true and correct. Executed on this 12th day of February, 2009, in Mexico City, Mexico.

Susana Kuemmerle

666837

- 3 -

DECLARATION OF SUSANA KUEMMERLE