Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@ glaserweil.com
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: 310-553-3000
Facsimile: 310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBEG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone: 310-312-2000
Facsimile: 310-312-3100

Attorneys for the MGA Parties For Phase Two

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**<br><br>**DECLARATION OF JASON D. RUSSELL IN SUPPORT OF MGA PARTIES' OPPOSITION TO MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA AND REQUESTS FOR SANCTIONS**<br><br>**Phase 2**<br>**Pre-Trial Conference: March 1, 2010 at 11:00 a.m.**<br>**Trial Date: March 23, 2010 at 9:30 a.m.** |

# DECLARATION OF JASON D. RUSSELL

I, Jason D. Russell, hereby declare that:

1. I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys of record for MGA Entertainment, Inc., Isaac Larian, "MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Parties") for Phase 1 in the above-captioned matter. I submit this declaration in support of the MGA Parties' Opposition to Mattel Inc.'s Motion to Compel Depositions of Pablo Vargas and Mariana Trueba and Request for Sanctions. Unless otherwise stated, I have personal knowledge of the facts set for below and, if called as a witness, I could and would testify competently thereto.

2. I understand that Jon Corey and Michael Zeller of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel of record for Mattel, Inc., have represented that I "committed that MGA would provide firm deposition dates for Mr. Vargas... [and] Ms. Trueba... by Monday, January 26, 2008." This statement is untrue.

3. As a threshold matter, I have never spoken to Mr. Corey about the depositions of Pablo Vargas and Mariana Trueba. I did speak with Mr. Zeller about these depositions but did not commit to provide firm dates for these depositions. Indeed, as a review of the timing and context of my conversations with Mr. Zeller should make clear, I *could not* have done so. I spoke with Mr. Zeller about the depositions of Pablo Vargas and Mariana Trueba on January 21st and 22nd. My conversations with Mr. Zeller occurred *after* my firm filed a substitution of counsel seeking to be removed as Phase 2 Counsel for the MGA Parties but before the Court could rule on the issue. The reason I spoke to Mr. Zeller was that I was trying to negotiate a stipulation that would have provided clarity to the Court and the parties as to which counsel for the MGA Parties would be handling what items.

4. Thus, when I spoke to Mr. Zeller on January 21 and 22, 2009, I told Mr. Zeller that Skadden did not anticipate serving as Phase 2 counsel for the MGA

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

Parties. When Mr. Zeller asked me to confirm whether these depositions would be going forward the following week, I explained that given the uncertainty as to who would be the MGA Parties' Phase 2 counsel, I was unable to have any substantive conversations about the disputed depositions, much less commit to firm deposition dates. I did state quite clearly, however, that under no circumstances would the deposition be going forward as noticed. Rather, I suggested to Mr. Zeller that he speak to Phase 2 counsel on January 26, 2009 regarding these matters. To be clear, the only commitment I made was that Phase 2 counsel for the MGA Parties would be prepared to discuss the depositions of Mr. Vargas and Ms. Trueba on that date and I was very clear that I did not want to commit the MGA Parties to any position as my clients had made clear that they wanted a firm other than mine to handle the Phase 2 discovery.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 13th day of February, 2009, in Los Angeles, California.

Jason D. Russell

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, Nineteenth Floor, Los Angeles, California 90067.

On February 13, 2009, I served the foregoing document described as:

**DECLARATION OF JASON D. RUSSELL IN SUPPORT OF MGA PARTIES' OPPOSITION TO MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA AND REQUESTS FOR SANCTIONS**

on the interested parties to this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☐ (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☒ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the above named addressee.

☒ **(BY EMAIL)** I caused such documents to be delivered via email to the addressee(s).

☐ (BY FACSIMILE) I caused such documents to be delivered via facsimile to the offices of the addressee(s) at the following facsimile number:

Executed this 13th day of February, 2009, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Lora Anderson

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

**SERVICE LIST**

Jon D. Corey, Esq.
(joncorey@quinnemanuel.com)
Michael T. Zeller, Esq.
(michaelzeller@quinnemanuel.com)
John Quinn, Esq.
(johnquinn@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
**[By Personal Service]**

Russell J. Frackman, Esq.
(rjf@msk.com)
Patricia H. Benson, Esq.
(phb@msk.com)
Mitchell, Silberberg & Knupp, LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90067
(310) 312-2000
**[By E-mail ]**

Thomas J. Nolan, Esq.
(tnolan@skadden.com)
Raoul D. Kennedy, Esq.
(rkennedy@skadden.com)
Jason D. Russell, Esq.
(Jason.russell@skadden.com)
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
(213) 687-5000
**[By E-mail]**

Robert C. O'Brien
Arent Fox
555 West Fifth Street,
48h Floor
Los Angeles, CA 90013
**[By Personal Service]**

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000