Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@ glaserweil.com
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: 310-553-3000
Facsimile: 310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBEG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone: 310-312-2000
Facsimile: 310-312-3100

Attorneys for the MGAE Parties For Phase Two

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual

Plaintiff,

v.

MATTEL, INC., a Delaware Corporation

Defendant.

AND CONSOLIDATED ACTIONS

Case No. CV 04-9049 SGL (RNBx)

Consolidated with
Case No. CV 04-9059
Case No. CV 05-2727

**DISCOVERY MATTER**
**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**

**MGA PARTIES' EVIDENTIARY OBJECTIONS AND REQUEST TO STRIKE 2/6/09 DECLARATION OF MICHAEL ZELLER, IN SUPPORT OF MATTEL INC.'S MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANNA TRUEBA; AND REQUEST FOR SANCTIONS**

Date: 3/19/09
Time: 10:00 a.m.
Place: Arent, Fox, 555 West Fifth Street, Los Angeles, CA 90013

Interveners, the MGA Parties hereby object to the portions of the 2/6/09 declaration of Michael Zeller of Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP filed in support of Mattel, Inc.'s motion to compel depositions of Pablo Vargas and Marianna Trueba, filed February 9, 2009.

The MGA Parties object to the following inadmissible portions of the declaration of Michael Zeller:

| Objection | Basis for Objection | Ruling |
|---|---|---|
| 1. Paragraph 3, "Attached hereto as Exhibit 2 is a true and correct copy of the English translation of Marianna Trueba Almada's employment contract with MGAE de Mexico, dated April 16, 2004." | Lacks foundation, speculative, hearsay. Zeller lays no foundation for the contract or who translated it, nor does he have personal knowledge. Moreover, it is an out of Court statement offered for the truth of the matters asserted. FRE 602, 801 and 802. | Sustained ______ Overruled ______ |
| 2. Paragraph 4, "Attached hereto as exhibit 3 is a true and correct copy of Pablo Vargas's employment contract with MGAE de Mexico, dated April 16, 2004 (no English translation available)." | Lacks foundation, speculative, hearsay. Zeller lays no foundation for the contract, nor does he have personal knowledge. Moreover, it is an out of Court statement offered for the truth of the matters asserted. FRE 602, 801 and 802 | Sustained ______ Overruled ______ |

LAW OFFICES GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP 10250 CONSTELLATION BOULEVARD NINETEENTH FLOOR LOS ANGELES, CALIFORNIA 90067 310-553-3000

| | | |
|---|---|---|
| 3. Paragraph 5, "Attached hereto as Exhibit 4 is a true and correct copy of Gustavo Machado's employment contract with MGAE de Mexico, dated April 16, 2004 (no English translation available)." | Lacks foundation, speculative, hearsay. Zeller lays no foundation for the contract, nor does he have personal knowledge. Moreover, it is an out of Court statement offered for the truth of the matters asserted. FRE 602, 801 and 802 | Sustained ____ Overruled ____ |
| 4. Paragraph 7 "Attached hereto as Exhibit 3 is a true and correct copy of Pablo Vargas' employment contract with MGAE de Mexico, dated April 16, 2004 (no English translation available)." | Lacks foundation, speculative, hearsay. Zeller lays no foundation for the contract, nor does he have personal knowledge. Moreover, it is an out of Court statement offered for the truth of the matters asserted. FRE 602, 801 and 802 | Sustained ____ Overruled ____ |
| 5. Paragraph 8 "Attached hereto as Exhibit 7 is a true and correct copy of an Offer Letter from MGAE d Mexico to Mariana Trueba Almada, dated March 30, 2004." | Lacks foundation, speculative, hearsay. Zeller lays no foundation for the Offer Letter or who translated it, nor does he have personal knowledge. Moreover, it is an out of Court statement offered for the truth of the matters asserted. FRE 602, 801 and 802 | Sustained ____ Overruled ____ |

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

| | | |
|---|---|---|
| 6. Paragraph 9 "Attached hereto as Exhibit 8 is a true and correct copy of an e-mail from Isaac Larian to Nancy Koppang, dated April 11, 2004." | Lacks foundation, speculative, hearsay. Zeller lays no foundation for the document nor does he have personal knowledge. Moreover, it is an out of Court statement offered for the truth of the matters asserted. FRE 602, 801 and 802 | Sustained ____ Overruled ____ |
| 7. Paragraph 21, page 3:3-5 "On January 26, 2009 no one provided me, or anyone else at my firm, with dates for the depositions." | Lacks foundation, speculation. Mr. Zeller failed to aver that he spoke to others at his firm to inquire whether they had received telephone calls. In fact, Mr. Corey had conversations with Mr. Khan about the depositions on January 26, 2009. FRE 602 | |
| 8. Paragraphs 25-39, pp 3:15-7:19.. | These portions of the declaration purport to lay out a procedural history of Carter Bryant's depositions in State Court and Federal Court. Mr. Bryant was separately represented and Mattel has settled with Mr. Bryant. Therefore the averments are irrelevant to this motion concerning employees of MGAE de Mexico. FRE 401 and 402 | |

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

| | | |
|---|---|---|
| 9. Paragraph 50-58, pp 8:25-9:22 | These averments concern the deposition of Gustavo Machado, who is separately represented and are therefore irrelevant to the depositions of Trueba and Vargas. FRE 401 and 402. | |

Dated: February 13, 2009

Patricia L. Glaser
Joel N. Klevens
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

Russell J. Frackman
MITCHELL, SILBERBEG & KNUPP, LLP

By: ______________________
Amman Khan
Attorneys for the MGAE Parties for Phase Two

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

**PROOF OF SERVICE**

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, Nineteenth Floor, Los Angeles, California 90067.

On February 13, 2009, I served the foregoing document described as:

**MGA PARTIES' EVIDENTIARY OBJECTIONS AND REQUEST TO STRIKE 2/6/09 DECLARATION OF MICHAEL ZELLER, IN SUPPORT OF MATTEL INC.'S MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANNA TRUEBA; AND REQUEST FOR SANCTIONS**

on the interested parties to this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☐ (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☒ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the above named addressee.

☒ **(BY EMAIL)** I caused such documents to be delivered via email to the addressee(s).

☐ (BY FACSIMILE) I caused such documents to be delivered via facsimile to the offices of the addressee(s) at the following facsimile number:

Executed this 13th day of February, 2009, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Lora Anderson

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

**SERVICE LIST**

Jon D. Corey, Esq.
(joncorey@quinnemanuel.com)
Michael T. Zeller, Esq.
(michaelzeller@quinnemanuel.com)
John Quinn, Esq.
(johnquinn@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
**[By Personal Service]**

Russell J. Frackman, Esq.
(rjf@msk.com)
Patricia H. Benson, Esq.
(phb@msk.com)
Mitchell, Silberberg & Knupp, LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90067
(310) 312-2000
**[By E-mail ]**

Thomas J. Nolan, Esq.
(tnolan@skadden.com)
Raoul D. Kennedy, Esq.
(rkennedy@skadden.com)
Jason D. Russell, Esq.
(Jason.russell@skadden.com)
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
(213) 687-5000
**[By E-mail]**

Robert C. O'Brien
Arent Fox
555 West Fifth Street,
48h Floor
Los Angeles, CA 90013
**[By Personal Service]**