QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009]**<br><br>[PUBLIC REDACTED] DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S RENEWED MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION 526 AND 528<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 2**<br><br>Discovery Cutoff: Not Set<br>Pre-trial Conference: Not Set<br>Trial; Not Set |

# DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the bars of the State of California, New York and Illinois and am a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Minute Order Staying Phase II Discovery, dated February 4, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of the letter from Caroline H. Mankey to Michael T. Zeller, dated February 6, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Discovery Master's December 31, 2007 Order.

5. Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts from MGA's Second Set of Requests for the Production of Documents and Things in Case No. 05-2727, dated March 27, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of relevant excerpts from MGA's Seventh Set of Requests for the Production of Documents and Things In Case No. 05-2727, dated November 29, 2007.

7. Attached hereto as Exhibit 6 is a true and correct copy of the transcript of the January 25, 2007 hearing before the Discovery Master.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Order Appointing Discovery Master dated January 6, 2009.

///
///
///
///
///

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on February 13, 2009, at Los Angeles, California.
4
5         /s/ Michael T. Zeller
       Michael T. Zeller
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28