1  Patricia L. Glaser, State Bar No. 055668
   Pglaser@glaserweil.com
2  Joel N. Klevens, State Bar No. 045446
   Jklevens@glaserweil.com
3  GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
4  Los Angeles, California 90067
   Telephone:  310-553-3000
5  Facsimile:  310-556-2920

6
   Russell J. Frackman, State Bar No. 049087
7  rjf@msk.com
   MITCHELL, SILBERBEG & KNUPP, LLP
8  11377 West Olympic Boulevard
   Los Angeles, California 90064
9  Telephone:  310-312-2000
   Facsimile:  310-312-3100
10
11 Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-09059 and Case No. 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**<br><br>**MGA PARTIES' APPLICATION TO FILE UNDER SEAL**<br><br>**Date:**  To be set<br>**Time:**  To be set<br>**Place:**  To be set<br><br>**Phase 2** |

      Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.'s (collectively, "MGA Parties") hereby respectfully request that the Court order the following documents to be filed under seal:

1. MGA PARTIES' OPPOSITION TO MATTEL, INC.'S 2-09-09 MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND TRUEBA AND REQUEST FOR SANCTIONS;

2. DECLARATION OF SUSANA KUEMMERLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA AND REQUEST FOR SANCTIONS; and

3. DECLARATION OF AMMAN A. KHAN IN SUPPORT OF MGA PARTIES' OPPOSITION TO MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA AND REQUEST FOR SANCTIONS.

      Good cause exists for filing these documents under seal because they discuss confidential and private information that has been designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated: February 13, 2009

      Patricia L. Glaser
      Joel N. Klevens
      GLASER, WEIL, FINK, JACOBS
        & SHAPIRO, LLP

      Russell J. Frackman
      MITCHELL, SILBERBERG & KNUPP, LLP

      By: _____/s/ Amman A. Khan_____
           Amman Khan
           Attorneys for the MGA Parties
           for Phase Two