QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MEMORANDUM OF MATTEL, INC. REGARDING ENTRY OF JUDGMENT PURSUANT TO RULE 54(B) AND PHASE 1<br><br>Hearing Date:    TBD<br>Time:            TBD<br>Place:           TBD<br><br>**Phase 2:**<br><br>Discovery Cut-off:      Not set<br>Pre-trial Conference:   Not set<br>Trial Date:             Not set |

07209/2797452.1

1   I, Scott B. Kidman, declare as follows:

2   1.   I am a member of the bar of the State of California and a partner
3   at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc.
4   ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called
5   and sworn as a witness, I could and would testify competently thereto.

6   2.   Attached hereto as Exhibit 1 is a true and correct copy of
7   excerpts of the hearing transcript in this action dated February 11, 2009.

8   3.   Attached hereto as Exhibit 2 is a true and correct copy of
9   excerpts of the hearing transcript in this action dated January 8, 2007.

10   4.   Attached hereto as Exhibit 3 is a true and correct copy of
11   excerpts of the public redacted version of Mattel, Inc.'s Second Amended Answer in
12   Case No. 05-2727, dated July 12, 2007.

13   5.   Attached hereto as Exhibit 4 is a true and correct copy of
14   excerpts of Mattel's Motion to Try Claims Related to Bratz Ownership in Phase
15   One, dated May 8, 2007.

16   6.   Attached hereto as Exhibit 5 is a true and correct copy of the
17   Court's Order Re Mattel's Motion for Leave to Amend, dated January 11, 2007.

18   7.   Attached hereto as Exhibit 6 is a true and correct copy of the
19   MGA Parties' Notice of Appeal to the United States Court of Appeals for the Ninth
20   Circuit, dated December 11, 2008 (Docket No. 4459), with exhibits omitted.

21   /
22   /
23   /
24   /
25   /
26   /
27   /
28   /

1      8.    Attached hereto as Exhibit 7 is a true and correct copy of the
Ninth Circuit's Order dated January 12, 2009, dismissing the MGA Parties' appeal
for lack of jurisdiction.

I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.

Executed this 13th day of February 2009, at Los Angeles, California.


       /s/ Scott B. Kidman       
Scott B. Kidman