QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS BY MGA ENTERTAINMENT, INC., AND ISAAC LARIAN; (2) MATTEL'S SEPARATE STATEMENT; AND (3) EXHIBITS 7, 14, and 15 TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT OF**<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: TBA<br>Time: TBA<br>Courtroom: Telephonic<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date TBD |

ORIGINAL

07209/2787077.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal: (1) Mattel's Motion to Compel
4  Responses to Interrogatories and Production of Documents by MGA Entertainment,
5  Inc., and Isaac Larian ("Motion"); (2) Mattel's Separate Statement in Support of its
6  Motion to Compel Responses to Interrogatories and Production of Documents by
7  MGA Entertainment, Inc., and Isaac Larian ("Separate Statement"), and (3) Exhibits
8  7, 14, and 15 of the Declaration of Scott L. Watson In Support Of Mattel's Motion to
9  Compel Responses to Interrogatories and Production of Documents by MGA
10 Entertainment, Inc., and Isaac Larian ("Declaration").

11  The Motion, the Separate Statement, and Exhibits 7, 14, and 15 of the
12 Declaration include materials that MGA, Larian, or Mattel have designated as
13 "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.
14 Accordingly, Mattel requests that the Court order that the Motion, the Separate
15 Statement, and Exhibits 7, 14, and 15 of the Declaration be filed under seal.

16  In the alternative, Mattel requests that the Court declare that these
17 materials are outside the definitions of "Confidential" and "Confidential--Attorneys'
18 Eyes Only" as contained in the Stipulated Protective Order and order them to be
19 filed as part of the public record.

20

21 DATED: February 11, 2009        QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP
22

23                                 By /s/ Scott L. Watson
                                      Scott L. Watson
24                                    Attorneys for Mattel, Inc.

25

26

27

28