QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

  Plaintiff,

  vs.

MATTEL, INC., a Delaware corporation,

  Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

The Honorable Stephen G. Larson

[~~PROPOSED~~ ORDER] RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS BY MGA ENTERTAINMENT, INC., AND ISAAC LARIAN; (2) MATTEL'S SEPARATE STATEMENT; AND (3) EXHIBITS 7, 14, and 15 TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT OF

Hearing Date:   TBA
Time:           TBA
Courtroom:      Telephonic

**Phase 2**
Discovery Cut-off:     TBD
Pre-trial Conference:  TBD
Trial Date             TBD

07975/2792855.1

PROPOSED ORDER

**[Proposed] Order**

Based on the concurrently filed Application to File Under Seal: (1) Mattel, Inc.'s Motion to Compel Responses to Interrogatories and Production of Documents by MGA Entertainment, Inc., and Isaac Larian; (2) Mattel's Separate Statement; and (3) Exhibits 7, 14, and 15 to the Declaration of Scott L. Watson in Support Thereof, IT IS HEREBY ORDERED:

(1) Mattel's Motion to Compel Responses to Interrogatories and Production of Documents by MGA Entertainment, Inc., and Isaac Larian;

(2) Mattel's Separate Statement in Support of its Motion to Compel Responses to Interrogatories and Production of Documents by MGA Entertainment, Inc. and Isaac Larian; and

(3) Exhibits 7, 14, and 15 of the Declaration of Scott L. Watson In Support Of Mattel's Motion to Compel Responses to Interrogatories and Production of Documents by MGA Entertainment, Inc., and Isaac Larian

are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 2/12 , 2009    _____
Hon. Stephen G. Larson
United States District Judge