```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone:  (213) 443-3000
 6  Facsimile:  (213) 443-3100
 7  Attorneys for Mattel, Inc.
```

*Under Seal (proposed) only*

FILED 2009 FEB 11 PM 2:27

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO THE MGA PARTIES' MOTION TO QUASH SUBPOENAS ISSUED BY MATTEL TO OMNI 808 INVESTORS, LLC, OMNINET CAPITAL, LLC, IGWT GROUP, LLC, IGWT 826 INVESTMENTS, LLC AND VISION CAPITAL, LLC, AND EXHIBIT 2 TO THE DECLARATION OF STEPHEN HAUSS IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently] |

07975/2794245.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal its Opposition to the MGA Parties' Motion to Quash Subpoenas Issued by Mattel to Omni 808 Investors, LLC, OmniNet Capital, LLC, IGWT Group, LLC, IGWT 826 Investments, LLC and Vision Capital, LLC ("Opposition") and Exhibit 2 to the Declaration of Stephen Hauss in support thereof ("Exhibit").

The Opposition and Exhibit include materials that MGA has designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Opposition and Exhibit be filed under seal.

In the alternative, Mattel requests that the Court declare that the Opposition and Exhibit are outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be filed as part of the public record.

DATED: February 11, 2009           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
   Jon D. Corey
   Attorneys for Mattel, Inc.