FILED

Lodged Proposed Order

2009 FEB 13 PM 3:51

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000  Fax: (213) 687-5600
5
   PATRICIA L. GLASER (Bar No. 55668)
6  (pglaser@glaserweil.com)
   GLASER WEIL FINK JACOBS & SHAPIRO LLP
7  10250 Constellation Blvd 19th Floor
   Los Angeles, CA, 90067
8  Tel.: (310) 553-3000  Fax: (310) 556-2920

9  RUSSELL J. FRACKMAN (Bar No. 49087)
   (rjf@msk.com)
10 MITCHELL SILBERBERG & KNUPP LLP
   11377 W. Olympic Blvd
11 Los Angeles, CA 90064
   Tel.: (310) 312-2000  Fax: (310) 312-3100
12
   Attorneys for The MGA Parties
13
                       UNITED STATES DISTRICT COURT
14
                      CENTRAL DISTRICT OF CALIFORNIA
15
                              EASTERN DIVISION
16

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | APPLICATION TO FILE UNDER SEAL: |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | MGA PARTIES' REPLY IN SUPPORT OF THEIR MOTION TO QUASH RECEIVER SUBPOENAS ISSUED BY MATTEL |
| AND CONSOLIDATED ACTIONS. | DECLARATION OF JASON D. RUSSELL IN SUPPORT OF THE MGA PARTIES' REPLY IN SUPPORT OF THEIR MOTION TO QUASH RECEIVER SUBPOENAS ISSUED BY MATTEL |

MGA Parties Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian,
3  and MGA Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby
4  respectfully request that the Court order the following document be filed under seal:

6  1. The MGA Parties' Reply In Support Of Their Motion To Quash Receiver
7     Subpoenas Issued By Mattel ("Reply")
8  2. Declaration of Jason D. Russell In Support Of The MGA Parties' Reply In
9     Support Of Their Motion To Quash Receiver Subpoenas Issued By Mattel
10    ("Declaration")

12  Good cause exists for filing these documents under seal because the Reply
13  quotes and discusses and the Declaration attaches 1) the transcript of the hearing in
14  this action held on January 5, 2009, 2) the MGA Parties' Correction to the
15  Opposition to Mattel's Ex Parte Application for Appointment of a Receiver, and
16  3) Declaration of Brian Wing ISO MGA Opposition to Receiver, all of which have
17  been designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the
18  Stipulated Protective Order in this action.

20  DATED: February 13, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Thomas J. Nolan / JKdC_____
Thomas J. Nolan
Attorneys for The MGA Parties

-1-
MGA Parties Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

543658-Los Angeles Server 1A - MSW