THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for The MGA Parties

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>---<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1. MGA Parties' Opposition To Mattel's Motion To Compel Production Of Documents Responsive To Third-Party Receiver Subpoenas Issued By Mattel  2. Declaration Of Jennifer K. del Castillo In Support Of MGA Parties' Opposition To Mattel's Motion To Compel Production Of Documents Responsive To Third-Party Receiver Subpoenas Issued By Mattel  3. Application To File Under Seal The MGA Parties' Opposition To Mattel's Motion To Compel Production Of Documents Responsive To Third-Party Receiver Subpoenas Issued By Mattel  4. [Proposed] Order To File Under Seal  5. Proof Of Service

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required *(reason):*

February 17, 2009
_____
Date

Thomas J. Nolan
_____
Attorney Name

The MGA Parties
_____

American LegalNet, Inc.
www.FormsWorkflow.com

Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

---

**NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.Forms*Workflow*.com