Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@glaserweil.com
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  310-553-3000
Facsimile:  310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  310-312-2000
Facsimile:  310-312-3100

Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-09059 and Case No. 05-02727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]<br><br>**MGA PARTIES' NOTICE OF UNDER SEAL AND *IN CAMERA* SUBMISSION OF NOTICE OF ERRATA RE MGA PARTIES' OPPOSITION TO MATTEL INC.'S 2-09-09 MOTION TO COMPEL DEPOSITIONS OF VARGAS AND TRUEBA AND REQUEST FOR SANCTIONS**<br><br>Date:   To be set<br>Time:   To be set<br>Place:  To be set<br><br>**Phase 2** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.'s (collectively, "MGA Parties") have submitted the following sealed document to the Court: NOTICE OF ERRATA RE MGA PARTIES' OPPOSITION TO MATTEL INC.'S 2-09-09 MOTION TO COMPEL DEPOSITIONS OF VARGAS AND TRUEBA AND REQUEST FOR SANCTIONS.

Dated: February 17, 2009

Patricia L. Glaser
Joel N. Klevens
GLASER, WEIL, FINK, JACOBS
 & SHAPIRO, LLP

Russell J. Frackman
MITCHELL, SILBERBERG & KNUPP, LLP


By: _____/s/ Amman A. Khan_____
Amman Khan
Attorneys for the MGA Parties
for Phase Two