1  Patricia L. Glaser, State Bar No. 055668
   Pglaser@glaserweil.com
2  Joel N. Klevens, State Bar No. 045446
   Jklevens@ glaserweil.com
3  GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
4  Los Angeles, California 90067
   Telephone:  310-553-3000
5  Facsimile:   310-556-2920

6
   Russell J. Frackman, State Bar No. 049087
7  rjf@msk.com
   MITCHELL, SILBERBERG & KNUPP, LLP
8  11377 West Olympic Boulevard
   Los Angeles, California 90064
9  Telephone:  310-312-2000
   Facsimile:   310-312-3100
10

11 Attorneys for the MGA Parties For Phase Two

12                UNITED STATES DISTRICT COURT
      CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

13
   CARTER BRYANT, an individual        )   Case No. CV 04-9049 SGL (RNBx)
14                                      )   Consolidated with Case No. 04-09059
            Plaintiff,                  )   and Case No. 05-02727
15                                      )
   v.                                   )   **DISCOVERY MATTER**
16                                      )   [To Be Heard by Discovery Master
   MATTEL, INC., a Delaware             )   Robert C. O'Brien Pursuant to Order
17 Corporation                          )   of January 6, 2009]
                                        )
18          Defendant.                  )   [PUBLIC REDACTED] NOTICE OF
                                        )   ERRATA RE MGA PARTIES'
19 _____        )   OPPOSITION TO MATTEL, INC.'S
                                        )   2-09-09 MOTION TO COMPEL
20 AND CONSOLIDATED ACTIONS             )   DEPOSITIONS OF VARGAS AND
                                        )   TRUEBA AND REQUEST FOR
21                                      )   SANCTIONS
                                        )
22                                      )
                                        )   **Date:    March 19, 2009**
23                                      )   **Time:    10:00 a.m.**
                                        )   **Place:   Arent Fox**
24                                      )            **555 West Fifth Street, 48th Fl.**
                                        )            **Los Angeles, CA  90013**
25                                      )
                                        )   **Phase 2**
26                                      )
                                        )
27                                      )

28
667159

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the MGA Parties hereby submit the following correction to the MGA PARTIES' OPPOSITION TO MATTEL, INC.'S 2-09-09 MOTION TO COMPEL DEPOSITIONS OF VARGAS AND TRUEBA AND REQUEST FOR SANCTIONS:

1.      At page 10, line 24, the word "not" was inadvertently omitted from the following sentence, which should read:

Vargas or Ms. Trueba a "managing agent," as                    **REDACTED**

Dated: February 17, 2009                Patricia L. Glaser
                                        Joel N. Klevens
                                        GLASER, WEIL, FINK, JACOBS
                                          & SHAPIRO, LLP

                                        Russell J. Frackman
                                        MITCHELL, SILBERBERG & KNUPP, LLP

                                        By:  /s/ Amman A. Khan
                                             Amman Khan
                                             Attorneys for the MGA Parties
                                             for Phase Two

**[PUBLIC REDACTED] NOTICE OF ERRATA RE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL DEPOSITIONS OF VARGAS AND TRUEBA**

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

<u>**SERVICE LIST**</u>

1

2

Robert C. O'Brien
3   Discovery Master
Arent Fox LLP
4   555 West 5th St., Suite 4800
Los Angeles, CA 90013
5   **[By Email]**

6   Jon D. Corey, Esq.
(joncorey@quinnemanuel.com)
7   Michael T. Zeller, Esq.
(michaelzeller@quinnemanuel.com)
8   John Quinn, Esq.
(johnquinn@quinnemanuel.com)
9   Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
10  Los Angeles, CA 90017-2543
**[By Email]**

11

Russell J. Frackman, Esq.
12  (rjf@msk.com)
Patricia H. Benson, Esq.
13  (phb@msk.com)
Mitchell, Silberberg & Knupp, LLP
14  11377 W. Olympic Blvd.
Los Angeles, CA 90067
15  (310) 312-2000
**[By Email]**

16

Thomas J. Nolan, Esq.
17  (tnolan@skadden.com)
Raoul D. Kennedy, Esq.
18  (rkennedy@skadden.com)
Jason D. Russell, Esq.
19  (Jason.russell@skadden.com)
Skadden, Arps, Slate, Meagher & Flom LLP
20  300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
21  (213) 687-5000
**[By Email]**

22

23

24

25

26

27

28
667127

1

**[PUBLIC REDACTED] NOTICE OF ERRATA RE MGA PARTIES' OPPOSITION
TO MATTEL, INC.'S MOTION TO COMPEL DEPOSITIONS OF VARGAS AND TRUEBA**

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

## PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, Nineteenth Floor, Los Angeles, California 90067.

    On February 17, 2009, I served the foregoing document described as:

**[PUBLIC REDACTED] NOTICE OF ERRATA RE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S 2-09-09 MOTION TO COMPEL DEPOSITIONS OF VARGAS AND TRUEBA AND REQUEST FOR SANCTIONS**

on the interested parties to this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☐ (BY MAIL)  I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California.  Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ (BY OVERNIGHT DELIVERY SERVICE)  I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows.  I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☐ **(BY PERSONAL SERVICE)**  I caused such envelope to be delivered by hand to the offices of the above named addressee.

☒ **(BY EMAIL)**  I caused such documents to be delivered via email to the addressee(s).

☐ **(BY FACSIMILE)**  I caused such documents to be delivered via facsimile to the offices of the addressee(s) at the following facsimile number:

Executed this 17th day of February, 2009, at Los Angeles, California.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Lora Anderson

667127

1

**[PUBLIC REDACTED] NOTICE OF ERRATA RE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL DEPOSITIONS OF VARGAS AND TRUEBA**