QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 OF DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO EX PARTE APPLICATION TO STRIKE MATTEL, INC.'S MOTION TO COMPEL OR, IN THE ALTERNATIVE, TO SET A BRIEFING SCHEDULE IN THE EVENT THAT MGA ENTERTAINMENT INC.'S MOTION TO QUASH IS DENIED<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 2**<br><br>Discovery Cutoff:        Not Set<br>Pre-Trial Conference:    Not Set<br>Trial Date:              Not Set |

## [~~Proposed~~] Order

Based on the concurrently filed Application to File Under Seal Exhibit 1 of the Declaration of Cyrus S. Naim in Support of Mattel, Inc.'s Opposition to Ex Parte Application to Strike Mattel, Inc.'s Motion to Compel or, In the Alternative, to Set a Briefing Schedule In the Event That MGA Entertainment Inc.'s Motion to Quash is Denied, IT IS HEREBY ORDERED that:

Exhibit 1 of the Declaration of Cyrus S. Naim in Support of Mattel, Inc.'s Opposition to Ex Parte Application to Strike Mattel, Inc.'s Motion to Compel or, In the Alternative, to Set a Briefing Schedule In the Event That MGA Entertainment Inc.'s Motion to Quash is Denied be filed under seal pursuant to Local Rule 79-5.1.

IT IS SO ORDERED.

DATED: 2/12, 2009

_____
Hon. Stephen G. Larson
United States District Court Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 10, 2009, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 OF DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO EX PARTE APPLICATION TO STRIKE MATTEL, INC.'S MOTION TO COMPEL OR, IN THE ALTERNATIVE, TO SET A BRIEFING SCHEDULE IN THE EVENT THAT MGA ENTERTAINMENT INC.'S MOTION TO QUASH IS DENIED** on the parties in this action as follows:

## SEE ATTACHED LIST

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from yalondadekle@quinnemanuel.com on February 10, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 10, 2009, at Los Angeles, California.

/s/ Yalonda J. Dekle
Yalonda J. Dekle

| # | | |
|---|---|---|
| 1 | **SERVICE LIST** | |
| 2 | Todd E. Gordinier<br>Bingham McCutchen LLP<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gorndinier@bingham.com | Attorneys for Non-Party OmniNet Capital, LLC; Omni 808 Investors, LLC; and Vision Capital, LLC |
| 5 | Jeffrey B. Valle<br>Valle & Associates<br>1911 San Vicente Blvd., Suite 324<br>Los Angeles, CA 90049<br>jvalle@valleassociates.com | Attorneys for IGWT Group, LLC and IGWT 826 Investments, LLC |
| 8 | Jason D. Russell<br>Robert J. Herrington<br>Skadden Arps Slate Meagher & Flom<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Jason.Russell@skadden.com<br>Robert.Herrington@skadden.com | Attorneys for MGA Parties and I. Larian |
| 12 | Patricia Glaser<br>Glaser Weil Fink Jacobs & Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA 90067<br>pglaser@glaserweil.com | Attorneys for MGA Parties and I. Larian |
| 16 | Russell J. Frackman<br>Mitchell Silberberg<br>11377 West Olympic Boulevard<br>Los Angeles, CA 90064<br>rjf@msk.com | Attorneys for MGA Parties and I. Larian |