FILED

2009 FEB 13 PM 3: 53

| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
|   | (tnolan@skadden.com) |
| 2 | JASON D. RUSSELL (Bar No. 169219) |
|   | (jrussell@skadden.com) |
| 3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | 300 South Grand Avenue, Suite 3400 |
| 4 | Los Angeles, CA 90071-3144 |
|   | Tel.: (213) 687-5000  Fax: (213) 687-5600 |

PATRICIA L. GLASER (Bar No. 55668)
(pglaser@glaserweil.com)
GLASER WEIL FINK JACOBS & SHAPIRO LLP
10250 Constellation Blvd 19th Floor
Los Angeles, CA, 90067
Tel.: (310) 553-3000  Fax: (310) 556-2920

RUSSELL J. FRACKMAN (Bar No. 49087)
(rjf@msk.com)
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd
Los Angeles, CA 90064
Tel.: (310) 312-2000  Fax: (310) 312-3100

Attorneys for The MGA Parties

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | **PROOF OF SERVICE** |
| AND CONSOLIDATED ACTIONS. | |

PROOF OF SERVICE                                                           NO. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **February 13, 2009**, I served the foregoing documents described as:

**MGA PARTIES' REPLY IN SUPPORT OF THEIR MOTION TO QUASH RECEIVER SUBPOENAS ISSUED BY MATTEL**

**DECLARATION OF JASON D. RUSSELL IN SUPPORT OF THE MGA PARTIES' REPLY IN SUPPORT OF THEIR MOTION TO QUASH RECEIVER SUBPOENAS ISSUED BY MATTEL**

**APPLICATION TO FILE UNDER SEAL THE MGA PARTIES' REPLY IN SUPPORT OF THEIR MOTION TO QUASH RECEIVER SUBPOENAS ISSUED BY THEREOF**

**[PROPOSED] ORDER TO FILE UNDER SEAL**

**PROOF OF SERVICE**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X)   (BY PERSONAL SERVICE)   ☐   By personally delivering copies to the person served. (FEDERAL)

(X)   I caused such document to be hand delivered to the above addressees. (AS NOTED)

(X)   (BY US MAIL) I am readily familiar with the firms' practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices (AS NOTED).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **February 13, 2009**, in Los Angeles, California.

Nandi Berglund
PRINT NAME                      SIGNATURE

## SERVICE LIST

**PERSONAL SERVICE**

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543


Robert O'Brien, Esq.
ARENT FOX
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

**BY MAIL:**

Patricia Glaser, Esq.
Joel Klevens, Esq.
Glaser, Weil, Fink, Jacobs & Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067
(310) 553-3000
(310) 556-2920 (Fax)

Russell J. Frackman
Patricia H. Benson
Mitchell, Silberberg & Knupp, LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90067
(310) 312-2000
(310) 312-3100 (Fax)