QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>       vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Robert C. O'Brien pursuant to the Court's orders of December 6, 2006 and January 6, 2009]**<br><br>SUPPLEMENTAL DECLARATION OF ZACHARY D. KRUG IN FURTHER SUPPORT OF MATTEL, INC.'S RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. (REQUESTS NO. 87 AND 88)<br><br>Date:   March 11, 2009<br>Time:   10:00 AM<br>Place:  Arent Fox LLP<br>        555 W. 5th St., 48th Floor<br>        Los Angeles, CA 90013<br><br>**Phase 2**<br>Discovery Cut-off:      Dec. 11, 2008<br>Pre-Trial Conference:   March 1, 2009<br>Trial Date:             March 23, 2009 |

## DECLARATION OF ZACHARY D. KRUG

I, Zachary D. Krug, declare as follows:

1.        I am a member of the bar of the State of California and the State of New York.  I am an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  I make this supplemental declaration in support of Mattel's Renewed Motion to Compel Documents and Things by MGA Entertainment, Inc.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.        Attached as Exhibit 1 is a true and correct copy of the Discovery Master's Order Granting Mattel's Motion to Compel Production of Documents, dated January 25, 2007.

3.        Attached as Exhibit 2 is a true and correct copy of the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Enforce Court's Discovery Orders, dated January 9, 2008.

4.        Attached as Exhibit 3 is a true and correct copy of MGA's Reply in Support of Motion to Compel Production of Documents From Third Party Right Management Consulting, Inc., dated March 13, 2008.  While this document was originally filed under seal, it is no longer under seal.

5.        Attached as Exhibit 4 is a true and correct copy of relevant excerpts from the Brief of Appellees, Carter Bryant and MGA Entertainment, Inc., to the Ninth Circuit, dated August 26, 2005.

6.        Attached as Exhibit 5 is a true and correct copy of  MGA's Opposition to Mattel's Motion to Compel MGA to Produce Witnesses Pursuant to FRCP 30(b)(6), dated April 26, 2007.

7.        Attached as Exhibit 6 is a true and correct copy of relevant excerpts from the May 15, 2007 Hearing Transcript before the Discovery Master.

8.      Attached as Exhibit 7 is a true and correct copy of the Discovery Master's Order Granting Mattel's Motion to Compel MGA to Produce Witnesses Pursuant to FRCP 30(b)(6), dated May 16, 2007.

9.      Attached as Exhibit 8 is a true and correct copy of MGA's Objections to the Discovery Master's March 7, 2007 Order, dated March 21, 2007. While this document was originally filed under seal, it is no longer under seal.

10.      Attached as Exhibit 9 is a true and correct copy the Court's Order re Motions Heard on June 11, 2007, dated June 27, 2007.

11.      Attached as Exhibit 10 is a true and correct copy of an email from Amman Khan, MGA's counsel, to Jon Corey, MGA's counsel, dated February 10, 2009.

12.      Attached as Exhibit 11 is a true and correct copy of the Court's Order Granting Mattel's Motion Objecting to Portions of Discovery Master's December 31, 2007 Regarding Hard Drives, dated February 27, 2008.

13.      Attached as Exhibit 12 is a true and correct copy of relevant excerpts from the February 11, 2009 Hearing Transcript before Judge Larson.

14.      Mattel has incurred attorneys' fees and costs in excess of $1460 in filing this reply.   I spent more than 5 hours of time conducting legal research and drafting this reply.  My hourly rate billed to this matter is $292 per hour, which at 5 hours equals $1460.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 18, 2009, at Los Angeles, California.


/s/ Zachary Krug
Zachary Krug

07975/2800246.1

SUPPLEMENTAL KRUG DECL. ISO RENEWED MOTION