1 | Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
2 | Joel N. Klevens, State Bar No. 045446
Jklevens@ glaserweil.com
3 | GLASER, WEIL, FINK, JACOBS
 & SHAPIRO, LLP
4 | 10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
5 | Telephone:  310-553-3000
Facsimile:   310-556-2920
6

7 | Russell J. Frackman, State Bar No. 049087
rjf@msk.com
8 | MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
9 | Los Angeles, California 90064
Telephone:  310-312-2000
10 | Facsimile:   310-312-3100

11 | Attorneys for the MGA Parties For Phase Two

12 |                 UNITED STATES DISTRICT COURT

13 |                 CENTRAL DISTRICT OF CALIFORNIA

14 |                          EASTERN DIVISION

15

16 | CARTER BRYANT, an individual          )  Case No. CV 04-9049 SGL (RNBx)
                                       )
17 |              Plaintiff,             )  Consolidated with Case No. 04-09059
                                       )  and Case No. 05-02727
18 | v.                                   )
                                       )  **DISCOVERY MATTER**
19 | MATTEL, INC., a Delaware             )
20 | Corporation                          )  **MGA'S OPPOSITION TO SEPARATE
                                       )  STATEMENT IN SUPPORT OF
21 |              Defendant.             )  MATTEL, INC.'S MOTION TO
                                       )  COMPEL RESPONSES TO
22 | _____        )  INTERROGATORIES AND
                                       )  PRODUCTION OF DOCUMENTS BY
23 | AND CONSOLIDATED ACTIONS            )  MGA ENTERTAINMENT, INC., AND
                                       )  ISAAC LARIAN**
24 |                                       )
                                       )  **Date:     TBA**
25 |                                       )  **Time:     TBA**
26 |                                       )  **Place:    TBA**
                                       )
27 |                                       )
                                       )
28 |

667145v1

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

---

**OPPOSITION TO SEPARATE STATEMENT**

# CONSOLIDATED SEPARATE STATEMENT

The MGA Parties respectfully submit this consolidated Separate Statement in opposition to Mattel, Inc.'s Motion To Compel Responses To Interrogatories And Production Of Documents By MGA Entertainment, Inc., And Isaac Larian.  For the Discovery Master's convenience, this Separate Statement includes the text of each Request at issue, MGA's objections or responses, a short discussion of why Mattel believes MGA should be compelled to produce documents responsive to Mattel's requests, and MGA's arguments in opposition.

## I.   MATTEL'S REQUESTS FOR PRODUCTION TO MGA AND LARIAN

### A.   Mattel's Second Set of Requests for Production to MGA (Request Nos. 4-37, 40-45)

REQUEST FOR PRODUCTION NO. 4:

DOCUMENTS sufficient to show the number of units of each BRATZ DOLL sold by YOU or YOUR licensees.

SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 4:

MGA incorporates by reference the above-stated general objections as if fully set forth herein.  MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.  MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking the number of units of all Bratz dolls sold by MGA or its licensees.  MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA.  MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege,

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

667145v1

1   or other privilege.  MGA also objects to this request to the extent it seeks information

2   the disclosure of which would implicate the rights of third parties to protect private,

3   confidential, proprietary or trade secret information.  MGA also objects to this request

4   to the extent that it seeks documents not in MGA's possession, custody or control.

5        Subject to the foregoing, MGA will produce non-privileged documents

6   sufficient to make the requested showing that are in its possession, custody or control,

7   if any, which it is able to locate following a reasonably diligent search.

8

9   REQUEST FOR PRODUCTION NO. 5:

10        DOCUMENTS sufficient to show the revenue received by YOU from the sale

11   of each BRATZ DOLL sold by YOU or YOUR licensees.

12   SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 5:

13        MGA incorporates by reference the above-stated general objections as if fully

14   set forth herein.  MGA also specifically objects to this request to the extent that it

15   seeks information not relevant to the subject matter of this lawsuit or reasonably

16   calculated to lead to the discovery of admissible evidence.  MGA also objects to this

17   request on the grounds that it is overbroad, unduly burdensome, and oppressive in

18   seeking documents showing all revenue received by MGA for the sale of all Bratz

19   dolls sold by MGA or its licensees.  MGA also objects to this request on the grounds

20   that it seeks confidential, proprietary or commercially sensitive information, the

21   disclosure of which would be inimical to the business interests of MGA.  MGA also

22   objects to this request to the extent it calls for the disclosure of attorney-client

23   privileged information or information protected from disclosure by the work-product

24   doctrine, joint defense or common interest privilege, or other privilege.  MGA also

25   objects to this request to the extent it seeks information the disclosure of which would

26   implicate the rights of third parties to protect private, confidential, proprietary or trade

27   secret information.  MGA also objects to this request to the extent that it seeks

28   documents not in MGA's possession, custody or control.

667145v1

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1    Subject to the foregoing, MGA will produce non-privileged documents
2    sufficient to make the requested showing that are in its possession, custody or control,
3    if any, which it is able to locate following a reasonably diligent search.

4

5    REQUEST FOR PRODUCTION NO. 6:
6    DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost and
7    other costs for each BRATZ DOLL sold by YOU or YOUR licensees.
8    SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 6:
9    MGA incorporates by reference the above-stated general objections as if fully
10   set forth herein.  MGA also specifically objects to this request to the extent that it
11   seeks information not relevant to the subject matter of this lawsuit or reasonably
12   calculated to lead to the discovery of admissible evidence.  MGA also objects to this
13   request on the grounds that it is overbroad, unduly burdensome, and oppressive in
14   seeking documents showing MGA's cost of goods sold, unit cost, and all other costs
15   for all Bratz dolls sold by MGA or its licensees.  MGA also objects to this request on
16   the grounds that it seeks confidential, proprietary or commercially sensitive
17   information, the disclosure of which would be inimical to the business interests of
18   MGA.  MGA also objects to this request to the extent it calls for the disclosure of
19   attorney-client privileged information or information protected from disclosure by the
20   work-product doctrine, joint defense or common interest privilege, or other privilege.
21   MGA also objects to this request to the extent it seeks information the disclosure of
22   which would implicate the rights of third parties to protect private, confidential,
23   proprietary or trade secret information.  MGA also objects to this request on the
24   grounds that it is vague and ambiguous in that MGA cannot determine what is meant
25   by "other costs."  MGA also objects to this request to the extent that it seeks
26   documents not in MGA's possession, custody or control.

27

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

667145v1

1   Subject to the foregoing, MGA will produce non-privileged documents

2   sufficient to make the requested showing that are in its possession, custody or control,

3   if any, which it is able to locate following a reasonably diligent search.

4

5   REQUEST FOR PRODUCTION NO. 7:

6   All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

7   profits from the sale of each BRATZ DOLL sold by YOU or YOUR licensees.

8   SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 7:

9   MGA incorporates by reference the above-stated general objections as if fully

10  set forth herein.  MGA also specifically objects to this request to the extent that it

11  seeks information not relevant to the subject matter of this lawsuit or reasonably

12  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

13  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

14  seeking all documents that evidence, reflect or refer or relate to MGA's profits from

15  the sale of all Bratz dolls by MGA or its licensees.  MGA also objects to this request

16  on the grounds that it seeks confidential, proprietary or commercially sensitive

17  information, the disclosure of which would be inimical to the business interests of

18  MGA.  MGA also objects to this request to the extent it calls for the disclosure of

19  attorney-client privileged information or information protected from disclosure by the

20  work-product doctrine, joint defense or common interest privilege, or other privilege.

21  MGA also objects to this request to the extent it seeks information the disclosure of

22  which would implicate the rights of third parties to protect private, confidential,

23  proprietary or trade secret information.  MGA also objects to this request to the extent

24  that it seeks documents not in MGA's possession, custody or control.

