THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000  Fax: (213) 687-5600

PATRICIA L. GLASER (Bar No. 55668)
(pglaser@glaserweil.com)
GLASER WEIL FINK JACOBS & SHAPIRO LLP
10250 Constellation Blvd 19th Floor
Los Angeles, CA, 90067
Tel.: (310) 553-3000  Fax: (310) 556-2920

RUSSELL J. FRACKMAN (Bar No. 49087)
(rjf@msk.com)
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd
Los Angeles, CA 90064
Tel.: (310) 312-2000  Fax: (310) 312-3100

Attorneys for The MGA Parties

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>APPLICATION TO FILE UNDER SEAL:<br><br>MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY RECEIVER SUBPOENAS ISSUED BY MATTEL<br><br>DECLARATION OF JENNIFER K. DEL CASTILLO IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY RECEIVER SUBPOENAS ISSUED BY MATTEL |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby respectfully request that the Court order the following document be filed under seal:

1. MGA Parties' Opposition To Mattel's Motion To Compel Production Of Documents Responsive To Third-Party Receiver Subpoenas Issued By Mattel ("Opposition")

2. Declaration Of Jennifer K. del Castillo In Support Of MGAa Parties' Opposition To Mattel's Motion To Compel Production Of Documents Responsive To Third-Party Receiver Subpoenas Issued By Mattel ("Declaration")

Good cause exists for filing these documents under seal because the Opposition quotes and discusses and the Declaration attaches 1) the transcript of the hearing in this action held on January 5, 2009, 2) the MGA Parties' Correction to the Opposition to Mattel's Ex Parte Application for Appointment of a Receiver, 3) Declaration of Brian Wing ISO MGA Opposition to Receiver, 4) Expert Report of Paul K. Meyer dated Mar. 17, 2008, 5) Declaration of Brian Wing In Support Of The MGA Parties' Request For A Stay, 6) MGA Parties' Reply In Further Support Of Their Ex Parte Application And Motion For Stay Pending Appeal, and 7) Reply Declaration Of Larry Falcon In Support Of MGA's Motion To Stay, all of which have been designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order in this action.

DATED: February 17, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Thomas J. Nolan /JKdC
Thomas J. Nolan
Attorneys for The MGA Parties