VALLE & ASSOCIATES
JEFFREY B. VALLE (Bar No. 110060)
jvalle@valleassociates.com
11911 San Vicente Blvd., Suite 324
Los Angeles, California 90049
Telephone: (310) 476-0300
Facsimile: (310) 476-0333

Attorneys for Non-Parties
IGWT GROUP, LLC and
IGWT 826 INVESTMENTS, LLC



FILED 2009 FEB 17 PM 1:56

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, Plaintiff, | CASE NO. CV 04-09049 SGL (RNBx) |
| v. | Consolidated with Case Nos. CV 04-9059 and CV 05-2727 |
| MATTEL, INC., a Delaware Corporation Defendant. | DECLARATION OF BRAD SCHNEIDER |
| AND CONSOLIDATED CASES | Filed in support of Non-Parties IGWT Group, LLC and IGWT 826 Investments, LLC to Mattel's Motion to Compel |

I, Brad Schneider, declare as follows:

1. I am the sole person responsible for all sales to date for IGWT Group, LLC ("IGWT"). I submit this declaration in support of IGWT's Opposition to Mattel's Motion to Compel. I have personal knowledge of the matters stated herein and, if called as a witness could and would testify competently thereto.

2. IGWT is a reseller of toys. IGWT is located in Los Angeles, California. IGWT has been in operation since June 2008.

3. IGWT specializes in the resale of discontinued and overstocked toys from third party manufacturers (i.e., Marvel, MGA). IGWT, itself, does not manufacture toys.

4. IGWT's sales are predominantly to discount retailers (i.e., Marshall's, Ross, Big Lots!).

5. Since commencing operations, IGWT has entered into hundreds of sales contracts. I estimate the number to be between 400 and 500 sales contracts.

6. For each individual sale, there are numerous documents involved. This includes the following: (1) Purchase Order; (2) Sales Order; (3) Invoice; (4) Remittance Advice; (5) Packing List; and (6) Bill of Lading. In turn, as any particular sale is processed, there will be changes based on external factors (i.e., decrease to order size). This will necessitate the production of amended documentation. Accordingly, there may easily be 12 – 20 documents corresponding to any one sale.

7. The majority of sales include purchases of both Bratz and non-Bratz related products (i.e., Rescue Pets) together. As such, any corresponding documents describing the products sold (i.e., Sales Order, Packing List), will include both Bratz and non-Bratz related products on them.

8. Due to the specific nature of each type of document, they are all located in various departments (i.e., accounting, shipping), and not one centralized location.

9. In turn, each document contains information of a private and confiden-

Declaration of Brad Schneider

tial nature. This not only includes the identity of the third-party IGWT has made a sale to, but the identity of which location(s) will be receiving the products, and what amount the third party has agreed to pay IGWT for these products.

10. In Mattel's subpoena to IGWT, Mattel has requested "All documents referring or relating to the revenue generated by IGWT Group, LLC's sales, licensing, distribution or other transfer of Bratz products and the transfer or disposition of such revenue."

11. Based on the scope of Mattel's request, there are likely more than 10,000 responsive documents. Therefore, due to the wide range of documents called for, the sheer size of how many responsive documents actually exist, and the fact they are not centralized in any one location, a production of these documents will easily take me over forty (40) hours of time to comply with. This, of course, does not include the countless hours that will be incurred by individuals in other departments who will be called upon to help me in this matter.

12. Based on this 40 hour time estimate, compliance with this Request will severely impact my ability to perform my own sales job. In turn, as I am the sole person overseeing sales for IGWT, the time I spend complying with this Request, as opposed to working on further sales, will materially affect its own financial situation.

13. Consequently, based on the foregoing, this Request, presents an undue burden not only for me personally, but IGWT itself. Moreover, it presents an unnecessary intrusion into the privacy of the third parties which IGWT conducts business with.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 17 day of February 2009 at Los Angeles, California.

*Brad Schneider*
Brad Schneider

4

Declaration of Brad Schneider