QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case No. CV 04-09039
Case No. CV 05-02727

**DISCOVERY MATTER**

**[To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009]**

PROOF OF SERVICE

Hearing Date: March 19, 2009
Time: 10:00 a.m.
Place: Arent Fox LLP, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013

**Phase 2**
Discovery Cutoff: December 11, 2009
Pre-trial Conference: March 1, 2010
Trial Date: March 23, 2010

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 19, 2009, I served true copies of the following document(s) described as **SEE ATTACHED DOCUMENT LIST** on the parties in this action as follows:

Robert Herrington, Esq.
Skadden Arps Slate Meagher & Flom
'Robert.Herrington@skadden.com';

Jason Russell, Esq.
Skadden Arps Slate Meagher & Flom
'Jason.Russell@skadden.com';

Patricia Glaser, Esq.
Glaser Weil Fink Jacobs & Shapiro, LLP.
'pglaser@glaserweil.com';

Russell J. Frackman, Esq.
Mitchell Silberberg & Knupp, LLP.
'rjf@msk.com'

Amman A. Khan, Esq.
Glaser Weil Fink Jacobs & Shapiro, LLP.
akhan@glaserweil.com

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from rachelfiset @quinnemanuel.com on February 19, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 19, 2009, at Los Angeles, California.

/s/ Rachel Fiset
RACHEL FISET

**DOCUMENT LIST**

**(1) REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; AND REQUEST FOR SANCTIONS**

**(2) MATTEL, INC.'S RESPONSE TO THE MGA PARTIES' EVIDENTIARY OBJECTIONS AND REQUEST TO STRIKE 2/6/09 DECLARATION OF MICHAEL ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; AND REQUEST FOR SANCTIONS**

**(3) OBJECTIONS TO DECLARATION OF SUSANA KUEMMERLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA AND REQUEST FOR SANCTIONS**

**(4) SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF REPLY IN SUPPORT OF MATTEL INC.'S MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; AND REQUEST FOR SANCTIONS**

**(5) DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S RESPONSE TO THE MGA PARTIES' EVIDENTIARY OBJECTIONS AND REQUEST TO STRIKE 2/6/09 DECLARATION OF MICHAEL ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; AND REQUEST FOR SANCTIONS**

**(6) MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; MATTEL'S RESPONSE TO MGA PARTIES ' OBJECTIONS AND REQUEST TO STRIKE 2/6/09 ZELLER DECLARATION; EXHIBITS 1, 2 and 3 OF THE DECLARATION OF CYRUS S. NAIM IN SUPPORT THEREOF; AND THE OBJECTIONS TO THE KUEMMERLE DECLARATION IN SUPPORT OF MGA PARTIES' OPPOSITION**

**(7) [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; MATTEL'S RESPONSE TO MGA PARTIES ' OBJECTIONS AND REQUST TO STRIKE 2/6/09 ZELLER DECLARATION; EXHIBITS 1, 2 and 3 OF THE DECLARATION OF CYRUS S. NAIM IN SUPPORT THEREOF; AND THE OBJECTIONS TO THE KUEMMERLE DECLARATION IN SUPPORT OF MGA PARTIES' OPPOSITION**