QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009]<br><br>[PUBLIC REDACTED] DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S RESPONSE TO THE MGA PARTIES' EVIDENTIARY OBJECTIONS AND REQUEST TO STRIKE 2/6/09 DECLARATION OF MICHAEL ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; AND REQUEST FOR SANCTIONS<br><br>Hearing Date: March 19, 2009<br>Time: 10:00 a.m.<br>Place: Arent Fox LLP, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013<br><br>**Phase 2**<br>Discovery Cutoff: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07209/2800235.2

NAIM DEC. ISO RESPONSE TO OBJECTIONS TO ZELLER DEC.

I, Cyrus S. Naim, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. I have reviewed the exhibits attached to the Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion to Compel Depositions of Pablo Vargas and Mariana Trueba; and Request For Sanctions, dated February 6, 2009 ("Zeller Declaration"). In many instances, exhibits to the Zeller Declaration have Bates numbers in the lower right hand corner of each page beginning with the prefix "MGA." These numbers indicate that the documents were produced by the MGA Parties during the course of discovery in this action. I have also reviewed Mattel's production log, which keeps track of documents produced by the parties, and their dates of production.

3. Based upon my review, I have determined that Exhibit 2 to the Zeller Declaration, bearing Bates numbers MGA 0110401-3, was produced by the MGA Parties on September 7, 2007.

4. Based upon my review, I have determined that Exhibit 3 to the Zeller Declaration, bearing Bates numbers MGA 0110598-600, was produced by the MGA Parties on September 7, 2007.

5. Based upon my review, I have determined that Exhibit 4 to the Zeller Declaration, bearing Bates numbers MGA 0869699-708, was produced by the MGA Parties on September 14, 2007.

6. Based upon my review, I have determined that Exhibit 6 to the Zeller Declaration, bearing Bates numbers MGA 1165233-42, was produced by the MGA Parties on September 17, 2007.

1     7.    Based upon my review, I have determined that Exhibit 7 to the Zeller Declaration, bearing Bates numbers MGA 0509864-72, was produced by the MGA Parties on October 4, 2007.

    8.    Based upon my review, I have determined that Exhibit 8 to the Zeller Declaration, bearing Bates numbers MGA 3473852-54, was produced by the MGA Parties on November 16, 2007.

    9.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Declaration of James P. Jenal in Support of MGA Entertainment, Inc.'s Motion Objecting to Discovery Master's March 7, 2007 Order Granting in Part and Denying in Part Mattel's Motion to Overrule Instructions Not to Answer During the Deposition of Carter Bryant, dated April 23, 2007.

    10.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition transcript of Carter Bryant, dated January 23, 2008.

    11.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the deposition transcript of Carlos Gustavo Machado Gomes, dated October 14, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of February, 2009, at Los Angeles, California.

_____
Cyrus S. Naim

**Exhibit 1**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO THE PROTECTIVE ORDER

**Exhibit 2**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO THE PROTECTIVE ORDER

# Exhibit 3

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO THE PROTECTIVE ORDER