QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>[PUBLIC REDACTED] DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S RENEWED MOTION TO COMPEL CONSENT TO PRODUCTION OF ELECTRONIC MAIL MESSAGES<br><br>Hearing Date:   TBA<br>Time:           TBA<br>Place:          Telephonic<br><br>**Phase 2**<br>Discovery Cut-off:      Dec. 11, 2008<br>Pre-Trial Conference:   March 1, 2009<br>Trial Date:             March 23, 2009 |

# DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Mattel's Second Amended Answer and Counterclaims, dated July 12, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of Machado's Amended Answer and Affirmative Defenses, dated September 24, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of Isaac Larian's Answer and Affirmative Defenses, dated August 13, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email from the email address <plot04@aol.com> to Isaac Larian, dated March 22, 2004.

6. Attached hereto as Exhibit 5 is a true and correct copy of an email dated March 30, 2004 from Tom Park, MGA's Chief Operating Officer, copying Isaac Larian, to the <plot04@aol.com> email address.

7. Attached hereto as Exhibit 6 is a true and correct copy of an email from Isaac Larian to the <plot04@aol.com> email address dated March 23, 2004, 2007.

8. Attached hereto as Exhibit 7 is a true and correct copy of Mattel's First Set of Requests for Documents and Things to Machado, dated September 11, 2007.

9. Attached hereto as Exhibit 8 is a true and correct copy of Mattel's Notice of Subpoena Issued to Yahoo!, dated October 29, 2007.

10. Attached hereto as Exhibit 9 is a true and correct copy of a letter I sent to Machado, care of Mr. Cote, dated October 29, 2007.

11. Attached hereto as Exhibit 10 is a true and correct copy of a letter from Cote to my colleague, Michael Zeller, dated November 1, 2007.

12. Mr. Machado has produced less than 100 pages of documents, none of which are emails from the Yahoo! account or any other account. Mr. Machado has never produced a privilege log.

13. Attached hereto as Exhibit 11 is a true and correct copy of a letter from Zeller to Cote, dated November 3, 2007.

14. Mattel brought a Motion To Compel (1) Deposition of Carlos Gustavo Machado Gomez, and (2) Consent To Production Of Electronic Mail Messages on November 15, 2007, before Discovery Master Hon. Edward Infante (Ret.). Attached hereto as Exhibit 12 is a true and correct copy of Mattel's motion. However, the Discovery Master did not hear Mattel's motion prior to the court staying Phase 2 discovery.

15. Attached hereto as Exhibit 13 is a true and correct copy of Machado's Memorandum of Points and Authorities in Opposition to Mattel, Inc.'s Motion to Compel (1) Deposition of Carlos Gustavo Machado Gomez [and] (2) Consent to Production of Electronic Mail Messages, dated November 26, 2007.

16. Attached hereto as Exhibit 14 is a true and correct copy of the Court's Order, dated January 7, 2008.

17. Attached hereto as Exhibit 15 is a true and correct copy of Machado's Supplemental Memorandum of Points and Authorities in Opposition to Mattel, Inc.'s Motion to Compel (1) Deposition of Carlos Gustavo Machado Gomez [and] (2) Consent to Production of Electronic Mail Messages, dated January 14, 2008.

18. Attached hereto as Exhibit 16 is a true and correct copy of the Court's February 4, 2008 Order, in which the Court stayed Phase 2 discovery.

1        19.    Attached hereto as Exhibit 17 is a true and correct copy of the
2 Court's Order dated January 6, 2009, in which the Court vacated the stay regarding
3 Phase 2 discovery.
4        20.    Attached hereto as Exhibit 18 is a true and correct copy of the
5 Court's September 2, 2008 Order, in which the Court ordered the deposition of
6 Carlos Gustavo Machado to take place within 30 days of September 19, 2008.
7        21.    Attached as Exhibit 19 is a true and correct copy of a letter dated
8 January ~~,~~ 28, 2009 that I sent to counsel for Mr. Machado asking whether they
9 had changed positions with respect to the subject matter of this motion.
10        22.    Attached as Exhibit 20 is a true and correct copy of the e-mail
11 exchange that I subsequently had with Mr. Cote, counsel for Mr. Machado, in which
12 he informed me that Mr. Machado's position had not changed and that we were at an
13 impasse.

       I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

       Executed on February 20, 2009, at Los Angeles, California.

                                       /s/ Jon D. Corey
                                       Jon D. Corey