QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

07975/2804047.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On February 20, 2009, I served true copies of the following documents described as:

## SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for *the MGA Parties*** <br><br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>  pglaser@glaserweil.com | **Attorneys for *the MGA Parties*** |
| Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>  rjf@msk.com | **Attorneys for *the MGA Parties*** |
| Overland Borenstein Scheper & Kim LLP<br>  Mark E. Overland, Esq.<br>  Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>  moverland@obsklaw.com<br>  acote@obsklaw.com | **Attorneys for Carlos Gustavo Machado Gomez** |

[√]   **[BY ELECTRONIC MAIL TRANSMISSION]** By electronic mail transmission from bridgethauler@quinnemanuel.com on February 20, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s)

1 | was/were transmitted by electronic transmission and such transmission was
2 | reported as complete and without error.

4 | I declare that I am employed in the office of a member of the bar of this
5 | court at whose direction the service was made.

7 | Executed on February 20, 2009, at Los Angeles, California.

/s/ Bridget Hauler
Bridget Hauler

**DOCUMENT LIST**

1. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 4, 5, AND 6 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S RENEWED MOTION TO COMPEL CONSENT TO PRODUCTION OF ELECTRONIC MAIL MESSAGES

2. [PROPOSED] ORDER RE: MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 4, 5, AND 6 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S RENEWED MOTION TO COMPEL CONSENT TO PRODUCTION OF ELECTRONIC MAIL MESSAGES

3. DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S RENEWED MOTION TO COMPEL CONSENT TO PRODUCTION OF ELECTRONIC MAIL MESSAGES