UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES - GENERAL</u>

Case No.    CV 04-09049-SGL(RNBx)                                        Date: February 11, 2009

Title:       CARTER BRYANT -v- MATTEL, INC.
==============================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Cindy Sasse                                              Theresa Lanza
Courtroom Deputy Clerk                                   Court Reporter

 ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

 John Quinn                                              Thomas Nolan
 Michael T. Zeller                                       Jason Russell
 Dylan Proctor                                           Russell J. Frackman
                                                         Joel Klevens


 Also appearing: Alexander H. Cote
                 Todd E. Gordinier

PROCEEDINGS:

      Court hears oral argument on the following motions and takes them under submission:

      1)  Mattel Inc.'s Motion for Judgment as a Matter of Law (No. 4498);

      2)  MGA Parties' Renewed Motion for Judgment as a Matter of Law on the Basis of
       Preemption, Insufficient Evidence, and Lack of Ownership as a Matter of Law (No.
       4496); and,

      3)  MGA Parties' Motion for Remittitur (Nos. 4495, 4523)

      The Court also hears further oral argument on Omni 808's Ex Parte Application to Intervene for Limited Purpose as a Matter of Right or in the alternative, for Permissive

Intervention (No. 4761) and Mattel Inc.'s Ex Parte Application for Appointment of a Receiver for MGA or for Alternative Relief (No. 4540).  Both matters are held in abeyance.

MGA Parties Request for Conditional Briefing (No. 4759) is DENIED in favor of the procedure set forth in Local Rule 66.

As set forth more fully on the record, the parties may file briefs regarding whether the entry of a Rule 54(b) judgment is warranted as to Phase 1.  The Court directs counsel to file their briefs not later than February 13, 2009.

The Court sets the following briefing schedule for Phase 2:

Discovery Cut-off:          December 11, 2009

Motion Hearing:             February 1, 2010, at 10:00 a.m.

Pretrial Conference:        March 1, 2010, at 11:00 a.m.

Trial :                     March 23, 2010, at 9:30 a.m.

Last Date for Mandatory Settlement Conference:  December 11, 2009

As set for more fully on the record, the Court has lifted the stay as to Phase 2 discovery issues.  All discovery issues, including deviations from the maximum limits on discovery set forth in the Federal Rules of Civil Procedures and/or this Court's Local Rules, shall be presented in the first instance to the Court-appointed Discovery Master.

IT IS SO ORDERED.