**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>The Honorable Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; MATTEL'S RESPONSE TO MGA PARTIES' OBJECTIONS AND REQUEST TO STRIKE 2/6/09 ZELLER DECLARATION; EXHIBITS 1, 2 and 3 OF THE DECLARATION OF CYRUS S. NAIM IN SUPPORT THEREOF; AND THE OBJECTIONS TO THE KUEMMERLE DECLARATION IN SUPPORT OF MGA PARTIES' OPPOSITION<br><br>[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]<br><br>Hearing Date: March 19, 2009<br>Time: 10:00 a.m.<br>Courtroom: Arent Fox<br>  555 West Fifth St.<br>  Los Angeles, CA 90013<br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07209/2801889.1

APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3 respectfully requests that the Court order Mattel's Reply in Support of Its Motion to
4 Compel Depositions of Pablo Vargas and Mariana Trueba and Request for
5 Sanctions; Mattel's Response to MGA Parties' Evidentiary Objections and Request
6 to Strike 2/6/09 Declaration of Michael T. Zeller In Support of Mattel Inc.'s Motion
7 to Compel Depositions of Pablo Vargas and Mariana Trueba and Request for
8 Sanctions; Exhibits 1, 2 and 3 of the Declaration of Cyrus S. Naim In Support of
9 Mattel's Response to MGA Parties' Evidentiary Objections and Request to Strike
10 2/6/09 Declaration of Michael T. Zeller In Support of Mattel's Motion to Compel
11 Depositions of Pablo Vargas and Mariana Trueba and Request for Sanctions; and
12 the Objections to Declaration of Susana Kuemmerle In Support of MGA Parties'
13 Opposition to Mattel's Motion to Compel Depositions of Pablo Vargas and Mariana
14 Trueba and Request for Sanctions filed under seal.
15    The Reply, Exhibits and Objections include material that MGA
16 Entertainment, Inc. has designated as "Confidential--Attorneys' Eyes Only" pursuant
17 to the Protective Order. Accordingly, Mattel requests that the Court order them
18 filed under seal.
19    In the alternative, Mattel requests that the Court declare that Mattel's
20 Reply in Support of Its Motion to Compel Depositions of Pablo Vargas and Mariana
21 Trueba and Request for Sanctions; Mattel's Response to MGA Parties' Evidentiary
22 Objections and Request to Strike 2/6/09 Declaration of Michael T. Zeller In Support
23 of Mattel Inc.'s Motion to Compel Depositions of Pablo Vargas and Mariana Trueba
24 and Request for Sanctions; Exhibits 1, 2 and 3 of the Declaration of Cyrus S. Naim
25 In Support of Mattel's Response to MGA Parties' Evidentiary Objections and
26 Request to Strike 2/6/09 Declaration of Michael T. Zeller In Support of Mattel's
27 Motion to Compel Depositions of Pablo Vargas and Mariana Trueba and Request
28 for Sanctions; and the Objections to Declaration of Susana Kuemmerle In Support

of MGA Parties' Opposition to Mattel's Motion to Compel Depositions of Pablo Vargas and Mariana Trueba and Request for Sanctions are outside the definition of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: February 19, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Scott B. Kidman
Scott B. Kidman
Attorneys for Mattel, Inc.