**ORIGINAL**

Ldgd order

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    EASTERN DIVISION

FILED 2009 FEB 20 PM 3:44

| | |
|---|---|
| 11  CARTER BRYANT, an individual,<br><br>12       Plaintiff,<br><br>13   vs.<br><br>14  MATTEL, INC., a Delaware corporation,<br><br>15       Defendant.<br><br>16<br>17  AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>The Honorable Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 4, 5, AND 6 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S RENEWED MOTION TO COMPEL CONSENT TO PRODUCTION OF ELECTRONIC MAIL MESSAGES<br><br>[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]<br><br>Date:  TBD<br>Time:  TBD<br>Place: TBD<br><br>**Phase 2**<br>Discovery Cut-off:    Dec. 11, 2008<br>Pre-Trial Conference: March 1, 2009<br>Trial Date:           March 23, 2009 |

07975/2803933.1

APPLICATION TO FILE UNDER SEAL

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 | entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3 | respectfully requests that the Court order Exhibits 4, 5, and 6 to the Declaration Of
4 | Jon D. Corey In Support Of Mattel, Inc.'s Renewed Motion To Compel Consent To
5 | Production Of Electronic Mail Messages ("the Declaration") filed under seal.
6 | Exhibits 4, 5 and 6 to the Declaration include material that Mattel, Inc.
7 | has designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective
8 | Order. Accordingly, Mattel requests that the Court order them filed under seal.

DATED: February 20, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
Jon D. Corey
Attorneys for Mattel, Inc.