1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 090378)
     (johnquinn@quinnemanuel.com)
3    Michael T. Zeller (Bar No. 196417)
     (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
5  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
6  Telephone:  (213) 443-3000
   Facsimile:   (213) 443-3100
7
8  Attorneys for Mattel, Inc.



9              UNITED STATES DISTRICT COURT

              CENTRAL DISTRICT OF CALIFORNIA

10                 EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
12 |          Plaintiff, | Consolidated with
   |          | Case No. CV 04-09059
13 |     vs. | Case No. CV 05-02727
14 | MATTEL, INC., a Delaware | The Honorable Stephen G. Larson
   | corporation, |
15 |          Defendant. | [PROPOSED] ORDER RE MATTEL,
16 |          | INC.'S APPLICATION TO FILE
   |          | UNDER SEAL MATTEL'S REPLY IN
17 | AND CONSOLIDATED ACTIONS | SUPPORT OF MOTION TO COMPEL
   |          | DEPOSITIONS OF PABLO VARGAS
   |          | AND MARIANA TRUEBA;

18 MATTEL'S RESPONSE TO MGA
   PARTIES ' OBJECTIONS AND
19 REQUST TO STRIKE 2/6/09 ZELLER
   DECLARATION; EXHIBITS 1, 2 and
20 3 OF THE DECLARATION OF
   CYRUS S. NAIM IN SUPPORT
21 THEREOF; AND THE OBJECTIONS
   TO THE KUEMMERLE
22 DECLARATION IN SUPPORT OF
   MGA PARTIES' OPPOSITION

23 Hearing Date:  March 19, 2009
   Time:            10:00 a.m.
24 Courtroom:    Arent Fox
                 555 West Fifth St.
25               48th Floor
                 Los Angeles, CA 90013
26 **Phase 2**

27 Discovery Cut-off: December 11, 2009
   Pre-trial Conference: March 1, 2010
28 Trial Date:  March 23, 2010

**[Proposed] Order**

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s ("Mattel") Mattel's Reply in Support of Its Motion to Compel Depositions of Pablo Vargas and Mariana Trueba and Request for Sanctions; Mattel's Response to MGA Parties' Evidentiary Objections and Request to Strike 2/6/09 Declaration of Michael T. Zeller In Support of Mattel Inc.'s Motion to Compel Depositions of Pablo Vargas and Mariana Trueba and Request for Sanctions; Exhibits 1, 2 and 3 of the Declaration of Cyrus S. Naim In Support of Mattel's Response to MGA Parties' Evidentiary Objections and Request to Strike 2/6/09 Declaration of Michael T. Zeller In Support of Mattel's Motion to Compel Depositions of Pablo Vargas and Mariana Trueba and Request for Sanctions; and the Objections to Declaration of Susana Kuemmerle In Support of MGA Parties' Opposition to Mattel's Motion to Compel Depositions of Pablo Vargas and Mariana Trueba and Request for Sanctions,

It is hereby ORDERED that Mattel's Reply in Support of Its Motion to Compel Depositions of Pablo Vargas and Mariana Trueba and Request for Sanctions; Mattel's Response to MGA Parties' Evidentiary Objections and Request to Strike 2/6/09 Declaration of Michael T. Zeller In Support of Mattel Inc.'s Motion to Compel Depositions of Pablo Vargas and Mariana Trueba and Request for Sanctions; Exhibits 1, 2 and 3 of the Declaration of Cyrus S. Naim In Support of Mattel's Response to MGA Parties' Evidentiary Objections and Request to Strike 2/6/09 Declaration of Michael T. Zeller In Support of Mattel's Motion to Compel Depositions of Pablo Vargas and Mariana Trueba and Request for Sanctions; and the Objections to Declaration of Susana Kuemmerle In Support of MGA Parties'

07209/2801855.1

PROPOSED ORDER

1  Opposition to Mattel's Motion to Compel Depositions of Pablo Vargas and Mariana

2  Trueba and Request for Sanctions be filed under seal pursuant to Local Rule 79-5.1.

3

4         IT IS SO ORDERED.

5

6  DATED:        1/20        , 2009

7                                        Hon. Stephen G. Larson
                                         United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2801855.1

-2-

PROPOSED ORDER