# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

**FILED**

FEB 20 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS



RECEIVED
CLERK, U.S DISTRICT COURT
FEB 2 0 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CARTER BRYANT, an individual,

       Plaintiff - Counter-defendant,

MATTEL, INC., a Delaware corporation,

       Counter-claimant - Defendant - Appellee,

V.

MGA ENTERTAINMENT, INC.,

       Counter-defendant - Intervenor - Appellant,

MGA ENTERTAINMENT (HK) LIMITED, a Hong Kong Special Administrative Region business entity; ISAAC LARIAN, an individual,

       Counter-defendants - Appellants,

CARLOS GUSTAVO MACHADO GOMEZ, an individual; MGAE DE MEXICO S.R.L. DE C.V., a Mexico business entity,

       Counter-defendants,

and

ANNE WANG,

       Third-party-defendant.

The judgment of this Court, entered 01/12/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Rhonda Roberts
Deputy Clerk

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 12 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CARTER BRYANT, an individual, | No. 08-57015 |
| Plaintiff - Counter-defendant, | D.C. No. 2:04-cv-09049-SGL |
| MATTEL, INC., a Delaware corporation, | Central District of California, Los Angeles |
| Counter-claimant - Defendant - Appellee, | ORDER |
| v. | |
| MGA ENTERTAINMENT, INC., | |
| Counter-defendant - Intervenor - Appellant, | |
| MGA ENTERTAINMENT (HK) LIMITED; et al., | |
| Counter-defendants - Appellants. | |

Before: GOODWIN, CLIFTON and BEA, Circuit Judges.

The parties' motions to file documents under seal is granted. All motions and exhibits designated as "filed under seal" shall be filed and maintained under seal.

KS/MOATT

On January 7, 2009, the district court's order modifying the stay found the permanent injunction challenged in this appeal to be non-final. Accordingly, this appeal is dismissed for lack of jurisdiction. *See* 28 U.S.C. §§ 1291, 1292(a); *Miller v. Marriott Int'l, Inc.*, 300 F.3d 1061 (9th Cir. 2002).

Appellants' emergency motion to stay the district court's December 3, 2008 order is denied as moot.

All other pending motions are denied as moot.

The parties shall bear their own costs for this appeal.

**DISMISSED.**