QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>NOTICE RE FILING OF NOTICE OF RELATED CASE IN CASE NO. CV 09-1160 DSF (MANx)<br><br>**Phase 2:**<br>Discovery Cut-off:　　Dec. 11, 2009<br>Pre-trial Conference:　Mar. 1, 2010<br>Trial Date:　　　　　Mar. 23, 2010 |

1         TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2 RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. filed a Notice of
3 Related Case in <u>Universal Cycles Ltd. v. MGA Entertainment, Inc. et al.</u>, Case No.
4 09-1160 DSF (MANx) on February 23, 2009, a true and correct copy of which is
5 attached hereto.

8   DATED: February 23, 2009       QUINN EMANUEL URQUHART OLIVER &
                                           HEDGES, LLP

                                       By /s/ B. Dylan Proctor
                                          B. Dylan Proctor
                                          Attorneys for Mattel, Inc.