QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>The Honorable Stephen G. Larson<br><br>PROOF OF SERVICE<br><br>Hearing Date: March 19, 2009<br>Time: 10:00 a.m.<br>Courtroom: Arent Fox<br>555 West Fifth St.<br>48th Floor<br>Los Angeles, CA 90013<br><br>**Phase 2**<br><br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 24, 2009, I served true copies of the following document(s) described as **SEE ATTACHED DOCUMENT LIST** on the parties in this action as follows:

Robert Herrington, Esq.  
Skadden Arps Slate Meagher & Flom  
'Robert.Herrington@skadden.com';

Jason Russell, Esq.  
Skadden Arps Slate Meagher & Flom  
'Jason.Russell@skadden.com';

Patricia Glaser, Esq.  
Glaser Weil Fink Jacobs & Shapiro, LLP.  
'pglaser@glaserweil.com';

Russell J. Frackman, Esq.  
Mitchell Silberberg & Knupp, LLP.  
'rjf@msk.com'

Amman A. Khan, Esq.  
Glaser Weil Fink Jacobs & Shapiro, LLP.  
akhan@glaserweil.com

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from rachelfiset @quinnemanuel.com on February 24, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 24, 2009, at Los Angeles, California.

/s/ Rachel Fiset  
RACHEL FISET

07209/2789665.1

## DOCUMENT LIST

(1) MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS BY MGA ENTERTAINMENT, INC., AND ISAAC LARIAN

(2) SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS BY MGA ENTERTAINMENT, INC., AND ISAAC LARIAN

(3) MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 5, 6, 7, 8, 9, AND 11 TO THE SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS BY MGA ENTERTAINMENT, INC., AND ISAAC LARIAN,

(4) [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 5, 6, 7, 8, 9, AND 11 TO THE SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS BY MGA ENTERTAINMENT, INC., AND ISAAC LARIAN