1   Patricia L. Glaser, State Bar No. 055668
    Pglaser@glaserweil.com
2   Joel N. Klevens, State Bar No. 045446
    Jklevens@ glaserweil.com
3   GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
    10250 Constellation Boulevard, 19th Floor
4   Los Angeles, California 90067
    Telephone:   310-553-3000
5   Facsimile:   310-556-2920

6
    Russell J. Frackman, State Bar No. 049087
7   rjf@msk.com
    MITCHELL, SILBERBERG & KNUPP, LLP
8   11377 West Olympic Boulevard
    Los Angeles, California 90064
9   Telephone:   310-312-2000
    Facsimile:   310-312-3100
10
11  Attorneys for the MGA Parties For Phase Two

12              UNITED STATES DISTRICT COURT

13             CENTRAL DISTRICT OF CALIFORNIA

14                    EASTERN DIVISION

15  CARTER BRYANT, an individual          )   Case No. CV 04-9049 SGL (RNBx)
                                          )   Consolidated with Case No. 04-09059
16              Plaintiff,                )   and Case No. 05-02727
                                          )
17  v.                                    )   **DISCOVERY MATTER**
                                          )   **[To Be Heard by Discovery Master**
18  MATTEL, INC., a Delaware              )   **Robert C. O'Brien Pursuant to Order**
    Corporation                           )   **of January 6, 2009]**
19                                        )
                Defendant.                )   **MGA PARTIES' APPLICATION TO**
20                                        )   **FILE UNDER SEAL**
                                          )
21  ────────────────────────────         )   **Date:     To be set**
                                          )   **Time:     To be set**
22  AND CONSOLIDATED ACTIONS              )   **Place:     To be set**
                                          )
23                                        )   **Phase 2**
                                          )
24  ────────────────────────────         )

25

26

27

28

LAW OFFICES
GLASER · WEIL · FINK · JACOBS & SHAPIRO · LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310 · 553 · 3000

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by

2   the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian,

3   MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.'s

4   (collectively, "MGA Parties") hereby respectfully request that the Court order the

5   following document to be filed under seal: MGA PARTIES' REPLY RE

6   EVIDENTIARY OBJECTIONS AND REQUEST TO STRIKE 2/6/09

7   DECLARATION OF MICHAEL ZELLER, IN SUPPORT OF MATTEL INC.'S

8   MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANNA

9   TRUEBA; AND REQUEST FOR SANCTIONS.

10   Good cause exists for filing this document under seal because it discusses

11   confidential and private information that has been designated "CONFIDENTIAL –

12   ATTORNEYS' EYES ONLY."

13   Dated: February 24, 2009        Patricia L. Glaser
                                      Joel N. Klevens
14                                    GLASER, WEIL, FINK, JACOBS
                                        & SHAPIRO, LLP
15

16                                    Russell J. Frackman
                                      MITCHELL, SILBERBERG & KNUPP, LLP
17

18                                    By: _____/s/ Amman A. Khan_____.
                                          Amman Khan
19                                        Attorneys for the MGA Parties
                                          for Phase Two
20

21

22

23

24

25

26

27

28

LAW OFFICES
GLASER · WEIL · FINK · JACOBS · & SHAPIRO · LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310 · 553 · 3000

**MGA PARTIES' APPLICATION TO FILE UNDER SEAL Case No. CV 04-0949 SGL (RNBx)**