QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009]<br><br>SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS BY IGWT GROUP, LLC AND IGWT 826 INVESTMENTS, LLC<br><br>[Reply in Support of Motion to Compel filed concurrently]<br><br>Hearing Date:  March 4, 2009<br>Time:          10:00 a.m.<br>Place:         Arent Fox, LLP<br><br>Phase 2:<br>Disc. Cut-off:     December 11, 2009<br>Pre-trial Conf.:   March 1, 2010<br>Trial Date:        March 23, 2010 |

07975/2806971.1

SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF REPLY

## SUPPLEMENTAL DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia, and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. After service of Mattel's subpoenas on IGWT Group, LLC and IGWT 826 Investments, LLC (hereinafter, collectively "IGWT"), among others, counsel for Mattel, the MGA Parties, IGWT, and other third parties agreed to an expedited procedure to resolve any disputes over the third-party subpoenas (the "Agreement"). Attached as Exhibit 1 is a true and correct copy of a January 23, 2009 letter that Robert J. Herrington, counsel for the MGA Parties, sent to Jeffrey B. Valle, counsel for IGWT, and other third parties involved in the present discovery dispute. This letter memorialized the Agreement. The letter stated that "Counsel for the parties and third parties will then meet and confer at mutually agreeable times on January 29 and 30, and any motions to quash, for protective order, or to compel will be due on Monday, February 2, 2009."

3. At no point did Mr. Valle ever respond to the January 23 letter saying that he had not reached such an agreement or that he was not a party to such an agreement. Moreover, Mr. Valle served objections to the IGWT subpoenas pursuant to the agreement on January 28, 2009.

4. Pursuant to the parties' and the subpoenaed parties' agreement, Mr. Valle and I scheduled a telephonic conference for the afternoon of January 30, 2009. On January 30, 2009, at approximately 4:00 p.m., Mr. Valle and I met and conferred telephonically regarding the subpoenas served on IGWT Group and IGWT 826 Investments. The call lasted approximately 20 minutes. During the conference, we discussed ways by which the parties may avoid the necessity of a

motion to compel. During that discussion, Mr. Valle indicated that because he had just been retained by IGWT a few days before, his knowledge of IGWT's business and the quantity of documents at issue was limited. Mr. Valle requested additional time to discuss these details with his client and requested that the meet and confer be continued until February 2, 2009 at 3:00 p.m.

5. Mattel agreed to this request and, in order to allow the full completion of the meet and confer process, entered into an agreement with MGA and the third parties to extend the deadline for Mattel's motion to compel -- which under the Agreement was due on February 2 -- to February 3, 2009. Attached as Exhibit 2 is a true and correct copy of my e-mail exchange with Mr. Herrington, in which the parties agree to extend the deadline for Mattel's motion to compel and MGA's motion to quash to February 3, 2009.

6. Following the January 30, 2009 conference, I sent a letter to Mr. Valle on February 2, 2009 memorializing our discussion. A true and correct copy of that letter is attached as Exhibit 7 to my declaration in support of Mattel's Motion to Compel Production of Documents Responsive to Third Party Subpoenas, dated February 3, 2009.

7. Counsel for Mattel and IGWT thereafter met telephonically on February 2, 2009 at approximately 3:00 p.m. The discussion again lasted approximately 20 minutes, and each side stated their position. At the end of this call, the parties were unable to arrive at an agreement.

8. IGWT represents to the Court that, during the meet and confer process, Mattel refused to narrow its requests in any way. To the contrary, I informed Mr. Valle that Mattel would be willing to consider reasonable limitations to the scope of its requests. For example, when Mr. Valle and I discussed Mattel's Request Nos. 1 and 2 to IGWT Group, I indicated that Mattel is primarily interested in documents showing IGWT's purchases and sales of MGA products, and that IGWT need not produce every single document associated with these transactions.

9. IGWT also represents that it offered to enter into a stipulation stating that IGWT 826 Investments has no documents responsive to Request Nos. 1, 2, 5 and 6, but that Mattel rejected this offer. During the meet and confers, Mr. Valle did express his belief that IGWT 826 Investments would not possess documents responsive to these requests. I responded that if that proved to be true, IGWT need only attest to that fact. However, IGWT did not offer and Mattel did not reject any formal stipulation on this subject.

10. Attached as Exhibit 3 is a true and correct copy of an e-mail that I sent to Mr. Valle on February 12, 2009, attaching a copy of the relevant pages of the February 11, 2009 hearing transcript.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 24, 2009, at Los Angeles, California.

/s/ Jon D. Corey
Jon D. Corey

# EXHIBIT 1

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144

TELEPHONE NO.: (213) 687-5000
FACSIMILE NO.: (213) 687-5600

EMAIL: rherring@skadden.com

## FACSIMILE TRANSMITTAL SHEET

FROM: Robert J. Herrington                    DATE: January 23, 2009
DIRECT DIAL: (213) 687-5368                   FLOOR/OFFICE NO.: Suite 3400
DIRECT FACSIMILE: (213) 621-5368

THIS FACSIMILE IS INTENDED ONLY FOR USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LOCAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN NOTIFYING US AND RETURNING THE FACSIMILE TO US.

