QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CASE NO. CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel, Inc.'s Reply in Response to the MGA Parties' Opposition to Motion to Compel; Exhibits I, J, and K to the Corey Declaration in Support of Reply in Response to the MGA Parties' Opposition; Application to File Under Seal and Proposed Order.

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☑ Other   Mattel, Inc.'s Reply in Response to the MGA Parties' Opposition to Motion to Compel; Application to File Under Seal and Proposed Order

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☑ Per Court order dated  January 4, 2005
☐ Manual Filing required (*reason*):

| | |
|---|---|
| February 24, 2009<br>Date | Jon D. Corey<br>Attorney Name<br><br>Mattel, Inc.<br>Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                NOTICE OF MANUAL FILING