1 | Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
2 | Joel N. Klevens, State Bar No. 045446
Jklevens@glaserweil.com
3 | GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
4 | Los Angeles, California 90067
Telephone: 310-553-3000
5 | Facsimile: 310-556-2920

6

7 | Russell J. Frackman, State Bar No. 049087
rjf@msk.com
8 | MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
9 | Los Angeles, California 90064
Telephone: 310-312-2000
10 | Facsimile: 310-312-3100

11 | Attorneys for the MGA Parties For Phase Two

12 | UNITED STATES DISTRICT COURT

13 | CENTRAL DISTRICT OF CALIFORNIA

14 | EASTERN DIVISION

15 | CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx)
Consolidated with Case No. 04-09059
16 | Plaintiff, | and Case No. 05-02727

17 | v. | **DISCOVERY MATTER**
[To Be Heard by Discovery Master
18 | MATTEL, INC., a Delaware | Robert C. O'Brien Pursuant to Order
Corporation | of January 6, 2009]
19 |
20 | Defendant. | **MGA PARTIES' APPLICATION TO FILE UNDER SEAL**

21 | 
22 | AND CONSOLIDATED ACTIONS | Date: To be set
Time: To be set
Place: To be set
23 |
24 | **Phase 2**

25

26

27

28

MGA PARTIES' APPLICATION TO FILE UNDER SEAL Case No. CV 04-0949 SGL (RNBx)

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian,
3  MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.'s
4  (collectively, "MGA Parties") hereby respectfully request that the Court order the
5  following document to be filed under seal: MGA PARTIES' REPLY RE
6  EVIDENTIARY OBJECTIONS AND REQUEST TO STRIKE 2/6/09
7  DECLARATION OF MICHAEL ZELLER, IN SUPPORT OF MATTEL INC.'S
8  MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANNA
9  TRUEBA; AND REQUEST FOR SANCTIONS.

Good cause exists for filing this document under seal because it discusses confidential and private information that has been designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated: February 24, 2009

Patricia L. Glaser
Joel N. Klevens
GLASER, WEIL, FINK, JACOBS
 & SHAPIRO, LLP

Russell J. Frackman
MITCHELL, SILBERBERG & KNUPP, LLP

By: _____/s/ Amman A. Khan_____
   Amman Khan
   Attorneys for the MGA Parties
   for Phase Two