QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>The Honorable Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2, 3, 4, 6, 7, 8, 9, 10, 11, 57 AND 58 OF THE CORRECTED DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; AND REQUEST FOR SANCTIONS ATTACHED TO MATTEL, INC.'S NOTICE OF ERRATA REGARDING THE 2/06/09 DECLARATION OF MICHAEL T. ZELLER<br><br>[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]<br><br>Hearing Date: March 19, 2009<br>Time: 10:00 a.m.<br>Place: Arent Fox<br>555 West Fifth St.<br>Los Angeles, CA 90013<br>**Phase 2**<br>Discovery Cutoff: Dec. 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial: March 23, 2010 |

ORIGINAL

07209/2790457.1

APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order Exhibits 2, 3, 4, 6, 7, 8, 9, 10, 11, 57 and 58 of the Corrected Declaration of Michael T. Zeller In Support of Mattel, Inc.'s Motion to Compel Depositions of Pablo Vargas and Mariana Trueba; And Request For Sanctions attached to Mattel, Inc.'s Notice of Errata Regarding the 2/06/09 Declaration of Michael T. Zeller filed under seal.

The Motion and Exhibits include material that MGA Entertainment, Inc. has designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order them filed under seal.

In the alternative, Mattel requests that the Court declare that Exhibits 2, 3. 4, 6, 7, 8, 9, 10, 11, 57 and 58 to the Corrected Declaration of Michael T. Zeller In Support of Mattel, Inc.'s Motion to Compel Depositions of Pablo Vargas and Mariana Trueba; And Request For Sanctions attached to Mattel, Inc.'s Notice of Errata Regarding the 2/06/09 Declaration of Michael T. Zeller are outside the definition of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: February 24, 2009      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Scott B. Kidman
Scott B. Kidman
Attorneys for Mattel, Inc.