QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
  Los Angeles, California 90017-2543
  Telephone: (213) 443-3000
  Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>The Honorable Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 5, 6, 7, 8, 9, AND 11 TO THE SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS BY MGA ENTERTAINMENT, INC., AND ISAAC LARIAN,<br><br>[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]<br><br>Hearing Date: March 19, 2009<br>Time: 10:00 a.m.<br>Courtroom: Arent Fox<br>555 West Fifth St.<br>Los Angeles, CA 90013<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07209/2801889.1

APPLICATION TO FILE UNDER SEAL

1  Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3  respectfully requests that the Court order Exhibits 5, 6, 7, 8, 9 and 11 to the
4  Supplemental Declaration of Scott L. Watson In Support of Mattel's Reply in
5  Support of Its Motion to Compel Responses to Interrogatories and Production of
6  Documents by MGA Entertainment, Inc. be filed under seal.

7  The Reply and Exhibits include material that MGA Entertainment, Inc.
8  has designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective
9  Order. Accordingly, Mattel requests that the Court order them filed under seal.

10  In the alternative, Mattel requests that the Court declare that Exhibits 5,
11  6, 7, 8, 9 and 11 to the Supplemental Declaration of Scott L. Watson In Support of
12  Mattel's Reply in Support of Its Motion to Compel Responses to Interrogatories and
13  Production of Documents by MGA Entertainment, Inc. are outside the definition of
14  "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the
15  Stipulated Protective Order and order them to be filed as part of the public record.

DATED: February 24, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Scott L. Watson
   Scott L. Watson
   Attorneys for Mattel, Inc.