QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Robert C. O'Brien pursuant to the Court's orders of December 6, 2006 and January 6, 2009]**<br><br>[PROPOSED] ORDER RE: MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 4, 5, AND 6 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S RENEWED MOTION TO COMPEL CONSENT TO PRODUCTION OF ELECTRONIC MAIL MESSAGES<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 2**<br>Discovery Cut-off: Dec. 11, 2008<br>Pre-Trial Conference: March 1, 2009<br>Trial Date: March 23, 2009 |

07975/2803935.1

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 4, 5, and 6 to the Declaration Of Jon D. Corey In Support Of Mattel, Inc.'s Renewed Motion To Compel Consent To Production Of Electronic Mail Messages, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 4, 5 and 6 to the Declaration Of Jon D. Corey In Support Of Mattel, Inc.'s Renewed Motion To Compel Consent To Production Of Electronic Mail Messages are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 2/24, 2009

*/s/ S. G. Larson*
Hon. Stephen G. Larson
United States District Judge