Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
JENNIFER A. LOPEZ (SBN 232320)
jennifer.lopez@bingham.com
600 Anton Boulevard
18th Floor
Costa Mesa, CA  92626-1924
Telephone:  714.830.0600
Facsimile:  714.830.0700

Attorneys for Non-party
BINGHAM MCCUTCHEN LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No.<br>CV 04-09059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>**To be heard by Discovery Master**<br><br>**DECLARATION OF PETER N. VILLAR IN SUPPORT OF MOTION TO QUASH SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY BINGHAM MCCUTCHEN LLP**<br><br>Date:      TBD<br>Time:     TBD<br>Place:    Arent Fox LLP<br>            555 West Fifth Street<br>            48th Floor<br>            Los Angeles, CA  90013 |

A/72856872.1

# DECLARATION OF PETER N. VILLAR

I, Peter N. Villar, declare as follows:

1. I am a partner at Bingham McCutchen LLP ("Bingham") and am certified to practice law in the state of California and the United States District Court, Central District of California. I make this declaration in support of the Motion to Quash Subpoena issued by Mattel, Inc. to Non-Party Bingham. I have personal knowledge of the facts recited here and, if called as a witness, could and would testify competently to them.

2. Bingham has been retained to represent several non-parties in connection with subpoenas issued by Mattel Inc. ("Mattel") in this action including *inter alia* Omni 808 Investors, LLC, Vision Capital, LLC and Omninet Capital, LLC.

3. On or about February 12, 2009, Mattel issued a subpoena to Bingham requesting the production of documents referring and relating to its non-party clients. A true and correct copy of the subpoena is attached hereto as **Exhibit A**.

4. On February 20, I sent a letter to Mattel's counsel, Jon Corey, informing him that the Bingham subpoena was improper and objectionable, and asked that it be withdrawn. I further advised him that if Mattel refused to withdraw the subpoena we would file a motion to quash the subpoena, but before doing so we would like an opportunity to discuss and try to resolve our dispute in person. A true and correct copy of my letter is attached hereto as **Exhibit B**.

5. On February 23, Mr. Corey responded to my February 20 letter and refused to withdraw the subpoena. A true and correct copy of Mr. Corey's letter is attached hereto as **Exhibit C**.

6. On February 24, I sent another letter to Mr. Corey in an effort to arrange an in person meeting to discuss and try to resolve our dispute regarding the Bingham subpoena. A true and correct copy of my letter to Mr. Corey is attached

A/72856872.1
- 1 -

1  hereto as **Exhibit D**.

2      7.    On February 25, I along with another Bingham partner, Todd Gordinier, met with Mattel's counsel, James Webster, at our office to further discuss the Bingham subpoena and our contemplated motion to quash. We were unable to resolve our differences.

    8.    The Court in this action has previously granted motions to quash subpoenas to non-parties. A true and correct copy of the Order Granting MGA's Motion to Quash Mattel's Subpoena to Bank of America is attached hereto as **Exhibit E**. A true and correct copy of the Order Granting in Part and Denying in Part MGA Parties' Motion to Quash Subpoenas; Granting in Part and Denying in Part Mattel's Counter Motion to Compel is attached hereto as **Exhibit F**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day in February, 2009, in Costa Mesa, CA.

                                            Peter N. Villar

A/72856872.1

- 2 -