Patricia L. Glaser, State Bar No. 055668
Pglaser@chrisglase.com
Joel N. Klevens, State Bar No. 045446
Jklevens@chrisglase.com
GLASER, WEIL, FINK, JACOBS
 & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  310-553-3000
Facsimile:   310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  310-312-2000
Facsimile:   310-312-3100

Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-09059 and Case No. 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**<br><br>**MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF RESPONSE TO MATTEL'S OBJECTIONS TO DECLARATION OF SUSANA KUEMMERLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA AND REQUEST FOR SANCTIONS**<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-Trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

663872 v1

MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF RESPONSE TO MATTEL'S OBJECTIONS TO
DECLARATION OF SUSANA KUEMMERLE

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     **PLEASE TAKE NOTICE** that MGA Entertainment, Inc., Isaac Larian, MGA

3 Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.'s (collectively,

4 "MGA Parties") have submitted the following sealed document to the Court: MGA

5 PARTIES' RESPONSE TO MATTEL'S OBJECTIONS TO DECLARATION OF

6 SUSANA KUEMMERLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO

7 MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA

8 TRUEBA AND REQUEST FOR SANCTIONS

9 Dated: February 26, 2009

    GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

    By:   /s/ Amman A. Khan
          Amman A. Khan
    Attorneys for Defendants, MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.