1  Patricia L. Glaser, State Bar No. 055668
   Pglaser@glaserweil.com
2  Joel N. Klevens, State Bar No. 045446
   Jklevens@ glaserweil.com
3  GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
4  Los Angeles, California 90067
   Telephone:  310-553-3000
5  Facsimile:  310-556-2920

6
   Russell J. Frackman, State Bar No. 049087
7  rjf@msk.com
   MITCHELL, SILBERBERG & KNUPP, LLP
8  11377 West Olympic Boulevard
   Los Angeles, California 90064
9  Telephone:  310-312-2000
   Facsimile:  310-312-3100
10

11 Attorneys for the MGA Parties For Phase Two

12                UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14                      EASTERN DIVISION

15 CARTER BRYANT, an individual    ) Case No. CV 04-9049 SGL (RNBx)
                                   ) Consolidated with Case No. 04-09059
16         Plaintiff,              ) and Case No. 05-02727
                                   )
17    v.                           ) **DISCOVERY MATTER**
                                   ) **[To Be Heard by Discovery Master**
18 MATTEL, INC., a Delaware        ) **Robert C. O'Brien Pursuant to Order**
   Corporation                     ) **of January 6, 2009]**
19                                 )
           Defendant.               ) **[PROPOSED] ORDER TO FILE**
20                                 ) **UNDER SEAL**
                                   )
21                                 ) **Phase 2**
                                   ) Discovery Cut-off: December 11, 2009
22 AND CONSOLIDATED ACTIONS         ) Pre-Trial Conference: March 1, 2010
                                   ) Trial Date: March 23, 2010
23                                 )
24
25
26
27
28

## ORDER

Based on the concurrently filed Application and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following document be filed under seal pursuant to Local Rule 79-5.1: MGA PARTIES' RESPONSE TO MATTEL'S OBJECTIONS TO DECLARATION OF SUSANA KUEMMERLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA AND REQUEST FOR SANCTIONS.

Dated: _____, 2009

_____
Hon. Stephen J. Larson
United States District Judge