1  Patricia L. Glaser, State Bar No. 055668
   Pglaser@glaserweil.com
2  Joel N. Klevens, State Bar No. 045446
   Jklevens@glaserweil.com
3  GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
4  Los Angeles, California 90067
   Telephone:  310-553-3000
5  Facsimile:  310-556-2920

6  Russell J. Frackman, State Bar No. 049087
7  rjf@msk.com
   MITCHELL, SILBERBERG & KNUPP, LLP
8  11377 West Olympic Boulevard
   Los Angeles, California 90064
9  Telephone:  310-312-2000
   Facsimile:  310-312-3100
10

11 Attorneys for the MGA Parties For Phase Two

12                    UNITED STATES DISTRICT COURT

13                   CENTRAL DISTRICT OF CALIFORNIA

14                          EASTERN DIVISION

15 CARTER BRYANT, an individual      ) Case No. CV 04-9049 SGL (RNBx)
                                     ) Consolidated with Case No. 04-09059
16              Plaintiff,           ) and Case No. 05-02727
                                     )
17        v.                         ) **DISCOVERY MATTER**
                                     ) [To Be Heard by Discovery Master
18 MATTEL, INC., a Delaware          ) Robert C. O'Brien Pursuant to Order
   Corporation                       ) of January 6, 2009]
19                                   )
20              Defendant.           ) **MGA PARTIES' APPLICATION TO
                                     ) FILE UNDER SEAL**
21 _____      )
                                     ) **Phase 2**
22 AND CONSOLIDATED ACTIONS          ) Discovery Cut-off: December 11, 2009
                                     ) Pre-Trial Conference: March 1, 2010
23                                   ) Trial Date: March 23, 2010
                                     )
24                                   )

25

26

27

28

---

MGA PARTIES' APPLICATION TO FILE UNDER SEAL Case No. CV 04-0949 SGL (RNBx)

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.'s (collectively, "MGA Parties") hereby respectfully request that the Court order the following document to be filed under seal: MGA PARTIES' RESPONSE TO MATTEL'S OBJECTIONS TO DECLARATION OF SUSANA KUEMMERLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA AND REQUEST FOR SANCTIONS.

Good cause exists for filing this document under seal because it discusses confidential and private information that has been designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated: February 26, 2009

Patricia L. Glaser
Joel N. Klevens
GLASER, WEIL, FINK, JACOBS
 & SHAPIRO, LLP

Russell J. Frackman
MITCHELL, SILBERBERG & KNUPP, LLP

By: _____/s/ Amman A. Khan_____
Amman Khan
Attorneys for the MGA Parties
for Phase Two