PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment HK, Ltd.,
MGAE De Mexico, S.R.L De C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation,, <br><br> Defendant. <br><br> AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx) <br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> **DISCOVERY MATTER** <br> **[To Be Heard By Discovery Master Robert O'Brien Pursuant To Order Of January 6, 2009]** <br><br> **[PUBLIC REDACTED] DECLARATION OF JEAN PIERRE NOGUES IN SUPPORT OF MOTION OF MGA PARTIES FOR PROTECTIVE ORDER AND EXHIBITS THERETO (EXHIBITS 2, 3 AND 6 FILED UNDER SEAL) [NOTICE OF MOTION, MOTION AND POINTS AND AUTHORITIES, AND DECLARATION OF BRIAN WING FILED CONCURRENTLY]** <br><br> Date:     TBD <br> Time:     TBD <br> Place:    TBD <br><br> Phase 2 <br> Discovery Cut-Off: December 11, 2009 <br> Pre-Trial conference: March 1, 2010 <br> Trial Date: March 23, 2010 |

## DECLARATION OF JEAN PIERRE NOGUES

I, JEAN PIERRE NOGUES, declare:

1.      I am an attorney admitted to practice in California and before this Court, and, through my professional corporation, am a partner of Mitchell Silberberg & Knupp LLP, co-counsel for MGA Entertainment Inc., MGA Entertainment HK, Ltd. MGAE De Mexico, S.R.L De C.V., and Isaac Larian herein.  I make this declaration of my own personal knowledge, and if called and sworn as a witness, could and would testify to the facts set forth herein.

2.      Appended hereto as Exhibit 1 is a copy of the Complaint filed herein by MGA Entertainment, Inc. ("MGA")

3.      Appended hereto as Exhibit 2 is a copy of MGA's Supplemental Response to Interrogatory No. 2 propounded by Mattel, Inc. ("Mattel").

4.      Appended hereto as Exhibit 3 is a copy of MGA's Fourth Supplemental Responses to Interrogatories Nos. 43 and 44 propounded by Mattel.

5.      Appended hereto as Exhibit 4 is a copy of the Court's February 4, 2008 Order, which, among other things, stays Phase 2 discovery.

6.      Appended hereto as Exhibit 5 is a copy of the Discovery Master's February 15, 2008 order which in part relates to Mattel Interrogatories Nos. 43 and 44.

7.      Appended hereto as Exhibit 6 is a copy of MGA's responses to Mattel Interrogatories 51-55 and 64 only.  Responses to other interrogatories served at the same time have been removed from the appended set of responses to avoid unnecessarily cluttering the Court's files.

8.      Appended hereto as Exhibit 7 is a copy of the Court's January 6, 2009, Order, which, among other things, lifted the stay on Phase 2 discovery.

9.      Appended hereto as Exhibit 8 is a copy of a January 8, 2009 letter from Michael T. Zeller, one of Mattel's lawyers, to counsel for the MGA Parties.

Mitchell
Silberberg &
Knupp LLP

2141150.1

1      10.   Appended hereto as Exhibit 9 is a copy of a January 20, 2009 letter

2  (inadvertently dated January 20, 2008) from Jon Corey, one of Mattel's lawyers, to

3  counsel for the MGA Parties.

4      11.   Appended hereto as Exhibit 10 is a copy of a January 28, 2009 letter

5  from Scott L. Watson, one of Mattel's lawyers, to counsel for the MGA Parties.

6      12.   On February 6, 2009, counsel for Mattel and counsel for the MGA

7  Parties, including the undersigned, telephonically met and conferred concerning

8  various matters, including Mattel's requests that MGA provide supplemental

9  responses to Interrogatories Nos. 43, 44, 51 through 55 and 64 (the "Trade Dress

10  Interrogatories"). During that conference, I requested that, in light of its

11  anticipated summary judgment motion on MGA's trade dress claims, Mattel give

12  the MGA Parties until 30 days after the Court decided that motion to respond to the

13  Trade Dress Interrogatories. I also stated that if Mattel were unwilling to so agree,

14  the MGA Parties would seek a protective order staying their responses to the Trade

15  Dress Interrogatories until 30 days after the summary judgment motion was

16  decided. Mr. Corey advised that he would consult with his client concerning my

17  request and would get back to me. Appended hereto as Exhibit 11 is a copy of a

18  letter I sent to Mr. Corey on February 6, 2008, confirming our conversation.

19      13.   Appended hereto as Exhibit 12 is a copy of a letter I received from

20  Mr. Corey dated February 12, 2009.

21      14.   Appended hereto as Exhibit 13 is copy of a February 13, 2009 letter I

22  sent to Mr. Corey.

23      15.   On February 18, 2009, I participated in a telephonic meet and confer

24  session with other co-counsel for the MGA Parties and counsel for Mattel. During

25  that session, we discussed Mattel's anticipated summary judgment motion.

26  Counsel for Mattel reaffirmed the grounds for the anticipated motion as set out in

27  its January 8, 2009 letter, and stated that the motion would be filed shortly after the

28  Court ruled on the pending post-trial motions relating to Phase 1 that had been

Mitchell
Silberberg &
Knupp LLP

2141150.1

3

1  heard and taken under submission on February 11, 2009.  Mattel's counsel also

2  reaffirmed its position that it would not agree to suspend trade dress discovery until

3  after the summary judgment motion was decided.

4       16.    Appended hereto as Exhibit 14 is a copy of a letter I sent to Mr. Corey

5  on February 19, 2009.

6       17.    Appended hereto as Exhibit 15 is a copy of a February 23, 2009 letter

7  I received from James J. Webster, one of the Mattel lawyers who participated in

8  the February 18, 2009 meet and confer session.

9       I declare under penalty of perjury under the laws of the United States of

10  America that the foregoing is true and correct.

11       Executed this 27th day of February, 2009, at Los Angeles, California.

12

13

14                             _____

15                                    Jean Pierre Nogues

16

17

18

19

20

21

22

23

24

25

26

27

28