# EXHIBIT 2
# TO DECLARATION OF
# JEAN PIERRE NOGUES

# EXHIBIT 2
# TO DECLARATION OF
# JEAN PIERRE NOGUES

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 3
# TO DECLARATION OF
# JEAN PIERRE NOGUES

# EXHIBIT 3
# TO DECLARATION OF
# JEAN PIERRE NOGUES

# FILED UNDER SEAL

# PURSUANT TO

# PROTECTIVE ORDER

# FILED UNDER SEAL

# PURSUANT TO

# PROTECTIVE ORDER