# EXHIBIT D

2

EXHIBIT D PAGE 56

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, AN INDIVIDUAL, ) | |
| ) | CASE NO. |
| PLAINTIFF, ) | CV 04-9049 SGL(RNBX) |
| ) | |
| V. ) | CONSOLIDATED WITH |
| ) | CASE NO. 04-9059 |
| MATTEL, INC., A DELAWARE ) | AND |
| CORPORATION, ) | CASE NO. 05-2727 |
| ) | |
| DEFENDANT. ) | |
| _____) | |
| ) | |
| AND CONSOLIDATED ACTION(S) ) | |
| _____) | |

CONFIDENTIAL VIDEOTAPED DEPOSITION
OF CARLOS GUSTAVO MACHADO GOMEZ,
TAKEN ON BEHALF OF MATTEL, INC., AT
865 SOUTH FIGUEROA STREET, 2ND
FLOOR, LOS ANGELES, CALIFORNIA,
COMMENCING AT 10:45 A.M., TUESDAY,
OCTOBER 14, 2008, BEFORE PAULA A.
PYBURN, C.S.R. 7304, R.P.R., C.L.R.

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

3

```
 1   APPEARANCES OF COUNSEL:
 2   FOR M.G.A. ENTERTAINMENT, INC.:
 3    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
      BY:  LAUREN E. AGUIAR, ESQ.
 4    Four Times Square
      New York, New York 10036
 5    (212) 735-2235
      lauren.aguiar@skadden.com
 6
 7   FOR DEFENDANT MATTEL, INC.:
 8    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      BY:  JON COREY, ESQ.
 9           and
      BY:  STEVEN M. HAUSS, ESQ.
10    865 South Figueroa Street
      10th Floor
11    Los Angeles, California 90017
      (213) 443-3000
12    joncorey@quinnemmanuel.com
      stevenhauss@quinnemmanuel.com
13
14   FOR THE WITNESS:
15    OVERLAND BORENSTEIN SCHEPER & KIM LLP
      BY:  MARK E. OVERLAND, ESQ.
16           and
      BY:  ALEXANDER H. COTE, ESQ.
17    One Bunker Hill
      601 West Fifth Street
18    12th Floor
      Los Angeles, California 90071
19    (213) 613-4680
      moverland@obsklaw.com
20    acote@obsklaw.com
21   ALSO PRESENT:
22    Maya Fonseca, Spanish Interpreter
      Craig Holden, In-House Counsel,
23         M.G.A. Entertainment, Inc.
      Jill Thomas, In-House Counsel, Mattel, Inc.
24    Steven Togami, J.T.V. Litigations Services, Inc.
25
```

66

```
 1   BY MR. COREY:
 2       Q.   Do you know what "Plot04" refers to?
 3            MR. OVERLAND:  Objection; instruct the
 4   witness not to answer on the grounds of
 5   self-incrimination.                                        12:29:4
 6   BY MR. COREY:
 7       Q.   Did you set up the Plot04 AOL account?
 8            MR. OVERLAND:  Objection; instruct the
 9   witness not to answer on the grounds of
10   self-incrimination.                                        12:29:5
11   BY MR. COREY:
12       Q.   Have you ever used the plot04@yahoo.com.mx
13   email account?
14            THE INTERPRETER:  I'm sorry, could you
15   repeat that again, please?                                 12:30:1
16            MR. COREY:  Sure.  Plot04@yahoo.com.mx.
17            MR. OVERLAND:  Objection; instruct the
18   witness not to answer on the grounds of
19   self-incrimination.
20   BY MR. COREY:                                              12:30:2
21       Q.   Do you know who has access to either of
22   those two accounts?
23            MR. OVERLAND:  Objection; instruct the
24   witness not to answer on the grounds of
25   self-incrimination.                                        12:30:3
```

```
                                                          100

 1     Castillo?
 2         A.   A friend.
 3         Q.   Where do you know her from?
 4         A.   From Mattel.
 5         Q.   Does she still work for Mattel?            02:42:1
 6         A.   I don't know.
 7         Q.   When was the last time you talked to her?
 8         A.   Little over a year ago.
 9         Q.   Did you ever have an interview with Tom
10     Park -- Thomas Park, excuse me?                    02:42:4
11         A.   Yes.
12         Q.   When was that?
13              MR. OVERLAND:  Objection; instruct the
14     witness not to answer on the grounds of
15     self-incrimination.                                02:42:5
16     BY MR. COREY:
17         Q.   Do you ever use email for personal use --
18     excuse me -- for business use, Mr. Machado?
19         A.   Yes.
20         Q.   Do you ever use personal email -- personal 02:43:2
21     email accounts for business use?
22              MR. OVERLAND:  Objection; instruct the
23     witness not to answer on the grounds of
24     self-incrimination.
25     ///                                                02:43:5
```

101

```
 1  BY MR. COREY:
 2      Q.   Mr. Machado, are you -- are you preserving
 3  any personal emails that you have that may be
 4  related to business?
 5      A.   From when?                                      02:44:0
 6      Q.   Do you have a practice of preserving emails
 7  now?
 8      A.   No.
 9      Q.   Have you ever had a practice of preserving
10  emails and personal email addresses that you may use   02:44:2
11  for work or business?
12      A.   Almost not.
13      Q.   Can you tell me what personal email
14  accounts you've used in the last five years?
15           MR. OVERLAND:  Object; instruct the witness   02:44:4
16  not to answer on the grounds of self-incrimination.
17  BY MR. COREY:
18      Q.   Do you have a personal computer?
19      A.   Yes.
20      Q.   That's a computer that has not been           02:45:1
21  assigned to you by M.G.A.?
22      A.   Correct.
23      Q.   Do you use it for business purposes?
24      A.   Very seldomly.
25      Q.   Did you use a computer between April 19th,   02:45:3
```

121

1  STATE OF CALIFORNIA )
2  COUNTY OF RIVERSIDE )  ss.
3
4        I, Paula A. Pyburn, CSR No. 7304, R.P.R.,
5  C.L.R., in and for the State of California, do
6  hereby certify:
7        I am the deposition officer that
8  stenographically recorded the testimony in the
9  foregoing deposition;
10       Prior to being examined the deponent was first
11 duly sworn by me;
12       The foregoing transcript is a true record of
13 the testimony given.
14       Before completion of the deposition, review of
15 the transcript [xx] was [ ] was not requested.  If
16 requested, any changes made by the deponent (and
17 provided to the reporter) during the period allowed
18 are appended hereto.
19
20 Dated _____
21
22
23        _____
            Paula A. Pyburn
24          C.S.R. No. 7304, R.P.R.
            Certified LiveNote Reporter
25