# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  Stephen G. Larson

From: C. Sasse , Deputy Clerk   Date Received: 2/23/09

Case No.: CV04-9049SGL   Case Title: Bryant v. Mattel

Document Entitled: Letter

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1   Document not legible
☐ Local Rule 11-3.8   Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1   No copy provided for judge
☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1   No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1    Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1   Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2   Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1  Notice to other parties of ex parte application lacking
☐ Local Rule 16-6   Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)   No proof of service attached to document(s)
☒ Other: Local Rule 83.2-11: Improper communication with the Court.

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____   _____
Date                      U.S. District Judge / U.S. Magistrate Judge

☒ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

2/24/09                   /s/ Larson
Date                      U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

Thursday, January 29, 2009

Dear Honorable Judge Stephen G. Larson,

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

FEB 23 2009

CENTRAL DIVISION OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

Sir, if you would allow me to impose upon you. I'm not able to attain counsel, not able to locate a warm body at Mattel, neither have I received an email response from MGA Entertainment nor Mattel via media correspondence. To be brief, I read an article December 5, 2008 in Chicago Tribune referring to the ongoing litigation between the two companies regarding the patent infringements against Mattel. I thought the lawsuit to be anti-competition being that I have a Barbie that is me, a photo some 22ish years ago that resulted from anonymous works? Your brief states (according to Mattel.com) that there are too many similarities in the attributes-those attributes belonging to me. I believe there are too many coincidences regarding my childhood photos and those dolls.

I graciously request of you not to finalize ruling in the Mattel Inc. v MGA Entertainment Inc. without validating or dismissing my claim of my barbie. I have included copy of the photo from 1987, email to Mattel, email to Chicago Tribune, 1st page from your brief from Mattel website, and final copy Mattel's packaging of the doll. Note, the email to MGA was submitted on their website January 19, 2009-not able to retain a copy.

If you are in need of more photos, do not hesitate to call or email me. I can be reached at 630.765.2338 and or butchertd4@yahoo.com.

Thank you for your time and consideration!!!

*Tu Juanne Butcher*

Tu Juanna Butcher
enclosures