```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100
 7  Attorneys for Mattel, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL REPLY IN RESPONSE TO THE MGA PARTIES' OPPOSITION TO MOTION TO COMPEL DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS AND EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF REPLY<br><br>[[Proposed] Order filed concurrently]<br><br>Phase 2:<br>Disc. Cut-off:      December 11, 2009<br>Pre-trial Conf.:    March 1, 2010<br>Trial Date:         March 23, 2010 |

07209/2784745.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel's Reply in Response to the
4  MGA Parties' Opposition to Motion to Compel Documents Responsive to Third-
5  Party Subpoenas ("Reply") and Exhibits I, J, and K, to the Supplemental Declaration
6  of Jon D. Corey in Support of Mattel, Inc.'s Reply in Response to the MGA Parties'
7  Opposition to Motion to Compel Production of Documents Responsive to Third-
8  Party Subpoenas ("Exhibits").

9  The Reply and Exhibits include materials that MGA has designated as
10 "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective
11 Order.  Accordingly, Mattel requests that the Court order that the Reply and
12 Exhibits be filed under seal.

13 In the alternative, Mattel requests that the Court declare that the
14 Exhibits are outside the definitions of "Confidential" and "Confidential--Attorneys'
15 Eyes Only" as contained in the Stipulated Protective Order and order it to be filed as
16 part of the public record.

18 DATED:  February 25, 2009          QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP

20                                    By /s/ Jon D. Corey
21                                       Jon D. Corey
                                         Attorneys for Mattel, Inc.