QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL REPLY IN RESPONSE TO THE MGA PARTIES' OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENAS AND EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S REPLY<br><br>Phase 2:<br>Disc. Cut-off:   December 11, 2009<br>Pre-trial Conf.: March 1, 2010<br>Trial Date:      March 23, 2010 |

LODGED

07209/2784753.1

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Reply in Response to the MGA Parties' Opposition to Motion to Compel Documents Responsive to Third-Party Subpoenas and Exhibits to the Supplemental Declaration of Jon D. Corey in Support of Mattel, Inc.'s Reply in Response to the MGA Parties' Opposition to Motion to Compel Production of Documents Responsive to Third-Party Subpoenas, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel Inc.'s Reply in Response to the MGA Parties' Opposition to Motion to Compel Documents Responsive to Third-Party Subpoenas and Exhibits I, J, and K, to the Supplemental Declaration of Jon D. Corey in Support of Mattel, Inc.'s Reply in Response to the MGA Parties' Opposition to Motion to Compel Production of Documents Responsive to Third-Party Subpoenas are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 2/27, 2009

/s/ S.G. Larson
Hon. Stephen G. Larson
United States District Judge