QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>   Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>The Honorable Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 5, 6, 7, 8, 9, AND 11 TO THE SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS BY MGA ENTERTAINMENT, INC., AND ISAAC LARIAN,<br><br>Hearing Date: March 19, 2009<br>Time: 10:00 a.m.<br>Courtroom: Arent Fox<br>  555 West Fifth St.<br>  48th Floor<br>  Los Angeles, CA 90013<br>**Phase 2**<br><br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07209/2801855.1

PROPOSED ORDER

1  [~~Proposed~~] Order

2  Based on the concurrently filed Application to File Under Seal Exhibits 5, 6, 7, 8, 9 and 11 to the Supplemental Declaration of Scott L. Watson In Support of Mattel's Reply in Support of Its Motion to Compel Responses to Interrogatories and Production of Documents by MGA Entertainment, Inc.

It is hereby ORDERED that Exhibits 5, 6, 7, 8, 9 and 11 to the Supplemental Declaration of Scott L. Watson In Support of Mattel's Reply in Support of Its Motion to Compel Responses to Interrogatories and Production of Documents by MGA Entertainment, Inc. be filed under seal pursuant to Local Rule 79-5.1.

IT IS SO ORDERED.

DATED: 2/27, 2009

Hon. Stephen G. Larson
United States District Court Judge