QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>The Honorable Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2, 3, 4, 6, 7, 8, 9, 10, 11, 57 AND 58 OF THE CORRECTED DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; AND REQUEST FOR SANCTIONS ATTACHED TO MATTEL, INC.'S NOTICE OF ERRATA REGARDING THE 2/6/09 DECLARATION OF MICHAEL T. ZELLER<br><br>Hearing Date: March 19, 2009<br>Time: 10:00 a.m.<br>Place: Arent Fox<br>555 West Fifth St.<br>Los Angeles, CA 90013<br><br>**Phase 2**<br>Discovery Cutoff: Dec. 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial: March 23, 2010 |

LODGED

ORIGINAL

07209/2790549.1

1 [~~Proposed~~] Order

3 Based on the concurrently filed Application to File Under Seal Exhibits 2, 3, 4, 6, 7, 8, 9, 10, 11, 57 and 58 of the Corrected Declaration of Michael T. Zeller In Support of Mattel, Inc.'s Motion to Compel Depositions of Pablo Vargas and Mariana Trueba; And Request For Sanctions attached to Mattel, Inc.'s Notice of Errata Regarding the 2/6/09 Declaration of Michael T. Zeller, IT IS HEREBY ORDERED that:

Exhibits 2, 3, 4, 6, 7, 8, 9, 10, 11, 57 and 58 of the Corrected Declaration of Michael T. Zeller In Support of Mattel, Inc.'s Motion to Compel Depositions of Pablo Vargas and Mariana Trueba; And Request For Sanctions attached to Mattel, Inc.'s Notice of Errata Regarding the 2/06/09 Declaration of Michael T. Zeller be filed under seal pursuant to Local Rule 79-5.1.

IT IS SO ORDERED.

DATED: 2/27, 2009

_____
Hon. Stephen G. Larson
United States District Court Judge