
1  PATRICIA L. GLASER (Bar No. 055668)
   pglaser@glaserweil.com
2  GLASER WEIL FINK JACOBS & SHAPIRO
   10250 Constellation Blvd., 19th Floor
3  Los Angeles, California 90067
   Telephone: (310) 553-3000
4  Facsimile: (310) 557-9815

5  RUSSELL J. FRACKMAN (Bar No. 49087)
   rjf@msk.com
6  PATRICIA H. BENSON (Bar No. 60565)
   phb@msk.com
7  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
8  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
9  Facsimile: (310) 312-3100

10 Attorneys for Defendants
   MGA Entertainment, Inc., MGA Entertainment
11 HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and
   Isaac Larian

12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15                       EASTERN DIVISION

| | |
|---|---|
| 16  CARTER BRYANT, an individual,, | CASE NO. CV 04-9049 SGL (RNBx) |
| 17       Plaintiff, | Consolidated with<br>Case No. CV 04-09059 |
| 18       v. | Case No. CV 05-02727 |
| 19  MATTEL, INC., a Delaware corporation,, | **DISCOVERY MATTER** |
| 20       Defendant. | [To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009] |
| 21 | |
| 22  AND CONSOLIDATED CASES | **MGA PARTIES' APPLICATION TO FILE UNDER SEAL** |
| 23 | Date:  TBD |
| 24 | Time:  TBD<br>Place  TBD |
| 25 | |
| 26 | Phase 2<br>Discovery Cut-Off: December 11, 2009 |
| 27 | Pre-Trial conference: March 1, 2010<br>Trial Date: March 23, 2010 |

28

Mitchell Silberberg & Knupp LLP
2143843.1

1
APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac
3  Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de
4  C.V.'s (collectively, "MGA Parties") hereby respectfully request that the court
5  order the following documents to be filed under seal:

6      1.    Exhibit 2 to Declaration of Jean Pierre Nogues In Support of Motion
7  of MGA Parties for Protective Order Staying Discovery on Trade Dress Claims
8      2.    Exhibit 3 to Declaration of Jean Pierre Nogues In Support of Motion
9  of MGA Parties for Protective Order Staying Discovery on Trade Dress Claims
10     3.    Exhibit 6 to Declaration of Jean Pierre Nogues In Support of Motion
11 of MGA Parties for Protective Order Staying Discovery on Trade Dress Claims

13     Good cause exists for filing these documents under seal because they discuss
14 confidential and private information that has been designated either
15 "CONFIDENTIAL- ATTORNEYS' EYES ONLY" or "CONFIDENTIAL."

17 DATED: February 27, 2009        RUSSELL J. FRACKMAN
                                    PATRICIA H. BENSON
18                                  MITCHELL SILBERBERG & KNUPP LLP

20                                  By: /s/ Jean Pierre Nogues
21                                  Jean Pierre Nogues
                                    Attorneys for Defendants
22                                  MGA Entertainment, Inc., MGA
                                    Entertainment HK, Ltd., MGAE De
                                    Mexico, S.R.L. De C.V., and Isaac Larian