PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087) rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565) phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br>[To Be Heard By Discovery Master Robert O'Brien Pursuant to Order of January 6, 2009]<br><br>**PROOF OF SERVICE**<br><br>Date:     TBD<br>Time:     TBD<br>Place:    TBD<br>Phase 2<br>Discovery Cut-Off: December 11, 2009<br>Pre-Trial conference: March 1, 2010<br>Trial Date: March 23, 2010 |

1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

    On February 27, 2009, I served true copies of the following document(s) described as

1. **MGA PARTIES' APPLICATION TO FILE UNDER SEAL**

2. **[PROPOSED] ORDER TO FILE UNDER SEAL**

on the interested parties in this action at their last known address as set forth below by taking the action described below:

**See Attached Service List**

☐ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with ____ in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

☒ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by ____ of the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically at __:__ __.m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

☐ **BY FAX:** On _____, at _____ am/pm, from facsimile number (310) _____, before placing the above-described document(s) in sealed envelope(s) addressed as set forth above, I sent a copy of the above-described document(s) to each of the individuals set forth above at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and a copy of that report is attached hereto.

    I declare under penalty of perjury under the laws of the United States that the above is true and correct.

    Executed on February 27, 2009, at Los Angeles, California.

*[Signature]*
Bertha A. García

## SERVICE LIST

| | |
|---|---|
| Robert C. O'Brien<br>Discovery Master<br>Arent Fox LLP<br>555 West 5th St., Suite 4800<br>Los Angeles, CA 90013<br>[By Personal Service] | John Quinn, Esq.<br>(johnquinn@quinnemanuel.com)<br>Jon D. Corey, Esq.<br>(joncorey@quinnemanuel.com)<br>Michael T. Zeller, Esq.<br>(michaeltzeller@quinnemanuel.com)<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>[By Personal Service] |
| Patricia L. Glaser, Esq.<br>(Pglaser@glaserweil.com)<br>Joel N. Klevens, Esq.<br>(Jklevens@glaserweil.com)<br>Glaser, Weil, Fink, Jacobs & Shapiro, LLP<br>10250 Constellation Boulevard, 19th Floor<br>Los Angeles, CA 90067<br>(310) 553-3000<br>[By Email Service] | Thomas J. Nolan, Esq.<br>(tnolan@skadden.com)<br>Raoul D. Kennedy, Esq.<br>(rkennedy@skadden.com)<br>Jason D. Russell, Esq.<br>(Jason.russell@skadden.com)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>(213) 687-5000<br>[By Email Service] |

Mitchell Silberberg & Knupp LLP

2144703.1