QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-09059 and CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>MATTEL, INC.'S REQUEST TO CONSOLIDATE THE MGA PARTIES' MOTION TO QUASH SUBPOENAS ISSUED BY MATTEL TO OMNI 808 INVESTORS, LLC, OMNINET CAPITAL, LLC, IGWT GROUP, LLC, IGWT 826 INVESTMENTS, LLC AND VISION CAPITAL, LLC AND MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD PARTY SUBPOENAS<br><br>Hearing Date:   March 4, 2009<br>Time:              10:00 a.m.<br>Place:             Arent Fox LLP<br>                      555 West Fifth Street<br>                      48th Floor<br>                      Los Angeles, CA 90013<br><br>**Phase 2:**<br>Disc. Cut-off:   December 11, 2009<br>Pre-trial Conf.:   March 1, 2010<br>Trial Date:      March 23, 2010 |

07975/2814625.1

1          Mattel, Inc. respectfully requests that the Discovery Master consolidate

2    the two motions noticed for March 4, 2009 on the grounds that they contain

3    common issues of fact and law and that the parties' and third-party's positions are

4    based on common and overlapping evidence.

5    **Argument**

6          On February 3, 2009, MGA moved to quash Mattel's subpoenas to Omni

7    808 Investors, LLC and others relating to MGA finances.[1]  MGA's Motion to Quash

8    was solely predicated on its argument that Judge Larson's January 7, 2009 Order

9    appointing the forensic auditor served, *sub silencio*, to preclude or delay Mattel's

10   requests for financial discovery.[2]  Judge Larson, however, has unequivocally rejected

11   the entire premise of the Motion to Quash and made clear that the MGA Parties'

12   "interpretation" of the Court's Orders was incorrect.  In particular, the Court stated that

13   the forensic auditor's work was wholly separate and apart from discovery and that the

14   Court did not prohibit any discovery, including financial discovery, when it appointed a

15   forensic auditor, but wanted all discovery to proceed apace.[3]

16         After Judge Larson rejected the sole basis for its motion to quash, MGA

17   changed course and attempted to argue in its reply brief—for the first time—that

18   Mattel's subpoenas sought documents that were not relevant to Phase 2 claims and

19   defenses, thus depriving Mattel of an opportunity to respond to those arguments in

---

[1]  See MGA Parties' Notice of Motion and Motion to Quash Subpoenas Issued by Mattel to Omni 808 Investors, LLC, OmniNet Capital, LLC, IGWT Group, LLC, IGWT 826 Investments, LLC And Vision Capital, LLC, dated February 3, 2009, Docket No. 4779 ("Motion to Quash").

[2]  See id. at 4-6.

[3]  See 2/11/09 Hearing Tr. at 95:21-96:15; 96:24-97:15; 97:20-101:8.  In light of the Court's clear rejection of the only basis for MGA's motion to quash, Mattel submitted a supplemental brief on February 13, 2009, asking the Court to deny the motion on the papers and without argument.  See Mattel's (1) Supplemental Brief Regarding the MGA Parties' Motion to Quash Subpoenas Issued by Mattel to Omni 808 Investors, LLC, OmniNet Capital, LLC, IGWT Group, LLC, IGWT 826 Investments, LLC And Vision Capital, LLC; and (2) (footnote continued)

- 1 -

REQUEST FOR CONSOLIDATION

connection with the Motion to Quash.[4]  The MGA Parties' Opposition to Mattel's Motion to Compel Production of Documents Responsive to Third Party Subpoenas, which Motion will also be heard on March 4, 2009, however makes the same arguments as the MGA Parties' Reply in support of their Motion to Quash.  To avoid any argument that the record is not complete on the Motion to Quash, and so that Mattel is not prejudiced by the MGA's assertion of new arguments for the first time in reply on the Motion to Quash, Mattel respectfully requests that the Discovery Master consolidate the Motion to Quash and the Motion to Compel and all papers and arguments submitted in connection therewith.  In addition, consolidating the motions will avoid having to burden the Discovery Master and the court file by lodging an additional copy of a brief and supplemental declaration that the Discovery Master already possesses and will consider in connection with Mattel's Motion to Compel.

## **Conclusion**

Mattel respectfully requests that the Discovery Master treat the motions noticed to be heard on March 4, 2009 and their associated records as being consolidated.

DATED:  March 3, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Jon D. Corey _____
Jon D. Corey
Attorneys for Mattel, Inc.

Request for Ruling on Motion to Quash Without Oral Argument, dated February 13, 2009, Docket No. 4829.
[4]   Compare MGA Parties' Reply Brief in Support of Their Motion to Quash, dated February 13, 2009, at 5-12 with MGA's Motion to Quash, dated February 3, 2009, at 4-6.

- 2 -
REQUEST FOR CONSOLIDATION