QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CASE NO. CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Mattel's Ex Parte Application for an Order Deeming Lexington Served, or to (1) Compel Authorized Agent to Appear to Accept Service, or (2) Issue Order Authorizing Lexington to be Served Via CA Secretary of State; Exhs 16, 18, 21 & 22 to Corey Declaration in support thereof; Application to File Under Seal/Proposed Order

**Document Description:**
☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☑ Other  Ex Parte Application; Application to File Under Seal; Proposed Order

**Reason:**
☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☑ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

March 3, 2009                                    Michael T. Zeller
Date                                              Attorney Name
                                                  Mattel, Inc.
                                                  Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                       NOTICE OF MANUAL FILING