QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>NOTICE OF LODGING WITH THE DISCOVERY MASTER IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR AN ORDER DEEMING LEXINGTON FINANCIAL, LLC SERVED, OR IN THE ALTERNATIVE, TO (1) COMPEL AN AUTHORIZED REPRESENTATIVE OF LEXINGTON FINANCIAL, LLC TO APPEAR TO ACCEPT SERVICE OF SUBPOENA, OR (2) ISSUE AN ORDER AUTHORIZING LEXINGTON FINANCIAL, LLC TO BE SERVED THROUGH THE CALIFORNIA SECRETARY OF STATE<br><br>Hearing Date:   TBD<br>Time:   TBD<br>Place:   Arent Fox, LLP<br><br>**Phase 2:**<br>Discovery Cut-off:   Dec. 11, 2009<br>Pre-trial Conference:   Mar. 1, 2010<br>Trial Date:   Mar. 23, 2010 |

07975/2812988.1

1    TO THE COURT, ALL PARTIES, NON-PARTY LEXINGTON

2  FINANCIAL, LLC AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE

3  NOTICE that plaintiff Mattel, Inc. hereby lodges the following documents with

4  Discovery Master O'Brien in support of its *Ex Parte* Application for an Order

5  Deeming Lexington Financial, LLC Served, or in the Alternative, to Compel an

6  Authorized Representative of Lexington Financial, LLC to Appear to Accept

7  Service of Subpoena:

8          1.    Declaration of David Antolin, dated February 4, 2009.

9          2.    Declaration of Michael T. Zeller in Support of Mattel's

10  Opposition to Omni 808 Investors, LLC's *Ex Parte* Application to Intervene, dated

11  February 5, 2009.

12

13  DATED:  March 3, 2009          QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP
14

15                                   By /s/ Michael T. Zeller
16                                      Michael T. Zeller
                                        Attorneys for Mattel, Inc.
17

18

19

20

21

22

23

24

25

26

27

28

07975/2812988.1