UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                            Date: March 3, 2009

Title:    MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.

===================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

    Cindy Sasse                                                    None Present
    Courtroom Deputy                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                         None Present

PROCEEDINGS:    **ORDER REGARDING E-FILING AND SERVICE OF DISCOVERY MASTER'S ORDERS**

    Pursuant to communications with the Court's Discovery Master, the Court ORDERS that the Discovery Master's opinions and orders resolving discovery matters be e-filed with the Court by the Discovery Master.  The parties will be automatically notified by the Court's docketing system that the opinions and orders have been e-filed, and any interested party may electronically access the document for download or printing.

    In the event that the Discovery Master determines that an opinion and order should be filed under seal, he shall serve a hard copy on the parties and direct the moving party to follow the Court's orders and directives to arrange for manual filing of the opinion and order under seal.

    **IT IS SO ORDERED.**