QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>[PUBLIC REDACTED] DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S RENEWED MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07209/2812870.1

KIDMAN DECLARATION ISO MATTEL'S RENEWED MOTION FOR RECONSIDERATION OF DECEMBER 31, 2007 ORDER

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. On June 13, 2007, Mattel propounded its First Set of Requests for Production of Documents and Things to Isaac Larian.

3. On October 11, 2007, Mattel moved to compel the production of documents by Isaac Larian, including documents responsive to Request No. 198. Attached as Exhibit 1 is a true and correct copy of excerpts of the public redacted version of Mattel, Inc.'s Consolidated Separate Statement in Support of Motion to Compel Production of Documents by Isaac Larian.

4. Prior to filing the motion to compel, I met and conferred with Mr. Larian's counsel, William Charron of O'Melveny & Myers, on several occasions from September 11, 2007 to September 21, 2007. During those meet and confer discussions, Mr. Charron did not offer any compromise by which Larian would agree to produce documents responsive to Request No. 198 subject to time period limitations.

5. Attached as Exhibit 2 is a true and correct copy of the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents by Isaac Larian; Denying Request for Sanctions, dated December 31, 2007.

6. Attached as Exhibit 3 is a true and correct copy of the Public Redacted version of Mattel, Inc.'s Second Amended Answer in Case No. 05-2727 and Counterclaims, with exhibits omitted, dated July 12, 2007.

7. Attached as Exhibit 4 is a true and correct copy of excerpts of Mattel's Supplemental Responses to MGA's First Set of Interrogatories to Mattel, Inc., dated December 7, 2007.

-1-
KIDMAN DECLARATION ISO MATTEL'S RENEWED MOTION FOR RECONSIDERATION OF DECEMBER 31, 2007 ORDER

8. Attached as Exhibit 5 is a true and correct copy of excerpts of the transcript of the deposition of Jorge Castilla dated October 22, 2008.

9. Attached as Exhibit 6 is a true and correct copy of excerpts of the transcript of the deposition of Daniel Cooney dated January 28, 2008.

10. Attached as Exhibit 7 is a true and correct copy of excerpts of the transcript of the deposition of Veronica Marlow dated December 28, 2007.

11. On January 16, 2008, after meeting and conferring with counsel for the MGA Defendants, Mattel filed a motion for reconsideration of the portion of the Discovery Master's December 31, 2007 Order regarding Request No. 198.

12. Attached as Exhibit 8 is a true and correct copy of the Court's order dated February 4, 2008.

13. Attached as Exhibit 9 is a true and correct copy of the Court's order dated September 23, 2008.

14. Attached as Exhibit 10 is a true and correct copy of MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to Compel Production of Documents and Interrogatory Answers, dated February 20, 2007.

15. Attached as Exhibit 11 is a true and correct copy of MGA Entertainment, Inc.'s Notice of Motion Objecting to Portions of the Discovery Master's May 15, 2007 Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses By MGA, dated May 30, 2007.

16. Attached as Exhibit 12 is a true and correct copy of MGA's Emergency Ex Parte Application for Review of Special Master Infante's Order Denying MGA's Motion for Stay of Execution, dated June 22, 2007.

17. Attached as Exhibit 13 is a true and correct copy of the Court's order dated July 2, 2007.

18. Attached as Exhibit 14 is a true and correct copy of the Declaration of Scott B. Kidman in Support of Mattel, Inc.'s Motion to Compel Production of Documents, dated November 26, 2007.

19. Attached as Exhibit 15 is a true and correct copy of Mattel, Inc.'s Notice of Motion and Motion to Compel Production of Documents, dated November 26, 2006.

20. Attached as Exhibit 16 is a true and correct copy of MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to Compel Production of Documents, dated December 3, 2007.

21. Attached as Exhibit 17 is a true and correct copy the Discovery Master's Order Granting Mattel, Inc.'s Motion to Compel Production of Documents by MGA Entertainment, Inc., dated December 28, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of March 2009, at Los Angeles, California.

_____
Scott B. Kidman