**Exhibit 1**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3162**

WRITER'S INTERNET ADDRESS
**scottkidman@quinnemanuel.com**

January 28, 2009

**VIA FACSIMILE AND U.S. MAIL**

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Re:     Mattel, Inc. v. MGA Entertainment, Inc., et al.

Gentlemen:

I write pursuant to Paragraph 5 of the Discovery Master Stipulation to request a meeting of counsel regarding the relief sought in Mattel's Motion for Reconsideration of Portions of Discovery Master's December 31, 2007 Order filed January 16, 2008.

Mattel's motion sought reconsideration of that portion of the Discovery Master's December 31, 2007 order regarding Request No. 198 of Mattel's First Set of Requests for Production of Documents and Things to Isaac Larian. Request No. 198 seeks all communications between Isaac Larian and any individual while the individual was employed by Mattel. The Discovery Master granted Mattel's motion to compel with respect to Request No. 198 but *sua sponte* limited the request to the time period from 1999 to 2005. Mattel's motion for reconsideration sought to amend the order to expand the scope of Request No. 198 to include Mr. Larian's post-2005 communications with Mattel employees.

The motion was stayed with other Phase 2 discovery, then denied without prejudice by a September 23, 2008 order, in which the Court denied all pending motions without prejudice for its convenience. Before Mattel renews its motion, I would like to discuss with you whether

**EXHIBIT** \_\_\_\_\_ 1

**PAGE** \_\_\_\_\_ 3

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07975/2777660.1

Mr. Larian's position regarding his post-2005 communications with Mattel employees has changed since the motion was filed.

Please let me know when you are available to discuss this.


Very truly yours,

Scott B. Kidman

cc:     Amman A. Khan
        Glaser, Weil, Fink, Jacobs & Shapiro, LLP

EXHIBIT _____ 1

PAGE _____ 4

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

TOKYO
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, 107-0052
+81 3 5561-1711
Facsimile: +81 3 5561-1712

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

LONDON
16 Old Bailey
London United Kingdom
+44(0) 20 7653 2000
Facsimile: +44(0) 20 7653 2100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:**  January 28, 2009

**NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Thomas Nolan, Esq.<br>Jason Russell, Esq.<br>Skadden Arps Slate Meagher & Flom LLP | 213-687-5000 | 213-687-5600 |

**FROM:**  Scott B. Kidman

**RE:**  Mattel, Inc. v. MGA Entertainment, Inc., et al.

**MESSAGE:**

| CLIENT # | 7209 | ROUTE/RETURN TO: | helen 8th | ☐ CONFIRM FAX<br>☐ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | CONFIRMED? | ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT 1

PAGE 5

JAN. -28' 09 (WED) 17:02    QUINN, EMANUEL, URQUHART, OLIVER&H    TEL:2136240643    P. 001

---

TRANSACTION REPORT

Transmission
Transaction(s) completed

| NO. | TX DATE/TIME | DESTINATION | DURATION | PGS. | RESULT | MODE |
|-----|--------------|-------------|----------|------|--------|------|
| 365 | JAN. 28 17:01 | + | 0° 00' 47" | 003 | OK | N ECM |

---

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, 107-0062
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**LONDON**
16 Old Bailey
London United Kingdom
+44(0) 20 7653 2000
Facsimile: +44(0) 20 7653 2100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:**    January 28, 2009

**NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|--------------|-----------|---------|
| Thomas Nolan, Esq.
Jason Russell, Esq.
Skadden Arps Slate Meagher & Flom LLP | 213-687-5000 | 213-687-5600 |

**FROM:**    Scott B. Kidman

**RE:**    Mattel, Inc. v. MGA Entertainment, Inc., et al.

**MESSAGE:**

EXHIBIT ___1___

PAGE ___6___

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

TOKYO
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, 107-0052
+81 3 5561-1711
Facsimile: +81 3 5561-1712

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

LONDON
16 Old Bailey
London United Kingdom
+44(0) 20 7653 2000
Facsimile: +44(0) 20 7653 2100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:** January 28, 2009

**NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Amman A. Khan, Esq.<br>Glaser Weil Fink Jacobs & Shapiro LLP | 310-553-3000 | 310-556-2920 |

