ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. CV 04-09039 Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| Defendant. | **[To Be Heard By Discovery Master Robert C. O'Brien]** |
| AND CONSOLIDATED ACTIONS | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF RENEWED MOTION AND RENEWED MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER; DECLARATION OF SCOTT B. KIDMAN IN SUPPORT |

[[Proposed] Order Filed Concurrently Herewith]

Hearing Date:       TBD
Time:                    TBD
Place:                   TBD

**Phase 2**
Discovery Cut-off:  December 11, 2009
Pre-trial Conference:  March 1, 2010
Trial Date:  March 23, 2010

07209/2792851.1

APPLICATION TO FILE UNDER SEAL

1          Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2  entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby

3  respectfully requests that the Court order that Mattel, Inc.'s Notice of Renewed

4  Motion and Renewed Motion for Reconsideration of Portions of Discovery Master's

5  December 31, 2007 Order (the "Motion"), and the Declaration of Scott B. Kidman

6  in Support (the "Kidman Declaration"), be filed under seal.

7          The Kidman Declaration attaches, and the Motion quotes from,

8  materials that Mattel, MGA, and third party Veronica Marlow have designated as

9  "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective

10  Order.  Mattel has designated Exhibit 4 as "Confidential--Attorneys' Eyes Only."

11  MGA has designated Exhibits 5 and 6 as "Confidential--Attorneys' Eyes Only," and

12  Exhibit 12 as "Confidential."  Veronica Marlow has designated Exhibit 7 as

13  "Confidential--Attorneys' Eyes Only."  The Motion references and quotes from

14  these exhibits.   Accordingly, Mattel requests that the Court order that the Motion

15  and Kidman Declaration be filed under seal.

16

17  DATED:  March 4, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

18

19

20                         By _/s/ Cyrus Naim_

                            Cyrus Naim

21                         Attorneys for Mattel, Inc.

22

23

24

25

26

27

28

APPLICATION TO FILE UNDER SEAL