ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS *EX PARTE* APPLICATION FOR AN ORDER DEEMING LEXINGTON FINANCIAL, LLC SERVED, OR IN THE ALTERNATIVE, TO (1) COMPEL AN AUTHORIZED REPRESENTATIVE OF LEXINGTON FINANCIAL, LLC TO APPEAR TO ACCEPT SERVICE OF SUBPOENA, OR (2) ISSUE AN ORDER AUTHORIZING LEXINGTON FINANCIAL, LLC TO BE SERVED THROUGH THE CALIFORNIA SECRETARY OF STATE<br><br>[[Proposed] Order filed concurrently] |

07975/2816771.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2   entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3   requests that the Court order filed under seal its *Ex Parte* Application for an Order
4   Deeming Lexington Financial, LLC Served, or in the Alternative, to (1) Compel an
5   Authorized Representative of Lexington Financial, LLC to Appear to Accept
6   Service of Subpoena, or (2) Issue an Order Authorizing Lexington Financial, LLC to
7   be Served Through the California Secretary of State ("Application"), and Exhibits
8   16, 18, 21 and 22 to the Declaration of Jon D. Corey in support thereof ("Exhibits").
9   The Application and Exhibits include materials that MGA has
10  designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to
11  the Protective Order. Accordingly, Mattel requests that the Court order that the
12  Application and Exhibits be filed under seal.
13  In the alternative, Mattel requests that the Court declare that the
14  Application and Exhibits are outside the definitions of "Confidential" and
15  "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective
16  Order and order it to be filed as part of the public record.

18  DATED: March 3, 2009          QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP

                                  By /s/ Jon D. Corey
                                     Jon D. Corey
                                     Attorneys for Mattel, Inc.