ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED 2009 MAR -4 PM 2:22 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>PROOF OF SERVICE<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On March 4, 2009, I served true copies of the following document(s) described as **SEE ATTACHED DOCUMENT LIST** on the parties in this action as follows:

| | |
|---|---|
| Robert Herrington, Esq.<br>Skadden Arps Slate Meagher & Flom<br>'Robert.Herrington@skadden.com'; | Jason Russell, Esq.<br>Skadden Arps Slate Meagher & Flom<br>'Jason.Russell@skadden.com'; |
| Patricia Glaser, Esq.<br>Glaser Weil Fink Jacobs & Shapiro, LLP.<br>'pglaser@glaserweil.com'; | Russell J. Frackman, Esq.<br>Mitchell Silberberg & Knupp, LLP.<br>'rjf@msk.com' |
| Amman A. Khan, Esq.<br>Glaser Weil Fink Jacobs & Shapiro, LLP.<br>akhan@glaserweil.com | |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from rachelfiset@quinnemanuel.com on March 4, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 4, 2009, at Los Angeles, California.

/s/ Cyrus S. Naim
CYRUS S. NAIM

07975/2819400.1

## **DOCUMENT LIST**

(1) MATTEL, INC.'S NOTICE OF RENEWED MOTION AND RENEWED MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER

(2) DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER

(3) APPLICATION TO FILE UNDER SEAL

(4) [PROPOSED] ORDER

07975/2819400.1

-2-