Robert C. O'Brien
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGZ ENTERTAINMENT, INC. v. MATTEL, INC. | Case No.  CV 04-09049 SGL (RNBx)<br><br>**Consolidated with**<br>**Case No. CV 04-09059**<br>**Case No. CV 05-2727**<br><br>**PHASE II DISCOVERY MATTER**<br><br>**ORDER NO. 2, REGARDING:**<br><br>**HEARING DATE FOR**<br>**RECENTLY FILED**<br>**DISCOVERY MATTERS** |

1    The following discovery motions are set for hearing on April 14, 2009 at 10:00 a.m. at the offices of Arent Fox, LLP:

   1.   Renewed Motion to Compel Consent to Production of Electronic Mail Messages filed by Mattel, Inc. on or about February 20, 2009.

   2.   Motion to Quash Subpoena Issued by Mattel to Non-Party Bingham McCutchen LLP filed on or about February 25, 2009.

   3.   Motion for a Protective Order Staying Discovery on Trade Dress Claims filed by MGA Entertainment, Inc. et al. on or about February 27, 2009.

Dated:     March 4, 2009

By:   /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master