QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S RENEWED MOTION TO COMPEL CONSENT TO PRODUCTION OF ELECTRONIC MAIL MESSAGES<br><br>Hearing Date:  TBD<br>Time:  TBD<br>Place:  TBD<br><br>**Phase 2**<br>Discovery Cut-off:  Dec. 11, 2008<br>Pre-Trial Conference:  March 1, 2009<br>Trial Date:  March 23, 2009 |

**CONFIDENTIAL -- ATTORNEYS' EYES ONLY**

**FILED UNDER SEAL -- PURSUANT TO PROTECTIVE ORDER**

# **SUPPLEMENTAL DECLARATION OF JON D. COREY**

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter and attachments that I received from Christian Lee of Yahoo! on November 7, 2007. I have no memory of receiving the letter and attachments, but found them in reviewing my correspondence records in this case.

3. Attached hereto as Exhibit 2 is a true and correct copy of Mattel's Notice of Subpoena of Yahoo!, dated October 29, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of Machado's Objections to Mattel, Inc.'s First Set of Requests for Documents and Things, dated October 15, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition transcript of Mr. Machado, dated October 14, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of Mattel's Complaint in Case No. 04-9059 SGL (RNBx) dated April 27, 2004.

7. Attached hereto as Exhibit 6 is a true and correct copy of Declaration of Donald Moon Regarding Attempts to Personally Serve Counter-Defendant Carlos Gustavo Machado Gomez with Process, dated March 27, 2007.

8. Attached hereto as Exhibit 7 is a true and correct copy of Default by Clerk of Carlos Gustavo Machado Gomez, dated May 11, 2007.

9. Attached hereto as Exhibit 8 is a true and correct copy of Notice of Substitution, dated September 28, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 5, 2009, at Los Angeles, California.

      /s/ Jon D. Corey
      Jon D. Corey