EXHIBIT 1

# DO YOU YAHOO!?

# fax message

date:     November 21, 2007

to:       Jon Corey, Esq.            fax#:     213-443-3100
          Quinn Emanuel
          865 South Figueroa Street, 10th Floor
          Los Angeles, CA 90017

Re:       Carter Bryan v. Mattel, Inc.
          United States District Court, Northern
          District of California, Case No. CV 04-9049
          SGL (RNBx)
          (Internal Reference #88855)

from:     Christian Lee              pages:
          Compliance Legal Assistant
          408-349-8511                         (including coversheet)

☐ Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply

COMMENTS:

**701 First Avenue**
**Sunnyvale, CA 94089**
Fax: 408-349-7941
Phone: 408-349-3687
www.yahoo.com

EXHIBIT ___1___
PAGE ___4___

☑002/005

                    November 21, 2007

**Via Facsimile and U.S. Mail**
213-443-3100

Jon Corey, Esq.
Quinn Emanuel
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

> **Re: Carter Bryan v. Mattel, Inc.**
> **United States District Court, Northern District of California, Case No. CV 04-9049**
> **SGL (RNBx)**
> **(Internal Reference #88855)**

Dear Mr. Corey:

Pursuant to the Subpoena issued in the above-referenced matter on October 29, 2007, Yahoo! Inc. ("Yahoo!") conducted a diligent search for documents and information accessible on Yahoo!'s systems that are related to the user named in the Subpoena. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act, and does not include any contents of communication or otherwise protected information. *See* 18 U.S.C. § 2701 *et seq.* By this letter, Yahoo! does not waive objections to any further proceedings in this matter.

Enclosed is the following information regarding the user account specified in the Subpoena: the User Profile, as produced by the Yahoo! Account Management Tool. A declaration authenticating these records also is enclosed.

Some of the information that you requested in the Subpoena is publicly available information located at the following URLs:
- Terms of Service: http://docs.yahoo.com/info/terms
- Privacy Policy: http://privacy.yahoo.com
- Yahoo! Mail Additional Terms of Service and Guidelines:
  http://docs.yahoo.com/info/guidelines/mail.html

To the extent any document provided herein contains information exceeding the scope of your request, is protected from disclosure or is otherwise not subject to production, if at all, we have redacted such information or removed such data fields. Because Yahoo! offers many of its user services for free, it may not require or verify user information.

Yahoo! requests reimbursement in the amount of $125.00 for the reasonable costs incurred in processing your request, including searching for records, reproduction and delivery costs. Thank you for your check in the amount of $40.00. Please forward payment of the balance in the amount of $85.00 to Yahoo! Custodian of Records, at the address below and please write the Internal Reference Number (listed above) on your check. The federal tax ID number for Yahoo! is 77-0398689.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Christian Lee
Compliance Legal Assistant

Enclosures



701 First Avenue • Sunnyvale, CA 94089 • phone 408 349-3300 • fax 408 349-3301          **yahoo.com**

EXHIBIT ___1___
PAGE ___5___

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Carter Bryan,

               Plaintiff,

    v.

Mattel, Inc.,

               Defendant.

Case No. CV 04-9049 SGL (RNBx)

**DECLARATION OF CHRISTIAN LEE**

I, Christian Lee, declare:

1.     I am a Custodian of Records for Yahoo! Inc. ("Yahoo!"), located in Sunnyvale, California. I am authorized to submit this declaration on behalf of Yahoo!. I make this declaration pursuant to the Federal Rules of Evidence Rule 902 (11) and in response to a Subpoena dated October 29, 2007. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.     Attached hereto are true and correct copies of data pertaining to the Yahoo! subscriber identified in the Subpoena. Yahoo!'s servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice. Yahoo! provides most of its services to its subscribers free of charge. As such, Yahoo! does not collect billing information or verified personal information from the majority of its users.

1

EXHIBIT 1
PAGE 6

1    Yahoo! does not verify the accuracy of data that is entered or transmitted by its

2    subscribers.

3

4

5    3.    Pursuant to the federal Electronic Communications Privacy Act, 18 U.S.C. §§

6    2701, et seq., we have redacted information, including removing certain data

7    fields, that exceeds the scope of this request, is protected from disclosure or is

8    otherwise not subject to production.

9

10   I declare under penalty of perjury under the laws of the United States of America that the

11   foregoing is true and correct.

12

13   DATED:    November 21, 2007

14                                                    Christian Lee

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

EXHIBIT 1
PAGE 7

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **gus_cmt** |
| Yahoo Mail Name: | **gus_cmt@yahoo.com** |
| (Alternate) Email Address: | **gusano23@aol.com** |
| Registration IP address: | **201.128.150.115** |
| Account Created (reg): | **Fri Jun 17 21:14:36 2005 GMT** |
| Other Identities: | **gus_cmt (Yahoo! Mail)** |
| Full Name | **Mr Gustavo Machado** |
| Address1: | |
| Address2: | |
| City: | **Chicopee** |
| State, territory or province: | **MA** |
| Country: | **United States** |
| Zip/Postal Code: | **01020** |
| Phone: | |
| Time Zone: | **et** |
| Birthday: | **September 17, 1969** |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Account Status: | **Active** |

EXHIBIT  1
PAGE  8

EXHIBIT 2

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

9

10                UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12                      EASTERN DIVISION

13

14 | CARTER BRYANT, an individual,      | CASE NO. CV 04-09049 SGL (RNBx)

15 |            Plaintiff,               | Consolidated with Case Nos. CV 04-9059 and CV 05-2727

16 |       v.                            | NOTICE OF SUBPOENA ISSUED TO YAHOO!

17 | MATTEL, INC., a Delaware Corporation, |

18 |            Defendant,               | Discovery Cut-Off: January 14, 2008
                                          Pre-Trial Conference: April 7, 2008
19                                        Trial Date: April 29, 2008

20 | AND CONSOLIDATED CASES             | Hon. Stephen G. Larson

21

22

23

24

25

26

27                              EXHIBIT ___2___
28                              PAGE  ___9___

10-29

07209/2279081.1

NOTICE OF SUBPOENA ISSUED TO YAHOO!

1       PLEASE TAKE NOTICE that, pursuant to Rule 45 of the <u>Federal Rules of</u>

2   <u>Civil Procedure</u>, Mattel, Inc., has issued a subpoena attached as Exhibit 1,

3   requesting the production of specified documents to the following witness:

4   1)    Yahoo! Inc., Custodian of Records, 701 First Ave., Sunnyvale, CA 94089.

5

6   DATED: October 29, 2007        QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP

7

8                                     By

9                                     Jon D. Corey
                                  Attorneys for Mattel, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT **2**

PAGE **10**

NOTICE OF SUBPOENA ISSUED TO YAHOO!

07209/2279081.1

# EXHIBIT 1

EXHIBIT __2__
PAGE __11__

AO88  (Rev. 12/06) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

__NORTHERN__   DISTRICT OF CALIFORNIA

CARTER BRYANT, an Individual

## SUBPOENA IN A CIVIL CASE

V.

MATTEL, INC., a Delaware Corporation

Case Number:[1]  Misc.
Central District of California
CV 04-9049 SGL (RNBx)

TO:  Yahoo! Inc., Custodian of Records
     701 First Avenue
     Sunnyvale, CA 94089

☐   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment 1.

| PLACE | DATE AND TIME |
|---|---|
| Quinn Emanuel Urquhart Oliver & Hedges LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111 | November 18, 2007<br>9:00 a.m. |

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _Jon Corey_<br>Attorney for Mattel, Inc. | October 29, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND TELEPHONE NUMBER
Jon D. Corey, Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017    (213)443-3000

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT __2__

PAGE __12__

AO-88

AO88  (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | | PLACE | |
|---|---|---|---|---|

| SERVED | | | | |
|---|---|---|---|---|

| SERVED ON (PRINT NAME) | | MANNER OF SERVICE | |
|---|---|---|---|

| SERVED BY (PRINT NAME) | | TITLE | |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena.  The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost.  On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost.  If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it.  After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it.   The person who produced the information must preserve the information until the claim is resolved.

e) CONTEMPT.  Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

EXHIBIT ___2___
PAGE ___13___

## ·ATTACHMENT 1

I.   DEFINITIONS

      A.     "YAHOO," YOU" and "YOUR" means Yahoo! Inc. and related business entities, including without limitation, partially and wholly owned parents and subsidiaries, divisions, affiliates, predecessors-in-interest or successors-in-interest.

      B.     "MATTEL" means Mattel, Inc. and any of its subsidiaries, divisions, affiliates, predecessors-in-interest or successors-in-interest.

      C.     "MGA means MGA Entertainment, Inc. and any of its subsidiaries, divisions, affiliates, predecessors-in-interest or successors-in-interest.

II.   DOCUMENT REQUESTS

      1.     All documents that refer or relate to the identity of any person who registered, set up, established, owned or paid for the e-mail account with the address <gus_cmt@yahoo.com>, including but not limited to, all communications between YOU and the account owner(s), customer agreements and billing statements.

      2.     All documents that refer or relate to when the e-mail account with the address <gus_cmt@yahoo.com> was first registered, established or set up.

      3.     All e-mail messages, including attachments, sent from the e-mail address <gus_cmt@yahoo.com> to any e-mail address that includes <mattel.com>.

      4.     All e-mail messages, including attachments, sent to the e-mail address <gus_cmt@yahoo.com> from any e-mail address that includes <mattel.com>.

      5.     All e-mail messages, including attachments, sent to or from the e-mail address <gus_cmt@yahoo.com> that refer or relate to any MATTEL product, plan or business information.

EXHIBIT __2__
PAGE __14__

6.      All e-mail messages, including attachments, sent to or from the e-mail address <gus_cmt@yahoo.com> that refer or relate to MATTEL.

7.      All e-mail messages, including attachments, sent to or from the e-mail address <gus_cmt@yahoo.com> prior to April 20, 2004 that refer or relate to MGA.

8.      All e-mail messages, including attachments, sent from, sent or received at the e-mail address <gus_cmt@yahoo.com> that refer or relate to Isaac Larian, including but not limited to those sent to or sent from Isaac Larian.

9.      All e-mail messages, including attachments, sent from, sent to or received at the e-mail address <gus_cmt@yahoo.com> that refer or relate to Susana Kuemmerle, including but not limited to those sent to or sent from Susana Kuemmerle.

10.     All e-mail messages, including attachments, sent to or sent from the e-mail address <gus_cmt@yahoo.com> from or to the e-mail address <plot04@aol.com>.

11.     All e-mail messages, including attachments, sent to or sent from the e-mail address <gus_cmt@yahoo.com> from or to the e-mail address <argentrade@aol.com> prior to April 20, 2004.

12.     All e-mail messages, including attachments, sent from or sent to the e-mail address <gus_cmt@yahoo.com> to or from any e-mail address that includes <mgae.com> prior to April 20, 2004.

13.     All e-mail messages, including attachments, sent to or from the e-mail address <gus_cmt@yahoo.com> prior to April 20, 2004 that refer or relate to Mariana Trueba Almada, including but not limited to those sent to or sent from Mariana Trueba Almada.

EXHIBIT __2__
PAGE __15__

14.    All e-mail messages, including attachments, sent to or from the e-mail address <gus_cmt@yahoo.com> prior to April 20, 2004 that refer or relate to Pablo Vargas San Jose, including but not limited to those sent to or sent from Pablo Vargas San Jose.

15.    All e-mail messages, including attachments, sent to or from the e-mail address <gus_cmt@yahoo.com> that refer or relate to the search by Mexican authorities of MGA's offices in Mexico City, Mexico, including but not limited to the documents, data and/or information that was seized by Mexican authorities from MGA's offices.

16.    All e-mail messages, including attachments, sent from or sent to the e-mail address <gus_cmt@yahoo.com> to or from the e-mail address <ronsha@adelphia.net> prior to October 2, 2004.

17.    All e-mail messages, including attachments, sent from, sent to or received at the e-mail address <gus_cmt@yahoo.com> that refer or relate to Ron Brawer, including but not limited to those sent to or sent from Ron Brawer.

18.    Documents sufficient to identify any other e-mail addresses ever included in any e-mail account with the address <gus_cmt@yahoo.com>.

19.    Documents sufficient to identify any e-mail addresses ever owned by any person that created or registered or has owned any e-mail account with the address <gus_cmt@yahoo.com>.

20.    YOUR policies and procedures for tracking of the Internet Protocol addresses of person(s) who access e-mail accounts hosted by YOU.

21.    YOUR policies and procedures relating to e-mail retention since 2004.

22.    All documents that refer or relate to YOUR policies and procedures relating to the storage and backup of e-mail files.



EXHIBIT ___**2**___
PAGE ___**16**___

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On October 29, 2007, I served true copies of the following documents described as: **NOTICE OF SUBPOENA ISSUED TO YAHOO!, INC.** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, California 90071

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071-3144

Susana Kuemmerle
c/o Thomas J. Nolan
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, California 90071

[√]   [PERSONAL] by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on October 29, 2007, at Los Angeles, California.

_____
Dave Quintana

EXHIBIT __2__
PAGE __17__

07209/2265307.107209/22
38769.107209/2235468.10
7209/2200881.1

-2-

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On October 29, 2007, I served true copies of the following documents described as:  **NOTICE OF SUBPOENA ISSUED TO YAHOO!, INC.** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

Mariana Trueba Almada
MGAE de Mexico S.R.L. de C.V.
Torre Siglum
Av. Insurgentes Sur #1898, Piso 15
Col Florida, C.P. 01030
Mexico D.F.

Pablo Vargas San Jose
MGAE de Mexico S.R.L. de C.V.
Torre Siglum
Av. Insurgentes Sur #1898, Piso 15
Col Florida, C.P. 01030
Mexico D.F.

[√]     **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

Executed on October 29, 2007, at Los Angeles, California.

