QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>       Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>       Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>**[PUBLIC REDACTED] DECLARATION OF JAMES J. WEBSTER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION TO QUASH SUBPOENA ISSUED BY MATTEL, INC. TO BINGHAM MCCUTCHEN LLP**<br><br>Hearing Date:    TBD<br>Time:           TBD<br>Place:          Arent Fox, LLP<br>               555 West Fifth Street<br>               48th Floor<br>               Los Angeles, CA 90013<br><br>**Phase 2:**<br>Disc. Cut-off:    December 11, 2009<br>Pre-trial Conf.:   March 1, 2010<br>Trial Date:      March 23, 2010 |

07975/2814724.1

I, James J. Webster, declare as follows:

1.     I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel").   I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.     On February 12, 2009, Mattel served a subpoena on Bingham McCutchen LLP ("Bingham"), which represents several of the third-party entities in this action, including Omni 808 Investors, LLC, Vision Capital, LLC and Lexington Financial, LLC.   Attached as Exhibit 1 is a true and correct copy of Mattel, Inc.'s Subpoena to Bingham McCutchen LLP, dated February 12, 2009.

3.     Omni 808 lists Bingham's Los Angeles office, 355 South Grand Avenue, Suite 4400, Los Angeles, CA 90071, as its registered address with the California Secretary of State.   Attached as Exhibit 2 is a true and correct copy of Omni 808 Investors, LLC's Registration Information, as accessed on March 1, 2009.

4.     In a letter to Mattel's counsel dated February 20, 2009, Bingham demanded that Mattel withdraw the subpoena and requested a meet and confer to discuss an anticipated motion to quash.   Attached as Exhibit 3 is a true and correct copy of the Letter from Peter Villar to Jon Corey, dated February 20, 2009.

5.     In a letter to Bingham of February 23, 2009, Mattel requested a meet and confer in advance of Mattel's contemplated motion to compel.   In that letter, Mattel informed Bingham of Judge Larson's and the former Discovery Master's Orders holding documents and information relating to payment of legal fees to be non-privileged and relevant and thus discoverable and provided Bingham with copies of them.   Attached as Exhibit 4 is a true and correct copy of the Letter from Jon Corey to Peter Villar, dated February 23, 2009.

6.     On February 25, 2009, I met and conferred with Peter Villar and Todd Gordinier, counsel for Bingham.   During that conference, Bingham refused to

07975/2814724.1

-1-

substantively discuss Mattel's requests or Mattel's contemplated motion to compel, contending that any such discussion was "premature."   Additionally, Bingham refused to stipulate that, in the event its motion to quash is denied by the Discovery Master, it will produce the requested non-privileged documents accompanied by a privilege log.

7.   On February 26, 2009, I sent a letter to Bingham, renewing Mattel's request that Bingham so stipulate in order to avoid the need for Mattel to bring a motion to compel.   Attached as Exhibit 5 is a true and correct copy of my letter to Peter Villar, dated February 26, 2009.

8.   As of the date of this declaration, Bingham has not responded to my request for a stipulation.

9.   On February 25, 2009, Bingham filed its Motion to Quash Mattel's subpoena but has served no objections to the subpoena.

10.   Attached as Exhibit 6 is a true and correct copy of Mattel, Inc.'s Motion to Compel Production of Documents Responsive to Third-Party Subpoenas, dated February 3, 2009.

11.   Attached as Exhibit 7 is a true and correct copy of Mattel, Inc.'s Opposition to the MGA Parties' Motion to Quash, dated February 10, 2009.

12.   Attached as Exhibit 8 is a true and correct copy of the Order Granting Mattel's Motion to Compel Documents, dated January 25, 2007.

13.   Attached as Exhibit 9 is a true and correct copy of the Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007.

14.   Attached as Exhibit 10 is a true and correct copy of the Order Granting in Part and Denying in Part Mattel's Motion to Enforce the Court's Order of January 25, 2007, to Compel Production of Documents by Carter Bryant and for Sanctions, dated June 19, 2007.

DECLARATION OF JAMES J. WEBSTER

15.   Attached as Exhibit 11 is a true and correct copy of the Order Re Motions Heard on June 11, 2007, dated June 27, 2007.

16.   Attached as Exhibit 12 is a true and correct copy of the relevant excerpts from the Deposition Transcript of Lisa Tonnu, dated January 24, 2008.

17.   Attached as Exhibit 13 is a true and correct copy of an e-mail exchange between Peter Villar and Jon Corey, dated March 2, 2009.

18.   Attached as Exhibit 14 is a true and correct copy of the relevant excerpts from the February 11, 2009 Hearing Transcript.

19.   Attached as Exhibit 15 is a true and correct copy of the Court's January 6, 2009 Order Appointing a Discovery Master.

20.   Attached as Exhibit 16 is a true and correct copy of the Court's February 11, 2009 Minute Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 5, 2009, at Los Angeles, California.

/s/ James J. Webster
James J. Webster

DECLARATION OF JAMES J. WEBSTER