QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>**NOTICE OF LODGING WITH THE DISCOVERY MASTER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION TO QUASH SUBPOENA ISSUED BY MATTEL, INC. TO BINGHAM MCCUTCHEN LLP**<br><br>Hearing Date:    TBD<br>Time:                 TBD<br>Place:               Arent Fox, LLP<br>                        555 West Fifth Street<br>                        48th Floor<br>                        Los Angeles, CA 90013<br><br>**Phase 2:**<br>Disc. Cut-off:      December 11, 2009<br>Pre-trial Conf.:    March 1, 2010<br>Trial Date:          March 23, 2010 |

07975/2821390.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES, NON-PARTY BINGHAM MCCUTCHEN LLP AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the following documents with Discovery Master O'Brien in support of its Opposition to Motion to Quash Subpoena Issued by Mattel, Inc. to Bingham Mccutchen LLP:

    1.    Declaration of Jon D. Corey in Support of Mattel's Motion to Compel Production of Documents Responsive to Third-Party Subpoenas, dated February 3, 2009, with Exhibits 12, 19, 23, 36-38, 44-49, 89-99, 103 and 104 (other exhibits omitted).

    2.    Declaration of David Antolin, dated February 4, 2009.

    3.    Declaration of Michael T. Zeller in Support of Mattel's Opposition to Omni 808 Investors, LLC's *Ex Parte* Application to Intervene, dated February 5, 2009.

DATED: March 5, 2009    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
    Michael T. Zeller
    Attorneys for Mattel, Inc.