1  PATRICIA L. GLASER (Bar No. 055668)
   pglaser@glaserweil.com
2  GLASER WEIL FINK JACOBS & SHAPIRO
   10250 Constellation Blvd., 19th Floor
3  Los Angeles, California 90067
   Telephone: (310) 553-3000
4  Facsimile: (310) 557-9815

5  RUSSELL J. FRACKMAN (Bar No. 49087)
   rjf@msk.com
6  PATRICIA H. BENSON (Bar No. 60565)
   phb@msk.com
7  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
8  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
9  Facsimile: (310) 312-3100

10 Attorneys for Defendants
   MGA Entertainment, Inc., MGA Entertainment
11 HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and
   Isaac Larian

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation,, <br><br> Defendant. <br><br> AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> **DISCOVERY MATTER** <br><br> [To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009] <br><br> [PROPOSED] ORDER TO FILE UNDER SEAL <br><br> Date: TBD <br> Time: TBD <br> Place: TBD <br><br> Phase 2 <br> Discovery Cut-Off: December 11, 2009 <br> Pre-Trial conference: March 1, 2010 <br> Trial Date: March 23, 2010 |

Mitchell
Silberberg &
Knupp LLP

2143855.1

1
[PROPOSED] ORDER

## ORDER

Based on the concurrently filed Application and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. Exhibit 2 to Declaration of Jean Pierre Nogues In Support of Motion of MGA Parties for Protective Order Staying Discovery on Trade Dress Claims

2. Exhibit 3 to Declaration of Jean Pierre Nogues In Support of Motion of MGA Parties for Protective Order Staying Discovery on Trade Dress Claims

3. Exhibit 6 to Declaration of Jean Pierre Nogues In Support of Motion of MGA Parties for Protective Order Staying Discovery on Trade Dress Claims

DATED: 3/5/09

*/s/ J. G. Larson*
Hon. Stephen J. Larson
United States District Judge