ORIGINAL

LODGED

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2     John B. Quinn (Bar No. 090378)
      (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
6   Facsimile:  (213) 443-3100

7   Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         EASTERN DIVISION

11  CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)
                                           Consolidated with
12                 Plaintiff,              Case Nos. CV 04-09059 & CV 05-2727

13           vs.                           **DISCOVERY MATTER**

14  MATTEL, INC., a Delaware               **[To Be Heard By Discovery Master
    corporation,                           Robert O'Brien]**
15
                   Defendant.              [PROPOSED] ORDER GRANTING
16  _____   MATTEL, INC.'S APPLICATION TO FILE
                                           UNDER SEAL MATTEL, INC.'S NOTICE
17  AND CONSOLIDATED ACTIONS               OF RENEWED MOTION AND
                                           RENEWED MOTION FOR
18                                         RECONSIDERATION OF PORTIONS OF
                                           DISCOVERY MASTER'S DECEMBER 31,
19                                         2007 ORDER; DECLARATION OF
                                           SCOTT B. KIDMAN IN SUPPORT
20
                                           [[Proposed] Order Filed Concurrently
21                                         Herewith]

22                                         Hearing Date:      TBD
                                           Time:              TBD
23                                         Place:             TBD

24                                         **Phase 2**
                                           Discovery Cut-off:   December 11, 2009
25                                         Pre-trial Conference:   March 1, 2010
                                           Trial Date:   March 23, 2010
26

27

28

07975/2819385.1

                                                          [PROPOSED] ORDER

1

2                                    [PROPOSED] ORDER

3

4              Based on the concurrently filed Application to File Under Seal Mattel,

5      Inc.'s Notice of Renewed Motion and Renewed Motion for Reconsideration of

6      Portions of Discovery Master's December 31, 2007 Order; Declaration of Scott B.

7      Kidman in Support,

8              IT IS HEREBY ORDERED:

9              Mattel, Inc.'s Notice of Renewed Motion and Renewed Motion for

10     Reconsideration of Portions of Discovery Master's December 31, 2007 Order; and

11     the Declaration of Scott B. Kidman in Support, are ORDERED filed under seal

12     pursuant to Local Rule 79-5.1.

13

14

15     DATED:        3/5            , 2008    _____

16                                            Hon. Stephen G. Larson
                                              United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

07975/2819385.1

-2-

[PROPOSED] ORDER