## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT | CASE NUMBER: |
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Application to File Under Seal Exhibits 4, 5, 7, 8, 21 and 23 to the Declaration of Bridget A. Hauler; [Proposed] Order re: Application to File Under Seal; Declaration of Bridget A. Hauler In Support of Mattel Inc.'s Opposition to the MGA Parties' Motion for Protective Order Staying Discovery on Trade Dress Claims

**Document Description:**

☐  Administrative Record

☑  Exhibits

☐  Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑  Other  Application and Proposed Order

**Reason:**

☑  Under Seal

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Electronic versions are not available to filer

☑  Per Court order dated  January 4, 2005

☐  Manual Filing required (*reason*):

| | |
|---|---|
| March 6, 2009 | Jon Corey |
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                     NOTICE OF MANUAL FILING