QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>[REDACTED] DECLARATION OF SCOTT WATSON IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO CONTENTION INTERROGATORIES BY MGA ENTERTAINMENT, INC. AND FOR SANCTIONS<br><br>Date:<br>Time:<br>Place:<br><br>**Phase 2**<br>Discovery December 11: 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2820005.1

SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON

# DECLARATION OF SCOTT WATSON

I, Scott Watson, declare as follows:

1. I am a member of the bar of the State of California. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Mattel, Inc.'s Amended Fourth Set of Interrogatories, dated October 23, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of relevant excerpts of MGA Entertainment, Inc.'s Objections and Responses to Mattel, Inc.'s Amended Fourth Set of Interrogatories, dated November 15, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts of MGA Entertainment, Inc.'s Supplemental Responses to Mattel, Inc.'s Amended Fourth Set of Interrogatories, dated November 30, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of Mattel, Inc.'s Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties, dated December 20, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties, dated December 31, 2007.

7. Attached hereto as Exhibit 6 is a true and correct copy of relevant excerpts of MGA Entertainment, Inc.'s Second Supplemental Responses to Mattel, Inc.'s Amended Fourth Set of Interrogatories, dated January 7, 2008.

8. Attached hereto as Exhibit 7 is a true and correct copy of relevant excerpts of MGA Entertainment, Inc.'s Third Supplemental Responses to Mattel, Inc.'s Amended Fourth Set of Interrogatories, dated January 28, 2008.

9.     Attached hereto as Exhibit 8 is a true and correct copy of the prior Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties, dated February 15, 2008.

10.    Attached hereto as Exhibit 9 is a true and correct copy of MGA Entertainment, Inc.'s Fourth Supplemental Responses to Mattel, Inc.'s Amended Fourth Set of Interrogatories, dated March 3, 2008.

11.    Attached hereto as Exhibit 10 is a true and correct copy of the prior Discovery Master's Order Granting MGA Parties' Motion for Clarification Regarding Portions of February 15, 2008 Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties, dated April 22, 2008.

12.    Attached hereto as Exhibit 11 is a true and correct copy of Mattel, Inc.'s Supplemental Interrogatories, dated January 9, 2008.

13.    Attached hereto as Exhibit 12 is a true and correct copy of relevant excerpts of MGA Entertainment, Inc.'s Objections and Responses to Mattel's Supplemental Set of Interrogatories, dated February 8, 2008.

14.    Attached hereto as Exhibit 13 is a true and correct copy of the Order Appointing Discovery Master, dated January 6, 2009.

15.    Attached hereto as Exhibit 14 is a true and correct copy of a letter from my partner, Jon Corey, to Jason Russell and Robert J. Herrington, counsel for MGA, dated January 20, 2009.

16.    Attached hereto as Exhibit 15 is a true and correct copy of a letter I sent to counsel for MGA, Thomas Nolan and Jason Russell, dated January 28, 2009.

17.    Attached hereto as Exhibit 16 is a true and correct copy of a letter from my partner, Michael Zeller, to Mr. Nolan, dated January 8, 2009.

18. The parties met and conferred regarding Mattel's discovery requests, including Interrogatory Nos. 43, 44, 51-55 and 64, on February 6, 2009 and times thereafter. MGA proposed providing responses to these interrogatories not later than 30 days after the Court decides the trade dress summary judgment motion which Mattel indicated it would be bringing. MGA, however, declined to discuss its specific objections to these interrogatories or whether it would be standing on its remaining objections when it did provide responses.

19. Attached hereto as Exhibit 17 is a true and correct copy of my letter to counsel for MGA, Amman Khan, dated February 6, 2009.

20. Attached hereto as Exhibit 18 is a true and correct copy of a letter Jean Pierre Nogues, counsel for MGA, sent to Mr. Corey, dated February 6, 2009.

21. Attached hereto as Exhibit 19 is a true and correct copy of a letter Mr. Corey sent to Mr. Khan, dated February 8, 2009.

22. Attached hereto as Exhibit 20 is a true and correct copy of relevant excerpts of the transcript of the February 11, 2009 hearing before Judge Larson.

