1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 90378)
     (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
5  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         EASTERN DIVISION

11

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | **[To Be Heard By Discovery Master Robert O'Brien]** |
| Defendant. | DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY ON TRADE DRESS CLAIMS |
| AND CONSOLIDATED ACTIONS | |

Hearing Date:    April 14, 2009
Time:            10:00 a.m.
Place:           Arent Fox LLP

**Phase 2**
Discovery Cut-off:      Dec. 11, 2009
Pre-trial Conference:   Mar. 1, 2010
Trial Date:             Mar. 23, 2010

07975/2814555.1

DECLARATION  OF SCOTT L. WATSON

## DECLARATION OF SCOTT WATSON

I, Scott Watson, declare as follows:

1.      I am a member of the bar of the State of California.  I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of my letter to Thomas Nolan and Jason Russell, counsel for the MGA Parties, dated January 28, 2009, requesting that the parties meet and confer regarding MGA's response to Interrogatory No. 45 of Mattel's Sixth Set of Interrogatories and MGA's and Larian's responses to Mattel's Supplemental Interrogatories.

3.      The parties met and conferred on February 6, 2009 regarding Mattel's discovery requests.  During the conference, the MGA Parties conceded that their objections to Mattel's interrogatories based on the Phase Two discovery stay were no longer viable.  However, the MGA Parties were not prepared to discuss which of the Supplemental Interrogatories identified in Mattel's January 28, 2009 meet and confer letter they would provide substantive responses to or whether they would stand on their remaining objections.  The MGA Parties were also not prepared to discuss whether they would supplement their responses to Mattel's requests for financial documents or whether MGA would supplement its response to Interrogatory No. 45 of Mattel's Sixth Set of Interrogatories.  The parties agreed to reconvene on February 9, 2009 to discuss whether the MGA Parties would respond to Mattel's discovery requests and whether they would stand on their remaining objections.  Attached hereto as Exhibit 2 is a true and correct copy of my confirming letter to Amman Khan, counsel for MGA, dated February 6, 2009.

4.      Attached hereto as Exhibit 3 is a true and correct copy of an email I sent to Mr. Khan, dated February 9, 2009.

07975/2814555.1

-2-

DECLARATION  OF SCOTT L. WATSON

1      5.      The parties continued their conference regarding Mattel's

2    discovery requests on February 9.  The MGA Parties, however, were unwilling to

3    withdraw their objections to Mattel's Supplemental Interrogatories or to answer any

4    of the interrogatories as written.  The MGA Parties also stated that they could not

5    identify any potential definition of "Mattel Documents" that would be acceptable to

6    them and warrant a response.  MGA also would not commit to supplement its

7    response to Interrogatory No. 45 of Mattel's Sixth Set of Interrogatories based on its

8    position that Interrogatory No. 45 is only relevant to Mattel's trade dress claims, and

9    MGA has indicated that it will file a motion for protective order to defer its

10   obligation to respond to certain Mattel trade dress interrogatories until after the

11   Court decides Mattel's trade dress summary judgment motion.

12      6.      Attached hereto as Exhibit 4 is a true and correct copy of the

13   Court's Order, dated January 25, 2007.

14

15      I declare under penalty of perjury under the laws of the United States

16   that the foregoing is true and correct.

17      Executed on March 6, 2009 at Los Angeles, California.

18

19                              /s/ Scott L. Watson
                                Scott L. Watson
20

21

22

23

24

25

26

27

28

07975/2814555.1

DECLARATION  OF SCOTT L. WATSON