QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009]**<br><br>[PUBLIC REDACTED] DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY ON TRADE DRESS CLAIMS<br><br>Hearing Date: April 14, 2009<br>Time: 10:00 a.m.<br>Place: Arent Fox, LLP<br><br>**Phase 2**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date: Mar. 23, 2010 |

1        DECLARATION OF BRIDGET A. HAULER

2        I, Bridget A. Hauler, declare as follows:

3        1.      I am a member of the bar of the State of California and an

4   Associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for

5   Mattel, Inc.  I make this declaration of personal, firsthand knowledge, and if called

6   and sworn as a witness, I could and would testify competently hereto.

7        2.      Attached hereto as Exhibit 1 is a true and correct copy of

8   excerpts from Mattel, Inc.'s Amended Fourth Set of Interrogatories, dated October

9   23, 2007.

10       3.      Attached hereto as Exhibit 2 is a true and correct copy of

11  excerpts from MGA Entertainment, Inc.'s Objections and Responses to Mattel, Inc.'s

12  Amended Fourth Set of Interrogatories, dated November 15, 2007.

13       4.      Attached hereto as Exhibit 3 is a true and correct copy of

14  excerpts from MGA Entertainment, Inc.'s Supplemental Responses to Mattel, Inc.'s

15  Amended Fourth Set of Interrogatories, dated November 30, 2007.

16       5.      Attached hereto as Exhibit 4 is a true and correct copy of

17  excerpts from MGA Entertainment, Inc.'s Second Supplemental Responses to

18  Mattel, Inc.'s Amended Fourth Set of Interrogatories, dated January 7, 2008.

19       6.      Attached hereto as Exhibit 5 is a true and correct copy of

20  excerpts from MGA Entertainment, Inc.'s Third Supplemental Responses to Mattel,

21  Inc.'s Amended Fourth Set of Interrogatories, dated January 28, 2008.

22       7.      Attached hereto as Exhibit 6 is a true and correct copy of

23  excerpts from Mattel, Inc.'s Supplemental Interrogatories, dated January 9, 2008.

24       8.      Attached hereto as Exhibit 7 is a true and correct copy of

25  excerpts from MGA Entertainment, Inc.'s Objections and Responses to Mattel, Inc.'s

26  Supplemental Set of Interrogatories, dated February 8, 2008.

27

28

1          9.    Attached hereto as Exhibit 8 is a true and correct copy of

2  excerpts from Larian's Objections and Responses to Mattel, Inc.'s Supplemental Set

3  of Interrogatories, dated February 8, 2008.

4          10.   Attached hereto as Exhibit 9 is a true and correct copy of Order

5  Appointing Discovery Master, dated January 6, 2009.

6          11.   Attached hereto as Exhibit 10 is a true and correct copy of a

7  letter from Jon Corey to Amman Khan, dated February 8, 2009.

8          12.   Attached hereto as Exhibit 11 is a true and correct copy of

9  excerpts from the hearing transcript dated February 11, 2009.

10         13.   Attached hereto as Exhibit 12 is a true and correct copy of the

11  Court's Civil Minutes, dated October 31, 2007.

12         14.   Attached hereto as Exhibit 13 is a true and correct copy of the

13  Court's Civil Minutes, dated January 7, 2008.

14         15.   Attached hereto as Exhibit 14 is a true and correct copy of

15  Mattel, Inc.'s Second Amended Answer In Case No. 05-2727 and Counter-Claims,

16  dated July 12, 2007, public redacted version.

17         16.   Attached hereto as Exhibit 15 is a true and correct copy of the

18  Discovery Master's Order Granting MGA Parties' Motion for Clarification

19  Regarding Portions of February 15, 2008 Order Granting in Part and Denying in

20  Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by

21  the MGA Parties, dated April 22, 2008.

22         17.   Attached hereto as Exhibit 16 is a true and correct copy of

23  Court's Order Appointing Discovery Master, dated December 6, 2007.

24         18.   Attached hereto as Exhibit 17 is a true and correct copy of the

25  Court's Civil Minutes, dated May 20, 2005.

26         19.   Attached hereto as Exhibit 18 is a true and correct copy of

27  Discovery Master's Order Granting Mattel's Motion to Compel Production of

28  Documents and Interrogatory Responses by MGA, dated May 15, 2007.

1    20.    Attached hereto as Exhibit 19 is a true and correct copy of

2  Transcript of ABC Nightline, dated December 23, 2006.

3    21.    Attached hereto as Exhibit 20 is a true and correct copy of the

4  Court's Order, dated June 2, 2008.

5    22.    Attached hereto as Exhibit 21 is a true and correct copy of

6  excerpts from the Deposition of Lisa Tonnu, Vol. 4, dated January 17, 2008.

7    23.    Attached hereto as Exhibit 22 is a true and correct copy of an

8  email from Ryan Weinstein to Jon Corey, dated July 22, 2008, to which are attached

9  various Excel spreadsheets produced by MGA.

10    24.    Attached hereto as Exhibit 23 is a true and correct copy of

11  excerpts of one of the spreadsheets attached to Mr. Weinstein's email -- a

12  spreadsheet produced by MGA and Bates-numbered MGA 3896239.

13

14    I declare under penalty of perjury under the laws of the United States of

15  America that the foregoing is true and correct.

16    Executed on March 6, 2009, at Los Angeles, California.

17

18

19    Bridget A. Hauler

20

21

22

23

24

25

26

27

28

07975/2812628.1

-4-