QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |
| AND CONSOLIDATED ACTIONS | |

1

## PROOF OF SERVICE

2   I am employed in the County of Los Angeles, State of California.  I am over the age

3   of eighteen years and not a party to the within action; my business address is NOW

4   Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California

5   90026.

6         On March 6, 2009, I served true copies of the following documents described

7   as:

8   ## SEE ATTACHED DOCUMENT LIST

9   on the parties in this action as follows:

| | |
|---|---|
| 10  Skadden, Arps, Slate, Meagher & Flom LLP | **Attorneys for *the MGA Parties*** |
| 11    Thomas J. Nolan, Esq. | |
|   Jason Russell, Esq. | |
| 12  300 South Grand Avenue, Suite 3400 Los Angeles, CA  90071 | |
| 13    tnolan@skadden.com | |
|   jrussell@skadden.com | |
| 14 | |
| 15  Glaser, Weil, Fink, Jacobs, & Shapiro, LLP | **Attorneys for *the MGA Parties*** |
|   Patricia L. Glaser, Esq. | |
| 16  10250 Constellation Blvd 19th Floor Los Angeles, CA 90067 | |
| 17    pglaser@glaserweil.com | |
| 18  Mitchell, Silberberg, & Knupp, LLP | **Attorneys for *the MGA Parties*** |
|   Russell J. Frackman, Esq. | |
| 19  11377 W. Olympic Blvd. Los Angeles, CA 90064 | |
| 20    rjf@msk.com | |
| 21  Overland Borenstein Scheper & Kim LLP | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| 22    Mark E. Overland, Esq. | |
|   Alexander H. Cote, Esq. | |
| 23  601 W. 5th Street, 12th Floor Los Angeles, CA 90017 | |
| 24    moverland@obsklaw.com | |
|   acote@obsklaw.com | |

25

26      [√]   **PERSONAL**:  By personally delivering the document listed above to the person(s) at the address(es) set forth above.

27

28

1    I declare that I am employed in the office of a member of the bar of this court

2  at whose direction the service was made

3        Executed on March 6, 2009, at Los Angeles, California.

4

5

6                              Dave Quintana

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On March 6, 2009, I served true copies of the following documents described as:

### SEE DOCUMENT LIST

on the parties in this action as follows:

Peter Bonis, Esq.                          **Attorneys for *Carter Bryant***
Peter H. Bonis Law Offices
1990 N. California Blvd., 8th Floor
Walnut Creek, CA 94596

**BY MAIL:**  I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service.  Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business.  I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 6, 2009, at Los Angeles, California.

Andrea Hoeven

1

## DOCUMENT LIST

2

3
1.      APPLICATION TO FILE UNDER SEAL EXHIBITS 4, 5,7, 8, 21 AND 23 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY ON TRADE DRESS CLAIMS

4

5
2.      [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL EXHIBITS 4, 5,7, 8, 21 AND 23 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY ON TRADE DRESS CLAIMS

6

7

8
3.      DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY ON TRADE DRESS CLAIMS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07975/2804047.2