QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059 and<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S NOTICE OF ERRATA REGARDING THE SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S RENEWED MOTION TO COMPEL CONSENT TO PRODUCTION OF ELECTRONIC MAIL MESSAGES<br><br>**Phase 2**<br>Discovery Cut-off:     Dec. 11, 2008<br>Pre-Trial Conference: March 1, 2009<br>Trial Date:                  March 23, 2009 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that in the document captioned Supplemental Declaration of Jon D. Corey In Support Of Mattel, Inc.'s Renewed Motion To Compel Consent To Production of Electronic Mail Messages (the "Declaration"), filed March 5, 2009, the caption page inadvertently stated that information in the Declaration is designated "Confidential -- Attorneys' Eyes Only" and was thus "Filed Under Seal Pursuant to Protective Order." The Declaration contains no information designated "Confidential --Attorneys' Eyes Only," and was thus publicly filed.

DATED:  March 9, 2009       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
   Jon D. Corey
   Attorneys for Mattel, Inc.