QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO MOTION TO QUASH SUBPOENA ISSUED BY MATTEL, INC. TO BINGHAM MCCUTCHEN LLP, AND EXHIBITS 6, 7 AND 12 TO THE DECLARATION OF JAMES WEBSTER IN SUPPORT THEREOF**<br><br>[[Proposed] Order filed concurrently] |

1         Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal its Opposition to Motion to Quash
4 Subpoena Issued by Mattel, Inc. to Bingham McCutchen LLP ("Opposition"), and
5 Exhibits 6, 7 and 12 to the Declaration of James Webster in Support Thereof
6 ("Exhibits").

7         The Opposition and Exhibits include materials that MGA has
8 designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to
9 the Protective Order.  Accordingly, Mattel requests that the Court order that the
10 Opposition and Exhibits be filed under seal.

11         In the alternative, Mattel requests that the Court declare that the
12 Opposition and Exhibits are outside the definitions of "Confidential" and
13 "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective
14 Order and order it to be filed as part of the public record.

15

16 DATED: March 6, 2009         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

17

18                                      By /s/ Michael T. Zeller
19                                         Michael T. Zeller
                                        Attorneys for Mattel, Inc.

20