ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
6   Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
12 |           Plaintiff,          | Consolidated with
                                   | Case Nos. CV 04-09059 & CV 05-2727
13 |           vs.                 | Hon. Stephen G. Larson
14 | MATTEL, INC., a Delaware      | **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION TO COMPEL BINGHAM MCCUTCHEN LLP TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA, AND EXHIBITS 6, 7 AND 12 TO THE DECLARATION OF JAMES WEBSTER IN SUPPORT THEREOF**
    corporation,                   |
15                                 |
              Defendant.            |
16                                 |
17 | AND CONSOLIDATED ACTIONS      |
                                   |
                                   | [[Proposed] Order filed concurrently]

07975/2822413.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal its Motion to Compel Bingham
4 McCutchen LLP to Produce Documents Responsive to Subpoena ("Motion"), and
5 Exhibits 6, 7 and 12 to the Declaration of James Webster in Support Thereof
6 ("Exhibits").
7    The Motion and Exhibits include materials that MGA has designated as
8 "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective
9 Order. Accordingly, Mattel requests that the Court order that the Motion and
10 Exhibits be filed under seal.
11    In the alternative, Mattel requests that the Court declare that the Motion
12 and Exhibits are outside the definitions of "Confidential" and "Confidential--
13 Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to
14 be filed as part of the public record.

16 DATED: March 6, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

18                               By /s/ Michael T. Zeller
19                                  Michael T. Zeller
                                    Attorneys for Mattel, Inc.