
ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 090378)
     johnquinn@quinnemanuel.com
3    Michael T. Zeller (Bar No. 196417)
     (michaelzeller@quinnemanuel.com)
4    Jon D. Corey (Bar No. 185066)
     (joncorey@quinnemanuel.com)
5   865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
6   Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9                   UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                        EASTERN DIVISION

12 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
13 |       Plaintiff,              | Consolidated with
                                   | Case No. CV 04-09039
14 |   vs.                         | Case No. CV 05-02727
15 | MATTEL, INC., a Delaware      | **DISCOVERY MATTER**
    | corporation,                 |
16 |                               | **[To Be Heard By Discovery Master Robert C. O'Brien]**
    |       Defendant.             |
17 |                               | APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF
18 | AND CONSOLIDATED ACTIONS      | MOTION AND MOTION TO ENFORCE ORDER COMPELLING
19 |                               | MGA TO PROVIDE DISCOVERY, TO COMPEL RESPONSES TO
20 |                               | CONTENTION INTERROGATORIES BY MGA AND FOR SANCTIONS,
21 |                               | AND DOCUMENTS IN SUPPORT
22 |                               | [[Proposed] Order Filed Concurrently Herewith]
23 |                               |
24 |                               | Hearing Date: TBD
                                   | Time:         TBD
25 |                               | Place:        TBD
26 |                               | **Phase 2**
                                   | Discovery Cut-off: December 11, 2009
27 |                               | Pre-trial Conference: March 1, 2010
                                   | Trial Date: March 23, 2010
28

07209/2792851.1
                                                            APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order that Mattel, Inc.'s Notice of Motion and Motion to Enforce Order Compelling MGA to Provide Discovery, to Compel Responses to Contention Interrogatories By MGA and For Sanctions (the "Motion"), the Separate Statement in Support (the "Separate Statement"), and the Declaration of Scott Watson in Support (the "Declaration"), be filed under seal.

The Declaration attaches, and the Motion and Separate Statement quote from, materials that Mattel and MGA have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. MGA has designated Exhibits 5, 6, 7, 9, 12, 26, 29, 31, and 42 as "Confidential--Attorneys' Eyes Only," and Exhibits 30 and 36 as "Confidential." Mattel has designated Exhibit 26 as "Confidential--Attorneys' Eyes Only." The Motion and Separate Statement reference and quote from these exhibits. Accordingly, Mattel requests that the Court order that the Motion, the Separate Statement, and the Declaration be filed under seal.

DATED: March 6, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Cyrus Naim
Cyrus Naim
Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On March 6, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO ENFORCE ORDER COMPELLING MGA TO PROVIDE DISCOVERY, TO COMPEL RESPONSES TO CONTENTION INTERROGATORIES BY MGA AND FOR SANCTIONS, AND DOCUMENTS IN SUPPORT** on the parties in this action as follows:

| | |
|---|---|
| Robert Herrington, Esq.<br>Skadden Arps Slate Meagher & Flom<br>'Robert.Herrington@skadden.com'; | Jason Russell, Esq.<br>Skadden Arps Slate Meagher & Flom<br>'Jason.Russell@skadden.com'; |
| Patricia Glaser, Esq.<br>Glaser Weil Fink Jacobs & Shapiro, LLP.<br>'pglaser@glaserweil.com'; | Russell J. Frackman, Esq.<br>Mitchell Silberberg & Knupp, LLP.<br>'rjf@msk.com' |
| Amman A. Khan, Esq.<br>Glaser Weil Fink Jacobs & Shapiro, LLP.<br>akhan@glaserweil.com | |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from yalondadekle@quinnemanuel.com on March 6, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 6, 2009, at Los Angeles, California.

/s/ Yalonda J. Dekle
YALONDA J. DEKLE

07975/2819400.1