LODGED ORIGINAL

2009 MAR -6 PM 2:42
CENTRAL DIST. OF CALIF
RIVERSIDE

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br> Consolidated with <br> Case Nos. CV 04-09059 & CV 05-2727 <br><br> Hon. Stephen G. Larson <br><br> [~~PROPOSED~~] **ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO MOTION TO QUASH SUBPOENA ISSUED BY MATTEL, INC. TO BINGHAM MCCUTCHEN LLP, AND EXHIBITS 6, 7 AND 12 TO THE DECLARATION OF JAMES WEBSTER IN SUPPORT THEREOF** |

07975/2822417.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal its Opposition to Motion to Quash Subpoena Issued by Mattel, Inc. to Bingham McCutchen LLP, and Exhibits 6, 7 and 12 to the Declaration of James Webster in Support Thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition to Motion to Quash Subpoena Issued by Mattel, Inc. to Bingham McCutchen LLP, and Exhibits 6, 7 and 12 to the Declaration of James Webster in Support Thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 3/6, 2009

_____
Hon. Stephen G. Larson
United States District Judge