**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL EXHIBITS 4, 5, 7, 8, 21 AND 23 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY ON TRADE DRESS CLAIMS<br><br>Hearing Date:　April 14, 2009<br>Time:　　　　10:00 a.m.<br>Place:　　　　Arent Fox, LLP<br><br>**Phase 2**<br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

07975/2823660.1

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 4, 5, 7, 8, 21 and 23 to the Declaration of Bridget A. Hauler In Support Of Mattel, Inc.'s Opposition To Motion For Protective Order Staying Discovery On Trade Dress Claims,

IT IS HEREBY ORDERED:

Exhibits 4, 5, 7, 8, 21 and 23 to the Declaration of Bridget A. Hauler In Support Of Mattel, Inc.'s Opposition To Motion For Protective Order Staying Discovery On Trade Dress Claims are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:  3/6 , 2009

*/s/ S. G. Larson*
Hon. Stephen G. Larson
United States District Judge

07975/2823660.1

-2-

[PROPOSED] ORDER