QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO ENFORCE ORDER COMPELLING MGA TO PROVIDE DISCOVERY, TO COMPEL RESPONSES TO CONTENTION INTERROGATORIES BY MGA AND FOR SANCTIONS, AND DOCUMENTS IN SUPPORT<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2819385.1

[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Notice of Motion and Motion to Enforce Order Compelling MGA to Provide Discovery, to Compel Responses to Contention Interrogatories By MGA and For Sanctions, and Documents in Support,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Notice of Motion and Motion to Enforce Order Compelling MGA to Provide Discovery, to Compel Responses to Contention Interrogatories By MGA and For Sanctions, the Separate Statement in Support, and the Declaration of Scott Watson in Support, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 3/6, 2008

*[signature: S G Larson]*

Hon. Stephen G. Larson
United States District Judge

07975/2819385.1

-2-

[PROPOSED] ORDER

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On March 6, 2009, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO ENFORCE ORDER COMPELLING MGA TO PROVIDE DISCOVERY, TO COMPEL RESPONSES TO CONTENTION INTERROGATORIES BY MGA AND FOR SANCTIONS, AND DOCUMENTS IN SUPPORT** on the parties in this action as follows:

Robert Herrington, Esq.
Skadden Arps Slate Meagher & Flom
'Robert.Herrington@skadden.com';

Jason Russell, Esq.
Skadden Arps Slate Meagher & Flom
'Jason.Russell@skadden.com';

Patricia Glaser, Esq.
Glaser Weil Fink Jacobs & Shapiro, LLP.
'pglaser@glaserweil.com';

Russell J. Frackman, Esq.
Mitchell Silberberg & Knupp, LLP.
'rjf@msk.com'

Amman A. Khan, Esq.
Glaser Weil Fink Jacobs & Shapiro, LLP.
akhan@glaserweil.com

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from yalondadekle@quinnemanuel.com on March 6, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 6, 2009, at Los Angeles, California.

/s/ Yalonda J. Dekle
YALONDA J. DEKLE

07975/2819400.1