QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 2**<br>Discovery: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On March 10, 2009, I served true copies of the following document(s) described as

(1) MATTEL, INC.'S <u>EX PARTE</u> APPLICATION FOR AN ORDER TO SHOW CAUSE RE: MGA ENTERTAINMENT, INC'S FAILURE TO COMPLY WITH COURT ORDER;

(2) DECLARATION OF SCOTT WATSON IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: MGA ENTERTAINMENT, INC'S FAILURE TO RESPOND TO INTERROGATORIES NOS. 43 & 44;

(3) [PROPOSED] ORDER GRANTING MATTEL, INC.'S <u>EX PARTE</u> APPLICATION FOR AN ORDER TO SHOW CAUSE RE: MGA ENTERTAINMENT, INC'S FAILURE TO COMPLY WITH COURT ORDER;

(4) MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S <u>EX PARTE</u> FOR AN ORDER TO SHOW CAUSE RE: MGA ENTERTAINMENT, INC.'S FAILURE TO COMPLY WITH COURT ORDER, AND (2) EXHIBITS 6, 7 AND 9 TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF ; and

(5) [PROPOSED ORDER] RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S <u>EX PARTE</u> FOR AN ORDER TO SHOW CAUSE RE: MGA ENTERTAINMENT, INC.'S FAILURE TO COMPLY WITH COURT ORDER, AND (2) EXHIBITS 6, 7 AND 9 TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF.

on the parties in this action as follows:

| | |
|---|---|
| Robert Herrington, Esq.<br>Skadden Arps Slate Meagher & Flom<br>'Robert.Herrington@skadden.com'; | Jason Russell, Esq.<br>Skadden Arps Slate Meagher & Flom<br>'Jason.Russell@skadden.com'; |
| Patricia Glaser, Esq.<br>Glaser Weil Fink Jacobs & Shapiro, LLP.<br>'pglaser@glaserweil.com'; | Russell J. Frackman, Esq.<br>Mitchell Silberberg & Knupp, LLP.<br>'rjf@msk.com' |
| Amman A. Khan, Esq.<br>Glaser Weil Fink Jacobs & Shapiro, LLP.<br>akhan@glaserweil.com | |

07209/2789665.1

1  **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from rachelfiset @quinnemanuel.com on March 10, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es).  The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed on March 10, 2009, at Los Angeles, California.

   /s/ Rachel Fiset
   RACHEL FISET