QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S <u>EX PARTE</u> APPLICATION FOR AN ORDER TO SHOW CAUSE RE: MGA ENTERTAINMENT, INC'S FAILURE TO COMPLY WITH COURT ORDER** |

# [PROPOSED] ORDER

For good cause shown, the Court hereby GRANTS Mattel Inc.'s *Ex Parte* Application For An Order To Show Cause Regarding MGA Entertainment, Inc.'s Failure To Comply With Court Order.

IT IS HEREBY ORDERED that:

MGA shall Show Cause at _____ regarding MGA's failure to comply with the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties, dated February 15, 2008 as to why: MGA should not be adjudged to be in contempt of Court; why MGA should not be ordered to pay sanctions in the amount of $5,000 for each day that MGA fails to produce full and complete responses to Interrogatories Nos. 43 and 44 as mandated by Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties, dated February 15, 2008, and, in the event that MGA does not comply within five days of this Order, the sanctions shall be increased to $10,000 per day, with all such amounts due and payable to the Court; and why MGA should not be ordered to pay sanctions to Mattel in the amount of $7,000 as partial reimbursement for Mattel's fees and costs incurred in bringing the Motion.

**IT IS SO ORDERED.**

DATED: _____, 2009

_____
Hon. Stephen G. Larson
United States District Court