Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGZ ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br><br>**Consolidated with**<br>**Case No. CV 04-09059**<br>**Case No. CV 05-2727**<br><br>**PHASE II DISCOVERY MATTER**<br><br>**ORDER NO. 4, REGARDING:**<br><br>Mattel's Motion to Compel MGA to Produce and File Certain Documents Reviewed In Camera |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

1

ORDER NO. 4
[Case No. CV 04-09049 SGL (RNBx)]
LA\140404.1

1  On February 12, 2009, the Discovery Master scheduled Mattel's Motion to Compel MGA To Produce And File Certain Documents Reviewed In Camera (the "Motion") for hearing on March 19, 2009.  He did so because the Motion was designated on the Court's on-line docket as a "motion to compel."  Because the Discovery Master now understands that the Motion is not a discovery matter, the parties are hereby advised that the motion has been taken off the Discovery Master's calendar and will not be addressed by him.

Dated:      March 10, 2009

By:      /s/ Robert C. O'Brien
         ROBERT C. O'BRIEN
         Discovery Master

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

ORDER NO. 4
[Case No. CV 04-09049 SGL (RNBx)]
LA\140404.1