QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-09059 and CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>NOTICE OF LODGING OF [PROPOSED] ORDER WITH THE DISCOVERY MASTER IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR AN ORDER DEEMING LEXINGTON FINANCIAL, LLC SERVED, OR IN THE ALTERNATIVE, TO (1) COMPEL AN AUTHORIZED REPRESENTATIVE OF LEXINGTON FINANCIAL, LLC TO APPEAR TO ACCEPT SERVICE OF SUBPOENA, OR (2) ISSUE AN ORDER AUTHORIZING LEXINGTON FINANCIAL, LLC TO BE SERVED THROUGH THE CALIFORNIA SECRETARY OF STATE<br><br>Hearing Date:    TBD<br>Time:            TBD<br>Place:           Arent Fox, LLP<br><br>**Phase 2:**<br>Discovery Cut-off:     Dec. 11, 2009<br>Pre-trial Conference:  Mar. 1, 2010<br>Trial Date:            Mar. 23, 2010 |

TO THE COURT, ALL PARTIES, NON-PARTY LEXINGTON FINANCIAL, LLC AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the following document with Discovery Master O'Brien in support of its *Ex Parte* Application for an Order Deeming Lexington Financial, LLC Served, or in the Alternative, to (1) Compel an Authorized Representative of Lexington Financial, LLC to Appear to Accept Service of Subpoena, or (2) Issue an Order Authorizing Lexington Financial, LLC to be Served Through the California Secretary of State:

    1.    [Proposed] Order re Mattel, Inc.'s *Ex Parte* Application for an Order Deeming Lexington Financial, LLC Served, or in the Alternative, to (1) Compel an Authorized Representative of Lexington Financial, LLC to Appear to Accept Service of Subpoena, or (2) Issue an Order Authorizing Lexington Financial, LLC to be Served Through the California Secretary of State.

DATED: March 10, 2009    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
   Michael T. Zeller
   Attorneys for Mattel, Inc.