QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S *EX PARTE* APPLICATION FOR AN ORDER DEEMING LEXINGTON FINANCIAL, LLC SERVED, OR IN THE ALTERNATIVE, TO (1) COMPEL AN AUTHORIZED REPRESENTATIVE OF LEXINGTON FINANCIAL, LLC TO APPEAR TO ACCEPT SERVICE OF SUBPOENA, OR (2) ISSUE AN ORDER AUTHORIZING LEXINGTON FINANCIAL, LLC TO BE SERVED THROUGH THE CALIFORNIA SECRETARY OF STATE |

# [PROPOSED] ORDER

Based on the concurrently filed Mattel, Inc.'s *Ex Parte* Application for an Order Deeming Lexington Financial, LLC Served, or in the Alternative, to (1) Compel an Authorized Representative of Lexington Financial, LLC to Appear to Accept Service of Subpoena, or (2) Issue an Order Authorizing Lexington Financial, LLC to be Served Through the California Secretary of State, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that Mattel's Application is GRANTED and Lexington Financial, LLC is deemed to have been served with Mattel's subpoena, dated January 30, 2009, no later than by Mattel's personal service on January 31, 2009 and by Mattel's electronic transmission at Lexington's counsel's request on February 12, 2009.

DATED: _____, 2009  _____
                                          Discovery Master Robert C. O'Brien

07975/2816552.1

[PROPOSED] ORDER