QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009]**<br><br>OBJECTIONS TO DECLARATION OF FRED F. MASHIAN IN OPPOSITION TO MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER DEEMING LEXINGTON FINANCIAL, LLC SERVED<br><br>Hearing Date:  March 19, 2009<br>Time:             10:00 a.m.<br>Place:            Arent Fox<br>                      555 W. Fifth St., 48th Fl.<br>                      Los Angeles, CA 90013<br><br>**Phase 2**<br>Discovery Cutoff:   December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial: March 23, 2010 |

07975/2826635.1

OBJECTIONS TO MASHIAN DECLARATION

Mattel, Inc. ("Mattel") respectfully submits the following Objections to the Declaration of Fred F. Mashian in Opposition to Mattel, Inc.'s *Ex Parte* Application for an Order Deeming Lexington Financial, LLC Served, or in the Alternative, to (1) Compel an Authorized Representative of Lexington Financial, LLC to Appear to Accept Service of Subpoena, or (2) Issue an Order Authorizing Lexington Financial, LLC to Be Served Through the California Secretary of State.

## SPECIFIC OBJECTIONS

| **Objectionable Testimony** | **Objection** |
|---|---|
| Paragraph 5: LEXINGTON FINANCIAL LIMITED was duly formed under the laws of Nevis on or about March 3, 2006, and is in good standing. Its business address is located in London, England. It has no offices in the United States or in California. | Lacks foundation and conclusory. Fed. R. Evid. 602. L.R. 7-7. Specifically, Mr. Mashian provides no foundational facts for his knowledge about the status of Lexington Financial Limited, including either his involvement in the creation or operation of Lexington Financial Limited. |
| Paragraph 7: LEXINGTON FINANCIAL LIMITED has no affiliation with or relationship to MGA Entertainment, Inc. or Isaac Larian. | Lacks Foundation. Fed. R. Evid. 602. L.R. 7-7. Specifically, Mr. Mashian provides no foundational facts for his knowledge of affiliates of Lexington Financial Limited or basis to make blanket denials of affiliates. |

| | | |
|---|---|---|
| 1 | DATED: March 10, 2009 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | |
| 3 | | |
| 4 | | By  /s/ Jon D. Corey |
| 5 | | Jon D. Corey<br>Attorneys for Mattel, Inc. |

07975/2826635.1

-3-

OBJECTIONS TO MASHIAN DECLARATION