Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGZ ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br><br>**Consolidated with**<br>**Case No. CV 04-09059**<br>**Case No. CV 05-2727**<br><br>**PHASE II DISCOVERY MATTER**<br><br>**ORDER NO. 5, REGARDING:**<br><br>　　**HEARING DATES FOR**<br>　　**RECENTLY FILED**<br>　　**DISCOVERY MATTERS** |

1  The following discovery motions are set for hearing at the offices of Arent Fox, LLP at 10:00 a.m. on:

**April 14, 2009:**

1. Mattel, Inc.'s Motion to Compel Bingham McCutchen LLP to Produce Documents Responsive to Subpoena filed on or about March 6, 2009.[1]

**April 21, 2009:**

1. Mattel, Inc.'s Renewed Motion for Reconsideration of Portions of Discovery Master's December 31, 2007 Order filed on or about March 4, 2009.

2. Mattel, Inc.'s Motion to Enforce Order Compelling MGA to Provide Discovery, to Compel Responses to Interrogatories by MGA, and Request for Sanctions filed on or about March 6, 2009.

Dated:     March 11, 2009

By:  /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master

---

[1] The three discovery motions previously set for hearing on April 14, 2009 remain on calendar.