QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S EX PARTE FOR AN ORDER TO SHOW CAUSE RE: MGA ENTERTAINMENT, INC.'S FAILURE TO COMPLY WITH COURT ORDER, AND (2) EXHIBITS 6, 7 AND 9 TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF**<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: TBA<br>Time: TBA<br>Courtroom: TBA<br><br>**Phase 2**<br>Discovery: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2825944.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal: (1) Mattel's Ex Parte Motion for an Order to Show Cause Regarding MGA Entertainment, Inc.'s Failure to Comply with a Court Order, and (2) Exhibits 6, 7 and 9 of the Declaration of Scott L. Watson In Support Of Mattel's Ex Parte Motion for an Order to Show Cause Regarding MGA Entertainment, Inc.'s Failure to Comply with a Court Order ("Watson Declaration").

Mattel's Ex Parte Motion for an Order to Show Cause Regarding MGA Entertainment, Inc.'s Failure to Comply with a Court Order and Exhibits 6, 7 and 9 of the Watson Declaration include materials that MGA, Larian, or Mattel have designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that those Exhibits be filed under seal.

In the alternative, Mattel requests that the Court declare that these materials are outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: March 10, 2009       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Scott L. Watson
   Scott L. Watson
   Attorneys for Mattel, Inc.