QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>The Honorable Stephen G. Larson<br><br>**[PROPOSED ORDER] RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S EX PARTE FOR AN ORDER TO SHOW CAUSE RE: MGA ENTERTAINMENT, INC.'S FAILURE TO COMPLY WITH COURT ORDER, AND (2) EXHIBITS 6, 7 AND 9 TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF** |

## [~~Proposed~~] Order

Based on the concurrently filed Application to File Under Seal (1) Mattel's <u>Ex Parte</u> Application for an Order to Show Cause Regarding MGA Entertainment, Inc.'s Failure to Comply with a Court Order, and (2) Exhibits 6, 7 and 9 to the Declaration of Scott L. Watson in Support Thereof, IT IS HEREBY ORDERED:

Mattel's <u>Ex Parte</u> Motion for an Order to Show Cause Regarding MGA Entertainment, Inc.'s Failure to Comply with a Court Order, and Exhibits 6, 7 and 9 of the Declaration of Scott L. Watson In Support of Mattel's <u>Ex Parte</u> Application for an Order to Show Cause Regarding MGA Entertainment, Inc.'s Failure to Comply with a Court Order are ORDERED filed under seal pursuant to <u>Local Rule</u> 79-5.1.

DATED: 3/10, 2009

*/s/ S.G. Larson*
Hon. Stephen G. Larson
United States District Judge