| | |
|---|---|
| 1 | PATRICIA L. GLASER (Bar No. 055668) |
| | pglaser@glaserweil.com |
| 2 | GLASER WEIL FINK JACOBS & SHAPIRO |
| | 10250 Constellation Blvd., 19th Floor |
| 3 | Los Angeles, California 90067 |
| | Telephone: (310) 553-3000 |
| 4 | Facsimile: (310) 557-9815 |
| 5 | RUSSELL J. FRACKMAN (Bar No. 49087) |
| | rjf@msk.com |
| 6 | PATRICIA H. BENSON (Bar No. 60565) |
| | phb@msk.com |
| 7 | MITCHELL SILBERBERG & KNUPP LLP |
| | 11377 West Olympic Boulevard |
| 8 | Los Angeles, California 90064-1683 |
| | Telephone: (310) 312-2000 |
| 9 | Facsimile: (310) 312-3100 |
| 10 | Attorneys for Defendants |
| | MGA Entertainment, Inc., MGA Entertainment |
| 11 | HK, Ltd., and Isaac Larian |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with |
| v. | Case No. CV 04-09059 |
| | Case No. CV 05-02727 |
| MATTEL, INC., a Delaware corporation,, | **OBJECTIONS OF MGA ENTERTAINMENT, INC. TO DECLARATION OF SCOTT WATSON IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH COURT ORDER** |
| Defendant. | |
| AND CONSOLIDATED CASES | |
| | Date: TBA |
| | Time: TBA |
| | Place: TBA |
| | **Phase 2** |
| | Discovery: December 11, 2009 |
| | Pre-Trial Conference: March 1, 2010 |
| | Trial Date: March 23, 2010 |

Mitchell Silberberg & Knupp LLP

2157256.2

EVIDENTIARY OBJECTIONS TO DECLARATION OF SCOTT WATSON

Defendant MGA Entertainment, Inc. ("MGA") submits the following evidentiary objections to the Declaration of Scott Watson in support of Mattel, Inc.'s Ex Parte Application for an Order to Show Cause Re MGA Entertainment, Inc.'s Failure to Comply With Court Order.

## EVIDENTIARY OBJECTIONS

| MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|
| 1. ¶13, pg. 3, lines 15-17: "Attached hereto as Exhibit 12 is a true and correct copy of a letter from my partner, Jon Corey, to Jason Russell and Robert J. Herrington, counsel for MGA, dated January 20, 2009," and Exhibit 12. | The exhibit is irrelevant (FRE 401 and 402).<br><br>The exhibit has not been properly authenticated (FRE 901).<br><br>Lacks foundation and is not based on personal knowledge (FRE 602).<br><br>Hearsay (FRE 801 and 802). | Sustained _____<br>Overruled _____ |
| 2. ¶14, pg. 3, lines 18-19: "Attached hereto as Exhibit 13 is a true and correct copy of a letter I sent to counsel for MGA, Thomas Nolan and Jason Russell, | The exhibit is irrelevant (FRE 401 and 402).<br><br>Hearsay (FRE 801 and 802). | Sustained _____<br>Overruled _____ |

| | MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|---|
| | dated January 28, 2009," and Exhibit 13. | | |
| 3. | ¶15, pg. 3, lines 20-21: "Attached hereto as Exhibit 14 is a true and correct copy of a letter from my partner, Michael Zeller, to Mr. Nolan, dated January 8, 2009," and Exhibit 14. | The exhibit is irrelevant (FRE 401 and 402). The exhibit has not been properly authenticated (FRE 901). Lacks foundation and is not based on personal knowledge (FRE 602). Hearsay (FRE 801 and 802). | Sustained _____ Overruled _____ |
| 4. | ¶16, pg. 3, lines 22-28: "The parties met and conferred regarding Mattel's discovery requests, including Interrogatory Nos. 43, 44, 51-55 and 64, on February 6, 2009 and times thereafter. MGA proposed that it would | Lacks foundation and is not based on personal knowledge (FRE 602). Mr. Watson does not state that he participated in the meet and confer. Also, Mr. Watson does not identify any human being who purportedly acted on behalf of MGA, nor does he set forth any facts to establish | Sustained _____ Overruled _____ |

| | MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|---|
| | provide responses to these interrogatories no earlier than 21 days after the Court decides Mattel's contemplated partial summary judgment motion. MGA, however, declined to discuss its specific objections to these interrogatories or whether it would be standing on its remaining objections when it did provide responses." | that such unidentified person had authority to act for MGA.<br><br>Vague, ambiguous and unintelligible as to "MGA proposed" and "MGA, however, declined to discuss." MGA cannot propose or decline anything; only an authorized representative can do so. Mr. Watson never identifies who on behalf of MGA participated in the meet and confer.<br><br>Hearsay (FRE 801 and 802).<br><br>Argumentative. | |
| 5. | ¶17, pg. 4, lines 1-2: "Attached hereto as Exhibit 15 is a true and correct copy of my letter to counsel for MGA, Amman Khan, | The exhibit is irrelevant (FRE 401 and 402).<br><br>Hearsay (FRE 801 and 802). | Sustained _____<br>Overruled _____ |

| | MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|---|
| | dated February 6, 2009," and Exhibit 15. | | |
| 6. | ¶19, pg. 4, lines 5-6: "Attached hereto as Exhibit 17 is a true and correct copy of a letter Mr. Corey sent to Mr. Khan, dated February 8, 2009," and Exhibit 17. | The exhibit is irrelevant (FRE 401 and 402).<br><br>The exhibit has not been properly authenticated (FRE 901).<br><br>Lacks foundation and is not based on personal knowledge (FRE 602).<br><br>Hearsay (FRE 801 and 802). | Sustained \_\_\_\_\_<br>Overruled \_\_\_\_\_ |
| 7. | ¶20, pg. 4, lines 7-8: "Attached hereto as Exhibit 18 is a true and correct copy of relevant excerpts of the transcript of the February 11, 2009 hearing before Judge Larson," and Exhibit 18. | The exhibit is irrelevant (FRE 401 and 402). | Sustained \_\_\_\_\_<br>Overruled \_\_\_\_\_ |

| | MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|---|
| 8. | ¶21, pg. 4, lines 9-10: "Attached hereto as Exhibit 19 is a true and correct copy of a letter Mr. Corey sent to Mr. Nogues, dated February 12, 2009," and Exhibit 19. | The exhibit is irrelevant (FRE 401 and 402). The exhibit has not been properly authenticated (FRE 901). Lacks foundation and is not based on personal knowledge (FRE 602). Hearsay (FRE 801 and 802). | Sustained _____ Overruled _____ |
| 9. | ¶24, pg. 4, lines 15-17: "Attached hereto as Exhibit 22 is a true and correct copy of the Civil Minutes - General Re: Mattel's Motion to Enforce the Court's Order on March 23, 2005 and for Sanctions, dated June 16, 2006," and Exhibit 22. | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____ Overruled _____ |
| 10. | ¶25, pg. 4, lines 18-20: "Attached hereto as Exhibit 23 is a true and | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____ Overruled _____ |

| | MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|---|
| | correct copy of the Order Granting Mattel's Motion to Compel Response to Interrogatory No. 1, dated April 17, 2007," and Exhibit 23. | | |
| 11. | ¶26, pg. 4, lines 21-23: "Attached hereto as Exhibit 24 is a true and correct copy of the Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007," and Exhibit 24. | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____ Overruled _____ |
| 12. | ¶27, pg. 4, lines 24-26: "Attached hereto as Exhibit 25 is a true and correct copy of the Order Granting Mattel, Inc's Motion to Compel | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____ Overruled _____ |

| MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|
| MGA to Produce Witnesses for Deposition Pursuant to Rule 30(b)(6), dated May 16, 2007," and Exhibit 25. | | |
| 13. ¶28, pg. 5, lines 1-3: "Attached hereto as Exhibit 26 is a true and correct copy of the Order Granting in Part and Denying in Part Mattel's Production of Documents for MGA, dated August 14, 2007," and Exhibit 26. | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____<br>Overruled _____ |
| 14. ¶29, pg. 5, lines 4-7: "Attached hereto as Exhibit 27 is a true and correct copy of the Order Granting in Part Mattel's Motion to Enforce the Court's Order of May 16, 2007, to Compel MGA to | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____<br>Overruled _____ |

| | MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|---|
| | Produce Witnesses for Deposition Pursuant to Rule 30 (b)(6), and Granting Request for Sanctions, dated August 14, 2007," and Exhibit 26. | | |
| 15. | ¶30, pg. 5, lines 8-10: "Attached hereto as Exhibit 28 is a true and correct copy of the Order Granting Mattel's Motion to Compel MGA to Answer Requests for Admission, dated August 20, 2007," and Exhibit 28. | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____<br>Overruled _____ |
| 16. | ¶31, pg. 5, lines 11-13: "Attached hereto as Exhibit 29 is a true and correct copy of the Order Granting Mattel's Motion to Compel MGA to Produce | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____<br>Overruled _____ |

| MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|
| Witnesses Pursuant to Third Notice of Deposition Under Rule 30(b)(6), dated September 25, 2007," and Exhibit 29. | | |
| 17. ¶32, pg. 5, lines 14-16: "Attached hereto as Exhibit 30 is a true and correct copy of the Order Regarding Mattel, Inc.'s Motion to Enforce the Court's Order of May 15, 2007, dated December 19, 2007," and Exhibit 30. | The exhibit is irrelevant (FRE 401 and 402). | Sustained \_\_\_\_\_<br>Overruled \_\_\_\_\_ |
| 18. ¶33, pg. 5, lines 17-19: "Attached hereto as Exhibit 31 is a true and correct copy of the Order Granting Mattel's Motion to Compel MGA to Produce Documents Bearing Bates Nos. MGA | The exhibit is irrelevant (FRE 401 and 402). | Sustained \_\_\_\_\_<br>Overruled \_\_\_\_\_ |

| | MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|---|
| | 0800973-0800974 and MGA 0829296-0829305, dated December 17, 2007," and Exhibit 31. | | |
| 19. | ¶34, pg. 5, lines 20-23: "Attached hereto as Exhibit 32 is a true and correct copy of the Order Granting in Part and Denying in Part Mattel's Motion to Enforce Court's Discovery Orders and to Compel; to Overrule Purportedly Improper Instructions; and for Sanctions, dated January 8, 2008," and Exhibit 32. | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____ Overruled _____ |
| 20. | ¶35, pg. 5, lines 24-26: "Attached hereto as Exhibit 33 is a true and correct copy of the Order Regarding | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____ Overruled _____ |

| MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|
| Mattel, Inc.'s Motion to Compel Production of Metadata, dated January 9, 2008," and Exhibit 33. | | |
| 21. ¶36, pg. 6, lines 1-3: "Attached hereto as Exhibit 34 is a true and correct copy of the Order Granting in Part Mattel's Motion to Compel MGA to Produce Communication Regarding this Action, dated April 14, 2008," and Exhibit 34. | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____ Overruled _____ |
| 22. ¶37, pg. 6, lines 4-6: "Attached hereto as Exhibit 35 is a true and correct copy of the Order Re Mattel, Inc.'s Motion To Compel Production of Documents Withheld | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____ Overruled _____ |

| | MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|---|
| | As Privileged, dated December 19, 2007," and Exhibit 35. | | |
| 23. | ¶38, pg. 6, lines 7-8: "Attached hereto as Exhibit 36 is a true and correct copy of the Court's Civil Minutes of March 23, 2005," and Exhibit 36. | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____ Overruled _____ |
| 24. | ¶39, pg. 6, lines 9-10: "Attached hereto as Exhibit 37 is a true and correct copy of the Court's Civil Minutes of June 16, 2006," and Exhibit 37. | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____ Overruled _____ |
| 25. | ¶40, pg. 6, lines 11-12: "Attached hereto as Exhibit 38 are examples of entirely redacted pages produced by MGA in response to Mattel's First Set of Requests for | The exhibit is irrelevant (FRE 401 and 402).<br><br>The exhibit has not been properly authenticated (FRE 901).<br><br>Lacks foundation and is not | Sustained _____ Overruled _____ |

| | MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|---|
| | Production," and Exhibit 38. | based on personal knowledge (FRE 602).<br><br>Argumentative. | |
| 26. | ¶41, pg. 6, lines 13-14: "Attached hereto as Exhibit 39 is a true and correct copy of the Trial transcript dated Tuesday, August 5, 2008, afternoon session," and Exhibit 39. | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____<br>Overruled _____ |
| 27. | ¶44, pg. 6, lines 22-24: "In this case there have been more than 50 discovery Orders issued against MGA, in whole or in part, and its co-defendants, which includes Orders finding MGA to be in violation of prior Court Orders." | Irrelevant (FRE 401 and 402).<br><br>Lacks foundation (FRE 602). Mr. Watson fails to identify the "more than 50 discovery Orders issued against MGA," or to set forth facts establishing that such unidentified Orders were "against" MGA. | Sustained _____<br>Overruled _____ |

| | MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|---|
| | | Vague, ambiguous and unintelligible as to "against MGA, in whole or in part" and "its co-defendants." | |
| | | Improper conclusion and opinion as to what Orders have been issued "against" MGA or what constitutes a "violation of prior Court Orders" (FRE 701). | |
| | | Hearsay (FRE 801 and 802). | |
| | | Argumentative. | |
| 28. | ¶45, pg. 6, line 25 to pg. 7, line 4: "MGA and its related party-defendants refused to produce virtually any key witness in this litigation and forced Mattel to bring motion after motion to obtain the | Irrelevant (FRE 401 and 402).  Lacks foundation and is not based on personal knowledge (FRE 602).  Vague, ambiguous and unintelligible as to "key | Sustained _____  Overruled _____ |

| | MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|---|
| | testimony of even indisputably relevant witnesses. These witnesses have include named defendant and MGA CEO Isaac Larian; named defendant Carter Bryant; MGA executive and Bratz brand manager Paula Garcia (Treantafelles), named defendant and MGA executive Gustavo Machado; MGA manager Jorge Castilla; MGA contractor Veronica Marlow; and MGA contractor Margaret Hatch Leahy." | witness," "motion after motion," and "indisputably relevant witnesses."<br><br>Improper conclusion and opinion as to "MGA and its related party defendants," "refused," "forced," "key witness," and "indisputably relevant witnesses" (FRE 701).<br><br>Hearsay (FRE 801 and 802).<br><br>Argumentative. | |
| 29. | ¶46, pg. 7, lines 5-13: "MGA initially produced documents spanning a mere 10,000 bates numbers, a | Irrelevant (FRE 401 and 402).<br><br>Lacks foundation and is not based on personal knowledge | Sustained _____<br>Overruled _____ |

| MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|
| significant number of which were completely blank. This production was in response to relevant requests seeking information about 'the origin of Bratz and Bryant's work for MGA' What few documents MGA did produce were, in many cases, so heavily redacted that they were unintelligible. For instance, emails were redacted of all text save the 'To,' 'From,' and subject header designations. The production also omitted key documents about early work on the Bratz project and was designed to make it appear that work on | (FRE 602).  Vague, ambiguous and unintelligible as to "a significant number," "relevant requests," "key documents," and "early work."  Improper conclusion and opinion as to "a significant number," "relevant requests," "key documents," and "early work" (FRE 701).  Hearsay (FRE 801 and 802).  Argumentative. | |

| MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|
| Bratz did not begin until December 2000." | | |
| 30. ¶47, pg. 7, lines 14-17: "Since the lifting of the stay on Phase 2 discovery, MGA has answered no interrogatories and has not agreed to produce a single witness for deposition. MGA did not produce any documents for the first two months of Phase 2 discovery." | Irrelevant (FRE 401 and 402).<br><br>Lacks foundation and is not based on personal knowledge (FRE 602).<br><br>Hearsay (FRE 801 and 802).<br><br>Argumentative. | Sustained _____<br>Overruled _____ |

DATED:  March 11, 2009

RUSSELL J. FRACKMAN
PATRICIA H. BENSON
MITCHELL SILBERBERG & KNUPP LLP


By:  /s/ Patricia H. Benson
   PATRICIA H. BENSON
   Attorneys for Defendants
   MGA Entertainment, Inc., MGA
   Entertainment HK, Ltd., and Isaac Larian