PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment HK, Ltd.,
MGAE De Mexico, S.R.L. De C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br>[To Be Heard By Discovery Master Robert O'Brien Pursuant To Order Of January 6, 2009]<br><br>**DECLARATION OF LISA TONNU IN SUPPORT OF REPLY RE MOTION FOR PROTECTIVE ORDER**<br><br>[REPLY MEMORANDUM AND SUPPLEMENTAL DECLARATION OF JEAN PIERRE NOGUES AND EVIDENTIARY OBJECTIONS FILED CONCURRENTLY]<br>Date:     April 14, 2009<br>Time:    10:00 a.m.<br>Place:   Arent Fox LLP<br><br>Phase 2<br>Discovery Cut-off:         Dec. 11, 2009<br>Pre-Trial Conference:    March 1, 2010<br>Trial Date:                       March 23, 2010 |

Mitchell
Silberberg &
Knupp LLP

2157580.1

DECLARATION OF LISA TONNU

## DECLARATION OF LISA TONNU

I, LISA TONNU, the undersigned declare:

1. I am currently the vice president of taxation of MGA Entertainment Inc. ("MGA"). I make this declaration of my own personal knowledge and if called upon to do so could and would testify to the facts set forth herein.

2. On January 2008, I was deposed in the litigation between MGA and Mattel. During my deposition, I was shown and testified about documents showing revenues and costs by MGA product and/or SKU number. Those documents are not among the documents regularly kept or generated by MGA. Instead, they were generated specifically for the Mattel litigation by MGA's financial group in consultation with outside consultants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of March, 2009, at Van Nuys, California.

_____
Lisa Tonnu

Mitchell Silberberg & Knupp LLP
2157580.1

2