PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment HK, Ltd.,
MGAE De Mexico, S.R.L. De C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert O'Brien Pursuant To Order Of January 6, 2009]**<br><br>**MGA ENTERTAINMENT, INC.'S OBJECTIONS TO DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA'S MOTION FOR PROTECTIVE ORDER**<br><br>**[REPLY MEMORANDUM, TONNU DECLARATION AND EVIDENTIARY OBJECTIONS FILED CONCURRENTLY]**<br>Date:       April 14, 2009<br>Time:       10:00 a.m.<br>Place:      Arent Fox LLP<br>**Phase 2**<br>Discovery:                    Dec. 11, 2009<br>Pre-Trial Conference:    March 1, 2010<br>Trial Date:                    March 23, 2010 |

Defendant MGA Entertainment, Inc. ("MGA") submits the following evidentiary objections to the Declaration of Bridget A. Hauler in support of Mattel, Inc.'s Opposition to the MGA Parties' Motion for A Protective Order Staying Discovery on Trade Dress Claims.

## EVIDENTIARY OBJECTIONS

| MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|
| 1.  ¶13, page 3, lines 10-11: "Attached hereto as Exhibit 12 is a true and correct copy of the Court's Civil Minutes, dated October 31, 2007," and Exhibit 12. | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____ Overruled _____ |
| 2.  ¶14, page 3, lines 12-13: "Attached hereto as Exhibit 13, is a true and correct copy of the Court's Civil Minutes, dated January 7, 2008," and Exhibit 13. | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____ Overruled _____ |
| 3.  ¶18, page 3, lines 24-25: "Attached hereto as Exhibit 17 is a true and correct copy of the Court's Civil Minutes, | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____ Overruled _____ |

Mitchell Silberberg & Knupp LLP

2158169.1

| MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|
| dated May 20, 2005," and Exhibit 17. | | |
| 4.  ¶19, page 3, lines 26-28: "Attached hereto as Exhibit 18 is a true and correct copy of Discovery Master's Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007," and Exhibit 18. | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____ Overruled _____ |
| 5.  ¶20, page 4, lines 1-2: "Attached hereto as Exhibit 19 is a true and correct copy of the Transcript of ABC Nightline, dated December 23, 2006," and Exhibit 19. | The exhibit is irrelevant (FRE 401 and 402).<br><br>The exhibit has not been properly authenticated (FRE 901).<br>Hearsay (FRE 801 and 802). | |
| 6.  ¶22, page 4, lines 5-6: "Attached hereto as Exhibit 21 is a true and correct copy of excerpts | The exhibit is irrelevant (FRE 401 and 402).<br><br>Hearsay (FRE 801 and 802). | |

Mitchell Silberberg & Knupp LLP

2158169.1

EVIDENTIARY OBJECTIONS TO DECLARATION OF SCOTT WATSON

| MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|
| from the Deposition of Lisa Tonnu, Vol. 4, dated January 17, 2008," and Exhibit 21. | | |
| 7.   ¶23, page 4, lines 7-9: "Attached hereto as Exhibit 22 is a true and correct coy of an email from Ryan Weinstein to Jon Corey, dated July 22, 2008, to which are attached various Excel spreadsheets produced by MGA," and Exhibit 22. | The exhibit is irrelevant (FRE 401 and 402).<br><br>The exhibit and attached spreadsheet have not been properly authenticated (FRE 901).<br><br>Hearsay (FRE 801 and 802). | |
| 8.   ¶24, page 4, lines 10-12: "Attached hereto as Exhibit 23 is a true and correct copy of the excerpts of one of the spreadsheets attached to Mr. Weinstein's email – a spreadsheet produced by MGA and Bates-numbered MGA 3896239," and | The exhibit is irrelevant (FRE 401 and 402).<br><br>The exhibit has not been properly authenticated (FRE 901).<br><br>Hearsay (FRE 801 and 802). | |

Mitchell Silberberg & Knupp LLP

2158169.1

EVIDENTIARY OBJECTIONS TO DECLARATION OF SCOTT WATSON

| MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|
| Exhibit 23. | | |

DATED:   March 11, 2009

RUSSELL J. FRACKMAN
PATRICIA H. BENSON
MITCHELL SILBERBERG & KNUPP LLP


By: _____

JEAN PIERRE NOGUES
Attorneys for Defendants
MGA Entertainment, Inc., MGA
Entertainment HK, Ltd., and Isaac Larian