UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                    Date: March 12, 2009
Title:     MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
==================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

|                        |                       |
|------------------------|-----------------------|
| Cindy Sasse            | None Present          |
| Courtroom Deputy       | Court Reporter        |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS:   **ORDER REFERRING EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE (DOCKET #4997) TO DISCOVERY MASTER**

    The Court has received and reviewed Mattel's Ex Parte Application for an Order to Show Cause (docket #4997).  Because the issues presented therein implicate matters previously addressed, properly presented, and, in part, currently pending before the Discovery Master, the Court refers this application to the Discovery Master.

    The Discovery Master may issue an appropriate disposition of the application.  Should the Discovery Master find that contempt proceedings are appropriate, he may so report and recommend to this Court.

    Unless the parties have already done so, the parties shall, within twenty-four hours of service of this Order, serve the Discovery Master with copies of the filings relevant to this ex parte application.

    **IT IS SO ORDERED.**