RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000 Facsimile: (310) 312-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Exhibit J to Declaration of Jean Pierre Nogues In Opposition to Motion of Mattel to Compel; Application to File Under Seal; Proposed Order

**Document Description:**
- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☒ Other Application to File Under Seal and Proposed Order

**Reason:**
- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☒ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

March 13, 2009
Date

Jean Pierre Nogues
Attorney Name

MGA Parties
Party Represented

G-92 (02/08)     NOTICE OF MANUAL FILING     American LegalNet, Inc. www.FormsWorkflow.com