ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 TO THE SUPPLEMENTAL DECLARATION OF JON D. COREY IN FURTHER SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR AN ORDER DEEMING LEXINGTON FINANCIAL, LLC SERVED, OR IN THE ALTERNATIVE, TO (1) COMPEL AN AUTHORIZED REPRESENTATIVE OF LEXINGTON FINANCIAL, LLC TO APPEAR TO ACCEPT SERVICE OF SUBPOENA, OR (2) ISSUE AN ORDER AUTHORIZING LEXINGTON FINANCIAL, LLC TO BE SERVED THROUGH THE CALIFORNIA SECRETARY OF STATE<br><br>[[Proposed] Order filed concurrently] |

07975/2831098.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibit 1 to the Supplemental
4  Declaration of Jon D. Corey in Further Support of Mattel's *Ex Parte* Application for
5  an Order Deeming Lexington Financial, LLC Served, or in the Alternative, to (1)
6  Compel an Authorized Representative of Lexington Financial, LLC to Appear to
7  Accept Service of Subpoena, or (2) Issue an Order Authorizing Lexington Financial,
8  LLC to be Served Through the California Secretary of State ("Exhibit 1").

9  Exhibit 1 includes materials that MGA has designated as "Confidential"
10 or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.
11 Accordingly, Mattel requests that the Court order that Exhibit 1 be filed under seal.

12 In the alternative, Mattel requests that the Court declare that Exhibit 1
13 is outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes
14 Only" as contained in the Stipulated Protective Order and order it to be filed as part
15 of the public record.

17 DATED: March 10, 2009            QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP

                                    By /s/ Jon D. Corey
                                       Jon D. Corey
                                       Attorneys for Mattel, Inc.