ORIGINAL
LODGED

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                          EASTERN DIVISION

11 | CARTER BRYANT, an individual,      | CASE NO. CV 04-9049 SGL (RNBx)
12 |                                    | Consolidated with
   |              Plaintiff,            | Case Nos. CV 04-09059 & CV 05-2727
13 |                                    |
   |        vs.                         | Hon. Stephen G. Larson
14 |                                    |
   | MATTEL, INC., a Delaware           | [PROPOSED] ORDER RE MATTEL,
15 | corporation,                       | INC.'S APPLICATION TO FILE UNDER
   |                                    | SEAL EXHIBIT 1 TO THE
16 |              Defendant.            | SUPPLEMENTAL DECLARATION OF
   |                                    | JON D. COREY IN FURTHER SUPPORT
17 | AND CONSOLIDATED ACTIONS           | OF MATTEL, INC.'S *EX PARTE*
                                         APPLICATION FOR AN ORDER
18                                       DEEMING LEXINGTON FINANCIAL,
                                         LLC SERVED, OR IN THE
19                                       ALTERNATIVE, TO (1) COMPEL AN
                                         AUTHORIZED REPRESENTATIVE OF
20                                       LEXINGTON FINANCIAL, LLC TO
                                         APPEAR TO ACCEPT SERVICE OF
21                                       SUBPOENA, OR (2) ISSUE AN ORDER
                                         AUTHORIZING LEXINGTON
22                                       FINANCIAL, LLC TO BE SERVED
                                         THROUGH THE CALIFORNIA
                                         SECRETARY OF STATE

23
24
25
26
27
28

07975/2816773.1

[PROPOSED] ORDER

1  [~~PROPOS~~ED] ORDER

2

3    Based on the concurrently filed Mattel, Inc.'s Application to File Under
4  Seal Exhibit 1 to the Supplemental Declaration of Jon D. Corey in Further Support
5  of Mattel's *Ex Parte* Application for an Order Deeming Lexington Financial, LLC
6  Served, or in the Alternative, to (1) Compel an Authorized Representative of
7  Lexington Financial, LLC to Appear to Accept Service of Subpoena, or (2) Issue an
8  Order Authorizing Lexington Financial, LLC to be Served Through the California
9  Secretary of State, and good cause appearing for the entry thereof, IT IS HEREBY
10 ORDERED:

11   Exhibit 1 to the Supplemental Declaration of Jon D. Corey in Further
12 Support of Mattel's *Ex Parte* Application for an Order Deeming Lexington
13 Financial, LLC Served, or in the Alternative, to (1) Compel an Authorized
14 Representative of Lexington Financial, LLC to Appear to Accept Service of
15 Subpoena, or (2) Issue an Order Authorizing Lexington Financial, LLC to be Served
16 Through the California Secretary of State is ORDERED filed under seal pursuant to
17 Local Rule 79-5.1.

19 DATED:  3/12, 2009

   _____
   Hon. Stephen G. Larson
   United States District Judge

07975/2816773.1

-2-

[PROPOSED] ORDER