PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment
HK, Ltd., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br>**[TO BE HEARD BY DISCOVERY MASTER ROBERT O'BRIEN PURSUANT TO ORDER OF JANUARY 6, 2009]**<br><br>**OBJECTIONS OF MGA PARTIES TO DECLARATION OF SCOTT WATSON IN SUPPORT OF MATTEL'S MOTION TO COMPEL RESPONSES TO CONTENTION INTERROGATORIES [OPPOSITION MEMORANDUM AND DECLARATION OF JEAN PIERRE NOGUES FILED CONCURRENTLY]**<br><br>Date: April 21, 2009<br>Time: 10:00 a.m.<br>Place: Arent Fox LLP<br>**Phase 2**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-Trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

EVIDENTIARY OBJECTIONS TO DECLARATION OF SCOTT WATSON

1  Defendant MGA Entertainment, Inc. ("MGA") submits the following
2  evidentiary objections to the Declaration of Scott Watson in support of Mattel,
3  Inc.'s Ex Parte Application for an Order to Show Cause Re MGA Entertainment,
4  Inc.'s Failure to Comply With Court Order.

## EVIDENTIARY OBJECTIONS

| MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|
| 1. ¶18, pg. 4, lines 1-7: "The parties met and conferred regarding Mattel's discovery requests, including Interrogatory Nos. 43, 44, 51-55 and 64, on February 6, 2009 and times thereafter. MGA proposed that it would provide responses to these interrogatories no earlier than 21 days after the Court decides Mattel's contemplated partial summary judgment motion. MGA, however, declined to discuss its | Lacks foundation and is not based on personal knowledge (FRE 602). Mr. Watson does not state that he participated in the meet and confer. Also, Mr. Watson does not identify any human being who purportedly acted on behalf of MGA, nor does he set forth any facts to establish that such unidentified person had authority to act for MGA.<br><br>Vague, ambiguous and unintelligible as to "MGA proposed" and "MGA, however, declined to discuss." MGA cannot propose or decline anything; | Sustained _____<br>Overruled _____ |

| | MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|---|
| | specific objections to these interrogatories or whether it would be standing on its remaining objections when it did provide responses." | only an authorized representative can do so. Mr. Watson never identifies who on behalf of MGA participated in the meet and confer.<br><br>Hearsay (FRE 801 and 802).<br><br>Argumentative. | |
| 2. | ¶22, pg. 4, lines 7-8: "Attached hereto as Exhibit 20 is a true and correct copy of relevant excerpts of the transcript of the February 11, 2009 hearing before Judge Larson," and Exhibit 20. | The exhibit is irrelevant (FRE 401 and 402). | Sustained _____<br>Overruled _____ |
| 3. | ¶28, pg. 5, lines 1-4: "Attached hereto as Exhibit 26 is a true and correct copy of Mattel, Inc.'s Motion to Compel | The exhibit is irrelevant (FRE 401 and 402) | Sustained _____<br>Overruled _____ |

| | MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|---|
| | Responses to Interrogatories and Production of Documents by MGA Entertainment, Inc., and Isaac Larian, dated February 10, 2009." | | |
| 4. | ¶29, pg. 5, lines 5-8: "Attached hereto as Exhibit 27 is a true and correct copy of MGA Entertainment, Inc. and Isaac Larian's Opposition to Mattel, Inc.'s 2/10/09 Motion to Compel Responses to Interrogatories and Production of Documents, dated February 18, 2009." | The exhibit is irrelevant (FRE 401 and 402) | Sustained _____ Overruled _____ |
| 5. | ¶30, pg. 5, lines 9-11: "Attached hereto as Exhibit 28 is a true and correct copy of relevant excerpts of Mattel, | The exhibit is irrelevant (FRE 401 and 402) | Sustained _____ Overruled _____ |

| | MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|---|
| | Inc.'s Sixth Set of Interrogatories, dated October 23, 2007." | | |
| 6. | ¶31, pg. 5, lines 12-14: "Attached hereto as Exhibit 29 is a true and correct copy of relevant excerpts of MGA's Supplemental Responses to Mattel, Inc.'s Seventh Set of Interrogatories, dated November 30, 2007." | The exhibit is irrelevant (FRE 401 and 402) | Sustained _____ Overruled _____ |
| 7. | ¶34, pg. 5, lines 20-21: "Attached hereto as Exhibit 32 is a true and correct copy an e-mail from Ryan Weinstein to Mr. Corey, dated July 22, 2008, without exhibits." | The exhibit is irrelevant (FRE 401 and 402) The exhibit has not been properly authenticated (FRE 901) Lacks foundation and is not based on personal knowledge (FRE 602) Hearsay (FRE 801 and 802) | Sustained _____ Overruled _____ |
| 8. | ¶35, pg. 5, lines 22-23: "Attached hereto as Exhibit 33 is a true and | The exhibit is irrelevant (FRE 401 and 402) The exhibit has not been | Sustained _____ Overruled _____ |

| | MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|---|
| | correct copy of a letter Mr. Weinstein sent to Mr. Corey, dated July 31, 2008." | properly authenticated (FRE 901) Lacks foundation and is not based on personal knowledge (FRE 602) Hearsay (FRE 801 and 802) | |
| 9. | ¶36, pg. 5, lines 24-26: "Attached hereto as Exhibit 34 is a true and correct copy of the prior Discovery Master's Order Granting Mattel's Motion to Compel MGA to Answer Requests for Admission, dated August 20, 2008." | The exhibit is irrelevant (FRE 401 and 402) | Sustained ____ Overruled ____ |
| 10. | ¶37, pg. 6, lines 1-3: "Attached hereto as Exhibit 35 is a true and correct copy of relevant excerpts of MGA's First Set of Interrogatories to Mattel, Inc., dated February 4, 2005." | The exhibit is irrelevant (FRE 401 and 402) | Sustained ____ Overruled ____ |

| | MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|---|
| 11. | ¶38, pg. 6, lines 4-6: "Attached hereto as Exhibit 36 is a true and correct copy of relevant excerpts of Supplemental Responses to MGA's First Set of Interrogatories to Mattel, Inc., dated December 7, 2007." | The exhibit is irrelevant (FRE 401 and 402) | Sustained _____ <br> Overruled _____ |
| 12. | ¶39, pg. 6, lines 7-9: "Attached hereto as Exhibit 37 is a true and correct copy of the prior Discovery Master's Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007." | The exhibit is irrelevant (FRE 401 and 402) | Sustained _____ <br> Overruled _____ |
| 13. | ¶41, pg. 6, lines 12-14: "Attached hereto as | The exhibit is irrelevant (FRE 401 and 402) | Sustained _____ <br> Overruled _____ |

Mitchell Silberberg & Knupp LLP

2159211.1

6

EVIDENTIARY OBJECTIONS TO DECLARATION OF SCOTT WATSON

| MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|
| Exhibit 39 is a true and correct copy of the prior Discovery Master's Order Granting Mattel's Motion to Compel Production of Documents, dated January 25, 2007." | | |
| 14. ¶42, pg. 6, lines 15-17: "Attached hereto as Exhibit 40 is a true and correct copy of excerpts from the transcript from an episode of "Nightline," which first aired on December 22, 2006." | The exhibit is irrelevant (FRE 401 and 402) The exhibit has not been properly authenticated (FRE 901) Hearsay (FRE 801 and 802) | Sustained _____ Overruled _____ |
| 15. ¶43, pg. 6, lines 18-19: "Attached hereto as Exhibit 41 is a true and correct copy of Judge Larson's Civil Minutes, dated July 2, 2007." | The exhibit is irrelevant (FRE 401 and 402) | Sustained _____ Overruled _____ |
| 16. ¶44, pg. 6, lines 20-22: "Attached hereto as | The exhibit is irrelevant (FRE 401 and 402) | Sustained _____ Overruled _____ |

| | MATTEL'S PURPORTED EVIDENCE | MGA'S OBJECTIONS | RULING |
|---|---|---|---|
| | Exhibit 42 is a true and correct copy of a document bearing Bates number MGA 3896239, produced by MGA in this action in the email attached as Exhibit 32." | The exhibit has not been properly authenticated (FRE 901) Hearsay (FRE 801 and 802) | |

DATED:  March 11, 2009

RUSSELL J. FRACKMAN
PATRICIA H. BENSON
MITCHELL SILBERBERG & KNUPP LLP


By:  /s/ Patricia H. Benson
    PATRICIA H. BENSON
    Attorneys for Defendants
    MGA Entertainment, Inc., MGA
    Entertainment HK, Ltd., and Isaac Larian