1  RUSSELL J. FRACKMAN (Bar No. 49087) rjf@msk.com
   PATRICIA H. BENSON (Bar No. 60565) phb@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
3  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100

5  Attorneys for Defendants
   MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE
6  De Mexico, S.R.L. De C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**AMENDED** PROOF OF SERVICE<br><br>Date:      TBD<br>Time:      TBD<br>Place      TBD<br>Phase 2<br>Discovery Cut-Off: December 11, 2009<br>Pre-Trial conference: March 1, 2010<br>Trial Date: March 23, 2010 |

Mitchell Silberberg & Knupp LLP

2160196.1

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On March 13, 2009, I served true copies of the following document(s) described as **MEMORANDUM OF POINTS AND AUTHORITIES OF MGA ENTERTAINMENT, INC. IN OPPOSITION TO EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH COURT ORDER, OBJECTIONS OF MGA ENTERTAINMENT, INC. TO DECLARATION OF SCOTT WATSON IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH COURT ORDER AND DECLARATION OF MARC E. MAYER IN SUPPORT OF THE OPPOSITION OF MGA ENTERTAINMENT, INC. TO EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH COURT ORDER** on the following by taking the action described below:

Robert C. O'Brien
Discovery Master
Arent Fox LLP
555 West 5th St., Suite 4800
Los Angeles, CA 90013
[By Personal Service]

☐ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with         in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

☒ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by First Legal of the document(s) listed above to the person(s) at the address(es) set forth above.

☐ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically at __:___.m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

☐ **BY FAX:** On _____, at _____ am/pm, from facsimile number (310) _____, before placing the above-described document(s) in sealed envelope(s) addressed as set forth above, I sent a copy of the above-described document(s) to each of the individuals set forth above at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and a copy of that report is attached hereto.

Mitchell Silberberg & Knupp LLP

2160196.1

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 13, 2009, at Los Angeles, California.

By: _____
Lindsey Lee

Mitchell Silberberg & Knupp LLP

2160196.1