Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) |
| Plaintiff, | |
| v. | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | **PHASE 2 DISCOVERY MATTER** |
| Defendant. | **ORDER NO. 7, REGARDING:** |
| | **HEARING DATES FOR DISCOVERY MATTERS** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

ORDER NO. 7
[Case No. CV 04-09049 SGL (RNBx)]

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

1  In light of the Court's recently issued orders referring two additional motions and one additional *ex parte* application to the Discovery Master for his review, and given that two of the motions previously set for hearing by the Discovery Master appear to be related to the *ex parte* application referred by the Court, the Discovery Master hereby revises the hearing schedule in this case.

For the convenience of the parties and to ensure that there is no confusion regarding the hearing schedule, a summary of all motions presently scheduled to be heard by the Discovery Master at the offices of Arent Fox, LLP is set forth below along with the accompanying date and time for each hearing.

**March 19, 2009 at 10:00 a.m.**

1. Motion to Compel Depositions of Pablo Vargas and Marian Trueba filed by Mattel, Inc. on or about February 9, 2009.

2. Motion to Compel Responses to Interrogatories and Production of Documents from MGA Entertainment, Inc. et al. filed by Mattel, Inc. on or about February 11, 2009.

**April 14, 2009 at 10:00 a.m.**

1. Renewed Motion to Compel Consent to Production of Electronic Mail Messages filed by Mattel, Inc. on or about February 20, 2009.

2. Motion to Quash Subpoena Issued by Mattel to Non-Party Bingham McCutchen LLP filed on or about February 25, 2009.

3. Motion to Compel Bingham McCutchen LLP to Produce Documents Responsive to the Subpoena filed by Mattel, Inc. on or about March 6, 2009.

//
//
//
//
//
//

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

ORDER NO. 7
[Case No. CV 04-09049 SGL (RNBx)]

**April 21, 2009 at 10:00 a.m.**

1. Motion for a Protective Order Staying Discovery on Trade Dress Claims filed by MGA Entertainment, Inc. et al. on or about February 27, 2009.

2. Motion to Enforce Order Compelling MGA to Provide Discovery, to Compel Responses to Interrogatories by MGA, and Request for Sanctions filed by Mattel, Inc. on or about March 6, 2009.

3. Ex Parte Application for an Order to Show Cause Re: MGA Entertainment, Inc.'s Failure to Comply with Court Order filed by Mattel, Inc. on or about March 10, 2009.

**April 27, 2009 at 1:00 p.m.**

1. Renewed Motion for Reconsideration of Portions of Discovery Master's December 31, 2007 Order filed by Mattel, Inc. on or about March 4, 2009.

2. Renewed Motion Objecting to Portions of Discovery Master's February 15, 2008 Order Re: Mattel's Motion to Compel Responses to Interrogatories by the MGA Parties filed by Mattel, Inc. on or about January 20, 2009.

3. Renewed Motion for Issuance of Letter of Request filed by Mattel, Inc. on or about January 26, 2009.

**May 5, 2009 at 10:00 a.m.**

1. Motion to Quash and/or for a Protective Order Re: Subpoenas Issued by Mattel, Inc. to Non-Parties Leon Neman, Fred Mashian, and Neil Kadisha filed on or about March 12, 2009.

Dated:   March 13, 2009

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master