QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-2727<br><br>[PUBLIC REDACTED] DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF MOTION OF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE<br><br>**Phase 2:**<br>Discovery Cut-off:    Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date:              Mar. 23, 2010 |

## DECLARATION OF HARRY A. OLIVAR, JR.

I, Harry A. Olivar, Jr., declare as follows:

1.      I am a member of the bar of the State of California, admitted to practice in the Central District of California and elsewhere, and am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  Except where otherwise indicated, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      Attached as **Exhibit 1** hereto is a true copy of the trial transcript from the sealed portions of the August 15, 2008 hearing.

3.      Attached as **Exhibit 2** hereto is a true and correct copy of the trial transcript from the morning session of August 15, 2008.

4.      Attached as **Exhibit 3** hereto are true and correct copies of Copyright Registrations VA 1-218-491 (Yasmin drawing), VA 1-218-488 (Sasha drawing), VA 1-218-487 (Jade drawing), VA 1-218-490 (Cloe drawing), and VA 1-218-489 (Bratz group drawing).

5.      Attached as **Exhibit 4** hereto is a true and correct copy of excerpts from Volume 1 of the Deposition of Carter Bryant in the above-captioned case.

6.      Attached as **Exhibit 5** hereto is a true and correct copy of excerpts from Volume 1 of the Deposition of Isaac Larian in the above-captioned case.

7.      Attached as **Exhibit 6** hereto is a true and correct copy of excerpts from Volume 2 of the Deposition of Isaac Larian in the above-captioned case.

8.      Attached as **Exhibit 7** hereto is a true and correct copy of an excerpt of the MGA Parties' Answer and Affirmative Defenses to Mattel's Second Amended Answer and Counterclaims, dated August 13, 2007.

9.      Attached as **Exhibit 8** hereto is a true and correct copy of the employment agreement between MGA and Carter Bryant, dated as of September 18, 2000, and the Modification and Clarification Agreement.

10.     Attached as **Exhibit 9** is a true and correct copy of Carter Bryant's Employee Confidential Information and Inventions Agreement with Mattel, dated January 4, 1999.

11.     Attached as **Exhibit 10** hereto is a true and correct copy of the Court's Order Granting in Part, Denying in Part, and Deferring in Part the Parties' Motions for Partial Summary Judgment, dated April 25, 2008.

12.     Attached as **Exhibit 11** hereto is a true and correct copy of excerpts from the Deposition of David Rosenbaum in the above-captioned case.

13.     Attached as **Exhibit 12** is a true and correct copy of the Court's Order Granting Mattel's Motion for Permanent Injunction, dated December 3, 2008.

14.     Attached as **Exhibit 13** hereto is a true and correct copy of the Phase 1A Final Verdict Form As Given, dated July 17, 2008.

15.     Attached as **Exhibit 14** hereto is a true and correct copy of excerpts of Mattel's Second Amended Answer and Counterclaims, dated July 12, 2007.

16.     Attached as **Exhibit 15** hereto is a true and correct copy of the January 15, 2008 Larian Privilege Log.

17.     Attached as **Exhibit 16** hereto is a true and correct copy of Mattel's Motion for Order Finding Waiver and to Compel Production of Documents Withheld As Privileged, dated January 23, 2008.

18.     Attached as **Exhibit 17** hereto is a true and correct copy of MGA's Opposition to Mattel's Motion for Order Finding Waiver and to Compel Production of Documents As Withheld, dated January 31, 2008.

19.     Attached as **Exhibit 18** is a true and correct copy of selected entries from the January 23, 2008 Revised MGA Privilege Log.

20.     Attached as **Exhibit 19** hereto is a true and correct copy of a fax sent from Victoria O'Connor to Patricia Glaser, dated July 3, 2001, attaching a copy of the employment agreement between MGA and Carter Bryant.

21.     Attached as **Exhibit 20** hereto is a true and correct copy of selected entries from the January 30, 2008 Larian Privilege Log.

22.     Attached as **Exhibit 21** hereto is a true and correct copy of the March 17, 2008 claw-back letter from Bryant Delgadillo to Juan Pablo Alban.

23.     Attached as **Exhibit 22** hereto is a true and correct copy of Mattel's Motion for Order Compelling the Production of Communications Made in Furtherance of Crimes and Frauds, dated May 23, 2008.

24.     Attached as **Exhibit 23** hereto is a true and correct copy of MGA's Opposition to Mattel's Motion For Order Compelling the Production of Communications Made In Furtherance of Crimes and Frauds, dated June 19, 2008.

25.     Attached as **Exhibit 24** hereto is a true and correct copy of the Court's Order Regarding Mattel's Motion For Order Compelling the Production of Communications Made In Furtherance of Crimes and Frauds, dated June 20, 2008.

26.     Attached as **Exhibit 25** hereto is a true and correct copy of Mattel's Motion in Limine No. 7, dated April 14, 2008.

