UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     CV 04-09049 SGL(RNBx)                                         Date: March 12, 2009
Title:       MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
==================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

        Cindy Sasse                                         None Present
        Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                   None Present

PROCEEDINGS:     **ORDER REFERRING (1) MOTION FOR REVIEW OF PORTIONS OF DISCOVERY MASTER'S FEBRUARY 15, 2008, ORDER (DOCKET #4717) AND (2) MOTION FOR ISSUANCE OF LETTER OF REQUEST (DOCKET #4721) TO DISCOVERY MASTER**

     The Court has received the above-referenced discovery motions, and refers them to the Discovery Master.

     The Discovery Master may issue appropriate dispositions of these motions.  The Discovery Master shall consider the issues presented by the motion for review as if presented to him in the first instance; he should not apply the "clearly erroneous or contrary to law" standard that the Court would apply.

     This procedure – in which the Phase 2 Discovery Master may review prior discovery orders – shall apply only to motions seeking review of discovery orders issued previously by the Phase 1 Discovery Master to which timely objections were made <u>prior</u> to the imposition of the stay as to Phase 2 discovery.  The parties may not seek leave to review before the Phase 2 Discovery Master any other discovery orders issued previously by the Phase 1 Discovery Master.

     **IT IS SO ORDERED.**


MINUTES FORM 90                                                        Initials of Deputy Clerk __cls_____
CIVIL -- GEN                                            1