PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment
HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and
Isaac Larian

Lodged (proposed)
FILED 2009 MAR 13 PM 2:41
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**<br><br>**MGA PARTIES' APPLICATION TO FILE UNDER SEAL**<br><br>Date: April 21, 2009<br>Time: 10:00 a.m.<br>Place: Arent Fox LLP<br><br>**Phase 2**<br>Discovery Cut-Off: Dec. 11, 2009<br>Pre-Trial conference: March 1, 2010<br>Trial Date: March 23, 2010 |

ORIGINAL

Mitchell Silberberg & Knupp LLP
2160027.1

1
APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, MGA Entertainment HK, Ltd. and MGAE de Mexico S.R.L. de C.V.'s (collectively, "MGA Parties") hereby respectfully request that the court order the following document to be filed under seal:

1. Exhibit J to Declaration of Jean Pierre Nogues In Support of Opposition to Mattel's Motion To Compel.

Good cause exists for filing these documents under seal because they discuss confidential and private information that has been designated either "CONFIDENTIAL- ATTORNEYS' EYES ONLY" or "CONFIDENTIAL."

DATED: March 13, 2009

RUSSELL J. FRACKMAN
PATRICIA H. BENSON
MITCHELL SILBERBERG & KNUPP LLP

By: _____
Jean Pierre Nogues
Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and Isaac Larian

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On March 13, 2009, I served an original of the foregoing document(s) described as **MGA PARTIES' APPLICATION TO FILE UNDER SEAL** on the interested parties in this action at their last known address as set forth below by taking the action described below:

**See Attached Service List**

☒ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by NATIONWIDE LEGAL, INC. of the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 13, 2009, at Los Angeles, California.

_____
Bertha A. García

## SERVICE LIST

| | |
|---|---|
| Robert C. O'Brien<br>Discovery Master<br>Arent Fox LLP<br>555 West Fifth Street<br>Suite 4800<br>Los Angeles, CA 90013<br>[By Personal Service] | John Quinn, Esq.<br>(johnquinn@quinnemanuel.com)<br>Jon D. Corey, Esq.<br>(joncorey@quinnemanuel.com)<br>Michael T. Zeller, Esq.<br>(michaeltzeller@quinnemanuel.com)<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street<br>Tenth Floor<br>Los Angeles, CA 90017-2543<br>[By Personal Service] |
| Patricia L. Glaser, Esq.<br>(Pglaser@glaserweil.com)<br>Joel N. Klevens, Esq.<br>(Jklevens@glaserweil.com)<br>Glaser, Weil, Fink, Jacobs & Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA 90067<br>(310) 553-3000<br>[By Email Service] | Thomas J. Nolan, Esq.<br>(tnolan@skadden.com)<br>Raoul D. Kennedy, Esq.<br>(rkennedy@skadden.com)<br>Jason D. Russell, Esq.<br>(Jason.russell@skadden.com)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071-3144<br>(213) 687-5000<br>[By Email Service] |

Mitchell Silberberg & Knupp LLP

2144569.1

2