PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California  90067
Telephone:  (310) 553-3000
Facsimile:  (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment
HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and
Isaac Larian

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO.  CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.  CV 04-09059<br>Case No.  CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**<br><br>**[~~PROPOSED~~] ORDER TO FILE UNDER SEAL**<br><br>Date:      April 21, 2009<br>Time:     10:00 a.m.<br>Place     Arent Fox LLP<br><br>**Phase 2**<br>Discovery Cut-Off:          Dec. 11, 2009<br>Pre-Trial conference:       March 1, 2010<br>Trial Date:                     March 23, 2010 |

LODGED

ORIGINAL

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
2009 MAR 13  PM 2: 47
BY

Mitchell
Silberberg &
Knupp LLP

2160030.1

1

## ORDER

2     Based on the concurrently filed Application and good cause appearing for

3 the entry thereof, IT IS HEREBY ORDERED that the following document be filed

4 under seal pursuant to Local Rule 79-5.1:

5

6     1.     Exhibit J to Declaration of Jean Pierre Nogues In Opposition to

7         Mattel's Motion to Compel.

8

9 DATED:    3/13/09

10                           Hon. Stephen J. Larson
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

2160030.1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

      On March 13, 2009, I served an original of the foregoing document(s) described as **[PROPOSED] ORDER TO FILE UNDER SEAL** on the interested parties in this action at their last known address as set forth below by taking the action described below:

**See Attached Service List**

☒ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by NATIONWIDE LEGAL, INC. of the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

      I declare under penalty of perjury under the laws of the United States that the above is true and correct.

      Executed on March 13, 2009, at Los Angeles, California.

_____
Bertha A. García

1

## SERVICE LIST

2  Robert C. O'Brien
   Discovery Master
3  Arent Fox LLP
   555 West Fifth Street
4  Suite 4800
   Los Angeles, CA 90013
5  [By Personal Service]

6

7  Patricia L. Glaser, Esq.
   (Pglaser@glaserweil.com)
8  Joel N. Klevens, Esq.
   (Jklevens@glaserweil.com)
9  Glaser, Weil, Fink, Jacobs & Shapiro, LLP
   10250 Constellation Boulevard
10 19th Floor
   Los Angeles, CA 90067
11 (310) 553-3000
   [By Email Service]

John Quinn, Esq.
(johnquinn@quinnemanuel.com)
Jon D. Corey, Esq.
(joncorey@quinnemanuel.com)
Michael T. Zeller, Esq.
(michaeltzeller@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street
Tenth Floor
Los Angeles, CA 90017-2543
[By Personal Service]

Thomas J. Nolan, Esq.
(tnolan@skadden.com)
Raoul D. Kennedy, Esq.
(rkennedy@skadden.com)
Jason D. Russell, Esq.
(Jason.russell@skadden.com)
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-3144
(213) 687-5000
[By Email Service]

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

2160036.1