1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert C. O'Brien
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401

Discovery Master

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

CARTER BRYANT, an individual,,

Plaintiff,

v.

MATTEL, INC., a Delaware corporation,

Defendant.

CONSOLIDATED WITH
MATTEL, INC. v. BRYANT and
MGZ ENTERTAINMENT, INC. v.
MATTEL, INC.

Case No.  CV 04-09049 SGL (RNBx)

**Consolidated with**
**Case No. CV 04-09059**
**Case No. CV 05-2727**

**PHASE II DISCOVERY MATTER**

**ORDER NO. 1, REGARDING:**

**(1) PROCEDURE GOVERNING DISCOVERY MOTIONS;**
**(2) PENDING DISCOVERY MATTERS; and**
**(3) FURTHER/FUTURE DISCOVERY MOTIONS**

## I.   PROCEDURE GOVERNING DISCOVERY MOTIONS

### A.   Meet and Confer Requirements

The parties are reminded of their obligation to comply with the briefing schedule that they agreed to as set forth in the Stipulation For Appointment Of A Discovery Master and Order dated December 6, 2006 (the "Order").  Specifically, before filing any discovery motion, "[t]he moving party shall first identify each dispute, state the relief sought and identify the authority supporting the requested relief in a meet and confer letter that shall be served on all parties by facsimile or electronic mail.  The parties shall have five court days from the date of service of that letter to conduct an in-person conference to attempt to resolve the dispute.  If the dispute has not been resolved within five court days after such service, the moving party may seek relief from the Discovery Master by formal motion or letter brief, at the moving party's option." *Id.*

### B.   Briefing Schedule

As provided by the Order, once any such motion or letter brief is filed, "[t]he opposing party shall have five court days from the date of service of the motion or letter brief to submit a formal opposition or response.  Any reply brief shall be served within three court days from the date of service of a formal opposition or response." *Id.*

### C.   Filing Requirements

All papers submitted, from this date forward, in connection with a discovery motion, opposition or response, or reply brief shall be served on the Discovery Master at Arent Fox LLP, 555 West Fifth Street, 48th Floor Los Angles, California 90013 no later than one business day after they are filed with the Court.  The courtesy copies to be provided to the Discovery Master shall include the Court's electronic file-stamp located at the top of each document.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/136065.1

### D.   Hearings on Discovery Motions

1.     Unless ordered otherwise, the hearing on any discovery motion shall be set by the Discovery Master on his first available date following the filing of the reply brief, usually within seven (7) court days.  Unless a telephonic hearing is ordered by the Discovery Master, all such hearings shall take place at the offices of Arent Fox LLP located at 555 West Fifth Street, 48th Floor Los Angles, California 90013.   In the event the Discovery Master determines that no hearing is necessary for a specified motion and the matter can be disposed of on the papers, the Discovery Master shall so notify the parties.

2.     At least twenty-four hours prior to any hearing, counsel for the parties shall each provide Ruben Hernandez, a paralegal at Arent Fox LLP, with a list of all individuals who will be attending the hearing so their names can be provided to the Gas Company Tower's building security.  Mr. Hernandez's email address is: hernandez.ruben@arentfox.com.  The parties should also direct any questions they may have regarding the use of technology or other logistics at a hearing to Mr. Hernandez.

## II.   PENDING DISCOVERY MATTERS

### A.   *Ex Parte* Application of Non-Party Entities

1.     On or about February 9, 2009, Omni 808, Investors, LLC, Vision Capital, LLC and Omninet Capital, LLC ("Non-Party Entities") filed an *ex parte* application (the "Application") to strike the Motion to Compel Production of Documents Responsive to Third-Party Subpoenas filed by Mattel, Inc. ("Mattel") on or about February 4, 2009.  The Application is **DENIED** as moot, on the ground that it has been superseded by another pleading filed by the Non-Party Entities. Specifically, one day after filing their Application (i.e., on or about February 10, 2009), the Non-Party Entities filed an opposition (the "Opposition") to a motion to compel by Mattel (the "Motion"), and it contains all of the procedural arguments made in the Application, as well as additional substantive arguments.  The

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/136065.1

Opposition further states that it was filed "without waiving, and expressly reserving, all arguments raised in [the Non-Party Entities'] ex parte application."

