| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  John B. Quinn (Bar No. 090378)<br>  johnquinn@quinnemanuel.com<br>  Michael T. Zeller (Bar No. 196417)<br>  (michaelzeller@quinnemanuel.com)<br>  Jon D. Corey (Bar No. 185066)<br>  (joncorey@quinnemanuel.com)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:   (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S RENEWED MOTION FOR RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER<br><br>Hearing Date:  April 21, 2009<br>Time:  10:00 a.m.<br>Place:  555 West 5th St., Suite 4800<br>Los Angeles, CA 90013<br><br>**Phase 2**<br>Discovery Cutoff:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

07975/2836789.1

NAIM DEC. ISO MATTEL'S MOTION FOR RECONSIDERATION OF DECEMBER 31, 2007 ORDER

I, Cyrus S. Naim, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Discovery Master's Order Granting Mattel's Motion to Compel Production of Documents, dated January 25, 2007.

3. Attached as Exhibit 2 is a true and correct copy of the Court's Order Granting in Part and Denying in Part Mattel's Motion for Leave to Take Additional Discovery, dated January 7, 2008.

4. Attached as Exhibit 3 is a true and correct copy of the Court's Order Setting Various Briefing Schedules, dated September 2, 2008.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the Amended Notice of Motion and Motion of Mattel, Inc. for Leave to Take Additional Discovery and Objections to the Discovery Master Order of September 2007, dated November 20, 2007.

6. Attached as Exhibit 5 is a true and correct copy of the Discovery Master's Order No. 6, dated March 13, 2009.

/
/
/
/
/
/
/
/

7. Attached as Exhibit 6 is a true and correct copy of excerpts of MGA and Bryant's Reply in Support of Their Joint Motion to Compel the Production of Documents and the Deposition of 30(B)(6) Witnesses, filed January 23, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of March, 2009, at Los Angeles, California.

    /s/ Cyrus S. Naim
    Cyrus S. Naim