QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE; CERTAIN EXHIBITS TO THE DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT THEREOF; AND THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF**<br><br>[[Proposed] Order filed concurrently] |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal its Motion for Order Compelling Production of Communications Made in Furtherance of Crimes and Frauds and as to which MGA has Waived Attorney-Client Privilege ("Motion"), Exhibits 1, 4, 5, 6, 8, 11, 15, 18, 20, 22, 23, 29, 30, and 49-56 to the Declaration of Harry A. Olivar in Support Thereof, ("Olivar Declaration Exhibits"), and the Declaration of B. Dylan Proctor in Support Thereof ("Proctor Declaration").

The Motion, Olivar Declaration Exhibits, and Proctor Declaration include materials that MGA or the Court has designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Motion, Olivar Declaration Exhibits, and Proctor Declaration be filed under seal.

In the alternative, Mattel requests that the Court declare that the Motion, Olivar Declaration Exhibits, and Proctor Declaration are outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be filed as part of the public record.

DATED: March 13, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.