*[handwritten: Lsdorder]*

**ORIGINAL**

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS NOTICE OF ERRATA REGARDING NOTICE OF MOTION AND MOTION OF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE**<br><br>[[Proposed] Order filed concurrently] |

07975/2837622.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal its Notice of Errata Regarding Notice of Motion and Motion of Mattel, Inc. for Order Compelling Production of Communications Made in Furtherance of Crimes and Frauds and as to which MGA has Waived Attorney-Client Privilege ("Notice of Errata").

The Notice of Errata includes materials that MGA has designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Notice of Errata be filed under seal.

In the alternative, Mattel requests that the Court declare that the Notice of Errata is outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be filed as part of the public record.

DATED: March 16, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.