QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE; CERTAIN EXHIBITS TO THE DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT THEREOF, AND THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF |

76998/2823962.1

[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based on Mattel's concurrently filed Application to File Under Seal its Motion for Order Compelling Production of Communications Made in Furtherance of Crimes and Frauds and as to which MGA has Waived Attorney-Client Privilege, Exhibits 1, 4, 5, 6, 8, 11, 15, 18, 20, 22, 23, 29, 30, and 49-56 to the Declaration of Harry A. Olivar in Support Thereof, and the Declaration of B. Dylan Proctor in Support Thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Motion for Order Compelling Production of Communications Made in Furtherance of Crimes and Frauds and as to which MGA has Waived Attorney-Client Privilege, Exhibits 1, 4, 5, 6, 8, 11, 15, 18, 20, 22, 23, 29, 30, and 49-56 to the Declaration of Harry A. Olivar in Support Thereof, and the Declaration of B. Dylan Proctor in Support Thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:  3/17, 2009

Hon. Stephen G. Larson
United States District Judge