| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
|   |   John B. Quinn (Bar No. 090378) |
| 2 |   (johnquinn@quinnemanuel.com) |
|   |   Michael T. Zeller (Bar No. 196417) |
| 3 |   (michaelzeller@quinnemanuel.com) |
|   |   Jon D. Corey (Bar No. 185066) |
| 4 |   (joncorey@quinnemanuel.com) |
|   | 865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, California 90017-2543 |
|   | Telephone: (213) 443-3000 |
| 6 | Facsimile:  (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 and CV 05-02727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | [To Be Heard By Discovery Master Robert C. O'Brien] |
| Defendant. | **[PUBLIC REDACTED] DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL BINGHAM MCCUTCHEN LLP TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA** |
| AND CONSOLIDATED ACTIONS | |
| | Hearing Date: April 14, 2009 |
| | Time: 10:00 a.m. |
| | Place: Arent Fox, LLP |
| |        555 West Fifth Street |
| |        48th Floor |
| |        Los Angeles, CA 90013 |
| | **Phase 2:** |
| | Disc. Cut-off: December 11, 2009 |
| | Pre-trial Conf.: March 1, 2010 |
| | Trial Date: March 23, 2010 |

07209/2841069.1

DECLARATION OF STEPHEN HAUSS

# DECLARATION OF STEPHEN HAUSS

I, Stephen Hauss, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Phase II Discovery Matter Order No. 3, dated March 10, 2009.

3. Attached as Exhibit 2 is a true and correct copy of relevant excerpts from the March 4, 2009 Discovery Master Hearing Transcript.

4. Attached as Exhibit 3 is a true and correct copy of OmniNet Capital, LLC's offer letter to Wachovia Bank, dated July 29, 2008, which has been Bates-numbered Wachovia 007599-007603.

5. Attached as Exhibit 4 is a true and correct copy of relevant excerpts from the February 11, 2009 Hearing Transcript.

6. Attached as Exhibit 5 is a true and correct copy of the Secured Delayed Draw Demand Note between MGA Entertainment, Inc. and Omni 808 Investors, LLC, dated November 14, 2008, which has been Bates-numbered Wachovia 002752-002764.

7. Attached as Exhibit 6 is a true and correct copy of the Master Assignment and Exchange Agreement among Omni 808 Investors, LLC, MGA Entertainment, Inc. and Wachovia Bank (attached exhibits and schedules have been omitted), which has been Bates-numbered Wachovia 010394-010417.

8. Attached as Exhibit 7 is a true and correct copy of the Senior Promissory Note, dated September 3, 2008, which has been Bates-numbered Wachovia 001890-001907.

9. Attached as Exhibit 8 is a true and correct copy of the September 8, 2008 Wachovia Memo, which has been Bates-numbered Wachovia 001884-001889.

10. Attached as Exhibit 9 is a true and correct copy of a relevant excerpt from the March 11, 2009 Discovery Master Hearing Transcript.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 18, 2009, at Los Angeles, California.

/s/ Stephen Hauss
Stephen Hauss