QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>**PROOF OF SERVICE RE REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL BINGHAM MCCUTCHEN LLP TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA**<br><br>**Phase 2:**<br>Discovery Cut-off:      Dec. 11, 2009<br>Pre-trial Conference:   Mar. 1, 2010<br>Trial Date:                   Mar. 27, 2010 |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On March 18, 2009, I served true copies of the following documents described as:

### SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>  jrussell@skadden.com | **Attorneys for *the MGA Parties*** <br><br><br><br>Telephone:  213.687.5000<br>Facsimile:  213.687.5600 |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>  Amman Khan<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>  pglaser@glaserweil.com<br>  akhan@glaserweil.com | **Attorneys for *the MGA Parties*** |
| Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>  rjf@msk.com | **Attorneys for *the MGA Parties*** |
| Overland Borenstein Scheper & Kim, LLP<br>  Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>  acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** <br><br><br><br>Telephone:  213.613.4655<br>Facsimile:  213.613.4656 |
| Bingham McCutchen LLP<br>  Todd Gordinier, Esq.<br>  Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>  todd.gordinier@bingham.com<br>  peter.villar@bingham.com | **Attorneys for *Bingham McCutchen*** |

| | |
|---|---|
| 1 | |
| 2 | **[√]**   **[BY ELECTRONIC MAIL TRANSMISSION]** By electronic mail |
| 3 | transmission from stephenhauss@quinnemanuel.com on March 18, 2009, by |
| 4 | transmitting a PDF format copy of such document(s) to each such person at |
| 5 | the e-mail address listed below their address(es).  The document(s) was/were |
| 6 | transmitted by electronic transmission and such transmission was reported as |
| 7 | complete and without error. |
| 8 | |
| 9 | I declare that I am employed in the office of a member of the bar of this |
| 10 | court at whose direction the service was made. |
| 11 | |
| 12 | Executed on March 18, 2009, at Los Angeles, California. |
| 13 | |
| 14 | /s/ Stephen Hauss |
| 15 | Stephen Hauss |

# DOCUMENT LIST

1. MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL BINGHAM MCCUTCHEN LLP TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA

2. DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL BINGHAM MCCUTCHEN LLP TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA