QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

07975/2840282.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On March 19, 2009, I served true copies of the following document(s) described as: **SEE ATTACHED DOCUMENT LIST**

on the parties in this action as follows:

| | |
|---|---|
| Mark E. Overland, Esq.<br>Alexander H. Cote, Esq.<br>Overland Borenstein Scheper & Kim LLP<br>601 W. 5th St.<br>12th Floor<br>Los Angeles, CA 90017 | *Attorneys for Carlos Gustavo Machado Gomez* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for** *the MGA Parties* |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>  Amman A. Khan, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>  pglaser@glaserweil.com | **Attorneys for** *the MGA Parties* |
| Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>  rjf@msk.com | **Attorneys for** *the MGA Parties* |

[X] **BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon

07975/2840282.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

[√]  **[BY ELECTRONIC MAIL TRANSMISSION]** By electronic mail transmission from tamarjih@quinnemanuel.com on March 19, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 19, 2009, at Los Angeles, California.

Shawna Allison

## DOCUMENT LIST

1. MATTEL, INC.'S NOTICE OF ERRATA REGARDING SUPPLEMENTAL DECLARATION OF SCOTT L WATSON IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL

2. APPLICATION TO FILE UNDER SEAL ITS MATTEL, INC.'S NOTICE OF ERRATA REGARDING SUPPLEMENTAL DECLARATION OF SCOTT L WATSON IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL

3. [PROPOSED] ORDER RE: MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MATTEL, INC.'S NOTICE OF ERRATA REGARDING SUPPLEMENTAL DECLARATION OF SCOTT L WATSON IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL

07975/2840282.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE