QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS NOTICE OF ERRATA REGARDING NOTICE OF MOTION AND MOTION OF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE |

07975/2837683.1

[PROPOSED] ORDER

1
2

[~~PROPOSED~~] ORDER

3        Based on Mattel's concurrently filed Application to File Under Seal its
4   Notice of Errata Regarding Notice of Motion and Motion of Mattel, Inc. for Order
5   Compelling Production of Communications Made in Furtherance of Crimes and
6   Frauds and as to which MGA has Waived Attorney-Client Privilege ("Notice of
7   Errata"), and good cause appearing for the entry thereof, IT IS HEREBY
8   ORDERED:
9        Mattel, Inc.'s Notice of Errata is ORDERED filed under seal pursuant
10  to Local Rule 79-5.1.
11
12  DATED:        3|18        , 2009    _____
13                                     Hon. Stephen G. Larson
                                       United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07975/2837683.1

-2-