QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE ORDER COMPELLING MGA TO PROVIDE DISCOVERY, TO COMPEL RESPONSES TO CONTENTION INTERROGATORIES BY MGA AND FOR SANCTIONS |

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal its Reply In Support Of Mattel, Inc.'s Motion To Enforce Order Compelling MGA To Provide Discovery, To Compel Responses To Contention Interrogatories By MGA And For Sanctions, IT IS HEREBY ORDERED:

Mattel, Inc.'s Application to File Under Seal its Reply In Support Of Mattel, Inc.'s Motion To Enforce Order Compelling MGA To Provide Discovery, To Compel Responses To Contention Interrogatories By MGA And For Sanctions is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 3|18 , 2009   */s/ Larson*

Hon. Stephen G. Larson
United States District Judge

07975/2840157.1

-2-