LODGED ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
6  Facsimile:    (213) 443-3100

7  Attorneys for Mattel, Inc.

                   UNITED STATES DISTRICT COURT

                  CENTRAL DISTRICT OF CALIFORNIA

                        EASTERN DIVISION

11 | CARTER BRYANT, an individual,      | CASE NO. CV 04-9049 SGL (RNBx)
   |                                    | Consolidated with
12 |            Plaintiff,              | Case Nos. CV 04-09059 & CV 05-2727
   |                                    |
13 |       vs.                          | Hon. Stephen G. Larson
   |                                    |
14 | MATTEL, INC., a Delaware           | [PROPOSED] ORDER RE MATTEL,
   | corporation,                       | INC.'S APPLICATION TO FILE UNDER
15 |                                    | SEAL MATTEL, INC.'S REPLY IN
   |            Defendant.              | SUPPORT OF ITS MOTION TO COMPEL
16 |                                    | BINGHAM MCCUTCHEN LLP TO
   |                                    | PRODUCE DOCUMENTS RESPONSIVE
17 | AND CONSOLIDATED ACTIONS           | TO SUBPOENA, AND EXHIBITS 3, 5, 6,
   |                                    | 7 AND 8 TO THE DECLARATION OF
18 |                                    | STEPHEN HAUSS IN SUPPORT
   |                                    | THEREOF

07975/2841043.1

                                                          [PROPOSED] ORDER

# [PROPOSED] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal Mattel, Inc.'s Reply in Support of its Motion to Compel Bingham McCutchen LLP to Produce Documents Responsive to Subpoena, and Exhibits 3, 5, 6, 7 and 8 to the Declaration of Stephen Hauss in Support Thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Reply in Support of its Motion to Compel Bingham McCutchen LLP to Produce Documents Responsive to Subpoena, and Exhibits 3, 5, 6, 7 and 8 to the Declaration of Stephen Hauss in Support Thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:   3|19        , 2009   _____
Hon. Stephen G. Larson
United States District Judge