LODGED ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone: (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
                                   | Consolidated with
12 |            Plaintiff,          | Case Nos. CV 04-09059 & CV 05-2727
13 |     vs.                        | Hon. Stephen G. Larson
14 | MATTEL, INC., a Delaware       | [PROPOSED] ORDER RE MATTEL,
   | corporation,                   | INC.'S APPLICATION TO FILE UNDER
15 |                                | SEAL ITS MATTEL, INC.'S NOTICE OF
   |            Defendant.          | ERRATA REGARDING
16 |                                | SUPPLEMENTAL
   |                                | DECLARATION OF SCOTT L. WATSON
17 | AND CONSOLIDATED ACTIONS       | IN SUPPORT OF MATTEL, INC.'S
                                   | MOTION TO COMPEL RESPONSES TO
18                                  | INTERROGATORIES AND
                                   | PRODUCTION OF DOCUMENTS BY
19                                  | MGA ENTERTAINMENT, INC., AND
                                   | ISAAC LARIAN

07975/2840157.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal its Notice of Errata Regarding Supplemental Declaration of Scott L. Watson in Support of Mattel, Inc.'s Motion to Compel Responses to Interrogatories and Production of Document by MGA Entertainment, Inc. and Isaac Larian, IT IS HEREBY ORDERED:

Mattel, Inc.'s Notice of Errata Regarding Supplemental Declaration of Scott L. Watson in Support of Mattel, Inc.'s Motion to Compel Responses to Interrogatories and Production of Document by MGA Entertainment, Inc. and Isaac Larian is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:   3\19   , 2009

_____
Hon. Stephen G. Larson
United States District Judge