ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
|---|---|
| Plaintiff, | |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MATTEL, INC.'S NOTICE OF ERRATA REGARDING SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS BY MGA ENTERTAINMENT, INC., AND ISAAC LARIAN |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

[[Proposed] Order filed concurrently]

07975/2840145.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1. Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal its Notice of Errata Regarding Supplemental Declaration of Scott L. Watson in Support of Mattel, Inc.'s Motion to Compel Responses to Interrogatories and Production of Document by MGA Entertainment, Inc. and Isaac Larian ("Notice of Errata").

2. The Notice of Errata attaches material that MGA has designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Notice of Errata filed under seal.

3. In the alternative, Mattel requests that the Court declare that the Notice of Errata is outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be filed as part of the public record.

DATED: March 19, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Scott L. Watson
Scott L. Watson
Attorneys for Mattel, Inc.