QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL BINGHAM MCCUTCHEN LLP TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA, AND EXHIBITS 3, 5, 6, 7 AND 8 TO THE DECLARATION OF STEPHEN HAUSS IN SUPPORT THEREOF |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | [[Proposed] Order filed concurrently] |

07975/2841040.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1       Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2   entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully

3   requests that the Court order filed under seal Mattel's Reply in Support of its Motion

4   to Compel Bingham McCutchen LLP to Produce Documents Responsive to

5   Subpoena ("Reply"), and Exhibits 3, 5, 6, 7 and 8 to the Declaration of Stephen

6   Hauss in support thereof ("Exhibits").

7       The Reply and Exhibits include materials that Wachovia Bank has

8   designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to

9   the Protective Order.  Accordingly, Mattel requests that the Court order that the

10  Reply and Exhibits be filed under seal.

11      In the alternative, Mattel requests that the Court declare that the Reply

12  and Exhibits are outside the definitions of "Confidential" and "Confidential--

13  Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order

14  them to be filed as part of the public record.

15

16  DATED:  March 18, 2009          QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP
17

18                                  By /s/ Michael T. Zeller
19                                     Michael T. Zeller
                                       Attorneys for Mattel, Inc.
20

21

22

23

24

25

26

27

28

07975/2841040.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL