THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

PATRICIA L. GLASER (Bar No. 55668)
(pglaser@glaserweil.com)
GLASER WEIL FINK JACOBS & SHAPIRO LLP
10250 Constellation Blvd 19th Floor
Los Angeles, CA, 90067
Tel.: (310) 553-3000/Fax: (310) 556-2920

RUSSELL J. FRACKMAN (Bar No. 49087)
(rjf@msk.com)
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd
Los Angeles, CA 90064
Tel.: (310) 312-2000/Fax: (310) 312-3100

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**MGA PARTIES' NON-OPPOSITION TO MATTEL'S MOTION TO COMPEL MGA TO PRODUCE AND FILE CERTAIN DOCUMENTS REVIEWED *IN CAMERA***<br><br>Date: April 6, 2009<br>Time: 1:00 PM<br>Place: Courtroom 1 |

1. The MGA Parties do not oppose Mattel's Motion To Compel MGA To Produce And File Certain Documents Reviewed *In Camera* to the extent that it seeks to ensure that the documents reviewed *in camera* on June 20, 2008, are part of this Court's record. It is the MGA Parties' understanding that the Court has retained the documents submitted on June 20 as part of its record of the trial in this case and that they are sealed. The MGA Parties have no objection to assigning a docket number to their *in camera* submission, and can provide the Court with an additional courtesy copy of the documents if needed. As the Court has repeatedly held that these documents are privileged, the MGA Parties understand that they will remain sealed, per the Court's prior orders. (See, e.g., 8/19/08 Trial Tr. 8045:21-8046:20 (noting that the documents are privileged and ordering all counsel not to disclose the contents).)

In filing this non-opposition, the MGA Parties do not concede that these documents should be designated as part of the record in any forthcoming appeal or that they are relevant to any issues that may be raised on appeal. Indeed, as there is no pending appeal of any order or judgment in this action by either the MGA Parties or Mattel, discussion of which portions of the record should be designated for the Ninth Circuit's consideration is premature at this time.

Respectfully submitted,

DATED: March 23, 2009          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Thomas J. Nolan_____
Thomas J. Nolan
Attorneys for the MGA Parties