QUINN EMANUEL URQUHART OLIVER & HEDGES
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Application to File Under Seal; [Proposed] Order re: Application to File Under Seal; Supplemental Declaration of Michael T. Zeller ISO (1) Mattel's Application for Receiver and (2) Mattel's Opposition to Omni 808's Application for Leave to Intervene; Proof of Service

**Document Description:**
- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other  Application to File Under Seal; Proposed Order re: Application; Proof of Service

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

March 24, 2009                                    Michael T. Zeller
Date                                              Attorney Name

                                                  Mattel, Inc.
                                                  Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                         NOTICE OF MANUAL FILING