QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>           Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>           Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENAS ISSUED BY MATTEL, INC. TO NON-PARTIES LEON NEMAN, FRED MASHIAN, AND NEIL KADISHA<br><br>Hearing Date:  TBD<br>Time:          TBD<br>Place:         Arent Fox, LLP<br>               555 West Fifth Street<br>               48th Floor<br>               Los Angeles, CA 90013<br><br>**Phase 2:**<br>Disc. Cut-off:    December 11, 2009<br>Pre-trial Conf.:  March 1, 2010<br>Trial Date:       March 23, 2010 |

I, Jon D. Corey, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of a document subpoena issued to Leon Neman, dated February 9, 2009.

3. Attached as Exhibit 2 is a true and correct copy of a subpoena issued to Neil Kadisha, dated February 26, 2009.

4. Attached as Exhibit 3 is a true and correct copy of a document subpoena issued to Fred Mashian, dated January 31, 2009.

5. Attached as Exhibit 4 is a true and correct copy of a deposition subpoena issued to Leon Neman, dated February 26, 2009.

6. Attached as Exhibit 5 is a true and correct copy of a deposition subpoena issued to Fred Mashian, dated February 26, 2009.

7. Attached as Exhibit 6 is a true and correct copy of Non-Party Leon Neman's Objections to Defendant Mattel, Inc.'s Subpoena for Production of Documents, dated February 23, 2009.

8. Attached as Exhibit 7 is a true and correct copy of Non-Party Neil Kadisha's Objections to Defendant Mattel, Inc.'s Subpoena for Deposition and the Production of Documents, dated March 11, 2009.

9. Attached as Exhibit 8 is a true and correct copy of Non-Party Fred Mashian's Objections to Defendant Mattel, Inc.'s Subpoena for Production of Documents, dated February 23, 2009.

10. Attached as Exhibit 9 is a true and correct copy of Non-Party Leon Neman's Objections to Defendant Mattel, Inc.'s Subpoena for Deposition, dated March 11, 2009.

11.  Attached as Exhibit 10 is a true and correct copy of Non-Party Fred Mashian's Objections to Defendant Mattel, Inc.'s Subpoena for Deposition, dated March 11, 2009.

12.  Mattel had attempted to serve a document subpoena on Neil Kadisha beginning on January 23, 2009 through February 26, 2009. On each occasion that Mattel attempted service, however, service had been refused because Mr. Kadisha had allegedly been "out of town" over this entire time period. On February 6, 2009, Mattel sent a letter to Todd Gordinier and Peter Villar, counsel for Mr. Kadisha, inquiring whether counsel would agree to accept service on Mr. Kadisha's behalf. Attached as Exhibit 11 is a copy of the letter I sent on February 6, 2009.

13.  Attached as Exhibit 12 is a true and correct copy of an email from Todd E. Gordinier to me, dated February 9, 2009.

14.  Attached as Exhibit 13 is a true and correct copy of a letter I sent to Todd E. Gordinier, dated February 24, 2009.

15.  Attached as Exhibit 14 is a true and correct copy of a letter I sent to Amman Khan and Peter Villar, dated March 9, 2009.

16.  Attached as Exhibit 15 is a true and correct copy of the Declaration of Brian Wing in Support of MGA's Correction to the Opposition to Mattel's *Ex Parte* Application for a Receiver, dated December 31, 2008.

17.  Attached as Exhibit 16 is a true and correct copy of Omni 808 Investors, LLC Certificate of Status and Articles of Organization.

18.  Attached as Exhibit 17 is a true and correct copy of the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Deposition and Production of Documents of Christensen Glaser Fink Jacobs Weil & Shapiro LLP, dated May 1, 2008.

1  19. Attached as Exhibit 18 is a true and correct copy of the Minute Order Granting in Part and Denying in Part Mattel's Motion for Leave to Take Additional Discovery, dated January 7, 2008.

20. Attached as Exhibit 19 is a true and correct copy of the Order Granting Mattel's Motion to Compel Production of Documents, dated January 25, 2007.

21. Attached as Exhibit 20 is a true and correct copy of the Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007.

22. Attached as Exhibit 21 is a true and correct copy of the Order Re Motions Heard on June 11, 2007, dated June 27, 2007.

23. Attached as Exhibit 22 is a true and correct copy of the Order Granting in Part and Denying in Part Mattel's Motion to Enforce the Court's Order of January 25, 2007, to Compel Production of Documents by Carter Bryant and for Sanctions, dated June 19, 2007.

24. Attached as Exhibit 23 is a true and correct copy of the Discovery Master's Order No. 3, dated March 10, 2009.

25. Attached as Exhibit 24 is a true and correct copy of the Hearing Transcript dated March 4, 2009.

26. Attached as Exhibit 25 is a true and correct copy of an email Peter Villar sent to me on February 23, 2009.

27. Attached as Exhibit 26 is a true and correct copy of the Stipulation and Order for Appointment of a Discovery Master, dated December 6, 2006.

28. Attached as Exhibit 27 is a true and correct copy of the Declaration of Fred F. Mashian in Opposition to Mattel, Inc.'s Ex Parte Application For An Order Deeming Lexington Financial, LLC Served, or in the Alternative, to (1) Compel an Authorized Representative of Lexington Financial, LLC to Appear to

1 | Accept Service of Subpoena, or (2) Issue an Order Authorizing Lexington
2 | Financial, LLC To Be Served Through the California Secretary of State, filed March
3 | 9, 2009.
4 |
5 |       I declare under penalty of perjury under the laws of the United States of
6 | America that the foregoing is true and correct.
7 |       Executed on March 24, 2009, at San Diego, California.
8 |
9 |                     /s/ Jon D. Corey
                      Jon D. Corey
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

07975/2849260.1

-4-

DECLARATION OF JON D. COREY