QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009]**<br><br>[PUBLIC REDACTED] NOTICE OF LODGING WITH THE DISCOVERY MASTER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENAS ISSUED BY MATTEL, INC. TO NON-PARTIES LEON NEMAN, FRED MASHIAN, AND NEIL KADISHA<br><br>Hearing Date:   TBD<br>Time:           TBD<br>Place:          Arent Fox, LLP<br>                555 West Fifth Street<br>                48th Floor<br>                Los Angeles, CA 90013<br><br>**Phase 2:**<br>Discovery Cut-off:    Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date:           Mar. 23, 2010 |

07975/2847927.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES, NON-PARTIES LEON NEMAN, FRED MASHIAN, AND NEIL KADISHA, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the following documents with Discovery Master O'Brien in support of its Opposition to Motion to Quash and/or for Protective Order Re Subpoenas Issued by Mattel, Inc. to Non-Parties Leon Neman, Fred Mashian, And Neil Kadisha:

1. Declaration of Michael T. Zeller in Support of Mattel's Opposition to Omni 808's Application for Leave to Intervene, dated February 5, 2009.

2. Supplemental Declaration of Michael T. Zeller in Support of Mattel's (1) Mattel's Application for Receiver and (2) Mattel's Opposition to Omni 808's Application for Leave to Intervene, dated March 23, 2009.

3. Declaration of John D. Corey in Support of Mattel, Inc.'s Motion for Reconsideration of Phase II Discovery Matter Order No. 3, dated March 24, 2009.

DATED: March 24, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Cyrus S. Naim
  Cyrus S. Naim
  Attorneys for Mattel, Inc.

# Exhibit 1

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# Exhibit 2

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# Exhibit 3

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**