QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>NOTICE OF LODGING WITH THE DISCOVERY MASTER IN SUPPORT OF MATTEL, INC.'S MOTION FOR RECONSIDERATION OF PHASE II DISCOVERY MATTER ORDER NO. 3<br><br>Hearing Date:　TBD<br>Time:　　　　　TBD<br>Place:　　　　　Arent Fox, LLP<br>　　　　　　　　555 West Fifth Street<br>　　　　　　　　48th Floor<br>　　　　　　　　Los Angeles, CA 90013<br><br>**Phase 2:**<br>Disc. Cut-off:　　December 11, 2009<br>Pre-trial Conf.:　March 1, 2010<br>Trial Date:　　　March 23, 2010 |

07975/2821376.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES, NON-PARTIES OMNI 808 INVESTORS, LLC, OMNINET CAPITAL, LLC, VISION CAPITAL, LLC, IGWT GROUP, LLC, IGWT 826 INVESTMENTS, LLC AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following documents with Discovery Master O'Brien in support of its Motion for Reconsideration of Discovery Matter Order No. 3:

1. Declaration of David Antolin, dated February 4, 2009.

2. Declaration of Michael T. Zeller in Support of Mattel's Opposition to Omni 808 Investors, LLC's *Ex Parte* Application to Intervene, dated February 5, 2009.

3. Declaration of Michael Wagner in Support of Mattel's Opposition to Motion to Quash and/or for Protective Order re Subpoenas Issued by Mattel to Non-Parties Leon Neman, Fred Mashian and Neil Kadisha, dated March 24, 2009.

4. Supplemental Declaration of Michael T. Zeller iso (1) Mattel's Application for Receiver and (2) Mattel's Opposition to Omni 808's Application for Leave to Intervene, dated March 23, 2009.

DATED: March 24, 2009         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                              By /s/ Michael T. Zeller
                                 Michael T. Zeller
                                 Attorneys for Mattel, Inc.

07975/2821376.1

NOTICE OF LODGING