QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>       vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>PROOF OF SERVICE RE MATTEL, INC.'S MOTION FOR RECONSIDERATION OF PHASE II DISCOVERY MATTER ORDER NO. 3<br><br>Hearing Date:   TBD<br>Time:           TBD<br>Place:          Arent Fox, LLP<br>                555 West Fifth Street,<br>                48th Floor<br>                Los Angeles, CA<br><br>**Phase 2:**<br>Disc. Cut-off:    December 11, 2009<br>Pre-trial Conf.:  March 1, 2010<br>Trial Date:       March 23, 2010 |

07975/2835213.1

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On March 24, 2009, I served true copies of the following documents described as:

## SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>  jason.russell@skadden.com | **Attorneys for *the MGA Parties*** |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>  Amman Khan, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>  pglaser@glaserweil.com<br>  akhan@glaserweil.com | **Attorneys for *the MGA Parties*** |
| Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>  rjf@msk.com | **Attorneys for *the MGA Parties*** |
| Overland Borenstein Scheper & Kim, LLP<br>  Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>  acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Bingham McCutchen LLP<br>  Todd Gordinier, Esq.<br>  Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>  todd.gordinier@bingham.com<br>  peter.villar@bingham.com | **Attorneys for *Omni 808 Investors LLC, OmniNet Capital, LLC and Vision Capital, LLC*** |

07975/2835213.1

-2-

PROOF OF SERVICE

| | |
|---|---|
| Valle & Associates<br>Jeffrey Valle, Esq.<br>11911 San Vicente Boulevard Suite 324<br>Los Angeles, CA 90049<br>JValle@ValleAssociates.com | |

[√ ]   **[BY ELECTRONIC MAIL TRANSMISSION]**  By electronic mail transmission from stephenhauss@quinnemanuel.com on March 24, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es).  The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   Executed on March 24, 2009, at Los Angeles, California.

                                       /s/ Stephen Hauss
                                       _____
                                       Stephen Hauss

07975/2835213.1

-3-

PROOF OF SERVICE

## DOCUMENT LIST

1. NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF PHASE II DISCOVERY MATTER ORDER NO. 3;

2. DECLARATION OF JON COREY IN SUPPORT OF MATTEL'S MOTION FOR RECONSIDERATION OF PHASE II DISCOVERY MATTER ORDER NO. 3; AND

3. NOTICE OF LODGING IN SUPPORT OF MATTEL'S MOTION FOR RECONSIDERATION OF PHASE II DISCOVERY MATTER ORDER NO. 3.