QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>[PUBLIC REDACTED] DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S MOTION FOR RECONSIDERATION OF PHASE II DISCOVERY MATTER ORDER NO. 3<br><br>Hearing Date:  TBD<br>Time:          TBD<br>Place:         Arent Fox, LLP<br>               555 West Fifth Street,<br>               48th Floor<br>               Los Angeles, CA<br><br>**Phase 2:**<br>Disc. Cut-off:     December 11, 2009<br>Pre-trial Conf.:   March 1, 2010<br>Trial Date:        March 23, 2010 |

07975/2847536.1

DECLARATION OF JON D. COREY

## DECLARATION OF JON COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia, and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Phase II Discovery Matter Order No. 3, dated March 10, 2009.

3. Attached as Exhibit 2 is a true and correct copy of OmniNet Capital, LLC's offer letter to Wachovia Bank, dated July 29, 2008, which has been Bates-numbered WACHOVIA 007599-007603.

4. Attached as Exhibit 3 is a true and correct copy of the Secured Delayed Draw Demand Note between MGA Entertainment, Inc. and Omni 808 Investors, LLC, dated November 14, 2008, which has been Bates-numbered WACHOVIA 002752-002764.

5. Attached as Exhibit 4 is a true and correct copy of the Senior Promissory Note, dated September 3, 2008, which has been Bates-numbered WACHOVIA 001890-001907.

6. Attached as Exhibit 5 is a true and correct copy of the September 8, 2008 Wachovia Memo, which has been Bates-numbered WACHOVIA 001884-001889.

7. Attached as Exhibit 6 is a true and correct copy of Mattel's subpoenas to Omni 808 Investors, LLC (Beverly Hills) and Omni 808 Investors, LLC (Los Angeles), dated January 9, 2009.

8. Attached as Exhibit 7 is a true and correct copy of Mattel's subpoena to OmniNet Capital, LLC, dated January 9, 2009.

9. Attached as Exhibit 8 is a true and correct copy of Mattel's subpoena to Vision Capital, LLC, dated January 13, 2009.

10. Attached as Exhibit 9 is a true and correct copy of Mattel's subpoena to IGWT Group, LLC, dated January 12, 2009.

11. Attached as Exhibit 10 is a true and correct copy of Mattel's subpoena to IGWT 826 Investments, LLC, dated January 12, 2009.

12. Attached as Exhibit 11 is a true and correct copy of the UCC Financing Statement Amendment, dated September 9, 2008, amending prior UCC Financing Statement to add Omni 808 Investors, LLC as a creditor to MGA with co-priority with Wachovia Bank, N.A.

13. Attached as Exhibit 12 is a true and correct copy of the Vision Capital, LLC Certificate of Formation, dated August 19, 2008.

14. Attached as Exhibit 13 is a true and correct copy of the UCC Financing Statement, dated August 29, 2008 (with Lexington Financial Limited taking a security interest in Vision Capital's ownership interest in Omni 808 Investors, LLC).

15. Attached as Exhibit 14 is a true and correct copy of "Offshore-Based Limited Liability Company (LLC)" at www.offshore-protection.com/nevisLLC.html.

16. Attached as Exhibit 15 is a true and correct copy of the December 12, 2008 letter from Registrar Clevelan Williams.

17. Attached as Exhibit 16 is a true and correct copy of Office Front "Home" (offering website by Office Front allowing a person to obtain a "virtual office" for as little as £ 10 a month).

18. Attached as Exhibit 17 is a true and correct copy of relevant excerpts from the March 4, 2009 Discovery Master Hearing transcript.

19. Attached as Exhibit 18 is a true and correct copy of Omni 808 Investors, LLC's *Ex Parte* Application for Leave to Intervene, dated February 3, 2009.

20. Attached as Exhibit 19 is a true and correct copy of relevant excerpts from the February 11, 2009 Hearing Transcript.

21. Attached as Exhibit 20 is a true and correct copy of the Motion Quash Subpoenas Issued by Mattel to Leon Neman, Fred Mashian and Neil Kadisha, dated March 12, 2009.

22. Attached as Exhibit 21 is a true and correct copy of the Declaration of Cyrus Naim in Support of Mattel, Inc.'s *Ex Parte* Application for Appointment of a Receiver for MGA or for Alternative Relief, dated January 2, 2009 (exhibits omitted).

23. Attached as Exhibit 22 is a true and correct copy of relevant excerpts from the August 7, 2008 A.M. Trial Transcript.

