Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@ glaserweil.com
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:   310-553-3000
Facsimile:   310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone:   310-312-2000
Facsimile:   310-312-3100

Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case No. 04-09059 and Case No. 05-02727 |
| v. | **DISCOVERY MATTER**<br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]** |
| MATTEL, INC., a Delaware Corporation | |
| Defendant. | **MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF (1) MGA PARTIES' OPPOSITION TO MATTEL, INC'S 3/13/09 MOTION FOR AN ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE; AND (2) DECLARATION OF JOEL N. KLEVENS IN SUPPORT THEREOF** |
| AND CONSOLIDATED ACTIONS | |
| | **Discovery Cut-off:  Dec. 11, 2009**<br>**Pre-trial Conference:  March 1, 2009**<br>**Trial Date:  March 23, 2010** |

GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
LAW OFFICES
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

671202

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2           **PLEASE TAKE NOTICE** that MGA Entertainment, Inc., Isaac Larian, MGA

3  Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.'s (collectively,

4  "MGA Parties") have submitted the following sealed documents to the Court:

5      1. MGA PARTIES' OPPOSITION TO MATTEL, INC'S 3/13/09 MOTION FOR

6          AN ORDER COMPELLING PRODUCTION OF COMMUNICATIONS

7          MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO

8          WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE;

9      2. DECLARATION OF JOEL N. KLEVENS IN SUPPORT THEREOF.

10

11 Dated: March 25, 2009                    Patricia L. Glaser
                                            Joel N. Klevens
12                                          GLASER, WEIL, FINK, JACOBS
                                             & SHAPIRO, LLP
13
                                            Russell J. Frackman
14                                          MITCHELL, SILBERBERG & KNUPP, LLP

15

16
                                            By: _____/s/ Joel N. Klevens_____
17                                             Joel N. Klevens
                                               Attorneys for the MGA Parties
18                                             for Phase Two

19

20

21

22

23

24

25

26

27

28

671202

1

MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF MGA PARTIES' OPPOSITION PAPERS TO MATTEL, INC'S 3/13/09 MOTION TO COMPEL