1  Patricia L. Glaser, State Bar No. 055668
   Pglaser@glaserweil.com
2  Joel N. Klevens, State Bar No. 045446
   Jklevens@glaserweil.com
3  GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
4  Los Angeles, California 90067
5  Telephone: 310-553-3000
   Facsimile: 310-556-2920
6
7  Russell J. Frackman, State Bar No. 049087
   rjf@msk.com
8  MITCHELL, SILBERBERG & KNUPP, LLP
   11377 West Olympic Boulevard
9  Los Angeles, California 90064
   Telephone: 310-312-2000
10 Facsimile: 310-312-3100

11 Attorneys for the MGA Parties For Phase Two

12                UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14                      EASTERN DIVISION

15 CARTER BRYANT, an individual          ) Case No. CV 04-9049 SGL (RNBx)
                                          ) Consolidated with Case No. 04-09059
16            Plaintiff,                  ) and Case No. 05-02727
                                          )
17       v.                               ) **DISCOVERY MATTER**
                                          ) [To Be Heard by Discovery Master
18 MATTEL, INC., a Delaware               ) Robert C. O'Brien Pursuant to Order
   Corporation                            ) of January 6, 2009]
19                                        )
20            Defendant.                  ) **MGA PARTIES' APPLICATION TO
                                          ) FILE UNDER SEAL**
21                                        )
                                          ) **Phase 2**
22 AND CONSOLIDATED ACTIONS               ) Discovery Cut-off: December 11, 2009
                                          ) Pre-Trial Conference: March 1, 2010
23                                        ) Trial Date: March 23, 2010
24
25
26
27
28

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.'s (collectively, "MGA Parties") hereby respectfully request that the Court order the following documents to be filed under seal:

1. MGA PARTIES' OPPOSITION TO MATTEL, INC.'S 3/13/09 MOTION FOR AN ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE; and

2. Exhibits A, C, D, E, F, G, H, I and J to the DECLARATION OF JOEL N. KLEVENS IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S 3/13/09 MOTION FOR AN ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE.

Good cause exists for filing these documents under seal because they discuss confidential and private information that has been designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated: March 25, 2009

Patricia L. Glaser
Joel N. Klevens
GLASER, WEIL, FINK, JACOBS
  & SHAPIRO, LLP

Russell J. Frackman
MITCHELL, SILBERBERG & KNUPP, LLP

By: ___/s/ Joel N. Klevens___
Joel N. Klevens
Attorneys for the MGA Parties
for Phase Two