QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  Michael T. Zeller (Bar No. 196417)
  Jon D. Corey (Bar No. 185066)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443 3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV-04-09049 |
| v. | |
| MATTEL INC. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel, Inc.'s Ex Parte App. for an Order for Preservation of Documents and Exhibits 6, 9, 12, 14, 15 and 19 to the Decl. of James J. Webster in Support of Mattel, Inc.'s Ex Parte Application for an Order for Preservation of Docs; App. to File Under Seal; [Proposed] Order Re App. to File Under Seal; Proof of Service

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))

☑ Other  EX PARTE APPLICATION AND EXHIBIT

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

March 25, 2009                                       James J. Webster
Date                                                        Attorney Name

                                                              Mattel, Inc.
                                                              Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                       **NOTICE OF MANUAL FILING**