ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>APPLICATION TO FILE UNDER SEAL THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF (1) MATTEL'S APPLICATION FOR RECEIVER AND (2) MATTEL'S OPPOSITION TO OMNI 808'S APPLICATION FOR LEAVE TO INTERVENE<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date:  N/A<br>Time:  N/A<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2823638.1

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3  respectfully requests that the Court order that the Supplemental Declaration of
4  Michael T. Zeller in Support of (1) Mattel's Application for Receiver and (2)
5  Mattel's Opposition to Omni 808's Application for Leave to Intervene (the
6  "Declaration") be filed under seal.

7  The Declaration quotes and attaches exhibits that third party Wachovia
8  has designated as "Confidential" pursuant to the Protective Order. Accordingly,
9  Mattel requests that the Court order that the Declaration be filed under seal.

10  In the alternative, Mattel requests that the Court declare that these
11  materials are outside the definition of "Confidential" as contained in the Stipulated
12  Protective Order and order the Declaration to be filed as part of the public record.

14  DATED: March 25, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Bridget A. Hauler
Attorneys for Mattel, Inc.