QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>   Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is NOW Messenger Service, 1301 West Second Street, Suite 206, Los Angeles, California 90026.

On March 24, 2009, I served true copies of the following documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for** *the MGA Parties* |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>  pglaser@glaserweil.com | **Attorneys for** *the MGA Parties* |
| Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>  rjf@msk.com | **Attorneys for** *the MGA Parties* |
| Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>**Bingham McCutchen LLP**<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626 | **Attorneys for** *Omni 808 Investors, LLC* |
| Jeffrey B. Valle<br>**Valle & Associates**<br>1911 San Vicente Blvd, Suite 324<br>Los Angeles, CA 90049 | **Attorneys for** *IGWT Group, LLC and IGWT 826 Investments, LLC* |

[√]   **PERSONAL:** By personally delivering the document listed above to the person(s) at the address(es) set forth above.

07975/2823668.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

1
2   I declare that I am employed in the office of a member of the bar of this court
3   at whose direction the service was made
4   Executed on March 24, 2009, at Los Angeles, California.
5
6
7                                              *Dave Quintana* /s/
                                               Dave Quintana
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On March 24, 2009, I served true copies of the following documents described as: **SEE DOCUMENT LIST** on the parties in this action as follows:

Mark E. Overland, Esq.  
Alexander H. Cote, Esq.  
**Overland Borenstein Scheper & Kim LLP**  
601 W. 5th St., 12th Floor  
Los Angeles, CA 90017

**Attorneys for *Carlos Gustavo Machado Gomez***

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 24, 2009, at Los Angeles, California.

Andrea Hoeven

# DOCUMENT LIST

1. APPLICATION TO FILE UNDER SEAL THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZILLER ISO (1) MATTEL'S APPLICATION FOR RECEIVER AND (2) MATTEL'S OPPOSITION TO OMNI 808'S APPLICATION FOR LEAVE TO INTERVENE

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZILLER ISO (1) MATTEL'S APPLICATION FOR RECEIVER AND (2) MATTEL'S OPPOSITION TO OMNI 808'S APPLICATION FOR LEAVE TO INTERVENE

3. SUPPLEMENTAL DECLARATION OF MICHAEL T. ZILLER ISO (1) MATTEL'S APPLICATION FOR RECEIVER AND (2) MATTEL'S OPPOSITION TO OMNI 808'S APPLICATION FOR LEAVE TO INTERVENE