**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
  Los Angeles, California 90017-2543
  Telephone: (213) 443-3000
  Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENAS ISSUED BY MATTEL, INC. TO NON-PARTIES LEON NEMAN, FRED MASHIAN, AND NEIL KADISHA, AND DOCUMENTS IN SUPPORT<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3 respectfully requests that the Court order that Mattel, Inc.'s Opposition to Motion to
4 Quash and/or For Protective Order Re Subpoenas Issued by Mattel, Inc. to Non-
5 Parties Leon Neman, Fred Mashian, and Neil Kadisha (the "Opposition"), the
6 Declaration of Michael J. Wagner in Support (the "Wagner Declaration"), the
7 Declaration of Jon D. Corey in Support (the "Corey Declaration"), and the Notice of
8 Lodging in Support be filed under seal.

9    The Declarations and Notice of Lodging attach, and the Motion and
10 Wagner Declaration quote from, materials that Mattel, MGA, and third party
11 Wachovia Corporation have designated as "Confidential" or "Confidential--
12 Attorneys' Eyes Only" pursuant to the Protective Order. MGA has designated
13 Exhibit 15 to the Corey Declaration as "Confidential--Attorneys' Eyes Only."
14 Mattel has designated Exhibits 1, 2, and 3 to the Notice of Lodging as
15 "Confidential--Attorneys' Eyes Only." Wachovia Corporation has designated
16 Exhibits B, C, D, E, and H to the Wagner Declaration as "Confidential." The
17 Motion and Wagner Declaration reference and quote from these exhibits.
18 Accordingly, Mattel requests that the Court order that the Motion, the Wagner
19 Declaration, the Corey Declaration, and the Notice of Lodging be filed under seal.

21 DATED: March 25, 2009    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

23    By /s/ Cyrus Naim
       Cyrus Naim
       Attorneys for Mattel, Inc.

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On March 25, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENAS ISSUED BY MATTEL, INC. TO NON-PARTIES LEON NEMAN, FRED MASHIAN, AND NEIL KADISHA, AND DOCUMENTS IN SUPPORT** on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Ave., Suite 3400<br>Los Angeles, CA 90071<br>**Attorneys for *the MGA Parties*** | Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>**Attorneys for *the MGA Parties*** |
| Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>**Attorneys for *the MGA Parties*** | Bingham McCutchen LLP<br>  Todd E. Gordinier, Esq.<br>  Peter N. Villar, Esq.<br>  Craig A. Taggart, Esq.<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626<br>**Attorneys for *Leon Neman, Fred Mashian and Neil Kadisha*** |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 25, 2009, at Los Angeles, California.

*/s/ Yalonda J. Dekle*
Yalonda J. Dekle

07975/2850646.1