ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Robert O'Brien]<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF (1) MATTEL'S APPLICATION FOR RECEIVER AND (2) MATTEL'S OPPOSITION TO OMNI 808'S APPLICATION FOR LEAVE TO INTERVENE<br><br>Hearing Date: N/A<br>Time: N/A<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Supplemental Declaration of Michael T. Zeller in Support of (1) Mattel's Application for Receiver and (2) Mattel's Opposition to Omni 808's Application for Leave to Intervene,

IT IS HEREBY ORDERED:

The Supplemental Declaration of Michael T. Zeller in Support of (1) Mattel's Application for Receiver and (2) Mattel's Opposition to Omni 808's Application for Leave to Intervene is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 3/24, 2009

*/s/ S.G. Larson*
Hon. Stephen G. Larson
United States District Judge