ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10                      EASTERN DIVISION

| | |
|---|---|
| 11 CARTER BRYANT, an individual,<br>12 　　　　Plaintiff,<br>13 　　vs.<br>14 MATTEL, INC., a Delaware corporation,<br>15 　　　　Defendant.<br>16<br>17 AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION FOR RECONSIDERATION OF PHASE II DISCOVERY MATTER ORDER NO. 3, AND EXHIBITS 2-5, 24, 30, 32, 40, 43, 47 AND 50 TO THE DECLARATION OF JON COREY IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently] |

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 | requests that the Court order filed under seal Mattel's Motion for Reconsideration of
4 | the Phase II Discovery Matter Order No. 3 ("Motion") and Exhibits 2-5, 24, 30, 32,
5 | 40, 43, 47 and 50 to the Declaration of Jon Corey in support thereof ("Exhibits").

The Motion and Exhibits include materials that Wachovia Bank or MGA has designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Motion and Exhibits be filed under seal.

In the alternative, Mattel requests that the Court declare that the Motion and Exhibits are outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: March 24, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.