ORIGINAL

2009 MAR 25 PM 3:10
CLERK U.S. DISTRICT COURT
CNTRL DIST. OF CALIF.
RIVERSIDE
BY

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION FOR RECONSIDERATION OF PHASE II DISCOVERY MATTER ORDER NO. 3, AND EXHIBITS 2-5, 24, 30, 32, 40, 43, 47 AND 50 TO THE DECLARATION OF JON COREY IN SUPPORT THEREOF |

07975/2850492.1

[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal Mattel, Inc.'s Motion for Reconsideration of the Phase II Discovery Matter Order No. 3 and Exhibits 2-5, 24, 30, 32, 40, 43, 47 and 50 to the Declaration of Jon Corey in Support Thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Motion for Reconsideration of the Phase II Discovery Matter Order No. 3 and Exhibits 2-5, 24, 30, 32, 40, 43, 47 and 50 to the Declaration of Jon Corey in Support Thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 3/25, 2009

/s/ S.G. Larson
Hon. Stephen G. Larson
United States District Judge