Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>               Plaintiff,<br><br>       v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>               Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 9, REGARDING:**<br><br>**(1)  HEARING DATE FOR DISCOVERY MATTERS; and**<br><br>**(2)  COPIES OF MOTION-RELATED PAPERS** |

## I. HEARING DATE FOR NEW DISCOVERY MATTERS

The following discovery motions are set for hearing on May 5, 2009 at 10:00 a.m. at the offices of Arent Fox, LLP:

1. Motion for Order Compelling Production of Communications Made in Furtherance of Crimes and Frauds as to which MGA has Waived the Attorney-Client Privilege filed by Mattel, Inc. on or about March 16, 2009.

2. Motion for Reconsideration of Phase II Discovery Matter Order No. 3 filed by Mattel, Inc. on or about March 24, 2009. [1]

## II. COPIES OF PENDING MOTIONS AND ANY RELATED PAPERS

With respect to two of the three motions set for hearing on April 27, 2009, the Discovery Master has not received any documents. The two motions were referred to the Discovery Master by the Court on or about March 12, 2009. Accordingly, hard copies of all pleadings filed to date in connection with (1) the Renewed Motion Objecting to Portions of Discovery Master's February 15, 2008 Order Re: Mattel's Motion to Compel Responses to Interrogatories by the MGA Parties filed by Mattel, Inc. on or about January 20, 2009 [Docket No. 4717], and (2) the Renewed Motion for Issuance of Letter of Request filed by Mattel, Inc. on or about January 26, 2009 [Docket No. 4721] are ordered to be delivered to the Discovery Master by the party who filed the pleading on or before April 2, 2009.

Dated: March 26, 2009

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master

---

[1] The Motion to Quash Subpoenas Issued by Mattel, Inc. to Non-Parties Leon Neman, Fred Mashian and Neil Kadisha previously set for hearing on May 5, 2009 remains on calendar.