1  Patricia L. Glaser, State Bar No. 055668
   Pglaser@glaserweil.com
2  Joel N. Klevens, State Bar No. 045446
   Jklevens@ glaserweil.com
3  GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
4  Los Angeles, California 90067
   Telephone:  310-553-3000
5  Facsimile:  310-556-2920

6
   Russell J. Frackman, State Bar No. 049087
7  rjf@msk.com
   MITCHELL, SILBERBERG & KNUPP, LLP
8  11377 West Olympic Boulevard
   Los Angeles, California 90064
9  Telephone:  310-312-2000
   Facsimile:  310-312-3100
10
11 Attorneys for the MGA Parties For Phase Two

12              UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT OF CALIFORNIA

14                   EASTERN DIVISION

<table>
<tr><td>15</td><td>CARTER BRYANT, an individual</td><td>)</td><td>Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-09059</td></tr>
<tr><td>16</td><td>Plaintiff,</td><td>)</td><td>and Case No. 05-02727</td></tr>
<tr><td>17</td><td>v.</td><td>)</td><td>**DISCOVERY MATTER**<br>**[To Be Heard by Discovery Master**</td></tr>
<tr><td>18</td><td>MATTEL, INC., a Delaware</td><td>)</td><td>**Robert C. O'Brien Pursuant to Order**<br>**of January 6, 2009]**</td></tr>
<tr><td>19</td><td>Corporation</td><td>)</td><td>**ORDER TO FILE UNDER SEAL**</td></tr>
<tr><td>20</td><td>Defendant.</td><td>)</td><td></td></tr>
<tr><td>21</td><td></td><td>)</td><td>**Phase 2**<br>Discovery Cut-off:  December 11, 2009</td></tr>
<tr><td>22</td><td>AND CONSOLIDATED ACTIONS</td><td>)</td><td>Pre-Trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010</td></tr>
<tr><td>23</td><td></td><td>)</td><td></td></tr>
<tr><td>24</td><td></td><td>)</td><td></td></tr>
<tr><td>25</td><td></td><td>)</td><td></td></tr>
</table>

26
27
28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 Constellation Boulevard
Nineteenth Floor
Los Angeles, California 90067
310-553-3000

1

## ORDER

2   Based on the concurrently filed Application and good cause appearing for the

3 entry thereof, IT IS HEREBY ORDERED that the following documents be filed

4 under seal pursuant to Local Rule 79-5.1:

5     1. MGA PARTIES' OPPOSITION TO MATTEL, INC.'S 3/13/09

6      MOTION FOR AN ORDER COMPELLING PRODUCTION OF

7      COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND

8      FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-

9      CLIENT PRIVILEGE; and

10     2. Exhibits A, C, D, E, F, G, H, I and J to the DECLARATION OF JOEL N.

11      KLEVENS IN SUPPORT OF MGA PARTIES' OPPOSITION TO

12      MATTEL, INC.'S 3/13/09 MOTION FOR AN ORDER COMPELLING

13      PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE

14      OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS

15      WAIVED ATTORNEY-CLIENT PRIVILEGE.

16

17 Dated: _March 26, 2009

18

19         Hon. Stephen J. Larson
          United States District Judge

20

21

22

23

24

25

26

27

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 Constellation Boulevard
Nineteenth Floor
Los Angeles, California 90067
310-553-3000