QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS <br><br> **[PUBLIC REDACTED]** | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09039 <br> Case No. CV 05-02727 <br><br> **DISCOVERY MATTER** <br><br> **[To be heard by Discovery Master Robert C. O'Brien pursuant to the Court's orders of December 6, 2006 and January 6, 2009]** <br><br> DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL *IN CAMERA* REVIEW AND PRODUCTION OF NON-ATTORNEY OR NON-LEGAL COMMUNICATIONS LISTED ON MGA'S PRIVILEGE LOGS <br><br> Date: TBD <br> Time: TBD <br> Place: TBD <br><br> **Phase 2** <br> Discovery Cut-off: Dec. 11, 2008 <br> Pre-Trial Conference: March 1, 2009 <br> Trial Date: March 23, 2009 |

07975/2835192.2

-1-
PROCTOR DECL. ISO MATTEL'S MOTION TO COMPEL *IN CAMERA* REVIEW AND PRODUCTION OF NON-ATTORNEY OR NON-LEGAL COMMUNICATIONS LISTED ON MGA'S PRIVILEGE LOGS

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1.  I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration in support of Mattel's Motion to Compel *In Camera* Review And Production of Non-Attorney and Non-Legal Communications Listed on MGA's Privilege Logs. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.  Attached as Exhibit 1 is a true and correct copy of relevant excerpts from MGA's Supplemental Privilege Log – August 14, 2007, revised March 20, 2008.

3.  Attached as Exhibit 2 is a true and correct copy of relevant excerpts from MGA's Supplemental Privilege Log – September 5, 2007, revised March 20, 2008.

4.  Attached as Exhibit 3 is a true and correct copy of relevant excerpts from MGA's Privilege Log for MGA's October 17, and October 19, 2007 Document Production, dated November 16, 2008.

5.  Attached as Exhibit 4 is a true and correct copy of relevant excerpts from Isaac Larian's Privilege Log, dated January 15, 2008.

6.  Attached as Exhibit 5 is a true and correct copy of relevant excerpts from MGA's Supplemental Privilege Log for MGA's October 2007 Document Production, dated January 22, 2008.

7.  Attached as Exhibit 6 is a true and correct copy of relevant excerpts from MGA's Privilege Log – January 23, 2008, revised February 5, 2008.

8.  Attached as Exhibit 7 is a true and correct copy of relevant excerpts from Isaac Larian's Privilege Log – January 30, 2008.

9. Attached as Exhibit 8 is a true and correct copy of relevant excerpts from MGA's Privilege Log – January 28, 2008, revised February 8, 2008.

10. Attached as Exhibit 9 is a true and correct copy of relevant excerpts from MGA's April 30, 2008 Privilege Log.

11. In addition to the approximately 4000 entries on MGA's original August and September logs, MGA's October Log lists 3427 entries, MGA's Supplemental October Log lists 150 entries, Larian's January 15 Log list's 210 entries, MGA's Revised January 23 Log lists 2155 entries, MGA's Revised January 28 Log lists 452 entries, Larian's January 30 Log lists 303 entries, and MGA's April 30 Log lists 30 entries.

12. Attached as Exhibit 10 is a true and correct copy of MGA's Opposition to Mattel's Supplemental Motions to Compel, dated February 29, 2008.

13. Attached as Exhibit 11 is a true and correct copy of the transcript from the June 2, 2008 Hearing before Judge Larson.

14. Attached as Exhibit 12 is a true and correct copy of a March 3, 2009 letter I sent to Caroline Mankey, MGA's counsel.

15. Attached as Exhibit 13 is a true and correct copy of a March 4, 2009 letter I received from Caroline Mankey.

16. Attached as Exhibit 14 is a true and correct copy of the Discovery Master's Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007.

17. Attached as Exhibit 15 is a true and correct copy of Mattel's Motion to Compel Production of Documents Withheld as Privileged, filed August 10, 2007.

