**Appendices A-E Have Been Filed Under Seal Pursuant to the Protective Order**