Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 12, REGARDING:**<br><br>**(1) MATTEL'S REQUEST TO EXPEDITE THE HEARING ON ITS *EX PARTE* APPLICATION; and**<br><br>**(2) REVISIONS TO THE HEARING SCHEDULE** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER NO. 12
[Case No. CV 04-09049 SGL (RNBx)]

## I. INTRODUCTION

This Order sets forth the Discovery Master's ruling on the request by Mattel, Inc. ("Mattel") to set a telephonic hearing on its *ex parte* application scheduled to be heard on April 21, 2009 or, alternatively, that the Discovery Master rule on the matter without conducting a hearing. It further addresses Mattel's March 27, 2009 request asking the Discovery Master to advance the hearing on its *ex parte* application "to the earliest available date on which the Discovery Master is available . . ." (March 27, 2009 Letter from Michael T. Zeller to Robert C. O'Brien, p. 3).

Having reviewed the March 25 and 27, 2009 letters submitted by Mattel in support of its requests and MGA Entertainment, Inc.'s March 26 and 27, 2009 letters opposing the requests, the Discovery Master hereby rules as set forth below.

## II. DENIAL OF MATTEL'S REQUEST FOR A TELEPHONIC HEARING/RULING WITHOUT A HEARING

Mattel's request that the Discovery Master set a telephonic hearing or, alternatively, dispose of its *Ex Parte* Application for an Order to Show Cause Re: MGA Entertainment, Inc.'s Failure to Comply with Court Order without a hearing is **DENIED**. As the Court noted in its March 12, 2009 Order referring the *ex parte* application to the Discovery Master, the "issues presented therein implicate [other] matters . . . currently pending before the Discovery Master . . ." Because two other motions address the same interrogatories as the *ex parte* application, the Discovery Master finds that it does not make sense to decide the *ex parte* application without addressing those other motions (i.e., MGA's Motion for Protective Order Staying Discovery on Trade Dress Claims and Mattel's corresponding Motion to Enforce an Order Compelling MGA to Provide Discovery, to Compel Responses to Interrogatories by MGA and for Sanctions). Nor has Mattel demonstrated that it will suffer any prejudice if the *ex parte* application is not heard right away or decided upon the papers.

## III. GRANTING OF MATTEL'S REQUEST TO ADVANCE THE HEARING DATE ON ITS *EX PARTE* APPLICATION

Although the Discovery Master does not believe it is appropriate to resolve the *ex parte* application set to be heard on April 21, 2009 without a hearing or via a telephonic appearance, the Discovery Master **GRANTS** Mattel's request to advance the hearing date on its *ex parte* application. Specifically, the Discovery Master advances all discovery matters set to be heard on April 21, 2009 to April 14, 2009 at 10:00 a.m.[1] All of the discovery matters previously set to be heard on April 14, 2009 shall be continued to April 21, 2009 at 10:00 a.m.

For the convenience of the parties and to ensure that there is no confusion regarding the hearing schedule, a summary of all motions presently scheduled to be heard by the Discovery Master at the offices of Arent Fox, LLP is set forth below along with the accompanying date and time for each hearing.

**April 14, 2009 at 10:00 a.m.**

1. Motion for a Protective Order Staying Discovery on Trade Dress Claims filed by MGA Entertainment, Inc. et al. on or about February 27, 2009.

2. Motion to Enforce Order Compelling MGA to Provide Discovery, to Compel Responses to Interrogatories by MGA, and Request for Sanctions filed by Mattel, Inc. on or about March 6, 2009.

3. *Ex Parte* Application for an Order to Show Cause Re: MGA Entertainment, Inc.'s Failure to Comply with Court Order filed by Mattel, Inc. on or about March 10, 2009.

**April 21, 2009 at 10:00 a.m.**

1. Renewed Motion to Compel Consent to Production of Electronic Mail Messages filed by Mattel, Inc. on or about February 20, 2009.

---

[1] Counsel for MGA Entertainment, Inc. apparently has no objection to the hearing on the *ex parte* application and the related motions being advanced to April 14, since he requested that the "Discovery Master either leave the hearing on Mattel's *ex parte* application on April 21, or advance it and the other two Trade Dress Motions to a date no earlier than April 14, 2009." (March 26, 2009 Letter from Jean Pierre Nogues to Robert C. O'Brien, p. 4).

    2.    Motion to Quash Subpoena Issued by Mattel to Non-Party Bingham McCutchen LLP filed on or about February 25, 2009.

    3.    Motion to Compel Bingham McCutchen LLP to Produce Documents Responsive to the Subpoena filed by Mattel, Inc. on or about March 6, 2009.

**April 27, 2009 at 1:00 p.m.**

    1.    Renewed Motion for Reconsideration of Portions of Discovery Master's December 31, 2007 Order filed by Mattel, Inc. on or about March 4, 2009.

    2.    Renewed Motion Objecting to Portions of Discovery Master's February 15, 2008 Order Re: Mattel's Motion to Compel Responses to Interrogatories by the MGA Parties filed by Mattel, Inc. on or about January 20, 2009.

    3.    Renewed Motion for Issuance of Letter of Request filed by Mattel, Inc. on or about January 26, 2009.

**May 5, 2009 at 10:00 a.m.**

    1.    Motion to Quash and/or for a Protective Order Re: Subpoenas Issued by Mattel, Inc. to Non-Parties Leon Neman, Fred Mashian, and Neil Kadisha filed on or about March 12, 2009.

    2.    Motion for Order Compelling Production of Communications Made in Furtherance of Crimes and Frauds as to which MGA has Waived the Attorney-Client Privilege filed by Mattel, Inc. on or about March 16, 2009.

    3.    Motion for Reconsideration of Phase II Discovery Matter Order No. 3 filed by Mattel, Inc. on or about March 24, 2009.

Dated:     March 30, 2009

By:     /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master