**ORIGINAL**

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On March 30, 2009, I served true copies of the following documents described as: **SEE ATTACHED DOCUMENT LIST** on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Thomas J. Nolan, Esq.<br>Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>tnolan@skadden.com<br>jrussell@skadden.com | **Attorneys for** *the MGA Parties* |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>Patricia L. Glaser, Esq.<br>Amman A. Khan, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>pglaser@glaserweil.com | **Attorneys for** *the MGA Parties* |
| Mitchell, Silberberg, & Knupp, LLP<br>Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>rjf@msk.com | **Attorneys for** *the MGA Parties* |
| Mark E. Overland, Esq.<br>Alexander H. Cote, Esq.<br>Overland Borenstein Scheper & Kim LLP<br>601 W. 5th St.<br>12th Floor<br>Los Angeles, CA 90017 | *Attorneys for Carlos Gustavo Machado Gomez* |

[X] **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

1    Executed on March 30, 2009, at Los Angeles, California.

2

3

4                                                    Jenny Cruz

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## DOCUMENT LIST

2

3  1.      MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN

   APPENDICES AND EXHIBITS TO ITS MOTION TO COMPEL *IN CAMERA*

4  REVIEW AND PRODUCTION OF NON-ATTORNEY OR NON-LEGAL

   COMMUNICATIONS LISTED ON MGA'S PRIVILEGE LOGS

5

6  2.      [PROPOSED] ORDER RE: MATTEL, INC.'S APPLICATION TO FILE

   UNDER SEAL CERTAIN APPENDICES AND EXHIBITS TO ITS MOTION TO

7  COMPEL *IN CAMERA* REVIEW AND PRODUCTION OF NON-ATTORNEY

8  OR NON-LEGAL COMMUNICATIONS LISTED ON MGA'S PRIVILEGE LOG

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28