UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                                      Date: March 30, 2009

Title:      MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
=====================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

      Cindy Sasse                                                          None Present
      Courtroom Deputy                                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                              None Present

PROCEEDINGS:    **ORDER GRANTING MOTION TO COMPEL MGA TO PRODUCE AND FILE CERTAIN DOCUMENTS REVIEWED *IN CAMERA* (DOCKET #4848)**

     The Court has received and reviewed Mattel's motion to compel MGA to produce and file certain documents previously provided to the Court *in camera*. In light of MGA's written notice of non-opposition thereto, the Court **GRANTS** the motion.

     Because only one copy of the *in camera* documents were provided to the Court, the documents have not been maintained in the form submitted and contain the Court's markings and notes. Accordingly, the Court **ORDERS** MGA to provide to the Court another unmarked copy, which shall be filed by the Clerk under seal, accessible only by the Courts and not any party or non-party, and which shall become part of the record in this case.

     The hearing on this matter set for April 6, 2009, is **VACATED**.

MINUTES FORM 90                                                                  Initials of Deputy Clerk __jh_____
CIVIL -- GEN                                            1