QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059 and<br>Case No. CV 05-02727<br><br>DISCOVERY MATTER<br>[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]<br><br>[PUBLIC REDACTED] DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE<br><br>**Phase 2:**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date: Mar. 23, 2010 |

DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1.  I am a member of the bar of the State of California and a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.  Attached as **Exhibit 1** hereto is an excerpt of a true and correct copy of the deposition transcript of Anne Wang, dated January 28, 2008.

3.  Attached as **Exhibit 2** hereto is a true and correct copy of Trial Exhibit 26, Mattel's Conflict of Interest Questionnaire, erroneously dated January 4, 1998. The parties agree that the correct date of this document is January 4, 1999.

4.  Attached as **Exhibit 3** hereto is an excerpt of a true and correct copy of the deposition transcript of Carter Bryant, dated September 9, 2003 in the Gunther-Wahl Prods., Inc. v. Mattel, Inc. case.

5.  Attached as **Exhibit 4** hereto is an excerpt of a true and correct copy of the trial transcript for June 18, 2008.

6.  Attached as **Exhibit 5** hereto is an excerpt of a true and correct copy of the trial transcript for June 12, 2008.

7.  Attached as **Exhibit 6** hereto is a true and correct copy of Trial Exhibit 5-0057.

8.  Attached as **Exhibit 7** hereto is a true and correct copy of Trial Exhibit 1327.

9.  Attached as **Exhibit 8** hereto is a true and correct copy of Trial Exhibit 1328.

10. Attached as **Exhibit 9** hereto is a true and correct copy of Trial Exhibit 4507-0001, an e-mail from Isaac Larian, dated March 12, 2002.

11.     Attached as **Exhibit 10** hereto is a true and correct copy of Trial Exhibit 4942-0001, an e-mail from Dee Dee Valencia to Isaac Larian, dated February 6, 2003.

12.     Attached as **Exhibit 11** hereto is a true and correct copy of Trial Exhibit 1932, MGA's Former Mattel Employee List, dated April 20, 2006.

13.     Attached as **Exhibit 12** hereto is a true and correct copy of Trial Exhibit 947, an affidavit from Isaac Larian in <u>MGA v. Metson</u>, dated May 14, 2004.

14.     Attached as **Exhibit 13** hereto is a true and correct copy of Trial Exhibit 4941, and e-mail from Chris Palmeri to Isaac Larian, dated July 14, 2003.

15.     Attached as **Exhibit 14** hereto is a true and correct copy of Trial Exhibit 630, an e-mail from Isaac Larian dated June 30, 2003.

16.     Attached as **Exhibit 15** hereto is a true and correct copy of Trial Exhibit 12058, an article from the San Fernando Valley Business Journal, dated March 29, 2004.

17.     Attached as **Exhibit 16** hereto is a true and correct copy of Trial Exhibit 500, a U.S. Patent Application, Matter No. 15904-142.

18.     Attached as **Exhibit 17** hereto is a true and correct copy of an excerpt of Trial Exhibit 1.

19.     Attached as **Exhibit 18** hereto is an excerpt of a true and correct copy of the trial transcript for June 17, 2008.

20.     Attached as **Exhibit 19** hereto is an excerpt of a true and correct copy of the deposition transcript of Farhad Larian, Volume 1, dated February 4, 2008.

21.     Attached as **Exhibit 20** hereto is a true and correct copy of Trial Exhibit 13380.

22.     Attached as **Exhibit 21** hereto is an excerpt of a true and correct copy of the sealed trial transcript for June 10, 2008.

23.     Attached as **Exhibit 22** hereto is an excerpt of a true and correct copy of the trial transcript for June 24, 2008.

24. Attached as **Exhibit 23** hereto is a true and correct copy of Trial Exhibit 13629.

25. Attached as **Exhibit 24** hereto is an excerpt of a true and correct copy of the trial transcript for June 13, 2008.

26. Attached as **Exhibit 25** hereto is an excerpt of a true and correct copy of the deposition transcript of Peter Marlow, Volume 1, dated May 2, 2008.

27. Attached as **Exhibit 26** hereto is an excerpt of a true and correct copy of the deposition transcript of Ana Cabrera, dated May 8, 2008.

28. Attached as **Exhibit 27** hereto is an excerpt of a true and correct copy of the deposition transcript of Beatriz Morales, dated April 29, 2008.

29. Attached as **Exhibit 28** hereto is an excerpt of a true and correct copy of the deposition transcript of Jorge Castilla, dated October 22, 2008.

30. Attached as **Exhibit 29** hereto is an excerpt of a true and correct copy of the deposition transcript of Gustavo Machado, dated October 14, 2008.

31. Attached as **Exhibit 30** hereto is an excerpt of a true and correct copy of the trial transcript for June 20, 2008.

32. Attached as **Exhibit 31** hereto is a true and correct copy of the Final Jury Instructions As Given for Phase 1(a), dated July 10, 2008.

33. Attached as **Exhibit 32** hereto is an excerpt of a true and correct copy of the Answer and Affirmative Defenses of MGA Parties, dated August 13, 2007.

34. Attached as **Exhibit 33** hereto is an excerpt of a true and correct copy of MGA's Response to Mattel's Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, dated January 7, 2008.

35. Attached as **Exhibit 34** hereto is an excerpt of a true and correct copy of the hearing transcript for March 11, 2009.

36. Attached as **Exhibit 35** hereto is an excerpt of a true and correct copy of the Phase II Discovery Master Order No. 6.

1       37.    Attached as **Exhibit 36** hereto is a true and correct copy of the Court's Phase B Jury Instructions As Given, dated August 20, 2008.

      38.    Attached as **Exhibit 37** hereto is an excerpt of a true and correct copy of the trial transcript for July 1, 2008.

      39.    Attached as **Exhibit 38** hereto is an excerpt of a true and correct copy of the trial transcript for July 2, 2008.

      40.    Attached as **Exhibit 39** hereto is an excerpt of a true and correct copy of the deposition transcript of David Rosenbaum dated January 25, 2008.

      41.    Attached as **Exhibit 40** hereto is a true and correct copy of Trial Exhibit 13223, an e-mail from Peter Marlow to Paula Garcia, copying Isaac Larian, dated June 20, 2005.

      42.    Attached as **Exhibit 41** hereto is an excerpt of a true and correct copy of the trial transcript for June 20, 2008.

      43.    Attached as **Exhibit 42** hereto is an excerpt of a true and correct copy of the trial transcript for July 3, 2008.

      44.    Attached as **Exhibit 43** hereto is an excerpt of a true and correct copy of the Amended Answer and Affirmative Defenses of MGA Parties, dated September 19, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 31, 2009, at Los Angeles, California.

      /s/ Michael T. Zeller
      Michael T. Zeller