# EXHIBIT 25

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

# EXHIBIT 26

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

# EXHIBIT 27

CERTIFIED COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL,    )
                                 )
              PLAINTIFF,          )
                                 )        CASE NO.
       V.                         )        CV 04-9049 SGL
                                 )        (RNBX)
MATTEL, INC., A DELAWARE          )        [CONSOLIDATED WITH
CORPORATION,                      )        NO. 04-9059 AND CASE NO. 05-2727]
                                 )
              DEFENDANTS.         )
_____  )
                                 )
AND CONSOLIDATED ACTION (S).      )
_____  )

# DEPOSITION OF BEATRIZ MORALES

# APRIL 29, 2008



REPORTED BY:
RENEE PACHECO
CSR NO. 11564
JOB NO. 08AE327-RP

COURT REPORTERS
515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

EXHIBIT 27
PAGE 226

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| CARTER BRYANT, AN INDIVIDUAL, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CASE NO. |
| | ) | CV 04-9049 SGL |
| MATTEL, INC., A DELAWARE | ) | (RNBX) |
| CORPORATION, | ) | |
| | ) | CONSOLIDATED WITH |
| DEFENDANT, | ) | [CASE NO. |
| | ) | CV 04-9059 AND |
| _____ | ) | CASE NO. |
| | ) | CV 05-2727] |
| AND CONSOLIDATED ACTION(S). | ) | |
| _____ | ) | |

DEPOSITION OF BEATRIZ MORALES,

TAKEN ON BEHALF OF THE DEFENDANT,

AT 865 SOUTH FIGUEROA STREET, 10TH

FLOOR, LOS ANGELES, CALIFORNIA,

COMMENCING AT 9:20 A.M., TUESDAY,

APRIL 29, 2008, BEFORE RENEE A.

PACHECO, RPR, CSR 11564.

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT 27

PAGE 227

```
 1    APPEARANCES OF COUNSEL:
 2
 3    FOR THE PLAINTIFF CARTER BRYANT:
 4         KEKER & VAN NEST, LLP
           BY:  ALYSE D. BERTENTHAL, ESQ.
 5         710 SANSOME STREET
           SAN FRANCISCO, CALIFORNIA  94111-1704
 6         (415) 391-5400
 7
 8    FOR THE DEFENDANT MATTEL, INC.:
 9         QUINN EMANUEL URQUHART OLIVER & HEDGES
           BY:  JAMES WEBSTER, ESQ.
10              CYRUS S. NAIM, ESQ.
           865 SOUTH FIGUEROA STREET
11         10TH FLOOR
           LOS ANGELES, CALIFORNIA  90017-2543
12         (213) 443-3000
13
14    FOR THE DEFENDANT MGA ENTERTAINMENT, INC.:
15         SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
           BY:  BERNARD SHEK, ESQ.
16         525 UNIVERSITY AVENUE
           PALO ALTO, CALIFORNIA  94301
17         (650) 470-4500
18
19    FOR THE DEPONENT:
20         ALLRED, MAROKO & GOLDBERG
           BY:  MARIA G. DIAZ, ESQ.
21         6300 WILSHIRE BOULEVARD
           SUITE 1500
22         LOS ANGELES, CALIFORNIA  90048
           (323) 653-6530
23
24
25
```

3

EXHIBIT 21
PAGE 228

```
 1    APPEARANCES (CONTINUED):

 2

 3    ALSO PRESENT:

 4         DON KELLY - VIDEOGRAPHER
                         JTV LITIGATION SERVICES

 5

           TUNNY SZTIRO- SPANISH INTERPRETER

 6

           JILL THOMAS - MATTEL

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

4

EXHIBIT 27
PAGE 229

1                          I N D E X

2

3    DEPONENT:              EXAMINED BY:              PAGE:

4    BEATRIZ MORALES        MR. WEBSTER               13

5                           AFTERNOON SESSION         136

6                           MR. SHEK                  220

7

8

9    EXHIBITS FOR IDENTIFICATION:

10   MORALES:

11   (BOUND UNDER SEPARATE COVER)

12   5388 - EMPLOYMENT APPLICATION, BATES
            NO. M 0262514                             58

13

     5389 - E-MAIL, BATES NO. M 0262528               61

14

     5390 - EMPLOYEE CONFIDENTIAL INFORMATION

15          AND INVENTIONS AGREEMENT, BATES
            M 0262518                                 67

16

     5391 - EMPLOYMENT AGREEMENT DATED

17          MARCH 22, 2004, BATES NOS.
            M 0262503 THROUGH M 0262507               70

18

     5392 - CONFLICT OF INTEREST QUESTIONNAIRE,

19          BATES NO. M 0262517                       71

20   5393 - ACKNOWLEDGEMENT FOR RECEIPT OF
            MATTEL EMPLOYEE HANDBOOK, BATES

21          NO. M 0262520                             73

22   5394 - E-MAIL STRING, BATES NOS. M 0262522
            AND M 0262521                             74

23

     5395 - SEPARATION AGREEMENT GENERAL

24          RELEASE, BATES NOS. M 0262495
            THROUGH M 0262502                         76

25

5

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT 27
PAGE 230

