THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

PATRICIA L. GLASER (Bar No. 55668)
(pglaser@glaserweil.com)
GLASER WEIL FINK JACOBS & SHAPIRO LLP
10250 Constellation Blvd 19th Floor
Los Angeles, CA, 90067
Tel.: (310) 553-3000/Fax: (310) 556-2920

RUSSELL J. FRACKMAN (Bar No. 49087)
(rjf@msk.com)
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd
Los Angeles, CA 90064
Tel.: (310) 312-2000/Fax: (310) 312-3100

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation | **MGA PARTIES' NOTICE OF *IN CAMERA* AND UNDER SEAL SUBMISSION OF MATERIALS SUBMITTED TO THE COURT BY THE MGA PARTIES FOR *IN CAMERA* REVIEW ON JUNE 20, 2008** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively "MGA Parties") have submitted the following sealed document to the Court *in camera* pursuant to the Court's March 30, 2009 Order Granting Motion To Compel MGA To Produce And File Certain Documents Reviewed *In Camera* (Docket #4848):

Materials Submitted To The Court By The MGA Parties For *In Camera* Review On June 20, 2008

DATED:  April 2, 2009          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  _____/s/ Thomas J. Nolan_____
Thomas J. Nolan
Attorneys for the MGA Parties

1

MGA Parties' Notice Of *In Camera* And Under Seal Submission Of Materials Submitted To The Court By The MGA Parties For *In Camera* Review On June 20, 2008 - Case No. CV 04-9049 SGL (RNBx)