QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE; AND CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF**<br><br>[[Proposed] Order filed concurrently] |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel, Inc.'s Reply In Support Of
4  Motion for Order Compelling Production of Communications Made in Furtherance
5  of Crimes and Frauds and as to which MGA has Waived Attorney-Client Privilege
6  ("Reply"), and Exhibits 1, 3, 19, 21, 25, 26, 28, 29 and 39 to the Declaration of
7  Michael T. Zeller in Support Thereof, ("Zeller Declaration Exhibits").

8  The Reply and Zeller Declaration Exhibits include materials that MGA
9  has designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant
10 to the Protective Order. Accordingly, Mattel requests that the Court order that the
11 Reply and Zeller Declaration Exhibits be filed under seal.

12 In the alternative, Mattel requests that the Court declare that the Reply
13 and Zeller Declaration Exhibits are outside the definitions of "Confidential" and
14 "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective
15 Order and order them to be filed as part of the public record.

17 DATED: March 31, 2009        QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP

                                 By /s/ B. Dylan Proctor
                                    B. Dylan Proctor
                                    Attorneys for Mattel, Inc.