QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

    Plaintiff,

    vs.

MATTEL, INC., a Delaware corporation,

    Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

Hon. Stephen G. Larson

[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE; AND CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF

07975/2837683.2

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on Mattel's concurrently filed Application to File Under Seal Mattel, Inc.'s Reply In Support Of Motion for Order Compelling Production of Communications Made in Furtherance of Crimes and Frauds and as to which MGA has Waived Attorney-Client Privilege, and Certain Exhibits to the Declaration of Michael T. Zeller in Support Thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Reply In Support Of Motion for Order Compelling Production of Communications Made in Furtherance of Crimes and Frauds and as to which MGA has Waived Attorney-Client Privilege, and Exhibits 1, 3, 19, 21, 25, 26, 28, 29 and 39 to the Declaration of Michael T. Zeller in Support Thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: April 1, 2009

_____
Hon. Stephen G. Larson
United States District Judge