**ORIGINAL**

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 090378)
     johnquinn@quinnemanuel.com
3    Michael T. Zeller (Bar No. 196417)
     (michaelzeller@quinnemanuel.com)
4    Jon D. Corey (Bar No. 185066)
     (joncorey@quinnemanuel.com)
5  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
12 |                Plaintiff,      | Consolidated with:
   |                                | Case No. CV 04-09039
13 |        vs.                     | Case No. CV 05-02727
14 | MATTEL, INC., a Delaware       | **DISCOVERY MATTER**
   | corporation,                   |
15 |                Defendant.      | **[To be heard by Discovery Master Robert C. O'Brien pursuant to the Court's orders of December 6, 2006 and January 6, 2009]**
16 |                                |
17 | AND CONSOLIDATED ACTIONS       |

[PROPOSED] ORDER RE: MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL CERTAIN APPENDICES AND EXHIBITS TO ITS MOTION TO COMPEL *IN CAMERA* REVIEW AND PRODUCTION OF NON-ATTORNEY OR NON-LEGAL COMMUNICATIONS LISTED ON MGA'S PRIVILEGE LOGS

Date:   TBD
Time:   TBD
Place:  TBD

**Phase 2**
Discovery Cut-off:       Dec. 11, 2008
Pre-Trial Conference:   March 1, 2009
Trial Date:              March 23, 2009

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Certain Appendices and Exhibits to the Declaration of B. Dylan Proctor in Support of Mattel's Motion to Compel *In Camera* Review and Production of Non-Attorney or Non-Legal Communications Listed on MGA's Privilege Logs, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Appendices A-E and Exhibits 1-9 and 35 to the Declaration of B. Dylan Proctor in Support of Mattel's Motion to Compel *In Camera* Review and Production of Non-Attorney or Non-Legal Communications Listed on MGA's Privilege Logs, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:  April 1      , 2009

Hon. Stephen G. Larson
United States District Judge

07975/2800269.1

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL