```
 1  PATRICIA L. GLASER (Bar No. 055668)
    pglaser@glaserweil.com
 2  GLASER WEIL FINK JACOBS & SHAPIRO
    10250 Constellation Blvd., 19th Floor
 3  Los Angeles, California 90067
    Telephone: (310) 553-3000
 4  Facsimile: (310) 557-9815

 5  RUSSELL J. FRACKMAN (Bar No. 49087)
    rjf@msk.com
 6  PATRICIA H. BENSON (Bar No. 60565)
    phb@msk.com
 7  MITCHELL SILBERBERG & KNUPP LLP
    11377 West Olympic Boulevard
 8  Los Angeles, California 90064-1683
    Telephone: (310) 312-2000
 9  Facsimile: (310) 312-3100

10  Attorneys for Defendants
    MGA Entertainment, Inc., MGA Entertainment HK, Ltd.,
11  MGAE De Mexico, S.R.L. De C.V., and Isaac Larian
```

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| v. | |
| MATTEL, INC., a Delaware corporation,, | **DISCOVERY MATTER**<br>[To Be Heard By Discovery Master Robert O'Brien Pursuant to Order of January 6, 2009] |
| Defendant. | |
| AND CONSOLIDATED CASES | **PROOF OF SERVICE**<br><br>Hearing Date: April, 27, 2009<br>Time: 10:00 a.m.<br>Place: Arent Fox LLP<br><br>**Phase 2**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-Trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

Mitchell Silberberg & Knupp LLP
2183603.1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On April 2 2009, I served true copies of the following document(s) described as

1. **OPPOSITION OF MGA PARTIES TO MATTEL'S RENEWED MOTION FOR LETTERS OF REQUEST;**
2. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION OBJECTING TO PORTIONS OF SAID ORDERS;**
3. **DECLARATION OF TIMOTHY A MILLER IN SUPPORT OF SAID OPPOSITION;**
4. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES 27-44 AND 46-50;**
5. **MGA PARTIES' RESPONSE TO MATTEL'S SEPARATE STATEMENT IN SUPPORT OF SAID MOTION;**
6. **DECLARATION OF TIMOTHY A. MILLER IN SUPPORT OF MGA'S OPPOSITION TO SAID MOTION; AND**
7. **SUPPLEMENTAL DECLARATION OF TIMOTHY A. MILLER IN SUPPORT OF MGA'S OPPOSITION TO SAID MOTION.**

on the interested parties in this action at their last known address as set forth below by taking the action described below:

**See Attached Service List**

☒ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by **FIRST LEGAL SUPPORT SERVICES** of the document(s) listed above to the person(s) at the address(es) set forth above..

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 2, 2009, at Los Angeles, California.

Bertha A. García

Mitchell Silberberg & Knupp LLP
2183603.1

2

## SERVICE LIST

Robert C. O'Brien
Discovery Master
Arent Fox LLP
555 West 5th Street
Suite 4800
Los Angeles, CA 90013
[By Personal Service]

Patricia L. Glaser, Esq.
(Pglaser@glaserweil.com)
Joel N. Klevens, Esq.
(Jklevens@glaserweil.com)
Glaser, Weil, Fink, Jacobs & Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067
(310) 553-3000
[By Personal Service]

John Quinn, Esq.
(johnquinn@quinnemanuel.com)
Jon D. Corey, Esq.
(joncorey@quinnemanuel.com)
Michael T. Zeller, Esq.
(michaeltzeller@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 Figueroa Street
Tenth Floor
Los Angeles, CA 90017-2543
[By Personal Service]

Mitchell Silberberg & Knupp LLP

2183603.1