QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CASE NO. CV 04-9049 SGL (RNBx) |
| v. MATTEL, INC., a Delaware corporation | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1. Mattel, Inc.'s Ex Parte Application for an Order for Preservation of Documents; 2. Declaration of Michael T. Zeller In Support Of Mattel's Ex Parte; 3. Mattel's Application to File Under Seal: (1) Mattel, Inc.'s Ex Parte and (2) Exhibits to Zeller Declaration; 4. Proposed Order re Mattel's Application to File Under Seal

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

April 2, 2009                                  Michael T. Zeller
Date                                           Attorney Name

                                               Mattel, Inc.
                                               Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                    NOTICE OF MANUAL FILING