QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| Defendant. | **[To Be Heard By Discovery Master Robert C. O'Brien]** |
| AND CONSOLIDATED ACTIONS | [PUBLIC REDACTED] DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER FOR PRESERVATION OF DOCUMENTS |
| | Hearing Date:  TBA<br>Time:  TBA<br>Place:  TBA |
| | **Phase 2**<br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

07975/2868752.1

DECLARATION OF MICHAEL T. ZELLER

<u>DECLARATION OF MICHAEL T. ZELLER</u>

1.     I am a member of the bars of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.     Pursuant to <u>Local Rule</u> 7-19, on March 23, 2009, Mattel's counsel gave notice of this Application and the relief being sought to counsel for Lexington Financial Limited, Todd E. Gordinier, Esq., Bingham McCutchen LLP, and to counsel for the MGA Parties, Amman Khan, Esq., Glaser, Weil, Fink, Jacobs & Shapiro, LLP, Jason Russell, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, and Russell J. Frackman, Esq., Mitchell, Silberberg & Knupp, LLP.  Attached hereto as Exhibit 1 is a true and correct copy of the letter my colleague Jon Corey sent to Peter Villar, Thomas Nolan, et al. dated March 23, 2009.  Notice was again given on March 27, 2009.  Lexington responded, on both instances, that it opposed this motion.

3.     Attached hereto as Exhibit 2 is a true and correct copy of the letter I sent to Todd E. Gordinier dated March 27, 2009.

4.     Attached hereto as Exhibit 3 is a true and correct copy of a letter from Peter Villar to my colleague Jon Corey dated March 24, 2009.

5.     Attached hereto as Exhibit 4 is a true and correct copy of a letter from Todd E. Gordinier to myself dated March 30, 2009.

6.     Attached as Exhibit 5 is a true and correct copy of a UCC Financing Statement dated August 29, 2008, whereby Lexington Financial Limited took a security interest in Vision Capital's ownership of Omni 808 Investors LLC.

7.     Attached as Exhibit 6 is a true and correct copy of a website, "Offshore-Based Limited Liability Company (LLC)" at www.offshore-protection.com/nevisLLC.html.

8.     Attached as Exhibit 7 is a true and correct copy of a Certificate of Formation of Vision Capital, LLC, from the State of Delaware, dated August 19, 2008.

9.     Attached as Exhibit 8 is a true and correct copy of the Declaration of Brain Wing in Support of the MGA Parties' Request for a Stay, dated December 11, 2008.

10.     Attached as Exhibit 9 is a true and correct copy of the February 11, 2009 Hearing Transcript.

11.     Attached as Exhibit 10 is a true and correct copy of the March 4, 2009 Discovery Master Hearing Transcript.

12.     Attached as Exhibit 11 is a true and correct copy of OmniNet Capital, LLC's offer letter to Wachovia Bank, dated July 29, 2008.

13.     Attached as Exhibit 12 is a true and correct copy of the Secured Delayed Draw Demand Note between MGA Entertainment, Inc. and Omni 808 Investors, LLC, dated November 14, 2008, which has been Bates-numbered WACHOVIA 002752-002764.

14.     Attached as Exhibit 13 is a true and correct copy of the Phase II Discovery Matter Order No. 3, dated March 10, 2009.

15.     Attached as Exhibit 14 is a true and correct copy of a Senior Promissory Note, dated September 3, 2008, stating that Omni 808 is an "affiliate" of MGA under the Note.

16.     Attached as Exhibit 15 is a true and correct copy of the Motion to Quash Subpoenas Issued By Mattel To Leon Neman, Fred Mashian, and Neil Kadisha, dated March 12, 2009.

17.     Attached as Exhibit 16 is a true and correct copy of Mattel's subpoena to Lexington, dated January 30, 2009.

18.     Attached as Exhibit 17 is a true and correct copy of Discovery Master Order No. 8, dated March 16, 2009.

07975/2868752.1

ZELLER DECLARATION ISO EX PARTE APP. FOR ORDER FOR PRESERVATION OF DOCUMENTS

19.    Attached as Exhibit 18 is a true and correct copy of the letter my colleague Jon Corey sent to Thomas Nolan, Todd N. Gordinier, et. al., on March 13, 2009.

20.    Attached as Exhibit 19 is a true and correct copy of the email my colleague Jon Corey sent to Thomas Nolan, Todd N. Gordinier, et. al., on March 19, 2009.

21.    Attached hereto as Exhibit 20 is a true and correct copy of Discovery Master Order No. 10, dated March 27, 2009.

22.    Attached hereto as Exhibit 21 is a true and correct copy of a December 12, 2008 letter from Registrar Clevelan Williams, regarding Lexington.

23.    Attached hereto as Exhibit 22 is a true and correct copy of the Office Front "Home" website (offering website by Office Front allowing a person to obtain a "virtual office" for as little as £10 a month).

24.    Attached as Exhibit 23 is a true and correct copy of the Phase 1B Verdict Form, signed and dated by the Jury Foreperson on August 26, 2008.

25.    Attached as Exhibit 24 is a true and correct copy of excerpts of the Trial Transcript for August 26, 2008.

26.    Attached as Exhibit 25 is a true and correct copy of excerpts of the Trial Transcript for June 13, 2008.

27.    Attached as Exhibit 26 is a true and correct copy of excerpts of the Trial Transcript for June 10, 2008.

28.    Attached hereto as Exhibit 27  is a true and correct copy of the Deposition of Farhad Larian, Vol. 1, dated February 4, 2008.

29.    Attached as Exhibit 28 is a true and correct copy of excerpts of the Deposition of Peter Marlow, Vol. 2, dated June 16, 2008.

30.    Attached as Exhibit 29 is a true and correct copy of excerpts of the Deposition of Veronica Marlow, dated December 28, 2007.

31.    Attached as Exhibit 30 is a true and correct copy of the Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents by MGA; Denying Request for Monetary Sanctions, dated August 13, 2007.

32.    Attached as Exhibit 31 is a true and correct copy of the Order Granting in Part and Denying in Part Mattel's Motion to Enforce Court's Discovery Orders and to Compel; To Overrule Purportedly Improper Instructions; and for Sanctions, date January 8, 2008.

33.    Attached as Exhibit 32 is a true and correct copy of excerpts of the Trial Transcript for June 24, 2008.

34.    Attached hereto as Exhibit 33 is a true and correct copy of the Court's Order Denying Appointment of Expert Witnesses dated August 11, 2007.

35.    Attached hereto as Exhibit 34 is a true and correct copy of an email sent from Ilan Wisnia to myself on March 30, 2009.

36.    Attached hereto as Exhibit 35 is a true and correct copy of a UCC Financing Statement Amendment dated September 9, 2008, amending a prior UCC Financing Statement to add Omni 808 Investors, LLC as a creditor to MGA with co-priority with Wachovia Bank, N.A.

37.    Attached as Exhibit 36 is a true and correct copy of the Declaration of Fred F. Mashian in Opposition to Mattel, Inc.'s Ex Parte Application for an Order Deeming Lexington Financial Served, dated March 9, 2009.

38.    Attached as Exhibit 37 is a true and correct copy of a letter I sent to Amman Khan, Esq. and Russell J. Frackman, Esq. on March 13, 2009.

Executed on April 2, 2009, at Los Angeles, California.

/s/ Michael T. Zeller
Michael T. Zeller