# EXHIBIT 1

**quinn emanuel** trial lawyers | los angeles

· 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL (213) 443-3000 FAX (213) 443-3100

March 23, 2009

VIA FACSIMILE AND U.S. MAIL

Peter Villar, Esq.
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Facsimile: (714) 830-0717

Re:     Mattel, Inc. v. MGA Entertainment, Inc. et al.

Dear Mr. Villar:

I am receipt of your letter of March 23, 2009 regarding Mattel's *ex parte* application for an order requiring that your clients, Vision Capital, LLC, Omni 808 Investors LLC, OmniNet Capital, LLC and Lexington Financial LLC (the "Entities"), preserve documents responsive to Mattel's subpoenas to those entities. This letter will confirm that you have not asked your clients to preserve documents responsive to Mattel's subpoenas while Mattel pursues the remedies afforded to it under applicable rules and statutes.

Best regards,

*Jon Corey*

Jon Corey

quinn emanuel urquhart oliver & hedges, llp

[faded address and office listing text]

EXHIBIT _____ 1
PAGE _____ 5

cc:    Thomas Nolan, Esq.
       Jason Russell, Esq.
       Patricia L. Glaser, Esq.
       Amman Khan, Esq.
       Russell J. Frackman, Esq.
       Jeffrey B. Valle, Esq.

2

EXHIBIT _____ 1 _____

PAGE _____ 6 _____

# EXHIBIT 2

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3180

WRITER'S INTERNET ADDRESS
michaelzeller@quinnemanuel.com

March 27, 2009

VIA FACSIMILE AND U.S. MAIL

Todd E. Gordinier, Esq.
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924

Re:    MGA Entertainment, Inc. v. Mattel, Inc.

Dear Counsel:

As you know, the Discovery Master has issued an Order requiring Neil Kadisha, Leon Neman, Fred Mashian, Omni 808 Investors, LLC, OmniNet Capital, LLC and Vision Capital, LLC to preserve documents. A copy of the Order is attached for your reference.

Please confirm by noon on Monday that your clients Neman Bros. and Associates and Lexington Financial Limited also will preserve documents in accordance with the terms of the Discovery Master's Order. Should such an agreement not be reached, Mattel will proceed with its *ex parte* for a preservation Order against them, consistent with our earlier correspondence on the matter.

I look forward to hearing from you.

Very truly yours,

Michael T. Zeller

cc:    Jason Russell, Esq.
       Amman Khan, Esq.
       Russell Frackman, Esq.
       Jeffrey B. Valle, Esq.

EXHIBIT ____2____

PAGE ____1____

**quinn emanuel urquhart oliver & hedges, llp**

07975/2855397.1 NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712

Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>ORDER NO. 10, REGARDING:<br><br>(1) **NON-PARTIES' REQUEST FOR AN EXTENSION OF TIME;** and<br><br>(2) **DOCUMENT PRESERVATION** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER NO. 10
[Case No. CV 04-09049 SGL (RNBx)]

EXHIBIT _____2_____

PAGE _____9_____

I.   **INTRODUCTION**

This Order sets forth the Discovery Master's ruling on the request by several non-parties for an extension of time in which to file (1) an Opposition to the Motion for Reconsideration of Phase II Discovery Matter Order No. 3 and (2) the Reply Brief in Support of the Motion to Quash Subpoenas Issued by Mattel, Inc. to Non-Parties Leon Neman, Fred Mashian, and Neil Kadisha.

Having reviewed and considered the March 25, 2009 letter filed in support of the request and Mattel, Inc.'s March 26, 2009 letter opposing the request, the Discovery Master hereby rules as set forth below.

II.   **EXTENSION GRANTED**

Non-Parties Omni 808 Investors, LLC, OmniNet Capital, LLC and Vision Capital, LLC's (collectively, the "Financing Entities") request for an extension of time to file an Opposition to the Motion for Reconsideration of Phase II Discovery Matter Order No. 3 is GRANTED, subject to the conditions set forth in Section III of this Order. The Opposition is due to be filed on or before April 17, 2009.

Non-Parties Leon Neman, Fred Mashian, and Neil Kadisha (collectively, the "Individuals")[1] request for an extension of time to file a Reply Brief in Support of their Motion to Quash Subpoenas Issued by Mattel, Inc. to them is likewise GRANTED, subject to the conditions set forth in Section III of this Order. The Reply is due to be filed on or before April 17, 2009.

