**EXHIBIT 14**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER