**EXHIBIT 27**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER