QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**PROOF OF SERVICE BY ELECTRONIC MAIL**<br><br>**Phase 2:**<br>Discovery Cut-off:   Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date:          Mar. 23, 2010 |

07975/2864595.1

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On April 2, 2009, I served true copies of the following documents described as:

## SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | *Attorneys for the MGA Parties* |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>  Amman A. Khan, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>  pglaser@glaserweil.com<br>  akhan@glaserweil.com | *Attorneys for the MGA Parties* |
| Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>  rjf@msk.com | *Attorneys for the MGA Parties* |
| Bingham McCutchen LLP<br>  Todd E. Gordinier, Esq.<br>  Peter N. Villar, Esq.<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626<br>  todd.gordinier@bingham.com<br>  peter.villar@bingham.com | *Attorneys for Lexington Financial Limited* |

|   |   |
|---|---|
| 1 | [√]   **[BY ELECTRONIC MAIL TRANSMISSION]** By electronic mail transmission from Robertdart@quinnemanuel.com on April 2, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error. |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 2, 2009, at Los Angeles, California.

_____
Robert Dart

07975/2864595.1

-3-

PROOF OF SERVICE

# DOCUMENT LIST

1. MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER FOR PRESERVATION OF DOCUMENTS; AND MEMORANDUM IN SUPPORT THEREOF

2. DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER FOR PRESERVATION OF DOCUMENTS

3. [PROPOSED] ORDER GRANTING MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER FOR PRESERVATION OF DOCUMENTS

4. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC'S EX PARTE APPLICATION FOR AN ORDER FOR PRESERVATION OF DOCUMENTS AND EXHIBITS 8, 12, 14, 27, 28 AND 29 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF

5. [PROPOSED] ORDER RE MATTEL INC.'S APPLICATION TO FILE UNDER SEAL: MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER FOR PRESERVATION OF DOCUMENTS AND EXHIBITS 8, 12, 14, 27, 28 AND 29 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF