Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@ glaserweil.com
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  310-553-3000
Facsimile:   310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  310-312-2000
Facsimile:   310-312-3100

Attorneys for the MGA Parties For Phase Two

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. 04-09059<br>Case No. 05-02727 |
| v. | |
| MATTEL, INC., a Delaware Corporation | **DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009] |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | **MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF (1) OPPOSITION TO MATTEL, INC.'S 3/27/09 MOTION TO COMPEL *IN CAMERA* REVIEW AND PRODUCTION OF NON-ATTORNEY AND NON-LEGAL COMMUNICATIONS LISTED ON MGA'S PRIVILEGE LOGS; AND (2) DECLARATION OF CAROLINE H. MANKEY IN SUPPORT THEREOF**<br><br>**Discovery Cut-off:  Dec. 11, 2009**<br>**Pre-trial Conference:  March 1, 2009**<br>**Trial Date:  March 23, 2010** |

672108

---

**MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF MGA PARTIES' OPPOSITION PAPERS TO
MATTEL, INC'S 3/27/09 MOTION TO COMPEL**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.'s (collectively, "MGA Parties") have submitted the following sealed documents to the Court:

1. MGA PARTIES' OPPOSITION TO MATTEL, INC.'S 3/27/09 MOTION TO COMPEL *IN CAMERA* REVIEW AND PRODUCTION OF NON-ATTORNEY AND NON-LEGAL COMMUNICATIONS LISTED ON MGA'S PRIVILEGE LOGS; AND

2. Exhibits A, D and E to the DECLARATION OF CAROLINE H. MANKEY IN SUPPORT THEREOF.

Dated: April 3, 2009

Patricia L. Glaser
Joel N. Klevens
GLASER, WEIL, FINK, JACOBS
 & SHAPIRO, LLP

Russell J. Frackman
MITCHELL, SILBERBERG & KNUPP, LLP

By: _____/s/ Joel N. Klevens_____
        Joel N. Klevens
        Attorneys for the MGA Parties
        for Phase Two

672108

1

MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF MGA PARTIES' OPPOSITION PAPERS TO MATTEL, INC'S 3/27/09 MOTION TO COMPEL