THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for The MGA Parties

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1. MGA Parties' Opposition To Mattel Inc.'s Motion For Reconsideration Of Phase II Discovery Matter Order No. 3;  2.  Declaration of Jennifer K. del Castillo in Support of MGA Parties' Opposition to Mattel Inc.'s Motion for Reconsideration of Phase II Discovery Matter Order No. 3; 3. Application To File Under Seal The MGA Parties':  Opposition To Mattel Inc.'s Motion For Reconsideration Of Phase II Discovery Matter Order No. 3 and Declaration of Jennifer K. del Castillo In Support thereof; 4.  [Proposed] Order To File Under Seal; and 5. Proof of Service

**Document Description:**

☐  Administrative Record

☐  Exhibits

☐  Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)

☒  Other

**Reason:**

☒  Under Seal

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Electronic versions are not available to filer

☐  Per Court order dated _____

☐  Manual Filing required *(reason):*

April 3, 2009
_____
Date

Thomas J. Nolan
_____
Attorney Name

The MGA Parties
_____

American LegalNet, Inc.
www.FormsWorkflow.com

Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

American LegalNet, Inc.
www.Forms*Workflow*.com