QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**PROOF OF SERVICE BY PERSONAL SERVICE**<br><br>**Phase 2:**<br>Discovery Cut-off:       Dec. 11, 2009<br>Pre-trial Conference:   Mar. 1, 2010<br>Trial Date:                    Mar. 23, 2010 |

07209/2570553.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On April 3, 2009, I served true copies of the following documents described as:

**SEE DOCUMENT LIST**

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | *Attorneys for the MGA Parties* |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>  Amman A. Khan, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>  pglaser@glaserweil.com<br>  akhan@glaserweil.com | *Attorneys for the MGA Parties* |
| Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>  rjf@msk.com | *Attorneys for the MGA Parties* |
| Bingham McCutchen LLP<br>  Todd E. Gordinier, Esq.<br>  Peter N. Villar, Esq.<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626<br>  todd.gordinier@bingham.com<br>  peter.villar@bingham.com | *Attorneys for Lexington Financial Limited* |
| Overland Borestein Scheper & Kim, LLP<br>  Mark E. Overland, Esq.<br>One Bunker Hill<br>601 West Fifth Street, 12th Fl.<br>Los Angeles, CA 90071-2025<br>  moverland@obsklaw.com | *Attorneys for Gustavo Machado* |

**Bryant v. Mattel, Inc.**
**USDC Case No. CV 04-9040**

## DOCUMENT LIST

1. NOTICE OF MANUAL FILING;

2. MATTEL, INC.' <u>EX PARTE</u> APPLICATION FOR AN ORDER FOR PRESERVATION OF DOCUMENTS; AND MEMORANDUM IN SUPPORT THEREOF;

3. [PROPOSED] ORDER GRANTING MATTEL, INC.'S <u>EX PARTE</u> APPLICATION FOR AN ORDER FOR PRESERVATION OF DOCUMENTS;

4. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S <u>EX PARTE</u> APPLICATION FOR AN ORDER FOR PRESERVATION OF DOCUMENTS; AND (2) EXHIBITS 8, 11, 12, 14, 27, 28 AND 29 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF;

5. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: MATTEL, INC. 'S <u>EX PARTE</u> APPLICATION FOR AN ORDER FOR PRESERVATION OF DOCUMENTS AND EXHIBITS 8, 11, 2, 14, 27, 28 AND 29 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF;

6. DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S <u>EX PARTE</u> APPLICATION FOR AN ORDER FOR PRESERVATION OF DOCUMENTS;

7. PROOF OF SERVICE BY ELECTRONIC MAIL

1    [√]    [PERSONAL] by personally delivering the document listed above to the
2 person(s) at the address(es) set forth above.
3 I declare that I am employed in the office of a member of the bar of this court at
4 whose direction the service was made.
5 Executed on April 3, 2009, at Los Angeles, California.

_____
[Name of Messenger]
Ramon Rodriguez

_____
[Name of Messenger]
MITCHELL HERNANDEZ

07209/2570553.1

-3-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE