QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>DECLARATION OF JON CORY IN SUPPORT OF MATTEL, INC.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF RENEWED MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S FEBRUARY 15, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES [INTERROGATORY NOS. 48-50]<br><br>Hearing Date: April 27, 2009<br>Time:         10:00 a.m.<br>Place:        Arent Fox LLP<br><br>**Phase 2**<br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

I, Jon D. Corey, declare as follows:

1. I am a member of the bar of the State of California and the District of Columbia and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Mattel's Seventh Set of Interrogatories, dated October 25, 2007.

3. Attached as Exhibit 2 is a true and correct copy of MGA's Responses and Objections to Mattel's Seventh Set of Interrogatories.

4. Attached as Exhibit 3 is a true and correct copy of MGA's Supplemental Responses and Objections to Mattel's Seventh Set of Interrogatories, dated November 30, 2007.

5. Attached as Exhibit 4 is a true and correct copy of MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44 and 46, 47, 48, 49, 50) by the MGA, dated December 31, 2007.

6. Attached as Exhibit 5 is a true and correct copy of the Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties, dated February 15, 2008.

7. Attached as Exhibit 6 is a true and correct copy of Mattel, Inc.'s Notice of Motion and Motion Objecting to Portions of Discovery Master's (1)

February 15, 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories by the MGA Parties; and (2) February 20, 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories by Carter Bryant; and Memorandum of Points and Authorities, dated March 3, 2008.

8. Attached as Exhibit 7 is a true and correct copy of the Order Granting in Part and Denying in Part Mattel's Motion (Docket #2386) for Review of Discovery Master's February 15, 2008, and February 20, 2008, Orders, dated March 31, 2008.

9. Attached as Exhibit 8 is a true and correct copy of Mattel, Inc.'s Notice of Renewed Motion and Renewed Motion Objecting to Portions of Discovery Master's (1) February 15, 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories by the MGA Parties, dated January 20, 2009.

10. Attached as Exhibit 9 is a true and correct copy of the Order Referring (1) Motion for Review of Portions of Discovery Master's February 15, 2008, Order (Docket #4717) and (2) Motion for Issuance of Letter of Request (Docket #4721) to Discovery Master, dated March 12, 2009.

11. Attached as Exhibit 10 is a true and correct copy of the Letter from my colleague, B. Dylan Proctor to Timothy Miller, dated December 13, 2007.

12. Attached as Exhibit 11 is a true and correct copy of the Order Granting Joint Motion for Protective Order Regarding Mattel's Interrogatories, dated September 5, 2007.

13. Attached as Exhibit 12 is a true and correct copy of the Civil Minutes, dated July 2, 2007.

14. Attached as Exhibit 13 is a true and correct copy of the Phase 2 Discovery Matter, Amended Order No. 11, dated March 31, 2009.

15. Attached as Exhibit 14 is a true and correct copy of the Order Dated May 15, 2007.

16. Attached as Exhibit 15 is a true and correct copy of the Order Dated July 2, 2007.

17. Attached as Exhibit 16 is a true and correct copy of Mattel Inc.'s Second Set of Interrogatories to Defendant MGA Entertainment, Inc.

18. Attached as Exhibit 17 is a true and correct copy of the Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007.

19. Attached as Exhibit 18 is a true and correct copy of the Transcript of ABC Nightline, dated December 23, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of April 2009, at Los Angeles, California.

/s/ Jon D. Corey
Jon D. Corey