Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@ glaserweil.com
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:   310-553-3000
Facsimile:    310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone:   310-312-2000
Facsimile:    310-312-3100

Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-09059 and Case No. 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**<br><br>**NOTICE OF ERRATA RE MGA PARTIES' APPLICATION TO FILE UNDER SEAL**<br><br>**Phase 2**<br>Discovery Cut-off:  December 11, 2009<br>Pre-Trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

672241

**NOTICE OF ERRATA RE MGA PARTIES' APPLICATION TO FILE UNDER SEAL**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the MGA Parties hereby submit the following correction to the MGA PARTIES' APPLICATION TO FILE UNDER SEAL regarding: (1) OPPOSITION TO MATTEL, INC.'S 3/27/09 MOTION TO COMPEL IN CAMERA REVIEW AND PRODUCTION OF NON-ATTORNEY AND NON-LEGAL COMMUNICATIONS LISTED ON MGA'S PRIVILEGE LOGS; and (2) Exhibits A, D and E to the DECLARATION OF CAROLINE H. MANKEY in support thereof, both of which were served on April 3, 2009:

1. At page 2, lines 15-17, the Application should read: "Good cause exists for filing these documents under seal because they discuss confidential and private information that has been designated 'CONFIDENTIAL.'"

Dated: April 6, 2009

Patricia L. Glaser
Joel N. Klevens
GLASER, WEIL, FINK, JACOBS
 & SHAPIRO, LLP

Russell J. Frackman
MITCHELL, SILBERBERG & KNUPP, LLP

By: _____/s/ Joel N. Klevens_____
 Joel N. Klevens
 Attorneys for the MGA Parties
 for Phase Two