# EXHIBIT 11

1



1        UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA

3        EASTERN DIVISION

4        - - -

5        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6        - - -

7   MATTEL, INC.,                    )
                                     )
8                Plaintiff,          )
                                     )
9        vs.                         )   No. CV 04-09049
                                     )
10  MGA ENTERTAINMENT, INC., ET. AL.,)
                                     )
11               Defendants.         )
    _____ )   Motions
12  AND CONSOLIDATED ACTIONS,        )
    _____ )

13

14

15        REPORTER'S TRANSCRIPT OF PROCEEDINGS

16        Riverside, California

17        Wednesday, February 11, 2009

18        10:03 A.M.

19

20

21

22

23        THERESA A. LANZA, RPR, CSR
           Federal Official Court Reporter
24           3470 12th Street, Rm. 134
          Riverside, California   92501
25             951-274-0844
          WWW.THERESALANZA.COM

EXHIBIT __11__

PAGE __61__

```
 1  APPEARANCES:

 2  ON BEHALF OF MATTEL, INC.:

 3                          QUINN EMANUEL
                        By:   JOHN QUINN
 4                            DYLAN PROCTOR
                              MICHAEL T. ZELLER
 5                        865 S. FIGUEROA STREET,
                          10TH FLOOR
 6                        LOS ANGELES, California   90017
                          213-624-7707
 7

 8  ON BEHALF OF MGA ENTERTAINMENT/ISAAC LARIAN:
    (Outgoing)
 9                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                        BY:   THOMAS J. NOLAN
10                            JASON RUSSELL
                          300 SOUTH GRAND AVENUE
11                        LOS ANGELES, CALIFORNIA   90071-3144
                          213-687-5000
12

13  ON BEHALF OF MGA ENTERTAINMENT/ISAAC LARIAN:
    (Incoming)
14                          GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
                        BY:   JOEL KLEVENS
15                        10250 Constellation Boulevard
                          Los Angeles, California   90067
16                        310-553-3000

17                          MITCHELL, SILBERBERG & KNUPP LLP
                        BY:   RUSSELL J. FRACKMAN
18                        11377 West Olympic Boulevard,
                          Los Angeles, California   90064-1683
19                        310-312-2000

20
    ON BEHALF OF DEFENDANT GUSTAVO MACHADO:
21
                            OVERLAND BORENSTEIN SCHEPER & KIM LLP
22                      BY:   ALEXANDER H. COTE
                          601 West Fifth Street,
23                        12th Floor
                          Los Angeles, California   90071
24                        213-613-4660

25  / / /
```

EXHIBIT _____ 11

PAGE _____ 62

```
 1                    I N D E X  (Continued)

 2

 3    APPEARANCES (continued):

 4
      On behalf of OMNI 808:
 5

 6                        BINGHAM McCUTCHEN LLP
                          BY:   Todd E. Gordinier
 7                        600 Anton Boulevard
                          Costa Mesa, CA   92626-1924
 8                        714-830-0622

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

:dnesday, February 11, 2009   EXHIBIT ____//_____   Mattel vs. MGA Entertainmer

PAGE   63

4

1                    I N D E X

2                                               Page

3   Motions........................................     4

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ednesday, February 11, 2009

EXHIBIT _____ 11 _____

PAGE _____ 64 _____

Mattel vs. MGA Entertainmer

```
 1    Riverside, California; Wednesday, February 11, 2009; 10:03 A.M.
 2                             -oOo-
 3              THE CLERK:  Calling calendar item one, in the matter
 4    of Mattel Incorporated versus MGA Entertainment Incorporated,
 5    Case Number CV 04-9049.
 6              Counsel, please state your appearances for the
 7    record.
 8              MR. QUINN:  John Quinn, Mike Zeller, Dylan Proctor
 9    for Mattel.
10              MR. NOLAN:  Tom Nolan, Jason Russell,
11    Jennifer del Castillo on MGA and Isaac Larian's post trial
12    chamber on motions and motion for remittitur on Phase 1.
13              MR. COTE:  Alexander Cote on behalf of
14    Gustavo Machado.  I'll be sitting back in the gallery.
15              MR. KLEVENS:  Joel Klevens of Glaser Weil for the MGA
16    defendants.
17              MR. FRACKMAN:  Russell Frackman of Mitchell,
18    Silberberg & Knupp for the MGA defendants.
19              MR. GORDINIER:  Todd Gordinier for Omni 808.
20              THE COURT:  Counsel, good morning.
21              We have several matters on calendar this morning to
22    take up.  I have the judgment as a matter of law by Mattel; I
23    have a motion for judgment as a matter of law from MGA; I have
24    MGA's motion for remittitur; I have the ex-parte application by
25    Omni 808 to intervene for limited purpose; I have MGA's request
```

Column markers: 00:03, 00:03, 00:03, 00:04, 00:04

ednesday, February 11, 2009    EXHIBIT __11__    Mattel vs. MGA Entertainmer

PAGE __65__

