# EXHIBIT 45

1  THOMAS J. NOLAN (Bar No. 066992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:  (213) 687-5600
4  E-mail:     tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA 94111-5974
7  Telephone:  (415) 984-6400
   Facsimile:  (415) 984-2698
8  Email:      rkennedy@skadden.com

9  Attorneys for MGA Entertainment, Inc.

10

11                 UNITED STATES DISTRICT COURT

12                 CENTRAL DISTRICT OF CALIFORNIA

13

14  CARTER BRYANT, an individual,          )  CASE NO. CV 04-9049 SGL (RNBx)
                                           )
15                 Plaintiff,              )  Consolidated with Case No. 04-9059
                                           )  and Case No. 05-2727
16         v.                              )
                                           )  MGA ENTERTAINMENT, INC.'S
17  MATTEL, INC., a Delaware               )  OBJECTIONS AND
    corporation,                           )  SUPPLEMENTAL RESPONSES
18                                         )  TO MATTEL, INC.'S THIRD SET
                                           )  OF REQUESTS FOR
19                 Defendant.              )  PRODUCTION OF DOCUMENTS
                                           )  AND THINGS
20  _____   )
                                           )
21  Consolidated with MATTEL, INC. v.      )
    BRYANT and MGA                         )
22  ENTERTAINMENT, INC. v.                 )
    MATTEL, INC.                           )
23  _____   )

24

25  PROPOUNDING PARTY:       MATTEL, INC.

26  RESPONDING PARTY:        MGA ENTERTAINMENT, INC.

27  SET NUMBER:              THIRD            EXHIBIT __45__

28                                           PAGE __283__

        MGA'S SUPPLEMENTAL RESPONSES TO
   MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1    Pursuant to Rule 34 of the Federal Rules of Civil Procedure, MGA

2  Entertainment, Inc. ("MGA") hereby submits these responses and objections (the

3  "Supplemental Response") to Mattel, Inc.'s ("Mattel's") Third Set of Requests for

4  Production of Documents to MGA (the "Requests").

5                          **GENERAL RESPONSE**

6    The General Response and General and Specific Objections set forth herein

7  apply to all documents that MGA may in the future produce in response to the

8  Requests.  The Supplemental Response is made without waiving, or intending to

9  waive but, on the contrary, expressly reserving:  (a) the right to object, on the

10  grounds of competency, privilege, relevancy or materiality, or any other proper

11  grounds, to the use of the documents, for any purpose in whole or in part, in any

12  subsequent step or proceeding in this action or any other action; (b) the right to

13  object on any and all grounds, at any time, to other requests for production or other

14  discovery procedures involving or relating to the subject matter of the Requests; and

15  (c) the right at any time to revise, correct, add to, or clarify any of the responses

16  propounded herein.

17    The Supplemental Response reflects only the present state of MGA's

18  discovery regarding the documents that Mattel seeks.  Except as otherwise stated

19  below, an objection to a specific document request does not imply that documents

20  responsive to the request exist or have ever existed.  In addition, an agreement to

21  produce documents responsive to any specific document request does not imply that

22  documents responsive to the request exist or have existed; rather, it is an agreement

23  to produce non-privileged documents responsive to that particular document request

24  as limited by or interpreted in any applicable General or Specific objections, if any

25  exist.  Production of any document is not intended as, and, to the extent permitted by

26  law, shall not be deemed to be, a waiver of any objection set forth herein.  Discovery

27  and other investigation or research concerning this litigation are continuing.  MGA,

28

1   therefore, reserves the right to amend or supplement this Supplemental Response at

2   any time in light of future investigation, research or analysis, and also expressly

3   reserves the right to rely on, at any time, including trial, subsequently discovered

4   information or information omitted from this Supplemental Response as a result of

5   mistake, error, oversight or inadvertence.  MGA does not hereby admit, adopt or

6   acquiesce in any factual or legal contention, assertion or characterization contained

7   in the Request or any particular request therein, even where MGA has not otherwise

8   objected to a particular request, or has agreed to produce documents responsive to a

9   particular request.

10   **GENERAL OBJECTIONS**

11   MGA incorporates the following General Objections, as well as the General

12   Response, into its Specific Supplemental Responses and Objections to each and

13   every request for documents contained in the Requests:

14        1.   MGA objects to the date and place of production on the grounds

15   that they impose an undue burden on MGA.  The time set for compliance is unduly

16   burdensome, especially in light of the number of document requests, and the scope

17   and volume of the material being sought.  To the extent MGA later agrees to produce

18   responsive documents, MGA intends to proceed expeditiously to collect the

19   documents for production, if any, and will produce them at a date and time, and in

20   such a manner, as may be mutually agreed by counsel for the parties.

21        2.   MGA objects to the Requests to the extent that they seek

22   documents not relevant to the claims or defenses in this action and are not reasonably

23   calculated to lead to the discovery of admissible evidence.

24        3.   MGA objects to the Requests on the grounds that they are overly

25   broad and unduly burdensome.

26        4.   MGA objects to the Requests insofar as they seek documents that

27   are protected from disclosure under any applicable privilege, doctrine or immunity,

28

EXHIBIT 4/5

PAGE 285

1  including without limitation the attorney-client privilege, the attorney work product
2  doctrine, the right of privacy, and all other privileges recognized under the
3  constitutional, statutory or decisional law of the United States of America or any
4  other applicable jurisdiction. MGA shall not produce such documents in response to
5  Mattel's Request. Any production of such protected or privileged materials is
6  inadvertent and shall not be construed as a waiver of those privileges or protections.

7          5.     MGA objects to the Requests insofar as they seek documents that
8  by reason of public filing, public distribution or otherwise are already in Mattel's
9  possession or are readily accessible to Mattel from public sources or third parties.

10          6.     MGA objects to the Requests insofar as they seek production of
11  documents (1) not within its possession, custody or control; (2) that MGA cannot
12  locate after a reasonably diligent search; or (3) that refer to persons, entities, or
13  events not known to MGA.  Such instructions, definitions, or requests are
14  objectionable where they subject MGA to unreasonable and undue annoyance,
15  oppression, burden, and expense; and/or seek to impose upon MGA an obligation to
16  produce documents from sources equally accessible to Mattel.  To the extent MGA
17  agrees to produce documents in response to the Requests, MGA will make a
18  reasonably diligent search for responsive documents within its possession, custody or
19  control.

20          7.     In responding to Mattel's Requests, MGA has not and will not
21  comply with any instructions or definitions that seek to impose requirements in
22  addition to those imposed by Federal law.

23          8.     MGA objects to each and every request to the extent it purports to
24  require MGA to search all documents and things within its possession, custody or
25  control or within the possession, custody or control of any of MGA's current or
26  former employees, officers, directors, agents, representatives, attorneys, parents,
27  subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest,
28

EXHIBIT <u>45</u>
PAGE <u>286</u>

1  and any other person acting on its behalf, pursuant to its authority or subject to its
2  control, on the grounds that such request is unreasonable, overbroad, unduly
3  burdensome and oppressive, violates the right to privacy, and purports to require
4  MGA to search for documents not within its possession, custody or control.  To the
5  extent MGA agrees to produce documents in response to the Requests, MGA will
6  make a reasonably diligent search for responsive documents within its possession,
7  custody or control.

8      9.    MGA objects to each and every request to the extent it seeks "all
9  documents" responsive to a certain category on the grounds that such request is
10  overbroad and unduly burdensome and oppressive.  MGA will not respond to
11  duplicative or cumulative requests and will not re-produce documents it has already
12  produced or produce documents that it has received from Mattel or others in the
13  course of discovery in this matter.

14      10.   MGA objects to the Requests insofar as they seek production of
15  confidential, proprietary, or trade-secret information, the disclosure of which would
16  be inimical to the business interests of MGA.

17      11.   MGA objects to each request to the extent it seeks information
18  relating to the activities or conduct of other entities or non-parties.

19      12.   MGA objects to each request to the extent it seeks information
20  relating to activities or conduct in foreign countries.

21      13.   MGA objects to the definitions and instructions to the extent such
22  definitions and instructions purport to enlarge, expand, or alter in any way the plain
23  meaning and scope of any specific term or specific request on the ground that such
24  enlargement, expansion, or alteration renders such a term or request vague,
25  ambiguous, unintelligible, overbroad, unduly burdensome, and/or uncertain.

26      14.   MGA objects to the Instructions to the extent that they purport to
27  deprive MGA of the right to redact information from any documents "for any
28

EXHIBIT 45

PAGE 287

1 | reason." MGA retains and reserves the right to redact documents on any appropriate
2 | grounds, including in particular for privilege.

3 |      15.    MGA specifically objects to the following definitions in the
4 | Requests:

5 |      (a)    MGA objects to the terms "YOU," "YOUR" and "MGA"
6 | (Definitions ¶ A) as vague, ambiguous, overbroad, and unduly burdensome. The
7 | definition includes "MGA Entertainment, Inc., and all of its current or former
8 | directors, officers, employees, agents, contractors, attorneys, accountants,
9 | representatives, subsidiaries, divisions, AFFILIATES, predecessors-in-interest and
10 | successors-in-interest, and any other PERSON acting on its behalf, pursuant to its
11 | authority or subject to its control." Because of Mattel's incorporating the overbroad
12 | definition of "AFFILIATE" (Definitions ¶ C) as including "any and all corporations,
13 | proprietorships, d/b/a's, partnerships, joint ventures and business entities of any kind
14 | that, directly or indirectly, in whole or in part, own or control, are under common
15 | ownership or control with, or are owned or controlled by a PERSON, party or entity,
16 | including without limitation each parent, subsidiary and joint venture of such
17 | PERSON, party or entity," it is impossible for MGA to know whether a particular
18 | person comes within this definition unless that person or entity at some point in time
19 | held himself or herself out as being affiliated with MGA. Thus, MGA will interpret
20 | the terms "YOU," "YOUR" and "MGA" to refer to all persons or entities who held
21 | themselves out to MGA as officers, employees, agents, subsidiaries or divisions of
22 | MGA.

23 |      (b)    MGA objects to the definition of the term "BRATZ"
24 | (Definitions ¶ E) as vague, ambiguous, overly broad and unduly burdensome, and
25 | designed to mislead and confuse the trier of fact. The definition includes "any
26 | project, product, doll or DESIGN ever known by [the Bratz] name (whether in whole
27 | or in part and regardless of what such project, product or doll is or has been also,

28 |

1   previously or subsequently called) and any product, doll or DESIGN or any portion
2   thereof that is now or has ever been known as, or sold or marketed under, the name
3   or term 'Bratz' (whether in whole or in part and regardless of what such product, doll
4   or DESIGN or portion thereof is or has been also, previously or subsequently called)
5   or that is now or has ever been marketed as part of the 'Bratz' line, and each version
6   or iteration of such product, doll or DESIGN or any portion thereof," and it goes on.
7   By incorporating the definition of "DESIGN," the overly broad definition of
8   "BRATZ" includes two-dimensional and three-dimensional representations,
9   including "works, designs, artwork, sketches, drawings, illustrations, representations,
10  depictions, blueprints, schematics, diagrams, images, sculptures, prototypes, models,
11  samples, rotocasts, reductions to practice, developments, inventions and/or
12  improvements . . . ." (Definitions ¶ I.) These convoluted and multi-part definitions
13  combine to render the document requests that refer to the term vague, ambiguous and
14  overly broad, and to include within the term "BRATZ" things that do not fairly
15  represent the Bratz line of dolls, accessories and related products that are the subject
16  of this case.  In responding to the Requests, MGA will interpret the term "BRATZ"
17  to mean the line of dolls introduced by MGA to the market for sale in May or June of
18  2001 and subsequent dolls, accessories and other products known as Bratz or
19  associated by MGA with the Bratz line of dolls.

20              (c)      MGA objects to the definition of the term "SCOOTER
21  SAMANTHA" (Definitions ¶ F) as vague, ambiguous, overly broad and unduly
22  burdensome, and designed to mislead and confuse the trier of fact.  The definition
23  includes "any project, product, doll or DESIGN ever known by [the Scooter
24  Samantha] name (whether in whole or in part and regardless of what such project,
25  product or doll is or has been also, previously or subsequently called) and any
26  product, doll or DESIGN or any portion thereof that is now or has ever been known
27  as, or sold or marketed under, the name or term 'Scooter Samantha' (whether in

28

EXHIBIT 45
PAGE 289

1  whole or in part and regardless of what such product, doll or DESIGN or portion

2  thereof is or has been also, previously or subsequently called) or that is now or has

3  ever been marketed as part of the 'Scooter Samantha' line, and each version or

4  iteration of such product, doll or DESIGN or any portion thereof," and it goes on.

5  By incorporating the definition of "DESIGN," the overly broad definition of

6  "SCOOTER SAMANTHA" includes two-dimensional and three-dimensional

7  representations, including "works, designs, artwork, sketches, drawings, illustrations,

8  representations, depictions, blueprints, schematics, diagrams, images, sculptures,

9  prototypes, models, samples, rotocasts, reductions to practice, developments,

10  inventions and/or improvements . . . ." (Definitions ¶ I.)  These convoluted and

11  multi-part definitions combine to render the document requests that refer to the term

12  vague, ambiguous and overly broad, and to include within the term "SCOOTER

13  SAMANTHA" things that do not fairly represent the Scooter Samantha line of dolls,

14  accessories and related products that are the subject of this case.  In responding to the

15  Requests, MGA will interpret the term "SCOOTER SAMANTHA" to mean the line

16  of dolls introduced by MGA to the market for sale in June 2001 and subsequent dolls,

17  accessories and other products known as Scooter Samantha or associated by MGA

18  with the Scooter Samantha line of dolls.

