```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100

 7  Attorneys for Mattel, Inc.
```

                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA

                          EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| Defendant. | [To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009] |
| AND CONSOLIDATED ACTIONS | [PUBLIC REDACTED] NOTICE OF LODGING WITH THE DISCOVERY MASTER IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AS CALLED FOR BY MATTEL'S FIRST SET OF RFPS NO. 48, AND THIRD SET OF RFPS NOS. 43 THROUGH 75; AND REQUEST FOR SANCTIONS |

Hearing Date:   TBD
Time:           TBD
Place:          Arent Fox, LLP
                555 West Fifth Street
                48th Floor
                Los Angeles, CA 90013

**Phase 2:**
Discovery Cut-off:      Dec. 11, 2009
Pre-trial Conference:   Mar. 1, 2010
Trial Date:             Mar. 23, 2010

07975/2855447.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the following documents with Discovery Master O'Brien in support of Notice of Motion and Motion to Compel Production of Documents and Things By MGA Entertainment, Inc. as Called for By Mattel's First Set of RFPs No. 48, and Third Set of RFPs Nos. 43 Through 75:

1. Mattel, Inc.'s Notice of Motion and Renewed Motion to Compel Production of Documents and Things By MGA Entertainment, Inc. as Called for By Mattel's First Set of RFPs No. 48, and Third Set of RFPs Nos. 43 Through 75, 87 and 88, dated January 26, 2009.

2. Declaration of Zachary D. Krug in Support of Mattel, Inc.'s Notice of Motion and Renewed Motion to Compel Production of Documents and Things By MGA Entertainment, Inc. as Called for By Mattel's First Set of RFPs No. 48, and Third Set of RFPs Nos. 43 Through 75, 87 and 88, dated January 26, 2009.

3. MGA Parties' Opposition to Mattel, Inc.'s 1/26/09 Renewed Motion to Compel Production of Documents and Things, dated February 12, 2009.

4. MGA's Opposition to Separate Statement in Support of Mattel, Inc.'s Notice of Motion and Renewed Motion to Compel Production of Documents and Things By MGA Entertainment, Inc. as Called for By Mattel's First Set of RFPs No. 48, and Third Set of RFPs Nos. 43 Through 75, 87 and 88, dated February 12, 2009.

DATED: April 3, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Cyrus S. Naim
   Cyrus S. Naim
   Attorneys for Mattel, Inc.