LODGED

2009 APR -3 PM 2: 54

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:_____

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5
6  PATRICIA L. GLASER (Bar No. 55668)
   (pglaser@glaserweil.com)
   GLASER WEIL FINK JACOBS & SHAPIRO LLP
7  10250 Constellation Blvd 19th Floor
   Los Angeles, CA, 90067
8  Tel.: (310) 553-3000/Fax: (310) 556-2920

9  RUSSELL J. FRACKMAN (Bar No. 49087)
   (rjf@msk.com)
10 MITCHELL SILBERBERG & KNUPP LLP
   11377 W. Olympic Blvd
11 Los Angeles, CA 90064
   Tel.: (310) 312-2000/Fax: (310) 312-3100
12
   Attorneys for Counter-Defendants,
13 MGA ENTERTAINMENT, INC., ISAAC LARIAN, and MGA ENTERTAINMENT
   (HK) LIMITED
14
                    UNITED STATED DISTRICT COURT
15
                   CENTRAL DISTRICT OF CALIFORNIA
16
                          EASTERN DIVISION
17 CARTER BRYANT, an individual     )  CASE NO. CV 04-9049 SGL (RNBx)
                                    )
18          Plaintiff,              )  Consolidated with Case No. 04-9059 and
                                    )  Case No. 05-2727
19    v.                            )
                                    )  [PROPOSED] ORDER TO FILE UNDER
20 MATTEL, INC., a Delaware corporation )  SEAL
                                    )
21          Defendant.              )
                                    )  Date: May 5, 2009
22 _____)  Time: 10:00 AM
                                    )  Place: Arent Fox LLP
   AND CONSOLIDATED ACTIONS.        )
23                                  )

24
25
26
27
28

[Proposed] Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. MGA Parties' Opposition To Mattel Inc.'s Motion For Reconsideration Of Phase II Discovery Matter Order No. 3 ("Motion");

2. Declaration Of Jennifer K. del Castillo In Support Of MGA Parties' Opposition To Mattel Inc.'s Motion For Reconsideration Of Phase II Discovery Matter Order No. 3.

DATED: 4/3/09

*/s/ S.G. Larson*

Hon. Stephen G. Larson
United States District Court Judge