THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

PATRICIA L. GLASER (Bar No. 55668)
(pglaser@glaserweil.com)
GLASER WEIL FINK JACOBS & SHAPIRO LLP
10250 Constellation Blvd 19th Floor
Los Angeles, CA, 90067
Tel.: (310) 553-3000/Fax: (310) 556-2920

RUSSELL J. FRACKMAN (Bar No. 49087)
(rjf@msk.com)
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd
Los Angeles, CA 90064
Tel.: (310) 312-2000/Fax: (310) 312-3100

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>PROOF OF SERVICE<br><br>Date: May 5, 2009<br>Time: 10:00 AM<br>Place: Arent Fox LLP |

PROOF OF SERVICE
Case No. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **April 3, 2009**, I served the foregoing documents described as:

MGA Parties' Opposition To Mattel Inc.'s Motion For Reconsideration Of Phase II Discovery Matter Order No. 3;

Declaration Of Jennifer K. del Castillo In Support Of MGA Parties' Opposition To Mattel Inc.'s Motion For Reconsideration Of Phase II Discovery Matter Order No. 3;

Application To File Under Seal The MGA Parties' Opposition To Mattel Inc.'s Motion For Reconsideration Of Phase II Discovery Matter Order No. 3 and Declaration of Jennifer K. del Castillo in support thereof;

[Proposed] Order To File Under Seal; and

Proof of Service

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

(X) [E-MAIL OR ELECTRONIC SERVICE] Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **April 3, 2009,** in Los Angeles, California.

_Nandi Berglund_   *Nandi Berglund*
PRINT NAME            SIGNATURE

## SERVICE LIST

| | |
|---|---|
| John Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>johnquinn@quinnemanuel.com<br>michaelzeller@quinnemanuel.com<br>joncorey@quinnemanuel.com | Attorneys for Mattel, Inc. |
| Bingham McCutchen LLP<br>Todd E. Gordinier<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | Attorneys for Non-Party OmniNet Capital, LLC; Omni 808 Investors, LLC; and Vision Capital, LLC |
| Valle & Associates<br>Jeffrey B. Valle<br>1911 San Vicente Blvd., Suite 324<br>Los Angeles, California 90049<br>jvalle@valleassociates.com | Attorneys for IGWT Group, LLC and IGWT 826 Investments, LLC |
| Patricia Glaser, Esq.<br>Joel Klevens, Esq.<br>Glaser, Weil, Fink, Jacobs & Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA 90067<br>(310) 553-3000<br>(310) 556-2920 (Fax)<br>pglaser@glaserweil.com | Attorneys for MGA Parties |
| Russell J. Frackman<br>Patricia H. Benson<br>Mitchell, Silberberg & Knupp, LLP<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90067<br>(310) 312-2000<br>(310) 312-3100 (Fax)<br>rjf@msk.com | Attorneys for MGA Parties |