QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AS CALLED FOR BY MATTEL'S FIRST SET OF RFPS NO. 48, AND THIRD SET OF RFPS NOS. 43 THROUGH 75; AND REQUEST FOR SANCTIONS; AND DOCUMENTS IN SUPPORT<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Phase 2:<br>Disc. Cut-off: Dec. 11, 2009<br>Pre-trial Con.: Mar. 1, 2010<br>Trial Date: Mar. 23, 2010 |

ORIGINAL

FILED ([Proposed] order)

07975/2857073.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Notice of Motion and Motion to Compel Production of Documents and Things By MGA Entertainment, Inc. as Called For By Mattel's First Set of RFPs No. 48, and Third Set of RFPs Nos. 43 Through 75; and Request For Sanctions (the "Motion"); Exhibits 1 and 2 to the Notice of Lodging in Support (the "Notice of Lodging"); and Exhibit 52 to the Declaration of Diane C. Hutnyan in Support (the "Declaration").

The Motion, Notice of Lodging, and Declaration include materials that Mattel and MGA have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. MGA has designated Exhibit 52 to the Declaration as "Confidential--Attorneys' Eyes Only." Mattel has designated Exhibits 1 and 2 to the Notice of Lodging as "Confidential--Attorneys' Eyes Only." Accordingly, Mattel requests that the Court order that the Motion, Notice of Lodging, and Declaration be filed under seal.

DATED: April 6, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Cyrus N. Naim
   Cyrus N. Naim
   Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 6, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AS CALLED FOR BY MATTEL'S FIRST SET OF RFPS NO. 48 AND THIRD SET OF RFPS NOS. 43 THROUGH 75; AND REQUEST FOR SANCTIONS** on the parties in this action as follows:

Skadden, Arps, Slate, Meagher & Flom LLP
   Thomas J. Nolan, Esq.
   Jason Russell, Esq.
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071
**Attorneys for** *the MGA Parties*

Glaser, Weil, Fink, Jacobs, & Shapiro, LLP
   Patricia L. Glaser, Esq.
10250 Constellation Blvd 19th Floor
Los Angeles, CA 90067
**Attorneys for** *the MGA Parties*

Mitchell, Silberberg, & Knupp, LLP
   Russell J. Frackman, Esq.
11377 W. Olympic Blvd.
Los Angeles, CA 90064
**Attorneys for** *the MGA Parties*

Bingham McCutchen LLP
   Todd E. Gordinier, Esq.
   Peter N. Villar, Esq.
   Craig A. Taggart, Esq.
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626
**Attorneys for** *Leon Neman, Fred Mashian and Neil Kadisha*

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 6, 2009, at Los Angeles, California.

Yalonda J. Dekle

07975/2850646.1