QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER FOR PRESERVATION OF DOCUMENTS; AND (2) EXHIBITS 8, 11, 12, 14, 27, 28 AND 29 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently] |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal: (1) Mattel, Inc.'s Ex Parte Application for an Order for Preservation of Documents ("Ex Parte Application"); and (2) Exhibits 8, 11, 12, 14, 27, 28 and 29 to the Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Ex Parte Application for an Order for Preservation of Documents.

The Ex Parte Application, and Exhibits 8, 11, 12, 14, 27, 28 and 29 contain material that MGA or Wachovia has designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Ex Parte Application, and Exhibits 8, 11, 12, 14, 27, 28 and 29

In the alternative, Mattel requests that the Court declare that the Ex Parte Application, and Exhibits 8, 11, 12, 14, 27, 28 and 29 are outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be filed as part of the public record.

DATED: April 2, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.