QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: MATTEL, INC.'S <u>EX PARTE</u> APPLICATION FOR AN ORDER FOR PRESERVATION OF DOCUMENTS AND EXHIBITS 8, 11, 12, 14, 27, 28 AND 29 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF |

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal: (1) Mattel, Inc.'s <u>Ex Parte</u> Application for an Order for Preservation of Documents; and (2) Exhibits 8, 11, 12 14, 27, 28 and 29 to the Declaration of Michael T. Zeller in Support of Mattel, Inc.'s <u>Ex Parte</u> Application for an Order for Preservation of Documents, IT IS HEREBY ORDERED:

Mattel, Inc.'s <u>Ex Parte</u> Application for an Order for Preservation of Documents; and Exhibits 8, 11, 12 14, 27, 28 and 29 to the Declaration of Michael T. Zeller in Support of Mattel, Inc.'s <u>Ex Parte</u> Application for an Order for Preservation of Documents are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 4/3, 2009

_____
Hon. Stephen G. Larson
United States District Judge