ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

07975/2847354.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 S. Figueroa Street, 10th Floor, Los Angeles, California 90017.

On April 3, 2009, I served true copies of the following documents described as:

## SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Ave., Suite 3400<br>Los Angeles, CA  90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>  pglaser@glaserweil.com | **Attorneys for *the MGA Parties*** |
| Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>  rjf@msk.com | **Attorneys for *the MGA Parties*** |
| Bingham McCutchen LLP<br>  Todd E. Gordinier, Esq.<br>  Peter N. Villar, Esq.<br>  Craig A. Taggart, Esq.<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626<br>  todd.gordinier@bingham.com<br>  peter.villar@bingham.com<br>  craig.taggart@bingham.com | **Attorneys for *Leon Neman, Fred Mashian and Neil Kadisha*** |

07975/2847354.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

BY ELECTRONIC MAIL TRANSMISSION: By electronic mail transmission from cyrusnaim@quinnemanuel.com on April 3, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on April 3, 2009, at Los Angeles, California.

/s/ Cyrus Naim
---
Cyrus Naim

## DOCUMENT LIST

1. MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AS CALLED FOR BY MATTEL'S FIRST SET OF RFPS NO. 48, AND THIRD SET OF RFPS NOS. 43 THROUGH 75

2. DECLARATION OF DIANE HUTNYAN IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AS CALLED FOR BY MATTEL'S FIRST SET OF RFPS NO. 48, AND THIRD SET OF RFPS NOS. 43 THROUGH 75

3. NOTICE OF LODGING WITH THE DISCOVERY MASTER IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AS CALLED FOR BY MATTEL'S FIRST SET OF RFPS NO. 48, AND THIRD SET OF RFPS NOS. 43 THROUGH 75

07975/2847354.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE