QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | DISCOVERY MATTER |
| Defendant. | [To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of March 16, 2009] |
| AND CONSOLIDATED ACTIONS | DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF RENEWED MOTION FOR ISSUANCE OF LETTER OF REQUEST |
| | Hearing Date: April 27, 2009 Time: 10:00 a.m. Place: Arent Fox LLP |
| | **Phase 2:** Discovery Cut-off: Dec. 11, 2009 Pre-trial Conference: Mar. 1, 2010 Trial Date: Mar. 23, 2010 |

07975/2872380.1

<u>DECLARATION OF B. DYLAN PROCTOR</u>

I, B. Dylan Proctor, declare as follows:

1.      I am a member of the bar of the State of California and a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      Attached as **Exhibit 1** hereto is a true and correct copy of the Phase 2 Discovery Matter Order No. 6, dated March 13, 2009.

3.      Attached as **Exhibit 2** hereto is a true and correct copy of an excerpt of the hearing transcript, dated March 11, 2009.

4.      Attached as **Exhibit 3** hereto is true and correct copy of the Phase 2 Discovery Matter Order No. 3, dated March 10, 2009.

5.      Attached as **Exhibit 4** hereto is a true and correct copy of the Phase 1 Discovery Matter Order Granting Mattel's Motion to Compel Production of Documents, dated January 25, 2007.

6.      Attached as **Exhibit 5** hereto is an excerpt of a true and correct copy of MGA's Opposition to Separate Statement In Support Of Mattel's Renewed Motion to Compel Production of Documents and Things by MGA, dated February 12, 2009.

7.      Attached as **Exhibit 6** hereto is a true and correct copy of the Phase 2 Discovery Matter Amended Order No. 11, dated March 31, 2009.

8.      Attached as **Exhibit 7** hereto is a true and correct copy of Mattel's Second Notice of Deposition of MGA, dated February 1, 2007.

//
//
//
//

1        9.    Attached as **Exhibit 8** hereto is a true and correct copy of the

2   Phase 1 Order Granting Mattel's Motion to Compel Deposition of MGA, dated May

3   16, 2007.

4        10.    Attached as **Exhibit 9** hereto is a true and correct copy of an

5   excerpt of the trial transcript from July 10, 2008.

6        I declare under penalty of perjury under the laws of the United States of

7   America that the foregoing is true and correct.

8        Executed on April 7, 2009, at Los Angeles, California.

9

10           */s/ B. Dylan Proctor*
                   B. Dylan Proctor

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07975/2872380.1

-2-

DECLARATION OF B. DYLAN PROCTOR