| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  John B. Quinn (Bar No. 090378)<br>  johnquinn@quinnemanuel.com<br>  Michael T. Zeller (Bar No. 196417)<br>  (michaelzeller@quinnemanuel.com)<br>  Jon D. Corey (Bar No. 185066)<br>  (joncorey@quinnemanuel.com)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:   (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>   Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>DISCOVERY MATTER<br>[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of March 16, 2009]<br><br>[PROPOSED] ORDER RECOMMENDING THE COURT EXECUTE THE ATTACHED LETTER OF REQUEST ON BEHALF OF MATTEL<br><br>**Phase 2:**<br>Discovery Cut-off:    Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date:               Mar. 23, 2010 |

[PROPOSED] ORDER

The Discovery Master having reviewed Mattel, Inc.'s Renewed Motion for Issuance of Letter of Request, and all other papers submitted in support of and in opposition thereto, having heard argument thereon, and for good cause demonstrated, the Discovery Master HEREBY RECOMMENDS that the Court Execute the Letter of Request attached as Exhibit A.

DATED: _____, 2009_____     _____
                                                                  Discovery Master Robert C. O'Brien