QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
JON D. COREY (Bar No. 185066)
joncorey@quinnemanuel.com
865 South Figuerroa St., 10th Floor
Los Angeles, California 90017 – 2543
Telephone: (213) 443 - 3000
Facsimile:(213) 443- 3100

Attorneys for Plaintiff
Mattel, Inc.


VALLE & ASSOCIATES
JEFFREY B. VALLE (Bar No. 110060)
jvalle@valleassociates.com
11911 San Vicente Blvd., Suite 324
Los Angeles, California 90049
Telephone: (310) 476-0300
Facsimile:(310) 476-0333

Attorneys for Non-Parties
IGWT Group, LLC and
IGWT 826 Investments, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>_____<br><br>AND CONSOLIDATED CASES<br>_____ | CASE NO. CV 04-09049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-9059 and CV 05-2727<br><br>JOINT STIPULATION FOR EXTENSION OF TIME TO PRODUCE DOCUMENTS<br><br>[Proposed] Order<br>(filed under separate cover) |

1

Joint Stipulation for Extension of Time to Produce Documents

WHEREAS, Plaintiff Mattel, Inc. served subpoenas on Non-Party IGWT Group, LLC and Non-Party IGWT 826 Investments, LLC (collectively, "IGWT") on January 12, 2009;

WHEREAS, on March 10, 2009, Discovery Master ordered IGWT Group, LLC and IGWT 826 Investments, LLC to produce most of the documents called for in Mattel's subpoenas;

WHEREAS, IGWT has acted diligently in attempting to comply with the Discovery Master's March 10, 2009 Order;

WHEREAS, IGWT anticipates producing more than 10,000 pages of documents on April 9th, 2009, pursuant to the Discovery Master's March 10, 2009 Order;

WHEREAS, IGWT anticipates producing more than 50,000 pages of documents in total, pursuant to the Discovery Master's March 10, 2009 Order;

WHEREAS, IGWT wishes to extend by 8 days the deadline for its production to be completed, with production commencing on April 9, 2009, and ending on April 17, 2009;

And WHEREAS, Mattel, Inc. has no objection to the 8 day extension for IGWT's production to be completed;

//
//
//
//
//
//
//
//
//

NOW THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

The deadline for IGWT Group, LLC and IGWT 826 Investments, LLC to complete production is April 17, 2009.

DATED: April 7, 2009

VALLE & ASSOCIATES

By: _____
Jeffrey B. Valle
Attorneys for Non-Parties IGWT Group, LLC and IGWT 826 Investments, LLC

DATED: April 7, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
Jon D. Corey
Attorneys for Plaintiff Mattel, Inc.