UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>　　　　Defendant.<br><br>_____<br><br>AND CONSOLIDATED CASES<br>_____ | CASE NO. CV 04-09049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-9059 and CV 05-2727<br><br>[PROPOSED] ORDER EXTENDING THE TIME FOR IGWT GROUP, LLC AND IGWT 826 INVESTMENTS, LLC TO PRODUCE DOCUMENTS |

1

1 | The Court has read the Joint Stipulation For Extension of Time to Produce Documents submitted by Non-Party IGWT Group, LLC, Non-Party IGWT 826 Investments, LLC, and Plaintiff Mattel, Inc. Based upon the stipulation and for good cause shown it is HEREBY ORDERED that:

    1. The time for Non-Parties IGWT Group, LLC, Non-Party IGWT 826 Investments to produce documents pursuant to the March 19, 2009 Order ("Order No. 3"), is extended by eight (8) days, from April 9, 2009, to April 17, 2009.

IT IS SO ORDERED

DATED: April __, 2009

By:_____
    Robert C. O'Brien
    Discovery Master