QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated With Case No. 04-9059 and Case No. 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL INC.'S NOTICE OF LODGING OF [PROPOSED] THIRD AMENDED ANSWER AND COUNTERCLAIMS<br><br>Hearing Date: June 1, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2857363.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 15-1, Plaintiff Mattel, Inc. hereby lodges its Third Amended Answer and Counterclaims in this matter and a copy thereof.

DATED:  April 8, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Cyrus S. Naim
  Cyrus S. Naim
  Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.