**Exhibit A**

# EMPLOYEE CONFIDENTIAL INFORMATION AND INVENTIONS AGREEMENT

I acknowledge that Mattel, Inc. (the "Company") operates in a competitive environment and that it enhances its opportunities to succeed by establishing certain policies, including those included in this Agreement. This Agreement is designed to make clear that: [i] I will maintain the confidentiality of the Company's trade secrets; [ii] I will use those trade secrets for the exclusive benefit of the Company; [iii] Inventions that I create will be owned by the Company; [iv] my prior and continuing activities separate from the Company will not conflict with the Company's development of its proprietary rights; and [v] when and if my employment with the Company terminates I will not use my prior position with the Company to the detriment of the Company. In consideration of my employment with the Company and other good and valuable consideration, I agree that:

## 1. Provisions Related to Trade Secrets

[a] I acknowledge that the Company possesses and will continue to develop and acquire valuable Proprietary Information (as defined below), including information that I may develop or discover as a result of my employment with the Company. The value of that Proprietary Information depends on it remaining confidential. The Company depends on me to maintain that confidentiality, and I accept that position of trust.

[b] As used in this Agreement, "Proprietary Information" means any information (including formula, pattern, compilation, device, method, technique or process) that derives independent economic value, actual or potential, from not being generally known to the public or to other persons who can obtain economic value from its disclosure or use, and includes information on the Company, its customers, suppliers, joint ventures, licensors, licensees, distributors and other persons and entities with whom the Company does business.

[c] I will not disclose or use at any time either during or after my employment with the Company, any Proprietary Information except for the exclusive benefit of the Company as required by my duties for the Company, or as the Company expressly may consent to in writing. I will cooperate with the Company and use my best efforts to prevent the unauthorized disclosure, use or reproduction of all Proprietary Information.

[d] Upon leaving employment with the Company for any reason, I immediately will deliver to the Company all tangible, written, graphical, machine readable and other materials (including all copies) in my possession or under my control containing or disclosing Proprietary Information.

## 2. Ownership of Inventions

[a] I agree to communicate to the Company as promptly and fully as practicable all Inventions (as defined below) conceived or reduced to practice by me (alone or jointly with others) at any time during my employment by the Company. I hereby assign to the Company and/or its nominees all my right, title and interest in such Inventions, and all my right, title and interest in any patents, copyright applications or copyright applications based thereon. I will assist the Company and/or its nominees (without charge but at no expense to me) at any time in every proper way to obtain for its and/or their own benefit, patents and copyrights for all such Inventions anywhere in the world and to enforce its and/or their rights in legal proceedings.

[b] As used in this Agreement, the term "Inventions" includes, but is not limited to, all discoveries, improvements, processes, developments, designs, know-how, data, computer programs and formulae, whether patentable or unpatentable.

[c] Any provision in this agreement requiring me to assign my rights in any Invention does not apply to an Invention which qualifies under the provision of Section 2870 of the California Labor Code. That section provides that the requirement to assign "shall not apply to an invention that the employee developed entirely on his or her own time without using the employer's equipment, supplies, facilities or trade secret information except for those inventions that either [1] relate at the time of conception or reduction to practice of the invention to the employer's business or actual or demonstrably anticipated research or development of the employer or [2] result from any work performed by the employee for the employer." I understand that I bear the burden of proving that an invention qualifies under Section 2870.

[d] I hereby irrevocably designate and appoint the Company and each of its duly authorized officers and agents as my agent and attorney-in-fact to act for and in my behalf and stead to execute and file any document and to do all other lawfully permitted acts to further the prosecution, issuance and enforcement of patents, copyrights and other proprietary rights with the same force and effect as if executed and delivered by me.

## 3. Conflicts with Other Activities

[a] My employment with the Company requires my undivided attention and effort. Therefore, during my employment with the Company, I will fully comply with the Company's Conflict of Interest Policy, as it may be amended from time to time. I shall not, without the Company's express written consent, engage in any employment or business other than for the Company, or invest in or assist (in any manner) any business competitive with the business or future business plans of the Company.

## 4. Miscellaneous

[a] My obligations under this Agreement may not be modified or terminated, in whole or in part, except in writing signed by a Vice-President of the Company. Any waiver by the Company of a breach on any provision of this Agreement will not operate or be construed as a waiver of any subsequent breach.

[b] Each provision of this Agreement will be treated as a separate and independent clause, and the unenforceability of any one provision will in no way impair the enforceability of any other provision. If any provision is held to be unenforceable, such provision will be construed by the appropriate judicial body by limiting or reducing it to the minimum extent necessary to make it legally enforceable.

[c] My obligation under this Agreement will survive the termination of my employment, regardless of the manner of such termination. This Agreement will insure to the benefit of and be binding upon the successors and assigns of the the Company.

[d] I understand that the provisions of this Agreement are a material condition to my employment with the Company. I also understand that this Agreement is not an employment contract, and nothing in this Agreement creates any right to my continuous employment by the Company, or to my employment for any particular term.

[e] Any breach of this Agreement likely will cause irreparable harm to the Company for which money damages could not reasonably or adequately compensate the Company. Accordingly, I agree that the Company will be entitled to injunctive relief to enforce this Agreement, in addition to damages and other available remedies.

[f] This agreement will be governed by and interpreted in accordance with the laws of the State of California.

[g] This Agreement contains the complete agreement between the Company and me concerning the subject matter hereof and supersedes all other agreements and understandings. This Agreement may be executed in counterparts. This Agreement will be deemed effective as of the start of Employee's employment with the Company.

**CAUTION: THIS AGREEMENT CREATES IMPORTANT OBLIGATIONS OF TRUST AND AFFECTS THE EMPLOYEE'S RIGHTS TO INVENTIONS THE EMPLOYEE MAY MAKE DURING HIS OR HER EMPLOYMENT.**

_____
Employee Signature

CARTER H. BRYANT
Employee Name (print)

01/04/99
Date

MATTEL, INC.

By _____
Signature

TERESA NEWCOMB
Name of Witness (print)

EXHIBIT A   PAGE 102

M 0001622

# Exhibit B

## CONFLICT OF INTEREST QUESTIONNAIRE

BRYANT, CARTER H.          PROJECT DESIGNER

Name (Last, First, M.I.)          Job Title          Department

**Instructions:** The purpose of this questionnaire is to confirm the propriety of relations between our key employees and our suppliers and competitors. Please read the definitions below and Mattel's policies concerning Conflicts of Interest. Then answer the questions by checking the correct answer. Base your answers on personal knowledge. There is no need to make inquiries or seek additional information since lack of knowledge of a situation indicates that there is no conflict of interest. Your answers to questions 1 through 8 should cover the past twelve months and the term "you" should include members of your immediate family.

**Mattel Supplier** is interpreted broadly for purposes of this questionnaire. A Mattel supplier is any person, partnership, trust, corporation, or other enterprise which during the past twelve months has done business or currently contemplates doing business with Mattel or any Mattel subsidiary.

**Mattel Competitor** is interpreted broadly for purposes of this questionnaire. A Mattel competitor is any person, partnership, trust, corporation, or other enterprise which has done business or contemplates doing business in any field that is in competition with Mattel or any Mattel subsidiary.

**Interest** means direct or indirect ownership of any stock, bond, option or right to purchase any security, share in profits, investment, partnership interest or other profit participation or equity interest whatsoever. Interest also means any agreement to perform services for or consult with or to deliver materials to or to receive compensation of any kind from any supplier or competitor. You may disregard mutual investment trusts and publicly-owned corporations whose securities are traded publicly, in which you own not more than $25,000 in market value, but not to exceed 10% of an individual's net worth.

**Recipient of any commission, etc.,** means receipt of anything of value, in cash or in kind, over $60 on any one occasion or over $300 total during the past twelve months.

○ YES  ● NO   1. Have you owned, directly or indirectly, any interest in a Mattel supplier?

○ YES  ● NO   2. Have you owned, directly or indirectly, and interest in a Mattel competitor?

○ YES  ● NO   3. Have you been the recipient of any commission, fee, loan, trip, gift, benefit or anything else of value that is derived in any way from a Mattel supplier?

● YES  ○ NO   4. Have you been the recipient of any commission, fee, loan, trip, gift, benefit or anything else of value that is derived in any way from a Mattel competitor?

● YES  ○ NO   5. Have you or any relative of yours by blood or marriage been a director, officer, consultant, agent, employee, or representative of or acted for any Mattel competitor in any capacity?

○ YES  ● NO   6. Have you or any relative of yours by blood or marriage been a director, officer, consultant, agent, employee, or representative of or acted for any Mattel supplier in any capacity?

○ YES  ● NO   7. Have you engaged in any activity including the acquisition or ownership of any interest, for personal profit, not expressly within the scope of the foregoing with respect to any supplier or competitor?

○ YES  ● NO   8. Excepting normal everyday transactions (purchase of toys, etc.) have you engaged in any business venture or transaction involving a Mattel supplier or competitor or engaged in any activity which could be objectively construed as being a conflict of interest or allegiance?

○ YES  ● NO   9. Are you aware of any activity of any employee which you believe could be construed as a potential conflict of interest with Mattel?

If your answer to any of the above questions is "yes," please explain in the space below:

4, 5, freelance design & artwork in 1998,
from aprx. 5/98 - 11/98 for the Ashton Drake
galleries.

I certify that I have read Mattel's policies concerning Conflict of Interest and the answers to the above questions are true. I understand that failure to answer this questionnaire fully and truthfully constitutes grounds for immediate termination of my employment. I agree not to divulge any company information to unauthorized recipients. I also agree to notify my superior immediately of any changes in my situation that would cause me to answer any of the above questions differently. I further certify that, to the best of my knowledge, neither I nor any member of my immediate family is or has been engaged in any capacity which creates a Conflict of Interest.

Signature: _____          Date: 01/04/98

# Exhibit C

**EXHIBIT C**

**TABLE OF COMMUNICATIONS**

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 1 | 8/2000 | Phone calls from Carter Bryant to Veronica Marlow on 8/24, 8/24, 8/24, 8/24 and 8/29 (Ph. No. 818-517-0640). | M 0001808 - M 0001810 |
| 2 | 10/26/2000 - 11/8/2000 | Phone calls from Carter Bryant to Hong Kong on 10/26 (Phone No. 852 23120101). | BRYANT 01294 - BRYANT 01296 |
| 3 | 10/23/2000 - 11/21/2000 | Phone calls from Carter Bryant to Hong Kong on 10/26, 11/12 and 11/15 (Ph. Nos. 852 29268008 and 852 27215215). | BRYANT 01297 - BRYANT 01299 |
| 4 | 1/22/01- 2/21/01 | Phone calls from Carter Bryant to Hong Kong on 2/18, 2/18 and 2/18 (Ph. No. 852 29268008). | BRYANT 01300- BRYANT 01303 |
| 5 | 9/12/2000 - 9/13/2000 | Email from Victoria O'Connor to Isaac Larian; Email from Isaac Larian to Victoria O'Connor | MGA 0064571 |
| 6 | 9/14/2000 | Facsimile transmission from Carter Bryant to David Rosenbaum (attorney for MGA) | MGA007337 - MGA007340 |
| 7 | 9/17/2000 | Facsimile transmission from Carter Bryant to Kinuyo Shichijyo | BRYANT 01200 - BRYANT 01201 |
| 8 | 9/19/2000 | Email from David Rosenbaum to Carter Bryant, Victoria O'Connor and Isaac Larian | MGA001355 |
| 9 | 9/27/2000 | Email from Paula Treantafelles to Franki Tsang et al. | MGA000422 |
| 10 | 10/3/2000 - 10/4/2000 | Email from Mercedeh Ward to Isaac Larian; Email from Isaac Larian to Victoria O'Connor and Michele Thompson | MGA 0064572 |
| 11 | 10/4/2000 | Emails from David Rosenbaum to Anne Wang (attorney for Carter Bryant) and Victoria O'Connor | MGA001318-27, MGA001329 |
| 12 | 10/5/2000 | Email from Carter Bryant to Isaac Larian; Email from Isaac Larian to Carter Bryant et al. | MGA000423 |
| 13 | 10/5/2000 | Email from Isaac Larian to Carter Bryant et al. | MGA 0064575 |

EXHIBIT C
PAGE 104

| Number | Date | Type of Communication | Bates Reference |
|--------|------|------------------------|-----------------|
| 14 | 10/16/2000 - 10/17/2000 | Email from Paula Treantafelles to Cecilia Kwok et al.; Email from Judy Rich to Isaac Larian et al.; Email from Mercedeh Ward to Judy Rich et al.; Email from Isaac Larian to Mercedeh Ward et al. | MGA 0009131R-MGA 0009132R |
| 15 | 10/17/2000 | Email from Paula Treantafelles to Isaac Larian et al.; Email from Isaac Larian to Paula Treantafelles et al. | MGA 0009128R |
| 16 | 10/17/2000 - 10/23/2000 | Email from Paula Treantafelles to Cecilia Kwok et al.; Email from Cecilia Kwok to Paula Treantafelles et al.; Email from Mercedeh Ward to Cecilia Kwok et al.; Email from Samuel Wong to Mercedeh Ward et al.; Emails from Paula Treantafelles to Samuel Wong et al.; Email from Samuel Wong to Paula Treantafelles et al.; Emails from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA 0052031 - MGA 0052036 |
| 17 | 10/18/2000 | Email from Mercedeh Ward to Franki Tsang et al.; Email from Samuel Wong to Mercedeh Ward et al. | MGA000425 - MGA000426 |
| 18 | 10/20/2000 | Email from Kerri Legg to Steve Linker and Liz Hogan et al. | MGA0008032 - MGA0008034 |
| 19 | 10/23/2000 - 10/26/2000 | Email from Isaac Larian to Mercedeh Ward and Paula Treantafelles; Email from Mercedeh Ward to Isaac Larian and Paula Treantafelles; Email from Isaac Larian to Franki Tsang et al. | MGA 0065335 |
| 20 | 10/24/2000 | Email from Carter Bryant to Kinuyo Shichijyo; Email from Carter Bryant to Paula Treantafelles | MGA000427 - MGA000428 |
| 21 | 10/24/2000 - 10/25/2000 | Email from Carter Bryant to Kinuyo Shichijyo; Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant et al. | MGA005053 B - MGA005055 B |
| 22 | 10/25/2000 | Fed Ex shipment of Bratz sculpting from Mercedeh Ward to Samuel Wong and Paula Treantafelles et al. | MGA000015-MGA000017 |
| 23 | 10/25/2000 - 10/26/2000 | Emails from Cecilia Kwok to Paula Treantafelles et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000542 - MGA000544 |

**EXHIBIT** C

**PAGE** 105

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 24 | 10/25/2000 - 10/27/2000 | Email from Ben Ton to Mercedeh Ward; Email from Mercedeh Ward to Samuel Wong and Paula Treantafelles et al.; Emails from Paula Treantafelles to Mercedeh Ward et al.; Emails from Cecilia Kwok to Paula Treantafelles et al.; Email from Mercedeh Ward to Cecilia Kwok et al.; Email from Carter Bryant to Cecilia Kwok et al.; Email from Mercedeh Ward to Carter Bryant et al. | MGA000015- MGA000017 |
| 25 | 10/25/2000 - 11/2/2000 | Emails from Cecilia Kwok to Paula Treantafelles et al.; Emails from Paula Treantafelles to Cecilia Kwok et al.; Email from Isaac Larian to Paula Treantafelles et al.; Email from Paula Treantafelles to Isaac Larian et al.; Email from Isaac Larian to Paula Treantafelles et al. | MGA 0046799 - MGA 0046802 |
| 26 | 10/26/2000 | Email from Cecilia Kwok to Mercedeh Ward et al. | MGA 006396 - MGA 006397 |
| 27 | 10/26/2000 | Email from Mercedeh Ward to Samuel Wong and Paula Treantafelles et al. | MGA000012 - MGA000013 |
| 28 | 10/26/2000 | Facsimile transmission from Carter Bryant to Cecilia Kwok | BRYANT 00219 |
| 29 | On or about 10/26/2000 | Fed Ex shipment containing Bratz sculpting from Mercedeh Ward to Samuel Wong and Paula Treantafelles et al. | MGA000012 - MGA000013 |
| 30 | 10/26/2000 - 10/27/2000 | Email from Isaac Larian to Colleen O'Higgins et al.; Email from Paul Warner to Isaac Larian et al.; Email from Colleen O'Higgins to Paul Warner et al.; Email from Paul Warner to Colleen O'Higgins et al.; Email from Isaac Larian to Paul Warner et al. | MGA 0009121R - MGA 0009123R |
| 31 | 10/27/2000 | Email from Kerri Legg to Paula Treantafelles and Carter Bryant et al.; Email from Carter Bryant to Kerri Legg et al. | MGA 0046672 |
| 32 | 10/30/2000 | Email from Cecilia Kwok to Paula Treantafelles et al.; Email from Mercedeh Ward to Cecilia Kwok et al.; Email from Paula Treantafelles to Mercedeh Ward | MGA000019- MGA000021 |
| 33 | 10/30/2000 - 11/2/2000 | Email from Cecilia Kwok to Paula Treantafelles et al.; Email from Mercedeh Ward to Cecilia Kwok et al.; Emails from Samuel Wong to Mercedeh Ward et al.; Email from Mercedeh Ward to Samuel Wong et al.; | MGA000037 - MGA000042 |

EXHIBIT ___C___
PAGE ___106___

| Number | Date | Type of Communication | Bates Reference |
|--------|------|-----------------------|-----------------|
| | | Email from Victor Lee to Mercedeh Ward et al.; Email from Mercedeh Ward to Victor Lee et al. | |
| 34 | 11/1/2000 | Email from Paula Treantafelles to Jimmy Cheng et al. | MGA 0053419 - MGA 0053420 |
| 35 | 11/2/2000 - 11/6/2000 | Emails from Victor Lee to Mercedeh Ward and Paula Treantafelles et al.; Emails from Mercedeh Ward to Victor Lee and Paula Treantafelles et al. | MGA000043 - MGA000045 |
| 36 | 11/3/2000 - 11/4/2000 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Isaac Larian and Carter Bryant et al.; Email from Isaac Larian to Carter Bryant and Paula Treantafelles et al. | MGA000047 |
| 37 | 11/6/2000 - 12/1/2000 | Emails from Samuel Wong to Paula Treantafelles et al.; Emails from Paula Treantafelles to Samuel Wong et al.; Email from Franki Tsang to Paula Treantafelles et al. | MGA000071 - MGA000074 |
| 38 | 11/8/2000 | Email from Carter Bryant to Paula Treantafelles | MGA000046 |
| 39 | 11/8/2000 | Email from Carter Bryant to Paula Treantafelles | MGA 0046656 |
| 40 | 11/9/2000 | Email from Isaac Larian to All in Sales Global and All in Marketing | MGA 0052683 - MGA 0052684 |
| 41 | 11/10/2000 | Email from Mercedeh Ward to Cecilia Kwok et al. | MGA 0046660 |
| 42 | 11/11/2000 - 11/13/2000 | Email from Judy Rich to Cecilia Kwok and Mercedeh Ward; Email from Cecilia Kwok to Judy Rich and Mercedeh Ward | MGA000049 |
| 43 | 11/15/2000 | Email from Cecilia Kwok to Paula Treantafelles et al. | MGA 0046875 - MGA 0046882 |
| 44 | 11/21/2000 | Email from Paula Treantafelles to Mercedeh Ward et al. | MGA0004611 B - MGA0004616 B |
| 45 | 11/21/2000 | Email from Paula Treantafelles to Samuel Wong et al.; Email from Franki Tsang to Paula Treantafelles et al.; Email from Cecilia Kwok to Paula Treantafelles et al. | MGA 0046580 - MGA 0046599 |
| 46 | 11/26/2000 | Email from Stephen Lee to Isaac Larian; | MGA004251 |

EXHIBIT _C_
PAGE _107_

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| | | Email from Isaac Larian to Paula Treantafelles et al. | |
| 47 | 11/28/2000 - 11/30/2000 | Email from Paul Warner to Isaac Larian; Email from Isaac Larian to Paul Warner et al.; Emails from Eric Yip to Isaac Larian et al; Emails from Isaac Larian to Eric Yip et al. | MGA 0009205 - MGA 0009208 |
| 48 | 12/1/2000 | Email from Carter Bryant to Paula Treantafelles | MGA000075 |
| 49 | 12/1/2000 | Email from Carter Bryant to Paula Treantafelles | MGA000076 |
| 50 | 12/8/2000 | Email from Mercedeh Ward to Cecilia Kwok and Samuel Wong | MGA 0046463 - MGA 0046467 |
| 51 | 12/9/2000 - 12/13/2000 | Email from Isaac Larian to Stephen Lee et al.; Emails from Samuel Wong to Isaac Larian et al.; Emails from Isaac Larian to Samuel Wong et al. | MGA 0009351 - MGA 0009353 |
| 52 | 12/10/2000 - 12/20/2000 | Email from Mercedeh Ward to Sarah Halpern; Email from Mercedeh Ward to Samuel Wong et al. | MGA000147 - MGA000149 |
| 53 | 12/12/2000 | Fed Ex shipment containing patterns, swatch cards and fabric for Bratz from MGA Los Angeles to Samuel Wong and Cecilia Kwok | MGA000131 - MGA000132 |
| 54 | 12/13/2000 - 12/20/2000 | Email from Wendy Reed to Samuel Wong et al.; Email from Cecilia Kwok to Wendy Reed et al.; Emails from Mercedeh Ward to Cecilia Kwok et al.; Email from Cecilia Kwok to Mercedeh Ward et al. | MGA000131 - MGA000132 |
| 55 | 12/15/2000 | Email from Samuel Wong to Mercedeh Ward and Paula Treantafelles et al.; Email from Paula Treantafelles to Samuel Wong and Mercedeh Ward et al. | MGA000091 - MGA000092 |
| 56 | 12/15/2000 - 12/18/2000 | Emails from Samuel Wong to Mercedeh Ward and Paula Treantafelles et al.; Email from Samuel Wong to Judy Rich et al.; Emails from Judy Rich to Samuel Wong et al.; Email from Mercedeh Ward to Samuel Wong et al. | MGA000097 - MGA000104 |
| 57 | 12/15/2000 - 12/26/2000 | Email from Franki Tsang to All in Marketing & PD (LA) and All in Product Development (HK) et al.; Email from Isaac Larian to Franki Tsang et al.; Email from Paula Treantafelles | MGA000212 - MGA000217 |

EXHIBIT __C__
PAGE ___10B___

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
|  |  | to Isaac Larian et al.; Email from Mercedeh Ward to Paula Treantafelles and Isaac Larian et al.; Email from Cecilia Kwok to Mercedeh Ward and Paula Treantafelles et al.; Emails from Franki Tsang to Mercedeh Ward and Paula Treantafelles et al.; Email from Mercedeh Ward to Franki Tsang and Paula Treantafelles et al.; Emails from Paula Treantafelles to Franki Tsang and Mercedeh Ward et al.; Email from Sarah Chui to Paula Treantafelles et al. |  |
| 58 | On or about 12/16/2000 | Package of fabric swatches sent from MGA Los Angeles to MGA Hong Kong | MGA000113 - MGA000122 |
| 59 | 12/19/2000 | Email from Cecilia Kwok to Mercedeh Ward and Judy Rich et al. | MGA000113 - MGA000122 |
| 60 | 12/19/2000 - 12/20/2000 | Emails from Cecilia Kwok to Mercedeh Ward et al.; Email from Mercedeh Ward to Cecilia Kwok et al.; Email from Samuel Wong to Mercedeh Ward et al. | MGA000124 - MGA000125 |
| 61 | 12/19/2000 - 12/21/2000 | Email from Carter Bryant to Mercedeh Ward et al.; Email from Mercedeh Ward to Samuel Wong et al.; Emails from Cecilia Kwok to Mercedeh Ward et al.; Email from Judy Rich to Cecilia Kwok et al.; Email from Mercedeh Ward to Cecilia Kwok et al. | MGA000530 B - MGA000531 B |
| 62 | 12/20/2000 | Emails from Paula Treantafelles to Jimmy Cheng et al. | MGA000140 B - MGA000141 B |
| 63 | On or about 12/20/2000 | Package of tooling aids and samples sent from MGA Los Angeles to MGA Hong Kong | MGA000124 - MGA000125 |
| 64 | 12/21/2000 - 12/22/2000 | Email from Cecilia Kwok to Mercedeh Ward et al.; Email from Samuel Wong to Mercedeh Ward et al.; Email from Mercedeh Ward to Samuel Wong et al. | MGA000190 |
| 65 | 12/21/2000 - 12/27/2000 | Emails from Cecilia Kwok to Mercedeh Ward et al.; Email from Paula Treantafelles to Cecilia Kwok and Mercedeh Ward et al. | MGA000253 |
| 66 | 12/22/2000 | Email from Franki Tsang to Mercedeh Ward and Paula Treantafelles et al.; Email from Isaac Larian to Franki Tsang, Mercedeh Ward and Paula Treantafelles et al. | MGA000524 B - MGA000528 B |
| 67 | 12/22/2000 | Email from Samuel Wong to Judy Rich, Mercedeh Ward, Paula Treantafelles and | MGA000197 - MGA000199 |

