**Tab 30**

**From:** Isaac Larian
**Sent:** Friday, October 27, 2000 12:45 AM
**To:** Paul Warner; Colleen O'Higgins
**Subject:** RE: 2001 Plush

I also agree with Paul.

But, TRU will not be in HK and will see everything in Jan in Dallas ( we can show THEM ONLY and NO ONE ELSE till toy fair) then.

Paul, please advise.

----Original Message----
**From:** Paul Warner
**Sent:** Thursday, October 26, 2000 10:54 AM
**To:** Colleen O'Higgins; Isaac Larian
**Subject:** RE: 2001 Plush

I just want to do business, make everyone happy and supportive, and give you the best product feedback and support possible.

----Original Message----
**From:** Colleen O'Higgins
**Sent:** Thursday, October 26, 2000 10:37 AM
**To:** Paul Warner; Isaac Larian
**Subject:** RE: 2001 Plush

Isaac,

I think Paul makes some very good points below. We could severely hurt our business with TRU if we alienate them, and they *will* find out. I also understand the need to protect our product. Have we had confidentiality problems with TRU in the past?

Paul - I don't think there is any problem showing Bow Wow and Dream Baby, Too.

Colleen

----Original Message----
**From:** Paul Warner
**Sent:** Thursday, October 26, 2000 9:19 AM
**To:** Isaac Larian; Colleen O'Higgins
**Cc:** Paul Warner
**Subject:** FW: 2001 Plush

I agree with KB but TRU will probably be our largest customer in 2001. TRU are the smartest buyers in USA and they are my friends. All manufacturers consider product feedback from TRU to be the most valuable in the US. If you want to trust Cynthia because she agrees with you you will be sorry. With the exception of Paulette at Kmart the buyers from Kmart, JC Penny, Wal-Mart, and Target have no product experience. If you fine tune things based on their comments you are at risk. If I am showing TRU they will keep things confidential and help us. I was vendor of the year at TRU in 1997. I think you have a bad taste from the cancellations, their critical comments on our commercials, and 1998 ban. When this year is over I think you will be glad that they cancelled the dolls which avoided markdowns and caused a clean sell through and they forced us to make a new shadow commercial which will end up helping us. Just because a customer doesn't agree with you doesn't mean we should punish them. You have relocated me to the East and I am challenged to grow the TRU business. Don't shut them off and make my job impossible. We are vertually out of KB. I do not want the same problems to develop at TRU.

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009121R

EXHIBIT ___C___ PAGE ___197___

If we want any LC orders from TRU we will have to show in Dallas and if we want any product buy in or partnership we should show in Dec. By Dallas their competitors will have seen things twice which places them at a disadvantage. If they find out MGA will pay the price which will be lack of their support.

How about BOW BOW and MDB II?

——Original Message——
From:    Isaac Larian
Sent:    Thursday, October 26, 2000 2:14 AM
To:      Colleen O'Higgins; Helene Bartels; Paul Warner
Cc:      Eric Yip; Cyndi Kwan; Stephen Lee
Subject: RE: 2001 Plush

We will show the following products as follows:

a- K mart, JC Penny, Wal-Mart, Target : nov ( drawings and may be a Porte type).

b-HKTF: in a **PRIVATE ROOM** ( not main show room) to K mart, JC penny, Wal-Mart and Target ONLY: Working Porte Types.

c- Everybody else ( including TRU and KB) NYTF

**Palm Puppies, Monkey, Scooter, Jump Rope, Bratz, Robotic Bugs ( working name).**

——Original Message——
From:    Colleen O'Higgins
Sent:    Wednesday, October 25, 2000 3:44 PM
To:  Helene Bartels; Paul Warner; Isaac Larian
Subject:    RE: 2001 Plush

I am sure Wal Mart is OK – Isaac will you please confirm?

——Original Message——
From:    Helene Bartels
Sent:    Wednesday, October 25, 2000 3:40 PM
To:      Colleen O'Higgins
Subject: RE: 2001 Plush

I hope Wal-Mart's on your "to show" list.  I am planning our preshow for them on 11/30 & 12/1.

——Original Message——
From:    Colleen O'Higgins
Sent:    Wednesday, October 25, 2000 3:39 PM
To:
Cc:      Isaac Larian; Helene Bartels; Jennifer Maurus; Mike Lingg
Subject: RE: 2001 Plush

Paul,

We will show basic concepts to Kmart/Target/JC Penney's.  We will not show anything to KB or TRU until New York Toy Fair.

Thanks!
Colleen

——Original Message——

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009122R

EXHIBIT ___C___ PAGE 198

| | |
|---|---|
| From: | Paul Warner |
| Sent: | Wednesday, October 25, 2000 10:10 AM |
| To: | Colleen O'Higgins |
| Cc: | Isaac Larian; Helene Bartels; Jennifer Maurus; Mike Lingg; Paul Warner |
| Subject: | 2001 Plush |

I suggested that we preshow sketches and limit the information given. Please advise with Isaac's input so we can prepare for show and get appointments. No need to see plush buyers without new items.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 0009123R

EXHIBIT ___C___ PAGE __199__

**Tab 31**

| From: | carter bryant |
|-------|---------------|
| To: | KLegg@mgae.com; PTreantafelles@mgae.com |
| CC: | DMedici@mgae.com |
| BCC: | |
| Sent Date: | 2000-10-27 22:25:40:000 |
| Received Date: | 2000-10-27 22:22:33:384 |
| Subject: | Re: Hair Rooting Machine |
| Attachments: | |

I don't know who makes the machine called "dolly", but that is the brand name of the machines we used at Mattel, if that helps any.

Carter

>From: Kerri Legg <KLegg@mgae.com>
>To: Paula Treantafelles <PTreantafelles@mgae.com>, Carter Bryant
><sophiesays@hotmail.com>
>CC: Dennis Medici <DMedici@mgae.com>
>Subject: Hair Rooting Machine
>Date: Fri, 27 Oct 2000 13:05:12 -0700
>
>I sent a fax to Universal Commerce Corp for information regarding purchase
>of the hair rooting machine. I got a response back this morning by fax. The
>manufacturer of the hair rooting machine is closed and they are not sure
>whether they will start operation again. They are checking in Hong Kong and
>Taiwan for me to see if there is another manufacturer we can go to.
>
>In the meantime, I am going to write to our Hong Kong office to see if they
>can find a manufacturer in Hong Kong that we can buy this machine from.
>
>I will keep you informed.
>
>Kerri

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at
http://profiles.msn.com.

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE _206_   MGA 0046672

**Tab 32**

| From: | Paula Treantafelles |
|---|---|
| Sent: | Monday, October 30, 2000 10:09 AM |
| To: | Mercedeh Ward |
| Subject: | RE: Bratz Design |

Thank God you are here.

-----Original Message-----
| From: | Mercedeh Ward |
|---|---|
| Sent: | Monday, October 30, 2000 9:58 AM |
| To: | Cecilia Kwok; Paula Treantafelles |
| Cc: | Isaac Larian; Stephen Lee; Victor Lee; Frankl Tsang; Disraeli Chan; Samuel Wong; Judy Rich |
| Subject: | RE: Bratz Design |

Cecilia;

Please slow down a bit. We are still defining the product and you are miles a head of use. I am going to comment on the sculpting and the doll's body at this point because I have to see the fabric swatches that were sent to you before I can make comment.

The doll's body:

- I worked it out with the sculptor we will make our sculpting armatures here in US. I thought you misunderstood me when I asked for the armatures I was only talking about sculpting armatures and not production doll armatures. We decided to make the armatures so there are no confusion.
- The doll has a movable head like the "skipper" doll.
- The arms will move like the "skipper" doll.
- The hip joints are just like the "skipper" doll and NOT BALL joints. The sculpting that you received is very ROUGH.
- the knee will bent and the "Skipper" doll.
- The head sculpting will be at the 6% up.
- The head and feet of our dolls will not be in proportion to dolls that you have seen before. The Rough sculpting is correct in the foot and head size difference to the doll body.

Best Regards;

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
| From: | Cecilia Kwok |
|---|---|
| Sent: | Monday, October 30, 2000 1:53 AM |
| To: | Paula Treantafelles; Mercedeh Ward |
| Cc: | Isaac Larian; Stephen Lee; Victor Lee; Frankl TSANG; Disraeli Chan; Samuel WONG; Judy Rich |
| Subject: | Bratz Design |

Dear All,

HK just received the packages for the Bratz Fashion & rough wax today (10/30).
Here are the photo of the fashion information & HK's comment:

Re: Doll Packs

ATTORNEY'S EYES
ONLY

MGA000019

EXHIBIT  C  PAGE  201

1. Bratz Doll 1
- Fashion Fabric « File: Doll1a.JPG » « File: doll1b.JPG »
- Fashion Pattern Drawing « File: doll1fs.bmp »

Re: Bratz Doll 2
- Fashion Fabric « File: Doll2a.JPG » « File: doll2b.JPG »
- Fashion Pattern Drawing « File: doll2fs.bmp »

Re: Bratz Doll 3
- Fashion Fabric « File: doll3a.JPG » « File: doll3b.JPG » « File: doll3c.JPG »
- Fashion Pattern Drawing « File: doll3fs.bmp »

Re: Bratz Doll 4
- Fashion Fabric « File: doll4a.JPG » « File: doll4b.JPG »
- Fashion Pattern Drawing « File: doll4fs.bmp »

HK's comment :
1. Accessories such as belt, hats, head kerchief were added which did not mention in the PDF.  All the vendors quoting did not include these.  There will be cost impact for the accessories.
2. DChan quickly reviewed the fabric matrix and found some of the fabric material are expensive than TWILL.  There will be cost impact and listed out as follows for your quick reference:
   Doll 1 : Leopard print fuzz fabric for the shirt, Light weight dark denim w/ fine silver sparkle for the jacket, Light weight dark denim w/ coarse silver sparkle for the pants, Aqua panne velvet w. iredes cent film for the belt, Aqua & light brown vinyl snakeskin print for the hat, Vinyl lined w/ silver fabric & tricot for the backpack
   Doll 2 : Hombred from gold to fushia metal mesh for the Halter top, Light gray double knit w/ silver sparkle, Gray reflective fabric (good weight) for the backpack, Dark blue reflective vinyl (light weight) for the backpack
   Doll 3 : Deep periwinkle 15D tricot w. silver sparkle for the top sleeves, Iredescen denin in lighter weight for the skirt, M/C knit w/ glitter dots for the skirt trim, Lavender moire stretch velvet for the top, M/C mesh for the head kerchief
   Doll 4 : Cranberry red crebe knit w/ purple glitter for the top, Oliver green stretch poly satin with texture for the pants, Crimsom velboa for the skirt trim, Multi-color stripes satin knit for the Beannie
Anyway, we will get vendors quote based on your fabric matrix.  Our current quotes already over the target price US$2.75 and we need cost reduction.  However, the fabric proposed are adding cost.
3. For the Doll 1's belt, a tooling for the belt buckle is required.
4. Please advise the target age grading for this item.  LA provided to use some glitter dots on the fabric and are easily come off.  There may be safety issues.

Re: Fashion Pack 1
- Fashion Fabric « File: fashion1.JPG »
- Fashion Pattern Drawing « File: fashion1fs.bmp »
HK's comment :
1. There are totally 3 fashion pack.  HK only received one fashion pack design & fabric and still awaiting for the other 2.
2. DChan quickly reviewed the fabric matrix and found some of the fabric material are expensive than TWILL.  There will be cost impact and listed out for your quick reference: Fuzzy novelty knit in rasberry for the halter top, Crushed panne veluet in chartreuse for the pants.

Re: Carrying Case (for Child)

ATTORNEY'S EYES ONLY

MGA000020

EXHIBIT ___C___ PAGE __202__

- Fabric information  « File: Case1.JPG »  « File: case2.JPG »  « File: case3.JPG »
**HK's comment : per separate mail, HK commented the Carrying case design and waiting for LA reply.**

*« Message: Bratz Backpack design inquiry »*

Re: Hair Pack
**HK's comment : Did not receive the Hair pack.  Please advise the curl size of each hair styles for getting quote.  (FYI : curl hair is more expensive than straight hair)**

Re: Rough Wax
HK received the rough wax body today.  HK downsized the head by 6% by the computer and attached to the 1:1 body.  This reflected the final size/ outlook of the wax.  Enclosed is the photo for your reference: « File: waxfinalsize.jpg »
**HK's comment : The head & legs/ feet seem are not in proportion.  LA please advise if this is the actual size that you expected for future production.**
HK also received the reference body showing the joint & armature required.  « File: MVC-003F.JPG »
**HK's comment :**
**1. Please confirm the type of joint request by return.  << File: Joints.jpg >>**
**2. Per separate email, HK already commented the armature mock up request and waiting for LA reply.**

Please advise.
Regards,
Cecilia

ATTORNEY'S EYES ONLY

MGA000021

EXHIBIT _C_ PAGE _203_

**Tab 33**

| | |
|---|---|
| **From:** | Mercedeh Ward |
| **Sent:** | Thursday, November 02, 2000 8:46 AM |
| **To:** | Victor Lee; Paula Treantafelles |
| **Cc:** | Franki Tsang; Samuel Wong |
| **Subject:** | RE: Bratz Design |

Victor;

I believe we are all on the same page now. My original request for armatures was for our sculptor to use. The armatures are so we can make sure the arm joints are correct before I sent out the sculpture to you. I have never worked without sculpting armatures in the past. My sculptor has found a vendor here who will make her the sculpting armatures and we are proceeding.

It seems to me that MGA has never worked in that manor. You get the sculpting then figure how to do joints later.

I have provided HK with the                  All Bratz production armatures that go into assembling the doll for production will be just like that product. As an engineer I have always provided engineering drawings drawn on a CAD system. I do not have the tools to do so at this time.

I am still trying to learn how MGA proceeds with the engineering portion of a product and it seems that all engineering drawings are done by the manufacturer or HK. Can you please let me know if this is true. This is so hard for me to understand. It is becoming very clear to me that not much engineering is done here in LA. Very strange to me.

Best Regards;
*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

----Original Message-----
**From:** Victor Lee
**Sent:** Thursday, November 02, 2000 3:53 AM
**To:** Mercedeh Ward; Paula Treantafelles
**Cc:** Franki Tsang; Samuel Wong
**Subject:** RE: Bratz Design

Mercedeh / Paula:

Please call Samuel tomorrow morning if there are still outstanding issues against sculpture and armature.

Victor Lee

vlee@mgae.com
www.mgae.com

-----Original Message-----
**From:** **Samuel Wong**
**Sent:** Thursday, November 02, 2000 3:00 PM
**To:** Mercedeh Ward; Paula Treantafelles
**Cc:** Isaac Larian; Stephen Lee; Victor Lee; Franki Tsang; Disraeli Chan; Judy Rich; Cecilia Kwok; Alex Fan
**Subject:** RE: Bratz Design

Mercedeh,

So far, there is no misunderstanding here. As stated in Cecilia's previous e-mail, HK can make the

**ATTORNEY'S EYES
ONLY**

MGA000037

EXHIBIT ___C___ PAGE _204_

armatures according to the shape of the sculpture of the Bratz, this is correct and this is usually prefer by the factory. By doing so, factory can make sure the armature are fit within the sculpture and perform the function that we required before they proceed to tooling stage. Of course, HK will review the prototype and send it to LA for final approval before we let the factory to proceed toolings. The armature design is very common and widely use for the doll that need articulated functions, so it should not have any problem to handle here.

Right now, we have already clear about the movement of the head, arms, legs and hips. Therefore, we prefer LA just to send us the final sculpture with sketches of armatures (for ref. only) to HK and we will mock up the armature samples to fit within the doll and test it here and then send to LA for final review and approval.

Both nylon and celcon are all OK for use on armature. However, we usually use celcon for armature because it is more easy to control in molding process. We will prepare samples using celcon and nylon for your evaluation when we have test shot and you can make final decision from there.

Regarding the % of wax pattern, HK definitely need 8% larger wax pattern for tooling. If LA can only provide 6% larger size, we will enlarge the size to 8% before we go to toolings as we mentioned before that the wax material that using by LA cannot be use for toolings. Since the head is small, therefore, the loss of definition is minimal. Don't worry. (If you still worry about the loss of definition, you can make the definition of your wax pattern more sharply to overcome the loss of definition). So far, we don't have any problem on all our current doll with using 8% larger wax pattern that supply by LA.

Confirm we will use injection PVC for the shoes. The connection can be done properly.

thanks & best regards

Samuel (11/2/00)

—Original Message—
From:      Mercedeh Ward
Sent:      Thursday, November 02, 2000 2:22 AM
To:        Samuel Wong; Paula Treantafelles
Cc:        Isaac Larian; Stephen Lee; Victor Lee; Franki Tsang; Disraeli Chan; Judy Rich; Cecilia Kwok
Subject:   RE: Bratz Design

Samuel;

Please see my comments below.

Regards;
*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

—Original Message—
From:      Samuel Wong
Sent:      Tuesday, October 31, 2000 12:01 AM
To:        Mercedeh Ward; Paula Treantafelles
Cc:        Isaac Larian; Stephen Lee; Victor Lee; Franki Tsang; Disraeli Chan; Judy Rich; Cecilia Kwok
Subject:   RE: Bratz Design

Mercedeh,

- Regarding the armature, noted LA will provide armature for us to use for tooling. Usually, we can make armature ourselves here to fit in your sculpture, therefore, we previously advised that LA can just simply send us the sculpture and HK can make armature here in order to speed up the process and may save cost. However, if you prefer to make armature in LA, this is also welcome. Please make sure the armatures that LA provide us for tooling fit inside the patterns and fulfill your requirements. Samuel, We are having a misunderstanding here. I will not be sending armatures for you to use for tooling. I asked Cecilia to help me with sculpting armatures. I realized later that it would be easier for me to have them done here. We have to sculpt around the arm and

ATTORNEY'S EYES ONLY

MGA000038

EXHIBIT __C__ PAGE _205_

hip joints we can not just send sculpting to you with out the proper fit of arms and legs. What I can provide is guidance on how the armatures should be finalized for production. If you would prefer we can do the engineering drawings here. Let em know if that is what you prefer.
- noted the construction of the doll movable head will be same as the                    Yes

- noted the arms of the doll will be moved like                           'es
  Please confirm our following understanding is correct or not :
  There is only armature inside the doll's arms (ie : the arms cannot bend like the legs). The arms will not bend like the          legs. The arms will have the full function of          arms. Rotate fully and away from the body.

- Noted the hip joint will be same as the  .          Noted the sculpture that we received is a very rough sculpture. Please make sure the design on the hip joint of the final sculpture of Bratz matches with the hip joint design of the '          . FYI : per your rough sculpture that we recevied, the hip joint right now is using the ball joint design. The final sculpting will have two disks one in the hip and one on the leg (both legs).  The disks will be place in the correct place for you to finalize you tooling from. We will not have a ball joint in our doll. After reviewing the rough wax it was agreed in LA that it was not as attractive for our purposes and the doll's hips did not provide enough space for the ball joint to work.

- Noted the knee will be bended like the                    . Yes. I had suggested Nylon to be used for armature please let me know if you are using a different material for production. The knee joint is critical in function.

- Next time, we would appreicate if LA can make all the sculptures that used for roto casting 8% larger than the actual size that LA expected. As explained by Cecilia before, the wax material that LA is using cannot go directly to tooling stage. Would it make it easier from now on we send the final tooling of the roto head to HK.  I think if we are going to produce small dolls it is critical we can work off of 6% sculpting.  I feel we are going to lose to much definition if we use a 8% sculpting to start from. I will discuss with our sculptor to see if she can work with 8% for next project. We need to talk about this matter again for other projects.
  We have to duplicate another wax (using HK wax material) sculpture before we can go to tooling stage.  During this duplication, there will have 2% shrinkage occur on the wax sculpture, therefore, we request LA to make all the wax sculpture 8% larger in order to overcome this 2% shrinkage, otherwise, HK has to enlarge the size of the LA wax pattern upon receipt by 2 % before we can go to tooling stage ( this will require about 7-10days leadtime). If we don't do that, we can never get the correct skin size for production. Please note. Doing this process must have some effect on the look of the sculpture??

- Noted the head and feet of our doll will not be in proportion.
  Pls advise if the final sculpture still on schedule ( release to HK on 11/27)? Please also confirm will the armatures send out at the same time LA release the final sculpture? As I said we will not be providing armature to HK.  We are working on final sculpting to the 11/27 date.
        .
- Please confirm if the shoes are injection PVC or not ( we think it should be injection PVC)? The shoes will have paint ups. We can use PVC if the connection can be done properly for the shoes' (foot) to connect to the legs.
Thanks & best regards
Samuel / Cecilia (10/31/00)

-----Original Message-----
| | |
|---|---|
| **From:** | Mercedeh Ward |
| **Sent:** | Tuesday, October 31, 2000 1:58 AM |
| **To:** | Cecilia Kwok; Paula Treantafelles |
| **Cc:** | Isaac Larian; Stephen Lee; Victor Lee; Frankl Tsang; Disraeli Chan; Samuel Wong; Judy Rich |
| **Subject:** | RE: Bratz Design |

Cecilia;

Please slow down a bit. We are still defining the product and you are miles a head of use. I am going to comment on the sculpting and the doll's body at this point because I have to see the

ATTORNEY'S EYES
ONLY                                    MGA000039

EXHIBIT ___C___ PAGE _206_

fabric swatches that were sent to you before I can make comment.

The doll's body:

- I worked it out with the sculptor we will make our sculpting armatures here in US. I thought you misunderstood me when I asked for the armatures I was only talking about sculpting armatures and not production doll armatures. We decided to make the armatures so there are no confusion.
- The doll has a movable head like the
- The arms will move like the
- The hip joints are just like the                    nd NOT BALL joints. The sculpting that you received is very ROUGH.
- the knee will bent and the
- The head sculpting will be at the 6% up.
- The head and feet of our dolls will not be in proportion to dolls that you have seen before. The Rough sculpting is correct in the foot and head size difference to the doll body.

Best Regards;

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
From:       Cecilia Kwok
Sent:       Monday, October 30, 2000 1:53 AM
To:         Paula Treantafelles; Mercedeh Ward
Cc:         Isaac Larian; Stephen Lee; Victor Lee; Frankl TSANG; Disraell Chan; Samuel WONG; Judy Rich
Subject:    Bratz Design

Dear All,

HK just received the packages for the Bratz Fashion & rough wax today (10/30).
Here are the photo of the fashion information & HK's comment:

Re: Doll Packs
1. Bratz Doll 1
- Fashion Fabric  « File: Doll1a.JPG »  « File: doll1b.JPG »
- Fashion Pattern Drawing  « File: doll1fs.bmp »

Re: Bratz Doll 2
- Fashion Fabric  « File: Doll2a.JPG »  « File: doll2b.JPG »
- Fashion Pattern Drawing  « File: doll2fs.bmp »

Re: Bratz Doll 3
- Fashion Fabric  « File: doll3a.JPG »  « File: doll3b.JPG »  « File: doll3c.JPG »
- Fashion Pattern Drawing  « File: doll3fs.bmp »

Re: Bratz Doll 4
- Fashion Fabric  « File: doll4a.JPG »  « File: doll4b.JPG »
- Fashion Pattern Drawing  « File: doll4fs.bmp »

HK's comment :        **ATTORNEY'S EYES
                        ONLY**                          MGA000040

EXHIBIT _C_ PAGE 207

1. Accessories such as belt, hats, head kerchief were added which did not mention in the PDF. All the vendors quoting did not include these. There will be cost impact for the accessories.

2. DChan quickly reviewed the fabric matrix and found some of the fabric material are expensive than TWILL. There will be cost impact and listed out as follows for your quick reference:

> Doll 1 : Leopard print fuzz fabric for the shirt, Light weight dark denim w/ fine silver sparkle for the jacket, Light weight dark denim w/ coarse silver sparkle for the pants, Aqua panne velvet w. iredes cent film for the belt, Aqua & light brown vinyl snakeskin print for the hat, Vinyl lined w/ silver fabric & tricot for the backpack

> Doll 2 : Hombred from gold to fushia metal mesh for the Halter top, Light gray double knit w/ silver sparkle, Gray reflective fabric (good weight) for the backpack, Dark blue reflective vinyl (light weight) for the backpack

> Doll 3 : Deep periwinkle 15D tricot w. silver sparkle for the top sleeves, Iredescen denin in lighter weight for the skirt, M/C knit w/ glitter dots for the skirt trim, Lavender moire stretch velvet for the top, M/C mesh for the head kerchief

> Doll 4 : Cranberry red crebe knit w/ purple glitter for the top, Oliver green stretch poly satin with texture for the pants, Crimsom velboa for the skirt trim, Multi-color stripes satin knit for the Beannie

Anyway, we will get vendors quote based on your fabric matrix. Our current quotes already over the target price USS      and we need cost reduction. However, the fabric proposed are adding cost.

3. For the Doll 1's belt, a tooling for the belt buckle is required.

4. Please advise the target age grading for this item. LA provided to use some glitter dots on the fabric and are easily come off. There may be safety issues.

Re: Fashion Pack 1

- Fashion Fabric ‹‹ File: fashion1.JPG ››
- Fashion Pattern Drawing ‹‹ File: fashion1fs.bmp ››
HK's comment :

1. There are totally 3 fashion pack. HK only received one fashion pack design & fabric and still awaiting for the other 2.

2. DChan quickly reviewed the fabric matrix and found some of the fabric material are expensive than TWILL. There will be cost impact and listed out for your quick reference: Fuzzy novelty knit in rasberry for the halter top, Crushed panne veluet in chartreuse for the pants.

Re: Carrying Case (for Child)

- Fabric information ‹‹ File: Case1.JPG ›› ‹‹ File: case2.JPG ›› ‹‹ File: case3.JPG ››
HK's comment : per separate mail, HK commented the Carrying case design and waiting for LA reply.

