**Tab 59**

**From:** Cecilia Kwok
**Sent:** Tuesday, December 19, 2000 8:45 PM
**To:** Judy Rich; Mercedeh Ward; Wendy Reed
**Cc:** Samuel WONG; Paula Treantafelles
**Subject:** Bratz 12/19 conference call recap

Dear ALL,

Enclosed is the meeting recap of the conference call with Mercedeh/ Paula/ Samuel for your reference:

1. Mercedeh commented the fabric swatch sent on 12/16.
Enclosed is the fabric matrix with Mercedeh's comment. We will release ALL the construction approved fabric accordingly.



FabricSwatchComm
ent12-19.xls (...

2. We advised that we found there were many new fabric as per the fabric matrix sent from Wendy on 12/12 (HK received this on 12/15). Reviewed these new fabric with Mercedeh, basically there are some new fabric/ material added. Enclosed is the fabric matrix for all the new fabric with Mercedeh's comment.
(FYI: the fabric matrix showed ALL the fabric which are different from the one advised when Mercedeh in HK)

NewFabricSwatchC
omment12-19.xl...

3. LA will send the die cut pattern & fabric for the fashion pack to HK on 12/22.
4. The Carry Bag for Bratz moved to 2002 per LA.
5. LA will send the wax sculpting for the shoes to HK on 12/20.
6. Mercedeh approved the parting line for the body, arms & legs as per email on 12/12/00.
7. Mercedeh requested to have the engineering drawing for the tooling for her approval before release tooling.
We will send the drawing together with the working prototype for LA approval before we release tooling.

Regards,
Cecilia

ATTORNEY'S EYES
ONLY

MGA000113

EXHIBIT C PAGE 310

## FIONA FABRIC SHEET

2004

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA comment | MOQ |
|---|---|---|---|---|
| Skirt/ Backpack | 11/7 C.R. - Printed polysueded brushed tricot (Original: Leopard Print Fuzzy Velboa) | 44" Super Brush Tricot 2C | 12/19: Construction Approved. | 2,000 |
| Pants | 2 tone indigo/ silver metallic denim 6 oz (Use backside of fabric) | 52" 6 OZ LT Wt Denim | 12/19: Construction Approved | 1,000 |
| Pants trim | 6mm braid w/ 2mm white w/silver lurex fringe | 6mm braid w/ 2mm fringe | 12/19: Suggested to salvage the fringe from the Denim fabric. EL need to come back with suggestion. | |
| Jacket | 2 tone indigo/ silver metallic denim 6 oz (Use front of fabric) | 52" 6 OZ LT Wt Denim | 12/19: Construction Approved | 1,000 |
| T Shirt | Aqua Lightweight Poly w/ silver logo | 58" Nylon Jersey | 12/19: Need Thicker Fabric. (Not see through) | 1,000 |
| Headband | Aqua & lightbrown vinyl snakeskin print/embossed w/ trico lining | 58" Snake Skin Vinyl | 12/19: Construction Approved | 2,000 |
| Backpack piping | Aqua Pearlized PU coated nylon Interlock | 54" PU Clothes - Aqua Pearlised  *OPTION 1 (Fabric submitted on 12/14 in red color)* | 12/19: Construction Approved but need more Pearlised | 1,000 |
| Backpack | Oyster white nylon woven fabric | 58" 210D Nylon | 12/19: Construction Approved. | 1,000 |
| Backpack piping | Aqua Pearlized PU coated nylon Interlock | 54" PU Clothes - Aqua Pearlised  *OPTION 2 (Fabric submitted on 12/16 in blue color)* | 12/19: Use the option 1 (Fabric submitted on 12/14 in red color) | 500 |

ATTORNEY'S EYES ONLY

MGA000114

Page 1 of 1

EXHIBIT __C__ PAGE 311

# YASMIN FABRIC SHEET

8/4/2004

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA comment | MOQ |
|---|---|---|---|---|
| PANTS | 11/7 C.R. - POPLIN (ORIGINAL: OYSTER WHITE LIGHTWEIGHT CANVAS) | 43" POPLIN | 12/19: Construction Approved. | 1,000 |
| SKIRT | 2 TONE SHINY PINK/INDIGO | 52" NF 1047 DENIM (DYED) | 12/19: DROPPED.  Use the Hoppity Bouncy fabric (construction & color.) | 1,000 |
| SKIRT TRIM | M/ COLORED MESH W/ PLAIN SILVER GLITTER | 54" M/ COLORED MESH W/ PLAIN SILVER GLITTER | 12/19: DROPPED & will use engineering print on the skirt. | |
| TOP | LAVENDER MOIRE STRETCH PANNE KNIT | 58" PANNE KNIT - 1 WAY | 12/19: Construction Approved. There should be waves on the fabric. | 1,000 |
| TOP | NYLON INTERLOCK | 58" 180G PK KNIT | 12/19: NOT APPROVED.  NEED RESUBMITTED.  WE NEED THE NYLON INTERLOCK. | 1,000 |
| TOP SLEEVES | DEEP PERIWINKLE BLUE 15D TRICOT W/ SILVER SPARLE | 44" COLOR 15D TRICOT W/ SILVER DOT - PERIWINKLE BLUE | 12/19: Construction Approved. | 1,000 |
| PANTS RIBBON | MULTI-COLOR TRIM 1/2" | 1/2" RIBBON 3C (SUBSTITUTION MATERIAL) | 12/19: Construction Approved. | 50,000 |
| SKIRT TRIM | 10MM PLUM COLORED SCALLOPPED EDGE BRAID | 10MM PLUM COLORED SCALLOPPED EDGE BRAID | 12/19: Construction Approved. | |
| HEADKERCHIEF | SUEDED POLY BRUSHED TRICOT | 58" SUPER BRUSHED TRICOT | 12/19: Construction Approved. | 1,000 |
| HEADKERCHIEF TRIM | 3MM FLOCK RIBBON | 3MM FLOCK RIBBON | 12/19: Construction Approved. | 3,000 |
| BACKPACK | SUEDED BRUSHED TRICOT W/ 3C SILKSCREEN | 58" 280G SUPER BRUSH TRICOT W/ 3C PRINTED | 12/19: Construction Approved. | 2,000 |
| CORD FOR TOP & BACKPACK | NO SUGGESTED MATERIAL | 1.5MM NYLON STING | 12/19: Construction Approved. | |

ATTORNEY'S EYES ONLY

MGA000115

Page 1 of 1

EXHIBIT C PAGE 312

## JADE FABRIC SHEET

8-...-2004

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA comment | MOQ |
|---|---|---|---|---|
| T-SHIRT | PINK SINGLE KNIT W/ PEARLIZED SILKSCREENED KITTY LOGO | 58" SINGLE KNIT - PINK | 12/19: Construction Approved. | 1,000 |
| T-SHIRT SLEEVES | RED/ PINK SINGLE KNIT | 58" SINGLE KNIT - PRINTED 2C | 12/19: Construction Approved. | 1,000 |
| TOP | 1/7 C.R. TO MET YARN TO CLEAR OR TRANSPARENT (ORIGINAL: CRANBERRY RED CREPE KNIT W/ PURPLE GLITTER) | 44" SILVER THREAD JERSEY | 12/19: Construction Approved. | 1,000 |
| PANTS | 1/7 CHNAGED TO 50D TRICOT W/ CZ W/ PRINT OR EMBOSSED ( ORIGINAL: OLIVE GREEN POLY SATIN W/ TEXTURE) | 54" 50D TRICOT W. CHINTZ - OLIVE GREEN | 12/19: Construction Approved. | 1,000 |
| SKIRT | DARK DENIM W/ FINE SILVER SPARKLE | 52" DENIM - W/ FINE SILVER SPARKLE | 12/19: Construction & Color Approved. | 1,000 |
| SKIRT TRIM | ORIGINAL: CRIMSON VELBOA | 58" 3MM 480G BOA | 12/19: Construction Approved. | 1,000 |
| PANTS TRIM | 3/16" STRIPED RIBBON | 3/16" RIBBON 3C PRINT (SUBSTITUTED MATERIAL) | 12/19: Construction & Width Approved. | 5,000 |
| BEANNIE | MULTI COLORED DOUBLE KNIT | 29" 2 X 2 RIB KNIT - 6C | 12/19: Construction Approved. | |
| BEANNIE BRAIDS | EMBROIDERY YARN | EMBROIDERY YARN | 12/19: Construction Approved. | |
| BACK PACK | SILVER LT WGHT NYLON | 50" LIGHT WT NYLON | 12/19: Construction & Color Approved. | 1,000 |
| BACK PACK CORD | NO SUGGESTED MATERIAL | SILVER CORD | 12/19: Construction & Color Approved.  But need to improve the ending & no fray. | |

ATTORNEY'S EYES ONLY

Page 1 of 1

MGA000116

EXHIBIT _C_ PAGE 313

8/4/2004

## KADEISHA FABRIC SHEET

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA Comment | MOQ |
|---|---|---|---|---|
| SKIRT | DARK BLUE POPLIN | 43" POPLIN - DARK BLUE | 12/19: Construction Approved. | 1,000 |
| T SHIRT | PUMPKIN SINGLE KNIT | 58" SINGLE KNIT - PUMPKIN COLOR | 12/19: Construction Approved. | 1,000 |
| T-SHIRT SLEEVES | 2 X 2 RIB KNIT | 29" 2 X 2 RIB KNIT - 6C | 12/19: Construction Approved. | 1,000 |
| PANTS | WHITE TWILL; LIGHTWEIGHT | 43" T/C COTTON TWILL - WHITE | 12/19: Construction Approved. | 1,000 |
| BACKPACK | LIGHT BLUE WOVEN NYLON | 44" NYLON - LIGHT BLUE | 12/19: Construction Approved. | 1,000 |
| BACK PACK STRAPS | GG (GROSGRAIN) BRAID | 6-7MM GROSGRAIN RIB | 12/19: Construction Approved. | |
| BACKPACK STRAP/ HANDLE/ STRIPES | 3MM BRAID | 3MM BRAID - GRAY/ WHITE | 12/19: Construction Approved. | |
| HALTER TOP | USE LARGER SILVER FOIL DOTS PRTD ON POLY /ILOCK W/ ALLOVER PRT OVER ALL | 44" SILVER DOT PRINT | 12/19: Construction Approved. Needed rainbow color (pink, orange, yellow) on the fabric or on the foil. | |
| HAT | 2 X 2 RIB KNIT | 58" 2 X 2 RIB KNIT - W/ SILVER SPARKLE | 12/19: Construction Approved. Needed to see the silver sparkle effect. | |
| SKIRT/ BACKPACK | ROUND ORANGE ELASTIC | 1.5MM ELASTIC ORANGE | 12/19: diameter & construction approved. But no shiny effect. | |
| SKIRT PICKET | ORANGE MESH | 58" MESH - ORANGE | 12/19: Construction Approved. | 1,000 |

ATTORNEY'S EYES ONLY

Page 1 of 1

MGA000117

EXHIBIT C PAGE 314

8/4/2004

# FASHION PACK 1 FABRIC SHEET

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA Comment | MOQ |
|---|---|---|---|---|
| PANTS TRIM | PRINTED RIBBON WITH COLORED BEAD TRIM | SUBSTITUTE MATERIAL | 12/19: Since HK cannot find the bead, LA will advise new direction on 12/20. | 3,000 |
| PANTS | PANNE KNIT | 58" PANNE KNIT - 1 WAY | 12/19: Construction Approved. | 1,000 |
| TOP | 11/7 C.R. CHANGED TO MET YARN TO CLEAR OR TRANSPARENT ORIGINAL : FUCSHIA NOVELTY KNIT W/ SPARKLE) | 44" SILVER THREAD JERSEY - PURPLE | 12/19: Construction Approved. | 1,000 |

ATTORNEY'S EYES ONLY

Page 1 of 1

MGA000118

EXHIBIT ___C___ PAGE 315

8/4/2004

# FASHION PACK 2 FABRIC SHEET

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA Comment | MOQ |
|---|---|---|---|---|
| TANK TOP | PALE YELLOW "WAFFLE-WEAVE" | 50" 190G/M2 T/C JACQ. KNIT - YELLOW | 12/19: NOT APPROVED. NEED IMPROVED FABRIC. The Waffle weave is too large. | 1,000 |
| PANTS | TIGER PRINTED S/KNIT C/ POLY | 58" 300G SINGLE KNIT 1C | 12/19: Construction Approved. | 1,000 |
| PILLOW | PER 11/15 MEETING RECAP CHANGED TO 3-4 MM VELBOA (ORIGINAL: 6MM RAYON PILE PLUSH) | 58" 3MM VELBOA | 12/19: Construction Approved. | 1,000 |
| BLINDER | PER 11/15 MEETING RECAP CHANGED TO 2-3 MM VELBOA (ORIGINAL: LIGHT BLUE PLUSH 10MM) | 58" 3MM VELBOA - YELLOW | 12/19: Construction Approved. | 1,000 |
| BLINDER (LINING) | LIGHT BLUE 40D TRICOT W/ SHEEN | 58" 40D TRICOT - LIGHT BLUE | 12/19: Construction Approved. | 1,000 |
| BLINDERS | LIGHT BLUE 1/16" ROUND ELASTIC BAND (2MM) | 2MM ELASTIC | 12/19: Awaiting fabric sample submission. | |
| PANTS STRIP | NO SUGGESTION | 1.5MM CORD | 12/19: Construction Approved. | |

ATTORNEY'S EYES ONLY

MGA000119

Page 1 of 1

EXHIBIT _C_ PAGE _316_

8/4/2004

# FASHION PACK 3 FABRIC SHEET

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA Comment | MOQ |
|---|---|---|---|---|
| T-SHIRT | LIGHT BLUE SINGLE KNIT | 58" SINGLE KNIT - LIGHT BLUE | 12/19: Construction Approved. | 1,000 |
| T SHIRT SLEEVES | CRIMSON RED SINGLE KNIT | 58" SINGLE KNIT - CRIMSON RED | 12/19: Construction Approved. | 1,000 |
| PANTS | HEATHERY PLUM SINGLE KNIT | 60" 300G 1 X 1 SINGLE KNIT - HEATHERY PLUM | 12/19: Construction & Color Approved. | 600 |
| BACK PACK | CHINTZ FINISH ON TAFFETA | 58" POLY SATIN CHINTZ - OLIVE | 12/19: Construction Approved. But No texture on It. | 2,000 |
| BACK PACK TRIM | 6MM CRIMSON RED BRAID | 6MM CRIMSON RED BRAID | 12/19: Construction Approved. | 4,000 |

ATTORNEY'S EYES ONLY

Page 1 of 1

MGA000120

EXHIBIT __C__ PAGE __317__

## NEW FABRIC MATRIX COMMENT

8/4/2004

| Character | Position | Material Description | LA Comment |
|---|---|---|---|
| FIONA | PANTS | LIGHTWEIGHT DARK DENIM W/ COARSE SILVER SPARKLE | 12/19: Dropped. Use the fabric submitted from EL. |
| FIONA | SKIRT / BACKPACK (FRONT) | LEOPARD PRINT FUZZY VELBOA | 12/19: Dropped. Use the fabric submitted from EL. |
| FIONA | UNDERWEAR (ATTACH TO SKIRT) | LIGHT BROWN 15D TRICOT | 12/19: Changed to white color for ALL 4 dolls pack. |
| FIONA | BACKPACK (CLOSURE DETAIL) | 1/4W X 3/4L BLACK GROSSGRAIN RIBBON | 12/19: Dropped |
| FIONA | JACKET | 5 X 1/8 SILVER STUDS | 12/19: Need EL submit sample for approval & cost. |
| FIONA | TOP | 4 / 1/16 SILVER STUDS | 12/19: Need EL submit sample for approval & cost. |
| FIONA | HEADBAND | 1/8 W X 1 3/4 L WHITE ELASTIC | 12/19: Need EL submit sample for approval. |
| FIONA | BACKPACK PIPING CORD | OFF WHITE CORD FOR PIPING | 12/19: This will be wrapped inside the Aqua Pearlized vinyl in order to make the piping in round shape. Need EL submit sample for approval. |
| JADE | TOP | RED LUREX W/ PURPLE METALLIC THREADS | 12/19: Dropped. Use the fabric submitted from EL. |
| JADE | PANTS | OLIVE GREEN STRETCH POLY SATIN W/ TEXTURE | 12/19: Used the fabric sent from EL on 12/16. LA will provide artwork for the texture. |
| JADE | BEANNIE | MULTI-COLOR DOUBLE KNIT WOVEN | 12/19: Dropped. Use the fabric submitted from EL. |
| JADE | BACKPACK TIE | GRAY CORD | 12/19: Dropped. Use the fabric submitted from EL. |
| JADE | UNDER WEAR (ATTACH TO SKIRT) | DARK BLUE 15D TRICOT | 12/19: Changed to white color for ALL 4 dolls pack. |
| JADE | SKIRT TRIM LINING | CRIMSOM 15D TRICOT | 12/19: Changed to denim color for ALL the lining of denim for ALL 4 doll packs. |
| JADE | BACKPACK | 1/4 THICK POLYESTER BATTING | |
| YASMIN | PANTS | OYSTER WHITE LIGHTWEIGHT CANVAS | 12/19: Dropped. Use the fabric submitted from EL. |
| YASMIN | TOP | LAVENDER MOIRE STRETCH VELVET | 12/19: Dropped. Use the fabric submitted from EL. |
| YASMIN | BACKPACK & HEAD KERCHIEF TRIM | LIGHT BROWN "ULTRASUEDE" BRUSH TRICOT (HEADKERCHIEF TRIM 3/16W X 10L) | 12/19: Dropped. Use the fabric submitted from EL. EL will advise the new color on 12/20. |
| YASMIN | BACKPACK | 1/8W X 1 1/2L ELASTIC BAND | 12/19: Try to find similar in open market. |

ATTORNEY'S EYES ONLY

MGA000121

EXHIBIT ___C___ PAGE __318__

# NEW FABRIC MATRIX COMMENT

8/4/2004

| | | | |
|---|---|---|---|
| YASMIN | TOP | 1/16W X 6L PERIWINKLE BLUE CORD | 12/19: Need to submit sample for approval. |
| YASMIN | BACKPACK TRIM | BROWN "ULTRASUEDED" BRUSH TRICOT (NEW COLOR) | 12/19:  Will advise the new color on 12/20. |
| YASMIN | HEADERCHIEF | PLUM "ULTRASUEDED" BRUSH TRIOT (NEW COLOR) | 12/19:  LA will advise the new color on 12/20. |
| KADEISHA | HALTER TOP | TRICOT W/ SPARKLE & SEQUINS HOMBRED EFFECT, HOT PINT, ORANGE & YELLOW | 12/19: Dropped.  Use the fabric submitted from EL. |
| KADEISHA | HAT | GRAY & SILVER 1" POM-POM | 12/19: Need EL submit sample for approval & cost. |
| KADEISHA | SKIRT | 2X 5/16 DIAMETER DARK BLUE BUTTOM | 12/19: Need EL submit sample for approval & cost. |
| KADEISHA | | ORANGE BROWN THREAD WHITE GRAY, ORANGE & DARK BLUE THREAD; WHITE & BLACK LOW PROFILE VELCRO | 12/19: need color thread to match with the outfit from open market. Try to match velcro color with the outfit from open market.  EL need submit sample for approval. |
| KADEISHA | BELT | MOLDED SOFT PLASTIC CHAIN (GOLD) | 12/19: Will reflect this in the tooling cost & product cost. |
| KADEISHA | BACKPACK | LIGHT BLUE NYLON W/ PU | 12/19: Dropped.  Use the fabric submitted from EL. |
| KADEISHA | BACKPACK PIPING & TIE | DARK BLUE NYLON | |
| KADEISHA | BACKPACK STRIPES | 1/4W X 4 1/2L X 2 DARK BLUE, ORANGE & WHITE RIBBON | 12/19: Dropped.  Use the fabric submitted from EL. |
| KADEISHA | BACKPACK PIPING | CORD FOR PIPING | 12/19: Dropped.  Use the fabric submitted from EL. |
| KADEISHA | UNDER WEAR | DARK BLUE 15D TRICOT | 12/19: Changed to white color for ALL 4 dolls pack. |
| KADEISHA | "FANCY" TOP NECK TIE | 2 X 1/16W X 4L ORANGE SATIN RIBBON | 12/19: LA will advise the position for this material on 12/20. EL need to submit sample for approval |
| KADEISHA | TOP LINING | ORANGE 15D TRICOT | 12/19: LA will confirm if this fabric needed to add on 12/20. EL will submit sample for approval |
| KADEISHA | T-SHIRT SLEEVES & NECK TRIM | MULTI-COLOR PRINT DOUBLE KNIT | 12/19: Dropped.  Use the fabric submitted from EL. |
| KADEISHA | HAT | LIGHT WEIGHT DOUBLE KNIT W/ SILVER SPARKLE | 12/19: Dropped.  Use the fabric submitted from EL. |

ATTORNEY'S EYES ONLY

MGA000122

EXHIBIT ___C___ PAGE __319__

**Tab 60**

. . .

| | |
|---|---|
| From: | Samuel Wong |
| Sent: | Tuesday, December 19, 2000 10:45 PM |
| To: | Mercedeh Ward; Judy Rich |
| Cc: | Paula Treantafelles; Cecilia Kwok |
| Subject: | RE: Bratz shoes sculpting |

Mercedeh,

**We need the information right away. Please state clearly on the distribution of the number of the shoes, boot and slipper for these 6 sculpting. That is : how many sculpture out of 6 is for boot, how many for shoe, and how many for slipper. Please also advise if each sculpture will be different from each other ( eg : in case there are two boots, is suclpture of each boot is different from each other or not, OR, you just use one sculptuer for the boot, and only seperate them by decorate it with different paints ).**

Judy,

**Please help and make sure HK can get the information tomorrow so that we can complete our tooling quote and send TRA to LA for sign off, thanks!**

Best regards
Samuel (12/20/00)

> -----Original Message-----
> From:      Cecilia Kwok
> Sent:      Wednesday, December 20, 2000 9:21 AM
> To:        Mercedeh Ward
> Cc:        Paula Treantafelles; Judy Rich; Samuel Wong
> Subject:   RE: Bratz shoes sculpting
>
> Dear Mercedeh,
>
> Noted your schedule.  We are preparing the tooling quote together with the spraying mask quote for the TRA.
> Please confirm there are 6 different sculpting for the shoes.
> Please advise the no. of shoes, boot, slipper for these 6 sculpting, we need this for better tooling quote.
> Please advise the no. of different deco for all these 6 sculpting, this is for the spraying mask quote.
>
> Regards,
> Cecilia
>
> > -----Original Message-----
> > From:      Mercedeh Ward
> > Sent:      Wednesday, December 20, 2000 5:52 AM
> > To:        Cecilia Kwok
> > Cc:        Paula Treantafelles; Judy Rich; Samuel Wong
> > Subject: RE: Bratz shoes sculpting
> >
> > Cecilia;
> >
> > I have the tooling aid for the shoes.  Sculpting was completed on 12/15/00, and record molds are completed
> > 12/18/00.  I am sending tooling aids and the samples needed for TF to you today.
> >
> > I am also sending torsos that are primer painted white, you will have to paint the correct skin color and then
> > assemble them for toy fair.
> >
> > Regards;
> >
> > *Mercedeh Ward*

**ATTORNEY'S EYES ONLY**

MGA000124

EXHIBIT __C__ PAGE 320

Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
From:          Cecilia Kwok
Sent:          Tuesday, December 19, 2000 3:44 AM
To:  Mercedeh Ward
Cc:  Paula Treantafelles; Judy Rich; Samuel WONG
Subject:       Bratz shoes sculpting

Dear Mercedeh,

As per conference call this morning, the sculpting for the wax will be sent on 12/20.
There will be 6 different sculpting for the shoes.  Please advise how many different deco for the doll
pack & fashion pack.
We need this information to have the tooling quotation.

