**Tab 125**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Tuesday, February 27, 2001 9:22 AM |
| **To:** | Aileen Storer |
| **Subject:** | FW: Bratz Brush Tooling sample |
| | |
| **Attachments:** | MVC-025F.JPG; MVC-024F.JPG; MVC-023F.JPG; MVC-026F.JPG; brushteeth.jpg; MVC-030F.JPG; MVC-028F.JPG |

Aileen
For your reference .. these are digital photos of the BRATZ brush

-----Original Message-----
| | |
|---|---|
| **From:** | Cecilia Kwok |
| **Sent:** | Monday, February 26, 2001 11:39 PM |
| **To:** | Paula Treantafelles; Carter Bryant |
| **Cc:** | Samuel Wong; Judy Rich |
| **Subject:** | RE: Bratz Brush Tooling sample |

Paula/ Carter,

Please see the photos of the sculpting on the back of the brush for your comment/ approval.

    

MVC-025F.JPG (54    MVC-024F.JPG (50    MVC-023F.JPG (47
KB)                 KB)                 KB)

Front view & close up:



MVC-026F.JPG (50
KB)

Side view of the sculpting for you review the height of the sculpting:

Please also see our comment on the brush teeth.
1. The arrangement of the teeth should be closed to our current brush for the SV dolls.  We suggested to added 5 more teeth on the brush.  Enclosed is the photo of the brush & the position of the addition teeth, which marked in



brushteeth.jpg (48
KB)

red spots
FYI: there will be 2 teeth on the 1st roll.
2. The dimension of the teeth should be same as our current brush teeth for the SV dolls.  Enclosed are the photos comparing the two brush teeth for your reference.

  

MVC-030F.JPG (48    MVC-028F.JPG (53
KB)                 KB)

Regards,
Cecilia

-----Original Message-----
| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Tuesday, February 27, 2001 1:04 AM |
| **To:** | Cecilia Kwok; Carter Bryant |
| **Cc:** | Samuel Wong; Judy Rich |

1

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004260

EXHIBIT ___C___ PAGE __428__

**Subject:**     RE. Bratz Brush Tooling sample

Cecilia
The photos of the brush attached below look GREAT!  I will advise my approval as soon as I receive the actual tooling sample.

.Its seems like the teeth on brush in the attached photos look very thick.  I will evaluate when I recieve the tooling sample.

I will wait for your photos of the sculpting detail for the back of the brush

-----Original Message-----
**From:**       Cecilia Kwok
**Sent:**       Monday, February 26, 2001 2:47 AM
**To:**         Paula Treantafelias; Carter
**Cc:**         Samuel WONG, Judy Rich
**Subject:**    Bratz Brush Tooling sample

Dear Paula/ Carter,

Via Fedex (2/24), sent the Bratz Brush tooling sample for your comment.

Please note that there is no sculpting on the Back of the Brush.  We will email the photos to you by tomorrow for your comment.  If you required, we can send out the sample by tomorrow.

Enclosed is the photo of the samples sent for your quick reference.
<< File: DSC00012.JPG >>  << File: DSC00013.JPG >>  << File: DSC00014.JPG >>  << File: DSC00015.JPG >>  << File: DSC00016.JPG >>
Regards,
Cecilia

2

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004261

EXHIBIT __C__ PAGE 429



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004262

EXHIBIT _C_ PAGE 436

ADDING BRUSH TEETH

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004263

EXHIBIT __C__ PAGE 431



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004264

EXHIBIT __C__ PAGE 432



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004285

EXHIBIT __C__ PAGE 433



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004266

EXHIBIT C PAGE 434



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004267

EXHIBIT ___C___ PAGE 435



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004268

EXHIBIT ___C___ PAGE 436

**Tab 126**

**From:** Paula Treantafelles
**Sent:** Monday, February 26, 2001 10:29 AM
**To:** Carter Bryant
**Subject:** RE: Return Yarn samples for Sasha's Hat

yep

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Monday, February 26, 2001 9:55 AM
To: PTreantafelles@mgae.com
Subject: Fwd: Return Yarn samples for Sasha's Hat

Paula,

can you please return that card of samples to Cecilia?

Thanks.
Carter

**ATTORNEY'S EYES
ONLY**

**MGA000549**

EXHIBIT ___C___ PAGE __437__

**Tab 127**

**From:** Paula Treantafelles
**Sent:** Monday, February 26, 2001 9:33 AM
**To:** Cecilia Kwok; Carter Bryant
**Subject:** RE: Return Yarn samples for Sasha's Hat

I will send to you today.

-----Original Message-----
**From:** Cecilia Kwok
**Sent:** Monday, February 26, 2001 2:21 AM
**To:** Carter; Paula Treantafelles
**Subject:** Return Yarn samples for Sasha's Hat

Dear Carter,

As per 2/15 email, confirmed to return the color yarn samples for Sasha's Hat back to HK.
Please advise AWB#. Thanks,

Regards,
Cecilia

ATTORNEY'S EYES ONLY

MGA000550

EXHIBIT ___C___ PAGE 43B

**Tab 128**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Monday, February 26, 2001 11:11 AM |
| **To:** | Samuel Wong; Cecilia Kwok; Carter Bryant |
| **Subject:** | ... my comments/approvals |

Please note the following comments on the submissions sent on 2/23:

Toddler Tabitha- thank you for sending the T/C cotton fabric swatches to LA. I want to still proceed with the twill submission I approved on 2/17

T-shirt heat transfer for Fashion Pack 3- approved.

Yasmin backpack- approved.

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000548

MGA0000548 B

EXHIBIT _C_ PAGE 439

**Tab 129**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Tuesday, February 27, 2001 9:22 AM |
| **To:** | Aileen Storer |
| **Subject:** | FW: Bratz Brush Tooling sample |
| **Attachments:** | MVC-025F.JPG; MVC-024F.JPG; MVC-023F.JPG; MVC-026F.JPG; brushteeth.jpg; MVC-030F.JPG; MVC-028F.JPG |

Aileen
For your reference .. these are digital photos of the BRATZ brush

-----Original Message-----
| | |
|---|---|
| **From:** | Cecilia Kwok |
| **Sent:** | Monday, February 26, 2001 11 39 PM |
| **To:** | Paula Treantafelles; Carter Bryant |
| **Cc:** | Samuel Wong; Judy Rich |
| **Subject:** | RE. Bratz Brush Tooling sample |

Paula/ Carter,

Please see the photos of the sculpting on the back of the brush for your comment/ approval.

