**Tab 146**

From:        Isaac Larian
Sent:        Tuesday, April 03, 2001 10:34 AM
To:          Walmart - Ron Stover
Subject:     RE: Bratz

Ron,

Thanks for getting back to me and your support.

Did you get the Fed Ex package on Bratz?  Can we ship you some goods early ( in May) if few stores so you can see the rate of sales?

Take care.

Isaac

-----Original Message-----
From: Ron Stover [mailto:rjstove@wal-mart.com]
Sent: Tuesday, April 03, 2001 4:17 AM
To: Mga Entertainme - Isaac Larian
Subject: RE: Bratz


Isaac,
Still working on the planograms. We have made our tab selections. Your items
made the modular but did not make the tabs.
Regards,
Ron Stover

> -----Original Message-----
> From:    Isaac Larian [SMTP:ilarian@mgae.com]
> Sent:    Monday, April 02, 2001 8:56 PM
> To: Walmart - Ron Stover
> Subject:  Bratz
>
> Hi Ron,
>
> Did you receive the fed ex package I sent you?
>
> Also, are you guys done with Planogram , promotions and tabs?
>
> Did Bratz and Mrs. Field make any promotions?  If yes, we need to know
> urgently so we can plan additional production.
>
> Thanks you again for all your support and business.
>
> Isaac Larian
> CEO
> MGA Entertainment.
> 16730 Schoenborn Street
> North Hills, California, USA 91343-6122
> Visit our website at
> http://www.mgae.com
> 818-894-3150


*****************************************************************
This email and any files transmitted with it are confidential
and intended solely for the individual or entity to

MGA001099

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001099 B

EXHIBIT ___C___ PAGE _482_

whom they are addressed.  If you have received this email
in error destroy it immediately.
*********************************************************************

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001100

MGA0001100 B

EXHIBIT ___C___ PAGE_ 483

**Tab 147**

**From:** Isaac Larian
**Sent:** Tuesday, April 03, 2001 10:34 AM
**To:** Walmart - Ron Stover
**Subject:** RE: Bratz

Ron,

Thanks for getting back to me and your support.

Did you get the Fed Ex package on Bratz?  Can we ship you some goods
early ( in May) if few stores so you can see the rate of sales?

Take care.

Isaac

-----Original Message-----
From: Ron Stover [mailto:rjstove@wal-mart.com]
Sent: Tuesday, April 03, 2001 4:17 AM
To: Mga Entertainme - Isaac Larian
Subject: RE: Bratz


Isaac,
Still working on the planograms. We have made our tab selections. Your
items
made the modular but did not make the tabs.
Regards,
Ron Stover

> -----Original Message-----
> From:    Isaac Larian [SMTP:ilarian@mgae.com]
> Sent:    Monday, April 02, 2001 8:56 PM
> To: Walmart - Ron Stover
> Subject:  Bratz
>
> Hi Ron,
>
> Did you receive the fed ex package I sent you?
>
> Also, are you guys done with Planogram , promotions and tabs?
>
> Did Bratz and Mrs. Field make any promotions?  If yes, we need to know
> urgently so we can plan additional production.
>
> Thanks you again for all your support and business.
>
> Isaac Larian
> CEO
> MGA Entertainment.
> 16730 Schoenborn Street
> North Hills, California, USA 91343-6122
> Visit our website at
> http://www.mgae.com
> 818-894-3150


************************************************************
This email and any files transmitted with it are confidential
and intended solely for the individual or entity to

MGA001099

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001099 B

EXHIBIT __C__ PAGE 484

whom they are addressed.  If you have received this email
in error destroy it immediately.
*******************************************************************

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001100

EXHIBIT _____C_____ PAGE 485

MGA0001100 B

**Tab 148**

From: John.Young@walgreens.com
Sent: Thursday, April 05, 2001 6:48 AM
To: Isaac Larian
Subject: RE: 2001 Selection and forecast

We will be adding the Power Ranger Game to our listing I believe to replace
the DBZ game. If there are any additions to this already extensive listing
I will let you know on 4/16.


                    Isaac Larian

                    <ilarian@mgae          To:
"'John.Young@walgreens.com'"
                    .com>                   <John.Young@walgreens.com>

                                            cc:

                    04/04/2001              Subject:    RE: 2001 Selection
and forecast
                    11:06 PM




John,

You are too kind to me.

Thanks for the Hot Hoops listing. It is a GREAT staple item.

Can you please let me know the list of items you will buy from us ( I
already know about Hot Hoops, Prayer Angels and Bratz and Deluxe 2 sports,
Nintendo KC games and KC games). As long as we have the list of items, we
can plan ahead and receiving actual orders on 4/16 will be ok.

Thanks again for all your support and business.

Isaac

-----Original Message-----
From: John.Young@walgreens.com [mailto:John.Young@walgreens.com]
Sent: Wednesday, April 04, 2001 6:01 AM
To: Isaac Larian
Subject: RE: 2001 Selection and forecast


                                    1

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001040

MGA0001040 B

EXHIBIT _C__ PAGE 480

Isaac, you're the best! You never stop selling. I did forget to mention that we are adding the Hot Hoops to our listing and will be advertising this item in the fall. I am adding a Walkie Talkie unit but low price non licensed. We are passing on the Super Value dolls but we are not carrying any one elses either. I will be placing our orders for our fall listings the week of 4/16 for shipment 7/1-7/15. Will this be a problem?

|  |  |  |
|---|---|---|
| Isaac Larian | | |
| <ilarian@mgae .com>"'John.Young@walgreens.com'" | To: | <John.Young@walgreens.com> |
| | cc: | |
| 04/03/2001 | Subject: | RE: 2001 Selection and forecast |
| 07:07 PM | | |

John,

Nobody is getting the DBZ license that we know of.

The people who have this licensing rights ( I understand that their deal is through end of 2003) are very tough people to deal with ( have sued many people) and , as a result many vendors are shying away from them.

I will have Julie send you the Power Ranger sample.

I represent to you that Power Ranger's item will do more than DBZ .

Also, you should know 2 other major drug chains in the USA which have following items in stores this spring are having a PHENOMENAL success with them and will do it big promotion this fall:

Hot Hoops ( you were considering this at one time, we gave you a great POE)

Power Rangers Action Figure Walkie talkie

Super Value Dolls

Prayer Angels ( HUGE!).

Take care and thanks for all your support.

Isaac

-----Original Message-----

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001041

MGA0001041 B

EXHIBIT __C__ PAGE 487

From: John.Young@walgreens.com [mailto:John.Young@walgreens.com]
Sent: Tuesday, April 03, 2001 2:03 PM
To: Isaac Larian
Subject: RE: 2001 Selection and forecast


I need both programs asap as well as a sample of the Power Ranger item.
Do
you know who is getting the license for the DBZ item? It is selling very
well for us and I don't mind making room for a great item (ie: Power
Rangers) but I also hate to lose a great item.


|                          | Isaac Larian                          |          |                              |
|--------------------------|---------------------------------------|----------|------------------------------|
|                          | <ilarian@mgae                         | To:      |                              |
| "'John.Young@walgreens.com'"         | .com>                     |          | <John.Young@walgreens.com>   |
|                          |                                       | cc:      |                              |
|                          | 04/03/2001                            | Subject: | RE: 2001 Selection           |
| and forecast             |                                       |          |                              |
|                          | 03:42 PM                              |          |                              |




Dear John,

1- Bratz: Thanks.

2-Prayer Angles: You had told me before that this was selected. Is that
still the case?

3- Hand Held Games: I understand. I need a favor from you. Our license
for
Dragon Ball Z is expiring by June 3rd . We are offering you a very
special
deal on those ( Julie will get to you on them shortly). For FALL I like
to
ask you to replace the DBZ with our Power Rangers 2 games in one. It is
at
the same price as DBZ, power rangers RIGHT NOW IS A MUCH STRONGER
LICENSE
AND it is two games in one , A BETTER VALUE.

