**Tab 168**

**From:** Paula Treantafelles
**Sent:** Monday, May 14, 2001 10:44 AM
**To:** Cecilia Kwok
**Cc:** Carter Bryant; Nana Ashong
**Subject:** package received 5/14

Cecilia
Please note. I recieved the improved articulated BRATZ body. It works great! Thanks.

I also received the fabric construction submissions. I will review with Carter asap and advise approval/comments

Please also confirm status on product cost for doll packs. We agreed last week that you would advise this information by last Friday.

Thanks.

**ATTORNEY'S EYES
ONLY**

**MGA000655**

EXHIBIT _C_ PAGE _538_

**Tab 169**



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **BRATZ GROUP DRAWING** registered under number **VA 1-218-489**

**THIS IS TO CERTIFY ALSO** that the attached photocopies are a true representation of the work entitled **BRATZ GROUP DRAWING** deposited in the Copyright Office on December 22 2003 registered under number **VA 1-218-489.**

**IN WITNESS WHEREOF** the seal of this Office is affixed hereto on May 17 2004.

Marybeth Peters
Register of Copyrights

By: Tracie M Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U.S copyright law 17 U S C 101 et seq

EXHIBIT C   PAGE 589

**M 0110188**

**Additional Certificate (17 U.S.C. 706)**
Certificate of Registration



This certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts

VA 1–218–489

EFFECTIVE DATE OF REGISTRATION

DEC 2 2 2003

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**1**

**Title of This Work ▼**

BRATZ Group Drawing

**NATURE OF THIS WORK ▼** See instructions

color drawing

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  **Title of Collective Work ▼**

If published in a periodical or serial give  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

NOTE

Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**

Carter Bryant

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  U S A
{ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship**  Check appropriate box(es)  **See instructions**
☐ 3 Dimensional sculpture      ☐ Map              ☐ Technical drawing
☑ 2 Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
{ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship**  Check appropriate box(es)  **See instructions**
☐ 3 Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
1998
This information must be given
Year in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month February    Day 12    Year 2001
U.S.A.    Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA 91343 6122

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

APPLICATION RECEIVED
DEC 2 2 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 2 2 2003
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT C

540    M 0110189

EXAMINED BY

CHECKED BY

FORM VA

□ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? Check appropriate box ▼

a ☐ This is the first published edition of a work previously registered in unpublished form.

b ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a
See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ _____ Account Number ▼ _____

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Larry W. McFarland  Keats McFarland & Wilson LLP
9720 Wilshire Boulevard  Penthouse Suite
Beverly Hills, California  90212

Area code and daytime telephone number    310 : 248 3830          Fax number    3 1 0 : 860 035 1

Email  lmcfarland@kmwslaw.com

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment, Inc.
   Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Larry W. McFarland                                        Date    December 16, 2003

Handwritten signature (X) ▼

X _____

**8**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Larry W. McFarland  Keats McFarland & Wilson LLP

Number/Street/Apt ▼
9720 Wilshire Boulevard  Penthouse Suite

City/State/ZIP ▼
Beverly Hills  California  90212

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000    Web Rev. June 2002   ☺ Printed on recycled paper                                U.S. Government Printing Office: 2000 461-113/20,021


EXHIBIT __C__ PAGE 54 1   M 0110190

VA 1-218-489



EXHIBIT C     M 0110191
                                                  542



EXHIBIT __C__ PAGE 543   M 0110192

**Tab 170**

LIBRARY OF CONGRESS

## Copyright Office
### of the United States

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **CLOE DRAWING** registered under number **VA 1-218-490.**

**THIS IS TO CERTIFY ALSO** that the attached photocopies are a true representation of the work entitled **CLOE DRAWING** deposited in the Copyright Office on December 22 2003 registered under number **VA 1-218-490.**

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 17 2004

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C 101 et seq.

LAHIBIT C AGE 544    M 0110193

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-218-490**

EFFECTIVE DATE OF REGISTRATION

**DEC 2 2 2003**
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**Title of This Work ▼**
CLOE Drawing

**NATURE OF THIS WORK ▼ See instructions**
color drawing

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**        **Number ▼**        **Issue Date ▼**        **On Pages ▼**

---

**2**

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**

**NAME OF AUTHOR ▼**
Carter Bryant

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___ USA ___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?        ☐ Yes   ☒ No
Pseudonymous?     ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map                  ☐ Technical drawing
☒ 2-Dimensional artwork        ☐ Photograph           ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design       ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼        Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?        ☐ Yes   ☐ No
Pseudonymous?     ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map                  ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph           ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design       ☐ Architectural work

---

**3**

**a**

**Year in Which Creation of This Work Was Completed**
1998
This information must be given in all cases.

**b**

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month February   Day 12   Year 2001
U.S.A.   Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MGA Entertainment Inc   16730 Schoenborn Street
North Hills CA 91343 6122

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.        Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

C   543   M 0110194

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? Check appropriate box ▼

a ☐ This is the first published edition of a work previously registered in unpublished form.

b ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a
b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼            Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Larry W. McFarland  Keats McFarland & Wilson LLP
9720 Wilshire Boulevard  Penthouse Suite
Beverly Hills, California 90212

Area code and daytime telephone number  ( )  248-3830            Fax number  (310) 860-0363

Email  lmcfarland@kmwlaw.com

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Larry W. McFarland            Date  December 16, 2003

Handwritten signature (X) ▼

X

**9**

Certificate will be mailed in window envelope to this address

Name ▼
Larry W. McFarland  Keats McFarland & Wilson LLP

Number/Street/Apt ▼
9720 Wilshire Boulevard  Penthouse Suite

City/State/Zip ▼
Beverly Hills, California 90212

YOU MUST:
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000  Web Rev. June 2002  ⊕ Printed on recycled paper            U.S. Government Printing Office: 2000-461-113/20,021

EXHIBIT C  PAGE 546

M 0110195



VA 1-218-498

LIBRARY OF CONGRESS
DE
COPYRIGHT OFFICE

EXHIBIT _C_ PAGE 547

M 0110196



EXHIBIT C PAGE 548   M 0110197

**Tab 171**



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON D.C

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **JADE DRAWING** registered under number **VA 1-218-487**.

**THIS IS TO CERTIFY ALSO** that the attached photocopies are a true representation of the work entitled **JADE DRAWING** deposited in the Copyright Office on December 22. 2003 registered under number **VA 1-218-487**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 17 2004.

Marybeth Peters
Register of Copyrights

By    Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

M 0110179

EXHIBIT C PAGE 549

**Additional Certificate (17 U.S.C. 706)**
Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1‑218‑487**

EFFECTIVE DATE OF REGISTRATION

**DEC 2 2 2003**

Month            Day            Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼
JADE Drawing

NATURE OF THIS WORK ▼ See instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

NAME OF AUTHOR ▼
**a** Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _USA_
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture        ☐ Map              ☐ Technical drawing
☑ 2 Dimensional artwork          ☐ Photograph       ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture        ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork          ☐ Photograph       ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design   ☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3**

**a** Year in Which Creation of This Work Was Completed
1998
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month February  Day 12  Year 2003
U.S.A.                                      Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA  91343 5122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

APPLICATION RECEIVED
DEC 2 2 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 2 2 2003
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT _C_  PAGE 550    M 0110180

EXAMINED BY

CHECKED BY

FORM VA

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
See instructions before completing this space.

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Larry W. McFarland   Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills, California, 90212

Area code and daytime telephone number   (310) 248-3830        Fax number   (310) 860-0363

Email   lmcfarland@kmwlaw.com

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of MGA Entertainment, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Larry W. McFarland        Date December 16, 2003

Handwritten signature (X) ▼
X

**8**

**9**

Certificate will be mailed in window envelope to this address

Name ▼
Larry W. McFarland   Keats McFarland & Wilson LLP
Number/Street/Apt ▼
9720 Wilshire Boulevard Penthouse Suite
City/State/ZIP ▼
Beverly Hills, California, 90212

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000 Web Rev. June 2002   ☉ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20031





C        551        M 0110181

VA 1 - 278 - 487



M 0110182

EXHIBIT C PAGE 552



EXHIBIT C PAGE 553   M 0110183

**Tab 172**



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **SASHA DRAWING** registered under number **VA 1-218-488**.

**THIS IS TO CERTIFY ALSO** that the attached photocopies are a true representation of the work entitled **SASHA DRAWING** deposited in the Copyright Office on December 22. 2003 registered under number **VA 1-218-488**.

**IN WITNESS WHEREOF**. the seal of this Office is affixed hereto on May 17 2004

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

EXHIBIT _C_   PAGE _554_      M 0110184

**Additional Certificate (17 U.S.C. 706)**
Certificate of Registration



This certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

### FORM VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

**VA 1–218–488**

EFFECTIVE DATE OF REGISTRATION

DEC 22 2003

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼
SASHA Drawing

NATURE OF THIS WORK ▼ See instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution: If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

NAME OF AUTHOR ▼
a   Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR ⎰ Citizen of ▶ U S A
    ⎱ Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

Name of Author ▼
b

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR ⎰ Citizen of ▶
    ⎱ Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

a   Year in Which Creation of This Work Was Completed
1998
This information must be given in all cases.

b   Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month February   Day 12   Year 2001
Nation U.S.A.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA  91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXHIBIT C   PAGE '555   M 0110185

VA 1-218-488

EXHIBIT  PAGE 556

**M 0110186**



EXHIBIT C  PAGE 557  M 0110187

**Tab 173**



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON  D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **YASMIN DRAWING** registered under number **VA 1-218-491**.

**THIS IS TO CERTIFY ALSO**   that the attached photocopies are a true representation of the work entitled **YASMIN DRAWING** deposited in the Copyright Office on December 22  2003 registered under number **VA 1-218-491**.

**IN WITNESS WHEREOF**  the seal of this Office is affixed hereto on May 17  2004

Marybeth Peters
Register of Copyrights

By:   Tracie M  Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U S.C
101 et seq

EXHIBIT _C_ PAGE 558

M 0110198

Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-218-491**

EFFECTIVE DATE OF REGISTRATION

**DEC 2 2 2003**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼

YASMIN Drawing

NATURE OF THIS WORK ▼ See Instructions

color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NOTE
Under the law the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼

Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ U S A ___
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
1998
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month February   Day 12   Year 2001
U.S.A.   Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA Entertainment Inc   16730 Schoenborn Street
North Hills CA 91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

APPLICATION RECEIVED
DEC 2 2 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 2 2 2003
FUNDS RECEIVED

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page   See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT __C__ PAGE 559

M 0110199

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                              **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Larry W. McFarland  Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California

Area code and daytime telephone number    310  248 3830          Fax number    310  248 0348
Email   lmcfarland@kmwlaw.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment, Inc.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Check only one ▶

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Larry W. McFarland                                              Date  December 16  2003

Handwritten signature (X) ▼
X

**8**

**Certificate
will be
mailed in
window
envelope
to this
address**

**Name** ▼
Larry W. McFarland  Keats McFarland & Wilson LLP

**Number/Street/Apt** ▼
9720 Wilshire Boulevard Penthouse Suite

**City/State/ZIP** ▼
Beverly Hills California 90212

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20,000   Web Rev June 2002   ⊛ Printed on recycled paper                              U.S. Government Printing Office: 2000-461-113/20,021



EXHIBIT C  PAGE 560      M 0110200

VA 1 - 218 - 491



LIBRARY OF CONGRESS
COPYRIGHT OFFICE

EXHIBIT C PAGE 961     **M 0110201**



EXHIBIT _C_ PAGE 562

M 0110202

**Tab 174**

7/18/03 WSJ A1                                                                    Page 2
7/18/03 Wall St. J: A1
2003 WL-WSJ 3974434
(Publication page references are not available for this document.)

The Wall Street Journal
(Copyright (c) 2003, Dow Jones & Company, Inc.)

Friday, July 18, 2003

Dolled Up: To Lure Older Girls, Mattel Brings In
Hip-Hop Crowd
—
It Sees Stalwart Barbie Lose Market Share, So
'Flavas' Will Take on the 'Bratz'
—
Battle of the Big Heads
By Maureen Tkacik

LOS ANGELES -- Tika, 10 inches tall with two-toned hair, is of ambiguous ethnic origin -- maybe she's Asian, maybe Latina -- but her "platinum" medallion, airbrushed jean jacket, shell-toe sneakers and graffiti-streaked packaging make one thing clear.

"She's like . . . hip-hop," said Crystal Audigier, 10 years old, as she rifled through the first crate of "Flavas" dolls to arrive at a Los Angeles FAO Schwarz store last week.

Mattel Inc. hopes the dolls are hip enough to take on the "Bratz." The Flavas (pronounced "Flay-vuhs," like "flavors"), a set of six dolls brought from design to production in just three months, represent a striking gamble for the giant toy company. In the 44 years since it introduced its bombshell Barbie, Mattel has rarely brought out a doll line to compete with her.

But Mattel, which had become accustomed to its buxom blonde dominating the market, has watched in alarm as Barbie has been challenged by a smaller toy maker's Bratz -- a line of big-headed, pouty-lipped characters. While Barbie, which posted about $1.7 billion in sales for Mattel last year, is still queen, her share of the so-called fashion-doll market has fallen, almost entirely due to the Bratz.

After trying -- and failing -- to defeat the Bratz with a trendier Barbie last year, Mattel has come up with a radical battle plan. Among other things, that means curtailing its reliance on, and near-reverence toward, its cash cow. While Barbie is still a plaything of choice for girls 3 to 7 years old, it's been years since she managed to hold the attention of the tweens, or 8-

to 12- year-olds. With the Flavas, Mattel is trying to get back into that market -- even if it risks cannibalizing its biggest product.

Mattel has tweaked Barbie many times since she was introduced in 1959: bronzing her skin during the 1970s, introducing black and Hispanic counterparts and giving her a band (the fuchsia-clad "Rockers") during the 1980s. Mattel even shrunk her chest and widened her hips in 1998.

But Mattel now concedes Barbie has gradually lost touch with some young girls' lives. "Barbie began as a great girl who was simply a reflection of popular culture, but in the past few years we had sort of put her on a pedestal," says Matt Bousquette, president of the newly created Mattel Brands unit, which consolidated the boys' and girls' toys divisions. "We're taking her off that pedestal."

While Mr. Bousquette and his team overhaul Barbie, he is also enlisting the Flavas, who wear sweats and heavy chains and have names like "Tre" and "P. Bo," as a second force with which to fight the Bratz. Mattel says hip-hop -- which it defines as "a cultural phenomenon . . . dimensionalized through freestyle dance, street sports, music and fashion" -- has gained sufficient ground in the mainstream to have its own toy line.

"Mattel is recognizing that there are other trends besides Barbie that girls want to play with," says Manny Francione, divisional merchandise manager for Toys "R" Us Inc., Paramus, N.J. "Hip-hop is one of those trends."

The Bratz, developed by a toy maker called MGA Entertainment Inc., North Hills, Calif., were introduced in the summer of 2001. They became a hit with tweens, an age group of girls that the toy industry had almost written off.

For the past decade, toy makers have been grappling with a phenomenon analysts call "age compression," in which media-saturated youngsters are outgrowing dolls and other toys at an earlier age. NPD Group Inc., a market-research firm, says toy spending on children peaks at age 3 and steadily declines after

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

M 0012536

EXHIBIT _C_ PAGE 563

7/18/03 WSJ A1                                                                                   Page 3
7/18/03 Wall St. J. A1
2003 WL-WSJ 3974434
**(Publication page references are not available for this document.)**

that, with spending on 12-year-olds at about a quarter of the peak level. By attracting tweens, the Bratz bucked that trend.

Bratz "appealed to an older girl . . . who is not necessarily still a Barbie customer," says Sean McGowan, a longtime industry analyst with Gerard Klauer Mattison. "Nothing's ever challenged Barbie like the Bratz." At Barbie's 1997 peak, a year in which Mattel posted $1.9 billion in sales of the doll, her clothing and accessories, she boasted more than a 90% share of the fashion-doll market, Mr. McGowan says. Barbie held at least 85% of the market right before the Bratz were introduced, he says, but her share has now dropped to about 70%.

