QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | [PUBLIC REDACTED] DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS |
| AND CONSOLIDATED ACTIONS | |

Hearing Date: June 1, 2009
Time: 10:00 a.m.
Place: Courtroom 1

**Phase 2**
Discovery Cut-off: December 11, 2009
Pre-trial Conference: March 1, 2010
Trial Date: March 23, 2010

07975/2856806.1

I, Scott B. Kidman, declare as follows:

1.     I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.     Attached as Exhibit 1 is a true and correct copy of Mattel, Inc.'s Complaint in Case No. 04-9059 SGL (RNBx), filed in Los Angeles Superior Court on April 27, 2004.

3.     Attached as Exhibit 2 is a true and correct copy of Carter Bryant's Cross-Complaint in Los Angeles Superior Court, dated August 24, 2004.

4.     Attached as Exhibit 3 is a true and correct copy of Carter Bryant's Complaint in Case No. CV 04-9049, filed in this Court on November 2, 2004.

5.     Attached as Exhibit 4 is a true and correct copy of MGA Entertainment, Inc.'s Complaint in Case No. CV 05-2727, filed in this Court on April 13, 2005.

6.     Attached as Exhibit 5 is a true and correct copy of the Court's Order Consolidating Case Nos. CV 04-9049, CV 04-9059 and CV 05-2727, dated June 19, 2006.

7.     Attached as Exhibit 6 is a true and correct copy of Mattel, Inc.'s Second Amended Answer In Case No. 05-2727 and Counterclaims, with exhibits omitted, dated July 12, 2007.

8.     Attached as Exhibit 7 is a true and correct copy of excerpts of the hearing transcript dated February 12, 2007.

9.     Attached as Exhibit 8 is a true and correct copy of the Court's Minute Order dated February 4, 2008.

10.     Attached as Exhibit 9 is a true and correct copy of excerpts of the Court's Phase B Jury Instructions as Given, dated August 20, 2008.

07975/2856806.1

-1-

1           11.     Attached as Exhibit 10 is a true and correct copy of the Final

2   Verdict Form as Given, dated July 17, 2008.

3           12.     Attached as Exhibit 11 is a true and correct copy of the Phase B

4   Verdict Form as Given, dated August 26, 2008.

5           13.     Attached as Exhibit 12 is a true and correct copy of the Court's

6   Order dated December 3, 2008.

7           14.     Attached as Exhibit 13 is a true and correct copy of the Court's

8   Order Appointing Discovery Master, dated January 6, 2009.

9           15.     Attached as Exhibit 14 is a true and correct copy of excerpts of

10  the hearing transcript dated February 11, 2009.

11          16.     Attached as Exhibit 15 is a true and correct copy of the

12  Declaration of Brian Wing in Support of MGA's Correction to the Opposition to

13  Mattel's Ex Parte Application for a Receiver, dated December 31, 2008.

14          17.     Attached as Exhibit 16 is a true and correct copy of excerpts of

15  Mattel, Inc.'s Ex Parte Application for Appointment of a Receiver for MGA or for

16  Alternative Relief, dated December 28, 2008.

17          18.     Attached as Exhibit 17 is a true and correct copy of the

18  Declaration of Brian Wing in Support of the MGA Parties' Request for a Stay, dated

19  December 11, 2008.

20          19.     Attached as Exhibit 18 is a true and correct copy of Omni 808

21  Investors, LLC's Ex Parte Application for Leave to Intervene for Limited Purpose

22  As a Matter of Right, or, in the Alternative, for Permissive Intervention, dated

23  February 3, 2009.

24          20.     Attached as Exhibit 19 is a true and correct copy of the UCC

25  Financing Statement, dated August 29, 2008 (with Lexington Financial Limited

26  taking a security interest in Vision Capital LLC's ownership interest in Omni 808

27  Investors, LLC).

28

1    21.    Attached as Exhibit 20 is a true and correct copy of the

2  registration information for IGWT Group, LLC, as found on the website for the

3  Secretary of State of California at http://kepler.sos.ca.gov/list.html.

4    22.    Attached as Exhibit 21 is a true and correct copy of the

5  registration information for IGWT 826 Investments, LLC, as found on the website

6  for the Secretary of State of California at http://kepler.sos.ca.gov/list.html.

7    23.    Attached as Exhibit 22 is a true and correct copy of the MGA

8  Parties' Opposition to Mattel, Inc.'s Ex Parte Application For Appointment of a

9  Receiver, dated December 30, 3008.

10    24.    Attached as Exhibit 23 is a true and correct copy of the

11  Declaration of Cyrus Naim in Support of Mattel's Ex Parte Application For

12  Appointment of a Receiver, dated January 9, 2009, with exhibits omitted.

13    25.    Attached as Exhibit 24 is a true and correct copy of excerpts of

14  the deposition transcript of Peter Marlow, dated June 16, 2008.

15    26.    Attached as Exhibit 25 is a true and correct copy of excerpts of

16  the deposition transcript of Nana Ashong, dated January 28, 2008.

17    27.    Attached as Exhibit 26 is a true and correct copy of excerpts of

18  the deposition transcript of Samir Khare, dated September 20, 2007.

