1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California  90017-2543
    Telephone:   (213) 443-3000
6   Facsimile:    (213) 443-3100

7   Attorneys for Mattel, Inc.

8

9                      UNITED STATES DISTRICT COURT

10                    CENTRAL DISTRICT OF CALIFORNIA

11                            EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 13  Plaintiff, | Consolidated with Case No. CV 04-09059 |
| 14  vs. | Case No. CV 05-02727 |
| 15  MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| 16  Defendant. | MATTEL, INC.'S *EX PARTE* APPLICATION TO SET EARLIER |
| 17  | HEARING DATE; AND |
| 18  AND CONSOLIDATED ACTIONS | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT |
| 19  | THEREOF |

20                                      [Declaration of Scott B. Kidman filed
                                        concurrently herewith]
21
                                        Hearing Date:  TBD
22                                      Time:              TBD
                                        Place:             TBD
23
                                        **Phase 2**
24                                      Discovery Cut-off:  December 11, 2009
                                        Pre-trial Conference:  March 1, 2010
25                                      Trial Date:  March 23, 2010

26

27

28

07975/2868568.1

EX PARTE APPLICATION TO SET EARLIER HEARING DATE

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2          Pursuant to <u>Local Rule</u> 7-19, Mattel, Inc. ("Mattel") respectfully

3  submits this *ex parte* application in connection with its concurrently filed Motion for

4  Leave to File Third Amended Answer and Counterclaims (the "Motion") for an

5  order advancing the hearing date on the Motion from June 1, 2009, which is the

6  earliest date listed as being available on the Court's schedule, to any earlier date that

7  is convenient for the Court.

8          Mattel makes this application on the grounds that since the Court lifted

9  the Phase 2 discovery stay, MGA Entertainment, Inc. ("MGA") and related parties

10  have obstructed Mattel's efforts to obtain discoverable information regarding

11  instances of wrongful conduct by the MGA parties and their affiliates that had not

12  occurred or had not been discovered by Mattel until after the filing of the Second

13  Amended Answer and Counterclaims by arguing that such conduct is purportedly

14  outside the scope of the current pleadings and therefore cannot be within the subject

15  matter of discovery.  At the same time, the MGA parties have refused to stipulate to

16  the filing of an amended pleading, including as to matters that both the Court and

17  the prior Discovery Master have already held are within the subject matter of this

18  action.   These tactics are interfering with Mattel's ability to obtain relevant

19  discovery regarding its Phase 2 claims and defenses within the deadlines set by the

20  Court.  Accordingly, Mattel seeks to have its motion for leave to file a Third

21  Amended Answer and Counterclaims heard as soon as practicable so that relevant

22  discovery can go forward without further such impediments by MGA, Isaac Larian

23  and related parties.

24          Pursuant to <u>Local Rule</u> 7-19, Mattel gave notice of this *ex parte*

25  application to counsel for the MGA parties, Amman A. Khan, Glaser, Weil, Fink,

26  Jacobs & Shapiro, LLP, 10250 Constellation Blvd., 19th Floor, Los Angeles, CA

27  90067, Russell J. Frackman, Mitchell Silberberg & Knupp, LLP, 11377 W. Olympic

28  Blvd., Los Angeles, CA 90064, and Jason Russell, Skadden, Arps, Slate, Meagher &

1  Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.[1]   The

2  MGA parties have informed Mattel that they oppose this *ex parte* application.[2]

3         This application is based on this Application and the accompanying

4  memorandum of points and authorities, the concurrently filed Declaration of Scott

5  B. Kidman, Mattel's concurrently filed Motion for Leave to File Third Amended

6  Answer and Counterclaims and the memorandum of points and authorities and

7  declarations in support thereof, the concurrently lodged Proposed Third Amended

8  Answer and Counterclaims, the pleadings and other papers on file in this action, and

9  all other matters of which the Court may take judicial notice.

10

11  DATED:  April 8, 2009              QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
12

13
                                       By /s/ Scott B. Kidman
14                                          Scott B. Kidman
                                            Attorneys for Mattel, Inc.
15

16

17

18

19

20

21

22

23

24

25  _____

26    [1]  See  Declaration of Scott B. Kidman ("Kidman Dec."), dated April 6, 2009
    and filed concurrently herewith, ¶ 2, Exh. 1.
27    [2]  Id., at ¶¶ 3-4, Exh. 2.

28

                                       -2-

## MEMORANDUM OF POINTS AND AUTHORITIES

Since the Court lifted the Phase 2 discovery stay, MGA and related parties have obstructed Mattel's efforts to obtain discoverable information regarding instances of wrongful conduct that had not been discovered by Mattel and, in many instances, had not yet even occurred, when Mattel filed its Second Amended Answer and Counterclaims, arguing that such conduct is outside the scope of the current pleading and therefore not a proper subject of discovery.  When Mattel asked the MGA parties to stipulate to the filing of an amended pleading to include specific allegations regarding these additional instances of wrongful conduct, they refused.  The MGA parties' conduct is interfering with Mattel's ability to complete discovery regarding its Phase 2 claims and defenses within the deadlines set by the Court.  Mattel seeks to have its motion for leave to file a Third Amended Answer and Counterclaims heard as soon as practicable so that relevant discovery can go forward without further such impediments by the MGA, Isaac Larian and related parties.

According to the Court's calendar, the first available hearing date is June 1, 2009.  Mattel respectfully requests that the Court advance the hearing date to any earlier date that is convenient and practicable for the Court.  Because Mattel is not asking that the Motion be heard on less than the standard 21-days' notice, the MGA parties will not be prejudiced by advancing the hearing to a date sooner than June 1, 2009, as they  will still have the full amount of time contemplated by Local Rule 7-9 to oppose Mattel's Motion.

DATED:  April 8, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                               By /s/ Scott B. Kidman
                                  Scott B. Kidman
                                  Attorneys for Mattel, Inc.

-1-
EX PARTE APPLICATION TO SET EARLIER HEARING DATE