QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO SET EARLIER HEARING DATE<br><br>Hearing Date:     TBD<br>Time:             TBD<br>Place:            TBD<br><br>**Phase 2**<br><br>Discovery Cut-off:     December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:            March 23, 2010 |

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. On March 13, 2009, Mattel's initiated the Local Rule 7-3 conference of counsel regarding Mattel's anticipated motion for leave to file a third amended answer and counterclaims. At the same time, Mattel gave notice of this Application and the relief being sought to counsel for the MGA parties. At the time, Mattel also gave notice that it would be seeking relief from the twenty-day period of Local Rule 7-3. Such relief is no longer necessary. Attached as Exhibit 1 is a true and correct copy of a letter dated March 13, 2009 from Michael T. Zeller to Amman Khan, Russell J. Frackman and Jason Russell.

3. On March 20, 2009, counsel for the MGA parties responded, stating that they would not stipulate to Mattel's leave to file a Third Amended Answer and Counterclaims and that they would oppose this Application. Attached hereto as Exhibit 2 is a true and correct copy of a letter dated March 20, 2009 from Joel Klevens to Michael Zeller.

4. On March 23, 2009, I conferred with Joel Klevens, counsel for the MGA parties, via telephone. In that conversation, Mr. Klevens confirmed that the MGA parties would not stipulate to Mattel's leave to file a Third Amended

1  Answer and Counterclaims, would oppose Mattel's motion for leave to file a Third
2  Amended Answer and Counterclaims and that they would oppose this Application.
3
4        I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6        Executed this 8th day of April 2009, at Los Angeles, California.
7
8                          /s/ Scott B. Kidman
                                 Scott B. Kidman
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
KIDMAN DEC ISO MATTEL'S MEMORANDUM RE RULE 54(B)