# EXHIBIT 1

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

March 13, 2009

VIA FACSIMILE AND U.S. MAIL

Amman Khan, Esq.
Glaser, Weil, Fink, Jacobs & Shapiro LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067

Russell J. Frackman, Esq.
Mitchell, Silberberg, & Knupp, LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064

Re:   Mattel v. MGA Entertainment, Inc., et al.

Dear Counsel:

I am writing pursuant to Local Rule 7-3 in advance of Mattel's motion for leave to file a third amended answer and counterclaims.

As you know, and contrary to MGA's prior positions, MGA has now been asserting that post-complaint activities cannot be within the scope of the current pleadings and therefore within the subject matter of discovery. Mattel accordingly intends to seek leave to file an updated pleading that includes additional matters and claims that either arose or became known to Mattel since the time that Mattel last obtained Court leave or else MGA has known were at issue but now asserts are not.

The proposed third amended answer and counterclaims will include, among other things:

1.   MGA's and Larian's additional acts of commercial bribery of Mattel employees, and their evidence tampering, perjury, conspiracy to commit perjury and concealment relating thereto.

2.   MGA's and Larian's additional trade secret thefts, such as those through Jorge Castilla, and additional copyright infringement.

EXHIBIT __1__

PAGE __2__

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

3. The financial manipulations and fraudulent conveyances carried out by and through Omni 808, Leon Neman, Fred Mashian, Neil Kadisha, Lexington, Vision Capital, IGWT, Schneider and others.

4. Isaac Larian's Phase 1 trial perjury, and the conspiracy to commit perjury relating to Bratz's origins and Bryant.

5. Additional misrepresentations by MGA and Larian to retailers and others.

6. Additional instances of evidence destruction and spoliation, including without limitation those carried out on MGA's and Larian's behalf by Farhad Larian.

Please also be advised that we intend to file an ex parte asking the Court to excuse compliance with Local Rule 7-3's 20-day requirements and to set the matter for hearing as soon as practicable so that relevant discovery can go forward without further impediments by MGA, Larian and their affiliates.

Please let us know if MGA will stipulate to Mattel's filing of a third amended answer and complaint. We also would be happy to discuss further the substance of Mattel's contemplated motion for leave, so please let me know if you would like to do so. Finally, please let me know whether, in the event that no resolution is reached, MGA will oppose the ex parte.

I look forward to hearing from you.

Best regards,

*Michael T. Zeller*
Michael T. Zeller

cc: Jason Russell, Esq.

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

| | | |
|---|---|---|
| **NEW YORK**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>Facsimile: (212) 849-7100 | **LOS ANGELES**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br>Facsimile: (213) 443-3100 | **TOKYO**<br>Akasaka Twin Tower Main Building, 6th Floor<br>17-22 Akasaka 2-Chome<br>Minato-ku, 107-0052<br>+81 3 5561-1711<br>Facsimile: +81 3 5561-1712 |
| **SILICON VALLEY**<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065<br>(650) 801-5000<br>Facsimile: (650) 801-5100 | **SAN FRANCISCO**<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br>Facsimile: (415) 875-6700 | **LONDON**<br>16 Old Bailey<br>London United Kingdom<br>+44(0) 20 7653 2000<br>Facsimile: +44(0) 20 7653 2100 |

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

**DATE:** March 13, 2009        **NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Amman Kahn, Esq.<br>Glaser, Weil, Fink, Jacobs & Shapiro, LLP | 310-556-7865 | 310-556-2920 |
| Russell J. Frackman, Esq.<br>Mitchell, Silberberg & Knupp, LLP | 310-312-3119 | 310-231-8319 |
| Jason D. Russell, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP | 213-687-5000 | 213-687-5600 |

**FROM:** Michael T. Zeller, Esq.

**RE:** *Mattel, Inc. v. MGA Entertainment, Inc., et al*

**MESSAGE:**



FAXED
MAR 13 2009

| CLIENT # 7975 | ROUTE/<br>RETURN TO: Tiffany Garcia - 3rd Floor | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|
| OPERATOR: | CONFIRMED?  ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT _____ 1

PAGE _____ 4

Group Send Report

```
Page       : 001
Date & Time: 03-13-2009   17:10
Line 1     : 2134433100
Line 2     :
Machine ID : QUINN EMANUEL
```

| | |
|---|---|
| Job number | : 403 |
| Date | : 03-13  17:07 |
| Number of pages | : 003 |
| Start time | : 03-13  17:07 |
| End time | : 03-13  17:10 |

Successful nbrs.

