QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | PROOF OF SERVICE |
| AND CONSOLIDATED ACTIONS | Hearing Date: June 1, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |
| | **Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

1

## **PROOF OF SERVICE**

2      I am employed in the County of Los Angeles, State of California.  I am over

3  the age of eighteen years and not a party to the within action; my business address is

4  1055 W. Seventh St., Suite 250, Los Angeles, California 90017.

5      On April 8, 2009, I served true copies of the following documents described

6  as:

7    **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND**
8    **COUNTERCLAIMS AND DOCUMENTS IN SUPPORT THEREOF;**

9    **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MOTION  FOR LEAVE TO FILE THIRD AMENDED**
10   **ANSWER AND COUNTERCLAIMS AND DOCUMENTS IN SUPPORT THEREOF;**

11   **MATTEL, INC.'S NOTICE OF MOTION AND MOTION  FOR LEAVE**
12   **TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS; AND MEMORANDUM OF POINTS AND AUTHORITIES IN**
13   **SUPPORT THEREOF;**

14   **NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION  FOR LEAVE TO FILE THIRD**
15   **AMENDED ANSWER AND COUNTERCLAIMS;**

16   **DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION  FOR LEAVE TO FILE THIRD AMENDED**
17   **ANSWER AND COUNTERCLAIMS;**

18   **MATTEL, INC.'S THIRD AMENDED ANSWER IN CASE NO. 05-2727 AND COUNTERCLAIMS FOR:**
19       **1.    COPYRIGHT INFRINGEMENT;**
         **2.    VIOLATION OF THE RACKETEER INFLUENCED AND**
20             **CORRUPT ORGANIZATIONS  ACT;**
         **3.    CONSPIRACY TO VIOLATE THE RACKETEER**
21             **INFLUENCED AND CORRUPT ORGANIZATIONS ACT;**
         **4.    MISAPPROPRIATION OF TRADE SECRETS;**
22       **5.    BREACH OF CONTRACT;**
         **6.    INTENTIONAL INTERFERENCE WITH CONTRACT;**
23       **7.    BREACH OF FIDUCIARY DUTY;**
         **8.    AIDING AND ABETTING BREACH OF FIDUCIARY**
24             **DUTY;**
         **9.    BREACH OF DUTY OF LOYALTY;**
25
         **PROOF OF SERVICE;**
26

27

28

on the parties in this action as follows:

| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Ave., Suite 3400<br>Los Angeles, CA  90071 | **Attorneys for *the MGA Parties*** |
|---|---|
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067 | **Attorneys for *the MGA Parties*** |
| Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064 | **Attorneys for *the MGA Parties*** |
| Overland Borenstein Scheper & Kim LLP<br>  Mark E. Overland, Esq.<br>  Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017 | **Attorneys for *Carlos Gustavo Machado Gomez*** |

BY PERSONAL SERVICE:  I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 8, 2009, at Los Angeles, California.

By /s/ Ramon Rodriguez
Ramon Rodriguez
Apex Attorney Service