QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S NOTICE OF ERRATA REGARDING [PROPOSED] ORDER RE MATTEL, INC.'S EX PARTE APPLICATION TO SET EARLIER HEARING DATE<br><br>Hearing Date:  TBD<br>Time:             TBD<br>Place:            TBD<br><br>**Phase 2**<br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

07209/2876222.1

NOTICE OF ERRATA

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that, due to a clerical error, Mattel

3  inadvertently filed an incorrect version of the "[Proposed] Order Re Mattel, Inc.'s Ex

4  Parte Application To Set Earlier Hearing Date," dated August 8, 2009.  Attached

5  hereto is a true and correct copy of the corrected [Proposed] Order.

6

7  DATED:  April 8, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

8

9          By /s/ Cyrus S. Naim
10           Cyrus S. Naim
             Attorneys for Mattel, Inc.

07209/2876222.1

-1-

NOTICE OF ERRATA