QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**[PROPOSED] ORDER RE MATTEL, INC.'S *EX PARTE* APPLICATION TO SET EARLIER HEARING DATE**<br><br>Hearing Date:　TBD<br>Time:　　　　　TBD<br>Place:　　　　　TBD<br><br>**Phase 2**<br>Discovery Cut-Off:　December 11, 2009<br>Pre-Trial Conference: March 1, 2010<br>Trial Date:　　　　　March 23, 2010 |

07209/2858420.1

[PROPOSED] ORDER RE MATTEL'S EX PARTE APPLICATION TO SET EARLIER HEARING DATE

# [Proposed] Order

Having considered Mattel's concurrently filed *ex parte* application to set an earlier hearing date, and good cause having been shown, IT IS HEREBY ORDERED that:

The hearing on the Motion is set for _____, 2009 at _____ ____ _.m. in Courtroom 1.

DATED: _____, 2009

_____
Hon. Stephen G. Larson