# Exhibits 1-3 to the Supplemental Proctor Declaration Have Been Filed Under Seal Pursuant to Protective Order