QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS<br><br>**PUBLIC REDACTED** | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Robert C. O'Brien pursuant to the Court's orders of December 6, 2006 and January 6, 2009]**<br><br>SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL *IN CAMERA* REVIEW AND PRODUCTION OF NON-ATTORNEY OR NON-LEGAL COMMUNICATIONS LISTED ON MGA'S PRIVILEGE LOGS<br><br>Date:  TBD<br>Time:  TBD<br>Place: TBD<br><br>**Phase 2**<br>Discovery Cut-off:   Dec. 11, 2008<br>Pre-Trial Conference:  March 1, 2009<br>Trial Date:   March 23, 2009 |

# SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  I make this supplemental declaration in support of Mattel's Motion to Compel *In Camera* Review And Production of Non-Attorney and Non-Legal Communications Listed on MGA's Privilege Logs.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of a Mattel Product Legal Administration document, produced in redacted form in this action and bates-stamped M 0737440-442.  This document corresponds with Entry No. 8 on Mattel's January 15, 2008 Supplemental Privilege Log.

3. Attached as Exhibit 2 is a true and correct copy of a Mattel Product Legal Administration document, produced in redacted form in this action and bates-stamped M 0737459.  This document corresponds with Entry No. 31 on Mattel's January 15, 2008 Supplemental Privilege Log.

4. Attached as Exhibit 3 is a true and correct copy of a Mattel Product Legal Administration document, produced in redacted form in this action and bates-stamped M0737461-468.  This document corresponds with Entry No. 40(a)-(c) on Mattel's January 15, 2008 Supplemental Privilege Log.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 8, 2009, at Los Angeles, California.

/s/ B. Dylan Proctor
B. Dylan Proctor

07975/2835192.2

-2-
SUPP. PROCTOR DECL. ISO MATTEL'S MOTION TO COMPEL *IN CAMERA* REVIEW AND PRODUCTION OF NON-ATTORNEY OR NON-LEGAL COMMUNICATIONS LISTED ON MGA'S PRIVILEGE LOGS