**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

07975/2876258.1

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the County of Los Angeles, State of California. I am over the age of |
| 3 | eighteen years and not a party to the within action; my business address is 865 South Figueroa |
| 4 | Street, 10th Floor, Los Angeles, California 90017-2543. |
| 5 | On April 8, 2009, I served true copies of the following documents described as: |
| 6 | **SEE ATTACHED DOCUMENT LIST** |
| 7 | on the parties in this action as follows: |

| | | |
|---|---|---|
| 8 | Skadden, Arps, Slate, Meagher & Flom LLP | **Attorneys for** *the MGA Parties* |
| 9 |   Thomas J. Nolan, Esq.<br>  Jason Russell, Esq. | |
| 10 | 300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071 | |
| 11 |   tnolan@skadden.com<br>  jrussell@skadden.com | |
| 12 | | |
| 13 | Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>  Patricia L. Glaser, Esq. | **Attorneys for** *the MGA Parties* |
| |   Amman A. Khan, Esq. | |
| 14 | 10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067 | |
| 15 |   pglaser@glaserweil.com | |
| 16 | Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq. | **Attorneys for** *the MGA Parties* |
| 17 | 11377 W. Olympic Blvd.<br>Los Angeles, CA 90064 | |
| 18 |   rjf@msk.com | |

19     [X] **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from zacharykrug@quinnemanuel.com on April 8, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

22     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

24 Executed on April 8, 2009, at Los Angeles, California.

26                                               /s/ Zachary Krug

27                                               Zachary Krug

28

**DOCUMENT LIST**

1. REPLY IN SUPPORT OF MATTEL'S MOTION TO COMPEL *IN CAMERA* REVIEW AND PRODUCTION OF NON-ATTORNEY OR NON-LEGAL COMMUNICATIONS LISTED ON MGA'S PRIVILEGE LOGS

2. SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL *IN CAMERA* REVIEW AND PRODUCTION OF NON-ATTORNEY OR NON-LEGAL COMMUNICATIONS LISTED ON MGA'S PRIVILEGE LOGS

07975/2876258.1

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE