Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No.  CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 13, REGARDING:**<br><br>**(1)  CONTINUANCE OF HEARING ON MATTEL MOTION; and**<br><br>**(2)  HEARING DATE FOR NEW DISCOVERY MATTERS** |

## I. CONTINUANCE OF HEARING ON MATTEL MOTION

The Discovery Master hereby **GRANTS** the request of Mattel, Inc. ("Mattel") made on or about April 3, 2009 to reschedule the hearing on Mattel's Motion For Order Compelling Production Of Communications Made In Furtherance Of Crimes And Frauds And As To Which MGA Has Waived Attorney-Client Privilege (the "Motion"). The hearing on the Motion, which was previously set for May 5, 2009, is hereby continued to May 20, 2009 at 10:00 a.m. at the offices of Arent Fox LLP.[1]

## II. HEARING DATE FOR NEW DISCOVERY MATTERS

The following discovery motions filed since the Discovery Master's last scheduling order are hereby set for hearing on May 12, 2009 at 10:00 a.m. at the offices of Arent Fox LLP:

1. Motion to Compel In Camera Review and Production of Non-Attorney or Non- Legal Communications Listed on MGA's Privilege Logs filed by Mattel on or about March 27, 2009.

2. Motion to Compel Production of Documents and Things by MGA Entertainment, Inc. as called for by Mattel's First set of RFPs No. 48, and Third set of RFPs Nos. 43 through 75, filed by Mattel on or about April 3, 2009.

Dated:   April 8, 2009

By:   /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master

---

[1] The two other motions previously set for hearing on May 5, 2009 (i.e., the Motion to Quash Subpoenas Issued by Mattel, Inc. to Non-Parties Leon Neman, Fred Mashian and Neil Kadisha and the Motion for Reconsideration of Phase II Discovery Matter Order No. 3) will still be heard as originally scheduled.