ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS AND DOCUMENTS IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently] |

Lodged
Proposed Order

FILED
2009 APR -8 PM 3:28
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

07975/2866267.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2   entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3   requests that the Court order filed under seal Mattel's Motion for Leave to File Its
4   Third Amended Answer and Counterclaims, Exhibits 2 and 3 to the Notice of
5   Lodging in Support (the "Notice of Lodging"), Exhibits 15, 17, 22-27, 35, 37, 38,
6   46, 54, 60, 62, 63, 70, 71, and 81-83 to the Declaration of Scott B. Kidman in
7   Support (the "Declaration"), and Exhibit 1 to Mattel, Inc.'s Notice of Lodging of
8   [Proposed] Third Amended Answer and Counterclaims (the "Counterclaims").

9   The Motion, Notice of Lodging, Declaration, and Counterclaims
10  include materials that MGA and third parties Wachovia Corporation, Veronica
11  Marlow, and Peter Marlow have designated as "Confidential" or "Confidential--
12  Attorneys' Eyes Only" pursuant to the Protective Order.  MGA has designated
13  portions of Exhibit 2 to the Notice of Lodging, and Exhibits 15, 17, 22, 23, 25-27,
14  35, 37, 38, 54, 70, 71, and 82 to the Declaration as "Confidential--Attorneys' Eyes
15  Only."  MGA has designated Exhibit 46 to the Declaration as "Confidential." Peter
16  Marlow has designated Exhibit 24 to the Declaration as "Confidential--Attorneys'
17  Eyes Only."  Veronica Marlow has designated Exhibit 81 to the Declaration as
18  "Confidential--Attorneys' Eyes Only."  Wachovia Corporation has designated
19  portions of the Counterclaims, Exhibit 2 to the Notice of Lodging, and Exhibits 60,
20  62, 63, and information contained in Exhibit 83 to the Declaration as "Confidential."
21  The Motion references and quotes from these documents.  Accordingly, Mattel
22  requests that the Court order that the Motion, Notice of Lodging, Declaration, and
23  Counterclaims be filed under seal.
24  /
25  /
26  /
27  /
28  /

1       In the alternative, Mattel requests that the Court declare that the Motion
2 and Declaration are outside the definitions of "Confidential" and "Confidential--
3 Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order
4 them to be filed as part of the public record.

6 DATED: April 8, 2009       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

8       By /s/ Cyrus N. Naim
9          Cyrus N. Naim
           Attorneys for Mattel, Inc.