QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS AND DOCUMENTS IN SUPPORT THEREOF |

# [~~PROPOS~~ED] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal Motion for Leave to File Third Amended Answer and Counterclaims and Documents in Support Thereof, IT IS HEREBY ORDERED:

Mattel's Motion for Leave to File Its Third Amended Answer and Counterclaims, Exhibits 2 and 3 to the Notice of Lodging in Support, Exhibits 15, 17, 22-27, 35, 37, 38, 46, 54, 60, 62, 63, 70, 71, and 81-83 to the Declaration of Scott B. Kidman in Support, and Exhibit 1 to Mattel, Inc.'s Notice of Lodging of [Proposed] Third Amended Answer and Counterclaims, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 4/8, 2009

_____
Hon. Stephen G. Larson
United States District Judge