ORIGINAL
LODGED

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

  Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

  Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-2727

Hon. Stephen G. Larson

[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AS CALLED FOR BY MATTEL'S FIRST SET OF RFPS NO. 48, AND THIRD SET OF RFPS NOS. 43 THROUGH 75; AND REQUEST FOR SANCTIONS; AND DOCUMENTS IN SUPPORT

Hearing Date: TBD
Time: TBD
Place: TBD

Phase 2:
Disc. Cut-off: Dec. 11, 2009
Pre-trial Con.: Mar. 1, 2010
Trial Date: Mar. 23, 2010

07975/2857359.1

[PROPOSED] ORDER

# [P~~ROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Notice of Motion and Motion to Compel Production of Documents and Things By MGA Entertainment, Inc. as Called For By Mattel's First Set of RFPs No. 48, and Third Set of RFPs Nos. 43 Through 75; and Request For Sanctions; and Documents in Support, IT IS HEREBY ORDERED:

Mattel, Inc.'s Notice of Motion and Motion to Compel Production of Documents and Things By MGA Entertainment, Inc. as Called For By Mattel's First Set of RFPs No. 48, and Third Set of RFPs Nos. 43 Through 75; and Request For Sanctions; Exhibits 1 and 2 to the Notice of Lodging in Support; and Exhibit 52 to the Declaration of Diane C. Hutnyan in Support, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 4/9, 2009

Hon. Stephen G. Larson
United States District Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 6, 2009, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AS CALLED FOR BY MATTEL'S FIRST SET OF RFPS NO. 48 AND THIRD SET OF RFPS NOS. 43 THROUGH 75; AND REQUEST FOR SANCTIONS** on the parties in this action as follows:

Skadden, Arps, Slate, Meagher & Flom LLP
  Thomas J. Nolan, Esq.
  Jason Russell, Esq.
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071
**Attorneys for *the MGA Parties***

Glaser, Weil, Fink, Jacobs, & Shapiro, LLP
  Patricia L. Glaser, Esq.
10250 Constellation Blvd 19th Floor
Los Angeles, CA 90067
**Attorneys for *the MGA Parties***

Mitchell, Silberberg, & Knupp, LLP
  Russell J. Frackman, Esq.
11377 W. Olympic Blvd.
Los Angeles, CA 90064
**Attorneys for *the MGA Parties***

Bingham McCutchen LLP
  Todd E. Gordinier, Esq.
  Peter N. Villar, Esq.
  Craig A. Taggart, Esq.
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626
**Attorneys for *Leon Neman, Fred Mashian and Neil Kadisha***

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 6, 2009, at Los Angeles, California.

*/s/ Yalonda J. Dekle*
Yalonda J. Dekle

07975/2850646.1