UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                                  Date: April 9, 2009

Title:    CARTER BRYANT -v- MATTEL, INC. AND CONSOLIDATED ACTIONS
===========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

       Cindy Sasse                                            None Present
       Courtroom Deputy                                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                    None Present

**PROCEEDINGS:    ORDER REGARDING PRODUCTION OF MATERIALS TO COURT-APPOINTED FORENSIC AUDITOR**

      The Court-appointed Forensic Auditor has requested the Court's intervention in obtaining certain information, detailed below, currently believed to be maintained in electronic form by MGA, which he has requested to be produced by MGA but which has heretofore been withheld so that such information may be reviewed for privileged information, including information that may be protected by the attorney-client privilege.

      Pursuant to the Forensic Auditor's certification to this Court that review of the withheld information is necessary to the imminent completion of the forensic audit, and so that the Forensic Auditor may review the information in the manner specified below, the Court **ORDERS** the MGA parties, including MGAE, MGA HK, and Isaac Larian, to produce the information detailed below within thirty-six hours of the entry of this Order:

    (1)    Produce all Exchange Mailbox and Backup .PST files  for Isaac Larian, Eli Makabi, Shirin Makabi, Brian Wing, Lisa Tonnu, Nancy Koppang, Joanna Rigby-Jones, John Woolard, Steve Schultz and Brad Schneider for the time period of September, 2006, through January, 2009, so that the Forensic Auditor may search these emails to identify and review any emails or attachments that may contain various terms, including but not limited to IGWT, Omni, Vision, Capital, Lexington, Kadisha, Neman, Wachovia, Dividend, Royalty, Goldleaf , Gold leaf, Moinian, Nazarian, Gozini, Sadkin, Bel-Air, Bel Air, Belair, Elahe, Pezeshkifar, Cayman, Mauritius, AG Charitable Trust,

AG, Toybox, Toy Box, Morgan Stanley, $5,065,753.42, 5,065,753.42, $5,065,753 or 5,065,753, in order to gain further information and understanding relating to transactions surrounding particular events.

(2) Produce all hard drive images obtained by Stroz Friedberg so that the Forensic Auditor may search these images to identify and review any files that may contain various terms, including but not limited to IGWT, Omni, Vision, Capital, Lexington, Kadisha, Neman, Wachovia, Dividend, Royalty, Goldleaf , Gold leaf, Moinian, Nazarian, Gozini, Sadkin, Bel-Air, Bel Air, Belair, Elahe, Pezeshkifar, Cayman, Mauritius, Erase, Delete, Destroy, Durkin, AG Charitable Trust, AG, Toybox, Toy Box, Morgan Stanley, $5,065,753.42, 5,065,753.42, $5,065,753 or 5,065,753, in order to gain further information and understanding relating to transactions surrounding particular events.

Production of this information pursuant to this Order shall not effectuate a waiver of any privilege, whether claimed under federal or state law, that has not otherwise been waived by the holder or holders of that privilege.  No information produced pursuant to this Order shall be disclosed absent express order of this Court.

**IT IS SO ORDERED.**