Patricia L. Glaser, SBN 55668
Glaser, Weil, Fink, Jacobs, Howard & Shapiro LLP
10250 Constellation Blvd.
~~19th Floor~~
Los Angeles, CA 90067
(310) 553-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER<br>CV 04-09049 SGL (RNBx)<br><br>NOTICE OF CHANGE OF ATTORNEY INFORMATION |

**The following information must be provided:**

I, _Patricia L. Glaser_____, _055668_____, _Pglaser@glaserweil.com_____
             Name                                         CA Bar ID Number                         E-mail Address

[x] am counsel of record or [ ] out-of-state attorney in the above-entitled cause of action for the following party(s)
_MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V._

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
>
> I [x] consent [ ] do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

## SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:

[x] **TO UPDATE NAME OR FIRM INFORMATION:**

    [x] I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

                PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _Glaser, Weil, Fink, Jacobs, Howard & Shapiro LLP_____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

---

[ ] **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX

    [ ] I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

    [ ] This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF

ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **
　　☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

** This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: April 9, 2009　　　　　　　　　　　/s/ Patricia L. Glaser
　　　　　　　　　　　　　　　　　　　　*Signature of Attorney of Record / Attorney for the Firm*
　　　　　　　　　　　　　　　　　　　　Patricia L. Glaser

**PLEASE NOTE:** CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.