UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                         Date: April 9, 2009
Title:   MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
==================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

          Cindy Sasse                                                None Present
          Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                        None Present

**PROCEEDINGS:**    ORDER GRANTING EX PARTE APPLICATION TO SHORTEN TIME (DOCKET # 5144);

                            ORDER ADVANCING HEARING ON MATTEL'S MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS (DOCKET #5143, 5153); and,

                            ORDER MODIFYING APRIL 9, 2009, ORDER REGARDING PRODUCTION OF MATERIALS TO COURT-APPOINTED FORENSIC AUDITOR.

     The Court **GRANTS** Mattel's ex parte application to shorten time (docket #5144) in which to hear its motion to file its proposed Third Amended Answer and Counterclaims ("TAAC").

     The hearing on Mattel's Motion is **ADVANCED** on the Court's calendar from June 1, 2009, to May 11, 2009, at 10:00 a.m.  The briefing schedule shall be consistent with the Court's Local Rules.

     The Court **MODIFIES** its Order regarding the production of certain materials to the court-appointed Forensic Auditor issued April 9, 2009, by extending the deadline for such production to 5:00 p.m. on Monday, April 13, 2009.

     **IT IS SO ORDERED.**


MINUTES FORM 90                                                  Initials of Deputy Clerk __cls_____
CIVIL -- GEN                                       1