1  Robert C. O'Brien (SBN 154372)
   ARENT FOX LLP
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013-1065
3  Telephone:  213.629.7400
   Facsimile:   213.629.7401
4  obrien.robert@arentfox.com

5  Discovery Master

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                          EASTERN DIVISION

11

| 12 | CARTER BRYANT, an individual, | Case No.  CV 04-09049 SGL (RNBx) |
|---|---|---|
| 13 | Plaintiff, | |
| 14 | v. | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| 15 | MATTEL, INC., a Delaware corporation, | **PHASE 2 DISCOVERY MATTER** |
| 16 | Defendant. | **ORDER NO. 15, REGARDING:** |
| 17-19 | | **EXTENSION OF TIME FOR IGWT GROUP, LLC AND IGWT 826 INVESTMENTS, LLC TO PRODUCE DOCUMENTS** |
| 20-22 | CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

23

24

25

26

27

28

The Discovery Master has read the Joint Stipulation for Extension of Time to Produce Documents submitted by non-parties IGWT Group, LLC and IGWT 826 Investments, LLC, on the one hand, and Mattel, Inc., on the other hand. Based upon the stipulation and for good cause shown, it is **HEREBY ORDERED** that the time for non-parties IGWT Group, LLC and IGWT 826 Investments, LLC to produce documents pursuant to the Discovery Master's March 10, 2009 Order No. 3 is extended by eight (8) days, from April 9, 2009, to April 17, 2009.

Dated: April 9, 2009

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master