ORIGINAL

1 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5 Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6 Facsimile:  (213) 443-3100

7 Attorneys for Mattel, Inc.

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                         EASTERN DIVISION
11

12 CARTER BRYANT, an individual,         CASE NO. CV 04-9049 SGL (RNBx)

                 Plaintiff,             Consolidated with
13                                      Case No. CV 04-09039
       vs.                              Case No. CV 05-02727
14
   MATTEL, INC., a Delaware             **DISCOVERY MATTER**
15 corporation,
                                        **[To be heard by Discovery Master
16               Defendant.             Robert C. O'Brien pursuant to the
                                        Court's orders of December 6, 2006
17                                      and January 6, 2009]**
   AND CONSOLIDATED ACTIONS
18                                      MATTEL, INC.'S APPLICATION TO
                                        FILE UNDER SEAL:
19
                                        (1)  PORTIONS OF ITS REPLY IN
20                                      SUPPORT OF ITS MOTION TO
                                        COMPEL *IN CAMERA* REVIEW;
21                                      AND

22                                      (2) CERTAIN EXHIBITS TO THE
                                        SUPPLEMENTAL PROCTOR
23                                      DECLARATION

24                                      Date:  TBD
                                        Time:  TBD
25                                      Place:  TBD

26                                      **Phase 2**
                                        Discovery Cut-off:      Dec. 11, 2008
27                                      Pre-Trial Conference:   March 1, 2009
                                        Trial Date:             March 23, 2009
28

07975/2800252.1

APPLICATION TO FILE UNDER SEAL

## Application to File Under Seal

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (1) portions of its Reply in Support of Mattel's Motion to Compel *In Camera* Review and Production of Non-Attorney or Non-Legal Communications Listed on MGA's Privilege Logs and (2) Exhibits 1-3 of the Supplemental Declaration of B. Dylan Proctor.

The Reply and the Supplemental Proctor Declaration quotes from or attaches as exhibits certain documents that the parties have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. As the materials attached as Appendices A-E and Exhibits 1-9 and 35 to the Proctor Declaration consist of materials designated by the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order that the these materials be filed under seal.

In the alternative, Mattel requests that the Court declare these materials be outside the definition of "Confidential" and/or "Confidential-Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be lodged as part of the public record.

DATED: April 9, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
    B. Dylan Proctor
    Attorneys for Mattel, Inc.