LODGED

ORIGINAL

2009 APR -9 PM 1:45

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To be heard by Discovery Master Robert C. O'Brien pursuant to the Court's orders of December 6, 2006 and January 6, 2009]<br><br>[PROPOSED] ORDER RE MATTEL'S APPLICATION TO FILE UNDER SEAL:<br><br>(1) PORTIONS OF MATTEL'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL *IN CAMERA* REVIEW; AND<br><br>(2) CERTAIN EXHIBITS TO THE SUPPLEMENTAL PROCTOR DECLARATION<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 2**<br>Discovery Cut-off: Dec. 11, 2008<br>Pre-Trial Conference: March 1, 2009<br>Trial Date: March 23, 2009 |

07975/2800269.1

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal (1) portions of its Reply in Support of Mattel's Motion to Compel *In Camera* Review and Production of Non-Attorney or Non-Legal Communications Listed on MGA's Privilege Logs and (2) Exhibits 1-3 of the Supplemental Declaration of B. Dylan Proctor, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel's Reply in Support of its Motion to Compel *In Camera* Review and Production of Non-Attorney or Non-Legal Communications Listed on MGA's Privilege Logs and (2) Exhibits 1-3 of the Supplemental Declaration of B. Dylan Proctor, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 4\9, 2009

*/s/ S.G. Larson*
Hon. Stephen G. Larson
United States District Judge