1  Patricia L. Glaser, State Bar No. 055668
   Pglaser@glaserweil.com
2  Joel N. Klevens, State Bar No. 045446
   Jklevens@glaserweil.com
3  GLASER, WEIL, FINK, JACOBS,
     HOWARD & SHAPIRO, LLP
4  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
5  Telephone:  310-553-3000
   Facsimile:  310-556-2920
6
7  Russell J. Frackman, State Bar No. 049087
   rjf@msk.com
8  MITCHELL, SILBERBERG & KNUPP, LLP
   11377 West Olympic Boulevard
9  Los Angeles, California 90064
   Telephone:  310-312-2000
10 Facsimile:  310-312-3100

11 Attorneys for the MGA Parties For Phase Two

12                UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                     EASTERN DIVISION

15 CARTER BRYANT, an individual          )   Case No. CV 04-9049 SGL (RNBx)
16                                        )
              Plaintiff,                  )   Consolidated with
17                                        )   Case No. 04-09059
   v.                                     )   Case No. 05-02727
18                                        )
19 MATTEL, INC., a Delaware              )   **DISCOVERY MATTER**
   Corporation                           )
20                                        )   **DECLARATION OF RICHARD
              Defendant.                  )   STOLL IN SUPPORT OF MGA
21 _____         )   ENTERTAINMENT, INC.'S
                                          )   OPPOSITION TO MATTEL, INC.'S
22 AND CONSOLIDATED ACTIONS              )   4/3/09 MOTION TO COMPEL
                                          )   PRODUCTION OF DOCUMENTS
23                                        )   AND THINGS AS CALLED FOR BY
                                          )   MATTEL'S FIRST SET OF RFPS
24                                        )   NO. 48, AND THIRD SET OF RFPS
                                          )   NOS. 43 THROUGH 75**
25                                        )
                                          )   **[Opposition to Mattel's 4/3/09 Motion
26                                        )   filed concurrently herewith]**
                                          )
27                                        )
                                          )
28 _____         )

672506

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

# DECLARATION OF RICHARD STOLL

I, Richard Stoll, hereby declare as follows:

1.      I am an attorney at law, duly licensed to practice before the Courts of the State of California, and am an associate at the law firm of Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP, attorneys of record herein for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (the "MGA Parties").  I have personal knowledge of all facts set forth in this Declaration and, if called as a witness, I could and would competently testify as follows:

2.      On February 6, 2009, Amman Khan and I met and conferred with Jon Corey, among others, on RFP No. 48 (First Set) and RFP Nos. 43-75 (Third Set), and MGA agreed to produce all responsive, non-privileged documents.  Even though MGA agreed to produce all documents, Mattel's counsel demanded that MGA sign a stipulation and proposed order.  Attached hereto as Exhibit A is a true and correct copy of the letter dated February 7, 2009 that Amman Khan of Glaser Weil sent to Mattel's counsel, Jon Corey.

3.      On February 9, 2009, I sent Mattel's counsel, Jon Corey, a stipulation and proposed order offering to enter into a stipulated order in exchange for Mattel's agreement to take its January 26, 2009 Renewed Motion to Compel off calendar.  Mattel refused to withdraw its Renewed Motion.  Accordingly, MGA did not sign the stipulation.  A true and correct copy of the email I sent to Jon Corey on February 9, 2009, attaching the proposed stipulation and order is attached hereto as Exhibit B.

4.      On March 9, 2009, Amman Khan and myself had a phone conversation with Jon Corey wherein we informed Mr. Corey that due to the size of MGA's production, that MGA needed to make its production in multiple parts.  Mr. Corey voiced no objection to this.

5.      On March 9, 2009, MGA attempted to deliver a document production disk to Mattel's counsel's offices, however, the security guard at Quinn Emanuel's

LAW OFFICES

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

672506

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1   building did not grant the messenger access to Mattel's counsel's offices.  After I left

2   multiple messages for Mr. Corey and various other Mattel attorneys at around 6:00

3   p.m. that evening informing them that our messenger was in their building lobby,

4   MGA was subsequently alerted that due to processing errors, the document

5   production disc contained non-responsive attorney-client communications.  Rather

6   than simply re-deliver the same document production disc the next morning and issue

7   a claw back letter, MGA re-reviewed the documents and re-processed the disc.  MGA

8   provided a corrected version of the document production disc on March 11, 2009.  A

9   true and correct copy of Amman Khan's March 10, 2009 letter to Jon Corey detailing

10  these facts is attached hereto as Exhibit C.

11       6.       After discovering that non-responsive attorney-client communications

12  had been inadvertently included on the initial March 9, 2009 document production

13  disc, MGA established an additional level of review to ensure that no further

14  inadvertent disclosures occurred.  This additional safeguard necessitated extra review

15  time and slowed down the production process resulting in the production going

16  forward on a rolling basis.

17       7.       MGA ultimately produced over 47,000 documents as part of a rolling

18  production responsive to RFP No. 48 (First Set) and RFP Nos. 43-75 (Third Set).

19  With each production, the cover letter enclosing the production informed Mattel that:

20           "MGA is making separate productions in an effort to produce

21           as many documents now rather than later.  The separate

22           productions are needed in order to produce the documents as

23           single image TIFF files accompanied with the Concordance

24           load files.  There is simply a massive amount of documents,

25           extra days are needed to electronically format the documents as

26           required by the parties' production protocol."

27       Attached hereto as Exhibits D through M are true and correct copies

28  of the cover letters sent by Amman Khan to Jon Corey enclosing each of

672506

2

LAW OFFICES

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

1   MGA's productions.  These letters are dated March 11, 2009 (Exhibit D),

2   March 13, 2009 (Exhibit E), March 17, 2009 (Exhibit F), March 19, 2009

3   (Exhibit G), March 23, 2009 (Exhibit H), March 25, 2009 (Exhibit I), March

4   27, 2009 (Exhibit J), April 2, 2009 (Exhibit K), April 6, 2009 (Exhibit L),

5   and April 10, 2009 (Exhibit M), respectively.

6         8.     On March 19, 2009, I called Mattel' counsel, Diane Hutnyan, to schedule

7   a convenient time for Mattel to come to MGA counsel's offices to inspect the doll

8   samples responsive to Mattel's requests.  Specifically, I informed her that there were

9   two Scooter Samantha samples that were responsive.  When Ms. Hutnyan asked me if

10  there were any Space Babes doll samples I stated to her that Space Babes had never

11  gone to market, thus I did not believe there were doll samples responsive to RFP. No.

