QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 REGARDING MOTION OF MATTEL, INC., TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA.<br><br>Date:   TBD<br>Time:  10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 2:**<br>Discovery Cutoff:       Dec. 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial:                          March 23, 2010 |

07975/2881698.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following declarations with the Court in support of its Motion Objecting to Portions of Discovery Master Order No. 11 Regarding Motion of Mattel, Inc. to Compel Depositions of Pablo Vargas and Mariana Trueba:

1. Corrected Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion to Compel Depositions of Pablo Vargas and Mariana Trueba; and Request for Sanctions dated February 24, 2009; and

2. Supplemental Declaration of Michael T. Zeller in Support of Reply in Support of Mattel, Inc.'s Motion to Compel Depositions of Pablo Vargas and Mariana Trueba; and Request for Sanctions, dated February 19, 2009.

3. Mattel, Inc.'s Second Amended Answer in Case No. 05-2727 and Counterclaims, Volumes 1 and 2, dated July 12, 2007.

DATED: April 13, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/
Scott B. Kidman
Attorneys for Mattel, Inc.