QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**Hon. Stephen G. Larson**<br><br>**PROOF OF SERVICE**<br><br>Hearing Date:　June 1, 2009<br>Time:　　　　　10:00 a.m.<br>Place:　　　　　Courtroom 1<br><br>**Phase 2**<br><br>Discovery Cut-off:　December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date:　　　　　March 23, 2010 |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On April 13, 2009, I served true copies of the following document(s) described as

1. MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 REGARDING MOTION OF MATTEL, INC. TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; MEMORANDUM OF POINTS AND AUTHORITIES;
2. DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 REGARDING MOTION OF MATTEL, INC. TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA;
3. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 REGARDING MOTION OF MATTEL, INC. TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; AND (2) EXHIBITS 4-7 TO THE DECLARATION OF SCOTT B. KIDMAN IN SUPPORT THEREOF;
4. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 REGARDING MOTION OF MATTEL, INC. TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; AND (2) EXHIBITS 4-7 TO THE DECLARATION OF SCOTT B. KIDMAN IN SUPPORT THEREOF

on the parties in this action as follows:

| | |
|---|---|
| Russell J. Frackman, Esq.<br>**Mitchell Silberberg**<br>11377 West Olympic Blvd.<br>Los Angeles, CA 90064<br>Tel: (310) 312-3119<br>Fax: (310) 231-8319<br>*Attorneys for *the MGA Parties* | Patricia L. Glaser, Esq.<br>Amman A. Khan, Esq.<br>**Glaser Weil Fink Jacobs & Shapiro LLP**<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 553-3000<br>Fax: (310) 556-2920<br>*Attorneys for *the MGA Parties* |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 13, 2009, at Los Angeles, California.

/s/ Mario Sandoval
Mario Sandoval

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On April 13, 2009, I served true copies of the following document(s) described as

1. MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 REGARDING MOTION OF MATTEL, INC. TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; MEMORANDUM OF POINTS AND AUTHORITIES;
2. DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 REGARDING MOTION OF MATTEL, INC. TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA;
3. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 REGARDING MOTION OF MATTEL, INC. TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; AND (2) EXHIBITS 4-7 TO THE DECLARATION OF SCOTT B. KIDMAN IN SUPPORT THEREOF;
4. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 REGARDING MOTION OF MATTEL, INC. TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; AND (2) EXHIBITS 4-7 TO THE DECLARATION OF SCOTT B. KIDMAN IN SUPPORT THEREOF.

on the parties in this action as follows:

| | |
|---|---|
| Jason Russell, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Tel: (213) 687-5000<br>Fax: (213) 687-5600<br>*Attorneys for *the MGA Parties* | Mark E. Overland, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim LLP**<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 613-4655<br>Fax: (213) 613-4656<br>*Attorneys for *Carlos Gustavo Machado Gomez* |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 13, 2009, at Los Angeles, California.

/s/ Steve Kaiser
STEVE KAISER

07975/2829282.1