QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>       vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**[PROPOSED] ORDER RE MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 REGARDING MOTION OF MATTEL, INC. TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA**<br><br>**Phase 2**<br><br>Hearing Date:   June 1, 2009<br>Time:                 10:00 a.m.<br>Place:                Courtroom 1 |

# **[PROPOSED] ORDER**

The Court having considered Mattel, Inc.'s Motion Objecting to Portions of Discovery Master Order No. 11 Regarding the Motion of Mattel, Inc. to Compel the Depositions of Pablo Vargas and Mariana Trueba, and all other papers in support thereof, and all opposition and reply papers submitted in connection therewith;

HEREBY GRANTS Mattel, Inc.'s Motion Objecting to Portions of Discovery Master Order No. 11 Regarding the Motion of Mattel, Inc. to Compel the Depositions of Pablo Vargas and Mariana Trueba in its entirety.  The Court HEREBY ORDERS that (1) the portions of Discovery Master Order No. 11 regarding the Motion of Mattel, Inc. to the Compel Depositions of Pablo Vargas and Mariana Trueba are OVERRULED, and (2) Pablo Vargas and Mariana Trueba are to appear for deposition in Los Angeles within fourteen (14) days of the date of this Order.

IT IS SO ORDERED.

DATED:                      , 2009

_____
Hon. Stephen G. Larson
United States District Judge

00505.07209/2883081.1

Case No. CV 04-9049 SGL (RNBx)
[PROPOSED] ORDER