Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>        v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant. | Case No.  CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 16, REGARDING:**<br><br>   **CONTINUANCE OF HEARING ON MATTEL MOTION** |
| CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

The Discovery Master hereby **GRANTS** the request of counsel for Mattel, Inc. ("Mattel") and MGA Entertainment, Inc. to reschedule the hearing on Mattel's Motion For Order Compelling Production Of Communications Made In Furtherance Of Crimes And Frauds And As To Which MGA Has Waived Attorney-Client Privilege (the "Motion"). The hearing on the Motion, which was previously set for May 20, 2009, is hereby continued to June 2, 2009 at 10:00 a.m. at the offices of Arent Fox LLP.

Dated: April 13, 2009

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master