RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000 Facsimile: (310) 312-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual

PLAINTIFF(S)

v.

MATTEL, INC., a Delaware corporation

DEFENDANT(S).

CASE NUMBER:
CV 04-9049 SGL (RNBx)

NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Exhibits E and L to Declaration of Jean Pierre Nogues In Support of MGA'S Supplemental Opposition to Mattel's Renewed Motion Objecting to Discovery Master's February 15, 2008 Order; Application to File Under Seal; Proposed Order

**Document Description:**
☐ Administrative Record
☒ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☒ Other Application to File Under Seal and Proposed Order

**Reason:**
☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

April 15, 2009
Date

Jean Pierre Nogues
Attorney Name

MGA Parties
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)     NOTICE OF MANUAL FILING     American LegalNet, Inc.
www.FormsWorkflow.com