Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>        v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 18, REGARDING:**<br><br>    **CONTINUANCE OF HEARING ON MATTEL MOTION** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

ORDER NO. 18
[Case No. CV 04-09049 SGL (RNBx)]

1  The Discovery Master hereby **GRANTS** the request of counsel for Mr. Machado to continue the hearing on the Renewed Motion to Compel Consent to Production of Electronic Mail Messages filed by Mattel, Inc. on or about February 20, 2009 (the "Motion").  The hearing on the Motion, which was previously set for April 21, 2009, [1] is hereby continued to April 27, 2009 at 1:00 p.m. at the offices of Arent Fox LLP.

Dated:       April 15, 2009

By:   /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master

---

[1] The two other motions previously set for hearing on April 21, 2009 at 10:00 a.m. will still be heard as originally scheduled.