PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment
HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and
Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> **DISCOVERY MATTER** <br><br> **[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]** <br><br> **MGA PARTIES' APPLICATION TO FILE UNDER SEAL** <br><br> Date: April 27, 2009 <br> Time: 10:00 a.m. <br> Place: Arent Fox LLP <br><br> **Phase 2** <br> Discovery Cut-Off: Dec. 11, 2009 <br> Pre-Trial conference: March 1, 2010 <br> Trial Date: March 23, 2010 |

Mitchell
Silberberg &
Knupp LLP

2198149.1

APPLICATION TO FILE UNDER SEAL

1

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, MGA Entertainment HK,Ltd. and MGAE de Mexico S.R.L. de C.V.'s (collectively, "MGA Parties") hereby respectfully request that the court order the following document to be filed under seal:

1.   Exhibits E and L to Declaration of Jean Pierre Nogues In Support of MGA's Supplemental Opposition to Mattel's Renewed Motion Objecting to Discovery Master's February 15, 2008 Order.

Good cause exists for filing these documents under seal because they discuss confidential and private information that has been designated either "CONFIDENTIAL- ATTORNEYS' EYES ONLY" or "CONFIDENTIAL."

DATED: April 15, 2009

RUSSELL J. FRACKMAN
PATRICIA H. BENSON
MITCHELL SILBERBERG & KNUPP LLP

By: _____
Jean Pierre Nogues
Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and Isaac Larian

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On April 15, 2009, I served an original of the foregoing document(s) described as **MGA PARTIES' APPLICATION TO FILE UNDER SEAL** on the interested parties in this action at their last known address as set forth below by taking the action described below:

**See Attached Service List**

☒ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by FIRST LEGAL SUPPORT SERVICES of the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 15, 2009, at Los Angeles, California.

Bertha A. García

# SERVICE LIST

Robert C. O'Brien
Discovery Master
Arent Fox LLP
555 West Fifth Street
Suite 4800
Los Angeles, CA 90013

[By Personal Service]

John Quinn, Esq.
(johnquinn@quinnemanuel.com)
Jon D. Corey, Esq.
(joncorey@quinnemanuel.com)
Michael T. Zeller, Esq.
(michaeltzeller@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver &
Hedges, LLP
865 South Figueroa Street
Tenth Floor
Los Angeles, CA 90017-2543

[By Personal Service]

Patricia L. Glaser, Esq.
(Pglaser@glaserweil.com)
Joel N. Klevens, Esq.
(Jklevens@glaserweil.com)
Glaser, Weil, Fink, Jacobs &
Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067
(310) 553-3000

[By Email Service]

Thomas J. Nolan, Esq.
(tnolan@skadden.com)
Raoul D. Kennedy, Esq.
(rkennedy@skadden.com)
Jason D. Russell, Esq.
(Jason.russell@skadden.com)
Skadden, Arps, Slate, Meagher &
Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-3144
(213) 687-5000

[By Email Service]

Mark E. Overland, Esq.
moverland@obsklaw.com
Overland Borenstein Scheper & Kim LLP
One Bunker Hill
601 West Fifth Street
12th Floor
Los Angeles, CA 90071
PHONE: (213) 613-4680
FAX: (213) 613-4656

[By Email Service]