PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment HK, Ltd.,
MGAE De Mexico, S.R.L. De C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | **CASE NO. CV 04-9049 SGL (RNBX)**<br>**CONSOLIDATED WITH**<br>**CASE NO. CV 04-09059**<br>**CASE NO. CV 05-02727**<br><br>**DISCOVERY MATTER**<br>**[TO BE HEARD BY DISCOVERY MASTER ROBERT O'BRIEN PURSUANT TO ORDER OF JANUARY 6, 2009]**<br><br>**NOTICE OF ERRATUM RE MGA'S SUPPLEMENTAL OPPOSITION TO MATTEL'S RENEWED MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 15, 2008 ORDER**<br><br>Hearing Date: April, 27, 2009<br>Time: 1:00 p.m.<br>Place: Arent Fox LLP<br><br>**Phase 2**<br>Dis. Cut-off: Dec. 11, 2009<br>Pre-Trial Conf.: March 1, 2010<br>Trial Date: March 23, 2010 |

Mitchell Silberberg & Knupp LLP
2199893.1

NOTICE OF ERRATUM RE MGA'S SUPPLEMENTAL OPPOSITION TO MATTEL'S RENEWED MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 15, 2008 ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the MGA Parties' Supplemental Opposition To Mattel's Renewed Motion Objecting To Discovery Master's February 15, 2008 Order inaccurately listed the hearing time on the cover page as 10:00 a.m. The correct hearing time is 1:00 p.m.

DATED: April 16, 2009

RUSSELL J. FRACKMAN
PATRICIA H. BENSON
MITCHELL SILBERBERG & KNUPP LLP

By::  /s/ .
Patricia H. Benson
Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and Isaac Larian

Mitchell Silberberg & Knupp LLP
2199893.1

2
NOTICE OF ERRATUM RE MGA'S SUPPLEMENTAL OPPOSITION TO MATTEL'S RENEWED MOTION OBJECTING TO DISCOVERY MASTER'S FEBRUARY 15, 2008 ORDER