PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California  90067
Telephone:  (310) 553-3000
Facsimile:  (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment
HK, Ltd., MGAE De Mexico S.R.L. De C.V and
Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO.  CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No.  CV 04-09059 Case No.  CV 05-02727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | ***EX PARTE* APPLICATION OF THE MGA PARTIES FOR A BRIEF EXTENSION OF TIME TO RESPOND TO MATTEL'S MOTION FOR LEAVE TO FILE A THIRD AMENDED ANSWER AND COUNTERCLAIM; MEMORANDUM OF POINTS AND AUTHORITIES** |
| Defendant. | |
| AND CONSOLIDATED CASES | |
| | Phase 2 Discovery Cut-off:        Dec. 11, 2009 Pre-Trial Conference:     March 1, 2010 Trial Date:            March 23, 2010 |

Mitchell
Silberberg &
Knupp LLP

2198536.2

# EX PARTE APPLICATION

## TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 7-19, defendants MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE De Mexico S.R.L. De C.V and Isaac Larian (the "MGA Parties"), hereby apply to the Court, *ex parte*, for an order for a brief, one-week extension of time to file their opposition to Mattel's Motion for Leave to File Third Amended Answer and Counterclaims (the "Motion for Leave to Amend"), and for a commensurate continuance of the hearing date on the Motion for Leave to Amend from May 11, 2009, to May 18, 2009.

Good cause exists for the requested order. Mattel's Motion for Leave to Amend (filed late on April 8, 2009) not only is monumental in size (consisting of a 24-page memorandum with 83 footnotes, along with three declarations and several thousand pages of exhibits), but is of critical importance to this action. By its Third Amended Answer and Counterclaims, Mattel seeks to drastically expand the nature and scope of this action. The interests of justice and equity require that the MGA Parties be afforded sufficient time to fully analyze and address the issues raised in Mattel's Motion and supporting documents. By contrast, Mattel will not be prejudiced in any manner by the brief, one-week extension of time requested by MGA.

This Application is based on the instant *ex parte* Application, the attached Memorandum of Points and Authorities, the pleadings and documents on file in this matter, and any additional evidence and oral argument as may be presented at or before the hearing on this Application.

Mitchell
Silberberg &
Knupp LLP

2198536.2

1        This Application is made following a conference of counsel pursuant to

2   Central District Local Rule 7-3, which took place on April 15, 2009.  MGA's

3   counsel requested that Mattel stipulate to the requested one-week continuance.

4   MGA's counsel refused to so stipulate, and MGA's counsel notified counsel for

5   Mattel that this *ex parte* request would be made to this Court.

6

7   DATED: April 16, 2009              RUSSELL J. FRACKMAN
                                       PATRICIA H. BENSON
8                                      MITCHELL SILBERBERG & KNUPP LLP

9

10                                     By:   /s/ Patricia Benson
                                             Patricia Benson
11                                           Attorneys for Defendants
                                             MGA Entertainment, Inc., MGA
12                                           Entertainment HK, Ltd., MGAE De
                                             Mexico S.R.L. De C.V, and Isaac Larian
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

2198536.2

EX PARTE APPLICATION TO EXTEND TIME

## MEMORANDUM OF POINTS AND AUTHORITIES

On April 8, 2009 (approximately two hours before the beginning of the Passover holiday, and less than 48 hours before Good Friday), Plaintiff Mattel, Inc. ("Mattel") filed its Motion for Leave to File Third Amended Answer and Counterclaim (the "Motion for Leave to Amend").  Mattel's Motion for Leave to Amend is a massive set of documents.  In addition to the Motion itself (24 pages, with 83 detailed and in many cases substantive footnotes), Mattel filed 3 declarations, including a primary supporting declaration with 83 exhibits, comprising 1133 pages.  The Motion, Declarations and Exhibits filled to capacity, and were delivered in, an entire bankers' box.

At the same time Mattel filed its Motion for Leave to Amend, it also sought, via *ex parte* Application, an order advancing the hearing date on its Motion, from June 1, 2009 (the earliest available date on the Court's calendar).  Immediately thereafter, the MGA Parties contacted the Court to request an additional two court days to respond to the *ex parte* in light of the intervening Passover, Good Friday, and Easter holidays.  On April 9, 2009, the MGA Parties were notified that the Court had granted permission to submit their Opposition to the *ex parte* Application on Tuesday, April 14, 2009.[1]  Notwithstanding that revised briefing schedule, later that afternoon (and before the MGA Parties had an opportunity to respond to the *ex parte* application), the Court granted Mattel's *ex parte* application and advanced the hearing date on the Motion for Leave to Amend to May 11, 2009.  Under the Court's new hearing date, the MGA Parties' Opposition to the Motion for Leave to Amend is due to be filed no later than April 27, 2009.

