PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California  90067
Telephone:  (310) 553-3000
Facsimile:  (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE De Mexico S.R.L. De C.V and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO.   CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.  CV 04-09059<br>Case No.  CV 05-02727<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF THE MGA PARTIES FOR A BRIEF EXTENSION OF TIME TO RESPOND TO MATTEL'S MOTION FOR LEAVE TO FILE A THIRD AMENDED ANSWER AND COUNTERCLAIM**<br><br>Phase 2<br>Discovery Cut-off:       Dec. 11, 2009<br>Pre-Trial Conference:    March 1, 2010<br>Trial Date:              March 23, 2010 |

# [PROPOSED] ORDER

The Court has considered the *Ex Parte* Application Of The MGA Parties For A Brief Extension Of Time To Respond To Mattel's Motion For Leave To File A Third Amended Answer and Counterclaim (the "Motion for Leave to Amend"), and papers filed in support of and opposition to such *ex parte* Application.

Good cause appearing, IT HEREBY IS ORDERED that the MGA Parties' *Ex Parte* Application is GRANTED.  The hearing on Mattel's Motion For Leave to Amend is continued from May 11, 2009, to **May 18, 2009**.  The MGA Parties' opposition to the Motion for Leave to Amend shall be filed on or before **May 4, 2009.**

Dated: _____          _____
                                  Judge, United States District Court