PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment
HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and
Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**<br><br>[~~PROPOSED~~] **ORDER TO FILE UNDER SEAL**<br><br>Hearing Date: April, 27, 2009<br>Time: 10:00 a.m.<br>Place: Arent Fox LLP<br><br>**Phase 2**<br>Discovery Cut-Off: Dec. 11, 2009<br>Pre-Trial conference: March 1, 2010<br>Trial Date: March 23, 2010 |

## ORDER

Based on the concurrently filed Application and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following document be filed under seal pursuant to Local Rule 79-5.1:

1. Exhibits E and L to Declaration of Jean Pierre Nogues In Support of MGA's Supplemental Opposition to Mattel's Renewed Motion Objecting to Discovery Master's February 15, 2008 Order.

DATED: 4-16-09

*/s/ S.G. Larson*
Hon. Stephen J. Larson
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On April 15, 2009, I served an original of the foregoing document(s) described as **[PROPOSED] ORDER TO FILE UNDER SEAL** on the interested parties in this action at their last known address as set forth below by taking the action described below:

**See Attached Service List**

☒ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by FIRST LEGAL SUPPORT SERVICES of the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 15, 2009, at Los Angeles, California.

*/s/ Bertha A. García*

Mitchell Silberberg & Knupp LLP
2198118.1

3
[PROPOSED] ORDER TO FILE UNDER SEAL

## SERVICE LIST

| | |
|---|---|
| Robert C. O'Brien<br>Discovery Master<br>Arent Fox LLP<br>555 West Fifth Street<br>Suite 4800<br>Los Angeles, CA 90013<br><br>[By Personal Service] | John Quinn, Esq.<br>(johnquinn@quinnemanuel.com)<br>Jon D. Corey, Esq.<br>(joncorey@quinnemanuel.com)<br>Michael T. Zeller, Esq.<br>(michaeltzeller@quinnemanuel.com)<br>Quinn Emanuel Urquhart Oliver &<br>Hedges, LLP<br>865 South Figueroa Street<br>Tenth Floor<br>Los Angeles, CA 90017-2543<br><br>[By Personal Service] |
| Patricia L. Glaser, Esq.<br>(Pglaser@glaserweil.com)<br>Joel N. Klevens, Esq.<br>(Jklevens@glaserweil.com)<br>Glaser, Weil, Fink, Jacobs &<br>Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA 90067<br>(310) 553-3000<br><br>[By Email Service] | Thomas J. Nolan, Esq.<br>(tnolan@skadden.com)<br>Raoul D. Kennedy, Esq.<br>(rkennedy@skadden.com)<br>Jason D. Russell, Esq.<br>(Jason.russell@skadden.com)<br>Skadden, Arps, Slate, Meagher &<br>Flom LLP<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071-3144<br>(213) 687-5000<br><br>[By Email Service] |
| Mark E. Overland, Esq.<br>moverland@obsklaw.com<br>Overland Borenstein Scheper & Kim LLP<br>One Bunker Hill<br>601 West Fifth Street<br>12th Floor<br>Los Angeles, CA 90071<br>PHONE: (213) 613-4680<br>FAX: (213) 613-4656<br><br>[By Email Service] | |

Mitchell Silberberg & Knupp LLP

2198118.1

[PROPOSED] ORDER TO FILE UNDER SEAL