QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>NOTICE OF LODGING WITH THE DISCOVERY MASTER FOR USE ON: (1) MATTEL, INC.'S MOTION TO COMPEL BINGHAM MCCUTCHEN LLP TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA, AND (2) MATTEL, INC.'S MOTION FOR RECONSIDERATION OF PHASE II DISCOVERY MATTER ORDER NO. 3<br><br>Hearing Date:  (1) April 21, 2009<br>              (2) May 5, 2009<br>Time:         10:00 a.m.<br>Place:        Arent Fox, LLP<br>              555 West Fifth Street<br>              48th Floor<br>              Los Angeles, CA 90013<br><br>**Phase 2:**<br>Disc. Cut-off:   December 11, 2009<br>Pre-trial Conf.: March 1, 2010<br>Trial Date:      March 23, 2010 |

07975/2891731.1

NOTICE OF LODGING

1 TO THE COURT, ALL PARTIES, NON-PARTIES BINGHAM MCCUTCHEN LLP, OMNI 808 INVESTORS, LLC, OMNINET CAPITAL, LLC, VISION CAPITAL, LLC, IGWT GROUP, LLC, IGWT 826 INVESTMENTS, LLC AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following with Discovery Master O'Brien for use on: (1) Mattel's Motion to Compel Bingham McCutchen LLP to Produce Documents Responsive to Subpoena and the motions related thereto and (2) Mattel's Motion for Reconsideration of Discovery Matter Order No. 3:

    1.    Second Supplemental Declaration of Michael T. Zeller ISO (1) Mattel's Application for Receiver and (2) Mattel's Opposition to Omni 808's Application for Leave to Intervene.

DATED: April 17, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
    Michael T. Zeller
    Attorneys for Mattel, Inc.