QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S MOTION TO DE-DESIGNATE MGA'S THIRD-TIER DOCUMENTS AND REQUEST FOR SANCTIONS<br><br>Hearing Date:  TBD<br>Time:  TBD<br>Place:  Arent Fox, LLP<br>555 West Fifth St.<br>48th Floor<br>Los Angeles, CA 90013<br><br>**Phase 2**<br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

07209/2892322.1

DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S MOTION TO DE-DESIGNATE MGA'S THIRD-TIER DOCUMENTS AND REQUEST FOR SANCTIONS

## DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulated Protective Order, filed January 4, 2005.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Paula D. Garcia in Support of Carter Bryant and MGA's Request for Clarification, Reconsideration and/or Further Protection, dated February 23, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of MGA Entertainment Inc. and Carter Bryant's Motion for Clarification of the Special Master's January 25, 2007 Order or for Protective Order Pursuant to Rule 26(c), filed on February 23, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of MGA Entertainment Inc. and Carter Bryant's Joint Reply in Support of Its Motion for Clarification of the Special Master's January 25, 2007 Order or for Protective Order Pursuant to Rule 26(c), filed on March 7, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of Order Modifying Protective Order, filed on May 15, 2007.

7. Attached hereto as Exhibit 6 is a true and correct copy of the parties' Stipulation to Modify Protective Order, dated April 26, 2007.

8. When the "HIGHLY CONFIDENTIAL --RESTRICTED ATTORNEYS' EYES ONLY" designation was put in place, MGA had produced approximately 10,000 pages of documents, and had not produced a single third-tier document.

07209/2892322.1

-2-
DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S MOTION TO DE-DESIGNATE MGA'S THIRD-TIER DOCUMENTS AND REQUEST FOR SANCTIONS

9. On April 3, 2009, I wrote a letter to Amman Khan requesting that MGA de-designate or re-designate all of the documents it currently has designated under the "third tier" and requesting a meet and confer pursuant to paragraph 5 of the Discovery Master Stipulation. Attached hereto as Exhibit 10 is a true and correct copy of that letter.

10. On the evening of the 10th, Mr. Khan responded by letter. MGA had failed to meet and confer within the time required and suggested that my letter had been unclear in identifying which third-tier-designated documents were the subject of Mattel's meet and confer efforts. Attached hereto as Exhibit 11 is a true and correct copy of that letter.

11. On April 10, 2009, I responded and reiterated that all of MGA's documents designated as third tier are improperly designated. Attached hereto as Exhibit 12 is a true and correct copy of that letter. In that letter, I invited counsel for MGA to speak with me about the issue.

12. On April 14, 2009 Mr. Khan and I exchanged emails to schedule a call in which to meet and confer. Attached hereto as Exhibits 7 and 8 are true and correct copies of these emails.

13. On April 14, 2009, Mr. Khan and I spoke on the phone. He was unprepared to discuss the issue, and did not even know which documents MGA had designated as third tier. He told me he believed only 265 documents were so designated and expressed surprise when I let him know there were more than 116,000 pages that were third-tier designated. I agreed to send him a list of the bates numbers of the designated documents, which I did later that day. Attached hereto Exhibit 6 is a true and correct copy of a letter from me to Amman Khan and Richard Stoll attaching that information.

14. In an April 16, 2009 email, Mr. Khan told me he needed time to review the content of the documents before he could respond to the issue I had

07209/2892322.1

-3-
DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S MOTION TO DE-DESIGNATE MGA'S THIRD-TIER DOCUMENTS AND REQUEST FOR SANCTIONS

1 raised. Attached hereto as Exhibit 13 is a true and correct copy of Mr. Khan's email to me.

2

3       15.     The same day, I sent Mr. Khan a letter, once again asking MGA to de-designate its Third-Tier documents to "CONFIDENTIAL -- ATTORNEYS' EYES ONLY." Attached hereto as Exhibit 14 is a true and correct copy of that letter. I have not received a response to that letter.

       16.     I have spent in excess of 5 hours preparing this motion. My billing rate for this matter is $655/hour. Bridget Hauler, an associate, spent in excess of 2 hours preparing this motion. Her billing rate for this matter is $350/hour. Courtney Ballard, a second-year associate, spent in excess of 20 hours researching and preparing this motion. Her billing rate for this matter is $330/hour. Mattel seeks sanctions in the amount of $3500, far less than the fees incurred in preparing this motion.

       I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

       Executed on April 17, 2009 at Los Angeles, California.


                                        /s/ Diane C. Hutnyan
                                        Diane C. Hutnyan

07209/2892322.1

-4-
DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S MOTION TO DE-DESIGNATE MGA'S THIRD-TIER DOCUMENTS AND REQUEST FOR SANCTIONS