# Exhibit 8

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

April 3, 2009

<u>VIA FACSIMILE AND E-MAIL</u>

Amman A. Khan, Esq.
Glaser, Weil, Fink, Jacobs & Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067

Re:    <u>Mattel, Inc. v. MGA Entertainment et al.</u>

Counsel:

I write, pursuant to paragraph 5 of the Order for the Appointment of a Discovery Master, to request a meet and confer regarding the "HIGHLY CONFIDENTIAL -- RESTRICTED ATTORNEYS' EYES ONLY" confidentiality designation established in the April 26, 2007 Stipulation to Modify Protective Order ("third-tier designation").

As you know, the third-tier designation may be applied only to documents "created after January 1, 2006 that pertain to products which are currently unreleased and scheduled for public release in 2007 or 2008 and that constitute highly sensitive trade secrets of the producing Party." Stipulation at 3. Many documents that never fell within this definition were designated as third-tier documents, and all the documents that arguably did fall within the definition should have been re-designated long ago, pursuant to paragraph 4 of the Stipulation. MGA's failure to properly designate or re-designate these documents is a violation of the Stipulation and places an undue burden on the third-tier reviewers.

Please let us know if you are willing to de-designate or re-designate all the documents currently designated "HIGHLY CONFIDENTIAL -- RESTRICTED ATTORNEYS' EYES ONLY." If MGA will not agree to a prompt re-designation of these materials, Mattel plans to move to

**EXHIBIT** 8

**PAGE** 227

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712

compel MGA to do so and may ask for sanctions for MGA's clear violation of the Stipulation's terms. I am generally available all next week to discuss this. Please let me know what time works with your schedule.

Thank you.

Sincerely,

Diane C. Hutnyan

2

EXHIBIT 8

PAGE 228

# Exhibit 9

LAW OFFICES

## GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

April 10, 2009

iii MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND U.S. MAIL**

Diane C. Hutnyan, Esq.
QUINN, EMANUEL, URQUHART,
   OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Re:   *Bryant v. Mattel, Inc. and Consolidated Actions*, Case No. CV04-09049

Dear Ms. Hutnyan:

This responds to your letter of April 3, 2009. You vaguely challenge MGA's designation of certain documents as "Highly Confidential-Restricted Attorney Eyes Only" but you fail to identify by Bates label number, or in some other intelligible fashion, precisely which document designations you seek to challenge. You also failed to specify the precise basis on which you seek to challenge MGA's designations under Paragraphs 3 or 4 of the May 14, 2007 Stipulation to Modify Protective Order and Order Thereon.

Please specify by Bates number the documents you believe are improperly designated "Highly Confidential-Restricted Attorney Eyes Only" and the precise basis for your challenge.

Please call me anytime if you wish to discuss this further.

Very truly yours,

*Amman Khan*

Amman A. Khan
of GLASER, WEIL, FINK, JACOBS,
HOWARD & SHAPIRO, LLP

cc:   Joel N. Klevens, Esq.
      Jason Russell, Esq.
      Patricia Benson, Esq.

672771

**EXHIBIT** 9

**PAGE** 229

LAW OFFICES

## GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7865
EMAIL: AKHAN@GLASERWEIL.COM

April 10, 2009

ΤΤΤ MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL AND U.S. MAIL**

Diane C. Hutnyan, Esq.
QUINN, EMANUEL, URQUHART,
  OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Re:   *Bryant v. Mattel, Inc. and Consolidated Actions*, Case No. CV04-09049

Dear Ms. Hutnyan:

This responds to your letter of April 3, 2009. You vaguely challenge MGA's designation of certain documents as "Highly Confidential-Restricted Attorney Eyes Only" but you fail to identify by Bates label number, or in some other intelligible fashion, precisely which document designations you seek to challenge. You also failed to specify the precise basis on which you seek to challenge MGA's designations under Paragraphs 3 or 4 of the May 14, 2007 Stipulation to Modify Protective Order and Order Thereon.

Please specify by Bates number the documents you believe are improperly designated "Highly Confidential-Restricted Attorney Eyes Only" and the precise basis for your challenge.

Please call me anytime if you wish to discuss this further.

Very truly yours,

*Amman Khan*

Amman A. Khan
of GLASER, WEIL, FINK, JACOBS,
HOWARD & SHAPIRO, LLP

cc:   Joel N. Klevens, Esq.
      Jason Russell, Esq.
      Patricia Benson, Esq.

672771

**EXHIBIT 7**

**PAGE 230**

# Exhibit 10

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3666

WRITER'S INTERNET ADDRESS
dianehutnyan@quinnemanuel.com

April 10, 2009

**VIA FACSIMILE AND E-MAIL**
310-556-2920

Richard Stoll, Esq.
Glaser, Weil, Fink, Jacobs & Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067

Re:  Bryant v. Mattel, Inc. and Consolidated Actions
     U.S.D.C. Eastern Division, Case No. CV04-09049 SJL (RNBx)

Dear Richard:

As you know, I could not have been more clear in my April 3 letter that every currently third-tier-designated document is improperly designated because whether they ever fell within the definition for that designation or not, MGA certainly should have re-designated them long ago pursuant to Paragraph 4 of the Stipulation. It is MGA's responsibility to know what is in Paragraph 4 and to comply with Paragraph 4. MGA has failed to do so.

