QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with |
| | Case No. CV 04-09059 |
| vs. | Case No. CV 05-02727 |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| | **PROOF OF SERVICE** |
| Defendant. | |
| | **Phase 2** |
| | Discovery Cut-off: December 11, 2009 |
| | Pre-trial Conference: March 1, 2010 |
| | Trial Date: March 23, 2010 |

1

## PROOF OF SERVICE

2

3      I am employed in the County of Los Angeles, State of California.  I am over

4  the age of eighteen years and not a party to the within action; my business address is

5  APEX Attorney Services, 1055 W. 7th Street, Suite 1510, Los Angeles, California

6  90017.

7      On April 17, 2009, I served true copies of the following documents described

8  as:

9                    **SEE ATTACHED DOCUMENT LIST**

10  on the parties in this action as follows:

11  Thomas J. Nolan, Esq.                      Patricia L. Glaser, Esq.
    **Skadden, Arps, Slate, Meagher &**        **Glaser Weil Fink Jacobs & Shapiro**
12  **Flom LLP**                                **LLP**
    300 South Grand Avenue, Suite 3400          10250 Constellation Blvd., 19th Floor
13  Los Angeles, CA  90071                      Los Angeles, CA  90067
    Tel: (213) 687-5000                         Tel:  (310) 553-3000
14  Fax:  (213) 687-5600                        Fax:  (310) 556-2920
    **(Attorneys for Isaac Larian, MGA**       **(Attorneys for Isaac Larian, MGA**
15  **Entertainment, Inc., MGAE de**           **Entertainment, Inc., MGAE de**
    **Mexico, S.R.L. de C.V., MGA**            **Mexico, S.R.L. de C.V., MGA**
16  **Entertainment (HK) Ltd.)**               **Entertainment (HK) Ltd.)**

17

18  Todd E. Gordinier, Esq.                     Russell J. Frackman, Esq.
    **Bingham McCutchen LLP**                  **Mitchell Silberberg & Knupp, LLP**
19  600 Anton Blvd., 18th Floor                 11377 West Olympic Blvd.
    Costa Mesa, CA  92626-1924                  Los Angeles, CA  90064
20  Tel: (714) 830-0600                         Tel: (310) 312-3119
    Fax: (714) 830-0700                         Fax:  (310) 231-8319
21  **(Attorney for OMNI 808**                 **(Attorneys for Isaac Larian, MGA**
    **INVESTORS, LLC)**                        **Entertainment, Inc., MGAE de**
22                                              **Mexico, S.R.L. de C.V., MGA**
                                                **Entertainment (HK) Ltd.)**

23  Ilan Wisnia, Esq.
    **Valle & Associates**
24  11911 San Vicente Blvd., Suite 324
    Los Angeles, CA 90049
25  Tel: 310-476-0300
    Fax:310-476-0333
26  **(Attorney for IGWT Group, LLC and IGWT**
    **826 Investments, LLC)**
27  ///

28  ///

1   **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the
2   office of the person(s) being served.
        I declare under penalty of perjury under the laws of the State of California
3   that the foregoing is true and correct.

4

5

6                                    By /s/ Ramon Rodriguez
                                         Ramon Rodriguez
7                                        Apex Attorney Service

8   **Mark E. Overland, Esq.**
    **Alexander H. Cote, Esq.**
9   Overland Borenstein Scheper & Kim
    LLP
10    601 W. 5th Street, 12th Floor
    Los Angeles, CA 90017
11  **(Attorneys for Carlos Gustavo**
    **Machado Gomez)**

12

13  **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown
    above, and I deposited such envelope(s) in the mail at Los Angeles, _____.
14              The envelope was mailed with postage thereon fully prepaid.

15
        I declare that I am employed in the office of a member of the bar of this Court
16  at whose direction the service was made.

17      Executed on April 17, 2009, at Los Angeles, CA.

18

19
                                         Shanda L. Conners
20

21

22

23

24

25

26

27

28

07975/2891605.1

# DOCUMENT LIST

1. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS SECOND SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER ISO (1) MATTEL'S APPLICATION FOR RECEIVER AND (2) MATTEL'S OPPOSITION TO OMNI 808'S APPLICATION FOR LEAVE TO INTERVENE, AND EXHIBITS 3-6 AND 8-20 THERETO

2. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS SECOND SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER ISO (1) MATTEL'S APPLICATION FOR RECEIVER AND (2) MATTEL'S OPPOSITION TO OMNI 808'S APPLICATION FOR LEAVE TO INTERVENE, AND EXHIBITS 3-6 AND 8-20 THERETO

3. SECOND SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER ISO (1) MATTEL'S APPLICATION FOR RECEIVER AND (2) MATTEL'S OPPOSITION TO OMNI 808'S APPLICATION FOR LEAVE TO INTERVENE

07975/2891605.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE