QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059 and<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**<br><br>MATTEL, INC.'S NOTICE OF ERRATA REGARDING MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO DE-DESIGNATE MGA'S THIRD-TIER DOCUMENTS AND REQUEST FOR SANCTIONS<br><br>**Phase 2:**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date: Mar. 23, 2010 |

07975/2836945.2

NOTICE OF ERRATA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

        PLEASE TAKE NOTICE of the following corrections to the document captioned "Notice of Motion And Motion of Mattel, Inc. to De-Designate MGA's Third-Tier Documents and Request For Sanctions," dated April 17, 2009:

        The Notice of Motion, in the footer on the caption page, inadvertently omits the name of the motion; the footer should read "MATTEL'S DE-DESIGNATION MOTION."

        The Notice of Motion, in the footer on pages 1, i and ii, incorrectly states "DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S MOTION TO DE-DESIGNATE MGA'S THIRD-TIER DOCUMENTS AND REQUEST FOR SANCTIONS"; that text should be replaced with "MATTEL'S DE-DESIGNATION MOTION".

        The Notice of Motion, at page 1, footnote 1, inadvertently refers to "¶¶ 9-14, Exs. 10-13"; that reference should be replaced with "¶¶ 9-15, Exs. 8-14".

        The Notice of Motion, at page 5, footnote 14, inadvertently refers to "¶ 6"; that reference should be replaced with "¶ 13".

        Attached as Exhibit A are corrected pages reflecting these corrections.

DATED:  April 17, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

        By /s/ Diane C. Hutnyan
        Diane C. Hutnyan
        Attorneys for Mattel, Inc.