QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>NOTICE OF FILING OF THE DECLARATIONS OF PAUL M. FRONTERHAUSE, JIM DALLAS AND ANDI MURPHY IN SUPPORT OF MATTEL, INC.'S APPLICATION FOR APPOINTMENT OF A RECEIVER |

07209/2891080.1

NOTICE OF FILING DECLARATIONS ISO MATTEL'S APPLICATION FOR A RECEIVER

1

2      TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

3 RECORD:

4      PLEASE TAKE NOTICE that in support of its Application for Appointment of a Receiver, plaintiff Mattel, Inc. is filing concurrently herewith the following declarations indicating that Walmart is discontinuing MGA's Bratz product line as of July 2009 (and thus that MGA is not in fact planning to sell 2009 Bratz products):

      1.   Declaration of Paul M. Fronterhouse in support of Mattel, Inc.'s Application for Appointment of a Receiver, attached hereto as Exhibit A,

      2.   Declaration of Andi Murphy in support of Mattel, Inc.'s Application for Appointment of a Receiver, attached hereto as Exhibit B, and

      3.   Declaration of Jim Dallas in support of Mattel's Application for Appointment of a Receiver, attached hereto as Exhibit C.

      Because these declarations relate to recent events that became known to Mattel only after Mattel's filings on its Application for Appointment of a Receiver, Mattel did not have an opportunity to submit such evidence to the Court previously.

DATED:  April 17, 2009           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                 By /s/ Michael T. Zeller
                                    Michael T. Zeller
                                    Attorneys for Mattel, Inc.

07209/2891080.1

-1-
NOTICE OF FILING DECLARATIONS ISO MATTEL'S APPLICATION FOR A RECEIVER