# Exhibit A

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | DECLARATION OF PAUL M. FRONTERHOUSE IN SUPPORT OF MATTEL, INC.'S APPLICATION FOR APPOINTMENT OF A RECEIVER |
| AND CONSOLIDATED ACTIONS | |

## DECLARATION OF PAUL M. FRONTERHOUSE

I, Paul M. Fronterhouse, declare as follows:

1. I am a licensed private investigator who owns and operates Personal Investigations, 20564 Ventura Blvd., Woodland Hills, California 91364. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. On April 11 and 12, 2009, I visited a Walmart store located at 6433 Fallbrook Avenue, West Hills, California 91307. At that time, I witnessed and photographed a document regarding the discontinuation of Bratz products that was publicly displayed in the aisles of the West Hills Walmart. This document, entitled "Bratz Gooseneck Signing," stated that:

*We Will No Longer Be Carrying The Bratz License Modular Merchandise After July 2009.*

Please Maintain This Section As Best As Possible Thru This Time. If Needed, Please Expand On Adjacent Categories To Fill In This Area In Your Store. You May Also Feature The Bratz Promotions You Will Be Receiving In This Space.

*We Want To Be Completely Out Of Bratz Branded Merchandise By July 2009.*

(Emphasis added.)

3. Attached hereto as Exhibits 1 and 2 are true and correct copies of the document. Attached hereto as Exhibits 3 and 4 are true and correct copies of close-up photographs of the document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 16, 2009, at Los Angeles, California.

_[signature]_
Paul M. Fronterhouse

# Exhibit 1

EXHIBIT 1



# Exhibit 2

EXHIBIT 2



# Exhibit 3

EXHIBIT 3



# Exhibit 4

EXHIBIT 4

