# Exhibit B

Exhibit B

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                  EASTERN DIVISION

12  CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)

13            Plaintiff,                    Consolidated with
                                            Case No. CV 04-09059
14      vs.                                 Case No. CV 05-02727

15  MATTEL, INC., a Delaware               Hon. Stephen G. Larson
    corporation,
16                                          DECLARATION OF ANDI MURPHY
            Defendant.                      IN SUPPORT OF MATTEL, INC.'S
17  _____         APPLICATION FOR APPOINTMENT
                                            OF A RECEIVER
18  AND CONSOLIDATED ACTIONS

19

20

21

22

23

24

25

26

27

28

07975/2885463.1

## DECLARATION OF ANDI MURPHY

I, Andi Murphy, declare as follows:

1.      I am a licensed private investigator who owns and operates Murphy Investigations, Inc., P.O. Box 5432, Scottsdale, Arizona 85261. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.      On April 13 and 14, 2009, I visited a Walmart store located at 2020 North 75th Avenue in Phoenix, Arizona 85035. I observed and took photographs of a document that was publicly displayed in the aisles of that store and that related to the discontinuation of Bratz products. This document had a title of "Bratz Gooseneck Signing" and stated that:

We Will No Longer Be Carrying The Bratz License Modular Merchandise After July 2009.

Please Maintain This Section As Best As Possible Thru This Time. If Needed, Please Expand On Adjacent Categories To Fill In This Area In Your Store. You May Also Feature The Bratz Promotions You Will Be Receiving In This Space. We Want To Be Completely Out Of Bratz Branded Merchandise By July 2009.

3.      Attached as Exhibit 1 is a true and correct copy of a photograph of the document. Attached as Exhibit 2 is true and correct copy of a close-up photograph of this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 16, 2009, at Scottsdale, Arizona.

_Andi Murphy_

Andi Murphy

17975/2885463 1

# Exhibit 1

EXHIBIT 1



# Exhibit 2

EXHIBIT 2

| DEPARTMENT: 7 | CATEG___ ___RATZ | | STORE: 1549 |
| --- | --- | --- | --- |
| SECTION: 1 | 12F ____ ___P | | |

## BRATZ GOOSENECK SIGNING



WE WILL NO LONGER BE CARRYING THE BRATZ LICENSE MODULAR MERCHANDISE AFTER JULY 2009.
PLEASE MAINTAIN THIS SECTION AS BEST AS POSSIBLE THRU THIS TIME. IF NEEDED, PLEASE EXPAND ON ADJACENT CATEGORIES TO FILL IN THIS AREA IN YOUR STORE.
YOU MAY ALSO FEATURE THE BRATZ PROMOTIONS YOU WILL BE RECEIVING IN THIS SPACE.
WE WANT TO BE COMPLETELY OUT OF BRATZ BRANDED MERCHANDISE BY JULY 2009.

USE 12 INCH PEG HOOKS (PART #: DHXS-125SM)
USE 18 IN BASE DECK
USE 16 IN SHELVES
DARK LINE AT BOTTOM OF PRODUCT INDICATES PDQ TRAY

*** PLACE MODULAR SHELF LABELS LEFT JUSTIFIED *********** SHADED ITEMS ARE NEW TO YOUR STORE ***

122008