# Exhibit C

Exhibit C

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>DECLARATION OF JIM DALLAS IN SUPPORT OF MATTEL, INC.'S APPLICATION FOR APPOINTMENT OF A RECEIVER |

## DECLARATION OF JIM DALLAS

I, Jim Dallas, declare as follows:

1. I am a licensed private investigator who owns and operates DSI Investigations, 222 S. Easton Road, #215, Glenside, Pennsylvania 19038. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. On April 8, 2009, I visited a Walmart store located at 495 South Oxford Valley Road, Fairless Hills, Pennsylvania 19030, and took photographs of a sign displayed at that store regarding the discontinuation of Bratz products. The sign stated: "ATTENTION CUSTOMERS: AS OF JULY '09 WE WILL NOT BE CARRYING ANY BRATZ MERCHANDISE. SORRY FOR ANY INCONVENIENCE." Attached as Exhibit 1 is a true and correct copy of a photograph of the sign. Attached as Exhibit 2 is true and correct copy of a close-up photograph of this sign.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 16, 2009, at GLENSIDE, Pennsylvania.

_____
Jim Dallas

07975/2885267.2

-1-
DECLARATION OF JIM DALLAS ISO MATTEL'S APPLICATION FOR APPOINTMENT OF A RECEIVER

# Exhibit 1

EXHIBIT 1



# Exhibit 2

EXHIBIT 2

