Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 19, REGARDING:**<br><br>**(1) CONTINUANCE OF HEARING ON DISCOVERY MATTERS TO BE HEARD ON APRIL 21 AND MAY 5, 2009; and**<br><br>**(2) SUMMARY OF REVISED HEARING SCHEDULE** |

## I. CONTINUANCE OF HEARING ON MOTIONS SCHEDULED FOR APRIL 21, 2009

Upon reviewing the parties' briefs filed in connection with the two motions scheduled for hearing on April 21, 2009, namely (1) the Motion to Quash Subpoena Issued by Mattel, Inc. to Non-Party Bingham McCutchen LLP and (2) the Motion to Compel Bingham McCutchen LLP to Produce Documents Responsive to the Subpoena filed by Mattel, Inc. (collectively, the "April 21 Motions"), and finding that the April 21 Motions may share common issues with the Motion for Reconsideration of Phase 2 Discovery Matter Order No. 3 set for hearing on May 5, 2009 ("Motion for Reconsideration"), which has not yet been fully briefed, it is hereby **ORDERED** as follows:

1. The hearing on the April 21, 2009 Motions shall be continued to May 5, 2009 so that they can be heard at the same time as the Motion for Reconsideration.

2. In order to accommodate another commitment of the Discovery Master that day in Riverside, the hearing on May 5, 2009 shall commence at 8:30 a.m.

## II. CONTINUANCE OF MAY 5, 2009 HEARING ON MOTION FILED BY NON-PARTIES LEON NEMAN, FRED MASHIAN, AND NEIL KADISHA

The hearing on the Motion to Quash and/or for a Protective Order Re: Subpoenas Issued by Mattel, Inc. to Non-Parties Leon Neman, Fred Mashian, and Neil Kadisha, which was previously set for hearing on May 5, 2009, is hereby continued to May 12, 2009 at 10:00 a.m. at the offices of Arent Fox LLP.

## III. SUMMARY OF REVISED HEARING SCHEDULE

For the convenience of the parties and to ensure that there is no confusion regarding the hearing schedule, a summary of all motions presently scheduled to be heard by the Discovery Master at the offices of Arent Fox LLP is set forth below along with the accompanying date and time for each hearing.

**April 27, 2009 at 1:00 p.m.**

1. Renewed Motion for Reconsideration of Portions of Discovery Master's December 31, 2007 Order filed by Mattel, Inc. on or about March 4, 2009.

2. Renewed Motion Objecting to Portions of Discovery Master's February 15, 2008 Order Re: Mattel's Motion to Compel Responses to Interrogatories by the MGA Parties filed by Mattel, Inc. on or about January 20, 2009.

3. Renewed Motion for Issuance of Letter of Request filed by Mattel, Inc. on or about January 26, 2009.

4. Renewed Motion to Compel Consent to Production of Electronic Mail Messages filed by Mattel, Inc. on or about February 20, 2009.

**May 5, 2009 at 8:30 a.m.**

1. Motion for Reconsideration of Phase II Discovery Matter Order No. 3 filed by Mattel, Inc. on or about March 24, 2009.

2. Motion to Quash Subpoena Issued by Mattel to Non-Party Bingham McCutchen LLP filed on or about February 25, 2009.

3. Motion to Compel Bingham McCutchen LLP to Produce Documents Responsive to the Subpoena filed by Mattel, Inc. on or about March 6, 2009.

**May 12, 2009 at 10:00 a.m.**

1. Motion to Quash and/or for a Protective Order Re: Subpoenas Issued by Mattel, Inc. to Non-Parties Leon Neman, Fred Mashian, and Neil Kadisha filed on or about March 12, 2009.

2. Motion to Compel In Camera Review and Production of Non-Attorney or Non- Legal Communications Listed on MGA's Privilege Logs filed by Mattel on or about March 27, 2009.

**June 2, 2009 at 10:00 a.m.**

**1.** Motion for Order Compelling Production of Communications Made in Furtherance of Crimes and Frauds as to which MGA has Waived the Attorney-

1 | Client Privilege filed by Mattel, Inc. on or about March 16, 2009.

3 | Dated: April 20, 2009

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master