QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with: |
| vs. | Case No. CV 04-09039<br>Case No. CV 05-02727 |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 S. Figueroa Street, 10th Floor, Los Angeles, California 90017.

On April 17, 2009, I served true copies of the following documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>   Jason Russell, Esq.<br>300 South Grand Ave., Suite 3400<br>Los Angeles, CA  90071<br>   tnolan@skadden.com<br>   jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>   Patricia L. Glaser, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>   pglaser@glaserweil.com | **Attorneys for *the MGA Parties*** |
| Mitchell, Silberberg, & Knupp, LLP<br>   Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>   rjf@msk.com | **Attorneys for *the MGA Parties*** |

BY ELECTRONIC MAIL TRANSMISSION:  By electronic mail transmission from cyrusnaim@quinnemanuel.com on April 17, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es).  The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

07975/2847354.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

1  I declare that I am employed in the office of a member of the bar of this court
2  at whose direction the service was made
3      Executed on April 17, 2009, at Los Angeles, California.

                    /s/ Courtney Ballard
                    Courtney Ballard

# **DOCUMENT LIST**

1. MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO DE-DESIGNATE OPPOSITION TO MATTEL'S MOTION TO COMPEL DEPOSITION OF VARGAS AND TRUEBA AND DECLARATION OF KUEMMERLE IN SUPPORT THEREOF.

2. DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S MOTION TO DE-DESIGNATE THE OPPOSITION TO MATTEL'S MOTION TO COMPEL THE DEPOSITION OF PABLO VARGAS AND MARIANA TRUEBA AND THE DECLARATION OF SUSANA KUEMMERLE IN SUPPORT THEREOF

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 20, 2009, I served true copies of the following document(s) described as:

1. MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO DE-DESIGNATE OPPOSITION TO MATTEL'S MOTION TO COMPEL DEPOSITION OF VARGAS AND TRUEBA AND DECLARATION OF KUEMMERLE IN SUPPORT THEREOF; AND MEMORANDUM OF POINTS AND AUTHORITIES

2. DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S MOTION TO DE-DESIGNATE THE OPPOSITION TO MATTEL'S MOTION TO COMPEL THE DEPOSITION OF PABLO VARGAS AND MARIANA TRUEBA AND THE DECLARATION OF SUSANA KUEMMERLE IN SUPPORT THEREOF

on the parties in this action as follows:

Overland Borenstein Scheper & Kim LLP
   Mark E. Overland, Esq.
   Alexander H. Cote, Esq.
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
*Attorneys for Carlos Gustavo Machado Gomez*

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 20, 2009, at Los Angeles, California.

_Tiffany Garcia_
Tiffany Garcia

07975/2894962.1