QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S SUPPLEMENTAL REPLY IN SUPPORT OF RENEWED MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S FEBRUARY 15, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES [INTERROGATORY NOS. 48-50]<br><br>Hearing Date: April 27, 2009<br>Time:            10:00 a.m.<br>Place:           Arent Fox LLP<br><br>**Phase 2**<br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

07975/2893130.1

COREY DEC ISO SUPPLEMENTAL REPLY

I, Jon D. Corey, declare as follows:

1. I am a member of the bar of the State of California and the District of Columbia and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Court's Order, dated December 3, 2007.

3. Attached as Exhibit 2 is a true and correct copy of the Phase 2 Discovery Matter Amended Order No. 11 Regarding: (1) Motion of Mattel, Inc. to Compel Responses to Interrogatories and Production of Documents by MGA Entertainment, Inc. and Isaac Larian; and (2) Motion of Mattel, Inc. to Compel the Depositions of Pablo Vargas and Mariana Trueba, dated March 31, 2009.

4. Attached as Exhibit 3 is a true and correct copy of MGA's Supplemental Opposition to Mattel's Renewed Motion Objecting to Discovery Master's February 15, 2008 Order ("Supp. Opp.").

5. Attached as Exhibit 4 is a true and correct copy of excerpts of MGA's First Set of Interrogatories to Mattel, dated February 4, 2005.

6. Mattel's Second Supplemental Response to Interrogatory No. 1 of MGA's First Set of Interrogatories, dated May 23, 2008, which asks Mattel to "State all facts, with particularity, and IDENTIFY all DOCUMENTS that support YOUR contention, if YOU so contend, that YOU have suffered harm as a result of any act or omission by MGA," is robust and factually detailed -- it is more than 61 pages long, not including objections. Mattel provided this response, which took many weeks to prepare, to avoid burdening the Court with motion practice after MGA demanded a complete response to its broad, "all facts" interrogatory.

7. Attached as Exhibit 5 is a true and correct copy of MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to Compel Responses to

Interrogatories (Nos. 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 46, 47, 48, 49, and 50) by the MGA Parties, dated December 31, 2007.

8. Attached as Exhibit 6 is a true and correct copy of Mattel, Inc.'s Supplemental Memorandum in Support of Renewed Motion Objecting to Portions of Discovery Master's February 15, 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories By the MGA Paries [Interrogatory Nos. 48-50], dated April 3, 2009 ("Supplemental Memorandum").

9. Attached as Exhibit 7 is a true and correct copy of Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 46, 47, 48, 49, and 50) by the MGA Parties, dated December 20, 2007.

10. Attached as Exhibit 8 is a true and correct copy of Mattel, Inc.'s Reply in Support of Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27-44, 46-50) by the MGA Parties, dated January 7, 2008.

11. Attached as Exhibit 9 is a true and correct copy of Mattel, Inc.'s Notice of Motion and Motion Objecting to Portions of Discovery Master's (1) February 15, 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories by the MGA Parties; and (2) February 20, 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories by Carter Bryant; and Memorandum of Points and Authorities, dated March 3, 2008.

12. Attached as Exhibit 10 is a true and correct copy of MGA's Supplemental Responses and Objections to Mattel's Seventh Set of Interrogatories, dated November 30, 2007.

13. Attached as Exhibit 11 is a true and correct copy of the Letter from B. Dylan Proctor to Timothy Miller, dated December 13, 2007.

14. Attached as Exhibit 12 is a true and correct copy of the Order Granting Joint Motion for Protective Order, dated September 5, 2007.

1    15.    Attached as Exhibit 13 is a true and correct copy of the Phase 2
2 Discovery Matter, Order No. 17, dated April 14, 2009.
3    16.    Attached as Exhibit 14 is a true and correct copy of excerpts of the
4 transcript of the deposition of Lisa Tonnu, dated January 17, 2008.
5    17.    Attached as Exhibit 15 is a true and correct copy of the E-mail from
6 Ryan Weinstein to Jon Corey, dated July 22, 2008.
7    18.    Attached as Exhibit 16 is a true and correct copy of the Letter from
8 Ryan Weinstein to Jon Corey, dated July 31, 2008.
9    19.    Attached as Exhibit 17 is a true and correct copy of MGA 3896239.
10    I declare under penalty of perjury under the laws of the United States of
11 America that the foregoing is true and correct.
12    Executed this 20th day of April 2009, at San Diego, California.

            /s/ Jon D. Corey
            Jon D. Corey