# EXHIBIT 15

Attachments: MGA 3896247.xls; MGA 3896248.xls; MGA 3896249.xls; MGA 3896250.xls; MGA
3896239.xls; MGA 3896240.xls; MGA 3896241.xls; MGA 3896242.xls; MGA 3896243.xls;
MGA 3896244.xls; MGA 3896245.xls; MGA 3896246.xls

**REDACTED**

From: Weinstein, Ryan [mailto:Ryan.Weinstein@skadden.com]

EXHIBIT 15
PAGE 366

**Sent:** Tuesday, July 22, 2008 10:14 PM
**To:** Jon Corey
**Cc:** Roth, Carl A (LAC)
**Subject:** RE: Mattel v. MGA -- Part 2 of 3

Production Part 2 of 3.

All documents are designated "Attorneys' Eyes Only"

---

**From:** Jon Corey [mailto:joncorey@quinnemanuel.com]
**Sent:** Thursday, July 17, 2008 11:22 PM
**To:** Roth, Carl A (LAC)
**Cc:** Aguiar, Lauren E (NYC); Nolan, Thomas J (LAC); Herrington, Robert J (LAC); Michael T Zeller; Dylan Proctor
**Subject:** Mattel v. MGA

Carl,

With the verdict in Phase 1A, I write to follow up on two outstanding matters regarding MGA and Larian financial information.

First, as you will recall, the Court compelled Isaac Larian to provide Mattel with current financial information relating to his net worth. We expect to call Mr. Larian early on in Mattel's case. Please confirm that Mr. Larian will provide complete financial information as of year end 2007 and as of June 30, 2008 no later than next Wednesday, July 23, 2008 so that Mattel's experts may take that information into account. Please further confirm that said financial information will include (a) any and all assets owned or controlled by him or by any entity in which he or any of his trusts has a controlling interest, and (b) any distributions received by him or any Larian-affiliated trusts since June 2007.

Second, Mattel again asks MGA to provide financial information (audited financial statements, operating statements, revenues and costs by product, etc., distributions, etc.) through June 2008. Please be advised that Mattel has projected MGA financial results for MGA through June 2008. Unless MGA agrees to produce updated financial information, which MGA surely possesses, then Mattel will seek to preclude MGA from introducing any actual information not identified on the current exhibit list to challenge Mattel's projections or the assumptions upon which those projections are based.

Best regards,

---
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

EXHIBIT 15
PAGE 367

3/5/2009

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EXHIBIT 15
PAGE 368

3/5/2009

# EXHIBIT 16

**RECEIVED**

JUL 3 1 2008

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
213.687.5526
DIRECT FAX
213.621.5526
EMAIL ADDRESS
RYAN.WEINSTEIN@SKADDEN.COM

July 31, 2008

Jon Corey, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE: Mattel v. MGA

Dear Jon:

Enclosed please find a CD containing documents Bates numbered MGA 3896237 - MGA 3896256, MGA 3896257R, MGA 3896500 - MGA 3896502 and MGA 3896565. All of the above documents were previously produced to Mattel via e-mail.

Additionally, all documents on the CD have been designated "Confidential-Attorneys' Eyes Only" under the stipulated Protective Order.

Sincerely,

Ryan Weinstein by the

Ryan Weinstein

cc: Carl Roth, Esq.

EXHIBIT 16
PAGE 369



EXHIBIT 16
PAGE 320

**RECEIVED**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP      JUL 3 1 2008

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
213.687.5526
DIRECT FAX
213.621.5526
EMAIL ADDRESS
RYAN.WEINSTEIN@SKADDEN.COM

July 31, 2008

Jon Corey, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE: Mattel v. MGA

Dear Jon:

Enclosed please find a CD containing one document Bates numbered MGA 3896566. This document is hereby designated "Confidential- Attorneys' Eyes Only" under the stipulated Protective Order.

Sincerely,

Ryan Weinstein by AMC

Ryan Weinstein

cc: Carl Roth, Esq.

523275.01-Los Angeles Server 2A            MSW - Draft July 31, 2008 - 4:05 PM

EXHIBIT 16
PAGE 371



EXHIBIT 16
PAGE 372

RECEIVED
JUL 3 1 2008

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144
———
TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
213.687.5526
DIRECT FAX
213.621.5526
EMAIL ADDRESS
RYAN.WEINSTEIN@SKADDEN.COM

July 31, 2008

Jon Corey, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE: Mattel v. MGA

Dear Jon:

Pursuant to the parties' Stipulated Agreement Re Expert Discovery for Phase 1, please find enclosed a CD containing documents produced on behalf of Paul K. Meyer, Bates labeled PKM 07498 through PKM 10497. All documents are hereby designated "Confidential- Attorneys' Eyes Only" under the stipulated Protective Order.

Sincerely,

Ryan Weinstein by ABC

Ryan Weinstein

cc: Carl Roth, Esq.

523277.01-Los Angeles Server 2A

MSW - Draft July 31, 2008 - 4:07 PM

EXHIBIT 16
PAGE 373



EXHIBIT