1   Patricia L. Glaser, State Bar No. 055668
    Pglaser@glaserweil.com
2   Joel N. Klevens, State Bar No. 045446
    Jklevens@ glaserweil.com
3   GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
    10250 Constellation Boulevard, 19th Floor
4   Los Angeles, California 90067
    Telephone:   310-553-3000
5   Facsimile:   310-556-2920

6
    Russell J. Frackman, State Bar No. 049087
7   rjf@msk.com
    MITCHELL, SILBERBERG & KNUPP, LLP
8   11377 West Olympic Boulevard
    Los Angeles, California 90064
9   Telephone:   310-312-2000
    Facsimile:   310-312-3100
10

11  Attorneys for the MGA Parties For Phase Two

12                  UNITED STATES DISTRICT COURT
         CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION
13

14  CARTER BRYANT, an individual        )  Case No. CV 04-9049 SGL (RNBx)
                                         )  Consolidated with Case No. 04-09059
         Plaintiff,                      )  and Case No. 05-02727
15                                       )
                                         )
16  v.                                   )  **DISCOVERY MATTER**
                                         )  **[To Be Heard by Discovery Master**
                                         )  **Robert C. O'Brien Pursuant to Order**
17  MATTEL, INC., a Delaware             )  **of January 6, 2009]**
    Corporation                          )
18                                       )  **MGA PARTIES' NOTICE OF**
         Defendant.                      )  **UNDER SEAL SUBMISSION OF**
                                         )  **EXHIBIT A TO DECLARATION OF**
19 _____       )  **CAROLINE H. MANKEY IN**
                                         )  **SUPPORT OF MOTION TO**
20                                       )  **COMPEL PRODUCTION OF**
    AND CONSOLIDATED ACTIONS             )  **DOCUMENTS AND THINGS FROM**
21                                       )  **MGA'S SECOND AND FIFTH SETS**
                                         )  **OF REQUESTS FOR PRODUCTION**
22                                       )  **AND RESPONSES TO MGA'S**
                                         )  **SECOND SET OF**
23                                       )  **INTERROGATORIES TO MATTEL,**
                                         )  **INC.**
24                                       )
                                         )
25                                       )  **Discovery Cut-off:  Dec. 11, 2009**
                                         )  **Pre-trial Conference:  March 1, 2009**
26                                       )  **Trial Date:  March 23, 2010**
                                         )
27 _____       )

28

674651

**MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF EXHIBIT A TO DECLARATION OF**
**CAROLINE H. MANKEY**

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that MGA Entertainment, Inc., has submitted the

3  following sealed document to the Court:

4      1. Exhibit A to the DECLARATION OF CAROLINE H. MANKEY IN

5          SUPPORT OF MGA ENTERTAINMENT, INC.'S MOTION TO COMPEL

6          PRODUCTION OF DOCUMENTS AND THINGS FROM MGA'S SECOND

7          AND FIFTH SETS OF REQUESTS FOR PRODUCTION AND RESPONSES

8          TO MGA'S SECOND SET OF INTERROGATORIES TO MATTEL, INC.

9

10  Dated: April 21, 2009                    Patricia L. Glaser
                                             Joel N. Klevens
11                                           GLASER, WEIL, FINK, JACOBS
                                              & SHAPIRO, LLP
12
                                             Russell J. Frackman
13                                           MITCHELL, SILBERBERG & KNUPP, LLP

14

15

16                                           By: _____/s/ Joel N. Klevens_____
                                                  Joel N. Klevens
17                                                Attorneys for the MGA Parties
                                                  for Phase Two

18

19

20

21

22

23

24

25

26

27

28

674651

1

**MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF EXHIBIT A TO DECLARATION OF CAROLINE H. MANKEY**