QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Lodged P/O

FILED
2009 APR 20 AM 10: 02
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

Hon. Stephen G. Larson

**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS SECOND SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER ISO (1) MATTEL'S APPLICATION FOR RECEIVER AND (2) MATTEL'S OPPOSITION TO OMNI 808'S APPLICATION FOR LEAVE TO INTERVENE, AND EXHIBITS 3-6 AND 8-20 THERETO**

[[Proposed] Order filed concurrently]

ORIGINAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order that the Second Supplemental Declaration of Michael T. Zeller in Support of (1) Mattel's Application for Receiver and (2) Mattel's Opposition to Omni 808's Application for Leave to Intervene (the "Declaration") and Exhibits 3-6 and 8-20 thereto be filed under seal.

The Declaration quotes and Exhibits 3-6 and 8-20 include materials that MGA Entertainment, Inc. and third parties IGWT Group, LLC and IGWT 826 Investments, LLC have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Declaration and Exhibits 3-6 and 8-20 be filed under seal.

In the alternative, Mattel requests that the Court declare that these materials are outside the definition of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order the Declaration and Exhibits 3-6 and 8-20 to be filed as part of the public record.

DATED: April 17, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By ______________________
Tamar Buchakjian
Attorneys for Mattel, Inc.