QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009]**<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION TO DE-DESIGNATE OPPOSITION TO MATTEL'S MOTION TO COMPEL DEPOSITION OF VARGAS AND TRUEBA AND DECLARATION OF KUEMMERLE IN SUPPORT THEREOF, AND EXHIBITS 6 AND 7 TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT THEREOF**<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 2:**<br>Disc. Cut-off: December 11, 2009<br>Pre-trial Conf.: March 1, 2010<br>Trial Date: March 23, 2010 |

07209/2891555.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order that Mattel's Motion to De-Designate Opposition to Mattel's Motion to Compel the Deposition of Vargas and Trueba and Declaration of Kuemmerle in Support Thereof (the "Motion"), and Exhibits 6 and 7 to the Declaration of Diane C. Hutnyan in Support of Mattel, Inc.'s Motion to De-Designate the Opposition to Mattel's Motion to Compel the Deposition of Pablo Vargas and Mariana Trueba and the Declaration of Susana Kuemmerle thereto (the "Declaration") be filed under seal.

The Motion and Exhibits 6 and 7 to the Declaration include materials that MGA Entertainment, Inc. has designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Motion and Exhibits 6 and 7 to the Declaration be filed under seal.

In the alternative, Mattel requests that the Court declare that these materials are outside the definition of "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order the Motion and Exhibits 6 and 7 to the Declaration to be filed as part of the public record.

DATED: April 20, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _/s/ Diane C. Hutnyan_
Diane C. Hutnyan
Attorneys for Mattel, Inc.