QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**Hon. Stephen G. Larson**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S SUPPLEMENTAL REPLY IN SUPPORT OF RENEWED MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S FEBRUARY 15, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES [INTERROGATORY NOS. 48-50]; AND (2) EXHIBITS 5, 14 AND 17 TO THE DECLARATION OF JON COREY IN SUPPORT THEREOF<br><br>Hearing Date:　June 1, 2009<br>Time:　　　　10:00 a.m.<br>Place:　　　　Courtroom 1<br><br>**Phase 2**<br><br>Discovery Cut-off:　December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date:　　　　March 23, 2010 |

07975/2882380.1

APPLICATION TO FILE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal: (1) Mattel, Inc.'s Supplemental Reply in Support of Renewed Motion Objecting to Portions of Discovery Master's February 15, 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories by the MGA Parties [Interrogatory Nos. 48-50], (the "Reply"); and (2) Exhibits 5, 14 and 17 to the Declaration of Jon Corey in Support of Mattel, Inc.'s Supplemental Reply in Support of Renewed Motion Objecting to Portions of Discovery Master's February 15, 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories by the MGA Parties [Interrogatory Nos. 48-50] (the "Exhibits").

      The Reply and Exhibits include materials that MGA and/or Mattel have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Motion and Exhibits be filed under seal.

      In the alternative, Mattel requests that the Court declare that the Reply and Exhibits are outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be filed as part of the public record.

DATED: April 20, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
   Jon D. Corey
   Attorneys for Mattel, Inc.

07975/2882380.1

-1-

APPLICATION TO FILE UNDER SEAL