QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

ORIGINAL

07975/2894274.1

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 20, 2009, I served true copies of the following documents described as:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>  Amman A. Khan, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>  pglaser@glaserweil.com | **Attorneys for *the MGA Parties*** |
| Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>  rjf@msk.com | **Attorneys for *the MGA Parties*** |

[X] **BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

[X] **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from tenayarodewald@quinnemanuel.com on April 20, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The

07975/2894274.1

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

1  document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.
2
3
4     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.
5
  Executed on April 20, 2009, at Los Angeles, California.
6
7
8  _____
  Tenaya Rodewald
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07975/2894274.1

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

# DOCUMENT LIST

1. REPLY IN SUPPORT OF RENEWED MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S FEBRUARY 15, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES [INTERROGATORY NOS. 48-50]

2. DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S SUPPLEMENTAL REPLY IN SUPPORT OF RENEWED MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S FEBRUARY 15, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES [INTERROGATORY NOS. 48-50]

3. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL REPLY IN SUPPORT OF RENEWED MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S FEBRUARY 15, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES [INTERROGATORY NOS. 48-50] (2) EXHIBITS 5, 14 AND 17 TO THE DECLARATION OF JON COREY IN SUPPORT THERE OF

4. [PROPOSED] ORDER MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL REPLY IN SUPPORT OF RENEWED MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S FEBRUARY 15, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES [INTERROGATORY NOS. 48-50] (2) EXHIBITS 5, 14 AND 17 TO THE DECLARATION OF JON COREY IN SUPPORT THERE OF