QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | [PUBLIC REDACTED] DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: OMNI 808'S FAILURE TO COMPLY WITH COURT ORDER OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR SUCH RELIEF |
| AND CONSOLIDATED ACTIONS | |

Hearing Date:  TBA
Time:  TBA
Place:  TBA

**Phase 2**
Discovery Cut-off:  December 11, 2009
Pre-trial Conference:  March 1, 2010
Trial Date:  March 23, 2010

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of a letter from my colleague Jon Corey to Todd Gordinier, dated April 16, 2009.

3. Attached as Exhibit 2 is a true and correct copy of a letter from Peter Villar to my colleague Jon Corey, dated April 17, 2009.

4. Attached as Exhibit 3 is a true and correct copy of a letter from my colleague Jon Corey to Peter Villar, dated April 17, 2009.

5. Attached as Exhibit 4 is a true and correct copy of a letter from Todd Gordinier to the Discovery Master, dated April 20, 2009.

6. Attached as Exhibit 5 is a true and correct copy of the Stipulation and Order for Appointment of a Discovery Master, dated December 6, 2006.

7. Attached as Exhibit 6 is a true and correct copy of Mattel, Inc.'s Notice of Motion and Motion for Reconsideration of Phase II Discovery Matter Order No. 3, dated March 24, 2009.

8. Attached as Exhibit 7 is a true and correct copy of the Discovery Master's Order No. 17, dated April 14, 2009.

9. Attached as Exhibit 8 is a true and correct copy of the Discovery Master's Order Granting In Part Mattel's Motion to Enforce the Court's Order of May 16, 2007, to Compel MGA to Produce Witnesses for Deposition Pursuant to Rule 30(b)(6), and Granting Request For Sanctions, dated August 15, 2007.

10. I have spent in excess of 6 hours preparing this motion. My billing rate is $765 per hour. My partner Michael Zeller spent in excess of 3 hours preparing this motion. Michael Zeller's billing rate is $820 per hour. Robert Dart, a fifth-year associate, spent in excess of 4 hours researching this motion. Robert

1  Dart's billing rate is $390 per hour. Mattel seeks sanctions in the amount of $6,500,
2  far less than the fees incurred in preparing this motion.
3
4        I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6        Executed this 21st day of April 2009, at Los Angeles, California.

*[signature]*
Scott B. Kidman