QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: OMNI 808's FAILURE TO COMPLY WITH COURT ORDER OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR SUCH RELIEF<br><br>Date:   TBD<br>Time:   TBD<br>Place:  Courtroom 1<br><br>**Phase 2:**<br>Discovery Cutoff:    Dec. 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial:                      March 23, 2010 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following declarations with the Court in support of its <u>Ex Parte</u> Application for an Order to Show Cause Regarding Omni 808's Failure to Comply with Court Order or, in the Alternative, for an Order Shortening Time to Hear Motion for Such Relief:

1. Declaration of David Antolin, dated February 4, 2009; and

2. Declaration of Michael T. Zeller In Support Of Mattel Inc.'s Opposition to Omni 808's <u>Ex Parte</u> Application to Intervene, dated February 5, 2009; and

3. Supplemental Declaration of Michael T. Zeller In Support Of (1) Mattel's Application for Receiver and (2) Mattel's Opposition to Omni 808's Application for Leave to Intervene, dated March 23, 2009; and

4. Declaration of Jon D. Corey In Support of Mattel's Motion for Reconsideration of Phase II Discovery Matter Order No. 3, dated March 24, 2009; and

5. Second Supplemental Declaration of Michael T. Zeller In Support of (1) Mattel's App for Receiver and (2) Mattel's Opposition to Omni 808"s Application for Leave to Intervene, dated April 17, 2009.

DATED: April 21, 2009         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                              By  /s/
                                  Scott B. Kidman
                                  Attorneys for Mattel, Inc.

07209/2896350.1

NOTICE OF LODGING