QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: OMNI 808'S FAILURE TO COMPLY WITH COURT ORDER OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR SUCH RELIEF**<br><br>**Phase 2**<br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

07975/2896107.1

[PROPOSED] ORDER GRANTING ORDER TO SHOW CAUSE AND SANCTIONS

# [PROPOSED] ORDER

For good cause shown, the Court hereby GRANTS Mattel Inc.'s *Ex Parte* Application For An Order To Show Cause Regarding Omni 808 Investors, LLC's ("Omni 808's") Failure To Comply With Court Order.

IT IS HEREBY ORDERED that:

Omni 808 shall Show Cause at _____ regarding Omni 808's failure to comply with Phase II Discovery Matter Order No. 3, dated March 10, 2009, as to why: Omni 808 should not be adjudged to be in contempt of Court; why Omni 808 should not be ordered to pay sanctions in the amount of $5,000 for each day that Omni 808 fails to produce documents relating to the existence of any debt owed by MGA to Omni 808 and any communications between Omni 808 and the MGA parties regarding any such indebtedness as mandated by Phase II Discovery Matter Order No. 3, dated March 10, 2009, and, in the event that Omni 808 does not comply within five days of this Order, the sanctions shall be increased to $10,000 per day, with all such amounts due and payable to the Court; and why Omni 808 should not be ordered to pay sanctions to Mattel in the amount of $6,500 as partial reimbursement for Mattel's fees and costs incurred in bringing the Motion.

IN THE ALTERNATIVE, IT IS HEREBY ORDERED that:

The Court shall treat Mattel's *Ex Parte* Application as a regularly noticed motion to be heard on an expedited basis. Omni 808's response in opposition will be due on _____, 2009, and Mattel's reply will be due on _____. The Court sets this motion for hearing on _____, 2009, _____, __.m.

**IT IS SO ORDERED.**

DATED: _____, 2009

_____
Hon. Stephen G. Larson
United States District Court