QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: OMNI 808's FAILURE TO COMPLY WITH COURT ORDER OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR SUCH RELIEF |
| AND CONSOLIDATED ACTIONS | |
| | Date:  TBD<br>Time:  TBD<br>Place:  Courtroom 1 |
| | **Phase 2:**<br>Discovery Cutoff:    Dec. 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial:                        March 23, 2010 |

07209/2896350.1

NOTICE OF LODGING

|   |   |
|---|---|
| 1 | TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following Proposed Order with the Court in support of its Ex Parte Application for an Order to Show Cause Regarding Omni 808's Failure to Comply with Court Order or, in the Alternative, for an Order Shortening Time to Hear Motion for Such Relief: |

1. [PROPOSED] Order Granting Mattel, Inc.'s Ex Parte Application for an Order to Show Cause Regarding Omni 808's Failure to Comply with Court Order or, in the Alternative, for an Order Shortening Time to Hear Motion for Such Relief.

DATED:  April 22, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/
Scott B. Kidman
Attorneys for Mattel, Inc.

07209/2896350.1

NOTICE OF LODGING