QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

07975/2896224.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 21, 2009, I served true copies of the following document(s) described as

1.   MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: OMNI 808'S FAILURE TO COMPLY WITH COURT ORDER OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR SUCH RELIEF

2.   DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: OMNI 808'S FAILURE TO COMPLY WITH COURT ORDER OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR SUCH RELIEF

on the parties in this action as follows:

Robert Herrington, Esq.
Skadden Arps Slate Meagher & Flom
'Robert.Herrington@skadden.com';

Jason Russell, Esq.
Skadden Arps Slate Meagher & Flom
'Jason.Russell@skadden.com';

Patricia Glaser, Esq.
Glaser Weil Fink Jacobs & Shapiro, LLP.
'pglaser@glaserweil.com';

Russell J. Frackman, Esq.
Mitchell Silberberg & Knupp, LLP.
'rjf@msk.com'

Amman A. Khan, Esq.
Glaser Weil Fink Jacobs & Shapiro, LLP.
akhan@glaserweil.com

Peter N. Villar, Esq.
Bingham McCutchen LLP
peter.villar@bingham.com

Mark E. Overland, Esq.
Overland Borenstein Scheper & Kim LLP
moverland@obsklaw.com

Craig Taggart, Esq.
Bingham McCutchen LLP
craig.taggart@bingham.com

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from cyrusnaim @quinnemanuel.com on April 21, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

07209/2789665.1

1     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2     Executed on April 21, 2009, at Los Angeles, California.

/s/ Cyrus Naim
CYRUS NAIM

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 21, 2009, I served true copies of the following document(s) described as **MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: OMNI 808'S FAILURE TO COMPLY WITH COURT ORDER OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR SUCH RELIEF** on the parties in this action as follows:

| | |
|---|---|
| Bingham McCutchen LLP<br>Todd E. Gordinier, Esq.<br>Peter N. Villar, Esq.<br>Craig A. Taggart, Esq.<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626<br>   Telephone: (714) 830-0640<br>   Fax: (714) 830-0719 | **Attorneys for *Omni 808 Investors, LLC, Leon Neman, Fred Mashian and Neil Kadisha*** |

**BY FACSIMILE:** At or before 7:00 p.m, on April 21, 2009, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (213) 443-3100. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 21, 2009, at Los Angeles, California.

/s/ Rebecca Ramos
Rebecca Ramos

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On April 21, 2009, I served true copies of the following documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the parties in this action as follows:

| | |
|---|---|
| Mitchell, Silberberg, & Knupp, LLP<br>Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>rjf@msk.com | **Attorneys for *the MGA Parties*** |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 21, 2009, at Los Angeles, California.

/s/ Ralph Rodriguez
_____
Ralph Rodriguez - APEX Attorney Services

07975/2896224.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On April 21, 2009, I served true copies of the following documents described as:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Overland Borenstein Scheper & Kim LLP<br>Mark E. Overland, Esq.<br>Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>moverland@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Thomas J. Nolan, Esq.<br>Jason Russell, Esq.<br>300 South Grand Ave., Suite 3400<br>Los Angeles, CA 90071<br>tnolan@skadden.com<br>jrussell@skadden.com | **Attorneys for *the MGA Parties*** |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 21, 2009, at Los Angeles, California.

/s/ Mitchell Hernandez

Mitchell Hernandez - APEX Attorney Services

07975/2896224.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On April 22, 2009, I served true copies of the following documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the parties in this action as follows:

| | |
|---|---|
| Bingham McCutchen LLP<br>Todd E. Gordinier, Esq.<br>Peter N. Villar, Esq.<br>Craig A. Taggart, Esq.<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com<br>peter.villar@bingham.com<br>craig.taggart@bingham.com | **Attorneys for *Omni 808 Investors, LLC, Leon Neman, Fred Mashian and Neil Kadisha*** |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 22, 2009, at Los Angeles, California.

/s/ Ralph Rodriguez
_____
Ralph Rodriguez - APEX Attorney Services

07975/2896224.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On April 22, 2009, I served true copies of the following documents described as:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

Glaser, Weil, Fink, Jacobs, & Shapiro, LLP          **Attorneys for *the MGA Parties***
Patricia L. Glaser, Esq.
Amman A. Khan, Esq.
10250 Constellation Blvd 19th Floor
Los Angeles, CA 90067
pglaser@glaserweil.com

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 22, 2009, at Los Angeles, California.

/s/ Ralph Rodriguez

Ralph Rodriguez - APEX Attorney Services

07975/2896224.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## DOCUMENT LIST

1. MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: OMNI 808'S FAILURE TO COMPLY WITH COURT ORDER OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR SUCH RELIEF

2. DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: OMNI 808'S FAILURE TO COMPLY WITH COURT ORDER OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR SUCH RELIEF

3. NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: OMNI 808's FAILURE TO COMPLY WITH COURT ORDER OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR SUCH RELIEF

4. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS AND DOCUMENTS IN SUPPORT THEREOF

5. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: OMNI 808'S FAILURE TO COMPLY WITH COURT ORDER OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR SUCH RELIEF; AND DECLARATION OF SCOTT B. KIDMAN IN SUPPORT