Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No.  CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**AMENDED ORDER NO. 20, REGARDING:**<br><br>　　**EX PARTE APPLICATION OF MATTEL FOR OSC RE: OMNI 808's FAILURE TO COMPLY WITH COURT ORDER** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

1  The Discovery Master, having received the *ex parte* application of Mattel for an Order to Show Cause re: Omni 808's failure to comply with the Discovery Master's March 10, 2009 Order or, alternatively, for an Order shortening time to hear a motion for such relief (the "Application"), hereby **ORDERS** as follows:

   1. Any Opposition to the Application shall be filed and personally served on Mattel no later than 2:00 p.m. on Thursday, April 23, 2009.

   2. No Reply memorandum shall be permitted.

   3. The Discovery Master shall decide the Application on the papers, without conducting a hearing and shall promptly notify the parties of his ruling.

Dated: April 22, 2009

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master