QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>SUPPLEMENTAL DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S MOTION FOR RECONSIDERATION OF PHASE II DISCOVERY MATTER ORDER NO. 3<br><br>Hearing Date:   May 5, 2009<br>Time:              10:00 a.m.<br>Place:             Arent Fox, LLP<br>                      555 West Fifth Street,<br>                      48th Floor<br>                      Los Angeles, CA<br><br>**Phase 2:**<br>Disc. Cut-off:      December 11, 2009<br>Pre-trial Conf.:    March 1, 2010<br>Trial Date:         March 23, 2010 |

07975/2897709.1

SUPPLEMENTAL DECLARATION OF JON COREY

# SUPPLEMENTAL DECLARATION OF JON COREY

I, Jon Corey, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia, and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On March 13, 2009, I sent a letter to counsel for the MGA Parties and counsel for the third-party entities—including counsel for Omni 808 Investors, LLC, Vision Capital, LLC and OmniNet Capital, LLC (collectively, the "Omni Parties")—requesting a meet and confer regarding Mattel's anticipated Motion for Reconsideration of the Phase II Discovery Matter Order No. 3. A true and correct copy of my March 13, 2009 letter is attached as Exhibit 1.

3. Counsel for the Omni Parties, Todd Gordinier, responded to my letter on March 16, 2009, indicating that he was available to meet and confer on either March 19 or 20, 2009. Attached as Exhibit 2 is a true and correct copy of Mr. Gordinier's letter to me, dated March 16, 2009.

4. On March 19, 2009, I sent an e-mail to counsel for MGA and counsel for the third-party entities, to follow up on my March 13, 2009 letter requesting a meet and confer regarding Mattel's anticipated Motion for Reconsideration. In that e-mail, I inquired as to the availability of counsel to meet and confer. Attached as Exhibit 3 is a true and correct copy of my March 19, 2009 e-mail.

5. Jason Russell, counsel for the MGA Parties, responded to my e-mail on March 19, 2009, and requested that the conference of counsel be postponed until Monday, March 23, 2009, as his mother was going into surgery. Attached as Exhibit 4 is a true and correct copy of Mr. Russell's March 19, 2009 e-mail to me.

6.     I responded to Mr. Russell's e-mail on March 20, 2009, agreeing to reschedule the meet and confer for March 23, 2009, and asking all parties to stipulate, in light of the postponement, that Mattel would have one additional day, until March 25, 2009, to file its Motion for Reconsideration. Attached as 5 is a true and correct copy of my March 20, 2009 response e-mail to Mr. Russell.

7.     I thereafter circulated a draft stipulation on March 20, 2009, via e-mail, a true and correct copy of which is attached as Exhibit 6 . While Mr. Russell responded that the MGA Parties would agree to sign the proposed stipulation, I did not get any response from counsel for the Omni Parties.

8.     On March 23, 2009, I met and conferred with Mr. Russell regarding Mattel's anticipated Motion for Reconsideration of Discovery Matter Order No. 3. I called and left voicemails for Mr. Gordinier and Peter Villar, counsel for the Omni Parties. However, neither Mr. Gordinier nor Mr. Villar returned my phone calls.

9.     In light of the failure of the Omni Parties to respond to either my requests to meet and confer or to the proposed stipulation continuing the deadline for Mattel to move for reconsideration of Order No. 3, Mattel had no choice but to file its Motion for Reconsideration on March 24, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 22, 2009, at San Diego, California.

/s/ Jon Corey
Jon Corey