# EXHIBIT 1

Case 2:04-cv-09049-DOC-RNB   Document 5239-3   Filed 04/22/09   Page 2 of 19   Page ID #:170806

Case 2:04-cv-09049-SGL-RNB   Document 5204-2   Filed 04/17/2009   Page 4 of 31
03-13-2009  17:29   From-QUINN EMANUEL                              T-065  P.001/003  F-404

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

**CHICAGO**
250 South Wacker Drive, Suite 230
Chicago, IL 60606
(312) 463-2961
Facsimile: (312) 463-2962

**LONDON**
16 Old Bailey
London EC4M 7EG United Kingdom
+44(0) 20 7653 2000
Facsimile: +44(0) 20 7653 2100

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052 Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

DATE:   March 13, 2009                    NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Thomas Nolan, Esq.<br>Jason Russell, Esq.<br>*Skadden, Arps, Slate, Meagher & Flom LLP* | (213) 687-5000 | (213) 687-5600 |
| Patricia Glaser, Esq.<br>Amman Khan, Esq.<br>*Glaser, Weil, Fink, Jacobs & Shapiro, LLP* | (310) 553-3000 | (310) 556-2920 |
| Russell J. Frackman, Esq.<br>*Mitchell, Silberberg & Knupp, LLP* | (310) 312-2000 | (310) 312-3100 |
| Todd E. Gordinier, Esq.<br>Peter Villar, Esq.<br>*Bingham McCutchen LLP* | (714) 830-0622 | (714) 830-0717 |
| Jeffrey B. Valle, Esq.<br>*Valle & Associates* | (310) 476-0300 | (310) 476-0333 |

FROM:   Jon D. Corey

RE:   Mattel, Inc. v. MGA Entertainment, et al.

MESSAGE: PLEASE SEE THE ATTACHED CORRESPONDENCE.

07209/2835593.1

| CLIENT # | 07209 | ROUTE/<br>RETURN TO: Suzanne Johnson -10 | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|
| OPERATOR: | | CONFIRMED?  ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE

EXHIBIT 1

PAGE 3

## quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

March 13, 2009

<u>VIA FACSIMILE AND U.S. MAIL</u>

Todd E. Gordinier, Esq.
Peter Villar, Esq.
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924

Patricia L. Glaser, Esq.
Amman Khan, Esq.
Glaser, Weil, Fink, Jacobs, & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067

Jeffrey B. Valle, Esq.
Valle & Associates
11911 San Vicente Boulevard Suite 324
Los Angeles, CA 90049

Thomas Nolan, Esq.
Jason Russell, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Russell J. Frackman, Esq.
Mitchell, Silberberg, & Knupp, LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064

Re:  <u>Mattel, Inc. v. MGA Entertainment, Inc, et al.</u>

Dear Counsel:

I write pursuant to paragraph 5 of the Discovery Master Stipulation to request a meeting of counsel regarding Mattel's contemplated motion for reconsideration of the Discovery Master's Order No. 3. Specifically, Mattel will ask Discovery Master O'Brien to reconsider his Order as it pertains to Omni 808, OmniNet and Vision Capital (the "Entities").

As the Discovery Master's Order expressly recognizes, Isaac Larian's and MGA's net worth and financial condition are unquestionably at issue in Phase 2 of this case. Whether or not MGA is in fact under an obligation to pay back any of the more than $300 million in debt that it claims to owe to the Entities—and if so, how much—is a question that goes directly to the net worth of both MGA and Isaac Larian, and is thus squarely within the scope of discovery. It is of

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07975/2833685.1



EXHIBIT __1__

PAGE __4__

particular importance given the evidence suggesting that the Entities' acquisition of this debt was a sham or related-party transaction.

Given MGA's long history of misrepresentations and obstruction—including MGA's fraudulent concealment of its wrongdoing as found by the Phase 1 jury and Mr. Larian's perjury at trial as found by the Court—Mattel is not required to seek this discovery from MGA in the first instance. See, e.g., Viacom Intern., Inc. v. YouTube, Inc., 2008 WL 3876142, at *3 (N.D. Cal. 2008) ("[T]here is no general rule that plaintiffs cannot seek nonparty discovery of documents likely to be in defendants' possession."). Nor could it. As the Entities' counsel admitted at the March 4, 2009 hearing, the Financing Entities possess relevant documents and information which MGA does not. See March 4, 2009 Hearing Tr. at 55:22-56:2 ("Now, it's true MGA was not a party directly to the transaction between Omni 808 and Wachovia. They had to sign some guarantees, I think, or some indemnifications, I'm not sure exactly, I'm not a corporate guy. But that deal was negotiated between Omni 808 and Wachovia.").

