ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: OMNI 808'S FAILURE TO COMPLY WITH COURT ORDER OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR SUCH RELIEF; AND DECLARATION OF SCOTT B. KIDMAN IN SUPPORT<br><br>[[Proposed] Order filed concurrently] |

07975/2896243.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel, Inc.'s Ex Parte Application for
4  an Order to Show Cause Re: Omni 808's Failure to Comply With Court Order or, In
5  the Alternative, for an Order Shortening Time to Hear Motion for Such Relief (the
6  "Application"), and Exhibit 6 to the Declaration of Scott B. Kidman in Support (the
7  "Declaration").

8  The Application and Declaration include materials that MGA and third
9  party Wachovia Corporation have designated as "Confidential" or "Confidential--
10  Attorneys' Eyes Only" pursuant to the Protective Order. MGA has designated
11  portions of Exhibit 6 to the Declaration, and documents referenced in the
12  Application as "Confidential--Attorneys' Eyes Only." Wachovia Corporation has
13  designated documents referenced in the Application as "Confidential."
14  Accordingly, Mattel requests that the Court order that the Application and
15  Declaration be filed under seal.

16  In the alternative, Mattel requests that the Court declare that the Motion
17  and Declaration are outside the definitions of "Confidential" and "Confidential--
18  Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order
19  them to be filed as part of the public record.

DATED: April 21, 2009

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By /s/ Cyrus N. Naim
Cyrus N. Naim
Attorneys for Mattel, Inc.