QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><hr>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**Hon. Stephen G. Larson**<br><br>ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S SUPPLEMENTAL REPLY IN SUPPORT OF RENEWED MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S FEBRUARY 15, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY THE MGA PARTIES [INTERROGATORY NOS. 48-50]; AND (2) EXHIBITS 5, 14 AND 17 TO THE DECLARATION OF JON COREY IN SUPPORT THEREOF<br><br>Hearing Date: June 1, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

<u>ORDER</u>

Based on Mattel Inc.'s concurrently filed Application to File Under Seal: (1) Mattel, Inc.'s Supplemental Reply in Support of Renewed Motion Objecting to Portions of Discovery Master's February 15, 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories by the MGA Parties [Interrogatory Nos. 48-50]; and (2) Exhibits 5, 14, and 17 to the Declaration of Jon Corey in Support of Mattel, Inc.'s Supplemental Reply in Support of Renewed Motion Objecting to Portions of Discovery Master's February 15, 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories by the MGA Parties [Interrogatory Nos. 48-50], and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Supplemental Reply in Support of Renewed Motion Objecting to Portions of Discovery Master's February 15, 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories by the MGA Parties [Interrogatory Nos. 48-50], and Exhibits 5, 14 and 17 to the Declaration of Jon Corey in Support of Mattel, Inc.'s Supplemental Reply in Support of Renewed Motion Objecting to Portions of Discovery Master's February 15, 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories by the MGA Parties [Interrogatory Nos. 48-50] are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: April 22, 2009

*/s/ Larson*

Hon. Stephen G. Larson
United States District Judge

07975/2882355.1

-1-

[PROPOSED] ORDER