QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS SECOND SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER ISO (1) MATTEL'S APPLICATION FOR RECEIVER AND (2) MATTEL'S OPPOSITION TO OMNI 808'S APPLICATION FOR LEAVE TO INTERVENE, AND EXHIBITS 3-6 AND 8-20 THERETO |

07209/2891594.1

| | |
|---|---|
| 1 | [~~PROPOS~~ED] ORDER |
| 2 | |
| 3 | Based on Mattel's concurrently filed Application to File Under Seal its |
| 4 | Second Supplemental Declaration of Michael T. Zeller in Support of (1) Mattel's |
| 5 | Application for Receiver and (2) Mattel's Opposition to Omni 808's Application for |
| 6 | Leave to Intervene (the "Declaration"), and Exhibits 3-6 and 8-20 Thereto, and good |
| 7 | cause appearing for the entry thereof, IT IS HEREBY ORDERED: |
| 8 | Mattel, Inc.'s Second Supplemental Declaration of Michael T. Zeller in |
| 9 | Support of (1) Mattel's Application for Receiver and (2) Mattel's Opposition to |
| 10 | Omni 808's Application for Leave to Intervene (the "Declaration"), and Exhibits 3-6 |
| 11 | and 8-20, are ORDERED filed under seal pursuant to Local Rule 79-5.1. |

DATED: April 22, 2009

*/s/ Larson/*

Hon. Stephen G. Larson
United States District Judge