ORIGINAL

LODGED

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | [~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: OMNI 808'S FAILURE TO COMPLY WITH COURT ORDER OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR SUCH RELIEF; AND DECLARATION OF SCOTT B. KIDMAN IN SUPPORT |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

[[Proposed] Order Filed Concurrently Herewith]

Hearing Date:   TBD
Time:           TBD
Place:          TBD

**Phase 2**
Discovery Cut-off: December 11, 2009
Pre-trial Conference: March 1, 2010
Trial Date: March 23, 2010

07975/2896317.1

[PROPOSED] ORDER

## [P~~ROPOSE~~D] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Ex Parte Application for an Order to Show Cause Re: Omni 808's Failure to Comply With Court Order or, In the Alternative, for an Order Shortening Time to Hear Motion for Such Relief; and the Declaration of Scott B. Kidman in Support,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Ex Parte Application for an Order to Show Cause Re: Omni 808's Failure to Comply With Court Order or, In the Alternative, for an Order Shortening Time to Hear Motion for Such Relief; and Exhibit 6 to the Declaration of Scott B. Kidman in Support, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: April 23, 2009

_/s/ S.G. Larson_
Hon. Stephen G. Larson
United States District Judge

07975/2896317.1

-2-

[PROPOSED] ORDER