1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    EASTERN DIVISION

| | |
|---|---|
| 11  CARTER BRYANT, an individual,<br>12         Plaintiff,<br>13         vs.<br>14  MATTEL, INC., a Delaware corporation,<br>15<br>16         Defendant.<br>17  AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009]<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION TO DE-DESIGNATE OPPOSITION TO MATTEL'S MOTION TO COMPEL DEPOSITION OF VARGAS AND TRUEBA AND DECLARATION OF KUEMMERLE IN SUPPORT THEREOF, AND EXHIBITS 6 AND 7 TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 2:**<br>Disc. Cut-off: December 11, 2009<br>Pre-trial Conf.: March 1, 2010<br>Trial Date: March 23, 2010 |

07209/2891594.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on Mattel's concurrently filed Application to File Under Seal its Motion to De-Designate Opposition to Mattel's Motion to Compel the Deposition of Vargas and Trueba and Declaration of Kuemmerle in Support Thereof, and Exhibits 6 and 7 to the Declaration of Diane C. Hutnyan in Support Thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Motion to De-Designate Opposition to Mattel's Motion to Compel the Deposition of Vargas and Trueba and Declaration of Kuemmerle in Support Thereof, and Exhibits 6 and 7 to the Declaration of Diane C. Hutnyan in Support of Mattel, Inc.'s Motion to De-Designate the Opposition to Mattel's Motion to Compel the Deposition of Pablo Vargas and Mariana Trueba and the Declaration of Susana Kuemmerle, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:        April 23, 2009        _____
Hon. Stephen G. Larson
United States District Judge