Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
CRAIG A. TAGGART (SBN 239168)
craig.taggart@bingham.com
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Non-party
Omni 808 Investors, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant, an individual, | Case No. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| v. | |
| Mattel, Inc., a Delaware Corporation, | Hon. Stephen G. Larson |
| Defendant. | **PROOF OF SERVICE** |
| AND CONSOLIDATED ACTIONS. | **Phase 2:**<br>Discovery Cut-off:    Dec. 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:               March 23, 2010 |

| | |
|---|---|
| 1 | PROOF OF SERVICE |

I am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, Costa Mesa, California 92626-1924. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day delivery, and they are deposited that same day in the ordinary course of business. On **April 23, 2009**, I served the attached:

PLEASE SEE ATTACHED LIST OF DOCUMENTS

☐ (BY FAX) on _____, at _____ ___ m, by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and the transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Costa Mesa, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

☐ (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by FEDERAL EXPRESS in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

☒ (PERSONAL DELIVERY) by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Michael T. Zeller
Quinn Emanuel Urquhart
865 S. Figueroa Street, 10th Fl.
Los Angeles, CA 90017

Discovery Master Robert C. O'Brien
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on **April 23, 2009**.

_____
Julie M. Valenzuela

-1-

## LIST OF DOCUMENTS

1. NON-PARTY OMNI 808 INVESTORS, LLC'S OPPOSITION TO MATTEL, INC.'S *EX PARTE* APPLICATION FOR AN ORDER TO SHOW CAUSE RE: OMNI 808'S FAILURE TO COMPLY WITH COURT ORDER, OR IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR SUCH RELIEF;

2. DECLARATION OF PETER N. VILLAR IN OPPOSITION TO MATTEL, INC.'S *EX PARTE* APPLICATION FOR AN ORDER TO SHOW CAUSE RE: OMNI 808'S FAILURE TO COMPLY WITH COURT ORDER, OR IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR SUCH RELIEF; and

3. PROOF OF SERVICE

A/73020046.1/3009108-0000337036