| | |
|---|---|
| 1 | Robert C. O'Brien (SBN 154372) |
| 2 | ARENT FOX LLP |
|   | 555 West Fifth Street, 48th Floor |
| 3 | Los Angeles, CA  90013-1065 |
|   | Telephone:  213.629.7400 |
| 4 | Facsimile:   213.629.7401 |
|   | obrien.robert@arentfox.com |
| 5 | Discovery Master |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.  CV 04-09049 SGL (RNBx) |
| Plaintiff, | |
| v. | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | **PHASE 2 DISCOVERY MATTER** |
| Defendant. | **ORDER NO. 21, REGARDING:** |
| | **EX PARTE APPLICATION OF MATTEL FOR OSC RE: OMNI 808's FAILURE TO COMPLY WITH COURT ORDER** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER NO. 21
[Case No. CV 04-09049 SGL (RNBx)]

The Discovery Master, having been notified of the Court's decision to refer to the Discovery Master for initial disposition Mattel's *ex parte* application for an Order to Show Cause re: the alleged failure of Omni 808 Investors, LLC ("Omni 808") to comply with the Discovery Master's March 10, 2009 Order (the "March 10 Order") or, alternatively, for an Order shortening time to hear a motion for such relief (the "Application"), and having reviewed the Opposition filed by Omni 808 and supporting papers, hereby **ORDERS** as follows:

1. Omni 808 shall produce to Mattel all documents ordered to be produced pursuant to the March 10 Order no later than 5:00 p.m. on April 28, 2009 and shall simultaneously serve on the Discovery Master a notice confirming Omni 808's compliance.

2. In the event Omni 808 fails to comply in any respect with the provisions of Paragraph 1, above, the Discovery Master shall refer this matter to the Court for further action, and reserves the right to recommend to the Court that the relief requested by Mattel in the Application be granted, in whole or in part.

3. By way of guidance to the parties, and to reduce the likelihood of unnecessary and costly motion practice, the Discovery Master reminds the parties that, until and unless a deadline or other requirement imposed by the Discovery Master is expressly modified by written Order, the parties shall timely comply with all Orders issued by the Discovery Master, including the deadlines by which parties are required to provide supplemental responses or produce documents.

Dated: April 23, 2009

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master