QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**Hon. Stephen G. Larson**<br><br>MATTEL, INC.'S *EX PARTE* APPLICATION FOR AMENDMENT OF THE BRIEFING SCHEDULE ON MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 REGARDING MOTION OF MATTEL, INC. TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA; AND<br><br>MEMORANDUM OF POINTS AND AUTHORITIES<br><br>[Declaration of Scott B. Kidman and Proposed Order filed concurrently]<br><br>**Phase 2**<br>Discovery Cut-off:   Dec. 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date:                March 23, 2010 |

07975/2898382.2

MATTEL'S EX PARTE APPLICATION FOR AMENDMENT OF BRIEFING SCHEDULE

1   Mattel, Inc. ("Mattel") hereby respectfully applies *ex parte*, pursuant to Local
2   Rule 7-19, for an Order Amending the Briefing Schedule on Mattel, Inc.'s Motion
3   Objecting to Portions of Discovery Master Order No. 11 Regarding Motion of
4   Mattel, Inc. to Compel Depositions of Pablo Vargas and Mariana Trueba (Docket
5   No. 5201).

6   Mattel makes this Application on the grounds that Mattel's motion is set for
7   hearing on June 1, 2009.  Pursuant to Local Rules 7-9 and 7-10, the MGA Parties'
8   opposition is due May 18, 2009 and, because of the Memorial Day holiday, Mattel's
9   reply is due May 22, 2009.  This schedule gives the MGA Parties 35 days to prepare
10  their opposition while leaving Mattel only four days to prepare its reply.

11  Good cause exists to seek this relief on an *ex parte* basis.  The first available
12  hearing date on the Court's calendar for a regularly notice motion is June 15, 2009.
13  A regularly noticed motion on the briefing schedule would therefore not be heard
14  until after Mattel's motion regarding Discovery Master Order No. 11 has been
15  briefed under the existing schedule, thereby mooting the relief Mattel now seeks.

16  Pursuant to Local Rule 7-19, on April 20, 2009, Mattel's counsel gave notice
17  of the instant *ex parte* and sought to resolve the issues set forth in this Application
18  with counsel for the MGA Parties, Amman Khan of Glaser, Weil, Fink, Jacobs &
19  Shapiro, LLP (telephone: (310) 556-7865; address: 10250 Constellation Boulevard,
20  19th Floor Los Angeles, CA 90067).  Counsel for the MGA Parties have stated that
21  they oppose the relief sought by this Application.

22  This Application is based on this Notice of Application, the accompanying
23  Memorandum of Points and Authorities, the Declaration of Scott B. Kidman filed

concurrently herewith, the records and files of this Court, and all other matters of which the Court may take judicial notice.

DATED: April 23, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Scott B. Kidman
Scott B. Kidman
Attorneys for Mattel, Inc.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Mattel filed its Motion Objecting to Portions of Discovery Master Order No. 11 Regarding Motion of Mattel, Inc. to Compel Depositions of Pablo Vargas and Mariana Trueba (the "Motion") on April 13, 2009. The hearing on the Motion is currently set for June 1, 2009. Under current briefing schedule, the MGA Parties have 35 days, until May 18, 2009, to prepare and file their opposition. See Local Rule 7-9 (providing that opposition papers shall be served and filed not later than fourteen (14) days before the date designated for the hearing of the motion). However, because of the Memorial Day holiday, Mattel's reply is due Friday, May 22, rather than Monday, May 25. Accordingly, under the default schedule set by the Local Rules, Mattel will have only four days--a full three days less than normally provided under the Local Rules--to prepare and file its reply. See Local Rule 7-10 (providing that reply shall be served and filed not later than the seventh calendar date (not excluding Saturdays, Sundays, and holidays) before the date designated for the hearing).

Given that the existing briefing schedule gives the MGA Parties 35 days to prepare their opposition, while leaving Mattel only four days to prepare its reply, Mattel requested that the MGA Parties stipulate to a more equitable briefing schedule. Specifically, Mattel proposed that the deadline for Mattel to serve and file its reply remain May 22, 2009, but that the MGA Parties serve and file their opposition on May 11, 2009 instead of May 18, 2009, a schedule that will still leave the MGA Parties a full 28 days to prepare their opposition.[1]

The MGA Parties refused to agree to a schedule that would give them anything less than 35 days to prepare their opposition. Instead, the MGA Parties'

---

[1] Letter from Scott B. Kidman to Amman Khan dated April 20, 2009, attached to the concurrently filed Declaration of Scott B. Kidman dated April 23, 2009 ("Kidman Dec."), Exh. 1.

only proposal was that Mattel file its reply on Tuesday, May 26, 2009--a schedule that would give short-shrift to the Court by leaving it only four court days to review the papers and prepare for the hearing.[2]

The MGA Parties' insistence that either Mattel or the Court be given even less than the minimum time that would otherwise be afforded under the Local Rules but for the Memorial Day holiday so that they maintain a full 35 days to prepare their opposition is neither equitable or reasonable. Modifying the schedule so that the MGA Parties' opposition is due on May 11, 2009 still leaves the MGA Parties more than ample time--28 days--to prepare their papers without prejudicing Mattel's ability to reply or unnecessarily burdening the Court.

### Conclusion

For the foregoing reasons, Mattel respectfully requests that the Court order that the MGA Parties serve and file their opposition on Monday, May 11, 2009. At a minimum, the MGA Parties should be ordered to serve and file their opposition no later than Friday, May 15, 2009.

DATED: April 23, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Scott B. Kidman
Attorneys for Mattel, Inc.

---

[2] E-mail correspondence from Amman Khan to Scott B. Kidman dated April 21, 2999, Kidman Dec., Exh. 2.