```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100

 7  Attorneys for Mattel, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**Hon. Stephen G. Larson**<br><br>DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR AMENDMENT OF THE BRIEFING SCHEDULE ON MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 REGARDING MOTION OF MATTEL, INC. TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA<br><br>Hearing Date:   TBD<br>Time:           TBD<br>Place:          TBD<br><br>**Phase 2**<br>Discovery Cut-off:      December 11, 2009<br>Pre-trial Conference:   March 1, 2010<br>Trial Date:             March 23, 2010 |

07209/2899608.1

1        I, Scott B. Kidman, declare as follows:

2        1.    I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

        2.    Attached as Exhibit 1 is a true and correct copy of a letter from Scott B. Kidman to Amman Khan dated April 20, 2009.

        3.    Attached as Exhibit 2 is a true and correct copy of an e-mail from Amman Khan to Scott B. Kidman, dated April 21, 2009.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed this 23rd day of April 2009, at Los Angeles, California.

_____
Scott B. Kidman

# Exhibit 1

**quinn emanuel** trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

April 20, 2009

VIA FACSIMILE AND U.S. MAIL

Amman Khan, Esq.
Glaser, Weil, Fink, Jacobs & Shapiro LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067

Re: Mattel v. MGA Entertainment, Inc., et al.

Dear Amman:

I am writing to address the briefing schedule for Mattel, Inc.'s motion objecting to the portions of the Discovery Master's Order No. 11 regarding Mattel's motion to compel the depositions of Pablo Vargas and Mariana Trueba.

Mattel filed its motion on April 13, 2009 and noticed the hearing for June 1, 2009, which is the first available date on the Court's calendar. Pursuant to Local Rules 7-9 and 7-10, the MGA Parties' opposition would be due May 18, 2009 and, because of the Memorial Day holiday, Mattel's reply would be due May 22, 2009. This schedule gives the MGA Parties 35 days to prepare their opposition while leaving Mattel only 4 days to prepare its reply.

I am writing to propose what we believe is a more equitable briefing schedule. Specifically, we propose that the deadline for Mattel to serve and file its reply remain May 22, 2009, but that the MGA Parties serve and file their opposition on May 11, 2009. This schedule would still give the MGA Parties 28 days to prepare their opposition.

Please let me know if you are willing to agree to a revised briefing schedule along these lines and I will prepare a stipulation. If you are not willing to agree, Mattel will seek ex parte relief from the Court.

EXHIBIT 1
PAGE 2

quinn emanuel urquhart oliver & hedges, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

I look forward to hearing from you.

Very truly yours,

Scott B. Kidman
07975/2890167.1

cc:   Jason Russell, Esq.
      Russell Frackman, Esq.

2

EXHIBIT   1
PAGE   3

# Exhibit 2

## Scott Kidman

| | |
|---|---|
| **From:** | Amman Khan [akhan@glaserweil.com] |
| **Sent:** | Tuesday, April 21, 2009 10:03 AM |
| **To:** | Scott Kidman |
| **Cc:** | Benson, Patricia; jason.russell@skadden.com |
| **Attachments:** | 20090420162904187.pdf |



20090420162904187.pdf (77 KB)

Dear Scott:

This responds to your April 20, 2009 letter about Mattel's motion to overturn Discovery Order No. 11, which denied Mattel's motion to compel the depositions of Mexican residents Pablo Vargas and Marianna Trueba here in Los Angeles. Mattel's motion to overturn Discovery Order No. 11 is currently set for hearing before Judge Larson on June 1, 2009.

In order to afford Mattel more time file its reply brief, you ask the MGA parties to stipulate to alter the briefing schedule and file their opposition a week sooner than the time that is afforded under Local Rule 7-8. There is no good reason for the MGA parties to sacrifice the normal time afforded by the Local Rules to oppose a motion so Mattel can have more time to reply. On countless occasions, your colleagues have denied MGA's requests for more time to oppose Mattel motions or produce documents, have filed ex parte applications on the eve of Jewish Holidays and have filed motions on the eve of the Jewish Sabbath, with knowledge that our clients' principal and the majority of his litigation team are Jewish.

Notwithstanding the prior discourtesy, I can accommodate your request for more time to file Mattel's reply. In lieu of having to file on May 22, 2009 under Local Rule 7-9, I can agree that Mattel may file its reply brief on May 26, 2009. Thus, in lieu of having only four days to prepare its reply, Mattel now has eight days to prepare its reply.

I am secretary-less today, so please confirm by reply email that you accept this offer.

Amman A. Khan, Esq.,
Partner
Glaser, Weil, Fink, Jacobs & Shapiro, LLP 10250 Constellation Boulevard, 19th Floor Los Angeles, CA 90067
T: (310) 556-7865
F: (310) 556-2920
E-mail: Akhan@glaserweil.com
This message and any attached documents may contain information from the law firm of Glaser, Weil, Fink, Jacobs & Shapiro, LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message. Thank you.

EXHIBIT 2
PAGE 4

1