1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
2 | johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
3 | (michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
4 | (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
5 | Los Angeles, California 90017-2543
Telephone: (213) 443-3000
6 | Facsimile: (213) 443-3100

7 | Attorneys for Mattel, Inc.

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | EASTERN DIVISION

11 | CARTER BRYANT, an individual,

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
12 | Plaintiff,

Case No. CV 04-09059
Case No. CV 05-02727
13 | vs.

**Hon. Stephen G. Larson**
14 | MATTEL, INC., a Delaware
corporation,

**[PROPOSED] ORDER RE MATTEL,**
15 |
**INC.'S** *EX PARTE* **APPLICATION**
Defendant.
**FOR AMENDMENT OF BRIEFING**
16 |
**SCHEDULE**

17 | AND CONSOLIDATED ACTIONS

Hearing Date: TBD
Time: TBD
18 |
Place: TBD

19 |
**Phase 2**
Discovery Cut-Off: December 11, 2009
20 |
Pre-Trial Conference: March 1, 2010
Trial Date: March 23, 2010
21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

07209/2899882.1

1

### [Proposed] Order

2      Having considered Mattel, Inc.'s *Ex* Parte Application for Amendment

3  of the Briefing Schedule on Mattel's Motion Objecting to Portions of Discovery

4  Master Order No. 11 Regarding Motion of Mattel, Inc. to Compel Depositions of

5  Pablo Vargas and Mariana Trueba (the "Motion"), and good cause having been

6  shown, IT IS HEREBY ORDERED that:

7      1.   The MGA Parties' opposition to the Motion shall be served and

8  filed no later than _____, 2009.

9      2.   Mattel shall serve and file its reply no later than May 22, 2009,

10  as currently scheduled.

11

12  DATED:      _____, 2009

13

14                              _____

15                              Hon. Stephen G. Larson

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-