QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS<br><br>**PUBLIC - REDACTED** | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Robert O'Brien]<br><br>DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES FROM COMPUTERS USED BY ISAAC LARIAN AFTER FEBRUARY 27, 2008, FOR SUPPLEMENTAL INSPECTION PURSUANT TO FED. R. CIV. P. 26 (E)<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Arent Fox LLP<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

I, Marshall M. Searcy, III, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of Mattel, Inc.'s First Set of Requests for Documents and Things to Isaac Larian Dated June 13, 2007.

3. Attached as Exhibit 2 is a true and correct copy of Mattel Inc.'s Motion to Compel Production of Documents by Isaac Larian and for Award of Monetary Sanctions, dated October 11, 2007.

4. Attached as Exhibit 3 is a true and correct copy of the public redacted version of Mattel, Inc.'s Second Amended Answer In Case No. 05-2727, dated July 12, 2007 (without exhibits).

5. Attached as Exhibit 4 is a true and correct copy of Excerpts of the Deposition Transcript of Victoria O'Connor, dated December 6, 2004.

6. Attached as Exhibit 5 is a true and correct copy of Excerpts of the Deposition Transcript of Ken Lockhart (Vol. 2), dated June 15, 2007.

7. Attached as Exhibit 6 is a true and correct copy of the Order Denying Motion for Appointment of Expert Witnesses, dated August 9, 2006.

8. Attached as Exhibit 7 is a true and correct copy of excerpts of the Trial Transcript, June 13, 2008, afternoon session.

9. Attached as Exhibit 8 is a true and correct copy of excerpts of the Trial Transcript, June 10, 2008, afternoon session.

10. Attached as Exhibit 9 is a true and correct copy of the Evidence Eliminator website, http://www.evidence-eliminator.com/product.d2w?p=1#court, as it was in January, 2008. The website reflects that the creators of the program have stated that its purpose is to permanently destroy data and render it unrecoverable.

11. Attached as Exhibit 10 is a true and correct copy of the Joint Order Regarding the MGA Parties' Motion in limine No. 13, dated June 12, 2008.

12. Attached as Exhibit 11 is a true and correct copy of Carter Bryant's Responses to Mattel, Inc.'s Fifth Set of Requests for Admission to Carter Bryant, dated July 9, 2007.

13. Attached as Exhibit 12 is a true and correct copy of the Certificate of Registration VA 1-218-491 (Yasmin drawing), TX 511.

14. Attached as Exhibit 13 is a true and correct copy of the Certificate of Registration VA 1-218-488 (Sasha drawing), TX 507.

15. Attached as Exhibit 14 is a true and correct copy of the Certificate of Registration VA 1-218-487 (Jade drawing), TX 505.

16. Attached as Exhibit 15 is a true and correct copy of the Certificate of Registration VA 1-218-490 (Cloe drawing), TX 509.

17. Attached as Exhibit 16 is a true and correct copy of the Certificate of Registration VA 1-218-489 (Bratz group drawing), TX 513.

18. Attached as Exhibit 17 is a true and correct copy of the Discovery Master Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents by Isaac Larian; Denying Request for Sanctions, Dated December 31, 2007.

19. Attached as Exhibit 18 is a true and correct copy of Mattel Inc.'s Notice of Motion and Motion Objecting to Portions of Discovery Master's December 31, 2007 Order Regarding Hard Drives, dated January 16, 2008.

20. In February 2008 the District Court overruled the Discovery Master and ordered Larian to produce hard drives responsive to Mattel's Requests for Production Nos. 222 and 225. Attached as Exhibit 19 is a true and correct copy of the Order Granting Mattel, Inc.'s Motion Objecting to Portions of Discovery Master's December 31, 2007 Order Regarding Hard Drives, dated February 27, 2008. Four months after the Court's Order, in June of 2008, MGA and Larian finally produced

1 hard drives responsive to Mattel's requests and permitted them to be inspected and
2 forensically imaged.

