QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Robert O'Brien]<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES FROM COMPUTERS USED BY ISAAC LARIAN AFTER FEBRUARY 28, 2008, FOR SUPPLEMENTAL INSPECTION PURSUANT TO <u>FED. R. CIV. P.</u> 26 (E)<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Arent Fox LLP<br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2898259.1

[PROPOSED] ORDER RE: MOTION TO COMPEL PRODUCTION OF LARIAN HARD DRIVES

# [PROPOSED] ORDER

Having considered Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian After February 28, 2008, for Supplemental Inspection Pursuant to Fed. R. Civ. P. 26(e) (the "Motion"), and all supporting papers, all papers submitted in opposition to the Motion, and having considered the arguments of counsel, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that:

1. Isaac Larian shall make available within ten (10) calendar days the following STORAGE DEVICES (as that term is defined in Mattel's Requests) that are in his possession, custody, or control for inspection and copying:

> All STORAGE DEVICES from, or that were at any time connected to, any computer used by either Isaac Larian or Carter Bryant at any time since February 27, 2008 that contain or previously contained any digital information referring or relating to Bratz, Angel, MGA or Bryant (as those terms are defined in Mattel's Requests).

A consultant of Mattel's choosing, who Mattel will identify before the inspection, shall be allowed to inspect each of the STORAGE DEVICES produced. Mattel's consultant shall be allowed to make a forensically sound image of each STORAGE DEVICE produced. The inspection may take place at a location of Larian's choosing in this District, so long as the location has the minimum requirements necessary to inspect and create a forensically sound image of the produced STORAGE DEVICES. A consultant of Larian's choosing, who Larian will identify before the inspection, shall be allowed to observe the inspection and imaging of the STORAGE DEVICES.

2. Mattel shall have the right to inspect any and all relevant, non-privileged documents and information residing on such STORAGE DEVICES, including the user generated content of any active files that exists on the STORAGE DEVICES.

3. Mattel's consultant shall have the right to inspect any and all information on said STORAGE DEVICES to determine:

    (a)    whether, when and by whom any information was deleted, destroyed, written over, lost, exported, moved, spoliated or otherwise rendered inaccessible or unreadable;

    (b)    whether, when and by whom any attempts were made to delete, destroy, write over, export, move, spoliate or otherwise render inaccessible or unreadable any information on those STORAGE DEVICES;

    (c)    the current or past presence or use of any hardware or software tool to accomplish any of the actions identified above;

    (d)    whether any information deleted, destroyed, written over, lost, exported, moved, spoliated or otherwise rendered inaccessible or unreadable may be recovered; and

    (e)    to recover any such information, in whole or in part.

4. Mattel shall have the right to examine all relevant, non-privileged documents and information recovered by its consultant or Larian's consultant.

**IT IS SO ORDERED.**

DATED:                        . 2009

Robert O'Brien