ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

Lodged
P/O

FILED
2009 APR 23 PM 3:39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS CONSOLIDATED REPLY IN SUPPORT OF MATTEL, INC.'S MOTION FOR RECONSIDERATION OF PHASE II DISCOVERY MATTER ORDER NO. 3<br><br>[[Proposed] Order filed concurrently] |

07975/2850490.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel's Consolidated Reply in Support
4  of Mattel's Motion for Reconsideration of the Phase II Discovery Matter Order No.
5  3 ("Reply").
6  The Reply contains materials that IGWT Group, LLC, IGWT 826
7  Investments, LLC or MGA have designated as "Confidential" or "Confidential--
8  Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel
9  requests that the Court order that the Reply be filed under seal.
10 In the alternative, Mattel requests that the Court declare that the Reply
11 is outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes
12 Only" as contained in the Stipulated Protective Order and order it to be filed as part
13 of the public record.

15 DATED: April 23, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

17                              By /s/ Michael T. Zeller
18                                 Michael T. Zeller
                                   Attorneys for Mattel, Inc.