Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@glaserweil.com
GLASER, WEIL, FINK, JACOBS,
  HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  310-553-3000
Facsimile:   310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  310-312-2000
Facsimile:   310-312-3100

Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>    Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-09059<br>and Case No. 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**<br><br>**MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF OPPOSITION TO MATTEL, INC.'S 4/17/09 MOTION TO DE-DESIGNATE OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL DEPOSITION OF VARGAS AND TRUEBA AND DECLARATION OF KUEMMERLE IN SUPPORT THEREOF**<br><br>Discovery Cut-off:  Dec. 11, 2009<br>Pre-trial Conference:  March 1, 2009<br>Trial Date:  March 23, 2010 |

675132

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that the MGA Parties have submitted the following sealed document to the Court:

1. MGA PARTIES' OPPOSITION TO MATTEL, INC.'S 4/17/09 MOTION TO DE-DESIGNATE OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL DEPOSITION OF VARGAS AND TRUEBA AND DECLARATION OF KUEMMERLE IN SUPPORT THEREOF.

Dated: April 27, 2009

Patricia L. Glaser
Joel N. Klevens
GLASER, WEIL, FINK, JACOBS
 HOWARD & SHAPIRO, LLP

Russell J. Frackman
MITCHELL, SILBERBERG & KNUPP, LLP

By: \_\_\_\_\_/s/ Amman A. Khan_____
    Amman A. Khan
    Attorneys for the MGA Parties
    for Phase Two

675132

1

**MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF OPPOSITION TO MATTEL'S 4/17/09 MOTION TO DE-DESIGNATE OPPOSITION PAPERS RE MOTION TO COMPEL DEPOSITION**