RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000 Facsimile: (310) 312-3100

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
MGA's Opposition to Mattel, Inc.'s Motion for Leave to File Third Amended Answer and Counterclaims; Exhibits 3, 4, 6, 7, 8, 10, and 21 to the Declaration of Patricia H. Benson In Support of MGA's Opposition; Declaration of Alfredo Ortega and Exhibits 1, 5 and 6 in Support of MGA's Opposition; Application to File Under Seal; Proposed Order

**Document Description:**
☐ Administrative Record
☒ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))

☒ Other Opposition to Motion for Leave to File; Declaration of Alredo Ortega; Application to File Under Seal; and Proposed Order

**Reason:**
☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

| | |
|---|---|
| April 27, 2009<br>Date | Patricia H. Benson<br>Attorney Name<br><br>MGA Parties<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)          NOTICE OF MANUAL FILING          American LegalNet, Inc.
www.FormsWorkflow.com