ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

*Lodged Proposed Orders*

FILED 2009 APR 24 AM 11:39 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**Hon. Stephen G. Larson**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES FROM COMPUTERS USED BY ISAAC LARIAN AFTER FEBRUARY 27, 2008, FOR SUPPLEMENTAL INSPECTION PURSUANT TO <u>FED. R. CIV. P. 26 (E)</u>; AND (2) THE DECLARATION OF MARSHALL M. SEARCY III AND EXHIBITS 4, 5, 22, 23, 26, 28-31, 33, 34, AND 36-44 TO THE DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT THEREOF<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Arent Fox LLP<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2898443.1

APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal: (1) Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian After February 27, 2008, for Supplemental Inspection Pursuant to Fed. R. Civ. P. 26(e) (the "Motion"); and (2) the Declaration of Marshall M. Searcy III and Exhibits 4, 5, 22, 23, 26, 28-31, 33, 34, and 36-44 to the Declaration of Marshall M. Searcy III in Support of Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian After February 27, 2008, for Supplemental Inspection Pursuant to Fed. R. Civ. P. 26(e) (the "Declaration and Exhibits").

The Motion and Declaration and Exhibits include materials that MGA and/or Mattel have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Motion and Declaration and Exhibits be filed under seal.

In the alternative, Mattel requests that the Court declare that the Motion and Declaration and Exhibits are outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be filed as part of the public record.

DATED: April 23, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Marshall M. Searcy III
Marshall M. Searcy III
Attorneys for Mattel, Inc.