```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile:  (213) 443-3100

 7  Attorneys for Mattel, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**Hon. Stephen G. Larson**<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES FROM COMPUTERS USED BY ISAAC LARIAN AFTER FEBRUARY 27, 2008, FOR SUPPLEMENTAL INSPECTION PURSUANT TO FED. R. CIV. P. 26 (E); AND (2) THE DECLARATION OF MARSHALL M. SEARCY III AND EXHIBITS 4, 5, 22, 23, 26, 28-31, 33, 34, 36-44 TO THE DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT THEREOF<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Arent Fox LLP<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |



[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on Mattel Inc.'s concurrently filed Application to File Under Seal: (1) Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian After February 27, 2008, for Supplemental Inspection Pursuant to Fed. R. Civ. P. 26(e); and (2) the Declaration of Marshall M. Searcy III and Exhibits 4, 5, 22, 23, 26, 28-31, 33, 34, and 36-44 to the Declaration of Marshall M. Searcy III in Support of Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian After February 27, 2008, for Supplemental Inspection Pursuant to Fed. R. Civ. P. 26(e), and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

(1) Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian After February 27, 2008, for Supplemental Inspection Pursuant to Fed. R. Civ. P. 26(e); and (2) the Declaration of Marshall M. Searcy III and Exhibits 4, 5, 22, 23, 26, 28-31, 33, 34, and 36-44 to the Declaration of Marshall M. Searcy III in Support of Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian After February 27, 2008, for Supplemental Inspection Pursuant to Fed. R. Civ. P. 26(e) are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:                    . 2009

_/s/ S. G. Larson_
_____
Hon. Stephen G. Larson
United States District Judge