ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS CONSOLIDATED REPLY IN SUPPORT OF MATTEL, INC.'S MOTION FOR RECONSIDERATION OF PHASE II DISCOVERY MATTER ORDER NO. 3 |

LODGED

07975/2850492.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal Its Consolidated Reply in Support of Mattel, Inc.'s Motion for Reconsideration of the Phase II Discovery Matter Order No. 3, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Consolidated Reply in Support of Mattel, Inc.'s Motion for Reconsideration of the Phase II Discovery Matter Order No. 3 is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: April 24, 2009

Hon. Stephen G. Larson
United States District Judge