| | |
|---|---|
| 1 | PATRICIA L. GLASER (Bar No. 055668) |
| | pglaser@glaserweil.com |
| 2 | GLASER WEIL FINK JACOBS & SHAPIRO |
| | 10250 Constellation Blvd., 19th Floor |
| 3 | Los Angeles, California 90067 |
| | Telephone: (310) 553-3000 |
| 4 | Facsimile: (310) 557-9815 |
| 5 | RUSSELL J. FRACKMAN (Bar No. 49087) |
| | rjf@msk.com |
| 6 | PATRICIA H. BENSON (Bar No. 60565) |
| | phb@msk.com |
| 7 | MITCHELL SILBERBERG & KNUPP LLP |
| | 11377 West Olympic Boulevard |
| 8 | Los Angeles, California 90064-1683 |
| | Telephone: (310) 312-2000 |
| 9 | Facsimile: (310) 312-3100 |
| 10 | Attorneys for Defendants |
| | MGA Entertainment, Inc., MGA Entertainment HK, Ltd., |
| 11 | MGAE De Mexico, S.R.L De C.V., and Isaac Larian |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**Hon. Stephen G. Larson**<br><br>**[PUBLIC REDACTED]**<br><br>**DECLARATION OF PATRICIA H. BENSON IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS**<br><br>[EXS. 3, 4, 6, 7, 8, 10 AND 21 FILED UNDER SEAL]<br>[OPPOSITION FILED CONCURRENTLY HEREWITH]<br><br>Date: May 11, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 2**<br>Discovery Cut-Off: Dec. 11, 2009<br>Pre-Trial conference: March 1, 2010<br>Trial Date: March 23, 2010 |

Mitchell Silberberg & Knupp LLP

2213702.2

DECLARATION OF PATRICIA H. BENSON ISO MGA PARTIES' OPPOSITION

I, Patricia H. Benson, declare as follows:

1. I am and attorney duly admitted to practice in the State of California and before this Court. Through my professional corporation, I am a partner in the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record for MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE De Mexico, S.R.L De C.V., and Isaac Larian ("MGA"). I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. Attached hereto collectively as Exhibit 1 are correct copies of excerpts from the transcript of the Reporter's Transcript of Proceedings on February 11, 2009.

3. Attached hereto as Exhibit 2 is a correct copy of Discovery Master Order No. 3, Regarding : (1) Motion of MGA Entertainment, Inc., Isaac Larian and MGA Entertainment (HK) Limited to Quash Non-Party Subpoenas; and (2) Motion of Mattel, Inc. to Compel Production of Documents Responsive to the Same Non-Party Subpoenas, dated March 10, 2009.

4. Attached hereto collectively as Exhibit 3 are correct copies of excerpts from the certified copy of the transcript of the deposition of Jorge Castilla, taken on October 22, 2008.

5. Attached hereto as Exhibit 4 is a correct copy of Deposition Exhibit 6577, marked at the deposition of Jorge Castilla on October 22, 2008.

6. Attached hereto as Exhibit 5 is a correct copy of a document marked as Trial Exhibit 4226 in Phase 1 of this action.

7. Attached hereto collectively as Exhibit 6 are correct copies of excerpts from the certified copy of the transcript of the deposition of Farhad Larian, taken on February 4, 2008.

8. Attached as Exhibit 7 is a correct copy of Deposition Exhibit Number 4234 marked at the deposition of Farhad Larian on February 4, 2008.

1

DECLARATION OF PATRICIA H. BENSON ISO MGA PARTIES' OPPOSITION

9. Attached hereto collectively as Exhibit 8 are correct copies of excerpts from the certified copy of the transcript of the deposition of Isaac Larian, taken on March 26, 2008.

10. Attached hereto as Exhibit 9 is a correct copy of a document marked as Trial Exhibit 4236 in Phase 1 of this action.

11. Attached hereto collectively as Exhibit 10 are correct copies of excerpts from the certified transcript of the deposition of Farhad Larian, taken on May 6, 2008.

12. Attached hereto collectively as Exhibit 11 are correct copies of excerpts from the Reporter's Transcript of Jury Trial Proceedings on July 1, 2008.

13. Attached hereto as Exhibit 12 is a correct copy of a document marked as Trial Exhibit 13108 in Phase 1 of this action.

14. Attached hereto as Exhibit 13 is a correct copy of the May 1, 2008 Discovery Master Order Granting in Part and Denying in Part Mattel's Motion to Compel Deposition and Production of Documents of Christensen Glaser Fink Jacobs Weil and Shapiro LLP.

15. Attached hereto as Exhibit 14 is a correct copy of Ana Elise Cloonan's, Margaret Hatch-Leahy's, and Veronica Marlow's Opposition to Mattel's Ex Parte Application to (1) Compel Depositions of Ana Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow or (2) In the Alternative, Modify the Scheduling Order, dated November 16, 2007.

16. Attached hereto collectively as Exhibit 15 are correct copies of excerpts from the Reporter's Transcript of Jury Trial Proceedings on May 30, 2008.

17. Attached hereto collectively as Exhibit 16 are correct copies of excerpts from the Reporter's Transcript of Jury Trial Proceedings on June 24, 2008.

| | |
|---|---|
| 1 | 18.  Attached hereto collectively as Exhibit 17 are correct copies of |
| 2 | excerpts from the Reporter's Transcript of Jury Trial Proceedings on July 2, 2008. |
| 3 | 19.  Attached hereto collectively as Exhibit 18 are correct copies of |
| 4 | excerpts from the Reporter's Transcript of Jury Trial Proceedings on dated June 6, |
| 5 | 2008. |
| 6 | 20.  Attached hereto as Exhibit 19 is a correct copy of a document marked |
| 7 | as Trial Exhibit 13223 in Phase 1 of this action. |
| 8 | 21.  Attached hereto as Exhibit 20 is a correct copy of a document marked |
| 9 | as Trial Exhibit 606 in Phase 1 of this action. |
| 10 | 22.  Attached hereto collectively as Exhibit 21 are correct copies of |
| 11 | excerpts from the certified copy of the transcript of the deposition of Ana Cabrera |
| 12 | taken on May 5, 2008. |
| 13 | 23.  Attached hereto collectively as Exhibit 22 are correct copies of |
| 14 | excerpts from the certified transcript of the deposition of Beatriz Morales taken on |
| 15 | April 29, 2008. |
| 16 | I declare under penalty of perjury under the laws of the United States of |
| 17 | America that the foregoing is true and correct. |
| 18 | Executed this 27th day of April, 2009, at Los Angeles, California. |

_/s/ Patricia H. Benson_
Patricia H. Benson