# EXHIBIT 16

# TO THE DECLARATION OF

# PATRICIA H. BENSON

# EXHIBIT 16

# TO THE DECLARATION OF

# PATRICIA H. BENSON

3589

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                    EASTERN DIVISION

 4                      -  -  -

 5      HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 6                      -  -  -

 7   MATTEL, INC.,                    )
                                      )
 8                     PLAINTIFF,     )
                                      )
 9          VS.                       )   NO. CV 04-09049
                                      )
10   MGA ENTERTAINMENT, INC., ET. AL.,)
                                      )
11                    DEFENDANTS.  )   TRIAL DAY 17
     _____)   AFTERNOON SESSION
12   AND CONSOLIDATED ACTIONS,        )   PAGES 3589-3689
     _____)

13

14

15       REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16                RIVERSIDE, CALIFORNIA

17               TUESDAY, JUNE 24, 2008

18                    2:55 P.M.

19

20

21

22

23              THERESA A. LANZA, RPR, CSR
              FEDERAL OFFICIAL COURT REPORTER
24               3470 12TH STREET, RM. 134
              RIVERSIDE, CALIFORNIA   92501
25                  951-274-0844
              WWW.THERESALANZA.COM
```

CERTIFIED COPY

**EXHIBIT: 16**
**PAGE: 135**

1           **THE COURT:**  VERY WELL.

2           **THE CLERK:**  DO YOU SOLEMNLY STATE THAT THE TESTIMONY

3  YOU MAY GIVE IN THE CAUSE NOW PENDING BEFORE THIS COURT SHALL

4  BE THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, SO

5  HELP YOU GOD?

6           **THE WITNESS:**  YES.

7           **THE CLERK:**  PLEASE STATE YOUR FULL NAME AND SPELL

8  YOUR LAST NAME FOR THE RECORD.

9           **THE WITNESS:**  PETER ANDREW MARLOW, M-A-R-L-O-W.

10             **DIRECT EXAMINATION**      03:27

11  **BY MR. ZELLER:**

12  Q   GOOD AFTERNOON, MR. MARLOW.

13        YOU'RE HERE TODAY BECAUSE MATTEL SUBPOENAED YOU; IS

14  THAT RIGHT?

15  A   YES.       03:27

16  Q   YOU KNOW A VERONICA MARLOW; IS THAT CORRECT?

17  A   YES.

18  Q   VERONICA MARLOW PERFORMED WORK FOR MGA FROM TIME TO TIME,

19  FROM THE 2000 TO 2005 TIME PERIOD; IS THAT TRUE?

20  A   YES.       03:28

21  Q   MS. MARLOW IS YOUR WIFE?

22  A   YES.

23  Q   SHE'S ALSO YOUR BUSINESS PARTNER?

24  A   YES.

25  Q   AND SHE HAS DONE WORK FOR MGA THROUGH VARIOUS COMPANY   03:28

**EXHIBIT: 16**
**PAGE: 136**

TUESDAY, JUNE 24, 2008          TRIAL DAY 17, AFTERNOON SESSION

1   NAMES THAT HAVE INCLUDED DOLL BAG?

2   A     YES.

3   Q     MARLOW TECHNOLOGIC?

4   A     YES.

5   Q     SHE'S ALSO DONE WORK FOR MGA UNDER HER OWN NAME            03:28

6   INDIVIDUALLY, VERONICA MARLOW?

7   A     CORRECT.

8   Q     SINCE THE 2000 TIME PERIOD, YOU WERE THE ONE WHO HAS HAD

9   PRINCIPAL RESPONSIBILITY FOR THE FINANCES AND THE RECORDKEEPING

10  FOR VERONICA MARLOW'S BUSINESSES AS THEY RELATE TO MGA WORK; IS   03:28

11  THAT CORRECT?

12  A     YES.

13  Q     YOU'RE PERSONALLY FAMILIAR WITH THE OPERATIONS OF

14  VERONICA MARLOW'S BUSINESSES AS THEY RELATE TO MGA WORK?

15  A     YES.                                                        03:28

16  Q     AND YOU YOURSELF PERSONALLY HAVE PERFORMED WORK FOR MGA

17  FROM TIME TO TIME, STARTING IN ABOUT THE 2001 TIME PERIOD UP

18  UNTIL THE 2005 TIME PERIOD; IS THAT RIGHT?

19         MS. AGUIAR:  OBJECTION.  RELEVANCE TO TIME FRAME,

20  YOUR HONOR.                                                       03:29

21         THE COURT:  I'LL PERMIT IT AS BACKGROUND.

22         OVERRULED.

23         THE WITNESS:  REPEAT THE QUESTION.

24  BY MR. ZELLER:

25  Q     YOU YOURSELF HAVE PERSONALLY PERFORMED WORK ON BEHALF OF    03:29

**EXHIBIT: 16**
**PAGE: 137**

3621

1 MGA FROM TIME TO TIME, STARTING IN ABOUT THE 2001 TIME PERIOD

2 UNTIL ABOUT THE 2005 TIME PERIOD; IS THAT RIGHT?

3 A    YES.

4 Q    YOU NEVER WORKED FOR MATTEL; IS THAT TRUE?

5 A    CORRECT.                                                    03:29

6 Q    VERONICA MARLOW DID WORK FOR MATTEL PREVIOUSLY.

7 A    YES.

8 Q    AND SHE LEFT MATTEL IN ABOUT MARCH OF 2000.

9 A    YES.

10 Q    THEN RIGHT AFTER THAT, SHE BEGAN WORKING WITH MGA.        03:29

11 A    YES.

12 Q    DO YOU KNOW A MARIA SALAZAR?

13 A    YES.

14 Q    SHE WORKED FOR MATTEL IN THE 2000 AND 2001 TIME PERIOD; IS

15 THAT TRUE?                                                     03:30

16 A    I BELIEVE SO.  I DON'T KNOW.

17 Q    WELL, TAKE A LOOK AT YOUR DEPOSITION TRANSCRIPT.  THERE

18 SHOULD BE TWO VOLUMES OF DEPOSITIONS UP THERE.  IF YOU COULD

19 LOOK AT THE SECOND VOLUME OF YOUR DEPOSITION TRANSCRIPT; THERE

20 SHOULD BE A VOLUME I AND A VOLUME II.  SPECIFICALLY, IF YOU     03:30

21 COULD TAKE A LOOK AT PAGE 409, STARTING AT LINE 19.

22        DO YOU HAVE THAT?

23 A    YES.

24        **MS. AGUIAR:**  YOUR HONOR, I DON'T KNOW IF MR. ZELLER

25 IS PLANNING TO READ THIS OR HAVE MR. MARLOW READ IT, BUT I HAVE  03:30

**EXHIBIT: 16**
**PAGE: 138**

TUESDAY, JUNE 24, 2008                    TRIAL DAY 17, AFTERNOON SESSION

3630

