UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                         Date: April 27, 2009
Title:         MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

        Cindy Sasse                                                         None Present
        Courtroom Deputy                                              Court Reporter

ATTORNEYS PRESENT FOR                           ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                 DEFENDANTS:

None Present                                                    None Present

**PROCEEDINGS:    ORDER CORRECTING APRIL 27, 2009, ORDER APPOINTING TEMPORARY RECEIVER**

     Upon being informed of a clerical error in the Court's April 27, 2009, Order appointing a Temporary Receiver, the Court **SUBSTITUTES** the following paragraph for ¶ 8 on page 22 of the Court's Order appointing the Temporary Receiver:

     8.    The Temporary Receiver shall hereby be vested with, and is authorized, directed and empowered to exercise, all of the rights, powers or authorizations of the MGA entities, their officers, directors, general partners or persons who exercise similar powers and perform similar duties, including without limitation the sole authority and power to file or cause to be filed any suit or action in any court or arbitration tribunal other than this court, and filing, or causing to be filed, a petition for relief under the United States Bankruptcy Code, 11 U.S.C. § 101 et seq.  The MGA entities, their officers, agents, employees, representatives, directors, successors-in-interest, attorneys in fact and all persons acting in concert or participating with them are hereby divested of, restrained, enjoined, and barred from exercising, any of the rights, powers or authorities vested herein in the Temporary Receiver, including but not limited to filing, or causing to be filed, any suit or action in any court or arbitration tribunal other than this court, and/or filing, or causing to be filed, a petition for relief under the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. for the MGA entities, except as otherwise

specified herein or by further order of this Court.

**IT IS SO ORDERED THIS 27th DAY OF APRIL, 2009**

*/s/ S.G. Larson*

**STEPHEN G. LARSON**
**UNITED STATES DISTRICT JUDGE**