UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                              Date: April 27, 2009
Title:      MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

      Cindy Sasse                                             None Present
      Courtroom Deputy                                        Court Reporter

ATTORNEYS PRESENT FOR                       ATTORNEYS PRESENT FOR
PLAINTIFFS:                                 DEFENDANTS:

None Present                                None Present

**PROCEEDINGS:   ORDER GRANTING IN PART MATTEL'S EX PARTE APPLICATION RE BRIEFING SCHEDULE RE RECONSIDERATION OF DISCOVERY MASTER ORDER NO. 11 (DOCKET #5255)**

               **ORDER ADVANCING HEARING FROM JUNE 1, 2009, TO MAY 18, 2009, AT 1:30 P.M.**

     The Court has reviewed Mattel's ex parte application to amend the briefing schedule regarding its motion for reconsideration of the Discovery Master Order No. 11, which is currently set for hearing on June 1, 2009.

     Although the Court does not grant the precise relief sought by Mattel, it has determined that the most efficient resolution to the present dispute is to expeditiously resolve the underlying dispute.

     Accordingly, the Court **ADVANCES** the hearing to May 18, 2009, at 1:45 p.m., just prior to the Court's hearing on the appointment of a permanent receiver.  The motion for reconsideration is subject to the following briefing schedule:

MINUTES FORM 90                                         Initials of Deputy Clerk __cls_____
CIVIL -- GEN                             1

  Opposition: To be filed no later than May 4, 2009.

  Reply: To be filed no later than May 11, 2009.

  Finally, the Court must take issue with counsel for the MGA parties' assertion that "it is highly unlikely that either the Court or its staff will review Mattel's reply papers between May 22 and May 26, 2009, which is the Memorial Day weekend." Regrettably, counsel's perception that this Court will not be consumed by reviewing and considering papers during the Memorial Day weekend – as it is on just about every other weekend of the year on numerous and various cases – is mistaken.

  **IT IS SO ORDERED.**