KLEE, TUCHIN BOGDANOFF & STERN LLP
David M. Stern (Cal. Bar No. 67697)
(dstern@ktbslaw.com)
Matthew C. Heyn (Cal. Bar No. 227474)
(mheyn@ktbslaw.com)
Kevin E. Deenihan (Cal. Bar No. 260391)
(kdeenihan@ktbslaw.com)
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone: (310) 407-4000
Facsimile: (310) 407-9090

Co-counsel to Mattel, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**NOTICE OF APPEARANCE AND ASSOCIATION OF KLEE, TUCHIN, BOGDANOFF & STERN LLP AS CO-COUNSEL TO MATTEL, INC. (L.R. 83-2.1)**<br><br>Hearing Date: N/A<br>Time: N/A<br><br>**Phase 2:**<br>Disc. Cut-off:   December 11, 2009<br>Pre-trial Conf:   March 1, 2010<br>Trial Date:   March 23, 2010 |

PLEASE TAKE NOTICE that Klee, Tuchin, Bogdanoff & Stern LLP hereby appears as co-counsel of record to Mattel, Inc. All notices, pleadings and papers required to be given in these cases to Mattel, Inc. should continue to be sent to Quinn

1  Emanuel Urquhart Oliver & Hedges, LLP. For the Court's reference, Klee, Tuchin,
2  Bogdanoff & Stern LLP's address is set forth below. Each of the attorneys listed
3  below is a member in good standing of the Bar of this Court.

   KLEE, TUCHIN, BOGDANOFF & STERN LLP
   1999 Avenue of the Stars, 39th Floor
   Los Angeles, CA 90067-6049
   Telephone: (310) 407-4000
   Facsimile:  (310) 407-9090
   Email: dstern@ktbslaw.com; mheyn@ktbslaw.com; kdeenihan@ktbslaw.com
   Attention:  David M. Stern (Cal. Bar No. 67697)
               Matthew C. Heyn (Cal. Bar No. 227474)
               Kevin E. Deenihan (Cal. Bar No. 260391)

                           KLEE, TUCHIN BOGDANOFF & STERN LLP

                           _____
                           David M. Stern
                           Matthew C. Heyn
                           Kevin M. Deenihan
                           1999 Avenue of the Stars, 39th Floor
                           Los Angeles, California 90067-6049
                           Telephone:  (310) 407-4000
                           Facsimile:  (310) 407-9090