UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                              Date: April 28, 2009
Title:      MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

    Cindy Sasse                                  None Present
    Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFFS:                          DEFENDANTS:

None Present                         None Present

**PROCEEDINGS:**   **ORDER EXTENDING DEADLINE IN WHICH TO FILE OBJECTIONS TO THE RELEASE OF THE FORENSIC AUDITOR'S REPORT ON THE BASIS OF PRIVILEGE**

    Based on its communications with the Temporary Receiver, the Court extends by twenty-four hours the deadline, set forth in section VII (page 13) of its April 27, 2009, Order, by which counsel must file objections to the release of the Forensic Auditor's Report on the basis of privilege.

    **IT IS SO ORDERED.**