1  PATRICIA L. GLASER (Bar No. 055668)
   pglaser@glaserweil.com
2  GLASER WEIL FINK JACOBS & SHAPIRO
   10250 Constellation Blvd., 19th Floor
3  Los Angeles, California  90067
   Telephone:  (310) 553-3000
4  Facsimile:  (310) 557-9815

5  RUSSELL J. FRACKMAN (Bar No. 49087)
   rjf@msk.com
6  PATRICIA H. BENSON (Bar No. 60565)
   phb@msk.com
7  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
8  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
9  Facsimile: (310) 312-3100

10 Attorneys for Defendants
   MGA Entertainment, Inc., MGA Entertainment
11 HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and
   Isaac Larian

12

13                  UNITED STATES DISTRICT COURT

14      CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

15 | CARTER BRYANT, an individual,   | CASE NO.  CV 04-9049 SGL (RNBx)

16 |          Plaintiff,             | Consolidated with
                                     | Case No.  CV 04-09059
17 |     v.                          | Case No.  CV 05-02727

18 | MATTEL, INC., a Delaware        | **PROOF OF SERVICE**
   | corporation,
19 |                                 | Hearing Date:     May 11, 2009
   |          Defendant.             | Time:             10:00 a.m.
20 |                                 | Place:            Courtroom 1

21 | AND CONSOLIDATED CASES          | **Phase 2**
                                     | Discovery Cut-Off:    Dec. 11, 2009
22                                   | Pre-Trial conference: March 1, 2010
                                     | Trial Date:           March 23, 2010
23

24

25

26

27

Mitchell
Silberberg &  28
Knupp LLP

2198/18

ORIGINAL

PROOF OF SERVICE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683 .

On April 27, 2009, I served a copy of the foregoing document(s) described as:

1.   **MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS**

2.   **EXHIBITS 3, 4, 6, 7, 8, 10, AND 21 TO DECLARATION OF PATRICIA H. BENSON IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS;**

3.   **DECLARATION OF ALFREDO ORTEGA AND EXHIBITS 1, 5 AND 6 IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS;**

4.   **MGA PARTIES' APPLICATION TO FILE UNDER SEAL; AND**

5.   **[PROPOSED] ORDER TO FILE UNDER SEAL**

on the interested parties in this action at their last known address as set forth below by taking the action described below:

**See Attached Service List**

☒ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by FIRST LEGAL SUPPORT SERVICES of the document(s) listed above to the person(s) at the address(es) set forth above.

☐ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically at ___:___ .m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 27, 2009, at Los Angeles, California.

_____
Monica Bowdre

Mitchell Silberberg & Knupp LLP

2213726.1

SERVICE LIST

John Quinn, Esq.
(johnquinn@quinnemanuel.com)
Jon D. Corey, Esq.
(joncorey@quinnemanuel.com)
Michael T. Zeller, Esq.
(michaeltzeller@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver &
  Hedges, LLP
865 Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

Patricia L. Glaser, Esq.
(Pglaser@glaserweil.com)
Joel N. Klevens, Esq.
(Jklevens@glaserweil.com)
Glaser, Weil, Fink, Jacobs &
  Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA  90067

Thomas J. Nolan, Esq.
(tnolan@skadden.com)
Raoul D. Kennedy, Esq.
(rkennedy@skadden.com)
Jason D. Russell, Esq.
(Jason.russell@skadden.com)
Skadden, Arps, Slate, Meagher &
  Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144

Mark E. Overland, Esq.
moverland@obsklaw.com
Overland Borenstein Scheper &
  Kim LLP
One Bunker Hill
601 W. 5th Street, 12th Floor
Los Angeles, CA  90071

Mitchell
Silberberg &
Knupp LLP

2213726.1