Patricia H. Benson  (Bar No. 60565)
Mitchell, Silberberg, Knupp, LLP
11377 W. Olympic Blvd.
Los Angeles, California 90064
Tel: (310) 312-3132
Fax: (310) 312-3788
E-mail: phb@msk.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual,

PLAINTIFF(S)

v.

MATTEL, INC., a Delaware Corporation,

DEFENDANT(S).

CASE NUMBER
CV 04-9049 (RNBx)
(Consolidated with Case Nos. 04-9059; 05-2727)

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

**The following information must be provided:**

I, Patricia H. Benson , 60565 , phb@msk.com
  *Name*                *CA Bar ID Number*   *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE De Mexico, S.R.L. De C.V., and Isaac Larian

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☒ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
  ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action
       PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
  Attorney Name changed to
  New Firm/Government Agency Name
  New Address
  New Telephone Number                New Facsimile Number
  New E-mail address

☒ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
  ☒ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on 04-16-2009
  ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF

ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____    CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____    Facsimile Number _____
New E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **

    ☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

    ☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,** *Request for Substitution of Attorney* **and G-01ORDER,** *Order on Request for Substitution of Attorney.* **At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: April 29, 2009            /S/     PATRICIA H. BENSON
                                      *Signature of Attorney of Record / Attorney for the Firm*
                                      Patricia H. Benson

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

American LegalNet, Inc.
www.FormsWorkflow.com