1  Robert C. O'Brien (SBN 154372)
   ARENT FOX LLP
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013-1065
3  Telephone:   213.629.7400
   Facsimile:    213.629.7401
4  obrien.robert@arentfox.com

5  Discovery Master

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                       EASTERN DIVISION

11

12  CARTER BRYANT, an individual,        Case No.  CV 04-09049 SGL (RNBx)

13              Plaintiff,
                                          Consolidated with
14           v.                           Case No. CV 04-09059
                                          Case No. CV 05-2727
15  MATTEL, INC., a Delaware
    corporation,                          **PHASE 2 DISCOVERY MATTER**
16
                Defendant.               **ORDER NO. 23, REGARDING:**
17
                                            **EXTENSION OF TIME FOR THE**
18                                          **MGA PARTIES TO SERVE**
                                            **RESPONSES TO**
19                                          **INTERROGATORY NOS. 56**
                                            **THROUGH 63, 68 AND 69**
20

21

22  CONSOLIDATED WITH
    MATTEL, INC. v. BRYANT and
23  MGA ENTERTAINMENT, INC. v.
    MATTEL, INC.
24

25

26

27

28

ARENT FOX LLP                                          ORDER NO. 23
ATTORNEYS AT LAW                            [Case No. CV 04-09049 SGL (RNBx)]
LOS ANGELES

1    The Discovery Master, having considered the parties' Stipulation Extending

2    Deadline For MGA Parties To Serve Responses To Interrogatory Nos. 56 – 63 and

3    68 – 69 As Directed By Discovery Order No. 11 (the "Stipulation"), and good

4    cause appearing therefor, **ORDERS** that, pursuant to the stipulation, the MGA

5    Parties shall have until Friday, May 8, 2009, to serve responses to Interrogatory

6    Nos. 56 – 63, 68 and 69.

7

8    Dated:        April 29, 2009

9

10                                          By:        /s/ Robert C. O'Brien
                                                       ROBERT C. O'BRIEN
11                                                     Discovery Master

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -                          ORDER NO. 23
                               [Case No. CV 04-09049 SGL (RNBx)]