QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS<br><br>**CONFIDENTIAL -- ATTORNEY'S EYES ONLY**<br><br>**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER** | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>SUPPLEMENTAL DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL'S MOTION TO DE-DESIGNATE THE OPPOSITION TO MATTEL'S MOTION TO COMPEL THE DEPOSITION OF PABLO VARGAS AND MARIANA TRUEBA AND THE DECLARATION OF SUSANA KUEMMERLE IN SUPPORT THEREOF<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Arent Fox, LLP<br>555 West Fifth St.<br>48th Floor<br>Los Angeles, CA 90013<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07209/2910448.2

SUPPLEMENTAL HUTNYAN DECLARATION ISO REPLY ISO MATTEL'S MOTION TO DE-DESIGNATE OPPOSITION BRIEF AND KUEMMERLE DEC

## **DECLARATION OF DIANE C. HUTNYAN**

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. As stated in my prior Declaration in Support of Mattel Inc.'s Motion to De-Designate the Opposition to Mattel's Motion to Compel the Deposition of Pablo Vargas and Mariana Trueba and the Declaration of Susana Kuemmerle in Support Thereof, dated April 17, 2009, Mr. Khan's March 9, 2009, letter in response to Mattel's meet and confer efforts did not include any times when Mr. Khan was available, nor did it express any willingness to discuss the matter. Mr. Khan did not send any other correspondence accepting Mattel's invitation to meet and confer within the required 5-court-day timeframe.

3. On April 16, 2009, as I related in my earlier declaration I sent my letter to Mr. Khan seeing if MGA wanted another opportunity to meet and confer on the issue that is the subject of this motion.

4. Mr. Khan called me the next day. Mr. Khan began the call by reiterating one of the arguments he had made in his March 9, 2009, letter -- that the materials were properly designated because Mattel had also designated them AEO. I questioned this merits of this position, hoping MGA would rethink its position and voluntarily de-designate.

5. Rather than respond on the merits, Mr. Khan became irate. Raising his voice, he personally insulted me in numerous ways that were demonstrably false and apparently intended to incite an argument or shouting match. He told me that my question was "false" and that I had misquoted him. He bragged about having practiced for more than a decade, scolded me for being "dishonest"

and warned me that if I hoped to meet and confer with him, I could never restate anything he said.

6. While he was yelling, I told Mr. Khan, three times, that "I am going to hang up now" because I did not want to abruptly hang up with no warning, and I thought that if he realized the call was about to end he might calm down and resume a meaningful discussion. This did not work, so finally I quietly hung up the phone.

7. Shortly after this, I received an email from Mr. Khan again focused not on the merits of the discovery dispute but personally attacking me in numerous ways that were demonstrably false, with the apparent design of creating an ugly record to be used to create a sideshow in MGA's opposition brief. A true and correct copy of that email is attached to the Khan Declaration as Exh. E.

8. I promptly responded with a letter in which I hoped to politely explain that I did not believe my duty to meet and confer extended to enduring verbal abuses. Nevertheless, I invited Mr. Khan to communicate with me again on the merits, if he so chose, but this time in writing. A true and correct copy of that letter is attached to the Khan Declaration as Exhibit F. I never received a response.

9. The strangeness of this episode left me with the strong impression that it had been intentionally designed as a sideshow to distract the Discovery Master from the merits of the issues.

10. Attached hereto as Exhibit 1 is a true and correct copy of Declaration of Mariana Trueba Almada in Support of MGAE De Mexico, S.R.L. De C.V.'s Reply in Support of Motion to Dismiss Mattel's Amended Answer and Counterclaims, dated April 11, 2007.

11. Attached hereto as Exhibit 2 is a true and correct copy of Designation Log for Depositions of Gomez, Kuemmerle, and Castilla, dated February 27, 2009.

07209/2910448.2

-3-
SUPPLEMENTAL HUTNYAN DECLARATION ISO REPLY ISO MOTION TO DE-DESIGNATE OPPOSITION BRIEF AND KUEMMERLE DEC.

12. Attached hereto as Exhibit 3 is a true and correct copy of Declaration of Susan Kuemmerle in Support of MGAE De Mexico, S.R.L. De C.V.'s Joint Motion to Dismiss Mattel's Amended Answer and Counterclaims, dated February 27, 2007.

13. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Isaac Larian in Support of MGAE De Mexico, S.R.L. De C.V.'s Reply in Support of Its Motion to Dismiss Mattel's Amended Answer and Counterclaims, dated April 11, 2007.

14. Attached hereto as Exhibit 5 is a true and correct copy of MGA Parties' Objection to Mattel, Inc.'s Deposition Notice of Mariana Trueba dated January 28, 2009.

15. Attached hereto as Exhibit 6 is a true and correct copy of MGA Parties' Objection to Mattel, Inc.'s Deposition Notice of Pablo Vargas, dated January 28, 2009.

16. Attached hereto as Exhibit 7 is a true and correct copy of a Google-Translated webpage: http://blogdeblogsmx.blogspot.com/2007_09_10_archive.html.

17. Attached hereto as Exhibit 8 is a true and correct copy of a Google-translated webpage: http://translate.google.com/translate?hl=en&sl=es&u=http://www.el-universal.com.mx/columnas/62057.html&ei=x3v3SffdDoX2tAP80czjDg&sa=X&oi=translate&resnum=6&ct=result&prev=/search%3Fq%3D%2522pablo%2Bvargas%2522%2Bmattel%26hl%3Den.

18. Attached hereto as Exhibit 9 is a true and correct copy of Carlos Gustavo Machado Gomez's Supplemental Memorandum of Points and Authorities in Opposition to Mattel, Inc.'s Motion to Compel (1) Deposition of Carlos Gustavo Machado Gomez [and] (2) Consent to Production of Electronic Mail Messages, dated January 14, 2008.

07209/2910448.2

-4-
SUPPLEMENTAL HUTNYAN DECLARATION ISO REPLY ISO MOTION TO DE-DESIGNATE OPPOSITION BRIEF AND KUEMMERLE DEC.

19.   Attached hereto as Exhibit 10 is a true and correct copy of the United States District Court Central District of California website: http://www.cacd.uscourts.gov/cacd/AttyAdm.nsf/cbc47d4fc6b05ae0882567c20075c55c/f8fb3292453bd42d882567c80058c22a?OpenDocument.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 29, 2009 at Dallas, Texas.

/s/ Diane C. Hutnyan
Diane C. Hutnyan

07209/2910448.2

-5-
SUPPLEMENTAL HUTNYAN DECLARATION ISO REPLY ISO MOTION TO DE-DESIGNATE OPPOSITION BRIEF AND KUEMMERLE DEC.