QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>[PUBLIC REDACTED] DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION TO DE-DESIGNATE MGA'S THIRD-TIER DOCUMENTS AND REQUEST FOR SANCTIONS<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Arent Fox, LLP<br>555 West Fifth St.<br>48th Floor<br>Los Angeles, CA 90013<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2911540.1

DECLARATION OF BRIDGET A. HAULER

**DECLARATION OF BRIDGET A. HAULER**

I, Bridget A. Hauler, declare as follows:

1. I am a member of the bar of the State of California. I am an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of an MGA-produced document designated "HIGHLY CONFIDENTIAL -- RESTRICTED ATTORNEYS' EYES ONLY" bates-stamped MGA 0085201.

3. Attached hereto as Exhibit 2 is a true and correct copy of an MGA-produced document designated "HIGHLY CONFIDENTIAL -- RESTRICTED ATTORNEYS' EYES ONLY" bates-stamped MGA 2916721-2916724.

4. Attached hereto as Exhibit 3 is a true and correct copy of an MGA-produced document designated "HIGHLY CONFIDENTIAL -- RESTRICTED ATTORNEYS' EYES ONLY" bates-stamped MGA 1387744.

5. Attached hereto as Exhibit 4 is a true and correct copy of an MGA-produced email and attachments designated "HIGHLY CONFIDENTIAL -- RESTRICTED ATTORNEYS' EYES ONLY" bates-stamped MGA 4009611-4009612.

6. Attached hereto as Exhibit 5 is a true and correct copy of an MGA-produced document designated "HIGHLY CONFIDENTIAL -- RESTRICTED ATTORNEYS' EYES ONLY" bates-stamped MGA 0084104-0084105.

7. Attached hereto as Exhibit 6 is a true and correct copy of an MGA-produced document designated "HIGHLY CONFIDENTIAL --

1  RESTRICTED ATTORNEYS' EYES ONLY" bates-stamped MGA 0083663-
2  0083664.
3        8.    Attached hereto as Exhibit 7 is a true and correct copy of an
4  MGA-produced email and attachments designated "HIGHLY CONFIDENTIAL --
5  RESTRICTED ATTORNEYS' EYES ONLY" bates-stamped MGA 3537029-
6  3537273.
7        9.    Attached hereto as Exhibit 8 is a true and correct copy of Bryant
8  and MGA's Joint Opposition to Mattel's Motion to Modify the Protective Order,
9  filed August 6, 2007.
10       I declare under penalty of perjury under the laws of the United States
11 that the foregoing is true and correct.
12       Executed on April 29, 2009 at Los Angeles, California.

                                        /s/ Bridget A. Hauler
                                       Bridget A. Hauler