QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated With Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Robert C. O'Brien]<br><br>PROOF OF SERVICE<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Arent Fox, LLP<br>555 West Fifth Street,<br>48th Floor<br>Los Angeles, CA<br><br>**Phase 2:**<br>Disc. Cut-off: December 11, 2009<br>Pre-trial Conf.: March 1, 2010<br>Trial Date: March 23, 2010 |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 29, 2009, I served true copies of the following document(s) described as

1. DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL'S MOTION TO DE-DESIGNATE MGA'S THIRD-TIER DOCUMENTS AND REQUEST FOR SANCTIONS

2. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1-8 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL'S MOTION TO DE-DESIGNATE MGA'S THIRD-TIER DOCUMENTS AND REQUEST FOR SANCTIONS

3. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1-8 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL'S MOTION TO DE-DESIGNATE MGA'S THIRD-TIER DOCUMENTS AND REQUEST FOR SANCTIONS

on the parties in this action as follows:

Amman A. Khan, Esq.
Glaser Weil Fink Jacobs & Shapiro, LLP.
akhan@glaserweil.com

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from bridgethauler@quinnemanuel.com on April 29, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 29, 2009, at Los Angeles, California.

/s/ Bridget Hauler
BRIDGET HAULER

07975/2911430.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 29, 2009, I served true copies of the following document(s) described as

1.  MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1-8 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL'S MOTION TO DE-DESIGNATE MGA'S THIRD-TIER DOCUMENTS AND REQUEST FOR SANCTIONS

2.  [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1-8 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL'S MOTION TO DE-DESIGNATE MGA'S THIRD-TIER DOCUMENTS AND REQUEST FOR SANCTIONS

on the parties in this action as follows:

Patricia Glaser, Esq.
Glaser Weil Fink Jacobs & Shapiro, LLP.
'pglaser@glaserweil.com';

Jason Russell, Esq.
Skadden Arps Slate Meagher & Flom
'Jason.Russell@skadden.com';

Mark E. Overland, Esq.
Overland Borenstein Scheper & Kim LLP
moverland@obsklaw.com

Russell J. Frackman, Esq.
Mitchell Silberberg & Knupp, LLP.
'rjf@msk.com'

Amman A. Khan, Esq.
Glaser Weil Fink Jacobs & Shapiro, LLP.
akhan@glaserweil.com

Thomas Nolan, Esq.
Skadden Arps Slate Meagher & Flom
Thomas.Nolan@skadden.com

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from bridgethauler@quinnemanuel.com on April 29, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 29, 2009, at Los Angeles, California.

/s/ Bridget Hauler
BRIDGET HAULER

07975/2911430.1