QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>[PUBLIC REDACTED]<br>DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS FROM MGA'S SECOND AND FIFTH SETS OF REQUESTS FOR PRODUCTION AND RESPONSES TO MGA'S SECOND SET OF INTERROGATORIES TO MATTEL, INC.<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Arent Fox, LLP<br>555 West Fifth Street<br>48th Floor<br>Los Angeles, CA 90013<br><br>**Phase 2:**<br>Disc. Cut-off: December 11, 2009<br>Pre-trial Conf.: March 1, 2010<br>Trial Date: March 23, 2010 |

00505.07975/2902073.1

DECLARATION OF DIANE HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of a letter I sent to Caroline H. Mankey, dated April 16, 2009, as maintained in my firm's records during the ordinary course of business.

3. Attached as Exhibit 2 is a true and correct copy of a letter I received from Caroline H. Mankey, dated April 17, 2009, as maintained in my firm's records during the ordinary course of business.

4. Attached as Exhibit 3 is a true and correct copy of a letter I sent to Caroline H. Mankey, dated April 20, 2009, as maintained in my firm's records during the ordinary course of business.

5. Attached as Exhibit 4 is a true and correct copy of a letter from Caroline H. Mankey to Jon D. Corey, dated March 25, 2009, as maintained in my firm's records during the ordinary course of business.

6. Attached as Exhibit 5 is a true and correct copy of a letter I received from Caroline H. Mankey, dated April 14, 2009, as maintained in my firm's records during the ordinary course of business.

7. Attached as Exhibit 6 is a true and correct copy of a letter I received from Caroline H. Mankey, dated April 27, 2009, as maintained in my firm's records during the ordinary course of business.

8. Attached as Exhibit 7 is a true and correct copy of Mattel, Inc.'s Supplemental Objections and Responses to MGA Entertainment Inc.'s Second Set of Requests for Production of Documents and Things In Case No. 05-2727, dated June 22, 2007.

9. Attached as Exhibit 8 is a true and correct copy of Mattel's Second Supplemental Objections and Responses to MGA Entertainment, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 146, 148, 153, 160, 162, 174-178) In Case No. 05-2727, dated April 17, 2009.

10. Attached as Exhibit 9 is a true and correct copy of Mattel's Supplemental Responses to MGA's Fifth Set of Requests for Production (Nos. 486, 488, 489, 491), dated April 17, 2009.

11. Attached as Exhibit 10 is a true and correct copy of MGA's Opposition to Mattel's Motion to Enforce and Compel re Trade Dress Interrogatories, dated March 13, 2009.

12. Mattel sent MGA the April 20, 2009 letter, attached as Exhibit 3, by email at 12:14 PM. Attached as Exhibit 11 is a true and correct copy of an email I sent attaching Exhibit 3.

13. Attached as Exhibit 12 is a true and correct copy of the April 20, 2009 fax confirmation showing Exhibit 3 was received by MGA at 12:31 PM.

14. Mattel received MGA's Motion at 5:35 PM, April 20, 2009. Attached as Exhibit 13 is a true and correct copy of the email receipt of the Motion and Declaration of Caroline H. Mankey.

15. Attached as Exhibit 14 is a true and correct copy of MGA's Second Set of Requests for the Production of Documents and Things in Case No. 05-2727, dated March 27, 2007.

16. Attached as Exhibit 15 is a true and correct copy of the Discovery Master's Order No. 22, dated April 28, 2009.

17. Attached as Exhibit 16 is a true and correct copy of Order Granting Joint Motion for Protective Order Regarding Mattel's Interrogatories: Denying Mattel's Motion to Compel Interrogatory Responses, dated September 5, 2007.

18. Attached as Exhibit 17 is a true and correct copy of MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Nos. 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 46, 47, 48, 49 and 50) by the MGA Parties, dated December 31, 2007.

19. Attached as Exhibit 18 is a true and correct copy of Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties, dated February 15, 2008.

20. Attached as Exhibit 19 is a true and correct copy of Mattel, Inc.'s Supplemental Memorandum in Support of Renewed Motion Objecting to Portions of Discovery Master's February 15, 2008 Order Regarding Mattel's Motion to Compel Responses to Interrogatories by the MGA Parties, dated April 3, 2009.

21. Attached as Exhibit 20 is a true and correct copy of Discovery Master Order No. 3, dated March 10, 2009.

22. Attached as Exhibit 21 is a true and correct copy of Mattel's Third Supplemental Objections and Responses to MGA Entertainment, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 148, 162, and 178) In Case No. 05-2727, dated April 28, 2009.

23. Attached as Exhibit 22 is a true and correct copy of Mattel's Second Supplemental Responses to MGA's Fifth Set of Requests for Production (Nos. 486 and 489), dated April 28, 2009.

24. I have spent in excess of 4 hours preparing this opposition. My billing rate for this matter is $655. James Judah, a second-year associate, spent in excess of 7 hours researching and preparing this opposition. His billing rate for this matter is $330.00. Mattel seeks sanctions in the amount of $3500, far less than the fees incurred in preparing this opposition.

25. Mattel has produced over 3000 pages plus one electronic media in response to the Discovery Master's Order No. 6, dated March 13, 2009.

1
2   I declare under penalty of perjury under the laws of the United States of
3   America that the foregoing is true and correct.
4   Executed on April 29, 2009, at Dallas, Texas.

*[signature]*
Diane C. Hutnyan

-4-

DECLARATION OF DIANE HUTNYAN