QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 and CV 05-2727<br><br>**PROOF OF SERVICE**<br><br>**Phase 2:**<br>Discovery Cut-off:    Dec. 11, 2009<br>Pre-trial Conference:  Mar. 1, 2010<br>Trial Date:               Mar. 23, 2010 |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On April 29, 2009, I served true copies of the following documents described as:

## SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>    Thomas J. Nolan, Esq.<br>    Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>    tnolan@skadden.com<br>    jrussell@skadden.com | **Attorneys for *the MGA Parties***<br><br><br><br><br>Telephone:  213.687.5000<br>Facsimile:  213.687.5600 |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>    Patricia L. Glaser, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>    pglaser@glaserweil.com | **Attorneys for *the MGA Parties*** |
| Mitchell, Silberberg, & Knupp, LLP<br>    Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>    rjf@msk.com | **Attorneys for *the MGA Parties*** |
| Overland Borenstein Scheper & Kim, LLP<br>    Mark E. Overland, Esq.<br>    Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>    moverland@obsklaw.com<br>    acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez***<br><br><br><br><br>Telephone:  213.613.4655<br>Facsimile:  213.613.4656 |

07209/2910944.1

1 **[√]   [BY ELECTRONIC MAIL TRANSMISSION]**  By electronic mail transmission from courtneyballard@quinnemanuel.com on April 29, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es).  The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 29, 2009, at Los Angeles, California.

/s/ Courtney E. Ballard
_____
Courtney E. Ballard

07209/2910944.1

-3-

PROOF OF SERVICE

# DOCUMENT LIST

1. **REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO DE-DESIGNATE OPPOSITION TO MATTEL'S MOTION TO COMPEL DEPOSITIONS OF VARGAS AND TRUEBA AND DECLARATION OF KUEMMERLE IN SUPPORT THEREOF**

2. **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO DE-DESIGNATE OPPOSITION TO MATTEL'S MOTION TO COMPEL DEPOSITIONS OF VARGAS AND TRUEBA AND SUPPLEMENTAL DECLARATION OF KUEMMERLE IN SUPPORT THEREOF**

3. **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO DE-DESIGNATE OPPOSITION TO MATTEL'S MOTION TO COMPEL DEPOSITIONS OF VARGAS AND TRUEBA AND SUPPLEMENTAL DECLARATION OF KUEMMERLE IN SUPPORT THEREOF**