| | |
|---|---|
| 1 | PATRICIA L. GLASER (Bar No. 055668) |
|   | pglaser@glaserweil.com |
| 2 | GLASER WEIL FINK JACOBS & SHAPIRO |
|   | 10250 Constellation Blvd., 19th Floor |
| 3 | Los Angeles, California 90067 |
|   | Telephone: (310) 553-3000 |
| 4 | Facsimile: (310) 557-9815 |
| 5 | RUSSELL J. FRACKMAN (Bar No. 49087) |
|   | rjf@msk.com |
| 6 | PATRICIA H. BENSON (Bar No. 60565) |
|   | phb@msk.com |
| 7 | MITCHELL SILBERBERG & KNUPP LLP |
|   | 11377 West Olympic Boulevard |
| 8 | Los Angeles, California 90064-1683 |
|   | Telephone: (310) 312-2000 |
| 9 | Facsimile: (310) 312-3100 |
| 10 | Attorneys for Defendants |
|    | MGA Entertainment, Inc., MGA Entertainment |
| 11 | HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and Isaac Larian |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO.  CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER TO FILE UNDER SEAL |
| Defendant. | Hearing Date:  May 11, 2009<br>Time:  10:00 a.m.<br>Place:  Courtroom 1 |
| AND CONSOLIDATED CASES | **Phase 2**<br>Discovery Cut-Off:  Dec. 11, 2009<br>Pre-Trial conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

1

[PROPOSED] ORDER TO FILE UNDER SEAL

# ORDER

Based on the concurrently filed Application and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. MGA Parties' Opposition to Mattel, Inc.'s Motion for Leave to File Third Amended Answer and Counterclaims;

2. Exhibits 3, 4, 6, 7, 8, 10 and 21 to the Declaration of Patricia H. Benson in Support of MGA Parties' Opposition to Mattel, Inc.'s Motion for Leave to File Third Amended Answer and Counterclaims; and

3. Declaration of Alfredo Ortega and Exhibits 1, 5 and 6 to the Declaration of Alfredo Ortega in Support of MGA Parties' Opposition to Mattel, Inc.'s Motion for Leave to File Third Amended Answer and Counterclaims.

DATED: 4-28-09

Hon. Stephen J. Larson
United States District Judge