Patrick A. Fraioli (SBN 191824)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Receiver

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
APR 28 2009
CENTRAL DIVISION OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
APR 28 2009
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MATTEL, INC., a Delaware Corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV049049SGL(RNBX) <br> Consolidated with Case No. CV049059, <br> Case No. CV05-2727 <br><br> [The Honorable Stephen G. Larson] <br><br> **OATH OF RECEIVER** <br><br> DATE: NO HEARING NECESSARY <br> TIME: <br> CTRM: |

I, PATRICK FRAIOLI, having been appointed Receiver in the above-referenced action, do hereby solemnly swear that I will support the Constitution of the United States of America, obey the Orders of the Court and that I will perform the duties of Receiver faithfully and in accordance with the law and to the best of my ability.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Beverly Hills, California, this 27th day of April, 2009.

_____
Patrick Fraioli

IDOCS:99999.809:878541.1                    1
OATH OF RECEIVER