QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059 and<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**<br><br>MATTEL, INC.'S NOTICE OF ERRATA REGARDING MATTEL, INC.'S SUPPLEMENTAL DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL'S MOTION TO DE-DESIGNATE THE OPPOSITION TO MATTEL'S MOTION TO COMPEL THE DEPOSITION OF PABLO VARGAS AND MARIANA TRUEBA AND THE DECLARATION OF SUSANA KUEMMERLE IN SUPPORT THEREOF<br><br>**Phase 2:**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date: Mar. 23, 2010 |

07209/2913151.1

-1-

NOTICE OF ERRATA

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE of the following corrections to the document captioned

3  "Supplemental Declaration Of Diane C. Hutnyan In Support Of Mattel, Inc.'s Reply

4  In Support Of Mattel's Motion To De-Designate The Opposition To Mattel's Motion

5  To Compel The Deposition Of Pablo Vargas And Mariana Trueba And The

6  Declaration Of Susana Kuemmerle In Support Thereof," dated April 29, 2009:

7      The Supplemental Declaration, on the caption page, inadvertently

8  designates the declaration "CONFIDENTIAL -- ATTORNEYS' EYES ONLY" and

9  "FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;" the caption

10 page should have no such designation.

11     Attached as Exhibit A is the caption page reflecting this correction.

12

13 DATED: April 30, 2009    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

14

15     By /s/ Diane C. Hutnyan

16     Diane C. Hutnyan
    Attorneys for Mattel, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

07209/2913151.1

-2-

NOTICE OF ERRATA