QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 17 TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS FROM MGA'S SECOND AND FIFTH SETS OF REQUESTS FOR PRODUCTION AND RESPONSES TO MGA'S SECOND SET OF INTERROGATORIES TO MATTEL, INC.<br><br>[[Proposed] Order filed concurrently] |

07975/2910463.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibit 17 to the Declaration of Diane
4  C. Hutnyan in Support of Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s
5  Motion to Compel Production of Documents and Things from MGA's Second and
6  Fifth Sets of Requests for Production and Responses to MGA's Second Set of
7  Interrogatories to Mattel, Inc (the "Declaration").

8  Exhibit 17 to the Declaration contains information that MGA has
9  designated as "Confidential - Attorneys' Eyes Only" pursuant to the Protective
10 Order.  Accordingly, Mattel requests that the Court order that the Declaration be
11 filed under seal.

12 In the alternative, Mattel requests that the Court declare that the Exhibit
13 17 to the Declaration is outside the definitions of "Confidential" and "Confidential--
14 Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to
15 be filed as part of the public record.

17 DATED: April 30, 2009          QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP

                                   By /s/ Diane C. Hutnyan
                                      Diane C. Hutnyan
                                      Attorneys for Mattel, Inc.