QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 John B. Quinn (Bar No. 090378)
 (johnquinn@quinnemanuel.com)
 Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
 Jon D. Corey (Bar No. 185066)
 (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO DE-DESIGNATE OPPOSITION TO MATTEL'S MOTION TO COMPEL DEPOSITIONS OF VARGAS AND TRUEBA AND SUPPLEMENTAL DECLARATION OF KUEMMERLE IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently] |

07209/2911465.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1. Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel's Reply in Support of Mattel, Inc.'s Motion to De-Designate Opposition to Mattel's Motion to Compel Depositions of Vargas and Trueba and Supplemental Declaration of Kuemmerle in Support Thereof (the "Reply").

The Reply contains material that MGA has designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Reply be filed under seal.

In the alternative, Mattel requests that the Court declare that the Reply is outside the definitions of "Confidential" or "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order the Reply to be filed as part of the public record.

DATED: April 29, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Courtney E. Ballard
Attorneys for Mattel, Inc.