QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1-8 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL'S MOTION TO DE-DESIGNATE MGA'S THIRD-TIER DOCUMENTS AND REQUEST FOR SANCTIONS |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | [Proposed] Order filed concurrently] |

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Exhibits 1-8 to the Declaration of
4 Bridget A. Hauler In Support Of Mattel's Motion To De-Designate MGA's Third-
5 Tier Documents And Request For Sanctions (the "Declaration").

6   Exhibits 1-8 to the Declaration contain material that MGA has
7 designated as "Confidential" or "Highly Confidential--Restricted Attorneys' Eyes
8 Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court
9 order that Exhibits 1-8 be filed under seal.

10   In the alternative, Mattel requests that the Court declare that Exhibits 1-
11 8 to the Declaration are outside the definitions of "Confidential", "Confidential--
12 Attorneys' Eyes Only" or "Highly Confidential--Restricted Attorneys' Eyes Only"
13 as contained in the Stipulated Protective Order and order the Exhibits to be filed as
14 part of the public record.

16  DATED: April 29, 2009         QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP

18                                By: /s/ Bridget A. Hauler
19                                    Bridget A. Hauler
                                      Attorneys for Mattel, Inc.