*lodged P/O*

1 THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
4 Los Angeles, CA 90071-3144
Tel: (213) 687-5000/Fax: (213) 687-5600
5
PATRICIA L. GLASER (Bar No. 55668)
6 (pglaser@glaserweil.com)
GLASER WEIL FINK JACOBS & SHAPIRO LLP
7 10250 Constellation Blvd 19th Floor
Los Angeles, CA, 90067
8 Tel: (310) 553-3000/Fax: (310) 556-2920
9 RUSSELL J. FRACKMAN (Bar No. 49087)
(rjf@msk.com)
10 MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd
11 Los Angeles, CA 90064
Tel: (310) 312-2000/Fax: (310) 312-3100
12
Attorneys for Counter-Defendants,
13 MGA   ENTERTAINMENT,   INC.,   ISAAC   LARIAN,   and   MGA
ENTERTAINMENT (HK) LIMITED
14
               UNITED STATED DISTRICT COURT
15
             CENTRAL DISTRICT OF CALIFORNIA
16
                     EASTERN DIVISION
17
18 | CARTER BRYANT, an individual, | ) | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|---|
| | ) | Consolidated with Case No. 04-9059 |
| Plaintiff, | ) | and Case No. 05-2727 |
| | ) | |
| v. | ) | Honorable Stephen G. Larson |
| | ) | |
| MATTEL, INC., a Delaware corporation, | ) | **APPLICATION TO FILE UNDER SEAL:** |
| | ) | |
| Defendant. | ) | **MGA PARTIES' STATEMENT OF POSITION AND OBJECTIONS TO THE FORENSIC AUDITOR REPORT RELEASED UNDER SEAL ON APRIL 27, 2009** |
| | ) | |
| AND CONSOLIDATED ACTIONS | ) | |

19
20
21
22
23
24
25
26
27
28

1     Pursuant to Local Rule 79-5.1 and the Court's Orders dated April 27, 2009,

2 MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited

3 (collectively, the "MGA Parties") hereby respectfully request that the Court order the

4 following document be filed under seal:

5

6     MGA Parties' Statement Of Position And Objections To The Forensic Auditor

7     Report Released Under Seal On April 27, 2009

8

9 Good cause exists for filing this document under seal because it contains a detailed

10 discussion of the contents of the Forensic Auditor Report which this Court ordered

11 sealed and released to counsel of record only per its Minute Order on April 27, 2009

12 (Dkt 5273) at page 13.

13

14 DATED: April 30, 2009     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

15

16     By: _Thomas J. Nolan / JKdC_

17               Thomas J. Nolan
              Attorneys for the MGA Parties

18