**ORIGINAL**

**FILED**

2009 APR 30 PM 12:38

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
EASTERN DIVISION

BY: _____

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071-3144
   Tel: (213) 687-5000/Fax: (213) 687-5600
5
6  PATRICIA L. GLASER (Bar No. 55668)
   (pglaser@glaserweil.com)
7  GLASER WEIL FINK JACOBS & SHAPIRO LLP
   10250 Constellation Blvd 19th Floor
8  Los Angeles, CA, 90067
   Tel: (310) 553-3000/Fax: (310) 556-2920
9  RUSSELL J. FRACKMAN (Bar No. 49087)
   (rjf@msk.com)
10 MITCHELL SILBERBERG & KNUPP LLP
   11377 W. Olympic Blvd
11 Los Angeles, CA 90064
   Tel: (310) 312-2000/Fax: (310) 312-3100
12
   Attorneys for Counter-Defendants,
13 MGA ENTERTAINMENT, INC., ISAAC LARIAN, and MGA ENTERTAINMENT
   (HK) LIMITED
14
15              UNITED STATED DISTRICT COURT
16              CENTRAL DISTRICT OF CALIFORNIA
                       EASTERN DIVISION

17 | CARTER BRYANT, an individual ) CASE NO. CV 04-9049 SGL (RNBx)
18 |          Plaintiff,         ) Consolidated with Case No. 04-9059 and
                                 ) Case No. 05-2727
19 |    v.                       )
                                 ) PROOF OF SERVICE
20 | MATTEL, INC., a Delaware corporation )
                                 ) ]
21 |          Defendant.         )
22 |                             )
   | AND CONSOLIDATED ACTIONS.   )
23 |                             )

PROOF OF SERVICE
Case No. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **April 30, 2009**, I served the foregoing documents described as:

MGA Parties' Statement of Position & Objections to the Forensic Auditor Report Released Under Seal On April 27, 2009;

Application to File Under Seal;

[Proposed] Order To File Under Seal; and

Proof of Service

on the counsel of record in this action addressed as follows:

## SEE ATTACHED SERVICE LIST

(X)  [E-MAIL OR ELECTRONIC SERVICE] Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **April 30, 2009**, in Los Angeles, California.

Nandi Berglund
PRINT NAME

SIGNATURE

## SERVICE LIST

| | |
|---|---|
| John Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>johnquinn@quinnemanuel.com<br>michaelzeller@quinnemanuel.com<br>joncorey@quinnemanuel.com | Attorneys for Mattel, Inc. |
| Patricia Glaser, Esq.<br>Joel Klevens, Esq.<br>Glaser, Weil, Fink, Jacobs & Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA 90067<br>(310) 553-3000<br>(310) 556-2920 (Fax)<br>pglaser@glaserweil.com | Attorneys for MGA Parties |
| Russell J. Frackman<br>Patricia H. Benson<br>Mitchell, Silberberg & Knupp, LLP<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90067<br>(310) 312-2000<br>(310) 312-3100 (Fax)<br>rjf@msk.com | Attorneys for MGA Parties |