# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 04-9049 SGL(RNBx) |
| v. | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| Mattel, Inc. | |
| DEFENDANT(S). | |

**The following information must be provided:**

I, _Oleg Stolyar_ , _229265_ , _alexstolyar@quinnemanuel.com_
　　　Name　　　　　　　　　　CA Bar ID Number　　　　　　　E-mail Address

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s) _____

and am requesting the following change(s):

> **THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.**
> I ☐ consent   ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

## SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:

☐ **TO UPDATE NAME OR FIRM INFORMATION:**
　　☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
　　　　PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____   New Facsimile Number _____
New Telephone Number _____
New E-mail address _____

☐ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX
　　☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
　　☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

---

☑   TO BE REMOVED FROM THE CASE: **

☐   I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

☐   The order relieving me/the aforementioned attorney from my firm was filed on: _____.

☐   There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☑   I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

---

Date: April 27, 2009                                     _____
                                                         *Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE:** CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.