PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California  90067
Telephone:  (310) 553-3000
Facsimile:  (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment HK, Ltd.,
MGAE De Mexico, S.R.L. De C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | **CASE NO.  CV 04-9049 SGL (RNBX)**<br>**CONSOLIDATED WITH**<br>**CASE NO.  CV 04-09059**<br>**CASE NO.  CV 05-02727**<br><br>**NOTICE OF ERRATUM RE MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL INC.'S LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS**<br><br>Hearing Date: May 11, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 2**<br>Dis. Cut-off: Dec. 11, 2009<br>Pre-Trial Conf.: March 1, 2010<br>Trial Date: March 23, 2010 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the Memorandum of Points and Authorities in support of MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS, contains an error in footnote 9, page 11, line 23. The sentence "No additional debt was created" was inadvertently included in said footnote and should be deleted.

DATED: May 1, 2009

RUSSELL J. FRACKMAN
PATRICIA H. BENSON
MITCHELL SILBERBERG & KNUPP LLP

By::        /s/        .
Patricia H. Benson
Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and Isaac Larian