| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | John B. Quinn (Bar No. 090378) |
| 2 | (johnquinn@quinnemanuel.com) |
| | Michael T. Zeller (Bar No. 196417) |
| 3 | (michaelzeller@quinnemanuel.com) |
| | Jon D. Corey (Bar No. 185066) |
| 4 | (joncorey@quinnemanuel.com) |
| | 865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, California 90017-2543 |
| | Telephone: (213) 443-3000 |
| 6 | Facsimile: (213) 443-3100 |

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. CV 04-09059 Case No. CV 05-2727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | **[To Be Heard By Discovery Master Robert C. O'Brien]** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | NOTICE OF LODGING WITH THE DISCOVERY MASTER FOR USE ON: |
| | (1) MATTEL, INC.'S MOTION FOR RECONSIDERATION OF PHASE II DISCOVERY MASTER ORDER NO. 3; |
| | (2) BINGHAM MCCUTCHEN'S MOTION TO QUASH SUBPOENA ISSUED BY MATTEL TO NON-PARTY BINGHAM MCCUTCH; |
| | (3) MATTEL'S MOTION TO COMPEL BINGHAM MCCUTCH LLP TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA; AND |
| | (4) NON-PARTIES' MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENAS ISSUED BY MATTEL TO NON-PARTIES LEON NEMAN, FRED MASHIAN AND NEIL KADISHA |
| | Hearing Date: (1-3) May 5, 2009 |

|  |  |
|---|---|
| Time: | (4) May 12, 2009<br>8:30 a.m.& 10:00 a.m. |
| Place: | Arent Fox, LLP<br>555 West Fifth Street<br>48th Floor<br>Los Angeles, CA 90013 |

**Phase 2:**

| | |
|---|---|
| Disc. Cut-off: | December 11, 2009 |
| Pre-trial Conf.: | March 1, 2010 |
| Trial Date: | March 23, 2010 |

00505.07975/2914193.2

NOTICE OF LODGING

TO THE COURT, ALL PARTIES, NON-PARTIES BINGHAM MCCUTCHEN LLP, OMNI 808 INVESTORS, LLC, OMNINET CAPITAL, LLC, VISION CAPITAL, LLC, LEON NEMAN, FRED MASHIAN AND NEIL KADISHA AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following for use on: (1) Mattel's Motion for Reconsideration of Phase II Discovery Master Order No. 3; (2) Bingham McCutchen's Motion to Quash Subpoena Issued by Mattel to Non-Party Bingham McCutchen; (3) Mattel's Motion to Compel Bingham McCutch LLP to Produce Documents Responsive to Subpoena; (4) Non-Parties' Motion to Quash and/or For Protective Order re Subpoenas Issued by Mattel to Non-Parties Leon Neman, Fred Mashian and Neil Kadisha:

1. Docket No. 5374: ORDER RE PHASED, UNDER SEAL RELEASE OF FORENSIC AUDITORS REPORT TO COUNSEL AND PARTIES, dated April 27, 2009.

DATED: May 1, 2009         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.