Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:   213.629.7400
Facsimile:    213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No.  CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 24, REGARDING:**<br><br>**(1)  HEARING DATES FOR NEW DISCOVERY MATTERS; and**<br><br>**(2)  SUMMARY OF HEARING SCHEDULE** |

## I. HEARING DATES FOR NEW DISCOVERY MATTERS

The discovery motions filed since the Discovery Master's last scheduling order are hereby set for hearing on the following dates at the offices of Arent Fox LLP.

On May 12, 2009 at 10:00 a.m., the Discovery Master will hear oral argument on the following: (1) Motion to De-Designate MGA's Third-Tier Documents And Request for Sanctions filed by Mattel, Inc. on or about April 17, 2009; and (2) Motion to De-Designate Opposition to Mattel's Motion to Compel Deposition of Vargas and Trueba and Declaration of Kuemmerle filed by Mattel, Inc. on or about April 17, 2009.[1]

On May 19, 2009 at 10:00 a.m., the Discovery Master will hear oral argument on the following: (1) Motion to Compel Production of Documents and Things From MGA's Second and Fifth Sets of Requests for Production and Responses to MGA's Second Set of Interrogatories to Mattel, Inc. filed by MGA Entertainment, Inc. on or about April 20, 2009; and (2) Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian after February 27, 2008 for Supplemental Inspection filed by Mattel, Inc. on or about April 23, 2009.

## II. SUMMARY OF HEARING SCHEDULE

For the convenience of the parties and to ensure that there is no confusion regarding the hearing schedule, a summary of all motions presently scheduled to be heard by the Discovery Master is set forth below along with the accompanying date and time for each hearing.

**May 5, 2009 at 8:30 a.m.**

1. Motion for Reconsideration of Phase 2 Discovery Matter Order No. 3 filed by Mattel, Inc. on or about March 24, 2009.

---

[1] The two other motions previously scheduled to be heard on May 12, 2009 remain on calendar.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

ORDER NO. 24
[Case No. CV 04-09049 SGL (RNBx)]

2. Motion to Quash Subpoena Issued by Mattel to Non-Party Bingham McCutchen LLP filed on or about February 25, 2009.

3. Motion to Compel Bingham McCutchen LLP to Produce Documents Responsive to the Subpoena filed by Mattel, Inc. on or about March 6, 2009.

**May 12, 2009 at 10:00 a.m.**

1. Motion to Quash and/or for a Protective Order Re: Subpoenas Issued by Mattel, Inc. to Non-Parties Leon Neman, Fred Mashian, and Neil Kadisha filed on or about March 12, 2009.

2. Motion to Compel In Camera Review and Production of Non-Attorney or Non- Legal Communications Listed on MGA's Privilege Logs filed by Mattel on or about March 27, 2009.

3. Motion to De-Designate MGA's Third-Tier Documents And Request for Sanctions filed by Mattel, Inc. on or about April 17, 2009.

4. Motion to De-Designate Opposition to Mattel's Motion to Compel Deposition of Vargas and Trueba and Declaration of Kuemmerle filed by Mattel, Inc. on or about April 17, 2009.

**May 19, 2009 at 10:00 a.m.**

1. Motion to Compel Production of Documents and Things From MGA's Second and Fifth Sets of Requests for Production and Responses to MGA's Second Set of Interrogatories to Mattel, Inc. filed by MGA Entertainment, Inc. on or about April 20, 2009.

2. Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian after February 27, 2008 for Supplemental Inspection filed by Mattel, Inc. on or about April 23, 2009.

**June 2, 2009 at 10:00 a.m.**

**1.** Motion for Order Compelling Production of Communications Made in Furtherance of Crimes and Frauds as to which MGA has Waived the Attorney-

1  Client Privilege filed by Mattel, Inc. on or about March 16, 2009.

3  Dated:     May 1, 2009

             By:      /s/ Robert C. O'Brien
                      ROBERT C. O'BRIEN
                      Discovery Master