Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@glaserweil.com
GLASER, WEIL, FINK, JACOBS,
 HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: 310-553-3000
Facsimile: 310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone: 310-312-2000
Facsimile: 310-312-3100

Attorneys for the MGA Parties For Phase 2

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard by Discovery Master Robert C. O'Brien]**<br><br>**DECLARATION OF MARK KARNICK IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES BY ISAAC LARIAN AFTER FEBRUARY 27, 2008**<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Arent Fox, LLP<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-Trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

675566

DECLARATION OF MARK KARNICK IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES BY ISAAC LARIAN

## DECLARATION OF MARK KARNICK

I, Mark Karnick, hereby declare that:

1. I am the Chief Information Officer ("CIO") at Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP ("Glaser Weil"). In this capacity, I am responsible for the day-to-day operations of Glaser Weil's computer network systems. I hold a Master of Science degree in Technology Management from Pepperdine University and am a Microsoft Certified Systems Engineer (MCSE). I have served as a consultant and executive in the information technology industry for over fifteen years. The facts set forth herein are true of my own personal knowledge and, if called upon to testify thereto, I could and would competently do so under oath. I submit this declaration in support of the MGA Parties' Opposition to Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian After February 27, 2008.

2. A so-called "active" file is one that is currently available for use on a computer or computer network. An "active" file is not one that has been deleted or destroyed.

I declare under penalty of perjury under the laws of the State of California, the United States of America that the foregoing is true and correct.

Executed on this 1st day of May, 2009, in Los Angeles, California.

_____
Mark Karnick

DECLARATION OF MARK KARNICK IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES BY ISAAC LARIAN