Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@glaserweil.com
GLASER, WEIL, FINK, JACOBS,
  HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  310-553-3000
Facsimile:   310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  310-312-2000
Facsimile:   310-312-3100

Attorneys for the MGA Parties For Phase 2

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert C. O'Brien]<br><br>**[PUBLIC REDACTED] DECLARATION OF SAMUEL S. RUBIN IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES BY ISAAC LARIAN AFTER FEBRUARY 27, 2008**<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Arent Fox, LLP<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-Trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

675731

[PUBLIC REDACTED] DECLARATION OF SAMUEL S. RUBIN IN SUPPORT OF MGA PARTIES' OPPOSITION TO
MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES BY ISAAC LARIAN

## DECLARATION OF SAMUEL S. RUBIN

I, Samuel S. Rubin, hereby declare that:

1. I serve as a Director of Digital Forensics at Stroz Friedberg, LLC ("Stroz Friedberg") a technical services and consulting firm specializing in digital computer forensics; electronic data preservation, analysis, and production; computer fraud and abuse response; and computer security. The facts set forth herein are true of my own personal knowledge and, if called upon to testify thereto, I could and would competently do so under oath. I submit this declaration in support of the MGA Parties' Opposition to Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian After February 27, 2008.

2. Attached hereto as Exhibit A is a true and correct copy of an expert report entitled "Report on Larian Media Analysis – Dated July 1, 2008" (the "Report") prepared by Stroz Friedberg for and at the direction of Skadden, Arps, Slate, Meagher & Flom LLP, Phase 1 counsel for the MGA Parties. I was primarily responsible for reviewing the June 9, 2008 and June 24, 2008 Examination Reports prepared by Mattel, Inc.'s expert consultant, 42 LLC, conducting an independent examination of the Larian Media (as defined in the Report), and drafting the Report.

I declare under penalty of perjury under the laws of the State of California, the United States of America that the foregoing is true and correct.

Executed on this 1st day of May, 2009, in Los Angeles, California.

_Samuel S. Rubin_
Samuel S. Rubin

# EXHIBIT A

EXHIBIT A
PAGE 3

# THIS EXHIBIT FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER