Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@glaserweil.com
GLASER, WEIL, FINK, JACOBS,
 HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:   310-553-3000
Facsimile:   310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone:   310-312-2000
Facsimile:   310-312-3100

Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-09059 and Case No. 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**<br><br>**MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF: (1) OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES FROM COMPUTERS USED BY ISAAC LARIAN AFTER FEBRUARY 27, 2008; (2) EXHIBITS A AND G TO THE DECLARATION OF JOEL N. KLEVENS; AND (3) EXHIBIT A TO THE DECLARATION OF SAMUEL S. RUBIN**<br><br>**Discovery Cut-off:  Dec. 11, 2009**<br>**Pre-trial Conference:  March 1, 2009**<br>**Trial Date:  March 23, 2010** |

675132

**MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF OPPOSITION PAPERS TO MATTEL'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the MGA Parties have submitted the following sealed documents to the Court:

1. MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES FROM COMPUTERS USED BY ISAAC LARIAN AFTER FEBRUARY 27, 2008;
2. Exhibits A and G to the DECLARATION OF JOEL N. KLEVENS IN SUPPORT THEREOF; and
3. Exhibit A to the DECLARATION OF SAMUEL S. RUBIN IN SUPPORT THEREOF.

Dated: May 4, 2009

Patricia L. Glaser
Joel N. Klevens
GLASER, WEIL, FINK, JACOBS
 HOWARD & SHAPIRO, LLP

Russell J. Frackman
MITCHELL, SILBERBERG & KNUPP, LLP

By: _____/s/ Amman A. Khan_____
     Amman A. Khan
     Attorneys for the MGA Parties
     for Phase Two

675132