LODGED

2009 APR 30 PM 12: 35

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel: (213) 687-5000/Fax: (213) 687-5600

PATRICIA L. GLASER (Bar No. 55668)
(pglaser@glaserweil.com)
GLASER WEIL FINK JACOBS & SHAPIRO LLP
10250 Constellation Blvd 19th Floor
Los Angeles, CA, 90067
Tel: (310) 553-3000/Fax: (310) 556-2920

RUSSELL J. FRACKMAN (Bar No. 49087)
(rjf@msk.com)
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd
Los Angeles, CA 90064
Tel: (310) 312-2000/Fax: (310) 312-3100

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, and MGA
ENTERTAINMENT (HK) LIMITED

# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER TO FILE UNDER SEAL** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1.  MGA Parties' Statement Of Position And Objections To The Forensic Auditor Report Released Under Seal On April 27, 2009.

DATED: _5-1-09_

Hon. Stephen G. Larson
United States District Court Judge