QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO DE-DESIGNATE OPPOSITION TO MATTEL'S MOTION TO COMPEL DEPOSITIONS OF VARGAS AND TRUEBA AND SUPPLEMENTAL DECLARATION OF KUEMMERLE IN SUPPORT THEREOF |

07209/2911472.1

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal Mattel's Reply in Support of Mattel, Inc.'s Motion to De-Designate Opposition to Mattel's Motion to Compel Depositions of Vargas and Trueba and Supplemental Declaration of Kuemmerle in Support Thereof, IT IS HEREBY ORDERED:

Mattel's Reply in Support of Mattel, Inc.'s Motion to De-Designate Opposition to Mattel's Motion to Compel Depositions of Vargas and Trueba and Supplemental Declaration of Kuemmerle in Support Thereof is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: May 1, 2009

_____
Hon. Stephen G. Larson
United States District Judge