Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@glaserweil.com
GLASER, WEIL, FINK, JACOBS,
 HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  310-553-3000
Facsimile:  310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  310-312-2000
Facsimile:  310-312-3100

Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-09059 and Case No. 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**<br><br>**MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF OPPOSITION TO MATTEL, INC.'S 4/13/09 MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 DENYING MATTEL, INC.'S MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA**<br><br>Discovery Cut-off:  Dec. 11, 2009<br>Pre-trial Conference:  March 1, 2009<br>Trial Date:  March 23, 2010 |

675132

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     **PLEASE TAKE NOTICE** that the MGA Parties have submitted the following

3 sealed document to the Court:

5     1. MGA PARTIES' OPPOSITION TO MATTEL, INC.'S 4/13/09

6        MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER

7        ORDER NO. 11 DENYING MATTEL, INC.'S MOTION TO COMPEL

8        DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA

10 Dated: May 4, 2009              Patricia L. Glaser
                                                Joel N. Klevens
                                                GLASER, WEIL, FINK, JACOBS
                                                  HOWARD & SHAPIRO, LLP

                                                Russell J. Frackman
                                                MITCHELL, SILBERBERG & KNUPP, LLP

                                                By: _____/s/ Amman A. Khan_____
                                                      Amman A. Khan
                                                      Attorneys for the MGA Parties
                                                      for Phase Two

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

675132

1

**MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF OPPOSITION TO MATTEL'S MOTION OBJECTING TO DISCOVERY MASTER ORDER NO. 11**