**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 17 TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS FROM MGA'S SECOND AND FIFTH SETS OF REQUESTS FOR PRODUCTION AND RESPONSES TO MGA'S SECOND SET OF INTERROGATORIES TO MATTEL, INC. |

07975/2910426.1

[PROPOSED] ORDER

# [P~~ROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal Exhibit 17 to the Declaration of Diane C. Hutnyan in Support of Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Motion to Compel Production of Documents and Things from MGA's Second and Fifth Sets of Requests for Production and Responses to MGA's Second Set of Interrogatories to Mattel, Inc., and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 17 to the Declaration of Diane C. Hutnyan in Support of Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Motion to Compel Production of Documents and Things from MGA's Second and Fifth Sets of Requests for Production and Responses to MGA's Second Set of Interrogatories to Mattel, Inc. is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: May 1, 2009

_____
Hon. Stephen G. Larson
United States District Judge