Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 25, REGARDING:**<br><br>**REQUEST FOR CONTINUANCE OF THE MAY 5, 2009 HEARING ON MATTEL'S MOTION FOR RECONSIDERATION OF ORDER NO. 3** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

1   Having reviewed the May 1, 2009 letter submitted by Skadden, Arps, Slate,
2   Meagher & Flom LLP ("Skadden") to continue the hearing on the Motion for
3   Reconsideration of Order No. 3 scheduled for May 5, 2009 (the "Motion") due to a
4   "possible conflict of interest" involving Skadden's representation of the MGA
5   Parties (the "Request for Continuance"), and having reviewed the May 3, 2009
6   letter of and Mattel, Inc. opposing the Request for Continuance, the Discovery
7   Master rules as follows:

    1.    The Request for Continuance is **DENIED.**

    2.    The Hearing on the Motion shall take place as scheduled.

Dated:    May 4, 2009

By:    /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master