| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | John B. Quinn (Bar No. 090378) |
| 2 | johnquinn@quinnemanuel.com |
| | Michael T. Zeller (Bar No. 196417) |
| 3 | (michaelzeller@quinnemanuel.com) |
| | Jon D. Corey (Bar No. 185066) |
| 4 | (joncorey@quinnemanuel.com) |
| | 865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, California 90017-2543 |
| | Telephone: (213) 443-3000 |
| 6 | Facsimile: (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with |
| | Case No. CV 04-09059 |
| vs. | Case No. CV 05-02727 |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | [PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS |
| AND CONSOLIDATED ACTIONS | |
| | Hearing Date: May 11, 2009 |
| | Time: 10:00 a.m. |
| | Place: Courtroom 1 |
| | **Phase 2** |
| | Discovery Cut-off: December 11, 2009 |
| | Pre-trial Conference: March 1, 2010 |
| | Trial Date: March 23, 2010 |

07975/2915880.1

KIDMAN DECLARATION ISO MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Court's Order dated February 22, 2007.

3. Attached as Exhibit 2 is a true and correct copy of the Court's Order dated October 31, 2007.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the hearing transcript dated February 4, 2008.

5. Attached as Exhibit 4 is a true and correct copy of the Court's Order dated April 27, 2009.

6. Attached as Exhibit 5 is a true and correct copy of excerpts of the deposition transcript of Jorge Castilla, dated October 22, 2008.

7. Attached as Exhibit 6 is a true and correct copy of Phase II Discovery Matter Order No. 22, dated April 28, 2009.

8. Attached as Exhibit 7 is a true and correct copy of excerpts of Mattel, Inc.'s (1) Consolidated Initial Disclosures Relating to MGA's Unfair Competition Claims, and (2) Second Supplemental Initial Disclosures Relating to Mattel's Claims Against Bryant and MGA, dated January 5, 2007.

9. Attached as Exhibit 8 is a true and correct copy of a subpoena to Robert A. Eckert, dated September 12, 2007.

10. Attached as Exhibit 9 is a true and correct copy of Mattel's copyright registration VAu 960-439, which was admitted at trial as Trial Exhibit 13889.

11. Attached as Exhibit 10 is a true and correct copy of Mattel's copyright registration VAu 964-304, which was admitted at trial as Trial Exhibit 13890.

12. Attached as Exhibit 11 is a true and correct copy of Mattel's copyright registration VAu 964-306, which was admitted at trial as Trial Exhibit 13891.

13. Attached as Exhibit 12 is a true and correct copy of Mattel's copyright registration VAu 964-308, which was admitted at trial as Trial Exhibit 13892.

14. Attached as Exhibit 13 is a true and correct copy of Mattel's copyright registration VAu 964-309, which was admitted at trial as Trial Exhibit 13893.

15. Attached as Exhibit 14 is a true and correct copy of Mattel's copyright registration VAu 964-310, which was admitted at trial as Trial Exhibit 13894.

16. Attached as Exhibit 15 is a true and correct copy of Mattel's copyright registration VAu 964-311, which was admitted at trial as Trial Exhibit 13895.

17. Attached as Exhibit 16 is a true and correct copy of Mattel's copyright registration VAu 964-315, which was admitted at trial as Trial Exhibit 13896.

18. Attached as Exhibit 17 is a true and correct copy of Mattel's copyright registration VAu 964-318, which was admitted at trial as Trial Exhibit 13897.

19. Attached as Exhibit 18 is a true and correct copy of Mattel's copyright registration VAu 964-319, which was admitted at trial as Trial Exhibit 13898.

1         20.    Attached as Exhibit 19 is a true and correct copy of Mattel's
2  copyright registration VAu 964-320, which was admitted at trial as Trial Exhibit
3  13899.
4         21.    Attached as Exhibit 20 is a true and correct copy of Mattel's
5  copyright registration VAu 964-321, which was admitted at trial as Trial Exhibit
6  13900.

8      I declare under penalty of perjury under the laws of the United States of
9  America that the foregoing is true and correct.
10     Executed this 4th day of May 2009, at Los Angeles, California.

12                          /s/ Scott B. Kidman
                              Scott B. Kidman