# EXHIBIT 10

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

)▌▐▊█▋
★ ★

**Registration Number:**

**VAu 964-304**

**Effective date of
registration:**

**July 25, 2008**

---

## Title

**Title of Work:** Bryant Drawings D

**Nature of Work:** Drawings

## Completion/Publication

**Year of Completion:** 1999

## Author

■      **Author:** Carter Bryant

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1968

**Anonymous:** No                                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mattel, Inc

333 Continental Blvd., El Segundo, CA, 90245-5012

**Transfer Statement:** By assignment

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Robert D Walsh

**Date:** July 24, 2008

---

**Correspondence:** Yes

Page 1 of 1

EXHIBIT _____10_____

PAGE _____152_____

**M 0920280**

EX 13890-0001

**IPN#:**

**Registration #:**   VAU000964304

**Service Request #:**   1-81192436

Mattel, Inc. MI-1220
Robert D  Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT _____10_____

PAGE _____153_____

**M 0920281**

EX 13890-0002



silver lame top

lavender pants w/ black & white accents

silver & lavender





HALLADAY

fave color: lavender
fave insect: bee
fave food: mac 'n' cheese
if you were
a fruit: nectarine!
pet: dalmation
fave
music: hip hop
& reggae

ATTORNEY'S EYES
ONLY

BRYANT 00175

EX 5-0035

EXHIBIT _10_

PAGE _154_

M 0920282

EX 13890-0003



JADE

ATTORNEY'S EYES
ONLY

BRYANT 00176

EX 5-0036

EXHIBIT _10_

PAGE _155_

M 0920283

EX 13890-0004



fake
eyelashes!
in colors!
Glittery



ATTORNEY'S EYES
ONLY

BRYANT 00177

EX 5-0037

M 0920284

EX 13890-0005

EXHIBIT ___10___

PAGE ___156___



ATTORNEY'S EYES
ONLY

BRYANT 00178

EXHIBIT __10__

PAGE __157__

EX 5-0038

M 0920285

EX 13890-0006

Meet the Bratz!

They're the cool girls from your school!

4 best friends with totally transformable looks!

Simply pop off their hair and shoes and trade for a new look. Each doll comes with 2 pop-off "wigs" and 2 pairs of shoes, plus, 2 hip fashions!

Meet Zoe! (AKA "ANGEL")

She's the queen of cool in class in her short · dark brown hair and funky stompin' sneaks. At night, she likes to go long and blonde, with a skirt and sandals for a sweeter look!

Meet Lope! (AKA "PRINCESS!")

She's the Hispanic girl with lotsa 'tude. For school, it's casual in wide-leg khakis and sweatshirt and a fun updo. At night, long brown braids & a mini do the trick.

Meet Hallidae! (AKA HIP HOP!)

She's got the beat! Ultra trendy street wear 'n' braids for hittin' the books, and on date night, it's sassy short dress & totally new 'do.

Meet Jade! (AKA LI'L STAR!)

She's got the lock on far out fashion! Twisty black hair with fun blue streaks for school zone, and for tearing it up with friends on the weekends, it's fantasy time in light blue hair, short skirt and boots.

ATTORNEY'S EYES
ONLY                    BRYANT 00183

EX 5-0043

EXHIBIT ___10___

PAGE ___158___

M 0920286

EX 13890-0007



ATTORNEY'S EYES
ONLY

BRYANT 00186

EX 5-0046

EXHIBIT ___10___

PAGE ___159___

M 0920287

EX 13890-0008



JADE

fave color : pink
fave insect : dragonfly
fave food :

