


EX 777-0001

M 0920340

EX 13890-0061



10
213

EX 777-0002

M 0920341

EX 13890-0062



20E

ATTORNEY'S EYES
ONLY

BRYANT 00208



DEPOSITION
EXHIBIT
781
bryant J   9-25-07

TRIAL EXHIBIT 00781-001

EXHIBIT _____ 10 _____

PAGE _____ 214 _____

M 0920342

EX 13890-0063

DEPOSITION
EXHIBIT
782

9-26-07  DAR
EX 782-0001

M 0920343

EXHIBIT _____ 10 _____

PAGE _____ 215 _____

EX 13890-0064



JADE

10
216

EX 782-0002

M 0920344

EX 13890-0065



DEPOSITION
EXHIBIT
786
9-26-07 DH

EXHIBIT ___10___
PAGE ___217___

EX 786-0001

M 0920345

EX 13890-0066



EX 786-0002

M 0920346

EX 13890-0067

10
2/8



DEPOSITION
EXHIBIT
790
9-26-07 DITC

EX 790-0001

M 0920347

EX 13890-0068



EX 790-0002

10
220

M 0920348

EX 13890-0069



LUPE

ATTORNEY'S EYES ONLY

BRYANT 00206



DEPOSITION EXHIBIT
794
9-26-07 DAC

EXHIBIT ___10___
PAGE ___221___

EX 794-0001

M 0920349

EX 13890-0070







795
9-26-07 DMC

ATTORNEY'S EYES
ONLY

BRYANT 00204

TRIAL EXHIBIT 00795-001

EXHIBIT _10_

PAGE _222_

M 0920350

EX 13890-0071





JADE

ATTORNEY'S EYES
ONLY

BRYANT 00201



796
9-26-07 DAC

TRIAL EXHIBIT 00796-001

EXHIBIT 10
223

M 0920351

EX 13890-0072



10

224

EX 1152-0005

M 0920352

EX 13890-0073



20c

ATTORNEY'S EYES ONLY

BRYANT 00193

EX 1152-0006

EXHIBIT _10_
PAGE _225_

M 0920353

EX 13890-0074



EXHIBIT 10

PAGE 226

EX 1152-0013

M 0920354

EX 13890-0075



EXHIBIT ___10___

PAGE ___227___

EX 1152-0014

M 0920355

EX 13890-0076



EXHIBIT _____ 10 _____

PAGE _____ 228 _____

EX 1152-0015

M 0920356

EX 13890-0077



_Zoe_

_Zoe_

**ATTORNEY'S EYES ONLY**          **BRYANT 00212**

EXHIBIT _10_

PAGE _229_

EX 1152-0016

M 0920357

EX 13890-0078



JADE



(5 pgs)
Exhibit no. 1748
Date: 1/24/08
Tonne  P. Pyburn

ATTORNEY'S EYES
ONLY

BRYANT 00201

1748.1

EXHIBIT  10
PAGE  230

EX 1748-0001

M 0920358

EX 13890-0079



10
231

1748.2
EX 1748-0002

M 0920359

EX 13890-0080