

10
232
1748.3
EX 1748-0003
M 0920360
EX 13890-0081

Aurora Prince 8/26/99 26/99

10 / 233

1748.4
EX 1748-0004

M 0920361

EX 13890-0082



EXHIBIT 10
PAGE 234

1748 5
EX 1748-0005

M 0920362

EX 13890-0083



ATTORNEY'S EYES ONLY

BRYANT 00204

1750.1

EXHIBIT 10
PAGE 235

EX 1750-0001

M 0920363

EX 13890-0084



ATTORNEY'S EYES ONLY  BRYANT 00204

1750.2
EX 1750-0002

M 0920364

EX 13890-0085



10
237

1750.3
EX 1750-0003
M 0920365
EX 13890-0086

Case 2:04-cv-09049-DOC-RNB  Document 5335-7  Filed 05/04/09  Page 7 of 17  Page ID #:173970



EX 1750-0004
M 0920366
EX 13890-0087



ZoE

ATTORNEY'S EYES ONLY    BRYANT 00208

12514
EX 1751-0004

EXHIBIT 10
PAGE 239

M 0920367

EX 13890-0088



ATTORNEY'S EYES ONLY

BRYANT 00193

EXHIBIT 10
PAGE 240

EX 10534-0001

M 0920368

EX 13890-0089



**ATTORNEY'S EYES ONLY**

**BRYANT 00212**

EX 10536-0001

EXHIBIT 10

PAGE 241

M 0920369

EX 13890-0090

ATTORNEY'S EYES ONLY

BRYANT 00218

EX 10539-0001

EXHIBIT 10
PAGE 242

M 0920370

EX 13890-0091


Hollidae


Lupe


Jade


Pro Joe

BRYANT 00972

CONFIDENTIAL
ATTORNEYS EYES
ONLY

EXHIBIT 10
PAGE 243

EX 10579-0001

M 0920371

EX 13890-0092

Jade "purrfect"

- animation
- portfolio drawings
- bio/life of fashions

ATTORNEY'S EYES ONLY

BRYANT 00140

TRIAL EXHIBIT 15172-001

EXHIBIT 10
PAGE 244

M 0920372

EX 13890-0093



ATTORNEY'S EYES ONLY

BRYANT 00193

TRIAL EXHIBIT 15175-001

EXHIBIT 10
PAGE 245

M 0920373

EX 13890-0094



ATTORNEY'S EYES ONLY

BRYANT 00212

TRIAL EXHIBIT 15179-001

EXHIBIT 10
PAGE 246

M 0920374

EX 13890-0095






BRYANT 00972

CONFIDENTIAL
ATTORNEYS EYES
ONLY

TRIAL EXHIBIT 18281-001

EXHIBIT 10
PAGE 247

M 0920375

EX 13890-0096



ATTORNEY'S EYES ONLY

BRYANT 00218

TRIAL EXHIBIT NUMBER 18501-001

EXHIBIT 10
PAGE 248

M 0920376

EX 13890-0097