# EXHIBIT 11

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-306

**Effective date of registration:**

**July 25, 2008**

## Title ─────────────

|  |  |
|---|---|
| **Title of Work:** | Bryant Drawing C |
| **Nature of Work:** | Drawing |

## Completion/Publication ─────────────

|  |  |
|---|---|
| **Year of Completion:** | 2000 |

## Author ─────────────

|  |  |
|---|---|
| ■ **Author:** | Carter Bryant |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1968 |
| **Anonymous:** | No | **Pseudonymous:** No |

## Copyright claimant ─────────────

|  |  |
|---|---|
| **Copyright Claimant:** | Mattel, Inc |
|  | 333 Continental Blvd , El Segundo, CA, 90245-5012 |
| **Transfer Statement:** | By assignment |

## Limitation of copyright claim ─────────────

|  |  |
|---|---|
| **Previously registered:** | No |

## Certification ─────────────

|  |  |
|---|---|
| **Name:** | Robert D Welsh |
| **Date:** | July 24, 2008 |

**Correspondence:** Yes

Page 1 of 1

EXHIBIT 11
PAGE 249

M 0920377

EX 13891-0001

**IPN#:**

**Registration #:** VAU000964306

**Service Request #:** 1-81192414

Mattel, Inc MI- 1220
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT __11__

PAGE __250__

**M 0920378**

EX 13891-0002



ATTORNEY'S EYES ONLY

BRYANT 00173

EX 5-0034

EXHIBIT _____ 11 _____

PAGE _____ 251 _____

M 0920379

EX 13891-0003

# EXHIBIT 12

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-308**

**Effective date of registration:**

July 25, 2008

## Title

**Title of Work:** Bryant Drawings B

**Nature of Work:** Drawings

## Completion/Publication

**Year of Completion:** 2000

## Author

■ **Author:** Carter Bryant

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1968

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mattel, Inc.

333 Continental Blvd , El Segundo, CA, 90245-5012

**Transfer Statement:** By assignment

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Robert D Walsh

**Date:** July 24, 2008

**Correspondence:** Yes

Page 1 of 1

EXHIBIT 12

PAGE 252

M 0920380

EX 13892-0001

**IPN#:**

**Registration #:**   VAU000964308

**Service Request #:**   1-81192313

Mattel, Inc. MI-1220
Robert D. Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT _12_

PAGE _253_

**M 0920381**

EX 13892-0002





CONFIDENTIAL

Attorney's Eyes Only   BRYANT 02775

DEPOSITION
EXHIBIT
771
Bryant J  2-25-07

EX 771-0001

EXHIBIT 12
PAGE 254

M 0920382

EX 13892-0003



DEPOSITION
EXHIBIT
773
Bryant J

EX 773-0001

M 0920383

EX 13892-0004

EXHIBIT ___12___
PAGE ___255___



EXHIBIT _12_

PAGE _256_

EX 773-0002

M 0920384

EX 13892-0005



EX 1107-0001

EXHIBIT _____12_____

PAGE _____257_____

M 0920385

EX 13892-0006



EXHIBIT 12

PAGE 258

EX 1108-0001

M 0920386

EX 13892-0007



EXHIBIT _12_

PAGE _254_

EX 1109-0001

M 0920387

EX 13892-0008



Exhibit 1110
Garcia
10/10/07 pgs 1
J'ean Siegars, CSR 10845

EXHIBIT 12
PAGE 260

EX 1110-0001

M 0920388

EX 13892-0009



CONFIDENTIAL

Attorney's Eyes Only          BRYANT 02774

EX 10638-0001

EXHIBIT __12__
PAGE __261__

M 0920389

EX 13892-0010



CONFIDENTIAL

Attorney's Eyes Only

BRYANT 02776

EX 10639-0001

EXHIBIT __12__

PAGE __262__

M 0920390

EX 13892-0011

# EXHIBIT 13

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-309

**Effective date of registration:**

July 25, 2008

## Title

**Title of Work:** Bryant Drawings A

**Nature of Work:** Drawings

## Completion/Publication

**Year of Completion:** 2000

## Author

■  **Author:** Carter Bryant

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1968

**Anonymous:** No                          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mattel, Inc

333 Continental Blvd., El Segundo, CA, 90245-5012

**Transfer Statement:** By assignment

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Robert D Walsh

**Date:** July 24, 2008

**Correspondence:** Yes

Page 1 of 1

EXHIBIT ___13___

PAGE ___263___

**M 0920391**

EX 13893-0001

**IPN#:**

**Registration #:**   VAU000964309

**Service Request #:**   1-81192271

Mattel, Inc  MI-1220
Robert Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT   _13_
PAGE _____ _264_

