# EXHIBIT 15

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-311

**Effective date of
registration:**

July 25, 2008

## Title

Title of Work: Bryant Bratz Pitch Materials A

Nature of Work: Drawings

## Completion/Publication

Year of Completion: 2000

## Author

■    Author: Carter Bryant

Author Created: 2-Dimensional artwork

Work made for hire: No

Citizen of: United States

Year Born: 1968

Anonymous: No                                    Pseudonymous: No

## Copyright claimant

Copyright Claimant: Mattel, Inc

333 Continental Blvd, El Segundo, CA, 90245-5012

Transfer Statement: By assignment

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Robert D Walsh

Date: June 24, 2008

Correspondence: Yes

Page 1 of 1

EXHIBIT **15**

PAGE **313**

M 0920441

EX 13895-0001

IPN#:

Registration #:    VAU000964311

Service Request #:    1-81192193

Mattel, Inc  MJ-1220
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT ___15___

PAGE ___314___

M 0920442

EX 13895-0002

EX 1-0001

DEPOSITION
EXHIBIT

BRYANT 00262

ATTORNEY'S EYES
ONLY



EXHIBIT __15__

PAGE __315__

M 0920443

EX 13895-0003

EX 13895-0004

M 0920444

# Bratz!

Meet the Bratz! The Totally Transformable Teenage dolls! They're four best friends from high school who love to trade clothes, shoes and hairdos! They come to school with a new look every day!

By simply popping off the hairstyle and shoes, and exchanging them for one of their other hairstyles and pairs of shoes, or a friend's hairstyle and shoes, you can create a whole new look! Complete the look by changing their pants or skirts for one of their additional garments!

Each doll comes dressed in a trendy, hip outfit, with one or two additional pieces, such as an additional skirt or t- shirt (for mix and matching.) Each doll also comes with two great hairstyles, 2 great pairs of shoes, and a cool backpack.

ATTORNEY'S EYES ONLY

BRYANT 00263

EXHIBIT 15

PAGE 316

EX 1-0002

EX 1-0003

ATTORNEY'S EYES ONLY
BRYANT 00264

# Meet Zoe!

She's the queen of cool at school
with her short dark brown hair
and funky stompin' sneaks.
Hiphugger jeans, short tee shirt,
and glittery vinyl backpack
complete her daytime look.



EXHIBIT 15

PAGE 317

M 0920445

EX 13895-0005

EX 1-0004

BRYANT 00265

ATTORNEY'S EYES ONLY

To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)



15
318

M 0920446

EX 13895-0006

EX 1-0005

BRYANT 00266

ATTORNEY'S EYES
ONLY

Now she has a whole new look for nighttime fun with the rest of the Bratz gang!



EXHIBIT ___15___
___319___

M 0920447

EX 13895-0007

EX 1-0006

BRYANT 00267

ATTORNEY'S EYES ONLY

## Meet Lupe!

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery tennies, a fun red updo and fresh backpack give her a great look for school!



EXHIBIT _15_

PAGE _320_

M 0920448

EX 13895-0008

EX 1-0007

ATTORNEY'S EYES
ONLY

BRYANT 00268



For partytime, change her into a
short skirt, braids and silver
stompers!

EXHIBIT _15_

_321_

M 0920449

EX 13895-0009

EX 1-0006

ATTORNEY'S EYES ONLY

BRYANT 00269

## Meet Hallidae!

She's got the beat! Ultra trendy street wear 'n' braids for hittin' the books. Jean skirt, boots and knit cap, not to mention a funky bookpack (check out the logos!) give Hallidae a look that is all that!



EXHIBIT _15_

_322_

M 0920450

EX 13895-0010

EX 1-0009

BRYANT 00270

ATTORNEY'S EYES ONLY

On date night, it's a sassy short dress, platforms, and a totally new 'do!

