# EXHIBIT 18

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-319

**Effective date of
registration:**

July 25, 2008

## Title

**Title of Work:** Drawings of Heads
**Nature of Work:** Drawings

## Completion/Publication

**Year of Completion:** 1999

## Author

■ **Author:** Carter Bryant
**Author Created:** 2-Dimensional artwork

**Work made for hire:** No
**Citizen of:** United States
**Year Born:** 1968
**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mattel, Inc,

333 Continental Blvd, El Segundo, CA, 90245-5012

**Transfer Statement:** by assignment

## Limitation of copyright claim

**Previously registered:** Yes

**Previous registration and year:** VAu 715-273     2006

**Basis of current registration:** This is a changed version of the work

**New material included in claim:** Additional artistic work

## Certification

**Name:** Robert D Walsh
**Date:** July 24, 2008

Page 1 of 2

EXHIBIT   18
PAGE   364

M 0920492

EX 13898-0001

Correspondence:  Yes

Page 2 of 2

EXHIBIT   18
PAGE   365

**M 0920493**

EX 13898-0002

IPN#:

**Registration #:**    VAU000964319

**Service Request #:**   1-81192502

Mattel, Inc  MI-1220
Robert D  Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT ___18___

PAGE ___366___

**M 0920494**

EX 13898-0003





ATTORNEY'S EYES ONLY

BRYANT 00192

EX 5-0052

M 0920495

EXHIBIT _18_

PAGE _367_

EX 13898-0004





ATTORNEY'S EYES
ONLY

BRYANT 00214

EX 5-0074

EXHIBIT ___18___

PAGE ___368___

M 0920496

EX 13898-0005







ATTORNEY'S EYES
ONLY

BRYANT 00215

EX 5-0075

EXHIBIT _18_

PAGE _369_

M 0920497

EX 13898-0006



ATTORNEY'S EYES
ONLY

BRYANT 00300

EX 5-0111

EXHIBIT 18
PAGE 370

M 0920498

EX 13898-0007



ATTORNEY'S EYES
ONLY

BRYANT 00301

EX 5-0112

EXHIBIT _18_

PAGE _371_

M 0920499

EX 13898-0008



ATTORNEY'S EYES
ONLY

BRYANT 00302

EX 5-0113

EXHIBIT _18_

PAGE _372_

M 0920500

EX 13898-0009



ATTORNEY'S EYES ONLY

BRYANT 00303

EX 5-0114

EXHIBIT _18_

PAGE _373_

M 0920501

EX 13898-0010



ATTORNEY'S EYES ONLY

BRYANT 00192

EXHIBIT
62

EX 62-0001

EXHIBIT 18

PAGE 374

M 0920502

EX 13898-0011



ATTORNEY'S EYES
ONLY

BRYANT 00214

EXHIBIT _18_

PAGE _375_

EX 62-0011

M 0920503

EX 13898-0012







ATTORNEY'S EYES
ONLY

BRYANT 00215

EX 62-0012

EXHIBIT ___18___

PAGE ___376___

M 0920504

EX 13898-0013



ATTORNEY'S EYES
ONLY

BRYANT 00301

EX 62-0013

EXHIBIT   18
PAGE   377

M 0920505

EX 13898-0014



BRYANT 01003

CONFIDENTIAL
ATTORNEYS EYES
ONLY

EX 62-0014

EXHIBIT __18__

PAGE __378__

M 0920506

EX 13898-0015



CONFIDENTIAL                BRYANT 01243

EX 62-0015

EXHIBIT _____18_____

PAGE _____379_____

M 0920507

EX 13898-0016



JADE



LUPE



ZOE



MALYDAY



Mattel EXHIBIT 624
FOR IDENTIFICATION
PAMELA S. HARRIS, CSR 5509
WITNESS 07
SamieKhare

