# EXHIBIT 20

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 964-321**

**Effective date of registration:**

July 25, 2008

## Title
- **Title of Work:** Body and Head Sculpture
- **Nature of Work:** Sculpture

## Completion/Publication
- **Year of Completion:** 2000

## Author
- **Author:** Carter Bryant
- **Author Created:** 3-Dimensional Sculpture
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1968
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** Mattel, Inc
  333 Continental Blvd, El Segundo, CA, 90245-5012
- **Transfer Statement:** by assignment

## Limitation of copyright claim
- **Previously registered:** No

## Certification
- **Name:** Robert D Walsh
- **Date:** July 24, 2008

- **Correspondence:** Yes

Page 1 of 1

EXHIBIT 20

PAGE 419

M 0920547

EX 13900-0001

IPN#:

Registration #:   VAU000964321

Service Request #:   1-81192546

Mattel, Inc  MI-1220
Robert Walsh
333 Continental Blvd
El Segundo, CA 90245-5012

EXHIBIT __20__

PAGE __420__

M 0920548

EX 13900-0002



Confidential - Attorney's Eyes Only

MGA HK 0011156

EXHIBIT 20
PAGE 421

TRIAL EXHIBIT 1105-002

M 0920549

EX 13900-0003



EXHIBIT 1136

EXHIBIT 20
PAGE 422

EX 1136-0001
M 0920550
EX 13900-0004



EXHIBIT 20

PAGE 423

EX 1136.0002

M 0920551

EX 13900-0005



EXHIBIT 20

PAGE 424

EX 1136-0003

M 0920552

EX 13900-0006



EXHIBIT 20
PAGE 425

EX 1136.0004
M 0920553
EX 13900-0007



EXHIBIT 20
PAGE 426

EX 1126 0005
M 0920554
EX 13900-0008