Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@ glaserweil.com
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:   310-553-3000
Facsimile:   310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone:   310-312-2000
Facsimile:   310-312-3100

Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT, CENTRAL
DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with: Case No. CV 04-9059, Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**<br><br>**DECLARATION OF AMMAN A. KHAN IN SUPPORT OF MGA'S REPLY RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS FROM MGA'S SECOND AND FIFTH SETS OF REQUESTS FOR PRODUCTION AND RESPONSES TO MGA'S SECOND SET OF INTERROGATORIES TO MATTEL, INC.**<br><br>[Honorable Stephen G. Larson]<br><br>**Phase 2**<br>Discovery Cut-off:  December 11, 2009<br>Pre-Trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

675784

**DECLARATION OF AMMAN A. KHAN**

# DECLARATION OF AMMAN A. KHAN

I, Amman A. Khan, hereby declare that:

1.  I am an attorney at law, duly licensed to practice before all Courts of the State of California, and am a partner of the law firm of Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP, Phase 2 attorneys of record herein for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.  I submit this declaration in support of MGA's Reply re: Motion to Compel Production of Documents and Things from MGA's Second and Fifth Sets of Requests for Production and Responses to MGA's Second Set of Interrogatories to Mattel, Inc. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2.  On more than one occasion, Mattel has filed discovery motions even after receiving MGA's agreement to provide the requested materials or information and/or after MGA had, in fact, provided the requested materials or information.  By way of example, I agreed both orally and in writing that MGA would produce documents responsive to Mattel's First Set of RFPs No. 48 and Third Set of RFPs Nos. 43 through 75, and had in fact produced over 95% of the responsive documents in its possession, custody or control by March 27, 2009.  Further, I informed counsel for Mattel that MGA's production would be completed by the following week. Nonetheless, on April 3, 2009, Mattel filed its Motion to Compel Production of Documents and Things by MGA As Called For By Mattel's First Set of RFPs No. 48, and Third Set of RFPs Nos. 43 through 75.  Mattel refused to withdraw the motion until after MGA filed its opposition to the motion.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 4th day of May, 2009, in Los Angeles, California.

                                          /s/ Amman A. Khan
                                          Amman A. Khan

675784