Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@glaserweil.com
GLASER, WEIL, FINK, JACOBS,
 HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: 310-553-3000
Facsimile: 310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone: 310-312-2000
Facsimile: 310-312-3100

Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-09059 and Case No. 05-02727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]<br><br>**MGA PARTIES' NOTICE OF LODGING OF PREVIOUSLY FILED DECLARATIONS**<br><br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: March 1, 2009<br>Trial Date: March 23, 2010 |

675762

MGA PARTIES' NOTICE OF LODGING

1  Pursuant to Local Rule 5-1, the MGA Parties hereby respectfully lodge the
2  following documents, which have previously been filed in this action, as a
3  convenience to the Court:

5  1. DECLARATION OF AMMAN A. KHAN IN SUPPORT OF MGA
6  PARTIES' OPPOSITION TO MOTION TO COMPEL DEPOSITIONS
7  OF PABLO VARGAS AND MARIANA TRUEBA AND REQUEST
8  FOR SANCTIONS (dated February 12, 2009, and filed under seal
9  pursuant to protective order);

10  2. DECLARATION OF SUSANA KUEMMERLE IN SUPPORT OF
11  MGA PARTIES' OPPOSITION TO MOTION TO COMPEL
12  DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA
13  AND REQUEST FOR SANCTIONS (dated February 12, 2009, and filed
14  under seal pursuant to protective order); and

15  3. DECLARATION OF JASON RUSSELL IN SUPPORT OF MGA
16  PARTIES' OPPOSITION TO MOTION TO COMPEL DEPOSITIONS
17  OF PABLO VARGAS AND MARIANA TRUEBA AND REQUEST
18  FOR SANCTIONS (dated February 12, 2009).

Dated: May 4, 2009

Patricia L. Glaser
Joel N. Klevens
GLASER, WEIL, FINK, JACOBS
 HOWARD & SHAPIRO, LLP

Russell J. Frackman
MITCHELL, SILBERBERG & KNUPP, LLP


By: _____/s/ Amman A. Khan_____
      Amman A. Khan
      Attorneys for the MGA Parties
      for Phase Two

675762

1

MGA PARTIES' NOTICE OF LODGING