| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | John B. Quinn (Bar No. 090378) (johnquinn@quinnemanuel.com) |
| 3 | Michael T. Zeller (Bar No. 196417) (michaelzeller@quinnemanuel.com) |
| 4 | Jon D. Corey (Bar No. 185066) (joncorey@quinnemanuel.com) |
| 5 | 865 South Figueroa Street, 10th Floor Los Angeles, California  90017-2543 |
| 6 | Telephone:   (213) 443-3000 Facsimile:   (213) 443-3100 |
| 7 | |
| 8 | Attorneys for Mattel, Inc. |
| 9 | ERVIN COHEN & JESSUP LLP |
| 10 | Randall S. Leff (Bar No. 77148) (rleff@ecjlaw.com) |
| 11 | 9401 Wilshire Blvd., 9th Floor Beverly Hills, CA  90210 |
| 12 | Telephone:   (310) 281-6346 Facsimile:   (310) 887-6818 |
| 13 | Attorneys for Patrick Fraioli, Jr., Court-Appointed Temporary Receiver for MGA Entertainment, Inc. |
| 14 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| 19 | CARTER BRYANT, an individual, | Case No. CV 04-9049 SGL (RNBx) |
| 20 | Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 21 | v. | **STIPULATION EXTENDING DEADLINE FOR RECEIVER TO COMPLY WITH DECEMBER 3, 2008 AND APRIL 27, 2009 ORDERS** |
| 22 | MATTEL, INC., a Delaware Corporation, | |
| 23 | Defendant. | |
| 24 | | |
| 25 | AND CONSOLIDATED CASES | |

07975/2916704.1

STIPULATION RE EXTENSION OF DEADLINE

1   WHEREAS, pursuant to the Court's December 3, 2008 Order Granting
Mattel's Motion for Permanent Injunction ("Permanent Injunction Order"), the
Court's December 3, 2008 Omnibus Order and the Court's April 27, 2009 Order,
MGA Entertainment, Inc. ("MGA") was or will be required to:

1. Post in legible and conspicuous print on the home page of its web site a copy of the entire Notice set forth at paragraph 6 of the Permanent Injunction Order beginning April 28, 2009 and continuing for a period of no less than 120 days;

2. Contact (by fax or electronic mail) by April 29, 2009 any retailer, distributor, wholesaler, importer, exporter, customer, licensee or any other person to or through whom MGA has shipped, transferred, imported, exported or sold any doll or other item that is the subject of the Permanent Injunction Order, or whom MGA has contacted within the past 90 days in marketing, promoting or advertising any such doll or item, and provide such persons a copy of the Permanent Injunction Order and Notice at paragraph 6 therein;

3. Serve by May 5, 2009 a sworn declaration setting forth information on products and items referenced in paragraphs 1(a)-(k) and/or 2(a)-(h) of the Permanent Injunction Order;

4. Identify by May 11, 2009 (a) all trademark registrations and applications that include the terms "Bratz" or "Jade," (b) all marks that include the terms "Bratz" or "Jade," and (c) all domain names and domain name registrations that include the terms "Bratz" or "Jade";

WHEREAS, the Court appointed Patrick A. Fraioli, Jr., Esq. temporary receiver of MGA pursuant to its April 27, 2009 Order; and

WHEREAS, the Court-Appointed Temporary Receiver has requested on behalf of MGA, and Mattel has agreed, that MGA may have until May 19, 2009 to comply with certain requirements, summarized in paragraphs 1-4 above, of the Permanent Injunction Order, unless the Temporary Receiver is removed or his

1  authority is terminated prior to May 18, 2009.

3  NOW, THEREFORE, the Temporary Receiver, not individually but as Temporary Receiver of MGA, and Mattel, Inc., by and through its counsel of record, and subject to the Court's approval, hereby stipulate and agree that MGA shall have (a) until and through Tuesday, May 19, 2009 or else (b) until such time as the Temporary Receiver is removed or his authority is terminated, whichever date is earlier, to comply with those portions of the Permanent Injunction Order as summarized in paragraphs 1 through 4 above.

IT IS SO STIPULATED.

Dated:   May 4, 2009        ERVIN COHEN & JESSUP LLP

By: /s/ Randall S. Leff
Randall S. Leff
Attorneys for Patrick Fraioli, Jr., Court-Appointed Temporary Receiver for MGA Entertainment, Inc.

Dated:   May 4, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.