QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

ERVIN COHEN & JESSUP LLP
  Randall S. Leff (Bar No. 77148)
  (rleff@ecjlaw.com)
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90210
Telephone: (310) 281-6346
Facsimile: (310) 887-6818

Attorneys for Patrick Fraioli, Jr.,
Court-Appointed Temporary Receiver for
MGA Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**[PROPOSED] ORDER RE STIPULATION EXTENDING DEADLINE FOR RECEIVER TO COMPLY WITH DECEMBER 3, 2008 AND APRIL 27, 2009 ORDERS** |

07975/2850492.1

[PROPOSED] ORDER

# [PROPOSED] ORDER

Based on the concurrently filed Stipulation Extending Deadline For Receiver To Comply With December 3, 2008 And April 27, 2009 Orders, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

MGA shall have (a) until and through Tuesday, May 19, 2009 or else (b) until such time as the Temporary Receiver is removed or his authority is terminated, whichever date is earlier, to comply with those portions of the Permanent Injunction Order as summarized in paragraphs 1 through 4 below:

1. Post in legible and conspicuous print on the home page of its web site a copy of the entire Notice set forth at paragraph 6 of the Permanent Injunction Order for a period of no less than 120 days;

2. Contact (by fax or electronic mail) any retailer, distributor, wholesaler, importer, exporter, customer, licensee or any other person to or through whom MGA has shipped, transferred, imported, exported or sold any doll or other item that is the subject of the Permanent Injunction Order, or whom MGA has contacted within the past 90 days in marketing, promoting or advertising any such doll or item, and provide such persons a copy of the Permanent Injunction Order and Notice at paragraph 6 therein;

3. Serve a sworn declaration setting forth information on products and items referenced in paragraphs 1(a)-(k) and/or 2(a)-(h) of the Permanent Injunction Order;

4.  Identify (a) all trademark registrations and applications that include the terms "Bratz" or "Jade," (b) all marks that include the terms "Bratz" or "Jade," and (c) all domain names and domain name registrations that include the terms "Bratz" or "Jade".

DATED: _____, 2009  _____
Hon. Stephen G. Larson
United States District Judge