THOMAS J. NOLAN (SBN 66992)
tnolan@skadden.com
JASON D. RUSSELL (SBN 169219)
jrussell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys For Defendants
MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Assigned to: Honorable Stephen G. Larson<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>**PERMANENT INJUNCTION APPEAL** |

Defendants/Appellants MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (the "MGA Parties") appeal to the United States Court of Appeals for the Ninth Circuit from the following Orders dated December 3, 2008, as amended by orders dated January 7, 2009 and April 27, 2009, by the United States District Court for the Central District of California, each of which grants, continues, and/or refuses to modify an injunction, and/or is inextricably intertwined with an injunctive order (collectively, the "December 3, January 7 and April 27 Injunctive Orders"):

(1) Order Granting Mattel, Inc.'s Motion for Permanent Injunction, dated December 3, 2008;

(2) Order Granting Mattel, Inc.'s Motion for Declaratory Judgment, dated December 3, 2008;

(3) Order Granting Mattel, Inc.'s Motion for Constructive Trust and For Finding Liability and Injunctive Relief Pursuant to Cal. Bus. & Prof. Code § 17200, dated December 3, 2008;

(4) Order Finding In Favor of Mattel As to The MGA Parties' Affirmative Defenses; Order Granting Mattel's Motion for Declaratory Judgment; Order Granting Mattel's Motion for Constructive Trust and § 17200 Injunctive Relief; Order Granting Mattel's Motion for Permanent Injunction; Order Denying As Moot Motion to Strike Portions of Hutnyan Declarations and Exhibits Thereto; Order Denying Motion to Strike the Proctor, Keiser, and Hollander Declarations, dated December 3, 2008;

(5) Order Modifying Stay of Permanent Injunction, dated January 7, 2009;

(6) Order Lifting Stay on Permanent Injunction; Order Granting in Part and Denying in Part MGA's Motion for Judgment as a Matter of Law; Order Amending in Part Order re Finding of Liability Pursuant to Cal. Bus. & Profs. Code § 17200, dated April 27, 2009.

1   Copies of these orders are attached as Exhibits A, B, C, D, E and F respectively.

2         In addition, the MGA Parties appeal any prior interlocutory order to the extent
3   it gave rise to, or decides issues inextricably linked with, the Court's December 3,
4   January 7 and April 27 Injunctive Orders, including, but not limited to, the following
5   orders:

6       (1)  Order Regarding Mattel's Motion for Leave to Amend, dated January 12,
7           2006;
8       (2)  Order Granting in Part, Denying in Part, and Deferring in Part the
9           Parties' Motions for Partial Summary Judgment, dated April 25, 2008;
10      (3)  Order re Motion for Reconsideration; Order re The Parties' Motions for
11          Partial Summary Judgment, dated May 21, 2008;
12      (4)  Order re Statute of Limitations Defense, dated May 27, 2008;
13      (5)  Further and Final Order re Statute of Limitations Defense, dated June 2,
14          2008;
15      (6)  Final Jury Instructions as Given, dated July 10, 2008;
16      (7)  Final Verdict Form as Given, dated July 17, 2008;
17      (8)  Order Denying Motion for Mistrial, dated August 8, 2008;
18      (9)  Post-Phase 1A Order re Motion for Partial Summary Judgment On The
19          Issue of Substantial Similarity, dated July 24, 2008;
20     (10)  Order re MGA's Motion for Clarification/Reconsideration, dated
21          August 15, 2008;
22     (11)  Court's Phase B Jury Instructions as Given, Dated August 20, 2008;
23     (12)  Phase B Verdict Form as Given, dated August 26, 2008; and
24  Copies of these orders are attached as Exhibits G through R.
25

26        The United States Court of Appeals for the Ninth Circuit has jurisdiction over
27  this appeal under 28 U.S.C. § 1292(a)(1) because the Orders are granting, continuing,
28

3

MGA PARTIES' NOTICE OF APPEAL – CASE NO. CV 04-9049 SGL (RNBx)

1  modifying, and/or refusing to modify injunctive orders and/or are inextricably bound
2  up with injunctive orders from which the appeal is taken.

Dated:  May 4, 2009                         SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP


By:  _____/s/ Thomas J. Nolan_____
       Thomas J. Nolan
       Attorneys for the MGA Parties