THOMAS J. NOLAN (SBN 66992)
tnolan@skadden.com
JASON D. RUSSELL (SBN 169219)
jrussell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Telephone: (213)  687-5000
Facsimile: (213) 687-5600

Attorneys For Defendants
MGA Entertainment, Inc., MGA
Entertainment (HK) Limited, and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,, | Case No. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| vs. | Assigned to: Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation,, | **REPRESENTATION STATEMENT ACCOMPANYING NOTICE OF APPEAL** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | |

## REPRESENTATION STATEMENT

The undersigned counsel represent Appellants MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian, as well as Counter Defendant MGAE de Mexico, S.R.L. de C.V.  The attached service list identifies all parties in the action and their counsel, as required by Fed. R. App. Proc. 12(b) and Ninth Circuit Rule 3-2(b).


Dated:  May 4, 2009                    SKADDEN, ARPS, SLATE, MEAGHER &
                                       FLOM, LLP


                                       By:  _____/s/ Thomas J. Nolan_____
                                                     Thomas J. Nolan
                                             Attorneys for the MGA Parties

1

## SERVICE LIST

2

**Counsel for Defendant/Appellee Mattel, Inc.**

3

John B. Quinn
johnquinn@quinnemanuel.com

4

Michael T. Zeller
michaelzeller@quinnemanuel.com

5

Jon D. Corey
joncorey@quinnemanuel.com

6

Brett Dylan Proctor
dylanproctor@quinnemanuel.com

7

QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
865 S. Figueroa St., 10th Floor

8

Los Angeles, CA  90017-2543
Tel:  (213) 443-3000

9

Fax:  (213) 443-3100

10

Sanford I. Weisburst
sandyweisburst@quinnemanuel.com

11

QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
51 Madison Avenue 22nd Floor

12

New York, NY 10010
Tel:  (212) 849-7170

13

Fax:  (212) 849-7100

14

**Counsel for Counter-Defendants/Appellants MGA Entertainment, Inc., MGA Entertainment HK Limited, and Isaac Larian:**

15

16

Thomas J. Nolan
tnolan@skadden.com

17

Jason D. Russell
jrussell@skadden.com

18

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
300 S. Grand Ave., Ste. 3400

19

Los Angeles, CA  90071-3144
Tel:  (213) 687-5000

20

Fax:  (213) 687-5600

21

Mark E. Haddad
mhaddad@sidley.com

22

Robert A. Holland
rholland@sidley.com

23

Alycia A. Degen
adegen@sidley.com

24

SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000

25

Los Angeles, CA  90013-1010
Tel: (213) 896-6000

26

Fax: (213) 896-6600

27

[notice of appearance to be filed in the United States Court of Appeals for the Ninth Circuit]

28

3

1  **Counsel for Counter Defendant MGAE De Mexico SRL De Cv:**

2  Patricia L. Glaser
   pglaser@glaserweil.com
3  GLASER WEIL FINK JACOBS AND SHAPIRO
   10250 Constellation Blvd., 19th Floor
4  Los Angeles, CA  90067
   Tel:  (310) 553-3000
5  Fax:  (310) 556-2920

6  Russell J Frackman
   rjf@msk.com
7  MITCHELL SILBERBERG & KNUPP
   11377 W. Olympic Blvd.
8  Los Angeles, CA  90064-1683
   Tel:  (310) 312-3132
9  Fax:  (310) 312-3788

10 **Counsel for Plaintiff Carter Bryant:**

11 Peter H. Bonis
   PETER H. BONIS LAW OFFICES
12 1990 N. California Blvd., 8th Floor
   Walnut Creek, CA  94596
13 Tel:  (925) 287-6428

14 **Counsel for Counter Defendant Carlos Gustavo Machado Gomez:**

15 Alexander H. Cote
   acote@obsklaw.com
16 Mark E. Overland
   moverland@obsklaw.com
17 David C. Scheper
   dscheper@obsklaw.com
18 OVERLAND BORENSTEIN SCHEPER & KIM
   601 West Fifth Street, 12th Floor
19 Los Angeles, CA  90071-2025
   Tel:  (213) 613-4655
20 Fax:  (213) 613-4656

21 Leah Chava Gershon
   leah@spertuslaw.com
22 JAMES W. SPERTUS LAW OFFICES
   12100 Wilshire Blvd., Ste. 620
23 Los Angeles, CA  90025
   Tel:  (310) 826-4700

24

25

26

27

28

4

1  **Counsel for Third Party Defendant Anne Wang:**

2  Linda M. Burrow
   burrow@caldwell-leslie.com
3  CALDWELL LESLIE AND PROCTOR PC
   1000 Wilshire Blvd., Suite 600
4  Los Angeles, CA  90017
   Tel:  (213) 629-9040
5  Fax:  (213) 629-9022

6  **Counsel for Limited Intervenor Omni 808 Investors LLC**

7  Todd E. Gordinier
   Todd.gordinier@bingham.com
8  BINGHAM McCUTCHEN
   600 Anton Blvd., 18th Floor
9  Costa Mesa, CA  92626
   Tel:  (714) 830-0600
10 Fax:  (714) 830-0700

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REPRESENTATION STATEMENT ACCOMPANYING NOTICE OF APPEAL
CASE NO. CV 04-9049 SGL (RNBx)