

| USCA DOCKET # (IF KNOWN) |
|---|
|  |

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: Central California | JUDGE: Stephen G. Larson |
|---|---|---|
| Carter Bryant v. Mattel Inc., consolidated with Mattel Inc. v. Carter Bryant MGA Entertainment Inc. v. Mattel, Inc. | DISTRICT COURT NUMBER: 04-09049 SGL (RBNx) | |
| | DATE NOTICE OF APPEAL FILED: May 4, 2009 | IS THIS A CROSS APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): 08-57015 (MGA v Mattel); 08-73438 (In re MGA); 05-55696 (Mattel v Bryant) | |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**

Action by Mattel Inc. against MGA Entertainment, Inc., MGA Entertainment HK, LTD., and Issac Larian on copyright infringement, aiding and abetting breach of fiduciary duty and duty of loyalty, intentional interference with contract, conversion, and unfair competition proceeded to trial with verdict and damages for Mattel Inc.  Post-trial, Court entered orders granting permanent injunctive relief and awarding ownership and ordering transfer of intellectual property.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**

Appellants MGA Entertainment, Inc., MGA Entertainment HK, LTD., and Isaac Larian seek reversal of the District Court's orders granting Appellee Mattel Inc. a permanent injunction against further copyright infringement (including an order for recall, impoundment, and destruction), permanent injunction against further use of certain marks, declaratory judgment and constructive trust transferring ownership of Appellants copyrights, trademarks, and other intellectual property to Appellee.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**

Phase 2 of this bifurcated action is set for trial beginning March 23, 2010.  In addition, the court will hold a hearing on appointment of a permanent receiver on May 18, 2009.

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of Settlement
☐ Likelihood that intervening precedent will control outcome of appeal
☒ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify)

Motion to Expedite to be filed.  Motion to Stay Enforcement of Injunctions may be filed if denied by the District Court.

☐ Any other information relevant to the inclusion of this case in the Mediation Program

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

### JURISDICTION

**FEDERAL**
- ☒ FEDERAL QUESTION
- ☐ DIVERSITY
- ☐ OTHER (SPECIFY):

**APPELLATE**
- ☐ FINAL DECISION OF DISTRICT COURT
- ☒ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT
- ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):
- ☐ OTHER (SPECIFY):

### DISTRICT COURT DISPOSITION

**TYPE OF JUDGMENT/ORDER APPEALED**
- ☐ DEFAULT JUDGMENT
- ☐ DISMISSAL/JURISDICTION
- ☐ DISMISSAL/MERITS
- ☐ SUMMARY JUDGMENT
- ☐ JUDGMENT/COURT DECISION
- ☐ JUDGMENT/JURY VERDICT
- ☒ DECLARATORY JUDGMENT
- ☐ JUDGMENT AS A MATTER OF LAW
- ☒ OTHER (SPECIFY): Orders Granting Constructive Trust and Permanent Injunction

**RELIEF**
- ☐ DAMAGES:
  - SOUGHT $
  - AWARDED $
- ☒ INJUNCTIONS:
  - ☐ PRELIMINARY
  - ☒ PERMANENT
  - ☒ GRANTED
  - ☐ DENIED
- ☐ ATTORNEY FEES:
  - SOUGHT $
  - AWARDED $
- ☐ PENDING
- ☐ COSTS: $

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

| Signature | Date |
|---|---|
| /s/ Thomas J. Nolan | May 4, 2009 |

## COUNSEL WHO COMPLETED THIS FORM

| | |
|---|---|
| NAME | Thomas J. Nolan |
| FIRM | Skadden, Arps, Slate, Meagher & Flom LLP |
| ADDRESS | 300 South Grand Avenue, Suite 3400 |
| CITY | Los Angeles |
| STATE | CA |
| ZIP CODE | 90071 |
| E-MAIL | tnolan@skadden.com |
| TELEPHONE | 213-687-5000 |
| FAX | 213-687-5600 |

**\*\*THIS DOCUMENT SHOULD BE FILED IN DISTRICT COURT WITH THE NOTICE OF APPEAL. \*\***
**\*\*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS.\*\***