Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 26, REGARDING:**<br><br>**TAKING THE HEARING SCHEDULED FOR MAY 5, 2009 OFF CALENDAR** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

1   Having reviewed all of the points and authorities and related papers
2   submitted by the interested parties regarding the (1) the Motion for Reconsideration
3   of the Discovery Master's Order No. 3 filed by Mattel, Inc., (2) the Motion to
4   Quash Subpoena Issued by Mattel, Inc. to Non-Party Bingham McCutchen LLP,
5   and (3) the Motion to Compel Bingham McCutchen LLP to Produce Documents
6   Responsive to a Subpoena (collectively, the "Motions"), the Discovery Master
7   determines that it is not necessary to conduct a hearing prior to issuing a ruling on
8   the Motions.   In reaching this conclusion, the Discovery Master notes that the
9   interested parties have provided voluminous written submissions, including
10  evidence, in connection with the Motions.   The Discovery Master will promptly
11  issue the ruling disposing of the Motions without oral argument.  Accordingly, the
12  hearing scheduled for May 5, 2009 at 8:30 a.m. is hereby **ORDERED** off calendar.
13  All other future hearings remain on calendar as previously scheduled.

14  In light of the above order, the request by Skadden, Arps, Slate, Meagher &
15  Flom LLP to continue the hearing on the Motion for Reconsideration of Order No.
16  3 due to a "possible conflict of interest" with the MGA Parties is **DENIED** as moot.

18  Dated:      May 4, 2009

20              By:      /s/ Robert C. O'Brien
21                       ROBERT C. O'BRIEN
                         Discovery Master

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

ORDER NO. 26
[Case No. CV 04-09049 SGL (RNBx)]