Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@ glaserweil.com
GLASER, WEIL, FINK, JACOBS
 HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:   310-553-3000
Facsimile:   310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone:   310-312-2000
Facsimile:   310-312-3100

Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**Hon. Stephen J. Larson**<br><br>**NOTICE OF ERRATA RE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S 4/13/09 MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 DENYING MATTEL, INC.'S MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA**<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-Trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

675833

**NOTICE OF ERRATA RE MGA PARTIES' OPPOSITION TO MATTEL'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the MGA Parties hereby submit the following correction to the MGA PARTIES' OPPOSITION TO MATTEL, INC.'S 4/13/09 MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 DENYING MATTEL, INC.'S MOTION TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA (the "Opposition"):

1. The caption page to the Opposition, which was designated "Confidential – Attorneys' Eyes Only," inadvertently states "Declaration of Lisa M. Zepeda filed concurrently herewith," but should state "Notice of Lodging of Previously Filed Declarations and Supplemental Declaration of Amman A. Khan filed and served concurrently herewith."

Dated: May 5, 2009

Patricia L. Glaser
Joel N. Klevens
GLASER, WEIL, FINK, JACOBS
 HOWARD & SHAPIRO, LLP

Russell J. Frackman
MITCHELL, SILBERBERG & KNUPP, LLP

By: _____/s/ Lisa M. Zepeda_____
     Lisa M. Zepeda
     Attorneys for the MGA Parties
     for Phase Two

675833

**2**
**NOTICE OF ERRATA RE MGA PARTIES' OPPOSITION TO MATTEL'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11**