QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS; AND EXHIBIT 5 TO SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2916221.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal the Reply in Support of Mattel, Inc.'s
4  Motion for Leave to File Third Amended Answer and Counterclaims (the "Reply"),
5  and Exhibit 5 to the Supplemental Declaration of Scott B. Kidman in Support of
6  Mattel, Inc.'s Motion for Leave to File Third Amended Answer and Counterclaims
7  (the "Declaration").
8      The Reply and Declaration include materials that MGA and the Court
9  have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant
10 to the Protective Order.  MGA has designated Exhibit 5 to the Declaration as
11 "Confidential."  The Reply references and quotes from this document, and from
12 others the Court has designated "Confidential--Attorneys' Eyes Only."  Accordingly,
13 Mattel requests that the Court order that the Reply and Exhibit 5 to the Declaration
14 be filed under seal.

DATED: May 4, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Cyrus N. Naim
Cyrus N. Naim
Attorneys for Mattel, Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On May 4, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS; AND EXHIBIT 5 TO SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan<br>Jason D. Russell<br>Skadden Arps Slate Meagher & Flom<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | *Attorneys for MGA Parties* |
| Mark E. Overland<br>David C. Sheper<br>Alexander H. Cote<br>Overland Borenstein Scheper & Kim LLP<br>601 West Fifth Street, 125th Floor<br>Los Angeles, CA 90071 | *Attorneys for Carlos Gustavo Machado Gomez* |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 4, 2009, at Los Angeles, California.

/s/ Pedro Miranda
Pedro Miranda - APEX Attorney Services

07975/2916379.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On May 4, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS; AND EXHIBIT 5 TO SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN** on the parties in this action as follows:

| | |
|---|---|
| Patricia Glaser<br>Glaser Weil Fink Jacobs & Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA 90067 | *Attorneys for MGA Parties* |
| Russell J. Frackman<br>Mitchell Silberberg<br>11377 West Olympic Boulevard<br>Los Angeles, CA 90064 | *Attorneys for MGA Parties* |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 4, 2009, at Los Angeles, California.

/s/ Wilbert Gutierrez
Wilbert Gutierrez - APEX Attorney Services

07975/2916364.1