QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS; AND EXHIBIT 5 TO SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Reply in Support of Mattel, Inc.'s Motion for Leave to File Third Amended Answer and Counterclaims; and Exhibit 5 to the Supplemental Declaration of Scott B. Kidman,

IT IS HEREBY ORDERED:

Reply in Support of Mattel, Inc.'s Motion for Leave to File Third Amended Answer and Counterclaims, and Exhibit 5 to the Supplemental Declaration of Scott B. Kidman in Support of Mattel, Inc.'s Motion for Leave to File Third Amended Answer and Counterclaims, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: May 4, 2009

_/s/ S. G. Larson_
Hon. Stephen G. Larson
United States District Judge

07975/2916256.1

-2-

[PROPOSED] ORDER

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On May 4, 2009, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS; AND EXHIBIT 5 TO SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan<br>Jason D. Russell<br>Skadden Arps Slate Meagher & Flom<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | *Attorneys for MGA Parties* |
| Mark E. Overland<br>David C. Sheper<br>Alexander H. Cote<br>Overland Borenstein Scheper & Kim LLP<br>601 West Fifth Street, 125th Floor<br>Los Angeles, CA 90071 | *Attorneys for Carlos Gustavo Machado Gomez* |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 4, 2009, at Los Angeles, California.

/s/ Pedro Miranda
Pedro Miranda - APEX Attorney Services

07975/2916379.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On May 4, 2009, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS; AND EXHIBIT 5 TO SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN** on the parties in this action as follows:

| | |
|---|---|
| Patricia Glaser<br>Glaser Weil Fink Jacobs & Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA 90067 | *Attorneys for MGA Parties* |
| Russell J. Frackman<br>Mitchell Silberberg<br>11377 West Olympic Boulevard<br>Los Angeles, CA 90064 | *Attorneys for MGA Parties* |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 4, 2009, at Los Angeles, California.

/s/ Wilbert Gutierrez
Wilbert Gutierrez - APEX Attorney Services

07975/2916364.1