UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                              Date: May 5, 2009
Title:     MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

      Cindy Sasse                                  None Present
      Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                              DEFENDANTS:

None Present                             None Present

**PROCEEDINGS:   ORDER REGARDING SERVICE OF THE FORENSIC AUDITOR'S REPORT (REDACTED VERSION) WITH EXHIBITS**

     The Court has received and reviewed the MGA parties' statement of position and objection to the Forensic Auditor Report, filed April 30, 2009.  Based on MGA parties' objection to portions of the Report (and an exhibit thereto), the Court has directed the Forensic Auditor to make certain redactions and serve the report (and the exhibits thereto, which have not yet been served on any party) on all parties.  The Court has performed its own *in camera* review of the Report and the exhibits and has identified as potentially privileged only those portions identified by counsel, which the Court has instructed the Forensic Auditor to redact.

     The Court has also directed the Forensic Auditor to serve a copy of the Report and Exhibits on the Court-appointed Discovery Master, Robert C. O'Brien, the Court-appointed Temporary Receiver Patrick A. Fraioli, Jr., and the Court-appointed Settlement Officer, Ambassador Pierre Prosper.

     The Report and its Exhibits shall remain under seal, and distribution shall be limited to parties, their attorneys (whether or not the attorneys are of record), the Court-

appointed officers noted above, and, as necessary, the parties', attorneys', and officers' staff.

**IT IS SO ORDERED.**