PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert O'Brien Pursuant To Order Of January 6, 2009]**<br><br>**[PUBLIC REDACTED]**<br>**DECLARATION OF ALFREDO ORTEGA IN SUPPORT OF THE MGA PARTIES' MOTION TO DE-DESIGNATE DOCUMENTS**<br>[MOTION TO DE-DESIGNATE AND DECLARATION OF DANIEL M. HAYES FILED CONCURRENTLY] [EXHIBITS 1-14 FILED UNDER SEAL]<br><br>Time: TBD<br>Date: TBD<br>Place: TBD<br>Phase 2<br>Discovery Cut-Off: December 11, 2009<br>Pre-Trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

## DECLARATION OF ALFREDO ORTEGA

I, ALFREDO ORTEGA, the undersigned, declare:

1.     I am an attorney at law duly licensed to practice in the State of California.  I am an associate with Mitchell Silberberg & Knupp LLP ("MSK"), counsel of record for the MGA Parties (collectively, "MGA"), in the action entitled *Bryant v. Mattel, Inc.*, Case No. CV 04-9049 SGL (RNBx) and the actions consolidated therewith.  I know all of the facts stated in this declaration of my own personal knowledge, and if called as a witness in this action, I could and would competently testify thereto.

2.     Attached hereto as Exhibit 1 is a true copy of Mattel, Inc.'s ("Mattel") Notice of Motion and Motion to De-Designate Opposition to Mattel's Motion to Compel Deposition of Vargas and Trueba, filed on or about April 17, 2009.

3.     On or about April 21, 2009, I reviewed documents bearing production numbers M 0920565 through M 0922993, which were contained on the first of three compact discs that Mattel had produced.  I am able to read and understand Spanish.  The documents bearing production numbers M 0920565 through M 0922993 were all Spanish language documents, which appeared to be court documents filed in Mexican court proceedings.  All of these documents were stamped "Attorneys' Eyes Only."

4.     On or about April 22, 2009, I reviewed the second of the three compact discs produced by Mattel, which contained documents bearing production numbers M 0922994 through M 0923654.  Like the documents on the first compact disc I had reviewed, all of the documents on the second compact disc were Spanish language documents, which appeared to be court documents filed in

1   Mexican court proceedings.  All of these documents were stamped "Attorneys'

2   Eyes Only."

3

4        5.     On or about April 23, 2009, I reviewed the third of the three compact

5   discs produced by Mattel, which contained documents bearing production numbers

6   M 0923655 through M 0926800. The documents on this third compact disc

7   included, among other things, correspondence to American and Canadian

8   government authorities, correspondence between MGA and former Mattel

9   employees, personal emails of former Mattel employees, a transcript of the

10  deposition of Jorge Castilla, a copy of Mattel's motion for leave to file an amended

11  complaint, a copy of the protective order in this case, various Mattel documents

12  (such as employee handbooks and codes of conduct), reports prepared on the

13  investigation of former Mattel employees, several pages that were blank except for

14  tab numbers, powerpoint presentations, personal documents of former Mattel

15  employees (such as family photographs and personal "to do" lists), and additional

16  Spanish language documents.  By my rough calculation, at least 90% of the

17  documents on the third compact disc were labeled as "Attorneys' Eyes Only."

18

19       6.     Attached hereto as Exhibit 2 is a correct copy of a page from one of

20  the compact discs, bearing production number M 0920568.  This page is one of

21  hundreds of pages that, other than bearing a "SIN TEXTO" stamp and a Mexican

22  court stamp, are blank, yet labeled "Attorneys' Eyes Only."  "Sin Texto" is

23  Spanish for "Without Text."

24

25       7.     Attached hereto as Exhibit 3 is a correct copy of a document from one

26  of the compact discs, bearing production numbers M 0920565 through M 0920566.

