Byron Z. Moldo (SBN 109652)
    bmoldo@ecjlaw.com
David Seror (SBN 67488)
    dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
    pdavidson@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Temporary Receiver

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>MATTEL, INC., a Delaware corporation,,<br><br>                    Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[Judge Stephen G. Larson]<br><br>**NOTICE OF INTENTION TO PAY INTERIM COMPENSATION TO RECEIVER, PROFESSIONALS AND AGENT (No. 1)** |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in accordance with the Court's Order Re Appointment of Temporary Receiver Pending Hearing on Appointment of Permanent Receiver entered April 27, 2009 ("Order"), Patrick A. Fraioli, Jr., Temporary Receiver ("Receiver"), gives notice of his intention to pay interim compensation for the period through April 30, 2009 in the amounts stated below:

Receiver:

| | | |
|---|---|---|
| Fees: | $ 35,838.00 | |
| Costs: | $    - 0 - | |
| **Total:** | **$ 35,838.00** | |

A copy of the Receiver's statement dated May 4, 2009 is attached hereto as **Exhibit "A."**

**Professional:** **Ervin Cohen & Jessup LLP ("ECJ")** (**Attorneys for Receiver):**

| | |
|---|---|
| Fees: | $ 93,652.50 |
| Costs: | $    110.83 |
| **Total:** | **$ 93,763.33** |

A copy of ECJ's statement dated May 4, 2009 is attached hereto as **Exhibit "B."**

**Professional:** **Kibel Green, Inc. ("Kibel")** (**Financial Consultants to Receiver):**

| | |
|---|---|
| Fees: | $ 28,176.00 |
| Costs: | $   1,049.68 |
| **Total:** | **$ 29,225.68** |

A copy of Kibel's statement dated May 7, 2009 is attached hereto as **Exhibit "C."**

**Professional:** **Crowe Horwath LLP ("Crowe")** (**Forensic Accounts to Receiver):**

| | |
|---|---|
| Fees: | $ 10,900.50 |
| Costs: | $    - 0 - |
| **Total:** | **$ 10,900.50** |

A copy of Crowe's statement dated May 1, 2009 is attached hereto as **Exhibit "D."**

/ / /

/ / /

/ / /

**Professional:  Reinventures (Management Consultant to Receiver):**

| | | |
|---|---|---|
| Fees: | $ | 27,300.00 |
| Costs: | $ | 546.25 |
| **Total:** | $ | **27,846.25** |

A copy of Reinventures' statement dated May 4, 2009 is attached hereto as **Exhibit "E."**

**Professional:  Interco Management Corp. ("Interco")
(Field Agent to Receiver):**

| | | |
|---|---|---|
| Fees: | $ | 6,600.00 |
| Costs: | $ | 78.00 |
| **Total:** | $ | **6,678.00** |

A copy of Interco's statement dated May 2, 2009 is attached hereto as **Exhibit "F."**

The Order, at Paragraph 5, provides as follows:

> 5.     The Temporary Receiver, the Temporary Receiver's employees and agent as well as any and all of the professionals employed by the Temporary Receive, are entitled to compensation for services rendered at their normal hourly rates and reimbursement for all expenses incurred by them on behalf of the receivership estate. The Temporary Receiver shall serve written notice upon counsel of record for the parties of the amount to be paid to each payee, with an itemization of the services rendered or expenses incurred. Upon service of said notice, the itemized fees and expenses may be paid by the Temporary Receiver on an interim basis. In the event that extraordinary services are performed by the Temporary Receiver, he shall be entitled to extraordinary compensation according to proof and approval of this Court. All interim fees paid shall be subject to final review and approval by this Court. This Court retains jurisdiction to aware a greater or lesser amount as the full, fair and final value of such services. In the event there are insufficient funds in the receivership estate to fully compensate the Temporary Receiver and his professionals, the Court retains jurisdiction to allocate the costs and expenses of this receivership against Mattel, as the party who sought the appointment of the Temporary Receiver, and/or Isaac Larian, as the principal owner and beneficiary of the MGA entities.

/ / /

1    Based on the foregoing the Receiver intends to pay the interim fees and costs

2    specified above.

3

4    DATED:  May 6, 2009          ERVIN COHEN & JESSUP LLP

5

6

7                                 By:/s/  BYRON Z. MOLDO
                                     BYRON Z. MOLDO
8                                    Attorneys for Patrick A. Fraioli, Jr.,
                                     Temporary Receiver
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IDOCS:13569.1:880585.1                        4

# EXHIBIT A

**EXHIBIT A**

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333   TIN: 95-1774339

May 4, 2009

Invoice # 143070

Patrick A. Fraioli Jr., Receiver
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

I.D.  80100-0001  PAF
Re: MGA

For Services Rendered Through April 30, 2009

| Date | Description of Services | | Hours | Amount |
|------|-------------------------|---|-------|--------|
| 04-23-09 | Meet with Judge Larson and Ron Durkin regarding report of forensic auditor. | PAF | 4.10 | 2,029.50 |
| 04-23-09 | Review and analyze Durkin Report and exhibits; analysis. | PAF | 2.60 | 1,287.00 |
| 04-23-09 | Draft and revise outline for receivership goals and report; analysis re same; internal discussion and analysis re same with Peter Davidson, Byron Moldo and David Seror. | PAF | 1.40 | 693.00 |
| 04-24-09 | Review and analyze Durkin Report and exhibits; analysis. | PAF | 2.40 | 1,188.00 |
| 04-24-09 | Review and analyze court orders regarding verdicts and injunction; analysis. | PAF | 1.90 | 940.50 |
| 04-24-09 | Assemble receivership team; discussion and analysis with accountants, Lynn Phillips, David Seror, Byron Moldo and Peter Davidson and Gary Freedman. | PAF | 2.50 | 1,237.50 |
| 04-24-09 | Legal research and analysis re potential receivership and substantive and procedural issues; discussion and analysis re same. | PAF | 2.80 | 1,386.00 |
| 04-25-09 | Review and analyze proposed Order. | PAF | 2.20 | 1,089.00 |
| 04-25-09 | Legal research and analysis re | | | |

6

ALL STATEMENTS ARE DUE UPON PRESENTATION. ALL BALANCES UNPAID 30 DAYS AFTER THE STATEMENT DATE ARE SUBJECT TO A LATE CHARGE OF 1.5% PER MONTH. PAYMENTS RECEIVED AFTER THE STATEMENT DATE WILL BE REFLECTED ON THE NEXT STATEMENT.

