PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for The MGA Parties

*Lodged prop Order & Declaration*

FILED 2009 MAY -6 PM 3:12 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**<br><br>**MGA PARTIES' APPLICATION TO FILE UNDER SEAL**<br><br>Date: TBD<br>Time: TBD<br>Place TBD<br><br>**Phase 2**<br>Discovery Cut-Off: Dec. 11, 2009<br>Pre-Trial conference: March 1, 2010<br>Trial Date: March 23, 2010 |

ORIGINAL

Mitchell Silberberg & Knupp LLP
2225762.1

1
APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac
3  Larian, MGA Entertainment HK, Ltd. and MGAE de Mexico S.R.L. de C.V.'s
4  (collectively, "MGA Parties") hereby respectfully request that the Court order the
5  following documents to be filed under seal:
6    1.  Exhibits 1-14 to the Declaration of Alfredo Ortega in Support of
7  MGA Parties' Motion to De-Designate Documents.

10  DATED: May 6, 2009

RUSSELL J. FRACKMAN
PATRICIA H. BENSON
MITCHELL SILBERBERG & KNUPP LLP

By: *Patricia H. Benson /by DMA*
Patricia H. Benson
Attorneys for Defendants
MGA Entertainment, Inc., MGA
Entertainment HK, Ltd., MGAE De
Mexico, S.R.L. De C.V., and Isaac Larian