PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087) rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565) phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| v. | |
| MATTEL, INC., a Delaware corporation,, | **DISCOVERY MATTER**<br>[To Be Heard By Discovery Master Robert O'Brien Pursuant to Order of January 6, 2009] |
| Defendant. | |
| AND CONSOLIDATED CASES | **PROOF OF SERVICE**<br><br>Date:      TBD<br>Time:     TBD<br>Place     TBD<br>Phase 2<br>Discovery Cut-Off: December 11, 2009<br>Pre-Trial conference: March 1, 2010<br>Trial Date: March 23, 2010 |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683, and my business email address is mxb@msk.com.

On May 6, 2009, I served true copies of the following document(s) described as

1. **MGA ENTERTAINMENT, INC.'S NOTICE OF MOTION AND MOTION TO DE-DESIGNATE DOCUMENTS PRODUCED BY MATTEL, INC. AS "ATTORNEYS' EYES ONLY" IN RESPONSE TO DOCUMENT REQUEST NOS. 526 AND 528 AND REQUEST FOR SANCTIONS;**

2. **DECLARATION OF DANIEL M. HAYES IN SUPPORT OF THE MGA PARTIES' MOTION TO DE-DESIGNATE DOCUMENTS;**

3. **DECLARATION OF ALFREDO ORTEGA IN SUPPORT OF THE MGA PARTIES' MOTION TO DE-DESIGNATE DOCUMENTS;**

4. **MGA PARTIES' APPLICATION TO FILE UNDER SEAL; and**

5. **[PROPOSED] ORDER TO FILE UNDER SEAL**

on the interested parties in this action at their last known address as set forth below by taking the action described below:

**See Attached Service List**

☐ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by ____ of the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically at __:__ __.m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 6, 2009, at Los Angeles, California.

_____
Monica Bowdre

Mitchell Silberberg & Knupp LLP
2225819.1

**SERVICE LIST**

| | |
|---|---|
| John Quinn, Esq.<br>johnquinn@quinnemanuel.com<br>Jon D. Corey, Esq.<br>joncorey@quinnemanuel.com<br>Michael T. Zeller, Esq.<br>michaeltzeller@quinnemanuel.com<br>Quinn Emanuel Urquhart Oliver &<br>Hedges, LLP<br>865 Figueroa Street<br>Tenth Floor<br>Los Angeles, CA 90017-2543<br><br>PHONE: (213) 443-3000<br>FAX: (213) 443-3100 | Patricia L. Glaser, Esq.<br>Pglaser@glaserweil.com<br>Joel N. Klevens, Esq.<br>Jklevens@glaserweil.com<br>Glaser, Weil, Fink, Jacobs &<br>Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA 90067<br><br>PHONE: (310) 553-3000<br>FAX: (310) 557-9815 |
| Thomas J. Nolan, Esq.<br>tnolan@skadden.com<br>Raoul D. Kennedy, Esq.<br>rkennedy@skadden.com<br>Jason D. Russell, Esq.<br>Jason.russell@skadden.com<br>Skadden, Arps, Slate, Meagher &<br>Flom LLP<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071-3144<br><br>PHONE: (213) 687-5000<br>FAX: (213) 687-5600 | Mark E. Overland, Esq.<br>moverland@obsklaw.com<br>Overland Borenstein Scheper &<br>Kim LLP<br>One Bunker Hill<br>601 West Fifth Street<br>12th Floor<br>Los Angeles, CA 90071<br><br>PHONE: (213) 613-4680<br>FAX: (213) 613-4656 |
| David M. Stern, Esq.<br>dstem@ktbslaw.com<br>Matthew C. Heyn, Esq.<br>mheyn@ktbslaw.com<br>Kevin E. Deenihan, Esq.<br>kdeenihan@ktbslaw.com<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars<br>39th Floor<br>Los Angeles, CA 90067-6049<br><br>PHONE: (310) 407-4000<br>FAX: (310) 407-9090 | James I. Stang, Esq.<br>jstang@pszjlaw.com<br>Pachulski, Stang, Ziehl & Jones<br>10100 Santa Monica Boulevard<br>11th Floor<br>Los Angeles, CA 90067-4100<br><br>PHONE: (310) 277-6910 |

Mitchell Silberberg & Knupp LLP

2225819.1