UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501

CIVIL MINUTES -- GENERAL

Case No.    CV 04-09049 SGL(RNBx)                              Date: May 6, 2009
Title:        MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
==================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

      Cindy Sasse                                               None Present
      Courtroom Deputy                                       Court Reporter

ATTORNEYS PRESENT FOR                          ATTORNEYS PRESENT FOR
PLAINTIFFS:                                               DEFENDANTS:

None Present                                              None Present

**PROCEEDINGS:**     ORDER RE REPORT OF TEMPORARY RECEIVER

                            ORDER CONSOLIDATING HEARINGS

      In its April 27, 2009, Order, the Court ordered that the Temporary Receiver file a report and recommendation concerning all actions taken as well as recommendations for further action no later than Monday, May 11, 2009.  At the request of the Temporary Receiver, and for good cause, the Court grants a one-day extension of time in which to file the report and recommendation.  The report shall be filed with the Court and served on all parties.

      In order to consolidate hearing dates on the Court's calendar, the Court **CONTINUES** the hearing on Mattel's motion for leave to file its proposed third amended answer and counterclaims from May 11, 2009, to May 18, 2009, at 2:00 p.m., in Courtroom One of the above-referenced Court.

      **IT IS SO ORDERED.**