THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties


JOHN B. QUINN (Bar No. 090378)
(johnquinn@quinnemanuel.com)
MICHAEL T. ZELLER (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with Case No. 04-9059 and Case No. 05-2727 <br><br> Honorable Stephen G. Larson <br><br> STIPULATION FOR BRIEFING SCHEDULE AND HEARING ON THE MGA PARTIES' *EX PARTE* APPLICATION AND MOTION FOR STAY PENDING APPEAL <br><br> **Lodged under separate cover:** <br> [PROPOSED] ORDER |

**WHEREAS**, MGA Entertainment, Inc., MGA Entertainment (HK) Ltd and Isaac Larian (the "MGA Parties") will file an *Ex Parte* Application And Motion For Stay Pending Appeal of the Court's permanent injunction, constructive trust and declaratory judgment orders on May 8, 2009 (the "*Ex Parte* Application");

**WHEREAS**, Mattel, Inc. ("Mattel") and the MGA Parties have agreed on a schedule for the orderly briefing of the issues raised by the *Ex Parte* Application;

**WHEREAS**, the parties agree that by stipulating to this briefing schedule neither Mattel nor the MGA Parties waives any rights or arguments of any nature, and further that Mattel will not seek to rely on the stipulated briefing schedule as set forth herein to show a lack of exigency in opposing *ex parte* relief (provided, however, that Mattel reserves all rights to argue or assert any and all other grounds showing lack of exigency, as well as all other grounds in opposition to the MGA Parties' application);

**NOW, THEREFORE**, Mattel, on the one hand, and the MGA Parties, on the other hand, by and through their counsel of record and subject to Court approval, hereby stipulate that:

1. The 20-day meet and confer period set forth in Local Rule 7-3 shall not apply to the *Ex Parte* Application;

2. The MGA Parties shall file and hand serve on Mattel's counsel the *Ex Parte* Application on May 8, 2009;

3. Mattel's Opposition to the MGA Parties' *Ex Parte* Application shall be filed and hand-served on the MGA Parties' counsel on May 15, 2009;

4. The MGA Parties' Reply in support of their Ex Parte Application shall be filed and hand-served on Mattel's counsel on May 20, 2009;

5. The *Ex Parte* Application shall be heard on May 26, 2009 at 10:00 a.m., or at such other time and date as the Court may select.

**IT IS SO STIPULATED.**

DATED: May 7, 2009     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: ____/s/ Thomas J. Nolan____
Thomas J. Nolan
Attorneys for the MGA Parties

DATED: May 7, 2009     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: ____/s/ authorized for signature____
B. Dylan Proctor
Attorneys for Mattel, Inc.