THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties


JOHN B. QUINN (Bar No. 090378)
(johnquinn@quinnemanuel.com)
MICHAEL T. ZELLER (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATED DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>[PROPOSED] ORDER APPROVING BRIEFING SCHEDULE AND HEARING ON THE MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL |

Based on the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that:

1. The 20-day meet and confer period set forth in Local Rule 7-3 shall not apply to the MGA Parties' *Ex Parte* Application And Motion For Stay Pending Appeal (the "*Ex Parte* Application");

2. The MGA Parties shall file and hand serve on Mattel's counsel the *Ex Parte* Application on May 8, 2009;

3. Mattel's Opposition to the MGA Parties' *Ex Parte* Application shall be filed and hand-served on the MGA Parties' counsel on May 15, 2009;

4. The MGA Parties' Reply in support of their Ex Parte Application shall be filed and hand-served on Mattel's counsel on May 20, 2009;

5. The *Ex Parte* Application shall be heard on May 26, 2009 at 10:00 a.m.

**IT IS SO ORDERED**.

DATED: _____

_____
Hon. Stephen G. Larson
United States District Court Judge

---

1

[Proposed] Order Approving Briefing Schedule And Hearing On The MGA Parties' Ex Parte Application And Motion For Stay Pending Appeal
Case No. CV 04-9049 SGL (RNBx)