UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                    Date: May 7, 2009
Title:        MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

         Cindy Sasse                                              None Present
         Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                   None Present

**PROCEEDINGS:   ORDER RE PROPOSED STIPULATION EXTENDING DEADLINE FOR RECEIVER TO COMPLY WITH DECEMBER 3, 2008 AND APRIL 27, 2009 ORDERS**

     The Court has received and reviewed the parties' proposed stipulation extending a deadline for compliance with certain provisions of the Court's December 3, 2008, and April 27, 2009, Orders.  The Court will consider this matter at the hearing on the Court's OSC re appointment of a permanent receiver, set for May 18, 2009, at 2:00 p.m.  Until that time, the parties are relieved from complying with the specified provisions of the Court's December 3, 2008, and April 27, 2009, Orders.

     **IT IS SO ORDERED.**