25  Subject to the foregoing, MGA will produce documents that state MGA's

26  profits from the sale of each Bratz doll sold by MGA or its licensees in its possession,

27  custody or control that it discovers in the course of its reasonable search and diligent

28

667145v1

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1  inquiry and to which no privilege, protection or other objection applies, including

2  without limitation, the attorney-client privilege or attorney work product doctrine.

3

4  REQUEST FOR PRODUCTION NO. 8:

5      For each customer to whom YOU or YOUR licensees have ever sold any

6  BRATZ DOLL, DOCUMENTS sufficient to show the number of units of each such

7  BRATZ DOLL sold by YOU or YOUR licensees to that customer.

8  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 8:

9      MGA incorporates by reference the above-stated general objections as if fully

10  set forth herein.  MGA also specifically objects to this request to the extent that it

11  seeks information not relevant to the subject matter of this lawsuit or reasonably

12  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

13  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

14  seeking documents that show the number of units of all Bratz dolls sold by MGA or

15  its licensees to every customer to whom MGA or its licensees have ever sold any

16  Bratz dolls.  MGA also objects to this request on the grounds that it seeks

17  confidential, proprietary or commercially sensitive information, the disclosure of

18  which would be inimical to the business interests of MGA.  MGA also objects to this

19  request to the extent it calls for the disclosure of attorney-client privileged

20  information or information protected from disclosure by the work-product doctrine,

21  joint defense or common interest privilege, or other privilege.  MGA also objects to

22  this request to the extent it seeks information the disclosure of which would implicate

23  the rights of third parties to protect private, confidential, proprietary or trade secret

24  information.  MGA also objects to this request to the extent that it seeks documents

25  not in MGA's possession, custody or control.

26      Subject to the foregoing, MGA will produce non-privileged documents

27  sufficient to make the requested showing that are in its possession, custody or control,

28  if any, which it is able to locate following a reasonably diligent search.

667145v1

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1

2   REQUEST FOR PRODUCTION NO. 9:

3         For each customer to whom YOU or YOUR licensees have ever sold any

4   BRATZ DOLL, documents sufficient to show the revenue received by YOU from

5   each such BRATZ DOLL sold by YOU or YOUR licensees to that customer.

6   SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 9:

7         MGA incorporates by reference the above-stated general objections as if fully

8   set forth herein.  MGA also specifically objects to this request to the extent that it

9   seeks information not relevant to the subject matter of this lawsuit or reasonably

10  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

11  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

12  seeking documents that show the revenue received by MGA from the sale of all Bratz

13  dolls to every customer to whom MGA or its licenses have ever sold any Bratz dolls.

14  MGA also objects to this request on the grounds that it seeks confidential, proprietary

15  or commercially sensitive information, the disclosure of which would be inimical to

16  the business interests of MGA.  MGA also objects to this request to the extent it calls

17  for the disclosure of attorney-client privileged information or information protected

18  from disclosure by the work-product doctrine, joint defense or common interest

19  privilege, or other privilege.  MGA also objects to this request to the extent it seeks

20  information the disclosure of which would implicate the rights of third parties to

21  protect private, confidential, proprietary or trade secret information.  MGA also

22  objects to this request to the extent that it seeks documents not in MGA's possession,

23  custody or control.

24        Subject to the foregoing, MGA will produce non-privileged documents

25  sufficient to make the requested showing that are in its possession, custody or control,

26  if any, which it is able to locate following a reasonably diligent search.

27

28

667145v1

OPPOSITION TO SEPARATE STATEMENT

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1  REQUEST FOR PRODUCTION NO. 10:

2      For each customer to whom YOU or YOUR licensees have ever sold any

3  BRATZ DOLL, documents sufficient to show YOUR profits from each such BRATZ

4  DOLL sold by YOU or YOUR licensees to that customer.

5  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 10:

6      MGA incorporates by reference the above-stated general objections as if fully

7  set forth herein.  MGA also specifically objects to this request to the extent that it

8  seeks information not relevant to the subject matter of this lawsuit or reasonably

9  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

10  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

11  seeking documents that show MGA's profits from the sale of all Bratz dolls to every

12  customer to whom MGA or its licenses have ever sold any Bratz dolls.  MGA also

13  objects to this request on the grounds that it seeks confidential, proprietary or

14  commercially sensitive information, the disclosure of which would be inimical to the

15  business interests of MGA.  MGA also objects to this request to the extent it calls for

16  the disclosure of attorney-client privileged information or information protected from

17  disclosure by the work-product doctrine, joint defense or common interest privilege,

18  or other privilege.  MGA also objects to this request to the extent it seeks information

19  the disclosure of which would implicate the rights of third parties to protect private,

20  confidential, proprietary or trade secret information.  MGA also objects to this request

21  to the extent that it seeks documents not in MGA's possession, custody or control.

22      Subject to the foregoing, MGA will produce non-privileged documents

23  sufficient to make the requested showing that are in its possession, custody or control,

24  if any, which it is able to locate following a reasonably diligent search.

25

26  REQUEST FOR PRODUCTION NO. 11:

27      DOCUMENTS sufficient to show customer returns to YOU of BRATZ

28  DOLLS sold or distributed by YOU or YOUR licensees.

667145v1

OPPOSITION TO SEPARATE STATEMENT

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 11:

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show customer returns to MGA of Bratz dolls sold or distributed by MGA or its licensees. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. MGA also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. MGA also objects to this request to the extent that it seeks documents not in MGA's possession, custody or control.

Subject to the foregoing, MGA will produce non-privileged documents sufficient to make the requested showing that are in its possession, custody or control, if any, which it is able to locate following a reasonably diligent search.

REQUEST FOR PRODUCTION NO. 12:

DOCUMENTS sufficient to show customer rebates or credits given by YOU or YOUR licensees to customers in connection with BRATZ DOLLS.

SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 12:

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably

667145v1

1  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

2  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

3  seeking documents that show customer rebates or credits given by MGA or its

4  licensees to customers in connection with Bratz dolls.  MGA also objects to this

5  request on the grounds that it seeks confidential, proprietary or commercially

6  sensitive information, the disclosure of which would be inimical to the business

7  interests of MGA.  MGA also objects to this request to the extent it calls for the

8  disclosure of attorney-client privileged information or information protected from

9  disclosure by the work-product doctrine, joint defense or common interest privilege,

10  or other privilege.  MGA also objects to this request to the extent it seeks information

11  the disclosure of which would implicate the rights of third parties to protect private,

12  confidential, proprietary or trade secret information.  MGA also objects to this request

13  to the extent that it seeks documents not in MGA's possession, custody or control.

14       Subject to the foregoing, MGA will produce non-privileged documents

15  sufficient to make the requested showing that are in its possession, custody or control,

16  if any, which it is able to locate following a reasonably diligent search.

17

18  REQUEST FOR PRODUCTION NO. 13:

19       DOCUMENTS sufficient to show, by product number or SKU, the number of

20  units of each BRATZ DOLL sold by YOU or YOUR licensees.

21  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 13:

22       MGA incorporates by reference the above-stated general objections as if fully

23  set forth herein.  MGA also specifically objects to this request to the extent that it

24  seeks information not relevant to the subject matter of this lawsuit or reasonably

25  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

26  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

27  seeking documents that show, by product number or SKU, all units of Bratz dolls sold

28  by MGA or its licensees.  MGA also objects to this request on the grounds that it

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

667145v1

1  seeks confidential, proprietary or commercially sensitive information, the disclosure

2  of which would be inimical to the business interests of MGA.  MGA also objects to

3  this request to the extent it calls for the disclosure of attorney-client privileged

4  information or information protected from disclosure by the work-product doctrine,

5  joint defense or common interest privilege, or other privilege.  MGA also objects to

6  this request to the extent it seeks information the disclosure of which would implicate

7  the rights of third parties to protect private, confidential, proprietary or trade secret

8  information.  MGA also objects to this request to the extent that it seeks documents

9  not in MGA's possession, custody or control.