IF THIS TRANSMISSION IS UNCLEAR OR INCOMPLETE, PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (213) 687-5368.
WHEN TRANSMITTING TO OUR MACHINES, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES CONSECUTIVELY.

TOTAL NUMBER OF PAGES INCLUDING COVER(S): 3

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

1. NAME: Mr. Michael Zeller          FIRM: Quinn Emanuel, etc.
   CITY: Los Angeles                  TELEPHONE NO.: (213) 443-3000
   FACSIMILE NO.: (213) 443-3100

2. NAME: Mr. Jon D. Corey             FIRM: Quinn Emanuel, etc.
   CITY: Los Angeles                  TELEPHONE NO.: (213) 443-3000
   FACSIMILE NO.: (213) 443-3100

3. NAME: Mr. Neil Potichman           FIRM: Davis Polk, etc.
   CITY: Menlo Park                   TELEPHONE NO.: (650) 752-2021
   FACSIMILE NO.: (650) 752-3621

4. NAME: Mr. Todd Gordinier           FIRM: Bingham
   CITY: Costa Mesa                   TELEPHONE NO.: (714) 830-0600
   FACSIMILE NO.: (714) 830-0600

5. NAME: Mr. Jeff Valle               FIRM: Valle & Associates
   CITY: Los Angeles                  TELEPHONE NO.: (310) 476-0300
   FACSIMILE NO.: (310) 476-0333

EXHIBIT 1
PAGE 4

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
(213) 687-5368
DIRECT FAX
(213) 621-5368
EMAIL ADDRESS
RHERRING@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 23, 2008

### VIA FACSIMILE & U.S. MAIL

Mr. Michael Zeller
Mr. Jon D. Corey
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

Mr. Neil Potischman
Davis Polk & Wardwell, LLP
1600 El Camino Real
Menlo Park, California 94025

Mr. Todd Gordinier
Bingham McCutchen, LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, California 92626

Mr. Jeff Valle
Valle and Associates, LLP
11911 San Vicente Blvd., Suite 324
Los Angeles, CA 90049

RE:   *Mattel v. Bryant*

Gentlemen:

      I am writing to confirm the agreement regarding the subpoenas issue by Mattel to IGWT 826 Investments, LLC, IGWT Group, LLC, OmiNet Capital, LLC, Omni 808 Investors, LLC, Vision Capital, LLC and Wachovia Corporation (together "the Subpoenas"). As discussed, all objections to the Subpoenas will be due on Wednesday, January 28, 2009. Counsel for the parties and third parties will then meet and confer at mutually agreeable times on January 29 and 30, and any motions to quash, for protective order, or to compel will be due on Monday, February 2, 2009.

EXHIBIT 1

PAGE 5

January 23, 2009
Page 2

Thank you for your cooperation on these issues.

Sincerely,

Robert J. Herrington

cc: Mr. Jason Russell

# EXHIBIT 2

**Stephen Hauss**

**From:** Jon Corey
**Sent:** Friday, January 30, 2009 7:12 PM
**To:** 'Herrington, Robert J'
**Cc:** Stephen Hauss; Christopher Price; 'Russell, Jason D'
**Subject:** RE: Mattel v. MGA

That is fine with me.


Jon Corey

Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com



**From:** Herrington, Robert J [mailto:Robert.Herrington@skadden.com]
**Sent:** Friday, January 30, 2009 7:07 PM
**To:** Jon Corey
**Cc:** Stephen Hauss; Christopher Price; Russell, Jason D
**Subject:** Re: Mattel v. MGA

Jon - I am assuming the proposed change in your email below is reciprocal - meaning both sides will file on 2/3, correct?

**From:** Jon Corey
**To:** Herrington, Robert J (LAC)
**Cc:** Stephen Hauss ; Christopher Price
**Sent:** Fri Jan 30 21:37:37 2009
**Subject:** Mattel v. MGA

Rob,

I understand that there is an agreement in place to file the motion to quash/motion to compel next Monday. We are continuing to meet and confer with the IGWT parties and it is unlikely that we will conclude that process on Monday in sufficient time to move to compel, if necessary. Can we agree that Mattel's motion with respect to the subpoenaed parties may be filed on next Tuesday, February 3, 2009, if necessary, and that there will be no assertion by the MGA Parties that the motion is untimely in any respect?

Best regards,

EXHIBIT __2__

PAGE __7__

2/24/2009

Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---------------------------------------------------------------------------
***********************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
***********************************************************
***********************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
***********************************************************

EXHIBIT __2__

PAGE __8__

2/24/2009

# EXHIBIT 3

## Stephen Hauss

| | |
|---|---|
| **From:** | Jon Corey |
| **Sent:** | Thursday, February 12, 2009 12:46 PM |
| **To:** | 'Jeffrey B. Valle' |
| **Subject:** | Mattel v. MGA: IGWT Subpeonas |
| **Attachments:** | MATTEL FINAL 90211.PDF |

Jeff,

At a hearing yesterday before Judge Larson, he made some clarifications that may affect some of the objections asserted in connection with the IGWT subpoenas. I have attached, for your consideration, a transcript of that hearing. Please refer to the discussion at pages 95 through 105. If you have any questions, please do not hesitate to call.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT __3__

PAGE __9__