**FROM:** Scott B. Kidman

**RE:** Mattel, Inc. v. MGA Entertainment, Inc., et al.

**MESSAGE:**

| CLIENT # | 7209 | ROUTE/RETURN TO: | helen 8th | ☐ CONFIRM FAX<br>☐ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | CONFIRMED? | ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

EXHIBIT 1

PAGE 7

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

TRANSACTION REPORT

Transmission
Transaction(s) completed

| NO. | TX DATE/TIME | DESTINATION | DURATION | PGS. | RESULT | MODE |
|-----|--------------|-------------|----------|------|--------|------|
| 366 | JAN. 28 17:03 | 310 553 5331 | 0° 01' 09" | 003 | OK | Normal |

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, 107-0052
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**LONDON**
16 Old Bailey
London United Kingdom
+44(0) 20 7653 2000
Facsimile: +44(0) 20 7653 2100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:** January 28, 2009          **NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|--------------|-----------|---------|
| Amman A. Khan, Esq.<br>Glaser Weil Fink Jacobs & Shapiro LLP | 310-553-3000 | 310-556-2920 |

**FROM:** Scott B. Kidman

**RE:** Mattel, Inc. v. MGA Entertainment, Inc., et al.

**MESSAGE:**

EXHIBIT _____ 1

PAGE _____ 8

**Exhibit 2**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

February 12, 2009

**VIA FACSIMILE AND U.S. MAIL**

Amman Khan, Esq.
Glaser, Weil, Fink, Jacobs & Shapiro LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067

Re:   Mattel v. MGA Entertainment, Inc., et al.

Dear Amman:

During our meet and confer conference on Monday, you agreed that Isaac Larian would produce all post-2005 communications between Mr. Larian and Mattel employees by March 9, 2009. After further consideration, because a court order exists excusing Larian's obligation to produce post-2005 communications with Mattel employees, Mattel believes that the parties' agreement in this regard must be memorialized in a stipulation and proposed order that amends that order. In other words, as I am sure that you agree, the parties cannot amend or deviate from an order simply by agreement.

Enclosed is a draft stipulation and proposed order. Please let me know by the close of business tomorrow if you have any comments or if Mr. Larian is otherwise unwilling to enter into a stipulation.

Best regards,

Jon Corey / HHL.

Jon Corey

07975/2795308.1
Enclosures

EXHIBIT _____ 2

PAGE _____ 9

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-2727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **STIPULATION TO PRODUCE DOCUMENTS RESPONSIVE TO REQUEST NO. 198 OF MATTEL, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO ISAAC LARIAN; AND** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | **[PROPOSED] ORDER** |

EXHIBIT _____ 2

PAGE _____ 10

Case No. CV 04-9049 SGL (RNBx)
STIPULATION TO PRODUCE DOCUMENTS RESPONSIVE TO REQUEST NO. 198 OF MATTEL, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO ISAAC LARIAN AND PROPOSED ORDER

1       WHEREAS, on October 11, 2007, Mattel, Inc. filed a motion to compel
2 Isaac Larian to produce documents responsive to Mattel, Inc.'s First Set of Requests
3 for Production of Documents and Things to Isaac Larian, including documents
4 responsive to Request No. 198 which seeks all communications between Mr. Larian
5 and any individual while the individual was employed by Mattel;

6       WHEREAS, in an order dated December 31, 2007, the Discovery
7 Master order Mr. Larian to produce documents responsive to Request No. 198, but
8 limited to request to the time period from 1999 to 2005;

9       WHEREAS, on January 16, 2008, Mattel, Inc. filed a motion for
10 reconsideration seeking to amend the Discovery Master's December 31, 2007 order
11 to include Mr. Larian's post-2005 communications with Mattel employees;

12       WHEREAS, the motion was stayed with other Phase 2 discovery, then
13 denied without prejudice by a September 23, 2008 order in which the Court denied
14 all pending motions without prejudice for reasons of administrative convenience;

15       WHEREAS, counsel for Mattel, Inc. and counsel for the MGA Parties
16 met and conferred in advance of Mattel, Inc. renewing its motion for reconsideration
17 seeking to amend the Discovery Master's December 31, 2007 order to include Mr.
18 Larian's post-2005 communications with Mattel employees;

19       WHEREAS, as a result of those meet and confer discussions, Mr.
20 Larian agreed to produce by March 9, 2009, all documents responsive to Request
21 No. 198 of Mattel, Inc.'s First Set of Requests for Production of Documents and
22 Things to Isaac Larian from 1999 to the present,

23       NOW, THEREFORE, Isaac Larian and Mattel, Inc., by and through
24 their respective counsel of record, and subject to the Discovery Master's approval,
25 hereby stipulate and agree that:
26 ///
27 ///
28 ///

EXHIBIT _____ 2

PAGE _____ 11

1    Isaac Larian shall produce on or before March 9, 2009, all documents

2   responsive to Request No. 198 of Mattel, Inc.'s First Set of Requests for Production

3   of Documents and Things to Isaac Larian from 1999 to the present.