_Linda Cano_
Linda Cano

EXHIBIT 2
PAGE 18

EXHIBIT 3

1  **OVERLAND BORENSTEIN SCHEPER & KIM LLP**
   MARK OVERLAND (State Bar No. 38375)
2  moverland@obsklaw.com
   ALEXANDER H. COTE (State Bar No. 211558)
3  acote@obsklaw.com
   300 South Grand Avenue, Suite 2750
4  Los Angeles, CA 90071-3144
   Telephone: (213) 613-4655
5  Facsimile:  (213) 613-4656

6  **Attorneys for Carlos Gustavo Machado Gomez**

7

8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11                  **EASTERN DIVISION**

12  CARTER BRYANT,                    CASE NO. 04-9049 (SGL) (RNBx)

13          Plaintiff,                **CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO**
14      v.                            **MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS**
15  MATTEL, INC.,                     **AND THINGS**

16          Defendant.

17

18  PROPOUNDING PARTY:  MATTEL, INC.

19  RESPONDING PARTY:    CARLOS GUSTAVO MACHADO GOMEZ

20  SET NO.:             ONE

21                  **PRELIMINARY STATEMENT**

22      The responses set forth below represent the present knowledge of Carlos

23  Gustavo Machado Gomez ("Machado"), based on investigation to date. Machado is

24  making reasonable efforts to locate responsive documents and the contents hereof

25  are based on the information obtained from these efforts. Machado may locate

26  additional responsive documents at a later date, and may assert appropriate

27  objections to the use of the documents identified herein. Machado has made a

28  reasonable effort to gather documents responsive to each request as he understands

                              *10-15*

**EXHIBIT 3**
**PAGE 19**

1    and interprets each request. If Mattel, Inc. ("Mattel") subsequently asserts a different

2    interpretation, Machado reserves the right to supplement his objections and/or

3    responses.

4         The production of any given document pursuant to these requests is neither an

5    admission nor an acknowledgement that such document is relevant to the subject

6    matter of this action; is without prejudice to the right of Machado to contend at trial

7    or in any other proceeding in this action or otherwise that such document is

8    inadmissible, irrelevant, immaterial, or not a proper basis for discovery; and is

9    without prejudice to, or waiver of, any objection to any future use of such

10   documents which Machado may be advised to make.

11                          **GENERAL OBJECTIONS**

12       1.     Machado objects generally to the extent the requests purport to impose

13   upon him obligations beyond those required under applicable law.

14       2.     Machado objects generally to the extent these requests seek production

15   of documents which are privileged, which were prepared in anticipation of this

16   litigation, which reveal communications between Machado and his legal counsel,

17   which otherwise constitute attorney work product or which are otherwise privileged

18   or immune from discovery.  The inadvertent disclosure of any privileged or

19   otherwise protected documents or information shall not be a waiver of any claim of

20   privilege, work product protection, exemption, or immunity.

21       3.     Machado hereby invokes his Fifth Amendment privilege to be free

22   from self incrimination, and on that ground refuses to produce any document if that

23   production has a testimonial effect and which might tend to incriminate him. Any

24   documents withheld from production on this ground shall not be included in any

25   privilege log.

26       4.     Machado objects generally to the extent these requests seek documents

27   that are in the possession or control of MGA ("MGA" as defined by Mattel in ¶ I.C

28   of "Mattel's First Set of Document Requests to Carlos Gustavo Machado Gomez").

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT __3__

PAGE __20__

1  MGA is a party to this consolidated action, and any documents in its possession and
2  control are equally available to Mattel through its document requests to MGA.
3  Accordingly, Machado will not produce any documents in the control of MGA, and
4  will produce only those documents that are in his exclusive possession or control.

5      5.    Machado objects generally to the extent these requests seek documents
6  that are neither relevant nor likely to lead to the discovery of admissible evidence.

7      6.    Machado objects generally to the extent these requests are vague and
8  ambiguous, overly broad, unduly burdensome or oppressive.

9      7.    Machado objects generally to the extent these requests seek documents
10 that are already in the possession of Mattel or its agents.

11     8.    Machado objects generally to the extent these requests do not contain
12 any applicable time period, and thus are overly broad, unduly burdensome, and seek
13 the production of documents that are irrelevant to the subject matter of this action.

14     9.    Machado objects generally to Mattel's definition of "RELATING OR
15 REFERRING TO," on the grounds that it is subjective, vague, and subject to
16 varying interpretations.  Machado further objects to this definition on the grounds
17 that it is overly broad and unduly burdensome.

18     10.   Machado objects generally to Mattel's definitions of "TRUEBA," on
19 the grounds that it is subjective, vague, and subject to varying interpretations.
20 Machado further objects to this definition on the grounds that it is overly broad and
21 unduly burdensome, and on that basis, will interpret all references to "TRUEBA" to
22 be limited to the natural person Mariana Trueba Almada.

23     11.   Machado objects generally to Mattel's definitions of "VARGAS," on
24 the grounds that it is subjective, vague, and subject to varying interpretations.
25 Machado further objects to this definition on the grounds that it is overly broad and
26 unduly burdensome, and on that basis, will interpret all references to "VARGAS" to
27 be limited to the natural person Pablo Vargas San Jose.

28     12.   Machado objects generally to the extent these requests seek documents

EXHIBIT    3
PAGE    21

1  protected by a right of privacy under either the United States Constitution, Article 1

2  of the Constitution of the State of California or any other applicable law.

3  Accordingly, Machado objects generally to Mattel's definition of "DOCUMENTS"

4  to the extent it includes tax returns and other private communications unrelated to

5  this action or matter, as that definition invades Machado's privacy rights under

6  California law. As such, Machado will not produce any tax returns or other private

7  documents.

8      13.   Machado objects generally to Mattel's definitions of "REFERS,"

9  "RELATES", and "RELATING OR REFERRING TO" as those definitions are

10  vague, ambiguous and subject to varying interpretations as well as overly broad,

11  unduly burdensome and oppressive.

12      14.   Machado objects generally to the contents of the privilege log

13  demanded by Mattel to the extent Mattel seeks to impose upon Machado burdens

14  beyond those allowed by federal law.

15      15.   Machado objects to Mattel's selection of the time and place for

16  production.  Machado will produce responsive documents at a mutually agreeable

17  time and place.

18      16.   Machado objects generally to the extent that these requests seek

19  documents that have already been produced in this litigation.

20      17.   Each of these General Objections is expressly incorporated in each of

21  the responses to the document requests.  Whether or not specifically restated, each

22  response is made subject to and without waiver of these General Objections.

23

24              **RESPONSES AND OBJECTIONS**

25  **REQUEST FOR PRODUCTION NO. 1:**

26      ALL DOCUMENTS or tangible things that YOU removed, sent or transferred

27  from the office of Mattel de Mexico or removed, deleted, copies, reproduced or

28  transferred from any MATTEL computer or electronic storage device.

EXHIBIT **3**

PAGE _ **22**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine

- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him

- the Request seeks documents that are already in the possession of Mattel, its agents or its attorneys

- the Request as worded is overly broad, unduly burdensome and oppressive

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or its attorneys, that can be identified after conducting a diligent and good faith search.

**REQUEST FOR PRODUCTION NO. 2:**

ALL DOCUMENTS or tangible things that TRUEBA removed, sent or transferred from the office of Mattel de Mexico or removed, deleted, copied, reproduced or transferred from any MATTEL computer or electronic storage device.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine

- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him

- the Request seeks documents that are already in the possession of Mattel,

1    its agents or its attorneys

2    • the Request as worded is overly broad, unduly burdensome and oppressive

3    Subject to the General Objections and foregoing objections, Machado will

4    produce any relevant, responsive and non-privileged documents in his exclusive

5    possession or control, that have not already been turned over to Mattel, its agents or

6    its attorneys, that can be identified after conducting a diligent and good faith search.

7    **REQUEST FOR PRODUCTION NO. 3:**

8    ALL DOCUMENTS or tangible things that VARGAS removed, sent or

9    transferred from the office of Mattel de Mexico or removed, deleted, copied,

10   reproduced or transferred from any MATTEL computer or electronic storage device.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

12   Machado objects to this Request on the following grounds:

13   • the Request potentially seeks the production of documents protected by the

14   attorney-client privilege and/or work product doctrine

15   • Machado invokes his Fifth Amendment privilege to be free from self

16   incrimination, and on that ground refuses to produce any document if that

17   production has a testimonial effect and which might tend to incriminate

18   him

19   • the Request seeks documents that are already in the possession of Mattel,

20   its agents or its attorneys

21   • the Request as worded is overly broad, unduly burdensome and oppressive

22   Subject to the General Objections and foregoing objections, Machado will

23   produce any relevant, responsive and non-privileged documents in his exclusive

24   possession or control, that have not already been turned over to Mattel, its agents or

25   its attorneys, that can be identified after conducting a diligent and good faith search.

26   **REQUEST FOR PRODUCTION NO. 4:**

27   ALL e-mail messages, including attachments, sent by YOU to ANY e-mail

28   address that includes <mattel.com>, or sent to YOU from ANY e-mail address that

6

EXHIBIT 3

PAGE 24

1 | includes <mattel.com>.

2 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

3 |     Machado objects to this Request on the following grounds:

4 | • the Request potentially seeks the production of documents protected by the

5 | attorney-client privilege and/or work product doctrine

6 | • Machado invokes his Fifth Amendment privilege to be free from self

7 | incrimination, and on that ground refuses to produce any document if that

8 | production has a testimonial effect and which might tend to incriminate

9 | him

10 | • the Request seeks documents that are already in the possession of Mattel,

11 | its agents or its attorneys

12 | • the Request as worded is overly broad, unduly burdensome and oppressive

13 | in part because it contains no time limit and because it is not reasonably

14 | calculated to lead to the discovery of admissible evidence

15 | • the Request potentially seeks documents in the possession and control of

16 | MGA, which Machado will not produce, as those documents are readily

17 | available to Mattel through its discovery requests to MGA in the

18 | consolidated action

19 |     Subject to the General Objections and foregoing objections, Machado will

20 | produce any relevant, responsive and non-privileged documents in his exclusive

21 | possession or control, that have not already been turned over to Mattel, its agents or

22 | its attorneys, that can be identified after conducting a diligent and good faith search.

23 | **REQUEST FOR PRODUCTION NO. 5:**

24 |     ALL DOCUMENTS that REFER or RELATE to ANY MATTEL product,

25 | plan or business information.

26 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

27 |     Machado objects to this Request on the following grounds:

28 | • the Request potentially seeks the production of documents protected by the

EXHIBIT **3**
PAGE **25**

1   attorney-client privilege and/or work product doctrine

2   • Machado invokes his Fifth Amendment privilege to be free from self

3   incrimination, and on that ground refuses to produce any document if that

4   production has a testimonial effect and which might tend to incriminate

5   him

6   • the Request seeks documents that are already in the possession of Mattel,

7   its agents or its attorneys

8   • the Request as worded is overly broad, unduly burdensome and oppressive

9   in part because it contains no time limit

10  • the Request potentially seeks documents in the possession and control of

11  MGA, which Machado will not produce, as those documents are readily

12  available to Mattel through its discovery requests to MGA in the

13  consolidated action

14  Subject to the General Objections and foregoing objections, Machado will

15  produce any relevant, responsive and non-privileged documents in his exclusive

16  possession or control, that have not already been turned over to Mattel, its agents or

17  its attorneys, that can be identified after conducting a diligent and good faith search.

18  **REQUEST FOR PRODUCTION NO. 6:**

19  ALL DOCUMENTS which YOU, TRUEBA or VARGAS removed, sent or

20  transferred from the office of Mattel in Mexico or removed, deleted, copies,

21  reproduced or transferred from any MATTEL computer or electronic storage device

22  which YOU contend were prepared for the benefit of MGA.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

24  Machado objects to this Request on the following grounds:

25  • the Request potentially seeks the production of documents protected by the

26  attorney-client privilege and/or work product doctrine

27  • Machado invokes his Fifth Amendment privilege to be free from self

28  incrimination, and on that ground refuses to produce any document if that

8

EXHIBIT ___ **3**

PAGE ___ **26**

1    production has a testimonial effect and which might tend to incriminate

2    him

3    • the Request seeks documents that are already in the possession of Mattel,

4    its agents or its attorneys

5    • the Request as worded is overly broad, unduly burdensome and oppressive

6    in part because it contains no time limit

7    Subject to the General Objections and foregoing objections, Machado will

8    produce any relevant, responsive and non-privileged documents in his exclusive

9    possession or control, that have not already been turned over to Mattel, its agents or

10   its attorneys, that can be identified after conducting a diligent and good faith search.

11   **REQUEST FOR PRODUCTION NO. 7:**

12   ALL DOCUMENTS which YOU contend were prepared by YOU, TRUEBA

13   or VARGAS for the benefit of MGA at any time prior to April 20, 2004.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

15   Machado objects to this Request on the following grounds:

16   • the Request potentially seeks the production of documents protected by the

17   attorney-client privilege and/or work product doctrine

18   • Machado invokes his Fifth Amendment privilege to be free from self

19   incrimination, and on that ground refuses to produce any document if that

20   production has a testimonial effect and which might tend to incriminate

21   him

22   • the Request seeks documents that are already in the possession of Mattel,

23   its agents or its attorneys

24   • the phrase "for the benefit" is vague, ambiguous, undefined and subject to

25   varying interpretations. Machado must assume this term means "for

26   receipt by"

27   Subject to the General Objections and foregoing objections, Machado will

28   produce any relevant, responsive and non-privileged documents in his exclusive

9

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT **3**

PAGE ___ **27**

1  possession or control, that have not already been turned over to Mattel, its agents or

2  its attorneys, that can be identified after conducting a diligent and good faith search.