23. Attached hereto as Exhibit 21 is a true and correct copy of a letter Mr. Corey sent to Mr. Nogues, dated February 12, 2009.

24. Attached hereto as Exhibit 22 is a true and correct copy of Mr. Nogues response to Mr. Corey, dated February 13, 2009.

25. Attached hereto as Exhibit 23 is a true and correct copy of a letter Mr. Nogues sent to Mr. Corey, dated February 19, 2009.

26. Attached hereto as Exhibit 24 is a true and correct copy of MGA Entertainment, Inc.'s Complaint in Case No. 05-02727, dated April 13, 2005.

27. Attached hereto as Exhibit 25 is a true and correct copy of Mattel, Inc.'s Second Amended Answer in Case No. 05-2727 and Counter-Claims, public redacted version, without exhibits.

28.  Attached hereto as Exhibit 26 is a true and correct copy of Mattel, Inc.'s Motion to Compel Responses to Interrogatories and Production of Documents by MGA Entertainment, Inc., and Isaac Larian, dated February 10, 2009.

29.  Attached hereto as Exhibit 27 is a true and correct copy of MGA Entertainment, Inc. and Isaac Larian's Opposition to Mattel, Inc.'s 2/10/09 Motion to Compel Responses to Interrogatories and Production of Documents, dated February 18, 2009.

30.  Attached hereto as Exhibit 28 is a true and correct copy of relevant excerpts of Mattel, Inc.'s Sixth Set of Interrogatories, dated October 23, 2007.

31.  Attached hereto as Exhibit 29 is a true and correct copy of relevant excerpts of MGA's Supplemental Responses to Mattel, Inc.'s Seventh Set of Interrogatories, dated November 30, 2007.

32.  Attached hereto as Exhibit 30 is a true and correct copy of relevant excerpts of MGA's Second Supplemental Responses to Mattel, Inc.'s First Set of Interrogatories Re Unfair Competition, dated March 6, 2007.

33.  Attached hereto as Exhibit 31 is a true and correct copy of relevant excerpts of the Deposition of Lisa Tonnu.

34.  Attached hereto as Exhibit 32 is a true and correct copy an e-mail from Ryan Weinstein to Mr. Corey, dated July 22, 2008, without exhibits.

35.  Attached hereto as Exhibit 33 is a true and correct copy of a letter Mr. Weinstein sent to Mr. Corey, dated July 31, 2008.

36.  Attached hereto as Exhibit 34 is a true and correct copy of the prior Discovery Master's Order Granting Mattel's Motion to Compel MGA to Answer Requests for Admission, dated August 20, 2008.

37. Attached hereto as Exhibit 35 is a true and correct copy of relevant excerpts of MGA's First Set of Interrogatories to Mattel, Inc., dated February 4, 2005.

38. Attached hereto as Exhibit 36 is a true and correct copy of relevant excerpts of Supplemental Responses to MGA's First Set of Interrogatories to Mattel, Inc., dated December 7, 2007.

39. Attached hereto as Exhibit 37 is a true and correct copy of the prior Discovery Master's Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007.

40. Attached hereto as Exhibit 38 is a true and correct copy of the Stipulation for Appointment of Discovery Master, dated December 6, 2006.

41. Attached hereto as Exhibit 39 is a true and correct copy of the prior Discovery Master's Order Granting Mattel's Motion to Compel Production of Documents, dated January 25, 2007.

42. Attached hereto as Exhibit 40 is a true and correct copy of excerpts from the transcript from an episode of "Nightline," which first aired on December 22, 2006.

43. Attached hereto as Exhibit 41 is a true and correct copy of Judge Larson's Civil Minutes, dated July 2, 2007.

44. Attached hereto as Exhibit 42 is a true and correct copy of a document bearing Bates number MGA 3896239, produced by MGA in this action in the email attached as Exhibit 32.

45. I have spent in excess of 4 hours preparing this motion. My billing rate for this matter is $605. Tamara Jih, a third-year associate, spent in excess of 7 hours researching and preparing this motion. Her billing rate for this

/
/
/

1 | matter is $340. Mattel seeks sanctions in the amount of $4515, far less than the fees
2 | incurred in preparing this motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 6, 2009 at Los Angeles, California.

/s/ Scott L. Watson
Scott L. Watson