27.     Attached as **Exhibit 26** hereto is a true and correct copy of a MGA's Opposition to Mattel's Motion in Limine No. 7, dated April 28, 2008.

28.     Attached as **Exhibit 27** hereto is a true and correct copy of a letter from Amy Park to Jon Corey and B. Dylan Proctor, dated June 3, 2008.

29.     Attached as **Exhibit 28** hereto is a true and correct copy of an email sent to Victoria O'Connor, copying Isaac Larian, from David Rosenbaum, dated September 28, 2000.

30.     Attached as **Exhibit 29** hereto is a true and correct copy of Mattel's Motion For Order Compelling Production of Communications As To Which MGA Has Waived The Attorney-Client Privilege, dated June 24, 2008.

DECLARATION OF HARRY A. OLIVAR, JR

31.     Attached as **Exhibit 30** hereto is a true and correct copy of MGA's Opposition to Mattel's Motion For Order Compelling Production of Communications As To Which MGA Has Waived The Attorney-Client Privilege, dated June 27, 2008.

32.     Attached as **Exhibit 31** hereto is a true and correct copy of the Phase 1B Verdict Form As Given, dated August 26, 2008.

33.     Attached as **Exhibit 32** hereto is a true and correct copy of the Final Jury Instructions As Given, dated July 10, 2008.

34.     Attached as **Exhibit 33** hereto is a true and correct copy of excerpts of the trial transcript from June 4, 2008.

35.     Attached as **Exhibit 34** hereto is a true and correct copy of excerpts of the trial transcript from June 20, 2008.

36.     Attached as **Exhibit 35** hereto is a true and correct copy of excerpts of the trial transcript from June 17, 2008.

37.     Attached as **Exhibit 36** hereto is a true and correct copy of excerpts of the hearing transcript from May 22, 2008.

38.     Attached as **Exhibit 37** hereto is a true and correct copy of excerpts of the trial transcript from June 10, 2008.

39.     Attached as **Exhibit 38** hereto is a true and correct copy of excerpts of the trial transcript from the June 6, 2008 morning session.

40.     Attached as **Exhibit 39** hereto is a true and correct copy of excerpts of the trial transcript from July 2, 2008.

41.     Attached as **Exhibit 40** hereto is a true and correct copy of excerpts of the trial transcript from August 14, 2008.

42.     Attached as **Exhibit 41** hereto is a true and correct copy of an excerpt of the trial transcript from August 12, 2008.

43.     Attached as **Exhibit 42** hereto is a true and correct copy of an excerpt of the trial transcript from August 20, 2008.

44.     Attached as **Exhibit 43** hereto is a true and correct copy of an excerpt of MGA's Complaint in <u>MGA Entertainment Inc  v. Multitoy Inc.</u>.

45.     Attached as **Exhibit 44** hereto is a true and correct copy of MGA's Request for Approval of Substitution of Counsel, dated January 9, 2009.

46.     Attached as **Exhibit 45** hereto is a true and correct copy of the hearing transcript from January 26, 2009.

47.     Attached as **Exhibit 46** hereto is a true and correct copy of an excerpt of the trial transcript from the June 6, 2008 afternoon session.

48.     Attached as **Exhibit 47** hereto is a true and correct copy of an excerpt of the trial transcript from June 11, 2008.

49.     Attached as **Exhibit 48** hereto is a true and correct copy of an excerpt of the trial transcript from August 6, 2008.

50.     Attached as **Exhibit 49** hereto is a true and correct copy of selected entries from an undated version of an MGA Privilege Log.

51.     Attached as **Exhibit 50** hereto is a true and correct copy of selected entries from the August 14, 2007 MGA Revised Privilege Log.

52.     Attached as **Exhibit 51** hereto is a true and correct copy of selected entries from the August 14, 2007 MGA Supplemental Privilege Log.

53.     Attached as **Exhibit 52** hereto is a true and correct copy of selected entries from the November 16, 2007 MGA Supplemental Revised Privilege Log.

54.     Attached as **Exhibit 53** hereto is a true and correct copy of selected entries from the November 16, 2007 MGA Privilege Log for October 17 and October 19, 2007 Documents.

55.     Attached as **Exhibit 54** hereto is a true and correct copy of selected entries from the January 23, 2008 MGA Privilege Log.

56.     Attached as **Exhibit 55** hereto is a true and correct copy of selected entries from the January 28,2008 MGA Privilege Log.

07975/2835664.1

DECLARATION OF HARRY A. OLIVAR, JR

1    57.    Attached as **Exhibit 56** hereto is a true and correct copy of

2  selected entries from the January 28, 2008 MGA Revised Privilege Log.

3

4         I declare under penalty of perjury under the laws of the United States of

5  America that the foregoing is true and correct, and that this Declaration was

6  executed on March 13, 2009 at Los Angeles, California.

7

8                                        _/s/_ Harry A. Olivar, Jr.
                                         Harry A. Olivar, Jr.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28