2.      Although the Application has been superseded by the subsequently-filed Opposition, nothing in this ruling precludes the Non-Party Entities from arguing that the Motion should be denied for the reasons set forth in the Application.  Mattel may respond to any such arguments in its reply papers, and the parties shall have the right to address all such arguments at the hearing on the Motion.

**B.      Hearing Dates**

The motions already filed by the parties shall be heard by the Discovery Master in accordance with the schedule set forth below.  Unless the Discovery Master notifies the parties otherwise, all discovery hearings shall commence at 10:00 a.m. at the offices of Arent Fox, LLP. To the extent any opposition papers have previously been filed to any of the motions below, the opposing party shall immediately provide the Discovery Master with a copy of all such documents. Similarly, to the extent any reply papers have previously been filed in connection with any of the motions below, the moving party shall immediately provide the Discovery Master with a copy of all such documents.

**March 4, 2009:**

1.      Motion to Compel Production of Documents Responsive to Third-Party Subpoenas filed by Mattel.

- 4 -

2.     Motion to Quash Receiver Subpoenas filed by MGA Entertainment, Inc. et al. ("MGA") on or about February 4, 2009.

**March 11, 2009:**

1.     Renewed Motion to Compel Production of Documents and Things from MGA filed by Mattel on or about January 26, 2009.

2.     Renewed Motion to Compel Mattel To Produce Documents Responsive To Requests For Production 526 and 528 filed by MGA on or about February 6, 2009.

**March 19, 2009:**

1.     Motion to Compel Depositions of Pablo Vargas and Marian Trueba filed by Mattel on or about February 9, 2009.

2.     Motion to Compel Responses to Interrogatories and Production of Documents from MGA et al. filed by Mattel on or about February 10, 2009.

3.     Motion to Compel MGA To Produce And File Certain Documents Reviewed In Camera filed by Mattel on or about February 12, 2009.

## III.   FURTHER / FUTURE DISCOVERY MOTIONS

1.     In the event any party has previously filed any other discovery motion not referenced above that should be set for hearing, the Discovery Master requests that the parties promptly submit a joint report identifying the motion(s), the date such motion(s) were filed and all papers submitted in connection with the motion(s) to date.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/136065.1

2.      Any motion filed after the date of this order will be set for hearing within a reasonable period of time thereafter by the Discovery Master.

Dated:          February 12, 2009

By:      /s/ Robert C. O'Brien
         ROBERT C. O'BRIEN
         Discovery Master

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/136065.1

**PROOF OF SERVICE**

*Bryant v. Mattel Inc. and Consolidated Actions*

<u>USDC, Eastern Division, Case No. CV 04 09049 SGL (RNBx)</u>

I am a citizen of the United States.  My business address is Arent Fox LLP, 555 West Fifth Street, 48th Floor, Los Angeles, California 90013-1065.  I am employed in the County of Los Angeles where this service occurs.  I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

**ORDER NO. 1, REGARDING:  (1) PROCEDURE GOVERNING DISCOVERY MOTIONS; (2) PENDING DISCOVERY MATTERS, and (3) FURTHER/FUTURE DISCOVERY MOTIONS**

☐   (BY FAX)  I transmitted via facsimile, from facsimile number (213) 629-7401, the document(s) to the person(s) listed below at the fax number(s) set forth therein, on this date before 5:00 p.m.  A statement that this document was successfully transmitted without error is attached to this Proof of Service.

☒   (BY E-MAIL)  On this date, I caused the above document(s) to be delivered electronically to the e-mail address (es) of the person(s) on the attached service list.

☒   (BY MAIL)  I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.  On this date, I placed the document(s) in envelopes addressed to the person(s) listed below and sealed and placed the envelopes for collection and mailing following ordinary business practices.

☐   **(BY PERSONAL SERVICE)**  On this date, I caused the above documents to be delivered by hand delivery to the person(s) listed below.

☐   (BY OVERNIGHT DELIVERY)  On this date, I placed the documents in envelope(s) addressed to the person(s) on the within service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

**SEE ATTACHED SERVICE LIST**

☒   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2009 at Los Angeles, California.