24. Attached as Exhibit 23 is a true and correct copy of Omni 808 Investors, LLC's Reply in Support of *Ex Parte* Application for Leave to Intervene, dated February 9, 2009.

25. Attached as Exhibit 24 is a true and correct copy of the Moss Adams's Valuation Analysis of MGA Entertainment, Inc. as of June 30, 2007, with Cover Letter to MGA dated October 12, 2007. MGA produced this document on July 23, 2008.

26. Attached as Exhibit 25 is a true and correct copy of Mattel's Motion for Order Confirming that the Discovery Master Hears and Resolves All Discovery Disputes Including Those With Third Parties, dated December 13, 2007.

27. Attached as Exhibit 26 is a true and correct copy of relevant excerpts from the June 24, 2008 P.M. Trial Transcript.

28. Attached as Exhibit 27 is a true and correct copy of Trial Exhibit 4947.

29. Attached as Exhibit 28 is a true and correct copy of the Order Granting in Part and Denying in Part MGA Parties' Motion to Quash Subpoenas; Granting in Part and Denying in Part Mattel's Counter Motion to Compel, dated May 7, 2008.

30. Attached as Exhibit 29 is a true and correct copy of relevant excerpts from MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to Compel Production of Documents and Interrogatory Answers, dated February 21, 2007. At the time that MGA filed this opposition, it had produced approximately 10,000 pages of documents.

31. Attached as Exhibit 30 is a true and correct copy of relevant excerpts from the Deposition of Paula Garcia, Vol. 2, dated May 25, 2007.

32. Attached as Exhibit 31 is a true and correct copy of the Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents by Isaac Larian, dated December 31, 2007.

33. Attached as Exhibit 32 is a true and correct copy of relevant excerpts from the Transcript of the Sealed Chambers Proceeding, dated August 15, 2008.

34. Attached as Exhibit 33 is a true and correct copy of relevant excerpts from the August 15, 2008 P.M. Trial Transcript.

35. Attached as Exhibit 34 is a true and correct copy of the Phase B Verdict Form As Given.

36. Attached as Exhibit 35 is a true and correct copy of Mattel's Subpoena to Moss Adams, dated November 26, 2007.

37. Attached as Exhibit 36 is a true and correct copy of Motion to Quash Subpoenas or, in the Alternative, for Protective Order, dated December 21, 2007.

38. Attached as Exhibit 37 is a true and correct copy of Trial Exhibit 13223.

39. Attached as Exhibit 38 is a true and correct copy of Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007.

40. Attached as Exhibit 39 is a true and correct copy of Order Granting in Part and Denying in Part MGA Parties' Motion to Quash Subpoenas; Granting in Part and Denying in Part Mattel's Counter Motion to Compel, dated May 7, 2008

41. Attached as Exhibit 40 is a true and correct copy of relevant excerpts from the Deposition Transcript of Anna Rhee, dated February 3, 2005.

42. Attached as Exhibit 41 is a true and correct copy of an invoice from Anna Rhee to MGA Entertainment, Inc., dated June 12, 2000.

43. Attached as Exhibit 42 is a true and correct copy of an invoice from Anna Rhee to MGA Entertainment, Inc., which was produced by MGA.

44. Attached as Exhibit 43 is a true and correct copy of excerpts from the Deposition of Steven Linker, dated September 13, 2006.

45. Attached as Exhibit 44 is a true and correct copy of e-mails from Liz Hogan to Paula Treantafelles, dated October 12, 2000.

46. Attached as Exhibit 45 is a true and correct copy of Bratz design drawing by Carter Bryant, Bates No. SL00044, which was part of Exhibit 323—a packet of drawings and specifications produced by Steve Linker that he received from MGA on October 19, 2000.

47. Attached as Exhibit 46 is a true and correct copy of an e-mail from Liz Hogan to Paula Treantafelles, dated October 23, 2000, which was produced by MGA.

48. Attached as Exhibit 47 is a true and correct copy of relevant excerpts from the Depositions of Carter Bryant, dated November 5, 2004 and November 8, 2004.

1     49.    Attached as Exhibit 48 is a true and correct copy of a Bratz design drawing by Carter Bryant.

    50.    Attached as Exhibit 49 is a true and correct copy of Day Planner Pages, which have been Bates-stamped MGA 0008891-93.

    51.    Attached as Exhibit 50 is a true and correct copy of relevant excerpts from the Deposition of Lisa Tonnu, dated September 24, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 24, 2009, at San Diego, California.

/s/ Jon Corey
Jon Corey