18. Attached as Exhibit 16 is a true and correct copy of a December 7, 2007 letter I sent to Timothy Miller and Marcus Mumford, MGA's counsel.

07975/2835192.2

-3-
PROCTOR DECL. ISO MATTEL'S MOTION TO COMPEL *IN CAMERA* REVIEW AND PRODUCTION OF NON-ATTORNEY OR NON-LEGAL COMMUNICATIONS LISTED ON MGA'S PRIVILEGE LOGS

19. Attached as Exhibit 17 is a true and correct copy of a December 21, 2007 letter I sent to Jose Allen, MGA's counsel.

20. Attached as Exhibit 18 is a true and correct copy of a December 24, 2007 letter I received from Jose Allen.

21. Attached as Exhibit 19 is a true and correct copy of a January 2, 2008 letter I sent to Jose Allen.

22. Attached as Exhibit 20 is a true and correct copy of a January 7, 2008 letter I received from Jose Allen.

23. Attached as Exhibit 21 is a true and correct copy of a January 16, 2008 letter I sent to Jose Allen.

24. Attached as Exhibit 22 is a true and correct copy of a February 13, 2008 letter I received from Jose Allen.

25. Attached as Exhibit 23 is a true and correct copy of Mattel's Motion to Compel the Production of Previously Withheld Documents Only Portions of Which are Allegedly Privileged, dated January 21, 2008.

26. Attached as Exhibit 24 is a true and correct copy of Mattel's Motion to Compel Production of Withheld MGA (1) Trademark Search Results, (2) Date of First Use Information, and (3) Factual Data Communicated for Purposes of Filing Trademark or Other Intellectual Property Applications, dated January 21, 2008. This document is no longer under seal.

27. Attached as Exhibit 25 is a true and correct copy of Mattel's Motion to Compel Production of Third Party Communications Improperly Withheld Under a Claim of "Common Interest" Privilege, dated January 23, 2008. This document is no longer under seal.

28. Attached as Exhibit 26 is a true and correct copy of Mattel's Supplemental Notice of Motion and Memorandum in Support of Mattel's Motion to Compel Production of Previously Withheld Documents Only Portions of Which are

Allegedly Privileged, dated February 5, 2008.  This document is no longer under seal.

29. Attached as Exhibit 27 is a true and correct copy of relevant transcript excerpts from the March 10, 2008 Hearing before the Discovery Master.

30. Attached as Exhibit 28 is a true and correct copy of a March 20, 2008 letter from Harry Olivar, my partner, to Jose Allen, MGA's former counsel.

31. Attached as Exhibit 29 is a true and correct copy of a May 2, 2008 letter from Harry Olivar to Jose Allen, MGA's former counsel.

32. Attached as Exhibit 30 is a true and correct copy of a May 7, 2008 letter from Jose Allen to Harry Olivar.

33. Attached as Exhibit 31 is a true and correct copy of a May 7, 2008 letter from Harry Olivar to the former Discovery Master, Judge Infante.

34. Attached as Exhibit 32 is a true and correct copy of the Supplemental Declaration of B. Dylan Proctor in Support of Mattel's Motions Pending Before the Discovery Master, dated May 29, 2008.

35. Attached as Exhibit 33 is a true and correct copy of a February 8, 2009 letter from Jon Corey, my partner, to Amman Khan, MGA's counsel.

36. Attached as Exhibit 34 is a true and correct copy of the Court's June 20, 2008 Order.

37. Attached as Exhibit 35 is a true and correct copy of a document by MGA in this action, Bates-stamped MGA 0194755-57.

//
//

1    38.    Attached as Exhibit 36 is a true and correct copy of relevant
2 transcript excerpts from the December 14, 2007 Hearing before the Discovery
3 Master.
4    I declare under penalty of perjury under the laws of the United States of
5 America that the foregoing is true and correct.
6    Executed on March 27, 2009, at Los Angeles, California.

8                                             /s/ B. Dylan Proctor
                                              B. Dylan Proctor