```
 1                    I N D E X (CONTINUED)
 2     EXHIBITS FOR IDENTIFICATION
 3     MORALES:
 4     (BOUND UNDER SEPARATE COVER)
 5     5396 - CONFIDENTIALITY AND NO CONFLICT
               AGREEMENT FOR TEMPORARY ASSIGNMENT,
 6             BATES NOS. M 0262532 AND M 0262533      81
 7     5397 - CONFIDENTIALITY AND NON-DISCLOSURE
               AGREEMENT, BATES NO. M 0262531          91
 8
       5398 - PRO UNLIMITED NON-EXEMPT EMPLOYEE
 9             SERVICES AGREEMENT, BATES NOS.
               M 0262534 THROUGH M 0262537             92
10
       5399 - ACKNOWLEDGEMENT OF RECEIPT FOR
11             TEMPORARY EMPLOYEES, BATES NO.
               M 0262538                               92
12
       5400 - PHOTOGRAPH, BATES NO. M 0261592         115
13
       5401 - PHOTOGRAPH, BATES NO. M 0261594         118
14
       5402 - PHOTOGRAPH, BATES NO. M 0261595         120
15
       5403 - PHOTOGRAPH, BATES NO. M 0261727         122
16
       5404 - PHOTOGRAPH, BATES NO. M 0261768         123
17
       5405 - PHOTOGRAPH, BATES NO. M 0262589         123
18
       5406 - PHOTOGRAPH, BATES NO. M 0262590         124
19
       5407 - PHOTOGRAPH, BATES NO. M 0261795         125
20
       5408 - PHOTOGRAPH, BATES NO. M 0261797         126
21
       5409 - PHOTOGRAPH, BATES NO. M 0261820         129
22
       5410 - PHOTOGRAPH, BATES NO. M 0261821         131
23
       5411 - TWO PHOTOGRAPHS, ONE WITH NO
24             BATES STAMP, AND ONE WITH BATES
               NO. M 0262591                          135
25
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT 27
PAGE 2-31

1            I N D E X (CONTINUED)

2    EXHIBITS FOR IDENTIFICATION

3    MORALES:

4    (BOUND UNDER SEPARATE COVER)