III.   **PRESERVATION OF DOCUMENTS**

A.   **Scope Of Potentially Relevant Information To Preserve**

At least until a final, non-appealable order is entered regarding the subpoenas directed to them, the Non-Parties are hereby ordered to preserve all existing documents, records, correspondence, files, electronically stored information, emails, data, videotapes, audio recordings, and any other written or electronic

---

[1] The Individuals and Financing Entities are referred to collectively hereafter as the "Non-Parties."

EXHIBIT ___2___

PAGE ___a___

1   information related to or responsive in any way to the document requests included

2   in the subpoenas propounded on them by Mattel, Inc.

3          B.     Types Of Information To Be Preserved

4          The Non-Parties shall preserve all potentially relevant documents in any

5   format including, without limitation, hard copy format, handwritten format, and

6   electronic format. For example, and without limiting the foregoing sentence in any

7   way, the Non-Parties must preserve all potentially relevant written documents and

8   any revisions. The types of electronically stored information that must be preserved

9   similarly include, but are not limited to, the following: (1) email, text-messages,

10  instant messages, and other electronic communications; (2) word processing

11  documents, correspondence, reports, and memoranda (including drafts and

12  revisions); (3) spreadsheets, charts, images, presentations and slide shows, and

13  graphs (including drafts and revisions); (4) audio, video and audiovisual recordings,

14  MP3 players, and voicemail files; (5) databases; (6) telephone logs, Internet usage

15  files, and network access information; (7) data generated by electronic calendaring,

16  task management and personal information management software (such as

17  Microsoft Outlook or Lotus Notes); and (8) data created with the use of personal

18  data assistants ("PDAs"), such as a Blackberry.

19         The Non-Parties shall preserve all potentially relevant electronically stored

20  information in (1) active data (i.e., data immediately and easily accessible on their

21  computer or electronic systems today); and (2) archived data (i.e., data residing on

22  backup tapes or other storage media); and (3) legacy data (i.e., data created on old

23  or obsolete hardware or software). Further, the Non-Parties shall preserve all paper

24  and electronic logs of its computer system and its network activity that relate to

25  storage of potentially relevant electronically stored information.

26         C.     Sources Of Information To Be Preserved

27         The Non-Parties shall further preserve all potentially relevant written and

28  electronically stored information from all sources, whether in their possession or in

- 2 -

ORDER NO. 10
[Case No. CV 04-09049 SGL (RNBx)]

EXHIBIT ____2____

PAGE ____10____

1  the possession of a third party under the control of the Non-Parties (such as an

2  employee), including, without limitations, any potentially relevant electronically

3  stored information on work and personal equipment and work and personal email

4  accounts.

5     · D.    Suspension Of Document Destruction Policies And Data Recycling

6           Policies

7       Finally, the Non-Parties shall immediately suspend any document destruction

8  policy and backup tape recycling policy in place that may destroy potentially

9  relevant information.

10

11  Dated:      March 27, 2009

12

13                      By:      /s/ Robert C. O'Brien

14                               ROBERT C. O'BRIEN
                             Discovery Master

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

ORDER NO. 10
[Case No. CV 04-09049 SGL (RNBx)]

EXHIBIT _____ 2 _____

PAGE _____ 11 _____

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

<table>
<tr><td>

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

</td><td>

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

</td><td>

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

</td></tr>
<tr><td>

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

</td><td>

**CHICAGO**
250 South Wacker Drive, Suite 230
Chicago, IL 60606
(312) 463-2961
Facsimile: (312) 463-2962

</td><td>

**LONDON**
16 Old Bailey
London EC4M 7EG United Kingdom
+44(0) 20 7653 2000
Facsimile: +44(0) 20 7653 2100

</td></tr>
<tr><td></td><td></td><td>

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052 Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

</td></tr>
</table>

### LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

DATE:   March 27, 2009   NUMBER OF PAGES, INCLUDING COVER: 6

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Todd E. Gordinier, Esq. Bingham McCutchen LLP | | (714)830-0717 |

FROM:   Michael Zeller, Esq.