```
 1   even as to things that were compelled before the stay.  They
 2   have been taking the position that the Court's orders of
 3   January 6th and January 7th effectively stayed our ability to
 4   get financial discovery.
 5           I would ask the Court to make a ruling on this.         02:36
 6           I regret having to raise it, but we are going to lose
 7   at least another month, if not another two months, in getting
 8   financial information which is absolutely critical for our
 9   ability to prepare for this.  And this is one reason why I was
10   suggesting as long as I was.                                   02:36
11           THE COURT:  I understand, Counsel.
12           MR. ZELLER:  But, the idea that there's a stay in
13   place is --
14           THE COURT:  I thought I made it clear that I lifted
15   all stays on discovery, but perhaps not.                       02:36
16           MR. KLEVENS:  The system the Court has set up cannot
17   work if counsel are allowed to come to the Court and give some
18   distorted view of what they think the dispute is about and not
19   leave it to the Discovery Master to look at and resolve and
20   give the parties the opportunity to brief.                     02:36
21           I'm not going to respond to what he says.  I don't
22   agree with a word that he said.  But I'm not going to
23   respond to it.
24           THE COURT:  I think you have responded, Counsel, and
25   I take your response at its value.                             02:37
```

ednesday, February 11, 2009        EXHIBIT  11        Mattel vs. MGA Entertainmer

PAGE  66

1      For the record, I previously indicated that all stays

2   on discovery have been lifted.  All discovery matters should

3   rightfully be referred to the Discovery Master.  And I'll let

4   it go at that.

5           MR. ZELLER:  And that no discovery issues or no                      02:37

6   requests for discovery are premature at this point, because

7   that's the other term they are using on this.

8           THE COURT:  I will instruct the Discovery Master this

9   afternoon, in no uncertain terms, that there is no stay on any

10  discovery related to this case at all.  There's no longer a                  02:37

11  Phase 1/Phase 2 distinction.

12          As I indicated, I thought that I made this clear

13  before.  If it's not, it will be expressly set forth in the

14  minutes coming out of today's hearing.

15          There is no stay on discovery.  Period.                             02:37

16          MR. ZELLER:  And we're fully entitled to the

17  financial information that --

18.         THE COURT:  Lets leave it at that, Counsel.

19          Thank you, Mr. Zeller.

20          MR. RUSSELL:  Could I say one thing, since                          02:38

21  Mr. Zeller injected this.

22          When he's talking about this stay -- and this is the

23  twilight between Phase 1 and Phase 2 counsel -- they

24  promulgated a series of receiver-related discovery which we

25  contend and run your Honor's orders saying let's talk it out of             02:38

:dnesday, February 11, 2009    EXHIBIT ___11___          Mattel vs. MGA Entertainmer

PAGE ___67___

1   discovery, let's let Mr. Durkin handle this.  And that's what

2   he's talking about.

3           There may be other issues, but a major component --

4   and I would not want Your Honor to paint with too broad a

5   brush -- it is MGA's position as to Phase 1 receiver-related        02:38

6   issues, that Your Honor appropriately, at our request, took out

7   of discovery the financial discovery issues.

8           THE COURT:  Mr. Durkin is acting at the Court's

9   direction to inform the Court of information.  I may or may not

10  release any of the information that Mr. Durkin provides; so no      02:38

11  one, neither side, should be relying upon the information that

12  Mr. Durkin is gathering for purposes of litigating this case.

13  That's an entirely separate matter.  And I have not stayed any

14  discovery, and there should be no reliance on that.

15          If that was misunderstood, it's clarified now.            02:39

16          MR. RUSSELL:  Just so I can make sure I'm clear, Your

17  Honor, because I really, since we were the ones at the hearing

18  when this was discussed, and we asked Your Honor for this

19  precise relief, which is to say the financial discovery, the

20  allegations against Omni and IGWT and the like, and I thought I    02:39

21  heard Your Honor to say that it made sense for Mr. Durkin to

22  get to the base of it.  And if, then, there were any merit to

23  it, we could allow this discovery to go forward.

24          THE COURT:  Wait a second.

25          You're adding something in there.  I didn't say           02:39

EXHIBIT    11
PAGE    68

105