19          (d)    MGA objects to the definition of the term "SPACE

20  BABES" (Definitions ¶ G) as vague, ambiguous, overly broad and unduly

21  burdensome, and designed to mislead and confuse the trier of fact.  The definition

22  includes "any project, product, doll or DESIGN ever known by [the Space Babes]

23  name (whether in whole or in part and regardless of what such project, product or

24  doll is or has been also, previously or subsequently called) and any product, doll or

25  DESIGN or any portion thereof that is now or has ever been known as, or sold or

26  marketed under, the name or term 'Space Babes' (whether in whole or in part and

27  regardless of what such product, doll or DESIGN or portion thereof is or has been

28

1 also, previously or subsequently called) or that is now or has ever been marketed as
2 part of the 'Scooter Samantha' line, and each version or iteration of such product,
3 doll or DESIGN or any portion thereof," and it goes on. The definition is also
4 nonsensical as it seeks to define "SPACE BABES" as any product, doll or DESIGN
5 that has ever been marketed as part of the Scooter Samantha line as those are distinct
6 doll lines. By incorporating the definition of "DESIGN," the overly broad definition
7 of "SPACE BABES" includes two-dimensional and three-dimensional
8 representations, including "works, designs, artwork, sketches, drawings, illustrations,
9 representations, depictions, blueprints, schematics, diagrams, images, sculptures,
10 prototypes, models, samples, rotocasts, reductions to practice, developments,
11 inventions and/or improvements . . . ." (Definitions ¶ I.) These convoluted and
12 multi-part definitions combine to render the document requests that refer to the term
13 vague, ambiguous and overly broad.

14         (e)    MGA objects to the definition of the term "SCOOTER
15 SHANNON" (Definitions ¶ H) as vague, ambiguous, overly broad and unduly
16 burdensome, and designed to mislead and confuse the trier of fact. The definition
17 includes "any project, product, doll or DESIGN ever known by [the Scooter Shannon]
18 name (whether in whole or in part and regardless of what such project, product or
19 doll is or has been also, previously or subsequently called) and any product, doll or
20 DESIGN or any portion thereof that is now or has ever been known as, or sold or
21 marketed under, the name or term 'Scooter Shannon' (whether in whole or in part
22 and regardless of what such product, doll or DESIGN or portion thereof is or has
23 been also, previously or subsequently called) or that is now or has ever been
24 marketed as part of the 'Scooter Shannon' line, and each version or iteration of such
25 product, doll or DESIGN or any portion thereof," and it goes on. By incorporating
26 the definition of "DESIGN," the overly broad definition of "SCOOTER
27 SHANNON" includes two-dimensional and three-dimensional representations,
28

1 | including "works, designs, artwork, sketches, drawings, illustrations, representations,
2 | depictions, blueprints, schematics, diagrams, images, sculptures, prototypes, models,
3 | samples, rotocasts, reductions to practice, developments, inventions and/or
4 | improvements . . . ." (Definitions ¶ I.)  These convoluted and multi-part definitions
5 | combine to render the document requests that refer to the term vague, ambiguous and
6 | overly broad, and to include within the term "SCOOTER SHANNON" things that do
7 | not fairly represent the Scooter Shannon line of dolls, accessories and related
8 | products that are the subject of this case.  In responding to the Requests, MGA will
9 | interpret the term "SCOOTER SHANNON" to mean the line of dolls introduced by
10 | Mattel to the market for sale October 2001 and subsequent dolls, accessories and
11 | other products known as Scooter Shannon or associated by MGA with the Scooter
12 | Shannon line of dolls.

13 |         (f)     MGA also objects to the terms "any" (Definitions ¶ P) and
14 | "REFER OR RELATE TO" (Definitions ¶ N) on the grounds and to the extent they
15 | are overbroad, unduly burdensome, and/or are vague and ambiguous in the context
16 | of the Requests as written and as those requests would be plainly understood absent
17 | Mattel's definitions.

18 |         (g)     MGA objects to the term "THIRD PARTY LAWSUITS"
19 | as overbroad and unduly burdensome.

20 |         (h)     MGA objects to the term "BRATZ LAWSUITS" as
21 | overbroad, unduly burdensome, vague and ambiguous and designed to mislead and
22 | confuse the trier of fact.  The definition includes any suit, lawsuit, action, arbitration
23 | or customs proceedings, other than the instant action that "REFERS OR RELATES"
24 | to "BRATZ."  MGA's definition of the terms "BRATZ" and "REFERS OR
25 | RELATES" renders the definition of "BRATZ LAWSUITS" unintelligible because
26 | MGA cannot know, by way of example, what lawsuits may "constitut[e], embod[y]
27 | or evidenc[e]" "BRATZ."  In responding to the Requests, MGA will interpret the
28 |

1  term "BRATZ LAWSUIT" as only the legal actions listed in the Requests
2  (Definitions ¶ L).

3        (i)    MGA objects to the term "INFRINGE" or "INFRINGES"
4  as overbroad, unduly burdensome, vague and ambiguous and designed to mislead
5  and confuse the trier of fact. The definition includes "dilute, be substantially or
6  confusingly similar to, or otherwise violate any rights in, whether statutory, common
7  law, contractual, or otherwise." The definition strays far from the accepted legal
8  meaning of "infringe" as used in copyright and trademark law by including concepts
9  such as "dilute" or "otherwise violate any rights in, whether statutory, common law,
10 contractual or otherwise." In responding to the Requests, MGA will not interpret the
11 term "INFRINGE" or "INFRINGES," but will rather respond using words contained
12 within the Mattel definition in their normal accepted legal meaning as used in
13 copyright and trademark law.

14     16.   MGA objects to the Requests to the extent they seek the
15 production of documents in their native format where the burden of such production
16 outweighs the likelihood of discovering information that is relevant to the subject
17 matter of the claims or defenses in this action or calculated to lead to the discovery
18 of admissible evidence.

19     17.   MGA objects to the Requests on the grounds that they are
20 harassing, oppressive and unduly burdensome. Mattel has already propounded 667
21 requests for documents and things to MGA, MGA Entertainment (HK) Limited and
22 Isaac Larian ("the MGA Parties"), in response to which the MGA Parties have
23 already produced approximately 3.4 million pages. MGA is, however, willing to
24 meet and confer regarding the additional 88 requests propounded in Mattel's Third
25 Set of Requests for Documents and Things to MGA.

26

27

28

EXHIBIT __45__

PAGE __243__

10

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1           **SPECIFIC RESPONSES AND OBJECTIONS**

2       Without waiving or departing from its General Response and General

3 Objections and specifically incorporating its General Response and General

4 Objections into each of the Specific Supplemental Responses below, MGA makes

5 the following specific responses to the Requests:

6 REQUEST FOR PRODUCTION NO. 1:

7       A sample of each doll, product or other matter that, whether in whole or in

8 part, YOU have alleged or contended INFRINGES BRATZ in any THIRD-PARTY

9 LAWSUIT, including without limitation in the BRATZ LAWSUITS.

10 RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

11       MGA incorporates by reference its General Response and General Objections

12 above, as though fully set forth herein and specifically incorporates General

13 Objection No. 15 (regarding Definitions), including without limitation MGA's

14 objection to the definition of the terms BRATZ, BRATZ LAWSUITS, INFRINGES

15 and THIRD-PARTY LAWSUIT.  MGA further objects to the request to the extent it

16 seeks the production of documents that are protected from disclosure under any

17 applicable privilege, doctrine or immunity, including without limitation the attorney-

18 client privilege, the work product doctrine, the right of privacy, and all other

19 privileges recognized under the constitutional, statutory or decisional law of the

20 United States of America, the State of California or any other applicable jurisdiction.

21 MGA further objects to this request on the grounds that it is overly broad and unduly

22 burdensome in that it seeks tangible items not relevant to the claims or defenses in

23 this action and not reasonably calculated to lead to the discovery of admissible

24 evidence.  Mattel has not demonstrated how samples of each doll, product or other

25 matter alleged or contended to have INFRINGE[D] BRATZ in any THIRD-PARTY

26 LAWSUIT could be relevant to the claims and defenses in this action.  The request is

27 not limited to the subject matter of this action and is thus impermissibly overbroad.

28

1 REFER OR RELATE TO renders the request vague, ambiguous, overly broad and
2 unduly burdensome. MGA further objects to the request to the extent that it seeks
3 documents not in MGA's possession, custody or control. MGA further objects to the
4 request to the extent it seeks confidential, proprietary or commercially sensitive
5 information, the disclosure of which would be inimical to the business interests of
6 MGA. Such information may also be subject to protective orders governing other
7 litigations thereby precluding disclosure in response to this request.

8 MGA further objects to this request as cumulative, duplicative, and unduly
9 burdensome to the extent that it seeks documents previously requested by Mattel or
10 produced by MGA in response to Mattel's document requests, including, but not
11 limited to: Request No. 168 from Mattel's First Set of Requests for Documents and
12 Things to Isaac Larian.

13 REQUEST FOR PRODUCTION NO. 43:

14 All DOCUMENTS that REFER OR RELATE TO when and under what
15 circumstances SCOOTER SAMANTHA was first conceived of, including without
16 limitation all such DOCUMENTS that identify the PERSON who conceived of
17 SCOOTER SAMANTHA.

18 RESPONSE TO REQUEST FOR PRODUCTION NO. 43:

19 MGA incorporates by reference its General Response and General Objections
20 above, as though fully set forth herein and specifically incorporates General
21 Objection No. 15 (regarding Definitions), including without limitation MGA's
22 objection to the definition of the terms SCOOTER SAMANTHA and REFER OR
23 RELATE TO. MGA further objects to the request to the extent it seeks the
24 production of documents that are protected from disclosure under any applicable
25 privilege, doctrine or immunity, including without limitation the attorney-client
26 privilege, the work product doctrine, the right of privacy, and all other privileges
27 recognized under the constitutional, statutory or decisional law of the United States

28

EXHIBIT 45
PAGE 245

1  of America, the State of California or any other applicable jurisdiction. MGA further

2  objects to this request on the grounds that it is vague and ambiguous in its use of the

3  phrase "first conceived of." MGA further objects to this request on the grounds that

4  it is overly broad and unduly burdensome in that it seeks documents not relevant to

5  the claims or defenses in this action and not reasonably calculated to lead to the

6  discovery of admissible evidence. Mattel has not demonstrated how all

7  DOCUMENTS that REFER OR RELATE TO when and under what circumstances

8  SCOOTER SAMANTHA was "first conceived of" could be relevant to the claims

9  and defenses in this action. The request is not limited to the subject matter of this

10  action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22

11  Order at 21:5-7; see also Magistrate Judge Infante's April 19, 2007 Order ("April 19

12  Order") at 5:26-7:5 (discovery request overbroad where complaint does not even

13  reference the product). MGA further objects to this request as being overly broad

14  and unduly burdensome on the grounds that it is not limited in time. MGA further

15  objects to this request on the grounds that the terms SCOOTER SAMANTHA and

16  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

17  unduly burdensome. MGA further objects to the request to the extent that it seeks

18  documents that by reason of public filing, public distribution or otherwise are already

19  in Mattel's possession or are readily accessible to Mattel. MGA further objects to

20  the request to the extent that it seeks documents not in MGA's possession, custody or

21  control. MGA further objects to the request to the extent it seeks confidential,

22  proprietary or commercially sensitive information, the disclosure of which would be

23  inimical to the business interests of MGA.

24      MGA further objects to this request as cumulative, duplicative, and unduly

25  burdensome to the extent that it seeks documents previously requested by Mattel or

26  produced by MGA in response to Mattel's document requests, including, but not

27  limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

28

81

EXHIBIT 45

PAGE 290

1 Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

2 and Request No. 229 from Mattel's First Set of Requests for Documents and Things

3 to Isaac Larian.

4 REQUEST FOR PRODUCTION NO. 44:

5     All DOCUMENTS that REFER OR RELATE TO the conception, creation,

6 design, development, sculpting, tooling, production and manufacture of SCOOTER

7 SAMANTHA.

8 RESPONSE TO REQUEST FOR PRODUCTION NO. 44:

9     MGA incorporates by reference its General Response and General Objections

10 above, as though fully set forth herein and specifically incorporates General

11 Objection No. 15 (regarding Definitions), including without limitation MGA's

12 objection to the definition of the terms SCOOTER SAMANTHA and REFER OR

13 RELATE TO. MGA further objects to the request to the extent it seeks the

14 production of documents that are protected from disclosure under any applicable

15 privilege, doctrine or immunity, including without limitation the attorney-client

16 privilege, the work product doctrine, the right of privacy, and all other privileges

17 recognized under the constitutional, statutory or decisional law of the United States

18 of America, the State of California or any other applicable jurisdiction. MGA further

19 objects to the phrase "conception, creation, design, development, sculpting, tooling,

20 production and manufacture" as vague and ambiguous. MGA further objects to this

21 request on the grounds that it is overly broad and unduly burdensome in that it seeks

22 documents not relevant to the claims or defenses in this action and not reasonably

23 calculated to lead to the discovery of admissible evidence. Mattel has not

24 demonstrated how all DOCUMENTS that REFER OR RELATE TO "the conception,

25 creation, design, development, sculpting, tooling, production and manufacture of

26 SCOOTER SAMANTHA" could be relevant to the claims and defenses in this

27 action. The request is not limited to the subject matter of this action and is thus

28

EXHIBIT 4/5

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

297

1  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7;
2  see also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint
3  does not even reference the product).  MGA further objects to this request as being
4  overly broad and unduly burdensome on the grounds that it is not limited in time.
5  MGA further objects to this request on the grounds that the terms SCOOTER
6  SAMANTHA and REFER OR RELATE TO renders the request vague, ambiguous,
7  overly broad and unduly burdensome.  MGA further objects to the request to the
8  extent that it seeks documents that by reason of public filing, public distribution or
9  otherwise are already in Mattel's possession or are readily accessible to Mattel.
10  MGA further objects to the request to the extent that it seeks documents not in
11  MGA's possession, custody or control.  MGA further objects to the request to the
12  extent it seeks confidential, proprietary or commercially sensitive information, the
13  disclosure of which would be inimical to the business interests of MGA.