EXHIBIT _____ℓ_____
PAGE _____109_____

| Number | Date | Type of Communication | Bates Reference |
|--------|------|----------------------|-----------------|
| | | Isaac Larian et al.; Email from Paula Treantafelles to Samuel Wong et al. | |
| 68 | On or about 12/23/2000 | Package containing Bratz working sample sent from MGA Hong Kong to MGA Los Angeles per instructions from MGA Los Angeles | MGA000091 - MGA000092 |
| 69 | 12/26/2000 | Email from Cater Bryant to Paula Treantafelles and Victoria O'Connor | MGA000202 |
| 70 | 12/26/2000 | Email from Mercedeh Ward to Samuel Wong et al. | MGA000211 |
| 71 | 12/26/2000 | Email from Paula Treantafelles to Carter Bryant and Mercedeh Ward | MGA000219 |
| 72 | 12/27/2000 | Email from Carter Bryant to Mercedeh Ward | MGA000248 |
| 73 | 12/27/2000 | Email from Cecilia Kwok to Paula Treantafelles and Mercedeh Ward et al.: Email from Mercedeh Ward to Cecilia Kwok and Paula Treantafelles et al. | MGA000249 - MGA000250 |
| 74 | 12/27/2000 | Email from Carter Bryant to Paula Treantafelles | MGA000255 |
| 75 | 12/27/2000 | Email from Cecilia Kwok to Paula Treantafelles and Mercedeh Ward et al.; Email from Mercedeh Ward to Cecilia Kwok and Paula Treantafelles et al. | MGA000482 B |
| 76 | 12/27/2000 | Emails from Mercedeh Ward to Samuel Wong et al.; Email from Samuel Wong to Mercedeh Ward et al. | MGA000234 - MGA000236 |
| 77 | 12/27/2000 | Email from Paula Treantafelles to Samuel Wong et al. | MGA000256 |
| 78 | 12/27/2000 | Email from Paula Treantafelles to Samuel Wong, Cecilia Kwok and Mercedeh Ward | MGA000254 |
| 79 | 12/28/2000 - 12/29/2000 | Email from Cecilia Kwok to Mercedeh Ward et al.; Email from Samuel Wong to Mercedeh Ward et al.; Email from Mercedeh Ward to Samuel Wong et al. | MGA000322 |
| 80 | 12/29/2000 | Email from Paula Treantafelles to Carter Bryant and Mercedeh Ward et al. | MGA000333 |
| 81 | 1/4/2001 - 1/6/2001 | Email from Cecilia Kwok to Janet Lam; Email from Janet Lam to Judy Rich et al.; | MGA 0009177 - MGA 0009178.5 |

EXHIBIT ___C___

PAGE ___110___

| Number | Date | Type of Communication | Bates Reference |
|--------|------|----------------------|-----------------|
| | | Email from Judy Rich to Isaac Larian et al.; Email from Samuel Wong to Colleen O'Higgins et al.; Email from Isaac Larian to Samuel Wong et al. | |
| 82 | 1/5/2001 | Email from Cecilia Kwok to Paula Treantafelles et al.; Email from Samuel Wong to Cecilia Kwok et al. | MGA 0048571 |
| 83 | 1/10/2001 | Email from Isaac Larian to Eva Chuck et al. | MGA003727 B - MGA003728 B |
| 84 | 1/11/2001 | Email from Carter Bryant to Paula Treantafelles | MGA000365 |
| 85 | 1/15/2001 - 1/17/2001 | Email from Paula Treantafelles to Samuel Wong et al.; Emails from Cecilia Kwok to Paula Treantafelles et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000369 - MGA000370 |
| 86 | 1/16/2001 | Email from Paula Treantafelles to Samuel Wong et al.; Email from Cecilia Kwok to Paula Treantafelles et al. | MGA000366 - MGA000368 |
| 87 | 1/17/2001 - 1/18/2001 | Email from Carter Bryant to Cecilia Kwok et al.; Email from Paula Treantafelles to Carter Bryant et al. | MGA000380 |
| 88 | 1/17/2001 - 1/18/2001 | Emails from Cecilia Kwok to Paula Treantafelles et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000371 - MGA000378 |
| 89 | 1/20/2001 | Letter from Carter Bryant to Cecilia Kwok | BRYANT 00376 |
| 90 | 1/20/2001 - 2/5/2001 | Email from Judy Rich to Cecilia Kwok et al.; Email from Cecilia Kwok to Judy Rich et al.; Emails from Paula Treantafelles to Cecilia Kwok et al.; Email from Cecilia Kwok to Paula Treantafelles et al. | MGA000603 - MGA000605 |
| 91 | 1/22/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000612 |
| 92 | 1/22/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000613 |
| 93 | 1/24/2001 | Email from Carter Bryant to Cecilia Kwok et al. | MGA000381 |
| 94 | 1/24/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000611 |

00505.07975/2870497.2

EXHIBIT ___C___
PAGE ___111___

| Number | Date | Type of Communication | Bates Reference |
|--------|------|----------------------|-----------------|
| 95 | 1/25/2001 - 1/26/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000610 |
| 96 | 1/30/2001 | Email from Judy Rich to Paula Treantafelles et al.; Email from Paula Treantafelles to Judy Rich and Carter Bryant et al. | MGA000609 |
| 97 | On or about 1/30/2001 | Shipment of fabric swatches for Bratz from MGA Los Angeles to Carter Bryant | MGA000609 |
| 98 | 1/31/2001 | Email from Paula Treantafelles to Carter Bryant | MGA000608 B |
| 99 | 2/2/2001 - 2/3/2001 | Email from Carter Bryant to Cecilia Kwok; Email from Cecilia Kwok to Carter Bryant et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000606 |
| 100 | 2/2/2001 | Email from Carter Bryant to Cecilia Kwok and Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant and Cecilia Kwok | MGA000602 |
| 101 | 2/5/2001 | Email from Paula Treantafelles to Carter Bryant | MGA000600 |
| 102 | 2/5/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000599 B |
| 103 | 2/5/2001 - 2/17/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant et al.; Email from Cecilia Kwok to Paula Treantafelles; Email from Paula Treantafelles to Cecilia Kwok | MGA000576 |
| 104 | 2/12/2001 - 2/16/2001 | Email from Cecilia Kwok to Paula Treantafelles et al.; Email from Paula Treantafelles to Cecilia Kwok | MGA000582 |
| 105 | 2/12/2001 - 2/16/2001 | Email from Lon Ross to Rachel Harris et al.; Email from Samuel Wong to Lon Ross et al.; Email from Rachel Harris to Colleen O'Higgins et al.; Email from Paula Treantafelles to Rachel Harris et al. | MGA000583 B - MGA000587 B |
| 106 | 2/14/2001 - 2/16/2001 | Email from Carter Bryant to Cecilia Kwok; Email from Cecilia Kwok to Carter Bryant et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000589 |

EXHIBIT ___C___
PAGE ___112___

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 107 | 2/16/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000590 |
| 108 | 2/14/2001 - 2/27/2001 | Emails from Cecilia Kwok to Paula Treantafelles et al.; Emails from Paula Treantafelles to Cecilia Kwok et al.; Emails from Rachel Harris to Paula Treantafelles et al.; Email from Cecilia Kwok to Rachel Harris et al.; Email from Paula Treantafelles to Rachel Harris et al. | MGA 0048576 - MGA 0048579 |
| 109 | 2/15/2001 - 2/16/2001 | Emails from Cecilia Kwok to Carter Bryant et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000579 |
| 110 | 2/15/2001 - 2/19/2001 | Emails from Cecilia Kwok to Paula Treantafelles et al.; Emails from Paula Treantafelles to Cecilia Kwok et al. | MGA000571 - MGA000572 |
| 111 | 2/16/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000575 |
| 112 | 2/16/2001 | Email from Cecilia Kwok to Paula Treantafelles; Email from Paula Treantafelles to Cecilia Kwok | MGA000574 |
| 113 | 2/16/2001 | Email from Paula Treantafelles to Carter Bryant | MGA000588 |
| 114 | 2/16/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000573 |
| 115 | 2/19/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000568 |
| 116 | 2/19/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000569 - MGA000570 |
| 117 | 2/20/2001 | Email from Cecilia Kwok to Paula Treantafelles; Email from Paula Treantafelles to Cecilia Kwok and Carter Bryant | MGA000566 |
| 118 | On or about 2/20/2001 | Fed Ex shipment of Bratz sewn samples from Carter Bryant to Cecilia Kwok | MGA000566 |
| 119 | 2/20/2001 - 2/21/2001 | Emails from Paula Treantafelles to Cecilia Kwok et al.; Email from Cecilia Kwok to Paula Treantafelles et al. | MGA000561 |

EXHIBIT __C__
PAGE __113__

| Number | Date | Type of Communication | Bates Reference |
|--------|------|----------------------|-----------------|
| 120 | 2/21/2001 - 2/23/2001 | Emails from Paula Treantafelles to Cecilia Kwok et al.; Emails from Cecilia Kwok to Paula Treantafelles et al. | MGA000556 - MGA000557 |
| 121 | 2/22/2001 - 2/23/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000560 |
| 122 | 2/22/2001 - 2/26/2001 | Emails from Cecilia Kwok to Paula Treantafelles et al.; Emails from Paula Treantafelles to Cecilia Kwok et al. | MGA000551 |
| 123 | 2/23/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000554 |
| 124 | 2/23/2001 | Email from Carter Bryant to Cecilia Kwok; Email from Cecilia Kwok to Paula Treantafelles; Email from Paula Treantafelles to Cecilia Kwok and Carter Bryant | MGA000558 |
| 125 | On or about 2/24/2001 | Fed Ex shipment of Bratz brush tooling sample sent from Cecilia Kwok to Paula Treantafelles and Carter Bryant | MGA004260 - MGA004268 |
| 126 | 2/26/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000549 |
| 127 | 2/26/2001 | Email from Cecilia Kwok to Carter Bryant and Paula Treantafelles; Email from Paula Treantafelles to Cecilia Kwok and Carter Bryant | MGA000550 |
| 128 | 2/26/2001 | Email from Paula Treantafelles to Samuel Wong et al. | MGA000548 B |
| 129 | 2/26/2001 - 2/27/2001 | Emails from Cecilia Kwok to Paula Treantafelles et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA004260 - MGA004268 |
| 130 | 2/27/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000546 - MGA000547 |
| 131 | 2/27/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000545 |
| 132 | 3/1/2001 - 3/5/2001 | Email from Cecilia Kwok to Paula Treantafelles; Email from Paula Treantafelles to Cecilia Kwok; Email from Cecilia Kwok to Paula Treantafelles et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000634 |

EXHIBIT __C__
PAGE __114__

| Number | Date | Type of Communication | Bates Reference |
|--------|------|----------------------|-----------------|
| 133 | On or about 3/2/2001 | Fed Ex shipment of production fabric from MGA Hong Kong to MGA Los Angeles | MGA000634 |
| 134 | 3/5/2001 - 3/6/2001 | Emails from Paula Treantafelles to Cecilia Kwok et al.; Email from Cecilia Kwok to Paula Treantafelles et al. | MGA000625 - MGA000626 |
| 135 | 3/6/2001 | Emails from Cecilia Kwok to Paula Treantafelles et al.; Emails from Paula Treantafelles to Cecilia Kwok et al. | MGA000621 - MGA000622 |
| 136 | 3/10/2001 | Email from Isaac Larian to John Young | MGA001289 B - MGA001290 B |
| 137 | 3/10/2001 - 3/11/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000620 B |
| 138 | 3/11/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000618 |
| 139 | 3/25/2001 - 3/26/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000617 |
| 140 | 3/27/2001 - 4/04/2001 | Emails from Isaac Larian to John Young | MGA001278 B - MGA001282 B |
| 141 | 3/28/2001 & 4/5/2001 | Email from Stephen Lee to Earlylight and Isaac Larian; Email from Isaac Larian to Isaac Larian | MGA000747 B |
| 142 | On or about 3/28/2001 | Letter from Isaac Larian to Ron Stover | MGA001116 B - MGA001117 B |
| 143 | 3/28/2001 - 3/29/2001 | Emails from Stephen Lee to Isaac Larian et al.; Emails from Isaac Larian to Stephen Lee | MGA001113 B - MGA001114 B |
| 144 | 3/30/2001 | Email from Cecilia Kwok to Janet Lam; Email from Janet Lam to Judy Rich and Cecilia Kwok; Email from Judy Rich to Paula Treantafelles; Email from Paula Treantafelles to Isaac Larian et al. | MGA 0049106 - MGA 0049113 |
| 145 | 4/2/2001 | Email from Isaac Larian to Craig Cunningham et al. | MGA0001105 B |
| 146 | 4/2/2001 - 4/3/2001 | Emails from Isaac Larian to Ron Stover | MGA001099 B - MGA001100 B |

EXHIBIT ___C___

PAGE ___115___

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 147 | On or about 4/3/2001 | Fed Ex shipment on Bratz from Isaac Larian to Ron Stover | MGA001099 B – MGA001100 B |
| 148 | 4/3/2001 – 4/4/2001 | Emails from Isaac Larian to John Young | MGA001040 B – MGA001044 B |
| 149 | 4/4/2001 – 4/5/2001 | Email from Samuel Wong to Paula Treantafelles et al.; Email from Cecilia Kwok to Samuel Wong et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA004383 – MGA004384 |
| 150 | 4/5/2001 – 4/9/2001 | Emails from Dave Malacrida to Gary Cogland; Emails from Dave Malacrida to Isaac Larian et al.; Emails from Isaac Larian to Dave Malacrida et al. | MGA001030 B – MGA001032 B |
| 151 | 4/6/2001 | Email from Martin Hitch to Ana Monica and Isaac Larian et al.; Email from Isaac Larian to Pedro Feist | MGA001061 B – MGA001064 B |
| 152 | 4/7/2001 – 4/10/2001 | Email from Paula Treantafelles to Cecilia Kwok; Email from Cecilia Kwok to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant and Cecilia Kwok | MGA000635 |
| 153 | 4/10/2001 | Email from Isaac Larian to Pedro Feist | MGA001027 B – MGA001029 B |
| 154 | 4/11/2001 – 4/19/2001 | Emails from Isaac Larian to Stephen Lee; Email from Stephen Lee to Isaac Larian et al.; Email from Isaac Larian to Stephen Lee et al.; Email from Stephen Lee to Isaac Larian | MGA001219 B – MGA001220 B |
| 155 | 4/11/2001 – 4/12/2001 | Email from Stephen Lee to Isaac Larian et al.; Email from Isaac Larian to Kerri Brode et al. | MGA000766 B – MGA000767 B |
| 156 | 4/15/2001 | Email from Isaac Larian to Aldo Horvat | MGA000746 |
| 157 | 4/15/2001 | Email from Isaac Larian to Stephen Lee and Stanley Li | MGA000748 B – MGA000750 B |
| 158 | 4/17/2001 – 4/19/2001 | Email from Isaac Larian to Stephen Lee et al.; Email from Stanley Li to Isaac Larian et al.; Email from Patrick Williams to Isaac Larian; Email from Isaac Larian to Patrick Williams et al. | MGA001213 B – MGA001214 B |
| 159 | On or about 4/18/2001 | Shipment of Bratz and Scooter Samantha sales samples from Stephen Lee to Isaac Larian | MGA001219 B – MGA001220 B |

EXHIBIT _C_
PAGE _116_

00505.07975/2870497.2

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 160 | 4/18/2001 - 4/19/2001 | Email from Martin Hitch to Isaac Larian et al.; Email from Victoria O'Connor to Avi Kreisel and Isaac Larian et al.; Email from Martin Hitch to Victoria O'Connor; Email from Victoria O'Connor to Isaac Larian; Email from Isaac Larian to Victoria O'Connor | MGA001208 B - MGA001209 B |
| 161 | 4/27/2001 - 4/30/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000654 |
| 162 | 5/1/2001 | Email from Carter Bryant to Paula Treantafelles | MGA 0051621 |
| 163 | 5/4/2001 | Email from Rachel Harris to Samuel Wong et al.; Email from Paula Treantafelles to Rachel Harris et al.; Email from Franki Tsang to Paula Treantafelles et al. | MGA 0052265 - MGA 0052266 |
| 164 | 5/4/2001 - 5/10/2001 | Email from Nana Ashong to Isaac Larian and Didi Brown; Email from Isaac Larian to Stephen Lee et al.; Emails from Stephen Lee to Isaac Larian et al.; Email from Isaac Larian to Stephen Lee; Email from Paula Treantafelles to Stephen Lee et al.; Email from Stephen Lee to Paula Treantafelles et al. | MGA 0047234 - MGA 0047237 |
| 165 | 5/9/2001 | Emails from Paula Treantafelles to Cecilia Kwok et al.; Email from Cecilia Kwok to Paula Treantafelles et al. | MGA000666 B - MGA000667 B |
| 166 | 5/9/2001 | Email from Carter Bryant to Cecilia Kwok et al. | MGA 0046316 |
| 167 | 5/10/2001 - 5/11/2001 | Email from Sarah Chui to HK Product Development and Cecilia Kwok et al.; Email from Franki Tsang to Isaac Larian; Email from Isaac Larian to Paula Treantafelles et al.; Email from Paula Treantafelles to Carter Bryant | MGA 0051427 - MGA 0051435 |
| 168 | 5/14/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000655 |
| 169 | On or about 12/22/2003 | BRATZ Group Drawing Copyright Registration transmitted by MGA to the Copyright Office | M 0110188 - M 0110192 |
| 170 | On or about 12/22/2003 | CLOE Drawing Copyright Registration transmitted by MGA to the Copyright Office | M 0110193 - M 0110197 |

00505.07975/2870497.2

EXHIBIT ___C___
PAGE ___117___

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 171 | On or about 12/22/2003 | JADE Drawing Copyright Registration transmitted by MGA to the Copyright Office | M 0110179 - M 0110183 |
| 172 | On or about 12/22/2003 | SASHA Drawing Copyright Registration transmitted by MGA to the Copyright Office | M 0110184 - M 0110187 |
| 173 | On or about 12/22/2003 | YASMIN Drawing Copyright Registration transmitted by MGA to the Copyright Office | M 0110198 - M 0110202 |
| 174 | Shortly before 7/18/2003 | Statements made by Isaac Larian to reporters reflected and transmitted in the newspaper article entitled "Dolled Up: To Lure Older Girls, Mattel Brings in Hip-Hop Crowd" by Maureen Tkacik in The Wall Street Journal | M 0012536 - M 0012539 |
| 175 | Shortly before 7/28/2003 | Statements made by Isaac Larian to reporters reflected and transmitted in the newspaper article entitled "To Really Be a Player, Mattel Needs Hotter Toys" by Christopher Palmer in Business Week | M 0074057 - M 0074059 |
| 176 | Shortly before 12/26/2003 | Statements made by Isaac Larian to reporters reflected and transmitted in the newspaper article entitled "Meet the Bratz" in The Telegraph | M 0074224 - M 0074225 |
| 177 | Shortly before 3/5/2004 | Statements made by Isaac Larian to reporters reflected and transmitted in the newspaper article entitled "Bratz packers are what's cool in doll world" by Denise I. O'Neal in Chicago Sun-Times | M 0070398 - M 0070399 |
| 178 | Shortly before 3/29/2004 | Statements made by Isaac Larian to reporters reflected and transmitted in the newspaper article entitled "Immigrant's Creative Company Shakes Up Toy Industry" by Jeff Weiss in San Fernando Valley Business Journal | M 0101133 - M 0101135 |
| 179 | Shortly before 4/3/2005 | Statements made by Isaac Larian to reporters reflected and transmitted in the newspaper article entitled "Counterfeit Toys No Fun for True Makers" by Brent Hopkins in Los Angeles Daily News | M 0070439 - M 0070441 |
| 180 | 3/15/2004 | Email from Susana Kuemmerle to "plot04@aol.com" et al. | M 0059788 |
| 181 | 3/16/2004 | Email from Susana Kuemmerle to "plot04@aol.com" | M 0059789 |

00505.07975/2870497.2

EXHIBIT ___C___

PAGE ___118___

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 182 | 3/22/2004 - 3/23/2004 | Email from "plot04@aol.com" to Isaac Larian et al.; Email from Isaac Larian to "plot04@aol.com" et al.; Email from Marlene Parker to Isaac Larian and "plot04@aol.com" | M 0059790 - M 0059792 |
| 183 | 3/25/2004 | Email from Mariana Trueba Almada to Carlos Gustavo Machado Gomez | M 0059785 |
| 184 | 3/30/2004 | Letter to Carlos Gustavo Machado Gomez from Isaac Larian | M 0059766 - M 0059767 |
| 185 | 3/30/2004 | Letter to Mariana Trueba Almada from Isaac Larian | M 0059771 - M 0059772 |
| 186 | 3/30/2004 | Letter to Pablo Vargas San Jose from Isaac Larian | M 0059776 - M 0059778 |
| 187 | 3/30/2004 & 4/12/2004 | Email from Thomas Park to "plot04@aol.com" and Isaac Larian; Email from Thomas Park to "plot04@aol.com" | M 0059808 - M 0059809 |
| 188 | 4/2/2004 | Email from Maria de Carmen Mendez to Isaac Larian, Thomas Park and Susana Kuemmerle | M 0059812 |
| 189 | 4/4/2004 | Email from Maria de Carmen Mendez to Susana Kuemmerle | M 0059814 |
| 190 | 4/7/2004 | Email from Maria de Carmen Mendez to Thomas Park | M 0059815 |
| 191 | 4/12/2004 | Email from Susana Kuemmerle to "plot04@aol.com" | M 0059832 |
| 192 | 4/14/2004 | Email from "plot04@aol.com" to Isaac Larian and Thomas Park; Email from Isaac Larian to "plot04@aol.com" et al. | M 0059818 - M 0059819 |
| 193 | 4/14/2004 | Email from "plot04@aol.com" to Thomas Park et al. | M 0059826 - M 0059827 |
| 194 | 4/14/2004 - 4/15/2004 | Email from Susana Kuemmerle to Isaac Larian and Thomas Park; Email from Susana Kuemmerle to "plot04@aol.com" | M 0059828 |
| 195 | 4/15/2004 | Email from "plot04@aol.com" to Jean Paul Farah et al. | M 0059833 |
| 196 | 4/15/2004 | Email from Jean Paul Farah to "plot04@aol.com" et al. | M 0059829 - M 0059830 |

EXHIBIT ___C___
PAGE ___119___

| Number | Date | Type of Communication | Bates Reference |
|--------|------|----------------------|-----------------|
| 197 | 4/15/2004 | Email from "plot04@aol.com" to Thomas Park et al. | M 0059831 |
| 198 | 4/15/2004 | Email from Karla Papayanopulos Carvajal to Mariana Trueba Almada | M 0059784 |
| 199 | 4/15/2004 | Email from Mariana Trueba Almada to Andrea Ramirez | M 0059834 - M 0059835 |
| 200 | 4/15/2004 | Email from Mariana Trueba Almada to Carlos Gustavo Machado Gomez | M 0059786 |
| 201 | 4/15/2004 | Email from Mariana Trueba Almada to Carlos Gustavo Machado Gomez | M 0059787 |
| 202 | 4/16/2004 | Email from Pablo Vargas San Jose to Mattel de Mexico | M 0059782 - M 0059783 |
| 203 | 2/9/2004 - 4/19/2004 | Telephone calls from Carlos Gustavo Machado Gomez to MGA Entertainment, Inc., Susana Kuemmerle and Maria C. Mendez; from Mariana Trueba Almada to Maria C. Mendez; and from Pablo Vargas San Jose to Ritch, Heather and Mueller. | |