‹‹ Message: Bratz Backpack design inquiry ››

Re: Hair Pack

HK's comment : Did not receive the Hair pack. Please advise the curl size of each hair styles for getting quote. (FYI : curl hair is more expensive than straight hair)

ATTORNEY'S EYES ONLY

MGA000041

EXHIBIT C PAGE 208

Re: Rough Wax

HK received the rough wax body today. HK downsized the head by 6% by the computer and attached to the 1:1 body. This reflected the final size/ outlook of the wax. Enclosed is the photo for your reference: « File: waxfinalsize.jpg »

**HK's comment : The head & legs/ feet seem are not in proportion.  LA please advise if this is the actual size that you expected for future production.**

HK also received the reference body showing the joint & armature required. « File: MVC-003F.JPG »

**HK's comment :**

**1. Please confirm the type of joint request by return.  << File: Joints.jpg >>**

**2. Per separate email, HK already commented the armature mock up request and waiting for LA reply.**

**Please advise.**
**Regards,**
**Cecilia**

ATTORNEY'S EYES
ONLY

MGA000042

EXHIBIT _C_ PAGE _309_

**Tab 34**

| From: | Jimmy Cheng |
|---|---|
| To: | Paula Treantafelles; Samuel Wong; Victor Lee; Alex Fan |
| CC: | |
| BCC: | |
| Sent Date: | 2000-11-01 11:33:08:921 |
| Received Date: | 2000-11-01 11:32:23:926 |
| Subject: | RE: URGENT!!! PLEASE READ |
| Attachments: | |

Paula,

Angel prayer :

Master carton ( 6 pcs ) : 17-3/8"x12-3/4"x10-3/8"
Inner carton ( 3 pcs ) : 8-1/4"x12-1/4"x9-7/8"
Individual box : 8" (L)x4"(W)x9-3/8"(H)

For the scooter and jump rope doll, I would fax the rough size of each component.

Regards,
Jimmy

——Original Message——
**From:** Paula Treantafelles
**Sent:** Wednesday, November 01, 2000 5:25 AM
**To:** Jimmy Cheng; Samuel Wong; Victor Lee; Alex Fan
**Subject:** URGENT!!! PLEASE READ

Guys-
I need your help. We need to advise Sales of rough package dimensions for spring and
fall 2001.

Please confirm the final package dimensions for Angels and Hoppity

Since you have scooter and jump rope please recommend the H, W, D dimensions for
each. Can you send me a one to one rough drawing of each component so we can
measure these drawing against your recommended package structures.

I will worry about BRATZ here in LA.

Please send this information to me by tomorrow so that I can confirm and send to
Sales by Thursday

——Original Message——
**From:** Colleen O'Higgins
**Sent:** Monday, October 30, 2000 5:44 PM

Confidential - For Attorney's Eyes Only

EXHIBIT _C_   PAGE _210_ MGA 0053419

**To:** Kerri Legg; Andreas Koch; Brian Schmit; Paula Treantafelles
**Subject:** FW: Fall 2001 long price list

Hello.- one more thing....we need to get Jennifer rough dimensions of our packaging for Fall 2001 by THURS. L x W x H. I know that we are at the very beginning stages, but please do your best do give her realistic numbers AND be sure to overestimate instead of underestimate.

Kerri - can you please forward a template to all so the PM's can just fill in their numbers?

Thanks!
Colleen

-----Original Message-----
**From:** Jennifer Maurus
**Sent:** Monday, October 30, 2000 12:03 PM
**To:** Colleen O'Higgins; Kerri Legg
**Subject:** Fall 2001 long price list

Hello gals,

When will you be making the Fall 2001 long list public? As you know, we need to provide the ELC, which is based on cube and master carton quantity, to our customers for item consideration. I will be completing my KM paperwork before Friday, so I need the correct data by then to complete the presentation. Also, as a reminder, once we quote the items and submit planogram samples, we cannot have the dimensions change!

Please advise.

**Jennifer Maurus**
Sales Manager, National Accounts
MGA Entertainment
818-894-2525 x119 (inside CA)
800-222-4685 x119 (outside CA)
jmaurus@mgae.com
www.mgae.com

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE __211__   MGA 0053420

**Tab 35**

| | |
|---|---|
| **From:** | Mercedeh Ward |
| **Sent:** | Monday, November 06, 2000 12:33 PM |
| **To:** | Victor Lee |
| **Cc:** | Franki Tsang; Samuel Wong; Paula Treantafelles |
| **Subject:** | RE: Bratz Design |

Victor;

I know it is premature to call the maufacturer into our meeting but it would be great if they are there mid week.  We can review the project with them and answer all the questions while I am there.  I am looking foward to meeting you.

Regards;

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----

| | |
|---|---|
| **From:** | Victor Lee |
| **Sent:** | Monday, November 06, 2000 12:34 AM |
| **To:** | Mercedeh Ward |
| **Cc:** | Franki Tsang; Samuel Wong; Paula Treantafelles |
| **Subject:** | RE: Bratz Design |

Mercedeh:

It would be really good if LA can finalize all the designs before sending to HK. We can talk about it more details when we meet in HK.

At the moment, we have not picked the manufacturer (EL/WS/others) to make this product. Alex Fan who had worked on "SPICE GIRLS" will join our meetings for BRATZ DESIGN. If necessary, we can call the engineers from WS or EL to come as well.

Looking forward seeing you soon.

Victor Lee

vlee@mgae.com
www.mgae.com

-----Original Message-----

| | |
|---|---|
| **From:** | **Mercedeh Ward** |
| **Sent:** | Saturday, November 04, 2000 12:58 AM |
| **To:** | Victor Lee |
| **Cc:** | Franki Tsang; Samuel Wong; Paula Treantafelles |
| **Subject:** | RE: Bratz Design |

Victor;

Having fun is what life is all about.  I think you are talking about having high blood pressure not fun:)

I can see now that LA has never supplied engineering drawings only design control drawings.  I will try to talk with Isaac to see what we can do about that.  I would have to hire a mechanical engineer to do the drawings. I can do them myself but It doesn't seem I have the time to do so.  At Mattel as a Project Designer I did all the design control drawings on Pro-engineer (3D cad) and released to the engineers to make their life easier.  The tools were build from those drawings also.  We did make SLA models from the drawings so we

ATTORNEY'S EYES
ONLY

MGA000043

EXHIBIT _C_ PAGE 312

could have sample. As the project engineer at Mattel I did all the engineering drawings for release and
submission for our tool build.

Now at MGA I am finding things are done very differently.

I am coming to HK to meet everyone and talk at lenght about MGA's development cycle and hope we can
work on making LA and HK work well together. I would like to see much less re-doing of product and a
smoother transition between LA and HK releases. My goal is to make life easier for you in HK. When
product gets release it should be done so you have seen everything before hand and there should be
nothing left unanswered so the HKPM can move on with their job.

We can talk about this in person when I am in HK. I have also been working with Judy on a more cohesive
general schedule and she is going to e-mail to you for your comments. I have tried to give HK enough time
in the schedule so you can put a product out there that we can all be proud of.

I am looking forward to meeting all of you in person. As of right now I should be leaving on 11-11-00 for HK.
I will let you know of our flight plans. Carter Bryant the creator of Bratz is also coming so we can get
everything done on Bratz. The costumes, fabrics and questions you might have will be answered when we
are there.

I will ask you to have the engineer who is going to work on Bratz from the manufacturer there in all our
meetings about the doll body. If we are to work with WS please have the engineer who worked on Cindy Doll
there and if we work with EL please have the engineer that worked on MAX action figure there in your office.


Best regards;
*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

>    -----Original Message-----
>    **From:**        Victor Lee
>    **Sent:**        Thursday, November 02, 2000 8:32 PM
>    **To:**          Mercedeh Ward
>    **Cc:**          Frankl Tsang; Samuel Wong; Paula Treantafelles
>    **Subject:**     RE: Bratz Design
>
>    Mercedeh:
>
>    Thank you for your clarification.
>
>    You are right. Most of the engineering work is done in HK, either by the PM in HK or by the
>    manufacturers. These include the drawings and the prototype samples. Most of the time, we receive
>    aesthetic drawings with the major dimensions and we can start from there.
>
>    Actually, I like LA to provide HK the engineering drawings with a prototype sample for new product
>    development. In this way, we don't have to spend any more time to go back and forth to finalize a GOOD
>    sample before we can move forward for tooling. But MGA is moving too fast. We don't have that luxury
>    to make a product in a proper development cycle (it happens many times, we have the EP/FEP/PP
>    carried out at the same time). You will find out more later on and will have lots of fun.
>
>    Victor Lee
>
>    vlee@mgae.com
>    www.mgae.com
>
> >    -----Original Message-----
> >    **From:  Mercedeh Ward**
> >    **Sent:**   Friday, November 03, 2000 12:46 AM

ATTORNEY'S EYES
ONLY

MGA000044

EXHIBIT ___C___ PAGE _213_

**To:**      Victor Lee; Paula Treantafelles
**Cc:**      Franki Tsang; Samuel Wong
**Subject:**      RE: Bratz Design

Victor;

I believe we are all on the same page now.  My original request for armatures was for our sculptor to use.  The armatures are so we can make sure the arm joints are correct before I sent out the sculpture to you.  I have never worked without sculpting armatures in the past.  My sculptor has found a vendor here who will make her the sculpting armatures and we are proceeding.

It seems to me that MGA has never worked in that manor.  You get the sculpting then figure how to do joints later.

I have provided HK with the "Skipper" doll.  All Bratz production armatures that go into assembling the doll for production will be just like that product.  As an engineer I have always provided engineering drawings drawn on a CAD system.  I do not have the tools to do so at this time.

I am still trying to learn how MGA proceeds with the engineering portion of a product and it seems that all engineering drawings are done by the manufacturer or HK.  Can you please let me know if this is true.  This is so hard for me to understand.  It is becoming very clear to me that not much engineering is done here in LA.  Very strange to me.


Best Regards;
*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
**From:**      Victor Lee
**Sent:**      Thursday, November 02, 2000 3:53 AM
**To:**      Mercedeh Ward; Paula Treantafelles
**Cc:**      Franki Tsang; Samuel Wong
**Subject:**      RE: Bratz Design

Mercedeh / Paula:

Please call Samuel tomorrow morning if there are still outstanding issues against sculpture and armature.

Victor Lee

vlee@mgae.com <mailto:vlee@mgae.com>
www.mgae.com <http://www.mgae.com>

**ATTORNEY'S EYES
ONLY**

MGA000045

EXHIBIT ___C___ PAGE 214

**Tab 36**

| | |
|---|---|
| **From:** | Isaac Larian |
| **Sent:** | Saturday, November 04, 2000 2:04 PM |
| **To:** | Paula Treantafelles; 'Bryant598@cs.com' |
| **Cc:** | Kerri Legg; Colleen O`Higgins |
| **Subject:** | RE: Demo |

Why do we need this? I need to know before I approve.

-----Original Message-----
From: Paula Treantafelles
Sent: Friday, November 03, 2000 5:25 PM
To: Isaac Larian; 'Bryant598@cs.com'
Cc: Kerri Legg
Subject: FW: Demo


Isaac
Kerri is out so she can not process quotes but in the meantime Carter wants to get a
demo of the BRATZ song recorded.

The vendor is quoting $1250.00.  Please advise your consent to this quote so that this
vendor can begin working.

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Friday, November 03, 2000 4:21 PM
To: PTreantafelles@mgae.com
Subject: Demo


Hey Paula,
any word on the approval for the song demo?

Carter

ATTORNEY'S EYES
ONLY

MGA000047

EXHIBIT __C__ PAGE __215__

**Tab 37**

**From:**     Samuel Wong
**Sent:**     Friday, December 01, 2000 12:52 AM
**To:**       Paula Treantafelles; Mercedeh Ward; Carter Bryant
**Cc:**       Cecilia Kwok; Franki Tsang
**Subject:**  RE: rooting m/c



Hair Stitching
Machine 2.jpg (...

Paula,

Please see the attached picture and advise if this is the presser foot that you are referring to? If so, the machine that provide by this Taiwan Company has the presser foot assembled together.

thanks & best regards
Samuel (12/1/00)

-----Original Message-----
**From:**     Paula Treantafelles
**Sent:**     Friday, December 01, 2000 5:04 AM
**To:**       Samuel Wong; Mercedeh Ward; Carter Bryant
**Cc:**       Cecilia Kwok; Franki Tsang
**Subject:**  RE: rooting m/c

Samuel

Can you confirm whether or not this machine has a presser foot?

-----Original Message-----
**From:**     Samuel Wong
**Sent:**     Tuesday, November 21, 2000 12:34 AM
**To:**       Paula Treantafelles; Mercedeh Ward; Carter Bryant
**Cc:**       Cecilia Kwok; Franki Tsang
**Subject:** RE: rooting m/c

Paula,

Please see the attachment for the hair stitching machine. The total cost for the m/c, acessories (pins) and shipping cost (by FEDEX send from HK to LA office) is : USD      ,
Please confirm do you want to take it. If so, we would send you JOS for sign off. The m/c will arrive at LA around 1st week of December if we place order now.

  << Message: Hair Stitching Machine >>
thanks & best regards
Samuel (11/21/00)

-----Original Message-----
**From:**     Paula Treantafelles
**Sent:**     Tuesday, November 21, 2000 6:39 AM
**To:** Samuel Wong; Mercedeh Ward; Carter Bryant
**Cc:** Cecilia Kwok
**Subject:**      RE: rooting m/c

I know that this sounds like a weird request but can you send a photo of this machine? Can you advise whether/not this machine has a presser foot?

ATTORNEY'S EYES
ONLY                    MGA000071

EXHIBIT __C__ PAGE _216_

-----Original Message-----
From:        Samuel Wong
Sent:        Friday, November 17, 2000 1:25 AM
To:          Paula Treantafelles; Mercedeh Ward; Carter Bryant
Cc:          Cecilia Kwok
Subject:     RE: rooting m/c

Dear all,

The manufacturer : Hao Cheng's hair stitching machine (it is a taiwan company)
the model number is : HN-88.
specifications : height of the needle pipe - 173mm
diameter of needle pipe - 4.6mm/ 12mm
We had seen this m/c in the Earlylight's factory, per Earlylight, we can make use of this machine to root
the barbie head also.

thanks & best regards
Samuel (11/17/00)

        -----Original Message-----
        From:        Frankl Tsang
        Sent:        Thursday, November 16, 2000 7:23 AM
        To:          Paula Treantafelles; Samuel Wong; Kerri Legg; Mercedeh Ward; Carter Bryant
        Cc:          Cecilia Kwok
        Subject:     RE: rooting m/c

        Mercedeh and Samuel are going to WS/EL - China today.  We will call him to find out and advise.
        (CK)

                -----Original Message-----
                From:        Paula Treantafelles
                Sent:        Thursday, November 16, 2000 2:40 AM
                To:          Samuel Wong; Kerri Legg; Mercedeh Ward; Carter Bryant
                Cc:          Frankl Tsang
                Subject:     RE: rooting m/c

                can you advise the manufacturer and machine name?

                        -----Original Message-----
                        From:        Samuel Wong
                        Sent:        Wednesday, November 15, 2000 2:37 AM
                        To:          Paula Treantafelles; Kerri Legg; Mercedeh Ward; Carter Bryant
                        Cc:          Frankl Tsang
                        Subject:     RE: rooting m/c

                        this is not a dolly m/c. Earylight is using this m/c, this m/c can be use for rooting the barbie
                        heads or even for the large doll (like our bouncy baby), but you have to buy different loopers.
                        We will visit Earlylight China tomorrow, we will show this m/c to Mercedeh and Carter to see
                        if this model is suitable for not.

                        The model number is HN88. It is compatable with Dolly m/c.

                        thanks & best regards
                        Samuel (11/15/00)

                                -----Original Message-----
                                From:        Paula Treantafelles
                                Sent:        Wednesday, November 15, 2000 7:28 AM
                                To:          Samuel Wong; Kerri Legg; Mercedeh Ward; Carter Bryant
                                Cc:          Frankl Tsang
                                Subject:     RE: rooting m/c

                        Samuel-
                        Our rooting vendor needs us to confirm the following information regarding this

                                      ATTORNEY'S EYES
                                           ONLY                              MGA000072

EXHIBIT ___C___  PAGE _217_

machine:
- is this machine a dolly machine (model TUNCL20)
- hoe many loppers does this machine have?  it should have between 7-8
- do we have the opportunity to purchase more of these loopers

I want to purchase a machine so that we can start rooting in LA by 1st week of December.

---Original Message----

| | |
|---|---|
| From: | Samuel Wong |
| Sent: | Monday, November 06, 2000 10:09 PM |
| To: | Paula Treantafelles; Kerri Legg |
| Cc: | Franki Tsang |
| Subject: | RE: rooting m/c |

Paula,

rooting m/c : one set cost HK$    ,·    (this cost include transportation cost from HK to USA by
                   DHL
you also need rooting pins ( pin # 10 - # 14 ) - total 5 packs, cost HK$

Delivery : 2 weeks upon receipt order.
Payment term : T/T in advance.
Manufacturer : Hoi Hang Association Trading Company Limited.
This m/c is good for 220V.

you need to buy transformer to change the voltage to 110V in order the m/c can be used in USA.

I am also checking with Wah Shing to see if they have an used one to sell us or not.

thanks & best regards
Samuel (11/7/00)

---Original Message----

| | |
|---|---|
| From: | Samuel Wong |
| Sent: | Monday, November 06, 2000 6:14 PM |
| To: | Paula Treantafelles |
| Cc: | Franki Tsang |
| Subject: | rooting m/c |

Paula,

we will have the quotation aboput the rooting m/c for you tomorrow.

thanks & best regard
Samuel (11/6/00)

ATTORNEY'S EYES ONLY

MGA000073

EXHIBIT __C__  PAGE _218_

MGA000074

ATTORNEY'S EYES ONLY



EXHIBIT __C__ PAGE __219__

**Tab 38**

| | |
|---|---|
| From: | Bryant598@cs.com |
| Sent: | Wednesday, November 08, 2000 9:48 AM |
| To: | PTreantafelles@mgae.com |
| Subject: | Fwd: Demo |



RE: Demo

     Hi Paula,

regarding the message below, can you please explain to Isaac that since he asked me to come up with "ideas" for a commercial, I have written a storyline idea (which he has seen and to the best of my knowledge, approved) that is based on the bratz song/jingle. In order for the producers of the commercial, whoever they may end up being, to use this storyline and have it make any sense, they need to have a very clear recording of the jingle to build a commercial based on these storyline ideas.

Thanks.
Carter

ATTORNEY'S EYES ONLY

MGA000046

EXHIBIT __C__ PAGE __220__

| | |
|---|---|
| **From:** | Bryant598@cs.com |
| **Sent:** | Wednesday, November 08, 2000 9:48 AM |
| **To:** | PTreantafelles@mgae.com |
| **Subject:** | Fwd: Demo |


RE: Demo

Hi Paula,

regarding the message below, can you please explain to Isaac that since he asked me to come up with "ideas" for a commercial, I have written a storyline idea (which he has seen and to the best of my knowledge, approved) that is based on the bratz song/jingle. In order for the producers of the commercial, whoever they may end up being, to use this storyline and have it make any sense, they need to have a very clear recording of the jingle to build a commercial based on these storyline ideas.

Thanks.
Carter

ATTORNEY'S EYES ONLY          MGA000046

EXHIBIT _C_ PAGE _221_

**Tab 39**

| From: | carter bryant |
|---|---|
| To: | PTreantafelles@mgae.com |
| CC: | |
| BCC: | |
| Sent Date: | 2000-11-08 17:53:50:000 |
| Received Date: | 2000-11-08 17:50:42:017 |
| Subject: | Fwd: Hollow Saran Yarn |
| Attachments: | Hollow Saran Yarn |

Paula,

I have made a second request from the Asahi corp who makes the Hollow Saran hair for some additional sample colors/curl sizes.

So far all the samples they have sent have been free and they have paid shipping, but have requested we pay shipping on this next order.

Below is the email from their rep in Tokyo regarding the price of shipping. I'll try to get ahold of Airborne Express to figure out how much it will actually be and will pay for it when it arrives, if I can be reimbursed for shipping charge ( shouldn't be too outrageous)but anyhow, I just wanted to give you a heads up on this cost and see if it will need to be approved, blah blah blah...

Carter

>From: Bryant598@cs.com
>To: sophiesays@hotmail.com
>Subject: Fwd: Hollow Saran Yarn
>Date: Wed, 8 Nov 2000 12:39:40 EST
>
>

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at http://profiles.msn.com.

EXHIBIT _C_ PAGE _222_

Confidential - For Attorney's Eyes Only

MGA 0046656

**Tab 40**

| From: | Isaac Larian |
|---|---|
| To: | All in Sales Global |
| CC: | All in Marketing |
| BCC: | |
| Sent Date: | 2000-11-09 18:38:28:626 |
| Received Date: | 2000-11-09 18:38:29:768 |
| Subject: | ADS for 2001 |
| Attachments: | |

Retail Ads, sell products!

Further, retail ads, force the retailer to buy more goods.

In short; buying an AD at retailer which is well thought of and makes sense is a good investment and we should do it.

We MUST get PLACEMENT and a Ton of ads, for the following products in 2001:

1- Las Vegas Casino games.

2- Color Fx Card games,

3-VR3D-3D

4-Backatcha and Who is there.

5-Commandobot 3

6- Robotic Bugs.

7-MGA music.

8-Mrs.. Field

9-Angles.

10- Super Value dolls.

11-Hoplty

12-Jump Rope Doll

13-Scooter Samantha

14-MDB 2

15-Bratz

16-Palm Puppies

17- Palm Babies

18-Bow Wow Buddies

EXHIBIT C  PAGE 223

Confidential - For Attorney's Eyes Only

MGA 0052683

'19- Monkey See and Monkey Do.

A good portion of your compensation incentives ( as well as performance review) will be based on GETTING ADS AND END CAPS for 2001!

**product manager:** Please stay on top of this. This is part of your job and responsibility in 2001.

Becky: For 2001 line forecast I want a column added for ADS and the date of ADS for the above.

Happy Selling
Isaac Larian
CEO
MGA Entertainment.
16730 Schoenbom Street
North Hills, California, USA 91343-6122
Visit our website at
http://www.mgae.com
818-894-3150

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE _224_   MGA 0052684

**Tab 41**

| | |
|---|---|
| From: | Mercedeh Ward |
| To: | Cecilia Kwok; Samuel Wong; Victor Lee |
| CC: | Paula Treantafelles |
| BCC: | |
| Sent Date: | 2000-11-10 23:13:19:646 |
| Received Date: | 2000-11-10 23:13:19:716 |
| Subject: | Fabric vendor suggestions for Bratz |
| Attachments: | |

Here are two vendors that I have as recommendations to use for fabric sourcing for Bratz.

Legends Haberdashery Co. Limited
17/F Kinwing Ind. Bldg.
Kinwing St. Lot #55
Tuen Mun, N.T. Hong Kong
Tel 852 2455 9191

Woo Sung Ind Co. Limited
Rm 705, Soon-Hwa Bldg.
#5-2, Soon Hwa-Dong, Jung-ku,
Seoul, Korea
Tel 754 4942

If possible maybe we can have them come and show some of their fabrics to us while I am there.

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

EXHIBIT ___C___ PAGE ___225___

Confidential - For Attorney's Eyes Only

MGA 0046660

**Tab 42**

**From:**      Cecilia Kwok
**Sent:**      Monday, November 13, 2000 4:43 PM
**To:**        Judy Rich; Mercedeh Ward
**Subject:**   RE: REMINDER: BRATZ FINAL WAX SCHEDULED FOR 12/11

Judy/ Mercedeh,

I really needed to have your template follow up as the wax of the head will affect the rooting master/ rooting approval. Right now, long lead time of the hair is one of the critical task for the PS (5/1/01) schedule.
I needed to have the vendor confirmation for the schedule upon receipt your schedule.

Regards,
Cecilia

    ——Original Appointment——
**From:**      Judy Rich
**Sent:**      Saturday, November 11, 2000 1:35 AM
**To:**        Cecilia Kwok; Mercedeh Ward
**Subject:**   REMINDER: BRATZ FINAL WAX SCHEDULED FOR 12/11
**When:**      Monday, December 11, 2000 4:00 PM to Tuesday, December 12, 2000 4:00 PM (GMT+08:00) Beijing, Chongqing, Hong Kong,
                 Urumqi.
**Where:**

ATTORNEY'S EYES
ONLY

MGA000049

EXHIBIT __C__ PAGE __226__

**Tab 43**

| From: | Cecilia Kwok |
|---|---|
| To: | Paula Treantafelles; Mercedeh Ward |
| CC: | Franki TSANG; Victor Lee; Samuel WONG |
| BCC: | |
| Sent Date: | 2000-11-15 09:53:13:140 |
| Received Date: | 2000-11-15 10:05:03:353 |
| Subject: | Meeting Recap for Bratz |
| Attachments: | p5.jpg , p1.jpg , p2.jpg , p3.jpg , p4.jpg |

Dear All,

Enclosed are the recap for the internal meeting, meeting with EL & WS for your reference.

General Issues:
- Most of the fabric will be tailor made such as with our artwork printing (roller print), requested color. There will be MOQ up to 3000 yrd maximum depends on the type of fabric. We are asking EL & WS provide the MOQ and estimate usage per toy.
- There will be 8 different tooling for shoes and additional toolings for accessories such as belt, jewellery.
- Use low profile velcro for this doll
- One brush will be included for all the doll pack.
- The box size for the doll pack changed to 8" x 12" x 2.5"
- The back pack for the doll will be a dummy bag and no zipper included.
- There are 18 ops for the face deco & 2 ops for the shoes
- The hair will be 10/15/20mm curl and not yet fixed. Vendors will quote based on 10mm curl size.

Re: Carry Case (for Child)
1. Attached photo with detail for the materials/ construction

2. Vinyl piping will be used on the front & the back of the case.
3. Need LA provide sample for the "9mm Gray w. Metallic Braid"
4. Need one cardboard pack inside the bag in order to keep the size of the bag during transport. The cardboard will be pack around the wide of the bag and can be removed by the child when use it.
5. The hangers (3-4 pcs) are removable. The pipe for the hangers is detachable.
6. All the zippers are in silver color.