Regards,
Cecilia

ATTORNEY'S EYES
ONLY

MGA000125

EXHIBIT  _C_  PAGE 321

**Tab 61**

| From: | Cecilia Kwok |
|---|---|
| Sent: | Wednesday, December 20, 2000 4:54 PM |
| To: | Mercedeh Ward |
| Cc: | Samuel Wong; Judy Rich |
| Subject: | RE: URGENT BRATZ HAIR COLORS |

Mercedeh,

We also need to know the curl size for Sasha.
Please advise.

Regards,
Cecilia

----Original Message----
| From: | Mercedeh Ward |
|---|---|
| Sent: | Thursday, December 21, 2000 7:46 AM |
| To: | Cecilia Kwok |
| Cc: | Samuel Wong; Judy Rich |
| Subject: | RE: URGENT BRATZ HAIR COLORS |

Please see my comments

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

----Original Message----
| From: | Judy Rich |
|---|---|
| Sent: | Wednesday, December 20, 2000 11:58 AM |
| To: | Cecilia Kwok |
| Cc: | Samuel Wong; Mercedeh Ward |
| Subject: | RE: URGENT BRATZ HAIR COLORS |

Cecilia,

Fiona is now Chloe (the white doll) and Kadeisha is now Sasha (the black doll).

Judy
Judy Rich
Project Planner
Product Development
MGA Entertainment
jrich@mgae.com
818/894-2525 x173
www.mgae.com

CONFIDENTIAL -
ATTORNEYS EYES ONLY

----Original Message----
| From: | Cecilia Kwok |
|---|---|
| Sent: | Tuesday, December 19, 2000 11:33 PM |
| To: | Mercedeh Ward |

1

MGA000530

MGA0000530 B

EXHIBIT ___C___ PAGE __322__

Cc:         Samuel Wong; Judy Rich
Subject:   RE: URGENT BRATZ HAIR COLORS

Dear Mercedeh,

There are new names for the Bratz. Please advise the new name for Fiona, & Kadeisha.
Please see our comment below.

Regards,
Cecilia

-----Original Message-----
From: Mercedeh Ward
Sent: Wednesday, December 20, 2000 11:27 AM
To: Samuel Wong; Cecilia Kwok
Subject: FW: URGENT BRATZ HAIR COLORS
Importance: High


Mercedeh Ward
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com


-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Tuesday, December 19, 2000 6:03 PM
To: MWard@mgae.com
Cc: PTreanlafdles@mgae.com
Subject: URGENT BRATZ HAIR COLORS


Hi Merci here are the bratz hair colors and curl sizes that you needed. This
is my best educated guess on the curl sizes but I am pretty sure they are
going to look great.

CHLOE: HB519 curl size, straight
YASMIN: HB572 curl size, 20 mm
JADE: HB9601 curl size, straight
[Cecilia] We will release these three directly.
SASHA: HB441/9601 blend--she will also get tiny braids of 441/9601 blend
[Cecilia] Please advise if these two hair color are in same usage or not. If not, please advise the usage
of HB441 & 9601 [Mercedeh Ward]  Same hair usage.  when we say blend that means that you take one
strand of HB441 and one strand of 9601 and you use them at the same of time.

Ok, that's it.
Hope your day is going better.

Carter


**CONFIDENTIAL -**
**ATTORNEYS EYES ONLY**

2

MGA000531

MGA0000531 B

EXHIBIT ___C___ PAGE 323

**Tab 62**

| From: | Paula Treantafelles |
|---|---|
| Sent: | Wednesday, December 20, 2000 2:26 PM |
| To: | Jimmy Cheng; Samuel Wong; Cecilia Kwok; Ringo Tam; Franki Tsang; Mercedeh Ward; Becky Harris |
| Subject: | RE: HK and NY TF samples |
| Attachments: | tf samples.xls |

OK one more revision.  I apologize.



tf samples.xls (21 KB)

———Original Message———
| From: | Paula Treantafelles |
|---|---|
| Sent: | Wednesday, December 20, 2000 10:09 AM |
| To: | Jimmy Cheng; Samuel Wong; Cecilia Kwok; Ringo Tam; Franki Tsang; Mercedeh Ward; Becky Harris |
| Cc: | Isaac Larian |
| Subject: | HK and NY TF samples |

Please note the revisions made to the attached.
<< File: tf samples.xls >>


Please note the MDB2 international requirements listed on the attached

Isaac
Please understand that I needed to decrease the number of BRATZ samples for NYTF.  We will have 6 of each doll (24 dolls) and 6 of each fashion pack (18 packs).

...To put things in perspective our LA painter will still have to paint 66 pairs of shoes and 24 heads before NY. Its a lot of work.

CONFIDENTIAL -
ATTORNEYS EYES ONLY

1

MGA000140

MGA0000140 B

EXHIBIT __C__ PAGE __324__

| | HKTF samples | NYTF samples | In package |
|---|---|---|---|
| Peek-a-boo | 1 white working<br>1 black working | 12 white working<br>4 black working | of 12, 2 in package<br>of 4, 1 in package |
| Jumbo... | 6 white working<br>0 black working | 12 white working<br>4 black working | of 12, 2 in package<br>of 4, 2 in package |
| Scooter | 2 white working<br>0 black working | 12 white working<br>4 black working | of 12, 6 in package<br>of 4, 2 in package |
| [Nothing] | NOTHING | 12 white working<br>12 on working | of 12, 6 in package<br>of 12, 6 in package |
| Beatz... | 1 Cloe<br>1 Jade<br>1 Yasmin<br>1 Sasha | 6 Cloe<br>6 Jade<br>6 Yasmin<br>6 Sasha | of 6, 2 in package<br>of 6, 2 in package<br>of 6, 2 in package<br>of 6, 2 in package |
| Beatz fashion | 1 Pajama Power-Cloe<br>1 Study Hall Style-Sasha<br>1 With it Wear-Yasmin | 6 Pajama Power<br>6 Study Hall Style<br>6 With it Wear | of 6, 2 in package<br>of 6, 2 in package<br>of 6, 2 in package |
| ... | 10 white<br>8 AA | Use samples from HKTF | of 10, 4 in package<br>of 8, 2 in package |
| ... | 10 white (2 in TRU pin tub)<br>8 AA | Use samples from HKTF | of 10, 4 in package<br>of 8, 2 in package |
| ... | 1 white | 10 white<br>8 AA | of 10, 4 in package<br>of 8, 2 in package |
| MGA International | 1 caucasian working by 1/6<br>6 caucasian working by 1/10 | | |

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000141

MGA0000141 B

EXHIBIT __C__ PAGE 325

**Tab 63**

| | |
|---|---|
| **From:** | Samuel Wong |
| **Sent:** | Tuesday, December 19, 2000 10:45 PM |
| **To:** | Mercedeh Ward; Judy Rich |
| **Cc:** | Paula Treantafelles; Cecilia Kwok |
| **Subject:** | RE: Bratz shoes sculpting |

Mercedeh,

**We need the information right away. Please state clearly on the distribution of the number of the shoes, boot and slipper for these 6 sculpting. That is : how many sculpture out of 6 is for boot, how many for shoe, and how many for slipper. Please also advise if each sculpture will be different from each other ( eg : in case there are two boots, is sculpture of each boot is different from each other or not, OR, you just use one sculptuer for the boot, and only seperate them by decorate it with different paints ).**

**Judy,**

**Please help and make sure HK can get the information tomorrow so that we can complete our tooling quote and send TRA to LA for sign off, thanks!**

Best regards
Samuel (12/20/00)

-----Original Message-----
| | |
|---|---|
| **From:** | Cecilia Kwok |
| **Sent:** | Wednesday, December 20, 2000 9:21 AM |
| **To:** | Mercedeh Ward |
| **Cc:** | Paula Treantafelles; Judy Rich; Samuel Wong |
| **Subject:** | RE: Bratz shoes sculpting |

Dear Mercedeh,

Noted your schedule.  We are preparing the tooling quote together with the spraying mask quote for the TRA.
Please confirm there are 6 different sculpting for the shoes.
Please advise the no. of shoes, boot, slipper for these 6 sculpting, we need this for better tooling quote.
Please advise the no. of different deco for all these 6 sculpting, this is for the spraying mask quote.

Regards,
Cecilia

-----Original Message-----
| | |
|---|---|
| **From:** | Mercedeh Ward |
| **Sent:** | Wednesday, December 20, 2000 5:52 AM |
| **To:** | Cecilia Kwok |
| **Cc:** | Paula Treantafelles; Judy Rich; Samuel Wong |
| **Subject:** | RE: Bratz shoes sculpting |

Cecilia;

I have the tooling aid for the shoes.  Sculpting was completed on 12/15/00, and record molds are completed 12/18/00.  I am sending tooling aids and the samples needed for TF to you today.

I am also sending torsos that are primer painted white, you will have to paint the correct skin color and then assemble them for toy fair.

Regards;

*Mercedeh Ward*

ATTORNEY'S EYES
ONLY

MGA000124

EXHIBIT ___C___ PAGE 376

Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
From:           Cecilia Kwok
Sent:           Tuesday, December 19, 2000 3:44 AM
To:  Mercedeh Ward
Cc:  Paula Treantafelles; Judy Rich; Samuel WONG
Subject:        Bratz shoes sculpting

Dear Mercedeh,

As per conference call this morning, the sculpting for the wax will be sent on 12/20.
There will be 6 different sculpting for the shoes.  Please advise how many different deco for the doll
pack & fashion pack.
We need this information to have the tooling quotation.

Regards,
Cecilia

ATTORNEY'S EYES
ONLY

MGA000125

EXHIBIT __C__ PAGE __327__

**Tab 64**

| | |
|---|---|
| **From:** | Mercedeh Ward |
| **Sent:** | Friday, December 22, 2000 9:43 AM |
| **To:** | Samuel Wong; Judy Rich |
| **Cc:** | Paula Treantafelles |
| **Subject:** | RE: Bratz wax pattern |

Why would I object?  Please start your tooling.

Mercedeh Ward
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com


-----Original Message-----
From: Samuel Wong
Sent: Thursday, December 21, 2000 1:56 AM
To: Mercedeh Ward; Judy Rich
Cc: Paula Treantafelles
Subject: RE: Bratz wax pattern


Mercedeh,

If we don't receive any objection from you tomorrow morning (12/22/00 - HK time) , we
will release to proceed making the master mold and production mold in order to have roto
skin ready to send out from HK on 1/10/01 as committed during the confernece call with
Isaac/Paula/you on 12/19 ( HK time).

best regards
Samuel (12/21/00)
-----Original Message-----
From: Cecilia Kwok
Sent: Thursday, December 21, 2000 2:33 PM
To: Mercedeh Ward
Cc: Samuel WONG; Judy Rich; Paula Treantafelles
Subject: FW: Bratz wax pattern


Mercedeh,

We modified the nose of the two head sculpture as per previous email (due to unbalance
nose).
Enclosed is the photos for your comment.

Regards,
Cecilia

ATTORNEY'S EYES
ONLY                    MGA000190

EXHIBIT ___C___ PAGE 328

**Tab 65**

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Wednesday, December 27, 2000 9:50 AM |
| To: | Cecilia Kwok; Mercedeh Ward |
| Cc: | Samuel Wong; Judy Rich; Colleen O`Higgins |
| Subject: | RE: Bratz wax pattern |

Samuel and Cecilia

In truth I never saw a significant issue with the nose before you adjusted it.  Its very
difficult to see the adjustments reflected in the attached.    I trust that you only
further improved the nose.  Please proceed.

Colleen
FYI.
-----Original Message-----
From: Cecilia Kwok
Sent: Wednesday, December 27, 2000 2:14 AM
To: Mercedeh Ward
Cc: Samuel WONG; Paula Treantafelles; Judy Rich
Subject: FW: Bratz wax pattern


Resend the photo for your comment.

Regards,
Cecilia

-----Original Message-----
From: Cecilia Kwok
Sent: Thursday, December 21, 2000 2:39 PM
To: Mercedeh Ward
Cc: Samuel Wong; Judy Rich; Paula Treantafelles
Subject: FW: Bratz wax pattern


Mercedeh,

We modified the nose of the two head sculpture as per previous email (due to unbalance
nose). Enclosed is the photos for your comment.

Regards,
Cecilia

ATTORNEY'S EYES
ONLY                      MGA000253

EXHIBIT  C   PAGE 329

**Tab 66**

| From: | Isaac Larian |
|---|---|
| Sent: | Friday, December 22, 2000 11:50 PM |
| To: | Franki Tsang; Mercedeh Ward; Paula Treantafelles |
| Cc: | Stephen Lee; Samuel Wong; Cecilia Kwok |
| Subject: | RE: HK TF and Product Meeting Recap |

Frankie is right.

Can HK make duplicate samples here?

-----Original Message-----
| From: | Franki Tsang |
|---|---|
| Sent: | Friday, December 22, 2000 4:56 PM |
| To: | Mercedeh Ward; Paula Treantafelles |
| Cc: | Stephen Lee; Isaac Larian; Samuel Wong; Cecilia Kwok |
| Subject: | RE: HK TF and Product Meeting Recap |

Paula doesn't understand how crazy the HKTF gonna be.  It doesn't make sense that we can only display 4 pcs. (one each) of 6" Bratz against a 4 x 3 feet wall panel setting for this item - and we have 100 appointments.  We can't tell every customer including our major accounts that we are not able to send samples for evaluation/finalization in HK.

Regardless whether we can get perfect samples (not the right fabric material etc.), we are working on some back up counter measures to support this at this end.  Since, I would envision the embarrassment over here when we are lacking of samples esp. when we are encountering competition from Hasbro, Mattel, Jakks and Blue Box vs this Small Dolls category.

Regards,
FT

——Original Message——
| From: | Mercedeh Ward |
|---|---|
| Sent: | Saturday, December 23, 2000 1:29 AM |
| To: | Franki Tsang; Paula Treantafelles |
| Cc: | Stephen Lee; Isaac Larian; Samuel Wong; Cecilia Kwok |
| Subject: | RE: HK TF and Product Meeting Recap |
| Importance: | High |

Dear Franki;

Paula has said that only one set of dolls will be necessary for HK TF and that is what will be sent out to you by her.  Please take with Paula on the sample requirements.

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

——Original Message——
| From: | Franki Tsang |
|---|---|
| Sent: | Tuesday, December 19, 2000 9:16 AM |
| To: | Mercedeh Ward; Paula Treantafelles |
| Cc: | Stephen Lee; Isaac Larian; Samuel Wong; Cecilia Kwok |
| Subject: | RE: HK TF and Product Meeting Recap |

Dear Mercedeh,

Hoping that everything is under control.  HK concerns very much your statement below stating that "If I don't receive the heads Monday or Tuesday this week we will not have samples".

CONFIDENTIAL -
ATTORNEYS EYES ONLY                    1                    MGA000524

MGA0000524 B

EXHIBIT _C_ PAGE 330

Please confirm that 2 sets of complete samples will be made available for HKTF since we need to confirm
to HK-Sales Support about this and start to decorate the wall panel.

-----Original Message-----
From:      Cecilia Kwok
Sent:      Tuesday, December 19, 2000 5:24 PM
To:        Mercedeh Ward; Paula Treantafelles
Cc:        Stephen Lee; Franki Tsang; Isaac Larian; Samuel WONG
Subject:   RE: HK TF and Product Meeting Recap

Mercedeh/ Paula,

We received some of the fabric for the Doll Packs for duplication TF samples but not
complete/ enough.
Enclosed is the list of fabric missing from the packaging. << File: fabricforTF.xls >>  We
also did receive the reference sample for EL duplication. As per conference this morning,
LA will sent out one set of ref sample by 12/20.
Per conference call this morning, advised that the roto heads were already received by LA.
For the Fashion Pack, the fabric & die cut will not be ready by 12/22 & we will not receive
them until 12/27. HK do not have enough time to duplicate the samples for HK TF,
therefore, please develop Two-Three sets samples to support HK TF. We will duplicate the
NYTF samples after receive all the fabric later.
For the torso & shoes, as there is a test mold in LA, please develop all the samples (both for
HK & NY TF) & we will paint the deco.


Regards,
Cecilia

-----Original Message-----
From:      Mercedeh Ward
Sent:      Tuesday, December 19, 2000 1:28 AM
To:        Paula Treantafelles; Isaac Larian
Cc:        Cecilia Kwok; Stephen Lee; Franki Tsang
Subject:   RE: HK TF and Product Meeting Recap

Isaac and Paula;

I am having two sets of torsos and feet made up. I have also supplied HK with enough fabric
to make two sets of fashions. We just need the heads to be rooted and painted. I will talk
with Anna (who paints the heads and see if she can supply the two sets of heads).
I am still waiting to receive the rooted heads. If I don't receive the heads Monday or
Tuesday this week we will not have samples.

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
From:      Paula Treantafelles
Sent:      Monday, December 18, 2000 11:14 AM
To:        Isaac Larian; Franki Tsang; All in Marketing & PD (LA); All in Product Development (HK)
Cc:        Jim Olmstead; Cecilia Kwok; Disraeli Chan; Stanley Li; Stephen Lee; Eric Yip
Subject:   RE: HKTF and Product Meeting Recap

CONFIDENTIAL -
ATTORNEYS EYES ONLY       2                                    MGA000525


MGA0000525 B

EXHIBIT __C__ PAGE _331_

Isaac-

BRATZ HKTF samples- I have advised you many times that we will only have one set of dolls and fashions available for HKTF. You understood each time and asked that we try to make an additional set available. This information was noted on the EXCEL spreadsheet you approved 2 weeks ago.

-----Original Message-----
**From:** Isaac Larian
**Sent:** Saturday, December 16, 2000 7:25 PM
**To:** Frankl Tsang; All in Marketing & PD (LA); All in Product Development (HK)
**Cc:** Jim Olmstead; Cecilia Kwok; Disraeli Chan; Stanley Li; Stephen Lee; Eric Yip
**Subject:** RE: HKTF and Product Meeting Recap

see below

-----Original Message-----
**From:** Frankl Tsang
**Sent:** Friday, December 15, 2000 8:05 AM
**To:** All in Marketing & PD (LA); All in Product Development (HK)
**Cc:** Isaac Larian; Jim Olmstead; Cecilia Kwok; Disraeli Chan; Stanley Li; Stephen Lee; Eric Yip
**Subject:** HKTF and Product Meeting Recap

## HKTF

1. Plan-o-gram - LA to build.
2. End Cap - Colleen to take care in HK.
3. Color FX Casino side-kick requested by Gary Thomson - Due to the packaging size, this one is not good for side-kick. Hk is not going to do anything.
4. Mechanical Art and Die vinyl for 3-D clamshell packaging development - Rachel will send on this Friday (LA time)
5. Product Sheet Outstanding - LA will send on this Friday.
6. Catalog Sheet - Isaac wants to check cost for printing 1,000 sheets only - FT will check and respond by return.

## Product

1. Realbot - Isaac approves to move forward with Kin Yat. HK needs to finalize Unit Cost and adequate tooling to support 200K projection for 2001. Targets for 7/1 PS.
*[Isaac Larian]*

NEED 6/1 PS date or we don't have a product. Also, plan production and tool for 200k from June to October 10.

1. RoboVision3 - Cost Impact. HK located a source capable to provide total solution in kit form at around        Taking others like packaging and casing together, this for sure will exceed the target cost Isaac anticipates. HK will move forward for toy fair samples first. Jonathan advises that CH #2 and #3 might not be legal in USA, will update.
2. *[Isaac Larian]*

I need a price and PS date.
1. Final Fantasy License - *Per Isaac, okay to by-pass licensor approval in order to support the 7/13 movie launch and goods must be arrive in USA 2-3 weeks before the movie launch.* For WT specially, Isaac approves to attach a 9V battery box to the soles of Aki's shoes. HK will send final illustration. HK needs to support 5/1 PS and get tooling released ASAP by all means.

CONFIDENTIAL -
ATTORNEYS EYES ONLY                          3

**REDACTED**                                MGA000526

MGA0000526 B

EXHIBIT __C__ PAGE 332

2. - *[Isaac Larian]*

Need 4-15 PS.
1. Jump Rope Doll - Isaac approves revised price of          with larger box.

2. Bratz - Final sample of fabric with pattern sent per Mercedeh. Mercedeh stresses that she has made clear and finalize everything whilst in HK. As a matter fact, HKPM/EL has been locating some of the fabric materials and getting the pattern done will take time and LA keeps changing the doll spec. vs cost impact. HKPM will communicate directly with Mercedeh to finalize.

*Note: We would have maximum two sets samples for HKTF - in this case, we might not have available samples for buyer's finalization in HK.*
*[Isaac Larian]*

WHY CAN'T WE HAVE MORE SAMPLES? 2 IS NOT ENOUGH.

1. Toddler Tabiter - The is a replacement of MDB-2 for US market. Per PT, needs new head and deco eyes. Arms, hands, legs and outfit patterns will be sent on 12/20. Isaac approves to tool up new roto mold for juice bottle without the MBD logo. This will be a 200K projection item per Isaac.

2. MDB-1 with new head only will be selling to international accounts. Project will be 75-100K per Isaac.

8. Cheerleader - PT confirms to take just 1-color (no blue) paint on shoes.  -
9. Bath-time - PT confirms to change the hair color only. Cecilia will send digital photo today to show the hair styling.
   **Note: Both Items**
   - Isaac approves to stick with OLD packaging for forthcoming orders/shipments.
   - PT okay to let HK to approve the new fabrics vs sample submission from WS.
   - Isaac approves the ship-dates vs Bathtime and Cheerleader as covered in the e.mail earlier.