      

MVC-025F.JPG (54   MVC-024F JPG (50   MVC-023F JPG (47
KB)                        KB)                       KB)

Front view & close up:



MVC-026F.JPG (50
KB)

Side view of the sculpting for you review the height of the sculpting:

Please also see our comment on the brush teeth.
1. The arrangement of the teeth should be closed to our current brush for the SV dolls. We suggested to added 5 more teeth on the brush. Enclosed is the photo of the brush & the position of the addition teeth. which marked in



brushteeth.jpg (48
KB)

red spots
FYI: there will be 2 teeth on the 1st roll.
2. The dimension of the teeth should be same as our current brush teeth for the SV dolls. Enclosed are the photos comparing the two brush teeth for your reference.

   

MVC-030F.JPG (48   MVC-028F.JPG (53
KB)                        KB)

Regards,
Cecilia

-----Original Message-----
| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Tuesday, February 27, 2001 1 04 AM |
| **To:** | Cecilia Kwok; Carter Bryant |
| **Cc:** | Samuel Wong, Judy Rich |

1

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004260

EXHIBIT _C_ PAGE _440_

**Subject:**   RE. Bratz Brush Tooling sample

Cecilia
The photos of the brush attached below look GREAT!  I will advise my approval as soon as I receive the actual tooling sample.

.Its seems like the teeth on brush in the attached photos look very thick.  I will evaluate when I recieve the tooling sample.

I will wait for your photos of the sculpting detail for the back of the brush

-----Original Message-----
From:        Cecilia Kwok
Sent:        Monday, February 26, 2001 2:47 AM
To:          Paula Treantafelles; Carter
Cc:          Samuel WONG, Judy Rich
Subject:     Bratz Brush Tooling sample

Dear Paula/ Carter,

Via Fedex (2/24), sent the Bratz Brush tooling sample for your comment.

Please note that there is no sculpting on the Back of the Brush. We will email the photos to you by tomorrow for your comment.  If you required, we can send out the sample by tomorrow.

Enclosed is the photo of the samples sent for your quick reference.
<< File: DSC00012.JPG >> << File: DSC00013.JPG >> << File: DSC00014.JPG >> << File: DSC00015.JPG >> << File: DSC00016.JPG >>
Regards,
Cecilia

2

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004261

EXHIBIT __C__ PAGE __441__



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004262

EXHIBIT C PAGE 442



ADDING BRUSH TEETH

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004263

EXHIBIT __C__ PAGE 443



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004264

EXHIBIT C PAGE 444



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004265

EXHIBIT C PAGE 445



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004266

EXHIBIT C PAGE 446



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004267

EXHIBIT __C__ PAGE _447_



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004268

EXHIBIT __C__ PAGE 448

**Tab 130**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Tuesday, February 27, 2001 9:19 AM |
| **To:** | Cecilia Kwok; Carter Bryant |
| **Cc:** | Samuel Wong; Judy Rich |
| **Subject:** | RE: Bratz Brush Tooling sample |

Cecilia
I LOVE IT!!!  THANK YOU THANK YOU THANK YOU.

- I agree with your proposal to add the additional teeth in the proposed spots
- The detail on the back of the brush is perfect
- Noted that the teeth size on the BRATZ brush is the same thickness as the current SV brush.

-----Original Message-----
**From:**   Cecilia Kwok
**Sent:**   Monday, February 26, 2001 11:39 PM
**To:**   Paula Treantafelles; Carter Bryant
**Cc:**   Samuel Wong; Judy Rich
**Subject:**   RE: Bratz Brush Tooling sample

Paula/ Carter,

Please see the photos of the sculpting on the back of the brush for your comment/ approval.
Front view & close up: « File: MVC-025F.JPG »  « File: MVC-024F.JPG »  « File: MVC-023F.JPG »
Side view of the sculpting for you review the height of the sculpting:  « File: MVC-026F.JPG »

Please also see our comment on the brush teeth.
1. The arrangement of the teeth should be closed to our current brush for the SV dolls.  We suggested to
added 5 more teeth on the brush.  Enclosed is the photo of the brush & the position of the addition teeth.
which marked in red spots. « File: brushteeth.jpg »
FYI: there will be 2 teeth on the 1st roll.
2. The dimension of the teeth should be same as our current brush for the SV dolls.  Enclosed are the
photos comparing the two brush teeth for your reference.
« File: MVC-030F.JPG »  « File: MVC-028F.JPG »

Regards,
Cecilia

-----Original Message-----
**From:**   Paula Treantafelles
**Sent:**   Tuesday, February 27, 2001 1:04 AM
**To:**   Cecilia Kwok; Carter Bryant
**Cc:**   Samuel Wong; Judy Rich
**Subject:** RE: Bratz Brush Tooling sample

Cecilia
The photos of the brush attached below look GREAT!  I will advise my approval as soon as I receive the actual
tooling sample.

...its seems like the teeth on brush in the attached photos look very thick.  I will evaluate when I recieve the
tooling sample.

I will wait for your photos of the sculpting detail for the back of the brush

-----Original Message-----
**From:**   Cecilia Kwok
**Sent:**   Monday, February 26, 2001 2:47 AM
**To:**  Paula Treantafelles; Carter

**ATTORNEY'S EYES
ONLY**

MGA000546

EXHIBIT _C_ PAGE _449_

Cc: Samuel WONG; Judy Rich
Subject:        Bratz Brush Tooling sample

Dear Paula/ Carter,

Via Fedex (2/24), sent the Bratz Brush tooling sample for your comment.

Please note that there is no sculpting on the Back of the Brush. We will email the photos to you by
tomorrow for your comment. If you required, we can send out the sample by tomorrow.

Enclosed is the photo of the samples sent for your quick reference.
‹‹ File: DSC00012.JPG ›› ‹‹ File: DSC00013.JPG ›› ‹‹ File: DSC00014.JPG ›› ‹‹ File: DSC00015.JPG ››
‹‹ File: DSC00016.JPG ››
Regards,
Cecilia

ATTORNEY'S EYES
ONLY                    MGA000547

EXHIBIT ___C___ PAGE 450

**Tab 131**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Tuesday, February 27, 2001 10:46 AM |
| **To:** | Cecilia Kwok; Samuel Wong; Judy Rich; Carter Bryant |
| **Subject:** | fabric submissions sent on 2/26 |

*Cloe snakeskin headband- approved*

*Sasha pompom-  approve option 1 with silver thread*

*Sasha backpack trim-  approved vs submission sent on 2/12*

ATTORNEY'S EYES
ONLY

MGA000545

EXHIBIT ___C___ PAGE ___451___

**Tab 132**

| From: | Paula Treantafelles |
|---|---|
| Sent: | Monday, March 05, 2001 9:17 AM |
| To: | Cecilia Kwok |
| Cc: | Samuel Wong |
| Subject: | RE: Return Samples |

I will wait to receive the sample submission mentioned below before I advise whether/not to running change

-----Original Message-----
| From: | Cecilia Kwok |
|---|---|
| Sent: | Friday, March 02, 2001 8:35 PM |
| To: | Paula Treantafelles |
| Cc: | Samuel WONG |
| Subject: | RE: Return Samples |

Paula,

As per email on 2/15 from Carter, confirmed to proceed with T/R201. We already released the production of the fabric.
Via Fedex today (3/3), sent one pc of production fabric using T/T201 color for your reference.
We only can have running change for the color. Please note.