Please advise

BEST REGARDS,

Isaac

-----Original Message-----
From: John.Young@walgreens.com [mailto:John.Young@walgreens.com]
Sent: Tuesday, April 03, 2001 1:25 PM

3

MGA001042

CONFIDENTIAL -
ATTORNEYS EYES ONLY


MGA0001042 B

EXHIBIT __C__ PAGE 488

To: Isaac Larian
Subject: RE: 2001 Selection and forecast


As you know we have added the Bratz Doll line to our fall listing.
However
as of now your listing for hand held games remains the same and we will
be
ordering similar quantities to what we did last year.


|  | Isaac Larian | | |
|--|--------------|--|--|
| "'John.Young@walgreens.com'" | <ilarian@mgae .com> | To: | <John.Young@walgreens.com> |
|  |  | cc: |  |
| and forecast | 04/03/2001 | Subject:    RE: 2001 Selection | |
|  | 02:37 PM | | |



Thanks John,

If you can tell me the items now, I can plan early.

Please e mail the list of the items today if you can.

Isaac

-----Original Message-----
From: John.Young@walgreens.com [mailto:John.Young@walgreens.com]
Sent: Tuesday, April 03, 2001 11:45 AM
To: Isaac Larian
Subject: Re: 2001 Selection and forecast


Final selections have been made. I will have final numbers to by 4/16.
Will
this be to late?


|  | Isaac Larian | | |
|--|--------------|--|--|
|  | <ilarian@mgae | To:    Walgreens - John Young | |
|  | .com> | <jyoung@walgreens.com> | |
|  |  | cc: |  |
|  |  | 4 | |

MGA001043

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001043 B

EXHIBIT ___C___ PAGE 489

| | 03/27/2001 | Subject: | 2001 Selection and |
| forecast | 05:43 AM | | |

Dear John,

Hope all is well.

I hate to be a pest. But, do you have final selection and numbers? It is really getting late.

If you have already advised Olen or Pat, please ignore this e mail.

Isaac Larian
CEO
MGA Entertainment.
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http://www.mgae.com
818-894-3150

5

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001044

MGA0001044 B

EXHIBIT __C__ PAGE 490

**Tab 149**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Thursday, April 05, 2001 10:24 AM |
| **To:** | Cecilia Kwok; Samuel Wong |
| **Subject:** | RE: Bratz deco. 4/4 |

Please noted my comments below

-----Original Message-----
| | |
|---|---|
| **From:** | Cecilia Kwok |
| **Sent:** | Wednesday, April 04, 2001 2:46 AM |
| **To:** | Samuel Wong; Paula Treantafelles |
| **Subject:** | RE: Bratz deco. 4/4 |

Dear all,

Please see my comment below.

Regards,
Cecilia

-----Original Message-----
| | |
|---|---|
| **From:** | Samuel Wong |
| **Sent:** | Wednesday, April 04, 2001 2:28 PM |
| **To:** | Paula Treantafelles |
| **Cc:** | Cecilia Kwok |
| **Subject:** | Bratz deco. |

Paula,

here is the conclusionon made between you and I against Cecilia's e-mail dated 4/3 regarding the deco. Please read the following and kindly give us the confirmation on each point :

Cloe : pearlize effect on our 3/19 submission is approved. But the color of the lips need to be lighter. I picked up PMS 198C which is close to your paint master. HK will take this color as basic and do fine adjustment on the paint to match your paint master as close as possible. **Please confirm HK can do final approval in HK in order to save time back & forth in order to support the PS date. (HK will send you picture for ref. ). Any further change would be on a running change basis.**
eyeshadow - confirm to follow exactly our 3/19 submit sample for production.
other than the above two mentioned things, the rest of the deco is approved. **Please confirm.**

Yasmin : the lips color and pearlize effect on our 3/19 sample is approved. the beauty mark needs to follow or 3/31 sample other than these mentioned two things, the rest of the deco is approved. **Please confirm.**

Sasha : the lips color is OK and the only thing that need to be change is on the lip's line. Again, I picked up PMS 168C which is close to your paint master. HK will take this color as basic and do fine adjustment on the paint to match your paint master as close as possible. **Please confirm HK can do the final approval in HK in order to save timeback & forth in order to support PS date ( Hk will send you picture for ref.) Any further change is on a running change basis.**
regarding the overlap, proceed with the current submission on 3/31 and make further improvement as a running change basis. *[Cecilia]* No there should be no running change or we needed to pay for the development cost for the 4 sets of spray masks since EL will based on this spray mask duplicate the other 3 sets accordingly.
*[Paula]* Noted.

*[Cecilia]* Paula requested to add a little yellow for the white portion of the eyes. This also will be

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004383

EXHIBIT ___C___ PAGE 491

approved in HK to save time in order to support PS date. Please confirm.

*[Paula]* Please do not implment this change in eyeball color immediately. Please proceed with white you submitted on 3/19 or 3/31 and submit sampe with less white as soon as it is available. If it looks good then we will running change it into production.

othe than the above mentioned, the rest of the deco is approved. **Please also confirm.**

Jade : eyeshadow follow our 3/19 submission sample. lip color follow the 3/31 submission sample.
other than the above mentioned, the rest of the deco is approved. **Please confirm.**

thanks & best regards
Samuel (4/3/01 in LA)

**CONFIDENTIAL**
**ATTORNEY'S EYES ONLY**

MGA004384

EXHIBIT __C__ PAGE _492_

**Tab 150**

| From: | Isaac Larian |
|---|---|
| Sent: | Monday, April 09, 2001 7:07 PM |
| To: | Dave Malacrida |
| Cc: | Lon Ross; Victoria O'Connor; Paula Treantafelles |
| Subject: | RE: Kids Choice Awards |

I like to do something with Bratz if we can.

-----Original Message-----
From: Dave Malacrida
Sent: Monday, April 09, 2001 4:11 PM
To: Isaac Larian
Cc: Lon Ross; Victoria O'Connor
Subject: RE: Kids Choice Awards

Isaac:
Just to remind, you requested me to contact in regards to doing a BRATZ
promotion to create an early Buzz. Is there anything you would like to
do in regards to BRATZ, or is it too soon? If it is too soon (this show
is one week from this Saturday), then can we get some Hello Kitty Girls
product (if we have it), and I will check with Jim on any Boys stuff?

Dave Malacrida
Public Relations Director
MGA Entertainment
Voice: 818-894-2525 x178
http://www.mgae.com

-----Original Message-----
From: Isaac Larian
Sent: Monday, April 09, 2001 3:47 PM
To: Dave Malacrida
Cc: Lon Ross; Victoria O'Connor
Subject: RE: Kids Choice Awards

Ask Jim what we have left over.

-----Original Message-----
From: Dave Malacrida
Sent: Monday, April 09, 2001 3:25 PM
To: Isaac Larian
Cc: Lon Ross; Victoria O'Connor
Subject: FW: Kids Choice Awards

Isaac:
Here is the trail of my emails w/Nick.....I haven't spoke to his
Marketing contact yet, but what do we have to offer by 4/21 here in L.A.
What can be done, (or what should we offer?)
Many Thanks!

Dave Malacrida
Public Relations Director
MGA Entertainment
Voice: 818-894-2525 x178
http://www.mgae.com

1

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001030

MGA0001030 B

EXHIBIT ___C___ PAGE 493

-----Original Message-----
From: Cogland, Gary [mailto:Gary.Cogland@nick.com]
Sent: Monday, April 09, 2001 3:05 PM
To: 'Dave Malacrida'
Subject: RE: Kids Choice Awards


Hi Dave. The show is Saturday 4/21. Marketing asked if there were any
boy-skewing product as well since Nick has a 50/50 balance boy/girl. I
will
get you a name of someone in Marketing as well.
Regards, Gary

-----Original Message-----
From: Dave Malacrida [mailto:DMalacrida@mgae.com]
Sent: Monday, April 09, 2001 5:49 PM
To: Nickelodeon - Gary Cogland
Subject: RE: Kids Choice Awards


Many Thanks Gary, although I think I received some mis-information in
regards to the date of the show. I look forward in any capacity to
speaking
with the NICK Marketing contact about the event.
Best Regards,

Dave Malacrida
Public Relations Director
MGA Entertainment
Voice: 818-894-2525 x178
http://www.mgae.com


-----Original Message-----
From: Cogland, Gary [mailto:Gary.Cogland@nick.com]
Sent: Monday, April 09, 2001 12:38 PM
To: 'Dave Malacrida'
Subject: RE: Kids Choice Awards