The history of the Bratz is intertwined with Mattel. MGA says the Bratz were designed by Carter Bryant, a former member of the Barbie team. Inside Mattel, some are convinced the Bratz borrow liberally from a Mattel project that was scrapped at the testing stage in 1998. Mattel declined to comment.

Mr. Bryant didn't work on the line that Mattel scrapped, according to former and current Mattel designers. But most Barbie designers had seen the prototypes, his former colleagues say. Mr. Bryant, through MGA, declined to be interviewed.

The Mattel doll line that was scrapped wasn't exactly like the Bratz, says a longtime Mattel designer who worked on the project. But the Bratz's oversized heads — with their pursed lips and cartoonish eyes — are "virtually identical" to the heads of the dolls her team created, says the designer, who left Mattel in 2001.

Lily Martinez, a designer who still works at Mattel, came up with the idea for the big doll heads for Mattel, colleagues say. Mattel declined to comment. She even posted her sketch on her cubicle, colleagues say. "Anyone who passed by her cubicle would see the picture up on the wall," says another designer who also left Mattel in 2001. "The big heads, the big eyes, the big feet — they were all the same" as the Bratz. Ms. Martinez declined to comment.

The Mattel dolls were scrapped in testing, current and

former designers say, because Mattel had strict quotas that allowed only one "flanker brand" — that is, a brand that would compete with Barbie for shelf space — on the market at a time. At the time, Mattel chose a product called "What's Her Face" — a doll with a blank face on which kids could draw expressions. That doll remains on the market; Mattel declined to discuss its sales.

Designers say they often faced a higher bar for non-Barbie projects. And Barbie's image was carefully protected. Bruce Stein, who was president of Mattel until 1998, says that former Chief Executive Jill Barad nixed an idea for "Barbie as Xena" dolls in 1998.

Ms. Barad was replaced in 2000, after Mattel's disastrous $3.5 billion acquisition of a software maker called The Learning Company. Under her successor, Robert Eckert, a former Kraft Foods president, the company has returned to profitability by cutting its work force 10%, streamlining its supply chain and developing international sales, among other things. Mattel, which reported a net loss of $431 million in 2000, reported net income of $230 million last year. Its stock has risen about 76% since Mr. Eckert arrived.

Isaac Larian, chief executive of MGA, says he had never heard of a project similar to the Bratz at Mattel. He says he chose Mr. Bryant's idea for the Bratz over several others after holding a sort of fashion-doll design contest in late 1999.

Mr. Larian, who emigrated to the U.S. from Iran, founded his company in the late 1970s, making a name by picking up the license for hand-held Pac-Man games. Though his company had made baby dolls before, it had never made fashion dolls. He says he was motivated by a challenge from a Wal-Mart Stores Inc. buyer to "give me something that can compete with Barbie."

This year, closely held MGA expects revenue of about $800 million — with 65% of that coming from the Bratz. The company says it's profitable, but won't discuss specifics. Mr. Bryant still does design work for MGA, Mr. Larian says, and collects royalties on the Bratz line.

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

M 0012537

EXHIBIT C PAGE 564

7/18/03 WSJ A1
7/18/03 Wall St. J. A1
2003 WL-WSJ 3974434
(Publication page references are not available for this document.)

Page 4

Mattel began worrying about the Bratz's momentum during the 2001 holiday season. Barbie sales fell 12% in the U.S. that year, despite a marketing campaign featuring an animated video, "Barbie in the Nutcracker."

By spring of 2002, Adrienne Fontanella, then president of the girls' division, decided to launch what the company termed a more "reality based" Barbie line. Like the Bratz, the "My Scene" Barbies boasted bigger heads and feet and fuller lips, as well as trendier clothes.

Mr. Larian, the head of MGA, calls the My Scene dolls a "cheap imitation" of the Bratz. Mattel declined to comment. Introduced in October 2002, the My Scene Barbies helped Mattel's sales, but still ranked behind the Bratz during the 2002 holiday season, according to NPD. "My Scene has been just OK for us," says Fred Hurley, a longtime girls'-toys buyer for KB Toys Inc., Pittsfield, Mass.

In February, Ms. Fontanella's job, along with others, was eliminated in what Mr. Eckert called a "restructuring" of Mattel's executive ranks aimed at "increasing efficiency."

Mr. Bousquette, the then-head of Mattel's boys' toy division, became the first man to take control of Barbie in more than a decade. "It used to be that whoever ran Barbie ran the company, not the other way around," says Mr. Stein, the former president. "For Matt to be in charge is a major shift."

Mattel no longer has quotas on how many products can compete with Barbie. After sitting through a girls'-design-team presentation in March, Mr. Bousquette seized upon the Flavas as the ideal dolls to compete for the dollars of Bratz buyers. Ivy Ross, head of girls' design, suggested bringing them to market for the spring 2004 season. Mr. Bousquette said the company should aim for this July instead.

"We were stunned," says a designer who worked on the Flavas and left the company in May. Another surprise: Mr. Bousquette asked the team to make the dolls look more hip-hop than the prototypes. "No one had really believed in the concept before that meeting, and it was stuck in this back-and-forth where first they were too edgy, then they weren't edgy enough," says the designer. "Matt came through and cut all of that out." Mr. Bousquette says he told designers to make the dolls "as authentic as possible, as quickly as possible."

Flavas are more complicated to manufacture than most fashion dolls. They are all different heights -- meaning separate molds -- and they have 10 points at which they can move, allowing them to strike a variety of poses. The Flavas design team often slept in their cubicles to get the dolls ready in time for summer shipment. Two designers each clocked 53 hours during Memorial Day weekend to prepare the line for the company's annual toy fair held in the first week of June.

Some buyers have been impressed. Mattel's girls' division "has never been a particularly forward-thinking group, but the Flavas are right on trend," says KB's Mr. Hurley. The six dolls in the Flavas line are certainly edgier than anyone in Barbie's clique. The Flavas girls have highlighted hair, flashier jewelry and wear midriff-baring tops with low-slung pants. Unlike Barbie, they have flat feet and wear sneakers. The two boy Flavas dolls sport earrings and serious expressions. Boxer underwear appears to show from the top of their cargo pants.

The Flavas come in boxes splashed with black-and-white photos of urban scenes shot around Venice Beach. When arranged together, the boxes create a "graffiti" mural that reads: "FA SIZZLE." It is a play on the hip-hop expression "Fa' shizzle," which means "For sure." Marketing director Lisa Tauber explains that it is also an acronym that stands for "Fashion, Attitude and Sizzlin' Style." The dolls, aimed at 9- to 11-year-olds, are "all about fearless self-expression," she says.

MGA's Mr. Larian says he isn't scared by the Flavas. "The only thing that's missing is a cocaine vial," he says. "You think of Mattel, you think of Barbie and you think of sweetness. . . . This is like 'gangster' Barbie, and I think it's going to backfire."

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

M 0012538

EXHIBIT _C_ PAGE _565_

7/18/03 WSJ A1
7/18/03 Wall St. J. A1
2003 WL-WSJ 3974434
(Publication page references are not available for this document.)

Page 5

Telejah Dean, a nine-year-old from West Los Angeles noticed the Flavas last week, as she was admiring Mattel's Mary-Kate and Ashley dolls. The Flavas are "not as pretty as Barbie," she said. But her older sister, Tiffany, 22, seemed impressed by the blond Happy D. doll. "Look, she's got black [hair] extensions like Christina," she exclaimed, referring to pop singer Christina Aguilera.

In fact, Mattel has hired people to give out Flavas hats, wristbands and decals during Ms. Aguilera's concert tour this summer. Ms. Aguilera, who got her start on the Disney Channel, is now probably as well known for her 11 body piercings and her mud wrestling-themed MTV video called "Dirrty." It's a sign of the changing times, says Mattel spokeswoman Julia Jensen. "The old Mattel probably wouldn't try to tie up with someone like Christina Aguilera."

---- INDEX REFERENCES ----

COMPANY:        KB Holdings LLC (KBTY);
Mattel Inc (MATL)

NEWS SUBJECT:        (Marketing (C31); Market Share (C313); Corporate/Industrial News (CCAT); Content Types (NCAT); Page-One Story (NPAG); Editor's Choice - Consumer Products (REQRCP); Editor's Choice - Industry Trends/Analysis (REQR))

INDUSTRY:        (Dolls/Toys/Games (I4941); Retail (I64); Specialty Stores (I654); Hobby/Toy/Game Stores (I6540030); Consumer Products (ICNP); Media (IMED))

REGION:        (North American Countries (NAMZ); United States (USA); United States - California (USCA); Northeast U.S. (USE); United States - Massachusetts (USMA); Western U.S. (USW))

OTHER INDEXING:        Marketing; Market Share; Page-One Story; Content Types; Corporate/Industrial News; United States - California; United States - Massachusetts; United States; Northeast U.S.; Western U.S.; North American Countries; Dolls/Toys/Games; Retail; Specialty Stores; Hobby/Toy/Game Stores; Consumer Products;

Media; Consumer Cyclical; Newswire More Code; Newswire End Code; All Entertainment & Leisure; Limited Product Specialty Retailers; Recreational Products & Services; All Specialty Retailers; Toys; Islamic Index; S&P 500 Index component; Newspapers' Section Fronts; Marketing; Market

Word Count: 2217

7/18/03 WSJ A1

END OF DOCUMENT

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

M 0012539

EXHIBIT C  PAGE 506

**Tab 175**

The Corporation: COMMENTARY

## TO REALLY BE A PLAYER, MATTEL NEEDS HOTTER TOYS

By Christopher Palmeri

1,151 words

28 July 2003

BusinessWeek

64

Number 3843

English

(Copyright 2003 McGraw-Hill, Inc.)

The Bratz pack has invaded the Gabriele house. The line of trendy dolls burst on the scene two years ago, offering girls a hipper alternative to that old standby, Barbie: Think Jennifer Lopez to Barbie's Reese Witherspoon. Joan Gabriele, a Hollywood (Fla.) mother of two, now has eight Bratz dolls in her home. Her daughters, ages 6 and 8, rarely touch their Barbies. ``Barbie is pretty much a thing of the past," she says. ``They like Bratz better."

That's bad news for Barbie's maker, Mattel Inc. -- and for the three-year-old turnaround efforts of CEO Robert A. Eckert, the ex-president of Kraft Foods Inc. who replaced the embattled Jill E. Barad. The El Segundo (Calif.) toy giant counts on Barbie for about one-third of its revenues and more of its profits. But Mattel says U.S. Barbie sales declined 2% last year and 14% in this year's first quarter. The overall doll category, says market researcher NPD Group Inc., dropped only 3% in the quarter.

Give Eckert, 48, his due: He pulled Mattel out of its tailspin after its disastrous $3.8 billion acquisition of Learning Co. He got rid of the money-losing computer-game maker and slashed costs. His goal: to bring the stability of a consumer-products company to the hit-driven toymaker. And using such practices as computer-aided design to speed up product development and just-in-time inventory management, he succeeded.

But now it looks like Eckert is learning a valuable lesson: Mattel is selling toys, not soap or cornflakes. Good brand management goes only so far in a business that caters to children's whims. Like it or not, the key to success is launching innovative products and promoting the heck out of them. If you don't do it, your competitors will.

Eckert's strategy has been great for Mattel's bottom line. Profits last year, before special charges, were a

 © 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

EXHIBIT ___C___ PAGE 307

M 0074057

healthy $455 million, and the stock has nearly doubled, to $20, since Eckert arrived in May, 2000. But top-line growth has sputtered. U.S. revenues, $3.4 billion in 2002, have declined marginally in the past few years. Total 2002 sales of $4.9 billion crept up from $4.6 billion in 2000 — thanks to overseas expansion.

While Eckert continues to build on the massive Barbie franchise that Barad constructed, he now knows that he needs hot new toys. Recycling old characters like Sesame Street's Elmo just won't be enough. ``We need to do a better job on the top line,'' he says. ``The good news is, it's only spring training, and we have a long season ahead of us.''

To that end, Eckert has begun an ambitious push. Between now and Christmas, he hopes to launch 250 new toys, including dozens of Hot Wheels models and Flavas, a Bratz-like hip-hop posse with baggy jeans and serious bling-bling. Originally, half of these toys weren't scheduled until 2004.

That should help boost sales. But it's even more important that Mattel prove it can respond to nimble upstarts as well as traditional big rivals like Hasbro Inc. After all, it took the company more than a year to launch a competitor to MGA Entertainment's Bratz. My Scene Barbie didn't hit stores until last October and has yet to make a dent in Bratz's success. At its Santa Monica (Calif.) store recently, Toy 'R' Us Inc. devoted just a sliver of the shelf space to My Scene that it did to Bratz. And My Scene dolls were being offered at 2 for 1. ``It's not really catching ground,'' says Sean P. McGowan, toy industry analyst at Harris Nesbitt Gerard Inc. Mattel will start tossing in a cell phone with 300 free minutes if you buy four of the $13.99 dolls. It also plans to add accessories and boy versions — Hudson, River, and Bryant.

Barbie isn't the only Mattel stalwart under attack. Its Fisher-Price unit, long the king of preschool, is losing sales to newcomer LeapFrog Enterprises Inc., whose electronic interactive books have captured 19% of the $2.9 billion preschool toy and electronic learning aid markets. Eckert is counting on a successful launch in August for PowerTouch, Mattel's version of LeapFrog's popular interactive book. PowerTouch is operated by pointing a finger at an image or a word, instead of the stylus used in LeapFrog's original products. That's key for younger kids. ``It's much easier for her to use,'' says Christopher Coye, a Los Angeles-area parent whose 4-year-old tested a PowerTouch. Still, LeapFrog releases a finger-operated system in August, too.

Over the long term, Eckert puts at risk one of the strongest toy companies around if he can't instill innovation and rapid reaction in his much-tightened organization. To his credit, he is making it crystal clear that he doesn't want ideas to linger in the pipeline. When Matchbox brand managers mentioned this year that they had designed a toy firehouse that could be shipped with no assembly required, Eckert told them to get it out by fall. ``Why wait?'' he says. ``If you've got it, sell it.'' And not a moment too soon: Sales of Mattel's Hot Wheels and Matchbox cars fell 6% in the first quarter, thanks to competition for boys' attention from action figures like Hasbro's resurgent G.I. Joe and Transformers.

Page 70      © 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

EXHIBIT _C_ PAGE _508_  M 0074058

The question is how much Eckert needs to tweak his model. He probably cut back too much, for instance, on marketing. In 1998, Mattel's advertising and promotional spending totaled $631 million, or 13.8% of sales. By last year, it had fallen to $552 million, or 11.2% of sales. Aggressive television marketing boosted sales of Hot Wheels cars in Spain last year, and a strong new campaign could help Mattel toys here.

Mattel won't live or die on every new toy it develops. But it can't just rely on Barbies, either. ``Like they say in business school — no risk, no reward," says Isaac Larian, CEO of privately held MGA. He should know: He got the idea for Bratz after seeing his own kids run around in navel-baring tops and hip-huggers. As Eckert is finding out, sometimes the best ideas are right in front of you.

```
First Came Bratz...
MAKER      MGA Entertainment
DEBUT      2001
NAMES      Yasmin, Sasha, Cloe, Jade, and Meygan
MOTTO      The girls with a passion for fashion
HER RIDE   Late-night stretch limo
Data: MGA Entertainment, Mattel
...Then, My Scene Barbie
MAKER      Mattel
DEBUT      2002
NAMES      Barbie, Madison, Chelsea, and Nolee
MOTTO      My city. My style. My scene.
HER RIDE   Vespa motorscooter
Data: MGA Entertainment, Mattel
```

Palmeri covers toys from Los Angeles.