19    28.    Attached as Exhibit 27 is a true and correct copy of excerpts of

20  the deposition transcript of Anna Rhee, dated February 3, 2005.

21    29.    Attached as Exhibit 28 is a true and correct copy of excerpts of

22  the trial transcript in Phase 1, dated June 4, 2008.

23    30.    Attached as Exhibit 29 is a true and correct copy of a document

24  admitted into evidence at Phase 1 trial as Trial Exhibit 13383.

25    31.    Attached as Exhibit 30 is a true and correct copy of a document

26  admitted into evidence at Phase 1 trial as Trial Exhibit 511.

27    32.    Attached as Exhibit 31 is a true and correct copy of a document

28  admitted into evidence at Phase 1 trial as Trial Exhibit 507.

1     33.     Attached as Exhibit 32 is a true and correct copy of a document

2  admitted into evidence at Phase 1 trial as Trial Exhibit 505.

3     34.     Attached as Exhibit 33 is a true and correct copy of a document

4  admitted into evidence at Phase 1 trial as Trial Exhibit 509.

5     35.     Attached as Exhibit 34 is a true and correct copy of a document

6  admitted into evidence at Phase 1 trial as Trial Exhibit 513.

7     36.     Attached as Exhibit 35 is a true and correct copy of excerpts of

8  the deposition transcript of Farhad Larian, dated February 4, 2008.

9     37.     Attached as Exhibit 36 is a true and correct copy of excerpts of

10  the hearing transcript dated April 11, 2008.

11     38.     Attached as Exhibit 37 is a true and correct copy of the MGA

12  Parties' Corrections to the Opposition to Mattel, Inc.'s Ex Parte Application for

13  Appointment of a Receiver or for Alternative Relief, dated December 31, 2008.

14     39.     Attached as Exhibit 38 is a true and correct copy of the MGA

15  Parties' Reply in Support of their Motion to Quash Receiver Subpoenas Issued by

16  Mattel, dated March 4, 2009.

17     40.     Attached as Exhibit 39 is a true and correct copy of excerpts of

18  the hearing transcript dated April 22, 2008.

19     41.     Attached as Exhibit 40 is a true and correct copy of excerpts of

20  the trial transcript dated May 27, 2008.

21     42.     Attached as Exhibit 41 is a true and correct copy of excerpts of

22  the hearing transcript dated May 15, 2007.

23     43.     Attached as Exhibit 42 is a true and correct copy of excerpts of

24  the trial transcript dated July 10, 2008.

25     44.     Attached as Exhibit 43 is a true and correct copy of excerpts of

26  the hearing transcript dated December 30, 2008.

27

28

45.     Attached as Exhibit 44 is a true and correct copy of the Discovery Master's Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007.

46.     Attached as Exhibit 45 is a true and correct copy of the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents for MGA, dated August 14, 2007.

47.     Attached as Exhibit 46 is a true and correct copy of excerpts of the deposition transcript of Jorge Castilla, dated October 22, 2008.

48.     Attached as Exhibit 47 is a true and correct copy of excerpts of the hearing transcript dated May 22, 2008.

49.     Attached as Exhibit 48 is a true and correct copy of excerpts of the transcript of the pre-trial conference dated May 23, 2008.

50.     Attached as Exhibit 49 is a true and correct copy of the UCC Financing Statement Amendment dated September 9, 2008, amending prior UCC filing to add Omni 808 Investors, LLC as creditor to MGA with co-priority with Wachovia Bank, N.A.

51.     Attached as Exhibit 50 is a true and correct copy of the Stipulation Permitting MGA Entertainment to Intervene in Case No. 04-9059, dated December 3, 2004.

52.     Attached as Exhibit 51 is a true and correct copy of the Court's Order allowing Mattel to file an Amended Answer and Counterclaims in Case No. CV 05-2727, dated January 11, 2007.

53.     Attached as Exhibit 52 is a true and correct copy of the Order Re Motions Heard on June 11, 2007, dated June 27, 2007.

54.     Attached as Exhibit 53 is a true and correct, certified copy of Omni 808 Investors, LLC's Certificate of Status and Articles of Organization, dated August 12, 2008, as obtained from the California Secretary of State.

55. Attached as Exhibit 54 is a true and correct copy of the MGA Parties' Opposition to Mattel, Inc.'s Ex Parte Application For Appointment of a Receiver, dated December 30, 3008.

56. Attached as Exhibit 55 is a true and correct copy of excerpts of the Supplemental Responses to MGA's First Set of Interrogatories to Mattel, Inc., dated December 10, 2007.

57. Attached as Exhibit 56 is a true and correct, certified copy of Vision Capital, LLC's Certificate of Formation, dated August 19, 2008, as obtained from the Delaware Secretary of State.

58. Attached as Exhibit 57 is a true and correct copy of the Ninth Circuit's Order, dated January 12, 2009.

59. Attached as Exhibit 58 is a true and correct copy of a document titled "Offshore-Based Limited Liability Company (LLC)," as obtained from the website at www.offshore-protection.com/nevisLLC.html.