　　Fax numbers

　　　　☎1*13105562920
　　　　☎1*13102318319
　　　　☎1*12136875600

Unsuccessful nbrs.                                                                                       Pages sent

EXHIBIT __1__

PAGE __5__

Job number   : 403         *** SEND SUCCESSFUL *

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, 107-0052
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**LONDON**
16 Old Bailey
London United Kingdom
+44(0) 20 7653 2000
Facsimile: +44(0) 20 7653 2100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:** March 13, 2009

**NUMBER OF PAGES, INCLUDING COVER:** 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Amman Kahn, Esq.<br>Glaser, Weil, Fink, Jacobs & Shapiro, LLP | 310-556-7865 | 310-556-2920 |
| Russell J. Frackman, Esq.<br>Mitchell, Silberberg & Knupp, LLP | 310-312-3119 | 310-231-8319 |
| Jason D. Russell, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP | 213-687-5000 | 213-687-5600 |

**FROM:** Michael T. Zeller, Esq.

**RE:** *Mattel, Inc. v. MGA Entertainment, Inc., et al*

**MESSAGE:**

| CLIENT # | 7975 | ROUTE/RETURN TO: | Tiffany Garcia - 3rd Floor | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED? ☐ No ☐ Yes: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT __1__

PAGE __6__

# EXHIBIT 2

LAW OFFICES
## GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7932
EMAIL: JKLEVENS@GLASERWEIL.COM

March 20, 2009

MERITAS LAW FIRMS WORLD WIDE

VIA E-MAIL & FACSIMILE

Michael T. Zeller, Esq.
Quinn, Emanuel, Urquhart,
  Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Re: *Bryant v. Mattel, Inc. and Consolidated Actions*
U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Mr. Zeller:

This responds to your March 13, 2009 letter concerning Mattel, Inc.'s anticipated motion for leave to file a third amended answer and counterclaims to assert claims that are belated and unrelated to the claims in Mattel's Second Amended Answer and Counterclaims. Based on your letter, the MGA Parties and Isaac Larian will not stipulate to a further amended pleading by Mattel. However, we would like to discuss the matter further with you, and propose Monday, March 23, 2009, at 2:30 p.m. Let us know if you propose a different time.

The MGA Parties and Larian intend to oppose any attempt by Mattel to file the above-referenced motion on an *ex parte* basis. A motion for leave to amend a pleading must be made with proper notice that sets forth with particularity the grounds for the amendment and the relief requested. Fed. R. Civ. Proc. 7(b)(1). In the Central District of California, the proposed amended pleading must be lodged with the court along with the notice of motion. Local Rule 15-1.

As the courts have previously advised, "Lawyers must understand that filing an ex parte motion... is the forensic equivalent of standing in a crowded theater and shouting, 'Fire!' There had better be a fire." Mission Power Engineering Co. v. Continental Cas. Co., 883 F.Supp. 488, 492 (C.D. Cal. 1995). Thus, the moving party who seeks an order shortening time for a motion on *ex parte* basis must show: (1) that it will be *irreparably prejudiced* if the underlying motion is heard according to regular notice; and (2) that it is without fault in creating the crisis or that the crisis occurred as a result of excusable neglect. Id. Your stated reason for circumventing Local Rule 7-3's requirement that our meet-and-confer conference take place *at least* 20 days before

670722

EXHIBIT 2

PAGE 7

Michael T. Zeller, Esq.
March 20, 2009
Page 2

the filing of this motion is "so that relevant discovery can go forward without further impediments." This does not meet the required standard of irreparable prejudice. Because the discovery cut-off is still nine months away, you cannot demonstrate that a difference of 20 days, (at most) meets the required burden. Simply put, there is no fire.

Very truly yours,

John N. Klevens
of GLASER, WEIL, FINK, JACOBS
& SHAPIRO, LLP


cc:   Amman A. Khan, Esq.
      Jason Russell, Esq.
      Russell Frackman, Esq.

670722

EXHIBIT  2
PAGE  8

LAW OFFICES
## GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067

MERITAS LAW FIRMS WORLDWIDE

**FAX TRANSMISSION**

TELEPHONE NO.: 310-553-3000
FACSIMILE NO.:   310-553-2920

FROM:   Joel N. Klevens

Number of Pages: 3
(including this page)

DATE:   March 20, 2009

Client Reference No.:   03460-023

**TO:**                                        **FAX NO.:**           **CONFIRMATION NO:**

Michael T. Zeller, Esq.                        213-443-3100           213-443-3000
Quinn Emanuel Urquhart Oliver & Hedges, LLP

**Sender's Comments:**

**If you have received this Transmission in error, please call: 310-553-3000 and mail it to the above address. Thank you.**

NOTE: THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND, AS SUCH, IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE BY MAIL. THANK YOU.

664049 v1

EXHIBIT    2

PAGE    9