12  58, which seeks samples of dolls that "ha[ve] been *sold* as or under the name Space

13  Babes or as part of the Space Babes line."  I further informed Ms. Hutnyan during our

14  call that either the afternoon of March 26 or 27 would be the best time for Mattel to

15  come to Glaser Weil's offices to inspect the doll samples.  Ms. Hutnyan stated that

16  she would get back to me.

17        9.     At no point during our March 19, 2009 telephone conversation did I ever

18  tell Ms. Hutnyan that MGA was producing anything less than all responsive and non-

19  privileged documents and doll samples.

20        10.    Following our phone conversation, I sent Ms. Hutnyan a letter

21  memorializing our March 19 call, and confirming that MGA would make the doll

22  samples available on either March 26 or March 27.  Nowhere in my March 19, 2009

23  letter did I represent that MGA was producing anything less than all responsive and

24  non-privileged documents and all doll samples responsive to Request Nos. 43-75 of

25  Mattel's Third Set of Requests for Production.  A true and correct copy of March 19,

26  2009 letter is attached hereto as Exhibit N.

27        11.    On March 25, 2009, Ms. Hutnyan sent me a letter falsely claiming that

28  "it appears that MGA plans to produce something less than all materials responsive to

672506

3

1    [RFP Nos. 45-47, and 58-59]." This was untrue. *At no point* during our March 19,

2    2009 conversation, or in my confirming letter of that same date (or at any other time),

3    did I ever tell Ms. Hutnyan that MGA was producing anything less than all responsive

4    and non-privileged documents and all doll samples responsive to Request Nos. 43-75

5    of Mattel's Third Set of Requests for Production. A true and correct copy of Ms.

6    Hutnyan's March 25, 2009 letter is attached hereto as Exhibit O.

7         12.    In order to avoid a needless discovery motion, MGA obtained "Space

8    Babes" prototype doll parts and on April 3, 2009 (and then again on April 4, 2009)

9    made them available for inspection (in addition to the Scooter Samantha doll samples)

10   anytime that was convenient for Mattel. Mattel's counsel has not bothered to

11   schedule an inspection of the doll samples in response to these invitations. True and

12   correct copies of my April 3 and April 4, 2009 letters to Ms. Hutnyan are attached

13   hereto as Exhibits P and Q, respectively.

14        13.    In my April 4, 2009 letter to Ms. Hutnyan I challenged her to state in a

15   declaration under penalty of perjury that I had ever represented that MGA was

16   refusing to produce all responsive documents and tangible items.

17        14.    On April 6, 2009, Ms. Hutnyan responded to my April 4 letter and did

18   not acknowledge the portion of my letter concerning her false accusation that MGA

19   had refused to make a full production. Instead, Ms. Hutnyan merely rehashed

20   Mattel's insistence that MGA agree to sign a stipulation and order. A true and correct

21   copy of Ms. Hutnyan's April 6, 2009 letter to me is attached hereto as Exhibit R.

22        15.    MGA has produced all non-privileged documents and tangible items

23   responsive to Mattel's RFPs No. 48 (First Set) and RFPs 43-75 (Third Set). See

24   Exhibit M, which is a true and correct copy of a letter dated April 10, 2009 from

25   / / /

26   / / /

27   / / /

28   / / /

672506

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

**DECLARATION OF RICHARD STOLL IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S 4/3/09 MOTION TO COMPEL**

1   Amman Khan to Jon Corey, enclosing the remaining documents of the production,

2   which consists of various Space Babes related sketches.

3        I declare under penalty of perjury, pursuant to the laws of the State of

4   California, that the foregoing is true and correct.

5        Executed this 10th day of April, 2009, at Los Angeles, California.

6

7        _Richard Stoll_ _____

     Richard Stoll

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

672506

**DECLARATION OF RICHARD STOLL IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S 4/3/09 MOTION TO COMPEL**

# EXHIBIT A

LAW OFFICES

### GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

February 7, 2009

MERITAS LAW FIRMS WORLDWIDE

**VIA U.S. MAIL AND FACSIMILE (213) 443-3100**

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
    OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Re:    *Bryant v. Mattel, Inc. and Consolidated Actions*
       U.S.D.C. Eastern Division, Case No. CV04-09049 SJL (RNBx)

Dear Jon:

    This memorializes our agreements from earlier this afternoon during our meet and confer discussions on various Phase 2 discovery issues in the above-captioned matters.

    First, you agreed to withdraw Mattel's January 26, 2009 Renewed Motion to Compel Documents and Things, filed with Discovery Master O'Brien based on MGA's agreement to execute a stipulation and order thereon to produce in 30 days all non-privileged documents responsive to (1) RFP No. 48 (Set One), concerning communications re Phase 2 claims and defenses between MGA and the 12 individuals identified in the Renewed Motion; (2) RFP Nos. 43-55 (Set Three), concerning Scooter Samantha; (3) RFP Nos. 56-75 (Set Three) concerning Space Babies / Scot Reyes.

    Second, we agreed to re-visit on Monday February 9, 2009 our impasse regarding RFP Nos. 87 - 88 (Set Three), which seek the personnel and vendor files of approximately 100 individuals at MGA who formerly worked for or dealt with Mattel. Those requests violate the employees' privacy rights and are overbroad. MGA offered to produce documents from those files if Mattel would agree to limit the scope of the requests to documents related to products that Mattel contends were stolen by MGA, as the Discovery Master had previously limited such requests in the past (see e.g. April 14, 2008 Order, p. 7:3-6). You refused to so limit the requests and stated that privacy rights objections had been overruled in prior Orders issued by the Discovery Master and you agreed to provide me with those Orders in advance of our Monday meet and confer.

666240

EXHIBIT _____A_____

PAGE _____6_____

Jon D. Corey, Esq.
February 6, 2009
Page 2

Third, with respect to MGA's supplemental responses to Interrogatory Nos. 41, 43 and 44, we agreed that MGA would provide responses to Interrogatory No. 41 in 30 days. With respect to Interrogatory Nos. 43 and 44, we proposed that MGA should have until 30 days after the ruling on Mattel's anticipated Motion for Summary Judgment/Adjudication on MGA's trade dress claims, to respond. (Please see Jean Nogues 2/6/09 letter to you in this regard). You stated that you would check with your client and get back to us. In addition, we stated that there was nothing in the February 15, 2008 Order that compelled any responses by MGA de Mexico. You stated that you disagreed and would get back to us with support for your position.