---

[1] In an e-mail sent at 10:36 a.m. on April 9, 2009, Ms. Sasse, the Courtroom Deputy, notified counsel that "The briefing schedule you mention is acceptable to the Court.  All counsel shall comply with this schedule."

Mitchell Silberberg & Knupp LLP

2198536.2

By this *ex parte* Application, the MGA Parties respectfully request that the Court amend slightly its April 9, 2009, order and provide them with a one-week extension of time to respond to the Motion for Leave to Amend, such that the hearing date be continued to May 18, 2009, and the MGA Parties' Opposition be filed no later than May 4, 2009.  This new briefing schedule provides Mattel with a hearing date that is two weeks earlier than the original June 1, 2009, hearing date (and thus accords Mattel much or all of the relief sought in its April 8 *ex parte* Application.)

The MGA Parties respectfully submit that the requested one-week extension is reasonable and, moreover, is necessary in order to allow them sufficient time to review and analyze the voluminous materials filed by Mattel as part of its Motion for Leave to Amend, to analyze the numerous and complex legal issues raised by the Motion, and to prepare their response to that Motion.  Although the MGA Parties are making every effort to comply with the Court's existing deadline, upon detailed review of Mattel's papers, it has become apparent that additional time  is required to meaningfully oppose the Motion for Leave to Amend because of the myriad of legal and supposedly "factual" issues that must be addressed.

The Motion for Leave to Amend is a critical one that should not be considered or ruled upon without allowing the MGA Parties adequate time to respond.  Notwithstanding Mattel's characterization to the contrary, its proposed Third Amended Answer and Counterclaim would vastly expand and alter the scope and nature of this action.  To give but one example, Mattel is attempting to inject into this action an entirely new RICO theory based on an entirely new alleged RICO "enterprise" comprised of an entirely new group of third-party individuals and entities, and based on conduct allegedly occurring years after the alleged wrongdoing in the existing Counterclaims, and of an entirely different nature (*i.e.*

EX PARTE APPLICATION TO EXTEND TIME

Mitchell
Silberberg &
Knupp LLP

2198536.2

allegedly improper financial transactions occurring in 2008 and 2009 vs alleged thefts of trade secrets in 2004 and 2005.)   Moreover, Mattel's proposed Third Amended Answer and Counterclaim, and its Motion for Leave to Amend, not only seek to add claims that are not legally viable, but also make numerous and serious mischaracterizations of purported facts (the vast majority of which Mattel coyly alleges "on information and belief").   In order to show that these allegations are not made in good faith and/or would create claims that are "futile," the MGA Parties must assemble evidence from the vast record in this case.[2]   The additional time requested by the MGA Parties is necessary in order to permit them to fully address Mattel's "factual" as well as its legal assertions.

Because of the intervening Passover, Good Friday and Easter holidays (during which time many of the MGA Parties' counsel, including lead counsel, were out of the office), the MGA Parties were unable to fully devote the necessary resources and attention to the Motion for Leave to Amend until this past Monday, April 13, 2009, leaving them with only two weeks to prepare their opposition. While this might be sufficient time for a garden variety motion, the Motion for Leave to Amend is not such a motion.   Rather, it raises a host of complex legal and factual issues that must be addressed.

The additional one-week extension will not prejudice Mattel.   As noted above, the requested new hearing date (May 18, 2009) is two weeks earlier than the original June 1, 2009, hearing date.   It thus is consistent with Mattel's April 8 *ex parte* application, which merely sought that the hearing take place prior to June 1, 2009, and expressly did *not* request that the Motion to Leave "be heard on less

---

[2] Bad faith and futility of the proposed amendment are among the factors commonly used to determine the propriety of a motion for leave to amend. *Forman v. Davis*, 371 U.S. 178, 182 (1962).

Mitchell Silberberg & Knupp LLP

2198536.2

6

1    than the standard 21-days' notice."  Memo. In Suppt. of *Ex Parte* Application

2    (Docket No. 5144), at 1.

3

4            For the foregoing reasons, the MGA Parties respectfully request that the

5    Court continue the April 11, 2009, hearing on the Motion for Leave to Amend by

6    one week (until May 18, 2009), and provide the MGA Parties with one additional

7    week to file their Opposition (until May 4, 2009).

8

9    DATED: April 16, 2009              RUSSELL J. FRACKMAN
                                        PATRICIA H. BENSON
10                                      MITCHELL SILBERBERG & KNUPP LLP

11                                      By:    /s/ Patricia H. Benson
                                              _____
12                                            Patricia H. Benson
                                              Attorneys for Defendants
13                                            MGA Entertainment, Inc., MGA
                                              Entertainment HK, Ltd., MGAE De
14                                            Mexico S.R.L. De C.V, and Isaac Larian

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

2198536.2

EX PARTE APPLICATION TO EXTEND TIME