Will MGA re-designate all the documents? Also, please let me know if you will make yourself available on Monday or Tuesday, the 13th or 14th, to speak with me about this. Since, in the past you have not responded to my correspondence for more than a week, if I do not hear from you by Tuesday, I will have to assume that MGA refuses to designate, and will move for de-designation.

**EXHIBIT** _10_

**PAGE** _231_

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712

Richard Stoll, Esq.
April 10, 2009

Sincerely,

Diane C. Hutnyan

DH:dh

cc:     Jason Russell, Esq.

2

**EXHIBIT 10**

**PAGE 232**

# Exhibit 11

## Diane Hutnyan

| | |
|---|---|
| **From:** | Amman Khan [akhan@glaserweil.com] |
| **Sent:** | Tuesday, April 14, 2009 3:07 PM |
| **To:** | Diane Hutnyan |
| **Cc:** | Richard Stoll |
| **Subject:** | RE: MGA/Mattel correspondence |

Thanks. When I write to you, feel free to call me. My number's on the top left corner of the letter. Rich and I called you to meet and confer today as you had requested but your assistant said you were not available. If today is the last day you want to try to informally resolve this, please call me before 5:00 as I will be in a meeting from then until about 7:30. Otherwise we can just talk tomorrow.

**From:** Diane Hutnyan [mailto:dianehutnyan@quinnemanuel.com]
**Sent:** Monday, April 13, 2009 12:42 PM
**To:** Amman Khan
**Subject:** FW: MGA/Mattel correspondence

It has come to my attention that the letter Richard emailed to me on Friday evening was from you, not him, and so I am sending it to you directly again in case you missed it.

Thank you.

Diane

Diane Cafferata Hutnyan, Esq.

## quinn emanuel | trial lawyers
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3666
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: dianehutnyan@quinnemanuel.com
Web: www.quinnemanuel.com

Linked In: http://www.linkedin.com/in/dianehutnyan

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Diane Hutnyan
**Sent:** Friday, April 10, 2009 8:00 PM
**To:** jason.russell@skadden.com; rstoll@glaserweil.com

EXHIBIT _11_

PAGE _233_

4/17/2009

**Subject:** MGA/Mattel correspondence

Gentlemen:

Please see attached correspondence.

Thank you.


Diane Cafferata Hutnyan, Esq.

# quinn emanuel | trial lawyers
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3666
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: dianehutnyan@quinnemanuel.com
Web: www.quinnemanuel.com

Linked In: http://www.linkedin.com/in/dianehutnyan

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT _11_

PAGE _234_

4/17/2009

# Exhibit 12

**Diane Hutnyan**

| | |
|---|---|
| **From:** | Diane Hutnyan |
| **Sent:** | Tuesday, April 14, 2009 3:10 PM |
| **To:** | Amman Khan |
| **Cc:** | Richard Stoll |
| **Subject:** | RE: MGA/Mattel correspondence |

I am calling you now.

Diane Cafferata Hutnyan, Esq.

# quinn emanuel | trial lawyers
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3666
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: dianehutnyan@quinnemanuel.com
Web: www.quinnemanuel.com

Linked In: http://www.linkedin.com/in/dianehutnyan

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Amman Khan [mailto:akhan@glaserweil.com]
**Sent:** Tuesday, April 14, 2009 3:07 PM
**To:** Diane Hutnyan
**Cc:** Richard Stoll
**Subject:** RE: MGA/Mattel correspondence

Thanks.  When I write to you, feel free to call me.  My number's on the top left corner of the letter.  Rich and I called you to meet and confer today as you had requested but your assistant said you were not available.  If today is the last day you want to try to informally resolve this, please call me before 5:00 as I will be in a meeting from then until about 7:30.  Otherwise we can just talk tomorrow.

**From:** Diane Hutnyan [mailto:dianehutnyan@quinnemanuel.com]
**Sent:** Monday, April 13, 2009 12:42 PM
**To:** Amman Khan
**Subject:** FW: MGA/Mattel correspondence

It has come to my attention that the letter Richard emailed to me on Friday evening was from you, not him, and so I am sending it to you directly again in case you missed it.