Accordingly, the Discovery Master's Order No. 3, which only requires Omni 808 (and not OmniNet or Vision Capital) to produce documents showing (1) the existence of any debt owed by MGA to Omni 808 and (2) communications between MGA and Omni 808 regarding such debt, is unduly limited, and Mattel will ask the Discovery Master to reconsider it.

Please let me know when you are available to meet and confer in advance of a Mattel motion for reconsideration of the Discovery Master's Order.

Additionally, please confirm in writing by the close of business on Monday, March 16, 2009 that your respective clients continue to preserve all documents that could conceivably fall within the scope of the requests pending final resolution of the disputes arising from Mattel's subpoenas.

I look forward to hearing from you.

Best regards,

*Jon Corey*

Jon Corey

# EXHIBIT 2

# BINGHAM

Todd E. Gordinier
Direct Phone:  714.830.0622
Direct Fax:    714.830.0717
todd.gordinier@bingham.com

March 16, 2009

**Via Email**

Jon Corey, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

**Re:  Bryant v. Mattel, Inc.**

Dear Mr. Corey

I have received your letter dated March 13, 2009, wherein you say that you intend to seek reconsideration of the Discovery Master's Order No. 3 as it pertains to my clients Omni 808 Investors, LLC, Omninet Capital, LLC and Vision Capital, LLC. As an initial matter, it does not appear to comply with paragraph 5 of the Discovery Master's Stipulation since your letter does not provide the legal basis upon which you believe you are entitled to reconsideration. Your letter does not even cite the applicable Rule, it simply reiterates arguments you have already made in the course of expressing your disagreement with the Discovery Master's Order. Please let me know what new facts or law you believe entitle you to such reconsideration under the FRCP or the Local Rules.

I will be out of town tomorrow and have a personal medical appointment on Wednesday so I will not be available to discuss this issue with you until later this week. Let me know what times Thursday or Friday morning are available and perhaps we can coordinate a conference to discuss this. In the meantime, given your professed distaste for "serial motion practice" I would ask you not only to avoid re-litigating matters already decided but to withdraw your pending motion to compel with respect to the subpoena you served on Bingham. The issues raised in that motion are entirely subsumed by the Discovery Master's Order No. 3.

Very truly yours,

Todd E. Gordinier

cc:   Jason Russell, Esq.
      Patricia L. Glaser, Esq.
      Joel Klevens, Esq.
      Amman Khan, Esq.
      Jeffrey B. Valle, Esq.
      Thomas Nolan, Esq.
      Russell J. Frackman, Esq.
      Peter Villar, Esq.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Plaza Tower, 18th Floor
600 Anton Boulevard
Costa Mesa, CA
92626-1924

T 714.830.0600
F 714.830.0700
bingham.com

A/72885938.1/3009108-0000337036

EXHIBIT 2

PAGE 6

# EXHIBIT 3

**From:** Jon Corey
**Sent:** Thursday, March 19, 2009 2:56 PM
**To:** Gordinier, Todd E.; 'Russell, Jason D'; Villar, Peter N.; Amman Khan; Jeffrey B. Valle
**Cc:** Stephen Hauss
**Subject:** Mattel v. MGA Entertainment

Counsel,

I write to follow up on the letter that I sent last week seeking a meeting of counsel in anticipation of a motion for reconsideration of the Discovery Master's order on Mattel's Motion to Compel Production of Documents responsive to certain third-party subpoenas. I have heard from Mr. Gordinier in this regard as well as Mr. Russell, but no other counsel. I am available to meet and confer this afternoon as well as tomorrow morning, which I understand are times that Mr. Gordinier is available. Please let me know when, during those times, counsel is available.