3     21. ████████████████████████████
4 ████████████████████████████████████████████████
5 With one exception, these removable storage devices were never produced to Mattel.

6     22. Attached as Exhibit 20 is a true and correct copy of the Letter from
7 Amman Kahn to Jon Corey, dated March 25, 2009.

8     23. Attached as Exhibit 21 is a true and correct copy of the Letter from
9 Amman Kahn to Marshall Searcy, dated March 31, 2009.

10     24. Attached as Exhibit 22 is a true and correct copy of the Preliminary
11 Examination Report, Larian Hard Drives & USB Drive, by Christopher Pavan, Dated
12 June 24, 2008, without exhibits.

13     25. Attached as Exhibit 23 is a true and correct copy of excerpts of
14 Exhibit B to the Preliminary Examination Report, Larian Hard Drives & USB Drive, by
15 Christopher Pavan, Dated June 24, 2008.

16     26. Attached as Exhibit 24 is a true and correct copy of the Phase 2
17 Discovery Matter Amended Order No. 11 Regarding: (1) Motion of Mattel, Inc. to
18 Compel Responses to Interrogatories and Production of Documents by MGA
19 Entertainment, Inc. and Isaac Larian; and (2) Motion of Mattel, Inc. to Compel the
20 Depositions of Pablo Vargas and Mariana Trueba.

21     27. Attached as Exhibit 25 is a true and correct copy of the Letter of
22 Agreement between Mattel and Larian, dated April 22, 2008.

23     28. Attached as Exhibit 26 is a true and correct copy of excerpts of the
24 Transcript of the Deposition of Christopher Pavan, dated June 26, 2008.

25     29. Attached as Exhibit 27 is a true and correct copy of my letter to
26 Amman Kahn, dated March 17, 2008.

27     30. Attached as Exhibit 28 is a true and correct copy of IGWT 14394.
28     31. Attached as Exhibit 29 is a true and correct copy of IGWT 14411.

32. Attached as Exhibit 30 is a true and correct copy of IGWT 16624.

33. Attached as Exhibit 31 is a true and correct copy of WACHOVIA 005882.

34. Attached as Exhibit 32 is a true and correct copy of Mattel, Inc.'s Notice of Motion and Motion for Leave to File Third Amended Answer and Counterclaims, dated April 8, 2009.

35. Attached as Exhibit 33 is a true and correct copy of WACHOVIA 010437-441.

36. Attached as Exhibit 34 is a true and correct copy of the Inventory Purchase Agreement between MGA Entertainment, Inc. and IGWT Group, LLC, dated July 7, 2008.

37. Attached as Exhibit 35 is a true and correct copy of the Phase 2 Discovery Matter Order No. 3, dated March 10, 2009.

38. Attached as Exhibit 36 is a true and correct copy of the Operating Agreement of IGWT 826 Investments, LLC, dated August 27, 2008.

39. Attached as Exhibit 37 is a true and correct copy of the document titled "Omni 808 Investors LLC Summary of Uses of Funds."

40. Attached as Exhibit 38 is a true and correct copy of the ███████████████████████████████████████████████.

41. Attached as Exhibit 39 is a true and correct copy of the Amended and Restated Subordinated Promissory Note, dated October 16, 2008.

42. Attached as Exhibit 40 is a true and correct copy of the Email from Peter Carson to Moshe Kupietzky and others, dated August 28, 2008.

43. Attached as Exhibit 41 is a true and correct copy of IGWT 14488-89.

44. Attached as Exhibit 42 is a true and correct copy of IGWT 13982.

45. Attached as Exhibit 43 is a true and correct copy of IGWT 33591.

46. Attached as Exhibit 44 is a true and correct copy of IGWT 13998.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of April 2009, at Los Angeles, California.

/s/ Marshall M. Searcy III
Marshall M. Searcy III