```
 1   A     I DON'T RECALL ALL OF THE DETAILS THAT WENT INTO THAT
 2   PARTICULAR INVOICE, BUT I BELIEVE SO.
 3   Q     AND WHO WAS IT YOU BELIEVE DID THAT, THE NAME OF THE
 4   PERSON?
 5   A     MARIA ELANA SALAZAR.                                      03:41
 6   Q     THE PERSON WE WERE TALKING ABOUT?
 7   A     YES.
 8   Q     AND SO THEN GO BACK TO MY ORIGINAL QUESTION.
 9         HAVING SEEN THIS INVOICE, YOU'LL AGREE WITH ME THAT
10   MARIA SALAZAR PROVIDED SERVICES; SHE DID WORK ON THE BRATZ      03:41
11   PROJECT, WHILE SHE WAS A MATTEL EMPLOYEE, AT SOME POINT PRIOR
12   TO OCTOBER 20, 2000; IS THAT TRUE?
13   A     YES.
14   Q     AND BY THE WAY, THIS INVOICE WE WERE TALKING ABOUT,
15   EXHIBIT 606, THAT WAS AN INVOICE THAT WAS SENT TO MGA AND PAID  03:42
16   BY MGA; IS THAT TRUE?
17   A     YES.
18   Q     IF YOU COULD LOOK AT EXHIBIT 5723 THAT'S THERE IN YOUR
19   BINDER.
20         MR. ZELLER:   AND THIS IS FOR IDENTIFICATION.            03:42
21   BY MR. ZELLER:
22   Q     IF YOU COULD LET US KNOW WHEN YOU'VE HAD AN OPPORTUNITY TO
23   LOOK AT THESE PAGES.
24   A     HOW MANY PAGES ARE THERE?
25   Q     IT'S 5723.                                                03:42
```

**EXHIBIT: 16**
**PAGE: 139**

3639

```
 1   2000; IS THAT TRUE?
 2         MS. AGUIAR:  OBJECTION.  FOUNDATION; RELEVANCE; 403;
 3   ARGUMENTATIVE.
 4         THE COURT:  OVERRULED.
 5         YOU MAY ANSWER.                                      03:55
 6         THE WITNESS:  THERE WAS ANOTHER MATTEL EMPLOYEE
 7   WORKING ON BRATZ.
 8   BY MR. ZELLER:
 9   Q    ANA CABRERA WAS ANOTHER MATTEL EMPLOYEE WHO WAS WORKING ON
10   THE BRATZ PROJECT, WHILE A MATTEL EMPLOYEE, BACK IN 2000; IS    03:56
11   THAT RIGHT?
12   A    YES.
13   Q    AND SHE STARTED WORKING ON THE BRATZ PROJECT NO LATER THAN
14   THE NOVEMBER 2000 TIME PERIOD.
15   A    CORRECT.                                              03:56
16   Q    AND IT MIGHT HAVE BEEN EARLIER; YOU CAN'T ACTUALLY EXCLUDE
17   THAT IT WAS A LITTLE EARLIER; RIGHT?
18   A    I THINK I CAN.
19   Q    I'M SORRY?
20   A    I CAN EXCLUDE THAT IT WAS EARLIER.                    03:56
21   Q    HOW LONG DID MS. CABRERA WORK ON THE BRATZ PROJECT?
22   A    UNTIL ABOUT JUNE OF 2005.
23   Q    THE WORK THAT MS. CABRERA DID ON BRATZ WHEN SHE WAS A
24   MATTEL EMPLOYEE WAS SAMPLE MAKING.
25   A    YES.                                                  03:56
```

**EXHIBIT: 16**
**PAGE: 140**

1           DID YOU EVER INFORM ANYONE AT MGA THAT YOUR WIFE

2   EMPLOYED A SEAMSTRESS OR SEAMSTRESSES ON THE BRATZ PROJECT WHO

3   WERE ALSO EMPLOYED AT MATTEL?

4   A    NO.

5   Q    TO YOUR KNOWLEDGE, DID YOUR WIFE EVER TELL ANYONE AT MGA     04:40

6   THAT SEAMSTRESSES FROM MATTEL WERE MOONLIGHTING FOR YOUR WIFE,

7   DOING SEAMSTRESS WORK?

8   A    NO.

9   Q    TO YOUR KNOWLEDGE, DOES ANYBODY AT MGA KNOW THAT YOUR WIFE

10  WAS USING MATTEL EMPLOYEES TO DO SEWING WORK ON BRATZ?          04:41

11  A    NO.

12  Q    WHAT IS THE BASIS FOR YOUR STATEMENT THAT YOU BELIEVE THAT

13  NO ONE AT MGA KNEW THAT?

14  A    BECAUSE I NEVER TOLD THEM AND MY WIFE NEVER TOLD THEM.

15  Q    DID YOU EVER TELL ISAAC LARIAN THAT YOU WERE EMPLOYING     04:41

16  SEAMSTRESSES WHO WERE MOONLIGHTING FROM MATTEL?

17  A    NO.

18  Q    DID YOU EVER HAVE A BUSINESS MEETING OF ANY SORT WITH

19  MR. LARIAN?

20  A    NO.                                                        04:41

21  Q    DID YOU EVER TELL PAULA GARCIA THAT YOU OR YOUR WIFE WERE

22  EMPLOYING SEAMSTRESSES WHO WERE MOONLIGHTING FROM MATTEL?

23  A    NO.

24  Q    IF I ASKED YOU THE SAME QUESTION AS TO CARTER BRYANT, WHAT

25  WOULD YOUR ANSWER BE?                                           04:42

**EXHIBIT: 16**
**PAGE: 141**

3660

1    A     WE NEVER TOLD CARTER BRYANT.

2    Q     I WANT TO TAKE A LOOK AT AN EXHIBIT THAT MR. ZELLER SHOWED

3    YOU EARLIER.  I BELIEVE IT WAS 606.

4          I BELIEVE YOU TESTIFIED THIS IS AN INVOICE THAT YOU

5    RECOGNIZE AS BEING ONE THAT WAS SENT TO MGA FOR THE WORK ON           04:42

6    BRATZ; IS THAT RIGHT?

7    A     CORRECT.

8    Q     HOW DID YOU DESCRIBE ON THESE INVOICES THE WORK THAT WAS

9    BEING DONE BY THE SEAMSTRESSES?

10   A     I DESCRIBED IT AS THIRD-PARTY SEWING AND PATTERN-MAKING         04:42

11   SUPPORT.

12   Q     SO LOOKING AT THIS INVOICE THAT WAS SENT TO MGA, DID YOU

13   EVER IDENTIFY THE NAMES OF THE SEAMSTRESSES THAT WERE WORKING

14   FOR YOU?

15   A     NO.                                                             04:42

16   Q     ARE YOU AWARE OF ANY DOCUMENT THAT YOU OR YOUR WIFE EVER

17   PROVIDED TO MGA THAT REVEALED THE IDENTITY OF THE SEAMSTRESSES

18   THAT WERE WORKING FOR YOU?

19   A     WE DID NOT.

20   Q     DID YOU EVER SPECIFICALLY INFORM MGA THAT A WOMAN NAMED         04:43

21   ANA ISABEL CABRERA WAS WORKING FOR YOU MOONLIGHTING FROM

22   MATTEL?

23   A     NO.

24   Q     DID YOU EVER INFORM MGA THAT A WOMAN NAMED BEATRIZ MORALES

25   WAS WORKING FOR YOU MOONLIGHTING FROM MATTEL?                        04:43

**EXHIBIT: 16**
**PAGE: 142**

3661

1    A    NO.

2    Q    AND WHAT ABOUT MS. SALAZAR?  WOULD YOUR ANSWER BE THE

3    SAME?

4    A    WE DID NOT.

5    Q    I'D LIKE TO TAKE A LOOK AT EXHIBIT 5723.  IF YOU'LL        04:43

6    RECALL, I BELIEVE YOU TESTIFIED THAT THIS WAS ESSENTIALLY A

7    TIME SHEET.

8              I'LL WAIT FOR YOU TO GET THAT.

9    A    I HAVE IT.

10   Q    YOU DESCRIBED IT AS A TIME SHEET, WHERE MS. SALAZAR WOULD  04:43

11   RECORD THE HOURS THAT SHE WORKED FOR YOUR WIFE.

12   A    CORRECT.

13   Q    TO YOUR KNOWLEDGE, WAS THIS TIME SHEET PROVIDED TO MGA?

14   A    IT WAS NOT.

15   Q    WERE ANY OF THE BACKUP TIME SHEETS EVER PROVIDED TO MGA,   04:44

16   TO YOUR KNOWLEDGE?

17   A    THEY WERE NOT.

18   Q    WHERE WAS THE WORK PERFORMED THAT THE SEAMSTRESSES DID FOR

19   YOUR WIFE?

20   A    IN THE GARAGES OF THE SEAMSTRESSES.                        04:44

21   Q    I TAKE IT, THEN, THAT THE WORK WAS NOT PERFORMED AT

22   MATTEL?

23   A    IT WAS NOT.

24         **MR. ZELLER:**  OBJECTION.  LACKS FOUNDATION.

25         **THE COURT:**  SUSTAINED.                                04:44

**EXHIBIT: 16**
**PAGE: 143**

3662