clear bag

ATTORNEY'S EYES
ONLY

BRYANT 00189

EXHIBIT __10__

PAGE __160__

EX 5-0049

M 0920288

EX 13890-0009



white
T

pink & grey

eye on you

Khaki

ATTORNEY'S EYES
ONLY

BRYANT 00190

EXHIBIT _10_

PAGE _161_

EX 5-0050

M 0920289

EX 13890-0010



20¢

ATTORNEY'S EYES ONLY

BRYANT 00193

EXHIBIT _10_

PAGE _162_

EX 5-0053

M 0920290

EX 13890-0011



ATTORNEY'S EYES
ONLY

BRYANT 00194

EXHIBIT _____ 10 _____

PAGE _____ 163 _____

EX 5-0054

M 0920291

EX 13890-0012





ATTORNEY'S EYES
ONLY

BRYANT 00197

EX 5-0057

EXHIBIT ___10___
PAGE ___164___

M 0920292

EX 13890-0013



Holliday

ATTORNEY'S EYES
ONLY

BRYANT 00199

EXHIBIT ___10___
PAGE ___165___

EX 5-0059

M 0920293

EX 13890-0014



ATTORNEY'S EYES
ONLY                BRYANT 00200

EX 5-0060

EXHIBIT _____ 16 _____

PAGE _____ 166 _____

M 0920294

EX 13890-0015



JADE

ATTORNEY'S EYES
ONLY

BRYANT 00201

EXHIBIT ___ 1(0

PAGE ___ 167

EX 5-0061

M 0920295

EX 13890-0016



ATTORNEY'S EYES
ONLY

BRYANT 00203

EXHIBIT     10

PAGE     168

EX 5-0063

M 0920296

EX 13890-0017



ATTORNEY'S EYES ONLY

BRYANT 00204

EXHIBIT _10_

PAGE _169_

EX 5-0064

M 0920297

EX 13890-0018



LUPE

ATTORNEY'S EYES ONLY

BRYANT 00206

EXHIBIT 10

PAGE 170

EX 5-0066

M 0920298

EX 13890-0019



2oE

ATTORNEY'S EYES
ONLY

BRYANT 00208

EXHIBIT _____ 10 _____

PAGE _____ 171 _____

EX 5-0068

M 0920299

EX 13890-0020



ZOE

Zoe

ATTORNEY'S EYES
ONLY

BRYANT 00212

EX 5-0072

EXHIBIT _____ 10 _____

PAGE _____ 172 _____

M 0920300

EX 13890-0021



ATTORNEY'S EYES
ONLY

BRYANT 00212

EXHIBIT ___10___

PAGE ___173___

EX 5-0073

M 0920301

EX 13890-0022



ATTORNEY'S EYES ONLY          BRYANT 00216

EXHIBIT ___10___
PAGE ___174___

EX 5-0076

M 0920302

EX 13890-0023



Plug

rooted
hair

recessed
scalp

① lower
rooted hair
onto recessed
scalp,
lining up
notches in
plug and in
scalp.

② twist
hair onto
place to
lock.

③ Now hair
can be
Brushed and
styled.

notches

top view

ATTORNEY'S EYES
ONLY

BRYANT 00217

EXHIBIT ___10___

PAGE ___175___

EX 5-0077

M 0920303

EX 13890-0024



ATTORNEY'S EYES
ONLY

BRYANT 00218

EXHIBIT _____ 10 _____

PAGE _____ 176 _____

EX 5-0078

M 0920304

EX 13890-0025



ATTORNEY'S EYES
ONLY

BRYANT 00341

EXHIBIT _10_
PAGE _177_

EX 5-0136

M 0920305



ATTORNEY'S EYES
ONLY                    BRYANT 00194

EX 62-0002

EXHIBIT    *10*

*178*

M 0920306



JADE

ATTORNEY'S EYES ONLY

BRYANT 00201

EXHIBIT _10_

PAGE _179_

EX 62-0004

M 0920307

EX 13890-0028



ATTORNEY'S EYES
ONLY

BRYANT 00204

EXHIBIT _____ 10

180

EX 62-0006

M 0920308

EX 13890-0029



2oE

ATTORNEY'S EYES
ONLY

BRYANT 00208

EXHIBIT _10_

PAGE _181_

EX 62-0008

M 0920309

EX 13890-0030



ATTORNEY'S EYES ONLY

BRYANT 00194

TRIAL EXHIBIT 00620-001

M 0920310

EX 13890-0031



JADE

ATTORNEY'S EYES
ONLY

BRYANT 00176



DEPOSITION
EXHIBIT
701
Bryant J

EX 701-0001

EXHIBIT __10__
__183__

M 0920311

EX 13890-0032



ATTORNEY'S EYES ONLY

BRYANT 00176

DEPOSITION EXHIBIT
702
Bryant J 7-25-07

7/12/2006
IMG_1475.JPG

EXHIBIT 10
184

EX 702-0001

M 0920312

EX 13890-0033



ATTORNEY'S EYES ONLY

BRYANT 00176

10
185

EX 702-0002

M 0920313

EX 13890-0034



fake
eyelashes!
in colors!
Glittery



ATTORNEY'S EYES ONLY

BRYANT 00177



DEPOSITION
EXHIBIT
703
Bryant J

EX 703-0001

EXHIBIT 10
PAGE 186

M 0920314

EX 13890-0035



JADE

fave color: pink
fave insect: dragonfly
fave food:

clear bag

ATTORNEY'S EYES ONLY

BRYANT 00189



DEPOSITION
EXHIBIT
704
Bryant J. 9-25-07

EX 704-0001

EXHIBIT    10
PAGE    187

M 0920315

EX 13890-0036



white T

pink d grey

eye on you

khaki

ATTORNEY'S EYES
ONLY

BRYANT 00190



DEPOSITION
EXHIBIT
705
Bryant J
7-25-07

EX 705-0001

EXHIBIT _____ 10

PAGE _____ 188

M 0920316

EX 13890-0037



ATTORNEY'S EYES ONLY

BRYANT 00216



EX 706-0001

EXHIBIT _10_

PAGE _189_

M 0920317

EX 13890-0038







Plug    rooted hair

recessed scalp

notches ← top view

① lower rooted hair onto recessed scalp, lining up notches in plug and in scalp.