M 0920392

EX 13893-0002



ATTORNEY'S EYES
ONLY

BRYANT 00232

EX 3-0011

M 0920393

EX 13893-0003

EXHIBIT __13__

PAGE __265__



ATTORNEY'S EYES ONLY

BRYANT 00151

EX 5-0014

EXHIBIT __13__

PAGE __266__

M 0920394

EX 13893-0004



ATTORNEY'S EYES ONLY

BRYANT 00155

EX 5-0018

M 0920395

EX 13893-0005

EXHIBIT 13
PAGE 267



ATTORNEY'S EYES
ONLY

BRYANT 00156

EX 5-0019

EXHIBIT ___13___

PAGE ___268___

M 0920396

EX 13893-0006



ATTORNEY'S EYES ONLY

BRYANT 00163

EX 5-0026

EXHIBIT 13

PAGE 269

M 0920397

EX 13893-0007



- fashion play —
Zoe - pop queen
greer's coat

- display —
additional styles/colors
for Zoe/Lupe/Sade
additional styles/colors
for Meltdone

ATTORNEY'S EYES
ONLY

BRYANT 00164

EX 5-0027

EXHIBIT ___13___

PAGE ___270___

M 0920398

EX 13893-0008

FASHION PAK

PAJAMA POWER!

FABRICS UNDETERMINED





- TANK TOP
- DRAWSTRING BOTTOMS
- FUZZY ANIMAL SLIPPERS
- FUZZY PILLOW
- FUZZY NIGHT BLINDERS
- FUZZY LAMB

ATTORNEY'S EYES ONLY

BRYANT 00165

EX 5-0028

EXHIBIT __13__

PAGE __271__

M 0920399

EX 13893-0009



FINAL DESIGNS





YASMIN

BROWN "SUEDE-Y" LOOKING FABRIC
W/BEIGE WHIPSTITCHING,
BLUE, PURPLE CROCHET BODY

**ATTORNEY'S EYES ONLY** · **BRYANT 00167**

EX 5-0030

EXHIBIT ___13___

PAGE ___272___

M 0920400

EX 13893-0010



Hallidae

ATTORNEY'S EYES ONLY

BRYANT 00235

EX 5-0081

EXHIBIT 13

PAGE 273

M 0920401

EX 13893-0011



Zoe

'ATTORNEY'S EYES ONLY

BRYANT 00236

EX 5-0082

EXHIBIT _13_
PAGE _274_

M 0920402

EX 13893-0012



Jade

ATTORNEY'S EYES
ONLY        BRYANT 00237

EX 5-0083

EXHIBIT __13__
PAGE __275__

M 0920403

EX 13893-0013



YASMIN'S
BOOT.
FINAL

APPY. ACTUAL SIZE

SIDE          FRONT

ATTORNEY'S EYES
ONLY

BRYANT 00284

EXHIBIT _13_

PAGE _276_

EX 5-0095

M 0920404

EX 13893-0014



110% of original

FIONA'S
BOOTS

BOOT DE
#1

APPROXIMATE
ACTUAL SIZE



TOP P
OF BO
H

LOWER
SO.

.40 wall thickness

8250853

M.WARD MGA.com

ATTORNEY'S EYES
ONLY

BRYANT 00285

EX 5-0096

EXHIBIT 13

PAGE 277

M 0920405

EX 13893-0015

JADE/YASMIN
PLATFORM SANDAL
(PLATFORM DESIGN #2)

FINAL DESIGNS

'INDICATION' OF TOES
ON INSIDE OF SHOE

APX. ACTUAL SIZE.

ATTORNEY'S EYES
ONLY

BRYANT 00288

EX 5-0099

EXHIBIT __13__

PAGE __278__

M 0920406

EX 13893-0016



SL00030

EX 323-0018

EXHIBIT _13_
PAGE _279_

M 0920407

EX 13893-0017



SL00031

EX 323-0018

M 0920408

EX 13893-0018

EXHIBIT _13_

PAGE _280_



SL00038

EX 323-0026

EXHIBIT ___13___

PAGE ___281___

M 0920409

EX 13893-0019



ATTORNEY'S EYES
ONLY

BRYANT 00163



EX 712-0001

EXHIBIT _13_

PAGE _282_

M 0920410

EX 13893-0020



ATTORNEY'S EYES ONLY

BRYANT 00164



DEPOSITION EXHIBIT
713
Bryant J    9-25-07

EX 713-0001

EXHIBIT _13_

PAGE _283_

M 0920411

EX 13893-0021



Zoe

ATTORNEY'S EYES ONLY

BRYANT 00236



EX 715-0001

EXHIBIT _13_

PAGE _284_

M 0920412

EX 13893-0022



Hallidae

ATTORNEY'S EYES
ONLY

BRYANT 00235



DEPOSITION
EXHIBIT
720
bryant J  9-25-07

EX 720-0001

EXHIBIT  13
PAGE  285

M 0920413

EX 13893-0023



Jade

ATTORNEY'S EYES
ONLY

BRYANT 00237



EX 723-0001

EXHIBIT _13_

PAGE _286_

M 0920414

EX 13893-0024



ATTORNEY'S EYES ONLY

BRYANT 00151

EX 10515-0001

M 0920415

EX 13893-0025

EXHIBIT __13__

PAGE __287__



ATTORNEY'S EYES
ONLY

BRYANT 00155

EX 10518-0001

EXHIBIT _13_

PAGE _288_

M 0920416

EX 13893-0026



ATTORNEY'S EYES
ONLY

BRYANT 00156

EX 10519-0001

M 0920417

EXHIBIT _13_

PAGE _289_

EX 13893-0027

FASHION PAK

PAJAMA POWER!