EXHIBIT 15

PAGE 323

M 0920451

EX 13895-0011

EX 1-0010

BRYANT 00271

ATTORNEY'S EYES ONLY

## Meet Jade!

Jade loves far-out fashion! Mary Janes and a baby doll are just perfect for study hall! Twisty hairdo, fringe-y jacket and a sweeter than sweet backpack and Jade is ready for serious school house rock!



EXHIBIT 15

PAGE 324

M 0920452

EX 13895-0012

EX 1-0011

BRYANT 00272

ATTORNEY'S EYES ONLY



For weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!

15
325

M 0920453

EX 13895-0013



DOC. B (2)

DEPOSITION
EXHIBIT
727        9-25-07
Bryant J

EXHIBIT 15
PAGE 326

EX 727-0001

M 0920454

EX 13895-0014

EX 727-0002



DOC. B (2)

15

327

M 0920455

EX 13895-0015

EX 728-0001



DEPOSITION
EXHIBIT
73.8
Bryant J
4-25-07
PENGAD 800-631-6989

EXHIBIT _____15_____

PAGE _____328_____

M 0920456

EX 13895-0016

EX 728-0002



EXHIBIT ____15____

329

M 0920457

EX 13895-0017

EX 780-0001



PENGAD 800-631-6989

DEPOSITION EXHIBIT
7 KC

9-25-07

EXHIBIT 15

PAGE 330

M 0920458

EX 13895-0018

EX 780-0002



15
331

M 0920459

EX 13895-0019

# EXHIBIT 16

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-315**

**Effective date of
registration:**

July 25, 2008

## Title

Title of Work: Bryant Drawings E

Nature of Work: Drawings

## Completion/Publication

Year of Completion: 2000

## Author

■ Author: Carter Bryant

Author Created: 2-Dimensional artwork

Work made for hire: No

Citizen of: United States

Year Born: 1968

Anonymous: No     Pseudonymous: No

## Copyright claimant

Copyright Claimant: Mattel, Inc

333 Continental Blvd, El Segundo, CA, 90245-5012

Transfer Statement: by assignment

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Robert D Walsh

Date: July 24, 2008

Correspondence: Yes

Page 1 of 1

EXHIBIT _16_

PAGE _332_

**M 0920460**

EX 13896-0001

**IPN#:**

**Registration #:**   VAU000964315

**Service Request #:**   1-81192458

Mattel, Inc
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT __16__

PAGE __333__

**M 0920461**

EX 13896-0002



ATTORNEY'S EYES
ONLY

BRYANT 00276

EX 5-0087

M 0920462

EX 13896-0003

EXHIBIT __16__
PAGE __334__



ATTORNEY'S EYES
ONLY

BRYANT 00297

EX 5-0108

EXHIBIT _16_

PAGE _335_

M 0920463

EX 13896-0004



THIS IS
WORK THIS
LIP LOOK
WAIT THE
ACC.

JANE'S
"GLAMOUR"
DRESS

ATTORNEY'S EYES
ONLY

BRYANT 00297



TRIAL EXHIBIT 00724-001

EXHIBIT _____16_____

PAGE _____336_____

M 0920464

EX 13896-0005



DEPOSITION
EXHIBIT
725
Bryant J

EX 725-0001

M 0920465

EX 13896-0006

EXHIBIT __16__

PAGE __337__



EX 725-0002

M 0920466

EX 13896-0007

16
338

# EXHIBIT 17

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-318

**Effective date of
registration:**

July 25, 2008

## Title

| | |
|---|---|
| **Title of Work:** | Bryant Drawings F |
| **Nature of Work:** | Drawings |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1999 |

## Author

| | |
|---|---|
| **Author:** | Carter Bryant |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1968 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Mattel, Inc |
| | 333 Continental Blvd , El Segundo, CA, 90245-5012 |
| **Transfer Statement:** | by assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Robert D Walsh |
| **Date:** | July 24, 2008 |