ATTORNEY'S EYES
ONLY

BRYANT 00192

EX 624-0001

EXHIBIT __18__

PAGE __380__

M 0920508

EX 13898-0017









ATTORNEY'S EYES ONLY

BRYANT 00300



TRIAL EXHIBIT 00708-001

EXHIBIT __18__

PAGE __381__

M 0920509

EX 13898-0018



EXHIBIT   _18_

PAGE   _382_

EX 1152-0001

M 0920510

EX 13898-0019



CONFIDENTIAL   BRYANT 01243

EXHIBIT ___18___

PAGE ___383___

EX 1152-0002

M 0920511

EX 13898-0020



2½" APEX

ACTUAL SIZE

LUPÉ

-LUPE-

SCULPTURAL
DRAWINGS;
HEADS

9/19/99



2½"
APEX

ACTUAL
SIZE

ZOE

-ZOE-



CONFIDENTIAL        Attorney's Eyes Only        BRYANT 01976

EXHIBIT ___18___

PAGE ___384___

EX 1328-0001

M 0920512

EX 13898-0021



SCULPTURAL
DRAWINGS;
HEADS

9/19/99

CONFIDENTIAL    Attorney's Eyes Only    BRYANT 01970

EXHIBIT _18_
PAGE _385_

EX 1328-0002

M 0920513

EX 13898-0022



ATTORNEY'S EYES
ONLY

BRYANT 00214

EXHIBIT ___18___

PAGE ___386___

EX 10537-0001

M 0920514

EX 13898-0023



HALLY DAY



ZOE





ATTORNEY'S EYES
ONLY

BRYANT 00215

EX 10538-0001

EXHIBIT _18_

PAGE _387_

M 0920515

EX 13898-0024



CONFIDENTIAL

BRYANT 01243

EXHIBIT _18_

PAGE _386_

EX 10613-0001

M 0920516

EX 13898-0025



ATTORNEY'S EYES
ONLY

BRYANT 00214

TRIAL EXHIBIT 15180-001

EXHIBIT _____18_____

PAGE _____389_____

M 0920517

EX 13898-0026



HALLYDAY



ZÖE





ATTORNEY'S EYES
ONLY

BRYANT 00215

TRIAL EXHIBIT 15181-001

EXHIBIT __18__

PAGE __390__

M 0920518

EX 13898-0027

# EXHIBIT 19

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 964-320

**Effective date of registration:**

July 25, 2008

## Title

**Title of Work:** Body Drawings

**Nature of Work:** Drawings

## Completion/Publication

**Year of Completion:** 1999

## Author

**Author:** Carter Bryant

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1968

**Anonymous:** No                              **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mattel, Inc

333 Continental Blvd , El Segundo, CA, 90245-5012

**Transfer Statement:** by assignment

## Limitation of copyright claim

**Previously registered:** Yes

**Previous registration and year:** VAu 715-270      2006

**Basis of current registration:** This is a changed version of the work

**New material included in claim:** Additional artistic work

## Certification

**Name:** Robert D Walsh

**Date:** July 24, 2008

Page 1 of 2

EXHIBIT ___19___

PAGE ___391___

M 0920519

EX 13899-0001

Correspondence:   Yes

EXHIBIT _____ 19

PAGE _____ 342

**M 0920520**

EX 13899-0002

IPN#:

**Registration #:** VAU000964320

**Service Request #:** 1-81192524

Mattel, Inc MI-1220
Robert D Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT _19_

PAGE _393_

**M 0920521**

EX 13899-0003



ATTORNEY'S EYES
ONLY

BRYANT 00196

EX 5-0056

EXHIBIT _____19_____

PAGE _____344_____

M 0920522

EX 13899-0004



ATTORNEY'S EYES
ONLY

BRYANT 00198

EX 5-0058

EXHIBIT _____ 19 _____

PAGE _____ 345 _____

M 0920523

EX 13899-0005



ATTORNEY'S EYES
ONLY                    BRYANT 00202

EX 5-0062

EXHIBIT ___19___

PAGE ___396___

M 0920524

EX 13899-0006



? 90?. ?

ATTORNEY'S EYES
ONLY

BRYANT 00211

EX 5-0071

EXHIBIT ___19___
PAGE ___397___

M 0920525

EX 13899-0007

9-10" tall
14-15yrs old

Nov 7st

JOINTED HERE, @ SHOULDERS

JOINTED @ HIPS

SCULPTED FINGERNAILS

removable ankles

BASIC STK SCULPT

ATTORNEY'S EYES ONLY

BRYANT 00277

EX 5-0088

M 0920526

EX 13899-0008

EXHIBIT __19__
PAGE __398__



JOINTED HERE, @ SHOULDERS

JOINTED @ HIPS

SCULPTED FINGERNAILS

BASIC SHOE SCULPT.