27

28

Mitchell
Silberberg &
Knupp LLP

2225243.2

DECLARATION OF ALFREDO ORTEGA

8.     Attached hereto as Exhibit 4 is a correct copy of a document from one of the compact discs bearing production numbers M 0921025 through M 921026.

9.     Attached hereto as Exhibit 5 is a correct copy of a document from one of the compact discs bearing production numbers M 0922508 through M 922509.

10.     Attached hereto as Exhibit 6 is a correct copy of a document from one of the compact discs bearing production numbers M 0923546 through M 923547.

11.     Attached hereto as Exhibit 7 is a correct copy of a document from one of the compact discs bearing production numbers M 0923630 through M 923632.

12.     Attached hereto as Exhibit 8 is a correct copy of a document from one of the compact discs bearing production number M 0923650.

13.     Attached hereto as Exhibit 9 is a correct copy of a page from one of the compact discs bearing production number M 0925821.

14.     Attached hereto as Exhibit 10 is a correct copy of a page from one of the compact discs bearing production number M 0925827.

15.     Attached hereto as Exhibit 11 is a correct copy of a page from one of the compact discs bearing production numbers M 0925828.

16.     Attached hereto as Exhibit 12 is a correct copy of a document from one of the compact discs bearing production number M 0925829.

Mitchell
Silberberg &
Knupp LLP

2225243.2

DECLARATION OF ALFREDO ORTEGA

1    17.    Attached hereto as Exhibit 13 is a correct copy of a document from

2    one of the compact discs bearing production numbers M 0925782.

3

4    18.    Attached hereto as Exhibit 14 is a correct copy of a document from

5    one of the compact discs bearing production number M 0924216 through M

6    0924237.

7

8    I declare under penalty of perjury under the laws of the United States of

9    America that the foregoing is true and correct.

10   Executed on May 6, 2009 at Los Angeles, California.

11

12   _____

13   Alfredo Ortega

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

2225243.2

DECLARATION OF ALFREDO ORTEGA

# EXHIBIT 1

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# EXHIBIT 1

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# FILED UNDER SEAL

# PURSUANT TO

# PROTECTIVE ORDER

# FILED UNDER SEAL

# PURSUANT TO

# PROTECTIVE ORDER

# EXHIBIT 2

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# EXHIBIT 2

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# FILED UNDER SEAL

# PURSUANT TO

# PROTECTIVE ORDER

# FILED UNDER SEAL

# PURSUANT TO

# PROTECTIVE ORDER

# EXHIBIT 3

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# EXHIBIT 3

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# EXHIBIT 4

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# EXHIBIT 4

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# EXHIBIT 5

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# EXHIBIT 5

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# FILED UNDER SEAL

# PURSUANT TO

# PROTECTIVE ORDER

# FILED UNDER SEAL

# PURSUANT TO

# PROTECTIVE ORDER

# EXHIBIT 6

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# EXHIBIT 6

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# EXHIBIT 7

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# EXHIBIT 7

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# FILED UNDER SEAL

# PURSUANT TO

# PROTECTIVE ORDER

# FILED UNDER SEAL

# PURSUANT TO

# PROTECTIVE ORDER

# EXHIBIT 8

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# EXHIBIT 8

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# EXHIBIT 9

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# EXHIBIT 9

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# EXHIBIT 10

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# EXHIBIT 10

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# EXHIBIT 11

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# EXHIBIT 11

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# FILED UNDER SEAL

# PURSUANT TO

# PROTECTIVE ORDER

# FILED UNDER SEAL

# PURSUANT TO

# PROTECTIVE ORDER

# EXHIBIT 12

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# EXHIBIT 12

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# FILED UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER

# EXHIBIT 13

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# EXHIBIT 13

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 14

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# EXHIBIT 14

# TO THE DECLARATION OF

# ALFREDO ORTEGA

# FILED UNDER SEAL

# PURSUANT TO

# PROTECTIVE ORDER

# FILED UNDER SEAL

# PURSUANT TO

# PROTECTIVE ORDER