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333   TIN: 95-1774339

May 4, 2009

Patrick A. Fraioli Jr., Receiver                        Page      2

Invoice #   143070

Re: MGA
I.D. 80100-0001 - PAF

| Date | Description of Services | | Hours | Amount |
|------|-------------------------|---|-------|--------|
|          | receivership issues; discussion and analysis re same. | PAF | 1.60 | 792.00 |
| 04-26-09 | Review and analyze court orders, proposed Order, discussion and analysis with D. Seror, Byron Moldo, P. Davidson re possible receivership. | PAF | 2.30 | 1,138.50 |
| 04-26-09 | Legal research and analysis re receivership issues; discussion and analysis re same. | PAF | 1.10 | 544.50 |
| 04-26-09 | Build receivership team: multiple discussions with accountants, Byron, David, Peter and Gary regarding wherwithal, requirements, resources and mandate. | PAF | 1.20 | 594.00 |
| 04-27-09 | Receive, review and analyze court orders regarding all issues; internal discussion and analysis re staffing, timing, and all substantive and procedural issues. | PAF | 3.30 | 1,633.50 |
| 04-27-09 | Assemble Receivership team: discussion and analysis with Lynn Phillips, Kibel Green, accountants, Byron David and Peter and Gary and staff. | PAF | 3.90 | 1,930.50 |
| 04-27-09 | Build receivership team: multiple discussions with accountants, Byron, David, Peter and Gary regarding wherwithal, requirements, resources and mandate. | PAF | 1.50 | 742.50 |
| 04-27-09 | Review and analyze research on MGA and Mattel; meet internally and with | | | |

7

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333   TIN: 95-1774339

May 4, 2009

Patrick A. Fraioli Jr., Receiver                    Page      3

Invoice #   143070

Re: MGA
I.D. 80100-0001 - PAF

| Date | Description of Services | | Hours | Amount |
|------|------------------------|---|-------|--------|
| | new team members re same. | PAF | 1.20 | 594.00 |
| 04-27-09 | Draft and revise outline for Receivership goals and report; communicate with team about same. | PAF | 1.70 | 841.50 |
| 04-28-09 | Prepare for and attend meeting with MGA representatives, Mr. Larian and counsel and all hands from receivership team. | PAF | 5.10 | 2,524.50 |
| 04-28-09 | Preparation for MGA meeting; coordination with team members, setting up protocols, substantive discussions, procedural discussions, building consensus, reviewing skills and focusing debate and discussion around mandate and critical issues. | PAF | 3.70 | 1,831.50 |
| 04-28-09 | Follow up to MGA meeting; discussion and analysis regarding to do items, protocols, personalities, information gathering, assignments, tasks, resources, management and interaction with press and company constituencies. | PAF | 2.90 | 1,435.50 |
| 04-29-09 | Multiple telephone calls and emails with MGA personnel and Isaac Larian re all issues: vendors, creditors, operations, finance and legal. | PAF | 1.70 | 841.50 |
| 04-29-09 | Prepare for and attend meeting with Mattel lawyers; follow up internally re proposals, suggestions and demands; analysis. | PAF | 4.60 | 2,277.00 |
| 04-29-09 | All hands daily conference call; | | | |

**8**

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333   TIN: 95-1774339

May 4, 2009

Patrick A. Fraioli Jr., Receiver

Page      4

Invoice #   143070

Re: MGA
I.D. 80100-0001 - PAF

| Date | Description of Services | | Hours | Amount |
|------|-------------------------|---|-------|--------|
| | preparation and follow up; analysis related to information obtained at, by and about MGA; discussion of Mattel meeting and proposals. | PAF | 2.60 | 1,287.00 |
| 04-29-09 | Initial discussions with Mike Bidart re insurance litigation and proceeds; follow up conversations and analysis with Randy Leff and David Seror about strategy and tactics and potential for assets coming into estate. | PAF | 1.90 | 940.50 |
| 04-29-09 | Review and analyze complaint and other pleadings in insurance and interpleader license case; discussion and analysis re assets coming into estate. | PAF | 1.40 | 693.00 |
| 04-30-09 | Morning calls and emails with team members Martin, Byron, Lynn and David to follow up on 2009/2010 issues and proposals from both sides. | PAF | 1.40 | 693.00 |
| 04-30-09 | Telephone calls with Skadden lawyers re variety of issues including Durkin Report and objections and privilege and possibility of settlement or other resolution; follow up discussion and analysis internally with Receiver team. | PAF | 1.20 | 594.00 |
| 04-30-09 | Multiple telephone calls and emails with MGA employees and Mr. Larian and vendors and customers and potential creditors regarding approvals, billing, payments and related issues. | PAF | 1.60 | 792.00 |

**9**

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333    TIN: 95-1774339

May 4, 2009

Patrick A. Fraioli Jr., Receiver                                Page      5

Invoice #   143070

Re: MGA
I.D. 80100-0001 - PAF

| Date | Description of Services | | Hours | Amount |
|------|-------------------------|---|-------|--------|
| 04-30-09 | Review and analyze Skadden papers re Durkin Report. | PAF | 0.30 | 148.50 |
| 04-30-09 | Multiple telephone calls with M. Lightfoot and Tom Nolan re Isaac Larian defense and related issues. | PAF | 0.80 | 396.00 |
| 04-30-09 | Prepare for and attend meeting by phone of all hands; follow up after call with in house team. | PAF | 1.70 | 841.50 |
| 04-30-09 | Meetings with team members David Eandi and Gary Freedman about report and corporate transactions. | PAF | 1.30 | 643.50 |
| 04-30-09 | Attention to staffing issues and coverage issues; logistical issues involving team meetings and locations and timing. | PAF | 0.70 | 346.50 |
| 04-30-09 | Multiple telephone calls and emails with MGA personnel and BK counsel Jim Stang re controls, covenants, restrictions and authority. | PAF | 1.10 | 544.50 |
| 04-30-09 | Multiple telephone calls and emails with Ambassador Prosper re potential for settlement. | PAF | 0.70 | 346.50 |

|  |  | Current Fees | $  35,838.00 |
|--|--|--------------|--------------|
| Current Fees | 35,838.00 | | |
| Total Current Charges | 35,838.00 | | |
| Balance Due | | | $   35,838.00 |

ALL STATEMENTS ARE DUE UPON PRESENTATION. ALL BALANCES UNPAID 30 DAYS AFTER THE STATEMENT DATE ARE SUBJECT TO A LATE CHARGE OF 1.5% PER MONTH. PAYMENTS RECEIVED AFTER THE STATEMENT DATE WILL BE REFLECTED ON THE NEXT STATEMENT.

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333    TIN: 95-1774339

May 4, 2009

Patrick A. Fraioli Jr., Receiver                    Page      6

                                        Invoice #   143070

Re: MGA
I.D. 80100-0001 - PAF

Current Fee Summary:

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Jr., Patrick A. Fraioli | 72.40 | $  495.00 | $   35,838.00 |

PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE. THANK YOU!

Credit Card Number __ __ __ __ - __ __ __ __ - __ __ __ __ - __ __ __ __

Name on Card _____   Exp Date  __ __ / __ __

_____Amount_____   Date _____
Signature
Billing Zip Code _____    Contact Phone _____

Invoice # 143070        Matter ID 80100-0001

ALL STATEMENTS ARE DUE UPON PRESENTATION. ALL BALANCES UNPAID 30 DAYS AFTER THE STATEMENT DATE ARE SUBJECT TO A LATE CHARGE OF 1.5% PER MONTH. PAYMENTS RECEIVED AFTER THE STATEMENT DATE WILL BE REFLECTED ON THE NEXT STATEMENT.