10      Subject to the foregoing, MGA will produce non-privileged documents

11  sufficient to make the requested showing that are in its possession, custody or control,

12  if any, which it is able to locate following a reasonably diligent search.

13

14  REQUEST FOR PRODUCTION NO. 14:

15      DOCUMENTS sufficient to show, by product number or SKU, the revenue

16  received by YOU from the sale of each BRATZ DOLL sold by YOU or YOUR

17  licensees.

18  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO 14:

19      MGA incorporates by reference the above-stated general objections as if fully

20  set forth herein.  MGA also specifically objects to this request to the extent that it

21  seeks information not relevant to the subject matter of this lawsuit or reasonably

22  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

23  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

24  seeking documents that show, by product number or SKU, the revenue received by

25  MGA from the sale of all Bratz dolls sold by MGA or its licensees.  MGA also

26  objects to this request on the grounds that it seeks confidential, proprietary or

27  commercially sensitive information, the disclosure of which would be inimical to the

28  business interests of MGA.  MGA also objects to this request to the extent it calls for

667145v1

OPPOSITION TO SEPARATE STATEMENT

GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
LAW OFFICES
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1  the disclosure of attorney-client privileged information or information protected from

2  disclosure by the work-product doctrine, joint defense or common interest privilege,

3  or other privilege.  MGA also objects to this request to the extent it seeks information

4  the disclosure of which would implicate the rights of third parties to protect private,

5  confidential, proprietary or trade secret information.  MGA also objects to this request

6  to the extent that it seeks documents not in MGA's possession, custody or control.

7      Subject to the foregoing, MGA will produce non-privileged documents

8  sufficient to make the requested showing that are in its possession, custody or control;

9  if any, which it is able to locate following a reasonably diligent search.

10

11  REQUEST FOR PRODUCTION NO. 15:

12      DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of

13  goods sold, unit cost and other costs for each BRATZ DOLL sold by YOU or YOUR

14  licensees.

15  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 15:

16      MGA incorporates by reference the above-stated general objections as if fully

17  set forth herein.  MGA also specifically objects to this request to the extent that it

18  seeks information not relevant to the subject matter of this lawsuit or reasonably

19  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

20  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

21  seeking documents that show, by product number or SKU, MGA's cost of goods sold,

22  unit cost, and other costs for all Bratz dolls sold by MGA or its licensees.  MGA also

23  objects to this request on the grounds that it seeks confidential, proprietary or

24  commercially sensitive information, the disclosure of which would be inimical to the

25  business interests of MGA.  MGA also objects to this request to the extent it calls for

26  the disclosure of attorney-client privileged information or information protected from

27  disclosure by the work-product doctrine, joint defense or common interest privilege,

28  or other privilege.  MGA also objects to this request to the extent it seeks information

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

667145v1

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1  the disclosure of which would implicate the rights of third parties to protect private,

2  confidential, proprietary or trade secret information.  MGA also objects to this request

3  on the grounds that it is vague and ambiguous in that MGA cannot determine what is

4  meant by "other costs."  MGA also objects to this request to the extent that it seeks

5  documents not in MGA's possession, custody or control.

6        Subject to the foregoing, MGA will produce non-privileged documents

7  sufficient to make the requested showing that are in its possession, custody or control,

8  if any, which it is able to locate following a reasonably diligent search.

9

10  REQUEST FOR PRODUCTION NO 16:

11        All DOCUMENTS that evidence, reflect, or REFER OR RELATE TO YOUR

12  profits, by product number or SKU, from the sale of each BRATZ DOLL sold by

13  YOU or YOUR licensees.

14  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 16:

15        MGA incorporates by reference the above-stated general objections as if fully

16  set forth herein.  MGA also specifically objects to this request to the extent that it

17  seeks information not relevant to the subject matter of this lawsuit or reasonably

18  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

19  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

20  seeking documents that evidence, reflect or refer or relate, by product number or

21  SKU, MGA's profits from the sale of all Bratz dolls sold by MGA or its licensees.

22  MGA also objects to this request on the grounds that it seek confidential, proprietary

23  or commercially sensitive information, the disclosure of which would be inimical to

24  the business interests of MGA.  MGA also objects to this request to the extent it calls

25  for the disclosure of attorney-client privileged information or information protected

26  from disclosure by the work-product doctrine, joint defense or common interest

27  privilege, or other privilege.  MGA also objects to this request to the extent it seeks

28  information the disclosure of which would implicate the rights of third parties to

667145v1

1   protect private, confidential, proprietary or trade secret information.  MGA also

2   objects to this request to the extent that it seeks documents not in MGA's possession,

3   custody or control.

4        Subject to the foregoing, MGA will produce documents that state MGA's

5   profits by product number or SKU from the sale of each Bratz doll sold by MGA or

6   its licensees in its possession, custody or control that it discovers in the course of its

7   reasonable search and diligent inquiry and to which no privilege, protection or other

8   objection applies, including without limitation, the attorney-client privilege or

9   attorney work product doctrine.

10

11  REQUEST FOR PRODUCTION NO. 17:

12        For each customer to whom YOU or YOUR licensees have ever sold any

13  BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU, the

14  number of units of each such BRATZ DOLL sold by YOU or YOUR licensees to that

15  customer.

16  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 17:

17        MGA incorporates by reference the above-stated general objections as if fully

18  set forth herein.  MGA also specifically objects to this request to the extent that it

19  seeks information not relevant to the subject matter of this lawsuit or reasonably

20  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

21  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

22  seeking documents that show, by product number or SKU, the number of units of all

23  Bratz dolls sold to all customers by MGA or its licensees.  MGA also objects to this

24  request on the grounds that it seeks confidential, proprietary or commercially

25  sensitive information, the disclosure of which would be inimical to the business

26  interests of MGA.  MGA also objects to this request to the extent it calls for the

27  disclosure of attorney-client privileged information or information protected from

28  disclosure by the work-product doctrine, joint defense or common interest privilege,

667145v1

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1  or other privilege.  MGA also objects to this request to the extent it seeks information

2  the disclosure of which would implicate the rights of third parties to protect private,

3  confidential, proprietary or trade secret information.  MGA also objects to this request

4  to the extent that it seeks documents not in MGA's possession, custody or control.

5      Subject to the foregoing, MGA will produce non-privileged documents

6  sufficient to make the requested showing that are in its possession, custody or control,

7  if any, which it is able to locate following a reasonably diligent search.

8

9  REQUEST FOR PRODUCTION NO. 18:

10      For each customer to whom YOU or YOUR licensees have ever sold any

11  BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU, the

12  revenue received by YOU from each such BRATZ DOLL sold by YOU or YOUR

13  licensees to that customer.

14  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 18:

15      MGA incorporates by reference the above-stated general objections as if fully

16  set forth herein.  MGA also specifically objects to this request to the extent that it

17  seeks information not relevant to the subject matter of this lawsuit or reasonably

18  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

19  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

20  seeking documents that show, by product number or SKU, the revenue received by

21  MGA from the sale of all Bratz dolls sold to all customers by MGA or its licensees.

22  MGA also objects to this request on the grounds that it seeks confidential, proprietary

23  or commercially sensitive information, the disclosure of which would be inimical to

24  the business interests of MGA.  MGA also objects to this request to the extent it calls

25  for the disclosure of attorney-client privileged information or information protected

26  from disclosure by the work-product doctrine, joint defense or common interest

27  privilege, or other privilege.  MGA also objects to this request to the extent it seeks

28  information the disclosure of which would implicate the rights of third parties to

667145v1

OPPOSITION TO SEPARATE STATEMENT

1  protect private, confidential, proprietary or trade secret information.  MGA also

2  objects to this request to the extent that it seeks documents not in MGA's possession,

3  custody or control.