4        IT IS SO STIPULATED.

5   DATED: February ___, 2009        QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP
6

7
                                     By_____
8                                        Jon D. Corey
                                         Attorneys for Mattel, Inc.
9

10  DATED: February ___, 2009        GLASER WEIL FINK JACOBS & SHAPIRO

11

12                                   By_____
                                         Amman Khan
13                                       Attorneys for the MGA Parties

14
                              **[PROPOSED] ORDER**
15
         The foregoing stipulation concerning the Isaac Larian's production of
16
    documents is GRANTED as follows:
17
              1.    Isaac Larian shall produce on or before March 9, 2009 all
18
    documents responsive to Request No. 198 of Mattel, Inc.'s First Set of Requests
19
    from 1999 to the present.
20
              2.    To the extent that this Order deviates from or conflicts with the
21
    December 31, 2007 Discovery Master's Order on this subject, that Order is hereby
22
    amended and superseded.
23
         IT IS SO ORDERED.
24

25
    DATED: _____
26
                                     _____
                                     Robert C. O'Brien
27                                   Discovery Master

28

EXHIBIT      2

PAGE      12

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, 107-0052
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**LONDON**
16 Old Bailey
London United Kingdom
+44(0) 20 7653 2000
Facsimile: +44(0) 20 7653 2100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:**   February 12, 2009

**NUMBER OF PAGES, INCLUDING COVER: 5**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Amman Khan | (310) 553-3000 | (310) 556-2920 |
| Glaser, Weil, Fink, Jacobs & Shapiro, LLP | | |

**FROM:**   Helen Lim
Assistant to Scott Kidman

**RE:**   Mattel v. MGA Entertainment, Inc., et al.

**Message:**   Please see attached.

| CLIENT #   7209 | ROUTE/ RETURN TO:   helen 8th | ☐ CONFIRM FAX ☐ INCLUDE CONF. REPORT |
|---|---|---|
| OPERATOR: | CONFIRMED?   ☐ NO   ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

EXHIBIT _____

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

PAGE _____

FEB. -12' 09(THU) 12:18    QUINN, EMANUEL, URQUHART, OLIVER&H    TEL:2136240643    P. 001

---

TRANSACTION REPORT

Transmission
Transaction(s) completed

| NO. | TX DATE/TIME | DESTINATION | DURATION | PGS. | RESULT | MODE |
|-----|--------------|-------------|----------|------|--------|------|
| 375 | FEB. 12 12:16 | 310 553 5331 | 0° 01' 59" | 005 | OK | Normal |

---

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, 107-0052
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**LONDON**
16 Old Bailey
London United Kingdom
+44(0) 20 7853 2000
Facsimile: +44(0) 20 7853 2100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:**   February 12, 2009        **NUMBER OF PAGES, INCLUDING COVER: 5**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|--------------|-----------|---------|
| Amman Khan
Glaser, Weil, Fink, Jacobs & Shapiro, LLP | (310) 553-3000 | (310) 556-2920 |

**FROM:**   Helen Lim
Assistant to Scott Kidman

**RE:**   Mattel v. MGA Entertainment, Inc., et al.

Message:   Please see attached.

EXHIBIT ___2___

PAGE ___14___

**Exhibit 3**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

February 19, 2009

**VIA FACSIMILE AND U.S. MAIL**

Amman Khan, Esq.
Glaser, Weil, Fink, Jacobs & Shapiro LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067

Re:     Mattel v. MGA Entertainment, Inc., et al.