3  **REQUEST FOR PRODUCTION NO. 8:**

4      ALL DOCUMENTS authored by a MATTEL employee or for MATTEL'S

5  benefit.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

7      Machado objects to this Request on the following grounds:

8      • the Request potentially seeks the production of documents protected by the

9        attorney-client privilege and/or work product doctrine

10     • Machado invokes his Fifth Amendment privilege to be free from self

11       incrimination, and on that ground refuses to produce any document if that

12       production has a testimonial effect and which might tend to incriminate

13       him

14     • the Request seeks documents that are already in the possession of Mattel,

15       its agents or its attorneys

16     • the phrase "Mattel's benefit" is vague, ambiguous, undefined and subject

17       to varying interpretations. Machado must assume this term means

18       "Mattel's use"

19     • the Request as worded is overly broad, unduly burdensome and oppressive

20       Subject to the General Objections and foregoing objections, Machado will

21  produce any relevant, responsive and non-privileged documents in his exclusive

22  possession or control, that have not already been turned over to Mattel, its agents or

23  its attorneys, that can be identified after conducting a diligent and good faith search.

24  **REQUEST FOR PRODUCTION NO. 9:**

25      ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

26  between YOU and TRUEBA and that REFER or RELATE TO MATTEL.

27  **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

28      Machado objects to this Request on the following grounds:

EXHIBIT __3__

PAGE __28__

10

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him
- the Request seeks documents that are already in the possession of Mattel, its agents or its attorneys
- the Request as worded is overly broad, unduly burdensome and oppressive in part because it contains no time limit
- the Request potentially seeks documents in the possession and control of MGA, which Machado will not produce, as those documents are readily available to Mattel through its discovery requests to MGA in the consolidated action

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or its attorneys, that can be identified after conducting a diligent and good faith search.

**REQUEST FOR PRODUCTION NO. 10:**

ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION between YOU and VARGAS and that REFER or RELATE TO MATTEL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT __3__

PAGE __29__

1  him
2  • the Request seeks documents that are already in the possession of Mattel,
3      its agents or its attorneys
4  • the Request as worded is overly broad, unduly burdensome and oppressive
5      in part because it contains no time limit
6  • the Request potentially seeks documents in the possession and control of
7      MGA, which Machado will not produce, as those documents are readily
8      available to Mattel through its discovery requests to MGA in the
9      consolidated action
10      Subject to the General Objections and foregoing objections, Machado will
11  produce any relevant, responsive and non-privileged documents in his exclusive
12  possession or control, that have not already been turned over to Mattel, its agents or
13  its attorneys, that can be identified after conducting a diligent and good faith search.
14  **REQUEST FOR PRODUCTION NO. 11:**
15      ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION
16  between YOU and TRUEBA prior to April 20, 2004.
17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**
18      Machado objects to this Request on the following grounds:
19  • the Request potentially seeks the production of documents protected by the
20      attorney-client privilege and/or work product doctrine
21  • Machado invokes his Fifth Amendment privilege to be free from self
22      incrimination, and on that ground refuses to produce any document if that
23      production has a testimonial effect and which might tend to incriminate
24      him
25  • the Request seeks documents that are already in the possession of Mattel,
26      its agents or its attorneys
27  • the Request as worded is overly broad, unduly burdensome and oppressive
28      in part because it contains no time limit

EXHIBIT

3
3D

12

1      Subject to the General Objections and foregoing objections, Machado will

2  produce any relevant, responsive and non-privileged documents in his exclusive

3  possession or control, that have not already been turned over to Mattel, its agents or

4  its attorneys, that can be identified after conducting a diligent and good faith search.

5  **REQUEST FOR PRODUCTION NO. 12:**

6      ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

7  between YOU and VARGAS prior to April 20, 2004.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

9      Machado objects to this Request on the following grounds:

10     • the Request potentially seeks the production of documents protected by the

11       attorney-client privilege and/or work product doctrine

12     • Machado invokes his Fifth Amendment privilege to be free from self

13       incrimination, and on that ground refuses to produce any document if that

14       production has a testimonial effect and which might tend to incriminate

15       him

16     • the Request seeks documents that are already in the possession of Mattel,

17       its agents or its attorneys

18     • the Request is overly broad, burdensome and/or harassing

19      Subject to the General Objections and foregoing objections, Machado will

20  produce any relevant, responsive and non-privileged documents in his exclusive

21  possession or control, that have not already been turned over to Mattel, its agents or

22  its attorneys, that can be identified after conducting a diligent and good faith search.

23  **REQUEST FOR PRODUCTION NO. 13:**

24      ALL DOCUMENTS that REFER or RELATE to ANY MATTEL line list or

25  other DOCUMENT prepared by MATTEL.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

27      Machado objects to this Request on the following grounds:

28     • the Request potentially seeks the production of documents protected by the

EXHIBIT **3**

PAGE **31**

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

1    attorney-client privilege and/or work product doctrine

2    • Machado invokes his Fifth Amendment privilege to be free from self
3       incrimination, and on that ground refuses to produce any document if that
4       production has a testimonial effect and which might tend to incriminate
5       him

6    • the Request seeks documents that are already in the possession of Mattel,
7       its agents or its attorneys

8    • the Request as worded is overly broad, unduly burdensome and oppressive
9       in part because it contains no time limit

10   • the Request seeks documents that are neither relevant nor reasonably
11      calculated to lead to the discovery of admissible evidence

12   • the phrase "Mattel line list" is vague, ambiguous, undefined and subject to
13      varying interpretations

14   • the Request potentially seeks documents in the possession and control of
15      MGA, which Machado will not produce, as those documents are readily
16      available to Mattel through its discovery requests to MGA in the
17      consolidated action

18      Subject to the General Objections and foregoing objections, Machado will

19   produce any relevant, responsive and non-privileged documents in his exclusive

20   possession or control, that have not already been turned over to Mattel, its agents or

21   its attorneys, that can be identified after conducting a diligent and good faith search.

22   **REQUEST FOR PRODUCTION NO. 14:**

23      ALL DOCUMENTS that REFER or RELATE to YOUR employment with

24   MATTEL including, without limitation, any agreement between YOU and

25   MATTEL.

26   **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

27      Machado objects to this Request on the following grounds:

28   • the Request potentially seeks the production of documents protected by the

EXHIBIT __3__
PAGE __32__

14

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

1       attorney-client privilege and/or work product doctrine

2     •  Machado invokes his Fifth Amendment privilege to be free from self

3       incrimination, and on that ground refuses to produce any document if that

4       production has a testimonial effect and which might tend to incriminate

5       him

6     •  the Request seeks documents that are already in the possession of Mattel,

7       its agents or its attorneys

8     •  the Request seeks documents that are neither relevant nor reasonably

9       calculated to lead to the discovery of admissible evidence

10    •  the Request as worded is overly broad, unduly burdensome and oppressive

11      in part because it contains no time limit

12      Subject to the General Objections and foregoing objections, Machado will

13  produce any relevant, responsive and non-privileged documents in his exclusive

14  possession or control, that have not already been turned over to Mattel, its agents or

15  its attorneys, that can be identified after conducting a diligent and good faith search.

16  **REQUEST FOR PRODUCTION NO. 15:**

17      ALL DOCUMENTS that REFER or RELATE to YOUR resignation from

18  MATTEL.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

20      Machado objects to this Request on the following grounds:

21    •  the Request potentially seeks the production of documents protected by the

22      attorney-client privilege and/or work product doctrine

23    •  Machado invokes his Fifth Amendment privilege to be free from self

24      incrimination, and on that ground refuses to produce any document if that

25      production has a testimonial effect and which might tend to incriminate

26      him

27    •  the Request seeks documents that are already in the possession of Mattel,

28      its agents or its attorneys

EXHIBIT __3__

PAGE __33__

15

1    Subject to the General Objections and foregoing objections, Machado will

2 produce any relevant, responsive and non-privileged documents in his exclusive

3 possession or control, that have not already been turned over to Mattel, its agents or

4 its attorneys, that can be identified after conducting a diligent and good faith search.

5 **REQUEST FOR PRODUCTION NO. 16:**

6    ALL e-mail messages, including attachments, sent by YOU to ANY e-mail

7 address that includes, in whole or in part, an MGA DOMAIN, or sent to YOU from

8 ANY e-mail address that includes, in whole or in part, an MGA DOMAIN prior to

9 April 20, 2004.

10 **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

11    Machado objects to this Request on the following grounds:

12    • the Request potentially seeks the production of documents protected by the

13      attorney-client privilege and/or work product doctrine

14    • Machado invokes his Fifth Amendment privilege to be free from self

15      incrimination, and on that ground refuses to produce any document if that

16      production has a testimonial effect and which might tend to incriminate

17      him

18    • the phrase "MGA DOMAIN" is vague, ambiguous, undefined and subject

19      to varying interpretations and Machado will assume this term is limited to

20      "MGAE.com or MGAE.com.mx"

21    • the Request potentially seeks documents in the possession and control of

22      MGA, which Machado will not produce, as those documents are readily

23      available to Mattel through its discovery requests to MGA in the

24      consolidated action

25    Subject to the General Objections and foregoing objections, Machado will

26 produce any relevant, responsive and non-privileged documents in his exclusive

27 possession or control, that have not already been turned over to Mattel, its agents or

28 its attorneys, that can be identified after conducting a diligent and good faith search.

16

EXHIBIT **3**
PAGE **34**

1  **REQUEST FOR PRODUCTION NO. 17:**

2      ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

3  between YOU and MGA prior to April 20, 2004, including without limitation, ALL

4  telephone records, logs, notes, calendars, planners, diaries, letters and other

5  DOCUMENTS relating thereto.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

7      Machado objects to this Request on the following grounds:

8    • the Request potentially seeks the production of documents protected by the

9       attorney-client privilege and/or work product doctrine

10   • Machado invokes his Fifth Amendment privilege to be free from self

11      incrimination, and on that ground refuses to produce any document if that

12      production has a testimonial effect and which might tend to incriminate

13      him

14   • the Request potentially seeks documents in the possession and control of

15      MGA, which Machado will not produce, as those documents are readily

16      available to Mattel through its discovery requests to MGA in the

17      consolidated action

18      Subject to the General Objections and foregoing objections, Machado will

19  produce any relevant, responsive and non-privileged documents in his exclusive

20  possession or control, that have not already been turned over to Mattel, its agents or

21  its attorneys, that can be identified after conducting a diligent and good faith search.

22  **REQUEST FOR PRODUCTION NO. 18:**

23      ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

24  between YOU and Susana Kuemmerle prior to April 20, 2004, including without

25  limitation, ALL telephone records, logs, notes, calendars, planners, diaries, letters

26  and other DOCUMENTS relating thereto.

27  **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

28      Machado objects to this Request on the following grounds:

EXHIBIT __5__

PAGE __35__

17

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

1    •   the Request potentially seeks the production of documents protected by the

2       attorney-client privilege and/or work product doctrine

3    •   Machado invokes his Fifth Amendment privilege to be free from self

4       incrimination, and on that ground refuses to produce any document if that

5       production has a testimonial effect and which might tend to incriminate

6       him

7    •   the Request as worded is overly broad, unduly burdensome and oppressive

8    •   the Request potentially seeks documents in the possession and control of

9       MGA, which Machado will not produce, as those documents are readily

10      available to Mattel through its discovery requests to MGA in the

11      consolidated action

12      Subject to the General Objections and foregoing objections, Machado will

13 produce any relevant, responsive and non-privileged documents in his exclusive

14 possession or control, that have not already been turned over to Mattel, its agents or

15 its attorneys, that can be identified after conducting a diligent and good faith search.

16 **REQUEST FOR PRODUCTION NO. 19:**

17      ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

18 between YOU and ANY representative or employee of MGA including, without

19 limitation, Isaac Larian prior to April 20, 2004, including without limitation, ALL

20 telephone records, logs, notes, calendars, planners, diaries, letters and other

21 DOCUMENTS relating thereto.

22 **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

23      Machado objects to this Request on the following grounds:

24    •   the Request potentially seeks the production of documents protected by the

25       attorney-client privilege and/or work product doctrine

26    •   Machado invokes his Fifth Amendment privilege to be free from self

27       incrimination, and on that ground refuses to produce any document if that

28       production has a testimonial effect and which might tend to incriminate

EXHIBIT 3

PAGE 36

1   him

2   • the Request potentially seeks documents in the possession and control of

3     MGA, which Machado will not produce, as those documents are readily

4     available to Mattel through its discovery requests to MGA in the

5     consolidated action

6   Subject to the General Objections and foregoing objections, Machado will

7   produce any relevant, responsive and non-privileged documents in his exclusive

8   possession or control, that have not already been turned over to Mattel, its agents or

9   its attorneys, that can be identified after conducting a diligent and good faith search.

10  **REQUEST FOR PRODUCTION NO. 20:**

11  ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

12  between TRUEBA and MGA prior to April 20, 2004, including without limitation,

13  ALL telephone records, logs, notes, calendars, planners, diaries, letters and other

14  DOCUMENTS relating thereto.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

16  Machado objects to this Request on the following grounds:

17  • the Request potentially seeks the production of documents protected by the

18    attorney-client privilege and/or work product doctrine

19  • Machado invokes his Fifth Amendment privilege to be free from self

20    incrimination, and on that ground refuses to produce any document if that

21    production has a testimonial effect and which might tend to incriminate

22    him

23  • the Request potentially seeks documents in the possession and control of

24    MGA, which Machado will not produce, as those documents are readily

25    available to Mattel through its discovery requests to MGA in the

26    consolidated action

27  Subject to the General Objections and foregoing objections, Machado will

28  produce any relevant, responsive and non-privileged documents in his exclusive

19

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT **3**

PAGE **37**

1 possession or control, that have not already been turned over to Mattel, its agents or

2 its attorneys, that can be identified after conducting a diligent and good faith search.

3 **REQUEST FOR PRODUCTION NO. 21:**

4       ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

5 between TRUEBA and Susan Kuemmerle prior to April 20, 2004, including without

6 limitation, ALL telephone records, logs, notes, calendars, planners, diaries, letters

7 and other DOCUMENTS relating thereto.