_____/s/ Armida Flores_____
Armida Flores

*Bryant v. Mattel Inc. and Consolidated Actions*
USDC, Eastern Division, Case No. CV 04 09049 SGL (RNBx)

**SERVICE LIST**

| | |
|---|---|
| John B Quinn<br>johnquinn@quinnemanuel.com | Randa A F Osman<br>randaosman@quinnemanuel.com |
| David C Scheper<br>dscheper@obsklaw.com;<br>feseroma@obsklaw.com | Alisa Morgenthaler Lever<br>amorgenthaler@chrisglase.com |
| Larry W McFarland<br>lmcfarland@kmwlaw.com | Raoul D Kennedy<br>rkennedy@skadden.com |
| Mark E Overland<br>moverland@obsklaw.com;<br>jhibino@obsklaw.com | Thomas J Nolan<br>tnolan@skadden.com; carl.roth@skadden.com;<br>marcus.mumford@skadden.com |
| Emil W Herich<br>eherich@kmwlaw.com | Jason D Russell<br>jrussell@skadden.com; allison.velkes@skadden.com |
| Timothy L Alger<br>timalger@quinnemanuel.com | Sandra L Tholen<br>tholen@caldwell-leslie.com; mejia@caldwell-leslie.com; wilson@caldwell-leslie.com |
| Jon D Corey<br>joncorey@quinnemanuel.com | Douglas Andrew Winthrop<br>dwinthrop@howardrice.com |
| Michael T Zeller<br>michaelzeller@quinnemanuel.com | Linda M Burrow<br>burrow@caldwell-leslie.com; wilson@caldwell-leslie.com; popescu@caldwell-leslie.com |
| Diane C Hutnyan<br>dianehutnyan@quinnemanuel.com;<br>reahoeven@quinnemanuel.com | Kenneth A Plevan<br>kenneth.plevan@skadden.com;<br>drogosa@skadden.com; sumclaug@skadden.com |
| Alexander H Cote<br>acote@obsklaw.com;<br>feseroma@obsklaw.com | Marina Vladimir Bogorad<br>marina.bogorad@skadden.com |
| Brett Dylan Proctor<br>dylanproctor@quinnemanuel.com;<br>westonreid@quinnemanuel.com | Stan Karas<br>stankaras@quinnemanuel.com;<br>gayleduran@quinnemanuel.com;<br>westonreid@quinnemanuel.com |
| Scott E Gizer<br>sgizer@glaserweil.com | David W Hansen<br>dhansen@skadden.com |
| Robyn Aronson<br>robynaronson@dwt.com;<br>frankromero@dwt.com | Oleg Stolyar<br>alexstolyar@quinnemanuel.com |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

**PROOF OF SERVICE**

*Bryant v. Mattel Inc. and Consolidated Actions*
USDC, Eastern Division, Case No. CV 04 09049 SGL (RNBx)

## SERVICE LIST

| | |
|---|---|
| Christian C Dowell<br>cdowell@kmwlaw.com | Cyrus S Naim<br>cyrusnaim@quinnemanuel.com |
| Leah Chava Gershon<br>leah@spertuslaw.com | Michael P Kelly<br>mikelly@skadden.com |
| Sanford I Weisburst<br>sandyweisburst@quinnemanuel.com | Hon. Stephen G. Larson<br>stephen_larson@cacd.uscourts.gov |
| Jerome B Falk<br>Howard Rice Nemerovski Canady Falk & Rabkin<br>3 Embarcadero Ctr 7th Fl<br>San Francisco CA 94111-4024 | Kien C Tiet<br>Stern and Goldberg<br>6345 Balboa Boulevard, Suite 200<br>Encino CA 91316 |
| Lauren E Aguiar<br>Skadden Arps Slate Meagher & Flom<br>1440 New York Ave<br>Washington DC 20005-2111 | Melissa Grant<br>Quinn Emanuel Urquhart Oliver and Hedges<br>865 South Figueroa Street, 10th Fl<br>Los Angeles CA 90017-2543 |
| Cheryl Plambeck<br>Davis & Gilbert LLP<br>1740 Broadway<br>New York NY 10019 | Amy R Sabrin<br>Skadden Arps Slate Meagher & Flom LLP<br>1440 New York Avenue NW<br>Washington DC 20005-2111 |
| David W Foster<br>Skadden Arps Slate Meagher & Flom LLP<br>1440 New York Avenue NW<br>Washington DC 20005-2111 | Peter H Bonis<br>Peter H. Bonis Law Offices<br>1990 N. California Blvd, 8th Floor<br>Walnut Creek CA 94596 |

- 3 -

PROOF OF SERVICE