5    5412 - DUPLICATE OF EXHIBIT 5405              137

6    5413 - PHOTOGRAPH, BATES NO. M 0261822        141

7    5414 - PHOTOGRAPH, BATES NO. M 0261778        142

8    5415 - PHOTOGRAPH, BATES NO. M 0261779        143

9    5416 - PHOTOGRAPH, BATES NO. M 0261733        144

10   5417 - PHOTOGRAPH, BATES NO. M 0261896        144

11   5418 - PHOTOGRAPH, BATES NO. M 0261723        145

12   5419 - PHOTOGRAPH, BATES NO. M 0261724        146

13   5420 - TWO PHOTOGRAPHS, ONE WITH NO

             BATES STAMP, AND ONE WITH BATES

14           NO. M 0262605                         147

15   5421 - PHOTOGRAPH, BATES NO. M 0261726        147

16   5422 - PHOTOGRAPH, BATES NO. M 0261725        149

17   5423 - PHOTOGRAPH, BATES NO. M 0261737        149

18   5424 - PHOTOGRAPH, BATES NO. M 0261744        150

19   5425 - PHOTOGRAPH, BATES NO. M 0261637        151

20   5426 - TWO PHOTOGRAPHS, ONE WITH NO

             BATES STAMP, AND ONE WITH BATES

21           NO. M 0262617                         151

22   5427 - PHOTOGRAPH, BATES NO. M 0261740        152

23   5428 - PHOTOGRAPH, BATES NO. M 0261739        153

24   5429 - TWO PHOTOGRAPHS, ONE WITH NO

             BATES STAMP, AND ONE WITH BATES

25           NO. M 0262598                         154

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT 27
PAGE 232

```
 1              I N D E X (CONTINUED)
 2    EXHIBITS FOR IDENTIFICATION
 3    MORALES:
 4    (BOUND UNDER SEPARATE COVER)
 5    5430 - TWO PHOTOGRAPHS, ONE WITH NO
             BATES STAMP, AND ONE WITH BATES
 6           NO. M 0262633                      155
 7    5431 - TWO PHOTOGRAPHS, ONE WITH NO
             BATES STAMP, AND ONE WITH BATES
 8           NO. M 0262362                      156
 9    5432 - PHOTOGRAPH, BATES NO. M 0261599    156
10    5433 - PHOTOGRAPH, BATES NO. M 0261600    157
11    5434 - PHOTOGRAPH, BATES NO. M 0261666    157
12    5435 - PHOTOGRAPH, BATES NO. M 0261643    158
13    5436 - PHOTOGRAPH, BATES NO. M 0261924    159
14    5437 - PHOTOGRAPH, BATES NO. M 0261627    160
15    5438 - PHOTOGRAPH, BATES NO. M 0261950    160
16    5439 - TWO PHOTOGRAPHS, ONE WITH NO
             BATES STAMP, AND ONE WITH BATES
17           NO. M 0262599                      161
18    5440 - PHOTOGRAPH, BATES NO. M 0261736    161
19    5441 - PHOTOGRAPH, BATES NO. M 0261803    163
20    5442 - PHOTOGRAPH, BATES NO. M 0261801    164
21    5443 - PHOTOGRAPH, BATES NO. M 0261804    165
22    5444 - PHOTOGRAPH, BATES NO. M 0261830    166
23    5445 - PHOTOGRAPH, BATES NO. M 0261614    166
24    5446 - PHOTOGRAPH, BATES NO. M 0262623    167
25    5447 - PHOTOGRAPH, BATES NO. M 0261728    168
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT 27
PAGE 233

```
 1                  I N D E X (CONTINUED)
 2    EXHIBITS FOR IDENTIFICATION
 3    MORALES:
 4    (BOUND UNDER SEPARATE COVER)
 5    5448 - VARIOUS DOCUMENTS, BATES NOS.
             KMW-M 7141, 7136, 7132, 7129,
 6           7126                                    183
 7    5449 - VARIOUS DOCUMENTS, BATES NOS.
             KMW-M 7143, 7138, 7139, 7140,
 8           7135, 7131, 7128, 7134                  184
 9    5450 - VARIOUS DOCUMENTS, BATES NOS.
             KMW-M 12742, 9885, 9878, 16106,
10           9728, 9730, 9725, 9861, 9866,
             9855, 9718, 949, 9717                   195
11
      5451 - VARIOUS DOCUMENTS, BATES NOS.
12           KMW-M 9837, 8563, 9715, 9834,
             9462, 9463, 9464, 9465, 8690            198
13
      5452 - VARIOUS DOCUMENTS, BATES NOS.
14           KMW-M 9761, 9764, 9789, 9785,
             9782, 9780, 9808, 9819, 9826,
15           9813, 9894, 9896, 9886, 9882,
             16107, 9901, 9726, 9871, 9865,
16           9873, 9856, 9845, 9853                  201
17    5453 - VARIOUS DOCUMENTS, BATES NOS.
             KMW-M 7142, 7137, 7133, 7130,
18           7127                                    208
19    5454 - TIME RECORDS, BATES. NOS.
             KMW-M 9799, 9798, 9762, 9765,
20           9801, 9766, 9790, 9791, 9792,
             9797, 9796, 9779, 9820, 9821,
21           9830, 9831, 9827, 9828, 9829,
             9815, 9816, 9806, 9802, 9888,
22           9883, 16108, 9899, 9727, 9870,
             9863, 9875, 9858, 9847, 9839,
23           9843, 9842                              209
24
25
```

9

EXHIBIT 27
PAGE 234

```
 1                     I N D E X (CONTINUED)
 2    EXHIBITS FOR IDENTIFICATION
 3    MORALES:
 4    (BOUND UNDER SEPARATE COVER)
 5    5455 - NON-MANAGEMENT TARGETED RESULTS,
             ASSESSMENT AND COACHING, JANUARY
 6           2002 TO DECEMBER 2002, BATES NOS.
             M 0262481 THROUGH M 0262486            212
 7
      5456 - NON-MANAGEMENT TARGETED RESULTS,
 8           ASSESSMENT AND COACHING, JANUARY
             2001 TO DECEMBER 2001, BATES NOS.
 9           M 0262487 THROUGH M 0262494            213
10    5457 - MEMO DATED MARCH 18, 2004,
             BATES NO. M 0262433                    227
11
12            QUESTIONS UNANSWERED BY DEPONENT:
13
         PAGE     LINE               PAGE    LINE
14
          14       1                  192     15
15        14       8                  195      8
          53       8                  196     17
16       172      17                  197      2
         173       6                  197     21
17       173      13                  198     22
         173      24                  200      2
18       177      22                  200     18
         176      10                  201     16
19       179       7                  207     10
         179      14                  207     15
20       180      22                  214     11
         181      16
21       182       2
         183      16
22       184      15
         188       2
23       188       9
         188      18
24       189       2
         191      13
25
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