RE:   Bryant v. Mattel

MESSAGE:

FAXED
MAR 2 7 2009

EXHIBIT _____ 2

PAGE _____ 12

| CLIENT # | 07975 | ROUTE/ RETURN TO: | Lorraine Robles | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED?  ☐ NO  ☐ YES: _____ | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

03/27/2009 15:55 FAX  12134433100        QEUOH-LAO-2                          ☑001

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

        TRANSMISSION OK

        TX/RX NO              2446
        RECIPIENT ADDRESS     9414#07975#17148300717
        DESTINATION ID
        ST. TIME              03/27 15:53
        TIME USE              01'48
        PAGES SENT            6
        RESULT                OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

**CHICAGO**
250 South Wacker Drive, Suite 230
Chicago, IL 60606
(312) 463-2961
Facsimile: (312) 463-2962

**LONDON**
16 Old Bailey
London EC4M 7EG United Kingdom
+44(0) 20 7653 2000
Facsimile: +44(0) 20 7653 2100

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052 Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

## LOS ANGELES OFFICE

# FACSIMILE TRANSMISSION

DATE:   March 27, 2009                NUMBER OF PAGES, INCLUDING COVER: 6

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Todd E. Gordinier, Esq.<br>Bingham McCutchen LLP | | (714)830-0717 |

FROM:   Michael Zeller, Esq.

RE:     Bryant v. Mattel

MESSAGE:

EXHIBIT ___2___

PAGE ___13___

# EXHIBIT 3

# BINGHAM

Peter N. Villar
Direct Phone: 714.830.0640
Direct Fax:     714.830.0719
peter.villar@bingham.com

**VIA EMAIL**

March 24, 2009

Jon Corey, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA   90017

**Re:   Bryant v. Mattel**

Dear Mr. Corey:

I am in receipt of your letter dated March 24, purporting to respond to my letter
dated March 23 regarding your contemplated *ex parte* application pertaining to
our clients.  The factual assertions made in your letter and the assumptions
underlying them are both  unwarranted and inaccurate.  And, your attempt to
create a false record to support your frivolous *ex parte* application is both
unprofessional and unproductive.  We will raise this issue with the Discovery
Master if necessary.

Sincerely yours,

Peter N. Villar

cc:     Patricia Glaser, Esq.
        Joel Klevens, Esq.
        Amman Khan, Esq.
        Jeffrey Valle, Esq.
        Thomas Nolan, Esq.
        Jason Russell, Esq.
        Russell Frackman, Esq.
        Todd Gordinier, Esq.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Plaza Tower, 18th Floor
600 Anton Boulevard
Costa Mesa, CA
92626-1924

T 714.830.0600
F 714.830.0700
bingham.com

A/72914023.1

EXHIBIT ___3___

PAGE ___14___

# EXHIBIT 4

# BINGHAM

Todd E. Gordinier
Direct Phone: 714.830.0622
Direct Fax:    714.830.0717
todd.gordinier@bingham.com

March 30, 2009

Michael Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hodges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017

Re:  Mattel, Inc. v. MGA Entertainment, Inc., et al.

Dear Mr. Zeller:

I am in receipt of your March 27, 2009 letter threatening to bring another *ex parte* application if we do not stipulate that non-parties Lexington Financial Limited and Neman Brothers & Associates are also bound by the Discovery Master's Order No. 10 as it pertains to the preservation of documents. As you are well aware, the Discovery Master has already found that Mattel has not properly issued or served a subpoena to Lexington Financial Limited. (*See* Phase 2, Discovery Master Order No. 8 ("Order No. 8").) Moreover, because Lexington Financial Limited is not a citizen of the United States or California, this Court has no jurisdiction over Lexington Financial Limited, and therefore has no authority to enter an Order binding it to anything. I have attached a copy of Discovery Master Order No. 8 for your reference.

You have provided no factual or legal basis to support your request regarding Neman Brothers & Associates either. Nor does your letter even purport to set forth any good cause for seeking relief on an *ex parte* basis. On the surface this appears to be nothing more than the latest of your repeated attempts to harass these entities, including those that are not even subject to the Court's jurisdiction. Such efforts are a clear abuse of the judicial process. We fully intend to seek sanctions if you move for the requested relief.

Although there is also no legal or factual basis for your request that Neman Bros. preserve documents, Neman Bros. will agree to preserve documents pursuant to Discovery Master Order No. 10 provided that Mattel and Quinn Emanuel also agree to preserve all documents under the same terms. As you are aware, Omni 808 Investors, LLC's Motion to Intervene is still pending and may require discovery of information in your possession custody or control. Moreover, please be aware that my clients are reserving all of their rights under Federal Rule of Civil Procedure 11 and other applicable state and federal laws to pursue claims and/or seek sanctions relating to the knowingly false and/or reckless statements that Mattel and its attorneys at Quinn Emanuel have made in pleadings and to the public.