```
1    we'll go from there.
2              MR. ZELLER:   Thank you.
3              THE COURT:   Anything further?
4              Thank you.   Good day.
5
6
7
8
9
10                          CERTIFICATE
11
12   I hereby certify that pursuant to section 753, title 28, United
     States Code, the foregoing is a true and correct transcript of
13   the stenographically recorded proceedings held in the above-
     entitled matter and that the transcript page format is in
14   conformance with the regulations of the Judicial Conference of
     the United States.
15
16                                              2-13-09
     THERESA A. LANZA, CSR, RPR                   Date
17   Federal Official Court Reporter
18
19
20
21
22
23
24
25
```

# EXHIBIT 12

1   DIANA M. TORRES (S.B. #162284)
     PAULA E. AMBROSINI (S.B. #193126)
2   O'MELVENY & MYERS LLP
     400 South Hope Street
3   Los Angeles, CA 90071-2899
     Telephone:  (213) 430-6000
4   Facsimile:  (213) 430-6407

5   DALE M. CENDALI (admitted *pro hac vice*)
     O'MELVENY & MYERS, LLP
6   Times Square Tower
     7 Times Square
7   New York, New York 10036
     Telephone:  (212) 326-2000
8   Facsimile:  (212) 326-2061

9   Attorneys for Defendant-in-Intervention
    MGA Entertainment, Inc.

**RECEIVED**

APR 1 4 2005

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., | Case No.  CV 04-09059 NM (RNBx) |
| Plaintiff, | **MGA ENTERTAINMENT, INC.'S RESPONSES TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS** |
| v. | |
| CARTER BRYANT and MGA ENTERTAINMENT, INC., | |
| Defendant and Defendant-in-Intervention. | |
| AND RELATED CROSS-CLAIMS | |

LA2:756234.3

EXHIBIT _12_

PAGE _70_

# PRELIMINARY STATEMENT

Defendant MGA Entertainment, Inc. ("MGA") has not yet completed its investigation relating to the facts of this action and has not completed preparation for trial. MGA makes its response to these document requests ("requests," or individually, "request") based upon the information presently available to it and without prejudice to its right to amend or supplement its responses and to present evidence which may hereafter be discovered or become available.

MGA will respond to each request as it understands and interprets each request. If Mattel, Inc. ("Mattel") subsequently asserts any interpretation of any request that differs from that of MGA, MGA reserves the right to supplement its objections and responses.

By making these responses, MGA does not concede that any of the information sought by these requests is relevant or discoverable. MGA makes these responses and objections without waiving or intending to waive but rather, on the contrary, preserving and intending to preserve: (a) the right to object on any grounds to the use or introduction into evidence of the documents or information provided in response to these requests; (b) the right to object to the use of the documents or information provided in response to the requests in any subsequent proceeding in, or the arbitration of this or any other action; and (c) the right to object on any ground at any time to other requests or further discovery into any of the subject matters addressed in these requests or the responses thereto.

MGA shall not provide any privileged or protected information, including without limitation, information protected by the attorney-client privilege or the attorney work product doctrine, and nothing herein may be construed as a waiver of any applicable privilege or protection. Any inadvertent production of privileged or protected documents or information shall not be construed as a waiver of any privilege or protection attaching thereto and MGA reserves the right to correct the record with regard

LA2:756234.3    EXHIBIT __12__    1

PAGE __71__

MGA'S RESPONSE TO 1ST SET OF
REQUEST FOR PRODUCTION OF
DOCUMENTS

1   to any such information and to supplement or amend these responses, which

2   supplemental or amended response shall become the operative response.

3                                   **GENERAL OBJECTIONS**

4           1.      MGA objects to each and every request on the ground that production

5   at the date and time demanded will subject MGA to unwarranted oppression and undue

6   burden and expenses. The time set for compliance is unduly burdensome, especially in

7   light of the number of document requests, and the scope and volume of the material being

8   sought. MGA intends to proceed expeditiously to collect the documents for production, if

9   any, and will produce them at a date and time, and in such a manner, as may be mutually

10  agreed by counsel for the parties.

11          2.      MGA objects to each request to the extent that it seeks information

12  protected from discovery by the attorney-client privilege, work-product doctrine, right to

13  privacy, or any other applicable privilege.

14          3.      MGA objects to each request to the extent that it seeks the disclosure

15  of confidential, proprietary or trade-secret information. Should such documents be

16  otherwise responsive and non-objectionable, MGA will produce such documents subject

17  to the terms and conditions of the protective order governing this case.

18          4.      MGA objects to each request to the extent that it seeks documents in

19  Mattel's own possession, custody or control or that are accessible to Mattel from public

20  sources or from third parties.

21          5.      MGA objects to each request to the extent that it asks for documents

22  that are not relevant to claims or defenses in this case.