14        MGA further objects to this request as cumulative, duplicative, and unduly
15  burdensome to the extent that it seeks documents previously requested by Mattel or
16  produced by MGA in response to Mattel's document requests, including, but not
17  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for
18  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,
19  and Request No. 229 from Mattel's First Set of Requests for Documents and Things
20  to Isaac Larian.

21  REQUEST FOR PRODUCTION NO. 45:

22        A sample of each doll or other product that, whether in whole or in part, has
23  been sold as or under the name SCOOTER SAMANTHA or as part of the
24  SCOOTER SAMANTHA line.

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 45:

26        MGA incorporates by reference its General Response and General Objections
27  above, as though fully set forth herein and specifically incorporates General

28

83

EXHIBIT ___45___

PAGE ___298___

1  Objection No. 15 (regarding Definitions), including without limitation MGA's
2  objection to the definition of the term SCOOTER SAMANTHA. MGA further
3  objects to the request to the extent it seeks the production of tangible items that are
4  protected from disclosure under any applicable privilege, doctrine or immunity,
5  including without limitation the attorney-client privilege, the work product doctrine,
6  the right of privacy, and all other privileges recognized under the constitutional,
7  statutory or decisional law of the United States of America, the State of California or
8  any other applicable jurisdiction. MGA further objects to this request on the grounds
9  that it is overly broad and unduly burdensome in that it seeks tangible items not
10 relevant to the claims or defenses in this action and not reasonably calculated to lead
11 to the discovery of admissible evidence. Mattel has not demonstrated how samples
12 of each doll or other product that has been sold under the name SCOOTER
13 SAMANTHA or as part of the SCOOTER SAMANTHA line could be relevant to
14 the claims and defenses in this action. The request is not limited to the subject
15 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
16 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery
17 request overbroad where complaint does not even reference the product). MGA
18 further objects to this request as being overly broad and unduly burdensome on the
19 grounds that it is not limited in time or geographic scope. MGA further objects to
20 this request on the grounds that the terms SCOOTER SAMANTHA and REFER OR
21 RELATE TO renders the request vague, ambiguous, overly broad and unduly
22 burdensome. MGA further objects to the request to the extent that it seeks
23 documents that by reason of public filing, public distribution or otherwise are already
24 in Mattel's possession or are readily accessible to Mattel. MGA further objects to
25 the request to the extent that it seeks documents not in MGA's possession, custody or
26 control. MGA further objects to the request to the extent it seeks confidential,
27
28

EXHIBIT  45
PAGE  299

84

1 proprietary or commercially sensitive information, the disclosure of which would be

2 inimical to the business interests of MGA.

3      MGA further objects to this request as cumulative, duplicative, and unduly

4 burdensome to the extent that it seeks documents previously requested by Mattel or

5 produced by MGA in response to Mattel's document requests, including, but not

6 limited to: Request Nos. 184, 185, 215, and 217 from Mattel's First Set of Requests

7 for Documents and Things to Isaac Larian.

8 REQUEST FOR PRODUCTION NO. 46:

9      All prototypes, models, samples and tangible items that REFER OR RELATE

10 TO SCOOTER SAMANTHA.

11 RESPONSE TO REQUEST FOR PRODUCTION NO. 46:

12      MGA incorporates by reference its General Response and General Objections

13 above, as though fully set forth herein and specifically incorporates General

14 Objection No. 15 (regarding Definitions), including without limitation MGA's

15 objection to the definition of the terms REFER OR RELATE TO SCOOTER

16 SAMANTHA. MGA further objects to the request to the extent it seeks the

17 production of tangible items that are protected from disclosure under any applicable

18 privilege, doctrine or immunity, including without limitation the attorney-client

19 privilege, the work product doctrine, the right of privacy, and all other privileges

20 recognized under the constitutional, statutory or decisional law of the United States

21 of America, the State of California or any other applicable jurisdiction. MGA further

22 objects to this request on the grounds that it is overly broad and unduly burdensome

23 in that it seeks tangible items not relevant to the claims or defenses in this action and

24 not reasonably calculated to lead to the discovery of admissible evidence. Mattel has

25 not demonstrated how all prototypes, models, samples and tangible items that

26 REFER OR RELATE TO SCOOTER SAMANTHA line could be relevant to the

27 claims and defenses in this action. The request is not limited to the subject matter of

28

EXHIBIT **45**

PAGE **300**

1 | this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May
2 | 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad
3 | where complaint does not even reference the product). MGA further objects to this
4 | request as being overly broad and unduly burdensome on the grounds that it is not
5 | limited in time or geographic scope. MGA further objects to this request on the
6 | grounds that the terms SCOOTER SAMANTHA and REFER OR RELATE TO
7 | renders the request vague, ambiguous, overly broad and unduly burdensome. MGA
8 | further objects to the phrase "prototypes, models, samples and tangible items" as
9 | vague and ambiguous. MGA further objects to the request to the extent that it seeks
10 | documents not in MGA's possession, custody or control. MGA further objects to the
11 | request to the extent it seeks confidential, proprietary or commercially sensitive
12 | information, the disclosure of which would be inimical to the business interests of
13 | MGA.

14 | MGA further objects to this request as cumulative, duplicative, and unduly
15 | burdensome to the extent that it seeks documents previously requested by Mattel or
16 | produced by MGA in response to Mattel's document requests, including, but not
17 | limited to: Request Nos. 184, 185, 215, and 217 from Mattel's First Set of Requests
18 | for Documents and Things to Isaac Larian.

19 | REQUEST FOR PRODUCTION NO. 47:

20 | All prototypes, models, samples and tangible items that REFER OR RELATE
21 | TO SCOOTER SHANNEN.

22 | RESPONSE TO REQUEST FOR PRODUCTION NO. 47:

23 | MGA incorporates by reference its General Response and General Objections
24 | above, as though fully set forth herein and specifically incorporates General
25 | Objection No. 15 (regarding Definitions), including without limitation MGA's
26 | objection to the definition of the terms REFER OR RELATE TO SCOOTER
27 | SHANNEN. MGA further objects to the request to the extent it seeks the production
28 |

EXHIBIT 45

PAGE 301

1  of tangible items that are protected from disclosure under any applicable privilege,
2  doctrine or immunity, including without limitation the attorney-client privilege, the
3  work product doctrine, the right of privacy, and all other privileges recognized under
4  the constitutional, statutory or decisional law of the United States of America, the
5  State of California or any other applicable jurisdiction. MGA further objects to this
6  request on the grounds that it is overly broad and unduly burdensome in that it seeks
7  tangible items not relevant to the claims or defenses in this action and not reasonably
8  calculated to lead to the discovery of admissible evidence. Mattel has not
9  demonstrated how all prototypes, models, samples and tangible items that REFER
10 OR RELATE TO SAMANTHA SHANNEN line could be relevant to the claims and
11 defenses in this action. The request is not limited to the subject matter of this action
12 and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order
13 at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where
14 complaint does not even reference the product). MGA further objects to this request
15 as being overly broad and unduly burdensome on the grounds that it is not limited in
16 time or geographic scope. MGA further objects to this request on the grounds that
17 the terms SCOOTER SHANNEN and REFER OR RELATE TO renders the request
18 vague, ambiguous, overly broad and unduly burdensome. MGA further objects to
19 the phrase "prototypes, models, samples and tangible items" as vague and ambiguous.
20 MGA further objects to the request to the extent that it seeks documents not in
21 MGA's possession, custody or control. MGA further objects to the request to the
22 extent it seeks confidential, proprietary or commercially sensitive information, the
23 disclosure of which would be inimical to the business interests of MGA.

24     MGA further objects to this request as cumulative, duplicative, and unduly
25 burdensome to the extent that it seeks documents previously requested by Mattel or
26 produced by MGA in response to Mattel's document requests, including, but not

27
28

EXHIBIT 45
PAGE 302

1 | limited to:  Request Nos. 184-185, 215, and 217 from Mattel's First Set of Requests
2 | for Documents and Things to Isaac Larian.

3 | REQUEST FOR PRODUCTION NO. 48:

4 |      All DOCUMENTS that REFER OR RELATE TO SCOOTER SAMANTHA
5 | as it was first presented to YOU.

6 | RESPONSE TO REQUEST FOR PRODUCTION NO. 48:

7 |      MGA incorporates by reference its General Response and General Objections
8 | above, as though fully set forth herein and specifically incorporates General
9 | Objection No. 15 (regarding Definitions), including without limitation MGA's
10 | objection to the definition of the terms SCOOTER SAMANTHA and REFER OR
11 | RELATE TO.  MGA further objects to the request to the extent it seeks the
12 | production of documents that are protected from disclosure under any applicable
13 | privilege, doctrine or immunity, including without limitation the attorney-client
14 | privilege, the work product doctrine, the right of privacy, and all other privileges
15 | recognized under the constitutional, statutory or decisional law of the United States
16 | of America, the State of California or any other applicable jurisdiction.  MGA further
17 | objects to this request on the grounds that it is overly broad and unduly burdensome
18 | in that it seeks documents not relevant to the claims or defenses in this action and not
19 | reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not
20 | demonstrated how all DOCUMENTS that REFER OR RELATE TO SCOOTER
21 | SAMANTHA "as it was first presented to" MGA could be relevant to the claims and
22 | defenses in this action.  The request is not limited to the subject matter of this action
23 | and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order
24 | at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where
25 | complaint does not even reference the product).  MGA further objects to this request
26 | as being overly broad and unduly burdensome on the grounds that it is not limited in
27 | time.  MGA further objects to this request on the grounds that the terms SCOOTER
28 |

EXHIBIT __4/5__

__303__

1  SAMANTHA and REFER OR RELATE TO renders the request vague, ambiguous,

2  overly broad and unduly burdensome.  MGA further objects to the phrase "as it was

3  first presented" as vague and ambiguous.  MGA further objects to the request to the

4  extent that it seeks documents that by reason of public filing, public distribution or

5  otherwise are already in Mattel's possession or are readily accessible to Mattel.

6  MGA further objects to the request to the extent that it seeks documents not in

7  MGA's possession, custody or control.  MGA further objects to the request to the

8  extent it seeks confidential, proprietary or commercially sensitive information, the

9  disclosure of which would be inimical to the business interests of MGA.

10      MGA further objects to this request as cumulative, duplicative, and unduly

11  burdensome to the extent that it seeks documents previously requested by Mattel or

12  produced by MGA in response to Mattel's document requests, including, but not

13  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

14  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

15  and Request No. 229 from Mattel's First Set of Requests for Documents and Things

16  to Isaac Larian.

17  REQUEST FOR PRODUCTION NO. 49:

18      All DOCUMENTS that REFER OR RELATE TO SCOOTER SAMANTHA

19  prior to January 1, 2002.

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 49:

21      MGA incorporates by reference its General Response and General Objections

22  above, as though fully set forth herein and specifically incorporates General

23  Objection No. 15 (regarding Definitions), including without limitation MGA's

24  objection to the definition of the terms SCOOTER SAMANTHA and REFER OR

25  RELATE TO.  MGA further objects to the request to the extent it seeks the

26  production of documents that are protected from disclosure under any applicable

27  privilege, doctrine or immunity, including without limitation the attorney-client

28

EXHIBIT ___45___

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION PAGE ___304___

1  privilege, the work product doctrine, the right of privacy, and all other privileges
2  recognized under the constitutional, statutory or decisional law of the United States
3  of America, the State of California or any other applicable jurisdiction. MGA further
4  objects to this request on the grounds that it is overly broad and unduly burdensome
5  in that it seeks documents not relevant to the claims or defenses in this action and not
6  reasonably calculated to lead to the discovery of admissible evidence. Mattel has not
7  demonstrated how all DOCUMENTS that REFER OR RELATE TO SCOOTER
8  SAMANTHA could be relevant to the claims and defenses in this action. The
9  request is not limited to the subject matter of this action and is thus impermissibly
10 overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19
11 Order at 5:26-7:5 (discovery request overbroad where complaint does not even
12 reference the product). MGA further objects to this request on the grounds that the
13 terms SCOOTER SAMANTHA and REFER OR RELATE TO renders the request
14 vague, ambiguous, overly broad and unduly burdensome. MGA further objects to
15 the request to the extent that it seeks documents that by reason of public filing,
16 public distribution or otherwise are already in Mattel's possession or are readily
17 accessible to Mattel. MGA further objects to the request to the extent that it seeks
18 documents not in MGA's possession, custody or control. MGA further objects to the
19 request to the extent it seeks confidential, proprietary or commercially sensitive
20 information, the disclosure of which would be inimical to the business interests of
21 MGA.