EXHIBIT ___C___
PAGE ___120___

**Tab 1**

MATTEL INC
IT SECURITY

Extension: 6099   BRYANT, CARTER

| Date | Time | Dur. | Ext. | TGN | Dialed Number | Place Called | Call Type | Dir. | Cost | Account | Number |
|------|------|------|------|-----|---------------|--------------|-----------|------|------|---------|--------|
| 08/01/00 | 12:39 | 00:00.9 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.09 | | 10839 |
| 08/01/00 | 13:09 | 00:08.1 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 14192 |
| 08/01/00 | 15:33 | 00:00.1 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 20640 |
| 08/01/00 | 15:40 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 20922 |
| 08/01/00 | 16:01 | 00:00.5 | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.04 | | 21833 |
| 08/01/00 | 16:13 | 00:00.5 | 6099 | 0 | - -329-6402 | GARDENA | CA LOCAL | OUT | 0.04 | | 22341 |
| 08/01/00 | 16:14 | 00:03.1 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 22389 |
| 08/01/00 | 16:19 | 00:02.0 | 6099 | 0 | - -329-6402 | GARDENA | CA LOCAL | OUT | 0.05 | | 22597 |
| 08/01/00 | 17:47 | 00:00.3 | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.02 | | 25499 |
| 08/02/00 | 09:37 | 00:11.1 | 6099 | 9 | 1-501-221-7011 | LITTLEROCK AR | LD DIRECT DIAL | OUT | 4.84 | | 32235 |
| 08/02/00 | 09:49 | 00:00.2 | 6099 | 4 | - -420-5485 | SANMON CEL CA | LOCAL | OUT | 0.04 | | 32804 |
| 08/02/00 | 09:49 | 00:00.7 | 6099 | 4 | - -420-5485 | SANMON CEL CA | LOCAL | OUT | 0.04 | | 32805 |
| 08/02/00 | 09:59 | 00:03.0 | 6099 | 9 | 1-417-724-1394 | NIXA | MO LD DIRECT DIAL | OUT | 1.21 | | 33312 |
| 08/02/00 | 10:01 | 00:01.0 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 33418 |
| 08/02/00 | 10:45 | 00:09.6 | 6099 | 0 | - -379-2835 | REDONDO | CA LOCAL | OUT | 0.13 | | 35701 |
| 08/02/00 | 17:00 | 00:00.2 | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.02 | | 52340 |
| 08/02/00 | 17:00 | 00:00.3 | 6099 | 4 | - -420-5485 | SANMON CEL CA | LOCAL | OUT | 0.02 | | 52343 |
| 08/02/00 | 17:09 | 00:04.0 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 52652 |
| 08/03/00 | 14:37 | 00:00.8 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 73783 |
| 08/08/00 | 09:58 | 00:01.2 | 6099 | 9 | 1-602-678-7411 | PHOENIX | AZ LD DIRECT DIAL | OUT | 0.80 | | 131327 |
| 08/08/00 | 10:28 | 00:00.6 | 6099 | 9 | 1-602-678-7411 | PHOENIX | AZ LD DIRECT DIAL | OUT | 0.40 | | 132733 |
| 08/08/00 | 10:32 | 00:01.6 | 6099 | 9 | 1-602-678-7411 | PHOENIX | AZ LD DIRECT DIAL | OUT | 0.80 | | 132933 |
| 08/08/00 | 16:33 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 147428 |
| 08/08/00 | 17:08 | 00:14.3 | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.12 | | 148592 |
| 08/09/00 | 15:48 | 00:00.5 | 6099 | 4 | - - - | INCOMING | INCOMING | IN | 0.00 | | 169633 |
| 08/09/00 | 16:12 | 00:00.4 | 6099 | 4 | - -420-5485 | SANMON CEL CA | LOCAL | OUT | 0.04 | | 170635 |
| 08/09/00 | 16:25 | 00:00.4 | 6099 | 4 | - -420-5485 | SANMON CEL CA | LOCAL | OUT | 0.04 | | 171166 |
| 08/10/00 | 11:12 | 00:00.6 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 189125 |
| 08/14/00 | 08:40 | 00:00.7 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 220595 |
| 08/14/00 | 08:41 | 00:00.5 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 220613 |
| 08/14/00 | 09:22 | 00:04.4 | 6099 | 5 | - -637-7041 | COMPTON | CA LOCAL | OUT | 0.20 | | 221706 |
| 08/14/00 | 14:45 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 235352 |
| 08/14/00 | 15:46 | 00:00.4 | 6099 | 4 | - -420-5485 | SANMON CEL CA | LOCAL | OUT | 0.04 | | 237636 |
| 08/14/00 | 15:48 | 00:04.1 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 237914 |
| 08/15/00 | 06:10 | 00:00.9 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 243060 |
| 08/15/00 | 08:36 | 00:00.4 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 244833 |
| 08/15/00 | 09:21 | 00:00.3 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.09 | | 246483 |
| 08/15/00 | 09:22 | 00:04.3 | 6099 | 9 | 1-417-724-1394 | NIXA | MO LD DIRECT DIAL | OUT | 2.01 | | 246542 |
| 08/15/00 | 10:14 | 00:00.7 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.09 | | 248829 |
| 08/15/00 | 12:26 | 00:00.6 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 254493 |
| 08/15/00 | 12:46 | 00:02.7 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.25 | | 255066 |
| 08/15/00 | 13:04 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 255605 |
| 08/15/00 | 13:43 | 00:01.1 | 6099 | 4 | - -420-5485 | SANMON CEL CA | LOCAL | OUT | 0.05 | | 257233 |
| 08/15/00 | 14:33 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 259267 |
| 08/15/00 | 15:31 | 00:00.3 | 6099 | 4 | - -420-5485 | SANMON CEL CA | LOCAL | OUT | 0.04 | | 261593 |
| 08/15/00 | 15:40 | 00:01.5 | 6099 | 4 | - -420-5485 | SANMON CEL CA | LOCAL | OUT | 0.05 | | 261970 |
| 08/16/00 | 16:07 | 00:00.2 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 287088 |
| 08/16/00 | 16:12 | 00:02.5 | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.06 | | 287329 |
| 08/16/00 | 17:04 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 289138 |
| 08/16/00 | 17:10 | 00:00.4 | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.02 | | 289285 |
| 08/17/00 | 11:24 | 00:00.8 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 299938 |
| 08/17/00 | 11:45 | 00:01.1 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.17 | | 300826 |
| 08/17/00 | 11:53 | 00:00.4 | 6099 | 4 | - -420-5485 | SANMON CEL CA | LOCAL | OUT | 0.04 | | 301123 |

CONFIDENTIAL-
ATTORNEYS' EYES ONLY

M 0001808

EXHIBIT C PAGE 121

MATTEL INC
IT SECURITY

| Date | Time | Dur. | Ext. | TGN | Dialed Number | Place Called | Call Type | Dir. | Cost | Account | Number |
|------|------|------|------|-----|---------------|--------------|-----------|------|------|---------|--------|
| 08/17/00 | 13:40 | 00:00.9 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 304825 |
| 08/17/00 | 13:42 | 00:05.6 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.50 | | 304925 |
| 08/17/00 | 14:06 | 00:00.8 | 6099 | 0 | - -379-2835 | REDONDO CA | LOCAL | OUT | 0.04 | | 305818 |
| 08/17/00 | 14:55 | 00:00.2 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 307822 |
| 08/17/00 | 14:56 | 00:07.0 | 6099 | 0 | - -538-3615 | GARDENA CA | LOCAL | OUT | 0.10 | | 307857 |
| 08/17/00 | 15:18 | 00:00.7 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 308702 |
| 08/17/00 | 16:54 | 00:03.8 | 6099 | 0 | - -379-2835 | REDONDO CA | LOCAL | OUT | 0.07 | | 322089 |
| 08/21/00 | 10:24 | 00:00.4 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 340230 |
| 08/21/00 | 11:15 | 00:00.7 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 342844 |
| 08/21/00 | 11:22 | 00:05.3 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.50 | | 343164 |
| 08/21/00 | 14:56 | 00:00.2 | 6099 | 4 | - -420-5485 | SANMON CEL CA | LOCAL | OUT | 0.04 | | 351836 |
| 08/21/00 | 16:23 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 355150 |
| 08/21/00 | 16:25 | 00:03.9 | 6099 | 0 | - -538-3615 | GARDENA CA | LOCAL | OUT | 0.07 | | 355237 |
| 08/22/00 | 13:52 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 374055 |
| 08/22/00 | 14:55 | 00:01.0 | 6099 | 4 | - -420-5485 | SANMON CEL CA | LOCAL | OUT | 0.04 | | 376668 |
| 08/22/00 | 15:28 | 00:00.4 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 378015 |
| 08/22/00 | 15:31 | 00:04.8 | 6099 | 0 | - -538-3615 | GARDENA CA | LOCAL | OUT | 0.08 | | 378132 |
| 08/22/00 | 17:37 | 00:00.3 | 6099 | 0 | - -538-3615 | GARDENA CA | LOCAL | OUT | 0.02 | | 382579 |
| 08/23/00 | 08:39 | 00:00.5 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 386432 |
| 08/23/00 | 09:07 | 00:19.5 | 6099 | 9 | 1-417-724-1394 | NIXA MO | LD DIRECT DIAL | OUT | 8.07 | | 387485 |
| 08/23/00 | 14:23 | 00:00.2 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 400768 |
| 08/23/00 | 14:27 | 00:02.9 | 6099 | 0 | - -538-3615 | GARDENA CA | LOCAL | OUT | 0.06 | | 400944 |
| 08/23/00 | 14:47 | 00:00.5 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 401826 |
| 08/23/00 | 14:48 | 00:02.4 | 6099 | 0 | - -657-2911 | BEVERLYHLS CA | LOCAL | OUT | 0.14 | | 401870 |
| 08/23/00 | 16:43 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 406609 |
| 08/23/00 | 17:38 | 00:00.2 | 6099 | 0 | - -538-3615 | GARDENA CA | LOCAL | OUT | 0.02 | | 408085 |
| 08/24/00 | 09:07 | 00:00.5 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 412832 |
| 08/24/00 | 09:13 | 00:07.7 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.66 | | 413096 |
| 08/24/00 | 09:59 | 00:03.8 | 6099 | 9 | 1-501-221-7011 | LITTLEROCK AR | LD DIRECT DIAL | OUT | 0.80 | | 415127 |
| 08/24/00 | 11:16 | 00:00.5 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 418700 |
| 08/24/00 | 11:34 | 00:02.5 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 419408 |
| 08/24/00 | 11:38 | 00:00.3 | 6099 | 2 | 1-818-517-0640 | VNUYS CELL CA | LD DIRECT DIAL | OUT | 0.10 | | 419594 |
| 08/24/00 | 11:38 | 00:00.4 | 6099 | 2 | 1-818-517-0640 | VNUYS CELL CA | LD DIRECT DIAL | OUT | 0.10 | | 419595 |
| 08/24/00 | 11:40 | 00:00.3 | 6099 | 2 | 1-818-517-0640 | VNUYS CELL CA | LD DIRECT DIAL | OUT | 0.10 | | 419688 |
| 08/24/00 | 11:49 | 00:00.8 | 6099 | 2 | 1-818-517-0640 | VNUYS CELL CA | LD DIRECT DIAL | OUT | 0.20 | | 420043 |
| 08/24/00 | 16:42 | 00:04.5 | 6099 | 0 | - -538-3615 | GARDENA CA | LOCAL | OUT | 0.08 | | 431159 |
| 08/25/00 | 09:50 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 439264 |
| 08/25/00 | 09:54 | 00:00.8 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.09 | | 439461 |
| 08/25/00 | 10:09 | 00:09.5 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 440258 |
| 08/25/00 | 10:23 | 00:00.4 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.09 | | 440843 |
| 08/25/00 | 10:28 | 00:00.2 | 6099 | 9 | 1-417-724-1394 | NIXA MO | LD DIRECT DIAL | OUT | 0.40 | | 443119 |
| 08/25/00 | 10:38 | 00:02.6 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 443583 |
| 08/25/00 | 12:08 | 00:04.5 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.42 | | 446070 |
| 08/25/00 | 12:22 | 00:02.6 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 446679 |
| 08/28/00 | 15:06 | 00:00.2 | 6099 | 4 | - -420-5485 | SANMON CEL CA | LOCAL | OUT | 0.04 | | 473476 |
| 08/28/00 | 15:08 | 00:05.4 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.50 | | 473552 |
| 08/28/00 | 15:26 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 474274 |
| 08/28/00 | 15:33 | 00:03.8 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 474565 |
| 08/28/00 | 18:33 | 00:00.2 | 6099 | 0 | - -538-3615 | GARDENA CA | LOCAL | OUT | 0.02 | | 479482 |
| 08/29/00 | 09:21 | 00:01.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 483870 |
| 08/29/00 | 09:26 | 00:00.4 | 6099 | 2 | - -465-3160 | REDONDO CA | LOCAL | OUT | 0.04 | | 484055 |
| 08/29/00 | 09:27 | 00:00.3 | 6099 | 2 | - -465-3160 | REDONDO CA | LOCAL | OUT | 0.04 | | 484093 |
| 08/29/00 | 09:29 | 00:06.5 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 484158 |
| 08/29/00 | 09:35 | 00:01.4 | 6099 | 2 | - -465-3160 | REDONDO CA | LOCAL | OUT | 0.05 | | 484404 |

CONFIDENTIAL-
ATTORNEYS' EYES ONLY

M 0001809

EXHIBIT _C_ PAGE _122_

MATTEL INC
IT SECURITY

| Date | Time | Dur. | Ext. | TGN | Dialed Number | Place Called | | Call Type | Dir. | Cost | Account | Number |
|------|------|------|------|-----|---------------|--------------|---|-----------|------|------|---------|--------|
| 08/29/00 | 10:53 | 00:03.4 | 6099 | 0 | - -657-2911 | BEVERLYHLS | CA | LOCAL | OUT | 0.17 | | 487968 |
| 08/29/00 | 11:20 | 00:04.1 | 6099 | 1 | - - - | INCOMING | | INCOMING | IN | 0.00 | | 483310 |
| 08/29/00 | 15:41 | 00:00.9 | 6099 | 1 | - - - | INCOMING | | INCOMING | IN | 0.00 | | - 499890 |
| 08/29/00 | 15:48 | 00:00.2 | 6099 | 1 | - - - | INCOMING | | INCOMING | IN | 0.00 | | 500167 |
| 08/29/00 | 15:48 | 00:03.1 | 6099 | 2 | 1-818-517-0640 | VNUYS CELL | CA | LD DIRECT DIAL | OUT | 0.25 | | 500168 |
| 08/29/00 | 16:04 | 00:13.0 | 6099 | 0 | - -838-3615 | GARDENA | CA | LOCAL | OUT | 0.16 | | 500819 |
| 08/29/00 | 16:43 | 00:00.4 | 6099 | 1 | - - - | INCOMING | | INCOMING | IN | 0.00 | | 502378 |
| 08/29/00 | 16:45 | 00:00.4 | 6099 | 1 | - - - | INCOMING | | INCOMING | IN | 0.00 | | 502465 |
| 08/29/00 | 16:47 | 00:02.6 | 6099 | 0 | -. -538-3615 | GARDENA | CA | LOCAL | OUT | 0.06 | | 502542 |
| 08/30/00 | 09:32 | 00:00.6 | 6099 | 2 | - -953-6490 | TORRANCE | CA | LOCAL | OUT | 0.04 | | 509718 |
| 08/30/00 | 10:31 | 00:00.3 | 6099 | 1 | - - - | INCOMING | | INCOMING | IN | 0.00 | | 512543 |
| 08/30/00 | 10:34 | 00:00.3 | 6099 | 4 | - -420-5485 | SANMON CEL | CA | LOCAL | OUT | 0.04 | | 512688 |
| 08/30/00 | 10:44 | 00:01.7 | 6099 | 4 | - -420-5485 | SANMON CEL | CA | LOCAL | OUT | 0.05 | | 513191 |
| 08/30/00 | 15:08 | 00:00.3 | 6099 | 1 | - - - | INCOMING | | INCOMING | IN | 0.00 | | 523991 |
| 08/30/00 | 15:10 | 00:07.1 | 6099 | 0 | - -838-3615 | GARDENA | CA | LOCAL | OUT | 0.11 | | 524076 |
| 08/30/00 | 16:32 | 00:00.5 | 6099 | 1 | - - - | INCOMING | | INCOMING | IN | 0.00 | | 527283 |
| 08/31/00 | 10:02 | 00:00.7 | 6099 | 0 | - -329-6402 | GARDENA | CA | LOCAL | OUT | 0.04 | | 536252 |
| 08/31/00 | 10:03 | 00:00.5 | 6099 | 0 | - -538-3615 | GARDENA | CA | LOCAL | OUT | 0.04 | | 536300 |
| 08/31/00 | 10:04 | 00:00.5 | 6099 | 4 | - -420-5485 | SANMON CEL | CA | LOCAL | OUT | 0.04 | | 536349 |
| 08/31/00 | 10:12 | 00:00.3 | 6099 | 0 | - -538-3615 | GARDENA | CA | LOCAL | OUT | 0.04 | | 536713 |
| 08/31/00 | 10:23 | 00:00.6 | 6099 | 1 | - - - | INCOMING | | INCOMING | IN | 0.00 | | 537122 |
| 08/31/00 | 10:25 | 00:02.9 | 6099 | 0 | - -538-3615 | GARDENA | CA | LOCAL | OUT | 0.06 | | 537194 |
| 08/31/00 | 11:10 | 00:00.4 | 6099 | 1 | - - - | INCOMING | | INCOMING | IN | 0.00 | | 539137 |
| 08/31/00 | 11:17 | 00:23.9 | 6099 | 9 | 1-417-890-6527 | SPRINGFLD | MO | LD DIRECT DIAL | OUT | 9.69 | | 539485 |
| 08/31/00 | 11:21 | 00:00.4 | 6099 | 1 | - - - | INCOMING | | INCOMING | IN | 0.00 | | 539696 |
| 08/31/00 | 11:44 | 00:00.4 | 6099 | 1 | - - - | INCOMING | | INCOMING | IN | 0.00 | | 540774 |
| 08/31/00 | 12:32 | 00:00.4 | 6099 | 1 | - - - | INCOMING | | INCOMING | IN | 0.00 | | 542487 |
| 08/31/00 | 13:13 | 00:06.7 | 6099 | 9 | 1-559-439-0320 | FRESNO | CA | LD DIRECT DIAL | OUT | 1.03 | | 543954 |
| 08/31/00 | 13:41 | 00:00.6 | 6099 | 1 | - - - | INCOMING | | INCOMING | IN | 0.00 | | 545162 |
| 08/31/00 | 13:47 | 00:07.1 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS | CA | LD DIRECT DIAL | OUT | 0.66 | | 545459 |

Extension: 6099    BRYANT, CARTER
Subtotals:      Calls:    137   Duration:      5:03.3   Cost:      37.71

Report Totals -   Calls:   137   Duration:     5:03.3  Cost:     37.71

** End Of Report **

CONFIDENTIAL-
ATTORNEYS' EYES ONLY

M 0001810

EXHIBIT __C__ PAGE 123

**Tab 2**


National, Inc.

.65 STONE OAK PARKWAY
SAN ANTONIO TX 78258

## STATEMENT SUMMARY

| | | | |
|---|---|---|---|
| BILL DATE | 11/27/00 | PREVIOUS BALANCE | $5.58 |
| ACCOUNT NO. | 200479875 | PAYMENTS RECEIVED THANK YOU | 5.58CR |
| | | ADJUSTMENTS | 0.00 |
| INVOICE NO. | 20047987524 | | |
| | | BEGINNING BALANCE | $0.00 |
| REGION/LOC | TXX/A4R | | |
| | | NEW USAGE CHARGES | 3.71 |
| 0200479875 S1 X17 C24 TXX 60985 R | | RECURRING CHARGES | 3.00 |
| | | NON-RECURRING CHARGES | 0.00 |
| | | MINIMUM USAGE SURCHARGE | 0.00 |
| Il.I.II....I.I.I..III...Il..III..II..I..I.I.I | | FEDERAL EXCISE TAX | 0.12 |
| BRYANT, CARTER | | STATE AND LOCAL TAXES | 0.13 |
| 1319 W 160TH ST | | FED. ST & LOCAL SURCHARGES | 0.09 |
| GARDENA CA  90247 | | FED UNIVERSAL SERVICE FEE | 0.08 |
| | | SERVICE CHARGE | 0.00 |

------SUBTOTAL-NEW-CHARGES-------------------------$7.13----

| | |
|---|---|
| PLEASE PAY THIS AMOUNT | $7.13 |
| BY 12/17/00 | |

CUSTOMER SERVICE 1-800-893-5094

### WE APPRECIATE YOUR BUSINESS

We'd like to take this opportunity to thank you for your business, and to let you know that we are committed to delivering the finest, most convenient, most competitive services to our customers.  Additional important messages may appear on the last page of this invoice.

BRYANT 01294
ATTORNEYS EYES ONLY

EXHIBIT _C_ PAGE_ 124

National, Inc.

11/27/2000   BRYANT, CARTER

PAGE 1
2004797524

CURRENT ACCOUNT ACTIVITY

LONG DISTANCE USAGE CHARGES:
 PRODUCT TYPE: 1407 - BUS. BENEFIT OPT 3
  INTRALATA                                2.49
  INTERSTATE                               0.55
  INTERNATIONAL                            0.67
                                         --------
 TOTAL LONG DISTANCE USAGE:                3.71

TOTAL USAGE CHARGES:                       3.71

RECURRING CHARGES:
 LONG DISTANCE SERVICE:
  BUSINESS BENEFIT OAO PROGRAM             1.00

TOTAL RECURRING CHARGES:                   1.00

TAXES, GOVERNMENT FEES AND OTHER CHARGES:
 STATE & LOCAL TAXES                       0.11
 CA 911 LOCAL                              0.02
 CA UNIVERSAL LIFELINE TEL SERV SURCHARGE  0.01
 CA RELAY SERVICE AND COMMUN DEVICES FUND  0.01
 CA HIGH COST FUND - B SURCHARGE           0.07
 FEDERAL EXCISE TAX                        0.12
 FEDERAL UNIVERSAL SERVICE FEE             0.08

TOTAL TAXES, GOVERNMENT FEES AND OTHER CHARGES:   0.42

TOTAL CURRENT CHARGES                      7.13

* PAST DUE PORTIONS OF YOUR TOTAL AMOUNT DUE ARE SUBJECT
  TO A MONTHLY SERVICE CHARGE OF   1.500 PERCENT.

BRYANT 01295
ATTORNEYS EYES ONLY

EXHIBIT ___C___ PAGE __125__



**REDACTED**

* * * ACCOUNT SUMMARY REPORT * * *

11/27/2000   BRYANT, CARTER                                          PAGE   2
2004J9875                                                            2004J9075324

LONG DISTANCE CALL DETAIL

| DATE | TIME | RATE | TO | NUMBER # | MINUTES | AMOUNT |
|------|------|------|-----|---------|---------|--------|

TELEPHONE NUMBER: 3105384242

| 10/24/00 | 02:44 PM | D | SANFERNAND CA | 818 894-2525 | 1.1 | 0.04 |
| 10/24/00 | 05:47 PM | E | SANFERNAND CA | 818 360-5158 | 19.7 | 0.71 |
| 10/24/00 | 09:03 PM | SI | HONG KONG | 852 23120101 | 0.5 | 0.25 |
| 10/24/00 | 09:07 PM | SI | HONG KONG | 852 23120101 | 0.5 | 0.07 |
| 10/24/00 | 09:08 PM | SI | HONG KONG | 852 23120101 | 0.5 | 0.07 |
| 10/24/00 | 10:54 PM | SI | HONG KONG | 847 23150101 | 1.1 | 0.14 |

| 10/25/00 | 03:10 PM | D | SANFERNAND CA | 818 360-4509 | 1.1 | 0.04 |

| 10/26/00 | 04:51 PM | D | SANFERNAND CA | 818 360-4509 | 1.0 | 0.05 |

| 10/31/00 | 02:45 PM | D | PASADENA CA | 626 791-2137 | 1.0 | 0.05 |
| 11/01/00 | 04:01 PM | D | PASADENA CA | 626 791-2137 | 0.4 | 0.02 |
| 11/02/00 | 12:32 PM | E | SANFERNAND CA | 818 360-5158 | 1.1 | 0.04 |
| 11/03/00 | 09:24 PM | D | SANFERNAND CA | 818 360-4509 | 1.8 | 0.09 |
| 11/03/00 | 01:27 PM | E | SANFERNAND CA | 818 360-4509 | 1.3 | 0.07 |
| 11/04/00 | 09:41 AM | D | SANFERNAND CA | 818 360-5158 | 0.7 | 0.05 |

| 11/06/00 | 10:31 AM | D | SANFERNAND CA | 818 360-4509 | 1.4 | 0.07 |
| 11/07/00 | 01:28 AM | D | SANFERNAND CA | 818 360-5158 | 0.7 | 0.05 |
| 11/07/00 | 07:14 PM | E | SANFERNAND CA | 818 345-1885 | 0.3 | 0.02 |
| 11/09/00 | 06:22 PM | D | PASADENA CA | 626 791-2137 | 0.4 | 0.03 |

TOTAL FOR 3105384242                             CALLS:   15   43.4   3.71

                                                 CALLS:   15   ********   ********
                                                              43.4   3.71

TIME FOR SERVICE

BRYANT 01296
ATTORNEYS EYES ONLY

EXHIBIT __C__ PAGE __126__

**Tab 3**



**National, Inc.**

20855 STONE OAK PARKWAY
SAN ANTONIO TX 78258

## STATEMENT SUMMARY

| | |
|---|---|
| BILL DATE | 11/23/00 |
| ACCOUNT NO. | 200343110 |
| INVOICE NO. | 20034311021 |
| REGION/LOC | TXX/A4R |

0200343110 S1 X17 C21 TXX 49442 R

BRYATN, CARTER
1319 W 160TH ST
GARDENA CA 90247

| | |
|---|---|
| PREVIOUS BALANCE | $55.78 |
| PAYMENTS RECEIVED THANK YOU | 55.78CR |
| ADJUSTMENTS | 0.00 |
| BEGINNING BALANCE | $0.00 |
| NEW USAGE CHARGES | 26.05 |
| RECURRING CHARGES | 3.00 |
| NON-RECURRING CHARGES | 0.00 |
| MINIMUM-USAGE-SURCHARGE | 0.00 |
| FEDERAL EXCISE TAX | 0.82 |
| STATE AND LOCAL TAXES | 0.84 |
| FED, ST & LOCAL SURCHARGES | 0.65 |
| FED UNIVERSAL SERVICE FEE | 0.69 |
| SERVICE CHARGE | 0.00 |
| SUBTOTAL NEW CHARGES | $32.05 |

| | |
|---|---|
| PLEASE PAY THIS AMOUNT<br>BY 12/13/00 | $32.05 |

CUSTOMER SERVICE 1-800-893-5094

### WE APPRECIATE YOUR BUSINESS

We'd like to take this opportunity to thank you for your business, and to let you know that we are committed to delivering the finest, most convenient, most competitive services to our customers.  Additional important messages may appear on the last page of this invoice.

BRYANT 01297
ATTORNEYS EYES ONLY

EXHIBIT __C__ PAGE __127__

**National, Inc.**

11/21/2000
200541110    BRYAN, CARTER

CURRENT ACCOUNT ACTIVITY

PAGE  1
200541111021

LONG DISTANCE USAGE CHARGES:
  PRODUCT TYPE: 721 - BUSINESS BENEFIT
    INTRALATA                          17.49
    INTRASTATE                          5.03
    INTERSTATE                          2.28
    INTERNATIONAL                       1.25
                                      -------
TOTAL LONG DISTANCE USAGE:             26.05

TOTAL USAGE CHARGES:                                26.05

RECURRING CHARGES:
  LONG DISTANCE SERVICE:
    BUSINESS BENEFIT ORG PROGRAM        3.00

TOTAL RECURRING CHARGES:                             3.00

TAXES, GOVERNMENT FEES AND OTHER CHARGES:
  STATE & LOCAL TAXES
    CA 911 LOCAL                        0.71
    FEDERAL, STATE & LOCAL SURCHARGES   0.13
    CA UNIVERSAL LIFELINE TEL SERV SURCHARGE  0.04
    CA TELECONNECT FUND                 0.09
    CA RELAY SERVICE AND COMMUN DEVICES FUND  0.03
    CA HIGH COST FUND - B SURCHARGE     0.06
    FEDERAL EXCISE TAX                  0.44
    FEDERAL UNIVERSAL SERVICE FEE       0.87
                                        0.49

TOTAL TAXES, GOVERNMENT FEES AND OTHER CHARGES:      3.00

TOTAL CURRENT CHARGES                               32.05

* PAST DUE PORTIONS OF YOUR TOTAL AMOUNT DUE ARE SUBJECT
  TO A MONTHLY SERVICE CHARGE OF  1.500 PERCENT.