Re: Doll Pack - "Jade"
1. T-shirt : there is a 3 color Kitty Logo
2. Top : changed to Lurex with red ground & purple metallic thread
3. Pants : 2 options - poly satin w. texture
- 50D tricot w. chintz print or embossed
4. Skirt : added 15D tricot lining
5. Pants Trim : the wide should be 3/16"
6. Beannie : 3 options - Rayon s/knit y/d
- 190gm single knit w/print, will provide artwork (6 colors)
- Cotton Sweater Knit

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE __227__

MGA 0046875

7. Beannie Braids : it will be 2C & 6 threads per yarn
8. Belt with buckle : molded plastic w/ glitter
9. Back Pack : silver ltwght nylon w/ 3mm foam and silver thread on it
10. Back Pack cord : silver shinning cord

Re: Doll Pack - "Yasmin"
1. Skirt Trim : - M/ colored knit w/ plain silver glitter - need LA provide the % lost inside package for the silver glitter.
- other option will be Poplin
2. Top : Lavender panne knit in one way sketch instead of two way
3. Pants Ribbon : Poly Satin single side w shining & 3 color print on it
4. Skirt Trim : LA will provide the artwork for the scallopping
5. Headkerchief Trim : use 3mm single side flock ribbon, around 10" per toy
6. Backpack : 3 color printed on the sueded brushed tricot
7. Backpack : added elastic band for the opening and real cord for deco outside the bag

Re: Doll Pack - "Fiona"
1. Pants & Jacket : added 15D tricot lining
2. T Shirt : there will be a 3/4" x 1/2" heat transfer logo in 1 color.
3. Belt : same molded plastic belt as for Jade with different color. it will be iridescent glitter on blue color background.
4. Headband : LA will provide the artwork for the snakeskin print/ embossed
5. Backpack : there will be switching line on the strap. Add velcro for the opening.

Re: Doll Pack - "Kadeisha"
1. Skirt : Acrylic coat will be added if necessary.
2. T Shirt Sleeves : 6 colors 2 x 2 Rib knit
3. Back Pack Straps : the wide should be 1/4" and may be with one white line in the middle
4. Back Pack Stripes : will use same fabric as Back Pack Strap/ Handle.
5. Halter Top : use larger silver foil dots printed on poly I/lock w/allover prt over. Needed to add graduation (from gold to yellow) on top and LA will provide pattern.
6. Back Pack : there is a 3 color heat transfer logo.

Re: Fashion Pack #1
1. Pants Trim : will use one fabric, print graphic on the rasberry colored bead trim. The graphic will be 3 color. there is only one bead one time.
- option : fringe instead of beads
2. Pants : one way stretch panne knit
3. Added one pc of jewellery (necklaces/ bracelets) will be included. The jewellery & the purse will be plastic & using same tool. Hence the color will be the same and no deco on it.

Re: Fashion Pack #2
1. Top : Add 1/8" yellow ribbon for the top.
2. Slipper : will use plastic for this.
3. Pillow : fabric changed to 3-4mm velboa. The size is 2" x 2.5" and there is stuff inside. Added 1 color silkscreen on a ribbon wrap round the pillow.
4. Binder : fabric changed to 2-3mm velboa.
5. Dropped the Fuzzy "Lamb".
6. Pants : added a elastic band with a dummy blue cord for deco.

Confidential - For Attorney's Eyes Only

EXHIBIT _C_ PAGE _228_   MGA 0046876

Re: Fashion Pack #3
1. Two options for the accessories :
a. use plastic for glasses, cell phone, laptop, 2 books in same tooling.
b only have 2 paper books and drop glasses, cell phone, laptop. Cardboard with 4 color print and 19 white papers inside. (since the minimum no. of pages can be glued together is 19 pages). The size of the book is 1.25" x 1.5".

Regards,
Cecilia

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE __229__

MGA 0046877



Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE _230_   MGA 0046878



BRATZ/GRRLFRENZ
BACKPACK
FRONT VIEW
ALL DIMENSIONS ARE APPX.
DESIGN APPX.

orange part = Twill Binding

deco removed

12"

STRAP IS 32" TOTAL

10½"

Two zipper
heads

red part = no zipper
but with pocket
inside

12"

green part = vinyl piping

yellow part = Embossed
logo on same vinyl

10½"

material = Clear lenticular vinyl on
top of Taffeta w/Pn
coating backing

FABRICATION: VINYL BACKED
CLEAR LENTICULAR VINYL
W/TWILL TAPE BINDING
AND VINYL PIPING

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE _231_    MGA 0046879



Confidential - For Attorney's Eyes Only

EXHIBIT _C_ PAGE _232_ MGA 0046880



GERLFRENZ/
BRATZ BACKPACK
LEFTSIDE VIEW (VIEWED FROM BACK)
ALL DIMENSIONS ARE APPROXIMATE
DESIGN APPX.

yellow part ~ 1/5" wide
plastic zipper

green part = removed

12"

12"

3½"

③

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE __233__      MGA 0046861



Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE _234_    MGA 0046882

**Tab 44**

| From: | Paula Treantafelles |
|---|---|
| Sent: | Tuesday, November 21, 2000 4:00 PM |
| To: | Mercedeh Ward; Cecilia Kwok; Samuel Wong; Victor Lee; Judy Rich |
| Subject: | new BRATZ information |
| | |
| Attachments: | BRATZ DOLL PACK PDF2.doc |

Cecilia

I apologize for the confusion but a change was made to the BRATZ line up. We will be dropping the hair pack and instead we will be including a hair style in every fashion pack.

Please note the revised PDF:



BRATZ DOLL PACK
PDF2.doc (147 ...

- Please assume the same fashion pack package structure size: 5.75"H X 6.5"W X 1.5"D
- Please assume the same master carton pack-out 48/12
- The target cost for the 3 fashion/hair packs are 2.49
- The target cost for the carrying case is 3.85. Please wait for Mercedeh's direction on how to cost reduce the current design.

CONFIDENTIAL -
ATTORNEYS EYES ONLY

1

MGA004611

EXHIBIT ____ C ____ PAGE 225 MGA0004611 B



# PRODUCT DEVELOPMENT FORM

MICRO GAMES OF AMERICA

DESIGN#          SKU#

### PRODUCT DESCRIPTION

| | |
|---|---|
| Working Title: BRATZ fashion/hair packs | Date: 10/16/00 |
| Final Name: | Revision Date: 11/21/00 |

### KEY DATES

| | | | | |
|---|---|---|---|---|
| Design Sample: _____ | 1st Sample: _____ | Pre-Production: _____ | Mock-up Samples: _____ | Production Start: 4/1/00 |
| Quantity: _____ | Quantity: _____ | Quantity: _____ | Quantity: _____ | 1st Available: _____ |

### LEGAL INSTRUCTIONS

| | |
|---|---|
| ☐ MGA Logo | ☐ European Labeling |
| ☐ TM, ® & © 2000_ MGA Entertainment, Inc. All Rights Reserved. | ☐ Other trademarks / logos per suppliers contracts, licensing, etc..  Specify: |
| 16730 Schoenborn St., North Hills, CA. 91343 www.mgae.com | |
| ☐ 800 number | ☐ Made in _China_____ |
| ☐ "CE" mark on package | ☐ Printed in: _____ |
| ☐ FCC Requirement | ☐ Vin # _____ |
| ☐ Licensee Copyriht | ☐ Patent Number or "Patent Pending" |
| ☐ Other Copyright | |

### PACKAGING/COSTING INSTRUCTIONS

| | | | |
|---|---|---|---|
| FMA date: | 2/1/00 | Target Product Cost: | 1.05 |
| Package Type: | Clamshell | Hong Kong FOB: | N/A |
| Try Me: | NO | HK Tooling Cost: | |
| Instruction Sheet: | NO | Royalty Rate: | 3% |
| Batteries: | NO | Forecast: (Quota) | 800,000 |
| Assortment: | 4 different fashion packs | Colors: | N/A |
| # / carton: | 48/12 | Texture: | N/A |
| Size: | 7"W X 8"H X 1.5"D | Product Label: | N/A |

CONFIDENTIAL –
ATTORNEYS EYES ONLY

Revision 2                    Page 1 of 5              MGA004612        May 3, 2000

EXHIBIT _C_ PAGE 236   **MGA0004612 B**

 **PRODUCT DEVELOPMENT FORM**

MICRO GAMES OF AMERICA

DESIGN#            SKU#

*PRODUCT DESCRIPTION*

**CONCEPT OVERVIEW:**  *(Marketing)*
BRATZ are a gang of teenaged girls that love to change the style of their hair and clothes to create new but very extreme and funky fashion styles.

The fashion/hair pack assortment is a line extension that will help promote BRATZ fashion play activity.  Consumer will have the opportunity to buy/collect complete "new looks" from the top of their head to the tips of their toes.

These fashion/hair packs will sold with one outfit, one hair style and one pair of "feet".  All together they complete the look!

**MATERIALS DESCRIPTION:**  *(Marketing)*
Fashion will be made of softgoods
"Feet" will be made of roto-cast material with relatively hard shore-hardness
Hair will be rooted with Hollow Saran hair material.

**GAMEPLAY:**  *(Game Designer and Marketing)*

Consumer changes fashion removing and dressing doll like traditional Barbie fashion play

Consumer changes feet by pulling the feet from ankle and snapping in a new set of feet

Consumer changes hair style by removing and then snapping in the hair style (male and female parts located under wig and on top of head).

**LCD Layout:**  *(Game Designer and Marketing)-*
Not applicable

CONFIDENTIAL -
ATTORNEYS EYES ONLY

Revision 2                              Page 2 of 5              MGA004613            May 3, 2000

EXHIBIT ___C___ PAGE _237_

MGA0004613 B

CONFIDENTIAL -
ATTORNEYS EYES ONLY

Revision 2                           Page 3 of 5          MGA004614          May 3, 2000

EXHIBIT ___C___ PAGE __238__ MGA0004614 B



# PRODUCT DEVELOPMENT FORM

MICRO GAMES OF AMERICA

DESIGN#          SKU#

ELECTRONIC SPECIFICATIONS

*Marketing is responsible to fill in specifications that are "must haves" in "Marketing Requirements". Development is responsible to respond to the specifications and fill in the remaining specifications in "Development Results". "N/A" should be inserted for any specifications that are not applicable and "TBD by PD" if Marketing does not have a particular requirement but is needed for the product (To B Determined by Product Development)t. If the space provided does not suffice, use a number reference to expand below.*

| | | Marketing Requirements | Development Results |
|---|---|---|---|
| Try Me | Number / length (sec) | N/A | |
| Sound | Number of Channels | N/A | |
| Voice | Length of Recording (sec, sample rate) | N/A | |
| Music | Length of Recording (sec, sample rate) | N/A | |
| Battery | Type | N/A | |
| | Life | N/A | |
| Interactive Communications | IR or RF | N/A | |
| | Frequency | N/A | |
| | Range | N/A | |
| Voice Recognition | Speaker Dependent # words | N/A | |
| | Speaker Independent # words | N/A | |
| Radio Control | Range | N/A | |
| Inputs / Outputs | On/Off | N/A | |
| | Reset | N/A | |
| | Pause | N/A | |
| | Lights | N/A | |
| | Motion, speed | N/A | |
| | LCD - size | N/A | |
| | Other | N/A | |

CONFIDENTIAL -
ATTORNEYS EYES ONLY

May 3, 2000

EXHIBIT ___C___ PAGE 239

MGA0004615 B



# PRODUCT DEVELOPMENT FORM

MICRO GAMES OF AMERICA

DESIGN#          SKU#

| IC | | | |
|---|---|---|---|
| | Controller / Processor | N/A | |
| | Memory – program | N/A | |
| | Memory – recordings | N/A | |
| | Synthesizer | N/A | |
| | Logic Power Level | N/A | |

ADDITIONAL SPECIFICATIONS

REFERENCE

| | Owner | Release / Revision |
|---|---|---|
| Color Study | Art Design / Product Manager | |
| Texture Callout | Art Design / Product Manager | |
| Preliminary Art Design Drawings | Art Design / Product Manager | |
| Preliminary Packaging | Art Design / Product Manager | |
| Preliminary Schematics | Project Manager LA / HK | |
| Preliminary Mechanical Drawings | Project Manager LA / HK | |
| Preliminary Cost with BOM | Project Manager HK | |
| Project Plan | Project Manager LA / HK | |
| Engineering Specification | Project Manager LA / HK | |
| Flow Charts | Product / Project Manager LA / HK | |
| Final Art Design Drawings | Art Design / Product Manager | |
| Final Packaging | Art Design / Product Manager | |
| Final Schematics | Project Manager LA / HK | |
| Final Mechanical Drawings | Project Manager LA / HK | |

CONFIDENTIAL -
ATTORNEYS EYES ONLY

Revision 2                    Page 5 of 5          MGA004616        May 3, 2000

EXHIBIT _C_ PAGE _240_, MGA0004616 B

**Tab 45**

EXHIBIT __C__ PAGE 24 ⊢  45

| From: | Cecilia Kwok |
|---|---|
| To: | Paula Treantafelles; Mercedeh Ward |
| CC: | Judy Rich; Franki Tsang; Samuel Wong; Victor Lee; Disraeli Chan |
| BCC: | |
| Sent Date: | 2000-11-21 10:19:57.593 |
| Received Date: | 2000-11-21 10:19:40.487 |
| Subject: | RE: pending vendor quotations. |
| Attachments: | —NO_FILENAME— |

Dear Mercedeh/ Paula,

We have the quote from WS & EL based on the fabric instruction which hand-carried to HK by Mercedeh. Here are their perlim quote for your reference.

Remarks:
1. The quotes advised from WS & EL are based on the cost on the fabric instruction.
2. The quotes above did not base on the package sizes/ master packaging advised today.
3. HK did not study/ check the quote from EL as we still chasing the BOM.
4. For Fashion 3, WS quote included 2 paper+cardboard books but EL quote included plastic accessories (laptop, glasses, books & mobile).
5. EL did not have the quote for the hair pack & carrying case. Will advise later.

Regards,
Cecilia

-----Original Message-----
From: Franki Tsang
Sent: Tuesday, November 21, 2000 8:04 AM
To: Paula Treantafelles; Samuel Wong; Victor Lee; Cecilia Kwok; Mercedeh Ward
Cc: Judy Rich
Subject: RE: pending vendor quotations.

We are finalizing quotes from WS/EL based on specified fabrics and spec. - Samuel/Cecilia will work through Mercedeh in a few days.

-----Original Message-----
From: Paula Treantafelles
Sent: Tuesday, November 21, 2000 7:20 AM
To: Samuel Wong; Franki Tsang; Victor Lee; Cecilia Kwok; Mercedeh Ward
Cc: Judy Rich
Subject: pending vendor quotations.

Hi guys,

Last week I promised Mercedeh information regarding BRATZ master carton.

There will be two assortments:
one assortment (12/4)-two white, one asian and one hispanic
one solid pack (12/4)-of all African American units.

Please advise when you will have quotes against the BRATZ and MDB2 skus.

EXHIBIT C PAGE 242

Confidential - For Attorney's Eyes Only

MGA 0046580

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | Date | Description | Attention | Comment |
| 2 | April 7, 2000 | DBZ Power Gear Print Proof | Andreas | — |
| 3 | April 7, 2000 | DBZ Power Gear Film | Gartal | — |
| 4 | April 7, 2000 | Hopscotch New Die Cut Sample | Kami | |
| 5 | April 7, 2000 | MDB Bear & Blanket sample | Stef | 4/11 approved |
| 6 | April 7, 2000 | DBZ Super Glove Print Proof | Andreas | 4/11 received |
| 7 | April 7, 2000 | DBZ Super Glove Film | Gartal | |
| 8 | April 10, 2000 | Color FX II Card Games for Planogram | Kerri | |
| 9 | April 10, 2000 | MMS tongue material | Wendy | |
| 10 | April 11, 2000 | MDB Eyes (3 colors) | Stef | 4/12 comment |
| 11 | April 11, 2000 | Atco Catalog for DBZ construction plants substitution | Andreas | — |
| 12 | April 11, 2000 | DBZ Super Glove I/M film | Gartal | — |
| 13 | April 12, 2000 | DBZ Construction Blocks | Andreas | |
| 14 | April 12, 2000 | Cheerleader Working for Kay Bee | Kerri | |
| 15 | April 12, 2000 | Plastic Handle for M&MS & MDB | Wendy/ Kami | 4/15 Did not receive |
| 16 | April 12, 2000 | Cheerleader Rooting Head | Stef | |
| 17 | April 12, 2000 | MDB 2 Fabric | Stef | |
| 18 | April 12, 2000 | MDB 3 Buttons | Stef | 4/18 approved |
| 19 | April 13, 2000 | Improved Cheerleader Working for Kay Bee | Kerri | |
| 20 | April 14, 2000 | Cheerleader PomPom | Kami | |
| 21 | April 15, 2000 | Plastic Handle for M&MS & MDB (Resend) | Wendy/ Kami | |
| 22 | April 15, 2000 | Bouncy Blk Head | Stef/ Kami | 4/19 comment |
| 23 | April 20, 2000 | Bathtime Print Proof | JP | 4/25 comment |
| 24 | April 20, 2000 | MMS Dalmation fabric | Wendy | 4/19 comment |
| 25 | April 20, 2000 | Hopscotch (Cost Reduction) Paper pattern | Kami | |
| 26 | April 20, 2000 | Cheerleader Deco sample | Kami | 4/25 comment |
| 27 | April 20, 2000 | Giddy Up sample | PDI | |
| 28 | April 25, 2000 | MDB Rubby Head | Paula | |
| 29 | April 25, 2000 | MDB Outfit | Paula | |
| 30 | April 25, 2000 | MDB Blanket | Paula | |
| 31 | April 26, 2000 | MMS PCBA & PCB, CBOT HS for Sensory | VOS/ Sensory | |
| 32 | April 26, 2000 | DBZ Glove Pre Pro Sample | Andreas | 4/27 received |
| 33 | April 26, 2000 | VR 3D Sales samples 3 pcs | Lydia | 4/27 received |
| 34 | April 26, 2000 | VR 3D Snowboarding BB | Brain | |
| 35 | April 26, 2000 | CBOT 1 samples 3 pcs | Dave | 4/27 received |
| 36 | April 27, 2000 | MMS PCBA & PCB | Sensory | |
| 37 | April 27, 2000 | CBOT 1 samples 5 pcs | Dave | |
| 38 | April 28, 2000 | Bathtime & Bouncy Packaging Print Proof | Paula | 5/2 received |
| 39 | April 28, 2000 | Bathtime, Bouncy & Giddy Up pre pro sample | Paula | 5/3 comment |
| 40 | April 28, 2000 | MMS working sample | VOS | |
| 41 | April 28, 2000 | MDB working sample | Sensory | |
| 42 | April 28, 2000 | Cheerleader sample | Paula | |
| 43 | April 29, 2000 | DBZ Glove Working for Licensor | Andreas | |
| 44 | May 3, 2000 | Scooter (HSM) sent from MH | Isaac | |
| 45 | May 3, 2000 | MDB Green Eye | Kami/ Paula | |
| 46 | May 3, 2000 | DBZ Glove Production Sample | Andreas | |
| 47 | May 3, 2000 | VR 3D Motorcross Photo Sample | Andreas | |
| 48 | May 3, 2000 | Cheerleader & Giddy Up Print Proof | Paula | 5/6 received |
| 49 | May 5, 2000 | PSS & ECN | Kerri | rec'd |
| 50 | May 5, 2000 | CBOT clear casing x 1 | Wendy | |
| 51 | May 6, 2000 | CBOT clear casing x 2 | Wendy | |
| 52 | May 6, 2000 | CBOT clear casing x 6 from KY | Wendy | |
| 53 | May 9, 2000 | Tunnel Racer BB | Brain | |
| 54 | May 9, 2000 | MDB Blanket new size for LA ref | Paula | 5/12 rec'd |
| 55 | May 9, 2000 | Cheerleader head deco (black & white) for LA ref | Paula | 5/12 comment |
| 56 | May 9, 2000 | Stef stuffs & MDB sculpture B | Stef | |
| 57 | May 10, 2000 | MDB II Working Sample | Amanda | |
| 58 | May 10, 2000 | MDB Birthday Cert construction | Paula | 5/12 rec'd |
| 59 | May 12, 2000 | VR 3D headset | Andreas | |
| 60 | May 12, 2000 | DBZ Super Glove production samples | Andreas | |
| 61 | May 12, 2000 | Bouncy Baby less stuffing leg | Paula | 5/16 approved |

EXHIBIT C PAGE 243

Confidential – For Attorney's Eyes Only

MGA 0046581

| | A | B | C | D |
|---|---|---|---|---|
| 62 | May 12, 2000 | Giddy Up less stuffing | Paula | 5/16 Commented |
| 63 | May 12, 2000 | MMS Photo Sample | Kerri | |
| 64 | May 12, 2000 | Cheerleader Sample | Paula | 5/16 approved |
| 65 | May 12, 2000 | Giddy Sample x 3 | Maureen | |
| 66 | May 12, 2000 | Giddy Sample x 3 | Stef | |
| 67 | May 12, 2000 | MDB deco head x 3 | Stef | 5/16 Rec |
| 68 | May 15, 2000 | MDB Working sample | Amanda | 5/16 Stef comment 5/18 rec |
| 69 | May 15, 2000 | VR 3D lens | Brian | |
| 70 | May 16, 2000 | MMS | Sensory | |
| 71 | May 16, 2000 | MDB pink outfit, fabric, fabric swatch | Paula | |
| 72 | May 15, 2000 | Cheerleader Black | Paula | |
| 73 | May 18, 2000 | MMS CAD disk | Johathan | 5/20 Rec |
| 74 | May 18, 2000 | MDB Diaper | Paula | |
| 75 | May 18, 2000 | Hopscotch Cost Reduction Sample | Paula | |
| 76 | May 18, 2000 | Bouncy Baby Head 6 pcs | Maureen | |
| 77 | May 19, 2000 | MDB Heads for photo shoot | Stef | 5/22 Rec |
| 78 | May 19, 2000 | MDB Heads for Grooming Master (2 Ponytails) | Stef | |
| 79 | May 19, 2000 | CBOT I PCB | Sensory | |
| 80 | May 20, 2000 | MMS Photo Sample | Kerri | |
| 81 | May 20, 2000 | MDB arms & shoes for photo | Paula | |
| 82 | May 20, 2000 | MDB back panel diagram & strip | Paula | |
| 83 | May 20, 2000 | Bouncy Heads (Black) | Paula | |
| 84 | May 20, 2000 | Bouncy Heads | Stef | 5/23 Rec |
| 85 | May 20, 2000 | MDB strip | Stef | 5/23 Rec |
| 86 | May 22, 2000 | VR 3D Tunnel Racer working for sales | BSA | |
| 87 | May 22, 2000 | VR 3D Headset Motorcross Photo Sample | Andreas | |
| 88 | May 22, 2000 | MDB sculpture B for Depo | Stef | 5/24 Rec |
| 89 | May 23, 2000 | MDB working samples x 2 | Sensory | |
| 90 | May 23, 2000 | MMS Bone | Kerri | |
| 91 | May 24, 2000 | MDB & MMS Plastic Handle | Wendy/ Paula | |
| 92 | May 24, 2000 | MDB Eyes & Head | Sandy | 5/31 Rec |
| 93 | May 25, 2000 | Giddy Up & Cheeleader IM | Paula | |
| 94 | May 25, 2000 | VR 3D 2nd shot len samples | Brain | |
| 95 | May 25, 2000 | MMS working sample | Sensory | |
| 96 | May 26, 2000 | MMS PCB | VOS/ Sensory | |
| 97 | May 26, 2000 | MDB PCB | Sensory | |
| 98 | May 26, 2000 | Cheeleader & Giddy Up Production Sample | Paula | 5/31 Rec |
| 99 | May 26, 2000 | Jumping Rope Hippo | Amanda | 6/2 Rec |
| 100 | May 26, 2000 | Cheeleader, Bathtime, Bouncy golden blonde samples | Paula | 5/31 Rec |
| 101 | May 26, 2000 | Bathtime new eye deco | Paula | |
| 102 | May 29, 2000 | MDB 2nd head (Black & Brown) for deco | Stef | 6/2 Rec |
| 103 | May 30, 2000 | VR 3D (Android Attack, Tunnel Racer & Orbiter 9) PP | Andreas | 6/1 Rec |
| 104 | May 30, 2000 | MDB 2nd head (Black & Brown) | Paula | |
| 105 | May 31, 2000 | MMS substitute chip | VOS | |
| 106 | June 1, 2000 | MDB hole labels sample | Paula | |
| 107 | June 1, 2000 | VR 3D (Android Attack, Tunnel Racer & Orbiter 9) Prod | Andreas | |
| 108 | June 1, 2000 | Kami's stuff | Kami | |
| 109 | June 3, 2000 | VR 3D Tunnel Racer Revised Print Proof | Andreas | |
| 110 | June 3, 2000 | PSS | Kerri | |
| 111 | June 3, 2000 | VR 3D Snowboard Blitz Packaging/ Insert/ Headset Lab | Andreas | |
| 112 | June 3, 2000 | MDB samples x 3 pcs | Paula | |
| 113 | June 5, 2000 | MDB PCB | Sensory | |
| 114 | June 5, 2000 | Hopscotch Cost Reduction Sample | Paula | |
| 115 | June 5, 2000 | Angels Demo Boxes | Paula | |
| 116 | June 5, 2000 | VR 3D Snowboard HS & Tunnel Racer Controller Label | Andreas | |
| 117 | June 5, 2000 | MMS Eye Samples | Wendy | |
| 118 | June 7, 2000 | MDB Samples for commerical | Paula | |
| 119 | June 7, 2000 | MDB Fabric Summary | Paula | |
| 120 | June 7, 2000 | MDB leg sample | Paula | |
| 121 | June 7, 2000 | MDB Mic color sample | Paula | |
| 122 | June 7, 2000 | MDB deco head x 3 | Paula | |