10 Palm Puppies - Needs to clarify the final packaging size vs LA indicated size of 7.5 x 5.0 x 9.0 instead of 7 x 5 x 4". Per HK, this leads to over a dollar cost increase vs the larger packaging and better plush skin to use. HK will elaborate with EL to nail down the plush cost and in parallel, Isaac will verify with his brother-in-law in LA. As well; HK will put in writing to explain the cost breakdown leading to the high price increase from EL. This is a 1 million pieces forecast per Isaac.

11 *[Isaac Larian]*

PRICE IS NOT APPROVED OR ACCEPTABLE.
Palm Kitties - This is a 500K forecast item per Isaac.
   **Note: Both Items**
   - Isaac demands for 5/1 PS instead of 6/1 PS now. HK to work out and respond.
   - *[Isaac Larian]*
   *[Isaac Larian]* palm puppy WAS 4/1 PS DATE

Options: a handle with the packaging depending on cost impact.

HK Comment: Isaac approved the first cost of          and released tooling in October! HK is now stuck owing to the change of plush materials and a larger box. HK is not in a position to challenge for the changes but just want to remind that this will impact schedule slippage as a result if this project can not be finalized. Upon finalization, LA needs to commit MA booking for long lead time materials. It is contradict to our original plan/target cost - HK elaborated to meet then target but this has been ruined vs the demanded

CONFIDENTIAL -
ATTORNEYS EYES ONLY

4

**REDACTED**

MGA000527

MGA0000527 B

EXHIBIT ___C___ PAGE _333_

-changes now at

Please back up vs shortcomings.

REDACTED

CONFIDENTIAL -
ATTORNEYS EYES ONLY

5

MGA000528

MGA0000528 B

EXHIBIT ___C___ PAGE _334_

**Tab 67**

**From:** Paula Treantafelles
**Sent:** Friday, December 22, 2000 5:55 PM
**To:** Samuel Wong; Judy Rich; Mercedeh Ward; Carter Bryant
**Cc:** Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
**Subject:** RE: Bratz's Pending Issues

Please note my comments below

Please note that we were not able to send to you the pending fabrics and the fashion pack fabric swatches and patterns. The vendor will release them to me as soon as Isaac pays her on Tuesday. ..sorry I am trying.

LA is understanding that we owe you only the following. I will advise release as soon as I get commitment from my vendor. I know that they are late. I am trying...:
- Jade's t-shirt sleeves
- Yasmin's skirt yoke
- Yasmin's backpack
- Fashion pack 3 T-shirt logo
- Fashion pack 3 t shirt sleeves

-----Original Message-----
**From:** Samuel Wong
**Sent:** Friday, December 22, 2000 2:16 AM
**To:** Judy Rich; Mercedeh Ward; Paula Treantafelles
**Cc:** Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
**Subject:** RE: Bratz's Pending Issues

Judy/ Mercedeh/ Paula,

Please note that we are running behind schedule already, therefore, we need all the information and printing art/pattern immediately. LA, please read the following detaily and support us for all we need, we have a diffcult time to hold the schedule in case we cannot provide factory the information immediately, thanks for help in advance :

Here are our questions :

Have received the followings files on 12/21 & 12/22. Please confirm the followings:

- Jadestripe.ai : please advise if it is the pattern for the Beannie of Jade (2 x 2 Rib Knit) YES
- Jadelogo.ai : this is for the logo on the T-shirt of Jade. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Jadetrim.ai
- Yasmintrim.ai
- Sashastripe.ai : this is the pattern for the T-shirt sleeves & necktrim for Sasha YES
- Sashalogo.ai : this is for the logo on the backpack of Sasha. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Cloelogo.ai : this is for the logo on the t-shirt of Cloe. Per Mercedeh in HK, this should be a 1-color Heat Transfer logo. But the one just received is a 1-color + silver foil Heat Transfer logo. Since the logo is very small, it may be not possible to have silver foil. Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only
- pack1trim.ai

ATTORNEY'S EYES ONLY

MGA000197

EXHIBIT _C_ PAGE 335

- pack2trim.ai : this is should be printed on white ribbon wrap around the pillow in Fashion pack 2. However, needed 1/4" seam along both sides of the ribbon. Therefore, the final width of the ribbon will be 3/4". Please confirm if it is acceptable. No the fabric does not need seam allowance. Sew directly on top with clear thread.

- pajamaprincess.ai : this is for the logo on the top of Pajama Power (Fashion pack 2). Per Mercedeh in HK, this should be a 3- or 4-color Heat Transfer logo. But the one just received is a 9-color Heat Transfer logo. There may be cost impact for the additional colors. OK

- pajama.jpeg : please advise this pattern is for which piece of outfit of pajama power (Fashion pack 2). PANTS

- sashatrim.ai : please advise if it is for the backpack strap/ handle. No it is for the side of the backpack only.

- anaimal.jpeg : please advise this pattern is for which doll & which piece of outfit CLOE. Skirt and backpack

**We are still waiting for the followings pattern and graphic, please note that HK need the following information immediately in order to hold the 5/15 PS schedule. We are already miss our target date, please e-mail us immediately. ( THIS IS IMPORTANT !!!!!!! ) LA, please provide immediately to help HK to hold the PS 5/15.**

Listed all the other pattern / graphic which needed to provide us before 12/22 for your quick reference:
- Cloe's skirt/ backpack sent today by email
- snaskeskin print for Cloe's headband sent today by email
- Jade's t-shirt sleeves still waiting on engineered print
- texture for Jade's pants sent today by email
- 3 colors for Jade's beannie braids These are included in the swatch sheets. You dont need artwork for these
- logo on Jade's backpack sent today by email
- Yasmin's skirt yoke still waiting on engineered print
- scalloped edge for Yasmin's skirt trim we do not plan to send you artwork for this. Please source a similar trim from the open market
- Yasmin's backpack still waiting on engineered print
- Sasha's t-shirt logo sent today by email
- Pajama Power's (Fashion Pack 2) pants sent today by email
- Fashion pack 3 T-shirt logo -still waiting on engineered print
- Fashion pack 3 t shirt sleevesstill waiting on engineered print

**Besides, we are waiting for LA direction of the following since we mentioned that EL cannot find these fanbrics, and Mercedeh advised us during the conference call with HK on 12/19 and 12/20 that she will give us direction on using other material to replace them. Therefore, Please advise immediately.**

We also waiting for the direction of the following pending issues:
- Pants & Jacket Trim of Cloe : EL advised that they could not find this kind of trim & needed further direction.
- Pants trim of Fashion Pack 3 : EL advised that they could not find this kind of beat along the trim & needed further direction.
Please source through Legend. These are trims that will need to be created.

ATTORNEY'S EYES ONLY

MGA000198

EXHIBIT ___C___ PAGE 336

- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm.
YES. Please follow the sample attached on the 12/4 fabric sheet.

Thanks & best regards
Samuel (12/22/00)

ATTORNEY'S EYES
ONLY

MGA000199

EXHIBIT __C__ PAGE __337__

**Tab 68**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Friday, December 15, 2000 12:59 PM |
| **To:** | Samuel Wong; Mercedeh Ward |
| **Cc:** | Frankl Tsang; Stephen Lee; Victor Lee; Isaac Larian |
| **Subject:** | RE: Bratz development schedule |

Samuel
Thank you for considering this extremely aggressive schedule for BRATZ. Noted all changes must be approved by Isaac first. LA will support your requirements noted below.

Mercedeh
I will live and die by the revised schedule. Please send me a copy as soon as it is available.

-----Original Message-----
| | |
|---|---|
| **From:** | Samuel Wong |
| **Sent:** | Friday, December 15, 2000 2:51 AM |
| **To:** | Mercedeh Ward; Paula Treantafelles |
| **Cc:** | Frankl Tsang; Stephen Lee; Victor Lee; Isaac Larian |
| **Subject:** | Bratz development schedule |

**EVERYBODY, PLEASE READ THE FOLLOWING SCHEDULE DETAILY. IN ORDER FOR HKTO HOLD THE FOLLOWING SCHEDULE, LA HAS TO HELP TO ACHIEVE ALL OUR REQUEST DATE, OTHERWISE, HK CANNOT HOLD SCHEDULE.**
**BESIDES, DUE TO THE TIGHT SCHEDULE, ONCE WE GOT APPROVAL FROM LA, IF LA REQUEST TO MAKE CHANGE ON SOME OF APPROVED ITEMS, HK HAS TO RECEIVE APPROVAL FROM ISAAC FIRST. PLEASE NOTE.**

Mercedeh/Paula,

Here is the schedule :

1) Based on tool can be started on 12/30/2000.
    ( HK will send out working sample on 12/23, this sample will show articulated functions. LA
    has to approve the sample before **12/29-HK time, so that HK can release tooling on 12/30**)

2) 1st test shot will be ready on 3/10/2001.

3) EP samples will be ready for QA/QC testing on 3/22/2001.

4) FEP samples will be ready for QA/QC final review and testing on 4/16/2001.

5) PP will be start on 4/30/2001.

6) **PS will be start on 5/15/2001.**

7) 1st inspection on 5/30/2001.

8) 1st OBS will be ready on 6/10/2001.

**The above schedule is based on the following conditions, LA has to stick with the conditions, anything change will impact on the schedule.**

a) HK will send out all the fabrics that we sourced according to the information that Mercedeh
    gave us in HK on 12/20/2000 for LA to make the approval on the fabric construction. If HK
    cannot find the exact fabric construction, then, HK will send substitution for LA to do approval.
    **LA has to give approval before 12/27/2000 - HK time.**   ATTORNEY'S EYES
                                                          ONLY                    MGA000091

EXHIBIT _C__ PAGE _338_

b) Upon receive fabric construction approval from LA on/before 12/27/2000 -HK time. HK will prepare lab dip colors and printing pattern for LA to do approval on color/printing pattern approval. This will send out on 1/18/2001. **LA has to do approval on/before 1/29/2001- HK time. Upon receive approval. HK will release factory to go ahead to purchase the fabrics for production.**
To acheive this schedule, HK has to receive LA's printing artwork and PMS color on fabrics no later than 12/22/2000- HK time.

c) LA has to advise the hair color code, curl size filament of the Saran hair supplier before 12/20- HK time, so that HK can place order according to the information given by LA immediately to the Saran hair supplier in Japan since the leadtime of ordering this Saran Hair is very long.

d) HK need to receive LA's rooting master on 2/26/2001 - HK time.  HK will then send rooting sample to LA for approval on 3/20/2001. LA has to give approval on our rooting sample no later than 3/24 - HK time.

d) HK need to receive paint master from LA on 2/10/2001 - HK time. HK will then send painted sample to LA for approval on 3/6/2001. LA has to give approval no later than 3/10/2001 - HK time.

e) HK has to receive the FMA from LA for the packaging on  3/1/2001.
This is because, HK wants to have packaging at the FEP stage so that we can test on the packaging to see if there are any potential and hidden problem on the construction. Here, we reserve 1 wk. for minor touch up, another few days for film processing. Another week for factory to submit us the print proof for approval before we release mass production.

ATTORNEY'S EYES ONLY

MGA000092

EXHIBIT C PAGE 339

**Tab 69**

| | |
|---|---|
| From: | Bryant598@cs.com |
| Sent: | Tuesday, December 26, 2000 11:28 AM |
| To: | PTreantafelles@mgae.com |
| Cc: | VO'Conner@mgae.com |
| Subject: | NYTF BRATZ fashions |

Hi Paula,

I left you a message about this, but just to reiterate:

I called a friend of mine from my fashion design-school days to help me find some leads for a full-service vendor who can create copies of the dolls' fashions and fabrics for NYTF.

I think it would be in the very best interests of MGA to use a full service vendor, who has their own resources as far as samplemakers, etc., to create these fashions. Otherwise it will be like assembling a whole new team of samplemakers, patternmaker, etc. to do it on our own, and I don't think there is time to do all that what with quotes for all of them, etc., and I think that it would end up costing much more anyway.

That said, we need a vendor who can:
see either the sketches or the dolls' fashions and fabrics and replicate them to fit the models. They will need to find their own fabrics and make patterns. The fabrics needn't be exactly what we've used on the dolls, I don't think, but should be close approximations. Since the fabrics we used to create the dolls were mainly from existing, store-bought garments, it would be impossible for us to supply them with exact fabrics in the quantity that they will need to replicate them at human scale, they will simply have to source out similar fabrics themselves. A good full service custom costume company should be able to do this and have the resources to do it in time.

The following vendor came highly recommended and I suggest that Victoria call them and tell them what you are looking for and get quotes. I will supply more vendor leads as I get them.

*Western Costumes, located in North Hollywood. Works with major studios and is one of the largest custom costume houses in L.A. 818-760-0900. They will be open  Jan. 2, 2001.

That's it for now!
Carter

ATTORNEY'S EYES ONLY          MGA000202

EXHIBIT ___C___ PAGE 340

**Tab 70**

| From: | Mercedeh Ward |
|---|---|
| Sent: | Tuesday, December 26, 2000 5:00 PM |
| To: | Samuel Wong; Cecilia Kwok |
| Cc: | Paula Treantafelles; Judy Rich; Isaac Larian; Colleen O`Higgins; Victor Lee; Franki Tsang |
| Subject: | Bratz Model |

| Importance: | High |
|---|---|

Paula has asked me to look at the model you have sent and make comments. I will need the engineering drawings on the doll torso and I would like to see the wall thickness that they are specifying. If you can not supply this to me I would like to know if I can cut into one of the legs to see the way the inner leg is put together. Please note the following that I see with out having to take the torso apart. The following needs to be corrected:

- Arms are at different distances from the center of the body.
- When arms are at the dolls side right arm is at an angle to the body, left arm is almost parallel to the body. Both arms should be in the same position when down at the dolls side. Left arm is a better position.
- Somehow the arms have twisted down towards the ground. It might have been because you corrected the parting line. Please confirm.
- When the arms are raised above the dolls head they are at different angle to the body need to correct.
- The hips of the doll have expanded. We need to look at reducing them down. I really need to see the engineering drawings so I can do the modification I do have some suggestions but I do not know the wall thickness and what is the quality control requirements the you are holding.
- In the co molding process the dolls legs have moved to the outside. As the flexible material is over the leg armature. I can feel the leg armature throw the skin. The leg armature needs to follow the same center line as the out side skin. Looking at the right leg the leg armature is to the left of the centerline. This has to be corrected or will have major returns on this product.
- The leg connectors do not seem strong enough to pass a 25lb pull test. (Mattel's quality test)
- I am not sure that the child will be able to put the shoes on and off very easily on the knob at the ankle. I had asked if this could be minimized before please revisit.
- I do not see any lap joints on the two torso halves. We need them so the body will not split. The male/female pins and bosses are not enough. You are going to have a pinching problem.
- The neck plug also is missing the top part that stays in the dolls head. This will ensure that the dolls head will not come off at a 25lb pull test.

Please provide the engineering drawings to me.

Regards;

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

ATTORNEY'S EYES
ONLY

MGA000211

EXHIBIT _C_ PAGE _341_

**Tab 71**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Tuesday, December 26, 2000 8:04 PM |
| **To:** | Carter Bryant; Mercedeh Ward |
| **Subject:** | Bratz open vs closed mouth |

Carter

OK 2 lip styles for BRATZ (open and closed)....  I need to understand which version is intended for which dolls.

I also need you to convince me that we need 2 lip versions.

ATTORNEY'S EYES
ONLY

MGA000219

EXHIBIT C PAGE 342

**Tab 72**

| From: | Bryant598@cs.com |
|---|---|
| Sent: | Wednesday, December 27, 2000 8:54 AM |
| To: | MWard@mgae.com |
| Subject: | Re: |

yeah we did....i think we could ask HK to go to Legends to see if it can be developed; if there is no way it can,or not enough time, I am fine with a tiny fringe trim as long as there is some kind of fringe trim, that's the look of those pants.

Carter

ATTORNEY'S EYES
ONLY                    MGA000248

EXHIBIT __C__ PAGE 343

**Tab 73**

| From: | Mercedeh Ward |
|---|---|
| Sent: | Wednesday, December 27, 2000 9:04 AM |
| To: | Cecilia Kwok; Paula Treantafelles |
| Cc: | Victor Lee; Franki Tsang; Samuel Wong; Judy Rich |
| Subject: | RE: Bratz's Pattens |

*Mercedeh Ward*

Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
| From: | Cecilia Kwok |
|---|---|
| Sent: | Wednesday, December 27, 2000 4:56 AM |
| To: | Paula Treantafelles; Mercedeh Ward |
| Cc: | Victor Lee; Franki Tsang; Samuel Wong; Judy Rich |
| Subject: | RE: Bratz's Pattens |

Dear all,

Here are the summary for Bratz.

1. Pending graphic from LA
*[Mercedeh Ward]* You will receive these when the designer comes back from vacation.
- Jade's t-shirt sleeves
- Yasmin's skirt yoke
- Yasmin's backpack
- Fashion pack 3 T-shirt logo
- Fashion pack 3 t shirt sleeves
- snaskeskin print for Cloe's headband

2. Comment on the received patterns
- graphic on the white ribbon wrap around the pillow in Fashion pack 2 : No the fabric does not need seam allowance. Sew directly on top with clear thread. EL will check this & advise.
- *[Mercedeh Ward]* We do want tot sew the ribbon into the seem.
- Logo on the t-shirt of Cloe: Per Mercedeh in HK
- *[Mercedeh Ward]* this was agreed by Carter and then changed. I don't have the authority to make such a judgment per Isaac.
- , this should be a 1-color Heat Transfer logo. But the one just received is a 1-color + silver foil Heat Transfer logo. Since the logo is very small, it may be not possible to have silver foil
- *[Mercedeh Ward]* you print the one color onto the silver foil.
- . Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only. Please confirm only ONE color (silver) for the logo.
- *[Mercedeh Ward]* Paula needs to give design direction
- sashatrim.ai : please advise if it is for the backpack strap/ handle. No it is for the side of the backpack only. Please noted that SAME TRIM will be used for the strap, handle & stripes of the backpack when Mercedeh in HK *[Mercedeh Ward]* Please remember there were two people in HK. Since the trip to HK Carter ahs made changes. The handle and straps are made of the same materials as the

. **ATTORNEY'S EYES ONLY**

MGA000249

EXHIBIT ___C___ PAGE 344

backpack material now. the strip on the side as he agreed in HK.

- *texture for Jade's pants (jadesharkrepeat.jpg)/ pants for pajama power (pajama.jpg)/ pattern on skirt & backpack for Cloe (anaimal.jpg) : These are files in jpg format. We need the files in illustrator (ai) in order to make sure that the scales are the one you expected. (FYI: the scale of jpg file can be changed.)*
- *[Mercedeh Ward]* You an import a JPG file into Illustrator or Photoshop. The reason the designer had forwarded the JPG files is that it makes the files smaller. We can have her send a disk to you. Paula will you let Sarah know.

3. Pending Issues
- *Colors for Jade's beannie braids: These are included in the swatch sheets. You dont need ortwork for these. Will ask EL to source according to the swatch sheets. [Mercedeh Ward]* Braids were approved on the phone on our conversation on 11/14/00
- *scalloped edge for Yasmin's skirt trim: we do not plan to send you artwork for this. Please source a similar trim from the open market. [Mercedeh Ward]* Now I am really confused is this written by Paula or Cecilia? Who is not supplying art? HK or LA? *Will ask EL to source according to the swatch sheets.*
- *Pants & Jacket Trim of Cloe : As per telephone call this morning, we advised that EL already tried to source these kind of trim from Legend but not available. LA will advise further direction on 12/28.*
- *[Mercedeh Ward]* I have suggested to Paula this needs to change.
- *Pants tram of Fashion Pack 3 : As per telephone call this morning, we advised that EL already tried to source these kind of trim from Legend but not available. LA advised that they already removed the beats & will send the update swatch to us.*
- *[Mercedeh Ward]* I have already suggested to Paula to change this
- *Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm. YES. Please follow the sample attached on the 12/4 fabric sheet. Noted. [Mercedeh Ward]* There should be some kind of drawing for HK to follow, Sarah can do that.

*Regards,*
*Cecilia*

ATTORNEY'S EYES
ONLY

MGA000250

EXHIBIT $C$ PAGE 345

**Tab 74**

| | |
|---|---|
| From: | Bryant598@cs.com |
| Sent: | Wednesday, December 27, 2000 10:51 AM |
| To: | PTreantafelles@mgae.com |
| Subject: | LEADS FOR NYTF COSTUMES; BRATZ |

Hi Paula! Here are some more leads for you and/or Victoria for costumes for
NYTF. I don't know if the last 3 leads would be able to help, but I think the
first 3 should be great resources.
Please forward this to Victoria too, as I don't have her email address.
Thanks a bunch!
Carter

American Costume Co.
818-764-2239

Elizabeth Courtney Costumes
818-763-8615

Motion Picture Costume Co.
818-764-8191

Warner Bros.
818-954-5693

Disney Costumes
818-560-1056

Universal Costumes
818-777-2722

ATTORNEY'S EYES
ONLY                    MGA000255

EXHIBIT  C   PAGE 346

**Tab 75**

| From: | Mercedeh Ward |
|---|---|
| Sent: | Wednesday, December 27, 2000 9:07 AM |
| To: | Cecilia Kwok; Paula Treantafelles |
| Cc: | Disraeli Chan; Samuel Wong; Judy Rich; Victor Lee |
| Subject: | RE: Bratz updated quote from EL |

In HK defense I will say that when we met in HK my understand was that nothing was going to change after we left.  The changes came from Carter and Veronica and I have already told them that some were not necessary.  But they aid we should still cost.  For example the silver studs.....

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

---Original Message---

| From: | Cecilia Kwok |
|---|---|
| Sent: | Wednesday, December 27, 2000 5:17 AM |
| To: | Paula Treantafelles; Mercedeh Ward |
| Cc: | Disraeli Chan; Samuel WONG; Judy Rich; Victor Lee |
| Subject: | Bratz updated quote from EL |

Dear all,

Enclosed are the updated EL's quote for your reference.  Please noted that the cost are NOT FINAL & FOR YOUR REFERENCE ONLY.  HK is still studying the cost & will advise later.

« OLE Object: Microsoft Excel Worksheet »

REMARK:

1. The cost impact for increase the hair from 15gm to 25gm is US$0.125/pc.  This is NOT INCLUDED in the above cost.
2. The cost are quoted based on the die cut pattern provided for TF.  However, the counter sample from EL found that the size of some of the outfit is not large enough.  We are checking & will advise by tomorrow.
3. The cost above did NOT INCLUDE the additional materials like the buttons/ silver studs/ pom pom etc.  EL still sourcing these material & will advise.
4. As per pattern files received these few days, there are addition color(s) for some of the patterns.  There will be cost impact for the fabric.  Moreover, there will be COST IMPACT (US$388/ HK$3,000 for each color) for the roller.
5. As per logo files received these few days, there are addition color(s) for some of the logos.  There will be cost impact for the logo.  Moreover, the MOQ for each Heat Transfer logo is around 30K pieces.  (Suggestion : use silkscreen method to replace the Heat Transfer label & Cut down the no. of colors in order to save cost.)