Enclosed is the email from Carter for your reference. << Message: fabric submissions 2/13 >>
Regards,
Cecilia

-----Original Message-----
| From: | Paula Treantafelles |
|---|---|
| Sent: | Saturday, March 03, 2001 12:49 AM |
| To: | Cecilia Kwok |
| Subject: | RE: Return Samples |

Cecilia
My records indicated T/R202. Do we have the opportunity to proceed with T/R202?

-----Original Message-----
| From: | Cecilia Kwok |
|---|---|
| Sent: | Thursday, March 01, 2001 10:48 PM |
| To: | Paula Treantafelles |
| Subject: | Return Samples |

Dear Paula,

Just received the return of the Yard color card & brush tooling sample for Bratz today (3/2).

Found that there was marking "T/R202 OK" with an arrow pointing the color of "T/R201". As per 2/15 email advised to proceed with "T/R201". Enclosed a photo for your reference. << File: MVC-060S.JPG >>
Please clarify.

Regards,
Cecilia

ATTORNEY'S EYES ONLY          MGA000634

EXHIBIT ___C___ PAGE 452

**Tab 133**

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Monday, March 05, 2001 9:17 AM |
| To: | Cecilia Kwok |
| Cc: | Samuel Wong |
| Subject: | RE: Return Samples |

I will wait to receive the sample submission mentioned below before I advise whether/not to running change

-----Original Message-----
From:      Cecilia Kwok
Sent:      Friday, March 02, 2001 8:35 PM
To:        Paula Treantafelles
Cc:        Samuel WONG
Subject:   RE: Return Samples

Paula,

As per email on 2/15 from Carter, confirmed to proceed with T/R201. We already released the production of the fabric.
Via Fedex today (3/3), sent one pc of production fabric using T/T201 color for your reference.
We only can have running change for the color. Please note.

Enclosed is the email from Carter for your reference. << Message: fabric submissions 2/13 >>
Regards,
Cecilia

-----Original Message-----
From:      Paula Treantafelles
Sent:      Saturday, March 03, 2001 12:49 AM
To:        Cecilia Kwok
Subject:   RE: Return Samples

Cecilia
My records indicated T/R202. Do we have the opportunity to proceed with T/R202?

-----Original Message-----
From:          Cecilia Kwok
Sent:          Thursday, March 01, 2001 10:48 PM
To: Paula Treantafelles
Subject:       Return Samples

Dear Paula,

Just received the return of the Yard color card & brush tooling sample for Bratz today (3/2).

Found that there was marking "T/R202 OK" with an arrow pointing the color of "T/R201". As per 2/15 email advised to proceed with "T/R201". Enclosed a photo for your reference. << File: MVC-060S.JPG >>
Please clarify.

Regards,
Cecilia

ATTORNEY'S EYES
ONLY

MGA000634

EXHIBIT _C_ PAGE _453_

**Tab 134**

| From: | Paula Treantafelles |
|---|---|
| Sent: | Tuesday, March 06, 2001 6:37 PM |
| To: | Cecilia Kwok; Samuel Wong |
| Cc: | Carter Bryant |
| Subject: | RE: BRATZ - R&G evaluation |

Please note my hair rooting vendor weighed the root/groom submissions and found that
these submissions were 5 grams less than spec'ed.

Please make sure that the vendor is rooting the correct amount of hair spec'ed.

Please ask vendor to resubmit all dolls with the correct grams weights

-----Original Message-----
From: Paula Treantafelles
Sent: Monday, March 05, 2001 5:53 PM
To: Cecilia Kwok
Cc: Carter Bryant
Subject: RE: BRATZ - R&G evaluation


I apologize.  Please note correction below.

-----Original Message-----
From: Cecilia Kwok
Sent: Monday, March 05, 2001 5:49 PM
To: Paula Treantafelles
Cc: Carter Bryant
Subject: RE: BRATZ - R&G evaluation


Paula,

Please clarify there is TWO comment for Sasha but none for Yasmin.

Regards,
Cecilia

-----Original Message-----
From: Paula Treantafelles
Sent: Tuesday, March 06, 2001 9:40 AM
To: Cecilia Kwok; Samuel Wong
Cc: Judy Rich; Carter Bryant
Subject: FW: BRATZ - R&G evaluation


Please note comments against root and groom samples received this morning.

-----Original Message-----
From: S Tarmichael [mailto:stt-01@pacbell.net]
Sent: Monday, March 05, 2001 4:32 PM
To: Paula Treantafelles
Subject: BRATZ - R&G evaluation


Paula,
Here is my root & groom evaluation:

CHLOE
    Rooting - Unacceptable
    Spec calls for 9+/-1 stitches per inch. Samples had only 6-7 SPI.

ATTORNEY'S EYES
ONLY

MGA000625

EXHIBIT __C__ PAGE 454

Grooming - Acceptable.

SASHA
    Rooting - Unacceptable
    Spec calls for 9+/-1 SPI. Samples had only 6-7 SPI.

    Grooming - Acceptable.

JADE
    Rooting - Acceptable.

    Grooming - Acceptable.

Yasmin
    Rooting - Acceptable.

    Grooming - Acceptable.

NOTE: Painted rooting line only has 5 passes on the crown. Spec requires 6 to 7 passes
    on the crown. Periphery is a separate pass.
    Total passes per head (periphery & crown) is 7 to 8.
    Please correct.

    Please try to keep spacing between passes consistent and SPI consistent.