Hi Dave.
I just wanted to let you know that I've passed your message along to our
marketing dept. to see if there are any opportunities at the KCA. I
will
let you know what I find out.
Regards,
Gary

-----Original Message-----
From: Dave Malacrida [mailto:DMalacrida@mgae.com]
Sent: Thursday, April 05, 2001 8:26 PM
To: Nickelodeon - Gary Cogland
Subject: Kids Choice Awards


Hello Gary,
Do you remember me (hope so!), we met last year here in California, I
have
now been promoted to Director of Public Relations here at MGA. We
continue
to enjoy the benefits of advertising MGA products on the NICK Family of
networks and I look forward to hearing about the Fall 2001 Line-up.
Also,

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001031

MGA0001031 B

EXHIBIT __C__ PAGE 494

Victoria O' Connor, MGA's Director of Licensing, just told me that The Kid's
Choice Awards are happening here in Los Angeles in a few weeks.  We wanted
to know if there was any opportunity to "Sneak" MGA's hot new Fashion Dolls
"BRATZ" to the Public at this time.  It would be truly exciting indeed, the
Press and Buzz these Dolls have been generating (since Toy Fair) has been
tremendous (We are doing the Licensing show in June for BRATZ as well!) and
we will certainly be advertising them during NICK come this Fall.  I am
attaching a digital shot of the BRATZ and look forward to hearing from you
soon to see if there is anything I can do for the upcoming Awards show, and
to say hello as well.
Best Regards,

Dave Malacrida
Public Relations Director
MGA Entertainment
Voice: 818-894-2525 x178
http://www.mgae.com

 <<bratz.jpg>>

3

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001032

MGA0001032 B

EXHIBIT ___C___ PAGE 495

**Tab 151**

From:       Isaac Larian
Sent:       Friday, April 06, 2001 7:42 PM
To:         Concentra - Pedro Feist
Subject:    FW: Our Order nr. 064/01



concentra    Martin Hitch
011301.doc   (E-mail).vcf

Pedro,

Hope all is well.

Please read below.

I have also concerns.

As you know, I told CEFA, and other Spanish distributors  that they can
NOT sell any products in Portugal.

But, if you are going to do our key items and we are telling them they
can't either, then as you can see we have a problem!

The KEY products that fall under this are:

VR3D, Me and My Shadow, Palm Puppies and Insectobots. ALL of these are
HOT products that EVERYONE in Europe is doing or is after.

Please read below the comments from Martin  and advise ASAP.

All the best ,

Isaac

-----Original Message-----
From: Martin Hitch
Sent: Friday, April 06, 2001 5:19 PM
To: Ana Monica
Cc: 'M.G. America – Cyndi Kwan'; Isaac Larian
Subject: RE: Our Order nr. 064/01

Dear Miguel,

Thanks for your confirmation, please be aware of the following

1. Scooter Samantha: Best price FOB HK is '        TVC will be available
by 6/1/01

2. Reference your order requirements, it will be necessary for Concentra
to either test or agree to the cost of testing for Scooter Samantha.
Also be advised that we currently only show the green point on the
product packaging, Cyndi will confirm if this can be added to your
carton markings.

As far as Bratz goes, I am very disappointed in your commitment of only
2,000pcs. For your information, we have agreed a three year pan European
Deal with Bandai that excluded Portugal in favor of Concentra. The
Bandai deal includes TV support in all territories along with POP

1

REDACTED

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001061

MGA0001061 B

EXHIBIT ___C___ PAGE 494

material, PR launch along with commitment through 2003. The projection for Spain alone in 2001 is 120,000units hence my disappointment with your current proposal. Please urgently confirm your media plans and full year forecasts on this brand along with projections for 2002/3 before we progress any further.

Also at Hong Kong toy fair there were many products on which you requested pricing (see attached), please confirm your direction on these as well as the above.

Thanks for your help
Martin Hitch
VP, International Sales
MGA Entertainment
Tel. +415.333.4233
www.mgae.com

-----Original Message-----
From: Ana Monica [mailto:ana_monica@concentra.pt]
Sent: Friday, April 06, 2001 12:09 PM
To: 'M. G. America - Martin Hitch'
Cc: 'M.G. America - Cyndi Kwan'
Subject: Our Order nr. 064/01

Dear Martin,

We are confirming our Opening Order of the following products :

Opening Order nr. 064/01

Item  Description Price Qtty
246787      Scooter Samantha  **    4.000
248521      Bratz Int. Asst.              2.000

Delivery: June

** Scooter Samantha : We are going to advertising on TV this item and need
your special effort on the price. We need maximum USD       to reach the
necessary retail price and have enough media budget.

We are sending you attached our order requirements that we need you to provide us a.s.a.p. for every ordered items. We will be waiting for your

information.


Please confirm by return.

Best regards,
Miguel Feist

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001062

MGA0001062 B

LAHIDIT _____ C ____ rAGE 497



**Hong Kong Showroom**
Room 1001, 10/F, Empire Center
68 Mody Road
Tsimshatsui East
Kowloon, Hong Kong

To:   Concentra

Attn:  Pedro Feist

Re:   2001 improved pricing.

From:  Martin Hitch

Date:  1/9/00

CC:   Cyndi Kwan
      Clementina Jarrin

Pedro,

Please see below those items where I can offer improved pricing.

| Item | Description | Old Price | New Price |
|------|-------------|-----------|-----------|
| 247593 | Mega Mic | | |
| 247784 | One Man Jam 2 | | |
| 240112 | Drum Maker | | |
| 243632 | DJ Mixer (without AM transmitter) | | |
| 247678 | Insectobots | | |
| 250005 | Monkey See Monkey Do | | |
| 240082 | Me and My Shadow | | |
| 248521 | Bratz | | |
| 249115 | Bratz Fashion Pack | | |
| Asst. | FX VR 3D (excluding snowboarding)* | | |
| 245124 | Commando Bot 2 | | |

\* I cannot include item# 242611 Snowboarding VR3D in the special price offer of        , this item
remains '        FOB Hong Kong.

I can be reached at,

HK Cell #          or in the Hong Kong Showroom on 2929-8008

Regards,

Martin Hitch

MGA001063

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001063 B

EXHIBIT  C  PAGE 498

## Martin  Hitch
### V.P. International Sales

MHitch@mgae.com      ( Preferred Internet )

Version
    2.1

Name
        *Family:*   Hitch
          *First:*   Martin
        *Middle:*
        *Prefix:*
        *Suffix:*

Formatted Name
    Martin  Hitch

Title
    V.P. International Sales

Electronic Mail Address      ( Preferred Internet )
    MHitch@mgae.com

Last Revision
    20010307T162553Z

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001064

MGA0001064 B

EXHIBIT __C__ PAGE __499__

**Tab 152**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Tuesday, April 10, 2001 6:46 PM |
| **To:** | Carter Bryant |
| **Cc:** | Cecilia Kwok |
| **Subject:** | FW: Existing Fabric |

Carter
Please note that HK will be sending the 1 yard of each 2001 fabric on 4/17. We should receive it in LA by 4/20.

Thanks Cecilia

-----Original Message-----

| | |
|---|---|
| **From:** | Cecilia Kwok |
| **Sent:** | Tuesday, April 10, 2001 6:36 PM |
| **To:** | Paula Treantafelles |
| **Subject:** | RE: Existing Fabric |

Dear Paula,

The fabric will be sent on 4/17.

Regards,
Cecilia

-----Original Message-----

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Saturday, April 07, 2001 7:45 AM |
| **To:** | Cecilia Kwok |
| **Subject:** | |

Cecilia

Please send as soon as possible 1 yard of every fabric used in 2001 doll packs and fashion packs ... in correct color nd construction to LAO asap.

**ATTORNEY'S EYES
ONLY**

MGA000635

EXHIBIT C PAGE 500

**Tab 153**

| | |
|---|---|
| From: | Isaac Larian |
| Sent: | Tuesday, April 10, 2001 8:02 PM |
| To: | Concentra - Pedro Feist |
| Subject: | RE: Our Order nr. 064/01 |

Dear Pedro,

We were certainly not late with VR3D ( was very successful in Spain market the year before!) and Me and My Shadow ( the No 1 selling feature plush in the USA ). I ask you to at least please reconsider and add these two items.