Document bw00000020030724dz7s0001w

     © 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

EXHIBIT ___C___ PAGE 969   M 0074059

**Tab 176**



🖨 Print this article | ⊠ Close this window

# Meet the Bratz

December 26, 2003

Meet Yasmin, Cloe, Jade and Sasha. They survey life sleepily through indolent, heavy-lidded eyes larded with spangly make-up. Their micro-skirts scarcely skim their pert little bottoms; their fake-fur jackets and tight tops are the last word in trash glamour. They look as if they would be quite at ease on a street corner waiting for their pimp to emerge from a long limousine in a puff of white powder. But don't be deceived by their low-life style. These creatures earned more than $US2.5 billion ($3.4 billion) last year.

They are the Bratz - 26-centimetre plastic dolls in the familiar tradition of Barbie. Mothers deplore them. Psychologists fear their influence on tender young minds. But no one can dispute the speed or scale of their success. Only 30 months after the Bratz were launched, 150 million have been sold worldwide, ending Barbie's 44-year reign as the unchallenged queen of the global toy cupboard. This Christmas, their creator, an Iranian-born entrepreneur called Isaac Larian, says, "They are outselling Barbie, doll for doll."

In toy terms, this is an upheaval on the scale of the fall of the Berlin Wall. Barbie, much like Coca-Cola or the Big Mac, has been a symbol of the supremacy of American suburban values since her birth in 1959. There are more Barbies in the world than there are people in India. The brand is still huge but the doll is languishing on the shelf in early middle age, outstripped by streetwalker lookalikes whose motto, according to Bratz packaging, is simply "style it, strut it".

"Yuk!" says Carol Kravetz, recalling the day her five-year-old daughter, Tess, demanded a new toy after watching the Bratz pitch their hip-hop, urban-funk routine in the advertising breaks of children's TV. "I thought they were just horrible. What kind of message were these characters giving out?"

Kravetz's concerns are echoed by child psychologists. "Toys like this reflect the culture, and the culture includes a trend towards the earlier and earlier sexualisation of little girls," says Dr Sheena Hankin, a New York psychologist. "Girls are growing up faster and younger, and dolls like this speak to them." But what harm can playing with a doll, even a sluttish-looking doll, do? "It depends on the circumstances and the age group. It can be like seeing your parents having sex. This overexposure to sexuality at a young age can lead to sexual dysfunction later in life."

And yet children soon reveal that they do not consciously associate the Bratz with back-alley sex, drugs and dangerous urban ghettos. "I think these dolls are way-cool because they are rock star," says Tess, 5, as she assembles the myriad accessories: toboggan, ski goggles, cup of hot chocolate and miniature seal-pup cuddly toy. Tess's friend, Leah Zeiger, 7, says the winter outfit is cool. "But everyone likes Bratz. We're sick of fat, plastic Barbies ... Bratz are teenagers. I want to be a teenager, too."



A host of toy-market experts agree. The one thing everyone agrees about Bratz is that they mark a generational shift from Barbie, with her Stepford-wife smile and endlessly debated role in feminist theory. Should she date Ken? Should she be sold with cooking tools? Was it a major breakthrough when Barbie came with working suits, briefcases and mobile phones?

These are not the kind of questions that worry Larian, 49, who cannot disguise his enthusiasm for the dolls that have made him a billionaire. "It's a new generation," he says. "Kids are living in a different world."

Born and raised among Tehran's small Jewish community, Larian came to California in the 1970s to study engineering. The Iranian revolution dissuaded him from returning to Iran; instead he took a business degree, set up a company called Micro Games America (now MGA Entertainment), which he still wholly owns, and began importing electronic toys. His first coup came in 1987, when

M 0074224

EXHIBIT ___C___ PAGE 570

Print Article: Meet the Bratz

A buyer in Sydney's Grace Bros joins the craze. Photo: David Moir

he won the licence to import Nintendo from Japan; his second was more than a decade later. He was bantering with a buyer from Wal-Mart when he asked what kind of toy the world's biggest retailer would go for.

The buyer said, "Build me a Barbie-beater and we'll buy it." Done, I thought. I thought of my own kids, the games they liked to play, the clothes they liked to wear, what they actually looked like, and within a year we had Bratz on the shelves," he says. "I'll tell you one reason why they succeed: kids see Bratz as kids; they use their imaginations and identify with them. We did some market research and a question we asked kids was how old they thought Bratz were, and how old Barbie was." Sure enough, the Bratz were seen as teenagers or, by the younger girls, as pre-teens. Barbie, they believed, was 35 to 45.

And for all the "attitude" that appeals to fashion-conscious seven-year-olds, when the outfits are peeled from the Bratz they really are just shapeless little girls. "Children are growing up faster than ever, but I just don't agree that my dolls are so 'sexualised'," says Larian. "I have three children - 17, 15 and 10. I love nothing better than to play with my toys with my children, and they tell me the truth without hesitation. These are the toys they want - that is why they sell and we succeed."

Grown-ups who observe the children's entertainment business see much the same thing: "I wouldn't say the Bratz dolls are putting a dent in Barbie because they are sexier," says Barbara Aria, the children's editor of *Time Out New York*. "These dolls are a hit because they are funky, urban, multicultural girls who wouldn't look out of place in Brooklyn, and that is what is cool. It also means that these dolls are going to be more overtly sexy than the thoroughly Anglo, patently suburban Barbie. If you and your friends are listening to Missy Elliott and wearing shrunken versions of Triple 5 Soul outfits, you are going to need a doll with a bit of an edge."

Toy-sellers now acknowledge that one of the commercial triumphs of Larian's "gut instinct" was his insistence on making the dolls reflect all races and ethnic cultures, from white to black, Asian, Jewish and Hispanic. He says that market consultants and buyers for the big retailers - Argos, Target and, above all, Wal-Mart - repeatedly told him that doing so would be a disaster. They believed that the dolls should be "aspirational", and all the world aspired to be Barbie, who is essentially Caucasian.

It also accelerates their exposure to sexuality. As Aria says, you have only to visit "Brooklyn" - her term for the bubbling ethnic stew of 21st-century urban culture - to see that the world Bratz reflects is simply more expressive than the traditional, reserved and "decent" suburbs of the Barbie generation.

"These young girls imitate their role models just as they have always done," says Hankin. "The trouble is that they simply have no idea what effect these outfits have on men, and that effect is biologically inevitable. They get attention all right, but it can easily and dangerously be the wrong sort of attention. This is where we have to draw the line."

Are the dolls to blame? Larian is horrified: "This is not to do with sex, believe me. And it will not be as long as I am in control of my company. This is about giving children what they want. Better for them to use their imaginations playing with my dolls than to be watching TV and playing with collection cards all day."

Larian may have the market bending before him these days, but it was not always so. The Wal-Mart buyer who challenged him to build a Barbie-beater didn't care for the result: deeply conservative, Wal-Mart was among the last of the big stores to buy Bratz, fearing a backlash from its customers.

And now, Larian has taken on the unlikely role of taste-maker and guardian of their virtue. The brand is so hot that when five Hollywood production companies laid siege at his door, he was able to insist on retaining "creative control" without investing a penny of his own. When his Japanese licensees wanted to add a Bratz cigarette lighter to the range, he refused.

"I will not have anyone corrupt my Bratz," he says. "I do not need the money!"

**The Telegraph, London**

*This story was found at: http://www.smh.com.au/articles/2003/12/25/1072308628624.html*

M 0074225

EXHIBIT ___C___ PAGE 571

**Tab 177**

# Factiva

Dow Jones & Reuters

Weekend Plus

**Bratz packers are what's cool in doll world**

Denise I. O'Neal
897 words
5 March 2004
Chicago Sun-Times
North City Zone
55
English

Copyright (c) 2004 Bell & Howell Information and Learning Company. All rights reserved.

Bratz dolls are leaving America's sweetheart -- Barbie -- eating their dust.

Who are these fly girls with the funky wardrobe and devoted tween following?

In 2001, MGA Entertainment introduced Cloe, Sasha, Yasmin and Jade. The fashion divas have since skyrocketed to success. Four boy Bratz have been added to the line: Dylan, Eitan, Koby and Cameron. New friends on occasion will appear in exclusive themed sets.

Isaac Larian, CEO of MGA Entertainment, explains why he decided to have dolls make brief appearances in the line.

"Just like in any neighborhood, new friends arrive and others move on," he says. "Children have to adjust to old friends exiting and new friends arriving in their lives."

More than a fad product imitating life through the eyes of tweens, Larian wanted to incorporate aspects of real life and values associated with the real world in his dolls.

"We wanted a respectable product that reflected the lifestyle of schoolgirls and fashionable trends, but also one that represented clean fun with learning values," he says.

The Bratz are moving into another medium this year, starring in their first direct-to-DVD movie titled, "The Bratz Go Hollywood." The movie is set for a late-summer release. The dolls also will star in an animated feature film, which is expected to be released in late 2005.

**Doll** products new for 2004 include Bratz Petz cats Brigitte, Kendall, Jolie and Daphne; Bratz Wild Life, an exclusive set featuring Nevra, Meyghan and Fianna; Bratz Girls Nite Out, with Cloe, Sasha, Yasmin, Jade and Dana preparing for Saturday night fun; Sun-kissed Summer, with Cloe, Yasmin, Sasha, Jade and Dana dressed in beach attire; Best Friends Beach Party, with friends Calista and Noelle spending a day at the beach; Best Friends Pajama Party, with Brianne and Zana in a themed slumber party setting, and Flower Fairies, featuring Rose, Daisy and Sunflower, a trio of scented dolls.

Larian, along with his brother and brother-in-law, founded ABC Electronics, a trading company dealing in consumer electronics, in 1982. In the late '80s, the company began focusing primarily on hand-held electronic games and changed its name to Micro Games of America.

EXHIBIT _C_ PAGE 512   M 0070398

When Larian's daughter was 7, he noticed she had become bored with **Barbie** dolls. He decided to again change the focus of his company, wanting to create a **doll** product for girls ages 7 to 13. The dolls would have to be urban dolls representing America's multi- ethnicity. They also had to reflect the trends and attitudes of the tween generation.

"We were looking for a new toy to challenge **Barbie**. Something that would span girls' interest in dolls for a few more years," says Larian.

Larian began shopping around for interested vendors. Getting negative response because of the company name, Larian once again changed the company's name, shortening it to MGA Entertainment. That done, Larian needed a name for his dolls.

His creative team decided the name should be catchy and not have more than six letters. When looking at sketches and pitching ideas, someone said the dolls look like little brats. Keeping with today's trend of making names more "cool" by changing the spelling, MGA executives decided to replace the "s" with a "z."

The Bratz were born and have been making big strides in the **doll** world ever since. A team of more than 15 designers are responsible for making certain the dolls always sport the latest fashions, accessories and hair styles.

For Larian and his creative team, not only have they struck gold with their product but they are having fun with the dolls as well.

"We are like children in a candy store -- everything is exciting," says Larian. "We don't have plans laid out for the Bratz. We come up with new ideas as we go along and we are having fun doing it."

To keep on top of what tweens are interested in, MGA polls children in the dolls' targeted age group. That formula, along with the company's strong sense of ethics and responsibility to children, have turned the Bratz into one of the best-selling products worldwide.

Larian also is compelled to produce a product that is affordable for all.

"I think children are very precious gifts, and it's our job in the toy industry to look beyond pricing to create products to stretch children's imagination and to not cheat any child out of the opportunity to be able to enjoy products," says Larian.

Bratz dolls are available in most toy stores. The company's Web site also has a free Bratz Fan Club that children can join. For more information, visit www.bratzpack.com.

EVENTS: The Winnetka Antiques Fair takes place this weekend at the Winnetka Community House. Fifty dealers from across the country will showcase their wares. Dealers from England and Portugal also will be on hand. Hours for the event are 10 a.m. to 8 p.m. today, 10 a.m. to 6 p.m. Saturday and 11 a.m. to 5 p.m. Sunday. Admission is $12, good for all three days. The Winnetka Community House is at 620 Lincoln, Winnetka. For more information, call (847) 446-0537.

The popular line of Bratz dolls include Cloe, Yasmin, Jade, Dana and Sasha.

Document CHI0000020040305e0350000r

© 2004 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

EXHIBIT __C__ PAGE 513    M 0070399

**Tab 178**

**Immigrant's Creative Company Shakes Up Toy Industry**

By JEFF WEISS; Contributing Reporter
1,098 words
29 March 2004
San Fernando Valley Business Journal
English
2004 San Fernando Valley Business Journal. All rights reserved.

Large Business Award - MGA Entertainment, North Hills

Only 16 years old, with a mere $750 in his pocket, and with parents across the globe in Iran, Isaac Larian never expected to eventually be the founder of one of the fastest growing toy companies in the world.

Initially undecided whether to emigrate to the United States or to Israel, Larian opted to pursue the American dream. The Business Journal's recipient of the family business Best Large Company award, MGA Entertainment, is the end product of Larian's hard work, determination, and foresight in capitalizing upon opportunity.

Yet before becoming a toy mogul, Larian set out to forge a career in the civil engineering industry before realizing his true talents lay elsewhere.

"I came here to get a civil engineering degree because I thought I'd be a civil engineer and go back to Iran and build infrastructure," Larian said. "I graduated in 1978 from Cal State Los Angeles but I never worked as an engineer. Shortly after graduating, the (Iranian) revolution broke out and I discovered that engineering wasn't for me. I was more of an entrepreneur."

The following year Larian and his brother Farhad founded MGA as a consumer electronics company. Their first foray into the toy industry didn't come until 1987 when Isaac saw the opportunity to manufacture Nintendo's hand-held electronic games.

"I'm an entrepreneur and in 1987 I saw an opportunity to become the distributor for Nintendo's hand-held games. I just saw opportunity. Most entrepreneurs do that," Larian said.

After two years in the hand-held video game industry, MGA left the toy game and returned to consumer

Page 229     © 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

EXHIBIT _C_ PAGE _54_          M 0101133

electronics. Returning in 1993 to produce Mighty Morphin Power Rangers accessories, MGA never left the toy industry, having its first breakthrough item with 1997's wildly successful Singing Bouncing Baby Doll.

"Singing Bouncing Baby was our first doll and it was a huge hit," Larian said. "We ended up winning Family Fun Toy of the Year which is the Oscars of the toy industry. We ended up doing in excess of a million pieces," said Larian.

Introducing Bratz

But MGA's greatest success came later, with the introduction of 2001's Bratz dolls. Against all odds, Larian pioneered a line of dolls able to undercut the success of Barbie, the only company to do so since Barbie's 1959 debut.

However, the modest Larian is quick to acknowledge others for contributing to the company's success. A close knit family, Larian's sister, Shirin Makabi, is the company's director of travel and expenses. Shirin's husband, Eli Makabi, is MGA's vice-president in charge of traffic in sales. In addition, the Makabis co-own the business with Larian. But Larian family involvement does not stop there; Larian's children have played a crucial role in MGA's development.

"My oldest son, 17-year-old Jason, is very creative and a music writer. He has come up with some of our popular toys," Larian said. "He came up with Commandobot—a robot that was the first ever robot toy to work on voice recognition. It was a fantastic seller that was featured in Wired magazine. It was Jason's idea for Bratz."

Larian's other children have also been key to product development.

"Yasmin, my 15-year-old daughter, is involved in the business as well. She's particularly interested in fashion and focus groups. One of the Bratz is named after her," Larian said. "My 10-year-old son, Cameron, is also the namesake for one of the boy Bratz. Cameron comes up with different product ideas. One of our best ideas was a winter wonderland Bratz line. We were on a family ski vacation and he said 'Dad, you should do a Bratz winter break.' So we did it and it sold wonderfully."

Thanking the employees

Larian also credits the company's 430 employees for much of MGA's success.

"Our success is due to the passion of the people we have working for us. Each one has contributed to our success because they are passionate about the company and winning."

    © 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

EXHIBIT C PAGE 575

M 0101134

With business booming, a Bratz licensing deal with 20th Century Fox has been inked. A Bratz DVD and a Bratz feature film are soon on the way.

"The Bratz are a true phenomenon that has taken the toy/doll industry by storm," Jim Gianopulos, chairman of Fox Filmed Entertainment, said. "They are more than just toys; they reflect the cultural diversity and contemporary style that kids relate to. That kind of success and impact on young people make the company a natural in a major motion picture, and we look forward to turning the Bratz figures into major motion picture stars."