60. Attached as Exhibit 59 is a true and correct copy of a December 12, 2008 letter from Registrar Clevelan Williams.

61. Attached as Exhibit 60 is a true and correct copy of OmniNet Capital, LLC's offer letter to Wachovia Bank, dated July 29, 2008, which has been produced by Wachovia Corporation and Bates-numbered WACHOVIA 007599-007603.

62. Attached as Exhibit 61 is a true and correct copy of the Discovery Master's Phase II Discovery Matter Order No. 3, dated March 10, 2009.

63. Attached as Exhibit 62 is a true and correct copy of the Senior Promissory Note, dated September 3, 2008, which has been produced by Wachovia Corporation and Bates-numbered WACHOVIA 001890-001907.

64. Attached as Exhibit 63 is a true and correct copy of the September 8, 2008 Wachovia Memo, which has been produced by Wachovia Corporation and Bates-numbered WACHOVIA 001884-001889.

07975/2856806.1

-6-

KIDMAN DECLARATION ISO MOTION  FOR LEAVE TO FILE THIRD AMENDED ANSWER

1      65.      Attached as Exhibit 64 is a true and correct copy of excerpts of

2    the Motion to Quash Subpoenas Issued by Mattel to Leon Neman, Fred Mashian and

3    Neil Kadisha, dated March 12, 2009.

4      66.      Attached as Exhibit 65 is a true and correct copy of excerpts of

5    Mattel, Inc.'s Fourth Set of Requests for Production of Documents and Things to

6    MGA Entertainment, Inc., dated October 25, 2007.

7      67.      Attached as Exhibit 66 is a true and correct copy of excerpts of

8    Mattel, Inc.'s Third Set of Requests for Admission to MGA Entertainment, Inc.,

9    dated February 28, 2007.

10      68.      Attached as Exhibit 67 is a true and correct copy of excerpts of

11    Mattel, Inc.'s Notice of Motion and Motion to Compel Additional Deposition

12    Testimony and Production of Documents By Veronica Marlow, dated January 28,

13    2008.

14      69.      Attached as Exhibit 68 is a true and correct copy of excerpts of

15    the hearing transcript dated March 4, 2009.

16      70.      Attached as Exhibit 69 is a true and correct copy of the MGA

17    Parties' Opposition to Mattel, Inc.'s 3/4/09 Renewed Motion for Reconsideration of

18    Portions of Discovery Master's December 31, 2007 Order, dated March 11, 2009.

19      71.      Attached as Exhibit 70 is a true and correct copy of excerpts of

20    the deposition transcript of Lisa Tonnu, dated January 17, 2008.

21      72.      Attached as Exhibit 71 is a true and correct copy of excerpts of

22    the deposition transcript of Lisa Tonnu, dated September 24, 2007.

23      73.      Attached as Exhibit 72 is a true and correct copy of excerpts of

24    the trial transcript dated June 24, 2008.

25      74.      Attached as Exhibit 73 is a true and correct copy of the

26    Discovery Master's Order Granting Mattel's Motion to Compel MGA to Answer

27    Requests for Admission, dated August 21, 2007.

28

07975/2856806.1

-7-

1    75.    Attached as Exhibit 74 is a true and correct copy of a subpoena

2  served on Farhad Larian on September 1, 2007.

3    76.    Attached as Exhibit 75 is a true and correct copy of the Court's

4  Minute Order, dated September 2, 2008.

5    77.    Attached as Exhibit 76 is a true and correct copy of the Order

6  Regarding Joint Stipulation Re: Deposition of Jorge Castilla, dated October 10,

7  2008.

8    78.    Attached as Exhibit 77 is a true and correct copy of excerpts of

9  the hearing transcript dated February 12, 2007.

10    79.    Attached as Exhibit 78 is a true and correct copy of the Court's

11  Minute Order dated February 12, 2007.

12    80.    Attached as Exhibit 79 is a true and correct copy of the Court's

13  Scheduling Order dated February 21, 2007.

14    81.    Attached as Exhibit 80 is a true and correct copy of the Court's

15  Minute Order dated February 11, 2009.

16    82.    Attached as Exhibit 81 is a true and correct copy of excerpts of

17  the deposition transcript of Veronica Marlow, dated December 28, 2008.

18    83.    Attached as Exhibit 82 is a true and correct copy of the

19  Declaration of John Woolard in Support of the MGA Parties' Opposition to Mattel's

20  Ex Parte Application For Receiver, dated December 30, 2008.

21  /

22  /

23  /

24  /

25  /

26  /

27  /

28  /

KIDMAN DECLARATION ISO MOTION  FOR LEAVE TO FILE THIRD AMENDED ANSWER

1          84.    Attached as Exhibit 83 is a true and correct copy of Mattel, Inc.'s

2    proposed Third Amended Answer and Counterclaims, redlined to show changes and

3    new material.

4

5          I declare under penalty of perjury under the laws of the United States of

6    America that the foregoing is true and correct.

7          Executed this 8th day of April 2009, at Los Angeles, California.

8

9                       /s/ Scott B. Kidman
                   Scott B. Kidman

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KIDMAN DECLARATION ISO MOTION  FOR LEAVE TO FILE THIRD AMENDED ANSWER