Fourth, with respect to MGA's supplemental response to Interrogatory No. 45 of Mattel's Sixth Set of Interrogatories, MGA's responses to Mattel's Supplemental Interrogatories; and Isaac Larian's responses to Mattel's Supplemental Interrogatories, we agreed that I would provide Scott Watson of your office with our position on each of these interrogatories on Monday February 9, 2009. Except, however, with respect to Interrogatory Nos. 51-55 and 64, we proposed that MGA should have until 30 days after the ruling on Mattel's anticipated Motion for Summary Judgment/Adjudication to respond (Please refer to Jean Nogues 2/6/09 letter to you in this regard). You stated that you would check with your client and get back to us on this proposal on Monday February 9, 2009.

Fifth, with respect to Mattel's request to depose Isaac Larian for a third time, and more specifically, to seek leave to depose Mr. Larian for an additional ten hours, we stated that we believed such request was overly burdensome and is, in effect, a motion for reconsideration of former Discovery Master Infante's March 10, 2008 Order which allotted Mattel five (5) hours to depose Mr. Larian on Phase 2 issues. You stated your disagreement with our position, and we both agreed that we were not likely to reach a compromise on this issue.

Sixth, with respect to Mattel's request to depose Ronald Brawer for a second time, we agreed that we would re-visit this issue on Monday and that we would try to ascertain whether Mr. Brawer was still located in London.

Seventh, with respect to Mattel's request for all communications from 1999 to the present between Mr. Larian and Mattel employees, we agreed that I will provide you with MGA's position on this issue on Monday.

Eighth, with respect to your request that MGA and MGA de Mexico identify the persons to be produced responsive to Mattel's Fourth FRCP 30(b)(6) deposition notice to MGA and Mattel's January 9, 2008 FRCP 30(b)(6) deposition notice to MGA de Mexico, you agreed to identify for me the deposition topics and provide me with the deposition notices.

Ninth, with respect your demand that Isaac Larian supplement his production of personal financial records responsive to RFP Nos. 207, 208 and 269 and that MGA supplement its production of financial documents responsive to RFP Nos. 4-37 and 40-45 in Mattel's Second Set of Requests for Production to MGA, you agreed that you would provide me with the actual requests at issue as well as the orders compelling production.

666240

EXHIBIT _A_

PAGE _7_

Jon D. Corey, Esq.
February 6, 2009
Page 3

Tenth, you requested that MGA provide you with the last known address for former MGA employee Shirin Salemnia. You argued MGA has an obligation to provide Ms. Salemnia's last known address stemming from the parties most recent FRCP 26 disclosures. I disagreed and we agreed to revisit this issue on Monday.

Eleventh, we agreed that MGA would serve amended objections to Mattel's deposition notices for Pablo Vargas, Mariana Trueba and Shirin Salemnia, and that such amended objections would maintain all objections related to the invalidity of Mattel's deposition notices but withdraw MGA's objection that the depositions of Vargas, Trueba and Salemnia were barred because they were required to be completed prior to January 31, 2008.

Twelfth, we also agreed to discuss on Monday February 9, 2009, amendments to the parties' stipulation appointing a discovery master. Mattel seeks to do away with the requirement that the parties meet and confer in-person prior to filing discovery motions. MGA requests that the 5 court day deadline to file oppositions to any discovery motions be extended to 8 court days. We will raise these issues with our respective clients.

Please advise me in writing immediately if your understanding of our discussion differs from mine. Thank you very much.

Very truly yours,

Amman Khan
of GLASER, WEIL, FINK, JACOBS
& SHAPIRO, LLP

AMM/rs

cc:   Joel N. Klevens, Esq.
      Jason Russell, Esq.
      Patricia Benson, Esq.

666240

EXHIBIT _____A_____

PAGE _____8_____

**EXHIBIT B**

**Richard Stoll**

| | |
|---|---|
| **From:** | Richard Stoll |
| **Sent:** | Monday, February 09, 2009 12:39 PM |
| **To:** | 'joncorey@quinnemanuel.com' |
| **Cc:** | Amman Khan; Joel Klevens; Benson, Patricia; Russell, Jason D; Nicole Pelletier |
| **Subject:** | Stipulation and Proposed Order re Renewed Motion to Compel |
| **Attachments:** | Stipulation and Proposed Order.pdf |

Jon,

Further to the parties' meet and confer last Friday, please find attached a Stipulation and Proposed Order concerning Mattel's Renewed Motion to Compel Production of Documents, filed on January 26, 2009, and MGA's agreement to produce documents.  Please execute and return as soon as possible.  Thanks.

Rich

**Richard G. Stoll | Glaser, Weil, Fink, Jacobs & Shapiro LLP**
10250 Constellation Boulevard, 19th Floor, Los Angeles, California  90067
main: 310.553.3000 | direct: 310.556.7812 | fax: 310.556.2920 | rstoll@glaserweil.com

This message and any attached documents may contain information from the law firm of Glaser, Weil, Fink, Jacobs & Shapiro, LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

EXHIBIT _____ *B*
PAGE _____ *9*

1   Patricia L. Glaser, State Bar No. 055668
    Joel N. Klevens, State Bar No. 045446
2   GLASER, WEIL, FINK, JACOBS
      & SHAPIRO, LLP
3   10250 Constellation Boulevard, 19th Floor
    Los Angeles, California 90067
4   Telephone: (310) 553-3000
    Facsimile: (310) 556-2920
5
    **Attorneys for MGA ENTERTAINMENT, INC., ISAAC**
6   **LARIAN, MGA ENTERTAINMENT (HK) LIMITED,**
    **and MGAE de MEXICO S.R.L. de C.V.**
7
    John B. Quinn, State Bar No. 090378
8   Michael T. Zeller, State Bar No. 196417
    QUINN EMANUEL URQUHART OLIVER &
9   HEDGES, LLP
    865 South Figueroa Street - 10th Floor
10  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
11  Facsimile: (213) 443-3100

12  Attorneys for Mattel, Inc.

13

14              **UNITED STATES DISTRICT COURT**

15             **CENTRAL DISTRICT OF CALIFORNIA**

16                    **EASTERN DIVISION**

17

18  CARTER BRYANT, an individual,       Case No. CV 04-9049 SGL (RNBx)

19              Plaintiff,               Consolidated with Case No. 04-9059 and
                                         Case No. 05-2727
20        v.
                                         **STIPULATION OF MGA PARTIES**
21  MATTEL, INC., a Delaware            **TO PRODUCE DOCUMENTS**
    Corporation,                         **RESPONSIVE TO MATTEL'S**
22                                       **JANUARY 26, 2009 RENEWED**
              Defendant.                 **MOTION TO COMPEL**
23                                       **PRODUCTION OF DOCUMENTS,**
                                         **AND FOR MATTEL TO**
24  AND CONSOLIDATED CASES             **WITHDRAW ITS MOTION; AND**