EXHIBIT 12

PAGE 235

EXHIBIT _12_

PAGE 236

# Exhibit 13

## Diane Hutnyan

| | |
|---|---|
| **From:** | Amman Khan [akhan@glaserweil.com] |
| **Sent:** | Thursday, April 16, 2009 3:20 PM |
| **To:** | Diane Hutnyan |
| **Subject:** | RE: MGA/Mattel Correspondence Regarding Extension of Time |

On another note, thanks for your April 15, 2009 list of third tier designations.  Its much much longer than I anticipated.  I was not involved in the production or designation of those documents but I have sent out queries to try to get a better handle on why the list is longer than I was initially told.  Thus, I will need time to review your list and make sure that those documents do not include product designs that remain unreleased and therefore are deserving of added protection from disclosure to an MGA competitor like Mattel.  I propose getting back to you Friday April 24, 2009 about this.  Please let me know if that works for you. — Amman

Diane Cafferata Hutnyan, Esq.
**quinn emanuel** | trial lawyers
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3666
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  dianehutnyan@quinnemanuel.com
Web:  www.quinnemanuel.com

Linked In:  http://www.linkedin.com/in/dianehutnyan

**EXHIBIT** _13_

**PAGE** _232_

4/17/2009

# Exhibit 14

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3666

WRITER'S INTERNET ADDRESS
dianehutnyan@quinnemanuel.com

April 16, 2009

**VIA FACSIMILE AND E-MAIL**
**310-556-2920**

Amman Khan, Esq.
Glaser, Weil, Fink, Jacobs & Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067

Re:     Bryant v. Mattel, Inc. and Consolidated Actions
        U.S.D.C. Eastern Division, Case No. CV04-09049 SJL (RNBx)

Dear Amman:

As for MGA's position on the third-tier-designated materials, whether the documents include unreleased product designs is irrelevant, as the designation does not depend on whether the product designs were or are unreleased. What it does depend on is whether a document reflects product designs that are scheduled for public release in 2007 or 2008, and because no designs

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700

SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2 Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

**EXHIBIT 17**

**PAGE 238**

Amman Khan, Esq.
April 16, 2009

can be "scheduled for public release in 2007 or 2008," it is impossible for any document to
reflect such items. Thus, there is no reason why you should not be able to provide a response as
to whether MGA will voluntarily de- or re-designate these materials at least to
"CONFIDENTIAL - ATTORNEYS' EYES ONLY" if such a designation can be sustained.
Please be advised that unless this issue is resolved promptly, we will proceed with our motion.

Thank you.

Sincerely,

Diane C. Hutnyan

DH:dh
Attachments

cc:     Jason Russell, Esq.

2

**EXHIBIT** _14_

**PAGE** _239_

Group Send Report

Page        : 001
Date & Time: 04-15-2009    15:05
Line 1      : 2134433100
Line 2      :
Machine ID  : QUINN EMANUEL

Job number        :   806

Date              :   04-15  15:03

Number of pages   :   002

Start time        :   04-15  15:03

End time          :   04-15  15:05

Successful nbrs.

Fax numbers

☎2*13105562920
☎2*12136875600

Unsuccessful nbrs.                                                                    Pages sent

EXHIBIT 14

PAGE 240

Job number     : 806                    *** SEND SUCCESSFUL   *

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
61 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

LOS ANGELES
1105 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

CHICAGO
230 South Wacker Drive, Suite 230
Chicago, IL 60606
(312) 463-2961
Facsimile: (312) 463-2002

LONDON
16 Old Bailey
London EC4M 7EG United Kingdom
+44(0) 20 7653 2000
Facsimile: +44(0) 20 7653 2100

TOKYO
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052 Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

### LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

DATE:     April 15, 2009                    NUMBER OF PAGES, INCLUDING COVER:

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Amman Khan, Esq. Richard Stoll, Esq. Glaser, Weil, Fink, Jacobs & Shapiro, LLP | (310) 553-3000 | (310) 556-2920 |
| Jason Russell, Esq. Skadden, Arps, Slate, Meagher & Flom, LLP | (213) 687.5000 | (213) 687.5600 |

FROM:     Diane C. Hutnyan

RE:       Bryant v. Mattel, Inc. and Consolidated Actions

MESSAGE:

PLEASE SEE ATTACHED CORRESPONDENCE.

| CLIENT #   07975 | ROUTE/ RETURN TO:   Tiffany Garcia - 3 | ☒ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|
| OPERATOR:  PRISCILLA | CONFIRMED?   ☐ NO   ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

EXHIBIT _17_

PAGE _241_

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

**CHICAGO**
250 South Wacker Drive, Suite 230
Chicago, IL 60606
(312) 463-2961
Facsimile: (312) 463-2962

**LONDON**
16 Old Bailey
London EC4M 7EG United Kingdom
+44(0) 20 7653 2000
Facsimile: +44(0) 20 7653 2100

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052 Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

**DATE:**   April 15, 2009                    NUMBER OF PAGES, INCLUDING COVER:

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Amman Khan, Esq.<br>Richard Stoll, Esq.<br>Glaser, Weil, Fink, Jacobs & Shapiro, LLP | (310) 553-3000 | (310) 556-2920 |
| Jason Russell, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP | (213) 687.5000 | (213) 687.5600 |

**FROM:**   Diane C. Hutnyan

**RE:**   Bryant v. Mattel, Inc. and Consolidated Actions

**MESSAGE:**

PLEASE SEE ATTACHED CORRESPONDENCE.



---

CLIENT #   07975      ROUTE/<br>RETURN TO:   Tiffany Garcia - 3      ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT

OPERATOR:   PRISCILLA      CONFIRMED?   ☐ NO ☐ YES: _____

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

**EXHIBIT 14**

**PAGE 242**