Further, Mattel will rely upon some of the information gained from the documents produced post-order by Wachovia, some of which are identified in the reply filed in connection with the Motion to Compel production of documents from Bingham McCutcheon, in its motion for reconsideration. These documents demonstrate MGA's and Isaac Larian's involvement in the Omni 808/Wachovia transaction, among other things. Mattel's review of that production is ongoing.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com


The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**EXHIBIT 3**

**PAGE 7**

# EXHIBIT 4

**From:** Russell, Jason D [mailto:Jason.Russell@skadden.com]
**Sent:** Thursday, March 19, 2009 4:31 PM
**To:** Jon Corey; 'todd.gordinier@bingham.com'; 'peter.villar@bingham.com'; 'akhan@glaserweil.com'; 'JValle@ValleAssociates.com'
**Cc:** Stephen Hauss
**Subject:** Re: Mattel v. MGA Entertainment

Jon,

I apologize for doing this but could we defer the meeting until Monday. My mother is going into surgery tomorrow morning and I just cannot focus on this issue until she is ok.

Jason

---

**From:** Jon Corey
**To:** Gordinier, Todd E. ; Russell, Jason D (LAC); Villar, Peter N. ; Amman Khan ; Jeffrey B. Valle
**Cc:** Stephen Hauss
**Sent:** Thu Mar 19 17:56:29 2009
**Subject:** Mattel v. MGA Entertainment

Counsel,

I write to follow up on the letter that I sent last week seeking a meeting of counsel in anticipation of a motion for reconsideration of the Discovery Master's order on Mattel's Motion to Compel Production of Documents responsive to certain third-party subpoenas. I have heard from Mr. Gordinier in this regard as well as Mr. Russell, but no other counsel. I am available to meet and confer this afternoon as well as tomorrow morning, which I understand are times that Mr. Gordinier is available. Please let me know when, during those times, counsel is available.

Further, Mattel will rely upon some of the information gained from the documents produced post-order by Wachovia, some of which are identified in the reply filed in connection with the Motion to Compel production of documents from Bingham McCutcheon, in its motion for reconsideration. These documents demonstrate MGA's and Isaac Larian's involvement in the Omni 808/Wachovia transaction, among other things. Mattel's review of that production is ongoing.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.



EXHIBIT 4

PAGE 8

```
------------------------------------------------------------------------
********************************************************
```

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
```
********************************************************
********************************************************
```

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
```
********************************************************
================================================================
```

EXHIBIT **Y**

PAGE **9**

# EXHIBIT 5

**From:** Jon Corey
**Sent:** Friday, March 20, 2009 10:34 AM
**To:** Russell, Jason D; 'todd.gordinier@bingham.com'; 'peter.villar@bingham.com'; 'akhan@glaserweil.com'; 'JValle@ValleAssociates.com'
**Cc:** Stephen Hauss
**Subject:** RE: Mattel v. MGA Entertainment

Jason,

Meeting and conferring on Monday is fine. Because we believe that the motion for reconsideration should be filed before Mattel's time to appeal the order to Judge Larson, we request a stipulation among all parties that extends that time to appeal until Wednesday, March 25, 2009. I will circulate a stipulation later today.

Hope all is well with your mother.

Best regards,

Jon Corey

Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com

---

**From:** Russell, Jason D [mailto:Jason.Russell@skadden.com]
**Sent:** Thursday, March 19, 2009 4:31 PM
**To:** Jon Corey; 'todd.gordinier@bingham.com'; 'peter.villar@bingham.com'; 'akhan@glaserweil.com'; 'JValle@ValleAssociates.com'
**Cc:** Stephen Hauss
**Subject:** Re: Mattel v. MGA Entertainment

Jon,

I apologize for doing this but could we defer the meeting until Monday. My mother is going into surgery tomorrow morning and I just cannot focus on this issue until she is ok.

Jason

---

**From:** Jon Corey
**To:** Gordinier, Todd E. ; Russell, Jason D (LAC); Villar, Peter N. ; Amman Khan ; Jeffrey B. Valle
**Cc:** Stephen Hauss
**Sent:** Thu Mar 19 17:56:29 2009
**Subject:** Mattel v. MGA Entertainment

Counsel,

I write to follow up on the letter that I sent last week seeking a meeting of counsel in anticipation of a motion for

**EXHIBIT 5**

**PAGE 10**

reconsideration of the Discovery Master's order on Mattel's Motion to Compel Production of Documents responsive to certain third-party subpoenas. I have heard from Mr. Gordinier in this regard as well as Mr. Russell, but no other counsel. I am available to meet and confer this afternoon as well as tomorrow morning, which I understand are times that Mr. Gordinier is available. Please let me know when, during those times, counsel is available.