```
1   BY MS. AGUIAR:

2   Q    WAS THE WORK PERFORMED AT MATTEL?

3   A    IT WAS NOT.

4        MR. ZELLER:  SAME OBJECTION.

5        THE COURT:  SUSTAINED.                         04:45

6        LAY A FOUNDATION HOW HE WOULD KNOW.

7   BY MS. AGUIAR:

8   Q    DO YOU KNOW WHERE THE GARAGES WERE THAT THESE WOMEN DID

9   THE WORK IN?

10  A    THE GARAGES WERE AT THEIR HOMES.              04:45

11  Q    AND I TAKE IT THOSE GARAGES AND THEIR HOMES WERE NOT

12  INSIDE THE MATTEL DESIGN CENTER; IS THAT RIGHT?

13  A    THAT'S CORRECT.

14  Q    WHEN WAS THIS WORK PERFORMED, TEMPORALLY?  DURING THE DAY?

15  NIGHTS?                                            04:45

16  A    IN THE EVENINGS AND ON WEEKENDS.

17  Q    IN 2000, DID MS. SALAZAR OR MS. CABRERA KNOW THAT THEY

18  WERE SEWING ON A PROJECT FOR MGA?

19  A    NO.

20       MR. ZELLER:  QUESTION LACKS FOUNDATION.      04:45

21       THE COURT:  SUSTAINED.

22       MR. ZELLER:  I ASK THAT THE ANSWER BE STRICKEN.

23       THE COURT:  THE ANSWER IS STRICKEN.

24  BY MS. AGUIAR:

25  Q    DID YOU EVER TELL MS. SALAZAR AND MS. CABRERA THAT THEY   04:45
```

**EXHIBIT: 16**
**PAGE: 144**

3664

1   PROHIBITED FROM THEN DOING VENDOR WORK FOR OTHER TOY COMPANIES?

2         **MR. ZELLER:**   QUESTION LACKS FOUNDATION.

3         **THE COURT:**   THE QUESTION IS, DO YOU KNOW?  IT'S A YES

4   OR NO QUESTION.

5         **THE WITNESS:**  I DON'T KNOW.                          04:47

6   **BY MS. AGUIAR:**

7   Q    WERE YOU EVER AN EMPLOYEE OF MGA?

8   A    NO.

9   Q    IN THE 2000 TIME PERIOD, DID YOU DO ANY WORK ON THE BRATZ

10  PROJECT OTHER THAN PREPARING THE INVOICES THAT YOUR WIFE SENT    04:47

11  TO MGA?

12  A    NO.

13  Q    DO YOU HAVE ANY KNOWLEDGE REGARDING WHETHER CARTER BRYANT

14  PERFORMED ANY WORK RELATED TO THE BRATZ PROJECT IN SEPTEMBER,

15  LET'S SAY, OF 2000?                                             04:47

16  A    I DON'T KNOW.

17  Q    AND WHAT IF I ASKED YOU THE SAME QUESTION ABOUT WHETHER

18  CARTER BRYANT PERFORMED ANY WORK ON BRATZ IN OCTOBER OF 2000?

19  A    I DON'T KNOW.

20  Q    DID YOU EVER GO ON ANY SHOPPING TRIPS WITH YOUR WIFE OR    04:47

21  CARTER BRYANT REGARDING THE FASHIONS FOR BRATZ?

22  A    NO.

23  Q    THE INVOICE THAT WE PUT UP BEFORE, EXHIBIT 606, WHICH IS

24  FOR THE WORK THAT WAS PERFORMED IN OCTOBER, DO YOU RECALL THAT?

25  A    YES.                                                       04:48

**EXHIBIT: 16**
**PAGE: 145**

3669

```
 1              I'LL BE LOOKING FOR FOUNDATIONAL OBJECTIONS.