② twist hair onto place to lock.

③ Now hair can be brushed and styled.

ATTORNEY'S EYES
ONLY

BRYANT 00217

EX 707-0001

EXHIBIT _____ 10 _____

PAGE _____ 190 _____

M 0920318

EX 13890-0039

DEPOSITION EXHIBIT
709
Bryant T

Meet the Bratz!
they're the cool girls from your school!
4 best friends with totally transformable looks!
Simply pop off their hair and shoes and trade for a new
look. Each doll comes with 2 pop-off "wigs" and 2 pairs of
shoes, plus, 2 hip fashions!
Meet Zoe! (AKA "ANGEL")
She's the queen of cool in class in her short dark brown
hair and funky stompin' sneaks. At night, she
likes to go long and blonde,
with a skirt and sandals for a sweeter look!

Meet Lupe! (AKA "PRINCESS!")
She's the Hispanic girl with lotsa 'tude. For school,
it's casual in wide-leg khakis and sweatshirt and
a fun updo. At night, long brown braids & a mini
do the trick

Meet Hallidae! (AKA HIP HOP!)
She's got the beat! Ultra trendy street wear 'n' braids
for hittin' the books, and on date night, it's "sassy
short dress & totally new 'do.

Meet Jade! (AKA LI'L STAR!)
She's got the lock on far out fashion! Twisty black
hair with fun blue streaks for school zone, and for
tearing it up with friends on the weekends, it's fantasy
time in light blue hair, short skirt and boots.

ATTORNEY'S EYES ONLY          BRYANT 00183

EX 709-0001

EXHIBIT ___10___
PAGE ___191___

M 0920319

EX 13890-0040





**ATTORNEY'S EYES
ONLY**

**BRYANT 00186**

EXHIBIT _10_
PAGE _192_

EX 710-0001

M 0920320

EX 13890-0041



DEPOSITION
EXHIBIT
711
Bryant J.

ATTORNEY'S EYES
ONLY

BRYANT 00341

EX 711-0001

M 0920321

EX 13890-0042

EXHIBIT _10_
PAGE _193_



ATTORNEY'S EYES
ONLY

BRYANT 00189



TRIAL EXHIBIT 00739-001

EXHIBIT _10_

PAGE _194_

M 0920322

EX 13890-0043



DEPOSITION
EXHIBIT
740
Bryant J 9-25-07

10
195



10
196

EX 740-0002

M 0920324

EX 13890-0045



ATTORNEY'S EYES
ONLY

BRYANT 00212



TRIAL EXHIBIT 00741-001

EXHIBIT _10_

PAGE _197_

M 0920325

EX 13890-0046



DEPOSITION
EXHIBIT
742
Bryant J

EX 742-0001

M 0920326

EX 13890-0047



*10*

*199*

EX 742-0002

M 0920327

EX 13890-0048



Silver lame top

Lavender pants w/ black & white accents



silver & lavender

HALLADAY

fave color: lavender
fave insect: bee
fave food: mac 'n' cheese
if you were
a fruit: nectarine!
pet: dalmation
fave music: hip hop
& reggae

ATTORNEY'S EYES
ONLY

BRYANT 00175


DEPOSITION
EXHIBIT
757
Bryant J    9-25-07

EX 757-0001

EXHIBIT _____ 10

PAGE _____ 200

M 0920328

EX 13890-0049



ATTORNEY'S EYES
ONLY

BRYANT 00203



TRIAL EXHIBIT 00758-001

EXHIBIT _____ 10
PAGE _____ 201

M 0920329

EX 13890-0050



DEPOSITION
EXHIBIT
759
Bryant J

EXHIBIT _10_
PAGE _202_

EX 759-0001

M 0920330

EX 13890-0051



10
203

EX 759-0002

M 0920331

EX 13890-0052



EX 760-0001

M 0920332

EX 13890-0053



EX 760-0002

*10*
*20S*

M 0920333

EX 13890-0054



ATTORNEY'S EYES ONLY

BRYANT 00200



DEPOSITION
EXHIBIT
761
Bryant J   9-25-07

EX 761-0001

EXHIBIT _____ 10

PAGE _____ 206

M 0920334

EX 13890-0055



ATTORNEY'S EYES
ONLY

BRYANT 00178



DEPOSITION
EXHIBIT
762
Bryant    4-25-07

EX 762-0001

EXHIBIT ____10____

PAGE ____207____

M 0920335

EX 13890-0056



ATTORNEY'S EYES
ONLY

BRYANT 00194



TRIAL EXHIBIT 00774-001

EXHIBIT _____ 10

PAGE _____ 208

M 0920336

EX 13890-0057



EX 775-0001

M 0920337

EX 13890-0058

10
209



10
210

EX 775-0002

M 0920338

EX 13890-0059