FABRICS UNDETERMINED





- TANK TOP
- DRAWSTRING BOTTOMS
- FUZZY ANIMAL SLIPPERS
- FUZZY PILLOW
- FUZZY NIGHT BLINDERS
- FUZZY LAMB

ATTORNEY'S EYES ONLY

**BRYANT 00165**

EX 10526-0001

EXHIBIT _13_

PAGE _290_

M 0920418

EX 13893-0028

# EXHIBIT 14

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-310

**Effective date of registration:**

July 25, 2008

## Title
|  |  |
| --- | --- |
| **Title of Work:** | Bryant Bratz Pitch Materials B |
| **Nature of Work:** | Drawings |

## Completion/Publication
|  |  |
| --- | --- |
| **Year of Completion:** | 2000 |

## Author
|  |  |
| --- | --- |
| **Author:** | Carter Bryant |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1968 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant
|  |  |
| --- | --- |
| **Copyright Claimant:** | Mattel, Inc. |
|  | 333 Continental Blvd , El Segundo, CA, 90245-5012 |
| **Transfer Statement:** | By assignment |

## Limitation of copyright claim
|  |  |
| --- | --- |
| **Previously registered:** | No |

## Certification
|  |  |
| --- | --- |
| **Name:** | Robert D. Walsh |
| **Date:** | July 24, 2008 |

**Correspondence:** Yes

Page 1 of 1

EXHIBIT _14_

PAGE _291_

M 0920419

EX 13894-0001

**IPN#:**

**Registration #:**   VAU000964310

**Service Request #:**   1-81192219

Mattel, Inc MI-1220
Robert D. Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT _____14_____
PAGE _____292_____

**M 0920420**

EX 13894-0002



"The Bratz"

ATTORNEY'S EYES
ONLY

BRYANT 00310



11-5 04          SH

EX 2-0001

EXHIBIT _14_

PAGE _243_

M 0920421

EX 13894-0003



"HALLIDAE"

ATTORNEY'S EYES
ONLY

BRYANT 00311

EX 2-0002

M 0920422

EXHIBIT ___14___

PAGE ___294___

EX 13894-0004



New look ~ same doll! :)

ATTORNEY'S EYES
ONLY

BRYANT 00312

EX 2-0003

EXHIBIT ___14___

PAGE ___295___

M 0920423

EX 13894-0005



after transform.

ATTORNEY'S EYES ONLY

BRYANT 00313

EX 2-0004

EXHIBIT 14
PAGE 286

M 0920424

EX 13894-0006



How they transform

ATTORNEY'S EYES
ONLY

BRYANT 00314

EXHIBIT __14__

PAGE __297__

EX 2-0005

M 0920425

EX 13894-0007



ATTORNEY'S EYES
ONLY

BR\*\*\*\*\*

EX 2-0006

EXHIBIT _14_

PAGE _298_

M 0920426

EX 13894-0008



ATTORNEY'S EYES
ONLY

BRYANT 00316

EX 2-0007

M 0920427

EX 13894-0009

EXHIBIT ___14___
PAGE ___299___



after transform

ATTORNEY'S EYES
ONLY

BRYANT 00317

EX 2-0008

EXHIBIT __14__

PAGE __300__

M 0920428

EX 13894-0010



after transform -

ATTORNEY'S EYES
ONLY

BRYANT 00318

EX 2-0009

EXHIBIT __14__

PAGE __301__

M 0920429

EX 13894-0011



"LUPE"

ATTORNEY'S EYES
ONLY

BRYANT 00319

EX 2-0010

EXHIBIT ___14___

PAGE ___302___

M 0920430

EX 13894-0012



DEPOSITION EXHIBIT 734

EXHIBIT __14__

PAGE __303__

EX 734-0001

M 0920431

EX 13894-0013



EX 734-0002

M 0920432

EX 13894-0014



ATTORNEY'S EYES
ONLY

BRYANT 00313



TRIAL EXHIBIT 00737-001

EXHIBIT 14

PAGE 305

M 0920433

EX 13894-0015



after transform

ATTORNEY'S EYES ONLY

BRYANT 00317



TRIAL EXHIBIT 00743-001

EXHIBIT __14__

PAGE __306__

M 0920434

EX 13894-0016



DEPOSITION
EXHIBIT

EX 744-0001

M 0920435

EX 13894-0017

EXHIBIT __14__

PAGE __307__



EX 744-0002

EXHIBIT __14__

PAGE __308__

M 0920436

EX 13894-0018



EX 746-0001

M 0920437

EX 13894-0019

EXHIBIT __14__
PAGE __309__



EX 746-0002

M 0920438

EX 13894-0020

EXHIBIT  14

PAGE  310



DEPOSITION EXHIBIT 778

7/12/2006
IMG_1359.JPG

EXHIBIT 14
PAGE 311

EX 778-0001

M 0920439

EX 13894-0021



EX 778-0002

EXHIBIT _14_

PAGE _312_

M 0920440

EX 13894-0022