**Correspondence:** Yes

Page 1 of 1

EXHIBIT _17_

PAGE _339_

M 0920467

EX 13897-0001

**IPN#:**

**Registration #:**    VAU000964318

**Service Request #:**    1-81192480

Mattel, Inc  MI-1220
Robert D  Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT ___17___
PAGE ___340___

**M 0920468**

EX 13897-0002



VAL

ATTORNEY'S EYES ONLY

BRYANT 00100

EX 5-0055

M 0920469

EXHIBIT  17

341

EX 13897-0003



ATTORNEY'S EYES
ONLY

BRYANT 00205

EX 5-0065

M 0920470

EXHIBIT 17
PAGE 342

EX 13897-0004



JARED

ATTORNEY'S EYES
ONLY

BRYANT 00207

EXHIBIT _____ 17

PAGE _____ 343

EX 5-0067

M 0920471

EX 13897-0005





ATTORNEY'S EYES ONLY

BRYANT 00209

EX 5-0069

EXHIBIT __17__

PAGE __344__

M 0920472

EX 13897-0006



ATTORNEY'S EYES
ONLY

BRYANT 00210

EX 5-0070

EXHIBIT _17_

PAGE _345_

M 0920473

EX 13897-0007



VAL

ATTORNEY'S EYES
ONLY

BRYANT 0010

EX 62-0003

EXHIBIT _17_
PAGE _346_

M 0920474

EX 13897-0008



JARED

ATTORNEY'S EYES
ONLY

BRYANT 00207

EXHIBIT  17

PAGE  347

EX 62-0007

M 0920475

EX 13897-0009



ATTORNEY'S EYES
ONLY

BRYANT 00210

EXHIBIT ___17___
PAGE ___348___

EX 62-0009

M 0920476

EX 13897-0010



ATTORNEY'S EYES ONLY

BRYANT 00210

EX 623-0001

EXHIBIT _17_

PAGE _349_

M 0920477

EX 13897-0011

DEPOSITION EXHIBIT 783
9-20-07 DW

EXHIBIT _17_
PAGE _350_

EX 783-0001
M 0920478
EX 13897-0012



EXHIBIT 17
351

EX 783-0002

M 0920479

EX 13897-0013

DEPOSITION
EXHIBIT
784
9-26-07 DR

EX 784-0001

M 0920480

EXHIBIT    17

PAGE    352

EX 13897-0014



17
353

EX 784-0002

M 0920481

EX 13897-0015

DEPOSITION EXHIBIT
785
9-26-07 DR

EXHIBIT __17__

PAGE __354__

EX 785-0001

M 0920482

EX 13897-0016



EXHIBIT  17

PAGE  355

EX 785-0002

M 0920483

EX 13897-0017



EXHIBIT __17__
PAGE __356__

EX 1152-0007

M 0920484

EX 13897-0018



ATTORNEY'S EYES
ONLY

BRYANT 00205

EX 1152-0008

EXHIBIT ___17___

PAGE ___357___

M 0920485

EX 13897-0019



EXHIBIT __17__

PAGE __358__

EX 1152-0009

M 0920486

EX 13897-0020



EXHIBIT __17__

PAGE __354__

EX 1152-0011

M 0920487

EX 13897-0021





JARED

ATTORNEY'S EYES
ONLY

BRYANT 00207

EX 1152-0012

EXHIBIT 17

PAGE 360

M 0920488

EX 13897-0022





JARED

ATTORNEY'S EYES ONLY

BRYANT 00207

EX 10535-0001

M 0920489

EXHIBIT _17_

PAGE _361_

EX 13897-0023



ATTORNEY'S EYES
ONLY

BRYANT 00209

EX 11788-0001

EXHIBIT _____ 17 _____

PAGE _____ 362 _____

M 0920490

EX 13897-0024



ATTORNEY'S EYES
ONLY

BRYANT 00205

EX 11789-0001

EXHIBIT _____ 12 _____

PAGE _____ 363 _____

M 0920491

EX 13897-0025