ATTORNEY'S EYES ONLY

BRYANT 00290

EX 5-0101

EXHIBIT 19
PAGE 399

M 0920527

EX 13899-0009

9-10' tall

14-year old

Nwight

JOINTED HERE, @ SHOULDERS

JOINTED @ HIPS

SCULPTED FINGERNAILS

removeable ankles

BASIC 5TH SCULPT

ATTORNEY'S EYES ONLY

BRYANT 00277

Def's
Exhibit no. 35
Date: 12/06/04
P. Prince

35-1

TRIAL EXHIBIT 00035-001

EXHIBIT 19

PAGE 400

M 0920528

EX 13899-0010



JOINTED HERE, @ SHOULDERS

JOINTED @ HIPS

SCULPTED FINGERNAILS

BASIC STK SCULPT

ATTORNEY'S EYES ONLY

BRYANT 00290

TRIAL EXHIBIT 00035-003

EXHIBIT ___19___

PAGE ___401___

M 0920529

EX 13899-0011

ATTORNEY'S EYES ONLY          BRYANT 00202

EX 62-0005

EXHIBIT _____19_____

PAGE _____402_____

M 0920530

EX 13899-0012



? 90? ?

ATTORNEY'S EYES
ONLY

BRYANT 00241

EX 62-0010

EXHIBIT ___19___

PAGE ___403___

M 0920531

EX 13899-0013

ATTORNEY'S EYES
ONLY

BRYANT 00202

TRIAL EXHIBIT 00621-001

EXHIBIT _19_

PAGE _404_

M 0920532

EX 13899-0014



DEPOSITION
EXHIBIT
764
Bryant J  9-25-07

EX 764-0001

EXHIBIT _19_
PAGE _405_

M 0920533

EX 13899-0015



EX 764-0002

EXHIBIT  19

PAGE  406

M 0920534

EX 13899-0016



DEPOSITION
EXHIBIT
765
Bryant J 3-25-07

EX 765-0001

M 0920535

EX 13899-0017

EXHIBIT _____ 19 _____

PAGE _____ 407 _____



EX 765-0002

19
408

M 0920536

EX 13899-0018



ATTORNEY'S EYES ONLY          BRYANT 00202



TRIAL EXHIBIT 00767-001

EXHIBIT _____ 19

PAGE _____ 409

M 0920537

EX 13899-0019



DEPOSITION
EXHIBIT
768
Bryant J

EX 768-0001

EXHIBIT  19
PAGE  410

M 0920538

EX 13899-0020

EX 768-0002

EXHIBIT ___19___

PAGE ___411___

M 0920539

EX 13899-0021



EX 770-0001

M 0920540

EX 13899-0022

EXHIBIT _____ 19

PAGE _____ 412



ATTORNEY'S EYES ONLY   BRYANT 00211

EX 770-0002

19
413

M 0920541

EX 13899-0023

Sculptural Body Drawing; 9/19/99
To be used for all dolls

Jointed here, @ shoulders

Jointed @ hips

Sculpted fingernails

Total doll height w/ head: 11½" — 12"

9"

ACTUAL SIZE

Basic shoe sculpt

2" Appx

2¼" Appx

CONFIDENTIAL          Attorney's Eyes Only          BRYANT 01975

DEPOSITION EXHIBIT

EXHIBIT   19
PAGE      414

EX 1327-0001

M 0920542

EX 13899-0024



EXHIBIT ___19___

PAGE ___415___

EX 1327-0002

M 0920543

EX 13899-0025

? 90%0 ?

ATTORNEY'S EYES ONLY

BRYANT 00211

1752.1

EX 1752-0001

M 0920544

EXHIBIT 19

PAGE 416

EX 13899-0026

Exhibit no. 1752
Date: 1/24/08
Tonnu P. Pyburn
(4 pgs)



ATTORNEY'S EYES
ONLY

BRYANT 00196

TRIAL EXHIBIT 15176-001

EXHIBIT _19_

PAGE _417_

M 0920545

EX 13899-0027



ATTORNEY'S EYES
ONLY

BRYANT 00198

TRIAL EXHIBIT 15177-001

EXHIBIT _____ 19 _____

PAGE _____ 418 _____

M 0920546

EX 13899-0028