# EXHIBIT B

**EXHIBIT B**

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333   TIN: 95-1774339

May 4, 2009

Invoice # 143069

Patrick A. Fraioli, Jr. Receiver
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

I.D.  13569-0001  PAF
Re: MGA

For Services Rendered Through April 30, 2009

| Date | Description of Services | | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 04-18-09 | Receive and review Durkin Report | DS | 3.10 | 1,550.00 |
| 04-23-09 | Work on preparation of Order; review and revise Mattel Order | DS | 2.00 | 1,000.00 |
| 04-23-09 | Meeting with Pat Fraioli and other counsel in office re Receivership issues, scope of order and research re language to be included in order | DS | 5.50 | 2,750.00 |
| 04-23-09 | Telephone conference with Fraioli re new receivership matter and issues involved. | PAD | 0.40 | 200.00 |
| 04-23-09 | Conference with Fraioli re bk issues and scope of order. | PAD | 0.60 | 300.00 |
| 04-23-09 | Research bk issues and ability of board to authorize filing if powers revoked. | PAD | 1.10 | 550.00 |
| 04-23-09 | Conference with Fraioli and Seror re bk issues and limiting effect and scope of order and approprate provisions. | PAD | 1.20 | 600.00 |
| 04-23-09 | Meet with Fraioli re new receivership and issues with scope of appointment; assets control over; possible bk filing and how to deal with; need to record order in different districts. | PAD | 2.00 | 1,000.00 |
| 04-24-09 | Research and analyze control issues; conference with Gary Freedman re | | | |

13

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333   TIN: 95-1774339

May 4, 2009

Patrick A. Fraioli, Jr. Receiver                          Page      2

Invoice #   143069

Re: MGA
I.D. 13569-0001 - PAF

| Date | Description of Services | | Hours | Amount |
|------|-------------------------|--|-------|--------|
|          | same; correspondence with Pat Fraioli re same. | AAB | 2.20 | 825.00 |
| 04-24-09 | Dictation of Order re Appointment of Receiver; conference with Pat Fraioli re scope | DS | 2.10 | 1,050.00 |
| 04-24-09 | Receive and review Durkin Report and other documents re MGA | DS | 3.80 | 1,900.00 |
| 04-24-09 | Review MGA materials, conf with Pat Fraioli and telephone call re status. | GJF | 4.50 | 2,700.00 |
| 04-24-09 | Reviewing Forensic Audit of MGA for privileged information for purposes of publication by Court | AXM | 1.20 | 300.00 |
| 04-24-09 | Meet with Fraioli and go over issues on receivership; Omni lien; possible BK;  form of order. | PAD | 3.40 | 1,700.00 |
| 04-25-09 | Review emails and attachments, review time and responsibility issues. | GJF | 1.20 | 720.00 |
| 04-25-09 | Review Durkin reports. | PAD | 1.30 | 650.00 |
| 04-26-09 | Several telephone calls with Pat Fraioli re scope of receivership and related issues | DS | 0.90 | 450.00 |
| 04-26-09 | Participate in conference call re immediate issues | DS | 1.60 | 800.00 |
| 04-26-09 | Review and make several revisions to receivership order | DS | 2.30 | 1,150.00 |
| 04-26-09 | Conf calls PAF, working group and L Phillips and Ron Durkin re MGA Receivership Issues.  Review draft documents. | GJF | 4.10 | 2,460.00 |
| 04-26-09 | Conf. Call with Fraioli and others re receivership issues and items to take | | | |

14

ALL STATEMENTS ARE DUE UPON PRESENTATION. ALL BALANCES UNPAID 30 DAYS AFTER THE STATEMENT DATE ARE SUBJECT TO A LATE CHARGE OF 1.5% PER MONTH.
PAYMENTS RECEIVED AFTER THE STATEMENT DATE WILL BE REFLECTED ON THE NEXT STATEMENT.

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333   TIN: 95-1774339

May 4, 2009

Patrick A. Fraioli, Jr. Receiver                    Page      3

                                        Invoice #   143069

Re: MGA
I.D. 13569-0001 - PAF

| Date | Description of Services | | Hours | Amount |
|------|------------------------|-----|-------|--------|
|  | care of. | PAD | 1.60 | 800.00 |
| 04-27-09 | Conference with Gary Freedman re negative covenants; review and analyze correspondence and documents; prepare negative covenants and definitions; conference with Steve Green, Tony Shokrai, Lynn Phillips, Gary Freedman, Byron Moldo and Pat Fraioli; review court orders. | AAB | 4.90 | 1,837.50 |
| 04-27-09 | Receive and review Court orders | DS | 1.60 | 800.00 |
| 04-27-09 | Meetings with Pat Fraioli re Receiver issues; t/c with prospective consultants | DS | 3.30 | 1,650.00 |
| 04-27-09 | Review Draft Order and related Minute Order, conference other professionals, review emails and attachments | GJF | 5.20 | 3,120.00 |
| 04-27-09 | Research domicile of MGA Entertainment (H.K.) Limited and OMNI 808 Investors LLC | AXM | 0.40 | 100.00 |
| 04-27-09 | Draft oath of Receiver | PAD | 0.40 | 200.00 |
| 04-27-09 | Review court's various orders and appointment of temp. receiver and note typo and discuss w/ Fraioli so can be corrected. | PAD | 0.80 | 400.00 |
| 04-27-09 | Meet w/ Fraioli , Serror , Moldo and Phillips re receivership goals and operational issues. | PAD | 1.20 | 600.00 |
| 04-27-09 | Prepare receiver statement re effect of appointment | BZM | 0.50 | 250.00 |
| 04-27-09 | Review court orders | BZM | 1.00 | 500.00 |

ALL STATEMENTS ARE DUE UPON PRESENTATION. ALL BALANCES UNPAID 30 DAYS AFTER THE STATEMENT DATE ARE SUBJECT TO A LATE CHARGE OF 1.5% PER MONTH. PAYMENTS RECEIVED AFTER THE STATEMENT DATE WILL BE REFLECTED ON THE NEXT STATEMENT.

**ERVIN COHEN & JESSUP** LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333   TIN: 95-1774339

May 4, 2009

Patrick A. Fraioli, Jr. Receiver                                    Page       4

Invoice #   143069

Re: MGA
I.D. 13569-0001 - PAF

| Date | Description of Services | | Hours | Amount |
|------|-------------------------|---|-------|--------|
| 04-27-09 | Meeting with Receiver, Freedman, Shokrai re takeover | BZM | 4.00 | 2,000.00 |
| 04-28-09 | Conference with Steve Green and Gary Freedman re negative covenants; review and revise same. | AAB | 1.90 | 712.50 |
| 04-28-09 | Email exchange with MGA re showing product line | DS | 0.40 | 200.00 |
| 04-28-09 | Receive and review email and correspondence with exhibits re bad faith insurance action against Hartford | DS | 1.20 | 600.00 |
| 04-28-09 | Receive and review pleadings re Universal Cycles Interpleader action | DS | 2.90 | 1,450.00 |
| 04-28-09 | Attend meetings with Receiver team and meeting with MGA representatives | DS | 5.80 | 2,900.00 |
| 04-28-09 | Conferences with MGA representatives and professionals hired by Receiver and review documents. | GJF | 7.10 | 4,260.00 |
| 04-28-09 | Preliminary meeting with Tony Shokrai, Bruce Cox Conklin, David Seror, Byron Moldo, Gary Freedman, and Pat Fraioli | AXM | 0.50 | 125.00 |
| 04-28-09 | Drafting memo to file re: notes from 4/28 meeting with MGA | AXM | 1.40 | 350.00 |
| 04-28-09 | Meeting with MGA and MGA counsel | AXM | 3.80 | 950.00 |
| 04-28-09 | Conference with Fraioli re payment of professionals. | PAD | 0.10 | 50.00 |
| 04-28-09 | Review Nolan e-mail to court re Durkin report and distribution. | PAD | 0.10 | 50.00 |
| 04-28-09 | Review letter from Bidart re insurance litigation. | PAD | 0.10 | 50.00 |

ALL STATEMENTS ARE DUE UPON PRESENTATION. ALL BALANCES UNPAID 30 DAYS AFTER THE STATEMENT DATE ARE SUBJECT TO A LATE CHARGE OF 1.5% PER MONTH. PAYMENTS RECEIVED AFTER THE STATEMENT DATE WILL BE REFLECTED ON THE NEXT STATEMENT.