4       Subject to the foregoing, MGA will produce non-privileged documents

5  sufficient to make the requested showing that are in its possession, custody or control,

6  if any, which it is able to locate following a reasonably diligent search.

7

8  REQUEST FOR PRODUCTION NO. 19:

9       For each customer to whom YOU or YOUR licensees have ever sold any

10  BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU,

11  YOUR profits from each such BRATZ DOLL sold by YOU or YOUR licensees to

12  that customer.

13  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 19:

14       MGA incorporates by reference the above-stated general objections as if fully

15  set forth herein.  MGA also specifically objects to this request to the extent that it

16  seeks information not relevant to the subject matter of this lawsuit or reasonably

17  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

18  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

19  seeking documents that show, by product number or SKU, MGA's profits from the

20  sale of all Bratz dolls sold to all customers by MGA or its licensees.  MGA also

21  objects to this request on the grounds that it seeks confidential, proprietary or

22  commercially sensitive information, the disclosure of which would be inimical to the

23  business interests of MGA.  MGA also objects to this request to the extent it calls for

24  the disclosure of attorney-client privileged information or information protected from

25  disclosure by the work-product doctrine, joint defense or common interest privilege,

26  or other privilege.  MGA also objects to this request to the extent it seeks information

27  the disclosure of which would implicate the rights of third parties to protect private,

28

667145v1

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1  confidential, proprietary or trade secret information.  MGA also objects to this request

2  to the extent that it seeks documents not in MGA's possession, custody or control.

3         Subject to the foregoing, MGA will produce non-privileged documents

4  sufficient to make the requested showing that are in its possession, custody or control,

5  if any, which it is able to locate following a reasonably diligent search.

6

7  REQUEST FOR PRODUCTION NO. 20:

8         DOCUMENTS sufficient to show the revenue and profits derived by YOU

9  from the sale by YOU or YOUR licensees of BRATZ DOLLS including, without

10 limitation, DOCUMENTS sufficient to show sales revenues, costs of goods sold,

11 variable costs, gross margins, royalties paid and received, gross profits and nets

12 profits.

13 SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 20:

14        MGA incorporates by reference the above-stated general objections as if fully

15 set forth herein.  MGA also specifically objects to this request to the extent that it

16 seeks information not relevant to the subject matter of this lawsuit or reasonably

17 calculated to lead to the discovery of admissible evidence.  MGA also objects to this

18 request on the grounds that it is overbroad, unduly burdensome, and oppressive in

19 seeking documents that show the revenues and profits derived by MGA from the sale

20 of all Bratz dolls by MGA or its licensees.  MGA also objects to this request on the

21 grounds that it seeks confidential, proprietary or commercially sensitive information,

22 the disclosure of which would be inimical to the business interests of MGA.  MGA

23 also objects to this request to the extent it calls for the disclosure of attorney-client

24 privileged information or information protected from disclosure by the work-product

25 doctrine, joint defense or common interest privilege, or other privilege.  MGA also

26 objects to this request to the extent it seeks information the disclosure of which would

27 implicate the rights of third parties to protect private, confidential, proprietary or trade

28

667145v1

OPPOSITION TO SEPARATE STATEMENT

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310.553.3000

1   secret information.  MGA also objects to this request to the extent that it seeks

2   documents not in MGA's possession, custody or control.

3        Subject to the foregoing, MGA will produce non-privileged documents

4   sufficient to make the requested showing that are in its possession, custody or control,

5   if any, which it is able to locate following a reasonably diligent search.

6

7   REQUEST FOR PRODUCTION NO. 21:

8        DOCUMENTS sufficient to show the number of units of each BRATZ

9   PRODUCT sold by YOU or YOUR licensees.

10  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 21:

11       MGA incorporates by reference the above-stated general objections as if fully

12  set forth herein.  MGA also specifically objects to this request to the extent that it

13  seeks information not relevant to the subject matter of this lawsuit or reasonably

14  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

15  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

16  seeking documents that show, by product number or SKU, the revenue received by

17  MGA from the sale of all Bratz products sold to all customers by MGA or its

18  licensees.  MGA also objects to this request on the grounds that it seeks confidential,

19  proprietary or commercially sensitive information, the disclosure of which would be

20  inimical to the business interests of MGA.  MGA also objects to this request to the

21  extent it calls for the disclosure of attorney-client privileged information or

22  information protected from disclosure by the work-product doctrine, joint defense or

23  common interest privilege, or other privilege.  MGA also objects to this request to the

24  extent it seeks information the disclosure of which would implicate the rights of third

25  parties to protect private, confidential, proprietary or trade secret information.  MGA

26  also objects to this request to the extent that it seeks documents not in MGA's

27  possession, custody or control.

28

667145v1

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

OPPOSITION TO SEPARATE STATEMENT

1   Subject to the foregoing, MGA will produce non-privileged documents

2   sufficient to make the requested showing that are in its possession, custody or control,

3   if any, which it is able to locate following a reasonably diligent search.

4

5   REQUEST FOR PRODUCTION NO. 22:

6   DOCUMENTS sufficient to show the revenue received by YOU from the sale

7   of each BRATZ PRODUCT sold by YOU or YOUR licensees.

8   SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 22:

9   MGA incorporates by reference the above-stated general objections as if fully

10   set forth herein.  MGA also specifically objects to this request to the extent that it

11   seeks information not relevant to the subject matter of this lawsuit or reasonably

12   calculated to lead to the discovery of admissible evidence.  MGA also objects to this

13   request on the grounds that it is overbroad, unduly burdensome, and oppressive in

14   seeking documents that show the revenue received by MGA from the sale of all Bratz

15   products by MGA or its licensees.  MGA also objects to this request on the, grounds

16   that it seeks confidential, proprietary or commercially sensitive information, the

17   disclosure of which would be inimical to the business interests of MGA.  MGA also

18   objects to this request to the extent it calls for the disclosure of attorney-client

19   privileged information or information protected from disclosure by the work-product

20   doctrine, joint defense or common interest privilege, or other privilege.  MGA also

21   objects to this request to the extent it seeks information the disclosure of which would

22   implicate the rights of third parties to protect private, confidential, proprietary or trade

23   secret information.  MGA also objects to this request to the extent that it seeks

24   documents not in MGA's possession, custody or control.

25   Subject to the foregoing, MGA will produce non-privileged documents

26   sufficient to make the requested showing that are in its possession, custody or control,

27   if any, which it is able to locate following a reasonably diligent search.

28

667145v1

OPPOSITION TO SEPARATE STATEMENT

1  REQUEST FOR PRODUCTION NO. 23:

2      DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost and

3  other costs for each BRATZ PRODUCT sold by YOU or YOUR licensees.

4  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 23:

5      MGA incorporates by reference the above-stated general objections as if fully

6  set forth herein.  MGA also specifically objects to this request to the extent that it

7  seeks information not relevant to the subject matter of this lawsuit or reasonably

8  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

9  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

10  seeking documents that show MGA's cost of goods sold, unit cost, and other costs for

11  all Bratz products sold by MGA or its licensees.  MGA also objects to this request on

12  the grounds that it seeks confidential, proprietary or commercially sensitive

13  information, the disclosure of which would be inimical to the business interests of

14  MGA.  MGA also objects to this request to the extent it calls for the disclosure of

15  attorney-client privileged information or information protected from disclosure by the

16  work-product doctrine, joint defense or common interest privilege, or other privilege.

17  MGA also objects to this request to the extent it seeks information the disclosure of

18  which would implicate the rights of third parties to protect private, confidential,

19  proprietary or trade secret information.  MGA also objects to this request on the

20  grounds that it is vague and ambiguous in that MGA cannot determine what is meant

21  by "other costs."  MGA also objects to this request to the extent that it seeks

22  documents not in MGA's possession, custody or control.

23      Subject to the foregoing, MGA will produce non-privileged documents

24  sufficient to make the requested showing that are in its possession, custody or control,

25  if any, which it is able to locate following a reasonably diligent search.