Dear Amman:

During our meet and confer conference on Monday, February 9, 2009 you agreed that Isaac Larian would produce all post-2005 communications between Mr. Larian and Mattel employees by March 9, 2009. After further consideration, Mattel believes that this agreement needs to be memorialized in a stipulation and proposed order filed with the Discovery Master because an existing order specifically precludes Mr. Larian's obligation to provide the agreed communications and that order cannot be modified by agreement. Enclosed is a stipulation and proposed order. Please let me know if you have any comments or if Mr. Larian is otherwise unwilling to enter into a stipulation. Please be advised that if Mr. Larian is unwilling to enter into the stipulation, Mattel will proceed with its motion for reconsideration of the Court's prior order.

Best regards,

*Jon D Corey*

Jon D. Corey
07209/2794020.1
Enclosures

EXHIBIT ___3___

PAGE ___15___

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No.     CV 04-09059<br>Case No.     CV 05-2727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **STIPULATION TO PRODUCE DOCUMENTS RESPONSIVE TO REQUEST NO. 198 OF MATTEL, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO ISAAC LARIAN; AND** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | **[PROPOSED] ORDER** |

EXHIBIT ___3___

PAGE ___6___

Case No. CV 04-9049 SGL (RNBx)

1    WHEREAS, on October 11, 2007, Mattel, Inc. filed a motion to compel

2  Isaac Larian to produce documents responsive to Mattel, Inc.'s First Set of Requests

3  for Production of Documents and Things to Isaac Larian, including documents

4  responsive to Request No. 198 which seeks all communications between Mr. Larian

5  and any individual while the individual was employed by Mattel;

6    WHEREAS, in an order dated December 31, 2007, the Discovery

7  Master order Mr. Larian to produce documents responsive to Request No. 198, but

8  limited to request to the time period from 1999 to 2005;

9    WHEREAS, on January 16, 2008, Mattel, Inc. filed a motion for

10  reconsideration seeking to amend the Discovery Master's December 31, 2007 order

11  to include Mr. Larian's post-2005 communications with Mattel employees;

12    WHEREAS, the motion was stayed with other Phase 2 discovery, then

13  denied without prejudice by a September 23, 2008 order in which the Court denied

14  all pending motions without prejudice for reasons of administrative convenience;

15    WHEREAS, counsel for Mattel, Inc. and counsel for the MGA Parties

16  met and conferred in advance of Mattel, Inc. renewing its motion for reconsideration

17  seeking to amend the Discovery Master's December 31, 2007 order to include Mr.

18  Larian's post-2005 communications with Mattel employees;

19    WHEREAS, as a result of those meet and confer discussions, Mr.

20  Larian agreed to produce by March 9, 2009, all documents responsive to Request

21  No. 198 of Mattel, Inc.'s First Set of Requests for Production of Documents and

22  Things to Isaac Larian from 1999 to the present,

23    NOW, THEREFORE, Isaac Larian and Mattel, Inc., by and through

24  their respective counsel of record, and subject to the Discovery Master's approval,

25  hereby stipulate and agree that:

26  / / /

27  / / /

28  / / /

EXHIBIT ____3____

PAGE ____17____

1    Isaac Larian shall produce on or before March 9, 2009, all documents

2  responsive to Request No. 198 of Mattel, Inc.'s First Set of Requests for Production

3  of Documents and Things to Isaac Larian from 1999 to the present.

4         IT IS SO STIPULATED.

5  DATED: February ___, 2009          QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP
6

7

8                                     By_____
                                         Jon D. Corey
9                                        Attorneys for Mattel, Inc.

10  DATED: February ___, 2009          GLASER WEIL FINK JACOBS & SHAPIRO

11

12

13                                    By_____
                                         Amman Khan
14                                       Attorneys for the MGA Parties

15                              **[PROPOSED] ORDER**

16

17         The foregoing stipulation concerning the Isaac Larian's production of

18  documents is GRANTED as follows:

19         1.    Isaac Larian shall produce on or before March 9, 2009 all

20  documents responsive to Request No. 198 of Mattel, Inc.'s First Set of Requests

21  from 1999 to the present.

22         2.    To the extent that this Order deviates from or conflicts with the

23  December 31, 2007 Discovery Master's Order on this subject, that Order is hereby

24  amended and superseded.