8 **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

9       Machado objects to this Request on the following grounds:

10   • the Request potentially seeks the production of documents protected by the

11       attorney-client privilege and/or work product doctrine

12   • Machado invokes his Fifth Amendment privilege to be free from self

13       incrimination, and on that ground refuses to produce any document if that

14       production has a testimonial effect and which might tend to incriminate

15       him

16   • the Request potentially seeks documents in the possession and control of

17       MGA, which Machado will not produce, as those documents are readily

18       available to Mattel through its discovery requests to MGA in the

19       consolidated action

20       Subject to the General Objections and foregoing objections, Machado will

21 produce any relevant, responsive and non-privileged documents in his exclusive

22 possession or control, that have not already been turned over to Mattel, its agents or

23 its attorneys, that can be identified after conducting a diligent and good faith search.

24 **REQUEST FOR PRODUCTION NO. 22:**

25       ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

26 between TRUEBA and ANY representative or employee of MGA including,

27 without limitation, Isaac Larian prior to April 20, 2004, including without limitation

28 ALL telephone records, logs, notes, calendars, planners, diaries, letters and other

EXHIBIT **3**

PAGE **38**

1    DOCUMENTS relating thereto.

2    **RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

3        Machado objects to this Request on the following grounds:

4    • the Request potentially seeks the production of documents protected by the
5        attorney-client privilege and/or work product doctrine

6    • Machado invokes his Fifth Amendment privilege to be free from self
7        incrimination, and on that ground refuses to produce any document if that
8        production has a testimonial effect and which might tend to incriminate
9        him

10   • the Request potentially seeks documents in the possession and control of
11       MGA, which Machado will not produce, as those documents are readily
12       available to Mattel through its discovery requests to MGA in the
13       consolidated action

14       Subject to the General Objections and foregoing objections, Machado will
15   produce any relevant, responsive and non-privileged documents in his exclusive
16   possession or control, that have not already been turned over to Mattel, its agents or
17   its attorneys, that can be identified after conducting a diligent and good faith search.

18   **REQUEST FOR PRODUCTION NO. 23:**

19       ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION
20   between VARGAS and MGA prior to April 20, 2004, including without limitation
21   ALL telephone records, logs, notes, calendars, planners, diaries, letters and other
22   DOCUMENTS relating thereto.

23   **RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**     EXHIBIT __3__
24       Machado objects to this Request on the following grounds:     PAGE __39__

25   • the Request potentially seeks the production of documents protected by the
26       attorney-client privilege and/or work product doctrine

27   • Machado invokes his Fifth Amendment privilege to be free from self
28       incrimination, and on that ground refuses to produce any document if that

21

1  production has a testimonial effect and which might tend to incriminate
2  him

3  • the Request potentially seeks documents in the possession and control of
4  MGA, which Machado will not produce, as those documents are readily
5  available to Mattel through its discovery requests to MGA in the
6  consolidated action

7  Subject to the General Objections and foregoing objections, Machado will
8  produce any relevant, responsive and non-privileged documents in his exclusive
9  possession or control, that have not already been turned over to Mattel, its agents or
10  its attorneys, that can be identified after conducting a diligent and good faith search.

11  **REQUEST FOR PRODUCTION NO. 24:**

12  ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION
13  between VARGAS and Susana Kuemmerle prior to April 20, 2004, including
14  without limitation ALL telephone records, logs, notes, calendars, planners, diaries,
15  letters and other DOCUMENTS relating thereto.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

17  Machado objects to this Request on the following grounds:

18  • the Request potentially seeks the production of documents protected by the
19  attorney-client privilege and/or work product doctrine

20  • Machado invokes his Fifth Amendment privilege to be free from self
21  incrimination, and on that ground refuses to produce any document if that
22  production has a testimonial effect and which might tend to incriminate
23  him

24  • the Request as worded is overly broad, unduly burdensome and oppressive

25  • the Request potentially seeks documents in the possession and control of
26  MGA, which Machado will not produce, as those documents are readily
27  available to Mattel through its discovery requests to MGA in the
28  consolidated action

EXHIBIT __3__
PAGE __40__

22

1    Subject to the General Objections and foregoing objections, Machado will
2  produce any relevant, responsive and non-privileged documents in his exclusive
3  possession or control, that have not already been turned over to Mattel, its agents or
4  its attorneys, that can be identified after conducting a diligent and good faith search.
5  **REQUEST FOR PRODUCTION NO. 25:**
6    ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION
7  between VARGAS and ANY representative or employee of MGA including,
8  without limitation, Isaac Larian prior to April 20, 2004, including without limitation
9  ALL telephone records, logs, notes, calendars, planners, diaries, letters and other
10  DOCUMENTS relating thereto.
11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**
12    Machado objects to this Request on the following grounds:
13    • the Request potentially seeks the production of documents protected by the
14      attorney-client privilege and/or work product doctrine
15    • Machado invokes his Fifth Amendment privilege to be free from self
16      incrimination, and on that ground refuses to produce any document if that
17      production has a testimonial effect and which might tend to incriminate
18      him
19    • the Request potentially seeks documents in the possession and control of
20      MGA, which Machado will not produce, as those documents are readily
21      available to Mattel through its discovery requests to MGA in the
22      consolidated action
23    Subject to the General Objections and foregoing objections, Machado will
24  produce any relevant, responsive and non-privileged documents in his exclusive
25  possession or control, that have not already been turned over to Mattel, its agents or
26  its attorneys, that can be identified after conducting a diligent and good faith search.
27  **REQUEST FOR PRODUCTION NO. 26:**
28    ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

23

EXHIBIT **3**
PAGE **41**

1   between YOU and ANY PERSON prior to April 20, 2004, regarding MGA or

2   YOUR employment or potential employment with MGA.

3   **RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

4       Machado objects to this Request on the following grounds:

5   • the Request potentially seeks the production of documents protected by the

6       attorney-client privilege and/or work product doctrine

7   • Machado invokes his Fifth Amendment privilege to be free from self

8       incrimination, and on that ground refuses to produce any document if that

9       production has a testimonial effect and which might tend to incriminate

10      him

11  • the Request seeks documents that are already in the possession of Mattel,

12      its agents or its attorneys

13  • the Request seeks documents that are neither relevant nor reasonably

14      calculated to lead to the discovery of admissible evidence

15  • the Request is overly broad, burdensome and/or harassing

16  • the Request potentially seeks documents in the possession and control of

17      MGA, which Machado will not produce, as those documents are readily

18      available to Mattel through its discovery requests to MGA in the

19      consolidated action

20      Subject to the General Objections and foregoing objections, Machado will

21  produce any relevant, responsive and non-privileged documents in his exclusive

22  possession or control, that have not already been turned over to Mattel, its agents or

23  its attorneys, that can be identified after conducting a diligent and good faith search.

24  **REQUEST FOR PRODUCTION NO. 27:**

25      ALL DOCUMENTS that REFER or RELATE to ANY DOCUMENT or

26  information given by YOU to MGA prior to April 20, 2004.

27  **RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

28      Machado objects to this Request on the following grounds:

EXHIBIT **3**
PAGE **42**

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him
- the Request potentially seeks documents in the possession and control of MGA, which Machado will not produce, as those documents are readily available to Mattel through its discovery requests to MGA in the consolidated action

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or its attorneys, that can be identified after conducting a diligent and good faith search.

**REQUEST FOR PRODUCTION NO. 28:**

ALL DOCUMENTS that REFER or RELATE to any DOCUMENT or information received by YOU from MGA prior to April 20, 2004.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him
- the Request is overly broad, burdensome and/or harassing
- the Request seeks documents that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence

EXHIBIT __3__

PAGE __43__

25

1       •   the Request potentially seeks documents in the possession and control of

2         MGA, which Machado will not produce, as those documents are readily

3         available to Mattel through its discovery requests to MGA in the

4         consolidated action

5       Subject to the General Objections and foregoing objections, Machado will

6 produce any relevant, responsive and non-privileged documents in his exclusive

7 possession or control, that have not already been turned over to Mattel, its agents or

8 its attorneys, that can be identified after conducting a diligent and good faith search.

9 **REQUEST FOR PRODUCTION NO. 29:**

10       ALL agreements between YOU and MGA including, without limitation,

11 ANY agreements that REFERS or RELATES to YOUR employment with MGA,

12 and ALL drafts of such agreements.

13 **RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

14       Machado objects to this Request on the following grounds:

15       •   the Request potentially seeks the production of documents protected by the

16         attorney-client privilege and/or work product doctrine

17       •   Machado invokes his Fifth Amendment privilege to be free from self

18         incrimination, and on that ground refuses to produce any document if that

19         production has a testimonial effect and which might tend to incriminate

20         him

21       •   the Request is overly broad, burdensome and/or harassing

22       •   the Request seeks documents that are neither relevant nor reasonably

23         calculated to lead to the discovery of admissible evidence

24       •   the Request seeks documents protected by a right of privacy under either

25         the United States Constitution, Article 1 of the Constitution of the State of

26         California or any other applicable law

27       •   the Request potentially seeks documents in the possession and control of

28         MGA, which Machado will not produce, as those documents are readily

EXHIBIT **3**

PAGE **44**

1    available to Mattel through its discovery requests to MGA in the

2    consolidated action

3        Subject to the General Objections and foregoing objections, Machado will

4    produce any relevant, responsive and non-privileged documents in his exclusive

5    possession or control, that have not already been turned over to Mattel, its agents or

6    its attorneys, that can be identified after conducting a diligent and good faith search.

7    **REQUEST FOR PRODUCTION NO. 30:**

8        ALL DOCUMENTS that REFER or RELATE to ANY promotion YOU have

9    received while employed by or working for MGA.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

11       Machado objects to this Request on the following grounds:

12   • the Request potentially seeks the production of documents protected by the

13       attorney-client privilege and/or work product doctrine

14   • Machado invokes his Fifth Amendment privilege to be free from self

15       incrimination, and on that ground refuses to produce any document if that

16       production has a testimonial effect and which might tend to incriminate

17       him

18   • the Request is overly broad, burdensome and/or harassing

19   • the Request seeks documents that are neither relevant nor reasonably

20       calculated to lead to the discovery of admissible evidence

21   • the Request seeks documents protected by a right of privacy under either

22       the United States Constitution, Article 1 of the Constitution of the State of

23       California or any other applicable law

24   • the Request potentially seeks documents in the possession and control of

25       MGA, which Machado will not produce, as those documents are readily

26       available to Mattel through its discovery requests to MGA in the

27       consolidated action

28       Subject to the General Objections and foregoing objections, Machado will

27

EXHIBIT 3
PAGE 46

1  produce any relevant, responsive and non-privileged documents in his exclusive

2  possession or control, that have not already been turned over to Mattel, its agents or

3  its attorneys, that can be identified after conducting a diligent and good faith search.

4  **REQUEST FOR PRODUCTION NO. 31:**

5        DOCUMENTS sufficient to describe YOUR job title and job duties in each

6  position YOU have held while employed by or working for MGA.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

8        Machado objects to this Request on the following grounds:

9   • the Request potentially seeks the production of documents protected by the

10       attorney-client privilege and/or work product doctrine

11  • Machado invokes his Fifth Amendment privilege to be free from self

12       incrimination, and on that ground refuses to produce any document if that

13       production has a testimonial effect and which might tend to incriminate

14       him

15  • the Request is overly broad, burdensome and/or harassing

16  • the Request seeks documents that are neither relevant nor reasonably

17       calculated to lead to the discovery of admissible evidence

18  • the Request seeks documents protected by a right of privacy under either

19       the United States Constitution, Article 1 of the Constitution of the State of

20       California or any other applicable law

21  • the Request potentially seeks documents in the possession and control of

22       MGA, which Machado will not produce, as those documents are readily

23       available to Mattel through its discovery requests to MGA in the

24       consolidated action

25        Subject to the General Objections and foregoing objections, Machado will

26  produce any relevant, responsive and non-privileged documents in his exclusive

27  possession or control, that have not already been turned over to Mattel, its agents or

28  its attorneys, that can be identified after conducting a diligent and good faith search.

EXHIBIT **3**

PAGE ____ **46**

1 **REQUEST FOR PRODUCTION NO. 32:**

2      ALL DOCUMENTS that REFER or RELATE to YOUR transfer to MGA's

3 offices in Van Nuys, California.

4 **RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

5      Machado objects to this Request on the following grounds:

6    • the Request potentially seeks the production of documents protected by the

7      attorney-client privilege and/or work product doctrine

8    • Machado invokes his Fifth Amendment privilege to be free from self

9      incrimination, and on that ground refuses to produce any document if that

10     production has a testimonial effect and which might tend to incriminate

11     him

12   • the Request is overly broad, burdensome and/or harassing

13   • the Request seeks documents that are neither relevant nor reasonably

14     calculated to lead to the discovery of admissible evidence

15   • the Request seeks documents protected by a right of privacy under either

16     the United States Constitution, Article 1 of the Constitution of the State of

17     California or any other applicable law

18   • the Request potentially seeks documents in the possession and control of

19     MGA, which Machado will not produce, as those documents are readily

20     available to Mattel through its discovery requests to MGA in the

21     consolidated action

22      Subject to the General Objections and foregoing objections, Machado will

23 produce any relevant, responsive and non-privileged documents in his exclusive

24 possession or control, that have not already been turned over to Mattel, its agents or

25 its attorneys, that can be identified after conducting a diligent and good faith search.

26 **REQUEST FOR PRODUCTION NO. 33:**

27      ALL DOCUMENTS that REFER or RELATE to ANY compensation, money

28 or other item(s) of value YOU have received from MGA, or have been promised or

1 | offered by MGA or anyone acting on its behalf.