27
PAGE 235

1   WITH THE DOLL BAG, INC. ENTITY, EVEN THOUGH THESE

2   MANY DOCUMENTS SHOW THAT SHE WAS SIGNING FOR

3   RECEIPT OF MONEYS THAT WAS PAID TO HER BY DOLL BAG,

4   INC.?  IS THAT CORRECT?

5       MS. DIAZ:  I'M NOT ALLOWING HER TO ANSWER ANY

6   QUESTIONS ON THE BASIS OF THESE DOCUMENTS FOR THE

7   REASONS THAT I PREVIOUSLY STATED.

8       MR. WEBSTER:  THE REASON I'M ASKING --

9       MS. DIAZ:  IF YOU WANT TO MAKE THIS -- I'M A

10  FIRM BELIEVER IN MAKING THE RECORD SO THAT IF WE GO

11  TO COURT AND GO BEFORE THE JUDGE, THERE'S A RECORD

12  BEFORE HIM.

13      AS TO THE QUESTION YOU'VE ASKED, I'VE

14  ALREADY STATED MY OBJECTION AND INSTRUCTION.

15      MR. WEBSTER:  ALL RIGHT.

16  BY MR. WEBSTER:

17      Q.   DO YOU SEE ON -- YOUR SIGNATURE APPEARS

18  ON ALL OF THESE PAGES THAT ARE MARKED IN THIS

19  EXHIBIT?

20      MS. DIAZ:  AND I'M GOING TO OBJECT TO THAT

21  QUESTION ON THE BASIS OF -- AND I'M GOING TO OBJECT

22  TO THAT QUESTION AND INSTRUCT MY CLIENT TO INVOKE

23  HER FIFTH AMENDMENT RIGHT AGAINST

24  SELF-INCRIMINATION.  AND INSTRUCT NOT TO ANSWER.

25  ///

196

EXHIBIT  27
PAGE  236

```
 1   BY MR. WEBSTER:
 2        Q.   DO YOU SEE THAT ON ALL OF THESE PAGES
 3   THAT YOU SIGNED, DURING 2004 AND 2005, THAT IT
 4   REFERS TO YOU AS BEING AN INDEPENDENTLY
 5   CONTRACTED -- STRIKE THAT.
 6            THEY ALL REFER TO THE SERVICES YOU
 7   PROVIDED AS BEING FOR INDEPENDENTLY CONTRACTED
 8   SERVICES.
 9            DO YOU SEE THAT?
10        MS. DIAZ:  AND NOW I'M GOING TO INSTRUCT --
11   OBJECT AND INSTRUCT MY CLIENT, ADVISE HER TO TAKE
12   HER FIFTH AMENDMENT RIGHT AGAINST
13   SELF-INCRIMINATION AND NOT ANSWER THAT QUESTION.
14   BY MR. WEBSTER:
15        Q.   AND, MS. MORALES, YOU'RE GOING TO FOLLOW
16   YOUR ATTORNEY'S INSTRUCTIONS AND NOT ANSWER ANY OF
17   MY QUESTIONS ON THIS DOCUMENT, INCLUDING THE ONE I
18   JUST ASKED YOU, BASED ON ALL OF THE INSTRUCTIONS
19   THAT SHE JUST GAVE YOU; IS THAT CORRECT?
20        A.   YES.
21        Q.   DID THERE COME A TIME IN 2005 WHEN
22   MS. MORALES [SIC] STARTED MAKING PAYMENTS TO YOUR
23   HUSBAND GONZALO MORALES?
24        MR. SHEK:  OBJECTION; VAGUE AND AMBIGUOUS.
25        MS. DIAZ:  AND I WANT TO ALSO OBJECT AND
```

EXHIBIT 27
PAGE 237

1    INSTRUCT HER NOT TO ANSWER THAT QUESTION ON THE

2    BASIS THAT -- HER FIFTH AMENDMENT RIGHT AGAINST

3    SELF-INCRIMINATION.

4        MR. WEBSTER:  LET'S MARK FOR IDENTIFICATION --

5    STRIKE THAT.

6    BY MR. WEBSTER:

7        Q.    MS. MORALES, YOU'RE GOING TO FOLLOW YOUR

8    ATTORNEY'S INSTRUCTIONS AND NOT ANSWER ANY OF MY

9    QUESTIONS BASED ON ALL OF HER INSTRUCTIONS THAT SHE

10   JUST GAVE YOU; IS THAT CORRECT?

11       A.    YES.

12       MR. WEBSTER:  CAN WE MARK AS THE NEXT EXHIBIT

13   FOR IDENTIFICATION EXHIBIT 5451, WHICH ARE MARKED

14   KMW-M 9837, 8563, 9715, 9834, 9462, 9463, 9464,

15   9465, AND 8690.