Please confirm that Mattel and Quinn Emanuel will agree to preserve all documents relating to this litigation, including, but not limited to, all documents relating to any investigation that they have conducted relating my clients. Such preservation shall

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Plaza Tower, 18th Floor
600 Anton Boulevard
Costa Mesa, CA
92626-1924

T 714.830.0600
F 714.830.0700
bingham.com

A/72922784.1

EXHIBIT ____4____

PAGE ____15____

Michael Zeller, Esq.
March 30, 2009
Page 2

include, but shall not be limited to, the same information set forth in Section III(B) & (C) of the Discovery Master's Order No. 10. Considering the preservation demands that Mattel has made in this litigation, we trust that both Mattel and Quinn Emanuel will agree to this request.

Please also let us know if you have any questions regarding our document preservation demand.

Very truly yours,

Todd E. Gordinier

cc:   Thomas Nolan, Esq.
Jason Russell, Esq.
Patricia Glaser, Esq.
Joel Klevens, Esq.
Amman Khan, Esq.
Russell Frackman, Esq.
Jeffrey Valle, Esq.
Peter Villar, Esq.

EXHIBIT _____ 4 _____

PAGE _____ 16 _____

# EXHIBIT 5

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
FRED MASHIAN
3102747701

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

| FRED MASHIAN |
|---|
| 9255 SUNSET BOULEVARD |
| SUITE 650 |
| LOS ANGELES, CA 90069 |
| USA |

DOCUMENT NUMBER: 102304330002
FILING NUMBER: 087120410100
FILING DATE: 10/28/2008 16:23
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING

THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| VISION CAPITAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 1525 SOUTH BROADWAY | LOS ANGELES | | CA | 90015 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
| | | LLC | DE | 4588295 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LEXINGTON FINANCIAL LIMITED, A NEVIS COMPANY | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 13-AS DAW'S LAND | LONDON | | NW7 4SD | UK K |

4. This FINANCING STATEMENT covers the following collateral:
ALL OF DEBTOR'S RIGHT, TITLE AND INTEREST IN MEMBERSHIP INTERESTS OF OMNI 808 INVESTORS, LLC, A
CALIFORNIA LIMITED LIABILITY COMPANY,
SECRETARY OF STATE FILING #200311610026.

| 5. ALT DESIGNATION: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING | | |
|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 | |
| 8. OPTIONAL FILER REFERENCE DATA | | |

FILING OFFICE COPY

EXHIBIT ____5____

PAGE ____17____

# EXHIBIT 6

  

Home  •  About U



**2 April, 2008**

- En Español
- Home
- Offshore Asset Protection Blog
- About Us
- Why Offshore?
- Contact Us
- Fee Schedule
- Secure Online Order
- Why Panama?
- Panama as a Tax Haven
- Panama Foundation
- Panama Corporation
- Corporation / Foundation Combined
- International Fiduciary Structure
- Panama Charitable Foundation
- Management Services
- Account Signatory Services
- Offshore Banking
- Offshore Debit Card
- E-Commerce Solutions
- Why Belize?
- Belize IBC
- Costa Rica Corporation
- Why Nevis?
- Nevis IBC
- Nevis LLC
- Why Seychelles?
- Seychelles IBC
- Offshore Trust
- Offshore Web Hosting
- Offshore Bank Formations
- Swedish Credit Union
- NZ Offshore Finance Co.
- Uruguay SAFI
- Panama Financial Company
- Internet Banking Software
- Captive Insurance
- Offshore FAQ's
- Mail Forwarding
- Virtual Office Services

- Re-Invoicing Services
- Panama Real Estate
- Real Estate Title / Escrow Services
- Relocation Services
- Panama Immigration/ Panama Passport
- Ship / Yacht Registration Services
- Investments
- Reseller Program
- Panama Links

# Nevis LLC

**DEFINITION:** If your primary goal is not legal tax efficiency but simply access to a low cost way of sheltering assets and providing privacy, a standalone Nevis Limited Liability Company may be ideal. A Limited Liability Company (or LLC) is a form of company or corporation that enjoys some distinctions from "normal" companies. At the most simple level, think of an LLC as a sleek cross between a company and a partnership, with all of the benefits of both.



The general advantages of LLCs are enhanced by the jurisdictional advantage of Nevis, the first offshore financial centre anywhere to enact a Limited Liability Ordinance.