23          6.      MGA objects to each and every request to the extent it purports to

24  require MGA to search all documents and things within its possession, custody or control

25  or within the possession, custody or control of any of MGA's current or former

26  employees, officers, directors, agents, representatives, attorneys, parents, subsidiaries,

27  divisions, affiliates, predecessors-in-interest and successors-in-interest, and any other

28  person acting on its behalf, pursuant to its authority or subject to its control, on the

LA2:756234.3

EXHIBIT __12__

PAGE __72__

2

MGA'S RESPONSE TO 1ST SET OF
REQUEST FOR PRODUCTION OF
DOCUMENTS

1   grounds that such request is unreasonable, overbroad, unduly burdensome and oppressive,

2   violates the right of privacy, and purports to require MGA to search for documents not

3   within its possession, custody or control.  MGA will make a reasonably diligent search for

4   responsive documents within its possession, custody or control.

5          7.     MGA objects to each and every request to the extent its seeks "all

6   documents" responsive to a certain category on the grounds that such request is overbroad

7   and unduly burdensome and oppressive.  MGA will produce otherwise unobjectionable

8   documents sufficient to provide Mattel with the information sought, following a

9   reasonably diligent search.  On grounds of oppression and undue burden, MGA will not

10   respond to duplicative or cumulative requests and will not re-produce documents it has

11   already produced or produce documents that it has received from Mattel or others in the

12   course of discovery in this matter.

13          8.     MGA objects to each request to the extent it seeks documents not

14   within MGA's possession, custody, or control.

15          9.     MGA objects to each request to the extent it seeks information

16   relating to activities or conduct in foreign countries.  In each instance in which MGA has

17   agreed to produce documents, such production is hereby expressly limited to documents

18   relating to domestic activities or conduct only.

19          10.    MGA objects to the defined terms "You," "Your," "Mattel," and

20   "Bryant" on the grounds that these terms, as defined, are overbroad, are vague and

21   ambiguous, and call for legal conclusions.

22          11.    MGA objects to the defined terms "Bratz" and "Angel" on the

23   grounds that these terms, as defined, are overbroad, are vague and ambiguous, and call for

24   legal conclusions.

25

26

27

28

LA2:756234.3

EXHIBIT __12__   3

PAGE __73__

MGA'S RESPONSE TO 1ST SET OF
REQUEST FOR PRODUCTION OF
DOCUMENTS

1
                **SPECIFIC OBJECTIONS AND RESPONSES**

2
**REQUEST FOR PRODUCTION NO. 1:**

3
      All DOCUMENTS that REFER OR RELATE TO any agreement or contract

4
between YOU and BRYANT, including without limitation all drafts thereof and all actual

5
or proposed amendments, modifications and revisions thereto.

6
**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

7
      MGA incorporates by reference the above-stated general objections as if fully set

8
forth herein.  MGA also objects to this request to the extent that it seeks information not

9
relevant to the subject matter of this lawsuit or reasonably calculated to lead to the

10
discovery of admissible evidence.  MGA also objects to this request on the grounds that it

11
is overbroad, unduly burdensome, and oppressive in seeking all documents that refer or

12
relate to any agreement or contract between MGA and Bryant.  MGA also objects to this

13
request on the grounds that it seeks confidential, proprietary or commercially sensitive

14
information, the disclosure of which would be inimical to the business interests of MGA.

15
MGA also objects to this request to the extent it calls for the disclosure of attorney-client

16
privileged information or information protected from disclosure by the work-product

17
doctrine, joint defense or common interest privilege, or other privilege. MGA also objects

18
to this request to the extent it seeks information the disclosure of which would implicate

19
the rights of third parties to protect private, confidential, proprietary or trade secret

20
information.  MGA also objects to this request to the extent that it seeks documents not in

21
MGA's possession, custody or control.

22
      Subject to the foregoing, MGA will produce all relevant and responsive non-

23
objectionable documents in its possession, custody or control, if any, that it is able to

24
locate following a reasonably diligent search.

25
**REQUEST FOR PRODUCTION NO. 2:**

26
      All DOCUMENTS that REFER OR RELATE TO the performance of any

27
agreement or contract between YOU and BRYANT.

28

LA2:756234.3    EXHIBIT __12__    4    MGA'S RESPONSE TO 1ST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS

PAGE __74__

1  protected from disclosure by the work product doctrine, joint defense or common interest

2  privilege, or other privilege.

3      Subject to the foregoing, MGA will produce all documents in its possession,

4  custody or control, if any, that refer or relate to Bryant's participation in the conception,

5  creation, design, development, sculpting, tooling, production or manufacture of the first

6  generation of Bratz dolls, that it is able to locate following a reasonably diligent search.

7  **REQUEST FOR PRODUCTION NO. 47:**

8      All DOCUMENTS that REFER OR RELATE TO BRYANT'S participation in the