22      MGA further objects to this request as cumulative, duplicative, and unduly
23 burdensome to the extent that it seeks documents previously requested by Mattel or
24 produced by MGA in response to Mattel's document requests, including, but not
25 limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for
26 Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,
27
28

EXHIBIT 45
PAGE 305

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1 | and Request No. 229 from Mattel's First Set of Requests for Documents and Things
2 | to Isaac Larian.

3 | REQUEST FOR PRODUCTION NO. 50:

4 | All DOCUMENTS that REFER OR RELATE TO SCOOTER SHANNEN
5 | and REFER OR RELATE TO the time period prior to January 1, 2002 (regardless of
6 | when such DOCUMENT was created, drafted, generated, sent, received or
7 | transmitted).

8 | RESPONSE TO REQUEST FOR PRODUCTION NO. 50:

9 | MGA incorporates by reference its General Response and General Objections
10 | above, as though fully set forth herein and specifically incorporates General
11 | Objection No. 15 (regarding Definitions), including without limitation MGA's
12 | objection to the definition of the terms SCOOTER SAMANTHA and REFER OR
13 | RELATE TO. MGA further objects to the request to the extent it seeks the
14 | production of documents that are protected from disclosure under any applicable
15 | privilege, doctrine or immunity, including without limitation the attorney-client
16 | privilege, the work product doctrine, the right of privacy, and all other privileges
17 | recognized under the constitutional, statutory or decisional law of the United States
18 | of America, the State of California or any other applicable jurisdiction. MGA further
19 | objects to this request on the grounds that it is overly broad and unduly burdensome
20 | in that it seeks documents not relevant to the claims or defenses in this action and not
21 | reasonably calculated to lead to the discovery of admissible evidence. Mattel has not
22 | demonstrated how all DOCUMENTS that REFER OR RELATE TO SCOOTER
23 | SAMANTHA and REFER OR RELATE to the time period prior to January 1, 2002
24 | could be relevant to the claims and defenses in this action. The request is not limited
25 | to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13
26 | Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5
27 | (discovery request overbroad where complaint does not even reference the product).
28 |

EXHIBIT __45__

PAGE __306__

91

1 MGA further objects to this request on the grounds that the terms SCOOTER
2 SAMANTHA and REFER OR RELATE TO renders the request vague, ambiguous,
3 overly broad and unduly burdensome. MGA further objects to the request to the
4 extent that it seeks documents that by reason of public filing, public distribution or
5 otherwise are already in Mattel's possession or are readily accessible to Mattel.
6 MGA further objects to the request to the extent that it seeks documents not in
7 MGA's possession, custody or control. MGA further objects to the request to the
8 extent it seeks confidential, proprietary or commercially sensitive information, the
9 disclosure of which would be inimical to the business interests of MGA.

10       MGA further objects to this request as cumulative, duplicative, and unduly
11 burdensome to the extent that it seeks documents responsive to Request No. 49, and
12 previously requested by Mattel or produced by MGA in response to Mattel's
13 document requests, including, but not limited to: Request Nos. 5 and 39 from Mattel,
14 Inc.'s First Set of Requests for Documents and Things re Claims of Unfair
15 Competition to MGA Entertainment, Inc., and Request No. 229 from Mattel's First
16 Set of Requests for Documents and Things to Isaac Larian.

17 REQUEST FOR PRODUCTION NO. 51:

18       All DOCUMENTS that REFER OR RELATE TO Paula Garcia's work in
19 connection with or role in SCOOTER SAMANTHA.

20 RESPONSE TO REQUEST FOR PRODUCTION NO. 51:

21       MGA incorporates by reference its General Response and General Objections
22 above, as though fully set forth herein and specifically incorporates General
23 Objection No. 15 (regarding Definitions), including without limitation MGA's
24 objection to the definition of the terms SCOOTER SAMANTHA and REFER OR
25 RELATE TO. MGA further objects to the request to the extent it seeks the
26 production of documents that are protected from disclosure under any applicable
27 privilege, doctrine or immunity, including without limitation the attorney-client
28

EXHIBIT 45

PAGE 307

92

1 | privilege, the work product doctrine, the right of privacy, and all other privileges
2 | recognized under the constitutional, statutory or decisional law of the United States
3 | of America, the State of California or any other applicable jurisdiction. MGA further
4 | objects to this request on the grounds that it is overly broad and unduly burdensome
5 | in that it seeks documents not relevant to the claims or defenses in this action and not
6 | reasonably calculated to lead to the discovery of admissible evidence. Mattel has not
7 | demonstrated how all DOCUMENTS that REFER OR RELATE TO Paula Garcia's
8 | work in connection with or role in SCOOTER SAMANTHA could be relevant to the
9 | claims and defenses in this action. The request is not limited to the subject matter of
10 | this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May
11 | 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad
12 | where complaint does not even reference the product). MGA further objects to this
13 | request as being overly broad and unduly burdensome on the grounds that it is not
14 | limited in time. MGA further objects to this request on the grounds that the terms
15 | SCOOTER SAMANTHA and REFER OR RELATE TO renders the request vague,
16 | ambiguous, overly broad and unduly burdensome. MGA further objects to the
17 | phrase "work in connection with or role in" as vague and ambiguous. MGA further
18 | objects to the request to the extent that it seeks documents not in MGA's possession,
19 | custody or control. MGA further objects to the request to the extent it seeks
20 | confidential, proprietary or commercially sensitive information, the disclosure of
21 | which would be inimical to the business interests of MGA.

22 | MGA further objects to this request as cumulative, duplicative, and unduly
23 | burdensome to the extent that it seeks documents previously requested by Mattel or
24 | produced by MGA in response to Mattel's document requests, including, but not
25 | limited to: Request No. 168 from Mattel's First Set of Requests for Documents and
26 | Things to Isaac Larian.

EXHIBIT _45_

PAGE _308_

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1 | REQUEST FOR PRODUCTION NO. 52:

2 |     All DOCUMENTS that REFER OR RELATE TO Isaac Larian's work in

3 | connection with or role in SCOOTER SAMANTHA.

4 | RESPONSE TO REQUEST FOR PRODUCTION NO. 52:

5 |     MGA incorporates by reference its General Response and General Objections

6 | above, as though fully set forth herein and specifically incorporates General

7 | Objection No. 15 (regarding Definitions), including without limitation MGA's

8 | objection to the definition of the terms SCOOTER SAMANTHA and REFER OR

9 | RELATE TO. MGA further objects to the request to the extent it seeks the

10 | production of documents that are protected from disclosure under any applicable

11 | privilege, doctrine or immunity, including without limitation the attorney-client

12 | privilege, the work product doctrine, the right of privacy, and all other privileges

13 | recognized under the constitutional, statutory or decisional law of the United States

14 | of America, the State of California or any other applicable jurisdiction. MGA further

15 | objects to this request on the grounds that it is overly broad and unduly burdensome

16 | in that it seeks documents not relevant to the claims or defenses in this action and not

17 | reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

18 | demonstrated how all DOCUMENTS that REFER OR RELATE TO Isaac Larian's

19 | work in connection with or role in SCOOTER SAMANTHA could be relevant to the

20 | claims and defenses in this action. The request is not limited to the subject matter of

21 | this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

22 | 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad

23 | where complaint does not even reference the product). MGA further objects to this

24 | request as being overly broad and unduly burdensome on the grounds that it is not

25 | limited in time. MGA further objects to this request on the grounds that the terms

26 | SCOOTER SAMANTHA and REFER OR RELATE TO renders the request vague,

27 | ambiguous, overly broad and unduly burdensome. MGA further objects to the

28 |

EXHIBIT 45

PAGE 309

1 | phrase "work in connection with or role in" as vague and ambiguous. MGA further
2 | objects to the request to the extent that it seeks documents not in MGA's possession,
3 | custody or control. MGA further objects to the request to the extent it seeks
4 | confidential, proprietary or commercially sensitive information, the disclosure of
5 | which would be inimical to the business interests of MGA. MGA further objects to
6 | this request as cumulative, duplicative, and unduly burdensome to the extent that it
7 | seeks documents previously requested by Mattel or produced by MGA in response to
8 | Mattel's document requests.
9 | REQUEST FOR PRODUCTION NO. 53:
10 |    DOCUMENTS sufficient to show the first manufacture date of each and every
11 | SCOOTER SAMANTHA product.
12 | RESPONSE TO REQUEST FOR PRODUCTION NO. 53:
13 |    MGA incorporates by reference its General Response and General Objections
14 | above, as though fully set forth herein and specifically incorporates General
15 | Objection No. 15 (regarding Definitions), including without limitation MGA's
16 | objection to the definition of the term SCOOTER SAMANTHA. MGA further
17 | objects to the request to the extent it seeks the production of documents that are
18 | protected from disclosure under any applicable privilege, doctrine or immunity,
19 | including without limitation the attorney-client privilege, the work product doctrine,
20 | the right of privacy, and all other privileges recognized under the constitutional,
21 | statutory or decisional law of the United States of America, the State of California or
22 | any other applicable jurisdiction. MGA further objects to the phrase "sufficient to
23 | show" as vague and ambiguous. MGA further objects to this request on the grounds
24 | that it is overly broad and unduly burdensome in that it seeks documents not relevant
25 | to the claims or defenses in this action and not reasonably calculated to lead to the
26 | discovery of admissible evidence. Mattel has not demonstrated how DOCUMENTS
27 | "sufficient to show" the first manufacture date of each and every SCOOTER
28 |

EXHIBIT 45

95

PAGE 310

1 SAMANTHA product could be relevant to the claims and defenses in this action.
2 The request is not limited to the subject matter of this action and is thus
3 impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see
4 also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint does
5 not even reference the product). MGA further objects to this request on the grounds
6 that the term SCOOTER SAMANTHA renders the request vague, ambiguous, overly
7 broad and unduly burdensome. MGA further objects to this request as being overly
8 broad and unduly burdensome on the grounds that it is not limited in geographic
9 scope. MGA further objects to the request to the extent that it seeks documents that
10 by reason of public filing, public distribution or otherwise are already in Mattel's
11 possession or are readily accessible to Mattel. MGA further objects to the request to
12 the extent that it seeks documents not in MGA's possession, custody or control.
13 MGA further objects to the request to the extent it seeks confidential, proprietary or
14 commercially sensitive information, the disclosure of which would be inimical to the
15 business interests of MGA.

16 　　　　MGA further objects to this request as cumulative, duplicative, and unduly
17 burdensome to the extent that it seeks documents previously requested by Mattel or
18 produced by MGA in response to Mattel's document requests, including, but not
19 limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for
20 Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,
21 and Request No. 229 from Mattel's First Set of Requests for Documents and Things
22 to Isaac Larian.

23 REQUEST FOR PRODUCTION NO. 54:

24 　　　　DOCUMENTS sufficient to show the first ship date of each and every
25 SCOOTER SAMANTHA product.

26

27

28

EXHIBIT __45__

PAGE __31__

96

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 54:

2 |     MGA incorporates by reference its General Response and General Objections
3 | above, as though fully set forth herein and specifically incorporates General
4 | Objection No. 15 (regarding Definitions), including without limitation MGA's
5 | objection to the definition of the term SCOOTER SAMANTHA. MGA further
6 | objects to the request to the extent it seeks the production of documents that are
7 | protected from disclosure under any applicable privilege, doctrine or immunity,
8 | including without limitation the attorney-client privilege, the work product doctrine,
9 | the right of privacy, and all other privileges recognized under the constitutional,
10 | statutory or decisional law of the United States of America, the State of California or
11 | any other applicable jurisdiction. MGA further objects to the phrase "sufficient to
12 | show" as vague and ambiguous. MGA further objects to this request on the grounds
13 | that it is overly broad and unduly burdensome in that it seeks documents not relevant
14 | to the claims or defenses in this action and not reasonably calculated to lead to the
15 | discovery of admissible evidence. Mattel has not demonstrated how DOCUMENTS
16 | "sufficient to show" the first ship date of each and every SCOOTER SAMANTHA
17 | product could be relevant to the claims and defenses in this action.  The request is
18 | not limited to the subject matter of this action and is thus impermissibly overbroad.
19 | See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at
20 | 5:26-7:5 (discovery request overbroad where complaint does not even reference the
21 | product). MGA further objects to this request as being overly broad and unduly
22 | burdensome on the grounds that it is not limited in geographic scope.  MGA further
23 | objects to this request on the grounds that the term SCOOTER SAMANTHA renders
24 | the request vague, ambiguous, overly broad and unduly burdensome.  MGA further
25 | objects to the request to the extent that it seeks documents that by reason of public
26 | filing, public distribution or otherwise are already in Mattel's possession or are
27 | readily accessible to Mattel. MGA further objects to the request to the extent that it

28 |

EXHIBIT 45
PAGE 312

1 seeks documents not in MGA's possession, custody or control. MGA further objects

2 to the request to the extent it seeks confidential, proprietary or commercially

3 sensitive information, the disclosure of which would be inimical to the business

4 interests of MGA. Such information may also be subject to protective orders

5 governing other litigations thereby precluding disclosure in response to this request.

6 MGA further objects to the request to the extent it violates the privacy rights of third

7 parties to their private, confidential, proprietary or trade secret information.

8      MGA further objects to this request as cumulative, duplicative, and unduly

9 burdensome to the extent that it seeks documents previously requested by Mattel or

10 produced by MGA in response to Mattel's document requests, including, but not

11 limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

12 Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

13 and Request No. 229 from Mattel's First Set of Requests for Documents and Things

14 to Isaac Larian.