BRYANT 01298
ATTORNEYS EYES ONLY

EXHIBIT _C_ PAGE 128

## *** ACCOUNT SUMMARY REPORT ***

| 11/21/2000 20045110 | BRYATH, CARTER | LONG DISTANCE CALL DETAIL | | | | PAGE 20045110231 |
|---|---|---|---|---|---|---|

| DATE | TIME | RATE | NUMBER # | TO | MINUTES | AMOUNT |
|---|---|---|---|---|---|---|
| 11/03/00 | 07:16 PM | | 818 360-1158 | SANFERNAND CA | 2.1 | 0.11 |
| 11/04/00 | 11:11 AM | D | 818 814-2525 | SANFERNAND CA | 1.4 | 0.08 |
| 11/04/00 | 04:47 PM | D | 626 791-2137 | PASADENA | 0.3 | 0.02 |
| 11/07/00 | 10:41 AM | D | 818 814-2525 | SANFERNAND CA | 1.7 | 0.10 |
| 11/17/00 | 01:08 PM | D | 818 814-2525 | SANFERNAND CA | 2.1 | 0.15 |
| 11/18/00 | 04:06 PM | D | 818 360-1158 | SANFERNAND CA | 0.2 | 0.02 |
| 11/17/00 | 08:32 PM | D | 818 360-1158 | SANFERNAND CA | 0.7 | 0.05 |
| 11/17/00 | 11:00 PM | DI | 818 814-2525 | SANFERNAND CA | 2.2 | 0.11 |
| 11/21/00 | 04:02 PM | DI | 852 27215215 | HONG KONG | 1.5 | 0.40 |
| 11/25/00 | 01:41 PM | DI | 852 27215215 | HONG KONG | 1.1 | 0.55 |
| 11/28/00 | 10:01 AM | D | 818 360-1158 | SANFERNAND CA | 0.5 | 0.03 |
| 11/28/00 | 10:01 AM | D | 818 814-2525 | SANFERNAND CA | 1.3 | 0.10 |
| 11/28/00 | 11:15 AM | D | 818 814-2525 | SANFERNAND CA | 1.7 | 0.07 |
| 11/24/00 | 01:55 PM | D | 424 683-1109 | COV-BALDPK CA | 0.3 | 0.02 |
| 11/21/00 | 08:21 AM | D | 818 360-1158 | SANFERNAND CA | 1.1 | 0.10 |
| 11/21/00 | 09:18 AM | D | 626 791-2137 | PASADENA | 1.1 | 0.04 |

TOTAL FOR 3165383115    CALLS:    83    440.1    24.05

TOTAL FOR SERVICE    CALLS:    83    440.1    24.05

REDACTED

BRYANT 01299
ATTORNEYS EYES ONLY

## *** ACCOUNT SUMMARY REPORT ***

| 11/21/2000 20045110 | BRYATH, CARTER | LONG DISTANCE CALL DETAIL | | | | PAGE 20045110231 |
|---|---|---|---|---|---|---|

TELEPHONE NUMBER 3165383115

| DATE | TIME | RATE | NUMBER # | TO | MINUTES | AMOUNT |
|---|---|---|---|---|---|---|
| 10/23/00 | 10:03 AM | D | 818 360-1158 | SANFERNAND CA | 1.2 | 0.06 |
| 10/23/00 | 09:17 AM | D | 818 814-2525 | SANFERNAND CA | 1.3 | 0.10 |
| 10/24/00 | 08:24 AM | D | 818 360-1158 | SANFERNAND CA | 0.6 | 0.06 |
| 10/24/00 | 04:51 PM | D | 818 360-1158 | SANFERNAND CA | 1.0 | 0.05 |
| 10/24/00 | 10:04 PM | E | 818 814-2525 | SANFERNAND CA | 4.0 | 0.20 |
| 10/25/00 | 10:10 PM | E | 818 814-2525 | SANFERNAND CA | 2.5 | 0.08 |
| 10/21/00 | 11:16 AM | D | 818 814-2525 | SANFERNAND CA | 2.0 | 0.07 |
| 10/21/00 | 11:25 AM | DI | 852 29249000 | HONG KONG | 13.2 | 0.13 |
| 10/23/00 | 10:52 PM | DI | 852 27215215 | HONG KONG | 21.0 | 1.45 |
| 10/27/00 | 11:41 AM | D | 818 360-1158 | SANFERNAND CA | 0.5 | 0.03 |
| 10/27/00 | 05:13 PM | E | 818 360-1158 | SANFERNAND CA | 15.2 | 0.74 |
| 10/23/00 | 04:06 PM | D | 818 360-1158 | SANFERNAND CA | 1.3 | 0.10 |
| 10/28/00 | 10:17 AM | D | 626 791-2137 | PASADENA | 1.3 | 0.22 |
| 10/27/00 | 04:06 PM | D | 818 814-2525 | SANFERNAND CA | 20.1 | 1.61 |
| 10/30/00 | 01:58 PM | E | 818 814-2525 | SANFERNAND CA | 10.1 | 1.41 |
| 10/30/00 | 01:56 PM | E | 818 360-1158 | SANFERNAND CA | 1.3 | 0.08 |
| 10/30/00 | 01:01 PM | E | 424 791-2137 | SANFERNAND CA | 5.1 | 0.25 |
| 10/31/00 | 09:01 AM | D | 818 360-1158 | SANFERNAND CA | 2.2 | 0.11 |
| 11/01/00 | 09:45 AM | D | 818 360-1158 | SANFERNAND CA | 12.1 | 0.41 |
| 11/01/00 | 12:51 PM | D | 818 814-2525 | SANFERNAND CA | 2.5 | 0.12 |
| 11/01/00 | 01:02 PM | E | 818 360-1158 | SANFERNAND CA | 0.5 | 0.03 |
| 11/02/00 | 04:41 PM | E | 626 791-2137 | PASADENA | 7.2 | 0.24 |
| 11/01/00 | 09:24 AM | D | 818 360-1158 | SANFERNAND CA | 0.2 | 0.02 |
| 11/02/00 | 05:44 PM | E | 424 791-2137 | PASADENA | 5.0 | 0.25 |
| 11/02/00 | 01:08 PM | E | 818 814-2525 | SANFERNAND CA | 0.2 | 0.05 |
| 11/02/00 | 07:20 PM | E | 818 814-2525 | SANFERNAND CA | 1.3 | 0.07 |
| 11/05/00 | 04:26 PM | D | 818 360-1158 | SANFERNAND CA | 0.1 | 0.02 |
| 11/03/00 | 04:25 PM | E | 626 791-2137 | PASADENA | 1.1 | 0.04 |
| 11/04/00 | 01:57 AM | D | 818 814-2525 | SANFERNAND CA | 2.1 | 0.28 |
| 11/04/00 | 10:03 AM | D | 818 814-2525 | SANFERNAND CA | 5.2 | 0.21 |
| 11/04/00 | 10:01 AM | D | 818 360-1158 | SANFERNAND CA | 1.0 | 0.06 |
| 11/07/00 | 10:31 AM | D | 818 814-2525 | SANFERNAND CA | 1.4 | 0.09 |
| 11/04/00 | 05:05 PM | E | 818 814-2525 | SANFERNAND CA | 1.7 | 0.07 |
| 11/07/00 | 10:10 AM | D | 818 360-1158 | SANFERNAND CA | 1.1 | 0.09 |
| 11/07/00 | 01:14 PM | D | 818 360-1158 | SANFERNAND CA | 0.3 | 0.02 |

EXHIBIT C   PAGE 129

**Tab 4**



National, Inc.

20855 STONE OAK PARKWAY
SAN ANTONIO TX 78258

Proudly printed on recycled paper.

## STATEMENT SUMMARY

| | |
|---|---|
| BILL DATE | 02/23/01 |
| ACCOUNT NO. | 200343110 |
| INVOICE NO. | 20034311021 |
| REGION/LOC | TXX/A4R |

0200343110 S1 X17 C21 TXX 51743 R

BRYATN, CARTER
1319 H 160TH ST
GARDENA CA  90247

| | |
|---|---|
| PREVIOUS BALANCE | $69.85 |
| PAYMENTS RECEIVED THANK YOU | 69.85CR |
| ADJUSTMENTS | 0.00 |
| BEGINNING BALANCE | $0.00 |
| NEW USAGE CHARGES | 44.55 |
| RECURRING CHARGES | 3.00 |
| NON-RECURRING CHARGES | 0.00 |
| MINIMUM USAGE SURCHARGE | 0.00 |
| FEDERAL EXCISE TAX | 1.44 |
| STATE AND LOCAL TAXES | 0.75 |
| FED. ST & LOCAL SURCHARGES | 0.70 |
| FED UNIVERSAL SERVICE FEE | 2.84 |
| SERVICE CHARGE | 0.00 |
| SUBTOTAL NEW CHARGES | $53.28 |

| | |
|---|---|
| PLEASE PAY THIS AMOUNT BY 03/15/01 | $53.28 |

CUSTOMER SERVICE 1-800-893-5094

This invoice is printed on recycled paper as part of our commitment to
conserving precious natural resources and promoting a sustainable environment.
Additional important messages may appear on the last page of this invoice.  We
appreciate your business.

BRYANT 01300
ATTORNEYS EYES ONLY

EXHIBIT C  PAGE 13D



**National, Inc.**

07/12/2001
220545110   BRYANT, CARTER

PAGE 1
22075431021

CURRENT ACCOUNT ACTIVITY

LONG DISTANCE USAGE CHARGES:
PRODUCT TYPE: 721 - BUSINESS BENEFIT
  INTRALATA                         15.62
  INTERSTATE                        27.07
  INTERNATIONAL                      0.86

TOTAL LONG DISTANCE USAGE:          44.55          44.55

TOTAL USAGE CHARGES:

RECURRING CHARGES:
  LONG DISTANCE SERVICE:
    BUSINESS BENEFIT ORG PROGRAM     1.00

TOTAL RECURRING CHARGES:             1.00           1.00

TAXES, GOVERNMENT FEES AND OTHER CHARGES:
  STATE & LOCAL TAXES                0.43
  CA 911 LOCAL                       0.12
  FEDERAL, STATE & LOCAL SURCHARGES  0.13
  CA UNIVERSAL LIFELINE TEL SERV SURCHARGE  0.13
  CA TELECONNECT FUND                0.03
  CA HIGH COST FUND - B SURCHARGE    0.41
  FEDERAL EXCISE TAX                 1.44
  FEDERAL UNIVERSAL SERVICE FEE      2.04

TOTAL TAXES, GOVERNMENT FEES AND OTHER CHARGES:     5.71

TOTAL CURRENT CHARGES:                             51.26

* PAST DUE PORTIONS OF YOUR TOTAL AMOUNT DUE ARE SUBJECT
  TO A MONTHLY SERVICE CHARGE OF 1.500 PERCENT.

BRYANT 01301
ATTORNEYS EYES ONLY

EXHIBIT ___C___ PAGE _131_

REDACTED

**BRYANT 01302**
**ATTORNEYS EYES ONLY**

### ··· ACCOUNT SUMMARY REPORT ···

02/23/2001   BRYANT, CARTER   LONG DISTANCE CALL DETAIL

TELEPHONE NUMBER: 3105383615

PAGE 200345411021 2

| DATE | TIME | RATE | TO | NUMBER # | MINUTES | AMOUNT |
|---|---|---|---|---|---|---|
| 01/23/01 | 10:12 AM | D | SANFERNAND CA | 818 894-2525 | 1.2 | 0.04 |
| 01/23/01 | 06:01 AM | D | SANFERNAND CA | 818 894-2525 | 1.4 | 0.04 |
| 01/23/01 | 04:41 PM | D | COV-BALDFK CA | 424 481-1109 | 0.4 | 0.04 |
| 01/23/01 | 01:30 AM | D | SPRINGFLD MO | 417 890-4527 | 0.4 | 0.04 |
| 01/24/01 | 04:24 AM | D | SANFERNAND CA | 818 894-2525 | 1.1 | 0.04 |
| 01/24/01 | 04:40 AM | D | SANFERNAND CA | 818 894-2525 | 1.1 | 0.04 |
| 01/24/01 | 10:48 AM | D | SANFERNAND CA | 818 894-2525 | 0.6 | 0.05 |
| 01/24/01 | 10:23 AM | D | SANFERNAND CA | 818 894-2525 | 1.0 | 0.05 |
| 01/24/01 | 04:27 PM | D | SPRINGFLD MO | 417 890-4527 | 53.1 | 2.24 |
| 01/27/01 | 11:15 AM | N | COV-BALDFK CA | 424 481-1109 | 0.4 | 0.01 |
| 01/27/01 | 11:35 AM | N | SANFERNAND CA | 818 340-3150 | 0.4 | 0.02 |
| 01/27/01 | 12:20 PM | N | SANFERNAND CA | 818 340-3150 | 0.2 | 0.02 |
| 01/27/01 | 06:38 PM | N | COV-BALDFK CA | 424 481-1109 | 0.3 | 0.02 |
| 01/27/01 | 04:44 PM | N | COV-BALDFK CA | 424 481-1109 | 0.2 | 0.02 |
| 01/27/01 | 06:14 PM | N | SANFERNAND CA | 818 894-2525 | 0.3 | 0.02 |
| 01/27/01 | 06:51 PM | N | COV-BALDFK CA | 424 481-1109 | 0.5 | 0.03 |
| 01/28/01 | 11:01 AM | D | SANFERNAND CA | 818 894-2525 | 0.4 | 0.02 |
| 01/28/01 | 12:00 PM | D | SANFERNAND CA | 818 894-2525 | 0.3 | 0.02 |
| 01/29/01 | 11:32 AM | D | SANFERNAND CA | 818 894-2525 | 0.4 | 0.02 |
| 01/29/01 | 04:42 PM | E | COV-BALDFK CA | 424 481-1109 | 0.4 | 0.01 |
| 01/29/01 | 04:19 PM | E | COV-BALDFK CA | 424 481-1109 | 0.4 | 0.03 |
| 01/29/01 | 04:55 PM | N | COV-BALDFK CA | 424 481-1109 | 2.7 | 0.15 |
| 01/31/01 | 04:44 PM | E | SANFERNAND CA | 818 894-2525 | 0.4 | 0.01 |
| 01/31/01 | 04:47 PM | E | COV-BALDFK CA | 424 481-1109 | 0.8 | 0.02 |
| 01/31/01 | 10:02 PM | D | SANFERNAND CA | 818 340-3150 | 0.3 | 0.02 |
| 02/01/01 | 04:44 AM | D | SANFERNAND CA | 818 894-2525 | 1.1 | 0.04 |
| 02/01/01 | 04:47 AM | D | COV-BALDFK CA | 424 481-1109 | 1.2 | 0.04 |
| 02/01/01 | 10:03 AM | D | SANFERNAND CA | 818 894-2525 | 1.5 | 0.04 |
| 02/01/01 | 07:12 PM | E | COV-BALDFK CA | 424 481-1109 | 1.1 | 0.04 |
| 02/02/01 | 01:17 AM | D | SANFERNAND CA | 818 894-2525 | 1.6 | 0.05 |
| 02/06/01 | 06:51 AM | D | SANFERNAND CA | 818 894-2525 | 1.8 | 0.01 |
| 02/06/01 | 10:28 AM | D | SANFERNAND CA | 818 894-2525 | 0.8 | 0.04 |
| 02/11/01 | 10:18 AM | N | SANFERNAND CA | 818 894-2525 | 2.7 | 0.14 |

### ··· ACCOUNT SUMMARY REPORT ···

02/23/2001   BRYANT, CARTER   LONG DISTANCE CALL DETAIL

PAGE 200345411021 3

| DATE | TIME | RATE | TO | NUMBER # | MINUTES | AMOUNT |
|---|---|---|---|---|---|---|
| 02/17/01 | 01:18 AM | D | SANFERNAND CA | 818 340-3150 | 1.4 | 0.05 |
| 02/17/01 | 11:11 AM | D | SANFERNAND CA | 818 340-3150 | 26.3 | 1.32 |
| 02/17/01 | 05:05 AM | E | SANFERNAND CA | 818 340-3150 | 0.3 | 0.02 |
| 02/17/01 | 06:59 PM | E | SANFERNAND CA | 818 340-3150 | 7.7 | 0.37 |
| 02/17/01 | 05:15 PM | E | SANFERNAND CA | 818 340-3150 | 4.6 | 0.23 |
| 02/17/01 | 04:43 PM | N | SANFERNAND CA | 818 340-3150 | 19.1 | 0.93 |
| 02/18/01 | 06:56 PM | S1 | HONG KONG | 852 29240000 | 1.3 | 0.32 |
| 02/19/01 | 06:39 PM | S1 | HONG KONG | 852 29269008 | 1.7 | 0.27 |
| 02/21/01 | 11:11 AM | D | HONG KONG | 852 29260000 | 1.7 | 0.32 |
| 02/21/01 | 11:11 AM | D | PASADENA CA | 626 797-2137 | 15.7 | 0.00 |
| 02/21/01 | 01:39 PM | N | SANFERNAND CA | 818 894-2525 | 9.5 | 0.49 |
| 02/06/01 | 10:13 AM | D | SPRINGFLD MO | 417 890-4527 | 0.7 | 0.05 |
| 02/06/01 | 10:04 AM | D | SANFERNAND CA | 818 894-2525 | 1.2 | 0.10 |
| 02/06/01 | 11:06 AM | D | SANFERNAND CA | 818 894-2525 | 2.2 | 0.10 |
| 02/06/01 | 11:04 AM | D | SANFERNAND CA | 818 340-3150 | 27.5 | 1.48 |
| 02/27/01 | 06:15 PM | E | SANFERNAND CA | 818 340-3150 | 7.0 | 0.35 |
| 02/27/01 | 06:59 PM | E | SANFERNAND CA | 818 894-2525 | 1.0 | 0.05 |
| 02/21/01 | 06:55 PM | D | VAN NUYS CA | 818 344-4444 | 2.4 | 0.13 |

TOTAL FOR 3105383615   CALLS: 103   722.0   44.55

TOTAL FOR SERVICE   CALLS: 103   *********   *********
  722.0   44.55

EXHIBIT __C__ PAGE __132__



National, Inc.

02/23/2001
200543110   BRYAN, CARTER

PAGE   4
200543110ZI

IMPORTANT UPDATE

FEDERAL UNIVERSAL SERVICE FEE TO BE ADJUSTED FEBRUARY 1
Effective February 1, 2001, the Federal Universal Service Fee (FUSF) will be adjusted from 6.3% to 7.1% for residential accounts in accordance with our tariff. The fee is applied to regulated interstate (interstate) and international telecommunications charges and helps to fund telephone connections, especially in high-cost areas, as well as communication and information services to schools, libraries, and rural healthcare facilities. The Federal Universal Service Fee is listed as a separate line item on your invoice under the heading of government fees. Please always check this space for important monthly messages. We appreciate your business.

TO OUR CUSTOMERS IN PHILADELPHIA, PENNSYLVANIA
Effective March 18, 2001, it will be necessary to begin dialing the area code plus the seven-digit number for all local calls, plus and intraLATA calls in your area code 215 and 610 in the Philadelphia area. If you have PBX, Centrex or similar equipment, please contact your PBX vendor immediately to have your equipment reprogrammed to reflect the new 11-digit dialing pattern, to avoid service disruptions and inconvenience. This dialing change will require your calls to continue to be processed, and has no effect on the cost of calls. For example, calls that were local toll calls before the dialing change are still local toll calls and are billed at such, even though they will require 11-digit dialing beginning March 18. In addition to reprogramming PBX, Centrex and similar equipment, please notify family, friends and business associates; make sure that any material printed with your phone number include the area code and reprogram speed dial features, fax, modems and other auto-dialers to reflect the complete 11-digit number.

TO OUR CALIFORNIA CUSTOMERS: AREA CODE OVERLAY SUSPENDED
... the 7-8-9 area code overlay originally scheduled for March 10, 2001, for California area code 415, has been suspended by the California Public Utilities Commission. The Commission has suspended several area code split and area code overlays projects in an effort to explore other alternatives for area code relief. Please watch this space for future updates.

BRYANT 01303
ATTORNEYS EYES ONLY

EXHIBIT  C  PAGE 133

**Tab 5**

| From: | Isaac Larian |
| To: | Victoria O'Connor |
| CC: | |
| BCC: | |
| Sent Date: | 2000-09-13 06:01:07:212 |
| Received Date: | 2000-09-13 06:01:07:232 |
| Subject: | RE: Carter Bryant |
| Attachments: | |

Tell him licensing royalties is a pie in the sky in the future.

We are going to RISK and spend MILLIONS making this brand and line happen. May be it does, may be it does not. If it does, we made the brand and not him.

The answer is NO.

Explain the above logic to him.

-----Original Message-----
From: Victoria O'Connor
Sent: Tuesday, September 12, 2000 4:40 PM
To: Isaac Larian
Subject: Carter Bryant

I knew it! He called and said he wanted to make sure that if we license out Bratz he would like a royalty. He said this was his original intention for the property. Do you want to tell him no or me?

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE _134_

MGA 0064571

**Tab 6**

SEP 14 '00 11:38 FR BHP · COLLECTIBLES  310 252 6059 TO 955F'517          P.01/04

To: David Rosenbaum

From: Carter H. Bryant

Total Pages: 4

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA007337

EXHIBIT C ____ PAGE 135

September 14, 2000

Dear David,

Enclosed is a copy of my original offer of employment with Mattel. To the best of my knowledge, other than an agreement of confidentiality, there are no other expressed contracts that have been signed. I am unable to look into this too much further with our Human Resources director without risking suspicion, but I am quite certain that this should suffice.

Thank you very much.

Sincerely,

Carter H. Bryant

310-252-6099 or
310-538-3615 home

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA007338

EXHIBIT _C_ PAGE 136

SEP 14  00 11:30 FR BH    COLLECTIBLES  310 252 8659 TO 555   517          P.03/04



**Mattel, Inc.**

331 Continental Boulevard
El Segundo, California 90245-5012
Phone: (310) 252-2000
Telex: 188135 or 188170

December 11, 1998

Mr Carter Bryant
1-A Sycamore Dr.
Kimberling, MO 65686

Dear Carter,

Congratulations and welcome to Mattel!

We are pleased to confirm your acceptance of our offer for the position of Project Designer, and to outline the various benefits that are available to you as a member of the Mattel team.

**Compensation**

Your annual base salary will be ▮▮▮▮ payable on a bi-weekly basis.

**Relocation**

You will receive a relocation payment of ▮▮▮▮ less appropriate federal and state taxes, payable to you no later than 30 days following commencement of your employment.

If you choose to voluntarily terminate your employment with Mattel within one year of your date of hire, you will be required to repay this amount in full.

**Benefits**

The following is a brief outline of benefits in which you will be eligible to participate as of your date of hire. Specific details and plan limitations are provided in Summary Plan Descriptions or Plan Documents, and are subject to periodic modification and revision

You and your qualified dependents, if applicable, will be eligible for the following coverage:

- Medical
- Dental
- Vision
- Prescription

- Life Insurance – 1-1/2 x base salary
- Accidental Death & Dismemberment – 1-1/2 x base salary
- Business Travel Coverage – $1,000,000
- Short & Long-Term Disability

You will be enrolled in the Mattel Personal Investment Plan (PIP), which is a 401(k) savings/retirement plan  The plan offers both Company Automatic and Matching contribution provisions as outlined below

**CONFIDENTIAL
ATTORNEY'S EYES ONLY**

MGA007339

EXHIBIT  C  PAGE  137

SEP 14 '00 11:38 FR B+    COLLECTIBLES  310 252 8059 TO 933*  LP    P.04/04

- **Company Automatic Contributions**
  The Company will make automatic contributions to your account ranging from 3% to 8% of your salary, based on age.
- **Company Matching Provision**
  The Company will match up to the first 6% of pay you contribute to your PIP account on a dollar-for-dollar basis up to 2% of your annual salary and on a fifty-cents-on-the-dollar basis for up to the next 4% of your salary

Of course, this offer is contingent upon satisfactory verification of all information as to previous employers and academic institutions attended, eligibility to work in the United States, and the signing of a Confidential Information and Inventions Agreement. Further, you understand that this letter does not imply employment for a specific term and thus your employment is at will; either you or the Company can terminate it at any time, with or without cause. This letter acknowledges there are no oral or written side agreements or representations concerning the term or conditions of employment. Additional details of your employment relationship are contained in our employment application.

Enclosed is a packet containing various information and forms required to activate your employment. Please complete these forms and bring them with you on your first day of employment. Also, you will need to bring with you certain documents as set forth in the enclosed directions. Upon your arrival in the second floor lobby, please advise the security officer that you are a new employee. You will be escorted to an orientation session beginning at 8:00 a.m., which will last most of the morning.

Carter, we are all looking forward to you joining the Mattel team on 1/4/99. As a new member of the Mattel family, please feel free to call me at (310) 252-2535 if you have any questions.

Sincerely,

Lynne Robinson
VP, Human Resources

2

** TOTAL PAGE.04 **

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA007340

EXHIBIT  C  PAGE  138

**Tab 7**

September 18, 2000

Dear Kinuyo,

I enjoyed speaking with you on the phone today about possibly ordering a supply of your Hollow Saran hair fiber.

I would like to request a sample card of the different colors available and also, if possible, a sample card of the different curl sizes available.

The company I am working with is called MGA ENTERTAINMENT, and we are located in Los Angeles, CA. You can email me with any questions at: sophiesays@hotmail.com.