EXHIBIT ___C___ PAGE _244_

Confidential - For Attorney's Eyes Only

MGA 0046582

| | A | B | C | D |
|---|---|---|---|---|
| 123 | June 8, 2000 | MMS Working sample for commerical | Wendy | |
| 124 | June 8, 2000 | MMS working sample | VOS | |
| 125 | June 9, 2000 | MDB Birthday Cert | Paula | |
| 126 | June 9, 2000 | MDB Transistors | Amanda | |
| 127 | June 9, 2000 | PSS | Kerri | |
| 128 | June 10, 2000 | VR 3D Android Attack & Snowboard Blitz | Andreas | |
| 129 | June 12, 2000 | Giddy Up & Cheeleader Black | Paula | |
| 130 | June 12, 2000 | MMS Velcro | Wendy | |
| 131 | June 13, 2000 | MDB Flower Outfit | Paula | |
| 132 | June 13, 2000 | MDB Grooming Hair | Paula | |
| 133 | June 13, 2000 | MDB Hair samples | Paula | |
| 134 | June 13, 2000 | Bouncy leg fabric | Paula | |
| 135 | June 14, 2000 | VR 3D Working Samples | Amanda | |
| 136 | June 15, 2000 | MDB Samples | Paula | |
| 137 | June 15, 2000 | VR 3D IM | Andreas | |
| 138 | June 17, 2000 | MMS Tongue fabric & nose | Wendy | 6/20 Comment |
| 139 | June 17, 2000 | MMS Silver Print Ref Sample | JP | |
| 140 | June 17, 2000 | VR 3D Handles | Andreas | |
| 141 | June 17, 2000 | MDB head sample (w/ holes on nose) | Amanda | |
| 142 | June 20, 2000 | MMS Imp Eye Sample | Wendy | |
| 143 | June 20, 2000 | MDB PP | Paula | |
| 144 | June 20, 2000 | MDB Working Sample | Sensory | |
| 145 | June 21, 2000 | MDB Working Sample | Sensory | |
| 146 | June 22, 2000 | CBOT II Silver & Green Dummy Sample | Wendy | |
| 147 | June 22, 2000 | MMS Collar color sample | Wendy | |
| 148 | June 22, 2000 | MDB 5th panel PP | Paula | |
| 149 | June 22, 2000 | Snowboard Imp IM PP | Andreas | |
| 150 | June 23, 2000 | PSS | Kerri | |
| 151 | June 23, 2000 | MMS Plastic Handle color sample | Wendy | 6/28 approved |
| 152 | June 23, 2000 | DBZ Glove Licensor samples x 2 | Andreas | 6/28 received |
| 153 | June 23, 2000 | CBOT II Gold x 2, Silver & Green @ 1 Dummy Samples | Wendy | |
| 154 | June 29, 2000 | CBOT II | Sensory | |
| 155 | June 30, 2000 | I Spy PP | Kami | |
| 156 | June 30, 2000 | Snowboard Imp PP | Andreas | |
| 157 | June 30, 2000 | Snowboard working sample | Andreas | |
| 158 | June 30, 2000 | Android Attack working controller | Brain | |
| 159 | June 30, 2000 | Hopscotch Cost Reduction Sample | Paula | |
| 160 | June 30, 2000 | MDB working sample | Sensory | |
| 161 | July 4, 2000 | MMS Packaging PP | Wendy | |
| 162 | July 4, 2000 | MMS hook for booklet | Wendy | |
| 163 | July 4, 2000 | MMS TV sample x 2 | Wendy | |
| 164 | July 4, 2000 | MDB TV sample x 2 w/ Accessories | Paula | |
| 165 | July 5, 2000 | CBOT working samples for TV x 3 pcs | Wendy | |
| 166 | July 5, 2000 | MMS TV sample x 1 | Wendy | |
| 167 | July 5, 2000 | MDB TV sample Accessories | Paula | |
| 168 | July 7, 2000 | CBOT II PCB | Sensory | |
| 169 | July 7, 2000 | MMS Photo Sample x 6 | Kerri | |
| 170 | July 7, 2000 | VR 3D Color Film (AA & Snowboard) | Brian | |
| 171 | July 8, 2000 | CBOT Silver Green Sample | Wendy | |
| 172 | July 10, 2000 | VR 3D (AA, TR, O9 @ 1) | Andreas/ Brian | |
| 173 | July 10, 2000 | Cheerleader w/ smaller head & Giddy Up head | Paula | |
| 174 | July 11, 2000 | MMS Bone x 2 pcs | Kerri | |
| 175 | July 11, 2000 | MMS WS with 7/8 code | VOS | |
| 176 | July 12, 2000 | MDB Working with final code | Sensory | |
| 177 | July 13, 2000 | MDB Brass Eye | Sandy | |
| 178 | July 13, 2000 | CBOT II & CBOT I Proto PCB | Sensory | |
| 179 | July 13, 2000 | MMS Print Proof from WS | JP | |
| 180 | July 14, 2000 | CBOT II with final code | Wendy | |
| 181 | July 14, 2000 | MDB Black PP | Paula | |
| 182 | July 15, 2000 | MDB 3 sales samples | Kerri | |
| 183 | July 15, 2000 | VR 3D Orbiter 9 | Brian | |

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE _245_

MGA 0046583

| | A | B | C | D |
|---|---|---|---|---|
| 184 | July 17, 2000 | VR 3D Orbiter 9 & Tunnel Racer | Brian | |
| 185 | July 17, 2000 | Giddy Up Heads x 12 pcs | Colleen | |
| 186 | July 17, 2000 | MDB sales samples x 7 pcs | Paula | |
| 187 | July 17, 2000 | MDB working samples x 2 | Paula | |
| 188 | July 18, 2000 | VR 3D samples @ 3 pcs | Andreas | |
| 189 | July 18, 2000 | MMS Print Proof x 3 types | Wendy | |
| 190 | July 19, 2000 | MDB x 5 pcs | Kerri/IL | |
| 191 | July 19, 2000 | MMS TRU x 3 pcs | Kerri/IL | |
| 192 | July 20, 2000 | VR 3D (3 x TR, 24 x SB) | Andreas | |
| 193 | July 20, 2000 | VR 3D Nose Pad | Andreas | |
| 194 | July 22, 2000 | MMS | Sensory | |
| 195 | July 22, 2000 | MDB TRU x 2 pcs | Kerri | |
| 196 | July 24, 2000 | VR3D samples for EL x 10 pcs | Brian | |
| 197 | July 26, 2000 | Orbiter 9 sample | Brian | |
| 198 | July 26, 2000 | AA 24 pcs | Andreas | |
| 199 | July 26, 2000 | AA, O9 & SB Revised Packaging | Andreas | |
| 200 | July 26, 2000 | MotoXMayhem handgrip | Andreas | |
| 201 | July 26, 2000 | CBOT II 4 dummy samples | Kerri | |
| 202 | July 26, 2000 | MDB Outfit 1 set | Kerri | |
| 203 | July 26, 2000 | MMS Boxes | San Pan | |
| 204 | July 29, 2000 | Cheerleader | Sandy | |
| 205 | July 31, 2000 | MDB Sales samples x 16 pcs | Kerri | |
| 206 | July 31, 2000 | MDB Outfit | Kerri | |
| 207 | July 31, 2000 | Motox Mayhem PP | Andreas | |
| 208 | August 1, 2000 | Tunnel Racer Rev PP | Andreas | |
| 209 | August 1, 2000 | MDB Heads | Paula | |
| 210 | August 1, 2000 | MDB x 3 pcs for Japan Show | Paula | |
| 211 | August 1, 2000 | MMS x 2 pcs for Japan Show | Colleen | |
| 212 | August 1, 2000 | MDB Accessories (for 16 pcs Sales Samples) | Kerri | |
| 213 | August 2, 2000 | Bathtime for Hoppity Bouncy | PDI | |
| 214 | August 3, 2000 | MDB Accessories (for 16 pcs Sales Samples) | Kerri | |
| 215 | August 3, 2000 | MMS x 3 pcs for Japan Show | Johathan | |
| 216 | August 3, 2000 | MMS Dalmation x 2 pcs | Paula | |
| 217 | August 3, 2000 | Return JB's Stuff | Johathan | |
| 218 | August 3, 2000 | Hoppity Bouncy Ball | Paula | |
| 219 | August 3, 2000 | EL for VR 3D (Problem samples) | Brian | |
| 220 | August 4, 2000 | CBOT II working x 4 pcs | Andreas | |
| 221 | August 4, 2000 | Prayer Angel Demo Box | Paula | |
| 222 | August 4, 2000 | Scooter Samantha | Paula | |
| 223 | August 4, 2000 | PSS & ECN | Kerri | |
| 224 | August 9, 2000 | VR 3D 1 set (4 pcs) for Japan Show | Isaac in JP | |
| 225 | August 9, 2000 | CBOT II for Japan Show | Isaac in JP | |
| 226 | August 9, 2000 | CBOT II for Japan Show | Isaac in LA | |
| 227 | August 10, 2000 | VR 3D 1 set (4 pcs) for Japan Show | Isaac in LA | |
| 228 | August 10, 2000 | MDB with magnetic diaper | Paula | |
| 229 | August 10, 2000 | CBOT II PP | Andreas | |
| 230 | August 10, 2000 | PSS & ECN | Kerri | |
| 231 | August 11, 2000 | MDB for Amzon x 3 pcs | Paula | |
| 232 | August 11, 2000 | HB fabric | Paula | |
| 233 | August 12, 2000 | HB MU Balls x 5 pcs | Paula | 8/15 comment |
| 234 | August 12, 2000 | MDB for Amzon x 4 pcs | Paula | |
| 235 | August 12, 2000 | Bouncy Baby Black heads & hands | Paula | |
| 236 | August 14, 2000 | MDB x 7 pcs for Etoys | Paula | |
| 237 | August 14, 2000 | MDB for FAO x 5 pcs | Paula | |
| 238 | August 15, 2000 | White Bouncy Baby Heads | Paula | |
| 239 | August 15, 2000 | PA Fabric for approval | Paula | |
| 240 | August 16, 2000 | MDB 2 sales samples | Paula | |
| 241 | August 16, 2000 | PA halo samples | Paula | |
| 242 | August 17, 2000 | MDB sales sample | Kerri | |
| 243 | August 17, 2000 | HB fabric | Paula | |
| 244 | August 17, 2000 | PA Fabric for approval | Paula | |

Confidential - For Attorney's Eyes Only

EXHIBIT C  PAGE 246  MGA 0046584

| | A | B | C | D |
|---|---|---|---|---|
| 245 | August 19, 2000 | MDB working | Kerri | |
| 246 | August 19, 2000 | PA skin head & ribbon swatch | Paula | |
| 247 | August 22, 2000 | HB Color Ball samples x 2 sets | Paula | |
| 248 | August 22, 2000 | Af Am Bouncy Heads x 6 pcs | Maureen | |
| 249 | August 23, 2000 | MDB new hair color rooted samples | Paula | |
| 250 | August 24, 2000 | HB Transit test sample | Paula | |
| 251 | August 24, 2000 | HB fabric | Paula | |
| 252 | August 24, 2000 | HB Deco & Rooted Head | Paula | |
| 253 | August 24, 2000 | HB Die Cut Pattern Body | Paula | |
| 254 | August 24, 2000 | HB fabric | Maureen | |
| 255 | August 24, 2000 | HB Deco & Rooted Head | Maureen | |
| 256 | September 11, 2000 | PA Revised Sewing Label | Paula | |
| 257 | September 12, 2000 | BOMS | Johathan | |
| 258 | September 18, 2000 | BOMS | Jonathan | |
| 259 | September 19, 2000 | HB doll with stick inside the hand | Paula | |
| 260 | September 19, 2000 | Scooter Samantha Swatch | Paula | |
| 261 | September 21, 2000 | HB Black Rooting Master | Paula | |
| 262 | September 21, 2000 | HB Box Reference sample | Paula | |
| 263 | September 21, 2000 | JRD Swatch | Paula | |
| 264 | September 21, 2000 | HB Box Reference sample | Maureen | |
| 265 | September 21, 2000 | MMS RSC 300 | Sensory | |
| 266 | September 28, 2000 | PAB Swatch | Paula | |
| 267 | October 3, 2000 | Bathtime new head & bathtub | Paula | |
| 268 | October 4, 2000 | PAB Sound Box Ref Sample | Paula | |
| 269 | October 12, 2000 | CBOT II HS & MMS | Sensory | |
| 270 | October 12, 2000 | MDB eyes | Paula | |
| 271 | October 12, 2000 | PA packaging | Paula | |
| 272 | October 12, 2000 | ECN & PSS | Kerri | |
| 273 | October 13, 2000 | MMS PCB | Sensory | |
| 274 | October 13, 2000 | Fabric for Palm Puppies | Robbie | |
| 275 | October 13, 2000 | Hopscotch Cost Reduction Sample | Paula | |
| 276 | October 13, 2000 | HB White & Af Am Head | Paula | |
| 277 | October 16, 2000 | HB Balls x 5 | Paula | |
| 278 | October 16, 2000 | MDB Rooting heads | Paula | |
| 279 | October 16, 2000 | MDB Brass Eye | Mercedeh | |
| 280 | October 17, 2000 | JRD Fabric | Paula | |
| 281 | October 18, 2000 | HB heads x 2 | Paula | |
| 282 | October 18, 2000 | HB Af Am Box | Paula | |
| 283 | October 18, 2000 | Angels Deco Sample | Paula | |
| 284 | October 18, 2000 | PAB revised outfit | Mercedeh | |
| 285 | October 18, 2000 | Palm fabric | Colleen | |
| 286 | October 18, 2000 | CBOT II drawing | Colleen | |
| 287 | October 19, 2000 | JRD Fabric | Maureen | |
| 288 | October 19, 2000 | PA White Print Proof | Paula | |
| 289 | October 19, 2000 | MDB Head Frame | Mercedeh | |
| 290 | October 19, 2000 | SS working | Paula | |
| 291 | October 27, 2000 | SS Lab Dip | Paula | |
| 292 | October 28, 2000 | KC revised head | Paula | |
| 293 | October 30, 2000 | PAB wokring for sensitivity | Mercedeh | |
| 294 | October 30, 2000 | MMS working fast sample | Colleen | |
| 295 | October 30, 2000 | SS roto head | Paula | |
| 296 | October 30, 2000 | PA print proof | Paula | |
| 297 | October 31, 2000 | PAB color swatch | Mercedeh | |
| 298 | October 31, 2000 | PA working (help me & bless me) | Paula | |
| 299 | October 31, 2000 | PP swatch | Colleen | |
| 300 | November 6, 2000 | Roto Heads for Standardization | Mercedeh | |
| 301 | November 10, 2000 | Bouncy Baby Die Cut pattern | Wendy | |
| 302 | November 20, 2000 | HK Wax | Margaret | |
| 303 | November 21, 2000 | Hoppity Sound Box | PDI | |
| 304 | November 21, 2000 | Bratz Document | Mercedeh | |

Confidential - For Attorney's Eyes Only

EXHIBIT _C_ PAGE _247_   MGA 0046585

-AUTODATE-AUTOTIME

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | Wah Shing (FCL) | Lity Light (F | our Ring (I | on (FCL/CL | n (FCL/CL | (FCL/CL) | 200K |
| 3 | Bouncy Baby | 3.95/4.29 | 4.70 | 5.2100 | 4.16/4.60 | 3.95/4.40 |
| 4 | Bathtime Baby | 4.68/5.02 | 5.50 | 6.0000 | 5.07/5.52 | 4.77/5.22 |
| 5 | Cheerleader | 4.60/4.94 | 5.75 | 5.6510 | 5.52/5.97 | 5.20/5.65 |
| 6 | Giddy Up | 4.69/5.03 | 5.65 | 6.3000 | 5.28/5.73 | 4.97/5.42 |

Page 6 of 19

Confidential - For Attorney's Eyes Only

EXHIBIT C PAGE 248   MGA 0046586

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Cost Break Down for Peek-A-Boo | | | | Possible Cost Reduction | | | | Quote Com |
| 2 | | | | | | | | | |
| 3 | | Wah Shing | Early Light | | | Wah Shing | Early Light | | |
| 4 | Plastic material cost | 0.694 | 1.1584 | | Original Quote | USD6.1624 | USD6.89266.219 | | Early Light |
| 5 | Outfit | 0.321 | 1.0682 | | Remove the Blanket | USD0.403 | USD0.38 | | Ovation |
| 6 | Hair | N/A | N/A | | Use 10 sec IC instead of 20 sec | USD0.099 | USD0.095 | | Wah Shing |
| 7 | | | | | Use Spraying eyes instead of Cry | USD0.088 | USD0.03 | | |
| 8 | IC, PCB, electronic components, CDS s | 0.615 | 0.6272 | | Use 3C silkscreen instead of heat | USD0.046 | USD0.364 | | |
| 9 | Misc materials | 0.641 | 0.6991 | | Resize the pattern which fit Bathtul | USD0.046 | USD0.026 | | Quote Com |
| 10 | Packaging & packing Materials | 0.677 | 0.7702 | | Quote after cost reduction | USD4.4594 | USD4.93/5.324 | | |
| 11 | | | | | | | | | |
| 12 | Labour | 1.196 | 0.7296 | | | | | | Early Light |
| 13 | Transportation & others | 0.422 | 0.7743 | | | | | | Ovation |
| 14 | | 4.593 | 5.825 | | | | | | Wah Shing |

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 249

MGA 0046587

| | J | K | L |
|---|---|---|---|
| 1 | parison (with 5 sec, IC, with Tummy switch) | | |
| 2 | FCL / LCL | | |
| 3 | 4.37/4.767 | | |
| 4 | 4.17/4.62 | | |
| 5 | 4.449/4.787 | 3.98/4.43 for 200k pcs | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | parison (with 5 sec, IC, without Tummy switch) | | |
| 11 | FCL / LCL | | |
| 12 | 4.328/4.719 | | |
| 13 | 4.124/4.57 | 3.93/4.88 for 200k pcs | |
| 14 | 4.414/4.752 | | |

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE _250_     MGA 0046588

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 11/17 | 11/18 | | | | | |
| 2 | | Target | Wah Shing | Early Light | Ovation | Gartai | Harbour Ring | Lok Tai On | |
| 3 | | | (FCL/LCL) | (FCL) | 8-Nov | 24-Oct | 27-Oct | 26-Oct | |
| 4 | Doll 1 (Fiona) | 2.75 | 3.937/4.054 | 4.65 | 4.04 | 3.80/4.00 | 3.40 | 3.49/3.80 | |
| 5 | Doll 2 (Kadeisha) | 2.75 | 3.713/3.830 | 4.527 | 3.95 | | | 3.55/3.86 | |
| 6 | Doll 3 (Yasmin) | 2.75 | 3.772/3.889 | 4.914 | 4.07 | | | 3.39/3.70 | |
| 7 | Doll 4 (Jade) | 2.75 | 3.817/3.934 | 4.669 | 4.14 | | | 3.58/3.89 | |
| 8 | Fashion 1 | 1.05 | 1.098/1.144 | 2.055 | | 1.90/1.95 | 1.66 | 1.614/1.715 | |
| 9 | Fashion 2 | 1.05 | 1.234/1.279 | 1.746 | | | | | |
| 10 | Fashion 3 | 1.05 | 1.435/1.480 | 1.895 | | | | | |
| 11 | Hair Pack | 2.00 | 1.990/2.079 | | | | 1.66 | 1.283/1.393 | |
| 12 | Carrying Case | 2.75 | 8.281/8.539 | | | | | | |
| 13 | | | | | | | | | |
| 14 | Bear Doll | | | | | | | | |
| 15 | Tooling | | 347,500 | | 170,920 | | | 210,780 | |
| 16 | Spray Mask | | 48,000 | | | | | 26,000 | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 251   MGA 0046589

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 57 |   |   |   |   |   |   |   |   |   |
| 58 |   |   |   |   |   |   |   |   |   |
| 59 |   |   |   |   |   |   |   |   |   |

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE __252__ MGA 0046590

| | J | K |
|---|---|---|
| 1 | | |
| 2 | | Position |
| 3 | Fiona | Skirt/ Backpack |
| 4 | | Pants |
| 5 | | Pants trim |
| 6 | | Jacket |
| 7 | | T Shirt |
| 8 | | Headband |
| 9 | | Backpack piping |
| 10 | | Backpack piping |
| 11 | Kadeisha | Skirt |
| 12 | | T Shirt |
| 13 | | T Shirt sleeve |
| 14 | | Pants |
| 15 | | Backpack |
| 16 | | Backpack Straps |
| 17 | | Backpack Strap/ Handle/ Stripes |
| 18 | | Healter top |
| 19 | | Hat |
| 20 | | Skirt/ backpack |
| 21 | | Skirt packets |
| 22 | Yasmin | Pants |
| 23 | | Skirt |
| 24 | | Skirt trim |
| 25 | | Top |
| 26 | | Top |
| 27 | | Top sleeves |
| 28 | | Pants ribbon |
| 29 | | Skirt trim |
| 30 | | Headkerchie |
| 31 | | Headkerchie trim |
| 32 | | Backpack |
| 33 | Jade | T shirt |
| 34 | | T shirt sleeves |
| 35 | | Top |
| 36 | | Pants |
| 37 | | Skirt |
| 38 | | Skirt trim |
| 39 | | Pants trim |
| 40 | | Bannie |
| 41 | | Beannie Braids |
| 42 | | Backpack |
| 43 | Fashion Pack #1 | Pants trim |
| 44 | | Pants |
| 45 | | Top |
| 46 | Fashion Pack #2 | Tank top |
| 47 | | Pants |
| 48 | | Pillow |
| 49 | | Blinder |
| 50 | | Blinder linning |
| 51 | | Blinders |
| 52 | Fashion Pack #3 | T shirt |
| 53 | | T shirt sleeves |
| 54 | | Pants |
| 55 | | Backpack |
| 56 | | Backpack trim |

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE __253__

MGA 0046591

| | J | K |
|---|---|---|
| 57 | Carrying Case | Cover |
| 58 | | Backing |
| 59 | | Internal |

Confidential - For Attorney's Eyes Only

EXHIBIT _C_ PAGE _254_ MGA 0046592

| | L | M | N | O | P |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | Material | Cost | Usage | MOQ | |
| 3 | Printed polysueded brushed tricot | 2.600 | 16.1 | 3000 | 186,683 |
| 4 | 2 tone indigo/ silver metallic denim 6 oz | 4.450 | 81.5 | 4000 | 49,062 |
| 5 | 6mm braid w/2mm white w/silver lurex fringe | 0.185 | 904.3 | 10000 | 11,058 |
| 6 | 2 tone indigo/ silver metallic denim 6 oz | Use the same same material as P | | | |
| 7 | Double side poly knit | 1.930 | 7.8 | 1000 | 128,205 |
| 8 | Aqua & lightbrown vinyl snakeskin print/embossed w/ trico lining | 2.940 | 3.3 | 500 | 150,602 |
| 9 | PU coated nylon interlock | 4.200 | 3.3 | | - |
| 10 | oyster white nylon woven fabric | 2.000 | 13.8 | 1000 | 72,464 |
| 11 | Dark blue poplin | 1.850 | 67.7 | 1000 | 14,767 |
| 12 | pumpkin single knit | 1.700 | 12.3 | 1000 | 81,301 |
| 13 | 2x2 rib knit (6 colors) | 2.250 | 15.8 | | - |
| 14 | white twill lightweight | 1.450 | 35.2 | 500 | 14,225 |
| 15 | light blue woven nylon | 2.000 | 17.6 | 1000 | 56,786 |
| 16 | 1/4" wide navy/ black/ silver gg braid | 0.240 | 204.7 | 10000 | 48,852 |
| 17 | 1/8" woven braid grey/ white | 0.090 | 29.7 | 10000 | 337,041 |
| 18 | larger silver foil dots printed on poly l/lock w/allover print over all | 3.000 | 5.9 | 2000 | 340,136 |
| 19 | lightweight w/ silver sparkle 2x2 rib knit | 4.000 | 7.1 | | - |
| 20 | round orange elastic | 0.075 | 175.0 | 10000 | 57,143 |
| 21 | orange mesh | 2.200 | 3.0 | 500 | 166,667 |
| 22 | poplin | | 56.2 | | - |
| 23 | purple denim lightweight | 4.000 | 8.0 | 4000 | 503,145 |
| 24 | m/colored knit (mesh) w/ silver glitter | 4.800 | 3.2 | 2000 | 628,931 |
| 25 | lavender moite stretch panne knit | 2.500 | 16.7 | 1000 | 119,832 |
| 26 | preriwinkle blue poly knit or nylon interlock | 1.850 | 16.7 | 1000 | 59,916 |
| 27 | deep periwinkle blue 15d tricot w/ silver sparle | 1.900 | 16.7 | 1000 | 59,916 |
| 28 | multi-color trim 1/2" (3 C print) | 0.400 | 408.3 | 10000 | 24,490 |
| 29 | 10mm plum colored scallopped edge braid | 0.260 | 175.0 | 10000 | 57,143 |
| 30 | sueded poly brushed tricot | 1.650 | 6.8 | | - |
| 31 | flock ribbon | 0.100 | | | #DIV/0! |
| 32 | sueded brushed tricot (3C print) | | 7.8 | | - |
| 33 | pink single knit w/ peralized heat transferred kitty logo (3C) | 1.800 | 12.4 | 2000 | 160,901 |
| 34 | red/pink single knit | 2.600 | 6.6 | 3000 | 453,172 |
| 35 | net yarn (lurex) red ground purple metallic thread | 2.400 | 11.6 | | |
| 36 | 50d tricot w/cz w/print or embossed | 2.650 | 40.7 | 3000 | 73,783 |
| 37 | dark denimw/fine silver sparkle | 4.450 | 26.8 | 4000 | 149,142 |
| 38 | Crimson Velboa | 3.000 | 7.1 | 1000 | 141,643 |
| 39 | novelty 3/16" woven ribbon, hombred effect, oxblood to salmon color | 0.250 | 408.3 | 10000 | 24,490 |
| 40 | multi colored single knit (6 color) | | 8.1 | 3000 | 372,671 |
| 41 | lt pink/dk pink breads | 1.450 | 204.2 | 10000 | 48,979 |
| 42 | silver ltwght nylon | 1.500 | 16.6 | 2000 | 120,627 |
| 43 | printed ribbon with bead trim | | 262.5 | 10000 | 38,095 |
| 44 | chartrevse crushed stretch panne knit | 2.000 | 33.2 | 1000 | 30,102 |
| 45 | net yarn | 2.400 | 18.2 | | - |
| 46 | pale yellow "waffle-weave" w/ 3 or 4C heat transfer | 2.300 | 11.7 | 1000 | 85,470 |
| 47 | tiger printed s/knit c/poly | 2.600 | 35.1 | 1000 | 28,498 |
| 48 | velboa 3-4 mm | | 10.5 | 1000 | 94,877 |
| 49 | velboa 2-3 mm | | 6.8 | | |
| 50 | light blue 40d tricot w/sheen | 1.650 | 7.5 | | |
| 51 | light blue 1/16" round elastic band | 0.075 | | | #DIV/0! |
| 52 | light blue single knit w/2 color heat transfer | 1.800 | 12.4 | 1000 | 80,451 |
| 53 | crimson red single knit w/ 2-color graphic heat transfer | 1.950 | 6.2 | 1000 | 162,075 |
| 54 | Heathery plum single knit (2 tone) | 1.950 | 37.1 | 1000 | 26,976 |
| 55 | olive ltwght nylon chintz finish on taffeta | 2.100 | 9.8 | | |
| 56 | 6mm crimson red braid | 0.060 | 262.5 | 10000 | 38,095 |