Regards,
Cecilia

CONFIDENTIAL –
ATTORNEYS EYES ONLY   1          MGA000482

MGA0000482 B

EXHIBIT _C_ PAGE _347_

**Tab 76**

| From: | Mercedeh Ward |
|---|---|
| Sent: | Wednesday, December 27, 2000 8:38 AM |
| To: | Samuel Wong |
| Cc: | Paula Treantafelles; Judy Rich; Isaac Larian; Colleen O`Higgins; Victor Lee; Franki Tsang; Cecilia Kwok |
| Subject: | RE: Bratz Model |
| Importance: | High |

Please see my comments

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
| From: | Samuel Wong |
|---|---|
| Sent: | Wednesday, December 27, 2000 2:47 AM |
| To: | Mercedeh Ward |
| Cc: | Paula Treantafelles; Judy Rich; Isaac Larian; Colleen O`Higgins; Victor Lee; Franki Tsang; Cecilia Kwok |
| Subject: | RE: Bratz Model |

PLEASE SEE MY COMMENTS BELOW :
-----Original Message-----
| From: | Mercedeh Ward |
|---|---|
| Sent: | Wednesday, December 27, 2000 9:00 AM |
| To: | Samuel Wong; Cecilia Kwok |
| Cc: | Paula Treantafelles; Judy Rich; Isaac Larian; Colleen O`Higgins; Victor Lee; Franki Tsang |
| Subject: | Bratz Model |
| Importance: | High |

Paula has asked me to look at the model you have sent and make comments.  I will need the engineering
drawings on the doll torso and I would like to see the wall thickness that they are specifying.  If you can not
supply this to me I would like to know if I can cut into one of the legs to see the way the inner leg is put together.
Please note the following that I see with out having to take the torso apart.  The following needs to be corrected:

- Arms are at different distances from the center of the body.
- *[Samuel Wong]* THIS IS NOTED AND COMMENTED TO FACTORY WHEN WE RECEIVED THE
  SAMPLE. WE HAD COMMENTED TO LA ON 12/22 WHEN WE SENT THE SAMPLE OUT. THE RIGHT
  ARM IS NOT CORRECT AND PROTRUDE A LITTLE BIT WHEN COMPAREED WITH LEFT ARM. THIS
  WILL BE FIXED AND NOT HAPPEN IN FUTURE PRODUCTION
- *[Mercedeh Ward]* ok
- When arms are at the dolls side right arm is at an angle to the body, left arm is almost parallel to the body.
  Both arms should be in the same position when down at the dolls side. Left arm is a better position.
- *[Samuel Wong]* SAME COMMENTS AS ABOVE.
- *[Mercedeh Ward]* ok
- Somehow the arms have twisted down towards the ground.  It might have been because you corrected the
  parting line.  Please confirm.
- *[Samuel Wong]* NO, THE PARTING LINE ARE SAME AS WHAT WE SHOWED TO LA APPROVED ON
  12/12. WE ARE FOLLOWING EXACTLY THE SAME PARTING LINE, NO CHANGE.
- *[Mercedeh Ward]* they are different but I will take your work on this.
- When the arms are raised above the dolls head they are at different angle to the body need to correct.
- *[Samuel Wong]* THIS IS DUE TO THE RIGHT ARM PROTRUDE A LITTLE BIT OUTWARD, SAME
  PROBLEM AS MENTIONED IN THE ABOVE COMMENT # 1, CORRECT?
- *[Mercedeh Ward]* ok
- The hips of the doll have expanded.We need to look at reducing them down.  I really need to see the

ATTORNEY'S EYES
ONLY

MGA000234

EXHIBIT C  PAGE 348

engineering drawings so I can do the modification I do have some suggestions but I do not know the wall thickness and what is the quality control requirements the you are holding. *[Samuel Wong]* DO YOU MEAN THE SHAPE OF THE HIP NEED TO BE CHANGED, PLEASE KINDLY NOTE THAT THE WORKNG SAMPLE THAT WE SENT IS FOLLOWING EXACTLY YOUR PROVIDED PATTERN. IF YOU WANT TO EXPAND THE HIP, YOU **HAVE TO GIVE US A NEW PATTERN** AND SEND TO US AGAIN FOR DUPLICATION. IF YOU WANT **TO CHANGE THE SHAPE OF THE HIP**, WE NEED NEW PATTERN, WE CANNOT BASE ON ONLY THE DIMENSIONS CHANGE ON ENGINEERING DRAWINGS.

- *[Mercedeh Ward]* I think you misread my comment.  The hips that we have received back are much wider than the tooling aid I sent you.  Please compare the two you will see that the sample you sent to use has wider hips then out tooling aid to you.  We want the hips to be the same as what we have already sent to you.
-
- FACTORY IS STILL PREPARING THE ENGINEERING DRAWINGS, THEY WILL BE READY TO SEND ON 1/2/01.
- *[Mercedeh Ward]* I still want to see these.
- THE WALL THICKNESS OF THE BODY WILL BE BETWEEN 1.5MM TO 1.8 MM.
- *[Mercedeh Ward]* ok
- In the co molding process the dolls legs have moved to the outside.  As the flexible material is over the leg armature.  I can feel the leg armature throw the skin.  The leg armature needs to follow the same center line as the out side skin.  Looking at the right leg the leg armature is to the left of the centerline.  This has to be corrected or will have major returns on this product.
- *[Samuel Wong]* CONFIRM THE LEG ARMATURE WILL BE IN THE CENTRE. WHEN PREPARE THIS WORKING SAMPLE, LEG ARMATURE MOVED TO THE SIDE IS DUE TO POOR WORKMANSHIP WHEN POUR THE PU MATERIAL TO COVER ON TOP OF THE ARMATURE. THIS WILL NOT HAPPEN IN PRODUCTION.
- *[Mercedeh Ward]* ok.  Make sure there is enough wall thickness that can cover the armature.
- The leg connectors do not seem strong enough to pass a 25lb pull test. (Mattel's quality test)
- *[Samuel Wong]* THE LEGS WILL BE COVERED BY THE PVC MATERIAL. YOU CANNOT PULL THE LEG ARMATURE DIRECTLY. THE LEG ARMATURE WILL BE MOLDED IN POM MATERIAL
- *[Mercedeh Ward]* I understand that the legs will be covered by PVC material.  If a child takes the doll and have it facing her and pulls the legs apart to the side of the doll.  The leg connector can not come apart.
- I am not sure that the child will be able to put the shoes on and off very easily on the knob at the ankle.  I had asked if this could be minimized before please revisit.
- *[Samuel Wong]* PER OUR PREVIOUS CONFERENCE CALL, YOU ADVISED THAT THE INSERT FORCE FOR THE CHILD TO PUT ON THE SHOES SHOULD NOT EXCEED 5 POUNDS. FACTORY IS TAKING THIS AS SPEC. TO CONTROL THE INSERT FORCE NOT EXCEED 5 POUNDS.
- *[Mercedeh Ward]* The undercut sees to more than 5 lbs.  For their tooling they should cut the tool less an then adjust.  The way this is designed if it is more than 5lbs to pull the legs off they will have to go back and weld the tool so they can reduce the force.
- I do not see any lap joints on the two torso halves.  We need them so the body will not split.  The male/female pins and bosses are not enough.  You are going to have a pinching problem.
- *[Samuel Wong]* THE LAP JOINT WILL BE MADE INTO THE TOOLINGS.
- *[Mercedeh Ward]* ok
- The neck plug also is missing the top part that stays in the dolls head.  This will ensure that the dolls head will not come off at a 25lb pull test.
- *[Samuel Wong]* THIS IS NOTED AND THIS WILL BE MADE IN THE TOOLINGS.
- *[Mercedeh Ward]* ok

Please provide the engineering drawings to me.
*[Samuel Wong]* ENGINEERING DRAWINGS WILL BE READY TO SEND ON 1/3/01.
*[Mercedeh Ward]* ok


*[Samuel Wong]* SINCE THE ENGINEERING DRAWINGS WILL ONLY BE READY TO SEND ON 1/3/01, CAN WE BASE ON THE WORKING SAMPLE THAT YOU HAD REVIEWED AND TOGETHER WITH THE INFOIRMATION THAT I REPLIED YOU IN THE ABOVE TO START THE TOOLINGS OR YOU NEED TO SEE ALL THE ENGINEERING DRAWINGS BEFORE APPROVE US FOR TOOLING START, PLEASE ADVISE.
*[Mercedeh Ward]* please make the hips smaller (measuring from outer part of one leg to the outer part of the other leg.) than what you sent us.  Please make the hips the same size as our tooling aid that has already been sent to you.

ATTORNEY'S EYES ONLY

MGA000235

EXHIBIT ___C___ PAGE 349

( IF YOU DECIDE TO CHANGE THE HIP, WE CANNOT START TOOLING ON THE BODY UNTIL WE
RECEIVE THE NEW PATTERN, THEREFORE, PLEASE ADVISE IF THE SHAPE OF THE HIP IS GOING TO
CHANGE OR NOT )
*[Mercedeh Ward]* I don't know what you want me to say here.  You should start the tooling and adjust your
model to match.our tooling aid that was sent to you.  What is different is the upper leg.  Your model is much
rounder than ours.  I will fax something to you today so you can see the difference.

THANKS & BEST REGARDS
SAMUEL ( 12/27/00 )
Regards;
*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

ATTORNEY'S EYES
ONLY

MGA000236

EXHIBIT _C_ PAGE 350

**Tab 77**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Wednesday, December 27, 2000 1:22 PM |
| **To:** | Samuel Wong; Franki Tsang; Cecilia Kwok; Mercedeh Ward; Colleen O`Higgins; Ringo Tam; Jimmy Cheng |
| **Subject:** | stuff for HKTF |

Please note that the following (components for HKTF) will be sent to HK by priority mail tomorrow (vs. today):

- 6 rooted/groomed and painted jump rope heads
- 2 rooted/groomed and painted scooter heads
- 4 assembled BRATZ dolls (dressed, painted shoes/faces and hair wigs)
- 4 small boards (one for each BRATZ doll) with the additional fashion pieces
- 3 boards with sewn fashion pieces (one for each BRATZ fashion pack)
- 7 presentation boards (one for each BRATZ doll and fashion pack)


I will send digital photos of each BRATZ doll (hair style, outfit, face deco, shoe deco) and fashion pack tomorrow morning before we pack them up.

**ATTORNEY'S EYES ONLY**

MGA000256

EXHIBIT _C_ PAGE 351

**Tab 78**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Wednesday, December 27, 2000 10:07 AM |
| **To:** | Samuel Wong; Cecilia Kwok; Mercedeh Ward |
| **Subject:** | open vs closed mouth |

Samuel and Cecilia

I apologize for the confusion. I learned this morning that proceeding with both lip styles will not impose additional tooling cost or schedule impact. Therefore please proceed with both mouth versions.

open mouth = sasha and yasmin
closed mouth = cloe and jade

Again.. I apologize for the confusion.

ATTORNEY'S EYES ONLY

MGA000254

EXHIBIT C PAGE 352

**Tab 79**

| | |
|---|---|
| **From:** | Mercedeh Ward |
| **Sent:** | Friday, December 29, 2000 9:55 AM |
| **To:** | Samuel Wong |
| **Cc:** | Cecilia Kwok; Judy Rich; Paula Treantafelles |
| **Subject:** | RE: Part line of shoes-Bratz |
| **Importance:** | High |

Samuel;

I sent a fax to your attention just pointing out the places I am concerned about and I made my suggestion on where I recommend the parting lines should be.  It is just a suggestion.  The way the sculptor made the shoes was so the parting line run the same way the slipper's parting line would run.  I made the suggestion that the parts should be made of ABS last night so the shrink can be controlled in production.  Your suggestion is PVC.  PVC is the ideal material to use for the shoes but I feel the heals on these shoes are so thick that we will have problems.

If you are reassuring me that we will not have problems in production then I will be okay with this.

Mercedeh Ward
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com


-----Original Message-----
From: Samuel Wong
Sent: Friday, December 29, 2000 1:42 AM
To: Mercedeh Ward
Cc: Cecilia Kwok; Judy Rich; Paula Treantafelles
Subject: FW: Partline of shoes-Bratz


Mercedeh,

Mercedeh,

Per today's PD meeting, you approve the parting line as per our siggestions ( see pictures ). HK will control the shrinkage and we will use PVC material for the shoes. Please note.

thanks & best regards
Samuel (12/29/00)

-----Original Message-----
From: Cecilia Kwok
Sent: Thursday, December 28, 2000 6:11 PM
To: Mercedeh Ward
Cc: Paula Treantafelles; Samuel WONG; Judy Rich
Subject: FW: Partline of shoes-Bratz


Dear Mercedeh,

Enclosed is the proposed parting line for the 3 shoes, they changed the parting line of sneaker & healed shoe. Please comment if these are acceptable.

Regards,
Cecilia

**ATTORNEY'S EYES
ONLY**

MGA000322

EXHIBIT _C_ PAGE 353

**Tab 80**

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Friday, December 29, 2000 1:19 PM |
| To: | Carter Bryant; Mercedeh Ward |
| Cc: | Colleen O'Higgins |

Carter-
To ensure that we offer the same perceived value among all fashion packs I have dropped some packout pieces. Each sku will have a shirt, pants, pair of shoes and bag.

**Pajama Power:** tank top, pj bottoms, slippers and pillow (Mercedeh suggested that we make this a pillow that can transform into sleepover bag)

**Study Hall Style:** pants, shirt, pair of shoes and school bag

**Dynamite Dance:** pants, shirt, pair of shoes and purse.

Mercedeh-
Please communicate this information to HK. Thanks.

ATTORNEY'S EYES
ONLY

MGA000333

EXHIBIT __C__ PAGE __354__

**Tab 81**

From: Isaac Larian
Sent: Saturday, January 06, 2001 8:32 AM
To: Samuel Wong
Cc: Stephen Lee; Paula Treantafelles; Mercedeh Ward; Judy Rich
Subject: FW: Bratz Tooling Quote - FOR YOUR APPROVAL

Importance: High

Follow Up Flag: Follow up
Due By: Friday, January 05, 2001 5:00 PM
Flag Status: Flagged

Attachments: Microsoft Excel 97; ToolingTRA.xls

I signed this but price is too high.

-----Original Message-----
From: Samuel Wong
Sent: Friday, January 05, 2001 11:55 PM
To: Colleen O'Higgins; Mercedeh Ward; Paula Treantafelles; Isaac Larian
Cc: Judy Rich; Cecilia Kwok; Franki Tsang; Stephen Lee; Stanley Li;
Victor Lee
Subject: FW: Bratz Tooling Quote - FOR YOUR APPROVAL
Importance: High

Dear All,

We need the signature badly so that we can proceed toolings right away. Again,
please note that the tooling quote is based on weekly capacity for each doll is
12K max. There are 4 dolls, therefore, the total weekly capacity is 48K
altogether.

thanks & best regards
Samuel (1/6/01)

-----Original Message-----
From: Judy Rich
Sent: Saturday, January 06, 2001 1:08 AM
To: Isaac Larian
Cc: Paula Treantafelles; Mercedeh Ward; Colleen O'Higgins; Janet Lam;
Samuel Wong; Cecilia Kwok
Subject: FW: Bratz Tooling Quote - FOR YOUR APPROVAL
Importance: High

Isaac,

I just learned that Mercedeh will not be in today.  In the interest of time,
would you sign the TRA?  Please note, however, that Paula has not yet seen an
engineering body.

Thank you.

Judy

Judy Rich

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009177

EXHIBIT C PAGE 355

Project Planner
Product Development
MGA Entertainment
jrich@mgae.com
818/894-2525 x173
www.mgae.com

-----Original Message-----
From: Janet Lam
Sent: Thursday, January 04, 2001 7:27 PM
To: Judy Rich
Cc: Cecilia Kwok
Subject: FW: Bratz Tooling Quote

Dear Judy,
Please kindly counter sign and get Mercedeh & Isaac for approval.
Tks, Janet

-----Original Message-----
From:        Cecilia Kwok
Sent: Friday, January 05, 2001 10:38 AM
To:     Janet Lam
Subject:     FW: Bratz Tooling Quote

  Dear Janet,

Enclosed are the files of the TRA & the tooling description, please get LA
approval.
Thanks,
Cecilia

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009178

EXHIBIT C PAGE 356

# MGA  ENTERTAINMENT

## TOOLING RELEASE AUTHORIZATION

TO :          **ISAAC/ STEPHEN**          DATE :          January 5, 2001

FROM :        R & D - Cecilia Kwok

Please advise your official authorization to release the tooling described as below. Please sign and return the copy for records.

ITEM# :
DESCRIPTION :  BRATZ (DOLL PACKS & FASHION PACKS)
VENDOR :       EARLY LIGHT

| Tools Description | No. of Tools | Charges | 1st Shot |
|---|---|---|---|
| Tools/ Spraying masks/ Sonic Horns for doll | 14 | HK$489,000 | 3/10/2001 |
| Tools/ Spraying masks for shoes | 13 | HK$280,000 | |
| Tools for accessory/ Rollers for Fabric Print | | HK$77,000 | |

TOTAL :  HK$846,000/ US$109,444

REMARKS :
1. Tooling description : please see document attached.
2. Tooling payment: 40% deposit, 30% 1st shot, 30% balance.
3. Tooling start on 12/30/2000, 1st shot on 3/10/01, Final shot on 4/16/01.
4. Weekly cap: 12K / each doll pack (48K for 4 doll packs)

EVALUATED BY  *CECILIA / SAMUEL*          APPROVED BY :
CECILIA KWOK/ SAMUEL WONG                                JUDY RICH
(Project Executive/ Product manager)                      (Project Planner)

APPROVED BY :    *VICTOR*          APPROVED BY :
VICTOR LEE                                                MERCEDEH WARD
(R & D)                                                   (Sr Product Manager)

APPROVED BY :   *STEPHEN LEE*          APPROVED BY :   IL 1-5-2000
STEPHEN LEE                                              ISAAC LARIAN (President)
(Managing Director)

MGA 0009178.1

oolingTRA.xls

EXHIBIT C PAGE 857

| TO | : | MGA | | O/REF | : | |
|---|---|---|---|---|---|---|
| ATTN | : | CECILIA KWOK | | DATE | : | 4-Jan-01 |
| FROM | : | Jackie Chan | | FAX NO. | : | 23120101 |
| C.C. | : | F.CHOI / W.NG - P.1 R.CHENG / K.HUI / Y.K.LEE | | PAGE | : | 1   OF   4 |

RE : BRATZ - DOLL PACK TOOLING COST (48K)

PER YOUR REQUEST, WE HEREBY WOULD LIKE TO SUBMIT OUR REVISED TOOLING COST W/ BREAKDOWN (Rev.06) FOR YOUR REFERENCE. PLS REVIEW & ADVISE, THKS.

| DESC | US$ TOOLING COST |
|---|---|
| NUDE FIGURE | 63,260 |
| ~~WIGS~~ Deleted | 0 |
| SHOES | 36,223 |
| ACCESSORIES | 9,961 |
| TOTAL : | 109,444 |

REMARKS :
1. PLS REFER TO THE ATTACHED BREAKDOWN FOR DETAILS.
2. PLS NOTE THAT THE ABOVE TOOLING COST IS BASED ON :
   - WEEKLY CAPACITY 48K PCS (SHARED W/ 4 DOLL PACKS) &
   - 4 UP TOOLS FOR QUOTING
3. PER YOUR LATEST INFO.,
   - 2 STYLES OF ROTO HEAD
   - 7 DIFFERENT STYLES OF SHOES (I.E. 7 SETS OF TOOLS)
4. THE ROLLER CHARGE FOR THE FABRIC BEING ATTACHED.
   THE NUMBER OF COLORS WILL BE REVISED ONCE FINALIZED.
5. Per the e-mail on 14Dec, there will be no wig for the doll. The hair will be rooted to the head directly. The sheet for the wigs had been removed.
6. As the asst ratio had been changed on the e-mail date 12/29, the tooling for shoes re-arranged.

BEST REGARDS,

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 0009178.2

EXHIBIT C PAGE 358

# MGA ENTERTAINMENT STANDARD QUOTE SHEET
## TOOLING AND LINE TOOLING COST

TO: DISRAELI CHAN    DATE: 4-Jan-01    REVISION

FROM: Jackie Chan    VENDOR: EARLY LIGHT    REF. NO.