    Please send 5 heads of each unacceptable doll with corrections

Thank you,
Stephen Tarmichael

ATTORNEY'S EYES
ONLY

MGA000626

EXHIBIT C PAGE 455

**Tab 135**

**From:**      Paula Treantafelles
**Sent:**      Tuesday, March 06, 2001 9:41 PM
**To:**        Cecilia Kwok; Carter Bryant
**Cc:**        Samuel Wong
**Subject:**   RE: Bratz Fabric Request 3/5

I am sending to you tomorrow the following sewn samples:
1 Jade beannie
1 Jade pants
1 Jade skirt
1 Jade sleavless top
1 jade long sleave top
2 Yasmin pants
2 Yasmin tube top
3 Yasmin skirts
3 Yasmin long sleeves top
2 Yasmin backpacks
2 Dynamite Dance tops
2 Dynamite Dance pants
2 Dynamite Dance purse
1 Cloe backpack
1 Jade backpack
1 pajama pack pants
2 pajama pack top
2 pajama pack pillow
1 study hall style pants
1 study hall style top
1 study hall style purse

-----Original Message-----
**From:**      Paula Treantafelles
**Sent:**      Tuesday, March 06, 2001 9:23 PM
**To:**        Cecilia Kwok; Carter Bryant
**Cc:**        Samuel Wong
**Subject:**   RE: Bratz Fabric Request 3/5

Cecilia
Please confirm that you need all fabrics for all dolls and fashion packs.  Veronica is concerned that she will not be able to find this same fabric in the stores.  Please be specific about the fabrics you need.

-----Original Message-----
**From:**      Cecilia Kwok
**Sent:**      Tuesday, March 06, 2001 3:10 AM
**To:**        Paula Treantafelles
**Cc:**        Samuel WONG
**Subject:**   RE: Bratz Fabric Request 3/5

Paula,

Is this under progress?

Regards,
Cecilia

-----Original Message-----

ATTORNEY'S EYES ONLY

MGA000621

EXHIBIT _C_ PAGE _456_

**From:**      Cecilia Kwok
**Sent:**      Tuesday, March 06, 2001 9:38 AM
**To:**  Paula Treantafelles
**Cc:**  Samuel Wong
**Subject:**      Bratz Fabnc Request 3/5

Dear Paula,

As more & more sales samples are requested, the fabric for the Bratz sales samples sent last week was NOT enough.  Please send more fabric (at least sufficient for 10 sets of samples) back to HK ASAP.

Best Regards,
Cecilia

**ATTORNEY'S EYES ONLY**

MGA000622

EXHIBIT _C_ PAGE _457_

**Tab 136**

**From:**     John.Young@walgreens.com
**Sent:**     Wednesday, March 14, 2001 8:52 AM
**To:**       Isaac Larian
**Subject:**  Re: How are you?


Good to hear from you! I don't want to get you to excited but I received
approval on the Bratz Doll and the Praying Angel and both are in my fall
program and are advertised. I will try and give you some numbers soon,
but
please continue to stay on top of me to get the numbers you need.
Our business is going to grow again! How about a volume rebate for 2001.
I
also would like to discuss MGA's participation in my store managers
marketing seminar.


| Isaac Larian | | |
|---|---|---|
| <ilarian@mgae | To: | Walgreens – John Young |
| .com> | | <jyoung@walgreens.com> |
| | cc: | |
| 03/10/2001 | Subject: | How are you? |
| 03:17 PM | | |


Hi John,

Hope all is well.

Do you know when you will be finalizing your fall 2001?

If we can just get the list of the possible items and estimated needs,
as
soon as possible, we can plan our production so we can meet your needs
timely. Please advise.

Also, I don't know if you saw the Bratz Article in DSN. It is hot!!

All the best,

Isaac Larian
CEO
MGA Entertainment.
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at

1

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001289

MGA0001289 B

EXHIBIT _C_ PAGE _458_

http://www.mgae.com
818-894-3150

2

MGA001290

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001290 B

EXHIBIT _C_ PAGE _459_

**Tab 137**

| From: | Paula Treantafelles |
|---|---|
| Sent: | Sunday, March 11, 2001 8:44 PM |
| To: | Carter Bryant |
| Subject: | RE: Bratz stuff |

Carter
I spoke with Cecilia. She confirmed that she does need extra fabric for new international sample request. I pacified her last week with the extra material and sewn samples I found in the LA office but given this recent international request.... they need more material.

I am sorry. Please ask Veronica to buy enough fabric to support 10 of each doll pack and fashion pack

I also spoke with Cecilia about the request for doll samples for the April meeting. Actually this was on my list to address with her. I wanted to hand carry back with me all the samples request below but it might be kinda tight. I will work on it. I want to make sure that we refine and perfect the aesthetics of each doll before they are sent back. I will make sure that all the samples are in your hands by the 2nd to the last week in March.

I miss you tons. Talk to you soon

-----Original Message-----
From: Carter Bryant
Sent: Saturday, March 10, 2001 11:39 AM
To: PTereantafelles@mgae.com
Subject: Bratz stuff

Hi Paula! Hope you had a good flight to HK! I wanted to know what the status is of the additional fabric needed from HK for sales samples...do they still need EVERTHING? Please let Veronica and I know so that one of us can get out there and get more....more than likely Veronica will have to do it now, since I'm pretty busy with Spring 2002. Speaking of, can you have HK get me at least 16 bodies, painted? 8 white and 4 each of black and tan. I need these for the Mid-April meeting. Also, can you have them get me at least 2 pairs of each style of shoe? They don't need to be painted, just primed.

Thank you Paula! Have a great time, talk to you soon.
Carter

CONFIDENTIAL - ATTORNEYS EYES ONLY

MGA000620

MGA0000620 B

EXHIBIT __C__ PAGE 460

**Tab 138**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Sunday, March 11, 2001 10:58 PM |
| **To:** | Carter Bryant |
| **Subject:** | RE: Bratz stuff |

Thank you sooooo much for reacting so quickly to my below.

Our FedEx account number is            Please send it attention Cecilia.  Do you haqve tghe mailing address.

MGA Entertainment
Room 1001, 10/F, Empire Center
68 Moody Rd
Tsimshatsui East
Kowloon, Hong Kong

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Sunday, March 11, 2001 10:54 PM
To: PTreantafelles@mgae.com
Subject: Re: Bratz stuff

Hey Paula!

Thanks so much. No problem, I will have Veronica go shop for us this week and get fabrics to you ASAP. Can you please resend the fedex info to me...I think I misplaced it somewhere....I'll send to Cecilia absolutely ASAP.

Miss you too, hope you're having a good time! Tell everyone hi for me!

Carter

**REDACTED**

ATTORNEY'S EYES ONLY

MGA000618

EXHIBIT _C_ PAGE 461

**Tab 139**

**From:**          Paula Treantafelles
**Sent:**          Monday, March 26, 2001 10:12 AM
**To:**            Carter Bryant
**Subject:**       RE: Bratz stuff for 4/15

I just called you.  Call me back

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Sunday, March 25, 2001 12:50 PM
To: PTreantafelles@mgae.com
Subject: Bratz stuff for 4/15

Hi Paula!