As for Bratz, FYI, Bandai Spain's OPENING order to ship in June is 100,000!! Kreisel in VZ booked 80k. JNH in Australia booked 100k. You can verify these. Is your forecast of 2,000 pcs a mistake?

Please advise.

Isaac

-----Original Message-----
From: Soc.Rep.Concentra, Lda. [mailto:concentra@mail.telepac.pt]
Sent: Tuesday, April 10, 2001 9:45 AM
To: 'Isaac Larian'
Subject: RE: Our Order nr. 064/01

Dear Isaac,

Your lines are rather unfair. As you know, this year MGA was particularly late with everything.
You do not have a problem, as you say, as we are here.

However, we can not introduce new products after presenting our range, which happened by end of last month. We still manage to include Bratz and Scooter Samantha, and plan the other items for next year.

Please also do not forget that we still have an issue, which is very delicate and important, as we have a lot of defective merchandise of Comandobot.

Dear Isaac ; We are the only ones in our country, and we have no competition, even from the spanish suppliers. What is wrong is offering products to customers after their purchases season, which give us only a part of the business, and compromise the success for the coming year.

Please accept my best regards.
Pedro Feist

-----Original Message-----
From: Isaac Larian [SMTP:ilarian@mgae.com]
Sent: sábado, 7 de Abril de 2001 1:42
To:    Concentra - Pedro Feist
Subject:    FW: Our Order nr. 064/01

 << File: concentra 011301.doc >> << File: Martin Hitch (E-mail).vcf >>
Pedro,

Hope all is well.

1

CONFIDENTIAL - ATTORNEYS EYES ONLY

MGA001027

MGA0001027 B

EXHIBIT  C  PAGE 501

Please read below.

I have also concerns.

As you know, I told CEFA, and other Spanish distributors  that they can NOT
sell any products in Portugal.

But, if you are going to do our key items and we are telling them they can't
either, then as you can see we have a problem!

The KEY products that fall under this are:

VR3D, Me and My Shadow, Palm Puppies and Insectobots. ALL of these are HOT
products that EVERYONE in Europe is doing or is after.

Please read below the comments from Martin  and advise ASAP.

All the best ,

Isaac

-----Original Message-----
From: Martin Hitch
Sent: Friday, April 06, 2001 5:19 PM
To: Ana Monica
Cc: 'M.G. America - Cyndi Kwan'; Isaac Larian
Subject: RE: Our Order nr. 064/01

Dear Miguel,

Thanks for your confirmation, please be aware of the following

1. Scooter Samantha: Best price FOB HK is          TVC will be available by
6/1/01

2. Reference your order requirements, it will be necessary for Concentra to
either test or agree to the cost of testing for Scooter Samantha. Also be
advised that we currently only show the green point on the product
packaging, Cyndi will confirm if this can be added to your carton markings.

As far as Bratz goes, I am very disappointed in your commitment of only
2,000pcs. For your information, we have agreed a three year pan European
Deal with Bandai that excluded Portugal in favor of Concentra. The Bandai
deal includes TV support in all territories along with POP material, PR
launch along with commitment through 2003. The projection for Spain alone in
2001 is 120,000units hence my disappointment with your current proposal.
Please urgently confirm your media plans and full year forecasts on this
brand along with projections for 2002/3 before we progress any further.

Also at Hong Kong toy fair there were many products on which you requested
pricing (see attached), please confirm your direction on these as well as
the above.

2

REDACTED

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001028

MGA0001028 B

EXHIBIT        C        PAGE     502

Thanks for your help
Martin Hitch
VP, International Sales
MGA Entertainment
Tel. +415.333.4233
www.mgae.com

-----Original Message-----
From: Ana Monica [mailto:ana_monica@concentra.pt]
Sent: Friday, April 06, 2001 12:09 PM
To: 'M. G. America - Martin Hitch'
Cc: 'M.G. America - Cyndi Kwan'
Subject: Our Order nr. 064/01

Dear Martin,

We are confirming our Opening Order of the following products :

Opening Order nr. 064/01


Item  Description Price Qtty
246787      Scooter Samantha   **    4.000
248521      Bratz Int. Asst.           2.000


Delivery: June

** Scooter Samantha : We are going to advertising on TV this item and need
your special effort on the price. We need maximum USD.          reach the

necessary retail price and have enough media budget.

We are sending you attached our order requirements that we need you to
provide us a.s.a.p. for every ordered items. We will be waiting for your

information.


Please confirm by return.

Best regards,
Miguel Feist

REDACTED

3

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001029

MGA0001029 B

EXHIBIT  C  PAGE 503

**Tab 154**

| | |
|---|---|
| From: | Isaac Larian |
| Sent: | Thursday, April 19, 2001 1:09 AM |
| To: | Stephen Lee |
| Subject: | RE: Production with packaging sales samples we discussed in HK |

We really need Insectobots ( special) in packaging to get big orders.

-----Original Message-----
From: Stephen Lee
Sent: Wednesday, April 18, 2001 8:27 PM
To: Isaac Larian
Subject: RE: Production with packaging sales samples we discussed in HK

Dear Isaac,

Please note the 6 sets of Bratz and 8 pieces of Scooter Samantha samples we sent yesterday are in packaging. The working sample of Monkey See Monkey Do sent to Jonathan and Lora yesterday is without packaging.

For the samples of Palm Puppies and Insectobot to be dispatched within this week, they will not be in packaging because we only received the artwork of Palm Puppies last Wednesday and the package mold of Insectobot is just completed & under debug.

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

-----Original Message-----
From:      Isaac Larian
Sent:      Wednesday, April 18, 2001 11:18 PM
To:        Stephen Lee
Cc:        Eric Yip; Alex Fan; Ringo Tam
Subject:   RE: Production with packaging sales samples we discussed in HK

Thanks.

I hope they are in packaging.

We desperately need Palm Puppies and Insectobots and Monkey

-----Original Message-----
From: Stephen Lee
Sent: Wednesday, April 18, 2001 2:23 AM
To: Isaac Larian
Cc: Eric Yip; Alex Fan; Ringo Tam
Subject: RE: Production with packaging sales samples we discussed in HK

Please note that 6 sets of Bratz and 8 sets of Scooter doll for sales samples purpose are dispatched today to your attention as requested. Please kindly distribute this sample as appropriate. Other samples will get sent out before this week end.

Thanks

1

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001219

MGA0001219 B

EXHIBIT C PAGE 504

Best regards,
Stephen S.C. Lee
www.mgae.com

-----Original Message-----
From:  Isaac Larian
Sent:  Wednesday, April 11, 2001 11:24 PM
To:  Stephen Lee
Subject:  Production with packaging sales samples we discussed in HK
Importance:  High

we BADLY need :

Bratz, Palm Puppies, Monkey, Scooter doll, Insectobots.

When can we get?

Isaac Larian
CEO
MGA Entertainment.
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http://www.mgae.com
818-894-3150

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001220

MGA0001220 B

EXHIBIT C PAGE 505

**Tab 155**

From:       Isaac Larian
Sent:       Thursday, April 12, 2001 2:40 AM
To:         Patrick Williams; Kerri Brode; Becky Harris
Subject:    FW: Production with packaging sales samples we discussed in HK

For sales , fyi.

-----Original Message-----
From:       Stephen Lee
Sent:       Thursday, April 12, 2001 12:38 AM
To:         Isaac Larian
Cc:         Ringo Tam; Alex Fan
Subject:    RE: Production with packaging sales samples we discussed in HK

Dear Isaac,

Please note the following sample availability dates:

| DESCRIPTION | QUANTITY | DATE |
|---|---|---|
| Bratz | 6 sets | 4/17 |
| Palm Puppies | 12 sets | 4/19-20 |
| Scooter Samantha | 8 sets | 4/17 |
| Insectobots | 4 sets | 4/17 * |
| - ditto - | 6 sets | 4/19 |

* We are supposed to have 8 sets of Insectobot on 4/17 but we need to give 4 sets to Cyndi for European buyer.