MGA's projected revenue for 2004 is $1 billion and the company has openings for 110 employees in a variety of positions. Although MGA's success is now assured, there were obstacles along the way.

"I noticed some discrimination when I first got into the business world. I think that after living here for 33 years, there is unfortunately discrimination whether you're Jewish, Persian, black or whatever," Larian said. "But it made me stronger to go out and fight. People become resilient and they get angry and they need to turn that anger into positive energy."

Larian has certainly come a great distance from being a teenager with inclinations towards civil engineering and less than a thousand dollars in his pocket. Thanks to MGA, Barbie's pedestal seems a little less secure.

"I'm having a lot of fun and enjoying what I'm doing here right now and I think as long as you have fun at your job, it's a great thing," Larian said. "I believe that in life you have to have passion for what you do and if you lose that passion you shouldn't do it. My vision is for MGA to become a multibillion-dollar entertainment company and specialize in other things besides just toys."

Looking back on the whirlwind rise of MGA, Larian still seems a bit surprised by the amount of success he's encountered.

"My life is proof that dreams come true. You can't give up. They were definitely moments of self-doubt. I just didn't want to fail, I always had that desire to win," Larian said. "We've made history by unseating Barbie and for a small San Fernando Valley company to do that is a miracle."

Document SFVBJ00020041020e03l0003p

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

EXHIBIT __C__ PAGE 376    M 0101135

**Tab 179**

# Factiva

Dow Jones & Reuters

Business
**COUNTERFEIT TOYS NO FUN FOR TRUE MAKERS**
Brent Hopkins\ Staff Writer
1,317 words
3 April 2005
Los Angeles Daily News
VALLEY
B1
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

The sloe eyes look almost right, the floral print halter and silver capri pants seem familiar and the bright package seems to herald a Bratz doll.

The evidence number and seizure date inked over the diminutive fashion diva say otherwise. Joining the realm of fake purses, imitation watches and pirated compact discs, toys have become a huge commodity for counterfeiters, costing the toy industry millions of dollars in revenue every year. Los Angeles holds the dubious distinction of being the second-hottest market in the country, trailing only New York's Canal Street for illegal trade.

In one recent sweep, Los Angeles Police Department vice officers raided two downtown warehouses full of knockoff Bratz, Spider-Man and Disney toys, netting more than $1 million in illicit playthings. The seizure at Focus Century (USA) Inc.'s Fourth Street facilities uncovered so many fake toys, cops had to call for a 40-foot truck to haul them away.

Officers were unable to nab Focus' owner, identified as William Kam, but believe he's operating from his Hong Kong headquarters. They filed papers with the District Attorney's Office on Friday, seeking his arrest upon his return to the U.S.

"Unfortunately, counterfeit toys are a huge industry," said Sgt. R.J. Acosta, vice supervisor for the LAPD's Central Division, which encompasses the city's Toy District. "It's all over and this is just the beginning. We find Yu-gi-oh! cards, Spider-Man stuff, Mattel toys - all fake."

Compared with the drug trade, the counterfeit business is relatively safe and profitable for criminals. A small shop can easily sell $300,000 a month and even felony busts often merely result in fines instead of jail time.

Though counterfeiting is thought of as a victimless crime, authorities note that it often coincides with more sinister criminal activities, ranging from tax evasion to terrorism. The fake products also don't have to meet any safety standards, potentially placing hazardous materials such as lead-based paint or other toxic substances into the hands of children.

The industry's major players don't suffer the attempts to poach their brands lightly, watching them from Los Angeles to Hong Kong. The ideal defense is to shut down production at overseas factories, rather than tracking their wares once they filter into retail channels.

"Mattel aggressively protects its brands by pursuing and prosecuting those involved in the production, distribution and sale of counterfeit Mattel and licensed goods," said Jules Andres, a spokeswoman for the El Segundo-based toy giant. "We work very closely with law enforcement wherever we're looking at and we've got an internal security department, as well."

EXHIBIT _C_ PAGE _577_

M 0070439

MGA Entertainment Inc., the North Hills toy company that shook up the industry with its sassy Bratz fashion dolls, got word from the United States Customs Department that Focus Century's shipments had illegal knockoffs, then passed the information along to the LAPD.

The seizure prompted an angry response from Isaac Larian, MGA's chief executive, who modeled the provocative dolls after his family members. In addition to the criminal charges sought by the LAPD, Larian pledged to pursue civil action against Focus Century, both domestically and against its Hong Kong operations.

"It (feels) like someone abducted your child," he said. "It's a horrible, horrible feeling. Toys are very personal, especially when you have them named after your kids."

To protect Larian's dolls' family name, MGA employs attorneys to threaten intellectual-property lawsuits and spies who troll retailers across the world. He estimates that the company spends $1 million annually to protect the brands, which sell billions of dollars worth of legitimate merchandise each year.

The fake Bratz dolls appeared destined for swap meets and the transient merchants of the Toy District. But even major retailers end up carrying knockoffs, according to Susan Spiegel, vice president of marketing for Woodland Hills-based Funrise Toy Corp.

Funrise recently filed suit against Hong Kong-based Wing Hing, accusing it of selling near-duplicate copies of its Gazillion bubbles line. The copies turned up on the shelves of Wal-Mart, one of Funrise's own customers.

"There's companies who put out their own brands that aren't a complete rip-off, but they're a 99.99 percent rip-off," Spiegel said. "You'll find that if a company has a hot brand, someone's going to try to fake it and make some money."

While larger companies like MGA, Mattel and Funrise can afford to wage war on the counterfeiters through legal action, smaller manufacturers often find themselves powerless to respond. Many can't even gauge how much revenue they lose to the fake trade.

"We see our stuff get knocked off when we're in China all the time," said Jordan Kort, co-founder of Northridge-based What Kids Want Inc. "We attack it where we can, but often we have no idea when it happens. It's all over the place."

U.S. Immigration and Customs Enforcement catches bogus shipments at the Port of Los Angeles, but only has limited resources to inspect the vast numbers of containers that enter each day. Two weeks ago, agents knocked down a shipment of 350 cases of fake Yu- gi-oh! cards valued at $3 million.

The knockoffs were bound for downtown Los Angeles, said supervisory special agent Steven Lovett, likely to end up in the crowded warrens of ever-changing retail booths.

"If you stroll down a place like Santee Alley, where the LAPD hits all the time, there's no question (some of) the things are counterfeit," said Lovett, who supervises ICE's trade fraud unit in Long Beach. "Some of the higher-end stuff, purses and high-end counterfeits are passed off as legitimate, but the average person is going to know it's not the real thing."

The LAPD's Acosta knows it's not legit, either, and he's got a powerful new tool to help combat the shady trade. The department recently installed two $10,000 cameras so powerful they can read license plates from four blocks away to watch the bustling Fashion and Toy Districts, with eight more on the way. From the fortress- like Central Division station, they can identify and record illicit transactions before dispatching officers to arrest the vendors.

M 0070440

EXHIBIT _C_ PAGE _51B_

"This is going to change what we do," said Acosta, observing an illegal vendor peddling fakes on a street corner three blocks down. "I know exactly what she's doing right there. You watch long enough, you'll see her make a hand-to-hand sale and that's all you need."

Brent Hopkins, (818) 713-3738

brent.hopkins(at)dailynews.com

MISFIT TOYS

Business groups estimate that 5 percent to 7 percent of global trade deals are in illegal knockoffs, accounting for $350 billion in illicit sales each year. American businesses lose between $200 billion and $250 billion annually to the fakes.

— In 2004, U.S. Immigration and Customs Enforcement and U.S. Customs & Border Protection seized 7,255 counterfeited goods worth $138 million, up from 6,500 fakes worth $94 million the previous year.

— ICE agents brought 140 indictments against 218 people last year for intellectual-property crimes, up from 70 indictments against 132 individuals in 2003.

— In the past two years, the Los Angeles Police Department's Central Area Vice Unit has recovered $37 million in counterfeit material.

— The most popular items for counterfeiters to rip off include handbags, clothes, music and movies, jewelry and cigarettes, but toys are becoming increasingly prevalent. The Toy Industry Association estimates losses of tens of millions of dollars annually.

photo, box; Caption: Photo: (color) One counterfeit doll that resembles the **Bratz** product line actually uses the **Bratz** name and logo in its packaging. Evan Yee/Staff Photographer Box: MISFITS TOYS (see text)

Document LAD000002005040Se1430000f

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

EXHIBIT __C__ PAGE _979_

M 0070441

**Tab 180**

[x] AOL Mail

Asunto: Rê: Nueva cuenta
Fecha:  Lun, 15 Mar 2004 10:50:14 AM Hora estándar de México
De:       Argentrade
Para:    Plot04,   Cmendez14
HOLA A TODOS;

ISAAC NO CONTESTO EL EMAIL EN DONDE LE DIJE Q    UE RECONFIRMARA LA VISITA
DE UDS.. Y SE QUE ESTA REVOLOTEANDO POR TODOS LADOS MENOS EN LOS
ANGELES...........AHORA ES MI TURNO ENFOCARLO PARA QUE SE TERMINE DE
MOVER.............
POR SUPUESTO, EN CUANTO SEPA ALGO DE EL...........LES AVISO A UDS.............

BESOS.........

MARY:  SI MAL NO RECUERDO ESTE FIN DE SEMANA ERA TU CUMPLE NO??  ............

BUENO...............

# APIOS VERDES TU YOUUUUUUUUUUUUUUUUUU~!!!!!!!!

THANK YOU AND BEST REGARDS

SUSANA KUEMMERLE
PHONE: 856-642-1793
TEMPORARY EMAIL NUMBER: 413-714-9416
CELL: 856-313-0571

[x] F
Responder

[x] F
Reenviar

[x] F
Responder
a Todos

[x] F
Agregar
Direcciones

[x] A

Guardar Como     Bor     Imp                    E◄  3 de 7   E◄

Incluir el texto original en respuesta.

EXHIBIT C  PAGE 580

M 0059788

Subject: Re: New account
Date:      Monday, March 15, 2004 10:50:14 AM Standard Mexico Time
From:     <u>Argentrade</u>
To:       Plot04, Cmendez14
HI EVERYONE,

ISAAC DIDN'T REPLY TO THE EMAIL IN WHICH I ASKED HIM TO RE-CONFIRM YOUR VISIT...
AND I KNOW HE'S FLITTING AROUND EVERYWHERE EXCEPT LOS ANGELES.... NOW IT'S
MY TURN TO GET HIM TO FOCUS SO HE STOPS MOVING AROUND...
OF COURSE, AS SOON AS I HEAR FROM HIM, I'LL LET YOU KNOW...

KISSES,

MARY: IF I'M NOT WRONG IT'S YOUR BIRTHDAY THIS WEEKEND, ISN'T IT?

WELL...

**HAPPY BIRTHDAY TO YOUUUUUUUUUUU!**

THANK YOU AND BEST REGARDS

SUSANA KUEMMERLE
PHONE: 856-643-1793
**TEMPORARY EMAIL NUMBER: 413-714-9416**
CELL. 856-313-0571

EXHIBIT __C__, PAGE _581_

**Tab 181**

☒ AOL Mail

Asunto: ISAAC
Fecha:   Mar, 16 Mar 2004 1:03:09 PM Hora estándar de México
De:      Argentrade
Para:    Plot04

HABLE CON ISAAC, Y COMO LES COMENTE, ESTA RECONTRA SUPER
OCUPADO...........DIJO QUE IBA A MANDAR UNA CONTRA PROPUESTA POR EMAIL HOY
POR LA TARDE............

PERO, PARA DECIR LA VERDAD SUENA MUY TRISTE Y ALGO ANDA MAL CON EL
PAPA...........SI TARDA, TENGANLE PACIENCIA..............

SABE Y TIENE SUPER CLARO QUE MGA MEXICO ES LO MEJOR QUE PODRIA PASARLE
AL TERRITORIIO...............VEAMOS COMO SIGUE LA COSA........

BESOS

SUSANA


THANK YOU AND BEST REGARDS

SUSANA KUEMMERLE
PHONE: 856-642-1793
TEMPORARY EMAIL NUMBER: 413-714-9416
CELL: 856-313-0571

☒ F
Responder

☒ F
Reenviar

☒ F
Responder
a Todos

☒ 
Agregar
Direcciones

☑ A

☑ Guardar Como    ☑ Box    ☑ Imr          ☑   1 de 1   ☑

☐ Incluir el texto original en respuesta.

EXHIBIT __C__ PAGE 582

M 0059789

Subject: ISAAC
Date:           Tuesday, March 16, 2004 1:03:09 PM Standard Mexico Time
From:           Argentrade
To:             Plot04

I'VE SPOKEN TO ISAAC, AND AS I MENTIONED BEFORE, HE'S EXTREMELY BUSY... HE SAID HE WOULD SEND A COUNTER OFFER VIA EMAIL THIS AFTERNOON...

BUT, TO TELL YOU THE TRUTH, HE SOUNDS VERY SAD AND SOMETHING IS WRONG WITH HIS FATHER... IF HE TAKES LONGER, PLEASE BE PATIENT...

HE KNOWS AND HE'S VERY AWARE OF THE FACT THAT MGA MEXICO IS THE BEST THAT COULD HAPPEN TO THE TERRITORY... LET'S SEE HOW THINGS DEVELOP...

KISSES,

SUSANA

THANK YOU AND BEST REGARDS

SUSANA KUEMMERLE
PHONE: 856-642-1793
**TEMPORARY EMAIL NUMBER: 413-714-9416**
CELL: 856-313-0571

EXHIBIT _C_, PAGE 583

**Tab 182**

☒ AOL Mail

| | |
|---|---|
| Asunto: | RE: Mexico |
| Fecha: | Mar, 23 Mar 2004 5:24:48 PM Hora estándar de México |
| De: | Marlene Parker <MParker@mgae.com> |
| Para: | "Isaac Larian (President / CEO)" <Larian11@mgae.com>, "Plot04@aol.com" <Plot04@aol.com>, "plot04@yahoo.com.mx"<plot04@yahoo.com.mx> |
| Copiar a:: | "Susana (Argentrade)" <argentrade@aol.com>, "Tom Park (Chief Operating Officer)" <TPark@mgae.com> |

Enviado desde Internet (Detalles)

Hello Gustavo,

As Isaac has referenced below Tom is currently traveling in Canada and returns to the office this Thursday (Mar 18).
Tom has asked that I contact you to schedule a conference call with you on Thursday upon his return. Can you please advise your availability and I will make arrangements for you and Tom to connect? We will accommodate any timing that meets your schedule.

Kind regards,

Marlene
Marlene Parker
Executive Assistant to Chief Operating Officer
MGA Entertainment
Office: (818) 894-2525 x504
Fax:    (818) 894-7865
Mobile: (818) 207-0560

www.mgae.com

Meet the girls with a Passion for Fashion
www.BRATZpack.com

-----Original Message-----
**From:** Isaac Larian (President / CEO)
**Sent:** Monday, March 22, 2004 10:22 PM.
**To:** 'Plot04@aol.com'; plot04@yahoo.com.mx
**Cc:** Susana (Argentrade); Tom Park (Chief Operating Officer)
**Subject:** RE: Mexico

Gustavo,


Thanks.

☒ F
Responder

☒ F
Reenviar

☒ F
Responder
a Todos

☒ (
Agregar
Direcciones

☒ A

EXHIBIT  C  PAGE 584    M 0059790

Congratulations to Mariana. She better STOP smoking!

The package we offered you give all of you the same or MORE than what you asked for. It just has a performance clause ( bonuses) based on performance.

As a company policy, we do not give anyone signing bonus.

Tom is traveling to Canada and be back Thursday and will explain the offer.