25                                       **[PROPOSED] ORDER**

26

27

28
                                         EXHIBIT ___B___

                                         PAGE ___10___
666411

1     WHEREAS, on January 26, 2009, Mattel, Inc. filed its Renewed

2    Motion to Compel Production of Documents and Things By MGA Entertainment,

3    Inc. (the "Renewed Motion"), which sought production of documents responsive to

4    Document Request No. 48 (from Mattel's First Set of Requests for Production), and

5    Request Nos. 43-75 and 87-88 (from Mattel's Third Set of Requests for

6    Production);

7     WHEREAS, thereafter on February 6, 2009, counsel for Mattel, Inc.

8    and counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., MGAE

9    de México, S.R.L. de C.V., and Isaac Larian (the "MGA Parties") met and

10    conferred on the Document Requests at issue in Mattel's Renewed Motion,

11     WHEREAS, out of these meet and confer efforts, the MGA Parties

12    agreed to produce within thirty (30) days: (1) all non-privileged documents

13    responsive to Request No. 48 (First Set) for the twelve individuals identified by

14    Mattel in its Renewed Motion; (2) all non-privileged documents responsive to

15    Request Nos. 43-55 (Third Set) concerning "Scooter Samantha"; (3) all non-

16    privileged documents responsive to Request Nos. 56-72 (Third Set) concerning

17    "Space Babes"; and (4) all non-privileged documents responsive to Request Nos.

18    73-75 (Third Set) concerning Scot Reyes.

19     NOW, THEREFORE, the MGA Parties and Mattel, Inc., by and

20    through their respective counsel of record, and subject to the Discovery Master's

21    approval, hereby stipulate and agree that:

22     As detailed above, the MGA Parties shall produce on March 9, 2009,

23    all non-privileged documents responsive to (1) Request No. 48 (First Set) for the

24    twelve individuals identified by Mattel in its Renewed Motion, (2) Request Nos.

25    43-55 (Third Set), (3) Request Nos. 56-72 (Third Set), and (4) Request Nos. 73-75

26    (Third Set).

27     It is further stipulated and agreed that Mattel, Inc. shall take its

28    Renewed Motion (currently pending before the Discovery Master) off-calendar.

666411                       - 2 -            STIPULATION RE MATTEL'S JANUARY
26, 2009 RENEWED MOTION TO COMPEL

EXHIBIT __B__

PAGE __11__

1

2          IT IS SO STIPULATED.

3     Dated:      February 9, 2009         GLASER, WEIL, FINK, JACOBS &
                                           SHAPIRO, LLP
4

5

6                                          By:_____
                                                 Amman Khan
7                                          Attorneys for MGA Entertainment, Inc.,
                                           MGA Entertainment (HK) Ltd., MGAE
                                           de México, S.R.L. de C.V. and Isaac
8                                          Larian

9     Dated:      February 9, 2009         QUINN EMANUEL URQUHART
                                           OLIVER & HEDGES, LLP
10

11

12                                         By:_____
                                                 Jon D. Corey
13                                         Attorneys for Mattel, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

666411                        - 3 -           STIPULATION RE MATTEL'S JANUARY
                                               26, 2009 RENEWED MOTION TO COMPEL

EXHIBIT   B
PAGE     12

1

2                           **[PROPOSED] ORDER**

3          The foregoing stipulation concerning the MGA Parties' production of

4   documents and Mattel, Inc.'s Renewed Motion is GRANTED as follows:

5

6          1.      The MGA Parties shall produce all non-privileged documents

7   responsive to Document Request No. 48 (First Set), and Request Nos. 43-75 (Third

8   Set), by March 9, 2009; and

9          2.      Mattel, Inc.'s Renewed Motion to Compel Production of

10  Documents and Things, filed on January 26, 2009, is off-calendar.

11

12          IT IS SO ORDERED.

13

14  Dated: _____          _____

15                                            Robert C. O'Brien
                                              Discovery Master
16

17

18

19

20

21

22

23

24

25

26

27

28

666411                              - 4 -          STIPULATION RE MATTEL'S JANUARY
                                                   26, 2009 RENEWED MOTION TO COMPEL

EXHIBIT   _B_

PAGE   _13_

**EXHIBIT C**

LAW OFFICES

# GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD

NINETEENTH FLOOR

LOS ANGELES, CALIFORNIA 90067

(310) 553-3000

FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7868
EMAIL: AKHAN@GLASERWEIL.COM

March 10, 2009

**III** MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND FACSIMILE**

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
   OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

      Re:    *Bryant v. Mattel, Inc. and Consolidated Actions*
              U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

      Further to our discussions of February 6, 2009 and March 9, 2009, I will forward a new disk with MGA's supplemental document production to you tomorrow (March 11, 2009). We attempted to deliver a disk to you yesterday, on March 9, 2009, but the security guard at your building did not grant our messenger access to your office. After we left messages for you and your colleagues yesterday evening around 6:00 p.m. to inform you that our messenger was in your building lobby, we were subsequently alerted that due to processing errors, the disc contained some non-responsive attorney-client emails. Rather than produce the documents today and issue a claw back letter, we are having the disc reproduced with the correct documents and will provide you with the disc tomorrow. Thanks for your cooperation.

                    Very truly yours,

                    Amman Khan
      of GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

AMM/rs

cc:    Joel N. Klevens, Esq.
       Jason Russell, Esq.
       Patricia Benson, Esq.

669642

EXHIBIT   C

PAGE   14

# EXHIBIT D

LAW OFFICES

# GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD

NINETEENTH FLOOR

LOS ANGELES, CALIFORNIA 90067

(310) 553-3000

FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

March 11, 2009

TIT MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND HAND DELIVERY**

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
  OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

   Re: *Bryant v. Mattel, Inc. and Consolidated Actions*
     U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

   Enclosed is a disk containing the MGA Parties' production of documents responsive to Request for Production No. 48 (Set One), and Request Nos. 43-75 (Set Three). These documents are being produced pursuant to the agreement reached during the parties' February 6, 2009 meet and confer session.

   MGA will be producing additional documents on Friday, March 13, 2009. MGA is making separate productions in an effort to produce as many documents now rather than later. The separate productions are needed in order to produce the documents as single image TIFF files accompanied with the Concordance load files. There is simply a massive amount of documents, extra days are needed to electronically format the documents as required by the parties' production protocol. Also, in order to produce as many documents to you as quickly as possible, some of the Excel spreadsheets contained on the disc are being produced in their native format.