Further, Mattel will rely upon some of the information gained from the documents produced post-order by Wachovia, some of which are identified in the reply filed in connection with the Motion to Compel production of documents from Bingham McCutcheon, in its motion for reconsideration. These documents demonstrate MGA's and Isaac Larian's involvement in the Omni 808/Wachovia transaction, among other things. Mattel's review of that production is ongoing.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


----------------------------------------------------------------------------
***********************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
***********************************************************
***********************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

**EXHIBIT 5**

**PAGE 11**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

================================================================

EXHIBIT 5

PAGE 12

# EXHIBIT 6

**From:** Jon Corey
**Sent:** Friday, March 20, 2009 3:13 PM
**To:** Jon Corey; 'Russell, Jason D'; 'todd.gordinier@bingham.com'; 'peter.villar@bingham.com'; 'akhan@glaserweil.com'; 'JValle@ValleAssociates.com'
**Cc:** Stephen Hauss
**Subject:** RE: Mattel v. MGA Entertainment

**Attachments:** 2845604_stipulation - time to appeal discovery order no. 3.DOC; 2845789_Proposed Order re Stipulation re discovery order no. 3.DOC
Counsel,

Attached is a proposed stipulation as discussed below. Please provide me with signature pages or comments at your earliest convenience.

Best regards,


Jon Corey

Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com



**From:** Jon Corey
**Sent:** Friday, March 20, 2009 10:34 AM
**To:** Russell, Jason D; 'todd.gordinier@bingham.com'; 'peter.villar@bingham.com'; 'akhan@glaserweil.com'; 'JValle@ValleAssociates.com'
**Cc:** Stephen Hauss
**Subject:** RE: Mattel v. MGA Entertainment

Jason,

Meeting and conferring on Monday is fine. Because we believe that the motion for reconsideration should be filed before Mattel's time to appeal the order to Judge Larson, we request a stipulation among all parties that extends that time to appeal until Wednesday, March 25, 2009. I will circulate a stipulation later today.

Hope all is well with your mother.

Best regards,

Jon Corey

Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000

EXHIBIT 6

PAGE 13

Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com

---

**From:** Russell, Jason D [mailto:Jason.Russell@skadden.com]
**Sent:** Thursday, March 19, 2009 4:31 PM
**To:** Jon Corey; 'todd.gordinier@bingham.com'; 'peter.villar@bingham.com'; 'akhan@glaserweil.com'; 'JValle@ValleAssociates.com'
**Cc:** Stephen Hauss
**Subject:** Re: Mattel v. MGA Entertainment

Jon,

I apologize for doing this but could we defer the meeting until Monday. My mother is going into surgery tomorrow morning and I just cannot focus on this issue until she is ok.

Jason

---

**From:** Jon Corey
**To:** Gordinier, Todd E. ; Russell, Jason D (LAC); Villar, Peter N. ; Amman Khan ; Jeffrey B. Valle
**Cc:** Stephen Hauss
**Sent:** Thu Mar 19 17:56:29 2009
**Subject:** Mattel v. MGA Entertainment

Counsel,

I write to follow up on the letter that I sent last week seeking a meeting of counsel in anticipation of a motion for reconsideration of the Discovery Master's order on Mattel's Motion to Compel Production of Documents responsive to certain third-party subpoenas. I have heard from Mr. Gordinier in this regard as well as Mr. Russell, but no other counsel. I am available to meet and confer this afternoon as well as tomorrow morning, which I understand are times that Mr. Gordinier is available. Please let me know when, during those times, counsel is available.

Further, Mattel will rely upon some of the information gained from the documents produced post-order by Wachovia, some of which are identified in the reply filed in connection with the Motion to Compel production of documents from Bingham McCutcheon, in its motion for reconsideration. These documents demonstrate MGA's and Isaac Larian's involvement in the Omni 808/Wachovia transaction, among other things. Mattel's review of that production is ongoing.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com



EXHIBIT 6

PAGE 14

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

===========================================================

EXHIBIT 6

PAGE 15