 2              MR. ZELLER:  SO THE COURT KNOWS, WHAT I WOULD --

 3   MAYBE IF I START WITH THE EMPLOYMENT, BECAUSE THAT MAY BE

 4   THAT --

 5              THE COURT:  YOU CAN START WHEREVER YOU WANT.  I'M      04:53

 6   JUST SAYING, BEFORE YOU GET TO THAT E-MAIL --

 7              MR. ZELLER:  INTO THE 2005 ONE.

 8              THE COURT -- IT'S GOT TO BE THIS WITNESS'S

 9   UNDERSTANDING THAT THAT'S WHAT HE WAS COMMUNICATING TO MGA.

10              MR. ZELLER:  AND THIS, OF COURSE, GOES TO           04:53

11   CREDIBILITY.  SHE ASKED THOSE QUESTIONS.

12              THE COURT:  I UNDERSTAND WHAT IT GOES TO, COUNSEL.

13              MR. ZELLER:  THANK YOU.

14              (WHEREUPON, SIDE-BAR PROCEEDINGS WERE CONCLUDED.)

15              THE COURT:  YOU MAY PROCEED, COUNSEL.               04:54

16   BY MR. ZELLER:

17   Q    YOU SAID, IN RESPONSE TO MGA'S COUNSEL'S QUESTIONS, IN

18   VARIOUS WAYS, THAT NEITHER YOU NOR YOUR WIFE EVER TOLD OR EVER

19   INFORMED MGA, IN WORDS OR SUBSTANCE, THAT THESE OTHER MATTEL

20   EMPLOYEES WERE SECRETLY WORKING ON BRATZ WHILE MATTEL          04:54

21   EMPLOYEES; IS THAT CORRECT?

22   A    CORRECT.

23   Q    SO THE RECORD IS CLEAR HERE AS WELL, THERE WAS ACTUALLY A

24   THIRD MATTEL EMPLOYEE WHO WAS SECRETLY WORKING ON BRATZ WHILE A

25   MATTEL EMPLOYEE AND WORKING ON THE BRATZ CLOTHING; IS THAT     04:54
```

**EXHIBIT: 16**
**PAGE: 146**

3670

1  TRUE?

2  A    CORRECT.

3  Q    AND THAT WAS BEATRIZ MORALES?

4  A    CORRECT.

5  Q    SO WE HAVE THE TIME FRAMES CLEARLY IN MIND, MARIA SALAZAR,    04:54

6  WHILE A MATTEL EMPLOYEE, WORKED ON THE BRATZ CLOTHING FROM AT

7  LEAST THE 2000 AND 2001 TIME PERIOD; CORRECT?

8  A    CORRECT.

9  Q    ANA CABRERA DID THAT AS WELL, FROM THE 2000 TO 2005 TIME

10  PERIOD; IS THAT CORRECT?    04:55

11  A    CORRECT.

12  Q    AND BEATRIZ MORALES DID THAT FROM AT LEAST THE 2001

13  THROUGH THE 2005 TIME PERIOD; CORRECT?

14  A    CORRECT.

15  Q    SO THERE WERE AT LEAST ANOTHER THREE MATTEL EMPLOYEES WHO    04:55

16  WORKED FOR YEARS, SECRETLY, ON BRATZ AND WERE PAID BY YOU AND

17  YOUR WIFE AND REIMBURSED BY MGA TO WORK ON BRATZ; IS THAT TRUE?

18  A    CORRECT.

19  Q    IF I UNDERSTAND IT, THIS WENT ON FOR YEARS AND YEARS, WITH

20  ALL THREE OF THEM, WITHOUT ANY INKLING, ANY HINT, TO MGA AS TO    04:55

21  WHAT WAS GOING ON; IS THAT RIGHT?

22  A    CORRECT.

23  Q    NOW, ISN'T IT TRUE THAT MARIA SALAZAR, IN FACT, BECAME

24  EMPLOYED BY MGA BACK IN 2003?

25  A    CORRECT.    04:55

**EXHIBIT: 16**
**PAGE: 147**

# EXHIBIT 17

# TO THE DECLARATION OF

# PATRICIA H. BENSON

# EXHIBIT 17

# TO THE DECLARATION OF

# PATRICIA H. BENSON

3881

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3                   EASTERN DIVISION

 4                      - - -

 5       HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 6                      - - -

 7  MATTEL, INC.,                )
                                 )
 8               PLAINTIFF,       )
                                 )
 9          VS.                   )   NO. CV 04-09049
                                 )
10  MGA ENTERTAINMENT, INC., ET. AL.,  )
                                 )
11               DEFENDANTS.      )   TRIAL DAY 19
     _____)       MORNING SESSION
12  AND CONSOLIDATED ACTIONS,    )   PAGES 3881-4021
                                 )
13  _____)

14

15      REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16                 RIVERSIDE, CALIFORNIA

17               WEDNESDAY, JULY 2, 2008    .

18                    8:48 A.M.

19                       .

20

21

22

23             THERESA A. LANZA, RPR, CSR
             FEDERAL OFFICIAL COURT REPORTER
24             3470 12TH STREET, RM. 134
             RIVERSIDE, CALIFORNIA  92501
25                 951-274-0844
              WWW.THERESALANZA.COM
```