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333    TIN: 95-1774339

May 4, 2009

Patrick A. Fraioli, Jr. Receiver                              Page     5

Invoice #  143069

Re: MGA
I.D. 13569-0001 - PAF

| Date | Description of Services | | Hours | Amount |
|------|-------------------------|---|-------|--------|
| 04-28-09 | Telephone call to Grobstein re retention as accountants | BZM | 0.20 | 100.00 |
| 04-28-09 | Prepare letter to Grobstein re case status | BZM | 0.20 | 100.00 |
| 04-28-09 | Review Nolan letter to Sasse re release of forensic auditor report | BZM | 0.20 | 100.00 |
| 04-28-09 | Meeting with MGA and counsel | BZM | 5.00 | 2,500.00 |
| 04-28-09 | Conference with Pat Fraioli regarding insurance litigation issues.  Begin review of supporting materials | RSL | 1.60 | 760.00 |
| 04-28-09 | Confer w/ Amy Mellow; order good standing certif for LLC; confer/phone w/ Amy Mellow re MGA Entertainment & order CA UCC, Lien & Jdgmt search; rec'd search results/copies of entity on point and similarly-named entites | MPC | 0.60 | 135.00 |
| 04-29-09 | Telephone calls working group, Ron Durkin and meeting Mattel reps, draft memo. | GJF | 9.80 | 5,880.00 |
| 04-29-09 | Meeting with Pat Fraioli and Gary Freedman re licenses and European transactions | DS | 0.90 | 450.00 |
| 04-29-09 | Receive and respond to calls from creditors | DS | 0.60 | 300.00 |
| 04-29-09 | Meeting with Pat Fraioli re operational and legal issues, induding Hong Kong issues | DS | 1.50 | 750.00 |
| 04-29-09 | Prepare for and attend meeting with Mattel counsel | DS | 2.70 | 1,350.00 |
| 04-29-09 | Review emails from MGA and respond re press release and memo to employees | DS | 0.80 | 400.00 |

**17**

ALL STATEMENTS ARE DUE UPON PRESENTATION. ALL BALANCES UNPAID 30 DAYS AFTER THE STATEMENT DATE ARE SUBJECT TO A LATE CHARGE OF 1.5% PER MONTH. PAYMENTS RECEIVED AFTER THE STATEMENT DATE WILL BE REFLECTED ON THE NEXT STATEMENT.

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333   TIN: 95-1774339

May 4, 2009

Patrick A. Fraioli, Jr. Receiver                          Page      6

Invoice #   143069

Re: MGA
I.D. 13569-0001 - PAF

| Date | Description of Services | | Hours | Amount |
|------|-------------------------|---|-------|--------|
| 04-29-09 | Attend conference call re day's events | DS | 1.80 | 900.00 |
| 04-29-09 | Telephone calls with Pat Fraioli re response from Mattell | DS | 0.50 | 250.00 |
| 04-29-09 | Review memo's re day's events | DS | 0.80 | 400.00 |
| 04-29-09 | Review Wing letter re HK call - MGA | BZM | 0.10 | 50.00 |
| 04-29-09 | Prepare letter to Phillips re location of assets | BZM | 0.20 | 100.00 |
| 04-29-09 | Review Phillips letter re major customers | BZM | 0.10 | 50.00 |
| 04-29-09 | Arrange for miscellaneous case filings | BZM | 0.60 | 300.00 |
| 04-29-09 | Review Wing letter re HK call | BZM | 0.10 | 50.00 |
| 04-29-09 | Meetings at MGA | BZM | 5.50 | 2,750.00 |
| 04-29-09 | Conference call with team of professionals | BZM | 1.50 | 750.00 |
| 04-29-09 | Conference with receiver and counsel re pending issues | BZM | 0.50 | 250.00 |
| 04-29-09 | Review court orders | BZM | 1.00 | 500.00 |
| 04-29-09 | Prepare status report for receiver | BZM | 0.60 | 300.00 |
| 04-29-09 | Meeting with Mattel counsel (in-house and outside) | AXM | 2.10 | 525.00 |
| 04-29-09 | Conference call with Lynn Philips, Bruce, Tony, Martin, Steve, Howard, Gary Freedman, David Seror, Pat Fraioli, Byron Moldo, Peter Davidson; internal meeting afterwards | AXM | 1.60 | 400.00 |
| 04-29-09 | Drafting memo re: meeting with Mattel and Mattel counsel | AXM | 1.10 | 275.00 |
| 04-29-09 | Drafting memo re: 4.29 5pm conference call | AXM | 0.80 | 200.00 |

ALL STATEMENTS ARE DUE UPON PRESENTATION. ALL BALANCES UNPAID 30 DAYS AFTER THE STATEMENT DATE ARE SUBJECT TO A LATE CHARGE OF 1.5% PER MONTH. PAYMENTS RECEIVED AFTER THE STATEMENT DATE WILL BE REFLECTED ON THE NEXT STATEMENT.

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333    TIN: 95-1774339

May 4, 2009

Patrick A. Fraioli, Jr. Receiver                    Page      7

Invoice #   143069

Re: MGA
I.D. 13569-0001 - PAF

| Date | Description of Services | | Hours | Amount |
|------|-------------------------|--|-------|--------|
| 04-29-09 | Review Phillips memo on report outline and items to do. | PAD | 0.40 | 200.00 |
| 04-29-09 | Conf. with paralegal re getting orders filed in other districts | PAD | 0.30 | 150.00 |
| 04-29-09 | Meet with Receiver and status conf. call. | PAD | 1.70 | 850.00 |
| 04-29-09 | Review pleadings and materials regarding insurance litigation. Exchange correspondence with Mike Bidart regarding strategy meeting. | RSL | 2.70 | 1,282.50 |
| 04-29-09 | Review correspondence; conference with Gary Freedman. | AAB | 0.30 | 112.50 |
| 04-30-09 | Meeting with Pat Fraioli and Peter Davidson re receivership issues and Omni 808 | DS | 1.50 | 750.00 |
| 04-30-09 | T/c conference with J. Pisoni and J. Stang | DS | 1.10 | 550.00 |
| 04-30-09 | Prepare letters to Bank of America and Union Bank | DS | 0.60 | 300.00 |
| 04-30-09 | Conference call with all hands re day's events | DS | 1.00 | 500.00 |
| 04-30-09 | Finalize press release for distribution by MGA | DS | 0.40 | 200.00 |
| 04-30-09 | Receive and review corporate records, tax returns and banking information | DS | 2.00 | 1,000.00 |
| 04-30-09 | Receive and review emails from Mattel re meetings to discuss product lines | DS | 0.60 | 300.00 |
| 04-30-09 | Receive and review emails from MGA and Bruce re operations, controls and cash management | DS | 1.20 | 600.00 |
| 04-30-09 | Conference with Receiver re dealing | | | |