26

27

28

667145v1

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

REQUEST FOR PRODUCTION NO. 24:

All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR profits from the sale of each BRATZ PRODUCT sold by YOU or YOUR licensees.

SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 24:

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that evidence, reflect, or refer or relate to MGA's profits from the sale of all Bratz products sold by MGA or its licensees. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. MGA also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. MGA also objects to this request to the extent that it seeks documents not in MGA's possession, custody or control.

Subject to the foregoing, MGA will, produce documents that state MGA's profits from the sale of each Bratz product sold by MGA or its licensees in its possession, custody or control that it discovers in the course of its reasonable search and diligent inquiry and to which no privilege, protection or other objection applies, including without limitation, the attorney-client privilege or attorney work product doctrine.

GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
LAW OFFICES
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

667145v1

OPPOSITION TO SEPARATE STATEMENT

1  REQUEST FOR PRODUCTION NO. 25:

2      DOCUMENTS sufficient to IDENTIFY all customers to whom YOU or

3  YOUR licensees have ever sold any BRATZ PRODUCT.

4  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 25:

5      MGA incorporates by reference the above-stated general objections as if fully

6  set forth herein.  MGA also specifically objects to this request to the extent that it

7  seeks information not relevant to the subject matter of this lawsuit or reasonably

8  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

9  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

10  seeking documents that identify all customers to whom MGA or its licensees has ever

11  sold any Bratz product.  MGA also objects to this request on the grounds that it seeks

12  confidential, proprietary or commercially sensitive information, the disclosure of

13  which would be inimical to the business interests of MGA.  MGA also objects to this

14  request to the extent it calls for the disclosure of attorney-client privileged

15  information or information protected from disclosure by the work-product doctrine,

16  joint defense or common interest privilege, or other privilege.  MGA also objects to

17  this request to the extent it seeks information the disclosure of which would implicate

18  the rights of third parties to protect private, confidential, proprietary or trade secret

19  information.  MGA also objects to this request to the extent that it seeks documents

20  not in MGA's possession, custody or control.

21      Subject to the foregoing, MGA will produce non-privileged documents

22  sufficient to make the requested showing that are in its possession, custody or control,

23  if any, which it is able to locate following a reasonably diligent search.

24

25  REQUEST FOR PRODUCTION NO. 26:

26      For each customer to whom YOU or YOUR licensees have ever sold any

27  BRATZ PRODUCT, DOCUMENTS sufficient to show the number of units of each

28  such BRATZ PRODUCT sold by YOU or YOUR licensees to that customer.

667145v1

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1   SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 26:

2        MGA incorporates by reference the above-stated general objections as if fully

3   set forth herein.  MGA also specifically objects to this request to the extent that it

4   seeks information not relevant to the subject matter of this lawsuit or reasonably

5   calculated to lead to the discovery of admissible evidence.  MGA also objects to this

6   request on the grounds that it is overbroad, unduly burdensome, and oppressive in

7   seeking documents that show the number of units of all Bratz products sold to all

8   customers by MGA or its licensees.  MGA also objects to this request on the grounds

9   that it seeks confidential, proprietary or commercially sensitive information, the

10  disclosure of which would be inimical to the business interests of MGA.  MGA also

11  objects to this request to the extent it calls for the disclosure of attorney-client

12  privileged information or information protected from disclosure by the work-product

13  doctrine, joint defense or common interest privilege, or other privilege.  MGA also

14  objects to this request to the extent it seeks information the disclosure of which would

15  implicate the rights of third parties to protect private, confidential, proprietary or trade

16  secret information.  MGA also objects to this request to the extent that it seeks

17  documents not in MGA's possession, custody or control.

18       Subject to the foregoing, MGA will produce responsive and non-privileged

19  documents in its possession, custody or control, if any, that it is able to locate

20  following a reasonably diligent search.

21

22  REQUEST FOR PRODUCTION NO. 27:

23       For each customer to whom YOU or YOUR licensees have ever sold any

24  BRATZ PRODUCT, documents sufficient to show the revenue received by YOU

25  from each such BRATZ PRODUCT sold by YOU or YOUR licensees to that

26  customer.

27

28

667145v1

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 27:

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show the revenue received by MGA from the sale of all Bratz products to all customers by MGA or its licensees. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. MGA also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. MGA also objects to this request to the extent that it seeks documents not in MGA's possession, custody or control.

Subject to the foregoing, MGA will produce non-privileged documents sufficient to make the requested showing that are in its possession, custody or control, if any, which it is able to locate following a reasonably diligent search.

REQUEST FOR PRODUCTION NO. 28:

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ PRODUCT, documents sufficient to show YOUR profits from each such BRATZ PRODUCT sold by YOU or YOUR licensees to that customer.

SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 28:

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it

667145v1

OPPOSITION TO SEPARATE STATEMENT

1  seeks information not relevant to the subject matter of this lawsuit or reasonably

2  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

3  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

4  seeking documents that show MGA's profits from the sale of all Bratz products to all

5  customers by MGA or its licensees.  MGA also objects to this request on the grounds

6  that it seeks confidential, proprietary or commercially sensitive information, the

7  disclosure of which would be inimical to the business interests of MGA.  MGA also

8  objects to this request to the extent it calls for the disclosure of attorney-client

9  privileged information or information protected from disclosure by the work-product

10 doctrine, joint defense or common interest privilege, or other privilege.  MGA also

11 objects to this request to the extent it seeks information the disclosure of which would

12 implicate the rights of third parties to protect private, confidential, proprietary or trade

13 secret information.  MGA also objects to this request to the extent that it seeks

14 documents not in MGA's possession, custody or control.

15      Subject to the foregoing, MGA will produce non-privileged documents

16 sufficient to make the requested showing that are in its possession, custody or control,

17 if any, which it is able to locate following a reasonably diligent search.

18

19 REQUEST FOR PRODUCTION NO. 29:

20      DOCUMENTS sufficient to show customer returns to YOU of BRATZ

21 PRODUCTS sold or distributed by YOU or YOUR licensees.

22 SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 29:

23      MGA incorporates by reference the above-stated general objections as if fully

24 set forth herein.  MGA also specifically objects to this request to the extent that it

25 seeks information not relevant to the subject matter of this lawsuit or reasonably

26 calculated to lead to the discovery of admissible evidence.  MGA also objects to this

27 request on the grounds that it is overbroad, unduly burdensome, and oppressive in

28 seeking documents that show customer returns to MGA of all Bratz products sold or

667145v1

1   distributed by MGA or its licensees.  MGA also objects to this request on the grounds

2   that it seeks confidential, proprietary or commercially sensitive information, the

3   disclosure of which would be inimical to the business interests of MGA.  MGA also

4   objects to this request to the extent it calls for the disclosure of attorney-client

5   privileged information or information protected from disclosure by the work-product

6   doctrine, joint defense or common interest privilege, or other privilege.  MGA also

7   objects to this request to the extent it seeks information the disclosure of which would

8   implicate the rights of third parties to protect private, confidential, proprietary or trade

9   secret information.  MGA also objects to this request to the extent that it seeks

10  documents not in MGA's possession, custody or control.

11       Subject to the foregoing, MGA will produce non-privileged documents

12  sufficient to make the requested showing that are in its possession, custody or control,

13  if any, which it is able to locate following a reasonably diligent search.

14

15  REQUEST FOR PRODUCTION NO. 30:

16       DOCUMENTS sufficient to show customer rebates and credits given by YOU

17  or YOUR licensees to customers in connection with BRATZ DOLLS.