25         IT IS SO ORDERED.

26

27  DATED: _____          _____
                                        Robert C. O'Brien **EXHIBIT** ___**3**___
28                                      Discovery Master **PAGE** ___**18**___

00505.07209/2793056.1                          -3-              Case No. CV 04-9049 SGL (RNBx)
STIPULATION TO PRODUCE DOCUMENTS RESPONSIVE TO REQUEST NO. 198 OF MATTEL, INC.'S FIRST SET OF REQUESTS FOR

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY  10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA  94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

**DATE:**   February 19, 2009

**NUMBER OF PAGES, INCLUDING COVER: 5**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| **Amman Kahn, Esq.**<br>Christensen, Glaser, Fink, Jacobs,<br>   Weil & Shapiro, LLP | 310.553.3000 | 310.556.2920 |

**FROM:**   Jon Corey

**RE:**   Mattel, Inc. v. Bryant

*FAXED*

FEB 1 9 2009

**MESSAGE:**

Please see attached.

07209/2780147.1

| | | ROUTE/ | | ☐ CONFIRM FAX |
|---|---|---|---|---|
| CLIENT # | 7209 | RETURN TO: | Johanna Lopez -10th | ☐ INCLUDE CONF. REPORT |
| OPERATOR: | | | CONFIRMED?   ☐ NO  ☐ YES: _____ | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed.  If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service.  Thank you.

EXHIBIT   **3**

PAGE   **19**

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

Confirmation Report — Memory Send

Page         : 001
Date & Time: 02-19-2009   16:30
Line 1      : 2134433100
Line 2      :
Machine ID : QUINN EMANUEL

| | | |
|---|---|---|
| Job number | : | 080 |
| Date | : | 02-19  16:27 |
| To | : | ☎9643#7209#13105562920 |
| Number of pages | : | 005 |
| Start time | : | 02-19  16:27 |
| End time | : | 02-19  16:30 |
| Pages sent | : | 005 |
| Status | : | OK |

Job number    : 080         *** SEND SUCCESSFUL ***

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
### FACSIMILE TRANSMISSION

DATE:    February 19, 2009            NUMBER OF PAGES, INCLUDING COVER: 5

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Amman Kahn, Esq.<br>Christensen, Glaser, Fink, Jacobs,<br>Weil & Shapiro, LLP | 310.553.3000 | 310.556.2920 |

FROM:    Jon Corey

RE:    Mattel, Inc. v. Bryant

MESSAGE:

Please see attached.

0720w/2780147.1

| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Johanna Lopez –10th | ☐ CONFIRM FAX<br>☐ INCLUDE CONF. REPORT |
| OPERATOR: | | | CONFIRMED? ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT 3

PAGE 80

**Exhibit 4**

## Scott Kidman

**From:** Jon Corey

**Sent:** Thursday, February 26, 2009 7:11 PM

**To:** 'Amman Khan'

**Subject:** Mattel v. MGA Entertainment, Inc.

Amman,

On February 19, 2009, I sent you a letter and proposed stipulation to resolve the issue regarding Mr. Larian's production of post-2005 communications with Mattel employees. I have received no response. Please let me know by tomorrow whether you will be signing the stipulation.

Best regards,

Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT _____ 4

PAGE _____ 21

3/1/2009

**Exhibit 5**

**From:** Amman Khan [mailto:akhan@glaserweil.com]
**Sent:** Friday, February 27, 2009 10:17 AM
**To:** Jon Corey
**Cc:** Richard Stoll
**Subject:** RE: Mattel v. MGA Entertainment, Inc.

Dear Jon,

We agreed we will be producing the post-2005 communications we discussed by March 9, 2009. In light of that, no stipulation is necessary, especially when the whole issue will be moot by March 9, 2009. I know you've said in the past that if I don't sign a stip and submit to an order, you will move to compel, even though we've agreed to produce the documents (notwithstanding the prior ruling from the DM that said we didn't have to). Even if you filed your motion today or Monday, it would not be heard until after March 9, 2009, so by the time it is heard your motion will be moot. Thus, I urge you not to file that motion because it is not necessary. Call me if you have questions. -- Amman

---

**From:** Jon Corey [mailto:joncorey@quinnemanuel.com]
**Sent:** Thursday, February 26, 2009 7:11 PM
**To:** Amman Khan
**Subject:** Mattel v. MGA Entertainment, Inc.

Amman,

On February 19, 2009, I sent you a letter and proposed stipulation to resolve the issue regarding Mr. Larian's production of post-2005 communications with Mattel employees. I have received no response. Please let me know by tomorrow whether you will be signing the stipulation.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT ___5___

PAGE ___22___