2 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

3 |     Machado objects to this Request on the following grounds:

4 | • the Request potentially seeks the production of documents protected by the
5 | attorney-client privilege and/or work product doctrine

6 | • Machado invokes his Fifth Amendment privilege to be free from self
7 | incrimination, and on that ground refuses to produce any document if that
8 | production has a testimonial effect and which might tend to incriminate
9 | him

10 | • the Request is overly broad, burdensome and/or harassing

11 | • the Request seeks documents that are neither relevant nor reasonably
12 | calculated to lead to the discovery of admissible evidence

13 | • the Request seeks documents protected by a right of privacy under either
14 | the United States Constitution, Article 1 of the Constitution of the State of
15 | California or any other applicable law

16 | • the Request potentially seeks documents in the possession and control of
17 | MGA, which Machado will not produce, as those documents are readily
18 | available to Mattel through its discovery requests to MGA in the
19 | consolidated action

20 |     Subject to the General Objections and foregoing objections, Machado will
21 | produce any relevant, responsive and non-privileged documents in his exclusive
22 | possession or control, that have not already been turned over to Mattel, its agents or
23 | its attorneys, that can be identified after conducting a diligent and good faith search.

24 | **REQUEST FOR PRODUCTION NO. 34:**

25 |     ALL DOCUMENTS that REFER or RELATE to ANY compensation, money
26 | or other item(s) of value YOU have received form Isaac Larian, or have been
27 | promised or offered by Isaac Larian or anyone acting on his behalf.

28 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

EXHIBIT **3**
PAGE **48**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine

- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him

- the Request is overly broad, burdensome and/or harassing

- the Request seeks documents that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence

- the Request seeks documents protected by a right of privacy under either the United States Constitution, Article 1 of the Constitution of the State of California or any other applicable law

- the Request potentially seeks documents in the possession and control of MGA, which Machado will not produce, as those documents are readily available to Mattel through its discovery requests to MGA in the consolidated action

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or its attorneys, that can be identified after conducting a diligent and good faith search.

**REQUEST FOR PRODUCTION NO. 35:**

ALL DOCUMENTS that REFER or RELATE to ANY compensation, money or other item(s) of value TRUEBA has received from MGA, or has been promised or offered by MGA or anyone acting on its behalf.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

Machado objects to this Request on the following grounds:

- the Request is overly broad, burdensome and/or harassing

EXHIBIT **3**
PAGE **49**

31

1  • the Request seeks documents protected by a right of privacy under either

2     the United States Constitution, Article 1 of the Constitution of the State of

3     California or any other applicable law

4  • the Request potentially seeks documents in the possession and control of

5     MGA, which Machado will not produce, as those documents are readily

6     available to Mattel through its discovery requests to MGA in the

7     consolidated action

8     Subject to the General Objections and foregoing objections, Machado will

9  produce any relevant, responsive and non-privileged documents in his exclusive

10  possession or control, that have not already been turned over to Mattel, its agents or

11  its attorneys, that can be identified after conducting a diligent and good faith search.

12  **REQUEST FOR PRODUCTION NO. 36:**

13     ALL DOCUMENTS that REFER or RELATE to ANY compensation, money

14  or other item(s) of value TRUEBA has received from Isaac Larian, or has been

15  promised or offered by Isaac Larian or anyone acting on his behalf.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

17     Machado objects to this Request on the following grounds:

18  • the Request is overly broad, burdensome and/or harassing

19  • the Request seeks documents protected by a right of privacy under either

20     the United States Constitution, Article 1 of the Constitution of the State of

21     California or any other applicable law

22  • the Request potentially seeks documents in the possession and control of

23     MGA, which Machado will not produce, as those documents are readily

24     available to Mattel through its discovery requests to MGA in the

25     consolidated action

26     Subject to the General Objections and foregoing objections, Machado will

27  produce any relevant, responsive and non-privileged documents in his exclusive

28  possession or control, that have not already been turned over to Mattel, its agents or

EXHIBIT  3
PAGE  50

1    its attorneys, that can be identified after conducting a diligent and good faith search.

2    **REQUEST FOR PRODUCTION NO. 37:**

3        ALL DOCUMENTS that REFER or RELATE to ANY compensation, money

4    or other item(s) of value VARGAS has received from MGA, or has been promised

5    or offered by MGA or anyone acting on its behalf.

6    **RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

7        Machado objects to this Request on the following grounds:

8      • the Request is overly broad, burdensome and/or harassing

9      • the Request seeks documents protected by a right of privacy under either

10        the United States Constitution, Article 1 of the Constitution of the State of

11        California or any other applicable law

12      • the Request potentially seeks documents in the possession and control of

13        MGA, which Machado will not produce, as those documents are readily

14        available to Mattel through its discovery requests to MGA in the

15        consolidated action

16        Subject to the General Objections and foregoing objections, Machado will

17    produce any relevant, responsive and non-privileged documents in his exclusive

18    possession or control, that have not already been turned over to Mattel, its agents or

19    its attorneys, that can be identified after conducting a diligent and good faith search.

20    **REQUEST FOR PRODUCTION NO. 38:**

21        ALL DOCUMENTS that REFER or RELATE to ANY compensation, money

22    or other item(s) of value VARGAS has received from Isaac Larian, or has been

23    promised or offered by Isaac Larian or anyone acting on his behalf.

24    **RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

25        Machado objects to this Request on the following grounds:

26      • the Request is overly broad, burdensome and/or harassing

27      • the Request seeks documents protected by a right of privacy under either

28        the United States Constitution, Article 1 of the Constitution of the State of

1    California or any other applicable law

2    • the Request potentially seeks documents in the possession and control of

3    MGA, which Machado will not produce, as those documents are readily

4    available to Mattel through its discovery requests to MGA in the

5    consolidated action

6    Subject to the General Objections and foregoing objections, Machado will

7  produce any relevant, responsive and non-privileged documents in his exclusive

8  possession or control, that have not already been turned over to Mattel, its agents or

9  its attorneys, that can be identified after conducting a diligent and good faith search.

10 **REQUEST FOR PRODUCTION NO. 39:**

11    YOUR phone records from January 1, 2002 through the present.

12 **RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

13    Machado objects to this Request on the following grounds:

14    • the Request potentially seeks the production of documents protected by the

15    attorney-client privilege and/or work product doctrine

16    • Machado invokes his Fifth Amendment privilege to be free from self

17    incrimination, and on that ground refuses to produce any document if that

18    production has a testimonial effect and which might tend to incriminate

19    him

20    • the phrase "phone records" is vague, ambiguous, undefined and subject to

21    varying interpretations and Machado must assume this term means "phone

22    bills"

23    • the Request is overly broad, burdensome and/or harassing

24    In light of the General Objections and foregoing objections, Machado will not

25  produce any documents in response to this Request.

26 **REQUEST FOR PRODUCTION NO. 40:**

27    DOCUMENTS sufficient to identify each of YOUR telephone providers

28  including without limitation in Mexico and in the United States.

EXHIBIT **3**
PAGE **52**

34

**RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine

- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him

- the Request is vague, ambiguous, undefined and subject to varying interpretations and Machado must assume the Request seeks "phone bills"

- the Request as worded is overly broad, unduly burdensome and oppressive in part because it contains no time limit

In light of the General Objections and foregoing objections, Machado will not produce any documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 41:**

ALL COMMUNICATIONS that REFER or RELATE to the employment, potential employment with MGA or recruitment of any person who, as of the date of the COMMUNICATION, was employed by MATTEL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine

- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him

- the Request is overly broad, burdensome and/or harassing

- the Request potentially seeks documents in the possession and control of

EXHIBIT **3**
PAGE **53**

35

1   MGA, which Machado will not produce, as those documents are readily

2   available to Mattel through its discovery requests to MGA in the

3   consolidated action

4   Subject to the General Objections and foregoing objections, Machado will

5   produce any relevant, responsive and non-privileged documents in his exclusive

6   possession or control, that have not already been turned over to Mattel, its agents or

7   its attorneys, that can be identified after conducting a diligent and good faith search.

8   **REQUEST FOR PRODUCTION NO. 42:**

9   ALL COMMUNICATIONS between YOU and ANY person who, as of the

10   date of the COMMUNICATION, was employed by MATTEL that REFER or

11   RELATE to MGA.

12   **RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

13   Machado objects to this Request on the following grounds:

14   • the Request potentially seeks the production of documents protected by the

15   attorney-client privilege and/or work product doctrine

16   • Machado invokes his Fifth Amendment privilege to be free from self

17   incrimination, and on that ground refuses to produce any document if that

18   production has a testimonial effect and which might tend to incriminate

19   him

20   • the Request is overly broad, burdensome and/or harassing

21   • the Request potentially seeks documents in the possession and control of

22   MGA, which Machado will not produce, as those documents are readily

23   available to Mattel through its discovery requests to MGA in the

24   consolidated action

25   Subject to the General Objections and foregoing objections, Machado will

26   produce any relevant, responsive and non-privileged documents in his exclusive

27   possession or control, that have not already been turned over to Mattel, its agents or

28   its attorneys, that can be identified after conducting a diligent and good faith search.

1  **REQUEST FOR PRODUCTION NO. 43:**

2      ALL COMMUNICATIONS between YOU and any person who, as of the

3  date of the COMMUNICATION, was employed by MATTEL that REFER or

4  RELATE to Isaac Larian.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

6      Machado objects to this Request on the following grounds:

7      • the Request potentially seeks the production of documents protected by the

8          attorney-client privilege and/or work product doctrine

9      • Machado invokes his Fifth Amendment privilege to be free from self

10         incrimination, and on that ground refuses to produce any document if that

11         production has a testimonial effect and which might tend to incriminate

12         him

13     • the Request is overly broad, burdensome and/or harassing

14     • the Request potentially seeks documents in the possession and control of

15         MGA, which Machado will not produce, as those documents are readily

16         available to Mattel through its discovery requests to MGA in the

17         consolidated action

18     Subject to the General Objections and foregoing objections, Machado will

19  produce any relevant, responsive and non-privileged documents in his exclusive

20  possession or control, that have not already been turned over to Mattel, its agents or

21  its attorneys, that can be identified after conducting a diligent and good faith search.

22  **REQUEST FOR PRODUCTION NO. 44:**

23     ALL DOCUMENTS that REFER or RELATE to the e-mail account with the

24  address plot04@aol.com, including without limitation to the identity of ANY

25  PERSON who registered, set up, established, owned or paid for such account.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

27     Machado objects to this Request on the following grounds:

28     • the Request potentially seeks the production of documents protected by the

EXHIBIT **3**

PAGE **55**

37

1  attorney-client privilege and/or work product doctrine

2  • Machado invokes his Fifth Amendment privilege to be free from self
3  incrimination, and on that ground refuses to produce any document if that
4  production has a testimonial effect and which might tend to incriminate
5  him

6  • the Request as worded is overly broad, unduly burdensome and oppressive
7  in part because it contains no time limit

8  • the Request potentially seeks documents in the possession and control of
9  MGA, which Machado will not produce, as those documents are readily
10  available to Mattel through its discovery requests to MGA in the
11  consolidated action

12  Subject to the General Objections and foregoing objections, Machado will
13  produce any relevant, responsive and non-privileged documents in his exclusive
14  possession or control, that have not already been turned over to Mattel, its agents or
15  its attorneys, that can be identified after conducting a diligent and good faith search.

16  **REQUEST FOR PRODUCTION NO. 45:**

17  ALL DOCUMENTS that REFER or RELATE to when the e-mail account
18  with the address plot04@aol.com was first registered, established or set up.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

20  Machado objects to this Request on the following grounds:

21  • the Request potentially seeks the production of documents protected by the
22  attorney-client privilege and/or work product doctrine

23  • Machado invokes his Fifth Amendment privilege to be free from self
24  incrimination, and on that ground refuses to produce any document if that
25  production has a testimonial effect and which might tend to incriminate
26  him

27  Subject to the General Objections and foregoing objections, Machado will
28  produce any relevant, responsive and non-privileged documents in his exclusive

EXHIBIT **3**
PAGE **56**

38

1  possession or control, that have not already been turned over to Mattel, its agents or

2  its attorneys, that can be identified after conducting a diligent and good faith search.

3  **REQUEST FOR PRODUCTION NO. 46:**

4      ALL e-mail messages, including attachments, sent to or from, received by or

5  transmitted by or through to the e-mail address plot04@aol.com.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

7      Machado objects to this Request on the following grounds:

8      • the Request potentially seeks the production of documents protected by the

9          attorney-client privilege and/or work product doctrine

10     • Machado invokes his Fifth Amendment privilege to be free from self

11         incrimination, and on that ground refuses to produce any document if that

12         production has a testimonial effect and which might tend to incriminate

13         him

14     • the Request as worded is overly broad, unduly burdensome and oppressive

15         in part because it contains no time limit

16     • the Request potentially seeks documents in the possession and control of

17         MGA, which Machado will not produce, as those documents are readily

18         available to Mattel through its discovery requests to MGA in the

19         consolidated action

20     Subject to the General Objections and foregoing objections, Machado will

21  produce any relevant, responsive and non-privileged documents in his exclusive

22  possession or control, that have not already been turned over to Mattel, its agents or

23  its attorneys, that can be identified after conducting a diligent and good faith search.

24  **REQUEST FOR PRODUCTION NO. 47:**

25      ALL e-mail messages, including attachments, sent by YOU to the e-mail

26  address argentrade@aol.com or sent to YOU from the e-mail address

27  argentrade@aol.com prior to April 20, 2004.

28  **RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

EXHIBIT **3**

PAGE **57**

39

1    Machado objects to this Request on the following grounds:

2    • the Request potentially seeks the production of documents protected by the

3        attorney-client privilege and/or work product doctrine

4    • Machado invokes his Fifth Amendment privilege to be free from self

5        incrimination, and on that ground refuses to produce any document if that

6        production has a testimonial effect and which might tend to incriminate

7        him

8    Subject to the General Objections and foregoing objections, Machado will

9    produce any relevant, responsive and non-privileged documents in his exclusive

10   possession or control, that have not already been turned over to Mattel, its agents or

11   its attorneys, that can be identified after conducting a diligent and good faith search.