16               (MORALES EXHIBIT NUMBER 5451 WAS

17               MARKED FOR IDENTIFICATION AND

18               IS BOUND UNDER SEPARATE COVER.)

19   BY MR. WEBSTER:

20       Q.    DID YOU SIGN YOUR NAME ON ANY OF THESE --

21   STRIKE THAT.

22               DID YOU WRITE ANYTHING ON ANY OF THESE

23   DOCUMENTS THAT YOU CAN SEE?

24       MS. DIAZ:  I'M GOING TO OBJECT AND INSTRUCT MY

25   CLIENT NOT TO ANSWER THAT QUESTION ON THE BASIS OF

198

EXHIBIT 27
PAGE 238

```
 1   HER RIGHT -- FIFTH AMENDMENT RIGHT AGAINST
 2   SELF-INCRIMINATION.
 3            I'M ALSO -- AND THAT'S -- WITHDRAWN.
 4   STRIKE THE LAST PART.
 5       MR. WEBSTER:  CAN I HEAR THE OBJECTIONS,
 6   PLEASE.
 7            (THE RECORD WAS READ AS FOLLOWS:
 8            MS. DIAZ:  I'M GOING TO OBJECT AND
 9         INSTRUCT MY CLIENT NOT TO ANSWER THAT
10         QUESTION ON THE BASIS OF HER FIFTH
11         AMENDMENT RIGHT AGAINST
12         SELF-INCRIMINATION.)
13   BY MR. WEBSTER:
14       Q.   AND, MS. MORALES, WILL YOU FOLLOW YOUR
15   ATTORNEY'S INSTRUCTION AND NOT ANSWER THAT
16   QUESTION -- OR ANY QUESTIONS ON THIS DOCUMENT?
17       A.   YES.
18       Q.   DOES THIS -- DO ANY OF THESE DOCUMENTS
19   THAT ARE NOW IN FRONT OF YOU REFRESH YOUR
20   RECOLLECTION THAT GONZALO MORALES, WHO, ACCORDING
21   TO DOCUMENT KMW 9462, RESIDES AT YOUR SAME HOME
22   ADDRESS?
23       THE INTERPRETER:  MAY I HAVE A REPETITION OF
24   THE LAST PART, COUNSEL, PLEASE?
25       MR. WEBSTER:  YEAH.  LET ME JUST REPHRASE IT.
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT 27
PAGE 239