**EXCELLENT PRIVACY:**

- Since the beneficial owners and/or managers are not registered anywhere an LLC prov anonymity.
- Nevis has strict privacy oriented laws that forbid any registering, recording, or disclosur and shareholders of exempt companies incorporated there. This means that no annual reports by members need to be filed in the public records of Nevis; therefore, there is c anonymity and their identities are not accessible by any outside party.
- The company's records may be located anywhere in the world

**EXCELLENT ASSET PROTECTION FEATURES:**

- A Nevis LLC enables you to protect your assets and funds from government agencies, lawsuits.
- As an owner, you are not exposed to personal liability.
- As an owner, you can participate in management without becoming personally liable fo debts.
- A Nevis LLC is particularly advantageous for asset protection purposes since there are can be attached by a court of law.
- Members are not liable for obligations of the company.

**OTHER LLC BENEFITS:** LLCs provide these additional advantages:

- LLCs provide a mechanism by which managers can limit the authority of non-managing
- LLCs have no limitation on the number of members.
- There are no limitations on ownership of an LLC.
- No corporate tax, income tax, withholding tax, stamp tax, asset tax, exchange controls

EXHIBIT _____ 6

PAGE _____ 18



**CLICK TO VERIFY**



**PANAMCHAM**
**Proud Member**

taxes are levied in Nevis on assets or income originating outside of Nevis.

- Members of Nevis LLCs may be individuals or business entities of any nationality or do
- Nevis LLCs may amend their Articles of Organisation, merge, or consolidate with other foreign LLCs or other business entities.
- Members of Nevis LLCs may assign their interests to other parties unless restricted oth
- Nevis permits sole member LLCs.
- Management of LLCs may be accomplished by the members or by managers designati members.
- Nevis LLCs face no stock limitations and can issue preferred interests analogous to pre corporations.
- A Nevis LLC is an excellent vehicle if used by a group of investors for a joint venture in this respect it functions as if it were a Limited Partnership, but with all the added feature advantages mentioned above of an LLC that Limited Partnerships for the most part do
- A Nevis LLC can be set up within 24 hours and has low initial cost and low annual fees

**Deeper Understanding on the efficacy of LLC's**

**LLC vs. a "Normal" Corporation:**

The primary distinction between an LLC and a "normal" company such as a "C" corporation (US (United Kingdom), is that the LLC is a tax-neutral vehicle because it is taxed as a partnership, r corporation. Thus, using an LLC eliminates tax at the corporate level. In this regard, it is somew "S" corporation or a German GmbH but without all the restrictions and disadvantages. So if the no tax payment obligation - then who does? The obligation for any taxes that would otherwise b LLC bypasses the LLC itself and attaches directly to the members of the LLC. Members are to shareholders are to normal companies. Other companies, as well as individuals and trusts, can an LLC. There are no limits on the number of members or the classes of members that an LLC important thing to remember is that each member is responsible for his, her or its own pro-rata overall tax obligation of the LLC and that the LLC itself has no tax obligations.

**LLC as Trust Alternative:**

Because of the flexibility available in LLC management structuring and because of the favorabl the laws of Nevis are drafted, LLCs can also be used as alternatives to a trust. The manager of to the trustee of a trust and the members are akin to the beneficiaries of a trust. Sovereign Man Legal can act as a manager of an LLC on behalf of a client who desires to take advantage of o management services. Substituting an LLC for a trust can change the reporting requirements o onshore jurisdictions. Many providers have abandoned the trust as an offshore planning vehicle trusts have become a target on onshore legislation and unfavourable court decisions (especiall Hence many are instead recommending either an LLC or a Foundation depending on what the requirements are. The income or capital gain of an LLC is not reportable as trust income or gain corporate income or gain but is treated as personal income or gain.

**Multi-National Joint Ventures:**

LLCs are excellent vehicles for structuring joint venture arrangements between project participa different countries. This is so because the venture can enjoy all of the benefits of incorporation, member is liable for his own taxation in his own country. Moreover, the membership flexibility al joint ventures to have different levels of ownership and reward based upon the value that each member brings to the project. The only drawback is that prior to forming LLCs for multi-national the parties must check to see that this hybrid entity is granted the requisite corporate and pass (partnership) status in the jurisdictions in which the joint ventures are located. Advice from a loc lawyer should be sought.

EXHIBIT _____ 6

PAGE _____ 19

### Tax Free:

All LLCs are free from all forms of Nevisian taxation. There are no Nevisian taxes on dividends, capital distribution, or wages whatsoever. Moreover, unlike many onshore jurisdictions, Nevis d LLC for accumulated (but undistributed) earnings

### Privacy:

All of the affairs of the LLC are private and cannot be disclosed except under truly exceptional ( such as links to international terrorism. The only document that needs to be filed with the gover annual corporate license and this contains minimal information. There is no annual report or an return that needs to be made to the government. There is no public inspection of your LLCs' rec Confidentiality is further enhanced if the LLC appoints our company as manager and we perform corporate duties required under Nevisian law.