9  conception, creation, design, development, sculpting, tooling, production or manufacture

10  of ANGEL.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

12      MGA incorporates by reference the above-stated general objections as if fully set

13  forth herein. MGA also specifically objects to this request on the grounds that it seeks

14  information not relevant to the subject matter of this lawsuit or reasonably calculated to

15  lead to the discovery of admissible evidence including, without limitation, in that is seeks

16  information related to an MGA product not at issue in this lawsuit. MGA also objects to

17  this request on the grounds that it seeks confidential, proprietary or commercially

18  sensitive information, the disclosure of which would be inimical to the business interests

19  of MGA. MGA also objects to this request to the extent it calls for the disclosure of

20  attorney-client privileged information or information protected from disclosure by the

21  work-product doctrine, joint defense or common interest privilege, or other privilege.

22      Subject to the foregoing, MGA will produce all relevant and responsive non-

23  objectionable documents in its possession, custody or control, if any, that it is able to

24  locate following a reasonably diligent search.

25  **REQUEST FOR PRODUCTION NO. 48:**

26      All non-privileged COMMUNICATIONS between YOU and any PERSON that

27  REFER OR RELATE TO this action.

28

LA2:756234.3   EXHIBIT __12__   43   MGA'S RESPONSE TO 1ST SET OF
REQUEST FOR PRODUCTION OF
DOCUMENTS

PAGE __75__

**RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

      MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request on the grounds that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence, including, without limitation, in that it would extend to any communication between anyone at MGA and any other person referring or relating in any way to a wide variety of matter that could potentially be construed as "relating" to this litigation, without regard to whether such communications are at all relevant to any claim or defense at issue herein. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome and oppressive in that it purports to require MGA diligently to identify every communication that any of its hundreds of employees may have had with any other person referring or relating to this action. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome and oppressive in that it is not in any way limited as to the persons involved in the communications or as to time. MGA also objects to this request on the grounds that it seeks information in violation of the right of privacy. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

      Subject to the foregoing, MGA will not produce documents in response to this request.

**REQUEST FOR PRODUCTION NO. 49:**

      All DOCUMENTS that REFER OR RELATE TO any indemnification that BRYANT has sought, proposed, requested or obtained in connection with this action.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

      MGA incorporates by reference the above-stated general objections as if fully set

LA2:756234.3

EXHIBIT __12__

PAGE __76__

44

MGA'S RESPONSE TO 1ST SET OF
REQUEST FOR PRODUCTION OF
DOCUMENTS

1  forth herein.  MGA also specifically objects to this request on the grounds that it is

2  overbroad and unduly burdensome in that it calls for all tangible items that support, refute

3  or otherwise refer or relate to any facts underlying MGA's affirmative defenses.  MGA

4  also objects to this request on the grounds that it calls for legal conclusions.  MGA also

5  objects to this request to the extent it calls for the disclosure of attorney-client privileged

6  information or information protected from disclosure by the work-product doctrine, joint

7  defense or common interest privilege, or other privilege.

8      Subject to the foregoing, MGA will produce all relevant and responsive non-

9  objectionable documents in its possession, custody or control, if any, that support its

10  affirmative defenses, that it is able to locate following a reasonably diligent search.

11

12

13      AS TO OBJECTIONS ONLY:

14

15  Dated: April $\underline{13}$, 2005

16      DIANA M. TORRES
       PAULA E. AMBROSINI

17      O'MELVENY & MYERS LLP

18

19  By: _Paula Ambrosini_

20      Paula E. Ambrosini

21      Attorneys for Defendant-in-Intervention
       MGA Entertainment, Inc.

22

23

24

25

26

27

28

LA2:756234.3       EXHIBIT __12__       88       MGA'S RESPONSE TO 1ST SET OF
                                                 REQUEST FOR PRODUCTION OF
                   PAGE __77__                   DOCUMENTS

# EXHIBIT 13

LAW OFFICES

### GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD

NINETEENTH FLOOR

LOS ANGELES, CALIFORNIA 90067

(310) 553-3000

FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

March 11, 2009

Ⓜ MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND HAND DELIVERY**

RECEIVED
MAR 1 1 2009

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
    OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

> Re:   *Bryant v. Mattel, Inc. and Consolidated Actions*
>        U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

Enclosed is a disk containing the MGA Parties' production of documents responsive to Request for Production No. 48 (Set One), and Request Nos. 43-75 (Set Three). These documents are being produced pursuant to the agreement reached during the parties' February 6, 2009 meet and confer session.