15 REQUEST FOR PRODUCTION NO. 55:

16      DOCUMENTS sufficient to show YOUR revenues from SCOOTER

17 SAMANTHA.

18 RESPONSE TO REQUEST FOR PRODUCTION NO. 55:

19      MGA incorporates by reference its General Response and General Objections

20 above, as though fully set forth herein and specifically incorporates General

21 Objection No. 15 (regarding Definitions), including without limitation MGA's

22 objection to the definition of the term SCOOTER SAMANTHA. MGA further

23 objects to the request to the extent it seeks the production of documents that are

24 protected from disclosure under any applicable privilege, doctrine or immunity,

25 including without limitation the attorney-client privilege, the work product doctrine,

26 the right of privacy, and all other privileges recognized under the constitutional,

27 statutory or decisional law of the United States of America, the State of California or

28

EXHIBIT 45

313

1   any other applicable jurisdiction. MGA further objects to the phrase "sufficient to
2   show" as vague and ambiguous. MGA further objects to this request on the grounds
3   that it is overly broad and unduly burdensome in that it seeks documents not relevant
4   to the claims or defenses in this action and not reasonably calculated to lead to the
5   discovery of admissible evidence. Mattel has not demonstrated how DOCUMENTS
6   "sufficient to show" MGA's revenues from SCOOTER SAMANTHA could be
7   relevant to the claims and defenses in this action. The request is not limited to the
8   subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order
9   at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery
10  request overbroad where complaint does not even reference the product). MGA
11  further objects to this request as being overly broad and unduly burdensome on the
12  grounds that it is not limited in time or geographic scope. MGA further objects to
13  this request on the grounds that the term SCOOTER SAMANTHA renders the
14  request vague, ambiguous, overly broad and unduly burdensome. MGA further
15  objects to the request to the extent it seeks confidential, proprietary or commercially
16  sensitive information, the disclosure of which would be inimical to the business
17  interests of MGA.

18       MGA further objects to this request as cumulative, duplicative, and unduly
19  burdensome to the extent that it seeks documents previously requested by Mattel or
20  produced by MGA in response to Mattel's document requests, including, but not
21  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for
22  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,
23  and Request No. 229 from Mattel's First Set of Requests for Documents and Things
24  to Isaac Larian.

25  REQUEST FOR PRODUCTION NO. 56:

26       All DOCUMENTS that REFER OR RELATE TO when and under what
27  circumstances SPACE BABES was first conceived of, including without limitation
28

EXHIBIT 45

314

1 │ all such DOCUMENTS that identify the PERSON who conceived of SPACE

2 │ BABES.

3 │ RESPONSE TO REQUEST FOR PRODUCTION NO. 56:

4 │     MGA incorporates by reference its General Response and General Objections

5 │ above, as though fully set forth herein and specifically incorporates General

6 │ Objection No. 15 (regarding Definitions), including without limitation MGA's

7 │ objection to the definition of the terms SPACE BABES and REFER OR RELATE

8 │ TO. MGA further objects to the request to the extent it seeks the production of

9 │ documents that are protected from disclosure under any applicable privilege, doctrine

10 │ or immunity, including without limitation the attorney-client privilege, the work

11 │ product doctrine, the right of privacy, and all other privileges recognized under the

12 │ constitutional, statutory or decisional law of the United States of America, the State

13 │ of California or any other applicable jurisdiction. MGA further objects to the phrase

14 │ "first conceived of" as vague and ambiguous. MGA further objects to this request on

15 │ the grounds that it is overly broad and unduly burdensome in that it seeks documents

16 │ not relevant to the claims or defenses in this action and not reasonably calculated to

17 │ lead to the discovery of admissible evidence. Mattel has not demonstrated how all

18 │ DOCUMENTS that REFER OR RELATE TO when and under what circumstances

19 │ SPACE BABES was first conceived of could be relevant to the claims and defenses

20 │ in this action. The request is not limited to the subject matter of this action and is

21 │ thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-

22 │ 7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint

23 │ does not even reference the product). MGA further objects to this request as being

24 │ overly broad and unduly burdensome on the grounds that it is not limited in time.

25 │ MGA further objects to this request on the grounds that the terms SPACE BABES

26 │ and REFER OR RELATE TO renders the request vague, ambiguous, overly broad

27 │ and unduly burdensome. MGA further objects to the request to the extent that it

28 │

EXHIBIT 45

PAGE 315

1  seeks documents that by reason of public filing, public distribution or otherwise are
2  already in Mattel's possession or are readily accessible to Mattel.  MGA further
3  objects to the request to the extent that it seeks documents not in MGA's possession,
4  custody or control.  MGA further objects to the request to the extent it seeks
5  confidential, proprietary or commercially sensitive information, the disclosure of
6  which would be inimical to the business interests of MGA.

7       MGA further objects to this request as cumulative, duplicative, and unduly
8  burdensome to the extent that it seeks documents previously requested by Mattel or
9  produced by MGA in response to Mattel's document requests, including, but not
10 limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for
11 Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,
12 and Request No. 229 from Mattel's First Set of Requests for Documents and Things
13 to Isaac Larian.

14 REQUEST FOR PRODUCTION NO. 57:

15      All DOCUMENTS that REFER OR RELATE TO the conception, creation,
16 design, development, sculpting, tooling, production and manufacture of SPACE
17 BABES.

18 RESPONSE TO REQUEST FOR PRODUCTION NO. 57:

19      MGA incorporates by reference its General Response and General Objections
20 above, as though fully set forth herein and specifically incorporates General
21 Objection No. 15 (regarding Definitions), including without limitation MGA's
22 objection to the definition of the terms SPACE BABES and REFER OR RELATE
23 TO.  MGA further objects to the request to the extent it seeks the production of
24 documents that are protected from disclosure under any applicable privilege, doctrine
25 or immunity, including without limitation the attorney-client privilege, the work
26 product doctrine, the right of privacy, and all other privileges recognized under the
27 constitutional, statutory or decisional law of the United States of America, the State

28

EXHIBIT __45__

PAGE __316__

1  of California or any other applicable jurisdiction. MGA further objects to this
2  request on the grounds that it is overly broad and unduly burdensome in that it seeks
3  documents not relevant to the claims or defenses in this action and not reasonably
4  calculated to lead to the discovery of admissible evidence. Mattel has not
5  demonstrated how all DOCUMENTS that REFER OR RELATE TO "the conception,
6  creation, design, development, sculpting, tooling, production and manufacture of
7  SPACE BABES" could be relevant to the claims and defenses in this action. The
8  request is not limited to the subject matter of this action and is thus impermissibly
9  overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19
10 Order at 5:26-7:5 (discovery request overbroad where complaint does not even
11 reference the product). MGA further objects to this request as being overly broad
12 and unduly burdensome on the grounds that it is not limited in time. MGA further
13 objects to this request on the grounds that the terms SPACE BABES and REFER OR
14 RELATE TO renders the request vague, ambiguous, overly broad and unduly
15 burdensome. MGA further objects to the phrase "conception, creation, design,
16 development, sculpting, tooling, production and manufacture" as vague and
17 ambiguous. MGA further objects to the request to the extent that it seeks documents
18 that by reason of public filing, public distribution or otherwise are already in
19 Mattel's possession or are readily accessible to Mattel. MGA further objects to the
20 request to the extent that it seeks documents not in MGA's possession, custody or
21 control. MGA further objects to the request to the extent it seeks confidential,
22 proprietary or commercially sensitive information, the disclosure of which would be
23 inimical to the business interests of MGA.

24      MGA further objects to this request as cumulative, duplicative, and unduly
25 burdensome to the extent that it seeks documents previously requested by Mattel or
26 produced by MGA in response to Mattel's document requests, including, but not
27 limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

28

EXHIBIT 45

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

317

1 Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,

2 and Request No. 229 from Mattel's First Set of Requests for Documents and Things

3 to Isaac Larian.

4 REQUEST FOR PRODUCTION NO. 58:

5     A sample of each doll or other product that, whether in whole or in part, has

6 been sold as or under the name SPACE BABES or as part of the SPACE BABES

7 line.

8 RESPONSE TO REQUEST FOR PRODUCTION NO. 58:

9     MGA incorporates by reference its General Response and General Objections

10 above, as though fully set forth herein and specifically incorporates General

11 Objection No. 15 (regarding Definitions), including without limitation MGA's

12 objection to the definition of the term SPACE BABES. MGA further objects to the

13 request to the extent it seeks the production of tangible items that are protected from

14 disclosure under any applicable privilege, doctrine or immunity, including without

15 limitation the attorney-client privilege, the work product doctrine, the right of

16 privacy, and all other privileges recognized under the constitutional, statutory or

17 decisional law of the United States of America, the State of California or any other

18 applicable jurisdiction. MGA further objects to this request on the grounds that it is

19 overly broad and unduly burdensome in that it seeks tangible items not relevant to

20 the claims or defenses in this action and not reasonably calculated to lead to the

21 discovery of admissible evidence. Mattel has not demonstrated how samples of each

22 doll or other product that has been sold under the name SPACE BABES or as part of

23 the SPACE BABES line could be relevant to the claims and defenses in this action.

24 The request is not limited to the subject matter of this action and is thus

25 impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7;

26 see also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint

27 does not even reference the product). MGA further objects to this request as being

28

EXHIBIT 45

PAGE 318

1 overly broad and unduly burdensome on the grounds that it is not limited in time or
2 geographic scope. MGA further objects to this request on the grounds that the terms
3 SPACE BABES and REFER OR RELATE TO renders the request vague,
4 ambiguous, overly broad and unduly burdensome. MGA further objects to the
5 request to the extent that it seeks documents that by reason of public filing, public
6 distribution or otherwise are already in Mattel's possession or are readily accessible
7 to Mattel. MGA further objects to the request to the extent that it seeks documents
8 not in MGA's possession, custody or control. MGA further objects to the request to
9 the extent it seeks confidential, proprietary or commercially sensitive information,
10 the disclosure of which would be inimical to the business interests of MGA.

11 MGA further objects to this request as cumulative, duplicative, and unduly
12 burdensome to the extent that it seeks documents previously requested by Mattel or
13 produced by MGA in response to Mattel's document requests, including, but not
14 limited to: Request Nos. 184, 185, 215, and 217 from Mattel's First Set of Requests
15 for Documents and Things to Isaac Larian.

16 REQUEST FOR PRODUCTION NO. 59:

17 All prototypes, models, samples and tangible items that REFER OR RELATE
18 TO SPACE BABES.

19 RESPONSE TO REQUEST FOR PRODUCTION NO. 59:

20 MGA incorporates by reference its General Response and General Objections
21 above, as though fully set forth herein and specifically incorporates General
22 Objection No. 15 (regarding Definitions), including without limitation MGA's
23 objection to the definition of the terms REFER OR RELATE TO SPACE BABES.
24 MGA further objects to the request to the extent it seeks the production of tangible
25 items that are protected from disclosure under any applicable privilege, doctrine or
26 immunity, including without limitation the attorney-client privilege, the work
27 product doctrine, the right of privacy, and all other privileges recognized under the

28

EXHIBIT __45__

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

PAGE __319__

1  constitutional, statutory or decisional law of the United States of America, the State
2  of California or any other applicable jurisdiction.  MGA further objects to this
3  request on the grounds that it is overly broad and unduly burdensome in that it seeks
4  tangible items not relevant to the claims or defenses in this action and not reasonably
5  calculated to lead to the discovery of admissible evidence.  Mattel has not
6  demonstrated how all prototypes, models, samples and tangible items that REFER
7  OR RELATE TO SPACE BABES  line could be relevant to the claims and defenses
8  in this action.  The request is not limited to the subject matter of this action and is
9  thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-
10 7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint
11 does not even reference the product).  MGA further objects to this request as being
12 overly broad and unduly burdensome on the grounds that it is not limited in time or
13 geographic scope.  MGA further objects to this request on the grounds that the terms
14 SPACE BABES and REFER OR RELATE TO renders the request vague,
15 ambiguous, overly broad and unduly burdensome.  MGA further objects to the
16 phrase "prototypes, models, samples and tangible items" as vague and ambiguous.
17 MGA further objects to the request to the extent that it seeks documents not in
18 MGA's possession, custody or control.  MGA further objects to the request to the
19 extent it seeks confidential, proprietary or commercially sensitive information, the
20 disclosure of which would be inimical to the business interests of MGA.

21     MGA further objects to this request as cumulative, duplicative, and unduly
22 burdensome to the extent that it seeks documents previously requested by Mattel or
23 produced by MGA in response to Mattel's document requests, including, but not
24 limited to:  Request Nos. 184, 185, 215, and 217 from Mattel's First Set of Requests
25 for Documents and Things to Isaac Larian.

26

27

28

EXHIBIT  45

PAGE  320

1 REQUEST FOR PRODUCTION NO. 60:

2     All DOCUMENTS that REFER OR RELATE TO SPACE BABES as it was

3 first presented to YOU.