Please send the sample cards, along with price information to the following address:

MGA Entertainment
Attn: Carter Bryant
1319 W. 160th St.
Gardena, CA 90247
USA

My phone number, once again, is 310-538-3615

Thank you very much,

Sincerely,

Carter H. Bryant

EXHIBIT ___C___ PAGE 139

BRYANT 01200
CONFIDENTIAL

**✳✳✳ T R A N S M I S S I O N   R E P O R T ✳✳✳**

SEP-17-00 17:55   ID:3102976035          KINKOS HAWTHORNE

| JOB   NUMBER | | 757 |
| INFORMATION   CODE | | OK |
| TELEPHONE NUMBER | 01181334061084 | |
| NAME(ID NUMBER) | 0334061084 | |
| START TIME | SEP-17-00 17:54 | |
| PAGES TRANSMITTED | 001 | TRANSMISSION MODE | EMMR |
| RESOLUTION | STD | REDIALING TIMES | 00 |
| SECURITY | OFF | MAILBOX | OFF. |
| MACHINE ENGAGED | 00'23 | | |

THIS TRANSMISSION IS COMPLETED.

LAST SUCCESSFUL PAGE    001

September 18, 2000

Dear Kinuyo,

I enjoyed speaking with you on the phone today about possibly ordering a supply of your Hollow Saran hair fiber.

I would like to request a sample card of the different colors available and also, if possible, a sample card of the different curl sizes available. We will likely be placing a large order for this hair very soon, as we will probably be using it on a new doll line.

The company I am working with is called MGA ENTERTAINMENT, and we are located in Los Angeles, CA. You can email me with any questions at: sophiesays@hotmail.com.

Please send the sample cards, along with price information to the following address:

MGA Entertainment
Attn: Carter Bryant
1319 W. 160th St.
Gardena, CA 90247
USA

My phone number, once again, is 310-538-3615

Thank you very much,

Sincerely,

Carter H. Bryant

EXHIBIT ___C___ PAGE 140

BRYANT 01201
CONFIDENTIAL

**Tab 8**

**David Rosenbaum**

| | |
|---|---|
| Sent: | Tuesday, September 19, 2000 12:23 AM |
| To: | 'Carter Bryant' |
| Cc: | Victoria O'Connor (E-mail); Isaac Larian (E-mail) |
| Subject: | Consulting Agreement |

Dear Mr. Bryant:

As you know, we represent MGA Entertainment. Attached for your review is a draft of the above referenced agreement. Please review the draft and have your attorney call me to discuss.

Please note that inasmuch as our client has not had an opportunity to review this correspondence and/or attachment(s) hereto, I must reserve their right to comment.

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com



0000662.DOC

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

1

CONFIDENTIAL
ATTORNEY'S EYES ONLY

**MGA001355**

EXHIBIT __C__ PAGE __141__

**Tab 9**

**From:** Paula Treantafelles
**Sent:** Wednesday, September 27, 2000 12:34 PM
**To:** Franki Tsang; Judy Rich
**Subject:** BRATZ

Franki
Please note that I sent to you today a binder describing the new small doll line called BRATZ.

This is a small doll line made up of 4 characters. The position of this line is hair and dress play.
Dolls are sold with 1 hair style and 1 outfit for a "day time" look and another outfit and hair style for a "night time" look.

**The consumer has the ability to:**
- change dolls clothes
- snap in different hair styles (illustrated in the binder)
- snap in different pairs of shoes (illustrated in the binder)

I need you to help me get an idea of what a dress pack would cost. I need to make sure that pieces I am expecting to include support our retail price.

The second to last page of this binder reflects the doll pack piece count
- 2 hair styles
- 1 purse
- 4 piece fashion set
- 2 pairs of shoes

The very last page of this binder indicates:
- preferred hair vendor (contact name, address and phone number)
- approximate amount/weight of hair

I also sent to you physical samples of:
- body
- outfit pieces
- purse
- shoes

These pieces represent approximate size or amount of softgoods material expected for these mentioned pieces.

I am hoping that this information will help you ..help me get an idea of how much these components will cost.

I am going to send you a PDF by end of next week. Please call me if you have any questions. I would love to put a development schedule together as soon as I get Isaac to buy off on the line I mentioned above.

Sorry for this.

ATTORNEY'S EYES
ONLY

MGA000422

EXHIBIT __C__ PAGE 142

**Tab 10**

| | |
|---|---|
| From: | Isaac Larian |
| To: | Victoria O'Connor; Michele Thompson |
| CC: | |
| BCC: | |
| Sent Date: | 2000-10-04 00:45:36:800 |
| Received Date: | 2000-10-04 00:45:36:830 |
| Subject: | RE: Job offer |
| Attachments: | |

fyi

-----Original Message-----
From: Wpimerc@aol.com [mailto:Wpimerc@aol.com]
Sent: Tuesday, October 03, 2000 5:23 PM
To: ilarian@mgae.com
Subject: Re: Job offer

I don't think at Mattel I would have the opportunities that you are offering me. I don't want to sound stingy but I have accumulated a lot of debt in this past year I was only making the 60% of my salary. I need them to lay me off as I told you.

Your company sound like it has endless possibilities and I know that I can help you bring new brands to your line of product. The past couple of days I have not slept because I am thinking of all these products that we could do.

I am sorry I was a little long winded but please give me until Friday and I should have an answer from Mattel. If not I guess I just start for you on Tuesday.

Thank you;
Mercedeh

Confidential - For Attorney's Eyes Only

EXHIBIT  C    PAGE 143          MGA 0064572

**Tab 11**

**David Rosenbaum**

Sent:        Wednesday, October 04, 2000 3:43 PM
To:          'Anne Wang'
Cc:          Victoria O'Connor (E-mail)
Subject:     -          RE: Bryant/MGA Agreement

Importance:        High

  

0000662.DOC          00000871.RTF

Dear Anne:

Further to my e-mail below, I attach clean (#6662.doc) and redlined (#6871.rlf) copies of above agreement. The changes indicated therein represent all of the changes that my client will agree to make to the agreement. Please have Mr. Bryant sign at least three copies of the agreement and return them to me so that I may arrange for countersignature by MGA. Please let me know today if Carter will execute the agreement. If these changes are unacceptable, my client has advised me that it will proceed with other product plans are terminate its discussions with Mr. Bryant.

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

-----Original Message-----
From:
Sent: Wednesday, October 04, 2000 10:20 AM
To: 'Anne Wang'
Cc: Victoria O'Connor (E-mail)
Subject: RE: Bryant/MGA Agreement
Importance: High

Anne - I reviewed your proposed revisions with my client and they are, by and large, unacceptable. I understand that my client has discussed these issues with Carter directly and he has agreed to withdraw most of the proposed changes. It is imperative that this agreement be concluded today. Please call me as soon as possible so that we may conclude this matter.

1

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001318

EXHIBIT ___C___ PAGE 144

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

-----Original Message-----
From: Anne Wang [mailto:awang@PS-IPLAW.com]
Sent: Wednesday, October 04, 2000 9:56 AM
To: Drosenbaum (E-mail)
Subject: Bryant/MGA Agreement

Hi David:  I caught an inadvertent omission in the version I sent by email yesterday.  Therefore, please ignore that version and review the attached the version (which also is in Word instead of WordPerfect).  It may be difficult to reach me today as I will be in meetings throughout the day. Look forward to your comments.  <<mga#2agt.doc>>
Anne Wang

2

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001319

EXHIBIT ___C___ PAGE 145

This redlined draft, generated by CompareRite (TM) - The Instant Redliner, shows the differences between -
original document   : C:\WINDOWS\TEMP\VCOLD\00006662.BKA
and revised document: C:\WINDOWS\TEMP\VCNEW\00006662.DOC

CompareRite found   28 change(s) in the text

Deletions appear as Overstrike text
Additions appear as Bold text

**MGA ENTERTAINMENT**
**16730 Schoenborn Street**
**North Hills, California  91343**

Dated as of September 18, 2000

Mr. Carter Bryant

# REDACTED

Dear Mr. Bryant:

Set forth below are the terms and conditions upon which we (hereinafter "MGA") are retaining you ("Bryant") to consult and advise MGA in the design and development of certain products which MGA wishes to manufacture and distribute (hereinafter our agreement is sometimes referred to as the "MGA Consulting Agreement"). ~~Our~~ **The** parties' agreement is as follows:

1.      Retention as Consultant/**Services:** MGA retains Bryant to provide his services to consult with MGA and advise MGA on the design and development by MGA of a line of dolls presently known as "Bratz" (the "MGA Products"). Bryant will render his services at such locations and times as may be reasonably be designated by MGA. It is understood and agreed that Bryant shall provide his services on a "top priority" basis as his services pertain to other clients of Bryant. In addition, Bryant and all other Bryant staff will take direction from and be under the supervision of such person(s) as may be reasonably designated by MGA from time to time upon notice to Bryant. It is understood and agreed that, subject to MGA's prior written consent, Bryant may retain third party contractors ("Contractors") to assist at his direction in the services to be rendered hereunder. Such third parties shall be compensated ~~at hourly rates~~ **in a manner** ("Contractor Fees") to be determined between ~~the~~ **Bryant and such third parties** and shall be subject to the terms of this Agreement, including without limitation, paragraphs 3, 4, and 7, below. Bryant shall enter into agreements with all Contractors on a form approved by MGA as conforming to the terms of this Agreement and confirming MGA's ownership of all results and proceeds of the services provided by any such Contractors; such form is attached a Exhibit "A" to this Agreement, and is incorporated herein by reference.

2.      Term/Exclusivity: The Term shall commence on the date of this Agreement. MGA shall have the right to terminate this Agreement on not less than ~~thirty (30)~~ **forty-five (45)** days prior written notice to Bryant. During the Term of this Agreement, Bryant will not provide consulting services to any person, firm or corporation engaged in the design, development and manufacture and sale of dolls or similar products.

{00006871 RTF / / 10/04/2000  03:03 PM}

1

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001320

EXHIBIT  C  PAGE 146

3.     Ownership:

(a)     All results and proceeds of the services provided by Bryant hereunder and any Contractor, including without limitation, any inventions, and any documentation related thereto, and any other material, whether written or oral (collectively, the "Bryant Work Product") shall be considered "work made for hire" and shall be owned exclusively, throughout the world, and in perpetuity by MGA (including all copyrights and patents therein and thereto, and all renewals and extensions thereof). MGA shall have the sole and exclusive right to use the Bryant Work Product, in whole or in part, in whatever manner MGA may desire, including without limitation, the right to cut, edit, revise, alter and/or otherwise modify the Bryant Work Product and the results of Bryant's services hereunder and the Contractors' services, and to freely use, perform, distribute, exhibit and exploit such materials and license others to do so in any and all media now known or hereafter devised. MGA shall have the sole and exclusive right to copyright or patent the Bryant Work Product in MGA's name, as the owner and author thereof, and to secure any and all registrations, renewals and extensions of such copyrights and patents in MGA's name or Bryant's name or the Contractors' names, as permitted pursuant to applicable statute. Bryant expressly waives, and shall cause all Contractors to waive, any "moral rights" (as such term is commonly understood around the world) in and to the Bryant Work Product prepared by Bryant and/or the Contractors pursuant to the Agreement. Bryant shall, upon request, execute, acknowledge and deliver, and shall cause each Contractor to execute, acknowledge and deliver, to MGA such additional documents as MGA may deem necessary to evidence and effectuate MGA's rights hereunder, and Bryant hereby grants to MGA the right as Bryant's attorney-in-fact to execute, acknowledge, deliver and record in the U.S. Copyright Office, the U.S. Patent Office or elsewhere any and all such documents. If, whether by statutory amendment to the U.S. Copyright and/or Patent Laws, or a decision by a court of competent jurisdiction interpreting such laws, MGA shall not be deemed to be the author or owner of the Bryant Work Product, this Agreement and each agreement with a Contractor shall, nevertheless, constitute an irrevocable assignment by Bryant and each Contractor, as applicable, to MGA of any and all of Bryant's and each Contractors' right, title and interest, including copyright and patent (and all renewals and extensions thereof), in and to the Bryant Work Product. Bryant acknowledges and agrees, and shall cause each Contractor to acknowledge and agree, that he and they have no interest in and shall not, by virtue of this Agreement or any services rendered by Bryant and/or each Contractor to MGA acquire any interest in the MGA Products and that MGA may exploit the MGA Products and any derivative works thereto, without obligation to Bryant and/or the Contractors, except as provided in Paragraph 4, below.

(b)     Without limiting the generality of the provisions of Paragraph 3(a), above, with respect only to any inventions, and any documentation related thereto, and any other material, whether written or oral, created by or for Bryant relating to the MGA Products prior to the commencement of the term of this Agreement, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by Bryant, Bryant hereby irrevocably grants, conveys, transfers, sets over and assigns to MGA in perpetuity all of Bryant's right, title and interest, in an to the such material, including, without limiting the generality of the foregoing, all rights under copyright and patent (and all renewals and extensions thereof) including the right to produce and authorize the production of any and all derivative works, and all proprietary rights of any kind therein, now known or hereafter created throughout the world. MGA shall have the sole and exclusive right to use such material, in whole or in part, in whatever manner MGA may desire, including without limitation, the right to cut, edit, revise, alter and/or otherwise modify such materials and to freely use, perform, distribute, exhibit and exploit such materials and license others to do so in any and all media now known or hereafter devised and/or perform doing so as MGA may determine. Bryant expressly waives any "moral rights" (as such term is commonly understood around the world) in and to such materials.

4.     Compensation/Costs:

{00006871.RTF// 10/04/2000 03:03 PM}

2

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001321

EXHIBIT __C__ PAGE __147__

(a)     For the first six (6) months of the Term of this Agreement, MGA shall pay Bryant for his services at the rate of five thousand five hundred dollars ($5,500.00) per month; for the next three (3) months of the Term, MGA shall pay Bryant for his services at the rate of five thousand dollars ($5,000.00) per month. All sums paid to Bryant as monthly fees shall be deemed to be non-refundable, fully-recoupable advances against any royalties that may be payable to Bryant pursuant to paragraph 4(b), below.

(b)     MGA shall pay to Bryant a royalty of three percent (3%) of the Net Sales Receipts from the sales by MGA of any of the MGA Products developed by MGA on which Bryant provided his consulting services. As used herein, the term "Net Sales Receipts" means all monies actually received by MGA from its customers on sales of MGA Products less (i) any and all excise sales, value added or comparable or similar taxes; (ii) freight and similar third party handling charges paid or payable by MGA; and (iii) returns, discounts, allowances or credits (inclusive of co-op and trade discounts and allowances). MGA shall account to Bryant on a calendar quarterly basis within thirty (30) days after the end of each quarter. All statements of royalties rendered by MGA hereunder shall constitute an account stated, and shall not be subject to any question for and binding on Bryant, shall constitute an account stated, and shall not be subject to any question for any reason whatsoever unless specific written objection, stating the basis thereof, is given by Bryant to MGA within two (2) years after the date rendered. No action, suit, or proceeding of any nature in respect of any royalty statement or other accounting rendered by MGA hereunder may be maintained against MGA unless such action, suit, or proceeding is commenced against MGA in a court of competent jurisdiction within one (1) year after the date of MGA's notice rejecting such objection. Bryant or his representatives shall have the right, not more than once per year and not more than once per statement of royalties, to examine MGA's books and records relating to the sales of such MGA Products, such examination to be conducted during MGA's normal business hours and upon reasonable prior written notice.

(c)     All costs and expenses incurred by Bryant in connection with the performance of his obligations hereunder shall be borne solely by Bryant, except as otherwise agreed and incurred with MGA's prior written consent. In the event MGA requests Bryant to travel to the Orient on MGA's behalf in connection with his services hereunder, MGA will reimburse Bryant for all travel expenses incurred in connection therewith, such as parking, airfare (economy class), auto rental, meals and hotel accommodations. Reimbursement shall be at the actual cost of such item without any mark-up.

(d)     Bryant shall submit invoices to MGA for his monthly fees (and reimbursable expenses, if and as agreed) on a monthly basis. Each invoice shall provide sufficient detail to support the monthly fee charges and hours rendered (and shall include satisfactory copies of bills and/or payments for reimbursable expenses, as applicable). MGA shall pay each such invoice within fifteen (15) days after receipt of such invoice, provided, however, MGA reserves the right to request further explanation or documentation before paying any invoice submitted by Bryant.

(e)     MGA shall use its reasonable business efforts, consistent with its business judgment, to market, promote, distribute, sell and/or exploit the MGA Products and to collect on all monies due from sales. MGA has not made and does not hereby make any representation or warranty with respect to the quantity of sales (if any) of MGA Products embodying the Property which MGA may sell. Bryant recognizes and acknowledges that the sale of MGA Products is speculative and agrees that MGA's judgment and the judgment of its subsidiaries and affiliated companies with regard to the sales of any of its MGA Products and with regard to the marketing, promotion, advertising and exploitation of the MGA Products shall be binding and conclusive upon Bryant. Bryant warrants and agrees that Bryant will not make any claim, nor shall any liability be imposed upon MGA based upon any claim, that more sales could have been made or that better business could have been done than what was actually made or done by MGA or any of MGA's subsidiaries or its affiliated companies, or that better prices or terms could have been obtained.

{00006871.RTF// 10/04/2000  03:03 PM}

CONFIDENTIAL
ATTORNEY'S EYES ONLY

3

MGA001322

EXHIBIT ___C___ PAGE __148__

5. **Warranties and Indemnity:** Bryant represents, warrants and agrees that:

(a) he has the right and is free to execute this Agreement, to grant the rights granted by him to MGA hereunder, and to perform each and every term and provision hereof;

(b) neither the execution and delivery of this Agreement nor the performance by Bryant of any of his obligations hereunder will constitute a violation, breach or default under any agreement, arrangement or understanding, or any other restriction of any kind, to which Bryant is a party or by which Bryant is bound;

(c) the Bryant Work Product shall be free of all liens and encumbrances and there will be no claims, demands or actions pending or threatened with respect thereto; and that the Bryant Work Product is original and no part thereof infringes or shall infringe upon any common law or statutory rights or intellectual property rights of any third party including, without limitation, contractual rights, patents, copyrights, mask-work rights, trade secrets, rights of privacy and other intellectual property rights;

(d) he shall comply with all applicable laws and regulations in force during the Term of this Agreement with respect to the services to be rendered hereunder; and

(e) he shall indemnify and hold MGA harmless from and against any and all claims, losses, costs, judgments, settlements, damages and expenses (including reasonable counsel fees) arising from any breach by him of any of the warranties, representations and agreements made by him hereunder.

6. **Default/Termination:**

(a) In the event either ~~party~~ Party fails to perform any of its material obligations hereunder, or breaches any representation, warranty or agreement contained herein, the other ~~party~~ Party may terminate this Agreement on thirty (30) days prior written notice, provided the breaching ~~party~~ Party shall not have remedied such failure within such thirty (30) day period.

(b) Upon the termination of this Agreement Bryant shall turn over to MGA all materials relating to the MGA Products furnished by MGA to Bryant or shall give MGA satisfactory evidence of their destruction.

7. **Confidentiality:**

(a) Bryant shall keep in confidence and not disclose to any third party, without the written permission of MGA, the Confidential Information made known to him under this Agreement. As used herein, the term "Confidential Information" means information relating to MGA's products (whether current or projected), product titles, customers, employees, tools and techniques, designs, drawings, schematics and other documentation relating thereto and other confidential and proprietary business information of MGA and which is expressly labeled or identified to Bryant in writing as "confidential" or which, under the circumstances of such disclosure, Bryant knows, or reasonably should know, are treated by MGA as confidential. This requirement of confidentiality shall not apply to any information that is (i) in the public domain through no wrongful act of Bryant; (ii) rightfully received by the Bryant from a third party who is not bound by a restriction of nondisclosure; (iii) already in the Bryant's possession without restriction as to disclosure; or (iv) required to be disclosed by operation of law or by order of a court or administrative body of competent jurisdiction, (provided that prior to such disclosure, MGA shall first receive notice thereof from Bryant and have the opportunity to contest such order or requirement of disclosure or seek appropriate protective order).

{00006871 RTF/ / 10/04/2000  03.03 PM}

4

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001323

EXHIBIT __C__ PAGE 149

(b)     Bryant agrees and acknowledges that all Confidential Information disclosed to him shall be and remain the sole property of MGA. Nothing contained in this Agreement shall be construed as granting to Bryant any right, title or interest of any kind, by license or otherwise, to the Confidential Information disclosed by MGA, the intellectual property therein or any part or copy thereof. Bryant further acknowledges and agrees that nothing contained herein shall be construed as granting Bryant any right to develop, manufacture, produce and/or distribute any product(s) derived from or which otherwise uses any of the Confidential Information disclosed by MGA, or authorize or in any way assist others to do so. Bryant may not make, sell, license or distribute copies of the Confidential Information disclosed by MGA and may not sublicense, transfer or assign in any manner whatsoever this Agreement or any of Bryant's rights or obligations under this Agreement.

(c)     Bryant acknowledges that his failure to perform any of the terms or conditions of this Agreement shall result in immediate and irreparable damage to MGA. Bryant also acknowledges that there may be no adequate remedy at law for such failures and that in the event thereof MGA shall be entitled to equitable relief in the nature of injunction and to all other available relief, at law and/or in equity.

8.     **Notices:** All notices, statements and/or payments to be given to the parties hereunder shall be addressed to the parties at the addresses set forth on the first page hereof or at such other address as the parties shall designate in writing from time to time. All notices shall be in writing and shall either be served by personal delivery, mail, or facsimile (if confirmed by mail or personal delivery of the hard copy), all charges prepaid. Except as otherwise provided herein, such notices shall be deemed given when personally delivered, all charges prepaid, or on the date five (5) days following the date of mailing, except that notices of change of address shall be effective only after the actual receipt thereof. Copies of all notices to MGA shall be sent to Fischbach, Perlstein & Lieberman LLP, 1875 Century Park East, Suite 850, Los Angeles, California 90067, Attention: David S. Rosenbaum, Esq. Copies of all notices to Bryant shall be sent to Carter Bryant 1319 West 160th Street, Gardena, California 90247.

9.     **Independent Contractor/No Partnership/Third Party Beneficiary:** Bryant's relationship with MGA is that of an independent contractor. Bryant does not have, and will not represent that he has, any power, right or authority to bind MGA, or to assume or create any obligation or responsibility, express or implied, on behalf of MGA in MGA's name. Nothing stated in the Agreement shall be construed as constituting a partnership or as creating the relationships of employer/employee or principal/agent between the parties. In all matters relating to the Agreement, Bryant shall not act as MGA's employee within the meaning or application of any federal or state unemployment insurance laws, or any other laws or regulations which may impute any obligations or liabilities to MGA by reason of an employment relationship. Bryant will be solely responsible for all taxes, including without limitation, employee and employer, and that he carries all of his own insurance. Neither of the parties hereto shall hold itself out contrary to the terms of this provision by advertising or otherwise. This Agreement shall not be construed to be for the benefit of any third party.

10.     **Services Rendered Deemed Special, etc.:** Bryant acknowledges that the services to be rendered by him hereunder are of a special, unique, extraordinary and intellectual character which gives them peculiar value, the loss of which cannot be adequately compensated for in an action at law and that a breach of any term, condition or covenant hereof will cause irreparable harm and injury to MGA and in addition to any other available relief MGA will be entitled to seek injunctive relief.

11.     **General Provisions:**

(a)     This Agreement may not be assigned by either ~~party~~ Party hereto either voluntarily or by operation of law. Any such assignment shall not relieve such ~~party~~ Party of its obligations hereunder.

{00006871.RTF/ / 10/04/2000  03:03 PM}

5

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001324

EXHIBIT C PAGE 150

(b)     The titles of the paragraphs of this Agreement are for convenience only and shall not in any way affect the interpretation of any paragraph of this Agreement or the Agreement itself.

(c)     A waiver by either ~~party~~ Party of the terms or conditions of this Agreement in any instance shall not be deemed or construed to be a waiver of such terms or conditions for the future or of any subsequent breach thereof. All remedies, rights, undertakings, obligations and agreements contained herein shall be cumulative and none of them shall be in limitation of any other remedy, right, undertaking, obligation or agreement of either ~~party~~ Party.

(d)     Neither ~~party~~ Party hereto shall be liable to the other for any incidental, consequential, special or punitive damages of any nature or kind, arising out of in connection with a breach by such ~~party~~ Party of this Agreement, whether such liability is asserted on the basis of contract, tort (including negligence or strict liability), or otherwise, even if such ~~party~~ Party has been warned of the possibility of any such loss or damage.

(e)     This Agreement shall be construed and interpreted pursuant to the laws of the State of California, applicable to agreements made and to be performed entirely therein, and the parties hereto submit and consent to the jurisdiction of the courts of the State of California, including Federal Courts located therein, should Federal jurisdiction requirements exist, in any action brought to enforce (or otherwise relating to) this contract.

(f)     This Agreement constitutes the entire Agreement between the parties hereto and supersedes all prior agreements, whether written or oral, with respect to the subject matter herein contained. No provision of this Agreement shall be deemed waived, amended or modified by either ~~party~~ Party unless such waiver, amendment or modification shall be in writing and signed by a duly authorized officer of the ~~party~~ Party against whom the waiver, amendment or modification is to be enforced.

(g)     Nothing contained in this Agreement shall be construed so as to require the commission of any act contrary to law, and wherever there is any conflict between any provision of this Agreement and any material statute, law, ordinance, order or regulation contrary to which the parties hereto have no legal right to contract, the latter shall prevail, but in such event any provision of this Agreement so affected shall be curtailed and limited only to the extent necessary to bring it within the legal requirements.

Kindly indicate your agreement with the foregoing by signing in the space provided below.

Very truly yours,

MGA ENTERTAINMENT

{00006871.RTF// 10/04/2000 03:03 PM}

6

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001325

EXHIBIT ___C___ PAGE _161_

By:_____

Its:_____

AGREED TO AND ACCEPTED:

_____
CARTER BRYANT

_____
Social Security Number

{00006871.RTF / / 10/04/2000  03:03 PM}

7

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001326

EXHIBIT __C__ PAGE __152__

EXHIBIT "A"

INDEPENDENT CONTRACTOR AGREEMENT

The parties to this Agreement ("Agreement") are CARTER BRYANT, an individual whose address is 1319 West 160ᵗʰ Street, Gardena, California ("Bryant") and, [an individual whose address is ("Contractor").