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 255   MGA 0046593

| | L | M | N | O | P |
|---|---|---|---|---|---|
| 57 | clear lenticular vinyl | 5.000 | 1163.0 | 1000 | 860 |
| 58 | taffeta w/pu ctd backing | 3.600 | 658.4 | 1000 | 1,519 |
| 59 | clear soft vinyl | | | | #DIV/0! |

Confidential - For Attorney's Eyes Only

EXHIBIT _C_ PAGE 356   MGA 0046594

| | Q |
|---|---|
| 1 | |
| 2 | Remarks |
| 3 | |
| 4 | |
| 5 | |
| 6 | ants |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |
| 49 | |
| 50 | |
| 51 | |
| 52 | |
| 53 | |
| 54 | |
| 55 | |
| 56 | |

Confidential - For Attorney's Only

EXHIBIT _C_ PAGE 257

MGA 0046595

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Category | Year | Item | Description | PS | PM |
| 2 | DOLLS | 2001 | Spring | Prayer Angel | 11/15/00 | JC |
| 3 | | 2001 | Spring | Hoppity Bouncy | 11/15/00 | AF |
| 4 | | 2001 | Fall | Scooter Samantha | 03/01/01 | JC |
| 5 | | 2001 | Fall | Jump Rope Jamie | 03/01/01 | JC |
| 6 | | 2001 | Fall | Palm Puppies (8 designs) | 04/01/01 | AF |
| 7 | | 2001 | Fall | Peek-A-Boo | 04/01/01 | CK |
| 8 | | 2001 | Fall | Bratz (Doll Pack, Hair Pack, Fashion Pack, Carrying Case) | 05/01/01 | CK |
| 9 | | 2001 | Fall | My Dream Baby II | 05/01/01 | SW |
| 10 | | 2001 | Fall | Bow-Wow Buddies | 05/01/01 | SW |
| 11 | | 2001 | Fall | Monkey See/ Monkey Do | 05/01/01 | SW |
| 12 | | 2001 | | My Dream Baby I Cost Reduction | | SW |
| 13 | | 2001 | | Hopscotch Cost Reduction | | AF |
| 14 | | 2001 | | Bathtime Refresh | | CK |
| 15 | | 2001 | | Cheerleader Refresh | | AF/CK |
| 16 | | 2001 | | Me & My Shadow I Cost Reduction | | SW |
| 17 | | 2001 | Fall | Sit'N Turn Doll | | |
| 18 | | 2001 | Fall | Baby Bumps Giggles n Go | | |
| 19 | | 2001 | Fall | Palm Babies | | |
| 20 | | 2002 | Priority 1 | Ballerina Doll | | |
| 21 | | 2002 | Priority 2 | Baby Check-Up Doll | | |
| 22 | | 2002 | Priority 3 | Doll Walking Dog | | |
| 23 | | 2002 | Priority 4 | Beauty Salon Doll | | |
| 24 | | 2002 | Priority 5 | Scootchie Baby (inventor concept) | | |
| 25 | | 2002 | Priority 6 | Baby Plays with Me (inventor concept) | | |
| 26 | | 2002 | Priority 7 | Bubble Gum Baby (inventor concept) | | |
| 27 | | 2002 | Priority 8 | Skating Katie (inventor concept) | | |
| 28 | | 2002 | Priority 9 | Roller Baby | | |
| 29 | | 2002 | Priority 10 | Follow Me Baby | | |
| 30 | | | | Cell Phone Cyndee | | |
| 31 | | | | Rock me to Bed Baby | | |
| 32 | | | | Baby Needs Mommy | | |
| 33 | | | | Baby Knows Her 1,2,3's | | |
| 34 | | | | ABC Doll | | |
| 35 | | | | Bunny Costume Bouncy Baby | | |
| 36 | | | | Dance to the Beat Doll | | |
| 37 | | | | Hoppity Ball with sound | | |
| 38 | | | | Scooter for Scooter Samantha | | |
| 39 | E ADDED D | | | Sit'N Turn | | |
| 40 | MINI DOLLS | 2001 | Fall | Sweet Cake Kitchen | | |
| 41 | | 2002 | Spring | Sky Angels | | |
| 42 | | 2002 | Priority 2 | My Singing Pretty Little Mermaid Doll | | |
| 43 | | 2002 | Priority 3 | Party Girls | | |
| 44 | | | | Huggable Babies | | |
| 45 | L FEATURE | 2002 | Priority 1 | Palm Kitties | | |
| 46 | | 2002 | Priority 2 | Palm Cubbles | | |
| 47 | | 2002 | Priority 3 | Palm Birdies | | |
| 48 | | 2002 | Priority 4 | Palm Bunnies | | |
| 49 | | 2002 | Spring | Horses and Ponies | | |
| 50 | | 2002 | Fall | Mom Palm Puppy Surprise | | |
| 51 | | | | Bedtime Story Pals | | |
| 52 | | | | Christian Bedtime Story Pals | | |
| 53 | | | | Litter of Puppies | | |
| 54 | | | | Party Animals | | |
| 55 | | | | Palm Mice | | |
| 56 | | | | Palm Geckos | | |
| 57 | | | | Palm Lizards | | |
| 58 | | | | MMS - Cat Version | | |
| 59 | | | | Clippity Clop Rocking Horsy | | |
| 60 | OTHERS | 2002 | Fall | Creepy Food Lab | | |
| 61 | | 2002 | Fall | Real Sounding Little Farm | | |
| 62 | | 2002 | Fall | Let's Play Doctor | | |

EXHIBIT ___C___ PAGE 258    MGA 0046596

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | CIRCULAR | | | | | CIRCULAR | | | | | |
| 2 | | Alex Fan | | | | | Alex Fan | | | | | |
| 4 | | Cecilia Kwok | | | | | Cecilia Kwok | | | | | |
| 6 | | Jimmy Cheng | | | | | Jimmy Cheng | | | | | |
| 8 | | Marco Tong | | | | | Marco Tong | | | | | |
| 10 | | PK Ting | | | | | PK Ting | | | | | |
| 12 | | Samuel Wong | | | | | Samuel Wong | | | | | |
| 13 | | | | | | | | | | | | |
| 14 | | CIRCULAR | | | | | CIRCULAR | | | | | |
| 15 | | Alex Fan | | | | | Alex Fan | | | | | |
| 17 | | Cecilia Kwok | | | | | Cecilia Kwok | | | | | MMS II |
| 19 | | Jimmy Cheng | | | | | Jimmy Cheng | | | | | BOW-WOW |
| 21 | | Marco Tong | | | | | Marco Tong | | | | | BUDDIES |
| 23 | | PK Ting | | | | | PK Ting | | | | | |
| 25 | | Samuel Wong | | | | | Samuel Wong | | | | | |
| 26 | | | | | | | | | | | | |
| 27 | | CIRCULAR | | | | | CIRCULAR | | | | | |
| 28 | | Alex Fan | | | | | Alex Fan | | | | | |
| 30 | | Cecilia Kwok | | | | | Cecilia Kwok | | | | | |
| 32 | | Jimmy Cheng | | | | | Jimmy Cheng | | | | | |
| 34 | | Marco Tong | | | | | Marco Tong | | | | | |
| 36 | | PK Ting | | | | | PK Ting | | | | | |
| 38 | | Samuel Wong | | | | | Samuel Wong | | | | | |
| 39 | | | | | | | | | | | | |
| 40 | | CIRCULAR | | | | | CIRCULAR | | | | | |
| 41 | | Alex Fan | | | | | Alex Fan | | | | | |
| 43 | | Cecilia Kwok | | | | | Cecilia Kwok | | | | | |
| 45 | | Jimmy Cheng | | | | | Jimmy Cheng | | | | | |
| 47 | | Marco Tong | | | | | Marco Tong | | | | | |
| 49 | | PK Ting | | | | | PK Ting | | | | | |
| 51 | | Samuel Wong | | | | | Samuel Wong | | | | | |
| 52 | | | | | | | | | | | | |
| 53 | | CIRCULAR | | | | | CIRCULAR | | | | | |
| 54 | | Alex Fan | | | | | Alex Fan | | | | | |
| 55 | | Cecilia Kwok | | | | | Cecilia Kwok | | | | | |
| 58 | | Jimmy Cheng | | | | | Jimmy Cheng | | | | | |
| 60 | | Marco Tong | | | | | Marco Tong | | | | | |
| 62 | | PK Ting | | | | | PK Ting | | | | | |
| 64 | | Samuel Wong | | | | | Samuel Wong | | | | | |
| 65 | | | | | | | | | | | | |

Confidential - For Attorney's Eyes Only

EXHIBIT C PAGE 359

MGA 0046597

|   | M | N | O | P |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 4 | | | | |
| 6 | | | | |
| 8 | | | | |
| 10 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 17 | | MDB II | | CBOT III |
| 19 | | | | |
| 21 | | | | |
| 23 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 30 | | | | |
| 32 | | | | |
| 34 | | | | |
| 36 | | | | |
| 38 | | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | | | | |
| 43 | | | | |
| 45 | | | | |
| 47 | | | | |
| 49 | | | | |
| 51 | | | | |
| 52 | | | | |
| 53 | | | | |
| 54 | | | | |
| 55 | | | | |
| 58 | | | | |
| 60 | | | | |
| 62 | | | | |
| 64 | | | | |
| 65 | | | | |

Confidential - For Attorney's Eyes Only

EXHIBIT _C_ PAGE _260_

MGA 0046598

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | |
| 3 | | Constitutional Law | | | elements of the Law of Contra | | | Criminal Law | | | English Legal System | | |
| 4 | | | | | | | | ###### | Mon | Evening | ###### | Tue | Evening |
| 5 | | | | | | | | ###### | Thu | Evening | ###### | Wed | Evening |
| 6 | | | | | | | | ###### | Fri | Evening | ###### | Fri | Evening |
| 7 | | | | | | | | ###### | Sun | Afternoon | ###### | Sat | Afternoon |
| 8 | | | | | | | | ###### | Fri | Evening | ###### | Sun | Morning |
| 9 | | | | | | | | ###### | Sat | Afternoon | ###### | Mon | Evening |
| 10 | | | | | | | | ###### | Sun | Afternoon | ###### | Wed | Evening |
| 11 | | | | | | | | ###### | Thu | Evening | ###### | Thu | Evening |
| 12 | | | | | | ###### | Thu | Evening | ###### | Fri | Evening | ###### | Fri | Evening |
| 13 | | | | | | ###### | Fri | Evening | ###### | Sat | Afternoon | ###### | Sun | Morning |
| 14 | | | | | | ###### | Sun | Afternoon | ###### | Mon | Evening | ###### | Mon | Evening |
| 15 | | | | | | ###### | Mon | Evening | ###### | Tue | Evening | ###### | Tue | Evening |
| 16 | | | | | | | | | | | | | |
| 17 | | Morning : 9:30 am - 1:00 pm | | | | | | Morning : 9:30 am - 1:00 pm | | | | | |
| 18 | | Afterning : 2:30pm - 6:00 pm | | | | | | Afterning : 2:30pm - 6:00 pm | | | | | |
| 19 | | Evening : 6:30 pm - 10:05 pm | | | | | | Evening : 6:30 pm - 10:05 pm | | | | | |

Confidential - For Attorney's Eyes Only

EXHIBIT C PAGE ___

MGA 0046599

**Tab 46**

| | |
|---|---|
| **From:** | Isaac Larian |
| **Sent:** | Sunday, November 26, 2000 10:05 PM |
| **To:** | Paula Treantafelles; Mercedeh Ward; Colleen O'Higgins |
| **Cc:** | Stephen Lee |
| **Subject:** | FW: Bratz |
| | |
| **Importance:** | High |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Please note

I am VERY CONCERNED.

Blue Box is a low end company

| | |
|---|---|
| -----Original Message----- | |
| **From:** | Stephen Lee |
| **Sent:** | Sunday, November 26, 2000 9:51 PM |
| **To:** | Isaac Larian |
| **Subject:** | Bratz |

Dear Isaac,

I seldom make any suggestion on product development since I know this is the sole empire in LA. However, I just found out the following piece of information which I think I need to voice out my concern.

I found out that Blue Box is making a doll similar to ours. The doll is called "Just Girls" and is of 8" high with interchangeable hair styles, clothes and oversized shoes. I think they are also targeting to hit Barbie. They already started tooling. I understand that we are still struggling with the design as well as the pricing of Bratz. If we do not start early, we will be very late in comparison with our competitors. This is for your consideration only

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

1

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004251

EXHIBIT _C_ PAGE 262

**Tab 47**

**From:**      Isaac Larian
**Sent:**      Thursday, November 30, 2000 9:27 AM
**To:**      Eric Yip
**Cc:**      Helene Bartels
**Subject:**      RE: Kmart & Wal-Mart appointments
Eric regarding Wal-Mart:

1- We need Ron Stover for sure for BRATZ which is huge part of our business. We need at least 30 min. If Prel says no, Helene MUST go to Ron.

2- Fran: He promised us this year that FOR SURE he will come to our showroom. We have more than few things for him. If PREL said no, I need to know and I will go to Fran.

    ——Original Message——
    **From:**    Eric Yip
    **Sent:**    Thursday, November 30, 2000 1:21 AM
    **To:**    Isaac Larian
    **Cc:**    Stephen Lee; Paul Warner; Shirin Makabi; Didi Brown; Jennifer Maurus; Mary Bradway; Helene Bartels; Victoria O'Connor; Colleen O'Higgins
    **Subject:**    RE: Kmart & Wal-Mart appointments

Some updated information below.

**Walmart**
- Fran Craven - PREL is still trying to fit us into their schedule but they don't promise to arrange an appointment for us. They said we don't have too many items for the buyer. I have mentioned the Cbot 3 and Final Fantasy license and they said they may consider a short (maybe 15-20 minutes) appointment for us.

- Ron Stover - Same as above. I am not sure whether we can get an appointment or not but I am requesting for a short meeting (at least).

- Andy Barron - The person is out of office. Will follow up again tomorrow.

**K-Mart**
- Christine Heldt - Appointment is confirmed on 1/8 at 4:15 - 5:45 p.m. Please mark your record accordingly.

- Bill Foster - <u>Tentative</u> schedule is 1/6.

- John Gallup - <u>Tentative</u> schedule is 1/9.

- Bob Fyler & Beth Donnolly - Talked to the senior manager and the schedule will be confirmed by mid Dec.

Regarding showroom layout, I have just finished a draft per attached file.

    << File: showroom.jpg >>

Please review it with Sales / Marketing and let me know your comments. The layout mainly follows the sequence of the price list & only a few categories may vary due to space limitation. Please make sure all those parties concerned are agreed with the plan before I start the setup. This will be more efficient and effective. Thanks for all your help.

    ——Original Message——
    From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009205

EXHIBIT ___C___ PAGE _263_

| | |
|---|---|
| **Sent:** | Thursday, November 30, 2000 2:02 AM |
| **To:** | Eric Yip |
| **Cc:** | Stephen Lee; Paul Warner; Helene Bartels; Shirin  Makabi; Didi Brown; Colleen O'Higgins; Victoria O'Connor; Franki Tsang; Clementina Jarrin; Cyndi Kwan |
| **Subject:** | RE: Kmart & Wal-Mart appointments |

Shirin: Book me, Paul, Gary, Helene, Colleen to leave on Jan 1st for HK.

Eric: You need to set up the show room the best you can until I and Colleen  get there.

Victoria: Fax the lay out for the show room to Eric.

Eric: We need following appointments:

Wal-Mart:

a-Ron Stover for BRATZ and Mrs. Field Oven.

b- Fran Craven: for C'Bot 3, Insectobots, Final Fantasy, Power Rangers R/C.

c-Andy Baron.

K mart:

john Gallup FOR mm2, monkey, palm puppies, palm kitties

Ask Paul for others ( new vp of merchandising for sure)


-----Original Message-----
**From:** Eric Yip
**Sent:** Wednesday, November 29, 2000 1:00 AM
**To:** Isaac Larian
**Cc:** Stephen Lee; Paul Warner; Helene Bartels; Shirin  Makabi; Didi Brown
**Subject:** RE: Kmart & Walmart appointments

After several discussions with PREL, they eventually gave me a <u>tentative</u> schedule for some buyers as below :

- Andy Prince - 1/5
- Cynthia Ramm - 1/6
- Mark Driver - 1/9

For K-mart, please see below <u>tentative</u> schedule :

- Christine Heldt - 1/8
- Paulette Prim - 1/5

It seems that you have to come here earlier to cater Walmart. Per PREL, both Andy & Cynthia will only meet vendors on 1/4 - 1/6 so 1/7 for MGA is not feasible. However I want to emphasis again that the above schedule is <u>tentative</u> only. I will update you on more appointments and any changes once I get information from PREL & K-mart.

Hope this is useful to arrange your itinerary.

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009206

EXHIBIT ___C___ PAGE 264

—Original Message—
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: Wednesday, November 29, 2000 10:37 AM
To: Paul Warner
Cc: Eric Yip; Stephen Lee
Subject: RE: Kmart appointments

SEE BELOW

   —Original Message—
   From: Paul Warner
   Sent: Tuesday, November 28, 2000 8:44 AM
   To: Isaac Larian
   Cc: Eric Yip
   Subject: FW: Kmart appointments

   Does our HK showroom have all new products?
   *[Isaac Larian]*

   NO.NOT TILL JAN.

   Does Eric know of all new products?
   *[Isaac Larian]*

   *YES HE DOES.*

   Does Eric know we are not open until 1-7-01? Have you changed?
   *[Isaac Larian]*

   NO I HAVE NOT CHANGED. BUT, IF WAL-MART IS TELLING US ( ERIC IS
   CHECKING) THEY WILL SEE THE LINE 1-4 TO 1-7, WE NEED TO CHANGE. I AM
   WAITING FOR ERIC TO REPLY.
   —Original Message—
   From: Jennifer Maurus
   Sent: Monday, November 27, 2000 6:22 PM
   To: Paul Warner; Fragel Sales - Victoria Caherty
   Subject: FW: Kmart appointments

   FYI- had I known KM was in our HK showroom last week, I certainly would have notified
   you sooner. If my HK office receive any appointment requests, I will let you know right
   away. In the meantime, please have Kara continue working to get the appointments
   set.

   Thanks.

   —Original Message—
   From: Eric Yip
   Sent: Monday, November 27, 2000 6:20 PM
   To: Jennifer Maurus
   Subject: RE: Kmart appointments

   The Merchandising Manger and 2 senior merchandisers have visited our showroom
   last week to preview our new products. They want to get some ideas of our products
   before they arrange appointments for us with their buyers (this is the same procedure
   every year). The whole line was presented to them and they are happy to know our
   new development.

   Per KM HK, they are now arranging Jan appointments with various vendors but this will

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009207

EXHIBIT ___C___ PAGE __265__

not be finalized until mid of Dec. The only thing they know is that the buyers will come to HK on around 1/3 & start to visit vendors on 1/4. I will follow up with them and will update you once I know the schedule.

——Original Message——
**From:**     **Jennifer Maurus**
**Sent:**     Tuesday, November 28, 2000 1:42 AM
**To:**       Eric Yip
**Subject:**  Kmart appointments

Hi Eric,

FYI- we will be requesting HK appointments with the following people at Kmart.

Bob Fyler    VP
Beth Donnolly         Merchandising Manager
John Gallup Plush Buyer
Paulette Prim         Girl Buyer
Bill Foster   Boy Buyer
Christine Heldt       Game Buyer

Please let me know right away if the Kmart HK office notifies you of any appointments.

Thanks.

**Jennifer Maurus**
Sales Manager, National Accounts
MGA Entertainment
818-894-2525 x119 (inside CA)
800-222-4685 x119 (outside CA)
jmaurus@mgae.com
www.mgae.com

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009208

EXHIBIT ___C___ PAGE _2ww_

**Tab 48**

| | |
|---|---|
| From: | Bryant598@cs.com |
| Sent: | Friday, December 01, 2000 8:09 PM |
| To: | PTreantafelies@mgae.com |
| Subject: | Re: names of each individual BRAT |

Hi Paula....here are my fave names for each girl by her ethnicity. Also, I
have to be totally honest and tell you that I think the name Grrlz only works
for me if it's spelled like this...otherwise it just feels really flat to me.
But I do like it when it's spelled like that. I'm just not sure that's really
enough....do you know what I mean? I like Style Squad because I think it
sounds kind of like mod squad and could sort of be done like that sort of
racy look. I also sort of like Fashion Flirts or even just Flirts or Flirtz.
those are the only names i really like....all the other names on that
Ayzenberg list just don't really do it for me...I know, I am one tough
customer.

Actually, let me send you another email with individual names.

Talk to you soon Love!
Carter

ATTORNEY'S EYES
ONLY

MGA000075

EXHIBIT __C__ PAGE __747__

**Tab 49**

From:          Bryant598@cs.com
Sent:          Friday, December 01, 2000 8:29 PM
To:            PTreantafelles@mgae.com
Subject:       Re: names of each Individual BRAT

ok, here it is by ethcicity and my order of preference:

caucasian girl:
Fiona
Zoe
Stella
Phoebe
Nicole
Hailey
Natasha

asian girl:
Jade
Mia
Mina
Ling-mae (how ethnic is that!?!)
Yasmin or Yasmine

a/a girl:
Alanah
Shantell
Katia
Kadeisha
Sasha
Sheena
Natasha

hispanic girl:
Yasmin
Amber
Natasha
Sheena

Ok that's it!
Carter

ATTORNEY'S EYES
ONLY

MGA000076

EXHIBIT ___C___ PAGE _268_

**Tab 50**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **To:** | Yuval Caspi |
| **CC:** | |
| **BCC:** | |
| **On Behalf Of:** | |
| **Sent Date:** | 2000-12-12 17:26:27:437 |
| **Received Date:** | 2000-12-12 17:26:27:437 |
| **Subject:** | FW: Bratz photo |
| **Attachments:** | Bratz1208.jpg , Bratz1208-2.jpg , Bratz1208-3.jpg , Bratz1208-4.jpg |

-----Original Message-----
**From:** Mercedeh Ward
**Sent:** Friday, December 08, 2000 5:26 PM
**To:** Cecilia Kwok; Samuel Wong
**Cc:** Paula Treantafelles
**Subject:** Bratz photo

Please find attached Photos of Bratz out fits and face paint for you reference.

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

EXHIBIT ___C___ PAGE _269_

Confidential - For Attorney's Eyes Only

MGA 0046463



EXHIBIT ___C___ PAGE _270_

Confidential - For Attorney's Eyes Only

MGA 0046464



EXHIBIT __C__ PAGE __271__

Confidential - For Attorney's Eyes Only

MGA 0046465



EXHIBIT C PAGE 272

Confidential - For Attorney's Eyes Only

MGA 0046466



EXHIBIT C PAGE 273

Confidential - For Attorney's Eyes Only

MGA 0046467

**Tab 51**

| | |
|---|---|
| **From:** | Isaac Larian |
| **Sent:** | Wednesday, December 13, 2000 4:52 AM |
| **To:** | Samuel Wong |
| **Cc:** | Mercedeh Ward; Paula Treantafelles; Stephen Lee; Disraeli Chan; Rachel Harris |
| **Subject:** | RE: Bratz |

**Importance:**    High

Put back and do BOTH hair. The product MUST look great.

-----Original Message-----
**From:**    Samuel Wong
**Sent:**    Wednesday, December 13, 2000 1:54 AM
**To:**    Isaac Larian
**Cc:**    Mercedeh Ward; Paula Treantafelles; Stephen Lee; Disraeli Chan
**Subject:**    RE: Bratz

Isaac,

the saving is ▓▓▓ only if we take away one hair set. We can put it back if LA final confirm to stick with both hair sets.

thanks & best regards
Samuel (12/13/00)

-----Original Message-----
**From:**    Isaac Larian
**Sent:**    Wednesday, December 13, 2000 1:24 PM
**To:**    Samuel Wong
**Cc:**    Mercedeh Ward; Paula Treantafelles; Stephen Lee
**Subject:** Bratz
**Importance:**    High

If the saving to do only one hair set is ▓▓▓ then I want to have both hair sets.

This is what makes our product different.

If it can't be done, I want to know why, in detail.

Isaac Larian
CEO
MGA Entertainment.
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http://www.mgae.com
818-894-3150

REDACTED

MGA 0009351

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

EXHIBIT __C__ PAGE __274__

| | |
|---|---|
| **From:** | Isaac Larian |
| **Sent:** | Tuesday, December 12, 2000 9:06 PM |
| **To:** | Samuel Wong |
| **Cc:** | Mercedeh Ward; Paula Treantafelles; Stephen Lee |
| **Subject:** | Bratz |

**Importance:** High

If the saving to do only one hair set is ▆▆▆ then I want to have both hair sets.

This is what makes our product different.

If it can't be done, I want to know why, in detail.

Isaac Larian
CEO
MGA Entertainment.
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http://www.mgae.com
818-894-3150

REDACTED

MGA 0009352

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

EXHIBIT ___C___ PAGE _275_

| From: | Isaac Larian |
|---|---|
| Sent: | Tuesday, December 12, 2000 3:49 AM |
| To: | Samuel Wong |
| Cc: | Mercedeh Ward; Paula Treantafelles; Disraeli Chan; Stephen Lee; Franki Tsang |
| Subject: | RE: Bratz Quotation |

I also have my notes in my Franklin planner.