PRODUCT NUMBER:    PRODUCT NAME: BRATZ - DOLL PACK (FIGURE)

| NO. | TOOLING/LINE TOOLING TYPE | DESCRIPTION | CAV/UP | MAT'L | M/C SIZE (OZ) | CYCLE TIME (sec) | DAILY RATE | COST (HKD) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ROTO | HEAD STYLE "A" | 50 / 50 | ROTO PVC | - | - | 4,000 | 15,000 | |
| | ROTO | HEAD STYLE "B" | 50 / 50 | ROTO PVC | - | - | 4,000 | 15,000 | |
| 2 | INJ | TORSO FRONT (COMMON) | 4 / 4 | ABS | 7 | 35 | 8,146 | 46,000 | |
| | | TOROS REAR (COMMON) | 4 / 4 | | | | | | |
| 3 | INJ | UPPER LEG INSERT L/R (COMMON) | 4 / 2 | POM | 7 | 28 | 5,091 | 42,000 | |
| | | LOWER LEG INSERT L/R (COMMON) | 4 / 2 | | | | | | |
| 3A | INJ (DUPLICATE) | | 8 / 2 | POM | 7 | 28 | 5,091 | 40,000 | |
| 4 | INJ | HIP JOINT INSERT L/R (COMMON) | 4 / 2 | ST801 | 4 | 30 | 4,752 | 36,000 | |
| | | SHOULDER JOINT INSERT L/R (COMMON) | 4 / 2 | | | | | | |
| | | NECK PLUG (COMMON) | 2 / 2 | | | | | | |
| 4A | INJ (DUPLICATE) | | 10 / 2 | ST801 | 4 | 30 | 4,752 | 34,000 | |
| 5 | INJ | LEG L/R (INSERT MOLD) (COMMON) | 2 / 1 | PVC | 10 | 35 | 2,037 | 38,000 | |
| 5A | INJ (DUPLICATE) | | 2 / 1 | PVC | 10 | 35 | 2,037 | 36,000 | |
| 5B | INJ (DUPLICATE) | | 2 / 1 | PVC | 10 | 35 | 2,037 | 36,000 | |
| 5C | INJ (DUPLICATE) | | 2 / 1 | PVC | 10 | 35 | 2,037 | 36,000 | |
| 6 | INJ | ARM L/R (INSERT MOLD) (COMMON) | 4 / 2 | PVC | 7 | 35 | 4,073 | 40,000 | |
| 6A | INJ (DUPLICATE) | | 4 / 2 | PVC | 7 | 35 | 4,073 | 38,000 | |
| 7 | LINE | SPRAYING MASK (18 OPS / DOLL) X 4 DOLLS | | | | | | 25,000 | |
| 8 | LINE | SONIC HORNS (TORSO X 4 SETS | | | | | | 12,000 | |
| | | | | | | | TOTAL (HKD) | 489,000 | |
| | | | | | | | TOTAL (USD) | 63,260 | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 0009178.3

EXHIBIT C PAGE 359



# MGA ENTERTAINMENT STANDARD QUOTE SHEET
## TOOLING AND LINE TOOLING COST

TO : DISRAELI CHAN   DATE : 4-Jan-01   REVISION :

FROM : Jackie Chan   VENDOR : EARLY LIGHT   REF. NO. :

PRODUCT NUMBER :   PRODUCT NAME : BRATZ - DOLL PACK (SHOES)

| NO. | TOOLING/LINE TOOLING TYPE | DESCRIPTION | CAV/UP | MAT'L | M/C SIZE (OZ) | CYCLE TIME (sec) | DAILY RATE | COST (HKD) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| 11 | INJ | HIGH HEELED PLATFORM SHOE #1 | 6 / 3 | PVC | 7 | 40 | 5,346 | 52,000 | |
| 12 | INJ | PLATFORM SANDALS #2 | 4 / 2 | PVC | 7 | 35 | 4,073 | 40,000 | |
| 13 | INJ | SNEAKERS #3 | 4 / 2 | PVC | 7 | 35 | 4,073 | 40,000 | |
| 14 | INJ | SLIPPERS #4 | 2 / 1 | PVC | 7 | 35 | 2,037 | 42,000 | |
| | | SHORT BOOT #5 | 2 / | | | | | | |
| 15 | LINE | SPRAY MASK (HIGH HEELED PLATFORM SHOE) | | | | | | 2,000 | |
| 16 | LINE | SPRAY MASK (PLATFORM SANDALS) | | | | | | 2,000 | |
| 17 | LINE | SPRAY MASK (SNEAKERS) | | | | | | 2,000 | |
| 18 | LINE | SPRAY MASK (SLIPPERS) | | | | | | 2,000 | |
| | LINE | SPRAY MASK (SHORT BOOT) | | | | | | 2,000 | |
| 20 | INJ | CONSTRUCTION BOOT #6 | 4 / 2 | PVC | 7 | 35 | 4,073 | 46,000 | |
| 21 | INJ | TALL FLOWER BOOT #7 | 4 / 2 | PVC | 4 | 35 | 4,073 | 46,000 | |
| 23 | LINE | SPRAY MASK (CONSTRUCTION BOOT) | | | | | | 2,000 | |
| 24 | LINE | SPRAY MASK (TALL FLOWER BOOT) | | | | | | 2,000 | |
| | | | | | | | | | |
| | | | | | | | - | | |
| | | Per the e-mail on 14Dec, the no. of tooling for the shoes had been changed from 8 sets to 6 sets. | | | | | | | |
| | | Per the info on 20Dec, the no. of spray mask should be 11 sets since some shoes will be with 3 different deco. | | | | | | | |
| | | Per the e-mail on 21Dec, the no. of shoes and spray mask should be 7 sets. | | | | | | | |
| | | Per the e-mail on 29Dec, the asst. ratio had been changed, so the tooling for the shoes should be re-arrange as above. | | | | | TOTAL (HKD) | | 280,000 | |
| | | | | | | | TOTAL (USD) | | 36,223 | |

CONFIDENTIAL -
ATTORNEY'S EYES ONLY

MGA 0009178.4

EXHIBIT __C__ PAGE 360



# MGA ENTERTAINMENT STANDARD QUOTE SHEET
## TOOLING AND LINE TOOLING COST

TO : DISRA.ELL CHAN
FROM : Jackie Chan
PRODUCT NUMBER :

DATE : 4-Jan-01
VENDOR : EARLY LIGHT
PRODUCT NAME : BRATZ - DOLL PACK (ACCESSORY)

REVISION : 0
REF. NO. :

| NO. | TOOLING/LINE TOOLING TYPE | DESCRIPTION | CAV/UP | MAT'L | M/C SIZE (OZ) | CYCLE TIME (sec) | DAILY RATE | COST (HKD) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| 25 | INJ | BRUSH (COMMON) DELETED | 4 / 4 | PR | 3 | 35 | 8,146 | | |
| 26 | INJ | BELT(COMMON FOR FIONA, JADE & KADEISHA) | 4 / 4 | PVC | 4 | 35 | 8,146 | 32,000 | |
| 27 | INJ | SIMPLE ACCESSORY DELETED | 4 / 4 | ABS | 3 | 35 | 2,037 | | |
| 28 | INJ | BELT (KADEISHA) DELETED | 4 / 4 | PVC | 4 | 35 | 8,146 | | |
| 29 | LINE | ROLLER FOR FABRIC PRINTING HK$1,000 EACH COLOR (TOTAL 15 COLORS) | | | | | | 45,000 | |
| | | 2 COLORS FOR FIONAS SKIRT AND BACKPACK--SUPER TRICOT | | | | | | | |
| | | 2 COLORS FOR YASMIN'S BACKPACK--SUPER TRICOT | | | | | | | |
| | | 3 COLORS FOR YASMIN'S SKIRT--1047 DENIM | | | | | | | |
| | | 2 COLORS FOR JADE'S SLEEVES--SINGLE KNIT | | | | | | | |
| | | 3 COLORS FOR FASHION PACK #2--SINGLE KNIT | | | | | | : | |
| | | 2 COLORS FOR FASHION PACK #3--SINGLE KNIT | | | | | | : | |
| | | Per the e-mail on 14Dec, the brush and the accessory had been removed. | | | | | | | |
| | | Per the info on 20Dec, there will be an addition mold for the belt of Kadeisha. | | | | | | | |
| | | Per the tele-con on 30.Dec, the mold of Kadeisha's belt will be deleted. The Kadeisha will use the same belt of Jade and Fiona. | | | | | | : | |
| | | | | | | | TOTAL (HKD) | 77,000 | |
| | | | | | | | TOTAL (USD) | 9,961 | |

MGA 0009178.5

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

EXHIBIT C PAGE 361

**Tab 82**

| From: | Samuel Wong |
| --- | --- |
| To: | Cecilia Kwok; Paula Treantafelles |
| CC: | Victor Lee; Franki Tsang; Judy Rich; Mercedeh Ward |
| BCC: | |
| Sent Date: | 2001-01-05 09:59:02:578 |
| Received Date: | 2001-01-05 09:59:00:787 |
| Subject: | RE: Bratz Updated Schedule |
| Attachments: | |

Isaac insists the schedule need to be moved up. We are doing whatever we can to speed up the schedule. Therefore, please help to fill up our need and request as best as you can. Thank you in advance.

Best regards
Samuel (1/5/01)

-----Original Message-----
From: Cecilia Kwok
Sent: Friday, January 05, 2001 5:55 PM
To: Paula Treantafelles
Cc: Samuel WONG; Victor Lee; Franki TSANG; Judy Rich; Mercedeh Ward
Subject: Bratz Updated Schedule

Dear Paula,

Have meeting with Isaac this afternoon, the PS for Bratz move up to 5/1/01.
When you received the fabric artwork from the designer on 1/5 (LA Time), please **email the files to HK** instead of by Fedex.
We will have the updated schedule early next week.

Regards,
Cecilia

Confidential - For Attorney's Eyes Only

C 302   MGA 0048571

**Tab 83**

From:     Isaac Larian
Sent:     Wednesday, January 10, 2001 9:49 PM
To:       Eva Chuck
Cc:       Eric Yip; Helene Bartels; Patrick Williams; Lon Ross
Subject:  Letter to Walmart- Please edit and give to Eric to send with the samples right away.

1-11-2001

Mr. Ron Stover

Wal-Mart

Dear Ron,

Thanks for your call.

   1-  Mrs. Field cookie factory:

I am sending you herewith the accessories. Each unit will contain the following:

3 assorted mixes.

1 Baking Tool

1 Spatula

1 Cookie Spoon

1 Muffin Spoon

1 Dipping Cup

1 Butter warming lid

1 Muffin Pan

1 Cookie/ Brownie Pan

4 Baking Tips cards

1 Recipe Booklet

3 money –saving coupons worth $10 for shopping any Mrs. Field Cookie products.

Total 18 pcs of accessories and coupons.

All of these will be prominently featured in the final packaging

   2-  Bratz:

We are sending you samples herewith. Please note these are duplicate samples for product selection purposes only. The
final product will have a much better face paint and accessories (as you saw in the showroom).

MGA003727

4/20/2004

CONFIDENTIAL -
ATTORNEYS EYES ONLY

EXHIBIT  C  PAGE 363
MGA0003727 B

If there are any further questions, please feel free to call me at my cell phone 9405-4387

Thank you for your consideration.

Sincerely.

Isaac Larian

4/20/2004

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA003728

EXHIBIT ___C___ PAGE  364

MGA0003728 B

**Tab 84**

**From:**     Bryant598@cs.com
**Sent:**     Thursday, January 11, 2001 12:10 PM
**To:**       PTreantafelles@mgae.com
**Subject:**  Yasmin's Backpack Design

Hi Paula, can you forward this to the appropriate people on our team? Thanks.


Hi everyone on Bratz team,

I think there has been some miscommunication on this backpack which I'm
afraid I may be at fault for; I apologize.

Please understand that at one point we had talked about creating a print on a
'lace' fabric to make the backpack appear as if it were real crocheted fabric.

After talking with our fabric designer Sarah Halpern, I decided that maybe
this was not the best route to take, and decided to create the ENTIRE body of
the backpack as an engineered print made to SIMULATE crocheted lace on top of
a solid color. This reflects the fabric artwork you have now. We should NOT
print this design on any lace at all, rather, we should print it on the
brushed tricot fabric that was called out on the design spec sheets. This
should allow us to do an engineered print much easier, allow us to use all
the colors necessary, hopefully, and may give us more options other than
using a silk-screening process.

Unfortunately, I'm not sure I communicated this change to everyone, which I
think is  the reason for the confusion, but I hope this clears things up, and
again I apologize for the miscommunication!

Thanks.
Carter Bryant

ATTORNEY'S EYES
ONLY

MGA000365

EXHIBIT __C__ PAGE 305

**Tab 85**

**From:**      Cecilia Kwok
**Sent:**      Tuesday, January 16, 2001 4:50 PM
**To:**        Paula Treantafelles; Carter Bryant
**Cc:**        Judy Rich; Samuel Wong
**Subject:**   RE: Bratz Hair

Dear all,

We confirmed the hair code for each doll are:
Cloe : HB519 straight hair
Yasmin : HB522 20mm curl
Jade : HB9601 straight hair
Sasha : HB 312 straight hair

There was no change & same as before.
Please confirm.

Regards,
Cecilia

-----Original Message-----
**From:**      Paula Treantafelles
**Sent:**      Wednesday, January 17, 2001 12:40 AM
**To:**        Cecilia Kwok; Carter Bryant
**Cc:**        Judy Rich; Samuel Wong
**Subject:**   RE: Bratz Hair

Cecilia
Did you confirm the hair colors with Carter last night at our conference call. We wanted to discuss before you released the FMA

-----Original Message-----
**From:**      Cecilia Kwok
**Sent:**      Monday, January 15, 2001 10:15 PM
**To:**        Paula Treantafelles
**Cc:**        Judy Rich; Samuel Wong
**Subject:** RE: Bratz Hair

Dear all,

Noted and will release the all hair MA with 500D/10F for production accordingly.

Regards,
Cecilia

-----Original Message-----
**From:**      Paula Treantafelles
**Sent:**      Tuesday, January 16, 2001 6:14 AM
**To:** Samuel Wong; Cecilia Kwok
**Subject:**

Per your earlier inquiry .. please note that we will be using 500D/10F in saran hair

ATTORNEY'S EYES
ONLY

MGA000369

EXHIBIT _C_ PAGE 366

material

ATTORNEY'S EYES
ONLY

MGA000370

EXHIBIT __C__ PAGE 367

**Tab 86**

| | |
|---|---|
| **From:** | Cecilia Kwok |
| **Sent:** | Tuesday, January 16, 2001 2:35 AM |
| **To:** | Paula Treantafelles; Colleen O`Higgins; Judy Rich; Carter Bryant |
| **Cc:** | Samuel Wong; Victor Lee |
| **Subject:** | RE: BRATZ pending softgoods approval |

Dear all,

Please see my additional comments that discuss in today conference call (1/16 HK Time).

Re: Final Die Cut Pattern & Ref Samples
LA will advise if there is any fine tune for the die cut pattern. The DDD for the Final Die Cut Pattern is 2/15/01. We requested to have one full set of the sewn reference sample. Confirmed to use the samples for HK TF.

Carter, I added some PMS requested, please double check & reply us. Thanks.
Paula, Please double check & confirm my comments.

Regards,
Cecilia

-----Original Message-----
**From:** Paula Treantafelles
**Sent:** Tuesday, January 16, 2001 12:59 PM
**To:** Samuel Wong; Cecilia Kwok; Colleen O`Higgins; Judy Rich; Carter Bryant; Victor Lee
**Subject:** BRATZ pending softgoods approval

The following fabric is still pending approval. Noted that approval must be confirmed by 2/16:

Sasha-
- pompom for color
- fabric art for sleeve printed on white single knit construction.
  *[Cecilia]* Use approved single knit construction for the Fashion Pack#2 T-shirt
- backpack light blue nylon
- 7mm stripe for side of backpack
- *[Cecilia]* The 3mm Braid - gray/ white dropped
- orange elastic for the skirt pockets and drawstring for bottom of skirt
- rainbow print for shirt.  CARTER- please send PMS colors for the rainbow print for top
  *[Cecilia]* We also need the PMS colors for the background. We also advised that there will be no fabric swatch for approval.
- belt in correct color.  CARTER- please advise PMS color for belt
- yarn colors for hat
  *[Cecilia]* Dropped the 2x2 Rib knit and changed to double knit with same sparkle effect. We are checking with EL & will advise by tomorrow.
- heat transfer logo
- new deco color to replace pumpkin deco  CARTER- please advise PMS color
  *[Cecilia]* This is for the new deco for the sneaker shoes.
*[Cecilia]* Approved the white color of the pants sent on 12/15.
*[Cecilia]* Dropped the button for the skirt
*[Cecilia]* The backpack piping : use fabric in any construction, but with the correct color.

ATTORNEY'S EYES
ONLY

MGA000366

EXHIBIT _C_ PAGE 368

Yasmin-
- skirt trim in correct color
  *[Cecilia]* The skirt trim design & construction sent on 1/13 approved.  Need lab dip submission.
- pannae knit in correct color
  *[Cecilia]* This is for the Top. Will send two swatch – one is for the color & one is for the wave effect
- submission of shirt with wave detail
- sleeves for top in correct color
- pants ribbon in correct color
- headkercheif, headkercheif ribbon and backpack challenge vendor to improve contraction
  *[Cecilia]* will only have the improved construction of the head kerchief.  Will stick on the 3mm flock ribbon for the head kerchief ribbon.
- submit headkercheif, headkercheif ribbon and backpack in correct color in currently approved construction
- backpack engineering print  HK to work with vendor to decrease number of colors used
  *[Cecilia]* This should be provided from CARTER.
- skirt engineering print  Hk to work with vendor to decrease number of colors used
  *[Cecilia]* This should be provided from CARTER.

Jade:
- color submission for trim of skirt
- submission of engineering print for sleeves
- lab dip for bodice of t-shirt in correct color
- stripes on pants in correct colors
- lab dip of pants in correct color
- double knit beenie with engineering print
- strings for beenie in the correct colors
- heat transfer logo
- *[Cecilia]* The skirt use same fabric (color & construction) as the Cloe's Pants & Jacket.
- *[Cecilia]* belt in correct color.    CARTER- please advise PMS color for belt

Chloe:
- aqua lightweight poly in correct color
- white woven nylon for color approval
  *[Cecilia]* This is for the backpack
- pu pearlized blue trim for backpack
- headband with our submitted engineering print.
- heat transfer logo.
- *[Cecilia]* Accepted to use silver paint instead of the silver foil for the heat transfer logo.

*[Cecilia]* Approved the swatch (color & construction) sent on 1/6 for the Pants' trim
*[Cecilia]* Approved the denim color sewn with the Pants' trim for the Jacket & Pants both color & construction. (The pants trim sent on 1/6).  This fabric will also be used on Jade's skirt.
*[Cecilia]* Approved both the color & construction for the 3mm & 2mm silver studs which sent on 12/27.
*[Cecilia]* Super Brush Tricot with pattern for the Skirt & Backpack
*[Cecilia]* belt in correct color.    CARTER- please advise PMS color for belt

Study Hall Style:
- trim for backpack
- cord for pants in correct color
- *[Cecilia]* The color of the cord will be match with the color of the pants
- silkscreen submission for t-shirt

ATTORNEY'S EYES ONLY

MGA000367

EXHIBIT __C__ PAGE 369

- *[Cecilia]* We use engineering print for the T-shirt sleeves & Heat Transfer label for the logo on the T-shirt. We will submit both for approval.
- heat transfer logo

Pajama Power:
- white single knit for t-shirt
- ribbon for top for correct color
- *[Cecilia]* PLEASE CONFIRM THE COLOR.  THIS RIBBON ORIGINALLY IN YELLOW COLOR MATCH WITH THE COLOR OF THE TOP FABRIC.  PLEASE ADVISE IF THERE ANY CHANGES FOR THE COLOR OF THE RIBBON
- pants with engineering print
- revised purple deco for socks  CARTER- please advise correct PMS color
- *[Cecilia]* Approved the pillow trim with pattern which sewn on the TF samples

*[Cecilia]* The Heat Transfer logo on the Top approved.

Dynamite Dance:
- beads that match the approved shirt color
  *[Cecilia]* This is for the purse. The size of the beads needed to be a little bit bigger than the one for TF sample. The shape should be not in round shape.
- sewing submission of purse in approved shirt color and construction
  *[Cecilia]* The purse will be stuffed with tissue paper.
- trim for pants
- HK to submit shoes with iridescent overspray
  *[Cecilia]* New deco color for the shoes will be advised.  CARTER - PLEASE ADVISE.
  *[Cecilia]* Comment on the purse for the TF sample
  1. The overall size needed to be smaller
  2. The handle is too long & not from both end of the purse. The handle should be in the middle of the purse same as the HK TF sample.

PLEASE NOTE THAT ALL SHOE DECO HAS BEEN APPROVED FOR COLOR AND APPLICATION WITH THE EXCEPTION TO THE REVISIONS NOTED ABOVE FOR PAJAMA POWER, SASHA TENNIS SHOE AND DYNAMITE DANCE.
*[Cecilia]* CONFIRMED NO GLITTERING OR IRIDESCENT FINISHING FOR ALL THE SHOES EXCEPT THE ONE FOR DYNAMYTE DANCE (FASHION PACK #1)
- Accepted to use white velcro for all the outfit
- HK will quote the cost different for the low profit velcro
- Confirmed to use 50D tricot in white for the underwear
- Confirmed Yasmin & Sasha used the opened mouth and Cloe & Jade used the closed mouth in production

ATTORNEY'S EYES ONLY

MGA000368

EXHIBIT  C   PAGE 370

**Tab 87**

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Thursday, January 18, 2001 2:04 PM |
| To: | Carter Bryant; Cecilia Kwok; Samuel Wong |
| Subject: | RE: BRATZ pending softgoods approval |

Here are the other comments/approval against submissions sent on 1/16

Fashion Pack 2:
pants-Carter commented in below.  Please submit for approval.
pants strip:  approved for color and construction

Sasha:
pants-approved for color and construction

Jade:
skirt trim- not approved.  There is too much brown in this sample.  Pease challenge
vendor to resubmit with more red

Yasmin
cord for top:  approved for color and construction

Cloe:
backpack nylon woven:  color is approved.  construction is very good but needs to be
thicker.  please resubmit
backpack piping:  approved for color and construction.

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Wednesday, January 17, 2001 10:34 PM
To: CKwok@mgae.com
Cc: PTreantafelles@mgae.com
Subject: Re: BRATZ pending softgoods approval


Hi Cecelia,

Paula and I were just reviewing the submission for the print for the pants
for fashion pak #2, "pajama power" and both felt that the colors were too
light. Can I request PMS changes for this print?

I don't have the original PMS color call-outs in front of me, so I'll just
have to sort of name the colors off.

For the blue background and accents on the clouds, can we change this color
to 2905U.
For the green moons, can we change to 367U.
For the yellow stars, can we change to 106U.

Also, on the top for this fashion pack, I asked for a white ribbon I think. I
promise not to change my mind again, but can we find a green close to PMS
color 367U? This color, or a comparable color should be available on open
market.

Thank you very much Cecelia.

Sincerely,
Carter

ATTORNEY'S EYES
ONLY                    MGA000380

EXHIBIT __C__ PAGE __371__

**Tab 88**

From:           Cecilia Kwok
Sent:           Wednesday, January 17, 2001 10:27 PM
To:             Paula Treantafelles; Judy Rich; Carter Bryant
Cc:             Samuel Wong; Victor Lee
Subject:        RE: Bratz Deco Inquiry

Dear all,

Enclosed are the photo of the color chip available for each doll for your reference.


whitedeco1-18.JPG
(37 KB)
White:


asiandeco1-18.JPG
(34 KB)
Asian:


hispanicdeco1-18.J
PG (38 KB)
Hispanic:


blackdeco1-18.JPG
(40 KB)
Black:

We also have two except color chips on hand - one is for white doll & one is for black doll.


MVC-060F.JPG (33
KB)

Since the photo may be not clear enough, listed the chips available for your reference:
Re: White
- Lip Liner                    Eye-liner
- Lips & Upper Shadow          Eye-Shadow Highlight
- Iris
- Iris Highlight
- Eye Shadow
Re: Asian
- Shadow
- Iris Highlight
- Lip Liner & Middle Shadow
- Iris & Brows
Re: Hispanic
- Shadow                       Iris & Brows
- Iris Highlight               Shadow Highlight
- Middle Shadow
- Iris Highlight

ATTORNEY'S EYES ONLY

MGA000371

EXHIBIT __C__ PAGE 372

- Lips

Re: Black

- Lower Shadow Highlight     Lips
- Lower Shadow     Liner
- Upper Eye-Shadow     Iris Highlight
- Iris     Iris Highlight

Please confirm if you still need me to send back to Carter.
Please advise Carter's Tel no to send the deco spec to Carter.