I was just thinking....I'm going to need at least one more body for each
character for the 4/15 meeting if we are to have all the dolls dressed in
their day/night looks. Can we get these from HK in time?

Also, Anna Rhee is going to Korea on 4/13 for 3 weeks, so maybe we should try
to get painted heads from HK too for this same meeting; that way they can
send them to us and we just have to root/style them and don't have to try to
get them all hand-painted. We would need 2 of each character's head.

What do you think?
Talk to you soon.
Carter

ATTORNEY'S EYES
ONLY

MGA000617

EXHIBIT __C__ PAGE 462

**Tab 140**

| | |
|---|---|
| From: | John.Young@walgreens.com |
| Sent: | Thursday, April 05, 2001 6:48 AM |
| To: | Isaac Larian |
| Subject: | RE: 2001 Selection and forecast |

We will be adding the Power Ranger Game to our listing I believe to replace
the DBZ game. If there are any additions to this already extensive listing
I will let you know on 4/16.

|  Isaac Larian | |
|---|---|
| <ilarian@mgae | To: |
| "'John.Young@walgreens.com'" .com> | <John.Young@walgreens.com> |
| | cc: |
| 04/04/2001 | Subject:    RE: 2001 Selection |
| and forecast | |
| 11:06 PM | |

John,

You are too kind to me.

Thanks for the Hot Hoops listing. It is a GREAT staple item.

Can you please let me know the list of items you will buy from us ( I
already know about Hot Hoops, Prayer Angels and Bratz and Deluxe 2
sports,
Nintendo KC games and KC games). As long as we have the list of items,
we
can plan ahead and receiving actual orders on 4/16 will be ok.

Thanks again for all your support and business.

Isaac

-----Original Message-----
From: John.Young@walgreens.com [mailto:John.Young@walgreens.com]
Sent: Wednesday, April 04, 2001 6:01 AM
To: Isaac Larian
Subject: RE: 2001 Selection and forecast

1

MGA001278

CONFIDENTIAL -
ATTORNEYS EYES ONLY

. MGA0001278 B
EXHIBIT ___C___ PAGE 463

Isaac, you're the best! You never stop selling. I did forget to mention that we are adding the Hot Hoops to our listing and will be advertising this item in the fall. I am adding a Walkie Talkie unit but low price non
licensed. We are passing on the Super Value dolls but we are not carrying
any one elses either. I will be placing our orders for our fall listings the week of 4/16 for shipment 7/1-7/15. Will this be a problem?

| | | | | |
|---|---|---|---|---|
| | Isaac Larian | | | |
| "'John.Young@walgreens.com'" | <ilarian@mgae .com> | To: | | |
| | | <John.Young@walgreens.com> | | |
| | | cc: | | |
| and | 04/03/2001 | Subject: | RE: 2001 Selection | |
| forecast | 07:07 PM | | | |

John,

Nobody is getting the DBZ license that we know of.

The people who have this licensing rights ( I understand that their deal is
through end of 2003) are very tough people to deal with ( have sued many people) and , as a result many vendors are shying away from them.

I will have Julie send you the Power Ranger sample.

I represent to you that Power Ranger's item will do more than DBZ .

Also, you should know 2 other major drug chains in the USA which have following items in stores this spring are having a PHENOMENAL success with
them and will do it big promotion this fall:

Hot Hoops ( you were considering this at one time, we gave you a great POE)

Power Rangers Action Figure Walkie talkie

Super Value Dolls

Prayer Angels ( HUGE!).

Take care and thanks for all your support.

Isaac

-----Original Message-----

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001279

EXHIBIT __C__ PAGE. 464   MGA0001279 B

From: John.Young@walgreens.com [mailto:John.Young@walgreens.com]
Sent: Tuesday, April 03, 2001 2:03 PM
To: Isaac Larian
Subject: RE: 2001 Selection and forecast


I need both programs asap as well as a sample of the Power Ranger item. Do
you know who is getting the license for the DBZ item? It is selling very
well for us and I don't mind making room for a great item (ie: Power
Rangers) but I also hate to lose a great item.


| | | | |
|---|---|---|---|
| | Isaac Larian | | |
| "'John.Young@walgreens.com'" | <ilarian@mgae.com> | To: | <John.Young@walgreens.com> |
| | | cc: | |
| and forecast | 04/03/2001 | Subject: | RE: 2001 Selection |
| | 03:42 PM | | |


Dear John,

1- Bratz: Thanks.

2-Prayer Angles: You had told me before that this was selected. Is that
still the case?

3- Hand Held Games: I understand. I need a favor from you. Our license for
Dragon Ball Z is expiring by June 3rd . We are offering you a very special
deal on those ( Julie will get to you on them shortly). For FALL I like to
ask you to replace the DBZ with our Power Rangers 2 games in one. It is at
the same price as DBZ, power rangers RIGHT NOW IS A MUCH STRONGER LICENSE
AND it is two games in one , A BETTER VALUE.

Please advise

BEST REGARDS,

Isaac

-----Original Message-----
From: John.Young@walgreens.com [mailto:John.Young@walgreens.com]
Sent: Tuesday, April 03, 2001 1:25 PM

3

MGA001280

CONFIDENTIAL -
ATTORNEYS EYES ONLY

EXHIBIT C  PAGE 4w5

MGA0001280 B

To: Isaac Larian
Subject: RE: 2001 Selection and forecast


As you know we have added the Bratz Doll line to our fall listing.
However
as of now your listing for hand held games remains the same and we will
be
ordering similar quantities to what we did last year.


                    Isaac Larian

                    <ilarian@mgae      To:
"'John.Young@walgreens.com'"
                    .com>              <John.Young@walgreens.com>

                                       cc:

                    04/03/2001         Subject:    RE: 2001 Selection
and
forecast
                    02:37 PM



Thanks John,

If you can tell me the items now, I can plan early.

Please e mail the list of the items today if you can.

Isaac

-----Original Message-----
From: John.Young@walgreens.com [mailto:John.Young@walgreens.com]
Sent: Tuesday, April 03, 2001 11:45 AM
To: Isaac Larian
Subject: Re: 2001 Selection and forecast


Final selections have been made. I will have final numbers to by 4/16.
Will
this be to late?


                    Isaac Larian

                    <ilarian@mgae      To:     Walgreens - John Young

                    .com>              <jyoung@walgreens.com>

                                       cc:
                                       4

                                                        MGA001281

                            CONFIDENTIAL -
                         ATTORNEYS EYES ONLY


                                        MGA0001281 B
            EXHIBIT C PAGE. 406

| | 03/27/2001 | Subject: | 2001 Selection and |
| forecast | 05:43 AM | | |

Dear John,

Hope all is well.