Sample of Monkey See Monkey Do is not available because the unit is using OTP and we found a problem with PCB bonding. Hopefully we will get one sample out this Saturday directly from Early Light but we cannot get confirmation pending verification by our people at the factory this afternoon.

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

-----Original Message-----
From: Isaac Larian
Sent:   Wednesday, April 11, 2001 11:24 PM
To:     Stephen Lee
Subject:     Production with packaging sales samples we discussed in HK
Importance:  High

we BADLY need :

Bratz, Palm Puppies, Monkey, Scooter doll, Insectobots.

When can we get?

Isaac Larian

1

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000766

MGA0000766 B

EXHIBIT _C_ PAGE 506

CEO
MGA Entertainment.
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http://www.mgae.com
818-894-3150

2

CONFIDENTIAL –
ATTORNEYS EYES ONLY

MGA000767

MGA0000767 B

EXHIBIT __C__ PAGE 507

**Tab 156**

| | |
|---|---|
| From: | Isaac Lanan |
| Sent: | Sunday, April 15, 2001 12 32 PM |
| To: | GIG ITALY- Aldo Horvat |
| Subject: | Selection |

Dear Aldo,

Hope all is well

When can we expect your orders fro Bratz and Palm Puppies? Due to huge demand, we will run out of production capacity soon and need your orders

Please advise ASAP

Best Regards,

Isaac Lanan
CEO
MGA Entertainment,
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http //www mgae com
818-894-3150

1

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA000746

EXHIBIT ___C___ PAGE ___508___

**Tab 157**

| From: | Isaac Larian |
|---|---|
| Sent: | Sunday, April 15, 2001 12:23 PM |
| To: | Stephen Lee; Stanley Li |
| Subject: | 2001 Forecast - 0220.rev.11.xls |



2001 Forecast -
0220.rev.11.xl...

If everything goes well, this is my new forecast. please keep in HK confidential for now.

1

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000748

MGA0000748 B

C 509

| # | Description | P.S. Date | (USD) FOB H.K. | F(CK) | | Total(K) |
|---|-------------|-----------|----------------|-------|---|----------|
| 1 | | | | | | Date: 02/20/01 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | Las Vegas casino corner | 4/16/2001 | | 10 | | |
| 5 | Travel Vegas asst TV | A/O | | 200 | | |
| 6 | Color classic card games | 4/1/2001 | | 50 | | |
| 7 | Classic arcade games assortment | 4/1/2001 | | 50 | | |
| 8 | Nintendo classics/keychain games | A/O | | 200 | | |
| 9 | Pen Games Assortment | 3/15/2001 | | 200 | | |
| 10 | Keychain games 2001 | 4/1/2001 | | 500 | | |
| 11 | Deluxe sports 2 asst - new pkg | 3/31/2001 | | 1200 | | |
| 12 | Large Pinball game | TBA | | 0 | | |
| 13 | Hot Hoops | A/O | | 500 | | |
| 14 | Skeeball | TBA | | | | |
| 15 | Color FX VR3D games | 6/29/01 | | 200 | | |
| 16 | Color FX VR3D snowboarding- and Skate Board new | 8/25/2001 | | 200 | | |
| 17 | Commandobot 4 | 7/13/2001 | | 10 | | |
| 18 | Insecto-Bots asst TV | 5/1/2001 | | 1000 | | |
| 19 | Commandobot 3 TV (cost reduction) | 5/1/2001 | | 100 | | |
| 20 | Robovision | 5/1/2001 | | | | |
| 21 | One Man Jam II (Guitar) International | 6/1/2001 | | 125 | | |
| 22 | One Man Jam III | A/O | | 0 | | |
| 23 | Drum Maker | 5/1/2001 | | 100 | | |
| 24 | DJ Mixer | 5/1/2001 | | | | |
| 25 | InSync Tabletop pinball game | A/O | | | | |
| 26 | Power rangers time force WT asst | A/O | | 200 | | |
| 27 | Power rangers time force cartridge LCD game | 4/1/2001 | | 150-300 | | |
| 28 | Power rangers time force Electronic Pinball | 4/1/2001 | | 120 | | |
| 29 | Power rangers time force electronic bop bag asst | A/O | | 120 | | |
| 30 | Power Invaders sword | 5/1/2001 | | 0 | | |
| 31 | Power Invaders night vision communicator | 5/1/2001 | | 10 | | |
| 32 | Matchmaker Journal | A/O | | 0 | | |
| 33 | Be Beautiful Compact | A/O | | 0 | | |
| 34 | iSpy Jewelry | A/O | | 30 | | |
| 35 | Hello Kitty Matchmaker Journal | A/O | | 200 | | |
| 36 | Hello Kitty Be Beautiful | A/O | | 15 | | |

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

MGA000749

MGA0000749 B

EXHIBIT C PAGE 510

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 38 | Hello Kitty Virtual Crush | A/O | | 15 | | |
| 39 | Mrs. Field's Toy Baking Fly | 6/1/2001 | | 100 | | |
| 40 | Value Dolls | 5/1/2001 | | 700 | | |
| 41 | Prayer Angels asst | A/O | | 600 | | |
| 42 | My Dream Baby II INTERNATIONAL | 6/1/401 | | 40 | | |
| 43 | Scooter Samantha TV | 4/1/2001 | | 500 | | |
| 44 | My Toddler | 6/1/2001 | | 100 | | |
| 45 | Bratz | 4/20/2001 | 11.98 | 3000-4000 | | 35970 |
| 46 | Palm Puppies / Kitties | A/O | | 3000-5000 | | |
| 47 | Me & My Shadow INTERNATIONAL | 4/1 & 6/1/01 | | 0 | | |
| 48 | Me & My Shadow (New) | A/O | | 700 | | |
| 49 | Me & My Kitty | 5/1/2001 | | 50 | | |
| 50 | Monkey See Monkey Do TV | 6/1/2001 | | 50 | | |
| 51 | Power Ranger RC Vehicle | 6/1/2001 | | 50 | | |
| 52 | Hopity Bounce Baby | 6/1/01 | | 60 | | |
| 53 | Bratz Fashion Pack | A/O | 4.65 | 250 | | 136.6 |
| 54 | Backatcha | 4/28/01 | | 30 | | |
| 55 | Say What | 5/1/01 | | 76 | | |
| 56 | | 5/1/01 | | 30 | | |
| 57 | | | | | Total: | |
| 58 | ** The total amount is based on low side forecast to calculate. | | | | | |



MGA000750

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0000750 B

EXHIBIT ___C___ PAGE _911_

**Tab 158**

| | |
|---|---|
| From: | Isaac Larian |
| Sent: | Thursday, April 19, 2001 2:25 AM |
| To: | Patrick Williams |
| Cc: | Jim Olmstead; Stanley Li |
| Subject: | RE: Getting sales increased |
| | |
| Importance: | High |

Stanley: Why so late for Bratz and Insectobots? I need you to improve please ( specially Insectobots)

Pat:
I had Dennis pull out the orders we have. We can get products in stores faster ( domestic from LA ) so they can see how it does:

Scooter: Get orders , 900 TRU; 480 Target, 900 Wal-Mart, 600 KB, 120 Ames for ship from LA 5-28th.

Palm Puppies: 900 Wal-Mart, 900 TRU, 480 kb, 240 Ames, 480 for Target, for ship 5-28 from LA.

Please get with the sales force and reps right away and get these orders.

Insectobots and Bratz: Lets wait for Stanley to improve to MAY ship date.

-----Original Message-----
From:    Patrick Williams
Sent:    Tuesday, April 17, 2001 7:26 AM
To:    Isaac Larian
Subject:    FW: Getting sales increased

This schedule does not really call for customers to move orders up.

-----Original Message-----
From:    Stanley Li
Sent:    Tuesday, April 17, 2001 4:31 AM
To:    Isaac Larian
Cc:    Patrick Williams; Jim Olmstead; Stephen Lee; Lawrie Chan
Subject:    RE: Getting sales increased

Based on the updated allocation from LA, we will probably to ship 3k each to LA at the following schedule :

| Item Description | Qty. | ETD (HK) |
|---|---|---|
| Scooter Samantha | 3000 pcs. | 5/11/2001 |
| Palm Puppies | 3000 pcs. | 5/11/2001 |
| Bratz | 3000 pcs. | 6/1/2001 |
| Insectobot | 3000 pcs. | 6/8/2001 |

Jim, please review and release the LA transfer accordingly.