Isaac Larian
CEO
Please note my new e mail address below
MGA ENTERTAINMENT
*A Consumer Entertainment Product Company*
16730 Schoenborn Street
North Hills, California, 91343-6122
Tel: 818-894-3150
Fax:818-894-1267
LarianI1@MGAE.COM
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com

-----Original Message-----
From: Plot04@aol.com [mailto:Plot04@aol.com]
Sent: Monday, March 22, 2004 6:36 PM
To: LarianI1@mgae.com; plot04@yahoo.com.mx
Cc: Argentrade@aol.com; TPark@mgae.com
Subject: Re: Mexico

EXHIBIT ___C___ PAGE 585          M 0059791

Dear Isaac & Tom,

Please find attached our analisys, for our further discussion. We will be available weeknights after 16:30 LA time, please confirm.

Regards.

| Guardar Como | Boi | Imp | | F4 | 2 de 7 | F4 |

☐ Incluir el texto original en respuesta.

EXHIBIT ___C___ PAGE __586__      M 0059792

**Tab 183**

| From: | Trueba, Mariana |
| --- | --- |
| Sent: | Thursday, March 25, 2004 10:30 AM |
| To: | Machado, Gustavo |
| Subject: | FW: Directorio de Licenciatarios |

Para tu info
——Original Message——

| From: | Silis, Lizbeth |
| --- | --- |
| Sent: | Jueves, 25 de Marzo de 2004 12:28 p.m. |
| To: | Trueba, Mariana |
| Subject: | Directorio de Licenciatarios |

Mariana:

Te envio el directorio general de licenciatarios



DIRECTORIO
attel BRANDS1.doc .

**Lizbeth Silis**
**Licensing**
**lizbeth.silis@mattel.com**
**Tel. (5255) 59053849**
**Fax (5255) 59054197**

Esto mensaje es solo para el uso de la(s) persona(s) a la(s) que está dirigido.  Puede contener información la cual es
privilegiada y confidencial de acuerdo con las leyes que apliquen. Si usted *no* es la persona a quien va dirigido, por favor no
utilice esta información para ningún propósito, destruya este mensaje e informe al remitente inmediatamente. Lo expresado
en esta comunicación puede no ser lo que Mattel de Mexico, S.A. de C.V. desea expresar.

This message is only for the use of the person(s) to whom it is intended.  It may contain information, which is privileged and
confidential within the meaning of applicable law.  If you are not the intended recipient, please do not use this information for
any purpose, please destroy this message and inform the sender immediately. The views expressed in this communication
may not necessarily be the view held by Mattel de Mexico, S.A. de C.V.

CONFIDENTIAL

EXHIBIT ____C____ PAGE ___587___

M 0059785

| | |
|---|---|
| **From:** | Trueba, Mariana |
| **Sent:** | Thursday, March 25, 2004 12:30 PM |
| **To:** | Machado, Gustavo |
| **Subject:** | FW: Licensee's Directory |

**For your information**
-----Original Message-----

| | |
|---|---|
| **From:** | Silis, Lizbeth |
| **Sent:** | Thursday, March 25, 2004 12:28 PM |
| **To:** | Trueba, Mariana |
| **Subject:** | Licensee's Directory |

Hi Mariana,

Here is the general licensee's directory.
[attachment]
DIRECTORIO Mattel BRANDS1.doc

**Lizbeth Silis**
**Licensing**
**Lizbeth.silis@mattel.com**
**Tel. (5255) 59053849**
**Fax (5255) 59054197**

This message is only for the use of the person(s) to whom it is intended. It may contain information, which is privileged and confidential within the meaning of applicable law. If you are not the intended recipient, please do not use this information for any purpose, please destroy this message and inform the sender immediately. The views expressed in this communication may not necessarily be the view held by Mattel de Mexico, S.A. de C.V.

**CONFIDENTIAL**

EXHIBIT __C__, PAGE 588

**Tab 184**

_Offer Letter - Mar 30_

## MGAE DE MÉXICO, S. DE R. L. DE C.V.

March 30, 2004

Carlos Gustavo Machado Gomez
Médanos 94-2, Las Aguilas
México D.F. 14210

Dear Carlos,

It is our pleasure to extend an offer of employment to you for the position of Director of Marketing with MGAE de Mexico, S. de R. de L. de C.V. (the "Company"). As we discussed, this is a full-time position, with employment commencing on _____ (the "Start Date").

Your base salary will be the equivalent in Mexican pesos to $11,000.00 USD, calculated in accordance with the exchange rate published by the Central Bank (Banco de México) in the Federal Official Gazette (Diario Oficial de la Federación) on the Start Date. During the term of your employment, in order to facilitate the performance of your work activities, every three years counting as of the Start Date, you will be entitled to an allowance to be paid in accordance with the Company's regularly established policies, in the amount equal to the equivalent in Mexican pesos of $27,500.00 USD calculated in accordance with the exchange rate published by the Central Bank (Banco de México) in the Federal Official Gazette (Diario Oficial) on the date of every third anniversary of the Start Date, which allowance shall be used exclusively for the purchase of a car, as a labor tool. The employment term is indefinite. Your employment terms shall be revised every eighteen (18) months plus a $40,000.00 USD severance payment, if required, paid at the end of the contract period, which end date shall be 18 months after the start date or on such later date as may be agreed to in writing between the Company and you. You will also be entitled to receive employment benefits as generally provided by the Company's policies and benefit plans. Additional benefits and bonus structure are outlined below:

- Christmas Bonus of 30 days salary
- Vacation of 15 business days annually
- Vacation Bonus of 100%
- Major Medical Insurance
- Life Insurance

EXHIBIT _C_ PAGE _589_   M 0059766

Page 2
-- Carlos Gustavo Machado Gomez
March 30, 2004

• Sales Performance Bonus

| Sales | Bonus |
|---|---|
| $5.0 – 6.99 Million USD | $25,000.00 USD |
| $7.0 – 9.99 Million USD | $25,000.00 + $5,000.00 = $30,000.00 USD |
| $10.0 – 11.99 Million USD | $30,000.00 + $10,000.00 = $40,000.00 USD |
| $12.0 – 13.99 Million USD | $40,000.00 + $15,000.00 = $55,000.00 USD |
| $14.0 – 16.99 Million USD | $55,000.00 + $20,000.00 = $75,000.00 USD |
| $17.0 – 19.99 Million USD | $75,000.00 + $25,000.00 = $100,000.00 USD |
| $20.0 Million USD or more | $100,000.00 + .0025% for each million or $2,500.00 USD |

\* For example: if the company achieves $$17.0 million in sales your annual compensation would be $220,000.00 USD

We agree that you will devote your best efforts to the performance of your job; that you will not engage in any activity that might be competitive with the Company's business or pose a conflict of interest with that business; and that you will not misuse, nor improperly disclose, any confidential or other proprietary information of the Company. You will also be expected to comply with the Company's personnel policies, as set forth in the attached Employee Handbook, including referral of any disputes occurring between us to arbitration. This offer is contingent upon your signing our Arbitration, Confidentiality, and Proprietary Agreements.

Please indicate your agreement to the terms of this letter by signing one copy below and returning it to me.

Again, congratulations on your employment. We look forward to working with you.

Sincerely,

Isaac Larian, CEO

MGAE de México, S. de R. L. de C.V.

I understand and agree to the above terms.

Date: _____   Signature: _____
                                       Carlos Gustavo Machado Gomez

EXHIBIT __C__ PAGE _590_          M 0059767

**Tab 185**

*Mariana Trueba.*
*Offer Letter*

## MGAE DE MÉXICO, S. DE R. L. DE C.V.

March 30, 2004

Mariana Trueba Almada
Cruz Verde 81, Torre A2, Depto. 008
Col. Coyoacan
Mexico D.F.

Dear Mariana,

It is our pleasure to extend on offer of employment to you for the position of Director of Marketing, Girls Division with MGAE de Mexico, S. de R. de L. de C.V. (the "Company"). As we discussed, this is a full-time position, with employment commencing on _____ (the "Start Date").

Your base salary will be the equivalent in Mexican pesos to $8,910.00 USD, calculated in accordance with the exchange rate published by the Central Bank (*Banco de México*) in the Federal Official Gazette (*Diario Oficial de la Federación*) on the Start Date. During the term of your employment, in order to facilitate the performance of your work activities, every three years counting as of the Start Date, you will be entitled to an allowance to be paid in accordance with the Company's regularly established policies, in the amount equal to the equivalent in Mexican pesos of $27,500.00 USD calculated in accordance with the exchange rate published by the Central Bank (*Banco de México*) in the Federal Official Gazzette (*Diario Oficial*) on the date of every third anniversary of the Start Date, which allowance shall be used exclusively for the purchase of a car, as a labor tool. The employment term is indefinite. Your employment terms shall be revised every eighteen (18) months plus a $40,000.00 USD severance payment, if required, paid at the end of the contract period, which end date shall be 18 months after the start date or on such later date as may be agreed to in writing between the Company and you. You will also be entitled to receive employment benefits as generally provided by the Company's policies and benefit plans. Additional benefits and bonus structure are outlined below:

- Christmas Bonus of 30 days salary

- Vacation of 15 business days annually

- Vacation Bonus of 100%

- Major Medical Insurance

- Life Insurance

EXHIBIT ___C___ PAGE __591__          M 0059771

Page 2
Mariana Trueba Almada
March 30, 2004

- Sales Performance Bonus

| Sales | Bonus |
|---|---|
| $5.0 – 6.99 Million USD | $25,000.00 USD |
| $7.0 – 9.99 Million USD | $25,000.00 + $5,000.00 = $30,000.00 USD |
| $10.0 – 11.99 Million USD | $30,000.00 + $10,000.00 = $40,000.00 USD |
| $12.0 – 13.99 Million USD | $40,000.00 + $15,000.00 = $55,000.00 USD |
| $14.0 – 16.99 Million USD | $55,000.00 + $20,000.00 = $75,000.00 USD |
| $17.0 – 19.99 Million USD | $75,000.00 + $25,000.00 = $100,000.00 USD |
| $20.0 Million USD or more | $100,000.00 + .0025% for each million or $2,500.00 USD |

* * For example: if the company achieves $$17.0 million in sales your annual compensation would be $220,000.00 USD

We agree that you will devote your best efforts to the performance of your job; that you will not engage in any activity that might be competitive with the Company's business or pose a conflict of interest with that business; and that you will not misuse, nor improperly disclose, any confidential or other proprietary information of the Company.  You will also be expected to comply with the Company's personnel policies, as set forth in the attached Employee Handbook, including referral of any disputes occurring between us to arbitration.  This offer is contingent upon your signing our Arbitration, Confidentiality, and Proprietary Agreements.

Please indicate your agreement to the terms of this letter by signing one copy below and returning it to me.

Again, congratulations on your employment.  We look forward to working with you.

Sincerely,

Isaac Larian, CEO

MGAE de México, S. de R. L. de C.V.

I understand and agree to the above terms.

Date: _____   Signature: _____
Mariana Trueba Almada

EXHIBIT _C_ PAGE 1592        M 0059772

**Tab 186**

## MGAE DE MÉXICO, S. DE R. L. DE C.V.

March 30, 2004

Pablo Vargas San José
Loma de Guadalupe 135 Col. Lomas de Guadalupe
C.P. 01720 Ciudad de México, México

Dear Pablo,

It is our pleasure to extend on offer of employment to you for the position of *Director of Sales* with MGAE de Mexico, S. de R. de L. de C.V. (the "Company"). As we discussed, this is a full-time position, with employment commencing on _____ (the "Start Date").

Your base salary will be the equivalent in Mexican pesos to $11,000.00 USD, calculated in accordance with the exchange rate published by the Central Bank (*Banco de México*) in the Federal Official Gazette (*Diario Oficial de la Federación*) on the Start Date.   During the term of your employment, in order to facilitate the performance of your work activities, every three years counting as of the Start Date, you will be entitled to an allowance to be paid in accordance with the Company's regularly established policies, in the amount equal to the equivalent in Mexican pesos of  $27,500.00 USD calculated in accordance with the exchange rate published by the Central Bank (*Banco de México*) in the Federal Official Gazette (*Diario Oficial*) on the date of every third anniversary of the Start Date, which allowance shall be used exclusively for the purchase of  a car, as a labor tool.  The employment term is indefinite.  Your employment terms shall be revised every eighteen (18) months plus a $40,000.00 USD severance payment, if required, paid at the end of the contract period, which end date shall be 18 months after the start date or on such later date as may be agreed to in writing between the Company and you.  You will also be entitled to receive employment benefits as generally provided by the Company's policies and benefit plans.  Additional benefits and bonus structure are outlined below:

- Christmas Bonus of 30 days salary
- Vacation of 15 business days annually
- Vacation Bonus of 100%
- Major Medical Insurance
- Life Insurance

EXHIBIT _C_ PAGE _593_    M 0059776

Page 2
Pablo Vargas San José
March 30, 2004

- Sales Performance Bonus

| Sales | Bonus |
|-------|-------|
| $5.0 – 6.99 Million USD | $25,000.00 USD |
| $7.0 – 9.99 Million USD | $25,000.00 + $5,000.00 = $30,000.00 USD |
| $10.0 – 11.99 Million USD | $30,000.00 + $10,000.00 = $40,000.00 USD |
| $12.0 – 13.99 Million USD | $40,000.00 + $15,000.00 = $55,000.00 USD |
| $14.0 – 16.99 Million USD | $55,000.00 + $20,000.00 = $75,000.00 USD |
| $17.0 – 19.99 Million USD | $75,000.00 + $25,000.00 = $100,000.00 USD |
| $20.0 Million USD or more | $100,000.00 + .0025% for each million or $2,500.00 USD |

*For example: If the company achieves $$17.0 million in sales your annual compensation would be $220,000.00 USD*

We agree that you will devote your best efforts to the performance of your job; that you will not engage in any activity that might be competitive with the Company's business or pose a conflict of interest with that business; and that you will not misuse, nor improperly disclose, any confidential or other proprietary information of the Company. You will also be expected to comply with the Company's personnel policies, as set forth in the attached Employee Handbook, including referral of any disputes occurring between us to arbitration. This offer is contingent upon your signing our Arbitration, Confidentiality, and Proprietary Agreements.

Please indicate your agreement to the terms of this letter by signing one copy below and returning it to me.

Again, congratulations on your employment. We look forward to working with you.

Sincerely,

Isaac Larian, CEO

MGAE de México, S. de R. L. de C.V.

I understand and agree to the above terms.

EXHIBIT ___C___ .... 594          M 0059777

Date:_____   Signature:_____
                                            Pablo Vargas San José

EXHIBIT____C____ PAGE__59S__   M 0059778

**Tab 187**

⊠ AOL Mail

Asunto:   RE: Offer Letters
Fecha:    Lun, 12 Abr 2004 10:57:22 AM Hora estándar de México
De:       "Tom Park (Chief Operating Officer)" <TPark@mgae.com>
Para:     "plot04@aol.com" <plot04@aol.com>
Archivo:  Carlos Gustavo Machado Gomez Offer Letter_Mar 30.DOC, Mariana
          Trueba Almada Offer Letter_Mar 30.DOC, Pablo Vargas San Jose Offer
          Letter_Mar 30.DOC
Enviado desde Internet (Detalles)

⊠ F
Responder

⊠ F
Reenviar

⊠ F
Responder
a Todos

⊠ A
Agregar
Direcciones

⊠ A

> Dear Gustavo and Pablo,
>
> Please find attached your official letters.  I'm sorry for the delay, I
> don't know what happened but here is a re-send.  We will contact the local
> attorneys and have a copy of the offer letters drafted in Spanish today.
> Please call me as soon as you get this so I know that you received it.
>
> Tom
>
>    -----Original Message-----
> From:    Tom Park (Chief Operating Officer)
> Sent:    Tuesday, March 30, 2004 6:26 PM
> To: 'plot04@aol.com'
> Cc: Isaac Larian (President / CEO)
> Subject:    FW: Offer Letters
> Importance: High
>
>
> Dear Gustavo,
>
> Attached please find the revised draft of our offer letters for you,
> Pablo and Mariana per our discussion this morning.  On the base salary, we
> have increased it to $11,000 USD per month, which represents a significant
> increase from your current base compensation.  Please keep in mind that
> MGA has an annual performance review and salary increase plan which you
> will participate in:  Additionally, we have increased the car allowance to
> $27,500 USD.  We have also included the $40,000 USD severance agreement
> that we discussed.
>
> We are excited about having you join our company and helping us

EXHIBIT __C__ PAGE _596_  M 0059808

```
grow
> MGAE de Mexico, S. DE R.L. DE C.V. and are looking forward to
meeting with
> you in Los Angeles on April 19th.
>
>    Congratulations and please feel free to call me with any
questions.
>
>    Tom
>
>
>
>    <<Carlos Gustavo Machado Gomez Offer Letter_Mar 30.DOC>>
 <<Mariana
> Trueba Almada Offer Letter_Mar 30.DOC>>  <<Pablo Vargas San Jose
Offer
> Letter_Mar 30.DOC>>
```

⊡ Hacer  ‖  ⊡ Guardar Como  ‖  ⊡ Bu  ‖  ⊡ Imp                    ⊡ F◄   2 de 3    ⊡ F◄

☐ Incluir el texto original en respuesta.