   Please be advised further that there are doll samples that are responsive to the Requests for Production. We will make these product samples available for inspection by Mattel. Please call me to arrange an inspection time that is convenient for both parties.

       Very truly yours,

       Amman Khan
    of GLASER, WEIL, FINK, JACOBS
      & SHAPIRO, LLP

669825

EXHIBIT _D_

PAGE _15_

Jon D. Corey, Esq.
March 11, 2009
Page 2


AMM/rs

cc:    Joel N. Klevens, Esq.
        Jason Russell, Esq.
        Patricia Benson, Esq.

EXHIBIT _D_

PAGE _16_

**EXHIBIT E**

LAW OFFICES

# GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

March 13, 2009

ᵢᵢᵢ MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND HAND DELIVERY**

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
    OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

> Re:   *Bryant v. Mattel, Inc. and Consolidated Actions*
>        U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

   Enclosed is an additional disk containing the MGA Parties' further production of documents responsive to Request for Production No. 48 (Set One), and Request Nos. 43-75 (Set Three). These documents are being produced pursuant to the agreement reached during the parties' February 6, 2009 meet and confer session.

   MGA will be producing additional documents on Monday, March 16, 2009. MGA is making separate productions in an effort to produce as many documents now rather than later. The separate productions are needed in order to produce the documents as single image TIFF files accompanied with the Concordance load files. There is simply a massive amount of documents, extra days are needed to electronically format the documents as required by the parties' production protocol.

                    Very truly yours,

                    *Amman Khan*

                    Amman Khan
               of GLASER, WEIL, FINK, JACOBS
                    & SHAPIRO, LLP

AMM/rs

cc:   Joel N. Klevens, Esq.
      Jason Russell, Esq.
      Patricia Benson, Esq.

670075

EXHIBIT  *E*

PAGE  *17*

**EXHIBIT F**

LAW OFFICES

# GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD

NINETEENTH FLOOR

LOS ANGELES, CALIFORNIA 90067

(310) 553-3000

FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

March 17, 2009

Ⅲ MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND HAND DELIVERY**

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
   OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

      Re:    *Bryant v. Mattel, Inc. and Consolidated Actions*
               U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

      Enclosed is an additional disk containing the MGA Parties' further production of documents responsive to Request for Production No. 48 (Set One), and Request Nos. 43-75 (Set Three). These documents are being produced pursuant to the agreement reached during the parties' February 6, 2009 meet and confer session.

      MGA will be producing additional documents on Thursday, March 19, 2009. MGA is making separate productions in an effort to produce as many documents now rather than later. The separate productions are needed in order to produce the documents as single image TIFF files accompanied with the Concordance load files. There is simply a massive amount of documents, extra days are needed to electronically format the documents as required by the parties' production protocol.

                    Very truly yours,

                    *Amman Khan*

                    Amman Khan
            of GLASER, WEIL, FINK, JACOBS
                   & SHAPIRO, LLP

AMM/rs

cc:     Joel N. Klevens, Esq.
        Jason Russell, Esq.
        Patricia Benson, Esq.

670423

EXHIBIT _____ A _____

PAGE _____ 18 _____

**EXHIBIT G**

LAW OFFICES

# GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD

NINETEENTH FLOOR

LOS ANGELES, CALIFORNIA 90067

(310) 553-3000

FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

March 19, 2009

☰ MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND HAND DELIVERY**

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
   OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

> Re:     *Bryant v. Mattel, Inc. and Consolidated Actions*
>           U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

Enclosed is an additional disk containing the MGA Parties' further production of documents responsive to Request for Production No. 48 (Set One), and Request Nos. 43-75 (Set Three). These documents are being produced pursuant to the agreement reached during the parties' February 6, 2009 meet and confer session.

MGA will be producing additional documents on Monday, March 23, 2009. MGA is making separate productions in an effort to produce as many documents now rather than later. The separate productions are needed in order to produce the documents as single image TIFF files accompanied with the Concordance load files. There is simply a massive amount of documents, extra days are needed to electronically format the documents as required by the parties' production protocol.

                    Very truly yours,

                    *Amman Khan*

                    Amman Khan
                    of GLASER, WEIL, FINK, JACOBS
                    & SHAPIRO, LLP

AMM/rs

cc:     Joel N. Klevens, Esq.
        Jason Russell, Esq.
        Patricia Benson, Esq.

670713

EXHIBIT ___G___

PAGE ___19___

**EXHIBIT H**

LAW OFFICES

# GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD

NINETEENTH FLOOR

LOS ANGELES, CALIFORNIA 90067

(310) 553-3000

FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

March 23, 2009

ᵀᵢᵢ MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND HAND DELIVERY**

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
   OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Re:   *Bryant v. Mattel, Inc. and Consolidated Actions*
      U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

Enclosed are three additional disks containing the MGA Parties' further production of documents responsive to Request for Production No. 48 (Set One), and Request Nos. 43-75 (Set Three). These documents are being produced pursuant to the agreement reached during the parties' February 6, 2009 meet and confer session.

As we agreed in our March 17, 2009 letter, one of the included discs contains color JPEG images of various photographs that may have appeared unclear in our March 11, 2009 production. These JPEG images bear the same Bates Numbers as the prior versions.

MGA will be producing additional documents on Wednesday, March 25, 2009. MGA is making separate productions in an effort to produce as many documents now rather than later. The separate productions are needed in order to produce the documents as single image TIFF files accompanied with the Concordance load files. There is simply a massive amount of documents, extra days are needed to electronically format the documents as required by the parties' production protocol.

Very truly yours,

*Amman Khan*

Amman Khan
of GLASER, WEIL, FINK, JACOBS
& SHAPIRO, LLP

AMM/rs

671037

EXHIBIT ___H___

PAGE ___20___

Jon D. Corey, Esq.
March 23, 2009
Page 2


cc:    Joel N. Klevens, Esq.
       Jason Russell, Esq.
       Patricia Benson, Esq.

671037

EXHIBIT ___H___

PAGE ___21___

**EXHIBIT I**

LAW OFFICES

# GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD

NINETEENTH FLOOR

LOS ANGELES, CALIFORNIA 90067

(310) 553-3000

FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

March 25, 2009

ΤΤΤ MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND HAND DELIVERY**

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
   OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Re:    *Bryant v. Mattel, Inc. and Consolidated Actions*
       U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

Enclosed is an additional disk containing the MGA Parties' further production of documents responsive to Request for Production No. 48 (Set One), and Request Nos. 43-75 (Set Three) (Bates Numbered MGA2 0027734 – 0035633). These documents are being produced pursuant to the agreement reached during the parties' February 6, 2009 meet and confer session.