CERTIFIED COPY

**EXHIBIT: 17**
**PAGE: 148**

3921

```
1              DO YOU RECALL THAT?

2    A    YES.

3    Q    AND YOU SPECIFICALLY SAID ISAAC LARIAN NEVER KNEW; RIGHT?

4    A    YES.

5    Q    IT'S YOUR RECOLLECTION?                              09:49

6    A    YES.

7    Q    AND YOU SAID PAULA GARCIA AND CARTER BRYANT DIDN'T KNOW

8    EITHER, IN RESPONSE TO MGA'S COUNSEL'S QUESTIONS.

9              DO YOU RECALL THAT?

10   A    VAGUELY.                                             09:49

11   Q    NOW, IN FACT, YOU UNDERSTOOD YEARS AGO THAT MGA KNEW

12   MATTEL EMPLOYEES HAD BEEN SECRETLY WORKING ON BRATZ FASHIONS;

13   ISN'T THAT TRUE?

14        MS. AGUIAR:  OBJECTION.  LACKS FOUNDATION.

15   MISCHARACTERIZES HIS TESTIMONY.                           09:49

16        THE COURT:  SUSTAINED ON FOUNDATION.

17   BY MR. ZELLER:

18   Q    MS. SALAZAR JOINED MGA AS AN EMPLOYEE IN 2003; CORRECT?

19   A    I DON'T KNOW.  I BELIEVE SO.

20   Q    AND SHE CERTAINLY KNEW SHE HAD WORKED ON BRATZ SECRETLY   09:49

21   WHILE A MATTEL EMPLOYEE; RIGHT?

22   A    YES.

23   Q    AND SO ONE REASON YOU UNDERSTOOD THAT MGA KNEW NO LATER

24   THAN 2003 THAT MATTEL EMPLOYEES WERE SECRETLY WORKING ON BRATZ

25   FASHIONS WAS BECAUSE, AS WE JUST DISCUSSED, MS. SALAZAR        09:50
```

**EXHIBIT: 17**
**PAGE: 149**

3922

1   ACTUALLY JOINED MGA AS AN EMPLOYEE; CORRECT?

2          MS. AGUIAR:  OBJECTION.  LACKS FOUNDATION; CALLS FOR

3   SPECULATION; AND THE QUESTION IS VAGUE.  HE SAYS MGA KNEW.

4          THE COURT:  REPHRASE THAT QUESTION, COUNSEL.

5   BY MR. ZELLER:                                                    09:50

6   Q    SO AS WE TALKED ABOUT, ONE REASON YOU DO KNOW THAT NO

7   LATER THAN 2003 THAT MGA WAS AWARE OF THESE MATTEL EMPLOYEES

8   SECRETLY WORKING ON BRATZ WAS BECAUSE MS. SALAZAR HERSELF, WHO

9   KNEW, WAS OVER THERE AT MGA; RIGHT?

10         MS. AGUIAR:  SAME OBJECTION.  LACKS FOUNDATION; CALLS     09:50

11  FOR SPECULATION.

12         THE COURT:  YOU'RE ASKING HIM THE BASIS FOR HIS

13  KNOWLEDGE IN A LEADING FASHION?

14         MR. ZELLER:  CORRECT.

15         THE COURT:  OVERRULED.                                    09:51

16         YOU MAY ANSWER.

17         THE WITNESS:  I WOULDN'T --

18         MS. AGUIAR:  I'M SORRY, YOUR HONOR.

19         IT ASSUMES FACTS NOT IN EVIDENCE.  HE SAYS ONE REASON

20  YOU KNEW THAT MGA KNEW.  THAT'S NOT BEEN ESTABLISHED.  IN FACT,  09:51

21  THE OPPOSITE.

22         THE COURT:  HE ALSO ANSWERED THAT QUESTION IN THE

23  AFFIRMATIVE, AND THERE WAS NO OBJECTION THAT HE DID KNOW.

24         ONE SECOND, COUNSEL.  LET ME MAKE SURE I'M CORRECT ON

25  THIS, BECAUSE THIS IS AN IMPORTANT POINT.                        09:51

**EXHIBIT: 17**
**PAGE: 150**

3923

1      THERE WAS A QUESTION ASKED, "AND SHE CERTAINLY KNEW

2  SHE HAD WORKED ON BRATZ SECRETLY WHILE A MATTEL EMPLOYEE;

3  RIGHT?"

4      NO OBJECTION.

5      ANSWER: "YES."      09:51

6      **MS. AGUIAR:**  SHE KNEW.  BUT THAT'S NOT WHAT HE'S

7  ASKING HIM.  HE'S ASKING HIM WHETHER HE KNEW THAT MGA KNEW.

8  MS. SALAZAR IS NOT MGA.  MS. SALAZAR IS AN HOURLY-PAID

9  SEAMSTRESS.

10      **THE COURT:**  THANK YOU, COUNSEL.    09:52

11      SUSTAINED ON FOUNDATION.

12      **MR. ZELLER:**  I'M IMPEACHING HIS PRIOR STATEMENT.

13      **THE COURT:**  LET'S GO TO SIDE-BAR.  WE'LL HAVE THIS

14  DISCUSSION AT SIDE-BAR.

15      THANK YOU, COUNSEL.      09:52

16      (SIDE-BAR PROCEEDINGS HELD AS FOLLOWS:)

17      **THE COURT:**  YOU'RE IMPEACHING HIS STATEMENT FROM THE

18  OTHER DAY?

19      **MR. ZELLER:**  CORRECT.  HE'S ALREADY SAID --

20      **THE COURT:**  THAT'S WHAT I NEED REFRESHING ON.  09:52

21      **MR. ZELLER:**  -- MGA NEVER KNEW.  ISAAC LARIAN NEVER

22  KNEW.  CARTER BRYANT, PAULA GARCIA, NO ONE OVER THERE EVER

23  KNEW.  HE SAID MGA NEVER KNEW; THAT WAS IN RESPONSE TO A

24  QUESTION.

25      **THE COURT:**  MGA NEVER KNEW.      09:53

**EXHIBIT: 17**
**PAGE: 151**

WEDNESDAY, JULY 2, 2008      TRIAL DAY 19, MORNING SESSION

3924

1          **MR. ZELLER:**  CORRECT.