**19**

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333   TIN: 95-1774339

May 4, 2009

Patrick A. Fraioli, Jr. Receiver                                    Page      8

Invoice #   143069

Re: MGA
I.D. 13569-0001 - PAF

| Date | Description of Services | | Hours | Amount |
|------|-------------------------|---|-------|--------|
|  | with press. | PAD | 0.10 | 50.00 |
| 04-30-09 | Telephone conference with Kerr re press inquiries. | PAD | 0.20 | 100.00 |
| 04-30-09 | Meet with Receiver re press inquiries. | PAD | 0.40 | 200.00 |
| 04-30-09 | Meet with Receiver and Seror re Omni loan; ucc filings; items for report. | PAD | 1.30 | 650.00 |
| 04-30-09 | Review draft objection by MGA to forensic auditor's report and compare to cited exhibits and discuss with Receiver. | PAD | 0.40 | 200.00 |
| 04-30-09 | Write Russell at Skadden re objections to Forensic auditor's report. | PAD | 0.10 | 50.00 |
| 04-30-09 | Telephone conference with Receiver and Jim Stang , MGA in house counsel, Moldo and Seror re scope of authority issues; operations; privilage issues. | PAD | 1.20 | 600.00 |
| 04-30-09 | Meet with Receiver and other counsel and telephone conf. with Receiver's professionals on status of investigation, report and work to do. | PAD | 1.50 | 750.00 |
| 04-30-09 | Review Loan Assignment agreement between Omni and Wachovia group. | PAD | 0.70 | 350.00 |
| 04-30-09 | Review receiver letter to Krueger re product line | BZM | 0.10 | 50.00 |
| 04-30-09 | Telephone call from receiver re vendor inquiries | BZM | 0.20 | 100.00 |
| 04-30-09 | Attend meetings at MGA with Falcon, Castilla, Wing, Woolard | BZM | 6.00 | 3,000.00 |
| 04-30-09 | Conference Wing re interest payments | BZM | 0.20 | 100.00 |

## 20

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333   TIN: 95-1774339

May 4, 2009

Patrick A. Fraioli, Jr. Receiver                    Page      9

Invoice #   143069

Re: MGA
I.D. 13569-0001 - PAF

| Date | Description of Services | | Hours | Amount |
|------|-------------------------|----|-------|--------|
| 04-30-09 | Review lease schedule | BZM | 0.10 | 50.00 |
| 04-30-09 | Telephone call to Pisoni, Stang, receiver, Seror, Davidson re operating issues | BZM | 1.00 | 500.00 |
| 04-30-09 | Conference call with receiver and counsel, consultants | BZM | 1.50 | 750.00 |
| 04-30-09 | Review bank account flow chart | BZM | 0.20 | 100.00 |
| 04-30-09 | Review employment agreements | BZM | 0.30 | 150.00 |
| 04-30-09 | Prepare outline for report to court | BZM | 1.00 | 500.00 |
| 04-30-09 | Conference call with MGA Counsel | AXM | 1.00 | 250.00 |
| 04-30-09 | Drafting memo re: conference call with MGA counsel | AXM | 0.60 | 150.00 |
| 04-30-09 | Daily conference call and internal meeting | AXM | 1.50 | 375.00 |
| 04-30-09 | Drafting memo on 4.30/09 5PM "all-hands" conference call | AXM | 0.30 | 75.00 |
| 04-30-09 | Review various order regarding potential litigation.  Conference with Pat Fraioli regarding strategy issues and staffing. | RSL | 5.00 | 2,375.00 |
| 04-30-09 | Review with Gary Freedman re: Status; Vendor issues; Review emails re: Penguin; Review Penguin Contract | DRE | 2.60 | 1,300.00 |
| 04-30-09 | Review with Pat Fraioli; Email | DRE | 1.30 | 650.00 |
| 04-30-09 | Review emails and documents re MGA, conf calls with working group and analysis of transactions. | GJF | 8.10 | 4,860.00 |
| 04-30-09 | Conference with Gary Freedman re indemnification and dividend issues; review orders, reports and correspondence in connection | | | |

## 21

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333    TIN: 95-1774339

May 4, 2009

Patrick A. Fraioli, Jr. Receiver                           Page     10

                                              Invoice #   143069

Re: MGA
I.D. 13569-0001 - PAF

| Date | Description of Services | | Hours | Amount |
|---|---|---|---|---|
| | therewith; conference with Gary Freedman and Peter Davidson re claims and indemnification issues. | AAB | 2.90 | 1,087.50 |
| | | Current Fees | $ | 93,652.50 |

| Date | Disbursement Description | | Amount |
|---|---|---|---|
| | Document Processing | | 21.00 |
| | Digital Reproduction | | 83.55 |
| | Federal Express | | 6.28 |
| | Current Disbursements | $ | 110.83 |

| | | |
|---|---|---|
| Current Fees | 93,652.50 | |
| Current Disbursements | 110.83 | |
| Total Current Charges | 93,763.33 | |
| Balance Due | | $   93,763.33 |

Current Fee Summary:

| Timekeeper | Hours | Rate/Hour | | Amount |
|---|---|---|---|---|
| Mary Pat Curran | 0.60 | $   225.00 | $ | 135.00 |
| Amy  Mellow | 16.30 | $   250.00 | $ | 4,075.00 |
| Ara A. Babaian | 12.20 | $   375.00 | $ | 4,575.00 |
| Randall S. Leff | 9.30 | $   475.00 | $ | 4,417.50 |
| David R. Eandi | 3.90 | $   500.00 | $ | 1,950.00 |
| David Seror | 54.50 | $   500.00 | $ | 27,250.00 |
| Peter A. Davidson | 22.60 | $   500.00 | $ | 11,300.00 |
| Byron Z. Moldo | 31.90 | $   500.00 | $ | 15,950.00 |

ALL STATEMENTS ARE DUE UPON PRESENTATION. ALL BALANCES UNPAID 30 DAYS AFTER THE STATEMENT DATE ARE SUBJECT TO A LATE CHARGE OF 1.5% PER MONTH. PAYMENTS RECEIVED AFTER THE STATEMENT DATE WILL BE REFLECTED ON THE NEXT STATEMENT.

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333    TIN: 95-1774339

May 4, 2009

Patrick A. Fraioli, Jr. Receiver                              Page     11

Invoice #   143069

Re: MGA
I.D. 13569-0001 - PAF

Current Fee Summary:

| Timekeeper | Hours | Rate/Hour | | Amount |
|---|---|---|---|---|
| Gary J. Freedman | 40.00 | $  600.00 | $ | 24,000.00 |

PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE. THANK YOU!

Credit Card Number  __ __ __ __  -  __ __ __ __  -  __ __ __ __  -  __ __ __ __

Name on Card  _____  Exp Date  __ __ / __ __

_____Amount_____  Date _____
Signature
Billing Zip Code  _____   Contact Phone  _____

Invoice # 143069      Matter ID 13569-0001

ALL STATEMENTS ARE DUE UPON PRESENTATION. ALL BALANCES UNPAID 30 DAYS AFTER THE STATEMENT DATE ARE SUBJECT TO A LATE CHARGE OF 1.5% PER MONTH. PAYMENTS RECEIVED AFTER THE STATEMENT DATE WILL BE REFLECTED ON THE NEXT STATEMENT.