18  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 30:

19       Request 30 appears on its face to request information identical to request 12.  If

20  this is an accurate interpretation of request 30, MGA objects that request 30 is

21  duplicative of request 12 and MGA also incorporates by reference its above-stated

22  objections to request 12.  If request 30 inadvertently requests information related to

23  Bratz dolls and was instead intended to request information related to Bratz products,

24  MGA has the following objections:

25       MGA incorporates by reference the above-stated general objections as if fully

26  set forth herein.  MGA also specifically objects to this request to the extent that it

27  seeks information not relevant to the subject matter of this lawsuit or reasonably

28  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

667145v1

OPPOSITION TO SEPARATE STATEMENT

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1   request on the grounds that it is overbroad, unduly burdensome, and oppressive in

2   seeking documents that show customer rebates and credits given by MGA or its

3   licensees to all customers in connection with Bratz products.  MGA also objects to

4   this request on the grounds that it seeks confidential, proprietary or commercially

5   sensitive information, the disclosure of which would be inimical to the business

6   interests of MGA.  MGA also objects to this request to the extent it calls for the

7   disclosure of attorney-client privileged information or information protected from

8   disclosure by the work-product doctrine, joint defense or common interest privilege,

9   or other privilege.  MGA also objects to this request to the extent it seeks information

10   the disclosure of which would implicate the rights of third parties to protect private,

11   confidential, proprietary or trade secret information.  MGA also objects to this request

12   to the extent that it seeks documents not in MGA's possession, custody or control.

13       Subject to the foregoing, MGA will produce non-privileged documents

14   sufficient to make the requested showing that are in its possession, custody or control,

15   if any, which it is able to locate following a reasonably diligent search.

16

17   REQUEST FOR PRODUCTION NO. 31:

18       DOCUMENTS sufficient to show, by product number of SKU, the number of

19   units of each BRATZ PRODUCT sold by YOU or YOUR licensees.

20   SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 31:

21       MGA incorporates by reference the above-stated general objections as if fully

22   set forth herein.  MGA also specifically objects to this request to the extent that it

23   seeks information not relevant to the subject matter of this lawsuit or reasonably

24   calculated to lead to the discovery of admissible evidence.  MGA also objects to this

25   request on the grounds that it is overbroad, unduly burdensome, and oppressive in

26   seeking documents that show, by product number or SKU, the number of units of all

27   Bratz products sold by MGA or its licensees.  MGA also objects to this request on the

28   grounds that it seeks confidential, proprietary or commercially sensitive information,

667145v1

OPPOSITION TO SEPARATE STATEMENT

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1   the disclosure of which would be inimical to the business interests of MGA.  MGA

2   also objects to this request to the extent it calls for the disclosure of attorney-client

3   privileged information or information protected from disclosure by the work-product

4   doctrine, joint defense or common interest privilege, or other privilege.  MGA also

5   objects to this request to the extent it seeks information the disclosure of which would

6   implicate the rights of third parties to protect private, confidential, proprietary or trade

7   secret information.  MGA also objects to this request to the extent that it seeks

8   documents not in MGA's possession, custody or control.

9          Subject to the foregoing, MGA will produce non-privileged documents

10   sufficient to make the requested showing that are in its possession, custody or control,

11   if any, which it is able to locate following a reasonably diligent search.

12

13   REQUEST FOR PRODUCTION NO. 32:

14          DOCUMENTS sufficient to show, by product or SKU, the revenue received by

15   YOU from the sale of each BRATZ PRODUCT sold by YOU or YOUR licensees.

16   SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 32:

17          MGA incorporates by reference the above-stated general objections as if fully

18   set forth herein.  MGA also specifically objects to this request to the extent that it

19   seeks information not relevant to the subject matter of this lawsuit or reasonably

20   calculated to lead to the discovery of admissible evidence.  MGA also objects to this

21   request on the grounds that it is overbroad, unduly burdensome, and oppressive in

22   seeking documents that show, by product number or SKU, the revenue received by

23   MGA from the sale of all Bratz products sold by MGA or its licensees.  MGA also

24   objects to this request on the grounds that it seeks confidential, proprietary or

25   commercially sensitive information, the disclosure of which would be inimical to the

26   business interests of MGA.  MGA also objects to this request to the extent it calls for

27   the disclosure of attorney-client privileged information or information protected from

28   disclosure by the work-product doctrine, joint defense or common interest privilege,

667145v1

OPPOSITION TO SEPARATE STATEMENT

1  or other privilege.  MGA also objects to this request to the extent it seeks information

2  the disclosure of which would implicate the rights of third parties to protect private,

3  confidential, proprietary or trade secret information.  MGA also objects to this request

4  to the extent that it seeks documents not in MGA's possession, custody or control.

5      Subject to the foregoing, MGA will produce non-privileged documents

6  sufficient to make the requested showing that are in its possession, custody or control,

7  if any, which it is able to locate following a reasonably diligent search.

8

9  REQUEST FOR PRODUCTION NO. 33:

10     DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of

11  goods sold, unit cost and other costs for each BRATZ PRODUCT sold by YOU or

12  YOUR licensees.

13  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 33:

14     MGA incorporates by reference the above-stated general objections as if fully

15  set forth herein.  MGA also specifically objects to this request to the extent that it

16  seeks information not relevant to the subject matter of this lawsuit or reasonably

17  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

18  request on, the grounds that it is overbroad, unduly burdensome, and oppressive in

19  seeking documents that show, by product number or SKU, MGA's cost of goods sold,

20  unit cost and other costs for all Bratz products sold by MGA or its licensees.  MGA

21  also objects to this request on the grounds that it seeks confidential, proprietary or

22  commercially sensitive information, the disclosure of which would be inimical to the

23  business interests of MGA.  MGA also objects to this request to the extent it calls for

24  the disclosure of attorney-client privileged information or information protected from

25  disclosure by the work-product doctrine, joint defense or common interest privilege,

26  or other privilege.  MGA also objects to this request to the extent it seeks information

27  the disclosure of which would implicate the rights of third parties to protect private,

28  confidential, proprietary or trade secret information.  MGA also objects to this request

667145v1

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1 on the grounds that it is vague and ambiguous in that MGA cannot determine what is

2 meant by "other costs." MGA also objects to this request to the extent that it seeks

3 documents not in MGA's possession, custody or control.

4      Subject to the foregoing, MGA will produce non-privileged documents

5 sufficient to make the requested showing that are in its possession, custody or control,

6 if any, which it is able to locate following a reasonably diligent search.

7

8 REQUEST FOR PRODUCTION NO. 34:

9      All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

10 profits, by product number or SKU, from the sale of each BRATZ PRODUCT sold by

11 YOU or YOUR licensees.

12 SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 34:

13      MGA incorporates by reference the above-stated general objections as if fully

14 set forth herein. MGA also specifically objects to this request to the extent that it

15 seeks information not relevant to the subject matter of this lawsuit or reasonably

16 calculated to lead to the discovery of admissible evidence. MGA also objects to this

17 request on the grounds that it is overbroad, unduly burdensome, and oppressive in

18 seeking documents that reflect or refer or relate, by product number or SKU, to

19 MGA's profits from the sale of all Bratz products by MGA or its licensees. MGA

20 also objects to this request on the grounds that it seeks confidential, proprietary or

21 commercially sensitive information, the disclosure of which would be inimical to the

22 business interests of MGA. MGA also objects to this request to the extent it calls for

23 the disclosure of attorney-client privileged information or information protected from

24 disclosure by the work-product doctrine, joint defense or common interest privilege,

25 or other privilege. MGA also objects to this request to the extent it seeks information

26 the disclosure of which would implicate the rights of third parties to protect private,

27 confidential, proprietary or trade secret information. MGA also objects to this request

28 to the extent that it seeks documents not in MGA's possession, custody or control.

667145v1

1    Subject to the foregoing, MGA will produce documents that state MGA's

2  profits by product number or SKU from the sale of each Bratz product sold by MGA

3  or its licensees in its possession, custody or control that it discovers in the course of

4  its reasonable search and diligent inquiry and to which no privilege, protection or

5  other objection applies, including without limitation, the attorney-client privilege or

6  attorney work product doctrine.