12   **REQUEST FOR PRODUCTION NO. 48:**

13   ALL DOCUMENTS, including e-mail messages and attachments thereto, that

14   REFER or RELATE to COMMUNICATIONS between YOU and ANY PERSON

15   regarding TRUEBA prior to April 20, 2004.

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

17   Machado objects to this Request on the following grounds:

18   • the Request potentially seeks the production of documents protected by the

19       attorney-client privilege and/or work product doctrine

20   • Machado invokes his Fifth Amendment privilege to be free from self

21       incrimination, and on that ground refuses to produce any document if that

22       production has a testimonial effect and which might tend to incriminate

23       him

24   • the Request seeks documents that are already in the possession of Mattel,

25       its agents or its attorneys

26   • the Request as worded is overly broad, unduly burdensome and oppressive

27   Subject to the General Objections and foregoing objections, Machado will

28   produce any relevant, responsive and non-privileged documents in his exclusive

1 | possession or control, that have not already been turned over to Mattel, its agents or
2 | its attorneys, that can be identified after conducting a diligent and good faith search.

3 | **REQUEST FOR PRODUCTION NO. 49:**

4 |     ALL DOCUMENTS that REFER or RELATE to TRUEBA's resignation
5 | from MATTEL or employment by MGA.

6 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

7 |     Machado objects to this Request on the following grounds:

8 | • the Request potentially seeks the production of documents protected by the
9 |     attorney-client privilege and/or work product doctrine

10 | • Machado invokes his Fifth Amendment privilege to be free from self
11 |     incrimination, and on that ground refuses to produce any document if that
12 |     production has a testimonial effect and which might tend to incriminate
13 |     him

14 | • the Request seeks documents that are already in the possession of Mattel,
15 |     its agents or its attorneys

16 | • the Request as worded is overly broad, unduly burdensome and oppressive

17 | • the Request potentially seeks documents in the possession and control of
18 |     MGA, which Machado will not produce, as those documents are readily
19 |     available to Mattel through its discovery requests to MGA in the
20 |     consolidated action

21 |     Subject to the General Objections and foregoing objections, Machado will
22 | produce any relevant, responsive and non-privileged documents in his exclusive
23 | possession or control, that have not already been turned over to Mattel, its agents or
24 | its attorneys, that can be identified after conducting a diligent and good faith search.

25 | **REQUEST FOR PRODUCTION NO. 50:**

26 |     ALL DOCUMENTS, including e-mail messages and attachments thereto, that
27 | REFER or RELATE to COMMUNICATIONS between YOU and VARGAS prior
28 | to April 20, 2004.

**EXHIBIT 3**

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

**RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine

- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him

- the Request seeks documents that are already in the possession of Mattel, its agents or its attorneys

- the Request as worded is overly broad, unduly burdensome and oppressive

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or its attorneys, that can be identified after conducting a diligent and good faith search.

**REQUEST FOR PRODUCTION NO. 51:**

ALL DOCUMENTS, including e-mail messages and attachments thereto, that REFER or RELATE to COMMUNICATIONS between YOU and ANY PERSON regarding VARGAS prior to April 20, 2004.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine

- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him

- the Request seeks documents that are already in the possession of Mattel,

EXHIBIT _3_

PAGE _60_

42

1      its agents or its attorneys

2      • the Request as worded is overly broad, unduly burdensome and oppressive

3      Subject to the General Objections and foregoing objections, Machado will

4 produce any relevant, responsive and non-privileged documents in his exclusive

5 possession or control, that have not already been turned over to Mattel, its agents or

6 its attorneys, that can be identified after conducting a diligent and good faith search.

7 **REQUEST FOR PRODUCTION NO. 52:**

8      ALL DOCUMENTS that REFER or RELATE to VARGAS' resignation from

9 MATTEL or employment by MGA.

10 **RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**

11      Machado objects to this Request on the following grounds:

12      • the Request potentially seeks the production of documents protected by the

13        attorney-client privilege and/or work product doctrine

14      • Machado invokes his Fifth Amendment privilege to be free from self

15        incrimination, and on that ground refuses to produce any document if that

16        production has a testimonial effect and which might tend to incriminate

17        him

18      • the Request seeks documents that are already in the possession of Mattel,

19        its agents or its attorneys

20      • the Request as worded is overly broad, unduly burdensome and oppressive

21      • the Request potentially seeks documents in the possession and control of

22        MGA, which Machado will not produce, as those documents are readily

23        available to Mattel through its discovery requests to MGA in the

24        consolidated action

25      Subject to the General Objections and foregoing objections, Machado will

26 produce any relevant, responsive and non-privileged documents in his exclusive

27 possession or control, that have not already been turned over to Mattel, its agents or

28 its attorneys, that can be identified after conducting a diligent and good faith search.

43

EXHIBIT 3

PAGE 61

1    **REQUEST FOR PRODUCTION NO. 53:**

2       ALL DOCUMENTS that REFER or RELATE to ANY COMMUNICATION

3    between YOU and Ron Brawer prior to October 2, 2004.

4    **RESPONSE TO REQUEST FOR PRODUCTION NO. 53:**

5       Machado objects to this Request on the following grounds:

6      • the Request potentially seeks the production of documents protected by the

7       attorney-client privilege and/or work product doctrine

8      • Machado invokes his Fifth Amendment privilege to be free from self

9       incrimination, and on that ground refuses to produce any document if that

10       production has a testimonial effect and which might tend to incriminate

11       him

12      • the Request seeks documents that are already in the possession of Mattel,

13       its agents or its attorneys

14      • the Request potentially seeks documents in the possession and control of

15       MGA, which Machado will not produce, as those documents are readily

16       available to Mattel through its discovery requests to MGA in the

17       consolidated action

18       Subject to the General Objections and foregoing objections, Machado will

19    produce any relevant, responsive and non-privileged documents in his exclusive

20    possession or control, that have not already been turned over to Mattel, its agents or

21    its attorneys, that can be identified after conducting a diligent and good faith search.

22    **REQUEST FOR PRODUCTION NO. 54:**

23       ALL DOCUMENTS that REFER or RELATE to the search by Mexican

24    authorities of MGA's offices in Mexico City, Mexico.

25    **RESPONSE TO REQUEST FOR PRODUCTION NO. 54:**

26       Machado objects to this Request on the following grounds:

27      • the Request potentially seeks the production of documents protected by the

28       attorney-client privilege and/or work product doctrine

EXHIBIT __3__

PAGE __02__

- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him

- the Request seeks documents that are already in the possession of Mattel, its agents or its attorneys

- the Request potentially seeks documents in the possession and control of MGA, which Machado will not produce, as those documents are readily available to Mattel through its discovery requests to MGA in the consolidated action

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or its attorneys, that can be identified after conducting a diligent and good faith search.

**REQUEST FOR PRODUCTION NO. 55:**

ALL DOCUMENTS that REFER or RELATE to the DOCUMENTS, data or information that was seized by Mexican authorities from MGA's offices in Mexico City, Mexico, including the DOCUMENTS, data or things seized.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 55:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine

- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him

- the Request seeks documents that are already in the possession of Mattel, its agents or its attorneys

EXHIBIT **3**
PAGE **63**

1     •   the Request potentially seeks documents in the possession and control of

2        MGA, which Machado will not produce, as those documents are readily

3        available to Mattel through its discovery requests to MGA in the

4        consolidated action

5      Subject to the General Objections and foregoing objections, Machado will

6 produce any relevant, responsive and non-privileged documents in his exclusive

7 possession or control, that have not already been turned over to Mattel, its agents or

8 its attorneys, that can be identified after conducting a diligent and good faith search.

9 **REQUEST FOR PRODUCTION NO. 56:**

10      ALL DOCUMENTS that REFER or RELATE to efforts to destroy, disable or

11 otherwise interfere with the ability to access any MATTEL computer or electronic

12 storage device.

13 **RESPONSE TO REQUEST FOR PRODUCTION NO. 56:**

14      Machado objects to this Request on the following grounds:

15     •   the Request potentially seeks the production of documents protected by the

16        attorney-client privilege and/or work product doctrine

17     •   Machado invokes his Fifth Amendment privilege to be free from self

18        incrimination, and on that ground refuses to produce any document if that

19        production has a testimonial effect and which might tend to incriminate

20        him

21     •   the Request seeks documents that are already in the possession of Mattel,

22        its agents or its attorneys

23     •   the Request as worded asserts, or requires Machado to assume, a factual

24        predicate or state of affairs which is incorrect or untrue

25      In light of the General Objections and foregoing objections, Machado will not

26 produce any documents in response to this Request.

                                EXHIBIT **3**

27 **REQUEST FOR PRODUCTION NO. 57:**

                                PAGE **64**

28      ALL MATTEL authored DOCUMENTS referenced or used by YOU or any

1 | other MGA employee, including but not limited to TRUEBA and VARGAS.

2 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 57:**

3 |     Machado objects to this Request on the following grounds:

4-5 | • the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine

6-9 | • Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him

10-11 | • the Request seeks documents that are already in the possession of Mattel, its agents or its attorneys

12-13 | • the phrase "Mattel authored" is vague, ambiguous, undefined and subject to varying interpretations

14-17 | • the Request potentially seeks documents in the possession and control of MGA, which Machado will not produce, as those documents are readily available to Mattel through its discovery requests to MGA in the consolidated action

18-19 | • the Request as worded asserts, or requires Machado to assume, a factual predicate or state of affairs which is incorrect or untrue

20-21 |     In light of the General Objections and foregoing objections, Machado will not produce any documents in response to this Request.

22 | **REQUEST FOR PRODUCTION NO. 58:**

23-24 |     ALL DOCUMENTS YOU delivered or provided to or shared with MGA before October 27, 2005.

25 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 58:**

26 |     Machado objects to this Request on the following grounds:

27-28 | • the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine

EXHIBIT **3**
PAGE **65**

47

1    •   Machado invokes his Fifth Amendment privilege to be free from self
2       incrimination, and on that ground refuses to produce any document if that
3       production has a testimonial effect and which might tend to incriminate
4       him
5    •   the Request seeks documents that are already in the possession of Mattel,
6       its agents or its attorneys
7    •   the Request is overly broad, burdensome and/or harassing
8    •   the Request seeks documents that are neither relevant nor reasonably
9       calculated to lead to the discovery of admissible evidence
10    •   the Request potentially seeks documents in the possession and control of
11       MGA, which Machado will not produce, as those documents are readily
12       available to Mattel through its discovery requests to MGA in the
13       consolidated action

14      Subject to the General Objections and foregoing objections, Machado will

15 produce any relevant, responsive and non-privileged documents in his exclusive

16 possession or control, that have not already been turned over to Mattel, its agents or

17 its attorneys, that can be identified after conducting a diligent and good faith search.

18 **REQUEST FOR PRODUCTION NO. 59:**

19      ALL DOCUMENTS YOU delivered or provided to or shared with Isaac

20 Larian before October 27, 2005.

21 **RESPONSE TO REQUEST FOR PRODUCTION NO. 59:**

22      Machado objects to this Request on the following grounds:

23    •   the Request potentially seeks the production of documents protected by the
24       attorney-client privilege and/or work product doctrine

25    •   Machado invokes his Fifth Amendment privilege to be free from self
26       incrimination, and on that ground refuses to produce any document if that
27       production has a testimonial effect and which might tend to incriminate
28       him

EXHIBIT **3**

PAGE **66**

48

1  • the Request seeks documents that are already in the possession of Mattel,
2     its agents or its attorneys
3  • the Request is overly broad, burdensome and/or harassing
4  • the Request seeks documents that are neither relevant nor reasonably
5     calculated to lead to the discovery of admissible evidence
6  • the Request potentially seeks documents in the possession and control of
7     MGA, which Machado will not produce, as those documents are readily
8     available to Mattel through its discovery requests to MGA in the
9     consolidated action

10     Subject to the General Objections and foregoing objections, Machado will
11  produce any relevant, responsive and non-privileged documents in his exclusive
12  possession or control, that have not already been turned over to Mattel, its agents or
13  its attorneys, that can be identified after conducting a diligent and good faith search.

14  **REQUEST FOR PRODUCTION NO. 60:**

15     ALL DOCUMENTS YOU delivered or provided to or shared with Susana
16  Kuemmerle before October 27, 2005.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 60:**

18     Machado objects to this Request on the following grounds:
19  • the Request potentially seeks the production of documents protected by the
20     attorney-client privilege and/or work product doctrine
21  • Machado invokes his Fifth Amendment privilege to be free from self
22     incrimination, and on that ground refuses to produce any document if that
23     production has a testimonial effect and which might tend to incriminate
24     him
25  • the Request seeks documents that are already in the possession of Mattel,
26     its agents or its attorneys
27  • the Request is overly broad, burdensome and/or harassing
28  • the Request seeks documents that are neither relevant nor reasonably

EXHIBIT **3**
PAGE __**67**__

49

1   calculated to lead to the discovery of admissible evidence

2   • the Request potentially seeks documents in the possession and control of

3      MGA, which Machado will not produce, as those documents are readily

4      available to Mattel through its discovery requests to MGA in the

5      consolidated action

6   Subject to the General Objections and foregoing objections, Machado will

7   produce any relevant, responsive and non-privileged documents in his exclusive

8   possession or control, that have not already been turned over to Mattel, its agents or

9   its attorneys, that can be identified after conducting a diligent and good faith search.

10  **REQUEST FOR PRODUCTION NO. 61:**

11  ALL DOCUMENTS TRUEBA delivered or provided to or shared with MGA

12  before October 27, 2005.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 61:**

14  Machado objects to this Request on the following grounds:

15  • the Request potentially seeks the production of documents protected by the

16     attorney-client privilege and/or work product doctrine

17  • Machado invokes his Fifth Amendment privilege to be free from self

18     incrimination, and on that ground refuses to produce any document if that

19     production has a testimonial effect and which might tend to incriminate

20     him

21  • the Request seeks documents that are already in the possession of Mattel,

22     its agents or its attorneys

23  • the Request is overly broad, burdensome and/or harassing

24  • the Request seeks documents that are neither relevant nor reasonably

25     calculated to lead to the discovery of admissible evidence

26  • the Request potentially seeks documents in the possession and control of

27     MGA, which Machado will not produce, as those documents are readily

28     available to Mattel through its discovery requests to MGA in the

EXHIBIT **3**
PAGE **68**

1    consolidated action

2    Subject to the General Objections and foregoing objections, Machado will

3    produce any relevant, responsive and non-privileged documents in his exclusive

4    possession or control, that have not already been turned over to Mattel, its agents or

5    its attorneys, that can be identified after conducting a diligent and good faith search.