```
 1   BY MR. WEBSTER:
 2        Q.    LOOKING AT THESE DOCUMENTS NOW, DO ANY OF
 3   THEM REFRESH YOUR RECOLLECTION, MS. MORALES, THAT A
 4   GONZALO MORALES, WITH YOUR SAME HOME ADDRESS, AT
 5   4835 WEST 112TH, INGLEWOOD, CALIFORNIA, HAD SOME
 6   ECONOMIC RELATIONSHIP WITH DOLL BAG, INC.?
 7        MS. DIAZ:   FIRST OBJECTION; VAGUE AND
 8   AMBIGUOUS, COMPOUND.
 9             THEN I'M GOING TO -- TO THE EXTENT THAT
10   THE QUESTION IS INTELLIGIBLE [SIC] I'M GOING TO
11   INSTRUCT MY CLIENT NOT TO ANSWER ON THE BASIS OF
12   HER FIFTH AMENDMENT RIGHT AGAINST
13   SELF-INCRIMINATION.
14   BY MR. WEBSTER:
15        Q.    AND WILL YOU FOLLOW YOUR ATTORNEY'S
16   INSTRUCTION NOT ANSWER MY .QUESTION, MS. MORALES?
17        .A.    YES.
18        Q.    IF YOU LOOK AT KMW 9715, IT'S A TIME
19   SHEET FOR GONZALO MORALES.
20             DO YOU SEE THAT?
21        MS. DIAZ:   AND I'M GOING TO OBJECT AND INSTRUCT
22   MY CLIENT NOT TO ANSWER ANY QUESTIONS ON THE BASIS
23   OF HER FIFTH AMENDMENT RIGHT AGAINST
24   SELF-INCRIMINATION.
25   ///
```

200

EXHIBIT  27
PAGE  240

1   BY MR. WEBSTER:

2       Q.   OKAY.  AND, MS. MORALES, YOU FOLLOW YOUR

3   CLIENT -- YOUR ATTORNEY'S INSTRUCTION AND NOT

4   ANSWER THAT QUESTION?

5       A.   YES.

6       MR. WEBSTER:  LET'S MARK AS THE NEXT EXHIBIT

7   FOR IDENTIFICATION EXHIBIT 5452.  IT IS BATES

8   NO. KMW-M 9761 THROUGH -- LET ME READ THE NUMBERS:

9   9764, 9789, 9785, 9782, 9780, 9808, 9819, 9826,

10  9813, 9894, 9896, 9886, 9882, 16107, 9901, 9726,

11  9871, 9865, 9873, 9856, 9845, AND 9853.

12          (MORALES EXHIBIT NUMBER 5452 WAS

13          MARKED FOR IDENTIFICATION AND

14          IS BOUND UNDER SEPARATE COVER.)

15  BY MR. WEBSTER:

16      Q.   AND MY QUESTION IS:  DO YOU RECOGNIZE

17  THESE DOCUMENTS, MS. MORALES?

18      MS. DIAZ:  I'M GOING TO OBJECT AND INSTRUCT MY

19  CLIENT NOT TO ANSWER THAT QUESTION ON THE BASIS --

20  FIRST OF ALL, I'M GOING TO INCORPORATE ALL MY PRIOR

21  OBJECTIONS, AS THESE APPEAR TO BE PERSONAL,

22  CONFIDENTIAL RECORDS THAT CAME FROM SOME SOURCE.

23  I'VE NEVER SEEN THEM.  I DON'T KNOW THE SOURCES.

24  THEY'RE PROTECTED BY RIGHT TO PRIVACY.

25          SECOND, I'M INSTRUCTING HER NOT TO ANSWER

201

EXHIBIT 27
PAGE 241

1   THAT QUESTION ON THE BASIS OF HER FIFTH AMENDMENT

2   RIGHT AGAINST SELF-INCRIMINATION.

3   BY MR. WEBSTER:

4       Q.    OKAY.  AND WILL YOU FOLLOW YOUR

5   ATTORNEY'S INSTRUCTION AND NOT ANSWER MY QUESTIONS

6   ON ALL OF THOSE GROUNDS, AS TO THESE DOCUMENTS,

7   MS. MORALES?

8       MS. DIAZ:  COUNSEL, FOR THE RECORD, YOU CAN ASK

9   YOUR SPECIFIC QUESTIONS.  I'M NOT INSTRUCTING HER

10  NOT TO ANSWER ALL OF YOUR SPECIFIC QUESTIONS.  I'LL

11  TAKE IT ON A QUESTION-BY-QUESTION BASIS, IF YOU

12  WANT TO MAKE A CLEAN RECORD.

13      MR. WEBSTER:  I'M TRYING.

14          MY QUESTION WAS:  "DO YOU RECOGNIZE THESE

15  DOCUMENTS?"

16          YOU INSTRUCTED HER.  AND I'M ASKING HER

17  IS SHE FOLLOWING YOUR INSTRUCTION.

18  BY MR. WEBSTER:

19      Q.    ARE YOU FOLLOWING YOUR ATTORNEY'S

20  INSTRUCTION AND NOT ANSWERING THAT QUESTION ABOUT

21  THE DOCUMENTS, ON THE GROUNDS OF THOSE OBJECTIONS

22  THAT SHE'S MADE?

23      A.    YES.

24      MR. WEBSTER:  I'LL JUST NOTE FOR THE RECORD,

25  MS. DIAZ, YOU'VE SAID THAT YOU'RE NOT SURE WHERE

202

27
242

```
 1    WITH ME ON THOSE ISSUES THAT YOU DISAGREE WITH.
 2    AND I'M HAPPY TO LOOK AT YOUR AUTHORITIES, BUT I'M
 3    NOT ENGAGING YOU ON THE RECORD.
 4         SO ASK YOUR NEXT QUESTION, AND I WILL
 5    INSTRUCT AS I DEEM APPROPRIATE.
 6    BY MR. WEBSTER:
 7         Q.    WERE YOU EVER PAID BY MS. MARLOW OR ANY
 8    OF HER COMPANIES FOR THE WORK YOU DID FOR HER UNDER
 9    SOMEBODY ELSE'S NAME?
10         MS. DIAZ:  OBJECTION -- OBJECTION.
11         I'M GOING TO INSTRUCT THE WITNESS NOT TO
12    ANSWER BASED ON HER PRIVACY RIGHTS.
13    BY MR. WEBSTER:
14         Q.    DID MS. -- DIDN'T YOU TELL THE PEOPLE AT
15    MATTEL, ON JANUARY 14, 2008, THAT YOU ARRANGED WITH
16    MS. MARLOW FOR HER TO PAY YOU THROUGH SOMEBODY
17    ELSE'S NAME?  ISN'T THAT TRUE?
18         MS. DIAZ:  AND NOW I'M GOING TO OBJECT TO THAT
19    QUESTION ON THE BASIS THAT IT INVADES MY CLIENT'S
20    RIGHT TO PRIVACY.
21         AND ALSO I'M ADVISING HER TO INVOKE HER
22    FIFTH AMENDMENT RIGHTS AGAINST SELF-INCRIMINATION.
23    I'M INSTRUCTING HER NOT TO ANSWER THAT QUESTION.
24         MR. WEBSTER:  OKAY, COUNSEL.  MY QUESTION --
25    JUST SO WE'RE CLEAR ABOUT THIS -- AND I APPRECIATE
```

179

EXHIBIT _27_
PAGE _243_

```
1    YOU TRYING TO BE CLEAR ALSO.