### Enhanced Confidentiality:

Nevisian LLC laws contain many requirements related to confidentiality including strict financial Strict legal requirements, known as fiduciary duties, would also govern Sovereign Manager Ser as a manager of an LLC. These fiduciary duties are imposed on managers by both the equivale bylaws and by the proper law of the LLC (usually the law of the country where the manager is k Panama). Many of these fiduciary requirements relate to secrecy and accounting obligations by manager must abide. Nevisian LLC and Panamanian law prevent our company from discussing business with anyone you have not instructed us to talk to.

Other governments' agencies such as the Internal Revenue Service in the United States, Reve the Inland Revenue in the United Kingdom cannot force us to discuss your business with them obtain a court order against you or us or both ordering us to make disclosure. But a court order respective jurisdiction is useless in Nevis or Panama. In accordance with strong Nevisian law, a from outside of Nevis will not be recognised by Nevisian courts. This means an onshore judgen who won a lawsuit against you or your LLC in, for example, the U.S. or Germany cannot take th German judgement and require a Nevisian court to enforce it.

In addition to not recognizing the judgements of other countries, Nevisian law and Nevisian cou the granting of court orders against LLCs except under truly exceptional circumstances. Nevisia upholding the independence and application of its own law over the enforcement of foreign, ons

To view pricing, the components of our special offshore packages and to order click here.

Top

Home · Offshore Asset Protection Blog · About Us · Why Offshore? · Contact Us
Fee Schedule · Secure Online Order · Why Panama? · Panama as a Tax Haven
Panama Foundation · Panama Corporation · Corporation/Foundation Combined
International Fiduciary Structure · Panama Charitable Foundation · Management Service
Account Signatory Services · Offshore Banking · Offshore Debit Card · E-Commerce Soluti
Why Belize? · Belize IBC · Belize LLP · Belize PCC · Costa Rica Corporation · Why Nevis? · Nevis IB(
Why Seychelles? · Seychelles IBC · Offshore Trust · Offshore Web Hosting · Offshore Bank For
Swedish Credit Union · NZ Offshore Finance Company · Uruguay SAFI · Panama Financial Co
Internet Banking Software · Captive Insurance · Offshore FAQ's · Mail Forwarding · Virtual Office

EXHIBIT _____ 4

PAGE _____ 20

Nevis LLC | Sovereign Management & Legal, S.A. - Panama Offshore Legal Services          Page 4 of 4

Re-Invoicing Services · Panama Real Estate · Real Estate Title / Escrow Services · Relocation Service
Panama Immigration / Panama Passport · Ship / Yacht Registration Services
Investments · Reseller Program · Panama Links · Sitemap

For optimal viewing and navigation, please enable javascript.

EXHIBIT _____ 4

PAGE _____ 21

# EXHIBIT 7

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "VISION CAPITAL, LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE NINETEENTH DAY OF AUGUST, A.D. 2008, AT 12:36 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "VISION CAPITAL, LLC".

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 7032931

DATE: 12-17-08

4589295   8100H

081207227

You may verify this certificate online at corp.delaware.gov/authver.shtml

EXHIBIT 1

PAGE 22

08/19/2008 11:39 FAX 5026528597          DELAWARE CORP          → SECY OF STATE          ☒002

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:41 PM 08/19/2008
FILED 12:36 PM 08/19/2008
SRV 080885130 - 4589295 FILE

## CERTIFICATE OF FORMATION

### OF

### VISION CAPITAL, LLC

This Certificate of Formation of VISION CAPITAL, LLC the ("Company"), is being executed by the undersigned for the purpose of forming a limited liability company pursuant to the Delaware Limited Liability Company Act.

1. The name of the Company is VISION CAPITAL, LLC.

2. The address of the registered office of the Company in Delaware is 800 Delaware Avenue, City of Wilmington, New Castle County, 19801. The Company's registered agent at that address is Delaware Corporations LLC.

IN WITNESS WHEREOF, the undersigned, an authorized person, has caused this Certificate of Formation to be duly executed as of the 19th day of August, 2008.

DELAWARE CORPORATIONS LLC,
Authorized Person

By: _____

Robin G. Brooks, Vice President

EXHIBIT ___7___

PAGE ___23___