MGA will be producing additional documents on Friday, March 13, 2009. MGA is making separate productions in an effort to produce as many documents now rather than later. The separate productions are needed in order to produce the documents as single image TIFF files accompanied with the Concordance load files. There is simply a massive amount of documents, extra days are needed to electronically format the documents as required by the parties' production protocol. Also, in order to produce as many documents to you as quickly as possible, some of the Excel spreadsheets contained on the disc are being produced in their native format.

Please be advised further that there are doll samples that are responsive to the Requests for Production. We will make these product samples available for inspection by Mattel. Please call me to arrange an inspection time that is convenient for both parties.

Very truly yours,

*Amman Khan*

Amman Khan
of GLASER, WEIL, FINK, JACOBS
& SHAPIRO, LLP

669825

EXHIBIT _13_

PAGE _78_

# EXHIBIT 14

· LAW OFFICES

**GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP**

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

RECEIVED

MAR 13 2009

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

March 13, 2009

M̄ MERITAS LAW FIRMS WORLDWIDE

## VIA EMAIL AND HAND DELIVERY

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
  OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

>    Re:    *Bryant v. Mattel, Inc. and Consolidated Actions*
>             U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

Enclosed is an additional disk containing the MGA Parties' further production of documents responsive to Request for Production No. 48 (Set One), and Request Nos. 43-75 (Set Three). These documents are being produced pursuant to the agreement reached during the parties' February 6, 2009 meet and confer session.

MGA will be producing additional documents on Monday, March 16, 2009. MGA is making separate productions in an effort to produce as many documents now rather than later. The separate productions are needed in order to produce the documents as single image TIFF files accompanied with the Concordance load files. There is simply a massive amount of documents, extra days are needed to electronically format the documents as required by the parties' production protocol.

>              Very truly yours,
>
>              *Amman Khan*
>
>              Amman Khan
>              of GLASER, WEIL, FINK, JACOBS
>              & SHAPIRO, LLP

AMM/rs

cc:    Joel N. Klevens, Esq.
       Jason Russell, Esq.
       Patricia Benson, Esq.

670075

**EXHIBIT** __14__

**PAGE** ___79___

# EXHIBIT 15

LAW OFFICES

## GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

March 17, 2009

ᴍᴛ MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND HAND DELIVERY**

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
    OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

> Re:   *Bryant v. Mattel, Inc. and Consolidated Actions*
>        U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

Enclosed is an additional disk containing the MGA Parties' further production of documents responsive to Request for Production No. 48 (Set One), and Request Nos. 43-75 (Set Three). These documents are being produced pursuant to the agreement reached during the parties' February 6, 2009 meet and confer session.

MGA will be producing additional documents on Thursday, March 19, 2009. MGA is making separate productions in an effort to produce as many documents now rather than later. The separate productions are needed in order to produce the documents as single image TIFF files accompanied with the Concordance load files. There is simply a massive amount of documents, extra days are needed to electronically format the documents as required by the parties' production protocol.

Very truly yours,

*Amman Khan*

Amman Khan
of GLASER, WEIL, FINK, JACOBS
& SHAPIRO, LLP

AMM/rs

cc:   Joel N. Klevens, Esq.
      Jason Russell, Esq.
      Patricia Benson, Esq.

670423

EXHIBIT ___15___

PAGE ___80___

# EXHIBIT 16

LAW OFFICES

**RECEIVED**

**GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP**

10250 CONSTELLATION BOULEVARD

NINETEENTH FLOOR

LOS ANGELES, CALIFORNIA 90067

(310) 553-3000

FAX (310) 556-2920

MAR 1 9 2009

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

March 19, 2009

🕎 MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND HAND DELIVERY**

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
   OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Re:    *Bryant v. Mattel, Inc. and Consolidated Actions*
        U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

Enclosed is an additional disk containing the MGA Parties' further production of documents responsive to Request for Production No. 48 (Set One), and Request Nos. 43-75 (Set Three). These documents are being produced pursuant to the agreement reached during the parties' February 6, 2009 meet and confer session.

MGA will be producing additional documents on Monday, March 23, 2009. MGA is making separate productions in an effort to produce as many documents now rather than later. The separate productions are needed in order to produce the documents as single image TIFF files accompanied with the Concordance load files. There is simply a massive amount of documents, extra days are needed to electronically format the documents as required by the parties' production protocol.

Very truly yours,

*Amman Khan*

Amman Khan
of GLASER, WEIL, FINK, JACOBS
& SHAPIRO, LLP

AMM/rs

cc:    Joel N. Klevens, Esq.
        Jason Russell, Esq.