4 RESPONSE TO REQUEST FOR PRODUCTION NO. 60:

5     MGA incorporates by reference its General Response and General Objections

6 above, as though fully set forth herein and specifically incorporates General

7 Objection No. 15 (regarding Definitions), including without limitation MGA's

8 objection to the definition of the terms SPACE BABES and REFER OR RELATE

9 TO. MGA further objects to the request to the extent it seeks the production of

10 documents that are protected from disclosure under any applicable privilege, doctrine

11 or immunity, including without limitation the attorney-client privilege, the work

12 product doctrine, the right of privacy, and all other privileges recognized under the

13 constitutional, statutory or decisional law of the United States of America, the State

14 of California or any other applicable jurisdiction. MGA further objects to this

15 request on the grounds that it is overly broad and unduly burdensome in that it seeks

16 documents not relevant to the claims or defenses in this action and not reasonably

17 calculated to lead to the discovery of admissible evidence. Mattel has not

18 demonstrated how all DOCUMENTS that REFER OR RELATE TO SPACE

19 BABES "as it was first presented to" MGA could be relevant to the claims and

20 defenses in this action. The request is not limited to the subject matter of this action

21 and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

22 at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad where

23 complaint does not even reference the product). MGA further objects to this request

24 on the grounds that the terms SPACE BABES and REFER OR RELATE TO renders

25 the request vague, ambiguous, overly broad and unduly burdensome. MGA further

26 objects to the phrase "as it was first presented" as vague and ambiguous. MGA

27 further objects to the request to the extent that it seeks documents not in MGA's

28

106

EXHIBIT 45

PAGE 321

1  possession, custody or control.  MGA further objects to the request to the extent it
2  seeks confidential, proprietary or commercially sensitive information, the disclosure
3  of which would be inimical to the business interests of MGA.

4       MGA further objects to this request as cumulative, duplicative, and unduly
5  burdensome to the extent that it seeks documents previously requested by Mattel or
6  produced by MGA in response to Mattel's document requests, including, but not
7  limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for
8  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,
9  and Request No. 229 from Mattel's First Set of Requests for Documents and Things
10 to Isaac Larian.

11 REQUEST FOR PRODUCTION NO. 61:

12      All DOCUMENTS that REFER OR RELATE TO SPACE BABES prior to
13 January 1, 2005.

14 RESPONSE TO REQUEST FOR PRODUCTION NO. 61:

15      MGA incorporates by reference its General Response and General Objections
16 above, as though fully set forth herein and specifically incorporates General
17 Objection No. 15 (regarding Definitions), including without limitation MGA's
18 objection to the definition of the terms SPACE BABES and REFER OR RELATE
19 TO.  MGA further objects to the request to the extent it seeks the production of
20 documents that are protected from disclosure under any applicable privilege, doctrine
21 or immunity, including without limitation the attorney-client privilege, the work
22 product doctrine, the right of privacy, and all other privileges recognized under the
23 constitutional, statutory or decisional law of the United States of America, the State
24 of California or any other applicable jurisdiction.  MGA further objects to this
25 request on the grounds that it is overly broad and unduly burdensome in that it seeks
26 documents not relevant to the claims or defenses in this action and not reasonably
27 calculated to lead to the discovery of admissible evidence.  Mattel has not

28

EXHIBIT 45

322

1  demonstrated how all DOCUMENTS that REFER OR RELATE TO SPACE
2  BABES prior to January 1, 2005 could be relevant to the claims and defenses in this
3  action. The request is not limited to the subject matter of this action and is thus
4  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7;
5  see also April 19 Order at 5:26-7:5 (discovery request overbroad where complaint
6  does not even reference the product). MGA further objects to this request on the
7  grounds that the terms SPACE BABES and REFER OR RELATE TO renders the
8  request vague, ambiguous, overly broad and unduly burdensome. MGA further
9  objects to the request to the extent that it seeks documents that by reason of public
10  filing, public distribution or otherwise are already in Mattel's possession or are
11  readily accessible to Mattel. MGA further objects to the request to the extent that it
12  seeks documents not in MGA's possession, custody or control. MGA further objects
13  to the request to the extent it seeks confidential, proprietary or commercially
14  sensitive information, the disclosure of which would be inimical to the business
15  interests of MGA.

16      MGA further objects to this request as cumulative, duplicative, and unduly
17  burdensome to the extent that it seeks documents previously requested by Mattel or
18  produced by MGA in response to Mattel's document requests, including, but not
19  limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for
20  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,
21  and Request No. 229 from Mattel's First Set of Requests for Documents and Things
22  to Isaac Larian.

23  REQUEST FOR PRODUCTION NO. 62:

24      All DOCUMENTS that REFER OR RELATE TO Paula Garcia's work in
25  connection with or role in SPACE BABES.

26
27
28

EXHIBIT __45__

PAGE __323__

108
MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 62:

2       MGA incorporates by reference its General Response and General Objections
3  above, as though fully set forth herein and specifically incorporates General
4  Objection No. 15 (regarding Definitions), including without limitation MGA's
5  objection to the definition of the terms SPACE BABES and REFER OR RELATE
6  TO. MGA further objects to the request to the extent it seeks the production of
7  documents that are protected from disclosure under any applicable privilege, doctrine
8  or immunity, including without limitation the attorney-client privilege, the work
9  product doctrine, the right of privacy, and all other privileges recognized under the
10 constitutional, statutory or decisional law of the United States of America, the State
11 of California or any other applicable jurisdiction. MGA further objects to this
12 request on the grounds that it is overly broad and unduly burdensome in that it seeks
13 documents not relevant to the claims or defenses in this action and not reasonably
14 calculated to lead to the discovery of admissible evidence. Mattel has not
15 demonstrated how all DOCUMENTS that REFER OR RELATE TO Paula Garcia's
16 work in connection with or role in SPACE BABES could be relevant to the claims
17 and defenses in this action. The request is not limited to the subject matter of this
18 action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22
19 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad
20 where complaint does not even reference the product). MGA further objects to this
21 request as being overly broad and unduly burdensome on the grounds that it is not
22 limited in time. MGA further objects to this request on the grounds that the terms
23 SPACE BABES and REFER OR RELATE TO renders the request vague,
24 ambiguous, overly broad and unduly burdensome. MGA further objects to the
25 phrase "work in connection with or role in" as vague and ambiguous. MGA further
26 objects to the request to the extent that it seeks documents not in MGA's possession,
27 custody or control. MGA further objects to the request to the extent it seeks

28

EXHIBIT  4/5

PAGE  324

1 | confidential, proprietary or commercially sensitive information, the disclosure of
2 | which would be inimical to the business interests of MGA.

3 |      MGA further objects to this request as cumulative, duplicative, and unduly
4 | burdensome to the extent that it seeks documents previously requested by Mattel or
5 | produced by MGA in response to Mattel's document requests, including, but not
6 | limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for
7 | Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,
8 | and Request No. 229 from Mattel's First Set of Requests for Documents and Things
9 | to Isaac Larian.

10 | REQUEST FOR PRODUCTION NO. 63:

11 |      All DESIGNS conceived of, made, produced or created, whether in whole or
12 | in part, by Scot Reyes in connection with SPACE BABES.

13 | RESPONSE TO REQUEST FOR PRODUCTION NO. 63:

14 |      MGA incorporates by reference its General Response and General Objections
15 | above, as though fully set forth herein and specifically incorporates General
16 | Objection No. 15 (regarding Definitions), including without limitation MGA's
17 | objection to the definition of the terms DESIGNS and SPACE BABES. MGA
18 | further objects to the request to the extent it seeks the production of documents that
19 | are protected from disclosure under any applicable privilege, doctrine or immunity,
20 | including without limitation the attorney-client privilege, the work product doctrine,
21 | the right of privacy, and all other privileges recognized under the constitutional,
22 | statutory or decisional law of the United States of America, the State of California or
23 | any other applicable jurisdiction. MGA further objects to this request on the grounds
24 | that it is overly broad and unduly burdensome in that it seeks documents not relevant
25 | to the claims or defenses in this action and not reasonably calculated to lead to the
26 | discovery of admissible evidence. Mattel has not demonstrated how all DESIGNS
27 | conceived of, made, produced or created by Scot Reyes in connection with SPACE

28 |

EXHIBIT 45

PAGE 325

1  BABES could be relevant to the claims and defenses in this action. The request is
2  not limited to the subject matter of this action and is thus impermissibly overbroad.
3  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at
4  5:26-7:5 (discovery request overbroad where complaint does not even reference the
5  product). MGA further objects to this request as being overly broad and unduly
6  burdensome on the grounds that it is not limited in time. MGA further objects to this
7  request on the grounds that the terms DESIGN and SPACE BABES render the
8  request vague, ambiguous, overly broad and unduly burdensome. MGA further
9  objects to the phrase "conceived of, made, produced or created" as vague and
10 ambiguous. MGA further objects to the request to the extent that it seeks documents
11 not in MGA's possession, custody or control. MGA further objects to the request to
12 the extent it seeks confidential, proprietary or commercially sensitive information,
13 the disclosure of which would be inimical to the business interests of MGA.

14      MGA further objects to this request as cumulative, duplicative, and unduly
15 burdensome to the extent that it seeks documents previously requested by Mattel or
16 produced by MGA in response to Mattel's document requests, including, but not
17 limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for
18 Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

19 REQUEST FOR PRODUCTION NO. 64:

20      All DOCUMENTS that REFER OR RELATE TO DESIGNS conceived of,
21 made, produced or created, whether in whole or in part, by Scot Reyes in connection
22 with SPACE BABES.

23 RESPONSE TO REQUEST FOR PRODUCTION NO. 64:

24      MGA incorporates by reference its General Response and General Objections
25 above, as though fully set forth herein and specifically incorporates General
26 Objection No. 15 (regarding Definitions), including without limitation MGA's
27 objection to the definition of the terms DESIGN, SPACE BABES and REFER OR
28

EXHIBIT 45
PAGE 326

1  RELATE TO. MGA further objects to the request to the extent it seeks the

2  production of documents that are protected from disclosure under any applicable

3  privilege, doctrine or immunity, including without limitation the attorney-client

4  privilege, the work product doctrine, the right of privacy, and all other privileges

5  recognized under the constitutional, statutory or decisional law of the United States

6  of America, the State of California or any other applicable jurisdiction. MGA further

7  objects to this request on the grounds that it is overly broad and unduly burdensome

8  in that it seeks documents not relevant to the claims or defenses in this action and not

9  reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

10  demonstrated how all DOCUMENTS that REFER OR RELATE TO DESIGNS

11  "conceived of, made, produced or created" by Scot Reyes in connection with SPACE

12  BABES could be relevant to the claims and defenses in this action. The request is

13  not limited to the subject matter of this action and is thus impermissibly overbroad.

14  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at

15  5:26-7:5 (discovery request overbroad where complaint does not even reference the

16  product). MGA further objects to this request as being overly broad and unduly

17  burdensome on the grounds that it is not limited in time. MGA further objects to this

18  request on the grounds that the terms DESIGN, SPACE BABES and REFER OR

19  RELATE TO renders the request vague, ambiguous, overly broad and unduly

20  burdensome. MGA further objects to the phrase "conceived of, made, produced or

21  created" as vague and ambiguous. MGA further objects to the request to the extent

22  that it seeks documents not in MGA's possession, custody or control. MGA further

23  objects to the request to the extent it seeks confidential, proprietary or commercially

24  sensitive information, the disclosure of which would be inimical to the business

25  interests of MGA.

26  MGA further objects to this request as cumulative, duplicative, and unduly

27  burdensome to the extent that it seeks documents previously requested by Mattel or

28

1  produced by MGA in response to Mattel's document requests, including, but not

2  limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

3  Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

4  REQUEST FOR PRODUCTION NO. 65:

5      All DOCUMENTS that REFER OR RELATE TO Scot Reyes' work in

6  connection with or role in SPACE BABES.

7  RESPONSE TO REQUEST FOR PRODUCTION NO. 65:

8      MGA incorporates by reference its General Response and General Objections

9  above, as though fully set forth herein and specifically incorporates General

10  Objection No. 15 (regarding Definitions), including without limitation MGA's

11  objection to the definition of the terms SPACE BABES and REFER OR RELATE

12  TO. MGA further objects to the request to the extent it seeks the production of

13  documents that are protected from disclosure under any applicable privilege, doctrine

14  or immunity, including without limitation the attorney-client privilege, the work

15  product doctrine, the right of privacy, and all other privileges recognized under the

16  constitutional, statutory or decisional law of the United States of America, the State

17  of California or any other applicable jurisdiction. MGA further objects to this

18  request on the grounds that it is overly broad and unduly burdensome in that it seeks

19  documents not relevant to the claims or defenses in this action and not reasonably

20  calculated to lead to the discovery of admissible evidence. Mattel has not

21  demonstrated how all DOCUMENTS that REFER OR RELATE TO Scot Reyes'

22  work in connection with or role in SPACE BABES could be relevant to the claims

23  and defenses in this action. The request is not limited to the subject matter of this

24  action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22

25  Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad

26  where complaint does not even reference the product). MGA further objects to this

27  request as being overly broad and unduly burdensome on the grounds that it is not

28

EXHIBIT 45

328

1 | limited in time.  MGA further objects to this request on the grounds that the terms
2 | SPACE BABES and REFER OR RELATE TO renders the request vague,
3 | ambiguous, overly broad and unduly burdensome.  MGA further objects to the
4 | phrase "work in connection with or role in" as vague and ambiguous.  MGA further
5 | objects to the request to the extent that it seeks documents not in MGA's possession,
6 | custody or control.  MGA further objects to the request to the extent it seeks
7 | confidential, proprietary or commercially sensitive information, the disclosure of
8 | which would be inimical to the business interests of MGA.