Bryant has asked Contractor to provide certain copyrightable and/or patentable work for Bryant in connection with Bryant' services (the "Project") to MGA Entertainment ("MGA") relating to the design and development by MGA of a line of dolls presently known as "Bratz" (the "MGA Product"), and Contractor is willing to perform such work. Contractor's work under this Agreement will be part of what Bryant provides to MGA. In order to fulfill his obligations to MGA, Bryant wishes to obtain ownership of all rights, including copyrights and patents, in Contractor's work under this Agreement. Contractor is willing to transfer all rights in the work to Bryant. Therefore, the parties represent and agree as follows:

1.    Ownership: All results and proceeds of the services provided by Contractor hereunder, including without limitation, any inventions, and any documentation related thereto, and any other material, whether written or oral (collectively, the "Work Product") shall be considered "work made for hire" and shall be owned exclusively, throughout the world, and in perpetuity by MGA (including all copyrights and patents therein and thereto, and all renewals and extensions thereof). MGA shall have the sole and exclusive right to use the Work Product, in whole or in part, in whatever manner MGA may desire, including without limitation, the right to cut, edit, revise, alter and/or otherwise modify the Work Product and the results of Contractor's services hereunder, and to freely use, perform, distribute, exhibit and exploit such materials and license and/or sublicense them in any and all media now known or hereafter devised. MGA shall have the sole and exclusive right to copyright or patent the Work Product in MGA's name, as the owner and author thereof, and to secure any and all registrations, renewals and extensions of such copyrights and patents in MGA's name or Contractor's name as permitted pursuant to applicable statute. Contractor expressly waives any "moral rights" (as such term is commonly understood around the world) in and to the Work Product prepared by Contractor pursuant to this Agreement. Contractor shall, upon request, execute, acknowledge and deliver to MGA such additional documents as MGA may deem necessary to evidence and effectuate MGA's rights hereunder, and Contractor hereby grants to MGA the right as Contractor's attorney-in-fact, to execute, acknowledge, deliver and record in the U.S. Copyright Office, the U.S. Patent Office or elsewhere any and all such documents. If, whether by statutory amendment to the U.S. Copyright and/or Patent Laws, or a decision by a court of competent jurisdiction interpreting such laws, MGA shall not be deemed to be the author or owner of the Work Product, this Agreement shall, nevertheless, constitute an irrevocable assignment by Contractor to MGA of any and all of Contractor's right, title and interest, including copyright and patent (and all renewals and extensions thereof), in and to the Work Product. Contractor acknowledges and agrees that Contractor has no interest in and shall not, by virtue of this Agreement or any services rendered by Contractor to MGA acquire any interest in the MGA Products and any derivative works thereto which may embody or incorporate or be derivative of the Work Product. Contractor shall not use display or distribute the Work Product for any purpose other than the Project without MGA's prior written permission.

2.    Contractor's Representations and Warranties: Contractor represents and warrants to Bryant and MGA as follows: (a) all portions of the Work are original; (b) none of the Work infringes the rights of any third parties; (c) all persons working with or for Contractor on the Project are Contractor's employees working within the scope of their employment or have executed an enforceable "work for hire/copyright hire/ assignment" agreement covering the Project in favor of Contractor or MGA.

{00006871.RTF//10/04/2000 03:03 PM}

8

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001327

EXHIBIT C   PAGE 153

(

———————— REVISION LIST ————————

The bracketed numbers refer to the Page and Paragraph for the start of the paragraph in both the old and
the new documents.

| | |
|---|---|
| [1:9 1:9] Changed | "Our " to "The parties' " |
| [1:10 1:10] Changed | "as may be designated by MGA." to "as may be ... designated by MGA." |
| [1:10 1:10] Changed | "person(s) ... by MGA from" to "person(s) ... by MGA from" |
| [1:10 1:10] Changed | "at hourly rates " to "in a manner " |
| [1:10 1:10] Changed | "between the parties" to "between Bryant ... third parties" |
| [1.11 1:11] Changed | "thirty (30) " to "forty-five (45) " |
| [1:12 1:12] Changed | "Ownership: All" to "Ownership: " |
| [1:12 1:13] Changed | "Ownership: All" to "(a) All" |
| [2:1 2:1] Add Para | "(b) Without limiting ... such materials. " |
| [3:2 3:3] Add Para | "(e) MGA shall use ... been obtained." |
| [3:9 4:4] Changed | "either party fails" to "either Party fails" |
| [3:9 4:4] Changed | "other party may" to "other Party may" |
| [3:9 4:4] Changed | "breaching party shall" to "breaching Party shall" |
| [4:1 4:8] Changed | "Information shall" to "Information ... him shall" |
| [4:1 4:8] Changed | "Confidential Information, the" to "Confidential ... by MGA, the" |
| [4:1 4:8] Changed | "Confidential Information, or" to "Confidential ... by MGA, or" |
| [4:1 4:8] Changed | "Information and" to "Information ... by MGA and" |
| [4:3 5:1] Changed | "Esq." to "Esq. Copies ... California 90247." |
| [5:2 5:5] Changed | "either party hereto" to "either Party hereto" |
| [5 2 5:5] Changed | "such party of" to "such Party of" |
| [5·4 5:7] Changed | "party " to "Party " |
| [5.4 5:7] Changed | "either party." to "either Party." |
| [5:5 5:8] Changed | "Neither party hereto" to "Neither Party hereto" |
| [5.5 5:8] Changed | "such party of" to "such Party of" |
| [5:5 5:8] Changed | "such party has" to "such Party has" |
| [5:7 6:2] Changed | "either party unless" to "either Party unless" |
| [5:7 6:2] Changed | "the party against" to "the Party against" |
| [5.9 6:4] Del Paras | "\\ |

\\

\\

\\

\\

\\"

| | |
|---|---|
| [8:6 8 6] Changed | "hire/copyright " to "hire/ " |

{00006871.RTF// 10/04/2000  03:03 PM}

10

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001329

EXHIBIT ___C___ PAGE 174

**Tab 12**

From:           Isaac Larian
Sent:           Thursday, October 05, 2000 10:10 PM
To:             'carter bryant'
Cc:             Paula Treantafelles
Subject:        RE: the Bratz

Carter,

You are very creative and I believe this line ( if done with FOCUS and strategic thought) will be huge.

Please arrange to meet with Paula ASAP and work on this FULL TIME and lets make it happen.

Also, Mercedeh will be starting at MGA next Tuesday.

Thanks

-----Original Message-----
From: carter bryant [mailto:sophiesays@hotmail.com]
Sent: Thursday, October 05, 2000 4:52 PM
To: ilarian@mgae.com
Subject: the Bratz


Hi Isaac--

I just want to thank you for your message earlier, and mostly I want to thank you for this incredible opportunity and for believing in me enough to make this happen.

I have a GREAT storyline for a commercial, which I will work up a bit for you all to see, as well as a great song in mind for it. I also have a lot of great ideas for the entire line and this is going to be big!

Thanks again.
Carter

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at http://profiles.msn.com.

ATTORNEY'S EYES
ONLY

MGA000423

EXHIBIT C  PAGE 155

**Tab 13**

| | |
|---|---|
| **From:** | Isaac Larian |
| **To:** | Victoria O'Connor |
| **CC:** | Paula Treantafelles |
| **BCC:** | |
| **Sent Date:** | 2000-10-05 20:32:00:387 |
| **Received Date:** | 2000-10-05 20:32:00:467 |
| **Subject:** | RE: Bratz |
| **Attachments:** | |

A new showroom!

-----Original Message-----
**From:** Victoria O'Connor
**Sent:** Thursday, October 05, 2000 11:44 AM
**To:** Isaac Larian
**Cc:** Paula Treantafelles
**Subject:** RE: Bratz

Where do you think this catwalk is going to be? In the hallway? I love the idea but we don't have the space.

-----Original Message-----
**From:** Isaac Larian
**Sent:** Thursday, October 05, 2000 11:32 AM
**To:** CARTER
**Cc:** Paula Treantafelles; Victoria O'Connor
**Subject:** Bratz
**Importance:** High

Carter,

Now that we have the agreement in place, we need you and Paula to **FOCUS 200%** on getting this done:

Think Different!

Think the fashion.

Think and DESIGN the accessories.

Think about the commercial

Think about the NY showroom presentation ( we are thinking a Cat Walk)

THINK ABOUT ALL THE ROYALTY YOU ARE GOING TO MAKE!

Carter , this is your big break in business life. I have put my whole resources ( money, people, development, etc) on this to make your dream happen because I believe in young peoples dream.

Now it is up to you. You need to put 16 hours a day STARTING NOW on this and NOTHING ELSE. That is the only way it will happen.

Lets do it!

Isaac

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___  PAGE ___156___          MGA 0064575

**Tab 14**

From:         Isaac Larian
Sent:         Tuesday, October 17, 2000 10:42 AM
To:           Mercedeh Ward; Judy Rich
Cc:           Paula Treantafelles; Cecilia Kwok; Kerri Legg
Subject:      RE: BRATZ -- NEED TO DETERMINE PS DATE

Lets discuss at 3 pm marketing meeting today.

----Original Message----
From:      Mercedeh Ward
Sent:      Tuesday, October 17, 2000 10:01 AM
To:        Judy Rich; Isaac Larian
Cc:        Paula Treantafelles; Cecilia Kwok
Subject:   RE: BRATZ -- NEED TO DETERMINE PS DATE

Judy and Isaac:

Lets first decide whm the product is to be on the shelf for our costumers. That is really important. Judy as I told you we need to back up our schedules from there. I understand requirements for samples but we are realy are trying to bring a high quality item to the market. Judy lets look at the schedual and see if there any time we can take out we will do that to improve the 5/1.

Mercedeh

----Original Message----
From:      Judy Rich
Sent:      Tuesday, October 17, 2000 8:58 AM
To:        Isaac Larian
Cc:        Paula Treantafelles; Cecilia Kwok; Mercedeh Ward
Subject:   FW: BRATZ -- NEED TO DETERMINE PS DATE

Isaac,

Please note Paula's comment below (highlighted in red) that she does not believe a 4/1 PS date is feasible for Bratz. We need to determine the PS date to get a product development schedule in place. Please advise if a 5/1 PS is acceptable.

Thank you.

Judy

Judy Rich
Project Planner
Product Development
MGA Entertainment
jrich@mgae.com
818/894-2525 x173
www.mgae.com

----Original Message----

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009131R

EXHIBIT _C_ PAGE _157_

From:     Paula Treantafelles
Sent:     Monday, October 16, 2000 4:31 PM
To:       Cecilia Kwok; Samuel Wong; Franki Tsang
Cc:       Judy Rich; Mercedeh Ward
Subject:  BRATZ

I apologize that I wasnt able to release the attached information on Friday.

These are the PDF's for BRATZ:

‹‹ File: BRATZ DOLL PACK PDF.doc ›› ‹‹ File: BRATZ FASHION PACK
PDF.doc ›› ‹‹ File: BRATZ HAIR PACK PDF.doc ››

Mercedeh, Judy and Cecilia-
These are working schedules I put together for each of the above. Isaac's target
PS is 4/1. At this point I am confident that we will not be able to support anything
earlier than a 5/1 PS. Please keep in mind that we only started developing this line
one month ago.

Please review and advise your thoughts/comments.
‹‹ File: BRATZ templates.xls ››

-Please note I released the rough casted body to you last Friday. Please note that the
doll is expected to be between 9" to 9.5" tall

-Per our conference call last week I promised to advise of the most expensive fabric
construction I expect to use in doll packs. The plan was for you to assume this
expensive material for all pieces of clothes I sent you so that the ballpark quote will
reflect a "worse case" scenario. Please assume that this most expensive fabric is
TWILL

However.. I plan to send you a softgoods swatch package with all proper fabric
constructions, color and fabric art by 10/30 (as noted in the schedule above). This
information will allow you to generate the most accurate costing information. Do you
think its better to wait 2 weeks and receive the most accurate fabric
construction/art information.

My concern is that we are going to over design and find that our designs are over our
target costs. Ouch!

Please let me know if you have any questions.

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009132R

EXHIBIT  C   PAGE 158

**Tab 15**

**From:**       Isaac Larian
**Sent:**       Tuesday, October 17, 2000 4:28 PM
**To:**         Paula Treantafelles; Mercedeh Ward; Carter Bryant; 'mullenma@earthlink.net'
**Subject:**    RE: seamstresses
I don't know of one.

Victoria : Call Fashion Institute and see if we can get some interns.

------Original Message-----
**From:**       Paula Treantafelles
**Sent:**       Tuesday, October 17, 2000 2:54 PM
**To:**         Isaac Larian; Mercedeh Ward; Carter Bryant; 'mullenma@earthlink.net'
**Subject:**    seamstresses

Isaac and Mercedeh-
I need to have seamstresses and patterns makers ready and committed to supporting
Carter and Veronica week of 10/30 for BRATZ fashions.

Do you guys know of anyone that we can call?  I wanted to call some of my buddies at
Mattel but maybe this isn't the best idea.

Victoria-
Did you run across anyone when you went through the recent resume submissions?

Maureen-
Do you know of any of the little ladies that used to work at Mattel that can support us?

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

EXHIBIT ___C___ PAGE 159   MGA 0009128R

**Tab 16**

| From: | carter bryant |
|---|---|
| To: | PTreantafelles@mgae.com |
| CC: | |
| BCC: | |
| Sent Date: | 2000-10-23 21:59:22:000 |
| Received Date: | 2000-10-23 21:56:18:170 |
| Subject: | RE: BRATZ |
| Attachments: | |

Hey there Paula....just a few things....first off let me give you my new email address that I'm trying to use now instead of this one...
Bryant598@cs.com
secondly, I am working fast and furiously on fabrics and everything for the packages,and what I need to know is, are we going to be bound to these fabric choices forever...? ha ha. Just need to know in case something doesn't end up working or we decide we don't like it down the line...I'm not talking drastic changes, just minor revisions. Also, some of the fabrics and colors I would like to use we have examples of but they are not exactly right. Can we put these in the packages for examples for cost? Also, does the artwork for fabrics have to be defined at this point? I think you told me before that it doesn't, which is good, because that's going to take more time.

So here's a rundown of what we plan to have for you by Friday:
1. All doll fashions designed and swatched as closely as possible, including backpacks  (4 packages)
2. All fashion packs designed and swatched as closely as possible (3 packages)
3. Backpack accessory designed and swatched into four different color ways, as closely as possible (one package)

Ok, the next thing (sorry this is so long) is can we meet Wednesday to look at Margaret's sculpt? I can't do it tomorrow as Veronica and I need to work on these packages tomorrow. She will not be coming to see the sculpt on Wednesday so that she can focus on getting these done.

that's it! Thanks again for meeting with Stephen, he's a great guy and I'm looking forward to working with him on our FAB doll line!

Carter


>From: Paula Treantafelles <PTreantafelles@mgae.com>
>To: Carter Bryant <sophiesays@hotmail.com>
>Subject: RE: BRATZ
>Date: Thu, 19 Oct 2000 15:55:11 -0700
>
>yes we are going to use saran hair for the bratz line
>
>Steve Tarmihael is coming back on Monday at 9:30am so that I can introduce
>you and the BRATZ line to him.  Can you come in and reveal yourself? He

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE __100__

MGA 0052031

>said that he will be traveling through 11/23...ouch but maybe this is good
>enough time for us to finalize the wax and have it downgenerated in HK. He
>said that he will need about 100 heads pulled and ready to go as soon as he
>returns.
>
>
>
>——Original Message——
>From: carter bryant [mailto:sophiesays@hotmail.com]
>Sent: Thursday, October 19, 2000 2:30 PM
>To: PTreantafelles@mgae.com
>Subject: RE: BRATZ
>
>
>I'm hoping you mean other dolls besides the BRATZ line....I feel we must
>use
>
>saran for production on this line.
>Carter
>
>
> >From: Paula Treantafelles <PTreantafelles@mgae.com>
> >To: Samuel Wong <SWONG@mgae.com>, Mercedeh Ward <MWard@mgae.com>, Carter
> >Bryant <sophiesays@hotmail.com>
> >CC: Judy Rich <JRich@mgae.com>, Franki Tsang <FTSANG@mgae.com>, Cecilia
> >Kwok <CKwok@mgae.com>
> >Subject: RE: BRATZ
> >Date; Thu, 19 Oct 2000 08:49:15 -0700
> >
> >I apologize if my email below mislead you.  We may not use Saran for all
> >coming dolls but we will root all of our rooting masters here in LA on
>out
> >new rooting machine
> >
> > >  ——Original Message——
> > > From:    Samuel Wong
> > > Sent:    Thursday, October 19, 2000 3:32 AM
> > > To:    Paula Treantafelles; Mercedeh Ward; Carter Bryant
> > > Cc:    Judy Rich; Franki Tsang; Cecilia Kwok
> > > Subject:  RE: BRATZ
> > >
> > > Dear All,
> > >
> > > Do you really want to use Saran hair for future production. My concern
> >is
> > > : the price of the hair is quite hair compare with our current local
>PP
> > > hair and the order leadtime ( one months vs local hair ,two weeks)
> > >
> > > please advise.
> > >

EXHIBIT ___C___ PAGE ___101___

Confidential - For Attorney's Eyes Only

MGA 0052032

> > > Thanks & best regards
> > > Samuel (10/19/00)
> > >
> > >
> > >
> > >   ——Original Message——
> > > From:  Paula Treantafelles
> > > Sent:  Thursday, October 19, 2000 1:44 AM
> > > To:   Samuel Wong; Mercedeh Ward; Carter Bryant
> > > Cc:   Judy Rich; Franki Tsang; Cecilia Kwok
> > > Subject:    RE: BRATZ
> > >
> > > Samuel
> > > Carter (our designer on Bratz) already sought information on this
> > > hair. I have sent all of this information to you by fax.  In the
> >meantime
> > > we ordered one spool of a few colors in both straight and curly hair.
> >We
> > > just bought a rooting machine and we are hiring a vendor who will work
> >as
> > > much as we need him to root heads for BRATZ (of course he will be
> > > responsible for supporting us with rooting masters for all skus as
> > > needed).
> > >
> > > Please let me know if you have any questions.
> > >        ——Original Message——
> > >    From:  Samuel Wong
> > >    Sent:  Wednesday, October 18, 2000 2:45 AM
> > >    To:   Mercedeh Ward
> > >    Cc:   Judy Rich; Franki Tsang; Cecilia Kwok; Paula
> > > Treantafelles
> > >    Subject:    RE: BRATZ
> > >
> > >    Mercedeh,
> > >
> > >        For all our current dolls, we are using local PP hair which
> > > the price is lower and leadtime is short and easy control by factory
> >on
> > > the delivery as the hair supplier is also in China. Actually, we are
> > > checking the cost and leadtime of the hair based on your information
> > > provided to us on Saran,
> > >        you can make final decision after we gathered all the
> > > information for you.
> > >
> > >        thanks & best regards
> > >        Samuel (10/18/00)
> > >
> > >        ——Original Message——
> > >    From:  Mercedeh Ward
> > >    Sent:  Wednesday, October 18, 2000 12:50 AM
> > >    To:   Cecilia Kwok; Paula Treantafelles

Confidential – For Attorney's Eyes Only

EXHIBIT __C__ PAGE 102     MGA 0052033

```
> > >           Cc:    Samuel Wong; Judy Rich; Franki Tsang
> > >           Subject:     RE: BRATZ
> > >
> > >           Cecilia;
> > >
> > >           Could you please explain why we can not use Saran.
> > > This Toy is to be really special and the hair quality is important.
> > >
> > >           Regards;
> > >           Mercedeh
> > >
> > >           ——Original Message——
> > >           From:  Cecilia Kwok
> > >           Sent:  Tuesday, October 17, 2000 12:48 AM
> > >           To:    Paula Treantafelles
> > >           Cc:    Samuel Wong; Judy Rich; Mercedeh Ward;
> > > Franki Tsang
> > >           Subject:     RE: BRATZ
> > >
> > >           Dear Paula,
> > >
> > >           Please see my comment below.
> > >
> > >           Regards,
> > >           Cecilia
> > >
> > >           ——Original Message——
> > >           From:  Paula Treantafelles
> > >           Sent:  Tuesday, October 17, 2000 7:31 AM
> > >           To:    Cecilia Kwok; Samuel Wong; Franki Tsang
> > >           Cc:    Judy Rich; Mercedeh Ward
> > >           Subject:     BRATZ
> > >
> > >           I apologize that I wasnt able to release the
> > > attached information on Friday.
> > >
> > >           These are the PDF's for BRATZ:
> > >
> > >           << File: BRATZ DOLL PACK PDF.doc >>  << File: BRATZ
> > > FASHION PACK PDF.doc >>  << File: BRATZ HAIR PACK PDF.doc >>
> > >           [Cecilia]  Here is HK comment for the PDF,
> > >           - For the Doll Packs : The assortment is 4 different
> > > dolls & the master carton will be 6 pcs.  Are you going to have
> 2:2:1:1
> or
> > > 3:1:1:1 assortment?
> > >           - The hair material will be local PP instead of the
> > > "saran hair material"
> > >           - "Feet" will not be roto-cast.  The body, arms,
> > > legs, shoes will be injection molded.  Only the head will be
> roto-cast.
```

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE __103__

MGA 0052034

> > >              - The clamshell size for the hair pack & fashion
> > > packs are the same.  However, the master pack are different, one is
>12/4
>
> >&
> > > the other is 48/12.  Please confirm.
> > >              - Please advise if the doll can be standable by
> > > itself.
> > >
> > >              Mercedeh, Judy and Cecilia-
> > >              These are working schedules I put together for each
> > > of the above.  Isaac's target PS is 4/1.  At this point I am confident
> > > that we will not be able to support anything earlier than a 5/1 PS.
> > > Please keep in mind that we only started developing this line one
>month
> > > ago.
> > >
> > >              Please review and advise your thoughts/comments.
> > >               << File: BRATZ templates.xls >>
> > >              [Cecilia]  HK need a CLEAR direction on the PS - 4/1
> > > or 5/1.  As per the PD status report & the PDF, the PS is 4/1.
>However,
> > > the templates are based on 5/1.  ALL PS SHOULD BE CONSISTENT.  We
>don't
> > > want to waste any time on doing templates with different PS.  Please
> > > confirm the PS before fixed the templates.
> > >              According to your templates, HK CANNOT SUPPORT THE
> > > SAMPLES FOR THE JAN TF SAMPLES AS THE WAX RELEASED ON 11/27.
> > >              Will develop the template after the confirmation of
> > > the PS.
> > >
> > >
> > >              -Please note I released the rough casted body to you
> > > last Friday.  Please note that the doll is expected to be between 9"
>to
> > > 9.5" tall
> > >              [Cecilia]  Noted and will have prelim quote based on
> > > this.
> > >
> > >              -Per our conference call last week I promised to
> > > advise of the most expensive fabric construction I expect to use in
>doll
> > > packs.  The plan was for you to assume this expensive material for all
> > > pieces of clothes I sent you so that the ballpark quote will reflect a
> > > "worse case" scenario.  Please assume that this most expensive fabric
>is
> > > TWILL
> > >              [Cecilia]  Noted and will have prelim quote based on
> > > this.
> > >
> > >              However.. I plan to send you a softgoods swatch
> > > package with all proper fabric constructions, color and fabric art by

EXHIBIT __C__ PAGE __1164__

Confidential - For Attorney's Eyes Only

MGA 0052035

> > > 10/30 (as noted in the schedule above).  This information will allow
> you
> > > to generate the most accurate costing information.  Do you think its
> > > better to wait 2 weeks and receive the most accurate fabric
> > > construction/art information.
> > >          [Cecilia]  HK will get the prelim quote with TWILL
> > > as fabric to have the idea of the cost first.  Will have the revised
> > quote
> > > upon receipt of your final fabric & pattern instruction.
> > >
> > >          My concern is that we are going to over design and
> > > find that our designs are over our target costs.  Ouch!
> > >
> > >          Please let me know if you have any questions.
> > >
> > >
> > >
> >
> _____
> Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.
>
> Share information about yourself, create your own public profile at
> http://profiles.msn.com.


_____
Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at
http://profiles.msn.com.

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE __105__

MGA 0052036

**Tab 17**

| | |
|---|---|
| **From:** | Samuel Wong |
| **Sent:** | Wednesday, October 18, 2000 3:44 AM |
| **To:** | Mercedeh Ward |
| **Cc:** | Isaac Larian; Franki Tsang; Victor Lee; Cecilia Kwok; Raymond Fung; Disraeli Chan |
| **Subject:** | RE: Design and Development of product |

Mercedeh

Welcome to the family.

Here is my response :

1) Our costing manager has already worked out a standard format for factory to use to quote on all
our items. This format need factory to break down all the components which require to build up
a product. Therefore, it should fit your need and also good for our evaluation.

2) Standardizing rotocast colors : will provide you two sets of roto heads for all our current dolls.
Please name all the samples and send us back one set for our future communication purpose
on roto head colors.

3) We had sent one set of filo hair color samples and one set of local hair color samples to LA
PM before. LA should has the hair color samples already. You can pick up the hair color
according to the filo code or local hair color code, then, we can prepare hair color samples
using local PP hair for your approval for all future products. Pls note that for all our dolls, we use
local hair for production due to the cost of filo hair is always expensive.
Regarding the update cost on the hair, we would discuss with our costing manager and seek
for his help.

4) Since there are many different kind of fabrics in the market, we cannot provide all of them for
you. However, we can provide all the fabrics that we had used before on all of our dolls. If you
have any other fabrics that you want to know, give us the name or the samples and we can
check for you.