Connie and KC argued that since the 2nd hair is not just a wig and must be rooted to a new sculpt, the cost is ▓▓▓. And indeed, it is not just the hair by itself. Please go back and check again.

> -----Original Message-----
> **From:** Samuel Wong
> **Sent:** Tuesday, December 12, 2000 2:11 AM
> **To:** Isaac Larian
> **Cc:** Mercedeh Ward; Paula Treantafelles; Disraeli Chan; Stephen Lee; Franki Tsang
> **Subject:** RE: Bratz Quotation
>
> Isaac,
>
> Per my record, during the meeting, WS advised that their quote is ▓▓▓ for doll pack (ie: include 2 outfit, 2 shoes, 2 hair and 1 backpack). Then, per your advise, the unit cost of barbie doll is ▓▓▓ ( this cost included one doll with rooted head and wear on one outfit).
>
> Based on the information above, the saving on removing one set of the hair of our Bratz doll would not be ▓▓▓.
> (FYI : the hair of the current Bouncy Baby cost us : ▓▓▓ for 69g )
>
> We had got D Chan to verify the cost savings of removing one set of hair before, the cost saving that EL advised (▓▓▓) is about right.
>
> thanks & best regards
> Samuel (12/12/00)
>
>
> > -----Original Message-----
> > **From:** Isaac Larian
> > **Sent:** Saturday, December 09, 2000 11:41 AM
> > **To:** Stephen Lee
> > **Cc:** Mercedeh Ward; Samuel Wong; Paula Treantafelles; Disraeli Chan
> > **Subject:** RE: Bratz Quotation
> >
> > When I was in HK, WS advised that the cost of new hair is ▓▓▓ because it is like a new rooted hair. But now that we want to take it out, it is only ▓▓▓
> >
> > How does this make sense.
> >
> > Please go back?

REDACTED

MGA 0009353

CONFIDENTIAL –
ATTORNEYS' EYES ONLY

EXHIBIT __C__ PAGE __276__

**Tab 52**

| From: | Mercedeh Ward |
|---|---|
| Sent: | Wednesday, December 20, 2000 5:44 PM |
| To: | Samuel Wong; Cecilia Kwok |
| Cc: | Victor Lee; Paula Treantafelles |
| Subject: | FW: releasing by the 22nd |

I have forwarded five sets of artwork for trim on the Bratz doll's.  I will put hard
copies into the mail for your attention also.  As you see in the e-mail below my vendor
has out lined the rest of the artwork that is being released to you by Friday.

Regards;

Mercedeh Ward
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com


-----Original Message-----
From: Sarah Halpern [mailto:sassart@worldnet.att.net]
Sent: Monday, December 18, 2000 2:03 PM
To: Mercedeh Ward
Subject: releasing by the 22nd


Hi Mercedeh

I was just going through my list to be sure where I am in terms of Carter's
approval......... He did tell me about the 22nd.


I'll start with the bottom line........I am figuring to release everything that
I have approval for by Wednesday.......to you digitally would be great!!!!!

Here is what I can release:
trims - all of them (5) designs)
repeats -     Cloe's leopard print
              Cloe's lizard print
              Jade's sharkskin
              Jade's Stripe
              Sasha's Stripe
              Cloe's angel logo
              Jade's cat face
              Pack #2 princess logo

I might even be able to release more but these are the ones that are approved
by Carter - or approved with color adjustments that he has told me about.

Veronica mailed me patterns for Yasmin's skirt, Fashion Pack #3 and Jade's
sleeve.  I'll start on those by tomorrow.

I still need a sample of the lace for the backpack for Yasmin.

Now - for the picky part.  I do have Veronica's patterns and will use them if
you want but - because of having  had to bid this up front -  I won't redo them
for the correct pattern without treating it as a change order and charging for
the revision.  As you know - it is crazy for me to do the engineered pieces to
a pattern that was made from anything but the actual  final body.  They would
be much better off waiting and having the artwork done once.  Artwork I do to
these patterns is useless for release.

ATTORNEY'S EYES
ONLY                    MGA000147

EXHIBIT C   PAGE 277

It sounds like you have tried but encourage them to hold off until we have a release pattern. I know - you know all this.

I would just like confirmation once again that you would like me to go ahead.

Also - just for the record, I am planning to call Kerri and revise my bid in keeping with changes in the scope of work. The only piece that was engineered when I first talked to Carter was the kerchief and now that there are 3 additional pieces to be handled that way - also - there is one additional piece......The flame shirt is 2 pieces of art and my original information only had one.

Anyway.........I think that covers it.

I'll make Carter's color adjustments and get these off to you.

What is the best thing?

E-mail to you?

Hand a disk to Mina when I see her on Wednesday?

I think that covers it for now!

Sarah


Mercedeh Ward wrote:

> Sarah;
>
> Thank you for the update. Did Carter tell you they want the art work by
> 12/22? They are late in sourcing e fabrics. they said they need to wait
> for art work. I was going crazy from that statement last week they can
> source the construction and then do the art. But they are doing it
> backwards. No process in place!!
>
> They have never produce their own fabric they just by on the open market.
> Thank you for trying your best to get this all to me. If you want please
> send me one of the art work and let me see if I can open the file. I can
> send it directly to HK that way they can start on the ones that are
> approved.
>
> Thanks;
>
> Mercedeh Ward
> Sr. Product Design/Engineer Manager
> MGA Entertainment
> (818) 894-2525 X105
> http:\\www.mgae.com
>
> -----Original Message-----
> From: Sarah Halpern [mailto:sassart@worldnet.att.net]
> Sent: Sunday, December 10, 2000 2:27 AM
> To: Mercedeh Ward
> Cc: Bryant598@cs.com
> Subject: Status report
>
> Hi !

ATTORNEY'S EYES ONLY

MGA000148

EXHIBIT __C__ PAGE _278_

```
>
> You might hear  some of this from Carter but here is an update.
>
> I have done artwork for the following trims:
> Jade, Kadeisha, Fashion Pack 1 and Fashion Pack 2,  I missed Yasmin's trim
> but I will do that tomorrow.
>
> I have mailed comps of those trims to Carter as well as the artwork for
> Fiona's Lizard skin repeat pattern so as soon as I have Carter's approval, I
> can release those for production.  (as well as the animal print and angel
> logo that I brought to the meeting)
>
> Carter's computer couldn't open any of the designs so I put color printouts
> in the mail today.
>
> I still need a few things.......Veronica is working on patterns - I think
>
> In addition to the ones that we covered at the meeting I need a pattern for
> the top for Fashion Pack #3.   My list showed that as a trim but it is a
> logo
> and an engineered print.
>
> And lastly - I need the lace for the Crochet back pack  for Yasmin.
>
> I understand from Carter that he will be leaving the 20th.....I actually
> leave the day after that so that really only gives me a little over a week
> to
> get what I can done and then approved.
>
> Well - there you have it.
>
> Sarah
>
> (I can hear the MGAE clock ticking if I close my eyes and listen carefully)
```

ATTORNEY'S EYES
ONLY

MGA000149

EXHIBIT __C__ PAGE 279

**Tab 53**

| | |
|---|---|
| **From:** | Mercedeh Ward |
| **Sent:** | Wednesday, December 20, 2000 10:46 AM |
| **To:** | Cecilia Kwok; Wendy Reed |
| **Cc:** | Paula Treantafelles; Judy Rich; Samuel Wong |
| **Subject:** | RE: BRATZ |

We already took care of this in our phone call.

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
**From:** Cecilia Kwok
**Sent:** Tuesday, December 19, 2000 3:41 AM
**To:** Mercedeh Ward; Wendy Reed
**Cc:** Paula Treantafelles; Judy Rich; Samuel Wong
**Subject:** RE: BRATZ

Dear all,

For the doll packs, as the fabric is not enough/ complete, LA please prepare two-three sets of the outfit to support HK toy fair due to tight schedule.
For the fashion packs, as per separate email advised, please also prepare two-three sets of the outfit to support HK toy fair due to tight schedule.
We will duplicate the NY TF samples upon receipt all the fabric.

Regards,
Cecilia

-----Original Message-----
**From:** Mercedeh Ward
**Sent:** Tuesday, December 19, 2000 2:07 AM
**To:** Cecilia Kwok; Wendy Reed
**Cc:** Paula Treantafelles; Judy Rich; Samuel Wong
**Subject:** RE: BRATZ

Cecilia;

- I received the ribbons and trim for the fashions on Saturday from Carter. I will FedEx to you today.
- The patterns are just for TF use. Production patterns will come to you in a week or so.
- I should have the sewn sample this week I hope by Wednesday.
- I will find out when the fashion swatch cards are ready and will send to you.

We need EL to sew one set for HK TF and then they should sew the rest of costumes for NY TF.

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

ATTORNEY'S EYES ONLY

MGA000131

EXHIBIT _C_ PAGE 280

-----Original Message-----
**From:**      Cecilia Kwok
**Sent:**      Monday, December 18, 2000 3:45 AM
**To:**  Wendy Reed; Mercedeh Ward
**Cc:**  Paula Treantafelles; Judy Rich; Samuel Wong
**Subject:**      RE: BRATZ

Dear Wendy/ Mercedeh,

Received the package on 12/15.  Please advise the followings:
- if the fabric sent was for EL duplicate the samples for TF.  The fabric was not complete as per matrix & not enough for all the samples (12 pcs), if there any more fabric will be sent out.
- Please confirm if the die cut pattern included is just for TF sample.
- when will the sewn sample sent out for our reference.
- when will the pattern, swatch cards & fabric for Bratz Fashion Pack will be sent out.  We need time for EL duplicate in order to support TF.

Regards,
Cecilia
-----Original Message-----
**From:**      Wendy Reed
**Sent:**      Wednesday, December 13, 2000 8:28 AM
**To:**  Samuel Wong; Cecilia Kwok
**Cc:**  Mercedeh Ward; Paula Treantafelles
**Subject:**      BRATZ

Samuel and Cecilia,

Today 12-12-00 I sent the patterns, swatch cards and the fabric for the Bratz line, via Fed Ex. Please let me know when you receive the packages.

Thanks and regards,
Wendy Reed

ATTORNEY'S EYES ONLY

MGA000132

EXHIBIT _C_ PAGE 281

**Tab 54**

| | |
|---|---|
| From: | Mercedeh Ward |
| Sent: | Wednesday, December 20, 2000 10:46 AM |
| To: | Cecilia Kwok; Wendy Reed |
| Cc: | Paula Treantafelles; Judy Rich; Samuel Wong |
| Subject: | RE: BRATZ |

We already took care of this in our phone call.

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
| | |
|---|---|
| From: | Cecilia Kwok |
| Sent: | Tuesday, December 19, 2000 3:41 AM |
| To: | Mercedeh Ward; Wendy Reed |
| Cc: | Paula Treantafelles; Judy Rich; Samuel Wong |
| Subject: | RE: BRATZ |

Dear all,

For the doll packs, as the fabric is not enough/ complete, LA please prepare two-three sets of the outfit to support HK toy fair due to tight schedule.
For the fashion packs, as per separate email advised, please also prepare two-three sets of the outfit to support HK toy fair due to tight schedule.
We will duplicate the NY TF samples upon receipt all the fabric.

Regards,
Cecilia

-----Original Message-----
| | |
|---|---|
| From: | Mercedeh Ward |
| Sent: | Tuesday, December 19, 2000 2:07 AM |
| To: | Cecilia Kwok; Wendy Reed |
| Cc: | Paula Treantafelles; Judy Rich; Samuel Wong |
| Subject: | RE: BRATZ |

Cecilia;

- I received the ribbons and trim for the fashions on Saturday from Carter. I will FedEx to you today.
- The patterns are just for TF use.  Production patterns will come to you in a week or so.
- I should have the sewn sample this week I hope by Wednesday.
- I will find out when the fashion swatch cards are ready and will send to you.

We need EL to sew one set for HK TF and then they should sew the rest of costumes for NY TF.

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

ATTORNEY'S EYES
ONLY

MGA000131

EXHIBIT ___C___ PAGE 282

-----Original Message-----
**From:**          Cecilia Kwok
**Sent:**          Monday, December 18, 2000 3:45 AM
**To:**  Wendy Reed; Mercedeh Ward
**Cc:**  Paula Treantafelles; Judy Rich; Samuel Wong
**Subject:**       RE: BRATZ

Dear Wendy/ Mercedeh,

Received the package on 12/15.  Please advise the followings:
– if the fabric sent was for EL duplicate the samples for TF.  The fabric was not complete as per
matrix & not enough for all the samples (12 pcs), if there any more fabric will be sent out.
– Please confirm if the die cut pattern included is just for TF sample.
– when will the sewn sample sent out for our reference.
– when will the pattern; swatch cards & fabric for Bratz Fashion Pack will be sent out.  We need time
for EL duplicate in order to support TF.

Regards,
Cecilia

    -----Original Message-----
    **From:**          Wendy Reed
    **Sent:**          Wednesday, December 13, 2000 8:28 AM
    **To:**            Samuel Wong; Cecilia Kwok
    **Cc:**            Mercedeh Ward; Paula Treantafelles
    **Subject:**       BRATZ

Samuel and Cecilia,

Today 12-12-00 I sent the patterns, swatch cards and the fabric for the Bratz line, via Fed Ex. Please let
me know when you receive the packages.

Thanks and regards,
Wendy Reed

ATTORNEY'S EYES
ONLY

MGA000132

EXHIBIT __C__ PAGE 283

**Tab 55**

| From: | Paula Treantafelles |
|---|---|
| Sent: | Friday, December 15, 2000 12:59 PM |
| To: | Samuel Wong; Mercedeh Ward |
| Cc: | Franki Tsang; Stephen Lee; Victor Lee; Isaac Larian |
| Subject: | RE: Bratz development schedule |

Samuel
Thank you for considering this extremely aggressive schedule for BRATZ. Noted all changes must be approved by Isaac first. LA will support your requirements noted below.

Mercedeh
I will live and die by the revised schedule. Please send me a copy as soon as it is available.

----Original Message----
| From: | Samuel Wong |
|---|---|
| Sent: | Friday, December 15, 2000 2:51 AM |
| To: | Mercedeh Ward; Paula Treantafelles |
| Cc: | Franki Tsang; Stephen Lee; Victor Lee; Isaac Larian |
| Subject: | Bratz development schedule |

**EVERYBODY, PLEASE READ THE FOLLOWING SCHEDULE DETAILY. IN ORDER FOR HK TO HOLD THE FOLLOWING SCHEDULE, LA HAS TO HELP TO ACHIEVE ALL OUR REQUEST DATE, OTHERWISE, HK CANNOT HOLD SCHEDULE.**
**BESIDES, DUE TO THE TIGHT SCHEDULE, ONCE WE GOT APPROVAL FROM LA, IF LA REQUEST TO MAKE CHANGE ON SOME OF APPROVED ITEMS, HK HAS TO RECEIVE APPROVAL FROM ISAAC FIRST. PLEASE NOTE.**

Mercedeh/Paula,

Here is the schedule :

1) Based on tool can be started on 12/30/2000.
   ( HK will send out working sample on 12/23, this sample will show articulated functions. LA
     has to approve the sample before **12/29-HK time, so that HK can release tooling on 12/30)**

2) 1st test shot will be ready on 3/10/2001.

3) EP samples will be ready for QA/QC testing on 3/22/2001.

4) FEP samples will be ready for QA/QC final review and testing on 4/16/2001.

5) PP will be start on 4/30/2001.

6) **PS will be start on 5/15/2001.**

7) 1st inspection on 5/30/2001.

8) 1st OBS will be ready on 6/10/2001.

**The above schedule is based on the following conditions, LA has to stick with the conditions, anything change will impact on the schedule.**

a) HK will send out all the fabrics that we sourced according to the information that Mercedeh
   gave us in HK on 12/20/2000 for LA to make the approval on the fabric construction. If HK
   cannot find the exact fabric construction, then, HK will send substitution for LA to do approval.
   **LA has to give approval before 12/27/2000 - HK time.** ATTORNEY'S EYES
                                                              ONLY                    MGA000091

EXHIBIT _C_ PAGE _084_

b) Upon receive fabric construction approval from LA on/before 12/27/2000 -HK time. HK will prepare lab dip colors and printing pattern for LA to do approval on color/printing pattern approval. This will send out on 1/18/2001. **LA has to give approval on/before 1/29/2001- HK time. Upon receive approval. HK will release factory to go ahead to purchase the fabrics for production.**
To acheive this schedule, HK has to receive LA's printing artwork and PMS color on fabrics no later than 12/22/2000- HK time.

c) **LA has to advise the hair color code, curl size filament of the Saran hair supplier before 12/20- HK time, so that HK can place order according to the information given by LA immediately to the Saran hair supplier in Japan since the leadtime of ordering this Saran Hair is very long.**

d) **HK need to receive LA's rooting master on 2/26/2001 - HK time.** HK will then send rooting sample to LA for approval on 3/20/2001. **LA has to give approval on our rooting sample no later than 3/24 - HK time.**

d) **HK need to receive paint master from LA on 2/10/2001 - HK time.** HK will then send painted sample to LA for approval on 3/6/2001. **LA has to give approval no later than 3/10/2001 - HK time.**

e) **HK has to receive the FMA from LA for the packaging on  3/1/2001.**
This is because, HK wants to have packaging at the FEP stage so that we can test on the packaging to see if there are any potential and hidden problem on the construction. Here, we reserve 1 wk. for minor touch up, another few days for film processing. Another week for factory to submit us the print proof for approval before we release mass production.

ATTORNEY'S EYES ONLY

MGA000092

EXHIBIT  C    PAGE  285

**Tab 56**

| | |
|---|---|
| From: | Judy Rich |
| Sent: | Monday, December 18, 2000 10:41 AM |
| To: | Samuel Wong |
| Cc: | Mercedeh Ward; Cecilia Kwok; Paula Treantafelles |
| Subject: | RE: Bratz development schedule |

Samuel,

Here's the revised schedule, with a PS of 5/15 as you designated.  I'll let you know if anything changes on this end.  Thanks so much for your input.

Judy


Bratz.xls (54 KB)


Judy Rich
Project Planner
Product Development
MGA Entertainment
jrich@mgae.com
818/894-2525 x173
www.mgae.com

-----Original Message-----
| | |
|---|---|
| From: | Samuel Wong |
| Sent: | Friday, December 15, 2000 8:54 PM |
| To: | Mercedeh Ward |
| Cc: | Cecilia Kwok; Paula Treantafelles; Judy Rich; Rachel Harris; Franki Tsang; Lawrie Chan; Stanley Li; Victor Lee; Stephen Lee; Isaac Larian |
| Subject: | RE: Bratz development schedule |

Mercedeh,

HK cannot commit 5/1 or 5/7 (stated in your revised schedule) PS date at this moment. I will stick with what I advised below, that is the PS **date is on 5/15**, this is the best we can do at the moment. If later on, I see improvement on our development progress, I will do whatever I can to push up the schedule, but now, **HK can only stick with 5/15 PS date**. Please note.

Judy,

**Pls revise the template again to reflect HK's commit schedule, thks!**

Regarding the following Mercedeh's comments, please see below :

pt. # 5) PP on 4/30 cannot improve at this moment.
pt. # 6) PP is on 4/30 and PS is on 5/15 as stated below. We only count on two weeks time.
    Please note that HK must reserve two weeks for engineers and QA/QC people to look
    into any potential problems that may only arise when there is large production
    quantities for evaluate.
pt. #7) 1st insection date is stick with 5/30. Please note.
pt. # 8) 1st OBS will stick with 6/10. Please note.

ATTORNEY'S EYES
ONLY

MGA000097

EXHIBIT C PAGE 286

We are still sending you most of the fabrics for your approval on 12/15, this is on schedule. However, as stated in yesterday conference meeting, we are still sourcing the remain other fabrics, we are targetting to send all the fabrics to you on 12/20 as stated in my below message.

The fabrics that we send out for your approval on the construction, we have checked and think all of them can be accepted (this include our proposed substitution fabrics). We have also stated the MOQ for some of the fabrics besides the fabric swatch. The AWB # is 823 8722 28962

Regarding the Saran Hair, when you give out the information, please just give the information that Saran hair providing you, please also **advise the usage of each character** so that when we place order to Saran hair, we can know how much we should order to support production. In order to save time, HK have no time to double check for this moment, **we will follow exactly what the information you give us and we will place order to Sarah hair supplier that you provide us directly and accordingly. Pls note.**

Regarding the roto head, we have sent out today a polybag containing of different skin colors that you requested for you to prepare samples for support the Toy Fair.

thanks & best regards
Samuel (12/16/00)

-----Original Message-----
**From:** Mercedeh Ward
**Sent:** Saturday, December 16, 2000 4:27 AM
**To:** Samuel Wong
**Cc:** Cecilia Kwok; Paula Treantafelles; Judy Rich; Rachel Harris
**Subject:** RE: Bratz development schedule
**Importance:** High

Samuel;

Thank you for coming up with a better P/s date please see my comments.

Judy;
Update the schedule and lets all sign it in blood (because Isaac will want blood if we don't meet the 5/1 PS date.)

Regards;
*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
**From:** Judy Rich
**Sent:** Friday, December 15, 2000 1:10 PM
**To:** Samuel Wong
**Cc:** Cecilia Kwok; Mercedeh Ward; Paula Treantafelles
**Subject:** RE: Bratz development schedule

Samuel,

I'll adjust the schedule and redistribute it to everyone today.  Thanks for your help on this!

Judy

Judy Rich
Project Planner

ATTORNEY'S EYES ONLY          MGA000098

EXHIBIT C PAGE 287

Product Development
MGA Entertainment
jrich@mgae.com
818/894-2525 x173
www.mgae.com

-----Original Message-----
**From:**      Samuel Wong
**Sent:**       Friday, December 15, 2000 2:54 AM
**To:**          Judy Rich
**Cc:**          Cecilia Kwok
**Subject:**   FW: Bratz development schedule

Judy,

sorry, I forget to include your name.

here is the bratz schedule, please help to make sure LAPM stick with our request date.

-----Original Message-----
**From:**      Samuel Wong
**Sent:**       Friday, December 15, 2000 6:51 PM
**To:**          Mercedeh Ward; Paula Treantafelles
**Cc:**          Franki Tsang; Stephen Lee; Victor Lee; Isaac Larian
**Subject:**   Bratz development schedule

**EVERYBODY, PLEASE READ THE FOLLOWING SCHEDULE DETAILY. IN ORDER FOR HKTO HOLD THE FOLLOWING SCHEDULE, LA HAS TO HELP TO ACHIEVE ALL OUR REQUEST DATE, OTHERWISE, HK CANNOT HOLD SCHEDULE.**
**BESIDES, DUE TO THE TIGHT SCHEDULE, ONCE WE GOT APPROVAL FROM LA, IF LA REQUEST TO MAKE CHANGE ON SOME OF APPROVED ITEMS, HK HAS TO RECEIVE APPROVAL FROM ISAAC FIRST. PLEASE NOTE.**

Mercedeh/Paula,

Here is the schedule :

1) Based on tool can be started on 12/30/2000.
*[Mercedeh Ward]* Great!!
( HK will send out working sample on 12/23, this sample will show articulated functions. LA has to approve the sample before **12/29-HK time, so that HK can release tooling on 12/30**)

2) 1st test shot will be ready on 3/10/2001.   *[Mercedeh Ward]* wonderful!!

3) EP samples will be ready for QA/QC testing on 3/22/2001. *[Mercedeh Ward]*        Yah!!

4) FEP samples will be ready for QA/QC final review and testing on 4/16/2001. *[Mercedeh Ward]*

5) PP will be start on 4/30/2001. *[Mercedeh Ward]*  Can you please improve by one week.

**6) PS will be start on 5/15/2001. *[Mercedeh Ward]*** PP to PS should only take 2 weeks.  If we improve on PP date then we can have 5/7/01

7) 1st inspection on 5/30/2001. *[Mercedeh Ward]*  improve by one week

8) 1st OBS will be ready on 6/10/2001. *[Mercedeh Ward]*  improve by one week we can hit Isaac's request of OBS of 6/1/01

**The above schedule is based on the following conditions, LA has to stick with the conditions, anything change will impact on the schedule.**

**ATTORNEY'S EYES**          MGA000099
**ONLY**

EXHIBIT _C_   PAGE _788_

a) HK will send out all the fabrics that we sourced according to the information that Mercedeh
   gave us in HK on 12/20/2000 for LA to make the approval on the fabric construction. If HK
   cannot find the exact fabric construction, then, HK will send substitution for LA to do approval.
   **LA has to give approval before 12/27/2000 - HK time.** *[Mercedeh Ward]*   The schedule dated
   11/21/00 shows a 12/4/00 on the side it says a date of 12/15 requested by Cecilia. I would like to know
   why we can not hit the 12/15 as requested by Cecilia.  We will approve fabrics and sent an answer to
   you right away.  The fabrics have to be very close so there is no need for variations.  We sent bigger
   pieced of material for all the dolls in the packages that was FedEx to you early this week.  Please make
   sure that fabric construction and color are close.

b) Upon receive fabric construction approval from LA on/before 12/27/2000 -HK time. HK will
   prepare lab dip colors and printing pattern for LA to do approval on color/printing pattern
   approval. This will send out on 1/18/2001. **LA has to give approval on/before 1/29/2001- HK
   time. Upon receive approval. HK will release factory to go ahead to purchase the
   fabrics for production.** *[Mercedeh Ward]*   We will give approval if we receive fabrics on 1/18/01 by
   1/19/01.  No need to wait.
       **To acheive this schedule, HK has to receive LA's printing artwork and PMS color on
   fabrics no later than 12/22/2000- HK time.** *[Mercedeh Ward]*   I will Tell our vendor again the
   critical date.

c) LA has to advise the hair color code, curl size filament of the Saran hair supplier
   before 12/20- HK time, so that HK can place order according to the information given
   by LA immediately to the Saran hair supplier in Japan since the leadtime of ordering
   this Saran Hair is very long. *[Mercedeh Ward]*      We will have this on Monday for you.

d) HK need to receive LA's rooting master on 2/26/2001 - HK time. HK will then send
   rooting sample to LA for approval on 3/20/2001. **LA has to give approval on our rooting
   sample no later than 3/24 - HK time.** *[Mercedeh Ward]*   If roto mold is ready soon we can
   improve this date. Because we are sending you samples for the TF.  Then we can send the root/groom
   my the end of January 1/30/01

d) HK need to receive paint master from LA on 2/10/2001 - HK time. HK will then send
   painted sample to LA for approval on 3/6/2001. **LA has to give approval no later than
   3/10/2001 - HK time.** *[Mercedeh Ward]*   Samuel as above. send me heads as soon as you have
   them I will have these dates improved.

e) HK has to receive the FMA from LA for the packaging on  3/1/2001.
   This is because, HK wants to have packaging at the FEP stage so that we can test on the
   packaging to see if there are any potential and hidden problem on the construction. Here, we
   reserve 1 wk. for minor touch up, another few days for film processing. Another week for
   factory to submit us the print proof for approval before we release mass production.   *[Mercedeh
   Ward]*  I talked with Rachel and we can improve the FMA for 2/15/01 (how about that???)