Regards,
Cecilia

-----Original Message-----
**From:**    Paula Treantafelles
**Sent:**    Thursday, January 18, 2001 11:03 AM
**To:**    Cecilia Kwok; Judy Rich; Carter Bryant
**Cc:**    Samuel Wong; Victor Lee
**Subject:**    RE: Bratz Deco Inquiry

Cecilia-

**To ensure that Carter advises you correctly on your questions below.. please send back the color chips to
LA office so that he:**
- can sit with vendor and confirm which color should be applied to which part of face art
- which color chips were never sent to you.

Please send to him by overnite mail.

**Please send these color chips directly to Carter:**
Carter Bryant
1319 West 160th St
Gardena, CA 90247

-----Original Message-----
**From:**    Cecilia Kwok
**Sent:**    Wednesday, January 17, 2001 12:27 AM
**To:**    Paula Treantafelles; Judy Rich
**Cc:**    Samuel WONG; Victor Lee
**Subject:** Bratz Deco Inquiry

Dear all,

Rec'd the face deco specification on 1/15 & have the following comments.

1. Please advise the PMS for the blusher for all the characters.
2. We received the deco master on the closed mouth roto head. However, Yasmin & Sasha will use the
opened mouth roto head. Please advise if there is any other color (such as white color for the teeth) on
the mouth other than the lips & lips liner. Enclosed is the photo for the opened mouth roto head for your
reference. ≪ File: Openmouth.jpg ≫

Please advise ALL PMS/ color indication below.
Re: White doll - Cloe
- there is no PMS/ color indication for the Brows, Middle shadow, Iris outline, Outline between the
middle & lower shadow and the Eye concers    **ATTORNEY'S EYES
ONLY**      MGA000372

EXHIBIT _C_ PAGE 373

- there is some deco on the paint master but did not show in the drawing of the eyes. Marked on the color on the photo for your reference. These colors should be appear on the final product. Please confirm.

≪ File: whiteeye2.jpg ≫  ≪ File: whiteeye1.jpg ≫

Re: Asian doll - Jade
- there is no PMS/ color indication for the Lips, Upper shadow, Eye liner, Shadow highlight, Iris outline, Outline between middle & lower shadow and the Eye concers
- there is some deco on the paint master but did not show in the drawing of the eyes. Marked on the color on the photo for your reference. These colors should be appear on the final product. Please confirm.

≪ File: Asianeye2.jpg ≫  ≪ File: Asianeye1.jpg ≫

Re: Hispanic - Yasmin
- there is no PMS/ color indication for the Lips liner, Lips highlight, Upper shadow, Eye liner, Spots under the eye, Outline between middle & lower shadow and the Eye concers.
- there is some deco on the paint master but did not show in the drawing of the eyes. Marked on the color on the photo for your reference. These colors should be appear on the final product. Please confirm.

≪ File: hispaniceye2.jpg ≫  ≪ File: hispaniceye1.jpg ≫

Re: Black - Sasha
- there is no PMS/ color indication for the Lip line, Middle shadow, Outline between middle & lower shadow and the Eye concers.
- There is a PMS for the Liner, this is for Brows or Eye line or Both. If not, please advise the PMS.
- there is some deco on the paint master but did not show in the drawing of the eyes. Marked on the color on the photo for your reference. These colors should be appear on the final product. Please confirm.

≪ File: blackeye2.jpg ≫  ≪ File: blackeye1.jpg ≫

Pointed the missing color indication on the drawing of the eye for your reference.  ≪ File: bratzdeco2.jpg ≫  ≪ File: bratzdeco1.jpg ≫

Regards,
Cecilia

ATTORNEY'S EYES ONLY

MGA000373

EXHIBIT __C__ PAGE 374



ATTORNEY'S EYES
ONLY

MGA000374

EXHIBIT C PAGE 375



ATTORNEY'S EYES
ONLY

MGA000375

EXHIBIT _C_ PAGE _376_



ATTORNEY'S EYES
ONLY

MGA000376

EXHIBIT __C__ PAGE __377__



ATTORNEY'S EYES ONLY

MGA000377

EXHIBIT __C__ PAGE __378__



ATTORNEY'S EYES ONLY          MGA000378

EXHIBIT __C__ PAGE _379_

**Tab 89**

Jan. 20, 2001

Hi Cecelia,

Here are the revised chips for the Bratz deco. Hopefully we have addressed all
your questions.

One thing that we need to add is a deco for the scalp for all dolls. The scalps
need to be painted before being rooted so that no "flesh" colors show through.
There are swatches included for each character's scalp color.

I notated answers on the digital photos that you had marked in red with
questions and sent these back to you.

Please do not hesitate to email me if you have further questions.

Sincerely,
Carter Bryant

ATTORNEY'S EYES
ONLY

BRYANT 00376

EXHIBIT ___C___ PAGE 380

**Tab 90**

| From: | Paula Treantafelles |
|---|---|
| Sent: | Monday, February 05, 2001 10:14 AM |
| To: | Cecilia Kwok; Judy Rich; Carter Bryant |
| Cc: | Samuel Wong |
| Subject: | RE: BRATZ SCHEDULES 2/2 |

*Can your vendor make 2 handmade samples (one cost reduced version and one exactly against
paint master)?  Then we will compare and confirm which version to proceed to masks with*

*Please make sure that you send these submissions to Carter in my absence.*

-----Original Message-----
| From: | Cecilia Kwok |
|---|---|
| Sent: | Monday, February 05, 2001 1:46 AM |
| To: | Paula Treantafelles; Judy Rich |
| Cc: | Samuel Wong |
| Subject: | RE: BRATZ SCHEDULES 2/2 |

Paula,

The deco samples with 18 ops (No cost impact version) will be handmade samples.  This is just for you to
decide which version (18 ops or the deco master from LA) will be used for production.  That is, NO paint mask
will be developed.  After receipt of your decision, EL will develop the paint mask & submit the counter sample
for your approval.

FYI: the handmade sample is the faster method to develop the sample for your selection.  Moreover, we
needed to pay the cost of the paint mask if we drop this set of paint mask.  So we suggested to send one set
of the handmade samples without any cost impact for your selection first.

Please kindly accept this.

Regards,
Cecilia

-----Original Message-----
| From: | Paula Treantafelles |
|---|---|
| Sent: | Saturday, February 03, 2001 1:30 AM |
| To: | Cecilia Kwok; Judy Rich |
| Cc: | Samuel Wong |
| Subject: RE: BRATZ SCHEDULES 2/2 | |

Cecilia
*I need you to submit 2 deco samples in parallel.  One cost reduced version and one exactly against the
submission I sent to you.  I will expect to receive these samples on 2/13.*

*Please send these samples directly to LA.*

-----Original Message-----
| From: | Cecilia Kwok |
|---|---|
| Sent: | Friday, February 02, 2001 3:42 AM |
| To: Judy Rich; Paula Treantafelles | |
| Cc: Samuel Wong | |

ATTORNEY'S EYES
ONLY

MGA000603

EXHIBIT ___C___ PAGE _381_

**Subject:**     RE: BRATZ SCHEDULES 2/2

Dear all,

Here's are the comment for the Bratz schedule. This schedule is valid for both doll packs & fashion packs.

Re: Softgoods
- Lab Dip Swatch (HK): 2/14 (Send out from HK)
- Final Fabric Approval (LA): 2/19
- Fabric Delivery: 4/3

The schedule change was due to the color change requested from LA.

Re: Rotocast
- Paint master spec release (LA): this is not released on 1/11, the spec sent was not complete & returned to LA on 1/18. HK received the deco spec today. (2/2)

Since there is cost impact for this deco head, we will submit a counter sample without cost impact for LA selection.
- Counter sample without cost impact: 2/13 (Sent out from HK)
- LA selection: 2/19
- Paint master sample for approval: 3/12
- Final appearance/ approval: 3/16

There will be no PS impact for the above development schedule.

Regards,
Cecilia

| | |
|---|---|
| ----Original Message---- | |
| **From:** | Judy Rich |
| **Sent:** | Saturday, January 20, 2001 8:44 AM |
| **To:** | Cecilia Kwok |
| **Cc:** | Paula Treantafelles; Samuel Wong |
| **Subject:** | BRATZ SCHEDULES |

Cecilia,

I know that dates have been flying back and forth fast and furiously as everyone's working to get Bratz out at the end of April. I've tried to update the Bratz schedules accordingly. I reviewed the attached with Paula yesterday, and I believe they are correct, or very close to it. If you have a chance to review them before you leave, please let me know if these are the dates that you're working toward. If not, please let Paula and me know.

Thanks and have a wonderful holiday!

Judy
<< File: Bratz.xls >>
Judy Rich
Project Planner
Product Development

ATTORNEY'S EYES ONLY       MGA000604

EXHIBIT _C_ PAGE 382

MGA Entertainment
jrich@mgae.com
818/894-2525 x173
www.mgae.com

ATTORNEY'S EYES
ONLY

MGA000605

EXHIBIT __C__ PAGE 383

**Tab 91**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Monday, January 22, 2001 4:18 PM |
| **To:** | Cecilia Kwok; Samuel Wong |
| **Cc:** | Carter Bryant; Judy Rich |
| **Subject:** | BRATZ fabric |

*Please note that my comments/approval on the following fabric submissions:*

- **yasmin headkercheif:** approved for construction only
- **low prfile velcro:** approved
- **purse for fashion pack 1:**
  -color of beads and purse fabric approved
  -construction of purse fabric is approved
  -shape of beads not approved
- **white nylon construction for cloe's backpack:** I reviewed the 1st and 2nd submissions of cloe's backpack. I prefer the first submission. I need you to resubmit a thicker version of the 1st submission. If this is not possible maybe we can double layer this construction?
- I do not like the white and gray double knit submission sent for sasha's hat. I will discuss with Carter. I will advise tomorrow

I expect to receive another set of fabric swatches for review/approval. I will comment tomorrow by email.

ATTORNEY'S EYES ONLY          MGA000612

EXHIBIT __C__ PAGE __304__

**Tab 92**

| From: | Paula Treantafelles |
| Sent: | Monday, January 22, 2001 12:29 PM |
| To: | Cecilia Kwok; Carter Bryant |
| Cc: | Judy Rich |

Cecilia

Please advise when you will re-send deco samples of shoes for Sasha tennis shoes, FP1 and FP3.

Please also note that I sent to you the revised deco specs for face deco. Please advise when LA can expect to see first submission against these specs.

ATTORNEY'S EYES
ONLY

MGA000613

EXHIBIT __C__ PAGE _385_

**Tab 93**

| From: | Bryant598@cs.com |
|---|---|
| Sent: | Wednesday, January 24, 2001 11:29 AM |
| To: | CKwok@mgae.com |
| Cc: | PTreantafelles@mgae.com |
| Subject: | Bratz fabric swatch approval 1/22 |

Dear Cecelia,

Paula and I have received and reviewed the fabric swatches dated 1/22 and have the following comments:

Cloe skirt and backpack- Not approved; needs to be closer to construction approved on 12/26/00 (44" super brushed tricot 2C). Also, the background color should not be white; can you please have this printed on a background of either 467 or 468 U.

Jade Tshirt transfer logo- Approved; very nice!

Beannie braid- Approved
Jade Pants trim- selection #1, 5mm Approved
Sasha backpack logo- Approved
Sasha skirt and backpack orange elastic- Approved
Fashion Pack 1 Pants trim- Approved
Fashion Pack 2 ribbon for top- Not Approved; can you please try either PMS color of 365 or 372. Color submitted is too dark.
Fashion Pack 3 pant cord and backpack trim- Approved
Jade's hat and Sasha sleeve printing- Approved; we were actually very pleased with the quality of the printing. Please proceed with supplied artwork.
Sasha's hat- Not Approved; please refer to original sample fabric and match more closely- fabric needs to have silver threads in it- also, the color is too dark and has too "yellow" of a cast. Please resubmit samples--is anything available on open market that more closely resembles our original swatch?

Thank you very much!
Sincerely,
Carter Bryant

P.S. Toy fair samples look great! Thank you!!!

ATTORNEY'S EYES
ONLY                          MGA000381

EXHIBIT ___C___ PAGE __386__

**Tab 94**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Wednesday, January 24, 2001 5:39 PM |
| **To:** | Carter Bryant |
| **Subject:** | RE: Bratz personality profiles |

Carter
I could not open the attached.  can you reformat or fax to me?

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Wednesday, January 24, 2001 5:33 PM
To: PTreantafelles@mgae.com
Subject: Bratz personality profiles


Hi Paula,

I always feel so corny doing these sorts of things, but I hope this will help
the actresses get into character!!!
Feel free to add/delete as you see fit.
Bye for now.

Carter

ATTORNEY'S EYES                MGA000611
ONLY

EXHIBIT___C___PAGE_387

**Tab 95**

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Friday, January 26, 2001 9:39 AM |
| To: | Carter Bryant |
| Subject: | RE: BRATZ STUFF |

Carter:

The sewn samples in correct construction will be sent to LA on 2/9. I will hand them off to Veronica on as soon as I receive them. Final revised patterns must be submitted to HK on week later. They need to countersample and then LA approved by 2/26.

I will bring you two FedEx envelopes tonight

We have to finalize the hispanic model by end of day with Victoria and Isaac. We have to commit today. I will let you know as soon as I know.

Come by tonight. I am not doing anything. I am exhausted. Lets lay out the clothes, shoes and accessories for each girl and admire all the cool stuff we got. I also want to put together all of the receipts and put together my expense account. Lets work out the $$ stuff.

I will be at a focus group today from 3-? I will call you on the road when I am returning home

I am excited to see all the stuff you got.

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Thursday, January 25, 2001 10:23 PM
To: PTreantafelles@mgae.com
Subject: BRATZ STUFF

HI Paula!
Just a couple things- did you get your revised patterns from Veronica? I don't remember exactly when they were due, just want to make sure you got them!

Also, can you get me 2 more of those big office depot box lids? Those are really nice for laying and transporting the dolls in once they're put together. Thanks!

Got some great stuff today for the models; Jade's platform shoes, a beannie, Cloe's boots and backpack, picked up the wigs; just have one more pair of shoes to get each for Cloe and Yasmin....any word on the Yasmin model? I'd like to get all the shopping wrapped up tomorrow (1/26) if possible.

Thanks Paula--do you want to get together tomorrow evening to go through all this stuff we bought?

Carter

ATTORNEY'S EYES
ONLY

MGA000610

EXHIBIT _C_ PAGE 388

**Tab 96**

| From: | Paula Treantafelles |
|---|---|
| Sent: | Tuesday, January 30, 2001 9:36 AM |
| To: | Judy Rich; Carter Bryant |
| Cc: | Colleen O'Higgins; Cecilia Kwok; Samuel Wong |
| Subject: | RE: FINAL FABRIC APPROVALS FOR BRATZ |

In my absence Carter will be fabric approving the pending swatches. They need to be sent directly to his house. he will advise immediately by email.

-----Original Message-----

| From: | Judy Rich |
|---|---|
| Sent: | Tuesday, January 30, 2001 8:59 AM |
| To: | Paula Treantafelles |
| Cc: | Colleen O'Higgins; Cecilia Kwok; Samuel Wong |
| Subject: | FINAL FABRIC APPROVALS FOR BRATZ |

Paula,

I'm concerned that we've got final fabric approval deadlines approaching for Bratz on 2/16, and you're going to be in NY that week. Do you plan on having fabric approved before you leave, or are you making arrangements to approve fabric in NY? Please advise.

Thanks.

Judy

Judy Rich
Project Planner
Product Development
MGA Entertainment
jrich@mgae.com
818/894-2525 x173
www.mgae.com

ATTORNEY'S EYES
ONLY

MGA000609

EXHIBIT _C_ PAGE _389_

**Tab 97**

From:            Paula Treantafelles
Sent:            Tuesday, January 30, 2001 9:36 AM
To:              Judy Rich; Carter Bryant
Cc:              Colleen O'Higgins; Cecilia Kwok; Samuel Wong
Subject:         RE: FINAL FABRIC APPROVALS FOR BRATZ

In my absence Carter will be fabric approving the pending swatches. They need to be sent directly to his house. he will advise immediately by email.

-----Original Message-----
From:        Judy Rich
Sent:        Tuesday, January 30, 2001 8:59 AM
To:          Paula Treantafelles
Cc:          Colleen O'Higgins; Cecilia Kwok; Samuel Wong
Subject:     FINAL FABRIC APPROVALS FOR BRATZ

Paula,

I'm concerned that we've got final fabric approval deadlines approaching for Bratz on 2/16, and you're going to be in NY that week. Do you plan on having fabric approved before you leave, or are you making arrangements to approve fabric in NY? Please advise.

Thanks.

Judy

Judy Rich
Project Planner
Product Development
MGA Entertainment
jrich@mgae.com
818/894-2525 x173
www.mgae.com

ATTORNEY'S EYES ONLY

MGA000609

EXHIBIT  C  PAGE 390

**Tab 98**

| From: | Paula Treantafelles |
| Sent: | Wednesday, January 31, 2001 11:32 AM |
| To: | Carter Bryant |

Carter
I didnt want to wake you up so I wanted to drop this email instead.

Can you come in on Friday morning to talk with Steven about the rooting and grooming masters for BRATZ. Can
you be in by 10:00? I want to make sure that the rooting and grooming masters are released by next Thursday to
HK. I will be in NY so I thought Friday would be a good time to check in.

I am also going to have him do the rooting and grooming masters for Tabitha and MDB2. So I will discuss these
with him on Friday as well

MGA000608

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0000608 B

EXHIBIT _C___ PAGE _391_

**Tab 99**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Friday, February 02, 2001 7:09 PM |
| **To:** | Cecilia Kwok; Carter Bryant |
| **Cc:** | Samuel Wong |
| **Subject:** | RE: Bratz Meeting Recap 2/2 |

Carter
I am leaving work right now. I called you but Richard said that you were sleeping.  Call me.  We need to talk about the below and issue related to Yasmin's headkercheif.

Cecilia
I will call you as soon as I discuss with Carter.

-----Original Message-----
From: Cecilia Kwok
Sent: Friday, February 02, 2001 4:35 PM
To: Bryant598@cs.com; Paula Treantafelles
Cc: Samuel WONG
Subject: RE: Bratz Meeting Recap 2/2


Dear all,

We sent 3 thickness - 15D, 30D & 50D Tricot for the lining & underwear on 12/23 & 12/27.
It was commented that the 15D tricot was too thin & needed to be thicker.  Hence, HK
sent the 30D & 50D for selection. Finally, decided to use 50D for ALL the Lining &
Underwear.  Please clarify if All the lining & Underwear changed to 15D Tricot in White
color.

Regards,
Cecilia

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Saturday, February 03, 2001 8:31 AM
To: CKwok@mgae.com
Subject: Re: Bratz Meeting Recap 2/2


Cecelia,

regarding the lining for Cloe pants and jacket; you had written 50D tricot-it
MUST BE 15D tricot, not 50D, otherwise, the clothing WILL NOT FIT THE DOLL.

Please confirm.

thank you,
Carter Bryant

ATTORNEY'S EYES
ONLY

MGA000606

EXHIBIT ___C___ PAGE _392_

**Tab 100**

| From: | Paula Treantafelles |
|---|---|
| Sent: | Monday, February 05, 2001 10:17 AM |
| To: | Carter Bryant; Cecilia Kwok |
| Cc: | Paula Treantafelles |
| Subject: | RE: Bratz Meeting Recap 2/2 |

Carter
Please make sure that you advise Cecilia on Yasmin's headkercheif.  We need to proceed with the less favorit construction originally approved by Mercedeh to prevent cost and schedule impact.

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Friday, February 02, 2001 11:24 PM
To: CKwok@mgae.com
Cc: PTreantafelles@mgae.com
Subject: Re: Bratz Meeting Recap 2/2


When we originally spoke of this, I thought we were only changing the underwear to 50d.
I have confirmed with Paula,  please change all linings and underwear to 15D.

Thank you.
Carter Bryant

ATTORNEY'S EYES ONLY        MGA000602

EXHIBIT __C__ PAGE 393

**Tab 101**

**From:** Paula Treantafelles
**Sent:** Monday, February 05, 2001 10:28 AM
**To:** Carter Bryant
**Subject:** RE: Bratz Meeting Recap 2/2

Carter
Here is my NY info.

New York Helmsley
212 490 8900

I will be in NY until the 15th

I will be in the office on the 16th

I will miss ya.

Thanks so much for all of your help

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Monday, February 05, 2001 10:28 AM
To: PTreantafelles@mgae.com
Subject: Re: Bratz Meeting Recap 2/2

I did.

Carter

ATTORNEY'S EYES ONLY

MGA000600

EXHIBIT _C_ PAGE 394

**Tab 102**

From:        Paula Treantafelles
Sent:        Monday, February 05, 2001 2:33 PM
To:          Cecilia Kwok; Carter Bryant; Judy Rich; 'Peter Marlow'; Samuel Wong; 'Sarah Halpern'
Cc:          Kerri Brode
Subject:     stuff to be sent while I am away

**BRATZ:**
-rooting master releases to HK on 2/8 (Steve make sure that you give these masters to Kerri so that she can send them to HK for you)

**Singing Bouncy Baby:**
-SG package release to HK on Monday 2/12 (fabric swatches, sewn sample, final pattern) Veronica please make sure that you give this SG package to Kerri so that she can send them to HK.

**Toddler Tabitha:**
-fabric art release for overall jeans on 2/12 (Sarah lets discuss if this release is ok for you. Please make sure that you send this art by email to me and I will forward to HK)
-deco master release on 2/21
-rooting masters release to HK 2/21

**MDB2:**
-rooting masters release on 2/21
-deco master release on 2/21


Samuel and Cecilia-
I apologize for the 2/21 releases. Please advise whether/not these 2/21 releases will impact schedule.

Please note that these 2/21 releases will be submitted on the 8% larger heads. I still have not received product sized heads. Is this 8% larger head going to cause your vendor issues or do you prefer that we submit these releases on product sized heads.

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000599

MGA0000599 B

EXHIBIT __C__ PAGE 305

**Tab 103**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Friday, February 16, 2001 5:23 PM |
| **To:** | Cecilia Kwok |
| **Subject:** | RE: Bratz - Tooling sample for the Belt |

I will send it on Monday

-----Original Message-----
From: Cecilia Kwok
Sent: Friday, February 16, 2001 5:00 PM
To: Paula Treantafelles
Subject: RE: Bratz - Tooling sample for the Belt


Paula,

Please send it back.  Thanks.

Regards,
Cecilia

-----Original Message-----
From: Paula Treantafelles
Sent: Saturday, February 17, 2001 4:46 AM
To: Carter Bryant; Paula Treantafelles; Cecilia Kwok
Subject: RE: Bratz - Tooling sample for the Belt


Please note that I approved this sample by email while I was in NY.