I hate to be a pest. But, do you have final selection and numbers? It is really getting late.

If you have already advised Olen or Pat, please ignore this e mail.

Isaac Larian
CEO
MGA Entertainment.
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http://www.mgae.com
818-894-3150

5

MGA001282

CONFIDENTIAL -
ATTORNEYS EYES ONLY

EXHIBIT ___C___ PAGE ___407___ MGA0001282 B

**Tab 141**

| | |
|---|---|
| From: | Isaac Larian |
| Sent: | Sunday, April 15, 2001 12:29 PM |
| To: | Isaac Larian |
| Subject: | FW: Tooling for Bratz |

-----Original Message-----

| | |
|---|---|
| From: | Stephen Lee |
| Sent: | Wednesday, March 28, 2001 8:05 PM |
| To: | Earlylight - Wilson Ng |
| Cc: | Isaac Larian |
| Subject: | Tooling for Bratz |

Dear Wilson,

This confirms our phone conversation this morning that Early Light is to proceed with the 4th set of tools for Bratz to support our target of 4,000K pieces before 10/19/01. Per the e-mail from Ricky Cheng yesterday, if we approve tool start for the 4th set of molds on 4/2, output will be 3,654K pieces by 10/19. Since we approve such tool start today, we hope Early Light can meet 4,000K pieces by 10/19.

According to our previous agreement, would like to remind you that Early Light is liable to reimburse us 50% of the tooling charges for the 3rd and 4th sets of molds once our total shipment quantity reaches 4,000K pieces.

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

1

MGA000747

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0000747 B

EXHIBIT ___C___ PAGE ___468___

**Tab 142**

From: Isaac Larian
Sent: Wednesday, March 28, 2001 7:45 PM
To: Didi Brown
Subject: Wal-Mart- Ron Stover



Doc1.doc

1

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001116

MGA0001116 B

EXHIBIT ___C___ PAGE_ 469

3-28-2001

Mr. Ron Stover
Wal-Mart


Regarding Bratz:

Dear Ron,

Enclosed please find

   1- Copies of 5 tapes of the focus group on Bratz , behind a one way mirror.

2-In case you don't want to see all many hours of this, an edited 10 minutes version of it that will give you a flavor.

   3- Copies of some THE PRESS ON TV THAT Bratz Have received.


4-Copies of press clipping Bratz has received , so far.

Ron, this brand is HOT and it will be among the top 10 toys this year. This I promises you!

Please plan tabs and promotions and bring some EARLY to see how it does . ALL your competitors are going after this BIG TIME.

We are forecasting 4.5 million pcs for this, WORLDWIDE with 3.5 million in the USA.

Best regards,

Isaac Larian

MGA001117

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001117 B

EXHIBIT C PAGE 470

**Tab 143**

| | |
|---|---|
| From: | Isaac Larian |
| Sent: | Thursday, March 29, 2001 6:43 AM |
| To: | Stephen Lee |
| Subject: | RE: Bratz additional tool to support 4000K pcs. |

oK

-----Original Message-----
From:    Stephen Lee
Sent:    Thursday, March 29, 2001 1:30 AM
To:      Isaac Larian
Subject: RE: Bratz additional tool to support 4000K pcs.

Dear Isaac,

Per your instruction, we proceeded with the 4th set of tools on Bratz.

You are correct that we have a deal with Early Light on these extra molds. That is, when our shipment quantity reaches or is above 4 million pieces, Early Light will reimburse 50% of the tooling costs for the 3rd and 4th sets of molds.


Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

-----Original Message-----
From:    Isaac Larian
Sent:    Wednesday, March 28, 2001 5:38 PM
To:      Stephen Lee
Subject: RE: Bratz additional tool to support 4000K pcs.

do the 4th tool.
Did we not have a deal with EL on this extra tool cost,etc?

-----Original Message-----
From:    Stephen Lee
Sent:    Wednesday, March 28, 2001 1:12 AM
To:      Isaac Larian
Cc:      Jim Olmstead; Patrick Williams; Alex Fan; Stanley Li; Samuel Wong; Victor Lee
Subject: Bratz additional tool to support 4000K pcs.

Per your phone call this morning, EL has come up with a new schedule as follow to support 4KK pcs. of Bratz

4th set of tool release no later than 4/2
PS 6/11 with 1st OBS 6/22 for 2K pcs.
10/19 complete 3,654K and 11/2 4,038K pcs.
Tool cost US$79,871.

I know this does not fit in your target 10/15 for 4KK pcs. but it does not make sense to spend extra money for 5th set of tool. Therefore either we should short-shipped or extend the ship date to 11/2.

Please let me have your return confirmation so that we can issue the relative TRA. and to start tooling

1

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001113

MGA0001113 B

EXHIBIT ___C___ PAGE 411

immediately.

Best regards,
Stephen S.C. Lee
www.mgae.com

2

MGA001114

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001114 B

EXHIBIT ___C___ PAGE 472

**Tab 144**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **To:** | Isaac Larian |
| **CC:** | Cecilia Kwok; Samuel Wong |
| **BCC:** | |
| **Sent Date:** | 2001-03-30 17:38:50:389 |
| **Received Date:** | 2001-03-30 17:38:50:389 |
| **Subject:** | FW: TRA - Bratz 4th set of tooling |
| **Attachments:** | FouthToolingTRA.xls , fourtoolingplan.xls |

Isaac- Did you request this 4th set of tools? I dont want to sign this until I understand where this request was coming from?
——Original Message——
From: Judy Rich
Sent: Friday, March 30, 2001 8:15 AM
To: Paula Treantafelles
Subject: FW: TRA - Bratz 4th set of tooling

Paula, for your review and signature.

Thanks.

Judy

Judy Rich
Product Planner
Product Development
MGA Entertainment
jrich@mgae.com
818/894-2525 x173
www.mgae.com

——Original Message——
From: Janet Lam
Sent: Thursday, March 29, 2001 11:53 PM
To: Judy Rich
Cc: Cecilia Kwok
Subject: FW: TRA - Bratz 4th set of tooling

Dear Judy,
Please forward to Paula & Isaac to secure approval by return.
Tks & rgds, Janet (3/30)

——Original Message——
From: Cecilia Kwok
Sent: Friday, March 30, 2001 3:12 PM
To: Janet Lam
Subject: TRA - Bratz 4th set of tooling

Dear Janet,

Confidential - For Attorney's Eyes Only

EXHIBIT _C_ PAGE_ 413

MGA 0049106

Enclosed is the forth set of tooling for Bratz Doll Pack, Please get the approval from LA.