Thanks n best regards,

-----Original Message-----
From:    Isaac Larian
Sent:    Tuesday, April 17, 2001 10:06 AM
To: Stephen Lee; Stanley Li
Cc: Patrick Williams; Jim Olmstead

MGA001213

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001213 B

EXHIBIT _C___ PAGE 512

**Subject:**   Getting sales increased
**Importance:**   High

In order to get our sales increased this year, we should order and bring in some early production products to the market ASAP. This way retailers can get an early read and increase their orders.

The key items are:

Insectobots

Bratz

Palm Puppies

Scooter Samantha.

Please come back to me as when can we get production quantity of 3-5,000+?

Pat: Once we get this information, we should go to key people such as Wal-Mart, Target, K mart, TRU and ask them to write an early order.

Isaac Larian
CEO
MGA Entertainment.
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http://www.mgae.com
818-894-3150

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001214

MGA0001214 B

EXHIBIT ___C___ PAGE 513

**Tab 159**

| From: | Isaac Larian |
|---|---|
| Sent: | Thursday, April 19, 2001 1:09 AM |
| To: | Stephen Lee |
| Subject: | RE: Production with packaging sales samples we discussed in HK |

We really need Insectobots ( special) in packaging to get big orders.

———Original Message———
| From: | Stephen Lee |
|---|---|
| Sent: | Wednesday, April 18, 2001 8:27 PM |
| To: | Isaac Larian |
| Subject: | RE: Production with packaging sales samples we discussed in HK |

Dear Isaac,

Please note the 6 sets of Bratz and 8 pieces of Scooter Samantha samples we sent yesterday are in packaging. The working sample of Monkey See Monkey Do sent to Jonathan and Lora yesterday is without packaging.

For the samples of Palm Puppies and Insectobot to be dispatched within this week, they will not be in packaging because we only received the artwork of Palm Puppies last Wednesday and the package mold of Insectobot is just completed & under debug.

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

———Original Message———
| From: | Isaac Larian |
|---|---|
| Sent: | Wednesday, April 18, 2001 11:18 PM |
| To: | Stephen Lee |
| Cc: | Eric Yip; Alex Fan; Ringo Tam |
| Subject: | RE: Production with packaging sales samples we discussed in HK |

Thanks.

I hope they are in packaging.

We desperately need Palm Puppies and Insectobots and Monkey

———Original Message———
| From: | Stephen Lee |
|---|---|
| Sent: | Wednesday, April 18, 2001 2:23 AM |
| To: | Isaac Larian |
| Cc: | Eric Yip; Alex Fan; Ringo Tam |
| Subject: | RE: Production with packaging sales samples we discussed in HK |

Please note that 6 sets of Bratz and 8 sets of Scooter doll for sales samples purpose are dispatched today to your attention as requested. Please kindly distribute this sample as appropriate. Other samples will get sent out before this week end.

Thanks

1

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001219

MGA0001219 B

EXHIBIT ___C___ PAGE __514__

Best regards,
Stephen S.C. Lee
www.mgae.com

-----Original Message-----
From:   Isaac Larian
Sent:   Wednesday, April 11, 2001 11:24 PM
To:     Stephen Lee
Subject:        Production with packaging sales samples we discussed in HK
Importance:     High

we BADLY need :

Bratz, Palm Puppies, Monkey, Scooter doll, Insectobots.

When can we get?

Isaac Larian
CEO
MGA Entertainment.
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http://www.mgae.com
818-894-3150

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001220

MGA0001220 B

EXHIBIT _C_ PAGE 515

**Tab 160**

| | |
|---|---|
| **From:** | Isaac Larian |
| **Sent:** | Thursday, April 19, 2001 10:24 AM |
| **To:** | Victoria O'Connor |
| **Subject:** | RE: Bratz licensing in Venezuela |

lets discuss when I get there.

-----Original Message-----
| | |
|---|---|
| **From:** | Victoria O'Connor |
| **Sent:** | Thursday, April 19, 2001 7:54 AM |
| **To:** | Isaac Larian |
| **Subject:** | FW: Bratz licensing in Venezuela |

I misunderstood. Avi wants to be our exclusive distributor of all Bratz licensed products in Venezuela.

-----Original Message-----
| | |
|---|---|
| **From:** | Martin Hitch |
| **Sent:** | Wednesday, April 18, 2001 5:42 PM |
| **To:** | Victoria O'Connor |
| **Subject:** | RE: Bratz licensing in Venezuela |

Victoria,

I think we missed the point here, Avi is not interested in licensing, he is interested in being the agent for Venezuela to ensure that the right products are licensed. Essentially he will sell the Brand locally (there is no way we can do this ourselves) and we get the royalty.

Please confirm licensing show dates and set up information, I will attend NY at this time and want to set up some meetings for visits to our booth. Let me know whether you require any assistance from an international stand point.

Thanks
MH

-----Original Message-----
| | |
|---|---|
| **From:** | Victoria O'Connor |
| **Sent:** | Wednesday, April 18, 2001 3:09 PM |
| **To:** | Kreisel Dist. - Avi Kreisel |
| **Cc:** | Martin Hitch; Isaac Larian; Clementina Jarrin |
| **Subject:** | RE: Bratz licensing in Venezuela |

Dear Mr. Kreisel:

Thank you for your interest in Bratz. Have you visited our website (although still under construction) www.bratzpack.com?

I would be interested in discussing licensing opportunities in Venezuela. Will you be at The Licensing Show in NY, June 12-14? The Bratz will be exhibited in booth 1886. If you will be there, perhaps we can schedule a time to meet?

If you do not plan to attend, please let me know the categories in which you are interested in licensing. Thanks again.

Best regards,

Victoria O'Connor
Licensing Director
MGA Entertainment

MGA001208

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001208 B

EXHIBIT _C_ PAGE _516_

-----Original Message-----
From:        Martin Hitch
Sent:        Wednesday, April 18, 2001 2:28 PM
To:          Isaac Larian; Victoria O'Connor
Cc:          Kreisel Dist. - Avi Kreisel; Clementina Jamin
Subject:     Bratz licensing in Venezuela

Victoria/Isaac,

By copy of this e-mail please contact Avi Kreisel in Venezuela regarding the licensing of Bratz. We have agreed a contract with Avi to distribute Bratz for a three year term with an option to renew for an additional 2 years. Avi will also represent other key MGA products in the market.

Distribuidora Kreisel S.A. are a major player representing Trendmasters, Toymax and Nikko among other in addition to MGA, they also have experience selling the entire packaging in the market, i.e.. product and license options.

Avi would like to represent the Brand in it's entirety and would like to discuss ASAP how to proceed. Please be aware that timing is critical to ensure a successful launch in the market.

Thanks for your help

Martin Hitch
VP, International Sales
MGA Entertainment
Tel. +415.333.4233
www.mgae.com
<< File: Martin Hitch (E-mail).vcf >>

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001209

MGA0001209 B

EXHIBIT _C_ PAGE _517_

**Tab 161**

| From: | Paula Treantafelles |
|---|---|
| Sent: | Monday, April 30, 2001 6:46 AM |
| To: | Carter Bryant; Paula Treantafelles |
| Subject: | RE: Bratz FEP samples |

Carter
The belt will be aqua.  I am trying to work with HK to make the final adjustments.  I am happy that you were happy with the samples you saw because these were still pretty rough.  Hair grooming and hair packout still need much improvement.  Also the deco you saw is still not correct.

Thank you for your positive words below.  It helps so much.  I will call you later today.

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Friday, April 27, 2001 10:03 PM
To: PTreantafelles@mgae.com
Subject: Bratz FEP samples

HI Paula! I stopped into MGA today, you and Nana were out. Victoria showed me the FEP samples....they look great! I know you are making some improvements....one question....Cloe's belt is still dark blue...I am really really hoping that it is getting changed to aqua. It needs to match her shirt; it is too dark against her pants and doesn't show up.

Otherwise, they look great and I think with some hair grooming and making sure all their pants stay down by their feet...ha ha...they are going to be so cool!