EXHIBIT __C__ PAGE __597__     M 0059809

**Tab 188**

☒ AOL Mail

| | |
|---|---|
| **Asunto:** | buildings |
| **Fecha:** | Vie, 2 Abr 2004 11:05:16 PM Hora estándar de México |
| **De:** | Cmendez14 |
| **Para:** | Larian11@mgae.com,  LSmall1321,  Tpark@mgae.com |
| **Copiar a::** | Argentrade,  Alfredo_Name@cushwake.com, fbarroso@grupodiproca.com |

Responder

Reenviar

Responder a Todos

Agregar Direcciones

Hi Isaac/Tom:

For your information, we went on a new building scouting today, from all optios we saw, there is a good one that come very close to what you like when you were here, this is call Siglum and it is in the south-in Insurgentes Avenue (where we saw the first tall building) .

Alfredo Name, which is the person hired by Less as our brocker here in Mexico will be sending pictures and base prices, for you to have a better idea. This space is already ocupy by a company and therefore we might save money here. Federico, the architect went with us in this scouting and the comaparison is:

Corum:
space conditioning & constructios
US190.00 per sq meter (includes disign and show room)
time: 6 weeks

Torre San Angel:
complete construction: US$280.00 per sq ,meter, includes the same
time: 12 weeks

As soon as you have the complete information is important to have a written authorization for any option so Alfredo can start as soon as possible with negotiations.

I'm not in the city for the following two weeks but I'll be the next one "on line" and the two weeks in my cell phone 011 52 555 438 92 44

Please, let me know if you need any additional information. Tom: I'll be in my cell to discuss the pending issues we have.

best personal regards,

Mary Carmen

Guardar Como   |  Bra  |  Imc  |                    E+  6 de 17   E+

☐ Incluir el texto original en respuesta.

EXHIBIT ___C___ PAGE  598        M 0059812

**Tab 189**

EXHIBIT _C_ PAGE _599_   189

AOL Mail

Asunto:  Re: buildings
Fecha:   Dom, 4 Abr 2004 12:33:29 AM Hora estándar de México
De:      Cmendez14
Para:    Argentrade

LES VOY A PEDIR QUE VAYAN, ES MUY BUEN EDIFICIO TIENE BUSINESS CENTER, ESTA BONITO SI A MI ME PREGUNTAS ME GUSTA MAS LA TORRE SAN ANGEL, PERO TE JURO QUE ESTE NUEVO NO ES PARA NADA UNA MALA ALTERNATIVA, SOLO QUE A LO MEJOR EL OTRO ES MAS "NICE" O MAS EXCLUSIVO PERO CREO QUE HAN INSISTIDO EN AHORRAR TIEMPO Y COSTOS EN CONSTRUCCION Y SI ES ASI ESTA ES LA MEJOR OPCION SIN DUDA, ESPERO QUE LES MANDEN LAS FOTOS!!

FELICES VACACIONES!

Responder

Reenviar

Responder a Todos

Agregar Direcciones

Guardar Como

4 de 17

☐ Incluir el texto original en respuesta.

EXHIBIT __C__ PAGE __100__   M 0059814

Subject: Re: buildings
Date:       Sunday, April 4, 2004 12:33:29 AM Standard Mexico Time
From:       Cmendez14
To:         Argentrade

I'D LIKE TO ASK YOU TO GO. IT'S A VERY GOOD BUILDING, IT HAS A BUSINESS CENTER, IT'S PRETTY, IF YOU ASK ME I PREFER THE SAN ANGEL TOWER BUT THIS NEW ONE ISN'T A BAD ALTERNATIVE AT ALL, THE OTHER ONE IS POSSIBLY A BIT NICER OR MORE EXCLUSIVE BUT I THINK THEY'VE INSISTED ON SAVING TIME AND MONEY IN CONSTRUCTION AND IF THIS IS THE CASE, THIS IS THE BEST OPTION WITHOUT A DOUBT, I HOPE YOU RECEIVE THE PHOTOS!

HAVE A GOOD VACATION!

EXHIBIT __C__, PAGE __601__

**Tab 190**

⊠ AOL Mail

Asunto: message
Fecha:   Mié, 7 Abr 2004 11:42:05 AM Hora estándar de México
De:      Cmendez14
Para:    Tpark@mgae.com

Dear Tom:

sorry for not answering yesterday, Iwas at the beach and I do not
check my voice mail till night. Im gonna be available at my cell phone
all day, in case you have a chance to call me.

regards

mary carmen

⊠ Guardar Como   ⊠ Rpr   ⊠ Imi     ⊠ F4   2 de 17   ⊠ F4

☐ Incluir el texto original en respuesta.

⊠ F
Responder

⊠ F
Reenviar

⊠ F
Responder
a Todos

⊠ F
Agregar
Direcciones

⊠ A

EXHIBIT  C  PAGE  U02   M 0059815

**Tab 191**

[x] AOL Mail

DeVry University — Earn a degree from an accredited university.

| Subj: | HOLA |
|---|---|
| Date: | 4/12/2004 8:02:27 PM Eastern Daylight Time |
| From: | Argentrade |
| To: | Plott4 |

[x] Rep

[x] For

HOLA MIS QUERIDOS.....

HE INTENTADO COMUNICARME CONTIGO GUS DESDE QUE LLEGUE A BUENOS AIRES, LO LOGRE UNA SOLA VEZ, DESPUES MI CELULAR ENTRO EN ESTADO DE HISTERIA Y DECIDIO QUE NO IBA A COMUNICARME CON MEJICO MAS.......RAZON POR LA CUAL, NO HE HABLADO CONTIGO.

[x] Rep All

ESCUCHE TU MENSAJE EL CUAL ENTRO MIENTRAS VOLABA A SANTIAGO, CHILE Y ESTOY MUY CONTENTA POR TODO UDS.    ADEMAS ORGULLOSA COMO UNA MADRE NUEVA.....

[x] Add Add

TE LLAMO EL MIERCOLES CUANDO ESTE DE REGRESO ESTE A USA.........

FELICITACIONES Y BESOS

SUSANA

[x] Mail

[ ] Keep as | [ ] Dele | [ ] Del | [ ]     |     | [x] | 1 of 4 | [x] Nex

[ ] Include original text in reply.

EXHIBIT _C_ PAGE _1003_      M 0059832

Subject: HELLO
Date: 12/04/2004 8:02:27 PM Eastern Daylight Time
From: Argentrade
To: Plot04

HELLO MY LOVES...

I'VE TRIED TO GET IN TOUCH WITH YOU GUS SINCE I'VE ARRIVED IN BUENOS AIRES, I ONLY MANAGED TO DO SO ONCE, AFTER THAT MY CELL PHONE WENT HYSTERICAL AND DECIDED IT WOULDN'T PUT ME THROUGH TO MEXICO ANY MORE... THIS IS WHY I HAVEN'T SPOKEN TO YOU.

I HEARD YOUR MESSAGE, WHICH CAME IN WHILE I WAS FLYING TO SANTIAGO, CHILE, AND I'M VERY HAPPY FOR ALL OF YOU. I'M ALSO AS PROUD AS A NEW MOTHER...

I'LL CALL YOU ON WEDNESDAY WHEN I GET BACK TO THE USA...

CONGRATULATIONS AND KISSES

SUSANA

EXHIBIT _C_, PAGE _604_

**Tab 192**

| ☒ | AOL Mail |
| --- | --- |

Asunto: RE: Contracts
Fecha:  Mie, 14 Abr 2004 6:03:39 PM Hora estándar de México
De:     "Isaac Larian (President / CEO)" <LarianI1@mgae.com>
Para:   "Plot04@aol.com'" <Plot04@aol.com>, "Tom Park (Chief Operating Officer)" <TPark@mgae.com>, Daphne Gronich<DGronich@mgae.com>
Enviado desde Internet (Detalles)

☒ F
**Responder**

☒ F
**Reenviar**

☒ F
E
**Responder a Todos**

☒ f
L
**Agregar Direcciones**

☑ A

Tom, Dapne: What is going on with this? Lets call the Mexican Lawyers NOW.

Isaac Larian
CEO
Please note my new e mail address below
MGA ENTERTAINMENT
A Consumer Entertainment Product Company
16730 Schoenborn Street
North Hills, California, 91343-6122
Tel: 818-894-3150
Fax:818-894-1267
LarianI1@MGAE.COM
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com


-----Original Message-----
From: Plot04@aol.com [mailto:Plot04@aol.com]
Sent: Wednesday, April 14, 2004 3:48 PM
To: LarianI1@mgae.com; TPark@mgae.com
Subject: Contracts

Guys,

We just spoke to the legal firm in Mexico and they have not received any
papers from you yet. We are worried because we MUST  resign on Wednesday
bdue to that afternoon the directors and ourselves would have to fly to
Buffalo, and then to LA to see the Spring C5 line (returning may 3rd) and
that would delay the process even more.

In or experience these legal affairs take long time to be finalized.

We need all your support to bring this issue up to speed.

Regards

EXHIBIT _C_ PAGE _605_  M 0059818

Guardar Como   Bo    Imr          1 de 1

☐ Incluir el texto original en respuesta.

EXHIBIT ___C___ PAGE ___6066___   M 0059819

**Tab 193**

☒ AOL Mail

Asunto:  Undeliverable: RE: Offer Letters
Fecha:   Mie, 14 Abr 2004 12:19:25 Hora estándar de México
De:      System Administrator <postmaster@mgae.com>
Para:    Plot04@aol.com
Enviado desde Internet (Detalles)

```
Your message

  To:       TPark@mgae.com
  Cc:       larian1@mgae.com; argentrade@aol.com
  Subject:  RE: Offer Letters
  Sent:     Thu, 15 Apr 2004 01:18:44 +0800

did not reach the following recipient(s):

larian1@mgae.com on Thu, 15 Apr 2004 01:17:22 +0800
    The recipient name is not recognized
    The MTS-ID of the original message is: c=us;a= ;p=abc
internationa;l=MGAEMAIL040414171728P7SCFG
    MSEXCH:IMS:ABC International Traders:MGALA:MGAEMAIL O {000C05A6}
Unknown
Recipient
```

Asunto: RE: Offer Letters
Fecha:  Mie, 14 Abr 2004 12:18:44 PM Hora estándar de México
De:     Plot04@aol.com
Para:   TPark@mgae.com
Copiar a:: larian1@mgae.com, argentrade@aol.com

```
Tom,

we just spoke with Jean Paul, he told us we would make the draft of
the
contract today for your approval, and then he would send it to us for
signing. We ask him to send it as soon it is approved by you. We
cannot sign
until the comapny is legally registered, that depends on the papers
you are
sending today and that could be on friday if all goes well.

Thanks for everything and we are counting everything will be cleared
by
friday.

Regards.
```

☒ F:
Responder

☒ F:
Reenviar

☒ F.
Responder
a Todos

☒ /
Agregar
Direcciones

☐ A

EXHIBIT ___C___ PAGE __607__   M 0059826

☑ Guardar Como   ☑ Bo   ☑ Im                    ☑   1 de 1   ☑

☐ Incluir el texto original en respuesta.

EXHIBIT _C_ PAGE 608 -   **M 0059827**

**Tab 194**

⊠ AOL Mail

Asunto:  Fwd: No Subject
Fecha:   Jue, 15 Abr 2004 1:13:39 PM Hora estándar de México
De:      Argentrade
Para:    Plot04
HOLA MIS DULCES

LES ENVIO COPIA DEL EMAIL DE AYER......


BEST REGARDS

SUSANA KUEMMERLE

Asunto:  No Subject
Fecha:   Mie, 14 Abr 2004 11:14:18 PM Hora estándar de México
De:      Argentrade
Para:    LARIANI1@MGAE.COM, TPARK@MGAE.COM
HELLO

JUST ARRIVED FROM SOUTH AMERICA AND TALKED WITH GUSTAVO MACHADO, AS OF TODAY THEY HAVE NOT RECEIVED THE CONTRACTS.  GUSTAVO TALKED WITH THE MEXICAN LAWYERS AND HE WAS TOLD THAT THEY DO NOT HAVE A POWER OF ATTORNEY TO HANDLE THESE CONTRACTS.

GUSTAVO, MARIANA AND PABLO WANT TO RESIGN (ALL AT THE SAME TIME, AND YOU CANT BELIEVE MY SMILE!) NEXT WEDNESDAY, BUT WITHOUT A CONTRACT SIGNED, THEY WILL  NOT BE ABLE TO DO IT.

IF YOU NEED MORE INFORMATION, PLEASE CALL ME I AM AT HOME............656-642-1793

REGARDS

SUSANA


BEST REGARDS

SUSANA KUEMMERLE

⊠ Guardar Como      ⊠ Bo...  ⊠ Imi          ⊠ ◄  2 de 2  ⊠

☐ Incluir el texto original en respuesta.

Responder

Reenviar

Responder
a Todos

Agregar
Direcciones

EXHIBIT  C  PAGE  609   M 0059828

Subject: Fwd: No Subject
Date:               Thursday, April 15th 2004 1:13:39 PM Standard Mexico time
From:               Argentrade
To:                 Plot04
HELLO MY DARLINGS

HERE IS A COPY OF YESTERDAY'S EMAIL....

BEST REGARDS

SUSANA KUEMMERLE

Subject: No Subject
Date:               Wednesday, April 14, 2004 11:14:18 PM Standard Mexico Time
From:               Argentrade
To:                 LARIANII@MGAE.COM, TPARK@MGAE.COM
HELLO

JUST ARRIVED FROM SOUTH AMERICA AND TALKED WITH GUSTAVO MACHADO. AS OF
TODAY THEY HAVE NOT RECEIVED THE CONTRACTS. GUSTAVO TALKED WITH THE
MEXICAN LAWYERS AND HE WAS TOLD THAT THEY DO NOT HAVE A POWER OF
ATTORNEY TO HANDLE THESE CONTRACTS.

GUSTAVO, MARIANA AND PABLO WANT TO RESIGN (ALL AT THE SAME TIME, AND YOU
CAN'T BELIEVE MY SMILE) NEXT WEDNESDAY BUT WITHOUT A CONTRACT SIGNED,
THEY WILL NOT BE ABLE TO DO IT.

IF YOU NEED MORE INFORMATION, PLEASE CALL ME I AM AT HOME... 856-642-1793.

REGARDS

SUSANA

BEST REGARDS

SUSANA KUEMMERLE

EXHIBIT _C_, PAGE 610

**Tab 195**

☒ AOL Mail.

DeVry ☒ University   Earn a degree from an accredited university.

Subj:   Re: Contrato MGA
Date:   4/15/2004 4:23:02 PM Eastern Daylight Time
From: : Plot04
To:      jpfarah@rhm.com.mx
Cc:      DGronich@mgae.com,   HPadilla@rhm.com.mx,   Larianl1@mgae.com

☒ Rep

☒ For

☒ Rep All

Thanks Jean Paul,

We will review it and let you know our comments. as previously agreed by phone we will be at your offices tomorrow at 2PM (12PM LA time) to sign the papers.
Tom,
We would like to organize a conference call when we are there for any final details and for you to sign it over the fax. Does that time work for you ?