MGA will be producing additional documents on Friday, March 27, 2009. MGA is making separate productions in an effort to produce as many documents now rather than later. The separate productions are needed in order to produce the documents as single image TIFF files accompanied with the Concordance load files. There is simply a massive amount of documents, extra days are needed to electronically format the documents as required by the parties' production protocol.

Very truly yours,

*Amman Khan*

Amman Khan
of GLASER, WEIL, FINK, JACOBS
& SHAPIRO, LLP

AMM/rs

cc:    Joel N. Klevens, Esq.
       Jason Russell, Esq.
       Patricia Benson, Esq.

671263

EXHIBIT ___I___

PAGE ___22___

**EXHIBIT J**

LAW OFFICES

## GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD

NINETEENTH FLOOR

LOS ANGELES, CALIFORNIA 90067

(310) 553-3000

FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

March 27, 2009

III MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND HAND DELIVERY**

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
  OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

      Re:    *Bryant v. Mattel, Inc. and Consolidated Actions*
               U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

      Enclosed is an additional disk containing the MGA Parties' further production of documents responsive to Request for Production No. 48 (Set One), and Request Nos. 43-75 (Set Three) (Bates Numbered MGA2 0035634 – 0039084). These documents are being produced pursuant to the agreement reached during the parties' February 6, 2009 meet and confer session.

      MGA will be producing additional documents on Monday, March 30, 2009. MGA is making separate productions in an effort to produce as many documents now rather than later. The separate productions are needed in order to produce the documents as single image TIFF files accompanied with the Concordance load files. There is simply a massive amount of documents, extra days are needed to electronically format the documents as required by the parties' production protocol.

                  Very truly yours,

                  Amman Khan
        of GLASER, WEIL, FINK, JACOBS
              & SHAPIRO, LLP

AMM/rs

cc:    Joel N. Klevens, Esq.
       Jason Russell, Esq.
       Patricia Benson, Esq.

671562

EXHIBIT ___J___

PAGE ___23___

**EXHIBIT K**

LAW OFFICES

# GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

April 2, 2009

ⅲ MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND HAND DELIVERY**

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
   OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Re:   *Bryant v. Mattel, Inc. and Consolidated Actions*
      U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

Enclosed is an additional disk containing the MGA Parties' further production of documents responsive to Request for Production No. 48 (Set One), and Request Nos. 43-75 (Set Three) (Bates Numbered MGA2 0039085 – 0040153).  These documents are being produced pursuant to the agreement reached during the parties' February 6, 2009 meet and confer session.

MGA will be producing additional documents on Monday, April 6, 2009, which will complete the production.

Very truly yours,

Amman Khan
of GLASER, WEIL, FINK, JACOBS
& SHAPIRO, LLP

AMM/rs

cc:   Joel N. Klevens, Esq.
      Jason Russell, Esq.
      Patricia Benson, Esq.

672035

EXHIBIT  K
PAGE   24

**EXHIBIT L**

LAW OFFICES

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD

NINETEENTH FLOOR

LOS ANGELES, CALIFORNIA 90067

(310) 553-3000

FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

April 6, 2009

MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND HAND DELIVERY**

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
    OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

    Re:    *Bryant v. Mattel, Inc. and Consolidated Actions*
           U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

        Enclosed is an additional disk containing the MGA Parties' further production of documents responsive to Request for Production No. 48 (Set One), and Request Nos. 43-75 (Set Three) (Bates Numbered MGA2 0040154 – 0047688). These documents are being produced pursuant to the agreement reached during the parties' February 6, 2009 meet and confer session. MGA has now voluntarily produced over 47,000 documents responsive to these requests.

        There are a handful of sketches related to Space Babes that MGA will produce by the end of the week. Other than these sketches MGA's production is now complete.

                        Very truly yours,

                        *Amman Khan*
                        Amman Khan
                        of GLASER, WEIL, FINK, JACOBS,
                        HOWARD & SHAPIRO, LLP

AMM/rs

cc:    Joel N. Klevens, Esq.
       Jason Russell, Esq.
       Patricia Benson, Esq.

672035

EXHIBIT   L
PAGE   25

**EXHIBIT M**

LAW OFFICES

## GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD

NINETEENTH FLOOR

LOS ANGELES, CALIFORNIA 90067

(310) 553-3000

FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

April 10, 2009

MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND HAND DELIVERY**

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
   OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Re:   *Bryant v. Mattel, Inc. and Consolidated Actions*
      U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

Enclosed is an additional disk containing the MGA Parties' further production of documents responsive to Request for Production No. 48 (Set One), and Request Nos. 43-75 (Set Three) (Bates Numbered MGA2 0047689 – 0047758). These documents are being produced pursuant to the agreement reached during the parties' February 6, 2009 meet and confer session.

MGA has now produced all documents and offered up for inspection all tangible items responsive to Mattel's Requests. Thanks for your cooperation.

Very truly yours,

*Amman Khan*

Amman Khan
of GLASER, WEIL, FINK, JACOBS,
HOWARD & SHAPIRO, LLP

AMM/rs

cc:   Joel N. Klevens, Esq.
      Jason Russell, Esq.
      Patricia Benson, Esq.

EXHIBIT ___M___
PAGE ___26___

672728

# EXHIBIT N

LAW OFFICES

GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7812
EMAIL: RSTOLL@GLASERWEIL.COM

March 19, 2009

ᴍ MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND FACSIMILE**

Diane C. Hutnyan, Esq.
QUINN, EMANUEL, URQUHART,
   OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Re:   *Bryant v. Mattel, Inc. and Consolidated Actions*
      U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Diane:

   I am writing to memorialize our conversation earlier today concerning MGA's offer to make Scooter Samantha doll samples available for inspection that are responsive to Mattel's Requests for Production. As we discussed, MGA will make the doll samples available in our offices. Please let me know what time on either the afternoons of March 26 or March 27 that Mattel will be able to inspect the samples.

                    Very truly yours,

                    Richard Stoll
              for GLASER, WEIL, FINK, JACOBS
                    & SHAPIRO, LLP

RGS/yc

cc:   Joel N. Klevens, Esq.
      Jason Russell, Esq.
      Patricia Benson, Esq.