2          **MS. AGUIAR:**  I ASKED HIM WHETHER SPECIFIC PEOPLE --

3    WHETHER HE TOLD -- I ASKED HIM WHETHER HE EVER TOLD

4    ISAAC LARIAN OR PAULA GARCIA OR CARTER BRYANT OR WHETHER HE

5    EVER TOLD ANYONE ELSE AT MGA.                                    09:53

6          WHAT MR. ZELLER IS TRYING TO DO IS TO EQUATE MARIA

7    SALAZAR WITH MGA; AND THAT'S A MASSIVE STRETCH.

8          **THE COURT:**  THAT'S A FOUNDATIONAL ISSUE THAT NEEDS TO

9    BE LAID.  I AGREE WITH COUNSEL.

10         **MR. ZELLER:**  I GUESS I'M NOT UNDERSTANDING THIS       09:53

11   DISTINCTION THAT SHE'S EMPLOYED THERE.  THAT'S BEEN

12   ESTABLISHED.

13

14         **THE COURT:**  RIGHT.  BUT ESSENTIALLY WHAT MGA IS

15   TAKING THE POSITION, IF I UNDERSTAND MGA CORRECTLY, IS THEY ARE    09:53

16   NOT TAKING ISSUE WITH WHAT MARIA SALAZAR KNOWS.  SHE'S, IN

17   CROSS-EXAMINATION, ESTABLISHED THE POINT THAT WHILE MARIA

18   SALAZAR MAY HAVE KNOWN THIS, THERE'S NO EVIDENCE THAT WAS

19   COMMUNICATED TO ANYONE HIGHER UP AT MGA.

20         WHAT YOU'RE TRYING TO DO NOW IS GET HIM TO SAY THAT       09:54

21   MGA KNEW, I ASSUME ISAAC LARIAN KNEW, OR ANY OF THE HIGHER-UP

22   PEOPLE, AND THAT'S THE FOUNDATION THAT'S MISSING.  HOW COULD

23   THIS WITNESS TESTIFY AS TO WHAT MGA KNEW?  UNLESS IT'S ANYTHING

24   MORE, AND MAYBE ALL IT IS IS AN ASSUMPTION -- DID HE GIVE THAT

25   ANSWER IN THE DEPOSITION, THAT BECAUSE SALAZAR WORKED FOR MGA    09:54

**EXHIBIT: 17**
**PAGE: 152**

WEDNESDAY, JULY 2, 2008                TRIAL DAY 19, MORNING SESSION

3925

1    THAT HE ASSUMED THAT MGA KNEW.  BUT THAT'S SPECULATION.  AND I

2    THINK THE FOUNDATIONAL OBJECTION IS WELL TAKEN.

3            MR. QUINN:  THIS GETS US INTO THE IMPEACHMENT POINT.

4    HE GOT UP THERE AND HE SAID, NO, I NEVER BELIEVED; I DON'T

5    BELIEVE; I HAVE NO UNDERSTANDING THAT MGA EVER KNEW.  WHEN HE          09:54

6    SAID THE OPPOSITE IN HIS DEPOSITION, REGARDLESS OF WHAT THE

7    BASIS WAS FOR THE --

8            THE COURT:  I WILL GIVE YOU LEAVE TO EXPLORE THAT.

9    BUT AS PHRASED, THE QUESTIONS THAT YOU ARE ASKING ARE, I THINK,

10   CONFLATING SALAZAR AND MGA, THE KNOWLEDGE OF THOSE TWO, WITHOUT        09:55

11   PROPER FOUNDATION.  BUT I WILL GIVE YOU LEAVE TO EXPLORE HIS

12   ANSWER IN HIS DEPOSITION.  THAT'S ONE OF THE REASONS WHY I'M

13   ALLOWING YOU TO HAVE -- BUT YOU'VE GOT TO FOCUS ON THAT ANSWER

14   AND EXPLORE HIS REASONS FOR DOING THAT.

15           I'M GOING TO SUSTAIN THE FOUNDATIONAL OBJECTION.               09:55

16           MS. AGUIAR:  CAN I JUST ASK FOR CLARITY ON WHAT

17   ANSWER IN HIS DEPOSITION WE'RE TALKING ABOUT?

18           THE COURT:  THE ANSWER WHERE HE SAYS, YES, THAT MGA

19   KNEW.

20           AND I THINK THAT YOU'RE PROBABLY RIGHT, THAT THAT IS          09:55

21   ALL PREDICATED ON SALAZAR.  AND YOU CAN SURELY BRING THAT OUT

22   IN CROSS-EXAMINATION.  AND IF YOU THINK THERE'S SOME OTHER

23   BASIS FOR HIM BESIDES SALAZAR, YOU CAN EXPLORE THAT AND ASK HIM

24   THAT.  BUT I'M NOT GOING TO ALLOW -- THERE'S GOING TO HAVE TO

25   BE FOUNDATION FOR THAT.  BECAUSE AS I'M SEEING THE EVIDENCE           09:55

**EXHIBIT: 17**
**PAGE: 153**

WEDNESDAY, JULY 2, 2008                    TRIAL DAY 19, MORNING SESSION

3947

```
 1   TO WRAP THIS UP, COUNSEL.
 2            THE EXHIBIT IN QUESTION, THE E-MAIL IN QUESTION, IS
 3   IN EVIDENCE.  I DON'T SEE THE PREJUDICE.  I DO THINK THE
 4   ANSWERS THAT ARE GIVEN AND WHAT HAS BEEN ELICITED PROVIDES A
 5   BARE LEVEL OF FOUNDATION TO ASK HIM A QUESTION OR TWO ABOUT      10:28
 6   THIS.  BUT, COUNSEL, YOU HAVE TO MOVE THIS ALONG AND PARE THIS
 7   DOWN.  WE'RE GOING TO HAVE THIS WITNESS OFF THE STAND IN THE
 8   NEXT FEW MINUTES.
 9            MR. ZELLER:  FAIR ENOUGH, YOUR HONOR.  I WILL
10   ABSOLUTELY DO THAT.                                             10:28
11            THE COURT:  THE COURT IS GOING TO TAKE A BRIEF
12   RECESS, AND THEN WE'LL BRING THE JURY BACK IN.
13            (WHEREUPON, A BRIEF RECESS WAS HELD.)
14            (JURORS ENTER COURTROOM.)
15            THE COURT:  COUNSEL, YOU MAY RESUME.                   10:36
16            MR. ZELLER:  THANK YOU, YOUR HONOR.
17   BY MR. ZELLER:
18   Q    BEFORE THE BREAK, MR. MARLOW, WE WERE TALKING ABOUT THAT
19   E-MAIL FROM 2005, EXHIBIT 13223.
20            IF WE COULD PLEASE PULL THAT UP ON THE SCREEN.         10:36
21            NOW, IN THIS E-MAIL, YOU UNDERSTOOD THAT YOU WERE
22   TELLING ISAAC LARIAN, PAULA GARCIA, AND CARTER BRYANT THAT THE
23   EMPLOYEES WORKING ON BRATZ FASHIONS WORKED FOR AN MGA
24   COMPETITOR; IS THAT TRUE?
25   A    I DON'T SEE WHERE I USED THOSE WORDS.                      10:36
```