# EXHIBIT C

**EXHIBIT C**

# KIBEL GREEN

Patrick A. Fraioli, Jr.
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard
9th Floor
Beverly Hills, CA 90212-2974

Invoice Date: 05/07/09

Invoice Number: 15844

Professional Fees for the period beginning  4/25/2009   and ending   4/30/2009

### Professional Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Steven J. Green | 17.80 | 595.00 | $10,591.00 |
| Bruce C. Conklin | 18.50 | 550.00 | $10,175.00 |
| Martin Kruger | 19.00 | 390.00 | $7,410.00 |

Professional Fees

| | | | Hours | Amount |
|---|---|---|-------|--------|
| | | **99 - General** | | |
| 4/27/2009 | SJG | Meeting with Pat Fraioli and other professionals re plan for and analyze case | 3.80 | 2,261.00 |
| | SJG | Analyze Company data and reports, input for final report | 2.50 | 1,487.50 |
| 4/28/2009 | BCC | Meeting with Pat Fraioli and others to prepare for meeting with Company | 3.00 | 1,650.00 |
| | BCC | Review of documents and analysis of reports to prepare for first day at Company. | 2.50 | 1,375.00 |
| | BCC | Meeting with Pat Fraioli, Company and professionals for introductory meeting | 2.50 | 1,375.00 |

T-1083-1433

**Payable Upon Receipt.  Please Remit Payment To:**
     KIBEL GREEN INC., 2001 Wilshire Blvd. Suite 420, Santa Monica, CA  90403

25

Patrick A. Fraioli, Jr.                                                          Page      2

|            |     |                                                                 | Hours | Amount   |
|------------|-----|-----------------------------------------------------------------|-------|----------|
| 4/28/2009  | BCC | Call with Martin Kruger to prepare for first day at GMA         | 1.00  | 550.00   |
|            | SJG | Meeting with Pat Fraioli, Company and professionals for introductory meeting | 2.50  | 1,487.50 |
|            | SJG | Meeting with Pat Fraioli and others to prepare for meeting with Company | 3.00  | 1,785.00 |
|            | SJG | Analyze Company data and reports, input for final report       | 1.20  | 714.00   |
| 4/29/2009  | BCC | Meeting with head of purchasing to review purchasing commitments to support plan | 1.50  | 825.00   |
|            | BCC | Meeting with GMA controller and CFO to review company cash flows and 2009 projections | 4.50  | 2,475.00 |
|            | BCC | All hands conference call                                       | 1.00  | 550.00   |
|            | BCC | Meeting at GMA with Byron Moldo of Ervin Cohen and Martin Kruger to plan case | 1.50  | 825.00   |
|            | SJG | Prepare and attend telephone conference with Receiver and team re review status | 0.80  | 476.00   |
|            | SJG | Analyze Company data and reports, input for final report       | 0.70  | 416.50   |
|            | MK  | On site - Business overview John Woolard                        | 0.70  | 273.00   |
|            | MK  | On site - Q1 financial results review                           | 0.80  | 312.00   |
|            | MK  | On site - Analysis of original sales forecast                   | 1.00  | 390.00   |
|            | MK  | On site - Collation of revised sales forecast numbers           | 1.20  | 468.00   |
|            | MK  | On site - Meeting with Bryon Moldo, Tony Shokrai, Bruce Conklin | 1.50  | 585.00   |

T-1083-1433

Payable Upon Receipt.  Please Remit Payment To:
KIBEL GREEN INC., 2001 Wilshire Blvd. Suite 420, Santa Monica, CA  90403

Patrick A. Fraioli, Jr.                                                                    Page    3

|            |     |                                                                      | Hours | Amount     |
|------------|-----|----------------------------------------------------------------------|-------|------------|
| 4/29/2009  | MK  | On site - Daily conference call with Pat Fraioli                      | 1.00  | 390.00     |
|            | MK  | On site - 13 week cash flow review                                    | 1.80  | 702.00     |
| 4/30/2009  | BCC | All hands conference call                                            | 1.00  | 550.00     |
|            | SJG | Analyze Company data and reports, input for final report             | 2.40  | 1,428.00   |
|            | SJG | Prepare and attend telephone conference with Receiver and team re review status | 0.90  | 535.50     |
|            | MK  | On site - Meeting with Brian Wing - business overeiw                  | 1.00  | 390.00     |
|            | MK  | On site - Meeting with Larry Falcon - EVP Sales North America         | 1.50  | 585.00     |
|            | MK  | On site - Analysis revised 2009 sales forecast                       | 6.30  | 2,457.00   |
|            | MK  | On site - Preparation revised 2009 budget                            | 1.20  | 468.00     |
|            | MK  | On site - Daily conference call with Pat Fraioli                      | 1.00  | 390.00     |

| SUBTOTAL: | [ | 55.30 | 28,176.00] |
|---|---|---|---|

| For professional fees rendered | 55.30 | $28,176.00 |
|---|---|---|
| Total expenses |  | $1,049.68 |
| Total amount of this bill |  | $29,225.68 |

T-1083-1433

**Payable Upon Receipt. Please Remit Payment To:**
  KIBEL GREEN INC., 2001 Wilshire Blvd. Suite 420, Santa Monica, CA  90403

# KIBEL GREEN

Kibel Green Incorporated • www.kibelgreen.com

May 4, 2009

Patrick A. Fraioli, Jr.
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard
9th Floor
Beverly Hills, CA 90212-2974

**EXPENSE DETAIL FOR INVOICE #15844**

| Date | Who | Description | | Amount |
|------|-----|-------------|---|--------|
| 4/27/09 | SJG | Mileage | $ | 12.50 |
| 4/28/09 | BCC | Mileage | | 66.00 |
| 4/29/09 | BCC | Mileage | | 82.50 |
| | BCC | Parking | | 6.00 |
| | MK | Mileage | | 18.70 |
| 4/30/09 | MK | Mileage | | 18.70 |
| | KGI | Various administrative expenses | | 845.28 |
| | | TOTAL | | $1049.68 |

**Los Angeles**
2001 Wilshire Boulevard, Suite 420
Santa Monica, CA 90403
310•829•0255  310•453•6324 fax

**San Francisco**
50 California Street, Suite 1500
San Francisco, CA 94111
415•392•0955  415•277•5421 fax

**Irvine**
One Park Plaza, Suite 600
Irvine, CA 92614
949•852•0150  949•852•0217 fax

# EXHIBIT D

**EXHIBIT D**

Receivership of MGA Entertainment, Inc.

**Crowe Horwath, LLP**

**Time Summary**

**For the period 04/27/2009 through 05/01/2009**

**By Category of Work Performed**

| Category of Work | Time | Charges |
|---|---|---|
| Litigation Consulting | 30.50 | 10,900.50 |
| | 30.50 | 10,900.50 |
| Total Professional Fees | | 10,900.50 |
| Out-of-Pocket Expenses | | |
| Total Out-of-Pocket Expenses | | 0.00 |
| **Total Professional Fees and Costs** | | **10,900.50** |

30

Receivership of MGA Entertainment, Inc.