7

8  REQUEST FOR PRODUCTION NO. 35:

9    For each customer to whom YOU or YOUR licensees have ever sold any

10  BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or SKU,

11  the number of units of each such BRATZ PRODUCT sold by YOU or YOUR

12  licensees to that customer.

13  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 35:

14    MGA incorporates by reference the above-stated general objections as if fully

15  set forth herein. MGA also specifically objects to this request to the extent that it

16  seeks information not relevant to the subject matter of this lawsuit or reasonably

17  calculated to lead to the discovery of admissible evidence. MGA also objects to this

18  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

19  seeking documents that show the number of units of all Bratz products sold by MGA

20  or its licensees to every customer to whom MGA or its licensees have ever sold any

21  Bratz products. MGA, also objects to this request on the grounds that it seeks

22  confidential, proprietary or commercially sensitive information, the disclosure of

23  which would be inimical to the business interests of MGA. MGA also objects to this

24  request to the extent it calls for the disclosure of attorney-client privileged

25  information or information protected from disclosure by the work-product doctrine,

26  joint defense or common interest privilege, or other privilege. MGA also objects to

27  this request to the extent it seeks information the disclosure of which would implicate

28  the rights of third parties to protect private, confidential, proprietary or trade secret

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

667145v1

OPPOSITION TO SEPARATE STATEMENT

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1  information.  MGA also objects to this request to the extent that it seeks documents

2  not in MGA's possession, custody or control.

3        Subject to the foregoing, MGA will produce non-privileged documents

4  sufficient to make the requested showing that are in its possession, custody or control,

5  if any, which it is able to locate following a reasonably diligent search.

6

7  REQUEST FOR PRODUCTION NO. 36:

8        For each customer to whom YOU or YOUR licensees have ever sold any

9  BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or SKU,

10  the revenue received by YOU from each such BRATZ PRODUCT sold by YOU or

11  YOUR licensees to that customer.

12  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 36:

13        MGA incorporates by reference the above-stated general objections as if fully

14  set forth herein.  MGA also specifically objects to this request to the extent that it

15  seeks information not relevant to the subject matter of this lawsuit or reasonably

16  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

17  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

18  seeking documents that show the revenue received by MGA from all Bratz products

19  sold by MGA or its licensees to every customer to whom MGA or its licenses have

20  ever sold any Bratz products.  MGA also objects to this request on the grounds that it

21  seeks confidential, proprietary or commercially sensitive information, the disclosure

22  of which would be inimical to the business interests of MGA.  MGA also objects to

23  this request to the extent it calls for the disclosure of attorney-client privileged

24  information or information protected from disclosure by the work-product doctrine,

25  joint defense or common interest privilege, or other privilege.  MGA also objects to

26  this request to the extent it seeks information the disclosure of which would implicate

27  the rights of third parties to protect private, confidential, proprietary or trade secret

28

667145v1

OPPOSITION TO SEPARATE STATEMENT

1 information.  MGA also objects to this request to the extent that it seeks documents

2 not in MGA's possession, custody or control.

3   Subject to the foregoing, MGA will produce non-privileged documents

4 sufficient to make the requested showing that are in its possession, custody or control,

5 if any, which it is able to locate following a reasonably diligent search.

6

7 REQUEST FOR PRODUCTION NO. 37:

8   DOCUMENTS sufficient to show the revenue and profits derived by YOU

9 from the sale by YOU or YOUR licensees of BRATZ PRODUCTS including,

10 without limitation, DOCUMENTS sufficient to show sales revenues, costs of goods

11 sold, variable costs, gross margins, royalties paid and received, gross profits and nets

12 profits.

13 SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 37:

14   MGA incorporates by reference the above-stated general objections as if fully

15 set forth herein.  MGA also specifically objects to this request to the extent that it

16 seeks information not relevant to the subject matter of this lawsuit or reasonably

17 calculated to lead to the discovery of admissible evidence.  MGA also objects to this

18 request on the grounds that it is overbroad, unduly burdensome, and oppressive in

19 seeking documents that show the revenues and profits derived by MGA from the sale

20 of all Bratz products by MGA or its licensees.  MGA also objects to this request on

21 the grounds that it seeks confidential, proprietary or commercially sensitive

22 information, the disclosure of which would be inimical to the business interests of

23 MGA.  MGA also objects to this request to the extent it calls for the disclosure of

24 attorney-client privileged information or information protected from disclosure by the

25 work-product doctrine, joint defense or common interest privilege, or other privilege.

26 MGA also objects to this request to the extent it seeks information the disclosure of

27 which would implicate the rights of third parties to protect private, confidential,

28

667145v1

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

OPPOSITION TO SEPARATE STATEMENT

1  proprietary or trade secret information.  MGA also objects to this request to the extent

2  that it seeks documents not in MGA's possession, custody or control.

3       Subject to the foregoing, MGA will produce non-privileged documents

4  sufficient to make the requested showing that are in its possession, custody or control,

5  if any, which it is able to locate following a reasonably diligent search.

6

7  REQUEST FOR PRODUCTION NO. 40:

8       All DOCUMENTS that describe YOUR cost allocation procedures.

9  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 40:

10       MGA incorporates by reference the above-stated general objections as if fully

11  set forth herein.  MGA also specifically objects to this request to the extent that it

12  seeks information not relevant to the subject matter of this lawsuit or reasonably

13  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

14  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

15  seeking all documents that describe MGA's cost allocation procedures.  MGA also

16  objects to this request on the grounds that it seeks confidential, proprietary or

17  commercially sensitive information, the disclosure of which would be inimical to the

18  business interests of MGA.  MGA also objects to this request to the extent it calls for

19  the disclosure of attorney-client privileged information or information protected from

20  disclosure by the work-product doctrine, joint defense or common interest privilege,

21  or other privilege.  MGA also objects to this request to the extent it seeks information

22  the disclosure of which would implicate the rights of third parties to protect private,

23  confidential, proprietary or trade secret information.  MGA also objects to this request

24  on the grounds that it is vague and ambiguous in that MGA cannot determine what is

25  meant by "cost allocation procedures."  MGA also objects to this request to the extent

26  that it seeks documents not in MGA's possession, custody or control.

27

28

667145v1

OPPOSITION TO SEPARATE STATEMENT

1    Subject to the foregoing, MGA will produce all responsive and non-privileged

2    documents in its possession, custody or control, if any, that it is able to locate

3    following a reasonably diligent search.

4

5    REQUEST FOR PRODUCTION NO. 41:

6    YOUR general ledgers from January 1, 1995 through the present.

7    SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO 41:

8    MGA incorporates by reference the above-stated general objections as if fully

9    set forth herein.  MGA also specifically objects to this request to the extent that it

10   seeks information not relevant to the subject matter of this lawsuit or reasonably

11   calculated to lead to the discovery of admissible evidence.  MGA also objects to this

12   request on the grounds that it is overbroad, unduly burdensome, and oppressive in

13   seeking all of MGA's general ledgers from January 1, 1995 through the present.

14   MGA also objects to this request on the grounds that it seeks confidential, proprietary

15   or commercially sensitive information, the disclosure of which would be inimical to

16   the business interests of MGA.  MGA also objects to this request to the extent it calls

17   for the disclosure of attorney-client privileged information or information protected

18   from disclosure by the work-product doctrine, joint defense or common interest

19   privilege, or other privilege.  MGA also objects to this request to the extent it seeks

20   information the disclosure of which would implicate the rights of third parties to

21   protect private, confidential, proprietary or trade secret information.  MGA also

22   objects to this request to the extent that it seeks documents not in MGA's possession,

23   custody or control.

24   Subject to the foregoing, MGA will produce all non-privileged documents

25   constituting general ledgers from January 1, 1995 to the present in its possession,

26   custody or control that it is able to locate following a reasonably diligent search.