6    **REQUEST FOR PRODUCTION NO. 62:**

7    ALL DOCUMENTS TRUEBA delivered or provided to or shared with Isaac

8    Larian before October 27, 2005.

9    **RESPONSE TO REQUEST FOR PRODUCTION NO. 62:**

10   Machado objects to this Request on the following grounds:

11   • the Request potentially seeks the production of documents protected by the

12   attorney-client privilege and/or work product doctrine

13   • Machado invokes his Fifth Amendment privilege to be free from self

14   incrimination, and on that ground refuses to produce any document if that

15   production has a testimonial effect and which might tend to incriminate

16   him

17   • the Request seeks documents that are already in the possession of Mattel,

18   its agents or its attorneys

19   • the Request is overly broad, burdensome and/or harassing

20   • the Request seeks documents that are neither relevant nor reasonably

21   calculated to lead to the discovery of admissible evidence

22   • the Request potentially seeks documents in the possession and control of

23   MGA, which Machado will not produce, as those documents are readily

24   available to Mattel through its discovery requests to MGA in the

25   consolidated action

26   Subject to the General Objections and foregoing objections, Machado will

27   produce any relevant, responsive and non-privileged documents in his exclusive

28   possession or control, that have not already been turned over to Mattel, its agents or

51

EXHIBIT **3**

PAGE **69**

1  its attorneys, that can be identified after conducting a diligent and good faith search.

2  **REQUEST FOR PRODUCTION NO. 63:**

3       ALL DOCUMENTS TRUEBA delivered or provided to or shared with

4  Susana Kuemmerle before October 27, 2005.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 63:**

6       Machado objects to this Request on the following grounds:

7  • the Request potentially seeks the production of documents protected by the

8     attorney-client privilege and/or work product doctrine

9  • Machado invokes his Fifth Amendment privilege to be free from self

10    incrimination, and on that ground refuses to produce any document if that

11    production has a testimonial effect and which might tend to incriminate

12    him

13  • the Request seeks documents that are already in the possession of Mattel,

14    its agents or its attorneys

15  • the Request is overly broad, burdensome and/or harassing

16  • the Request seeks documents that are neither relevant nor reasonably

17    calculated to lead to the discovery of admissible evidence

18  • the Request potentially seeks documents in the possession and control of

19    MGA, which Machado will not produce, as those documents are readily

20    available to Mattel through its discovery requests to MGA in the

21    consolidated action

22       Subject to the General Objections and foregoing objections, Machado will

23  produce any relevant, responsive and non-privileged documents in his exclusive

24  possession or control, that have not already been turned over to Mattel, its agents or

25  its attorneys, that can be identified after conducting a diligent and good faith search.

26  **REQUEST FOR PRODUCTION NO. 64:**

27       ALL DOCUMENTS VARGAS delivered or provided to or shared with MGA

28  before October 27, 2005.

EXHIBIT **3**
PAGE __**70**__

**RESPONSE TO REQUEST FOR PRODUCTION NO. 64:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him
- the Request seeks documents that are already in the possession of Mattel, its agents or its attorneys
- the Request is overly broad, burdensome and/or harassing
- the Request seeks documents that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence
- the Request potentially seeks documents in the possession and control of MGA, which Machado will not produce, as those documents are readily available to Mattel through its discovery requests to MGA in the consolidated action

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or its attorneys, that can be identified after conducting a diligent and good faith search.

**REQUEST FOR PRODUCTION NO. 65:**

ALL DOCUMENTS VARGAS delivered or provided to or shared with Isaac Larian before October 27, 2005.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 65:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine

EXHIBIT __3__

PAGE __71__

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him
- the Request seeks documents that are already in the possession of Mattel, its agents or its attorneys
- the Request is overly broad, burdensome and/or harassing
- the Request seeks documents that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence
- the Request potentially seeks documents in the possession and control of MGA, which Machado will not produce, as those documents are readily available to Mattel through its discovery requests to MGA in the consolidated action

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or its attorneys, that can be identified after conducting a diligent and good faith search.

**REQUEST FOR PRODUCTION NO. 66:**

ALL DOCUMENTS VARGAS delivered or provided to or shared with Susana Kuemmerle before October 27, 2005.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 66:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine
- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him

EXHIBIT __3__

PAGE __12__

1  • the Request seeks documents that are already in the possession of Mattel,
2    its agents or its attorneys
3  • the Request is overly broad, burdensome and/or harassing
4  • the Request seeks documents that are neither relevant nor reasonably
5    calculated to lead to the discovery of admissible evidence
6  • the Request potentially seeks documents in the possession and control of
7    MGA, which Machado will not produce, as those documents are readily
8    available to Mattel through its discovery requests to MGA in the
9    consolidated action
10    Subject to the General Objections and foregoing objections, Machado will
11 produce any relevant, responsive and non-privileged documents in his exclusive
12 possession or control, that have not already been turned over to Mattel, its agents or
13 its attorneys, that can be identified after conducting a diligent and good faith search.

14 **REQUEST FOR PRODUCTION NO. 67:**

15    DOCUMENTS sufficient to show all e-mail addresses created, used, accessed
16 or monitored by YOU since April 1, 1997.

17 **RESPONSE TO REQUEST FOR PRODUCTION NO. 67:**

18    Machado objects to this Request on the following grounds:
19  • the Request potentially seeks the production of documents protected by the
20    attorney-client privilege and/or work product doctrine
21  • Machado invokes his Fifth Amendment privilege to be free from self
22    incrimination, and on that ground refuses to produce any document if that
23    production has a testimonial effect and which might tend to incriminate
24    him
25  • the Request seeks documents that are already in the possession of Mattel,
26    its agents or its attorneys
27  • the Request as worded is overly broad, unduly burdensome and oppressive
28    in part because it contains no reasonable time limit

55

EXHIBIT __3__

PAGE __13__

1  In light of the General Objections and foregoing objections, Machado will not
2  produce any documents in response to this Request.

3  **REQUEST FOR PRODUCTION NO. 68:**

4  ALL DOCUMENTS that REFER or RELATE to ANY travel by YOU to Los
5  Angeles, California between January 1, 2004 and April 20, 2004.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 68:**

7  Machado objects to this Request on the following grounds:

8  • the Request potentially seeks the production of documents protected by the
9    attorney-client privilege and/or work product doctrine

10 • Machado invokes his Fifth Amendment privilege to be free from self
11   incrimination, and on that ground refuses to produce any document if that
12   production has a testimonial effect and which might tend to incriminate
13   him

14 • the Request seeks documents that are already in the possession of Mattel,
15   its agents or its attorneys

16 • the Request as worded is overly broad, unduly burdensome and oppressive

17 • the Request as worded asserts, or requires Machado to assume, a factual
18   predicate or state of affairs which is incorrect or untrue

19 In light of the General Objections and foregoing objections, Machado will not
20 produce any documents in response to this Request.

21 **REQUEST FOR PRODUCTION NO. 69:**

22 ALL DOCUMENTS that REFER or RELATE to ANY travel by TRUEBA to
23 Los Angeles, California between January 1, 2004 and April 20, 2004.

24 **RESPONSE TO REQUEST FOR PRODUCTION NO. 69:**

25 Machado objects to this Request on the following grounds:

26 • the Request potentially seeks the production of documents protected by the
27   attorney-client privilege and/or work product doctrine

28 • Machado invokes his Fifth Amendment privilege to be free from self

56

EXHIBIT **3**

PAGE ___ **74**

1   incrimination, and on that ground refuses to produce any document if that

2   production has a testimonial effect and which might tend to incriminate

3   him

4   • the Request seeks documents that are already in the possession of Mattel,

5   its agents or its attorneys

6   • the Request as worded is overly broad, unduly burdensome and oppressive

7   Subject to the General Objections and foregoing objections, Machado will

8   produce any relevant, responsive and non-privileged documents in his exclusive

9   possession or control, that have not already been turned over to Mattel, its agents or

10  its attorneys, that can be identified after conducting a diligent and good faith search.

11  **REQUEST FOR PRODUCTION NO. 70:**

12  ALL DOCUMENTS that REFER or RELATE to ANY travel by TRUEBA to

13  Los Angeles, California between January 1, 2004 and April 20, 2004.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 70:**

15  Machado objects to this Request on the following grounds:

16  • the Request potentially seeks the production of documents protected by the

17  attorney-client privilege and/or work product doctrine

18  • Machado invokes his Fifth Amendment privilege to be free from self

19  incrimination, and on that ground refuses to produce any document if that

20  production has a testimonial effect and which might tend to incriminate

21  him

22  • the Request seeks documents that are already in the possession of Mattel,

23  its agents or its attorneys

24  • the Request as worded is overly broad, unduly burdensome and oppressive

25  Subject to the General Objections and foregoing objections, Machado will

26  produce any relevant, responsive and non-privileged documents in his exclusive

27  possession or control, that have not already been turned over to Mattel, its agents or

28  its attorneys, that can be identified after conducting a diligent and good faith search.

EXHIBIT 3

PAGE 75

1   **REQUEST FOR PRODUCTION NO. 71:**

2        ALL DOCUMENTS that REFER or RELATE to meetings between YOU and

3   MGA prior to April 20, 2004, including without limitation notes or records that

4   REFER or RELATE to ANY such meetings.

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 71:**

6        Machado objects to this Request on the following grounds:

7      • the Request potentially seeks the production of documents protected by the

8        attorney-client privilege and/or work product doctrine

9      • Machado invokes his Fifth Amendment privilege to be free from self

10       incrimination, and on that ground refuses to produce any document if that

11       production has a testimonial effect and which might tend to incriminate

12       him

13     • the Request potentially seeks documents in the possession and control of

14       MGA, which Machado will not produce, as those documents are readily

15       available to Mattel through its discovery requests to MGA in the

16       consolidated action

17       Subject to the General Objections and foregoing objections, Machado will

18  produce any relevant, responsive and non-privileged documents in his exclusive

19  possession or control, that have not already been turned over to Mattel, its agents or

20  its attorneys, that can be identified after conducting a diligent and good faith search.

21  **REQUEST FOR PRODUCTION NO. 72:**

22       ALL DOCUMENTS that REFER or RELATE to meetings between YOU and

23  Susana Kuemmerle prior to April 20, 2004, including without limitation notes or

24  records that REFER or RELATE to ANY such meetings.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 72:**

26       Machado objects to this Request on the following grounds:

27     • the Request potentially seeks the production of documents protected by the

28       attorney-client privilege and/or work product doctrine

EXHIBIT **3**

PAGE __ **76**

1     •   Machado invokes his Fifth Amendment privilege to be free from self
2       incrimination, and on that ground refuses to produce any document if that
3       production has a testimonial effect and which might tend to incriminate
4       him
5     •   the Request seeks documents that are already in the possession of Mattel,
6       its agents or its attorneys
7     •   the Request as worded is overly broad, unduly burdensome and oppressive
8     •   the Request potentially seeks documents in the possession and control of
9       MGA, which Machado will not produce, as those documents are readily
10      available to Mattel through its discovery requests to MGA in the
11      consolidated action
12      Subject to the General Objections and foregoing objections, Machado will
13 produce any relevant, responsive and non-privileged documents in his exclusive
14 possession or control, that have not already been turned over to Mattel, its agents or
15 its attorneys, that can be identified after conducting a diligent and good faith search.
16 **REQUEST FOR PRODUCTION NO. 73:**
17      ALL DOCUMENTS that REFER or RELATE to meetings between YOU and
18 Isaac Larian prior to April 20, 2004, including without limitation notes or records
19 that REFER or RELATE to ANY such meetings.
20 **RESPONSE TO REQUEST FOR PRODUCTION NO. 73:**
21      Machado objects to this Request on the following grounds:
22     •   the Request potentially seeks the production of documents protected by the
23       attorney-client privilege and/or work product doctrine
24     •   Machado invokes his Fifth Amendment privilege to be free from self
25       incrimination, and on that ground refuses to produce any document if that
26       production has a testimonial effect and which might tend to incriminate
27       him
28     •   the Request potentially seeks documents in the possession and control of

1  MGA, which Machado will not produce, as those documents are readily
2  available to Mattel through its discovery requests to MGA in the
3  consolidated action

4  Subject to the General Objections and foregoing objections, Machado will
5  produce any relevant, responsive and non-privileged documents in his exclusive
6  possession or control, that have not already been turned over to Mattel, its agents or
7  its attorneys, that can be identified after conducting a diligent and good faith search.

8  **REQUEST FOR PRODUCTION NO. 74:**

9  ALL DOCUMENTS that REFER or RELATE to meetings between
10  TRUEBA and MGA prior to April 20, 2004, including without limitation notes or
11  records that REFER or RELATE to ANY such meetings.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 74:**

13  Machado objects to this Request on the following grounds:

14  • the Request potentially seeks the production of documents protected by the
15  attorney-client privilege and/or work product doctrine

16  • Machado invokes his Fifth Amendment privilege to be free from self
17  incrimination, and on that ground refuses to produce any document if that
18  production has a testimonial effect and which might tend to incriminate
19  him

20  • the Request potentially seeks documents in the possession and control of
21  MGA, which Machado will not produce, as those documents are readily
22  available to Mattel through its discovery requests to MGA in the
23  consolidated action

24  Subject to the General Objections and foregoing objections, Machado will
25  produce any relevant, responsive and non-privileged documents in his exclusive
26  possession or control, that have not already been turned over to Mattel, its agents or
27  its attorneys, that can be identified after conducting a diligent and good faith search.