2             MY QUESTION IS:  DID SHE TELL PEOPLE AT

3    MATTEL, ON JANUARY 14, 2008, THAT THAT IS WHAT

4    HAPPENED?

5        MS. DIAZ:  I UNDERSTAND YOUR QUESTION, COUNSEL.

6    AND I'VE MADE MY INSTRUCTION AND MY OBJECTION BASED

7    ON YOUR QUESTION.

8        MR. WEBSTER:  YOU'RE ALSO INSTRUCTING HER NOT

9    TO ANSWER THAT ON THE BASIS OF A PRIVACY OBJECTION;

10   IS THAT CORRECT?

11       MS. DIAZ:  BOTH, YES.

12            I'M SORRY.  I'LL WITHDRAW THE PRIVACY.  I

13   UNDERSTAND WHAT YOUR POINT IS.  BUT I WILL MAINTAIN

14   THE FIFTH AMENDMENT INSTRUCTION NOT TO ANSWER THAT

15   QUESTION.

16       MR. WEBSTER:  SO LET ME REPHRASE THE QUESTION

17   SO I CAN ASK IT AND WE CAN HAVE A CLEAR ONE STATED

18   INSTRUCTION.

19       MS. DIAZ:  AND THAT'S AMENABLE TO ME.

20       MR. WEBSTER:  THANK YOU.

21   BY MR. WEBSTER:

22       Q.   MS. MORALES, ISN'T IT TRUE THAT YOU

23   INFORMED PEOPLE AT MATTEL, ON JANUARY 14TH, 2008,

24   THAT YOU MADE ARRANGEMENTS WITH MS. MARLOW FOR HER

25   TO PAY YOU IN SOMEBODY ELSE'S NAME, IN ORDER TO
```

180



1    CONCEAL THE FACT THAT PAYMENTS WERE BEING MADE TO

2    YOU?

3        MS. DIAZ:  AND I'M GOING TO OBJECT AND INSTRUCT

4    AND ADVISE MY CLIENT TO INVOKE HER FIFTH AMENDMENT

5    RIGHT AGAINST SELF-INCRIMINATION.

6            AND DON'T ANSWER THE QUESTION.

7        MR. WEBSTER:  WE MIGHT JUST TAKE A BREAK FOR A

8    MOMENT.  THANK YOU.

9        THE VIDEOGRAPHER:  WE ARE OFF THE RECORD.  THE

10   TIME IS 3:52 P.M.

11           (A RECESS WAS HELD.)

12       THE VIDEOGRAPHER:  THIS IS THE START OF TAPE

13   NO. 4.  WE ARE BACK ON THE RECORD.  THE TIME IS

14   4:00 P.M.

15   BY MR. WEBSTER:

16       Q.    DID YOU RECEIVE ANY SORT OF TAX RECORDS

17   REFLECTING PAYMENTS THAT WERE MADE TO YOU BY

18   MS. MARLOW OR ANY OF HER COMPANIES THAT YOU WORKED

19   FOR?

20       MS. DIAZ:  AND I'M GOING TO OBJECT AND INSTRUCT

21   NOT TO ANSWER ON THE BASIS THAT PRIVACY TAX RECORDS

22   ARE PROTECTED.

23   BY MR. WEBSTER:

24       Q.    AND YOU'RE NOT GOING TO ANSWER THAT

25   QUESTION?

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT 27
PAGE 245

```
1        A.    NO.