        Patricia Benson, Esq.

670713

EXHIBIT __16__

PAGE __81__



EXHIBIT ___16___

PAGE ___82___

# EXHIBIT 17

LAW OFFICES

## GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865.
EMAIL: AKHAN@GLASERWEIL.COM

March 23, 2009

ᵐ MERITAS LAW FIRMS WORLDWIDE

### VIA EMAIL AND HAND DELIVERY

**RECEIVED**

MAR 2 3 2009

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
  OLIVER & HEDGES, LLP
865 South Figueroa Street, 10ᵗʰ Floor
Los Angeles, CA 90017-2543

Re: *Bryant v. Mattel, Inc. and Consolidated Actions*
  U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

Enclosed are three additional disks containing the MGA Parties' further production of documents responsive to Request for Production No. 48 (Set One), and Request Nos. 43-75 (Set Three). These documents are being produced pursuant to the agreement reached during the parties' February 6, 2009 meet and confer session.

As we agreed in our March 17, 2009 letter, one of the included discs contains color JPEG images of various photographs that may have appeared unclear in our March 11, 2009 production. These JPEG images bear the same Bates Numbers as the prior versions.

MGA will be producing additional documents on Wednesday, March 25, 2009. MGA is making separate productions in an effort to produce as many documents now rather than later. The separate productions are needed in order to produce the documents as single image TIFF files accompanied with the Concordance load files. There is simply a massive amount of documents, extra days are needed to electronically format the documents as required by the parties' production protocol.

Very truly yours,

*Amman Khan*

Amman Khan
of GLASER, WEIL, FINK, JACOBS
  & SHAPIRO, LLP

AMM/rs

671037

EXHIBIT ___17___

PAGE ___83___

Jon D. Corey, Esq.
March 23, 2009
Page 2

cc:    Joel N. Klevens, Esq.
        Jason Russell, Esq.
        Patricia Benson, Esq.

671037

EXHIBIT ___17___

PAGE ___84___



Mattel v. Bryant, et al., CV 04-09049
(Consolidated with CV 04-9059 & 05-2727)

Quinn Emanuel

BRY-387

Prepared by
Daticon EED, Inc.
March 21, 2009

MGA2 0023524 - MGA2 0024706

CONFIDENTIAL - ATTORNEY'S EYES ONLY

CD 1 of 1

Mattel v. Bryant, et al., CV 04-09049
(Consolidated with CV 04-9059 & 05-2727)

Quinn Emanuel

BRY-388

Prepared by
Daticon EED, Inc.
March 21, 2009

MGA2 0024707 - MGA2 0027734

CONFIDENTIAL - ATTORNEY'S EYES ONLY

CD 1 of 1

EXHIBIT ___17___

PAGE ___85___



**Mattel v. Bryant, et al., CV 04-09049
(Consolidated with CV 04-9059 & 05-2727)**

**Quinn Emanuel**

**BRY-389**

March 20, 2009

MGA Phase II - Color JPEGs Reprint 001 (from
Phase II Production 001)
Bates Range: Various
CONFIDENTIAL - ATTORNEY'S EYES ONLY

EXHIBIT 17
PAGE 86

# EXHIBIT 18

LAW OFFICES

## GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

March 25, 2009

Ⅲ MERITAS LAW FIRMS WORLDWIDE

## VIA EMAIL AND HAND DELIVERY

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
   OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

> Re: *Bryant v. Mattel, Inc. and Consolidated Actions*
> U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

Enclosed is an additional disk containing the MGA Parties' further production of documents responsive to Request for Production No. 48 (Set One), and Request Nos. 43-75 (Set Three) (Bates Numbered MGA2 0027734 – 0035633). These documents are being produced pursuant to the agreement reached during the parties' February 6, 2009 meet and confer session.

MGA will be producing additional documents on Friday, March 27, 2009. MGA is making separate productions in an effort to produce as many documents now rather than later. The separate productions are needed in order to produce the documents as single image TIFF files accompanied with the Concordance load files. There is simply a massive amount of documents, extra days are needed to electronically format the documents as required by the parties' production protocol.

Very truly yours,

Amman Khan

Amman Khan
of GLASER, WEIL, FINK, JACOBS
& SHAPIRO, LLP

AMM/rs

cc: Joel N. Klevens, Esq.
    Jason Russell, Esq.
    Patricia Benson, Esq.

671263

EXHIBIT __18__

PAGE __87__

# EXHIBIT 19

RECEIVED

LAW OFFICES

GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

MAR 2 7 2009

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

March 27, 2009

ⅢⅡ MERITAS LAW FIRMS WORLDWIDE

## VIA EMAIL AND HAND DELIVERY

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Re:     *Bryant v. Mattel, Inc. and Consolidated Actions*
        U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

Enclosed is an additional disk containing the MGA Parties' further production of documents responsive to Request for Production No. 48 (Set One), and Request Nos. 43-75 (Set Three) (Bates Numbered MGA2 0035634 – 0039084). These documents are being produced pursuant to the agreement reached during the parties' February 6, 2009 meet and confer session.

MGA will be producing additional documents on Monday, March 30, 2009. MGA is making separate productions in an effort to produce as many documents now rather than later. The separate productions are needed in order to produce the documents as single image TIFF files accompanied with the Concordance load files. There is simply a massive amount of documents, extra days are needed to electronically format the documents as required by the parties' production protocol.

Very truly yours,

*Amman Khan*

Amman Khan
of GLASER, WEIL, FINK, JACOBS
& SHAPIRO, LLP

AMM/rs

cc:     Joel N. Klevens, Esq.
        Jason Russell, Esq.
        Patricia Benson, Esq.

671562

EXHIBIT  19