9 |      MGA further objects to this request as cumulative, duplicative, and unduly
10 | burdensome to the extent that it seeks documents previously requested by Mattel or
11 | produced by MGA in response to Mattel's document requests, including, but not
12 | limited to:  Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for
13 | Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.
14 | REQUEST FOR PRODUCTION NO. 66:

15 |      All actual or proposed contracts and agreements between YOU and Scot
16 | Reyes that REFER OR RELATE TO SPACE BABES, including without limitation
17 | all drafts thereof.
18 | RESPONSE TO REQUEST FOR PRODUCTION NO. 66:

19 |      MGA incorporates by reference its General Response and General Objections
20 | above, as though fully set forth herein and specifically incorporates General
21 | Objection No. 15 (regarding Definitions), including without limitation MGA's
22 | objection to the definition of the terms SPACE BABES and REFER OR RELATE
23 | TO.  MGA further objects to the request to the extent it seeks the production of
24 | documents that are protected from disclosure under any applicable privilege, doctrine
25 | or immunity, including without limitation the attorney-client privilege, the work
26 | product doctrine, the right of privacy, and all other privileges recognized under the
27 | constitutional, statutory or decisional law of the United States of America, the State
28 |

1 | of California or any other applicable jurisdiction. MGA further objects to this
2 | request on the grounds that it is overly broad and unduly burdensome in that it seeks
3 | documents not relevant to the claims or defenses in this action and not reasonably
4 | calculated to lead to the discovery of admissible evidence. Mattel has not
5 | demonstrated how all actual or proposed contracts and agreements between MGA
6 | and Scot Reyes that REFER OR RELATE TO SPACE BABES could be relevant to
7 | the claims and defenses in this action. The request is not limited to the subject
8 | matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
9 | 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery
10 | request overbroad where complaint does not even reference the product). MGA
11 | further objects to this request as being overly broad and unduly burdensome on the
12 | grounds that it is not limited in time. MGA further objects to this request on the
13 | grounds that the terms SPACE BABES and REFER OR RELATE TO renders the
14 | request vague, ambiguous, overly broad and unduly burdensome. MGA further
15 | objects to the request to the extent that it seeks documents not in MGA's possession,
16 | custody or control. MGA further objects to the request to the extent it seeks
17 | confidential, proprietary or commercially sensitive information, the disclosure of
18 | which would be inimical to the business interests of MGA. MGA further objects to
19 | the request to the extent it seeks information the disclosure of which would implicate
20 | the rights of third parties to protect private, confidential, proprietary or trade secret
21 | information. MGA further objects to this request as cumulative, duplicative, and
22 | unduly burdensome to the extent that it seeks documents previously requested by
23 | Mattel or produced by MGA in response to Mattel's document requests.
24 | REQUEST FOR PRODUCTION NO. 67:
25 | All DOCUMENTS that REFER OR RELATE TO payments by YOU to Scot
26 | Reyes for or in connection with SPACE BABES.
27 |
28 |

EXHIBIT 45

PAGE 330

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 67:

2       MGA incorporates by reference its General Response and General Objections
3  above, as though fully set forth herein and specifically incorporates General
4  Objection No. 15 (regarding Definitions), including without limitation MGA's
5  objection to the definition of the terms REFER OR RELATE TO and SPACE
6  BABES. MGA further objects to the request to the extent it seeks the production of
7  documents that are protected from disclosure under any applicable privilege, doctrine
8  or immunity, including without limitation the attorney-client privilege, the work
9  product doctrine, the right of privacy, and all other privileges recognized under the
10  constitutional, statutory or decisional law of the United States of America, the State
11  of California or any other applicable jurisdiction. MGA further objects to this
12  request on the grounds that it is overly broad and unduly burdensome in that it seeks
13  documents not relevant to the claims or defenses in this action and not reasonably
14  calculated to lead to the discovery of admissible evidence. Mattel has not
15  demonstrated how all DOCUMENTS that REFER OR RELATE TO payments made
16  by MGA to Scot Reyes in connection with SPACE BABES could be relevant to the
17  claims and defenses in this action. The request is not limited to the subject matter of
18  this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May
19  22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad
20  where complaint does not even reference the product). MGA further objects to this
21  request as being overly broad and unduly burdensome on the grounds that it is not
22  limited in time. MGA further objects to this request on the grounds that the terms
23  REFER OR RELATE TO and SPACE BABES render the request vague, ambiguous,
24  overly broad and unduly burdensome. MGA further objects to the request to the
25  extent it seeks confidential, proprietary or commercially sensitive information, the
26  disclosure of which would be inimical to the business interests of MGA. Such
27  information may also be subject to protective orders governing other litigations

28

116

EXHIBIT  45

1 thereby precluding disclosure in response to this request. MGA further objects to the
2 request to the extent it violates the privacy rights of third parties to their private,
3 confidential, proprietary or trade secret information.

4      MGA further objects to this request as cumulative, duplicative, and unduly
5 burdensome to the extent that it seeks documents requested pursuant to Request No.
6 68 or previously requested by Mattel or produced by MGA in response to Mattel's
7 document requests.

8 REQUEST FOR PRODUCTION NO. 68:

9      All DOCUMENTS that REFER OR RELATE TO payments by YOU to Scot
10 Reyes.

11 RESPONSE TO REQUEST FOR PRODUCTION NO. 68:

12      MGA incorporates by reference its General Response and General Objections
13 above, as though fully set forth herein and specifically incorporates General
14 Objection No. 15 (regarding Definitions), including without limitation MGA's
15 objection to the definition of the term REFER OR RELATE TO. MGA further
16 objects to the request to the extent it seeks the production of documents that are
17 protected from disclosure under any applicable privilege, doctrine or immunity,
18 including without limitation the attorney-client privilege, the work product doctrine,
19 the right of privacy, and all other privileges recognized under the constitutional,
20 statutory or decisional law of the United States of America, the State of California or
21 any other applicable jurisdiction. MGA further objects to this request on the grounds
22 that it is overly broad and unduly burdensome in that it seeks documents not relevant
23 to the claims or defenses in this action and not reasonably calculated to lead to the
24 discovery of admissible evidence. Mattel has not demonstrated how all
25 DOCUMENTS that REFER OR RELATE TO payments made by MGA to Scot
26 Reyes could be relevant to the claims and defenses in this action. The request is not
27 limited to the subject matter of this action and is thus impermissibly overbroad. See
28

EXHIBIT 45

332

1 Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this
2 request as being overly broad and unduly burdensome on the grounds that it is not
3 limited in time. MGA further objects to this request on the grounds that the term
4 REFER OR RELATE TO renders the request vague, ambiguous, overly broad and
5 unduly burdensome. MGA further objects to the request to the extent it seeks
6 confidential, proprietary or commercially sensitive information, the disclosure of
7 which would be inimical to the business interests of MGA. MGA further objects to
8 the request to the extent it violates the privacy rights of third parties to their private,
9 confidential, proprietary or trade secret information.

10      MGA further objects to this request as cumulative, duplicative, and unduly
11 burdensome to the extent that it seeks documents requested pursuant to Request No.
12 67 or previously requested by Mattel or produced by MGA in response to Mattel's
13 document requests.

14 REQUEST FOR PRODUCTION NO. 69:

15      All DOCUMENTS that REFER OR RELATE TO Isaac Larian's work in
16 connection with or role in SPACE BABES.

17 RESPONSE TO REQUEST FOR PRODUCTION NO. 69:

18      MGA incorporates by reference its General Response and General Objections
19 above, as though fully set forth herein and specifically incorporates General
20 Objection No. 15 (regarding Definitions), including without limitation MGA's
21 objection to the definition of the terms SPACE BABES and REFER OR RELATE
22 TO. MGA further objects to the request to the extent it seeks the production of
23 documents that are protected from disclosure under any applicable privilege, doctrine
24 or immunity, including without limitation the attorney-client privilege, the work
25 product doctrine, the right of privacy, and all other privileges recognized under the
26 constitutional, statutory or decisional law of the United States of America, the State
27 of California or any other applicable jurisdiction. MGA further objects to this

28

EXHIBIT 45
PAGE 333

1  request on the grounds that the terms SPACE BABES and REFER OR RELATE TO
2  renders the request vague, ambiguous, overly broad and unduly burdensome. MGA
3  further objects to the phrase "work in connection with or role in" as vague and
4  ambiguous. MGA further objects to this request on the grounds that it is overly
5  broad and unduly burdensome in that it seeks documents not relevant to the claims or
6  defenses in this action and not reasonably calculated to lead to the discovery of
7  admissible evidence. Mattel has not demonstrated how all DOCUMENTS that
8  REFER OR RELATE TO Isaac Larian's work in connection with or role in SPACE
9  BABES could be relevant to the claims and defenses in this action. The request is
10 not limited to the subject matter of this action and is thus impermissibly overbroad.
11 See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at
12 5:26-7:5 (discovery request overbroad where complaint does not even reference the
13 product). MGA further objects to this request as being overly broad and unduly
14 burdensome on the grounds that it is not limited in time. MGA further objects to the
15 request to the extent it seeks confidential, proprietary or commercially sensitive
16 information, the disclosure of which would be inimical to the business interests of
17 MGA. MGA further objects to this request as cumulative, duplicative, and unduly
18 burdensome to the extent that it seeks documents previously requested by Mattel or
19 produced by MGA in response to Mattel's document requests.

20 REQUEST FOR PRODUCTION NO. 70:

21      DOCUMENTS sufficient to show the first manufacture date of each and every
22 SPACE BABES product.

23 RESPONSE TO REQUEST FOR PRODUCTION NO. 70:

24      MGA incorporates by reference its General Response and General Objections
25 above, as though fully set forth herein and specifically incorporates General
26 Objection No. 15 (regarding Definitions), including without limitation MGA's
27 objection to the definition of the term SPACE BABES. MGA further objects to the

28

EXHIBIT 45
PAGE 334

1  request to the extent it seeks the production of documents that are protected from
2  disclosure under any applicable privilege, doctrine or immunity, including without
3  limitation the attorney-client privilege, the work product doctrine, the right of
4  privacy, and all other privileges recognized under the constitutional, statutory or
5  decisional law of the United States of America, the State of California or any other
6  applicable jurisdiction. MGA further objects to the phrase "sufficient to show" as
7  vague and ambiguous. MGA further objects to this request on the grounds that it is
8  overly broad and unduly burdensome in that it seeks documents not relevant to the
9  claims or defenses in this action and not reasonably calculated to lead to the
10  discovery of admissible evidence. Mattel has not demonstrated how DOCUMENTS
11  "sufficient to show" the first manufacture date of each and every SPACE BABES
12  product could be relevant to the claims and defenses in this action. The request is
13  not limited to the subject matter of this action and is thus impermissibly overbroad.
14  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at
15  5:26-7:5 (discovery request overbroad where complaint does not even reference the
16  product). MGA further objects to this request as being overly broad and unduly
17  burdensome on the grounds that it is not limited in time or geographic scope. MGA
18  further objects to this request on the grounds that the term SPACE BABES renders
19  the request vague, ambiguous, overly broad and unduly burdensome. MGA further
20  objects to the request to the extent that it seeks documents that by reason of public
21  filing, public distribution or otherwise are already in Mattel's possession or are
22  readily accessible to Mattel. MGA further objects to the request to the extent that it
23  seeks documents not in MGA's possession, custody or control. MGA further objects
24  to the request to the extent it seeks confidential, proprietary or commercially
25  sensitive information, the disclosure of which would be inimical to the business
26  interests of MGA.
27
28

EXHIBIT 45

PAGE 335

120

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1    MGA further objects to this request as cumulative, duplicative, and unduly
2 burdensome to the extent that it seeks documents previously requested by Mattel or
3 produced by MGA in response to Mattel's document requests, including, but not
4 limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for
5 Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.
6 REQUEST FOR PRODUCTION NO. 71:
7    DOCUMENTS sufficient to show the first ship date of each and every SPACE
8 BABES product.
9 RESPONSE TO REQUEST FOR PRODUCTION NO. 71:
10    MGA incorporates by reference its General Response and General Objections
11 above, as though fully set forth herein and specifically incorporates General
12 Objection No. 15 (regarding Definitions), including without limitation MGA's
13 objection to the definition of the term SPACE BABES. MGA further objects to the
14 request to the extent it seeks the production of documents that are protected from
15 disclosure under any applicable privilege, doctrine or immunity, including without
16 limitation the attorney-client privilege, the work product doctrine, the right of
17 privacy, and all other privileges recognized under the constitutional, statutory or
18 decisional law of the United States of America, the State of California or any other
19 applicable jurisdiction. MGA further objects to the phrase "sufficient to show" as
20 vague and ambiguous. MGA further objects to this request on the grounds that it is
21 overly broad and unduly burdensome in that it seeks documents not relevant to the
22 claims or defenses in this action and not reasonably calculated to lead to the
23 discovery of admissible evidence. Mattel has not demonstrated how DOCUMENTS
24 "sufficient to show" the first ship date of each and every SPACE BABES product
25 could be relevant to the claims and defenses in this action. The request is not limited
26 to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13
27 Order at 9:17-20; May 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5
28

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

EXHIBIT 45
PAGE 336

1   (discovery request overbroad where complaint does not even reference the product).

2   MGA further objects to this request as being overly broad and unduly burdensome

3   on the grounds that it is not limited in time or geographic scope. MGA further

4   objects to this request on the grounds that the term SPACE BABES renders the

5   request vague, ambiguous, overly broad and unduly burdensome. MGA further

6   objects to the request to the extent that it seeks documents that by reason of public

7   filing, public distribution or otherwise are already in Mattel's possession or are

8   readily accessible to Mattel. MGA further objects to the request to the extent that it

9   seeks documents not in MGA's possession, custody or control. MGA further objects

10   to the request to the extent it seeks confidential, proprietary or commercially

11   sensitive information, the disclosure of which would be inimical to the business

12   interests of MGA.

13       MGA further objects to this request as cumulative, duplicative, and unduly

14   burdensome to the extent that it seeks documents previously requested by Mattel or

15   produced by MGA in response to Mattel's document requests, including, but not

16   limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for

17   Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.