5) can you explain on this point again?

Regarding the schedule, please see below :

1) From the time we get a wax head on hand, we need four weeks to have the master skin ready
on hand. Then, we need another four weeks to get the production mold ready for production.

2) From the time we get the drawings, we need four weeks to develop the working prototype (it
depends on complexity of the product). When working prototype is ready on hand, we need 45
days to 60 days to have the first test shot ready on hand ( depends on complexity of the
product, eg: dream baby took 60 days to have the first test shot ready).
Then, we need another 2 weeks to have the 2nd test shot ready. We still need one week to
have the final test shot ready.

3) From the time we receive a painted head master from LA, we need 3 weeks to prepare a
duplicate painted head for LA to approve. For the rooting/grooming, we need 3 weeks to get the
samples for LA to make approval.

4) From final shot to FEP, we need 2 weeks. FEP will pass to QA/QC for evaluation, it takes 4
weeks. Then, we can go to PP stage (assume QA./QC test results are OK), it will take 4 weeks
before we can go to PS (after PP, QA/QC and engineer will review the batch of products once
again and do some final adjustment on the tools if necessary before actual release for
production)

MGA000425

For the schedule, we have gone through several times with Judy and work out a template for doll items, there is details

ATTORNEY'S EYES
ONLY

EXHIBIT _C_ PAGE _1066_

time needed/duration for each stages. Also, the time needed/duration for other items was listed in the PD status report. Please kindly check with Judy for the information.

Thanks & best regards
Samuel (10/18/00)

-----Original Message-----
**From:**      Mercedeh Ward
**Sent:**      Wednesday, October 18, 2000 5:50 AM
**To:**        Franki Tsang; Victor Lee; Cecilia Kwok; Raymond Fung; Samuel Wong
**Cc:**        Isaac Larian
**Subject:**   Design and Development of product
**Importance:** High

I would like to introduce myself to you and give a little back ground. I come to MGA from Mattel Inc.. I worked at Mattel a total of 15 years. I have a BS in Mechanical engineering Design from WPI and have a very strong design back ground. I have worked as Sr. engineer and Project Designer for products like Barbie, Nickelodeon, Large and Small Dolls at Mattel.

I will be taking care of Design and engineering of products that come from LA to HK. I am currently meeting with the PM and the Designers to understand their roles and responsibility. I need a few things from you so I can utilize my knowledge of product development work for MGA.

- I need to see the cost of all product from now in a broken down manner. Meaning I would like to see the cost of the tool build, the cost of fabrics, hair....etc.
- I need to start standardizing roto cast colors for the dolls we produce. I would like to have samples of roto heads in the colors we are using and start naming them so we can refer to them by color number or name.
- I would like to know what types of hair are available to us and updated cost on the hair. I would like samples of the hair colors here in LA for our reference.
- I would like to know cost on different fabrics. For example: cotton is $?? per yard.
- I would like to see how you factor in cost of tool build into a doll's over all cost or any of the other toys.

I will be working with Judy on a more cohesive schedule. When we finalize a pre-lim design to you I would like to be able to committee to PS and then back up the schedule from there for the development cycle. Please provide me with the following for the development schedule:

- Time needed to build a roto head from the time you receive the final wax.
- Time needed to build tools from engineering drawing or model. Injection molded product.
- time needed from release of the final appearance to get painted heads from HK.
- how many weeks between final shoot and FEP, to PP, to PS.
- 

I know that not all product have the same schedule I just want a general idea.   Please work with me to achieve some standards for our products so we all can utilize them. Please provide me with the information so I can work on the product schedule and design so we all can achieve our final goal. A great product that any child would be proud to own.

Thank you and best regards;
Mercedeh

ATTORNEY'S EYES
ONLY

MGA000426

EXHIBIT  C    PAGE  167

**Tab 18**

**Paula Treantafelles**

| | |
|---|---|
| **From:** | Kerri Legg |
| **Sent:** | Friday, October 20, 2000 5:35 PM |
| **To:** | 'steve linker'; Liz Hogan |
| **Cc:** | Colleen O'Higgins; Rachel Harris; Paula Treantafelles |
| **Subject:** | RE: Packaging Estimate: Brats -revised10/19/00 |

Steve,

The information outlined in this letter is the new purchasing policy for MGA Entertainment. This policy will help ensure prompt payment of invoices. Please use the following as a guideline when accepting jobs from employees of MGA Entertainment.

1. Prior to starting any job for MGA, a quote must be submitted to the person responsible with a copy sent to my attention. Quotes may be faxed to (818) 894-8094. All quotes should contain all aspects of the job including modifications, revisions and samples.
2. If we accept the quote, a Purchase Order will be processed and forwarded to you prior to you starting the job. Until the vendor receives a Purchase Order no work should be started. Invoices received without a Purchase Order number issued before the start of job will not be paid.
3. At the completion of the job, an invoice needs to be mailed to my attention referencing the Purchase Order Number. Invoices should be sent to: MGA Entertainment, 16730 Schoenborn Street, North Hills, CA 91343 attn: Kerri Legg. All invoices will be paid Net 30 terms.
4. In the rare circumstances of a deposit being paid prior to the start of a job, an invoice will be required at the completion of the job in order for the balance to be paid.

We have received your quote for the packaging of our Bratz line. However, it has not been accepted as we feel it is high. Please do not proceed with any work on this project until you receive a Purchase Order from me. At that time you will know that we have accepted your proposed costing. Please look at your quote to see where you can lower your price and forward a new quote to Paula and myself as soon as possible.

If you have any questions, please call Paula at 818-894-2525 ext. 104 or Rachel at ext 134.

Regards,

Kerri L. Legg
Marketing Coordinator
MGA Entertainment
16730 Schoenborn Street
North Hills, CA 91343
(818) 894-2525 ext 123
fax: (818) 894-8094
klegg@mgae.com

-----Original Message-----
**From:** steve linker [mailto:link67@earthlink.net]
**Sent:** Friday, October 20, 2000 5:09 PM

CONFIDENTIAL -
ATTORNEYS' EYES ONLY        MGA0008032

9/8/2006

EXHIBIT _C_ PAGE _168_

**To:** Liz Hogan; paula treanntafelles; Rachel Harris; Kerri Legg
**Subject:** Re: Packaging Estimate: Brats -revised10/19/00

Paula-

Per our conversation yesterday regarding the below quote for Brats Packaging, we (Penny Arcade, Inc.) will need a third of the cost upfront and the rest upon completion of each phase of the project (minus a third of each phase from the upfront).

Considering that our quote ranges between $65k (low) and $85k (high), we'll use the median of the low and high quote (which is $75k) and start with a third of that ($25k).

With this agreement, it solidifies both parties commitments (Penny Arcade, Inc. and MGA) to the Brats packaging project until its completion.

If you have any questions or comments please feel free to call me @(310)395.1205, or Liz @(310) 392.5303.

Thanks,
Steve

on 10/19/00 9:43 AM, Liz Hogan at lizhogan@earthlink.net wrote:

**Packaging Estimate: Brats** (small doll line)
4 Sku's - 12.99 Retail  (9" dolls)
4Sku's - 4.99 Retail  (Dress Packs)
1 Sku  -  9.99 Retail (Hair Pack)
1 Sku  - 14.99 Retail (carrying case) - no packaging?

**Dieline:**
box development (pencil skectches) - 600.00
dieline/ 3 structures (engineered, w/mock-up)  - 1050.00
(1 round of revisions included)
Total: 1,650.00

**Phase 1**
trade dress exploration, research and concepting /3 unique directions
includes:
product shots FPO (digital) - 1,500.00
logo development - 5,000.00 -7,,500 (ave. 6,000.00)
tag line/burst copy and fonts - 1,500.00 - 2,500.00
color palette exploration-pms chips - 600.00
background patterns/design/research  - 6,000.00 -8,500.00
support art/icons - 4,000.00 - 4,500.00
Total: 18,600.00 - 25,000.00

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA0008033

EXHIBIT _C_ PAGE _169_

-meet to review status btwn 11/07-14

## Phase 2
(MGA to make comments -style/direction is chosen)

logo finals - 4,000.00 - 6,000.00
stylized illustrations (girl poses) production ready - 8,000.00 - 10,000.00
art, icons/element - 1,000.00 - 3,000.00
copy approved - 2,500.00
product and kid photoshoot - 11,500.00-15,000.00
(includes model fees, supplies, hi-res scan, art direction)
MGA legal copy, safety copy, logos, UPC provided -3,000.00
set 9 box dielines up/ build 3 dielines (illustrator) - 1,300.00
print outs, mock ups - 4,000.00 - 4,500.00
Total: 35,300.00 - 45,300.00

-status review 12/01-07
-date approved samples will be ready for photoshoot???

## Phase 3
set all 9 boxes/ backercards for print production
clean-up, spell check, final approvals MGA
FMA  includes hi res scans from photoshoot,
layered files provided on disk to MGA and
print outs, final mock ups
press proof -optional LA - 350.00
Total:  9,450.00 -12,850.00

-FMA due TBA
 Total: 65,000.00 - 84,800.00

*all mock-ups will be created to scale
no rush fee's are included

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA0008034

EXHIBIT __C__  PAGE: 170

**Tab 19**

| From: | |
|---|---|
| To: | Franki Tsang; Samuel Wong; Victor Lee; Disraeli Chan |
| CC: | Stephen Lee |
| BCC: | |
| Sent Date: | 2000-10-26 12:47:38:846 |
| Received Date: | 2000-10-26 12:47:38:846 |
| Subject: | FW: BRATZ |
| Attachments: | |

FYI

-----Original Message-----
**From:** Mercedeh Ward
**Sent:** Tuesday, October 24, 2000 9:04 AM
**To:** Isaac Larian; Paula Treantafelles
**Subject:** RE: BRATZ
**Importance:** High

*Isaac;*

*I need to see a cost break down. Barbie body costs less then $.50. Then you have to add hair, face paint, tooling cost for all plastic parts, costume, all the plastic parts, cost of packaging, assembly of the product, packout. In our product we are including two outfits, two hair pieces and two pairs of shoes.*

*I need to see cost break down to be able to give you a proper cost evaluation. I can not go by a end number.*

*Thanks;*

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

    -----Original Message-----
    **From:** Isaac Larian
    **Sent:** Monday, October 23, 2000 7:44 PM
    **To:** Mercedeh Ward; Paula Treantafelles
    **Subject:** BRATZ
    **Importance:** High

    Mercedeh, what is the cost of Barbie doll?

    We are getting $3.85 cost on Bratz!! This is crazy. Please advise.

    Isaac Larian
    CEO
    MGA Entertainment.
    16730 Schoenborn Street
    North Hills, California, USA 91343-6122
    Visit our website at
    http://www.mgae.com
    818-894-3150

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE __171__   MGA 0065335

**Tab 20**

**From:** carter bryant [sophiesays@hotmail.com]
**Sent:** Tuesday, October 24, 2000 11:42 PM
**To:** PTreantafelles@mgae.com
**Subject:** Fwd: Re: Hollow Saran Yarn



CARTER BRYANT
10.24.doc (23 KB...
Hi Paula,

I am forwarding this email to you from Kinuyo Shichijyo, who is our contact
for hollow saran hair in Japan. Can you follow up with her attached
Questions, as I feel this is probably a good time for you and/or Mercedeh to
get involved in communicating with them. Feel free to forward this to
Mercedeh as well if you want to.
Thanks!
Carter


>From: "K. Shichijyo" <uccjapan@ma.rosenet.ne.jp>
>To: "carter bryant" <sophiesays@hotmail.com>
>Subject: Re: Hollow Saran Yarn
>Date: Tue, 24 Oct 2000 17:10:34 +0900
>
>Hellow Mr. Bryant:
>
>Thank you very much for new fax number corrected.
>1 think you received our invoice and cargo receipt
>faxed thru new number wihtout fail.
>Please open a file attached.
>
>Best Regards,
>K. Shichijyo
>----- Original Message -----
>From: carter bryant <sophiesays@hotmail.com>
>To: <uccjapan@ma.rosenet.ne.jp>
>Sent: Tuesday, October 24, 2000 3:36 PM
>Subject: Re: Hollow Saran Yarn
>
>
> > Hello Kinuyo-
> > I think maybe I gave you the wrong fax number before. Please try:
> > 310-538-4262 Best regards,
> > Carter Bryant
> >
> >
> >
> >
>

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at
http://profiles.msn.com.

ATTORNEY'S EYES
ONLY

MGA000427

EXHIBIT ___C___ PAGE 172

## Universal Commerce Corp., Ltd.   | Fax Transmission |

Fax 81-3-3486-1084   Tel 81-3-3407-8110

| | | | |
|---|---|---|---|
| Fax To | MGA | Ref No. | F-16314/00 |
| Attn. | Carter Bryant | Date | Oct. 24, 2000 |
| From | K. Shichijyo | Page | 1/1 |

Dear Mr. Bryant:

We received a new inquiry of the hollow saran hair from Lok Tai On Toys in Hongkong.   According to them, they are going to make dolls for MGA and I understand that it is for MGA new doll line we are working now.

As I mentioned you before, we supply straight hair only.   Due to high labor cost for curling in Japan compared to HK and China, we were obliged to stop curl manufacturing several years ago.
Under these circum., we are working together with one curl hair manufacturer in HK who is called Marcostar Ltd and they are working as our representative in Hongkong.   Lok Tai On Toys will buy hollow saran both of straight hair and curl hair from Marcostar and we will work together to support Lok Tai On Toys in the future.

As for bal of samples, maker is working hard to complete it by Oct. end and will advise you exact shipping date upon avail.

Meantime, I am scheduled to go to HK along with maker(Asahi Chemical Ind. Co., Ltd) this comming end of Nov. and we are going to visit Lok Tai On Toys then.

Finally, we would appreciate it very much if you could let us know rough estimation in the number of dolls for MGA new doll line and we, both of the maker and us, are very interested in this new business.
Your great support on this new development would be greatly appreciated.

Best Regards,
K. Shichijyo

ATTORNEY'S EYES
ONLY

MGA000428

EXHIBIT  C  PAGE 173

**Tab 21**

| From: | Paula Treantafelles |
| Sent: | Wednesday, October 25, 2000 1:32 PM |
| To: | Carter Bryant; Mercedeh Ward; Samuel Wong; Frankl Tsang; Cecilia Kwok |
| Subject: | RE: Re: Hollow Saran Yarn |
| Attachments: | CARTER BRYANT 10.24.doc |



CARTER BRYANT
10.24.doc (24 KB...
                    Guys
This is a letter sent by Hollow Saran hair vendor to Carter (the designer).

Please note in the attached that this vendor is working very hard to support Carter with all requested hair samples by end of this month.

She also mentions here strong interest in our business.

Mercedeh-
Maybe you should contact her and introduce yourself.  It would be good that she has an LA contact.  It would be good that we start fielding her development questions from Carter.  Do you mind?

She wants to know how many units of BRATZ we plan to produce.  Please let her know that we anticipate 1,000,000 units of the doll packs and 100,000 pieces of hair packs.


-----Original Message-----
From: carter bryant [mailto:sophiesays@hotmail.com]
Sent: Tuesday, October 24, 2000 11:42 PM
To: PTreantafelles@mgae.com
Subject: Fwd: Re: Hollow Saran Yarn

Hi Paula,
I am forwarding this email to you from Kinuyo Shichijyo, who is our contact for hollow saran hair in Japan. Can you follow up with her attached Questions, as I feel this is probably a good time for you and/or Mercedeh to get involved in communicating with them. Feel free to forward this to Mercedeh as well if you want to.
Thanks!
Carter


>From: "K. Shichijyo" <uccjapan@ma.rosenet.ne.jp>
>To: "carter bryant" <sophiesays@hotmail.com>
>Subject: Re: Hollow Saran Yarn
>Date: Tue, 24 Oct 2000 17:10:34 +0900
>
>Hellow Mr. Bryant:
>
>Thank you very much for new fax number corrected.
>I think you received our invoice and cargo receipt faxed thru new
>number wihtout fail.
>Please open a file attached.
>
>Best Regards,
>K. Shichijyo
>----- Original Message -----

1

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA005053

EXHIBIT __C__ PAGE 174  MGA0005053 B

```
>From: carter bryant <sophiesays@hotmail.com>
>To: <uccjapan@ma.rosenet.ne.jp>
>Sent: Tuesday, October 24, 2000 3:36 PM
>Subject: Re: Hollow Saran Yarn
>
>
> > Hello Kinuyo-
> > I think maybe I gave you the wrong fax number before. Please try:
> > 310-538-4262
> > Best regards,
> > Carter Bryant
> >
> >
> >
> >
>
```

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at
http://profiles.msn.com.

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA005054

EXHIBIT C PAGE 175 MGA0005054 B

## Universal Commerce Corp., Ltd.   | Fax Transmission |

Fax 81-3-3486-1084   Tel 81-3-3407-8110

| Fax To | MGA | | Ref No. | F-16314/00 |
| Attn. | Carter Bryant | | Date | Oct. 24, 2000 |
| From | K. Shichijyo | | Page | 1/1 |

Dear Mr. Bryant:

We received a new inquiry of the hollow saran hair from Lok Tai On Toys in Hongkong.   According to them, they are going to make dolls for MGA and I understand that it is for MGA new doll line we are working now.

As I mentioned you before, we supply straight hair only.   Due to high labor cost for curling in Japan compared to HK and China, we were obliged to stop curl manufacturing several years ago.
Under these circum., we are working together with one curl manufacturer in HK who is called Marcostar Ltd and they are working as our representative in Hongkong.   Lok Tai On Toys will buy hollow saran both of straight hair and curl hair from Marcostar and we will work together to support Lok Tai On Toys in the future.

As for bal of samples, maker is working hard to complete it by Oct. end and will advise you exact shipping date upon avail.

Meantime, I am scheduled to go to HK along with maker(Asahi Chemical Ind. Co., Ltd) this comming end of Nov. and we are going to visit Lok Tai On Toys then.

Finally, we would appreciate it very much if you could let us know rough estimation in the number of dolls for MGA new doll line and we, both of the maker and us, are very interested in this new business.
Your great support on this new development would be greatly appreciated.

Best Regards,
K. Shichijyo

CONFIDENTIAL ·
ATTORNEYS EYES ONLY

MGA005055

EXHIBIT _____C_____ PAGE ____176  MGA0005055 B

**Tab 22**

| From: | Mercedeh Ward |
|---|---|
| Sent: | Friday, October 27, 2000 1:01 PM |
| To: | Carter Bryant; Cecilia Kwok; Paula Treantafelles; Mercedeh Ward |
| Cc: | Samuel Wong |
| Subject: | RE: Bratz Images |

Cecilia;

Please note we are not to glue the doll's hair.  The doll will have hair rooted like a
wig so the child can remove and change with another hair wig.  The hair is removable.  I
will supply samples when we have reached that point.

Mercedeh Ward
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com


-----Original Message-----
From: carter bryant [mailto:sophiesays@hotmail.com]
Sent: Friday, October 27, 2000 10:45 AM
To: CKwok@mgae.com; PTreantafelles@mgae.com; MWard@mgae.com
Cc: SWONG@mgae.com
Subject: RE: Bratz images


I think Cecilia is correct, it won't be able to lay perfectly flat if this
is the way we do the hair pieces.
Carter
P.S. please note everyone, my new email address at:
Bryant598@cs.com
Thanks.


>From: Cecilia Kwok <CKwok@mgae.com>
>To: Paula Treantafelles <PTreantafelles@mgae.com>, Mercedeh Ward
><MWard@mgae.com>
>CC: Carter Bryant <sophiesays@hotmail.com>, Samuel Wong <SWONG@mgae.com>
>Subject: RE: Bratz images
>Date: Fri, 27 Oct 2000 18:17:41 +0800
>
>Paula/ Mercedeh,
>
>The hair will be rooted in a piece of roto skin and then glue on a piece of
>hard plastic.  The curvature of the hard plastic piece will be same as the
>head and then snap into the bare head of the doll.  Therefore, the rooted
>hair piece cannot lay flat.  Enclosed is the sketch for your reference.
>   <<Bratzhead.bmp>>
>Please advise/comment.
>
>Regards,
>Cecilia
>
> >   -----Original Message-----
> > From:   Paula Treantafelles
> > Sent:   Friday, October 27, 2000 12:02 AM
> > To:     Mercedeh Ward; Cecilia Kwok
> > Cc:     Carter Bryant; Samuel Wong
> > Subject:      RE: Bratz images
> >

ATTORNEY'S EYES
ONLY

MGA000015

EXHIBIT ___C___ PAGE _177_

```
> > Mercedeh is correct.  The hair packs will not have head included in
> > pack-out..therefore the hair styles will dictate the depth of this
> > package.
> >
> >    -----Original Message-----
> > From:      Mercedeh Ward
> > Sent: Thursday, October 26, 2000 8:44 AM
> > To:   Cecilia Kwok; Paula Treantafelles
> > Cc:   Carter Bryant; Samuel Wong
> > Subject:    RE: Bratz images
> >
> > Cecilia;
> >
> >    The depth of the clam shell depends on the rooted hair not the size
> > of the head of the doll.  The hair will be able to lay flatter then the
> > doll's head.  I believe you can use half the size of the head for the
> > depth of the clap shell.
> >
> > Mercedeh Ward
> > Sr. Product Design/Engineer Manager
> > MGA Entertainment
> > (818) 894-2525 X105
> > http:\\www.mgae.com
> >
> >
> >        -----Original Message-----
> > From: Cecilia Kwok
> > Sent: Thursday, October 26, 2000 3:53 AM
> > To:   Paula Treantafelles
> > Cc:   Carter Bryant; Mercedeh Ward; Samuel Wong
> > Subject:    RE: Bratz images
> >
> > Paula,
> >
> >        Can we use this wax to estimate the clamshell depth of the
> > hair pack?
> >
> >        Regards,
> >        Cecilia
> >
> >            -----Original Message-----
> > From:      Paula Treantafelles
> > Sent: Thursday, October 26, 2000 6:34 AM
> > To:   Mercedeh Ward; Samuel Wong; Franki Tsang;
> > Cecilia Kwok
> > Cc:   Carter Bryant
> > Subject:    RE: Bratz images
> >
> > Guys-
> > Please note that the BRATZ body that mercedeh is
> > sending you is a rough wax.  It should be evaluated for
>proportions..ONLY.
> >
> >
> >
> >
> >            -----Original Message-----
> > From:      Mercedeh Ward
> > Sent: Wednesday, October 25, 2000 3:32 PM
> > To:   Samuel Wong; Franki Tsang; Cecilia Kwok
> > Cc:   Paula Treantafelles; Carter Bryant
> > Subject:    FW: Bratz images
> > Importance: High
> >
> >
```

ATTORNEY'S EYES
ONLY

MGA000016

EXHIBIT __C__ PAGE 178

```
> >                 I am forwarding  doll images of the sculpting we
> > reviewed today.  I need HK help on supplying the armature to LA sculptor
> > for the dolls arms.  I need one armature for the right arm and one for
>the
> > left arm.
> >
> >                 I am sending the sculpting to you via FedEx tonight.
> > I am also sending the following to you a few of our competitor's dolls
>so
> > you can take into consideration the look we are trying to achieve.
> >
> >                 I need to know who will be my contact for this ___
> > product because we will have to work very quickly in coming up with the
> > armatures so the LA sculptor can finish her work.
> >
> >                 I will mark on the doll all the requirements and the
> > movements we are trying to achieve.  Please keep in mind all shrink
>rates.
> > Doll is molded in different plastics in production and the LA sculptor
>is
> > working with a 6% up head sculpting for the down generation.  I need to
> > know what % do you want her to work on for the rest of the doll.  We
>are
> > planning on a 1/1 ratio at this time.  As you can see the ruler is
> > indicating the doll to be between 9.5 and 10 inches.
> >
> >                 Best regards;
> >
> >
> >                 Mercedeh Ward
> >                 Sr. Product Design/Engineer Manager
> >                 MGA Entertainment
> >                 (818) 894-2525 X105
> >                 http:\\www.mgae.com
> >
> >
>`>                 -----Original Message-----
> >                 From: Ben Ton
> >                 Sent: Wednesday, October 25, 2000 3:21 PM
> >                 To:   Mercedeh Ward
> >                 Subject:   RE: Bratz images
> >
> >                  << File: Barbie.jpg >>  << File: BratzScuplt.jpg >>
> >
> >                 images resent
> >
> >
><< Bratzhead.bmp >>
```

_____

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at
http://profiles.msn.com.

ATTORNEY'S EYES
ONLY

MGA000017

EXHIBIT __C__ PAGE __179__

**Tab 23**

| From: | Cecilia Kwok |
|---|---|
| Sent: | Thursday, October 26, 2000 1:50 AM |
| To: | Paula Treantafelles |
| Cc: | Stephen Lee; Frankl Tsang; Victor Lee; Samuel Wong; Colleen O'Higgins; Mercedeh Ward; Judy Rich; Disraeli Chan; Kerri Legg; Isaac Larian |
| Subject: | RE: Bratz - URGENT |

Paula,

Noted and awaiting your final decision.
Please see my comment in purple below.

Regards,
Cecilia

-----Original Message-----

| From: | Paula Treantafelles |
|---|---|
| Sent: | Thursday, October 26, 2000 5:07 AM |
| To: | Cecilia Kwok; Isaac Larian; 'Bryant598@cs.com' |
| Cc: | Stephen Lee; Frankl Tsang; Victor Lee; Samuel Wong; Colleen O'Higgins; Mercedeh Ward; Judy Rich; Disraeli Chan; Kerri Legg |
| Subject: | RE: Bratz - URGENT |

Please note the revised price list attached.