BOY WE ARE A GOOD TEAM. GO TEAM!!!

ATTORNEY'S EYES
ONLY                           MGA000100

EXHIBIT __C__ PAGE __289__

# Bratz Doll Packs                                    ######

| Product Info | Responsibility | Cost/Pricing/Sales* |
|---|---|---|
| Product Name: Bratz Doll Packs | Prod. Mgmt (LA/HK): Paula T./Cecilia Kwok | Quota: 1M          Retail Price: $12.99 |
| SKU: 248521 (Asst); 248538 (Zoe), 248545 (Jade); 248552 (Holiday); 248569 (Lupe) Brand: Bratz | Design:          Mercedeh Ward  Manufacturing:   Wah Shing  Tooling.          Wah Shing | Launch Quantity:    Target Margin:  Target Cost: $2.75  Mktg. Req..  FOB: $9.69 |
| | | *initial costs/pricing subject to change |

| Initial Concept/Design (LA) | |
|---|---|
| Conceptual Design Complete: | TBD |
| Conceptual Design Approved: | TBD |
| PDF/Initial designs released: | TBD |

| Product Design (LA) | | | Softgoods (LA/HK) | | |
|---|---|---|---|---|---|
| PDF released (LA): | | | Swatch release (LA): | 5 | |
| Casing designs/fabric art completed (LA): | 4 | | First swatch sample (HK): | 4 | 12/18/2000 |
| Final control drawings (LA): | 2 | | Fabric approval (LA): | 1 | 12/25/2000 |
| Design sample completed (HK): | 4 | 12/25/2000 | Pattern release (LA): | 0 | 12/27/2000 |
| Design sample approved (LA): | 1 | 1/1/2001 | Fabric delivery (HK): | 4 | 1/22/2001 |
| Photo model/working sample (HK/LA): | 0 | 1/1/2001 same as above | Sewn sample submission (HK): | 4 | 2/19/2001 |
| | | | Sewing start (HK): | 2 | 3/5/2001 |

| Rotocast | | | Product Graphic Design (LA) | | |
|---|---|---|---|---|---|
| Control dwg. from designer (LA): | | | Begin label art: | 0 | 12/22/2000 per SW schedule |
| Armature completed (LA): | 4 | | Final mechanical (label) art: | 2 | 1/5/2001 |
| Sculpting start (LA): | 0 | | Print proofs | 3 | 1/26/2001 |
| Rough wax (LA): | 2 | | Print proof approval | 1 | 2/2/2001 |
| Final wax (LA): wax + duplicate | 2 | | Film release: | 1 | 2/9/2001 |
| Master mold (HK): | 2 | 12/25/2000 | Labels available | 2 | 2/23/2001 |
| Master stuffing mold (HK): | 2 | 1/8/2001 | | | |
| Skins available (HK): | 1 | 1/15/2001 | Instructions (LA)* | | |
| Paint master/R&G spec release (LA) | 2 | 1/29/2001 | First draft: | 4 | 1/29/2001 w/s + 4 wks |
| Paint mask/R&G sample for LA approval (HK) | 3 | 2/19/2001 | Final instructions approved . | 2 | 2/12/2001 |
| Hair and face final appearence/approval (LA | 0 | 2/19/2001 | Final mech. released: | 1 | 2/19/2001 |
| *wax of 2 heads sent 11/28; torso 12/7 | | | Print proofs: | 3 | 3/12/2001 |
| Tooling/FEP/PP/PS (HK) | | | Print proofs approval | 1 | 3/19/2001 |
| TRA signed: (design sample approval + 2 wks) | 0 | 1/1/2001 | Film released: | 1 | 3/26/2001 |
| Tool build start: | 1 | 1/8/2001 | *Intl instructions may be needed. | | |
| First shot: | 9 | 3/12/2001 | | | |
| Debug: | 2 | 3/26/2001 | Packaging (LA/HK)* | | |
| FEP/EP/2nd EP | 3 | 4/16/2001 | Creative brief w/prelim design (LA):** | | |
| Production pilot. | 1 | 4/23/2001 | Photo model available (LA): | 0 | 1/1/2001 |
| PP to LA: | 1 | 4/30/2001 | Photo shoot (LA): | 1 | 1/8/2001 |
| PP approved by LA: | 0 | 4/30/2001 | Copy complete (LA): | 1 | 1/15/2001 |
| Production release | 0 | 4/30/2001 | First round comps. (LA): | 1 | 1/22/2001 |
| PS: | 2 | 5/15/2001 | High resol. mechanical (LA): | 1 | 1/29/2001 |
| On board ship from HK: | 4 | 6/10/2001 | HK pkg size approval (HK): | 1 | 2/5/2001 |
| First available LA: | 4 | 7/8/2001 | Final LA approval (LA): | 1 | 2/12/2001 |
| Mktg. requirement: | 4 | 8/5/2001 | FMA Released (LA): | 1 | 2/19/2001 |
| | | | Print proofs (HK): | 3 | 3/12/2001 |
| | | | Print proof approval (LA) | 1 | 3/19/2001 |
| | | | Film release (HK): | 1 | 3/26/2001 |
| | | | Package available (HK): | 3 | 4/16/2001 |
| | | | *Intl/Ethnic packaging may be needed. | | |
| | | | **Includes creative/pd/pm/isaac/mktg. dir | | |

ATTORNEY'S EYES ONLY

MGA000101

EXHIBIT C PAGE 290

## Bratz Fashion Packs                    ######

| Product Info |
|---|
| Product Name: Bratz Fashion Packs |
| SKU: 248576 (Pack#1); 248583 (Pack#2) |
| Brand: Bratz |

| Responsibility | |
|---|---|
| Prod. Mgmt (LA/HK): | Paula T./Cecilia Kwok |
| Design: | Mercedeh Ward |
| Manufacturing: | |
| Tooling: | |

| Cost/Pricing/Sales* | |
|---|---|
| Quota: 800K | Retail Price: TBD |
| Launch Quantity: | Target Margin: |
| Target Cost: $2.49 | Mktg. Req.: |
| FOB: TBD | |
| *initial costs/pricing subject to change | |

| Initial Concept/Design (LA) | | |
|---|---|---|
| Conceptual Design Complete: | TBD | ####### |
| Conceptual Design Approved: | TBD | ####### |
| PDF/Initial designs released: | TBD | 10/16/2000 |

| Product Design (LA) | | |
|---|---|---|
| PDF released (LA): | | 10/16/2000 |
| Casing designs/fabric art completed (LA): | 4 | 11/17/2000 |
| Final control drawings (LA): | 2 | 11/27/2000 |
| Design sample completed (HK): | 4 | 12/25/2000 |
| Design sample approved (LA): | 1 | 1/1/2001 |
| Photo model/working sample (HK/LA): | 0 | 1/1/2001 same as above |

| Softgoods (LA/HK) | | |
|---|---|---|
| Swatch release (LA): | 5 | 11/20/2000 |
| First swatch sample (HK): | 4 | 12/18/2000 |
| Fabric approval (LA): | 1 | 12/25/2000 |
| Pattern release (LA): | 0 | 12/27/2000 |
| Fabric delivery (HK): | 4 | 1/22/2001 |
| Sewn sample submission (HK): | 4 | 2/19/2001 |
| Sewing start (HK): | 2 | 3/5/2001 |

| Rotocast (LA/HK)  - SHOES | | |
|---|---|---|
| Control dwg. from designer (LA): | | 10/16/2000 |
| Armature completed (LA): | 4 | 11/17/2000 |
| Sculpting start (LA): | 0 | 11/17/2000 |
| Rough wax (LA): | 2 | 11/22/2000 |
| Final wax (LA): | 2 | 12/1/2000 ####### |
| Record mold (LA): | 2 | 12/22/2000 |
| Master mold (HK): | 2 | 1/5/2001 |
| Master stuffing mold (HK): | 2 | 1/19/2001 |
| Skins available (HK): | 1 | NA |
| Paint master/R&G spec release (LA) | 2 | NA |
| Paint mask/R&G sample for LA approval (HK) | 3 | NA |
| Hair and face final appearance/approval (LA) | 0 | NA |

| Product Logo Design (LA) | | |
|---|---|---|
| Begin label art: | 0 | 1/1/2001 w/prel. smple approv |
| Final mechanical (label) art: | 2 | 1/15/2001 |
| Print proofs | 3 | 2/5/2001 |
| Print proof approval | 1 | 2/12/2001 |
| Film release: | 1 | 2/19/2001 |
| Labels available | 2 | 3/5/2001 |

| Instructions (LA)* | | |
|---|---|---|
| First draft: | 4 | 1/29/2001 w/s + 4 wks. |
| Final instructions approved: | 2 | 2/12/2001 |
| Final mech. released: | 1 | 2/19/2001 |
| Print proofs: | 3 | 3/12/2001 |
| Print proofs approval | 1 | 3/19/2001 |
| Film released: | 1 | 3/26/2001 |
| *Intl instructions may be needed. | | |

| Tooling/FEP/PP/PS (HK) | | |
|---|---|---|
| TRA signed: (design sample approval +-2 wks) | 0 | 1/1/2001 |
| Tool build start: | 1 | 1/8/2001 |
| First shot: | 9 | 3/12/2001 |
| Debug: | 2 | 3/26/2001 |
| FEP/EP/2nd EP | 3 | 4/16/2001 |
| Production pilot: | 1 | 4/23/2001 |
| PP to LA: | 1 | 4/30/2001 |
| PP approved by LA: | 0 | 4/30/2001 |
| Production release: | 0 | 4/30/2001 Target PS? |
| PS: | 2 | 5/15/2001 5/1/2001 |
| On board ship from HK: | 4 | 6/12/2001 |
| First available LA: | 4 | 7/10/2001 |
| Mktg. requirement: | 4 | 8/7/2001 |

| Packaging (LA/HK)* | | |
|---|---|---|
| Creative brief w/prelim design (LA):** | | 12/18/2000 |
| Photo model available (LA): | 0 | 1/1/2001 |
| Photo shoot (LA): | 1 | 1/8/2001 |
| Copy complete (LA): | 1 | 1/15/2001 |
| First round comps. (LA): | 1 | 1/22/2001 |
| High resol. mechanical (LA): | 1 | 1/29/2001 |
| HK pkg size approval (HK): | 1 | 2/5/2001 |
| Final LA approval (LA): | 1 | 2/12/2001 |
| FMA Released (LA): | 1 | 2/19/2001 |
| Print proofs (HK): | 3 | 3/12/2001 |
| Print proof approval (LA) | 1 | 3/19/2001 |
| Film release (HK): | 1 | 3/26/2001 |
| Package available (HK): | 3 | 4/16/2001 |
| *Intl/Ethnic packaging may be needed. | | |
| **Includes creative/pd/pm/isaac/mktg. dir | | |

ATTORNEY'S EYES
ONLY

MGA000102

EXHIBIT C PAGE 291

# Bratz Backpack                                                            ######

| Product Info | Responsibility | Cost/Pricing/Sales* |
|---|---|---|
| Product Name: Bratz Doll Packs<br>SKU: 248606<br>Brand: Bratz | Prod. Mgmt (LA/HK):  Paula T./Cecilia Kwok<br>Design:          Mercedeh Ward<br>Manufacturing:<br>Tooling: | Quota: 150K           Retail Price: $14.99<br>Launch Quantity.    Target Margin:<br>Target Cost: $2.75   Mktg. Req.:<br>FOB: $8.75<br>*initial costs/pricing subject to change |

**Initial Concept/Design (LA)**

| | |
|---|---|
| Conceptual Design Complete: | TBD |
| Conceptual Design Approved: | TBD |
| PDF/Initial designs released: | TBD ~~11/13/2000~~ |

| | | | 6 wks. after PDF |
|---|---|---|---|

**Product Design (LA)**

| | | |
|---|---|---|
| PDF released (LA): | | ~~10/30/2000~~ |
| Casing designs/fabric art completed (LA): | 4 | 11/13/2000 |
| Final control drawings (LA): | 2 | 11/27/2000 |
| Design sample completed (HK): | 4 | 12/25/2000 |
| Design sample approved (LA): | 2 | 1/8/2001 |
| Photo model/working sample (HK/LA): | 4 | 2/5/2001 |

**Softgoods (LA/HK)**

| | | | |
|---|---|---|---|
| Swatch release (LA): | 5 | 11/20/2000 | PDF + 5 wks. |
| 1st swatch sample (HK): | 2 | 12/4/2000 | |
| Fabric approval (LA): | 6 | 1/15/2001 | |
| Fabric delivery (HK): | 10 | 3/26/2001 | |
| Pattern release (LA): | 4 | 1/22/2001 | sample + 4 wks |
| Sewn sample submission (HK) | 4 | 2/19/2001 | |
| Sewing start (HK): | 2 | 3/5/2001 | |

**Product Logo Design (LA)**

| | | | |
|---|---|---|---|
| Begin label art: | 0 | 1/8/2001 | w/prel. smple approv |
| Final mechanical (label) art: | 2 | 1/22/2001 | |
| Print proofs | 3 | 2/12/2001 | |
| Print proof approval | 1 | 2/19/2001 | |
| Film release: | 1 | 2/26/2001 | |
| Labels available | 2 | 3/12/2001 | |

**Instructions (LA)***

| | | | |
|---|---|---|---|
| First draft: | 4 | 3/5/2001 | w/s + 4 wks |
| Final instructions approved: | 2 | 3/19/2001 | |
| Final mech. released: | 1 | 3/26/2001 | |
| Print proofs: | 3 | 4/16/2001 | |
| Print proofs approval | 1 | 4/23/2001 | |
| Film released: | 1 | 4/30/2001 | |
| *Intl instructions may be needed. | | | |

**FEP/PP/PS (HK)**

| | | | |
|---|---|---|---|
| Final shot: (from Doll Sheet) | 1 | 5/14/2001 | EP + 1 wk |
| Production pilot: | 2 | 5/28/2001 | |
| PP to LA: | 1 | 6/4/2001 | |
| PP approved by LA: | 1 | 6/11/2001 | |
| Production release | 0 | 6/11/2001 | Target PS) ~~5/14/2001~~ |
| PS: | 2 | 6/25/2001 | |
| On board ship from HK: | 4 | 7/23/2001 | |
| First available LA: | 4 | 8/20/2001 | |
| Mktg. requirement: | 4 | 9/17/2001 | |

**Packaging (LA/HK)***

| | | | |
|---|---|---|---|
| Creative brief w/prelim design (LA):** | | ~~12/8/2000~~ | |
| Photo model available (LA): | 0 | 2/5/2001 | |
| Photo shoot (LA). | 1 | 2/12/2001 | |
| Copy complete (LA): | 1 | 2/19/2001 | |
| First round comps. (LA): | 1 | 2/26/2001 | |
| High resol. mechanical (LA): | 1 | 3/5/2001 | |
| HK pkg size approval (HK): | 1 | 3/12/2001 | |
| Final LA approval (LA): | 1 | 3/19/2001 | |
| FMA Released (LA): | 1 | 3/26/2001 | |
| Print proofs (HK): | 3 | 4/16/2001 | |
| Print proof approval (LA) | 1 | 4/23/2001 | |
| Film release (HK): | 1 | 4/30/2001 | |
| Package available (HK): | 3 | 5/21/2001 | |
| *Intl/Ethnic packaging may be needed. | | | |
| **Includes creative/pd/pm/isaac/mktg. dir | | | |

ATTORNEY'S EYES ONLY

MGA000103

EXHIBIT C PAGE 292

| Date | Initials | LA Comments | HK Comments |
|---|---|---|---|
| 6-Dec | CK | | Due to long lead time (4 weeks) for the Saran hair sample, either LA needs to advise the hair specificiation 2 weeks before releasing the paint master/R&G spec (DDD 1/15/01) or the lead time for paint mask/RG sample for LA approval takes 5 weeks (3/5/01). |
| 12/15/2000 | JR | Updated schedule per SW's email and MW's response to reach 5/1 PS. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ATTORNEY'S EYES
ONLY

MGA000104

EXHIBIT _C_ PAGE 293

**Tab 57**

| From: | Sarah Chui |
|---|---|
| Sent: | Tuesday, December 26, 2000 5:10 PM |
| To: | Paula Treantafelles; Franki Tsang; Mercedeh Ward; Rachel Harris; Colleen O`Higgins; Cecilia Kwok; Samuel Wong |
| Cc: | Stephen Lee; Isaac Larian; Samuel Wong; Cecilia Kwok |
| Subject: | RE: HK TF and Product Meeting Recap |

Paula,
Do you want HK prepare the backdrop too when we received the CD?

-----Original Message-----
**From: Paula Treantafelles**
**Sent:** Wednesday, December 27, 2000 9:02 AM
**To:** Franki Tsang; Mercedeh Ward; Sarah Chui; Rachel Harris; Colleen O`Higgins; Cecilia Kwok; Samuel Wong
**Cc:** Stephen Lee; Isaac Larian; Samuel Wong; Cecilia Kwok
**Subject:** RE: HK TF and Product Meeting Recap

Franki
I just thought to send to you my BRATZ presentation boards for HKTF. They are very nice and in fact I think that they will be more impactful (in some ways) since they illustrate the mix and match fashion variations.

I will send:
-Three 19"H X 15"W boards of each dress pack (they are boards of one character illustrated in one of the three fashions)

-Four 19"H X 30"W boards of each doll pack (they are boards of one character illustrated 4 ways to represent the 4 mix and match fashion styles)

You can put each doll or fashion pack in front of each of the respective boards.

Please also note we are sending:
- Each doll dressed in skirt outfit. The additional fashion pieces for each doll pack will be pinned to a decorated/titled foam core board
- Each fashion pack will be pinned to a decorated and titled foam core board.

Please finally note that LA has been challenged to redesign the BRATZ doll and fashion packs. The target is to send everything to you mocked up by Friday. These mock up with have digital photos of doll or fashion built up and stuck in package to represent pack out since we do not have actual physical pieces to pack out. In worse case .. Colleen will have to hand carry these units to you.

Please proceed to mock up the units against the original package design already sent to you by Rachel... in case God forbid something comes up.

-----Original Message-----
**From:**      Franki Tsang

ATTORNEY'S EYES
ONLY

MGA000212

EXHIBIT _C_ PAGE _294_

**Sent:**          Tuesday, December 26, 2000 4:38 PM
**To:** Paula Treantafelles; Mercedeh Ward
**Cc:** Stephen Lee; Isaac Larian; Samuel Wong; Cecilia Kwok
**Subject:**      RE: HK TF and Product Meeting Recap

When you can have one complete set of samples presented to us, we will try to create the miracle to the best of our efforts.  Isaac/Colleen can judge if the duplicated samples are good for back up in HK.  As well, we don't want to deteriorate the designs.

Regards,
FT

-----Original Message-----
**From:**          Paula Treantafelles
**Sent:**          Wednesday, December 27, 2000 8:22 AM
**To:**            Franki Tsang; Mercedeh Ward
**Cc:**            Stephen Lee; Isaac Larian; Samuel Wong; Cecilia Kwok
**Subject:**       RE: HK TF and Product Meeting Recap

Franki
Thank you for your input.  I understand your concern.  Please understand that it was very difficult for LA to support any more than one of each doll and fashion pack by HKTF.

In fact we are having a very difficult time trying to pull all of the fabrics and one piece heads together for NYTF.

I dont want you to be embarrassed by our BRATZ presentation at HKTF but honestly this is what we can support at this time.

Thank you for suggesting to make duplicate doll and fashion packs in time for HKTF.  But I dont understand how you will duplicate them if you do not have one piece heads, the paint masters or approved BRATZ fabric art/construction.

-----Original Message-----
**From:**          Franki Tsang
**Sent:**          Tuesday, December 26, 2000 3:11 PM
**To:**            Paula Treantafelles; Mercedeh Ward
**Cc:**            Stephen Lee; Isaac Larian; Samuel Wong; Cecilia Kwok
**Subject:**       RE: HK TF and Product Meeting Recap

Okay.  Thank you all.  It's fine with HK as long as sales can live with one set of samples.  Personally, it looks bad when we have assigned 4 panel walls for promoting this claimed to be big bugs item!

-----Original Message-----
**From:**          Paula Treantafelles
**Sent:**          Saturday, December 23, 2000 6:41 AM
**To:**            Mercedeh Ward; Franki Tsang
**Cc:**            Stephen Lee; Isaac Larian; Samuel Wong; Cecilia Kwok
**Subject:**       RE: HK TF and Product Meeting Recap

Franki
We have HKTF under control.  LA will be responsible for sending one set to HKTF.  We will use existing casted heads and bodies that were available here in LA.  We will have to make wigs for the vacated heads so I have to instruct Colleen to be very careful with the samples.  Colleen will hand carry all of these samples with her to casted.  We are not relying on your roto heads for HKTF samples.

-----Original Message-----
**From:**          Mercedeh Ward

**ATTORNEY'S EYES ONLY**

MGA000213

EXHIBIT _C_ PAGE _245_

| | |
|---|---|
| **Sent:** | Friday, December 22, 2000 9:29 AM |
| **To:** | Franki Tsang; Paula Treantafelles |
| **Cc:** | Stephen Lee; Isaac Larian; Samuel Wong; Cecilia Kwok |
| **Subject:** | RE: HK TF and Product Meeting Recap |
| **Importance:** | High |

Dear Franki;

Paula has said that only one set of dolls will be necessary for HK TF and that is what will be sent out to you by her.  Please take with Paula on the sample requirements.

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
| | |
|---|---|
| **From:** | Franki Tsang |
| **Sent:** | Tuesday, December 19, 2000 9:16 AM |
| **To:** | Mercedeh Ward; Paula Treantafelles |
| **Cc:** | Stephen Lee; Isaac Larian; Samuel Wong; Cecilia Kwok |
| **Subject:** | RE: HK TF and Product Meeting Recap |

Dear Mercedeh,

Hoping that everything is under control.  HK concerns very much your statement below stating that "If I don't receive the heads Monday or Tuesday this week we will not have samples".

Please confirm that 2 sets of complete samples will be made available for HKTF since we need to confirm to HK-Sales Support about this and start to decorate the wall panel.

-----Original Message-----
| | |
|---|---|
| **From:** | Cecilia Kwok |
| **Sent:** | Tuesday, December 19, 2000 5:24 PM |
| **To:** | Mercedeh Ward; Paula Treantafelles |
| **Cc:** | Stephen Lee; Franki Tsang; Isaac Larian; Samuel WONG |
| **Subject:** | RE: HK TF and Product Meeting Recap |

Mercedeh/ Paula,

We received some of the fabric for the Doll Packs for duplication TF samples but not complete/ enough.
Enclosed is the list of fabric missing from the packaging. << File: fabricforTF.xls >>  We also did receive the reference sample for EL duplication. As per conference this morning, LA will sent out one set of ref sample by 12/20.
Per conference call this morning, advised that the roto heads were already received by LA.
For the Fashion Pack, the fabric & die cut will not be ready by 12/22 & we will not receive them until 12/27.  HK do not have enough time to duplicate the samples for HK TF, therefore, please develop Two-Three sets samples to support HK TF.  We will duplicate the NYTF samples after receive all the fabric later.
For the torso & shoes, as there is a test mold in LA, please develop all the samples (both for HK & NY TF) & we will paint the deco.

ATTORNEY'S EYES ONLY          MGA000214

EXHIBIT __C__ PAGE _296_

Regards,
Cecilia

-----Original Message-----
**From:** Mercedeh Ward
**Sent:** Tuesday, December 19, 2000 1:28 AM
**To:** Paula Treantafelles; Isaac Larian
**Cc:** Cecilia Kwok; Stephen Lee; Franki Tsang
**Subject:** RE: HK TF and Product Meeting Recap

Isaac and Paula;

I am having two sets of torsos and feet made up. I have also supplied HK with enough fabric to make two sets of fashions. We just need the heads to be rooted and painted. I will talk with Anna (who paints the heads and see if she can supply the two sets of heads).
I am still waiting to receive the rooted heads. If **I don't receive the heads Monday or Tuesday this week we will not have samples.**

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
**From:** Paula Treantafelles
**Sent:** Monday, December 18, 2000 11:14 AM
**To:** Isaac Larian; Franki Tsang; All in Marketing & PD (LA); All in Product Development (HK)
**Cc:** Jim Olmstead; Cecilia Kwok; Disraeli Chan; Stanley Li; Stephen Lee; Eric Yip
**Subject:** RE: HKTF and Product Meeting Recap

Isaac-

BRATZ HKTF samples- I have advised you many times that we will only have **one** set of dolls and fashions available for HKTF. You understood each time and asked that we try to make an additional set available. This information was noted on the EXCEL spreadsheet you approved 2 weeks ago.

-----Original Message-----
**From:** Isaac Larian
**Sent:** Saturday, December 16, 2000 7:25 PM
**To:** Franki Tsang; All in Marketing & PD (LA); All in Product Development (HK)
**Cc:** Jim Olmstead; Cecilia Kwok; Disraeli Chan; Stanley Li; Stephen Lee; Eric Yip
**Subject:** RE: HKTF and Product Meeting Recap

see below

-----Original Message-----
**From:** Franki Tsang
**Sent:** Friday, December 15, 2000 8:05 AM
**To:** All in Marketing & PD (LA); All in Product Development (HK)
**Cc:** Isaac Larian; Jim Olmstead; Cecilia Kwok; Disraeli Chan; Stanley Li; Stephen Lee; Eric Yip

ATTORNEY'S EYES ONLY

MGA000215

EXHIBIT C PAGE 297

**Subject:**     HKTF and Product Meeting Recap

## HKTF

1.  Plan-o-gram - LA to build.
2.  End Cap - Colleen to take care in HK.
3.  Color FX Casino side-kick requested by Gary Thomson -
    Due to the packaging size, this one is not good for side-kick.
    Hk is not going to do anything.
4.  Mechanical Art and Die vinyl for 3-D clamshell packaging
    development - Rachel will send on this Friday (LA time)
5.  Product Sheet Outstanding - LA will send on this Friday.
6.  Catalog Sheet - Isaac wants to check cost for printing 1,000
    sheets only - FT will check and respond by return.