Cecilia
Do you need me to send this sample back to you?

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Monday, February 05, 2001 11:30 PM
To: PTreantafelles@mgae.com
Subject: Fwd: Bratz - Tooling sample for the Belt


Paula,

I think this looks really good....what do you think?

Carter


ATTORNEY'S EYES
ONLY

MGA000576

EXHIBIT ___C___ PAGE _396_

**Tab 104**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Friday, February 16, 2001 5:53 PM |
| **To:** | Cecilia Kwok |
| **Subject:** | RE: Bratz Pending Fabric Schedule 2/12 |

Cecilia
Please send to me an updatd list reflecting current status on pending softgood approvals?

-----Original Message-----
**From:** Cecilia Kwok
**Sent:** Monday, February 12, 2001 4:10 AM
**To:** Paula Treantafelles; Lon Ross; Carter
**Cc:** Samuel WONG; Judy Rich; Victor Lee
**Subject:** Bratz Pending Fabric Schedule 2/12

Dear all,

Enclosed is the updated summary for the Pending Fabric submission for your reference. Some of the schedule changed due to EL internal rejection some of the fabric submission but they will not slip our PS (4/28) schedule. Moreover, we will keep on pushing EL to submit the fabric earlier.

Re: Cloe
1. Skirt/ Backpack: Construction Approved, but needed to change the Background Color (468U). Will submit on 2/14
2. T-shirt: Will submit on 2/15.
3. Headband: Will submit on 2/17.
4. Heat Transfer Logo on T-Shirt. Need color change & will submit on 2/22.

Re: Yasmin
1. Top: Panne Knit. Wave pattern samples sent on today (2/12). Lab dip swatch will submit on 2/17.
2. Top Sleeves: Will submit on 2/14.
3. Pants Ribbon: Will submit on 2/22.
4. Skirt Trim: Will submit on 2/15.
5. Headkerchief: Die cut sample in correct fabric construction will submit on 2/15.
6. Backpack: will submit on 2/17.

Re: Sasha
1. Hat: Confirmed it is acceptable to have lab dip submission of the yard & the construction sample of the silver thread.
Lab dip yard & Construction sample will submit on 2/14.
2. Pom Pom on the Hat. Will submit on 2/14.

Re: Fashion Pack #3
1. T-shirt Sleeves: Will submit on 2/14.
2. Heat Transfer logo on T-shirt. Will submit on 2/22.

Regards,
Cecilia

**ATTORNEY'S EYES ONLY**

MGA000582

EXHIBIT  C  PAGE  397

**Tab 105**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Friday, February 16, 2001 1:45 PM |
| **To:** | Rachel Harris; Colleen O'Higgins; Carter Bryant |
| **Subject:** | RE: changes made in NY |

Thanks for your input. I already revised Carter's designs attached in the below. Its totally BRATZ'ed out.

-----Original Message-----
| | |
|---|---|
| **From:** | Rachel Harris |
| **Sent:** | Friday, February 16, 2001 8:56 AM |
| **To:** | Colleen O'Higgins; Carter Bryant; Paula Treantafelles |
| **Subject:** | RE: changes made in NY |

*Comment for Bratz Only*

*If we add a brush it needs to look very cool not cute and girly.*

| | |
|---|---|
| **From:** | Samuel Wong |
| **Sent:** | Monday, February 12, 2001 4:09 AM |
| **To:** | Lon Ross; Rachel Harris; Jim Olmstead; Colleen O'Higgins; Judy Rich; Carter Bryant |
| **Cc:** | Disraeli Chan; Cecilia Kwok; Ringo Tam; Victor Lee; Franki Tsang |
| **Subject:** | RE: changes made in NY |

Dear All,

The following is a long message and pls kindly study patiently and advise us point by point for our follow up, thanks for your attention in advance!

See my comments :

Tabitha :

1) Noted, will drop the hat.

2) pls advise when the hair clip sample will go out from NY. Will LA provide new design, if so, when will the design ready for our follow up. We suppose the hair clip is injection part, therefore, we need to build one additional tooling and please be reminded that there will have cost impact. Actual cost impact will advise upon receipt the design. Please hurry up your design in order for us to start tooling and review the cost. ( Pls.note our following advise regarding Isaac's target.cost against our current quoted unit cost and take into consideration wether we should add the hairclips or not and re-confirm HK for the final decision. )

3) Regarding the purse : please be reminded that Isaac is requesting to cost reduce this item to Right now, our cost is USD      and we still cannot achieve Isaac's target cost, if add the purse which means the unit cost will go up and even further away from Isaac's target cost. Pls take into consideration before LA make final decision whether the purse should be added in or not.

4) Regarding the stuff that you are waiting for :
material of single knit for T-shirt and material of cotton twill for overall ( jean ) were sent out for material construction approval on 2/9 to New York already. The envelop was sent to Paula's attention.

5) Regarding the art for T-shirt, flower icon for jeans ( overall ) pocket and ribbon for trim of pant :
Per your seperate e-mail 2/12, your designer cannot provide the new art for the jeans.

**REDACTED**

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000583

MGA0000583 B

EXHIBIT _____ PAGE 398

Regarding the revised eye deco and lips for white version - will send out to New York for Paula's final review and approval on 2/13  (HK time).

Regarding the revised hair color for AA version according to your - will send out to Paula for final review and approval on 2/13  (HK time)

Regarding the 2nd version - the prescanning of this 2nd version verbally advised by the laboratory today is passed. The certificate will be properly relased on 3/10. Factory is working on the production schedule of this 2nd version based on the certificate release on 3/10 and will advise us tomorrow. Will advise upon receipt the information.

NOTE : REGARDING THE SILVER COLOR ON THE SCOOTER, CURRENTLY THE SALES SAMPLES THAT WE ARE PREPARING FOR YOUR SHOW IS ALL BY SPRAY PAINTED. WE WILL NOT USE SPRAY PAINTS FOR THE SILVER COLOR IN ACTUAL PRODUCTION. INSTEAD, ALL THE SILVER COLOR IS THE MOLDING COLOR ( PER THE CURRENT QUOTATION). WE WILL SEND YOU SAMPLES FOR YOUR REFERENCE TOMORROW BETWEEN THE MOLDING SILVER COLOR AND SPRAY PAINT SILVER COLOR.

Regarding the revised deco. sample for the scooter wheel base, handle grip, shoes, r/c unit and helmet will be ready to send out to New York for Paula's approval on 2/15 (our time).

Jump Rope Doll :

Regarding the revise packaging structure dimension to match the SV sku - please use the current SV gift box and shows us how to layout the Jump rope doll and her accessory inside the packaging so that we can mock up one sample for your review. Pls. advise.

Pls advise if Rachel have any preliminary art or any box construction that you can show us for reference ?

Regarding to add back one hair scrunchie : please note that we have to build a new toolings. The tool is 2 cav/2up mold and cost is                  Please confirm we can proceed the toolings or not? In addition, there is an cost impact, the cost will increase                  Please confirm this cost increase is confirm or not?

Regarding the jump rope for doll and child in correct color - samples will be sent on 2/13.
Regarding the revised sewn sample : sample will be sent out on 2/13 ( with this revised sewn pattern sample, the switch at the back of the doll is exposed so that customers can see it more clearly.) Please confirm this revised sewn sample is approved  upon receipt. Sample will be sent to New York for Paula's approval.

Regarding the AA eye and lip deco - will be sent on 2/15.

Regarding Isaac's challenging : HK comes up with a sample that when the child pick up the doll while she is jumping the rope, the jumping action will stop immediately but the doll is still singing the song ( ie: mechanism will be stopped but the song will keep go on - ). We will show you the video tomorrow ( the sample that we will send for your review the revised sewn pattern has already incorporate with this modification on the mechanism, pls review upon receipt the sample). Besides, we have softened the clutch to overcome the concern of the pinch points, the revised sample will be ready to send out on 2/20 (per our checking with Laboratory, it is passed).

Peek a boo :

Noted you want to remove the acetate from the top panel and add to the area that is currently kept open for this item. Our concern is : the top panel become weak if we take away the acetate which is use for reinforce this area. We have to do transit / carton drop to verify the result. Will let you know our findings before this weekend.

Per our schedule, LA is going to provide us with FMA on 2/28. Do you have any new construction design for this gift box? or the construction will be same as the current super value doll? pls advise.

Bratz :

Regarding adding a J-hook - noted and will prepare sample for your review accordingly.

Regarding the handle on the both the doll and fashion pack - noted the customers like the handle.
Is it confirm to have this handle in production ? Please note that this handle will be clear handle, no color. Pls confirm

**REDACTED**           CONFIDENTIAL -
                       ATTORNEYS EYES ONLY                      MGA000584

MGA0000584 B

EXHIBIT  C  PAGE  899

it is approved and accepted.

Regarding add a brush :
<<File: brushft.JPG>> <<File: brushsd.JPG>>
Pls see the attached pictures for our suggest size for this brush ( approx. : 3.5" (L) x 1"(wide) ).
Pls. confirm if this size is OK with you or not? If so, we will cost it out ( additional cost to the unit and tooling cost) based on this size for your ref.
If we put the brush in the base which means customers cannot see it and we may need to print something to alert customers to avoid them to throw the base away after taking out the doll from the gift box without taking out the brush. Pls. advise your thought.

Regarding the deco sample, we will have one full set deco samples (ie: 4 samples) with our current quoted 18 spray operations and one full set of deco samples (ie: 4 samples) as per your provide decoration master for your review and compare and make final decision on whether we should use the 18 spray operations or spray as per your provided deco. master for production on 2/14. PLEASE BE REMINDED THAT PER OUR PREVIOUS ADVISE, THERE WILL HAVE COST IMPACT IF LA FINAL DECIDE TO FOLLOW YOUR DECO. MASTER FOR THE PRODUCTION .

Regarding the hair rooting sample : HK received the hair rooting master from LA today ( 2/12). Will advise the delivery date of our counter sample after reviewed with factory.

Revised Singing Bouncy Baby :

HK recieved LA revised Singing Bouncy Baby sample and information about the revised singing bouncy baby today (2/12). Noted this change is on a running change basis. Wait for your further direction on the hair spec and rooting master information after your return to office.

Thanks & best regards
Samuel (2/12/01)

——Original Message——
From:   Lon Ross
Sent:    Monday, February 12, 2001 1:36 AM
To:       Rachel Harris; Jim Olmstead; Samuel Wong; Cecilia Kwok; Colleen O'Higgins; Judy Rich; Ringo Tam; Victor Lee; Carter Bryant
Subject: changes made in NY...

Tabitha
• drop the hat
• add about 3 very small hair clip to pull back front part of hair (I will send a sample to Samuel from NY)
• look to possibly adding a purse large enough to hold all the accessories (3 clips, 1 brush, 3 spoons, 1 juice box and 1 food dish).  Please note that this is only being considered...  this is not a direction.

LA's next steps:
-rooting master release on 2/22
-deco master release on 2/22
-program release on 2/10
-rough sewn sample of purse (I will commit as soon as I return to LA).

I am waiting for:
-fabric submission for construction and art for shirt, flower icon for jeaqn pocket and ribbon for trim on pants
-product sized head
-skins of new arms and legs

MDB2:

LA's next steps:
-rooting master release on 2/22
-deco master release on 2/22

I am still waiting for:
-product sized head

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000585

MGA0000585 B

EXHIBIT  C  PAGE 400

**Scooter**
- We will need to make sure that we add the frequency version on the package. I suggest that we add a label so that it is easier for the vendor to control. Samuel-please advise your thoughts.
- Retailers feel strongly that we pack th4e helmet on the insert below the r/c unit vs packin with helmet on th4e head.

**LA's next steps:**
-FMA release

**I am waiting for:**
-revised eye deco and lips for white version
-revised hair color for aa versions
-revised deco for scooter wheel base, handle grips, shoes, r/c unit and helmet

**Please advise when the 2nd frequency version wilol be shipped after inital PS. Please advise how many weeks from shippement of 1st frequency 1st shipment.**

**Jump Rope Doll**
- revise package structure dimensions to match that of SV skus but we will not add the same graphics or line look to the art
- add back the hair brush and 1 hair scrunchie

**LA's next steps:**
-FMA release

**I am waiting for:**
-jump rope for doll and child in correct color
-revised sewn sample
-aa eye and lip deco

**Isaac advised that he challeneged the HK on how improve issues related to pinch points and accessibility to the on/off switch. Please advise your status and information**

**Peek a boo**
- Retailers want to remove the acetate from the top front panel and add it to the area that we kept open (exposed) in past SV skus. The objective is to keep the top front panel open to encourage the consumer to use try me without damaging the acetate.

**BRATZ**
- Reatilers want to add a jhook to the back panel so that if they choose to merchandise these units by j-hook they can fold it up from the back panel.
- They like the handels on both the doll and fashin packs
- Look into possibility of adding a small brush to promote hair play. This is only a consideration... not a direfction and I want to consider packing this accessory in the base so that it is not visible in pack out. I dont want this accessory to discourage the older target market.

I know that development is moving forward. Pleaso keep me cc'ed on all related emails.

Please advise when you will be sending the deco and rooting countersamples to LA. I know that you have already advised but I dont have my laptop here for reference.

**Revised Singing**
- The loved the new design
- New softgoods package will be released to HK tomorrow (Monday)

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000586

MGA0000586 B

EXHIBIT C   PAGE 401

- We will use current skin color and eye deco art and colors used on Hoppity Bouncy Baby
- As soon as I return to thre office I will ask my hair vendor to release specs and roorting masters. We will use the same hair color and curl size submitted on the NYTF samples.

PLEASE NOT THAT WE WILL BE SHIPPING THIS RERVISED SINGING BOUNCY BABY AS A RUNNING CHANGE AS SOON AS WE HAVE IT AVAILABLE.

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000587

MGA0000587 B

EXHIBIT __C__ PAGE __402__

**Tab 106**

**From:** Paula Treantafelles
**Sent:** Friday, February 16, 2001 1:21 PM
**To:** Cecilia Kwok; Carter Bryant
**Cc:** Samuel Wong
**Subject:** RE: Bratz Hand Paint Deco Samples?ATTN PAULA

Carter
Lets discuss this deco stuff this weekend.  I will call you so we can plan on one day.

-----Original Message-----
From: Cecilia Kwok
Sent: Wednesday, February 14, 2001 11:47 PM
To: Bryant598@cs.com; Paula Treantafelles
Cc: Samuel WONG
Subject: RE: Bratz Hand Paint Deco Samples?ATTN PAULA

Carter,

As I said before, the color will be different if using different painting methods even
using same color.  This also happens in hand painting method such as apply different
amount of paint. Anyway, we will ask Early Light try to use same color for the upper &
lid shadow.  But this will be similar effect as the Hand paint sample which sent two
days ago.  We will ask vendor to follow the 3D deco master accordingly.

Regards,
Cecilia

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Thursday, February 15, 2001 1:00 PM
To: CKwok@mgae.com
Subject: Re: Bratz Hand Paint Deco Samples?ATTN PAULA

Cecilia,

yes, you're right! Color is and beauty is very subjective!

For the upper shadow for Yasmin, I am quite positive that our vendor here in
L.A. used the same color for Yasmin's lid shadow as for the upper shadow.

Let's use the same color for the upper shadow as the lid shadow (not the lid
highlight).

Thanks again!
Carter

ATTORNEY'S EYES          MGA000589
ONLY

EXHIBIT __C__ PAGE __403__

**Tab 107**

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Friday, February 16, 2001 1:20 PM |
| To: | Cecilia Kwok; Judy Rich |
| Cc: | Samuel Wong |
| Subject: | RE: Bratz Hand Paint Deco Samples?ATTN PAULA |

Cecilia
I am back in the office.  I want us to talk tonight.  I will discuss this deco situation
with Carter this weekend and I will advise no later than Monday.  But before I meet with
him I want to make sure that I understand HK's position.  Call me.

-----Original Message-----
From: Cecilia Kwok
Sent: Wednesday, February 14, 2001 11:47 PM
To: Bryant598@cs.com; Paula Treantafelles
Cc: Samuel WONG
Subject: RE: Bratz Hand Paint Deco Samples?ATTN PAULA

Carter,

As I said before, the color will be different if using different painting methods even
using same color.  This also happens in hand painting method such as apply different
amount of paint. Anyway, we will ask Early Light try to use same color for the upper &
lid shadow.  But this will be similar effect as the Hand paint sample which sent two
days ago.  We will ask vendor to follow the 3D deco master accordingly.

Regards,
Cecilia

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Thursday, February 15, 2001 1:00 PM
To: CKwok@mgae.com
Subject: Re: Bratz Hand Paint Deco Samples?ATTN PAULA

Cecilia,

yes, you're right! Color is and beauty is very subjective!

For the upper shadow for Yasmin, I am quite positive that our vendor here in
L.A. used the same color for Yasmin's lid shadow as for the upper shadow.

Let's use the same color for the upper shadow as the lid shadow (not the lid
highlight).

Thanks again!
Carter

ATTORNEY'S EYES          MGA000590
ONLY

EXHIBIT __C__ PAGE 404

**Tab 108**

| From: | Paula Treantafelles |
|---|---|
| To: | Cecilia Kwok; Rachel Harris |
| CC: | Samuel Wong |
| BCC: | |
| Sent Date: | 2001-02-27 22:08:53:018 |
| Received Date: | 2001-02-27 22:08:53:018 |
| Subject: | RE: Bratz Packaging Cost |
| Attachments: | |

This looks good.  When can you send us a sample?

Rachel
What do you think?

          -----Original Message-----
          From:   Cecilia Kwok
          Sent:   Tuesday, February 27, 2001 2:35 AM
          To:     Paula Treantafelles; Rachel Harris
          Cc:     Samuel Wong
          Subject:    RE: Bratz Packaging Cost

          Paula/ Rachel,

          Enclosed are the photo of the packaging which we are developing for your comment.
          1. The front of the packaging: << File: front.JPG >>
          The sides of the packaging are not vertical (not 90 deg) with the bottom panel.
          The construction of the packaging: << File: construction1.jpg >>
          2. There is a trim (around 5 mm) on both sides and the trim will folded to the back of the packaging.
          These will be used to trap the insert and the back panel.  This also make sure that the back panel will
          not fall towards to the front when pack out. << File: Trimdimension1.jpg >> << File: Sidetrim1.jpg >>

          3. There is a trim (around 3 mm) on the top panel similar to the one on the side and the trim will
          folded to the back of the packaging.  The portion folded to the back will be used to make the J-
          Hook.

          4. There is a trim (around 3 mm) on the bottom panel. << File: Bottomtrim1.jpg >>

          Regards,
          Cecilia

                    -----Original Message-----
                    From:   Paula Treantafelles
                    Sent:   Saturday, February 24, 2001 2:55 AM
                    To:     Rachel Harris; Cecilia Kwok
                    Cc:     Samuel Wong
                    Subject:    RE: Bratz Packaging Cost

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 405

MGA 0048576

Yes. Can you still explain to me what HK is suggesting for packag structure?

-----Original Message-----
From: Rachel Harris
Sent: Thursday, February 22, 2001 6:44 AM
To:   Paula Treantafelles; Cecilia Kwok
Cc:   Samuel Wong
Subject:      RE: Bratz Packaging Cost

*Great! Thank you*

*Paula, Do you still need info on the package?*

---

From:   Cecilia Kwok
Sent:   Thursday, February 22, 2001 1:24 AM
To:     Rachel Harris; Paula Treantafelles
Cc:     Samuel Wong
Subject:      RE: Bratz Packaging Cost

Rachel/ Paula,

We are developing the mock up sample for the Packaging & checking the feasibility. We will take the photo of the sample for you review on 2/28. If that is acceptable, we will advise the cost on 3/2.

Please wait.

Regards,
Cecilia

-----Original Message-----
From: Rachel Harris
Sent: Wednesday, February 21, 2001 10:57 PM
To:   Paula Treantafelles; Cecilia Kwok
Cc:   Isaac Larian; Samuel Wong; Stephen Lee; Franki Tsang; Victor Lee; Disraeli Chan
Subject:      RE: Bratz Updated quote & Breakdown

*Cecelia, Will the cost change based on the drawing you send us yesterday?*

*Rachel*

---

From:   Cecilia Kwok
Sent:   Friday, February 16, 2001 6:11 PM
To:     Paula Treantafelles; Rachel Harris
Cc:     Isaac Larian; Samuel Wong; Stephen Lee; Franki Tsang; Victor Lee; Disraeli Chan

Confidential - For Attorney's Eyes Only

*EXHIBIT* ___C___ *PAGE 406* MGA 0048577

Subject:      RE: Bratz Updated quote & Breakdown

Paula,

The cost shown on the Packing/ Transportation (US$1.063 for doll pack) is based on a PVC packaging with handle & using paper label for graphic & logos. Please note that this US$1.063 did not include the newly added J-Hook. That is same as the packaging samples for TF. Please note that this is not injection PVC, it is only thick acetate sheet. That is similar to LA samples which we received for HKTF.

The cost impact for 5-C silkscreen art on the front panel was US$0.06 as listed below.
We are checking the cost for the J-Hook since we cannot use the current PVC acetate to form the J-Hook because the material used for the J-Hook must be thicker in order hold the whole weight of the product & packaging. Will advise the cost impact upon receipt the quote from EL.

Regards,
Cecilia

-----Original Message-----
From:   Paula Treantafelles
Sent:   Saturday, February 17, 2001 9:57 AM
To:     Cecilia Kwok; Rachel Harris
Cc:     Isaac Larian; Samuel Wong; Stephen Lee; Franki Tsang; Victor Lee; Disraeli Chan
Subject:    RE: Bratz Updated quote & Breakdown

Thank you. What assumptions are made on packaging for the below? Silkscreen art for front panel?  molded acetate package material?

-----Original Message-----
From:   Cecilia Kwok
Sent:   Wednesday, February 14, 2001 2:31 AM
To:     Paula Treantafelles; Lon Ross
Cc:     Isaac Larian; Samuel WONG; Stephen Lee; Franki TSANG; Victor Lee; Disraeli Chan
Subject:    Bratz Updated quote & Breakdown

Dear All,

Here are the updated unit costs for Bratz Doll Packs. Please noted that we are still studying the cost & there are some minor changes required. Will advise the Fashion Pack Cost by tomorrow.

Re: Unit Cost
Cloe:   US$3.753 (FCL)
Yasmin: US$3.649 (FCL)
Jade:   US$3.643 (FCL)
Sasha:  US$3.637 (FCL)
The average cost is US$3.671

Confidential - For Attorney's Eyes Only

MGA 0048578

EXHIBIT ___C___ PAGE 407

Re: Cost Breakdown

<< OLE Object: Microsoft Excel Worksheet >>

Remark:
- Original quotes (showed in sub-total) are based on paper label for the logo/graphic on packaging.
- Original quotes (showed in sub-total) are based on 18ops for the Face Deco. The cost impact above is the addition ops compared with the deco master.