Regards,
Cecilia   –

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE ¹474 MGA 0049107

# MGA ENTERTAINMENT

## TOOLING RELEASE AUTHORIZATION

| | |
|---|---|
| TO : | IL/ PT/ JR |
| DATE : | March 30, 2001 |
| FROM : | R & D - Cecilia Kwok |

Please advise your official authorization to release the tooling described as below. Please sign and return the copy for records.

| | |
|---|---|
| ITEM# : | 248521/ 248552 |
| DESCRIPTION : | BRATZ (DOLL PACKS) |
| VENDOR : | EARLY LIGHT |

| Tools Description | No. of Tools | Charges | 1st Shot |
|---|---|---|---|
| Tools for Doll & Accessories | 15 | HK$572,000 | 5/7/2001 |
| Spraying masks & Sonic Horns | 14 | HK$47,000 | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL : | | HK$619,000/ US$79,871 | |

REMARKS :
1. Tooling description : please see document attached
2. Tooling payment: 40% deposit, 30% 1st shot, 30% balance.
3. Tooling start on 3/29/01, 1st shot on 5/7/01, Final shot on 6/4/01.
4. Forth Duplicated Molds (Weekly cap: 12K / each doll pack & 48K for 4 doll packs)
5. Total weekly cap for 4 sets of toolings : 48K / each doll pack & 192K for 4 doll packs)
6. EL agreeed to absorb 50% (by means of reimbursement to MGA) when our shipment quantity reaches or exceeds 4 million pieces.

| EVALUATED BY : | CECILIA / SAMUEL | APPROVED BY : | |
|---|---|---|---|
| | CECILIA KWOK/ SAMUEL WONG | | JUDY RICH |
| | (Project Executive/ Product manager) | | (Project Planner) |

| APPROVED BY : | Franki | APPROVED BY : | |
|---|---|---|---|
| | FRANKI TSANG | | PAULA TREANTAFELLES |
| | (R & D) | | (Sr Product Manager) |

| APPROVED BY : | STEPHEN LEE | APPROVED BY : | |
|---|---|---|---|
| | STEPHEN LEE | | ISAAC LARIAN |
| | (Managing Director) | | (President) |

~AUTOFILE

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 475

MGA 0049108

# MGA ENTERTAINMENT STANDARD QUO
## TOOLING AND LINE TOOLING C

| TO | Cecilia Kwok | DATE | 30-Mar-01 |
|---|---|---|---|
| FROM | Jackie Chan | VENDOR | EARLY LIGH |
| PRODUCT NUMBER | | PRODUCT NAME | BRATZ--Doll |

| NO. | TOOLING TYPE | DESCRIPTION | CAV/UP | MAT'L |
|---|---|---|---|---|
| 1C | ROTO (DUPLICATE) | HEAD "A" & "B" | 100 / 100 | ROTO PVC |
| 2C | INJ (DUPLICATE) | TORSO FT / RR (COMMON FOR ALL 6 DOLLS) | 8 / 4 | ABS |
| 3F | INJ (DUPLICATE) | LEG INSERT L / R (COMMON) | 8 / 2 | POM |
| 4F | INJ (DUPLICATE) | JOINTS & NECK PLUG (COMMON) | 10 / 2 | ST801 |
| 5L | INJ (DUPLICATE) | LEG L / R (INSERT MOLD) (COMMON) | 2 / 1 | PVC |
| 5M | INJ (DUPLICATE) | LEG L / R (INSERT MOLD) (COMMON) | 2 / 1 | PVC |
| 5N | INJ (DUPLICATE) | LEG L / R (INSERT MOLD) (COMMON) | 2 / 1 | PVC |
| 5O | INJ (DUPLICATE) | LEG L / R (INSERT MOLD) (COMMON) | 2 / 1 | PVC |
| 6F | INJ (DUPLICATE) | ARM L / R (INSERT MOLD) (COMMON) | 4 / 2 | 'PVC |
| 6G | INJ (DUPLICATE) | ARM L / R (INSERT MOLD) (COMMON) | 4 / 2 | PVC |

Confidential - For Attorney's Eyes Only

EXHIBIT ___ C ___ PAGE 476

MGA 0049109

| | A | B | C | D | E | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 7D | INJ (DUPLICATE) | | | HIGH HEELED SHOE #1 (FOR CLOE & SASHA) | | 4 | / | 2 | PVC |
| 23 | 8C | INJ (DUPLICATE) | | | PLATFORM SANDALS #2 (FOR YASMIN & JADE) | | 4 | / | 2 | PVC |
| 24 | 12C | INJ (DUPLICATE) | | | CONSTRUCTION BOOT #6 (FOR CLOE) | | 4 | / | 2 | PVC |
| 25 | 13B | INJ (DUPLICATE) | | | TALL FLOWER BOOT #7 (FOR YASMIN) | | 4 | / | 2 | PVC |
| 26 | 14A | INJ (DUPLICATE) | | | BELT(COMMON FOR CLOE & SASHA) | | 8 | / | 8 | PVC |
| 27 | 16C | LINE (DUPLICATE) | | | SONIC HORNS (TORSO) X 4SETS | | 4 | / | 4 | - |
| 28 | 17C | LINE (DUPLICATE) | | | SPRAY MASK (FOR SHOES & BOOTS) | | | | | |
| 29 | 18C | LINE (DUPLICATE) | | | SPRAYING MASK (18 QPS / DOLL) X 4 DOLLS X 1SET | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | * BECAUSE THE SLIPPERS IS FOR FASHION PACK ONLY, THERE WILL BE NO I | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |
| 35 | | | | | | | | | | |
| 36 | | | | | | | | | | |

Confidential - For Attorney's Eyes Only

EXHIBIT C   PAGE 477

MGA 0049110

TE SHEET
OST

REVISION : 02
No. of sets : 4

pack (4th set of tooling to support )

| M/C SIZE (OZ) | CYCLE TIME (sec) | DAILY RATE | COST (HKD) | | REMARKS |
|---|---|---|---|---|---|
| - | - | 8,000 | 30,000 | | |
| 7 | 35 | 8,146 | 44,000 | . | |
| 7 | 28 | 5,091 | 40,000 | . | |
| 4 | 30 | 4,752 | 34,000 | . | |
| 10 | 35 | 2,037 | 36,000 | . | |
| 10 | 35 | 2,037 | 36,000 | . | |
| 10 | 35 | 2,037 | 36,000 | . | |
| 10 | 35 | 2,037 | 36,000 | . | |
| 7 | 35 | 4,073 | 38,000 | . | |
| 7 | 35 | 4,073 | 38,000 | . | |