Talk to you soon Paula!
Carte

ATTORNEY'S EYES
ONLY

MGA 0654

EXHIBIT __C__ PAGE 518

**Tab 162**

| | |
|---|---|
| **From:** | Carter Bryant |
| **To:** | Paula Treantafelles |
| **CC:** | |
| **BCC:** | |
| **Sent Date:** | 2001-05-01 23:28:48:000 |
| **Received Date:** | |
| **Subject:** | Bratz spring break 2002 |
| **Attachments:** | |

Hi Paula,

I'm still deciding colors/fabrics for each girl, so I don't know all of the colors we should get just yet, but here are a few colors to get HK started with the plastic pieces for this segment.

Floral bag 1: 219U
Woven bag 1: 528U
Woven bag 2: 130U 2X
Sunglasses (unframed style):636U
Sunglasses (framed style): 130U 2X

that's it for now! If it's possible, I'll try to keep everything confined to these 4 colors so we're not all over the map!
more later.

Carter

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE __519__
__LI MGA 0051621__

**Tab 163**

| | |
|---|---|
| **From:** | Franki Tsang |
| **To:** | Paula Treantafelles; Rachel Harris; Samuel Wong; Cecilia Kwok |
| **CC:** | Aileen Storer; Janet Lam; Nana Ashong |
| **BCC:** | |
| **Sent Date:** | 2001-05-07 23:01:58:765 |
| **Received Date:** | 2001-05-07 23:03:39:353 |
| **Subject:** | RE: Bratz Die Line |
| **Attachments:** | |

Paula,
1. Diva Stars sample received. Cecilia/Samuel will respond.
2. We are packing out to fulfill urgent shipment. Per Rachel's comment, should we stop pack-out, fix the 'problem' then ship the goods or if you can accept running change.
We are not taking excuse but would find out if die-vinyl was included in the FMA.

Regards,
FT

-----Original Message-----
**From:** Paula Treantafelles
**Sent:** Tuesday, May 08, 2001 1:07 AM
**To:** Rachel Harris; Samuel Wong; Cecilia Kwok; Franki Tsang
**Cc:** Aileen Storer; Janet Lam; Nana Ashong
**Subject:** RE: Bratz Die Line

Nana
Can you please send a Diva Stars package for HK's reference?

Rachel
What is the status on decreasing overall size of the front panel? We need to be prepared with an answer either way during Sales line review tomorrow

-----Original Message-----
**From:** Rachel Harris
**Sent:** Friday, May 04, 2001 11:49 AM
**To:** Samuel Wong; Cecilia Kwok; Franki Tsang
**Cc:** Aileen Storer; Janet Lam; Paula Treantafelles; Nana Ashong
**Subject:** Bratz Die Line

Please make sure that the die on the inserts are as close as possible.

PLEASE look at the Diva Starz box and see how close they were able to cut this die. The Bratz package does not look good with the current die. We cannot have this go out in stores like it is.

Thank you for your cooperation,

*Rachel R. Harris*
*Creative Director*
*MGA Entertainment*
*rharris@mgae.com*
*http://www.mgae.com*
*818.894.2525 xt.134*

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 520 <sup>MGA 0052265</sup>

*818.894.8094 FAX*

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE 521   MGA 0052266

**Tab 164**

| | |
|---|---|
| **From:** | Stephen Lee |
| **To:** | Paula Treantafelles |
| **CC:** | Isaac Larian; Nana Ashong; Cyndi Kwan; Cecilia Kwok; Stanley Li |
| **BCC:** | |
| **Sent Date:** | 2001-05-10 07:53:52:531 |
| **Received Date:** | 2001-05-10 07:55:38:385 |
| **Subject:** | RE: Production at Early Light - Bratz |
| **Attachments:** | |

Dear Paula,

The colour deviation on the printed card has already been accepted by the buyer. Besides, it does not make sense to forward a sample to you because it is solely the decision of the buyer in France and there is nothing you can do.


Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

-----Original Message-----
**From: Paula Treantafelles**
**Sent: Thursday, May 10, 2001 1:59 AM**
**To: Stephen Lee; Isaac Larian**
**Cc: Cyndi Kwan; Cecilia Kwok; Stanley Li; Nana Ashong**
**Subject: RE: Production at Early Light**

Stephen

Re: BRATZ

Is there anyway that you can send me a sample representing color deviation on printed cards? I would like to see what you are referring to in your below

Noted that production just began but can you confirm what is causing defectives? Is it something found generally specific to units that failed? ...like "snap on" shoes, articulation in knee, aesthetic issues?

-----Original Message-----
From: Stephen Lee
Sent: Wednesday, May 09, 2001 3:14 AM
To: Isaac Larian
Cc: Paula Treantafelles; Cyndi Kwan; Cecilia Kwok; Stanley Li
Subject: Production at Early Light

Dear Isaac,

According to Early Light, the problem with Wow Wee is because of the try-me function that exhausted

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE 522

MGA 0047234

the unit quickly, and thus caused the return. Believe it or not, we cannot verify this explanation. Wow Wee returned to Early Light 3 containers of supposedly defective units and they are still under negotiation. However, Early Light is now sitting with these 3 containers in Hong Kong and cannot ship them back to China for re-work or disposal due to the China Customs restriction.

I rushed to Early Light yesterday because we found a colour deviation on the printed cards for the Bratz shipment to Bandai France. We also found some aesthetic deviations. (This item does not have any electronic or mechanical involvement so aesthetics can be treated as major.)

We already sent samples to Bandai France and are awaiting their confirmation of acceptance after reviewing the colour deviation on the printed cards. As for product aesthetics, the problem is now under control. A major problem is one of the roto heads bears an engraving of MCA (instead of MGA) at the back. I told Early Light that we would not accept a single production piece with such wrong engraving and they must 100% sort them out from the production lot.

We also inspected the production lines of various items. Probably due to the fact that production just started, the on line defective rate was 30% for Bratz. We also reviewed the production of 5K Palm Puppies for Vivids inspection tomorrow, and found that the on line defective rate was about 15% on average over 5 styles. The highest defective rate came from the Flip Over puppy which was about 22%. Situation should improve when production gets smooth.

Insectobot units are under molding and colour spraying. Will have quality inspection on next Tuesday.


Best regards,
Stephen S.C. Lee
www.mgae.com <http://www.mgae.com/>

SL/ec

-----Original Message-----
From: Isaac Larian
Sent: Tuesday, May 08, 2001 1:44 PM
To: Stephen Lee
Subject: RE: for your review

Please keep me posted.

Frankly, due to big Wow Wee problems for the TRY me on animals, a lot of retailers are questioning EL quality and if they can produce good quality products. Please let Francis and Wilson know of this and improve.

Isaac

    -----Original Message-----
    From: Stephen Lee
    Sent: Monday, May 07, 2001 10:07 PM
    To: Isaac Larian
    Cc: Paula Treantafelles; Nana Ashong
    Subject: RE: for your review

    Dear Isaac,

    Just received the comparable packaging. Their die-cut is very sharp and there is a risk of over-cutting into the graphics of the product. The problem is Early Light left too much margin. Samuel is

going to reply you in more details.

However, there is a major quality problem with Early Light on the Bratz dolls for Bandai. I doubt very much if we can meet the 5/12 ship date. The problems are mainly on aesthetics and colour off on packaging. I had a very strong discussion with Francis Choi himself and I am now leaving for the Early Light factory in China to review the status.

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

-----Original Message-----
From: Stephen Lee
Sent: Monday, May 07, 2001 4:19 PM
To: Isaac Larian
Cc: Paula Treantafelles; Nana Ashong
Subject: RE: for your review

Dear Isaac,

I do not want to make any comment until we receive the package in question.

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

-----Original Message-----
From: Isaac Larian
Sent: Saturday, May 05, 2001 3:09 AM
To: Stephen Lee
Cc: Paula Treantafelles; Nana Ashong
Subject: FW: for your review
Importance: High

Stephen,

I will have Nana send to MGA HK today, a comparable package where the die cuts we want were able to be done on the packaging to your attention, together with copy of " Winners and Losers" boards.