Thank you all and best regards.

☒ Add Add

☐ Mai

☐ Keep As   ☐ Dele   ☐ Pre   ☐ Prev   ☒ Pr   3 of 24   ☒ Ne)

☐ Include original text in reply.

EXHIBIT __C__ PAGE __\|11__   M 0059833

**Tab 196**

⊠ AOL Mail

DeVry U
University

Earn a degree from an
accredited university.

Subj:   Contrato MGA
Date:   4/15/2004 4:06:33 PM Eastern Daylight Time
From:   "Jean Paul Farah" <jpfarah@rhm.com.mx>
To:     <plot04@aol.com>
Cc:     <DGronich@mgae.com>, "Humberto Padilla" <HPadilla@rhm.com.mx>
File:   10TH02!.DOC
Sent from the Internet (Details)

⊠ Rep

⊠ For

⊠ Rep
All

⊠ Adc
Adc

Dear Pablo and Gustavo,

Attached herewith, please find the proposed form of Employment Agreement
for the instrumentation of your employment with MGAE de México, S. de R.
L. de C.V., which incorporates the terms of the offer discussed with Tom
Park. Please note that such form is still subject to the review and
comments by our client.

Upon your confirmation as to your satisfaction to the terms of such form
we will conform such form to the specifics (charge, salary and bonus)
for each of you.

Should you have any questions or comments, please do not hesitate to
contact me.

Best regards,

JPF


Jean Paul Farah
RITCH, HEATHER Y MUELLER, S.C.
Torre del Bosque
Blvd. M. Ávila Camacho No. 24, Piso 20
Col. Lomas de Chapultepec
11000 México, D.F.
México
Telephone: (5255) 9178-7000
Facsimile: (5255) 9178-7095
jpfarah@rhm.com.mx
www.rhm.com.mx

Este mensaje es confidencial. Si usted no es el destinatario de este
mensaje, le suplicamos se lo notifique al remitente mediante un correo
electrónico y que borre el presente mensaje y sus anexos de su
computadora sin retener una copia de los mismos. No debe copiar este
mensaje o usarlo para cualquier propósito ni divulgar su contenido.
Muchas gracias.

EXHIBIT __C__ PAGE __412__ M 0059829

This email is confidential and may also be privileged. If you are not the intended recipient please immediately advise the sender by reply e-mail and delete this message and its attachments from your computer without retaining a copy. You should not copy it or use it for any purpose nor disclose its contents to any other person. Thank you.

Include original text in reply.

EXHIBIT _C_ PAGE _613_

M 0059830

**Tab 197**

☒ AOL Mail

| | |
|---|---|
| Asunto: | Fwd: Contrato MGA |
| Fecha: | Jue, 15 Abr 2004 7:32:51 PM Hora estándar de México |
| De: | Plot04 |
| Para: | TPark@mgae.com |
| Copiar a:: | jpfarah@rhm.com.mx,  Larian11@mgae.com |
| Archivo: | 10TH021.DOC |

Tom,

We reviewed the contract Jean Paul sent to us. We sent our comments to Jean Paul and we are sending them to you, if you agree please let Jean Paul know in order for us to sign at 2PM tomorrow. Our comments are the following:

1. In several statements, the document says that the employee may work either in Mexico or any place in the world. We think that in case of moving to any other place, this contract should be revised and/or replaced.
2. In Clause 6 b states that the Company will assign the vacation days once we complete our first year. We had the agreement with you of having 15 days from start, as we have been enjoying that benefit in Mattel every year now, based in our seniority.
3. In Clause 6 c (car allowance) states that the allowance has to be used exclusively for the car purchase. We agreed that it may be used for the car + expenses (insurance, taxes, gas, etc) so in the case we buy a car of a lower cost than the allowance, the balance can be used for expenses.
4. In Clause 6 d (Insurances) there is no specification of the kind and amount of insurances and it does not include spouses and children, which is common rule in Mexico.
5. The adjustments to this contracts will be revised in18 months, but is common practice in Mexico that the salary is revised every year. Do we agree on a yearly salary revision?

If you agree, please inform Jean Paul so the contracts can be signed at noon.

Saludos

| | |
|---|---|
| Asunto: | Contrato MGA |
| Fecha: | Jue, 15 Abr 2004 3:06:33 PM Hora estándar de México |
| De: | "Jean Paul Farah" <jpfarah@rhm.com.mx> |
| Para: | <plot04@aol.com> |
| Copiar a:: | <DGronich@mgae.com>, "Humberto Padilla" <HPadilla@rhm.com.mx> |

Dear Pablo and Gustavo,

Responder
Reenviar
Responder a Todos
Agregar Direcciones

EXHIBIT _C_ PAGE 614   M 0059831

**Tab 198**

-----Original Message-----
**From:**      Papayanopulos, Karla
**Sent:**      Jueves, 15 de Abril de 2004 03:37 p.m.
**To:**        Trueba, Mariana
**Subject:**   Análisis My Scene

Te mando el análisis de My Scene que me pediste.

Lo vemos?



My scene 03 Vs.
04.xls

Karla Papayanopulos
Girls Brand Assistant
Mattel de México

Este mensaje es solo para el uso de la(s) persona(s) a la(s) que está dirigido.  Puede contener información la cual es
privilegiada y confidencial de acuerdo con las leyes que apliquen. Si usted no es la persona a quien va dirigido, por favor no
utilice esta información para ningún propósito, destruya este mensaje e informe al remitente inmediatamente. Lo expresado
en esta comunicación pueda no ser lo que Mattel de México, S.A. de C.V. desea expresar.

This message is only for the use of the persons(s) to whom it is intended.  It may contain information, which is privileged and
confidential within the meaning of applicable law.  If you are not the intended recipient, please do not use this information for
any purpose, please destroy this message and inform the sender immediately.  The views expressed in this communication
may not necessarily be the view held by Mattel de Mexico, S.A. de C.V.

CONFIDENTIAL

EXHIBIT ___C___ PAGE _65_   M 0059784

-----Original Message-----
From:        Papayanopulos, Karla
Sent:        Thursday, April 15, 2004 03:37 PM
To:          Trueba, Mariana
Subject:     My Scene Analysis

Here is the analysis of My Scene that you requested.
Shall we have a look at it?
[attachment]
My scene 03 Vs 04.xls

Karla Papayanopulos
Girls Brand Assistant
Mattel de Mexico

This message is only for the use of the person(s) to whom it is intended. It may contain information, which is privileged and confidential within the meaning of applicable law. If you are not the intended recipient, please do not use this information for any purpose, please destroy this message and inform the sender immediately. The views expressed in this communication may not necessarily be the view held by Mattel de Mexico, S.A. de C.V.

CONFIDENTIAL

EXHIBIT __C__, PAGE: __ll\l6__

**Tab 199**

Página 1 de 1

**Francisco Tiburcio**

| | |
|---|---|
| **De:** | Trueba, Mariana [IMCEAEX-_O=MATTEL_OU=MEXICO+20CITY_CN=RECIPIENTS_CN=TRUEBAMA@Mattel.com] |
| **Enviado:** | Jueves, 15 de Abril de 2004 03:16 p.m. |
| **Para:** | Ramirez, Andrea |
| **Importancia:** | Alta |

<<My scene 03 Vs. 04.xls>>

MARIANA TRUEBA A
MATTEL DE MÉXICO
MARKETING GIRLS GROUP

Este mensaje es solo para el uso de la(s) persona(s) a la(s) que está dirigido.  Puede contener información la cual es privilegiada y confidencial de
acuerdo con las leyes que apliquen. Si usted no es la persona a quien va dirigido, por favor no utilice esta información para ningún propósito, destruya
este mensaje e informe al remitente inmediatamente. Lo expresado en esta comunicación puede no ser lo que Mattel de Mexico, S.A. de C.V. desea
expresar.

This message is only for the use of the persons(s) to whom it is intended.  It may contain information, which is privileged and confidential within the
meaning of applicable law.  If you are not the intended recipient, please do not use this information for any purpose, please destroy this message and
inform the sender immediately. The views expressed in this communication may not necessarily be the view held by Mattel de Mexico, S.A. de C.V.

18/03/2005

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___C___ PAGE __617__   M 0059834

My Score Comparison 2003 Vs. 2004

| # Item | SKUs | Photo Units | Quote | Mt Line (+) OS S | MG | CY |
|---|---|---|---|---|---|---|
| Dolls | 23 | 223 | 610,264 | 6,651 | 47.34% | 20.65% |
| Fashions | 2 | 69 | 29,824 | 122 | 45.71% | 21.29% |
| Accessories | 6 | 355 | 91,854 | 1,045 | 44.04% | 18.28% |
| Grn Total | 31 | | 691,374 | 7,744 | 44.34% | 20.26% |

My Score Comparison 2003 Vs. 2004

| Item | SKUs | PHSD Units | Quote | Mt Line US OS S | MG | CY |
|---|---|---|---|---|---|---|
| Dolls | 23 | 275 | 671,541 | 16,532 | 42.47% | 14.86% |
| Fashions | 2 | 79 | 18,062 | 68 | 54.11% | 23.52% |
| Accessories | 6 | 350 | 104,442 | 2,143 | 51.34% | 21.26% |
| Grn Total | 31 | | 798,031 | 13,743 | 44.06% | 16.91% |

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___C___ PAGE _1018_   M 0059835

**Francisco Tiburcio**

| | |
|---|---|
| **From:** | Trueba, Mariana |
| | [IMCEAEX-_O=MATTEL_OU=MEXICO+20CITY_CN=RECIPIENTS_CN=TRUEBAMA@Mattel.com] |
| **Sent:** | Thursday, April 15, 2004 03:16 PM |
| **To:** | Ramirez, Andrea |
| **Importance:** | High |

<<My scene 03 Vs. 04.xls>>

MARIANA TRUEBA A
MATTEL DE MEXICO
MARKETING GIRLS GROUP

This message is only for the use of the person(s) to whom it is intended. It may contain information, which is privileged and confidential within the meaning of applicable law. If you are not the intended recipient, please do not use this information for any purpose, please destroy this message and inform the sender immediately. The views expressed in this communication may not necessarily be the view held by Mattel de Mexico, S.A. de C.V.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

EXHIBIT _C___, PAGE : 419

**Tab 200**

| | |
|---|---|
| **From:** | Trueba, Mariana |
| **Sent:** | Thursday, April 15, 2004 11:03 AM |
| **To:** | Machado, Gustavo |
| **Subject:** | FW: Fall 2004 Barbie Customized Product & Policies |

Te lo mando

————Original Message————

| | |
|---|---|
| **From:** | Robinson, Carol Lyn  **On Behalf Of** Wilbur, Therese |
| **Sent:** | Martes, 30 de Marzo de 2004 04:50 p.m. |
| **To:** | Topa, Chhavi; Tanaka, Hiro; Soh, Trade; Aleman, Milagros; Mares, Mariken; Baudic, Christophe; Cheung, Janice; Chua, David; DSa, Nanette; Fong, Sammy; Kim, Soo; Lee, Viven; Ong, Serene; Patwardhan, Aditi; Soh, Trade; Topa, Chhavi; Wang, Jeff - SMTP; Wang, JF; Yang, Rachel; Carvalhais, Gina; Rudkowski, Janice; /o=Mattel/ou=Paris/cn=Recipients/cn=DEMOYNIAR; Adriana Sanchez; Bally, Alexandra; Buchan, Laura; Bullen, Kirsty; Busch, Maria; Chandelier, Chrystelle; Claudia Lucarella; Codecasa, Silvia; De Chanalellles, Anne; de Saint Meleuc, Charlotte; Delannoy, Fabien; Fabres, Roser; Frausing Hammer, Trine; Georgitsoglanni, Maria; Hogervorst, Maarten; Houssin, Nicolas; Isabel Ferrer; Julia Matveyeva; Kahler, Katrin; Kaltenberger, Verena; Legro, Alexandra; Maarjost, Heiner; Mahi Delatola; Marçal, Sara; Mares, Mariken; Maria Busch; Matveyeva, Julia; Menozzi, Marion; Monaco, Lorenza; Opbroek, Jacqueline; Pincelli, Alessandro; Pla, Eva; Platanioti, Fotini; Radford, Jamie; Raymartin, Brenda; Romme, Stefanie; Scacchi, Marina; Silvia Codecasa; Tanja Zwilling; Taylor, Simon; Trine Frausing Hammer; Verena Plettenberg; Walsem, Huib van; West, Rebecca; Wortelboer, Inge; Zirilli, Angela; /o=Mattel/ou=Chile/cn=Recipients/cn=SANCHEZB; Aleman, Milagros; Del Sordo, Renata; Ferrada, Paula; Gonzalez, Adriana; Ibarra, Ricardo; Kolossowski, Erika; Loor, Mily (Miromar); Miranda, Oscar; Morales Rins, Juliana; Odon, Maria Antonieta; Oviedo, Ma Fernanda; Padrenosso, Patricia; Ramirez, Andrea; Rodriguez, Claudia; Romero, Alfonso; Trueba, Mariana; Vansevicius, Victoria |
| **Cc:** | Kilpin, Jim; Arons, Russell; Murtha, Gene; Huntley, Jim; Gilman, Claudia; Rapkin, Sandy; Cronfel, Aimee; Cronfel, Aimee; Keefer, Tom; Wilbur, Therese |
| **Subject:** | Fall 2004 Barbie Customized Product & Policies |

Attached are the guidelines for customized products and global account exclusive. We have made the guidelines more flexible to provide international markets more customized opportunities.
A CD Rom with all product images will be sent to the attention of WW Product Managers April 2, 2004.

Please be sure to place you demands as soon as possible.



Barbie Customized
Fall guidell...

Please confirm receipt of the CD Rom once they have arrived in your market.

Regards,

Therese Wilbur
International Barbie Marketing

**CONFIDENTIAL**

EXHIBIT___C___PAGE__620__ M 0059786

| From: | Trueb, ⬭ ⬭na |
|---|---|
| Sent: | Thursday, ⬭il 15, 2004 01:03 PM |
| To: | Machado, Gustavo |
| Subject: | FW: Fall 2004 Barbie Customized Product & Policies |

Here it is.

-----Original Message-----

| From: | Robinson, Carol Lyn  **On Behalf Of** [illegible], Therese |
|---|---|
| Sent: | Tuesday, March 30th 2004 04:50 [illegible] |
| **To:** | Topa, Chhavi; Tanaka, Hiro; Soh, [illegible]; Aleman, Milagros; Mares, Mariken; Baudic, Christophe; Cheung, Janice; Chua, David; DSa, [illegible]; Fong, Sammy; Kim, Soo; Lee, Viven; Ong, Serene; Patwardhan, Aditi; Son, Tracie; Tope [illegible]; Wang, Jeff - SMTP; Wang, JP; Yang, Rachel; Carvalhais, Gina; Rudkowski, Janice; [illegible] Mattel/ou= Paris/cn = Recipients/en = DEMOYMAR; Adriana Sanchez; Bally, Alexandra; Buchan, Laura; Bullen, Kirsty; Busch, Maria; Chandelille, Chrystelle; Claudia Lucarella; Codecasa, Silvia; De Chanaleilles, Anne; de Saint, Meleuc, Charlotte; Delannoy, Fabien; Fabres, Rose; Frausing [illegible], Trine; Georgitsogianni, Maria; Hogervorst, Maarten; Houssin, Nicolas; Isabel Ferrer; Julia Matveyeva; Kahler, Katrin; Keltenberger, Verena; Legro, Alexandra; Maasjost, Heiner; Mahi [illegible]; Marcal, Sara; Mares, Mariken; Maria Busch; Matveyeva, Julia; Menozzi, Marion; Monaco, Lorenza; [illegible], Jacqueline Pincelli, Alessandro; Pia, Eva; Platanioti, Fotini; Radford, Jamie; Raymartin, Brenda; Romme, Stefanie; Scacchi, Marina; Silvia Codecasa; Tanja Zwilling; Taylor, Simon; Trine Frausing Hammer; Verena Piettenberg; Walsem, Huib van; West, Rebecca; Wortelboer [illegible] Angela; /o=Mattel/ou = Chile/cn=Recipients [illegible] SANCHEZ8; Aleman, Milagros; Del Sordo, Renata; Ferrada, Paula; Gonzalez, Adriana; Ibarra, Ricardo Kolossowski, Erika; Loor, Milly (Miramar); Miranda, Oscar; Morales Rins, Juliana; Odon, Marie Antonieta Oviedo; Ma Fernanda; Padrenosso, Patricia; Ramirez, Andrea; Rodriguez, Claudia; Romero Alfonso; Trueba, Mariana; Vansevicious, Victoria |
| **Cc:** | Kilpin, Tim; Arons, Russell; [illegible], Huntley, Jim; Gilman, Claudia; Rapkin, [illegible] Cronfel, Aimee; Cronfel, Aimee; Keefer Tom; Wilbur, Therese |

**Subject:** Fall 2004 Barbie Customized Product & Policies

Attached are the guidelines for customized products and global [illegible] exclusive [illegible] have made the guidelines more flexible to provide international markets more customized opportunities.
A CD Rom with all product images will be sent to the attention of [illegible] Product Managers, April 2, 2004.