670761

EXHIBIT____N____
PAGE____27____

**EXHIBIT O**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

March 25, 2009

**VIA ELECTRONIC MAIL AND FAX**

Richard Stoll, Esq.
Glaser, Weil, Fink, Jacobs & Shapiro LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067

Re:     Mattel v. MGA Entertainment, Inc., et al.

Dear Mr. Stoll:

As you know, Mattel withdrew its Motion To Compel as to Request Nos. 45-47 and 58-59 of
Mattel's Third Set of Requests For Documents and Things in exchange for MGA's promise that it
would promptly produce all materials responsive to those requests.

Now, based on our conversation and your letter of March 19, 2009, it appears that MGA plans to
produce something less than all materials responsive to those five requests.

Please confirm, in writing, by the close of business tomorrow, a date certain as to when MGA
will produce for inspection all responsive items. If MGA will not promptly produce all
responsive materials for inspection, we will renew our motion to compel MGA to do so and seek
sanctions.

Very truly yours,

Diane C. Hutnyan

cc:     Amman Khan, Esq.

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712

EXHIBIT ___O___

PAGE ___28___

**EXHIBIT P**

LAW OFFICES

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7812
EMAIL: RSTOLL@GLASERWEIL.COM

April 3, 2009

ttt MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND FACSIMILE**

Diane C. Hutnyan, Esq.
QUINN, EMANUEL, URQUHART,
   OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

      Re:   *Bryant v. Mattel, Inc. and Consolidated Actions*
             U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Diane:

       This responds to your March 25, 2009 letter and is in furtherance of my March 19 letter to you as well as our telephone conversation that same day in which I offered to make doll samples available for Mattel's inspection in our offices at your convenience. As you know I offered either the afternoon of March 26 or 27, 2009 for such inspection to take place. You refused to come and inspect the doll samples. Despite your refusal, MGA will again make the Scooter Samantha doll samples, as well as various Space Babes doll prototype parts, available for Mattel's inspection any time next week that is convenient for you.

       With regard to the false statements in your March 25, 2009 letter, Mattel did not withdraw its January 26, 2009 Renewed Motion to Compel as you claim. In fact, Mattel proceeded with the motion despite MGA's agreement to produce the documents. Indeed this is the same Renewed Motion that Mattel filed without ever meeting and conferring with our firm prior to filing on January 26.

       Any claim that MGA has failed to produce the documents it agreed to produce is utterly false. MGA has now produced over 95% of the documents responsive to the document requests at issue in the January 26, 2009 Renewed Motion, and the remainder will be produced to Mattel on Monday, April 13, 2009, as my April 2 letter to Jon Corey made clear. Moreover, we offered up for inspection all doll samples in MGA's possession that are responsive to Request Nos. 45-47 and 58-59 and you refused to inspect them.

       Furthermore, your demand that MGA respond to your meet and confer letter within 24-hours contravenes the meet and confer procedures established by the Stipulated Discovery Master Order and is unprofessional.

672204

EXHIBIT ___P___

PAGE ___29___

Diane C. Hutnyan, Esq.
April 3, 2009
Page 2


It has also come to my attention that Mattel has filed (but not yet served) some sort of motion to compel regarding the document requests covered by the Renewed Motion, despite the fact that MGA has already produced 95% of the documents and has already informed you that the remaining 5% of the production will be complete in just three days.

Lastly, your March 25 letter purports to copy Amman Khan of this firm.  However, you neither faxed nor emailed your letter to Mr. Khan.

Please confirm by the close of business on Monday that Mattel is withdrawing its motion or we will have no choice but to seek sanctions.



Very truly yours,

Richard Stoll
for GLASER, WEIL, FINK, JACOBS,
HOWARD & SHAPIRO, LLP


RGS/yc

cc:     Joel N. Klevens, Esq.
        Jason Russell, Esq.
        Patricia Benson, Esq.


672204

EXHIBIT _____ P

PAGE _____ 30

**EXHIBIT Q**

LAW OFFICES

## GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7812
EMAIL: RSTOLL@GLASERWEIL.COM

April 4, 2009

ᴍ MERITAS LAW FIRMS WORLDWIDE

**VIA FACSIMILE**

Diane C. Hutnyan, Esq.
QUINN, EMANUEL, URQUHART,
  OLIVER & HEDGES, LLP
865 South Figueroa Street, 10ᵗʰ Floor
Los Angeles, CA 90017-2543

     Re:   *Bryant v. Mattel, Inc. and Consolidated Actions*
            U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Diane:

     Contrary to the assertions in your April 3, 2009 letter, I have never stated that MGA was producing anything less than all responsive and non-privileged documents and all doll samples responsive to Request Nos. 43-75 of Mattel's Third Set of Requests for Production. Nowhere in my March 19, 2009 or April 3, 2009 letters to you did I state to the contrary. Nor did I make any such representation during our March 19, 2009 telephone discussion. I challenge you to state in a declaration under penalty of perjury that I ever represented that MGA was refusing to produce all responsive documents and items.

     Let me be clear. MGA is producing all documents and items responsive to Mattel's document requests. Indeed, MGA has already produced nearly all responsive documents, and will be complete with its production on Monday. Further, we have offered up for inspection *all* responsive doll samples.

     As you know, Mattel's RFP No. 58, seeks samples of dolls that "ha[ve] been sold as or under the name Space Babes or as part of the Space Babes line." When you inquired about Space Babes samples during our March 19 call I informed you that this product had never gone to market, thus there are no samples responsive to RFP. No. 58. In order to avoid another needless Mattel discovery motion, after our March 19 call I inquired further about any prototypes that relate to Space Babes and we now have in our offices ready for your inspection various Space Babes doll prototype parts as I informed you yesterday. It is preposterous to suggest that this in any way demonstrates a plan by MGA to not produce all responsive items.

672219

EXHIBIT   *Q*
PAGE   *31*

Diane C. Hutnyan, Esq.
April 4, 2009
Page 2

      Have a nice weekend.


               Very truly yours,

               Richard Stoll
       for GLASER, WEIL, FINK, JACOBS,
          HOWARD & SHAPIRO, LLP

RGS/yc

cc:    Joel N. Klevens, Esq.
       Jason Russell, Esq.
       Patricia Benson, Esq.