**EXHIBIT: 17**
**PAGE: 154**

3948

1    Q    WELL, IN SUBSTANCE, THAT'S WHAT YOU SAID, ISN'T IT?

2    A    I DON'T THINK SO.

3    Q    WELL, LET'S LOOK AT THE SECOND PAGE OF YOUR E-MAIL.

4         DO YOU SEE HERE WHERE IT TALKS ABOUT 'IF VERONICA

5    GOES TO WORK FOR MGA, SHE WILL NO LONGER BE ABLE TO WORK WITH      10:37

6    HER TEAM OF PATTERN AND SAMPLE MAKERS.'

7         DO YOU SEE THAT?

8    A    YES.

9    Q    SAMPLE MAKERS ARE PEOPLE WHO MAKE DOLL CLOTHING; RIGHT?

10   A    RIGHT.                                                       10:37

11   Q    AND THEN THE NEXT PAGE, IT SAYS 'THEY ONLY MOONLIGHT FOR

12   VERONICA.'

13   A    UH-HUH.

14   Q    NOW FURTHER ON, YOU, IN FACT, DO TELL THEM THAT THESE

15   EMPLOYEES WORKED FOR ANOTHER TOY COMPANY; CORRECT?               10:37

16   A    PLEASE ALLOW ME TO REVIEW THIS CAREFULLY.

17   Q    THAT WAS YOUR UNDERSTANDING WHAT YOU WERE COMMUNICATING IN

18   THIS E-MAIL.

19        **THE COURT:**  WAIT A SECOND, COUNSEL THERE'S A QUESTION

20   PENDING.  THE WITNESS ASKED TO REVIEW THE EXHIBIT.              10:37

21        **THE WITNESS:**  WHAT WAS THE QUESTION AGAIN?

22   **BY MR. ZELLER:**

23   Q    THE QUESTION IS THAT IN THIS E-MAIL, YOU SAID IT WAS YOUR

24   UNDERSTANDING THAT -- YOU SAID THAT THESE EMPLOYEES WERE IN

25   FACT WORKING FOR ANOTHER TOY COMPANY OTHER THAN MGA.            10:38

**EXHIBIT: 17**
**PAGE: 155**

WEDNESDAY, JULY 2, 2008              TRIAL DAY 19, MORNING SESSION

3949

1   A    I DIDN'T SAY TOY COMPANY.  SAMPLE MAKERS CAN APPLY TO

2   PEOPLE WHO MAKE ACTUAL HUMAN CLOTHES AS WELL.

3   Q    YOU TOLD THEM THAT IT WAS A DOLL COMPANY THAT THEY WORKED

4   FOR; CORRECT?

5   A    I DIDN'T SEE THAT ANYWHERE.                                    10:38

6         IT WASN'T MY INTENT TO SAY THAT.

7   Q    IT WAS NOT YOUR INTENT?

8   A    DID I SAY DOLL COMPANY?  I DIDN'T SAY THAT.

9   Q    DIRECTING YOUR ATTENTION TO THIS SENTENCE HERE, DO YOU SEE

10  WHERE IT STARTS OFF, 'SO HOW DO THEY GET ANY WORK DONE LIKE        10:38

11  THIS.'

12        DO YOU SEE THAT PARAGRAPH?

13  A    UH-HUH.

14  Q    DO YOU SEE WHERE IT SAYS 'THEY HAVE MORE THAN 100 YEARS

15  TOTAL OF DOLL MAKING EXPERIENCE BETWEEN THEM'?                     10:39

16        DO YOU SEE THAT?

17  A    RIGHT.

18  Q    NOW, IT DOESN'T MENTION MATTEL BY NAME; RIGHT?

19  A    RIGHT.

20  Q    MATTEL IS THE LARGEST DOLL MAKER IN THIS AREA BY FAR, AND     10:39

21  CERTAINLY WAS AS OF 2005; CORRECT?

22        **MS. AGUIAR:**  OBJECTION.  FOUNDATION; 403.

23        **THE COURT:**  SUSTAINED.