Crowe Horwath, LLP

Time Summary

For the period 04/27/2009 through 05/01/2009

Fees and Time by Month

| Month | Time | Charges |
|-------|------|---------|
| April 2009 | 26.20 | 9,073.00 |
| May 2009 | 4.30 | 1,827.50 |
| | 30.50 | 10,900.50 |

### Crowe Horwath, LLP

### Time Summary

### For the period 04/27/2009 through 05/01/2009

### Professional Fees and Time by Employee

| Name | Time | Rate | Charges |
|------|------|------|---------|
| Grobstein, Howard | 14.70 | 425.00 | 6,247.50 |
| Kahn, Alan | 6.80 | 360.00 | 2,448.00 |
| Senio, Patricia | 9.00 | 245.00 | 2,205.00 |
| | 30.50 | | 10,900.50 |

Receivership of MGA Entertainment, Inc.

**Crowe Horwath, LLP**

**Time Summary**

**For the period 04/27/2009 through 05/01//2009**

**Litigation Consulting**

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Grobstein, Howard | 4/27/2009 | 1.80 | 425.00 | 765.00 |
| Review materials; communications with Moldo re: case | | | | |
| Grobstein, Howard | 4/28/2009 | 2.90 | 425.00 | 1,232.50 |
| Meeting at Ervin Cohen & Jessup with MGA and all counsel | | | | |
| Grobstein, Howard | 4/29/2009 | 1.30 | 425.00 | 552.50 |
| Review materials; coordinating procedures and work to be performed | | | | |
| Grobstein, Howard | 4/29/2009 | 1.60 | 425.00 | 680.00 |
| All hands conference call regarding case | | | | |
| Kahn, Alan | 4/29/2009 | 5.20 | 360.00 | 1,872.00 |
| Meeting with internal accountants; review cash flow; review internal controls | | | | |
| Kahn, Alan | 4/29/2009 | 1.60 | 360.00 | 576.00 |
| Conference call regarding case and work to be performed | | | | |
| Senio, Patricia | 4/29/2009 | 9.00 | 245.00 | 2,205.00 |
| Cash flow projections; interviews of employees; internal controls and gathering of financial information | | | | |
| Grobstein, Howard | 4/30/2009 | 1.20 | 425.00 | 510.00 |
| Conference call on status | | | | |
| Grobstein, Howard | 4/30/2009 | 1.60 | 425.00 | 680.00 |
| Analysis of financial information including banking, tax, cash flow | | | | |
| Grobstein, Howard | 5/1/2009 | 4.30 | 425.00 | 1,827.50 |
| Meetings with Steven Shultz and John Woolard; meetings with Tony Shokrai | | | | |
| Accounting Services | | 30.50 | | 10,900.50 |

33

# EXHIBIT E

**EXHIBIT E**



| | Creating & Sustaining Market Centric Enterprises |
|---|---|

Executive Education & Implementation
P.O. BOX 620328, WOODSIDE, CA 94062-0328
PHONE 650.851.1865 • FAX 650.851.5231
Federal Tax ID No. 94-3376551

May 4, 2009

Patrick A. Fraioli, Jr., Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974

### Invoice for Professional Fees and Actual Expenses

**Invoice #**         Client Organization: Mattel/MGA
**90501-1**           Client Contact: Patrick A. Fraioli, Jr
**Revised**

#### PROFESSIONAL FEES

Professional fees thru April 2009.
See attached breakdown.
**Total Professional Fees:**                                    $27,300.00   USD

#### EXPENSES

Graphics                                                            471.25   USD
Admin. Support                                                      75.00   USD


**Total Amount Due Reinventures**                              $27,846.25   USD

Terms: Due upon receipt
## Copies of Expense Receipts Attached

**Wire Transfer Information**                 If paying by check please send
Bank name: Wells Fargo Bank, N.A.            remittance to:
Whiskey Hill Branch # 11-4288-1210
Whiskey Hill Rd.                             Reinventures
Woodside, CA 94062                           P.O. Box 620328
ABA/Routing # 121000248                      Woodside, CA 94062
Account # 6732191959

Billing record for MGA Mattel up to end of April for Dr. Lynn W. Phillips, Reinventures

April 24:  **2.75 hours**

-Conversations with Pat Fraioli about being on his team and phone conference with Ron Durkin, forensic auditor  .5 hours

-Morning and afternoon calls with PAF and follow up with Doug Ammerman  .75 hours

-Afternoon conference calls scheduled 1pm, began at 130pm   1.5 hours

April 25:  **8.25 hours**

-Email correspondence with PAF   .25 hours

-April 26 review of documents sent by PAF on April 25, and response to PAF request for agenda items    4 hours

-Conference call at 3pm with PAF and the team and follow up phone calls with Ron Durkin and Gary Freedman  3.5 hours

-Summary of notes from conference calls  .5 hour

April 27: **9 hours**

-Review of forensic audit report and call to PAF on its implications  1 hour beginning at 6am

-Conference call(s) with PAF on recruiting possible financial resources for the team .5 hours

-Breakfast with Redge Bendheim to interview him as a potential financial resource 1 hour

-Review of other candidates suggested by PAF  .25 hours

-Travel to Beverly Hills offices to meet with PAF and team leave at 1100, work in car en route and then be with team from lunch 12:30pm until 6 p.m. discussing the work plan moving forward, reviewing court issued orders, etc., then return home

Total of above activities 8 hours

-Consolidation of notes from conversations with team from meetings 1 hour

April 28, 2009: **10 hours**

-Draft outline and architecture for report back to the court, at PAF's request, including memo and supporting graphics, gathering input from other subject matter experts, talking to other potential members of the team that could help with my sections of the report, etc.  Note that this work took from 7 am until 6pm with a one hour break or 10 hours total.

April 29, 2009: **2 hours**

-Phone conversation with PAF, emails to Jane Kirkland, Rick Warp, Jay Stewart, Doug Ammerman, David Teece, as potential resources for executing my portion of the draft report outline, and getting their feedback on next steps, plus responding to information requests from Gary Freedman and Bruce Conklin  1 hour total

-Conference call with team at 5pm 1 hour

April 30 2009: **10 hours**

830 to 630 transit to and meetings at MGA offices, 10 hours including end of day conference call with team

Expenses:
Di Designs (Graphics)
    Document Layout and Exhibits    $  471.25
Admin. Support:    75.00

Total Expenses:    546.25
Total Hours: 42 hours@$650 per hour    27,300.00

Total due:    **$27,846.25**

Please make checks payable to:

Reinventures
PO Box 620328
Woodside, CA  94062

Reinventures Federal Tax ID No. 94-3376551

37





Vi Croop
Reinventures

## Invoice - April 2009

Re:   Report to Court

Date:   05/04/09
Invoice No.:   09-03-01

| Item No. | Total / Description | Total Unit | Unit | $/Unit | Subtotal | Total |
|---|---|---|---|---|---|---|
| | Graphic Design Services | | | | | |
| 1 | Document Layout and Exhibits | 7.25 | hr | $65.00 | $471.25 | |
| | 04/28/2009 | | | | | |
| | Report Outline Memo including: | | | | | |
| | Value Chain Slide | | | | | |
| | Outline Architecture Slide | | | | | |
| | Appendix Layout | | | | | |
| TOTAL | | | | | | $471.25 |

If you have any questions, please contact me at the number listed below.