27

28

667145v1

OPPOSITION TO SEPARATE STATEMENT

1    REQUEST FOR PRODUCTION NO. 42:

2          All sales, profit and cash flow projections or forecasts for BRATZ DOLLS,

3    BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION SHOWS.

4    SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 42:

5    MGA incorporates by reference the above-stated general objections as if fully set

6    forth herein.  MGA also specifically objects to this request to the extent that it seeks

7    information not relevant to the subject matter of this lawsuit or reasonably calculated

8    to lead to the discovery of admissible evidence.  MGA also objects to this request on

9    the grounds that it is overbroad, unduly burdensome, and oppressive in seeking all of

10   MGA's profit and cash flow projections and forecasts for Bratz dolls, Bratz products,

11   Bratz movies, and Bratz television shows.  MGA also objects to this request on the

12   grounds that it seeks confidential, proprietary or commercially sensitive information,

13   the disclosure of which would be inimical to the business interests of MGA.  MGA

14   also objects to this request to the extent it calls for the disclosure of attorney-client

15   privileged information or information protected from disclosure by the work-product

16   doctrine, joint defense or common interest privilege, or other privilege.  MGA also

17   objects to this request to the extent it seeks information the disclosure of which would

18   implicate the rights of third parties to protect private, confidential, proprietary or trade

19   secret information.  MGA also objects to this request to the extent that it seeks

20   documents not in MGA's possession, custody or control.

21         Subject to the foregoing, MGA will produce all responsive and non-privileged

22   documents in its possession, custody or control, if any, that it is able to locate

23   following a reasonably diligent search.

24

25

26

27

28

667145v1

OPPOSITION TO SEPARATE STATEMENT

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1   REQUEST FOR PRODUCTION NO. 43:

2       All DOCUMENTS that REFER OR RELATE TO the value of the Bratz brand.

3   SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 43:

4       MGA incorporates by reference the above-stated general objections as if fully

5   set forth herein.  MGA also specifically objects to this request to the extent that it

6   seeks information not relevant to the subject matter of this lawsuit or reasonably

7   calculated to lead to the discovery of admissible evidence.  MGA also objects to this

8   request on the grounds that it is overbroad, unduly burdensome, and oppressive in

9   seeking all documents that refer or relate to the value of the Bratz brand.  MGA also

10  objects to this request on the grounds that it seeks confidential, proprietary or

11  commercially sensitive information, the disclosure of which would be inimical to the

12  business interests of MGA.  MGA also objects to this request to the extent it calls for

13  the disclosure of attorney-client privileged information or information protected from

14  disclosure by the work-product doctrine, joint defense or common interest privilege,

15  or other privilege.  MGA also objects to this request to the extent it seeks information

16  the disclosure of which would implicate the rights of third parties to protect private,

17  confidential, proprietary or trade secret information.  MGA also objects to this request

18  on the grounds that it is vague and ambiguous in that MGA cannot determine what is

19  meant by or how to calculate "the value of the Bratz brand."  MGA also objects to this

20  request to the extent that it seeks documents not in MGA's possession, custody or

21  control.

22      Subject to the foregoing, MGA will produce: all non-privileged documents that

23  set forth the value of the Bratz brand in its possession, custody or control, that it is

24  able to locate following a reasonably diligent search; in addition to the documents that

25  MGA represents it will produce in response to each of these other requests.

26

27

28

667145v1

OPPOSITION TO SEPARATE STATEMENT

GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
LAW OFFICES
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1  REQUEST FOR PRODUCTION NO. 44:

2      DOCUMENTS sufficient to calculate YOUR net worth on a yearly basis for

3  each year from 1999 to the present.

4  SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 44:

5      MGA incorporates by reference the above-stated general objections as if fully

6  set forth herein.  MGA also specifically objects to this request to the extent that it

7  seeks information not relevant to the subject matter of this lawsuit or reasonably

8  calculated to lead to the discovery of admissible evidence.  MGA also objects to this

9  request on the grounds that it is overbroad, unduly burdensome, and oppressive in

10 seeking all documents sufficient to calculate MGA's net worth on a yearly basis for

11 each year from 1999 to the present.  MGA also objects to this request on the grounds

12 that it seeks confidential, proprietary or commercially sensitive information, the

13 disclosure of which would be inimical to the business interests of MGA.  MGA also

14 objects to this request to the extent it calls for the disclosure of attorney-client

15 privileged information or information protected from disclosure by the work-product

16 doctrine, joint defense or common interest privilege, or other privilege.  MGA also

17 objects to this request to the extent it seeks information the disclosure of which would

18 implicate the rights of third parties to protect private, confidential, proprietary or trade

19 secret information.  MGA also objects to this request on the grounds that it is vague

20 and ambiguous in that MGA cannot determine what is meant by "YOUR net worth."

21 MGA also objects to this request to the extent that it seeks documents not in MGA's

22 possession, custody or controls

23      Subject to the foregoing, MGA will produce: all non-privileged documents that

24 set forth, discuss or talk about the value of the Bratz brand in its possession, custody

25 or control, that it is able to locate following a reasonably diligent search; in addition

26 to all documents that MGA represents it will produce in response to each of these

27 other requests.

28

667145v1

REQUEST FOR PRODUCTION NO. 45:

All DOCUMENTS that evidence, reflect or REFER OR RELATE TO the BRATZ DOLL's share of the fashion doll market including, without limitation, the extent to which Bratz has been or is gaining or losing market share in the fashion doll market.

SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 45:

MGA incorporates by reference the above-stated general objections as if fully set forth herein.  MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.  MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking all documents that evidence, reflect or refer or relate to the Bratz doll's share of the fashion doll market, including the extent to which Bratz has been or is gaining or losing market share in the fashion doll market.  MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA.  MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.  MGA also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information.  MGA also objects to this request to the extent that it seeks documents not in MGA's possession, custody or control.

Subject to the foregoing, MGA will produce all non-privileged documents that set forth or reflect the Bratz dolls' share of the fashion doll market in its possession, custody or control, if any, that it is able to locate following a reasonably diligent search, except for NPD reports.

667145v1

OPPOSITION TO SEPARATE STATEMENT

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

**B.** **Mattel's First Set of Requests for Production to Larian (Request Nos. 207, 208, 269)**

REQUEST FOR PRODUCTION NO. 207:

DOCUMENTS sufficient to IDENTIFY each account with any bank or financial institution that YOU have or have had, or that YOU have or have had any legal or beneficial interest in, since January 1, 1999.

RESPONSE TO REQUEST FOR PRODUCTION NO. 207:

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it seeks information in violation of the right of privacy. Larian also objects to this requests on the grounds that it is vague and ambiguous in that Larian cannot determine what is meant by the phrase "any legal or beneficial interest." Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

REQUEST FOR PRODUCTION NO. 208:

Documents sufficient to establish YOUR gross income, and the sources of that gross income, for the years 1999 through the present, inclusive.

667145v1

OPPOSITION TO SEPARATE STATEMENT

RESPONSE TO REQUEST FOR PRODUCTION NO. 208:

Larian incorporates by reference the above-stated general objections as if fully set forth herein.  Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.  Larian also objects to this request on the grounds that it seeks information in violation of the right of privacy.  Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties.  Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

REQUEST FOR PRODUCTION NO. 269:

DOCUMENTS sufficient to show or calculate YOUR net worth on a yearly basis for each year from 1999 to the present.

RESPONSE TO REQUEST FOR PRODUCTION NO. 269:

Larian incorporates by reference the above-stated general objections as if fully set forth herein.  Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.  Larian also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking All DOCUMENTS sufficient to calculate Larian's net worth on a yearly basis for each year from 1999 to the present.  Larian also objects to this request on the grounds that it is vague and ambiguous in that Larian cannot determine what is meant by "YOUR net worth."  Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one

LAW OFFICES

GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

667145v1