28  **REQUEST FOR PRODUCTION NO. 75:**

EXHIBIT **3**

PAGE **78**

1  ALL DOCUMENTS that REFER or RELATE to meetings between

2  TRUEBA and Susana Kuemmerle prior to April 20, 2004, including without

3  limitation notes or records that REFER or RELATE to ANY such meetings.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 75:**

5      Machado objects to this Request on the following grounds:

6  • the Request potentially seeks the production of documents protected by the

7      attorney-client privilege and/or work product doctrine

8  • Machado invokes his Fifth Amendment privilege to be free from self

9      incrimination, and on that ground refuses to produce any document if that

10     production has a testimonial effect and which might tend to incriminate

11     him

12 • the Request seeks documents that are already in the possession of Mattel,

13     its agents or its attorneys

14 • the Request as worded is overly broad, unduly burdensome and oppressive

15 • the Request potentially seeks documents in the possession and control of

16     MGA, which Machado will not produce, as those documents are readily

17     available to Mattel through its discovery requests to MGA in the

18     consolidated action

19     Subject to the General Objections and foregoing objections, Machado will

20 produce any relevant, responsive and non-privileged documents in his exclusive

21 possession or control, that have not already been turned over to Mattel, its agents or

22 its attorneys, that can be identified after conducting a diligent and good faith search.

23 **REQUEST FOR PRODUCTION NO. 76:**

24     ALL DOCUMENTS that REFER or RELATE to meetings between

25 TRUEBA and Isaac Larian prior to April 20, 2004, including without limitation

26 notes or records that REFER or RELATE to ANY such meetings.

27 **RESPONSE TO REQUEST FOR PRODUCTION NO. 76:**

28     Machado objects to this Request on the following grounds:

EXHIBIT  **3**

PAGE  **79**

61

1       • the Request potentially seeks the production of documents protected by the

2         attorney-client privilege and/or work product doctrine

3       • Machado invokes his Fifth Amendment privilege to be free from self

4         incrimination, and on that ground refuses to produce any document if that

5         production has a testimonial effect and which might tend to incriminate

6         him

7       • the Request potentially seeks documents in the possession and control of

8         MGA, which Machado will not produce, as those documents are readily

9         available to Mattel through its discovery requests to MGA in the

10        consolidated action

11     Subject to the General Objections and foregoing objections, Machado will

12 produce any relevant, responsive and non-privileged documents in his exclusive

13 possession or control, that have not already been turned over to Mattel, its agents or

14 its attorneys, that can be identified after conducting a diligent and good faith search.

15 **REQUEST FOR PRODUCTION NO. 77:**

16     ALL DOCUMENTS that REFER or RELATE to meetings between

17 VARGAS and MGA prior to April 20, 2004, including without limitation notes or

18 records that REFER or RELATE to ANY such meetings.

19 **RESPONSE TO REQUEST FOR PRODUCTION NO. 77:**

20     Machado objects to this Request on the following grounds:

21       • the Request potentially seeks the production of documents protected by the

22         attorney-client privilege and/or work product doctrine

23       • Machado invokes his Fifth Amendment privilege to be free from self

24         incrimination, and on that ground refuses to produce any document if that

25         production has a testimonial effect and which might tend to incriminate

26         him

27       • the Request potentially seeks documents in the possession and control of

28         MGA, which Machado will not produce, as those documents are readily

1      available to Mattel through its discovery requests to MGA in the

2      consolidated action

3     Subject to the General Objections and foregoing objections, Machado will

4 produce any relevant, responsive and non-privileged documents in his exclusive

5 possession or control, that have not already been turned over to Mattel, its agents or

6 its attorneys, that can be identified after conducting a diligent and good faith search.

7 **REQUEST FOR PRODUCTION NO. 78:**

8     ALL DOCUMENTS that REFER or RELATE to meetings between

9 VARGAS and Susan Kuemmerle prior to April 20, 2004, including without

10 limitation notes or records that REFER or RELATE to ANY such meetings.

11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 78:**

12     Machado objects to this Request on the following grounds:

13     •  the Request potentially seeks the production of documents protected by the

14        attorney-client privilege and/or work product doctrine

15     •  Machado invokes his Fifth Amendment privilege to be free from self

16        incrimination, and on that ground refuses to produce any document if that

17        production has a testimonial effect and which might tend to incriminate

18        him

19     •  the Request seeks documents that are already in the possession of Mattel,

20        its agents or its attorneys

21     •  the Request potentially seeks documents in the possession and control of

22        MGA, which Machado will not produce, as those documents are readily

23        available to Mattel through its discovery requests to MGA in the

24        consolidated action

25     Subject to the General Objections and foregoing objections, Machado will

26 produce any relevant, responsive and non-privileged documents in his exclusive

27 possession or control, that have not already been turned over to Mattel, its agents or

28 its attorneys, that can be identified after conducting a diligent and good faith search.

EXHIBIT **3**

PAGE **81**

**REQUEST FOR PRODUCTION NO. 79:**

ALL DOCUMENTS that REFER or RELATE to meetings between VARGAS and Isaac Larian prior to April 20, 2004, including without limitation notes or records that REFER or RELATE to ANY such meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 79:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine

- Machado invokes his Fifth Amendment privilege to be free from self incrimination, and on that ground refuses to produce any document if that production has a testimonial effect and which might tend to incriminate him

- the Request potentially seeks documents in the possession and control of MGA, which Machado will not produce, as those documents are readily available to Mattel through its discovery requests to MGA in the consolidated action

Subject to the General Objections and foregoing objections, Machado will produce any relevant, responsive and non-privileged documents in his exclusive possession or control, that have not already been turned over to Mattel, its agents or its attorneys, that can be identified after conducting a diligent and good faith search.

**REQUEST FOR PRODUCTION NO. 80:**

ALL COMMUNICATIONS between YOU and any PERSON RELATING TO the retention or destruction of DOCUMENTS or DIGITAL INFORMATION between January 1, 2003 and the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 80:**

Machado objects to this Request on the following grounds:

- the Request potentially seeks the production of documents protected by the attorney-client privilege and/or work product doctrine

64

EXHIBIT **3**

PAGE **82**

1   • Machado invokes his Fifth Amendment privilege to be free from self
2   incrimination, and on that ground refuses to produce any document if that
3   production has a testimonial effect and which might tend to incriminate
4   him

5   • the Request as worded is nonsensical

6   • the Request as worded asserts, or requires Machado to assume, a factual
7   predicate or state of affairs which is incorrect or untrue

8   • the Request potentially seeks documents in the possession and control of
9   MGA, which Machado will not produce, as those documents are readily
10  available to Mattel through its discovery requests to MGA in the
11  consolidated action

12  In light of the General Objections and foregoing objections, Machado will not
13  produce any documents in response to this Request.

14  **REQUEST FOR PRODUCTION NO. 81:**

15  All DOCUMENTS RELATING TO any facts underlying any of YOUR
16  defenses in this ACTION.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 81:**

18  Machado objects to this Request on the following grounds:

19  • the Request potentially seeks the production of documents protected by the
20  attorney-client privilege and/or work product doctrine

21  • Machado invokes his Fifth Amendment privilege to be free from self
22  incrimination, and on that ground refuses to produce any document if that
23  production has a testimonial effect and which might tend to incriminate
24  him

25  • the Request seeks documents that are already in the possession of Mattel,
26  its agents or its attorneys

27  • the Request potentially seeks documents in the possession and control of
28  MGA, which Machado will not produce, as those documents are readily

65

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT 3
PAGE 83

1    available to Mattel through its discovery requests to MGA in the
2    consolidated action

3    Subject to the General Objections and foregoing objections, Machado will
4    produce any relevant, responsive and non-privileged documents in his exclusive
5    possession or control, that have not already been turned over to Mattel, its agents or
6    its attorneys, that can be identified after conducting a diligent and good faith search.

7    **REQUEST FOR PRODUCTION NO. 82:**

8    All DOCUMENTS RELATING TO any facts underlying the claims for relief
9    in MATTEL's Complaint (including without limitation its Counterclaims) against
10   YOU or any other PERSON in this ACTION.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 82:**

12   Machado objects to this Request on the following grounds:

13   • the Request potentially seeks the production of documents protected by the
14     attorney-client privilege and/or work product doctrine

15   • Machado invokes his Fifth Amendment privilege to be free from self
16     incrimination, and on that ground refuses to produce any document if that
17     production has a testimonial effect and which might tend to incriminate
18     him

19   • the Request seeks documents that are already in the possession of Mattel,
20     its agents or its attorneys

21   • the Request as worded asserts, or requires Machado to reach, a legal
22     conclusion regarding Mattel's claims against others

23   • the Request potentially seeks documents in the possession and control of
24     MGA, which Machado will not produce, as those documents are readily
25     available to Mattel through its discovery requests to MGA in the
26     consolidated action

27   In light of the General Objections and foregoing objections, Machado will not
28   produce any documents in response to this Request, apart from what has been

66

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT __3__

PAGE __84__

1  produced in response to prior requests.

2  **REQUEST FOR PRODUCTION NO. 83:**

3      An electronic copy of each DOCUMENT that YOU have produced in this

4  action, or that is responsive to these Requests, that is or was created, prepared,

5  generated, maintained or transmitted in digital form.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 83:**

7      Machado objects to this Request on the following grounds:

8      • the Request potentially seeks the production of documents protected by the

9          attorney-client privilege and/or work product doctrine

10     • Machado invokes his Fifth Amendment privilege to be free from self

11         incrimination, and on that ground refuses to produce any document if that

12         production has a testimonial effect and which might tend to incriminate

13         him

14     • the Request seeks documents that are already in the possession of Mattel,

15         its agents or its attorneys

16     • the Request potentially seeks documents in the possession and control of

17         MGA, which Machado will not produce, as those documents are readily

18         available to Mattel through its discovery requests to MGA in the

19         consolidated action

20     Subject to the General Objections and foregoing objections, Machado will

21  produce any relevant, responsive and non-privileged documents in his exclusive

22  possession or control, that have not already been turned over to Mattel, its agents or

23  its attorneys, that can be identified after conducting a diligent and good faith search.

24  **REQUEST FOR PRODUCTION NO. 84:**

25      The metadata for each DOCUMENT that YOU have produced in this action,

26  or that is responsive to these Requests, that is or was created, prepared, generated,

27  maintained or transmitted in digital form.

28  **RESPONSE TO REQUEST FOR PRODUCTION NO. 84:**

1   Machado objects to this Request on the following grounds:

2   • the Request potentially seeks the production of documents protected by the
3   attorney-client privilege and/or work product doctrine

4   • Machado invokes his Fifth Amendment privilege to be free from self
5   incrimination, and on that ground refuses to produce any document if that
6   production has a testimonial effect and which might tend to incriminate
7   him

8   • the Request seeks documents that are already in the possession of Mattel,
9   its agents or its attorneys

10  • the Request potentially seeks documents in the possession and control of
11  MGA, which Machado will not produce, as those documents are readily
12  available to Mattel through its discovery requests to MGA in the
13  consolidated action

14  Subject to the General Objections and foregoing objections, Machado will
15  produce any relevant, responsive and non-privileged documents in his exclusive
16  possession or control, that have not already been turned over to Mattel, its agents or
17  its attorneys, that can be identified after conducting a diligent and good faith search.

18  **REQUEST FOR PRODUCTION NO. 85:**

19  To the extent not produced in response to any other Request for Production,
20  all DOCUMENTS and tangible things upon which YOU intend to rely in this
21  ACTION.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 85:**

23  Machado objects to this Request on the following grounds:

24  • the Request potentially seeks the production of documents protected by the
25  attorney-client privilege and/or work product doctrine

26  • Machado invokes his Fifth Amendment privilege to be free from self
27  incrimination, and on that ground refuses to produce any document if that
28  production has a testimonial effect and which might tend to incriminate

CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

EXHIBIT   **3**

PAGE ___   **86**

1    him

2    • the Request seeks documents that are already in the possession of Mattel,

3        its agents or its attorneys

4    • the Request potentially seeks documents in the possession and control of

5        MGA, which Machado will not produce, as those documents are readily

6        available to Mattel through its discovery requests to MGA in the

7        consolidated action

8        Subject to the General Objections and foregoing objections, Machado will

9    produce any relevant, responsive and non-privileged documents in his exclusive

10   possession or control, that have not already been turned over to Mattel, its agents or

11   its attorneys, that can be identified after conducting a diligent and good faith search.

12   DATED: October 15, 2007          OVERLAND BORENSTEIN SCHEPER &
                                      KIM LLP
13                                    ALEXANDER H. COTE

14

15

16                          By: _____

17                                    Alexander H. Cote
                                      Attorneys for Carlos Gustavo Machado
18                                    Gomez

19

20

21

22

23

24

25

26

27                                    EXHIBIT __3__

28                                    PAGE __87__

                                69
CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO
MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

1

<u>**PROOF OF SERVICE**</u>

2 **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3          At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of Los Angeles, State of California. My
4 business address is 1055 W. 7th Street, Suite 2750, Los Angeles, Ca 90017.

5          On October 15, 2007, I served true copies of the following document(s) described as **CARLOS GUSTAVO MACHADO GOMEZ'S OBJECTIONS TO**
6 **MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS** on the interested parties in this action as follows:
7
B. Dylan Proctor
8 Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street
9 10th Floor
Los Angeles, CA 90017
10
**BY PERSONAL SERVICE:** I personally delivered the document(s) to the person
11 being at the addresses listed in the Service List. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the
12 documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party,
13 delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the
14 morning and six in the evening.

15          I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office
16 of a member of the bar of this Court at whose direction the service was made.

17          Executed on October 15, 2007, at Los Angeles, California.

18

19

20          STEVE ICKISER
21          PRINT NAME

22

23

24

25

26

27

28

EXHIBIT **3**
PAGE **88**