2             Q.    DID YOU EVER RECEIVE, OR DID YOU EVER

3    SIGN RECEIPTS REFLECTING MONEYS THAT WERE PAID TO

4    YOU BY MS. MARLOW FOR THE WORK YOU DID FOR HER?

5             MS. DIAZ:  I'M GOING TO OBJECT TO THE QUESTION

6    ON THE BASIS THAT IT INVADES MY CLIENT'S RIGHT TO

7    PRIVACY AND ALSO ADVISING HER TO INVOKE HER FIFTH

8    AMENDMENT RIGHT AGAIN TO SELF-INCRIMINATION.

9                  INSTRUCT HER NOT TO ANSWER THAT QUESTION.

10            MR. WEBSTER:  LET'S MARK AS THE NEXT EXHIBIT

11   FOR IDENTIFICATION --

12            DEPOSITION REPORTER:  5448.

13            MR. WEBSTER:  JUST BEFORE YOU DO.

14   BY MR. WEBSTER:

15            Q.    MS. MORALES, ARE YOU GOING TO FOLLOW

16   YOUR -- YOUR ATTORNEY'S INSTRUCTION AND NOT ANSWER

17   MY QUESTION?

18            A.    YES.

19            MS. DIAZ:  AND I'M GOING TO PLACE ANOTHER

20   OBJECTION TO THESE RECORDS, AS I'VE NEVER SEEN

21   THEM.  THEY'RE CONFIDENTIAL EMPLOYMENT RECORDS THAT

22   HAVE BEEN PRODUCED IN THIS CASE, WITHOUT ANY

23   NOTICE, AS REQUIRED BY THE LAW, TO MY CLIENT.

24                  AND I'M PUTTING THE PARTIES ON NOTICE

25   THAT MY CLIENT RESERVES THE RIGHT TO GO IN AND SEEK
```

182

EXHIBIT 27
PAGE 246

1    DAMAGES FOR INVASION OF PRIVACY.

2         MR. SHEK:   I'LL ALSO NOTE THAT THIS IS MARKED

3    ATTORNEYS' EYES ONLY.

4         MR. WEBSTER:   AND MS. THOMAS WILL HAVE TO LEAVE

5    THE ROOM.

6         MS. THOMAS:   OKAY.   SORRY.

7              (MS. THOMAS LEAVES THE ROOM.)

8         MR. WEBSTER:   THIS DOCUMENT IS A SERIES OF

9    DOCUMENTS THAT APPEAR TO HAVE BEEN SIGNED BY

10   MS. MORALES.   BATES NO. KMW-M 7141, 7136, 7132,

11   7129, AND 7126.

12              (MORALES EXHIBIT NUMBER 5448 WAS

13              MARKED FOR IDENTIFICATION AND

14              IS BOUND UNDER SEPARATE COVER.)

15   BY MR. WEBSTER:

16        Q.   MY QUESTION IS:   MS. MORALES, DID YOU

17   SIGN YOUR NAME ON ANY OF THESE DOCUMENTS?

18        MS. DIAZ:   AND I'M GOING TO OBJECT TO THIS

19   DOCUMENT AND THE QUESTION ON THE BASIS THAT IT

20   INVADES MY CLIENT'S RIGHT TO PRIVACY, INCORPORATES

21   MY PRIOR OBJECTIONS ABOUT THE LACK OF NOTICE AND

22   PRODUCTION OF THESE CONFIDENTIAL EMPLOYMENT

23   RECORDS.

24              AND I'M ALSO GOING TO ADVISE MY CLIENT TO

25   INVOKE HER RIGHT AGAINST SELF-INCRIMINATION UNDER

183

27
247

1   DECLARATION OF DEPONENT

2       I CERTIFY UNDER PENALTY OF PERJURY UNDER THE
    LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING

3   IS TRUE AND CORRECT.

4

    EXECUTED AT_____, ON_____

5                  (PLACE)                    (DATE)

6

7

                    _____
8                          (SIGNATURE OF DEPONENT)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

240

EXHIBIT 27
PAGE 248

1    STATE OF CALIFORNIA      )
                              )   SS.
2    COUNTY OF LOS ANGELES    )

3              I,    RENEE A. PACHECO    , CERTIFIED

4    SHORTHAND REPORTER, CERTIFICATE NUMBER 11564, FOR

5    THE STATE OF CALIFORNIA, HEREBY CERTIFY:

6              THE FOREGOING PROCEEDINGS WERE TAKEN

7    BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH,

8    AT WHICH TIME THE DEPONENT WAS PLACED UNDER OATH BY

9    ME;

10             THE TESTIMONY OF THE DEPONENT AND ALL

11   OBJECTIONS MADE AT THE TIME OF THE EXAMINATION WERE

12   RECORDED STENOGRAPHICALLY BY ME AND WERE THEREAFTER

13   TRANSCRIBED;

14             THE FOREGOING TRANSCRIPT IS A TRUE AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;

16             I FURTHER CERTIFY THAT I AM NEITHER

17   COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID ACTION

18   NOR IN ANY WAY INTERESTED IN THE OUTCOME THEREOF.

19             IN WITNESS WHEREOF, I HAVE HEREUNTO

20   SUBSCRIBED MY NAME THIS _5__ DAY OF

21   ___May_____, 2008.

22

23                    _Renee A. Pacheco_

24

25

241

27
249