PAGE  88



EXHIBIT _19_

PAGE _89_

# EXHIBIT 20

## Tiffany Garcia

| | |
|---|---|
| **From:** | Jon Corey |
| **Sent:** | Thursday, February 12, 2009 8:07 AM |
| **To:** | Richard Stoll |
| **Subject:** | Mattel v. MGA |

**Attachments:** 2793056_Stipulation and Proposed Order.DOC

Rich,

Attached is a revised stipulation regarding Mattel's renewed motion to compel MGA to produce documents.
Please let me know if it is acceptable.

Best regards,

EXHIBIT  20

PAGE  90

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2      johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
     865 South Figueroa Street, 10th Floor
5      Los Angeles, California 90017-2543
     Telephone: (213) 443-3000
6      Facsimile: (213) 443-3100

7   Attorneys for Mattel, Inc.

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10              EASTERN DIVISION

| | |
|---|---|
| 11   CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12          Plaintiff, | Consolidated with |
| 13      vs. | Case No.    CV 04-09059 <br> Case No.    CV 05-2727 |
| 14   MATTEL, INC., a Delaware corporation, | **STIPULATION OF MGA PARTIES TO PRODUCE CERTAIN DOCUMENTS RESPONSIVE TO MATTEL'S JANUARY 26, 2009 RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS; AND** |
| 15 | |
| 16         Defendant. | |
| 17   AND CONSOLIDATED ACTIONS | **[PROPOSED] ORDER** |

18

19

20

21

22

23

24

25

26

27       EXHIBIT ___26___

28       PAGE ___91___

00505.07209/2793056.1

1      WHEREAS, on January 26, 2009, Mattel, Inc. filed its Renewed

2   Motion to Compel Production of Documents and Things By MGA Entertainment,

3   Inc. (the "Renewed Motion"), which sought production of documents responsive to

4   Document Request No. 48 (from Mattel's First Set of Requests for Production), and

5   Request Nos. 43-75 and 87-88 (from Mattel's Third Set of Requests for Production);

6      WHEREAS, thereafter on February 6, 2009, counsel for Mattel, Inc.

7   and counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., MGAE

8   de Mexico, S.R.L. de C.V., and Isaac Larian (the "MGA Parties") met and conferred

9   on the Document Requests at issue in Mattel's Renewed Motion,

10     WHEREAS, out of these meet and confer efforts, the MGA Parties

11  agreed to produce within thirty (30) days:  (1) all non-privileged documents

12  responsive to Request No. 48 (First Set) for the twelve individuals identified by

13  Mattel in its Renewed Motion; (2) all non-privileged documents responsive to

14  Request Nos. 43-55 (Third Set) concerning "Scooter Samantha"; (3) all non-

15  privileged documents responsive to Request Nos. 56-72 (Third Set) concerning

16  "Space Babes"; and (4) all non-privileged documents responsive to Request

17  Nos. 73-75 (Third Set) concerning Scot Reyes;

18     WHEREAS, the parties were unable to reach an agreement regarding

19  Request Nos. 87-88 from Mattel's Third Set of Requests for Production and request

20  a ruling from the Discovery Master on those Requests.

21     NOW, THEREFORE, the MGA Parties and Mattel, Inc., by and

22  through their respective counsel of record, and subject to the Discovery Master's

23  approval, hereby stipulate and agree that:

24     As detailed above, the MGA Parties shall produce on March 9, 2009,

25  all non-privileged documents responsive to (1) Request No. 48 (First Set) for the

26  twelve individuals identified by Mattel in its Renewed Motion, (2) Request Nos. 43-

27  55 (Third Set), (3) Request Nos. 56-72 (Third Set), and (4) Request Nos. 73-75

28  (Third Set).

00505.07209/2793056.1

EXHIBIT ___20

STIPULATION OF MGA PARTIES TO Pi
TO COMPEL PRODUCTION C
PAGE

-2-

92

Case No. CV 04-9049 SGL (RNBx)
ENTS RESPONSIVE TO MATTEL'S JANUARY 26, 2009 RENEWED MOTION
AND FOR MATTEL TO WITHDRAW ITS MOTION AND PROPOSED ORDER

1    It is further stipulated and agreed that Mattel, Inc. shall withdraw its

2   Renewed Motion with respect to Request No. 48 (First Set) for the twelve

3   individuals identified by Mattel in its Renewed Motion, (2) Request Nos. 43-55

4   (Third Set), (3) Request Nos. 56-72 (Third Set), and (4) Request Nos. 73-75 (Third

5   Set).

6        IT IS SO STIPULATED.

7   DATED: February ___, 2009         QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
8

9
                                       By_____
10                                          Jon D. Corey
                                            Attorneys for Mattel, Inc.
11

12
     DATED: February ___, 2009         GLASER, WEIL, FINK, JACOBS &
13                                      SHAPIRO, LLP

14

15                                     By_____
                                            Amman Khan
16                                          Attorneys for the MGA Parties.

17              **[PROPOSED] ORDER**

18

19       The foregoing stipulation concerning the MGA Parties' production of

20   documents and Mattel, Inc.'s Renewed Motion is GRANTED as follows:

21        1.    The MGA Parties shall produce all non-privileged documents

22   responsive to Mattel Document Request No. 48 (First Set), and Request Nos. 43-75

23   (Third Set), by March 9, 2009.

24        IT IS SO ORDERED.

25

26   DATED: _____         _____

27                                     Robert C. O'Brien
                                       Discovery Master
28   EXHIBIT ___20___

                        ___93___

STIPULATION OF MGA PARTIES... E DOCUMENTS RESPONSIVE TO MATTEL'S JANUARY 26, 2009 RENEWED MOTION
TO COMPEL PRODUCTION OF DOCUMENTS, AND FOR MATTEL TO WITHDRAW ITS MOTION AND PROPOSED ORDER