18   REQUEST FOR PRODUCTION NO. 72:

19       DOCUMENTS sufficient to show YOUR revenues from SPACE BABES.

20   RESPONSE TO REQUEST FOR PRODUCTION NO. 72:

21       MGA incorporates by reference its General Response and General Objections

22   above, as though fully set forth herein and specifically incorporates General

23   Objection No. 15 (regarding Definitions), including without limitation MGA's

24   objection to the definition of the term SPACE BABES. MGA further objects to the

25   request to the extent it seeks the production of documents that are protected from

26   disclosure under any applicable privilege, doctrine or immunity, including without

27   limitation the attorney-client privilege, the work product doctrine, the right of

28

EXHIBIT 45

PAGE 337

1 | privacy, and all other privileges recognized under the constitutional, statutory or
2 | decisional law of the United States of America, the State of California or any other
3 | applicable jurisdiction. MGA further objects to the phrase "sufficient to show" as
4 | vague and ambiguous. MGA further objects to this request on the grounds that it is
5 | overly broad and unduly burdensome in that it seeks documents not relevant to the
6 | claims or defenses in this action and not reasonably calculated to lead to the
7 | discovery of admissible evidence. Mattel has not demonstrated how DOCUMENTS
8 | "sufficient to show" MGA's revenues from SPACE BABES could be relevant to the
9 | claims and defenses in this action. The request is not limited to the subject matter of
10 | this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May
11 | 22 Order at 21:5-7; see also April 19 Order at 5:26-7:5 (discovery request overbroad
12 | where complaint does not even reference the product). MGA further objects to this
13 | request as being overly broad and unduly burdensome on the grounds that it is not
14 | limited in time or geographic scope. MGA further objects to this request on the
15 | grounds that the term SPACE BABES renders the request vague, ambiguous, overly
16 | broad and unduly burdensome. MGA further objects to the request to the extent it
17 | seeks confidential, proprietary or commercially sensitive information, the disclosure
18 | of which would be inimical to the business interests of MGA. Such information may
19 | also be subject to protective orders governing other litigations thereby precluding
20 | disclosure in response to this request.

21 | MGA further objects to this request as cumulative, duplicative, and unduly
22 | burdensome to the extent that it seeks documents previously requested by Mattel or
23 | produced by MGA in response to Mattel's document requests, including, but not
24 | limited to: Request Nos. 5 and 39 from Mattel, Inc.'s First Set of Requests for
25 | Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.
26 |
27 |
28 |

EXHIBIT __45__

PAGE __338__

123

1 | REQUEST FOR PRODUCTION NO. 73:

2 |     All DOCUMENTS that REFER OR RELATE TO any DESIGN offered,

3 | submitted, pitched, assigned or transferred by Scot Reyes to YOU, acquired or

4 | purchased by, or assigned to, YOU from Scot Reyes, requested or solicited by YOU

5 | from Scot Reyes or made, created, produced or conceived of, whether in whole or in

6 | party, by Scot Reyes on YOUR behalf.

7 | RESPONSE TO REQUEST FOR PRODUCTION NO. 73:

8 |     MGA incorporates by reference its General Response and General Objections

9 | above, as though fully set forth herein and specifically incorporates General

10 | Objection No. 15 (regarding Definitions), including without limitation MGA's

11 | objection to the definition of the terms DESIGN and REFER OR RELATE TO.

12 | MGA further objects to the request to the extent it seeks the production of documents

13 | that are protected from disclosure under any applicable privilege, doctrine or

14 | immunity, including without limitation the attorney-client privilege, the work

15 | product doctrine, the right of privacy, and all other privileges recognized under the

16 | constitutional, statutory or decisional law of the United States of America, the State

17 | of California or any other applicable jurisdiction. MGA further objects to this

18 | request on the grounds that the terms DESIGN, and REFER OR RELATE TO

19 | renders the request vague, ambiguous, overly broad and unduly burdensome. MGA

20 | further objects to the phrase "offered, submitted, pitched, assigned or transferred by

21 | Scot Reyes to MGA, acquired or purchased by or assigned to MGA from Scot Reyes,

22 | requested or solicited by MGA from Scot Reyes or made, created, produced or

23 | conceived of by Scot Reyes" as vague and ambiguous. MGA further objects to this

24 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

25 | documents not relevant to the claims or defenses in this action and not reasonably

26 | calculated to lead to the discovery of admissible evidence. Mattel has not

27 | demonstrated how all DOCUMENTS that REFER OR RELATE TO any DESIGN

28 |

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

EXHIBIT 45
PAGE 334

1  offered, submitted, pitched, assigned or transferred by Scot Reyes to MGA, acquired
2  or purchased by or assigned to MGA from Scot Reyes, requested or solicited by
3  MGA from Scot Reyes or made, created, produced or conceived of by Scot Reyes on
4  behalf of MGA could be relevant to the claims and defenses in this action. The
5  request is not limited to the subject matter of this action and is thus impermissibly
6  overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further
7  objects to this request as being overly broad and unduly burdensome on the grounds
8  that it is not limited in time. MGA further objects to the request to the extent it seeks
9  confidential, proprietary or commercially sensitive information, the disclosure of
10  which would be inimical to the business interests of MGA. MGA further objects to
11  this request as cumulative, duplicative, and unduly burdensome to the extent that it
12  seeks documents previously requested by Mattel or produced by MGA in response to
13  Mattel's document requests.
14  REQUEST FOR PRODUCTION NO. 74:
15      All COMMUNICATIONS between YOU and Scot Reyes that REFER OR
16  RELATE TO MATTEL or any MATTEL doll or product.
17  RESPONSE TO REQUEST FOR PRODUCTION NO. 74:
18      MGA incorporates by reference its General Response and General Objections
19  above, as though fully set forth herein and specifically incorporates General
20  Objection No. 15 (regarding Definitions), including without limitation MGA's
21  objection to the definition of the term REFER OR RELATE TO. MGA further
22  objects to the request to the extent it seeks the production of documents that are
23  protected from disclosure under any applicable privilege, doctrine or immunity,
24  including without limitation the attorney-client privilege, the work product doctrine,
25  the right of privacy, and all other privileges recognized under the constitutional,
26  statutory or decisional law of the United States of America, the State of California or
27  any other applicable jurisdiction. MGA further objects to this request on the grounds
28

1 │ that it is overly broad and unduly burdensome in that it seeks documents not relevant
2 │ to the claims or defenses in this action and not reasonably calculated to lead to the
3 │ discovery of admissible evidence. Mattel has not demonstrated how all
4 │ COMMUNICATIONS between MGA and Scot Reyes that REFER OR RELATE
5 │ TO MATTEL or any MATTEL doll or product could be relevant to the claims and
6 │ defenses in this action. The request is not limited to the subject matter of this action
7 │ and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order
8 │ at 21:5-7. MGA further objects to this request as being overly broad and unduly
9 │ burdensome on the grounds that it is not limited in time. MGA further objects to this
10 │ request on the grounds that the term REFER OR RELATE TO renders the request
11 │ vague, ambiguous, overly broad and unduly burdensome. MGA further objects to
12 │ the request to the extent it seeks confidential, proprietary or commercially sensitive
13 │ information, the disclosure of which would be inimical to the business interests of
14 │ MGA. MGA further objects to the request to the extent it violates the privacy rights
15 │ of third parties to their private, confidential, proprietary or trade secret information.
16 │     MGA further objects to this request as cumulative, duplicative, and unduly
17 │ burdensome to the extent that it seeks documents previously requested by Mattel or
18 │ produced by MGA in response to Mattel's document requests, including, but not
19 │ limited to: Request Nos. 138 and 140 from Mattel, Inc.'s First Set of Requests for
20 │ Documents and Things re Claims of Unfair Competition to MGA Entertainment, Inc.,
21 │ and Request No. 116 from Mattel's First Set of Requests for Documents and Things
22 │ to Isaac Larian.
23 │ REQUEST FOR PRODUCTION NO. 75:
24 │     All DOCUMENTS that REFER OR RELATE TO MATTEL documents or
25 │ information provided, shown or otherwise disclosed to YOU by Scot Reyes.
26 │
27 │
28 │

EXHIBIT 45

PAGE 341

126

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 75:

2      MGA incorporates by reference its General Response and General Objections

3  above, as though fully set forth herein and specifically incorporates General

4  Objection No. 15 (regarding Definitions), including without limitation MGA's

5  objection to the definition of the term REFER OR RELATE TO.  MGA further

6  objects to the request to the extent it seeks the production of documents that are

7  protected from disclosure under any applicable privilege, doctrine or immunity,

8  including without limitation the attorney-client privilege, the work product doctrine,

9  the right of privacy, and all other privileges recognized under the constitutional,

10  statutory or decisional law of the United States of America, the State of California or

11  any other applicable jurisdiction.  MGA further objects to this request on the grounds

12  that it is overly broad and unduly burdensome in that it seeks documents not relevant

13  to the claims or defenses in this action and not reasonably calculated to lead to the

14  discovery of admissible evidence.  Mattel has not demonstrated how all

15  DOCUMENTS that REFER OR RELATE TO MATTEL documents or information

16  provided, shown or otherwise disclosed to MGA by Scot Reyes could be relevant to

17  the claims and defenses in this action.  The request is not limited to the subject

18  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

19  9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as being

20  overly broad and unduly burdensome on the grounds that it is not limited in time.

21  MGA further objects to this request on the grounds that the term REFER OR

22  RELATE TO renders the request vague, ambiguous, overly broad and unduly

23  burdensome.  MGA further objects to the phrase " provided, shown or otherwise

24  disclosed" as vague and ambiguous.  MGA further objects to the request to the extent

25  that it seeks documents not in MGA's possession, custody or control.  MGA further

26  objects to the request to the extent it seeks confidential, proprietary or commercially

27

28

EXHIBIT __45__

PAGE __342__

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION

1 sensitive information, the disclosure of which would be inimical to the business
2 interests of MGA.

3     MGA further objects to this request as cumulative, duplicative, and unduly
4 burdensome to the extent that it seeks documents previously requested by Mattel or
5 produced by MGA in response to Mattel's document requests, including, but not
6 limited to: Request Nos. 116, 198, and 221 from Mattel's First Set of Requests for
7 Documents and Things to Isaac Larian, and Request Nos. 42, 137, 140, and 160 from
8 Mattel, Inc.'s First Set of Requests for Documents and Things re Claims of Unfair
9 Competition to MGA Entertainment, Inc.

10 REQUEST FOR PRODUCTION NO. 76:

11     All DOCUMENTS that REFER OR RELATE to payments made by YOU to
12 Paula Garcia prior to January 1, 2002.

13 RESPONSE TO REQUEST FOR PRODUCTION NO. 76:

14     MGA incorporates by reference its General Response and General Objections
15 above, as though fully set forth herein and specifically incorporates General
16 Objection No. 15 (regarding Definitions), including without limitation MGA's
17 objection to the definition of the term REFER OR RELATE TO. MGA further
18 objects to the request to the extent it seeks the production of documents that are
19 protected from disclosure under any applicable privilege, doctrine or immunity,
20 including without limitation the attorney-client privilege, the work product doctrine,
21 the right of privacy, and all other privileges recognized under the constitutional,
22 statutory or decisional law of the United States of America, the State of California or
23 any other applicable jurisdiction. MGA further objects to this request on the grounds
24 that it is overly broad and unduly burdensome in that it seeks documents not relevant
25 to the claims or defenses in this action and not reasonably calculated to lead to the
26 discovery of admissible evidence. Mattel has not demonstrated how all
27 DOCUMENTS that REFER OR RELATE TO payments made by MGA to Paula

28

1 relevant to this action, and is thus impermissibly overbroad. See Aug. 13 Order at
2 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being
3 overly broad and unduly burdensome on the grounds that it is not limited in time.
4 MGA further objects to the request to the extent that it seeks documents not in
5 MGA's possession, custody or control. MGA further objects to the request to the
6 extent it seeks confidential, proprietary or commercially sensitive information, the
7 disclosure of which would be inimical to the business interests of MGA. MGA
8 further objects to the request to the extent it violates the privacy rights of third parties
9 to their private, confidential, proprietary or trade secret information. Such
10 information may also be subject to protective orders governing other litigations
11 thereby precluding disclosure in response to this request.

12      MGA further objects to this request as cumulative, duplicative, and unduly
13 burdensome to the extent that it seeks documents previously requested by Mattel or
14 produced by MGA in response to Mattel's document requests, including, but not
15 limited to: Request Nos. 79-89 from Mattel's First Set of Requests for Production of
16 Documents and Tangible Things to MGA, and Request No. 60 from Mattel, Inc.'s
17 First Set of Requests for Documents and Things re Claims of Unfair Competition to
18 MGA Entertainment, Inc., and Request No. 201 from Mattel's First Set of Requests
19 for Documents and Things to Isaac Larian.

20 DATED: January 9, 2008

21                       SKADDEN, ARPS, SLATE, MEAGHER &
22                       FLOM, LLP

23                   By: _____
                              Timothy A. Miller
24                       Attorneys for Counter-Defendants, MGA
25                       ENTERTAINMENT, INC., ISAAC
                      LARIAN, MGA ENTERTAINMENT (HK)
26                       LIMITED, AND MGAE de MEXICO
                      S.R.L. de C.V.

27                       EXHIBIT 45

28                       PAGE 344

MGA'S SUPPLEMENTAL RESPONSES
TO MATTEL'S THIRD SET OF REQUESTS FOR PRODUCTION