《 File: Short Price List Draft Fall 2001 Draft.xls 》

Isaac-
Please confirm that the FOB LA prices are correct assuming the following target costs:
**DOLL PACKS**
**FASHION PACKS**
**HAIRPACK**        
**CARRYING CASE**

HK and I discussed whether/not BRATZ must stand on their own. Please note that HK is going to have a ton of development issues to overcome when they receive our body (especially related to the articulation of joints). Carter and I do not think that it is imperative that the doll stands by herself. I want HK to focus on the articulation and joints before their concern to make the dolls stand. Please advise that you agree.

Cecilia-
Please note my comments below

Carter-
Please note and address my question to you below. Please note that if you need to fax this information to HK their fax number is 9 011 852 2312 0101

-----Original Message-----

| From: | Cecilia Kwok |
|---|---|
| Sent: | Wednesday, October 25, 2000 3:19 AM |
| To: | Paula Treantafelles |
| Cc: | Isaac Larian; Stephen Lee; Frankl TSANG; Victor Lee; Samuel WONG; Colleen O'Higgins; Mercedeh Ward; Judy Rich; Disraeli Chan; Kerri Legg |
| Subject: | Bratz - URGENT |

Paula,

ATTORNEY'S EYES
ONLY

MGA000542

EXHIBIT C PAGE 180

Here is the summary of all items for the Bratz (Doll pack, Accessories pack & Fashion pack) to make sure everyone on the same page. Please review all the detail, comments & questions listed below and advise/confirm by return:

Re: Doll Pack
- components : 1 doll, 2 sets of fashion (4 pcs), 2 hair styles, 2 pair shoes & 1 back pack
- doll : Isaac advised that the doll should stand by itself in the meeting with Wah Shing. However, this is not required as per separate email from LA. Paula will advise HK the final direction on this as per PD meeting this morning.  Noted in my comments to Isaac above.
- target cost : US$  ⁝ - please update the cost/FOB in the price list  Done
- master pack : 6 pcs ~ 2 caucasian, 2 af am, 1 hispanic & 1 asian

Re: Fashion Pack
- components : 1 set of fashion (2 pcs) & 1 pair shoes
- 3 sets of different fashion
- target cost : US$      - please update the price list as there are two FOB ($    , &      ) in the price list  Done
- master pack : 12/48 (inner/ outer) - awaiting for LA confirmation until the packaging planogram finalized. Please bear in mind that there might be cost impact for any master pack change.  Noted. I will advise as soon as I know more.
- [Cecilia] HK is getting quote based on 12/48 (inner/ outer) master pack.  Will advise the cost impact upon receipt your final decision if there was changes.

Re: Hair Pack (Accessories I)
- components : 4 different hair styles
- target cost : US$      - please update the price list as there are 3 accessories  Done.
- master pack : 4/12 (inner/ outer) - awaiting for LA confirmation until the packaging planogram finalized.  Noted ·I will advise as soon as I know more.
- packaging : 7"W x 8"H x 1.5"D Clamshell - the head size was 2" based on the rough clay body in HK. Please make sure the final head is less than 1.5" after down size of the wax OR increase the depth of the clamshell. Please also leave some space for the hair between the head frame & the clamshell. Please advise. We will need to increase the depth of the package. We are sending to you a new casted body which represents the correct proportions and size (does not include the detail). Please measure this head and advise the depth of the package necessary for transit and proper pack-out.
- [Cecilia] HK is getting quote based on 1.5"D clamshell, there will be cost impact for increase the depth.  HK will propose the depth of the clamshell upon receipt your wax head.

Re: Carry Case (Accessories II)
- component : 1 back pack for the child in softgood
- target cost : US$      - please update the price list as there are 3 accessories  Done
- master pack : awaiting LA advise, we need it for getting quote.  Noted.  Will advise as soon as I know more.
- assortment : please advise if there is any color assortment as there will be 4 different color.  I will advise by end of this week
- packaging : there is NO packaging for this item. Please advise if it will be packed in a SEAL polybag

ATTORNEY'S EYES ONLY

REDACTED

MGA000543

EXHIBIT ___C___ PAGE ___181___

with barcode & info printed on the polybag. All the polybags are packed in a bag & then in a master carton. Do we need to ship them in a polybag? When I worked at Mattel we shipped backpacks without a polybag or package but we denizen two zippers together. If we shipped in a polybag we will need to ask retailer to remove them from the polybag before placing them on shelf.

- *[Cecilia]* Noted there will be no individual polybag. All the backpacks will be packed in the inner/ master carton accordingly.
- Please send the size, fabric, deco info & digital photo/ color rendering for the design of the back bag by email tonight. HK can start to get quote by tomorrow and have some input before the 11/7 presentation. This will be too late if wait for your package. (FYI : HK cannot receive the packages until 10/31 HK time if you send out in 10/27 LA time)

   Carter-
   I need you to send a drawing of the backpack and advise the material you expect to use by return of this email. Please send this information tonight!!!

*[Cecilia]* HK did not receive any drawing/ instruction for the backpack. Please advise. Moreover, it is difficult to get quote if there is no master pack/ assortment information. Anyway, HK will get the preli quote upon receipt of the backpack information.
Regards,
Cecilia

ATTORNEY'S EYES
ONLY

MGA000544

EXHIBIT __C__ PAGE __182__

**Tab 24**

**From:** Mercedeh Ward
**Sent:** Friday, October 27, 2000 1:01 PM
**To:** Carter Bryant; Cecilia Kwok; Paula Treantafelles; Mercedeh Ward
**Cc:** Samuel Wong
**Subject:** RE: Bratz images

Cecilia;

Please note we are not to glue the doll's hair.  The doll will have hair rooted like a wig so the child can remove and change with another hair wig.  The hair is removable.  I will supply samples when we have reached that point.

Mercedeh Ward
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com


-----Original Message-----
From: carter bryant [mailto:sophiesays@hotmail.com]
Sent: Friday, October 27, 2000 10:45 AM
To: CKwok@mgae.com; PTreantafelles@mgae.com; MWard@mgae.com
Cc: SWONG@mgae.com
Subject: RE: Bratz images


I think Cecilia is correct, it won't be able to lay perfectly flat if this
is the way we do the hair pieces.
Carter
P.S. please note everyone, my new email address at:
Bryant598@cs.com
Thanks.


>From: Cecilia Kwok <CKwok@mgae.com>
>To: Paula Treantafelles <PTreantafelles@mgae.com>, Mercedeh Ward
><MWard@mgae.com>
>CC: Carter Bryant <sophiesays@hotmail.com>, Samuel Wong <SWONG@mgae.com>
>Subject: RE: Bratz images
>Date: Fri, 27 Oct 2000 18:17:41 +0800
>
>Paula/ Mercedeh,
>
>The hair will be rooted in a piece of roto skin and then glue on a piece of
>hard plastic.  The curvature of the hard plastic piece will be same as the
>head and then snap into the bare head of the doll.  Therefore, the rooted
>hair piece cannot lay flat.  Enclosed is the sketch for your reference.
>  <<Bratzhead.bmp>>
>Please advise/comment.
>
>Regards,
>Cecilia
>
> >  -----Original Message-----
> > From:    Paula Treantafelles
> > Sent:    Friday, October 27, 2000 12:02 AM
> > To:      Mercedeh Ward; Cecilia Kwok
> > Cc:      Carter Bryant; Samuel Wong
> > Subject:      RE: Bratz images
> >

ATTORNEY'S EYES
ONLY

MGA000015

EXHIBIT C  PAGE 183

> > Mercedeh is correct.  The hair packs will not have head included in
> > pack-out..therefore the hair styles will dictate the depth of this
> > package.
> >
> >      -----Original Message-----
> > From:      Mercedeh Ward
> > Sent: Thursday, October 26, 2000 8:44 AM
> > To:   Cecilia Kwok; Paula Treantafelles
> > Cc:   Carter Bryant; Samuel Wong
> > Subject:    RE: Bratz images
> >
> > Cecilia;
> >
> >      The depth of the clam shell depends on the rooted hair not the size
> > of the head of the doll.  The hair will be able to lay flatter then the
> > doll's head.  I believe you can use half the size of the head for the
> > depth of the clap shell.
> >
> > Mercedeh Ward
> > Sr. Product Design/Engineer Manager
> > MGA Entertainment
> > (818) 894-2525 X105
> > http:\\www.mgae.com
> >
> >
> >         -----Original Message-----
> > From: Cecilia Kwok
> > Sent: Thursday, October 26, 2000 3:53 AM
> > To:   Paula Treantafelles
> > Cc:   Carter Bryant; Mercedeh Ward; Samuel Wong
> > Subject:    RE: Bratz images
> >
> > Paula,
> >
> >      Can we use this wax to estimate the clamshell depth of the
> > hair pack?
> >
> >      Regards,
> >      Cecilia
> >
> >         -----Original Message-----
> > From:      Paula Treantafelles
> > Sent: Thursday, October 26, 2000 6:34 AM
> > To:   Mercedeh Ward; Samuel Wong; Franki Tsang;
> > Cecilia Kwok
> > Cc:   Carter Bryant
> > Subject:    RE: Bratz images
> >
> > Guys-
> >      Please note that the BRATZ body that mercedeh is
> > sending you is a rough wax.  It should be evaluated for
> >proportions..ONLY.
> >
> >
> >
> >
> >         -----Original Message-----
> > From:      Mercedeh Ward
> > Sent: Wednesday, October 25, 2000 3:32 PM
> > To:   Samuel Wong; Franki Tsang; Cecilia Kwok
> > Cc:   Paula Treantafelles; Carter Bryant
> > Subject:    FW: Bratz images
> > Importance: High

ATTORNEY'S EYES
ONLY

MGA000016

EXHIBIT ___C___ PAGE 184

> >              I am forwarding  doll images of the sculpting we
> > reviewed today.  I need HK help on supplying the armature to LA sculptor
> > for the dolls arms.  I need one armature for the right arm and one for
> the
> > left arm.
> >
> >              I am sending the sculpting to you via FedEx tonight.
> > I am also sending the following to you a few of our competitor's dolls
> so
> > you can take into consideration the look we are trying to achieve.
> >
> >              I need to know who will be my contact for this ____
> > product because we will have to work very quickly in coming up with the
> > armatures so the LA sculptor can finish her work.
> >
> >              I will mark on the doll all the requirements and the
> > movements we are trying to achieve.  Please keep in mind all shrink
> rates.
> > Doll is molded in different plastics in production and the LA sculptor
> is
> > working with a 6% up head sculpting for the down generation.  I need to
> > know what % do you want her to work on for  the rest of the doll.  We
> are
> > planning on a 1/1 ratio at this time.  As you can see the ruler is
> > indicating the doll to be between 9.5 and 10 inches.
> >
> >              Best regards;
> >
> >
> >              Mercedeh Ward
> >              Sr. Product Design/Engineer Manager
> >              MGA Entertainment
> >              (818) 894-2525 X105
> >              http:\\www.mgae.com
> >
> >
> >              -----Original Message-----
> >              From: Ben Ton
> >              Sent: Wednesday, October 25, 2000 3:21 PM
> >              To:   Mercedeh Ward
> >              Subject:   RE: Bratz images
> >
> >               << File: Barbie.jpg >>  << File: BratzSculpt.jpg >>
> >
> >              images resent
> >
> >
> << Bratzhead.bmp >>

---

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at
http://profiles.msn.com.

**ATTORNEY'S EYES
ONLY**

MGA000017

EXHIBIT ___C___ PAGE 185

**Tab 25**

From: -          Isaac Larian
To:              Paula Treantafelles; Mercedeh Ward
CC:
BCC:
Sent Date:       2000-11-02 17:41:56:736
Received Date:   2000-11-02 17:41:56:796
Subject:         RE: Bratz - URGENT
Attachments:

OK

-----Original Message-----
From: Paula Treantafelles
Sent: Thursday, November 02, 2000 9:41 AM
To: Isaac Larian; Mercedeh Ward
Subject: RE: Bratz - URGENT

I am confident. I went competitive shopping and noted that none of the small dolls are able to stand by themselves. Barbie doesn't stand. ...so little girls won't have the expect that BRATZ should stand.

-----Original Message-----
From: Isaac Larian
Sent: Thursday, November 02, 2000 9:37 AM
To: Paula Treantafelles; Mercedeh Ward
Subject: RE: Bratz - URGENT

Are you sure this does not take away from the product?

-----Original Message-----
From: Paula Treantafelles
Sent: Thursday, November 02, 2000 8:59 AM
To: Cecilia Kwok; Isaac Larian
Cc: Samuel Wong; Colleen O'Higgins; Mercedeh Ward; Judy Rich
Subject: RE: Bratz - URGENT

...sorry I forgot to attached Isaac to the distribution list above.,

-----Original Message-----
From: Paula Treantafelles
Sent: Thursday, November 02, 2000 8:46 AM
To: Cecilia Kwok
Cc: Samuel Wong; Colleen O'Higgins; Mercedeh Ward; Judy Rich
Subject: RE: Bratz - URGENT

Isaac-

In my below I noted the below:

HK and I discussed whether/not BRATZ must stand on their own. Please note that HK is going to have a ton of development issues to overcome when they receive our body (especially related to the articulation of joints). Carter and I do not think that it is imperative that the doll stands by herself. I want HK to focus on the articulation and joints

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 186
MGA 0046799

before their concern to make the dolls stand. Please advise that you agree.

Please advise that you concur.

-----Original Message-----
From: Cecilia Kwok
Sent: Wednesday, November 01, 2000 10:03 PM
To: Paula Treantafelles
Cc: Samuel Wong; Colleen O'Higgins; Mercedeh Ward; Judy Rich
Subject: RE: Bratz - URGENT

Paula,

HK is waiting for your advise for whether the doll must stand on their own. Please advise.

Regards,
Cecilia

-----Original Message-----
From: Paula Treantafelles
Sent: Thursday, October 26, 2000 5:07 AM
To: Cecilia Kwok; Isaac Larian; 'Bryant598@cs.com'
Cc: Stephen Lee; Frank Tsang; Victor Lee; Samuel Wong; Colleen O'Higgins; Mercedeh Ward; Judy Rich; Disraeli Chan; Kerri Legg
Subject: RE: Bratz - URGENT

Please note the revised price list attached.

« File: Short Price List Draft Fall 2001 Draft.xls »

Isaac-
Please confirm that the FOB LA prices are correct assuming the following target costs:
DOLL PACKS 2.75
FASHION PACKS 1.05
HAIRPACK 2.00
CARRYING CASE 2.75

HK and I discussed whether/not BRATZ must stand on their own. Please note that HK is going to have a ton of development issues to overcome when they receive our body (especially related to the articulation of joints). Carter and I do not think that it is imperative that the doll stands by herself. I want HK to focus on the articulation and joints before their concern to make the dolls stand. Please advise that you agree.

Cecilia-
Please note my comments below

Carter-
Please note and address my question to you below. Please note that if you need to fax this information to HK their fax number is 9 011 852 2312 0101
-----Original Message-----
From: Cecilia Kwok

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE __187__

MGA 0046800

**Sent:** Wednesday, October 25, 2000 3:19 AM
**To:** Paula Treantafelles
**Cc:** Isaac Larian; Stephen Lee; Frankl TSANG; Victor Lee; Samuel WONG; Colleen O`Higgins; Mercedeh Ward; Judy Rich; Disraeli Chan; Kerri Legg
**Subject:** Bratz - URGENT

Paula,

Here is the summary of all items for the Bratz (Doll pack, Accessories pack & Fashion pack) to make sure everyone on the same page. Please review all the detail, comments & questions listed below and advise/confirm by return;

Re: Doll Pack

components : 1 doll, 2 sets of fashion (4 pcs), 2 hair styles, 2 pair shoes & 1 back pack

doll : Isaac advised that the doll should stand by itself in the meeting with Wah Shing. However, this is not required as per separate email from LA. Paula will advise HK the final direction on this as per PD meeting this morning. Noted in my comments to Isaac above.

target cost : US$2.75 - please update the cost/FOB in the price list Done

master pack : 6 pcs - 2 caucasian, 2 af am, 1 hispanic & 1 asian

Re: Fashion Pack

components : 1 set of fashion (2 pcs) & 1 pair shoes
3 sets of different fashion

target cost : US$1.05 - please update the price list as there are two FOB ($2.99 & 4.99) in the price list Done

master pack : 12/48 (inner/ outer) - awaiting for LA confirmation until the packaging planogram finalized. Please bear in mind that there might be cost impact for any master pack change. Noted. I will advise as soon as I know more.

Re: Hair Pack (Accessories I)

components : 4 different hair styles

target cost : US$2.00 - please update the price list as there are 3 accessories Done.

master pack : 4/12 (inner/ outer) - awaiting for LA confirmation until the packaging planogram finalized. Noted I will advise as soon as I know more.

packaging : 7"W x 8"H x 1.5"D Clamshell - the head size was 2" based on the rough clay body in HK. Please make sure the final head is less than 1.5" after down size of the wax OR increase the depth of the clamshell. Please also leave some space for the hair between the head frame & the clamshell. Please advise. We will need to increase the depth of the package. We are sending to you a new casted body which represents the correct proportions and size (does not include the detail). Please measure this head and advise the depth of the package necessary for transit and proper pack-out.

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE __188__

MGA 0046801

Re: Carry Case (Accessories II)
component : 1 back pack for the child in softgood
target cost : US$2.75 - please update the price list as there are 3
accessories Done
master pack : awaiting LA advise, we need it for getting quote. Noted.
Will advise as soon as I know, more.
assortment : please advise if there is any color assortment as there will be 4
different color, I will advise by end of this week
packaging : there is NO packaging for this item. Please advise if it will be
packed in a SEAL polybag with barcode & info printed on the polybag. All the
polybags are packed in a bag & then in a master carton. Do we need to
ship them in a polybag? When I worked at Mattel we shipped
backpacks without a polybag or package but we denizen two
zippers together. If we shipped in a polybag we will need to ask
retailer to remove them from the polybag before placing them
on shelf.
Please send the size, fabric, deco info & digital photo/ color rendering for
the design of the back bag by email tonight. HK can start to get quote by
tomorrow and have some input before the 11/7 presentation. This will be too
late if wait for your package. (FYI: HK cannot receive the packages until
10/31 HK time if you send out in 10/27 LA time)

Carter-
I need you to send a drawing of the backpack and advise the
material you expect to use by return of this email. Please
send this information tonight!!!


Regards,
Cecilia

Confidential - For Attorney's Eyes Only

EXHIBIT C PAGE 189

MGA 0046802

**Tab 26**

| | |
|---|---|
| From: | Cecilia Kwok |
| Sent: | Thursday, October 26, 2000 3:47 AM |
| To: | Mercedeh Ward |
| Cc: | Paula Treantafelles; Carter Bryant; Samuel Wong; Franki Tsang |
| Subject: | RE: Bratz images |

Mercedeh,

HK did not have any existing armature for this dolls.  LA can use the armature from existing market like the Barbie doll for sculpting.  After finish sculpting, sent the armature sample together with the wax to HK for our reference. HK can fine tune the armature after receipt of the wax.
HK will advise on the armature & movements after received the rough wax sent & the movement requirements.
HK requested to have a 8% UP WAX FOR ROTO PARTS (head/ body/ arm/ leg) for the down generation.  Please ask your sculptor to increase the wax head to 8% accordingly.  For the body, arms & legs, these will be injection plastic and 1:1 wax is required.
Please advise.

Regards,
Cecilia

-----Original Message-----

| | |
|---|---|
| From: | Mercedeh Ward |
| Sent: | Thursday, October 26, 2000 6:32 AM |
| To: | Samuel Wong; Franki Tsang; Cecilia Kwok |
| Cc: | Paula Treantafelles; Carter Bryant |
| Subject: | FW: Bratz images |
| Importance: | High |

I am forwarding  doll images of the sculpting we reviewed today.  I need HK help on supplying the armature to LA sculptor for the dolls arms.  I need one armature for the right arm and one for the left arm.

I am sending the sculpting to you via FedEx tonight.  I am also sending the following to you a few of our competitor's dolls so you can take into consideration the look we are trying to achieve.

I need to know who will be my contact for this product because we will have to work very quickly in coming up with the armatures so the LA sculptor can finish her work.

I will mark on the doll all the requirements and the movements we are trying to achieve.  Please keep in mind all shrink rates.  Doll is molded in different plastics in production and the LA sculptor is working with a 6% up head sculpting for the down generation.  I need to know what % do you want her to work on for  the rest of the doll.  We are planning on a 1/1 ratio at this time.  As you can see the ruler is indicating the doll to be between 9.5 and 10 inches.

Best regards;

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http://www.mgae.com

1

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006396

EXHIBIT C   PAGE 190

-----Original Message-----
From:        Ben Ton
Sent:        Wednesday, October 25, 2000 3 21 PM
To:          Mercedeh Ward
Subject:     RE: Bratz images

<< File: Barbie jpg >>  << File: BratzScuplt.jpg >>
images resent

2

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006397

EXHIBIT __C__ PAGE_ 191

**Tab 27**

| | |
|---|---|
| **From:** | Mercedeh Ward |
| **Sent:** | Thursday, October 26, 2000 1:55 PM |
| **To:** | Samuel Wong; Cecilia Kwok; Franki Tsang |
| **Cc:** | Paula Treantafelles; Judy Rich |
| **Subject:** | Bratz |
| **Importance:** | High |

I am sorry but I missed the FedEx yesterday.
I have sent out the Bratz rough sculpting to you today with the following Parts and material list and description.  Please let me know if there are any questions.

I had asked for a armature for the doll's shoulder joint so the sculptor can work with.  She needs this armature so she can sculpt the arm around it.  I am going to fax a hand drawn copy of what I need from you.  Can you please tell me if your model shop can help me here.



Bratz.doc (23 KB)

Best regards;
*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

ATTORNEY'S EYES ONLY

MGA000012

EXHIBIT _C_ PAGE _192_

The Bratz Body Assembly:
1.  Solid torso: Torso Front, Torso Back (1 per toy)
2.  leg armatures Assemblies: Top and bottom 2 pieces each (right and left)
3.  Shoulder joint Assemblies:  (2 per toy)
4.  Neck Plug : (1 per toy)
5.  Leg Connector:  (2 per toy)

Materials:
1.  Legs, neck, shoulder and arm armatures are made of nylon for strength
2.  Doll head is roto casted PVC
3.  Doll arms PVC are insert molded over the nylon shoulder armatures
4.  Doll legs PVC are insert molded over the nylon armatures
5.  Torso is made of ABS high polished injection molded tool

The dolls torso is sonic welded after assembling the arms, legs and neck connector are assembled first.  There are lap joints and male/female connectors for assembling the torsos.  The head is assembled last

I have included for your attention:
1.  Our rough sculpting (white casting)
2.  Two dolls competitor product (Which I have never seen before!! )

I have cut the PVC off of the leg of one of the dolls so you can see the type of leg armature we are looking for.  We will have to create our leg armature smaller than the one I have supplied.  Our doll will also have a separate foot that connects to the doll's leg.  I will be giving those specifications to the LA Sculptor.  Our dolls' arms will rotate just like doll with the leg armature showing.

ATTORNEY'S EYES
ONLY

MGA000013

EXHIBIT ___C___ PAGE _193_

**Tab 28**

# FAX COVER SHEET

Address (line 1)
Address (line 2)
City, State or Province  ZIP or Postal Code
Phone number
Fax number    *310 - 538 - 4262 / PST*

| Send to: CECILIA KWOK | From: CARTER BRYANT |
|---|---|
| Attention: | Date: 10/26/00 |
| Office location: | Office location: |
| Fax number: | Phone number: |

☒ Urgent   ☐ Reply ASAP   ☐ Please comment   ☐ Please review   ☐ For your information

Total pages, including cover:  6

Comments: PLEASE SEE ENCLOSED RE " BRATZ" BACKPACK/DOLLCASE
DESIGN AND FABRICATION INFORMATION.

ATTORNEY'S EYES
ONLY

BRYANT 00219

EXHIBIT _C_ PAGE _194_

**Tab 29**

| From: | Mercedeh Ward |
|---|---|
| Sent: | Thursday, October 26, 2000 1:55 PM |
| To: | Samuel Wong; Cecilia Kwok; Franki Tsang |
| Cc: | Paula Treantafelles; Judy Rich |
| Subject: | Bratz |
| | |
| Importance: | High |

I am sorry but I missed the FedEx yesterday.
I have sent out the Bratz rough sculpting to you today with the following Parts and material list and description. Please let me know if there are any questions.

I had asked for a armature for the doll's shoulder joint so the sculptor can work with. She needs this armature so she can sculpt the arm around it. I am going to fax a hand drawn copy of what I need from you. Can you please tell me if your model shop can help me here.



Bratz.doc (23 KB)

Best regards;
*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

ATTORNEY'S EYES ONLY

MGA000012

EXHIBIT C PAGE 195

The Bratz Body Assembly:
1. Solid torso: Torso Front, Torso Back (1 per toy)
2. leg armatures Assemblies: Top and bottom 2 pieces each (right and left)
3. Shoulder joint Assemblies: (2 per toy)
4. Neck Plug : (1 per toy)
5. Leg Connector: (2 per toy)

Materials:
1. Legs, neck, shoulder and arm armatures are made of nylon for strength
2. Doll head is roto casted PVC
3. Doll arms PVC are insert molded over the nylon shoulder armatures
4. Doll legs PVC are insert molded over the nylon armatures
5. Torso is made of ABS high polished injection molded tool

The dolls torso is sonic welded after assembling the arms, legs and neck connector are assembled first.  There are lap joints and male/female connectors for assembling the torsos.  The head is assembled last

I have included for your attention:
1. Our rough sculpting (white casting)
2. Two dolls competitor product (Which I have never seen before!! )

I have cut the PVC off of the leg of one of the dolls so you can see the type of leg armature we are looking for.  We will have to create our leg armature smaller than the one I have supplied.  Our doll will also have a separate foot that connects to the doll's leg.  I will be giving those specifications to the LA Sculptor.  Our dolls' arms will rotate just like doll with the leg armature showing.

ATTORNEY'S EYES
ONLY

MGA000013

EXHIBIT ___C___ PAGE __196__