## Product

1.  Realbot - Isaac approves to move forward with Kin Yat. HK
    needs to finalize Unit Cost and adequate tooling to
    support 200K projection for 2001. Targets for 7/1 PS.
    *[Isaac Larian]*

NEED 6/1 PS date or we don't have a product. Also, plan
production and tool for 200k from June to October 10.

1.  RoboVision3 - Cost impact. HK located a source capable to
    provide total solution in kit form at around $25. Taking
    others like packaging and casing together, this for sure will
    exceed the target cost Isaac anticipates. HK will move
    forward for toy fair samples first. Jonathan advises that CH
    #2 and #3 might not be legal in USA, will update.
2.  *[Isaac Larian]*

I need a price and PS date.
1.  Final Fantasy License - *Per Isaac, okay to by-pass licensor
    approval in order to support the 7/13 movie launch* and
    goods must be arrive in USA 2-3 weeks before the movie
    launch. For WT specially, Isaac approves to attach a 9V
    battery box to the soles of Aki's shoes. HK will send final
    illustration. HK needs to support 5/1 PS and get tooling
    released ASAP by all means.
2.  *[Isaac Larian]*

Need 4-15 PS.
1.  Jump Rope Doll - Isaac approves revised price of $7.56 with
    larger box.

2.  Bratz - Final sample of fabric with pattern sent per
    Mercedeh. Mercedeh stresses that she has made clear and
    finalize everything whilst in HK. As a matter fact, HKPM/EL
    has been locating some of the fabric materials and getting
    the pattern done will take time and LA keeps changing the
    doll spec. vs cost impact. HKPM will communicate directly
    with Mercedeh to finalize.

    *Note: We would have maximum two sets samples for
    HKTF - in this case, we might not have available
    samples for buyer's finalization in HK.
    [Isaac Larian]*

ATTORNEY'S EYES
ONLY

MGA000216

EXHIBIT ___C___ PAGE 298

WHY CAN'T WE HAVE MORE SAMPLES? 2 IS NOT
ENOUGH.

1. Toddler Tabiter - The is a replacement of MDB-2 for US
   market. Per PT, needs new head and deco eyes. Arms,
   hands, legs and outfit patterns will be sent on 12/20. Isaac
   approves to tool up new roto mold for juice bottle without the
   MBD logo. This will be a 200K projection item per Isaac.

2. MDB-1 with new head only will be selling to international
   accounts. Project will be 75-100K per Isaac.

8. Cheerleader - PT confirms to take just 1-color (no blue)
paint on shoes.
9. Bath-time - PT confirms to change the hair color only.
   Cecilia will send digital photo today to show the hair styling.
   **Note: Both Items**
   - **Isaac approves to stick with OLD packaging for
     forthcoming orders/shipments.**
   - **PT okay to let HK to approve the new fabrics vs
     sample submission from WS.**
   - **Isaac approves the ship-dates vs Bathtime and
     Cheerleader as covered in the e.mail earlier.**

10 Palm Puppies - Needs to clarify the final packaging size vs
   LA indicated size of 7.5 x 5.0 x 9.0 instead of 7 x 5 x 4". Per
   HK, this leads to over a dollar cost increase vs the larger
   packaging and better plush skin to use. HK will elaborate
   with EL to nail down the plush cost and in parallel, Isaac will
   verify with his brother-in-law in LA. As well, HK will put in
   writing to explain the cost breakdown leading to the high
   price increase from EL. This is a 1 million pieces forecast
   per isaac.
11 *[Isaac Larian]*

$4.60 PRICE IS NOT APPROVED OR ACCEPTABLE.
Palm Kitties - This is a 500K forecast item per Isaac.
   Note: Both items
   - Isaac demands for 5/1 PS instead of 6/1 PS now.
     HK to work out and respond.
   - *[Isaac Larian]*
   *[Isaac Larian]* palm puppy WAS 4/1 PS DATE

   Options: a handle with the packaging depending on cost
     impact.

   HK Comment: Isaac approved the first cost of $3.626 and
   released tooling in October! HK is now stuck owing to the
   change of plush materials and a larger box. HK is not in a
   position to challenge for the changes but just want to remind
   that this will impact schedule slippage as a result if this
   project can not be finalized. Upon finalization, LA needs to
   commit MA booking for long lead time materials. It is
   contradict to our original plan/target cost - HK elaborated to
   meet then target but this has been ruined vs the demanded
   changes now at $4.70!!

Please back up vs shortcomings.

ATTORNEY'S EYES
ONLY

MGA000217

EXHIBIT C   PAGE 299

**Tab 58**

| | |
|---|---|
| **From:** | Cecilia Kwok |
| **Sent:** | Tuesday, December 19, 2000 8:45 PM |
| **To:** | Judy Rich; Mercedeh Ward; Wendy Reed |
| **Cc:** | Samuel WONG; Paula Treantafelles |
| **Subject:** | Bratz 12/19 conference call recap |

Dear ALL,

Enclosed is the meeting recap of the conference call with Mercedeh/ Paula/ Samuel for your reference:

1. Mercedeh commented the fabric swatch sent on 12/16.
Enclosed is the fabric matrix with Mercedeh's comment.  We will release ALL the construction approved fabric accordingly.


FabricSwatchComm
ent12-19.xls (...

2. We advised that we found there were many new fabric as per the fabric matrix sent from Wendy on 12/12 (HK received this on 12/15).  Reviewed these new fabric with Mercedeh, basically there are some new fabric/ material added.  Enclosed is the fabric matrix for all the new fabric with Mercedeh's comment.
(FYI: the fabric matrix showed ALL the fabric which are different from the one advised when Mercedeh in HK)

NewFabricSwatchC
omment12-19.xl...

3. LA will send the die cut pattern & fabric for the fashion pack to HK on 12/22.
4. The Carry Bag for Bratz moved to 2002 per LA.
5. LA will send the wax sculpting for the shoes to HK on 12/20.
6. Mercedeh approved the parting line for the body, arms & legs as per email on 12/12/00.
7. Mercedeh requested to have the engineering drawing for the tooling for her approval before release tooling.
We will send the drawing together with the working prototype for LA approval before we release tooling.

Regards,
Cecilia

**ATTORNEY'S EYES ONLY**

MGA000113

EXHIBIT ___C___ PAGE _300_

# FIONA FABRIC SHEET

8/4/2004

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA comment | MOQ |
|---|---|---|---|---|
| Skirt/ Backpack | 11/7 C.R. - Printed polysueded brushed tricot (Original: Leopard Print Fuzzy Velboa) | 44" Super Brush Tricot 2C | 12/19: Construction Approved. | 2,000 |
| Pants | 2 tone indigo/ silver metallic denim 6 oz (Use backside of fabric) | 52" 6 OZ LT Wt Denim | 12/19: Construction Approved | 1,000 |
| Pants trim | 6mm braid w/ 2mm white w/silver lurex fringe | 6mm braid w/ 2mm fringe | 12/19: Suggested to selvage the fringe from the Denim fabric. EL need to come back with suggestion. | |
| Jacket | 2 tone indigo/ silver metallic denim 6 oz (Use front of fabric) | 52" 6 OZ LT Wt Denim | 12/19: Construction Approved | 1,000 |
| T Shirt | Aqua Lightweight Poly w/ silver logo | 58" Nylon Jersey | 12/19: Need Thicker Fabric. (Not see through) | 1,000 |
| Headband | Aqua & lightbrown vinyl snakeskin print/embossed w/ trico lining | 58" Snake Skin Vinyl | 12/19: Construction Approved | 2,000 |
| Backpack piping | Aqua Pearlized PU coated nylon interlock | 54" PU Clothes - Aqua Pearlised **OPTION 1** *(Fabric submitted on 12/14 in red color)* | 12/19: Construction Approved but need more Pearlised | 1,000 |
| Backpack | Oyster white nylon woven fabric | 58" 210D Nylon | 12/19: Construction Approved. | 1,000 |
| Backpack piping | Aqua Pearlized PU coated nylon interlock | 54" PU Clothes - Aqua Pearlised **OPTION 2** *(Fabric submitted on 12/16 in blue color)* | 12/19: Use the option 1 (Fabric submitted on 12/14 in red color) | 500 |

ATTORNEY'S EYES ONLY

MGA000114

EXHIBIT _C_ PAGE _301_

# YASMIN FABRIC SHEET

8/4/2004

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA comment | MOQ |
|---|---|---|---|---|
| PANTS | 11/7 C.R. - POPLIN (ORIGINAL - OYSTER WHITE LIGHTWEIGHT CANVAS) | 43" POPLIN | 12/19: Construction Approved. | 1,000 |
| SKIRT | 2 TONE SHINY PINK/INDIGO | 52" NF 1047 DENIM (DYED) | 12/19: DROPPED. Use the Hoppity Bouncy fabric (construction & color.) | 1,000 |
| SKIRT TRIM | W/ COLORED MESH W/ PLAIN SILVER GLITTER | 54" W/ COLORED MESH W/ PLAIN SILVER GLITTER | 12/19: DROPPED & will use engineering print on the skirt. | |
| TOP | LAVENDER MOIRE STRETCH PANNE KNIT | 58" PANNE KNIT - 1 WAY | 12/19: Construction Approved. There should be waves on the fabric. | 1,000 |
| TOP | NYLON INTERLOCK | 58" 180G PK KNIT | 12/19: NOT APPROVED.  NEED RESUBMITTED.  WE NEED THE NYLON INTERLOCK. | 1,000 |
| TOP SLEEVES | DEEP PERIWINKLE BLUE 15D TRICOT W/ SILVER SPARLE | 44" COLOR 15D TRICOT W/ SILVER DOT - PERIWINKLE BLUE | 12/19: Construction Approved. | 1,000 |
| PANTS RIBBON | MULTI-COLOR TRIM 1/2" | 1/2" RIBBON 3C  (SUBSTITUTION MATERIAL) | 12/19: Construction Approved. | 50,000 |
| SKIRT TRIM | 10MM PLUM COLORED SCALLOPPED EDGE BRAID | 10MM PLUM COLORED SCALLOPPED EDGE BRAID | 12/19: Construction Approved. | |
| HEADKERCHIEF | SUEDED POLY BRUSHED TRICOT | 58" SUPER BRUSHED TRICOT | 12/19: Construction Approved. | 1,000 |
| HEADKERCHIEF TRIM | 3MM FLOCK RIBBON | 3MM FLOCK RIBBON | 12/19: Construction Approved. | 3,000 |
| BACKPACK | SUEDED BRUSHED TRICOT W/ 3C SILKSCREEN | 58" 280G SUPER BRUSH TRICOT W/ 3C PRINTED | 12/19: Construction Approved. | 2,000 |
| CORD FOR TOP & BACKPACK | NO SUGGESTED MATERIAL | 1.5MM NYLON STING | 12/19: Construction Approved. | |

ATTORNEY'S EYES ONLY

MGA000115

EXHIBIT _____C_____ PAGE 302

## JADE FABRIC SHEET

8/4/2004

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA comment | MOQ |
|---|---|---|---|---|
| T-SHIRT | PINK SINGLE KNIT W/ PEARLIZED SILKSCREENED KITTY LOGO | 58" SINGLE KNIT - PINK | 12/19: Construction Approved. | 1,000 |
| T-SHIRT SLEEVES | RED/ PINK SINGLE KNIT | 58" SINGLE KNIT - PRINTED 2C | 12/19: Construction Approved. | 1,000 |
| TOP | 11/7 C.R. TO MET YARN TO CLEAR OR TRANSPARENT (ORIGINAL: CRANBERRY RED CREPE KNIT W/ PURPLE GLITTER) | 44" SILVER THREAD JERSEY | 12/19: Construction Approved. | 1,000 |
| PANTS | 11/7 CHNAGED TO 50D TRICOT W/ CZ W/ PRINT OR EMBOSSED ( ORIGINAL: OLIVE GREEN POLY SATIN W/ TEXTURE) | 54" 50D TRICOT W. CHINTZ - OLIVE GREEN | 12/19: Construction Approved. | 1,000 |
| SKIRT | DARK DENIM W/ FINE SILVER SPARKLE | 52" DENIM - W/ FINE SILVER SPARKLE | 12/19: Construction & Color Approved. | 1,000 |
| SKIRT TRIM | ORIGINAL: CRIMSON VELBOA | 58" 3MM 480G BOA | 12/19: Construction Approved. | 1,000 |
| PANTS TRIM | 3/16" STRIPED RIBBON | 3/16" RIBBON 3C PRINT (SUBSTITUTED MATERIAL) | 12/19: Construction & Width Approved. | 5,000 |
| BEANNIE | MULTI COLORED DOUBLE KNIT | 29" 2 X 2 RIB KNIT - 6C | 12/19: Construction Approved. | |
| BEANNIE BRAIDS | EMBROIDERY YARN | EMBROIDERY YARN | 12/19: Construction Approved. | |
| BACK PACK | SILVER LT WGHT NYLON | 50" LIGHT WT NYLON | 12/19: Construction & Color Approved. | 1,000 |
| BACK PACK CORD | NO SUGGESTED MATERIAL | SILVER CORD | 12/19: Construction & Color Approved. But need to improve the ending & no fray. | |

Page 1 of 1

ATTORNEY'S EYES ONLY

MGA000116

EXHIBIT ___C___ PAGE _303_

# KADEISHA FABRIC SHEET

8/4/2004

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA Comment | MOQ |
|---|---|---|---|---|
| SKIRT | DARK BLUE POPLIN | 43" POPLIN - DARK BLUE | 12/19: Construction Approved. | 1,000 |
| T SHIRT | PUMPKIN SINGLE KNIT | 58" SINGLE KNIT - PUMPKIN COLOR | 12/19: Construction Approved. | 1,000 |
| T-SHIRT SLEEVES | 2 X 2 RIB KNIT | 29" 2 X 2 RIB KNIT - 6C | 12/19: Construction Approved. | 1,000 |
| PANTS | WHITE TWILL: LIGHTWEIGHT | 43" T/C COTTON TWILL - WHITE | 12/19: Construction Approved. | 1,000 |
| BACKPACK | LIGHT BLUE WOVEN NYLON | 44" NYLON - LIGHT BLUE | 12/19: Construction Approved. | 1,000 |
| BACK PACK STRAPS | GG (GROSGRAIN) BRAID | 6-7MM GROSGRAIN RIB | 12/19: Construction Approved. | |
| BACKPACK STRAP/ HANDLE/ STRIPES | 3MM BRAID | 3MM BRAID - GRAY/ WHITE | 12/19: Construction Approved. | |
| HALTER TOP | USE LARGER SILVER FOIL DOTS PRTD ON POLY I/LOCK W/ ALLOVER PRT OVER ALL | 44" SILVER DOT PRINT | 12/19: Construction Approved. Needed rainbow color (pink, orange, yellow) on the fabric or on the foil. | |
| HAT | 2 X 2 RIB KNIT | 58" 2 X 2 RIB KNIT - W/ SILVER SPARKLE | 12/19: Construction Approved. Needed to see the silver sparkle effect. | |
| SKIRT/ BACKPACK | ROUND ORANGE ELASTIC | 1.5MM ELASTIC ORANGE | 12/19: diameter & construction approved. But no shiny effect. | |
| SKIRT PICKET | ORANGE MESH | 58" MESH - ORANGE | 12/19: Construction Approved. | 1,000 |

ATTORNEY'S EYES ONLY

MGA000117

Page 1 of 1

EXHIBIT ___C___ PAGE 304

8/4/2004

# FASHION PACK 1 FABRIC SHEET

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA Comment | MOQ |
|---|---|---|---|---|
| PANTS TRIM | PRINTED RIBBON WITH COLORED BEAD TRIM | SUBSTITUTE MATERIAL | 12/19: Since HK cannot find the bead, LA will advise new direction on 12/20. | 3,000 |
| PANTS | PANNE KNIT | 58" PANNE KNIT - 1 WAY | 12/19: Construction Approved. | 1,000 |
| TOP | 11/7 C.R. CHANGED TO MET YARN TO CLEAR OR TRANSPARENT ORIGINAL : FVCSHIA NOVELTY KNIT W/ SPARKLE) | 44" SILVER THREAD JERSEY - PURPLE | 12/19: Construction Approved. | 1,000 |

ATTORNEY'S EYES
ONLY

Page 1 of 1

MGA000118

EXHIBIT C PAGE 305

Case 2:04-cv-09049-DOC-RNB   Document 5142-4   Filed 04/08/09   Page 139 of 142   Page ID #:167204

8/4/2004

# FASHION PACK 2 FABRIC SHEET

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA Comment | MOQ |
|---|---|---|---|---|
| TANK TOP | PALE YELLOW "WAFFLE-WEAVE" | 50" 190G/M2 T/C JACQ. KNIT - YELLOW | 12/19: NOT APPROVED. NEED IMPROVED FABRIC. The Waffle weave is too large. | 1,000 |
| PANTS | TIGER PRINTED S/KNIT C/ POLY | 58" 300G SINGLE KNIT 1C | 12/19: Construction Approved. | 1,000 |
| PILLOW | PER 11/15 MEETING RECAP CHANGED TO 3-4 MM VELBOA (ORIGINAL: 6MM RAYON PILE PLUSH) | 58" 3MM VELBOA | 12/19: Construction Approved. | 1,000 |
| BLINDER | PER 11/15 MEETING RECAP CHANGED TO 2-3 MM VELBOA (ORIGINAL: LIGHT BLUE PLUSH 10MM) | 58" 3MM VELBOA - YELLOW | 12/19: Construction Approved. | 1,000 |
| BLINDER (LINING) | LIGHT BLUE 40D TRICOT W/ SHEEN | 58" 40D TRICOT - LIGHT BLUE | 12/19: Construction Approved. | 1,000 |
| BLINDERS | LIGHT BLUE 1/16" ROUND ELASTIC BAND (2MM) | 2MM ELASTIC | 12/19: Awaiting fabric sample submission. | |
| PANTS STRIP | NO SUGGESTION | 1.5MM CORD | 12/19: Construction Approved. | |

ATTORNEY'S EYES
ONLY

Page 1 of 1

MGA000119

EXHIBIT  C  PAGE 306

8/4/2004

# FASHION PACK 3 FABRIC SHEET

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA Comment | MOQ |
|---|---|---|---|---|
| T-SHIRT | LIGHT BLUE SINGLE KNIT | 58" SINGLE KNIT - LIGHT BLUE | 12/19: Construction Approved. | 1,000 |
| T-SHIRT SLEEVES | CRIMSON RED SINGLE KNIT | 58" SINGLE KNIT - CRIMSON RED | 12/19: Construction Approved. | 1,000 |
| PANTS | HEATHERY PLUM SINGLE KNIT | 60" 300G 1 X 1 SINGLE KNIT - HEATHERY PLUM | 12/19: Construction & Color Approved. | 600 |
| BACK PACK | CHINTZ FINISH ON TAFFETA | 58" POLY SATIN CHINTZ - OLIVE | 12/19: Construction Approved. But No texture on it. | 2,000 |
| BACK PACK TRIM | 6MM CRIMSON RED BRAID | 6MM CRIMSON RED BRAID | 12/19: Construction Approved. | 4,000 |

ATTORNEY'S EYES ONLY

Page 1 of 1

MGA000120

EXHIBIT _____C_____ PAGE _307_

# NEW FABRIC MATRIX COMMENT

8/4/2004

| Character | Position | Material Description | LA Comment |
|---|---|---|---|
| FIONA | PANTS | LIGHTWEIGHT DARK DENIM W/ COARSE SILVER SPARKLE | 12/19: Dropped. Use the fabric submitted from EL. |
| FIONA | SKIRT / BACKPACK (FRONT) | LEOPARD PRINT FUZZY VELBOA | 12/19: Dropped. Use the fabric submitted from EL. |
| FIONA | UNDERWEAR (ATTACH TO SKIRT) | LIGHT BROWN 15D TRICOT | 12/19: Changed to white color for ALL 4 dolls pack. |
| FIONA | BACKPACK (CLOSURE DETAIL) | 1/4W X 3/4L BLACK GROSSGRAIN RIBBON | 12/19: Dropped |
| FIONA | JACKET | 5 X 1/8 SILVER STUDS | 12/19: Need EL submit sample for approval & cost. |
| FIONA | TOP | 4 / 1/16 SILVER STUDS | 12/19: Need EL submit sample for approval & cost. |
| FIONA | HEADBAND | 1/8 W X 1 3/4 L WHITE ELASTIC | 12/19: Need EL submit sample for approval. |
| FIONA | BACKPACK PIPING CORD | OFF WHITE CORD FOR PIPING | 12/19: This will be wrapped inside the Aqua Pearlized vinyl in order to make the piping in round shape. Need EL submit sample for approval. |
| JADE | TOP | RED LUREX W/ PURPLE METALLIC THREADS | 12/19: Dropped. Use the fabric submitted from EL. |
| JADE | PANTS | OLIVE GREEN STRETCH POLY SATIN W/ TEXTURE | 12/19: Used the fabric sent from EL on 12/16. LA will provide artwork for the texture. |
| JADE | BEANNIE | MULTI-COLOR DOUBLE KNIT WOVEN | 12/19: Dropped. Use the fabric submitted from EL. |
| JADE . | BACKPACK TIE | GRAY CORD | 12/19: Dropped. Use the fabric submitted from EL. |
| JADE | UNDER WEAR (ATTACH TO SKIRT) | DARK BLUE 15D TRICOT | 12/19: Changed to white color for ALL 4 dolls pack. |
| JADE | SKIRT TRIM LINING | CRIMSOM 15D TRICOT | 12/19: Changed to denim color for ALL the lining of denim for ALL 4 doll packs. |
| JADE | BACKPACK | 1/4 THICK POLYESTER BATTING | |
| YASMIN | PANTS | OYSTER WHITE LIGHTWEIGHT CANVAS | 12/19: Dropped. Use the fabric submitted from EL. |
| YASMIN | TOP | LAVENDER MOIRE STRETCH VELVET | 12/19: Dropped. Use the fabric submitted from EL. |
| YASMIN | BACKPACK & HEAD KERCHIEF TRIM | LIGHT BROWN "ULTRASUEDE" BRUSH TRICOT (HEADKERCHIEF TRIM 3/16W X 10L) | 12/19: Dropped. Use the fabric submitted from EL. EL will advise the new color on 12/20. |
| YASMIN | BACKPACK | 1/8W X 1 1/2L ELASTIC BAND | 12/19: Try to find similar in open market. |

ATTORNEY'S EYES ONLY

MGA000121

EXHIBIT ___C___ PAGE __308__

# NEW FABRIC MATRIX COMMENT

8/4/2004

| | | | |
|---|---|---|---|
| YASMIN | TOP | 1/16W X 6L PERIWINKLE BLUE CORD | 12/19: Need to submit sample for approval. |
| YASMIN | BACKPACK TRIM | BROWN "ULTRASUEDED" BRUSH TRICOT (NEW COLOR) | 12/19: Will advise the new color on 12/20. |
| YASMIN | HEADERCHIEF | PLUM "ULTRASUEDED" BRUSH TRIOT (NEW COLOR) | 12/19: LA will advise the new color on 12/20. |
| KADEISHA | HALTER TOP | TRICOT W/ SPARKLE & SEQUINS HOMBRED EFFECT, HOT PINT, ORANGE & YELLOW | 12/19: Dropped. Use the fabric submitted from EL. |
| KADEISHA | HAT | GRAY & SILVER 1" POM-POM | 12/19: Need EL submit sample for approval & cost. |
| KADEISHA | SKIRT | 2X 5/16 DIAMETER DARK BLUE BUTTOM | 12/19: Need EL submit sample for approval & cost. |
| KADEISHA | | ORANGE BROWN THREAD WHITE GRAY, ORANGE & DARK-BLUE-THREAD, WHITE & BLACK LOW PROFILE VELCRO | 12/19: need color thread to match with the outfit from open market. Try to match velcro color with the outfit from open market. EL need submit sample for approval. |
| KADEISHA | BELT | MOLDED SOFT PLASTIC CHAIN (GOLD) | 12/19: Will reflect this in the tooling cost & product cost. |
| KADEISHA | BACKPACK | LIGHT BLUE NYLON W/ PU | 12/19: Dropped. Use the fabric submitted from EL. |
| KADEISHA | BACKPACK PIPING & TIE | DARK BLUE NYLON | |
| KADEISHA | BACKPACK STRIPES | 1/4W X 4 1/2L X 2 DARK BLUE, ORANGE & WHITE RIBBON | 12/19: Dropped. Use the fabric submitted from EL. |
| KADEISHA | BACKPACK PIPING | CORD FOR PIPING | 12/19: Dropped. Use the fabric submitted from EL. |
| KADEISHA | UNDER WEAR | DARK BLUE 15D TRICOT | 12/19: Changed to white color for ALL 4 dolls pack. |
| KADEISHA | "FANCY" TOP NECK TIE | 2 X 1/16W X 4L ORANGE SATIN RIBBON | 12/19: LA will advise the position for this material on 12/20. EL need to submit sample for approval |
| KADEISHA | TOP LINING | ORANGE 15D TRICOT | 12/19: LA will confirm if this fabric needed to add on 12/20. EL will submit sample for approval |
| KADEISHA | T-SHIRT SLEEVES & NECK TRIM | MULTI-COLOR PRINT DOUBLE KNIT | 12/19: Dropped. Use the fabric submitted from EL. |
| KADEISHA | HAT | LIGHT WEIGHT DOUBLE KNIT W/ SILVER SPARKLE | 12/19: Dropped. Use the fabric submitted from EL. |

ATTORNEY'S EYES
ONLY

MGA000122

EXHIBIT __C__ PAGE __309__