Regards,
Cecilia

Confidential - For Attorney's Eyes Only

EXHIBIT _C_ PAGE **408**

MGA 0048579

**Tab 109**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Friday, February 16, 2001 3:05 PM |
| **To:** | Cecilia Kwok; Carter Bryant |
| **Cc:** | Samuel Wong |
| **Subject:** | RE: Logo for the Bratz Brush |

Looks good.

-----Original Message-----
**From:**   Cecilia Kwok
**Sent:**   Thursday, February 15, 2001 8:42 PM
**To:**   Carter; Paula Treantafelles
**Cc:**   Samuel WONG
**Subject:**   RE: Logo for the Bratz Brush

One more photo: ‹‹ File: MVC-127F.JPG ››

    -----Original Message-----
    **From:**   Cecilia Kwok
    **Sent:**   Friday, February 16, 2001 12:43 PM
    **To:**   'Carter'; Paula Treantafelles
    **Cc:**   Samuel Wong
    **Subject:** Logo for the Bratz Brush

Dear Carter/ Paula,

I incorporated the logo into your brush drawings.  Found that the circle on the logo will be too thin for molding.  Vendor suggested to add the thickness of the circle to 1mm.  Please accept.

Enclosed are the photos for your reference. ‹‹ File: MVC-129F.JPG ›› ‹‹ File: MVC-128F.JPG ›› ‹‹ File: brushlogo.jpg ››

Regards,
Cecilia

**ATTORNEY'S EYES
ONLY**

MGA000579

EXHIBIT _C_ PAGE 40⁹

**Tab 110**

| From: | Paula Treantafelles |
| Sent: | Monday, February 19, 2001 8:40 AM |
| To: | Cecilia Kwok |
| Cc: | Carter Bryant; Samuel Wong; Judy Rich |
| Subject: | RE: Bratz brush - URGENT |

Cecilia
Please note that brush color should be molded in PMS247C

-----Original Message-----
From:       Cecilia Kwok
Sent:       Sunday, February 18, 2001 11:20 PM
To:         Paula Treantafelles
Cc:         Carter Bryant; Samuel Wong; Judy Rich
Subject:    RE: Bratz brush - URGENT

Dear Paula,

Noted and will move forward with Design 3. Awaiting the color direction from LA.
There will be a tooling sample sent on 2/24 and LA approval on 3/2.

Regards,
Cecilia

-----Original Message-----
From:       Paula Treantafelles
Sent:       Saturday, February 17, 2001 5:00 AM
To:         Cecilia Kwok
Cc:         Carter Bryant; Samuel Wong; Judy Rich
Subject:    RE: Bratz brush - URGENT

Carter
Design 3 is MUCH better! I love it. Thanks. Did you confirm with HK on color for the brush?

I am concerned about molding it in white..I think it might look kinda cheap in this color. What do you think about using color we are using for the BRATZ letters in the logo?

Cecilia
Please proceed with design 3. I agree with you comments on thickening the halo (circle) and slightly enlarging the stars. Please advise nexts steps. I realize that schedule is tight. Can we see something before you proceed to tooling?

-----Original Message-----
From:       Cecilia Kwok
Sent:       Thursday, February 15, 2001 10:51 PM
To: Paula Treantafelles
Cc: Carter; Samuel WONG; Judy Rich
Subject:    Bratz brush - URGENT

Dear Paula,

Enclosed is the summary of the Bratz & need your decision by tomorrow.

1. There are three designs available & need your selection.

MGA000571

ATTORNEY'S EYES
ONLY

EXHIBIT __C__ PAGE _410_

« File: BRATZB~1.TIF » Here are 3 designs for the Bratz brush, each varying slightly. Top to bottom, let's call them design 1 (top), design 2 (middle) and design 3 (bottom).

The slightly dotted line around each of the brushes represents a slightly beveled edge. The design elements (logo, stars, halo, etc. should be a slight relief (raised). The brush measurements are as follows:

design 1: 2 7/8" long x 1" wide
design 2: 2 5/8" long x 1 1/2" wide
design 3: 2 7/8" long x 1 1/4" wide

Carter's recommendation is for brush design 3.

2. We will use the final "Bratz" logo for the words & circle on the top. However, the stars on the logo are too small. We will use the stars on the logo, enlarge them & incorporate into Carter's drawing. Moreover, the circle on top of the logo is too thin & we will enlarge the thickness to 1mm. Enclosed are photos after incorporated the logo on them. « File: brushdesign1.jpg » « File: brushdesign2.jpg » « File: brushdesign3.jpg »

3. The length of the brush teeth is 9/16". The diameter of the teeth will be same as our brush for super value doll.
4. We still waiting for the color of the brush.

Regards,
Cecilia

ATTORNEY'S EYES
ONLY

MGA000572

EXHIBIT _C_ PAGE _411_

**Tab 111**

**From:** Paula Treantafelles
**Sent:** Friday, February 16, 2001 5:38 PM
**To:** Carter Bryant
**Subject:** RE: Bratz brush - URGENT

yeah lets get together on sunday to go over paint masters

I think that we should go a bit more purple.  How about PMS 253

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Friday, February 16, 2001 1:34 PM
To: PTreantafelles@mgae.com
Subject: Re: Bratz brush - URGENT


Yes, I think we could meet you Sunday....we as in??? I talked to Veronica
today, she is busy this weekend, but maybe we could set up little celebration
party maybe for next weekend and invite everyone who worked on/helped create
the Bratz?? Maybe at Cheesecake factory or something....?

anyway, back to work....ha ha. Yes, I really want to get the faces perfect,
that's my #1 goal as I think it is yours, so.....do you want to do this on
Sunday too?

How about for the brush PMS color 246U? Check it out and tell me what you
think.
Carter

ATTORNEY'S EYES
ONLY

MGA000575

EXHIBIT __C__ PAGE 412

**Tab 112**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Friday, February 16, 2001 5:53 PM |
| **To:** | Cecilia Kwok |
| **Subject:** | RE: Bratz Lab Dip Swatch |

Please begin to send the pending approval submissions to me. I will work with Carter to advise approval immediately.

-----Original Message-----
**From:**     Cecilia Kwok
**Sent:**     Friday, February 16, 2001 5:50 PM
**To:**       Paula Treantafelles
**Subject:**  Bratz Lab Dip Swatch

Dear Paula,

I got some swatches for your approval. Please advise if I should send these to you or to Carter. I needed
your reply asap since I will send them by today.

Regards,
Cecilia

ATTORNEY'S EYES
ONLY

MGA000574

EXHIBIT ___C___ PAGE __413__

**Tab 113**

**From:**          Paula Treantafelles
**Sent:**          Friday, February 16, 2001 1:26 PM
**To:**            Carter Bryant

cool.  maybe I can pull something off so that I can cook at my house and have everyone over.  I will let you know.   keep
sundy open for me.

Can you pull some PMS colors for me against the logo color (with maybe slightly purple hue)

ATTORNEY'S EYES          MGA000588
ONLY

EXHIBIT ___C___ PAGE 414

**Tab 114**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Friday, February 16, 2001 6:25 PM |
| **To:** | Cecllia Kwok |
| **Cc:** | Samuel Wong; Carter Bryant |

I want you to know that I was going to confirm the color of the brush today but I realize I need till Monday.  I will confirm
the color of the brush on Monday

ATTORNEY'S EYES
ONLY

MGA000573

EXHIBIT C PAGE 415

**Tab 115**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Monday, February 19, 2001 2:22 PM |
| **To:** | Carter Bryant |
| **Subject:** | RE: BRATZ deco samples |

Yes.  Come over so that we can call them tonight.  Can you be at my place by 8:00?

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Monday, February 19, 2001 12:32 PM
To: PTreantafelles@mgae.com
Subject: Re: BRATZ deco samples

Thanks Paula,

will you be available to do a conference call with them tonight on this? I
can come over to your place if you'd like.

I'm pretty sure we will need to walk them through this over the phone,
because I have a feeling that what they are going to see from this email is
that we are requesting CHANGES to the face, which we aren't, with the
exeption of Yasmin's eye color.

Mainly what I hope they understand is that the original paint masters need to
be matched, in every way, much more closely.

Carter

ATTORNEY'S EYES
ONLY

MGA000568

EXHIBIT _C_ PAGE _416_

**Tab 116**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Monday, February 19, 2001 10:50 AM |
| **To:** | Cecilia Kwok; Carter Bryant; Samuel Wong; Judy Rich |
| **Subject:** | BRATZ deco samples |

Cecilia and Samuel

I reviewed the deco samples with Carter last night (we called you but I guess you guys were at lunch).

**They looked very good. Thank you.**

Please note that I want to proceed with the non-cost reduced version. Per an earlier email you noted that current cost assumes 18 deco operations per head but LA submitted paint masters that were 4 operations too many (22 deco operations). Please note after reviewing the cost reduced version against the paint masters I realized that there is a significant difference in aesthetics. I dont think that we should jeopardize the face paint (one of the most important and favorite aspects of these dolls among kids and retailers) for 4 deco operations. I expect that we can get EL to eat these 4 addition paint operations given the number of units we expect to produce.

**Please note comments/revisions related to all 4 dolls:**
- Eyes are painted to close together. Please reference paint master
- White in eyes are too perfect white. Can we tone the white deco down a bit so that this white is not so bright?
- Lips need to be more iridescent and glossy/shinny and translucent
- Middle shadow color is not correct. It needs to be less orange hue and instead more brown.
- There needs to more less defined line between middle and upper shadow where middle shadow should blend more and into the upper shadow. Right now it seems like too much upper shadow.

**Chloe:**
- Inner lips (not liner) is incorrect shade of pink. This pink needs to be lighter and less purple. Please make sure that the lips look more iridescent and shinny (please reference paint master)
- Pink eye shadow directly below eyebrow needs to be slightly, slightly darker

**Yasmin:**
- You are missing a middle shadow color. Please reference paint master. There should be a second middle shadow that is slightly blue and should be applied lightly above the current middle shadow.
- The eyeshadow lines seem very defined and less blended than spec'ed in the paint master and other deco samples you submitted.
- As a parallel path please resubmit with iris and line around iris colors with a bit darker brown and with slightly less pink iris highlight
- Please more strongly define the line that separates middle shadow from lid

**Sasha:**
- inner lips color (not liner) is not correct
- Upper eye shadow color is not correct (less silver and more gold) and needs to be a bit more translucent
- brown used for iris outline, lip liner and middle shadow is not correct (it needs to be more brown -less red tone)
- There needs to more less defined line between middle and upper shadow where middle shadow should blend more and into the upper shadow. Right now it seems like too much upper shadow.

ATTORNEY'S EYES ONLY

MGA000569

EXHIBIT __C__ PAGE 417

*Jade:*
- Eye shape is incorrect. This shape needs to be more elongated (not the same eye shape as the other girls)
- Lip color is incorrect. Please reference paint master
- Upper shadow (color right below the eyebrow) is a bit too translucent. The pink needs to be slight more apparent.
- There needs to more less defined line between middle and upper shadow where middle shadow should blend more and into the upper shadow. Right now it seems like too much upper shadow.
- Eyebrow color is not correct. This color needs to be a bit darker brown and less orange hue
- The middle shadow color can be slightly improved by adding a bit more pink hue (less orange)

ATTORNEY'S EYES ONLY

MGA000570

EXHIBIT C PAGE 410

**Tab 117**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Tuesday, February 20, 2001 10:58 AM |
| **To:** | Cecilia Kwok |
| **Cc:** | Carter Bryant |
| **Subject:** | RE: Bratz Extra Sewn Samples |

Carter will be sending to you by overnite mail.

Carter
I will call you with the FED EX number.  Please advise the AWB number as soon as you send it.

-----Original Message-----
**From:** Cecilia Kwok
**Sent:** Tuesday, February 20, 2001 2:49 AM
**To:** Paula Treantafelles
**Subject:** Bratz Extra Sewn Samples

Dear Paula,

As per telephone call this morning, please send back all the sewn samples for TF back to HK since we were requested to have many Sales samples in early of March.  If possible, please send some more fabric for us to develop these Sales samples.

Thanks,
Cecilia

ATTORNEY'S EYES
ONLY

MGA000566

EXHIBIT __C__ PAGE __419__

**Tab 118**

| From: | Paula Treantafelles |
| --- | --- |
| Sent: | Tuesday, February 20, 2001 10:58 AM |
| To: | Cecilia Kwok |
| Cc: | Carter Bryant |
| Subject: | RE: Bratz Extra Sewn Samples |

Carter will be sending to you by overnite mail.

Carter
I will call you with the FED EX number.  Please advise the AWB number as soon as you send it.

> -----Original Message-----
> From:     Cecilia Kwok
> Sent:     Tuesday, February 20, 2001 2:49 AM
> To:       Paula Treantafelles
> Subject:  Bratz Extra Sewn Samples

Dear Paula,

As per telephone call this morning, please send back all the sewn samples for TF back to HK since we were requested to have many Sales samples in early of March.  If possible, please send some more fabric for us to develop these Sales samples.

Thanks,
Cecilia

ATTORNEY'S EYES
ONLY

MGA000566

EXHIBIT C  PAGE 420

**Tab 119**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Wednesday, February 21, 2001 10:23 AM |
| **To:** | Cecilia Kwok; Carter Bryant |
| **Cc:** | Samuel Wong; Judy Rich |
| **Subject:** | RE: BRATZ fabric comments/approvals against submissions sent on 2/16 |

Please use the lighter of the two versions for both Dynamite Dance and Yasmin's skirt.

-----Original Message-----
**From:** Cecilia Kwok
**Sent:** Tuesday, February 20, 2001 3:49 PM
**To:** Paula Treantafelles; Carter Bryant
**Cc:** Samuel Wong; Judy Rich
**Subject:** RE: BRATZ fabric comments/approvals against submissions sent on 2/16

Paula/ Carter,

For the Yasmin's skirt trim & Dynamit Dance Pants trim, we suggested to use the same color in order to reduce the MOQ. The MOQ for this elastic trim is 15,000yds. Please advise.

Regards,
Cecilia

-----Original Message-----
**From:** Paula Treantafelles
**Sent:** Wednesday, February 21, 2001 3:25 AM
**To:** Cecilia Kwok; Carter Bryant; Samuel Wong; Judy Rich
**Subject:** BRATZ fabric comments/approvals aginast submissions sent on 2/16

**Cloe:**
**skirt and backpack-** please proceed with the original version (submitted on 1/22) with white background
**aqua lightweight poly t-shirt material-** approved.

**Yasmin:**
**pants ribbon-** noted that tou will resubmit with 234U but graphics and additional colors are approved.
**skirt trim:** please use option A on Yasmin's skirt and option B on Dynamite Dance.
**wave patter for apnne knit-** approved.

**Sasha:**
**rib knit for hat-** approved for construction.

**These fabrics are looking absolutely incredible.**

**Cecilia**
**Thank you so so much**

ATTORNEY'S EYES ONLY

MGA000561

EXHIBIT __C__ PAGE __421__

**Tab 120**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Friday, February 23, 2001 11:16 AM |
| **To:** | Cecilia Kwok; Carter Bryant |
| **Cc:** | Samuel Wong |
| **Subject:** | RE: BRATZ fabric comments/approvals against submissions sent on 2/16 |

yes

-----Original Message-----
| | |
|---|---|
| **From:** | Cecilia Kwok |
| **Sent:** | Wednesday, February 21, 2001 7:08 PM |
| **To:** | Paula Treantafelles; Carter Bryant |
| **Cc:** | Samuel Wong |
| **Subject:** | RE: BRATZ fabric comments/approvals against submissions sent on 2/16 |

Paula/ Carter,

That is use Option B for trim on both Dynamite Dance & Yasmin's skirt.

Regards,
Cecilia

-----Original Message-----
| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Thursday, February 22, 2001 2:23 AM |
| **To:** | Cecilia Kwok; Carter Bryant |
| **Cc:** | Samuel Wong; Judy Rich |
| **Subject:** | RE: BRATZ fabric comments/approvals against submissions sent on 2/16 |

Please use the lighter of the two versions for both Dynamite Dance and Yasmin's skirt.

-----Original Message-----
| | |
|---|---|
| **From:** | Cecilia Kwok |
| **Sent:** | Tuesday, February 20, 2001 3:49 PM |
| **To:** | Paula Treantafelles; Carter Bryant |
| **Cc:** | Samuel Wong; Judy Rich |
| **Subject:** | RE: BRATZ fabric comments/approvals against submissions sent on 2/16 |

Paula/ Carter,

For the Yasmin's skirt trim & Dynamit Dance Pants trim, we suggested to use the same color in order to reduce the MOQ.  The MOQ for this elastic trim is 15,000yds.  Please advise.

Regards,
Cecilia

-----Original Message-----
| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Wednesday, February 21, 2001 3:25 AM |
| **To:** | Cecilia Kwok; Carter Bryant; Samuel Wong; Judy Rich |
| **Subject:** | BRATZ fabric comments/approvals aginast submissions sent on 2/16 |

Cloe:

**skirt and backpack**- please proceed with the original version (submitted on 1/22) with white background
**aqua lightweight poly t-shirt material**- approved.

ATTORNEY'S EYES ONLY

MGA000556

EXHIBIT _____ *C* PAGE_ 422

**Yasmin:**
**pants ribbon–**  noted that tou will resubmit with 234U but graphics and additional colors are approved.
**skirt trim:**  please use option A on Yasmin's skirt and option B on Dynamite Dance.
**wave patter for apnne knit–**  approved.

**Sasha:**
**rib knit for hat–** approved for construction.


**These fabrics are looking absolutely incredible.**

**Cecilia**
**Thank you so so much**

ATTORNEY'S EYES
ONLY

MGA000557

EXHIBIT _C_ PAGE_423_

**Tab 121**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Friday, February 23, 2001 9:13 AM |
| **To:** | Carter Bryant |
| **Subject:** | RE: Sales samples fabrics |

No problem.  I have a bag of fabric sitting in my office.  I am sending it to HK
immediately.  I sent extra sewn samples to HK on Wednesday.  I am going to ask Hk to
improvise with the little fabric that are missing.  They can put pressure on the evndotr
to come uip with comprable fabric since they are very cliear on our construction and
color expectations.  Please note that the retailers expect that the Sales samples need
to be very close but not absolutely perfect.  They saw the final designs in HK and NY.

Thanks so much for your help

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Thursday, February 22, 2001 5:39 PM
To: PTreantafelles@mgae.com
Subject: Fwd: Sales samples fabrics

Paula,

I apologize for this past message....I'm sorry I guess I was just worried
that we didn't have enough to send for all these samples to be made...! But,
I checked with Veronica on the amounts that were sent, and I think we are
actually fine. So nothing else needs to be bought/sent with the exeption of
some additional fabric for Yasmin's little top which I will buy and send via
FedEx directly to Cecilia tomorrow. Anyway, sorry about that, I know that's
the last thing you need on your plate right now!!!

Hope all is well,

Carter

ATTORNEY'S EYES
ONLY

MGA000560

EXHIBIT _C_ PAGE 424

**Tab 122**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Monday, February 26, 2001 9:27 AM |
| **To:** | Cecilia Kwok; Carter Bryant |
| **Cc:** | Samuel Wong |
| **Subject:** | RE: Eye Deco for Bratz 2/22 |

Noted. I was concerned that the overlap process was going to be rejected. I will wait for your submission with overlap detail and I agree... please proceed to re-develop spray masks against the original process (non-overlap)

-----Original Message-----
**From:** Cecilia Kwok
**Sent:** Sunday, February 25, 2001 11:27 PM
**To:** Paula Treantafelles; Carter Bryant
**Cc:** Samuel Wong
**Subject:** RE: Eye Deco for Bratz 2/22

Paula,

Please note that once we started the spray mask with the overlap option and found that was not acceptable, we need to re-develop the spray mask. That will be cost for the new spray mask & schedule impact.
The photo may be not very clear and difficult to make the decision. Via Fedex today (2/26), sent the sample for you review again in order to make sure that the effect by the overlap process is what you want.

Regards,
Cecilia

-----Original Message-----
**From:** Paula Treantafelles
**Sent:** Saturday, February 24, 2001 5:01 AM
**To:** Cecilia Kwok; Carter Bryant
**Cc:** Samuel Wong
**Subject:** RE: Eye Deco for Bratz 2/22

I think that this overlap process might work! I like it. Please submit complete deco samples against this overlap process.

-----Original Message-----
**From:** Cecilia Kwok
**Sent:** Thursday, February 22, 2001 1:50 AM
**To:** Paula Treantafelles; Carter
**Cc:** Samuel WONG
**Subject:** Eye Deco for Bratz 2/22

Paula/ Carter,

As per previous email, suggested to overlap the spraying printing of Upper & Middle Shadow. Enclosed are the photo of the effect. Please note that the colors & Shapes (both Upper & Middle Shadow) are INCORRECT. This is only for you to review the overlap printing effect. We still find there are two define lines - between upper shadow & the overlap section and between overlap section & lower shadow. This become 3 define colors (upper shadow/ overlap section/ lower shadow) instead of 2 (upper & lower shadow).
We needed to move forward for the spray mask, please comment/ advise by return asap.
« File: MVC-021F.JPG »  « File: MVC-020F.JPG »

Regards,
Cecilia

ATTORNEY'S EYES
ONLY

MGA000551

EXHIBIT __C__ PAGE __425__

**Tab 123**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Friday, February 23, 2001 12:45 PM |
| **To:** | Cecilia Kwok; Samuel Wong; Carter Bryant; Judy Rich |
| **Subject:** | fabric swatch submission sent on 2/20 |

Please note:

Cloe t-shirt logo- approved

Yasmin top- options C, D and E are not any closer to original color submission so please proceed with version submitted on 1/6

**ATTORNEY'S EYES ONLY**

MGA000554

EXHIBIT _C_ PAGE 426

**Tab 124**

**From:** Paula Treantafelles
**Sent:** Friday, February 23, 2001 10:57 AM
**To:** Cecilia Kwok; Carter Bryant
**Subject:** RE: Bratz Face Deco 18ops

I am sending them back today.

-----Original Message-----
From: Cecilia Kwok
Sent: Friday, February 23, 2001 2:31 AM
To: Paula Treantafelles
Subject: RE: Bratz Face Deco 18ops


Dear Paula,

Please also send these (4 heads) samples back to HK ASAP.

Thanks,
Cecilia

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Friday, February 23, 2001 1:20 PM
To: CKwok@mgae.com
Subject: Re: Bratz Face Deco 18ops


Paula has them; I will have her send them when she can.

Carter

ATTORNEY'S EYES ONLY                    MGA000558

EXHIBIT C PAGE 427