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 47B

MGA 0049111

| | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|
| 22 | 7 | 35 | 4,073 | 38,000 | ▾ | |
| 23 | 7 | 35 | 4,073 | 38,000 | ▾ | |
| 24 | 7 | 35 | 4,073 | 44,000 | ▾ | |
| 25 | 4 | 35 | 4,073 | 44,000 | ▾ | |
| 26 | 4 | 35 | 16,293 | 40,000 | ▾ | |
| 27 | ' | ' | - | 12,000 | ▾ | |
| 28 | | | | 10,000 | ▾ | |
| 29 | | | | 25,000 | ▾ | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | DUPLICATE SPRAY MASK ON THIS TOOLING QUOTE. | | | | | |
| 33 | | | | | | |
| 34 | | | TOTAL (HKD) | 619,000 | | |
| 35 | | | TOTAL (USD) | 79,871 | | |
| 36 | | | | | | |

Confidential - For Attorney's Eyes Only

EXHIBIT C PAGE 479

MGA 0049112

## Tooling chart with cost data -- Doll pack (Rev.01)

| Mold# | Description | | | Number of molds required | | | | | | | 23.Mar.2001 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Roto head (Openned) | 2sets | 3sets | 4sets | 5sets | 6sets | 7sets | 8sets | 9sets | 10sets | 11sets |
| | | 70pot | 105pot | 140pot | 175pot | 210pot | 245pot | 280pot | 315pot | 350pot | 385pot |
| | Roto head (Closed) | 130pot | 195pot | 260pot | 325pot | 390pot | 455pot | 520pot | 585pot | 650pot | 715pot |
| 2 | Torso fr/rr | 2sets | 3sets | 4sets | 5sets | 6sets | 7sets | 8sets | 9sets | 10sets | 11sets |
| 3 | Leg insert | 4sets | 6sets | 7sets | 8sets | 10sets | 11sets | 13sets | 15sets | 16sets | 18sets |
| 4 | Joints & neck plug | 4sets | 6sets | 7sets | 9sets | 10sets | 12sets | 14sets | 16sets | 17sets | 19sets |
| 5 | Leg L/R | 8sets | 12sets | 16sets | 20sets | 24sets | 28sets | 32sets | 36sets | 40sets | 44sets |
| 6 | Arm L/R | 4sets | 6sets | 8sets | 10sets | 12sets | 14sets | 16sets | 18sets | 20sets | 22sets |
| 7 | High heeled shoe | 3sets | 4sets | 5sets | 6sets | 7sets | 8sets | 9sets | 11sets | 12sets | 13sets |
| 8 | Platform sandals | 2sets | 3sets | 4sets | 5sets | 5sets | 6sets | 7sets | 8sets | 9sets | 10sets |
| 9 | Sneakers | 2sets | 3sets | 3sets | 3sets | 4sets | 4sets | 5sets | 6sets | 7sets | 7sets |
| 10 | Slippers | 1set (For fashion pack only) | | | | | | | | | |
| 11 | Short boot | 1set (For fashion pack only) | | | | | | | | | |
| | (For Cloe & Jade) | | | | | | | | | | |
| 12 | Construction boot | 2sets | 3sets | 4sets | 5sets | 5sets | 6sets | 7sets | 8sets | 9sets | 10sets |
| 13 | Tall flower boot | 2sets | 2sets | 3sets | 3sets | 4sets | 4sets | 5sets | 6sets | 6sets | 7sets |
| 14 | Belt | 1set | 1set | 2sets | 2sets | 2sets | 2sets | 3sets | 3sets | 3sets | 4sets |
| | (For Cloe & Jade) | | | | | | | | | | |
| 15 | Brush | 1set | 2sets | 2sets | 3sets | 3sets | 4sets | 4sets | 5sets | 5sets | 6sets |
| Line tooling | Sonic horns for torso | 8sets | 12sets | 16sets | 20sets | 24sets | 28sets | 32sets | 36sets | 40sets | 44sets |
| Spray mask | High heeled shoe | 2sets | 3sets | 3sets | 5sets | 6sets | 7sets | 8sets | 9sets | 10sets | 11sets |
| Spray mask | Platform sandals | 2sets | 3sets | 4sets | 5sets | 6sets | 7sets | 8sets | 9sets | 10sets | 11sets |
| Spray mask | Sneakers | 2sets | 3sets | 4sets | 5sets | 6sets | 7sets | 8sets | 9sets | 10sets | 11sets |
| Spray mask | Slippers | 2sets (For fashion pack only) | | | | | | | | | |
| Spray mask | Construction boot | 2sets | 3sets | 4sets | 5sets | 6sets | 7sets | 8sets | 9sets | 10sets | 11sets |
| Spray mask | Tall flower boot | 2sets | 3sets | 4sets | 5sets | 6sets | 7sets | 8sets | 9sets | 10sets | 11sets |
| Spray mask | Doll heads (4 styles) | 4 x 2sets | 4 x 3sets | 4 x 4sets | 4 x 5sets | 4 x 6sets | 4 x 7sets | 4 x 8sets | 4 x 9sets | 4 x 10sets | 4 x 11sets |
| | Weekly capacity | 96K/wk | 144K/wk | 192K/wk | 240K/wk | 288K/wk | 336K/wk | 384K/wk | 432K/wk | 480K/wk | 528K/wk |
| | Total tooling cost (US$): | $207,484 | $295,613 | $375,484 | $453,548 | $527,742 | $605,806 | $700,129 | $798,839 | $872,774 | $966,839 |
| | Addition mold cost (US$): | | $88,129 | $79,871 | $78,064 | $74,194 | $78,064 | $94,323 | $98,710 | $73,935 | $94,065 |

Confidential - For Attorney's Eyes Only

EXHIBIT _____ C _____ PAGE 480

MGA 0049113

**Tab 145**

| From: | Isaac Larian |
|---|---|
| Sent: | Monday, April 02, 2001 4:46 PM |
| To: | Eckerd Drugs - Craig Cunningham |
| Cc: | Eckerd Drugs - Kurt Bruder; Patrick Williams; Jennifer Maurus |
| Subject: | Fall 2001 |

Hi Craig,

Hope all is well.

Please meet Pat Williams of MGA over the net. He is our Sr. Vp of sales and knows a lot about the drug business.

Craig, have you made your fall 2001 final decisions yet?

We had quoted a few items to you. Bratz, Insectobots and Palm Puppies are the hottest products we have and everyone is on them.

Please advise.

Best Regards,

Isaac

1

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001105

MGA0001105 B

EXHIBIT __C__ PAGE 481