After you get these, please sit down with the Bratz Product manager in HK , SHOW THEM THE COMPETITION PACKAGE AS WELL AS OURS and let me know by next Thursday, why another toy company can do something but MGA people in HK say we can not do the exact same thing for MGA product!

-----Original Message-----
From: Nana Ashong
Sent: Friday, May 04, 2001 12:04 PM
To: Isaac Larian
Cc: Didi Brown

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 524

MGA 0047236

**Subject:** for your review

Per Isaac Larian:

The present die cut on the Bratz packaging is overwhelmingly large. The original artwork sent from LA illustrated a die line with 1mm of bleed. Our examination of competitive product shows that a closer die-line (as well as sharp angle cuts) are possible for such packaging.

Please revise the die-cut of all Bratz packaging to reflect the original 1mm bleed to offer a crisper look to the final product.

Thank You,
Nana

Nana Ashong
Associate Product Manager
MGA Entertainment
nashong@mgae.com
http://www.mgae.com
818.894.2525 ext. 171
818.894.8094 FAX

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 525   MGA 0047237

**Tab 165**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Wednesday, May 09, 2001 10:50 AM |
| **To:** | Cecilia Kwok; Samuel Wong; Carter Bryant |
| **Cc:** | Nana Ashong |
| **_Subject:** | RE: status and next steps on BRATZ |

Please see my comments below

Carter
To ensure I do not create any confusion... please repond to Cecilia on the following questions which she poses in the below.

    Re: Cloe
    1. What is the usage of the White Twill.- for the skirt?
    2. What is the usage of the medium blue (washed out) denim)
    3. What is the usage of the silver studs - for the decoration on the belt?
    4. There is some decoration on the pants as per your photo sent, please advise if this is engineering print/ silkscreen.
    5. There is texture on the pants as per the fabric matrix, please advise if there any file for the texture provided.
    6. Color reference for necklace (I guess she has not yet received a swatch)

    ——Original Message——

| | |
|---|---|
| **From:** | Cecilia Kwok |
| **Sent:** | Wednesday, May 09, 2001 3:42 AM |
| **To:** | Paula Treantafelles; Samuel Wong |
| **Cc:** | Nana Ashong |
| **Subject:** | RE: status and next steps on BRATZ |

Dear All,

Please see my comment below.

Regards,
Cecilia

    ——Original Message——

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Wednesday, May 09, 2001 10:44 AM |
| **To:** | Cecilia Kwok; Samuel Wong |
| **Cc:** | Nana Ashong |
| **Subject:** | status and next steps on BRATZ |

Please note the pending 2001 BRATZ submissions:
- improved articulation
- *[Cecilia]* Will send improved samples on 5/15.
- improved hair pack out against backpanel insert for Sasha and Jade
- *[Cecilia]* Will sent the samples on 5/12.
- improved poster (we sent you the CD with correct background color today)
- *[Cecilia]* Will advise upon receive the CD.
- submission with hed packed against backpanel insert with hangtag
- *[Cecilia]* Two samples will be sent on 5/12.
- build up of "Free BRAZ poster inside" against back panel
- *[Cecilia]* The samples will be sent on 5/19.
- package with improved die cut (2.5mm)

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000666

MGA0000666 B

EXHIBIT ___C___ PAGE 526

- *[Cecilia]* Checking with EL, will advise by 5/11.

Please note the pending 2002 BRATZ submissions:

- sample with hair mechanism representative of actual product size and revised part line and improved mechanism.
- *[Cecilia]* Test molds for the head (roto mold) & hair cap (injection mold) cost HK$ 8,000/ US$102⊖. However, these are only for testing & may be wasted. Please confirm/ approve this cost in order to start building the test molds.
- *[Paula]* Please send a JOS. I will speak with Isaac before I sign so he is clear that this testmold is only to prove out a possible feature.
- current costs for 14.99 doll packs (assuming 2001 package structure material and insert, hair grams weight, doll, brush, poster). We will advise which of the additional pairs of shoes we want to include for each character as soon as we receive this informtion.
- *[Cecilia]* EL still sourcing some of the fabrics and will try to advise the prelim cost on 5/11. Moreover, please advise the information below:
    Re: Cloe
    1. What is the usage of the White Twill - for the skirt?
    2. What is the usage of the medium blue (washed out) denim?
    3. What is the usage of the silver studs - for the decoration on the belt?
    4. There is some decoration on the pants as per your photo sent, please advise if this is engineering print/ silkscreen.
    5. There is texture on the pants as per the fabric matrix, please advise if there any file for the texture provided.

- commitment to sending accessory pieces per Carter's line drawing for 5/23 sales presentation meeting.
- *[Cecilia]* The accessory pieces will send out on 5/19. Please advise if these send to LAO or directly to Carter.
- *[Paula]* Please send directly to Carter

Please note that we will send to you the rough sftgoods patterns and fabric swatch reference (2001 materail) by end of this month
*[Cecilia]* Noted and waiting.

Please also note that per line review this afternoon we will continue to hip BRAZ fashion packs AS IS in spring 2002. No changes to fashion or package.
*[Cecilia]* Noted.

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000667

MGA0000667 B

EXHIBIT _C_ PAGE _527_

**Tab 166**

| From: | Carter Bryant |
|-------|---------------|
| To: | Cecilia Kwok |
| CC: | Paula Treantafelles; Nana Ashong |
| BCC: | |
| Sent Date: | 2001-05-09 06:21:43:000 |
| Received Date: | |
| Subject: | Bratz Spring Break molded pieces |
| Attachments: | |

Hi everyone,

here are the final colors for our Spring Break Bratz 2002 line molded pieces. None of the selected colors have changed from before, only their assigned pieces and characters. These are the colors we will use for our final product.

Cecilia, I know I asked for different color configurations from you earlier; please just go ahead with what is already being done, as those pieces are for presentation only and not the final "product" colors/configurations. Also, I will fax you notated hard copies of the drawings of the new fashions for your reference.

Please use this email message to reference any other drawings or notes you may already have and consider this final color direction.

Yasmin will get: unframed sunglass style in 219U pink
        flowered tote bag in 636U aqua
Jade will get: framed sunglass style in 130U 2X orange
        flowered totebag in 219U pink
Sasha will get: white visor
        framed sunglass style in 295U navy
        woven tote bag in 130U 2X orange
Cloe will get: silver visor
        unframed sunglass style in 636 U aqua
        woven tote bag in 295U navy
This combination represents each girl getting different colored accessories. None of the colors are repeated twice for any one accessory which should give us a nice color mix.

-Carter

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE __528__   MGA 0046316

**Tab 167**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **To:** | Carter Bryant |
| **CC:** | |
| **BCC:** | |
| **Sent Date:** | 2001-05-11 20:39:51:626 |
| **Received Date:** | 2001-05-11 20:39:51:626 |
| **Subject:** | FW: our new idol |
| **Attachments:** | girl.pps |

Check this out. HK got crazy with a camera

-----Original Message-----
**From:** Isaac Larian
**Sent:** Thursday, May 10, 2001 7:41 PM
**To:** Paula Treantafelles; Nana Ashong; Victoria O'Connor; Lon Ross
**Subject:** FW: our new idol

-----Original Message-----
**From:** Franki Tsang
**Sent:** Thursday, May 10, 2001 7:32 PM
**To:** Isaac Larian
**Subject:** FW: our new idol

Please take a look and see if you would like to put this into the website. By Sarah. :)

-----Original Message-----
**From:** Sarah Chui
**Sent:** Thursday, May 10, 2001 11:39 AM
**To:** HK Product Development; Cecilia Kwok
**Cc:** Stephen Lee
**Subject:** our new idol

I just catch some pose from our product!

-Sarah

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE 529    MGA 0051427



EXHIBIT _C_ PAGE 530

Confidential - For Attorney's Eyes Only

MGA 0051428



Confidential - For Attorney's Eyes Only

EXHIBIT___C___PAGE 531   MGA 0051429



EXHIBIT _C_ PAGE 532

MGA 0051430

Confidential - For Attorney's Eyes Only



EXHIBIT ___C___ PAGE 533

MGA 0051431

Confidential - For Attorney's Eyes Only



Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE 534    MGA 0051432



Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 535

MGA 0051433



Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE __536__   MGA 0051434



Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 537  MGA 0051435