Please be sure to place your demand as soon as possible.
[attachment] Barbie Customized Fall guideli...

Please confirm receipt of the CD Rom once they have arrived in your market.
Regards,

Therese Wilbur
International Barbie Marketing

**CONFIDENTIAL**

EXHIBIT __*C*__, PAGE __621__

**Tab 201**

| From: | Trueba, Mariana |
|---|---|
| Sent: | Thursday, April 15, 2004 10:16 AM |
| To: | Machado, Gustavo |
| Subject: | FW: Integrated Mktg Plan Girls |

Te anexo formato

-----Original Message-----

| From: | Ramirez, Andrea |
|---|---|
| Sent: | Miércoles, 14 de Abril de 2004 03:57 p.m. |
| To: | Guzman, Roberto |
| Cc: | Oviedo, Ma Fernanda; Del Sordo, Renata; Trueba, Mariana |
| Subject: | Integrated Mktg Plan Girls |

Robert,
Te mando el Integrated consolidado de niñas

Int Mkt Plan Cons
Final.xls (3...

**Andrea Ramírez**
**Brand Manager**
**Mattel de México S.A. de C.V.**

Este mensaje es solo para el uso de la(s) persona(s) a la(s) que está dirigido. Puede contener información la cual es
privilegiada y confidencial de acuerdo con las leyes que apliquen. Si usted no es la persona a quien va dirigido, por favor no
utilice esta información para ningún propósito, destruya este mensaje e informe al remitente inmediatamente. Lo expresado
en esta comunicación puede no ser lo que Mattel de Mexico, S.A. de C.V. desea expresar.

This message is only for the use of the persons(s) to whom it is intended. It may contain information, which is privileged and
confidential within the meaning of applicable law. If you are not the intended recipient, please do not use this information for
any purpose, please destroy this message and inform the sender immediately. The views expressed in this communication
may not necessarily be the view held by Mattel de Mexico, S.A. de C.V.

**CONFIDENTIAL**

EXHIBIT __C__ PAGE __622__ M 0059787

**From:**       Trueba, Mariana
**Sent:**       Thursday, April 15, 2004 12:16 PM
**To:**         Machado, Gustavo
**Subject:** FW: Integrated Mktg Plan Girls
**Form attached**

-----Original Message-----
**From:**       Ramirez, Andrea
**Sent:**       Wednesday, April 14, 2004 03:57 PM
**To:**         Guzman, Roberto
**Cc:**         Oviedo, Ma Fernanda; Del Sordo, Renata; Trueba, Mariana
**Subject:** Integrated Mktg Plan Girls

Roberto,

Here is the Integrated girl's consolidated plan.
[attachment]
Int Mkt Plan Cons Final.xls

**Andrea Ramírez**
**Brand Manager**
**Mattel de México S.A. de C.V.**

This message is only for the use of the person(s) to whom it is intended. It may contain information, which
is privileged and confidential within the meaning of applicable law. If you are not the intended recipient,
please do not use this information for any purpose, please destroy this message and inform the sender
immediately. The views expressed in this communication may not necessarily be the view held by Mattel
de Mexico, S.A. de C.V.

**CONFIDENTIAL**

EXHIBIT _C_, PAGE 623

**Tab 202**

| From: | Vargas, Pablo |
|---|---|
| Sent: | Friday, April 16, 2004 8:05 AM |
| To: | Adorno, Arturo; Aleman, Milagros; Amezquita, Andres; Benita, Jose; Castaneda, Katya; Cavassuto, Omar; Cisneros, Gerardo; Cleary, Jerry; Espinoza, Jose Antonio; Funakoshi, Keith; Galvan, Gabriel; Ibarra, Ricardo; Isaias, Roberto; Lorenzo, Cristina; Machado, Gustavo; Migoya, Mariangeles; Solar, Ricardo; Tanner, Claudia; Trueba, Mariana; Weisenburger, Guy; Zalzman, Gabriel |
| Subject: | Mexico's POS Report for week 9 (27 - 02 Apr, 2004) |

Attached please find Mexico's POS Report for week 9 (27 - 02 April, 2004.)

Our numbers show +65% in Sell In (Shippings + Beginning Inv of Continous Items) YTD and +33% in Sell Through YTD, this is only with TLP04 products.

- Girls, on TLP04 products are up +55% YTD in SI and 33% YTD in Sell Out; Barbie shows 32% growth in Sell Out YTD, although MyScene shows a negative growth (-21%) but Fairytopia an excellent growth of 180%. Younger Girls is up 38% YTD. Last week ended.

- Boys, on TLP04 products are up +113% YTD in SI and 58% YTD Sell Out; +84% this week in Sell Out, driven both by Male Action, TycoR/C and HotWheels lines.

- I&P, on TLP04 products is down - 5% YTD in SI and - 9% YTD in Sell Out, driven both by Power Wheels, Sesame Street and Pooh. Last year we had big remaining inventories of continuous items in Power Wheels which raised both SI and ST figures.

- **TOTAL MATTEL, +65% in SI and +33% in Sell Out**, this week we had +87% growth in Sell Out.

Our customer situation is as follows:
- Walmex, up 55% in ST YTD and +15% this week, last week had excellent shippings and will be reflected in future weeks.
- Gigante, up 21% in ST YTD and +103% this week, last year we didn't ship them until august, because of inventory and credit issues.
- Comex, up 33% in ST YTD and +131% this week, last year had big inventories issues reflecting in bad ST.
- Soriana, up 159% in ST YTD and +409% this week, its our 4 customer on Shippings YTD. Last year they had a low Q1 with a better Q2 that we expect will stabilize their actual growths.
- Carrefour, with no growth YTD and -14% this week.

In the TOP 5 (units) by group for this week, you'll find

- GIRLS: Brb California, Bouquet Barbie, Caligirl (Lea and Ken) and Kelly Princess Collection.
- BOYS: Basic Cars HW & MB, Taxi, Yugioh Fig Collectibles, Five Car Gift Pack.
- I&P: Roll-A-Round Asst., Baby's First Blocks, Sensory Blocks Asst., Soft Pals, Baby Animals Ast.

while in the TOP 5 (value at list price @ std rate) by group
- GIRLS

| | | |
|---|---|---|
| C64610 Brb Cali Girl | $ 6.2 | |
| B57360 Brb Fairy (Lila) | $13.4 | |
| B57340 Brb Fairy (Rose) | | $13.4 |
| B58220 Brb Splendoria | $13.4 | |
| C64630 Teresa Cali Girl | $ 6.2 | |

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT C PAGE 024   M 0059782

- BOYS

|  |  |
|---|---|
| C49820 HW Basic Car | $ 1.04 |
| 307820 MB Basic Car | $ 0.83 |
| 295200 MS-Xtreme Sports | $ 9.48 |
| 563460 CarWash HW | $18.35 |
| 18060   HW Pack 5 Asst | $ 5.22 |

- I&P

|  |  |
|---|---|
| C25940 Gym | $ 24.35 |
| B76520 Roll-A-Round Asst. | $  6.00 |
| B31630 Brb Dune | $290.08 |
| 719220 Singin' Snail Pail | $ 12.78 |
| B9951 Baby Animals Ast | $  9.00 |



Regional BID 27 a
02 Aprds {...

Pablo Vargas
Trade Marketing Manager
Mattel Mexico
+52 55 59 05 41 13

Este mensaje es solo para el uso de la(s) personas(s) a la(s) que está dirigido. Puede contener información la cual es privilegiada y confidencial de acuerdo con las leyes que apliquen. Si usted no es la persona a quien va dirigido, por favor no utilice esta información para ningún propósito, destruya este mensaje e informe al remitente inmediatamente. Lo expresado en esta comunicación puede no ser lo que Mattel de Mexico, S.A. de C.V. desea expresar.

This message is only for the use of the persons(s) to whom it is intended. It may contain information, which is privileged and confidential within the meaning of applicable law. If you are not the intended recipient, please do not use this information for any purpose, please destroy this message and inform the sender immediately. The views expressed in this communication may not necessarily be the view held by Mattel de Mexico, S.A. de C.V.

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ____C____ PAGE _____ 425

M 0059783

**Tab 203**

**Telephone Calls from Machado, Trueba and Vargas to MGA Entertainment, Inc. et al**

| Date | Description |
|------|-------------|
| 2/9/04 | Telephone call from Carlos Gustavo Machado Gomez ("Machado") at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Susana Kuemmerle (Ph. No. 856-642-1793) in Moorestown, New Jersey. |
| 2/10/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Susana Kuemmerle on her cellular phone (Ph. No. 856-313-0571). |
| 2/10/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Susana Kuemmerle (Ph. No. 856-642-1793) in Moorestown, New Jersey. |
| 2/12/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Susana Kuemmerle on her cellular phone (Ph. No. 856-313-0571). |
| 2/23/04 | Telephone call from Mariana Trueba Almada ("Trueba") at Mattel de Mexico (Ph. No. 59054114) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 2/24/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 2/24/04 | Telephone call from Trueba on her cellular phone (Ph. No. 5510419031) to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 2/24/04 | Telephone call from Trueba on her cellular phone (Ph. No. 5510419031) to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 2/24/04 | Telephone call from Trueba on her cellular phone (Ph. No. 5510419031) to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 2/24/04 | Telephone call from Trueba on her cellular phone (Ph. No. 5510419031) to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 2/27/04 | Telephone call from Trueba at Mattel de Mexico (Ph. No. 59054114) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 2/27/04 | Telephone call from Trueba at Mattel de Mexico (Ph. No. 59054114) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/1/04 | Telephone call from Trueba at Mattel de Mexico (Ph. No. 59054114) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/2/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/2/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/2/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/8/04 | Telephone call from Trueba at Mattel de Mexico (Ph. No. 59054114) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/9/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Susana Kuemmerle on her cellular phone (Ph. No. 856-313-0571). |
| 3/9/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/9/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |

EXHIBIT _C_ PAGE 626

| 3/9/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/9/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/9/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/9/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/9/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cell phone (Ph. No. 445554389244). |
| 3/9/04 | Telephone call from Trueba at Mattel de Mexico (Ph. No. 59054114) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/15/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cell phone (Ph. No. 445554389244). |
| 3/15/04 | Telephone call from Trueba at Mattel de Mexico (Ph. No. 59054114) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/16/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 4455543/17/04389244). |
| 3/16/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/17/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/17/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/18/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/18/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/18/04 | Telephone call from Trueba at Mattel de Mexico (Ph. No. 59054114) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/19/04 | Telephone call from Trueba at Mattel de Mexico (Ph. No. 59054114) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/22/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/22/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/22/04 | Telephone call from Trueba at Mattel de Mexico (Ph. No. 59054114) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/25/04 | Telephone call from Trueba at Mattel de Mexico (Ph. No. 59054114) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/29/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 3/31/04 | Telephone call from Trueba at Mattel de Mexico (Ph. No. 59054114) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/1/04 | Telephone call from Machado on his cellular phone (Ph. No. 5510419032) to Maria |

2

EXHIBIT __C__ PAGE __1027__

| | |
|---|---|
| | C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/1/04 | Telephone call from Machado on his cellular phone (Ph. No. 5510419032) to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/1/04 | Telephone call from Trueba at Mattel de Mexico (Ph. No. 59054114) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/1/04 | Telephone call from Trueba at Mattel de Mexico (Ph. No. 59054114) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/12/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/12/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/12/04 | Telephone call from Trueba at Mattel de Mexico (Ph. No. 59054114) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/13/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to MGA Entertainment, Inc. ("MGA") (Ph. No. 818-894-2525) in Van Nuys, California. |
| 4/13/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to MGA (Ph. No. 818-894-2525) in Van Nuys, California. |
| 4/13/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to MGA (Ph. No. 818-894-2525) in Van Nuys, California. |
| 4/13/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to MGA (Ph. No. 818-894-2525) in Van Nuys, California. |
| 4/13/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to MGA (Ph. No. 818-894-2525) in Van Nuys, California. |
| 4/13/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to MGA (Ph. No. 818-894-2525) in Van Nuys, California. |
| 4/13/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to MGA (Ph. No. 818-894-2525) in Van Nuys, California. |
| 4/13/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/13/04 | Telephone call from Pablo Vargas San Jose ("Vargas") on his cellular phone (Ph. No. 5510407847) to Ritch, Heather and Mueller, S.C. (Ph. No. 5591787000). |
| 4/14/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Susana Kuemmerle (Ph. No. 856-642-1793) in Moorestown, New Jersey. |
| 4/14/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Susana Kuemmerle (Ph. No. 856-642-1793) in Moorestown, New Jersey. |
| 4/14/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/14/04 | Telephone call from Trueba on her cellular phone (Ph. No. 5510419031) to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/14/04 | Telephone call from Trueba on her cellular phone (Ph. No. 5510419031) to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/14/04 | Telephone call from Vargas on his cellular phone (Ph. No. 5510407847) to Ritch, Heather and Mueller, S.C. (Ph. No. 5591787000). |

EXHIBIT _C_ PAGE ₆₂₈

| 4/15/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
|---------|------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 4/15/04 | Telephone call from Vargas on his cellular phone (Ph. No. 5510407847) to Ritch, Heather and Mueller, S.C. (Ph. No. 5591787000). |
| 4/15/04 | Telephone call from Vargas on his cellular phone (Ph. No. 5510407847) to Ritch, Heather and Mueller, S.C. (Ph. No. 5591787000). |
| 4/15/04 | Telephone call from Vargas on his cellular phone (Ph. No. 5510407847) to Ritch, Heather and Mueller, S.C. (Ph. No. 5591787000). |
| 4/16/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/16/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/16/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/16/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/16/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/16/04 | Telephone call from Trueba on her cellular phone (Ph. No. 5510419031) to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/16/04 | Telephone call from Trueba on her cellular phone (Ph. No. 5510419031) to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/16/04 | Telephone call from Trueba on her cellular phone (Ph. No. 5510419031) to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/16/04 | Telephone call from Trueba on her cellular phone (Ph. No. 5510419031) to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/16/04 | Telephone call from Vargas on his cellular phone (Ph. No. 5510407847) to Ritch, Heather and Mueller, S.C. (Ph. No. 5591787000). |
| 4/16/04 | Telephone call from Vargas on his cellular phone (Ph. No. 5510407847) to Ritch, Heather and Mueller, S.C. (Ph. No. 5591787000). |
| 4/19/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |
| 4/19/04 | Telephone call from Machado at Mattel de Mexico (Ph. No. 59054119) in Mexico City, Mexico to Maria C. Mendez on her cellular phone (Ph. No. 445554389244). |

EXHIBIT _C_ PAGE 029