EXHIBIT __Q__
PAGE __32__

<table>
<tr>
<td>

LAW OFFICES

**GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO,
LLP**

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067

𝔐 MERITAS LAW FIRMS WORLDWIDE

</td>
<td>

**FAX TRANSMISSION**

</td>
</tr>
</table>

| | |
|---|---|
| **FAX TRANSMISSION** | |
| TELEPHONE NO.: (310) 553-3000 | |
| FACSIMILE NO.:   (310) 556-2920 | |

FROM:   **Richard Stoll**

DATE:   **April 4, 2009**

Number of Pages:   **3**
(including this page)

Client Reference No.:   03460-023

TO:                                           FAX NO.:                    CONFIRMATION NO:

**Diane C. Hutnyan, Esq.**              **(213) 443-3100**        **(213) 443-3000**

**Sender's Comments:**
Please see attached.

**If you have received this Transmission in error, please call:  (310) 553-3000 and mail it to the
above address.  Thank you.**

NOTE:  THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE
DESIGNATED RECIPIENTS NAMED ABOVE.   THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND, AS SUCH, IS
PRIVILEGED AND CONFIDENTIAL.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT; YOU ARE HEREBY NOTIFIED
THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS
MESSAGE IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY
TELEPHONE AND RETURN THE ORIGINAL MESSAGE BY MAIL.  THANK YOU.

EXHIBIT   _Q_

PAGE   _33_

Confirmation Report — Memory Send

Page       : 001
Date & Time: 04-04-09   08:09pm
Line 1     : 310-556-2920
Machine ID : GLASER WEIL

| | | |
|---|---|---|
| Job number | : | 554 |
| Date | : | 04-04  08:08pm |
| To | : ☎12134433100 | |
| Number of pages | : | 003 |
| Start time | : | 04-04  08:08pm |
| End time | : | 04-04  08:09pm |
| Pages sent | : | 003 |
| Status | : | OK |

Job number     : 554          *** SEND SUCCESSFUL ***

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TIT MERITAS LAW FIRMS WORLDWIDE

FAX TRANSMISSION

TELEPHONE NO.: (310) 553-3000
FACSIMILE NO.: (310) 556-2920

Number of Pages:                    3
(Including this page)

FROM:   Richard Stoll

DATE:      April 4, 2009

Client Reference No.:   0346.0-023

TO:                                              FAX NO.:                    CONFIRMATION NO.:

Diane C. Hutnyan, Esq.            (213) 443-3100           (213) 443-3000

Sender's Comments:
Please see attached.

If you have received this Transmission in error, please call:  (310) 553-3000 and mail i: to the above address.  Thank you.

NOTE: THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE.  THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND, AS SUCH, IS PRIVILEGED AND CONFIDENTIAL.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE BY MAIL.  THANK YOU.

EXHIBIT ___Q___
PAGE ___34___

**EXHIBIT R**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3666

WRITER'S INTERNET ADDRESS
dianehutnyan@quinnemanuel.com

April 6, 2009

**VIA FACSIMILE AND E-MAIL**
**310-556-2920**

Richard Stoll, Esq.
Glaser, Weil, Fink, Jacobs, Howard & Shapiro,
LLP
10250 Constellation Boulevard
Nineteenth Floor
Los Angeles, California 90067

Re:    Bryant v. Mattel, Inc. and Consolidated Actions, U.S.D.C. Eastern Division, Case No.
       CV04-09059 SJL (RNBx)

Dear Richard:

Thank you for your letter of April 4. If MGA is as forthcoming as you seem to be suggesting, then it will have no trouble signing the attached stipulation, which requires the production of all documents and other tangible items responsive to Request No. 48 of the First Set and Request Nos. 43-75 of the Third Set of Requests for Production of Documents and Things.

If we are able to obtain a signed order by Friday, we will withdraw the motion and not pursue sanctions against MGA. However, if there is not a signed order on file by Friday, and Mattel is forced to prepare and file a reply brief, it will pursue the motion and the sanctions request against MGA.

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
07209/2871244 FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712

EXHIBIT _____R_____

PAGE _____35_____

Richard Stoll, Esq.
April 6, 2009

I look forward to your prompt response.

Sincerely,

Diane C. Hutnyan

DH:dh
07209/2871244.1

cc: Jason Russell, Esq.

Attachment

07209/2871244.1                                     2

EXHIBIT ___R___
PAGE ___36___

**PROOF OF SERVICE**

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, Nineteenth Floor, Los Angeles, California 90067.

On April 10, 2009, I served the foregoing document described as:

**DECLARATION OF RICHARD STOLL IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL, INC.'S 4/3/09 MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AS CALLED FOR BY MATTEL'S FIRST SET OF RFPS NO. 48, AND THIRD SET OF RFPS NOS. 43 THROUGH 75**

on the interested parties to this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☐ (BY MAIL)  I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California.  Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ (BY OVERNIGHT DELIVERY SERVICE)  I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows.  I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☒ (BY PERSONAL SERVICE)  I caused such envelope to be delivered by hand to the offices of the above named addressee.

☒ (BY EMAIL)  I caused such documents to be delivered via email to the addressee(s).

☐ (BY FACSIMILE)  I caused such documents to be delivered via facsimile to the offices of the addressee(s) at the following facsimile number:

Executed this 10th day of April, 2009, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Yumi Chung*

YUMI CHUNG

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

672506

**PROOF OF SERVICE**

1

## SERVICE LIST

2 Robert C. O'Brien
Discovery Master
3 Arent Fox LLP
555 West 5th St., Suite 4800
4 Los Angeles, CA 90013
**[By Personal Service]**

5

6 John Quinn, Esq.
(johnquinn@quinnemanuel.com)
Jon D. Corey, Esq.
7 (joncorey@quinnemanuel.com)
Michael T. Zeller, Esq.
8 (michaelzeller@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver & Hedges, LLP
9 865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
10 **[By Email Service]**

11 Russell J. Frackman, Esq.
(rjf@msk.com)
12 Patricia H. Benson, Esq.
(phb@msk.com)
13 Mitchell, Silberberg & Knupp, LLP
11377 W. Olympic Blvd.
14 Los Angeles, CA 90067
(310) 312-2000
15 **[By Email Service]**

16 Thomas J. Nolan, Esq.
(tnolan@skadden.com)
17 Raoul D. Kennedy, Esq.
(rkennedy@skadden.com)
18 Jason D. Russell, Esq.
(Jason.russell@skadden.com)
19 Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
20 Los Angeles, CA 90071-3144
(213) 687-5000
21 **[By Email Service]**

22 Mark E. Overland, Esq.
moverland@obsklaw.com
23 Alexander H. Cote, Esq.
acote@obsklaw.com
24 Overland Borenstein Scheper & Kim LLP
601 W. 5th Street, 12th Floor
25 Los Angeles, CA 90017
**[By Email Service]**

26

27

28

672506

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

**PROOF OF SERVICE**