24  **BY MR. ZELLER:**

25  Q    IT WAS YOUR UNDERSTANDING BACK IN THE 2005 TIME PERIOD        10:39

**EXHIBIT: 17**
**PAGE: 156**

3950

1  THAT MATTEL WAS THE LARGEST DOLL COMPANY IN THE AREA; CORRECT?

2          MS. AGUIAR:  OBJECTION.  LACKS FOUNDATION.

3          THE COURT:  AS PHRASED, IT'S OKAY.

4          OVERRULED.

5          THE WITNESS:  YOU KNOW, JUST BECAUSE THEY ARE MAKING                  10:39

6  DOLLS DOESN'T MEAN THEY ARE WORKING FOR A TOY COMPANY.

7          WE HAVE A VERY GOOD FRIEND WHO IS A DOLL MAKER WHO

8  DOESN'T WORK FOR A TOY COMPANY.

9          MR. ZELLER:  MOVE TO STRIKE, YOUR HONOR.

10         THE COURT:  IT'S NONRESPONSIVE.                                       10:39

11         THE QUESTION IS WHETHER OR NOT, YOUR UNDERSTANDING

12  ABOUT MATTEL, WAS IT THE LARGEST TOY COMPANY.

13         THE WITNESS:  YES.

14         MR. ZELLER:  I HAVE NOTHING FURTHER, YOUR HONOR.

15         THE COURT:  VERY WELL.                                               10:39

16         CROSS-EXAMINATION?

17                          **CROSS-EXAMINATION**

18  **BY MS. AGUIAR:**

19  Q    LET'S STICK WITH THIS E-MAIL.

20         GIVE THE JURY A LITTLE BIT OF CONTEXT, IF YOU WOULD.                  10:40

21         DID YOU HAVE A MEETING WITH MGA IN 2005 THAT LED YOU

22  TO SEND THIS E-MAIL TO PAULA GARCIA AND THE OTHERS AT MGA?

23  A    I DID.  MY WIFE AND I MET WITH MEL WOODS WHO WAS PRESIDENT

24  OF MGA AT THE TIME, AND HE WANTED TO KNOW MORE ABOUT OUR

25  EXPENSES AND OUR COSTS; HE WAS ON A COST-CUTTING MISSION FOR          10:40

**EXHIBIT: 17**
**PAGE: 157**

WEDNESDAY, JULY 2, 2008              TRIAL DAY 19, MORNING SESSION

3951

```
 1   MGA.  HE ASKED US ABOUT OUR HELPERS, HOW MUCH WE WERE PAYING

 2   THEM, WHO THEY WERE, AND WE REFUSED TO ANSWER ANY QUESTIONS

 3   ABOUT OUR HELPERS.  AND AS A RESULT, THE MEETING QUICKLY TURNED

 4   SOUR AND WE ESSENTIALLY WALKED AWAY FROM A $300,000 A YEAR

 5   INCOME IN ORDER NOT TO REVEAL THE NAMES AND ANY MORE            10:41

 6   INFORMATION ABOUT THESE HELPERS.

 7   Q    SO DID YOU TELL MR. WOODS IN ADVANCE OF THE MEETING THE

 8   IDENTITY OF THE SEAMSTRESSES THAT WERE WORKING FOR YOU AND YOUR

 9   WIFE?

10   A    NO.                                                       10:41

11   Q    DID YOU TELL MR. WOODS, OR ANYONE ELSE AT MGA IN ADVANCE

12   OF THAT MEETING, THAT THE SEAMSTRESSES WHO WERE WORKING FOR YOU

13   WERE EMPLOYEES OF MATTEL?

14   A    NO.

15   Q    DURING THE MEETING ITSELF, DID YOU TELL ANYONE IN         10:41

16   ATTENDANCE AT THE MEETING WHO WAS AN MGA PERSON THE IDENTITIES

17   OF THE SEAMSTRESSES WHO WORKED FOR YOU AND YOUR WIFE?

18   A    NO.

19   Q    DID YOU TELL THEM DURING THE COURSE OF THE MEETING THAT

20   THE FOLKS WHO WERE WORKING FOR YOU WERE MOONLIGHTING, WORKING   10:41

21   SECOND JOBS, FROM MATTEL?

22   A    NO.

23   Q    WAS THE PURPOSE OF THE MEETING TO DISCUSS THE FACT THAT

24   YOU HAD MATTEL EMPLOYEES WORKING FOR YOU?

25   A    NO.  IT WAS A COST-CUTTING MEETING.                       10:42
```

**EXHIBIT: 17**
**PAGE: 158**

3952

```
 1   Q    WAS IT YOUR INTENT IN SENDING THIS E-MAIL TO THE FOLKS AT

 2   MGA TO CONVEY TO THEM THAT THE PEOPLE WHO WERE WORKING FOR YOU

 3   AND YOUR WIFE WERE MATTEL EMPLOYEES WHO WERE MOONLIGHTING?

 4   A    NO.  WHAT HAPPENED WAS DURING THE MEETING, IT CAME OUT

 5   THAT SHE HAD HELPERS, AND THOSE HELPERS WERE DISCUSSED AND WE      10:42

 6   WOULDN'T TALK ABOUT THEM.  SO WE WALKED OUT.

 7        AND I KNEW THAT IT WAS PRETTY MUCH FINISHED BETWEEN

 8   US AND MGA.  AND I FELT BAD ABOUT THAT, SO I SENT THIS E-MAIL

 9   TO ISAAC AND PAULA AND CARTER, TRYING TO SALVAGE THE

10   RELATIONSHIP BETWEEN US, MY WIFE AND I, AND MGA.  AND EVEN        10:43

11   THEN, I WOULDN'T REVEAL TO THEM ANY MORE INFORMATION ABOUT OUR

12   HELPERS.  IT WAS ONLY MY INTENT TO LET THEM KNOW THAT MY WIFE

13   WORKED VERY HARD AND THAT SHE HAD PUT A LOT INTO DOING THE

14   FASHIONS FOR THE BRATZ DOLLS, AND I TRIED TO IMPRESS ON THEM,

15   YOU KNOW, JUST HOW IMPORTANT THAT WAS.                           10:43

16   Q    AND I BELIEVE MR. ZELLER ASKED YOU THIS QUESTION, BUT JUST

17   TO CONFIRM.  DO YOU MENTION MATTEL IN THE PORTION OF THE E-MAIL

18   THAT'S IN EVIDENCE?

19   A    NO.

20   Q    BASED ON THE INFORMATION THAT YOU GAVE TO THESE MGA         10:43

21   REPRESENTATIVES IN THIS E-MAIL, DID YOU HAVE AN UNDERSTANDING

22   THAT THEY WOULD KNOW BY WHAT YOU DID SAY IN THE E-MAIL THAT IT

23   HAD TO HAVE BEEN MATTEL THAT THESE PEOPLE WERE WORKING FOR?

24   A    ABSOLUTELY NOT.

25   Q    ARE THERE OTHER COMPANIES IN -- LET'S KEEP IT TO SOUTHERN   10:43
```

**EXHIBIT: 17**
**PAGE: 159**

3953

1    CALIFORNIA; LET'S PRESUME THESE FOLKS WORKED IN THE SOUTHERN

2    CALIFORNIA AREA -- ARE THERE OTHER COMPANIES IN SOUTHERN

3    CALIFORNIA THAT YOU COULD HAVE BEEN REFERRING TO OTHER THAN

4    MATTEL?

5    A    MANY.  WE WERE -- MY WIFE AND I WERE IN THE TOY BUSINESS.    10:44

6    WE WERE AWARE OF MANY COMPANIES IN SOUTHERN CALIFORNIA THAT

7    MAKE TOYS.

8    Q    GIVE US A FEW OF THOSE EXAMPLES THAT YOU CAN RECALL, AS

9    YOU SIT HERE.

10   A    SURE.  JAKKS PACIFIC, APPLAUSE, MALIBU TOYS, BANDAI,    10:44

11   DISNEY.

12   Q    WAS IT IN YOUR INTEREST, IN YOUR BUSINESS INTEREST OR IN

13   YOUR PERSONAL SELF INTEREST, TO TELL MGA THAT YOU HAD MATTEL

14   EMPLOYEES WORKING FOR YOU WHO WERE WORKING SECOND JOBS AT

15   NIGHT?    10:44

16   A    NO.

17   Q    DO YOU KNOW WHETHER THE FOLKS AT MGA WHO RECEIVED THE

18   E-MAIL READ THE E-MAIL?

19   A    I NEVER GOT ANY REPLY.  I DON'T KNOW.

20   Q    TO THE BEST OF YOUR RECOLLECTION, YOU SAID YOU DIDN'T GET    10:45

21   A REPLY.  DID YOU GET REPLY FROM ANY OF THE PEOPLE WHO WERE THE

22   RECIPIENTS OF THIS E-MAIL?

23   A    NO.

24   Q    LET'S TALK ABOUT MARIA SALAZAR.

25        MR. ZELLER SUGGESTED TO YOU THROUGH HIS QUESTIONING    10:45

**EXHIBIT: 17**
**PAGE: 160**

WEDNESDAY, JULY 2, 2008                TRIAL DAY 19, MORNING SESSION