1219 Crestview Drive
Cardiff-by-the-Sea, CA
92007
(760) 419-5386
(866) 570-0814
didesigns5@gmail.com

# EXHIBIT F

**EXHIBIT F**

### INTERCO MANAGEMENT CORP.
### 2118 WILSHIRE BLVD # 717
### SANTA MONICA CA  90403
### (310) 466 5437
### MGA Entertainment Inc
Receiver

Date: May 2, 2009

Patrick A. Fraioli, Jr., Temporary Receiver
9401 Wilshire Blvd                           PAGE: 1 of 1
9th Floor
Beverly Hills, CA 90210                      INVOICE NO. 102030-MGA 0429

| NO | DATE | DESCRIPTION | HOURS |
|----|------|-------------|-------|
| | 04/26/2009 | Met with Receiver and his team for instructions and direction to administrate the case of MGA Entertainment. Obtained information and Court order pertaining to the case and individual task and responsibility. Attended meeting of the Receiver and his staff Traveled to the address which was indicated as the MGA corporate headquarters to do more investigation and prepare report for the Receiver team. | 7 Hours |
| | 04/27/2009 | Meeting with Receiver team and prepared for meeting with the principal of MGA Entertainment and his staff and attorneys. Attended meeting and gather information pertaining to the location and staff which were to meet when we start our task. Attended Receiver team meeting to gather final information and instructions for meeting at the MGA headquarters on May 29, 2009. | 8 Hours |
| | 04/28/2009 | Meeting with staff and consultant of MGA to establish and facilitate the room and pave the way for Receiver team to start their task. Meeting with 2 consultants and office staff at accounting department and prepared meeting with team personnel and staff.  Received instructions from Receiver's counsel to obtain certain information and list of documents which was requested from Receiver's attorneys and consultants. Attended conference call with Receiver's team | 9 Hours |
| | 04/30/2009 | Meeting with Receiver's attorney and consultants to review documents and prepare meetings with sales and marketing supervisors. Meeting with accountants and consultant to obtain documentation and instruction pertaining to administration and control of the financials, insurance and accounting of MGA Entertainment .Attended conference call with Receiver's team. | 9 Hours |
| | | **Total Hours Field Agent** | **33 Hours** |
| | | **Field agent Tony Shokrai   37 Hours @ $200.00 Per Hour** | **$6,600.00** |
| | | **COSTS ADVANCED** | |
| | | Mileage   156  Miles @ $.50 Per Mile | **$78.00** |
| | | **INVOICE TOTAL** | **$6,678.00** |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. My business address: 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA 90212-2974.

On **May 6, 2009**, I served the document(s) described as: **NOTICE OF INTENTION TO PAY INTERIM COMPENSATION TO RECEIVER, PROFESSIONALS AND AGENT (No. 1)**, on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐ **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

☐ **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐ **BY EMAIL:** I caused said document(s) to be sent via email.

☐ **ELECTRONICALLY MAILED:** Said document(s) were electronically served on the person(s) as indicated on the attached Notice of Electronic Filing.

☐ **BY TELEPHONIC COMMUNICATION:** I telephoned the interested parties and gave notice as indicated in my declaration.

☐ **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addressees listed on the attached Service List.

☐ **[State]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **[Federal]** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **May 6, 2009**, at Los Angeles, California.

TRISH MELENDEZ

IDOCS:13569.1:883209.1

SERVICE LIST

Patrick A. Fraioli, Jr., Receiver                    Limited Receiver
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA  90212-2974


Byron Z. Moldo, Esq.                                 Counsel for Limited Receiver
Peter A. Davidson, Esq.
David Seror, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA  90212-2974
T:  310/273-6333
F:  310/859-2325
E:  bmoldo@ecjlaw.com;
pdavidson@ecjlaw.com


Thomas J. Nolan, Esq.                                Counsel for Defendants/Counter-
Jason D. Russell, Esq.                               Defendants/Appellants, MGA Entertainment,
Skadden Arps Slate Meagher & Flom LLP                Inc., MGA Entertainment (HK) Limited, and
300 S. Grand Avenue, Suite 3400                      Isaac Larian
Los Angeles, CA  90071-3144
T:  213/687-5000
F:  213/687-5600
E:  tnolan@skadden.com; jrussell@skadden.com


Mark E. Haddad, Esq.                                 Counsel for Defendants/Counter-
Robert A. Holland, Esq.                              Defendants/Appellants, MGA Entertainment,
Alycia A. Degen, Esq.                                Inc., MGA Entertainment (HK) Limited, and
Sidley Austin LLP                                    Isaac Larian
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
T:  213/896-6000
F:  213/896-6600
E:  mhaddad@sidley.com;
rholland@sidley.com; adegen@sidley.com


John B. Quinn, Esq.                                  Counsel for Defendant/Appellee, Mattel, Inc.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Brett Dylan Proctor, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
T:  213/443-3000
F:  213/443-3100
E:  johnquinn@quinnemanuel.com;
michaelzeller@quinnemanuel.com;
joncorey@quinnemanuel.com;
dylanproctor@quinnemanuel.com

IDOCS:13569.1:883209.1

1

2   Sanford I. Weisburst, Esq.                    Counsel for Defendant/Appellee, Mattel, Inc.

3   Quinn Emanuel Urquhart Oliver & Hedges LLP
    51 Madison Avenue, 22nd Floor

4   New York, NY  10010
    T :  212/849-7170

5   F :  212/849-7100
    E :  sandyweisburst@quinnemanuel.com

6

7   Patricia L. Glaser, Esq.                      Counsel for Counter-Defendant, MGAE De
    Glaser Weil Fink Jacobs and Shapiro           Mexico SRL De Cv

8   10250 Constellation Blvd., 19th Floor
    Los Angeles, CA  90067

9   T:  310/553-3000

10  F:  310/556-2920
    E:  pglaser@glaserweil.com

11

12  Russell J. Frackman, Esq.                     Counsel for Counter-Defendant, MGAE De
    Mitchell Silberberg & Knupp                   Mexico SRL De Cv

13  11377 W. Olympic Blvd.
    Los Angeles, CA  90064-1683

14  T:  310/312-3132
    F:  310/312-3788

15  E:  rjf@msk.com

16

17  Peter H. Bonis, Esq.                          Counsel for Plaintiff, Carter Bryant
    Peter H. Bonis Law Offices

18  1990 N. California Blvd., 8th Floor
    Walnut Creek, CA  94596

19  T:  925/287-6428

20

21  Alexander H. Cote, Esq.                       Counsel for Counter-Defendant, Carlos Gustavo
    Mark E. Overland, Esq.                        Machado Gomez

22  David C. Scheper, Esq.
    Overland Borenstein Scheper & Kim

23  601 West Fifth Street, 12th Floor
    Los Angeles, CA  90071-2025

24  T:  213/613-4655
    F:  213/613-4656

25  E:  acote@obsklaw.com;
    moverland@obsklaw.com;

26  dscheper@obsklaw.com

27

28

    IDOCS:13569.1:883209.1

1
2
3
4

Leah Chava Gershon, Esq.
James W. Spertus Law Offices
12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025
T: 310/826-4700
E: leah@spertuslaw.com

Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez

5
6
7
8
9

Linda M. Burrow, Esq.
Caldwell Leslie and Proctor PC
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017
T: 213/629-9040
F: 213/629-9022
E: burrow@caldwell-leslie.com

Counsel for Third Party Defendant, Anne Wang

10
11
12
13
14

Todd E. Gordinier, Esq.
Bingham McCutchen
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626
T: 714/830-0600
F: 714/830-0700
E: todd.gordinier@bingham.com

Counsel for Limited Intervenor, Omni 808 Investors LLC

15
16
17
18
19
20
21
22
23
24
25
26
27
28

IDOCS:13569.1:883209.1