PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087) rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565) phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert O'Brien Pursuant to Order of January 6, 2009]**<br><br>**PROOF OF SERVICE**<br><br>Phase 2<br>Discovery Cut-Off: December 11, 2009<br>Pre-Trial conference: March 1, 2010<br>Trial Date: March 23, 2010 |

Mitchell
Silberberg &
Knupp LLP

225819.2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683, and my business email address is mxb@msk.com.

On May 7, 2009, I served true copies of the following document(s) described as

1. MGA ENTERTAINMENT, INC.'S NOTICE OF MOTION AND MOTION TO DE-DESIGNATE DOCUMENTS PRODUCED BY MATTEL, INC. AS "ATTORNEYS' EYES ONLY" IN RESPONSE TO DOCUMENT REQUEST NOS. 526 AND 528 AND REQUEST FOR SANCTIONS;

2. DECLARATION OF DANIEL M. HAYES IN SUPPORT OF THE MGA PARTIES' MOTION TO DE-DESIGNATE DOCUMENTS;

3. DECLARATION OF ALFREDO ORTEGA IN SUPPORT OF THE MGA PARTIES' MOTION TO DE-DESIGNATE DOCUMENTS;

4. MGA PARTIES' APPLICATION TO FILE UNDER SEAL;

5. [PROPOSED] ORDER TO FILE UNDER SEAL; and

6. PROOF OF SERVICE

on the interested parties in this action at their last known address as set forth below by taking the action described below:

Robert C. O'Brien
Discovery Master
Arent Fox LLP
555 West Fifth Street
Suite 4800
Los Angeles, CA 90013

☐ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☒ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by First Legal Support Services of the document(s) listed above to the person(s) at the address(es) set forth above.

☐ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically at __:__ __.m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

Mitchell
Silberberg &
Knupp LLP
225819.2

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 7, 2009, at Los Angeles, California.

_____
Monica Bowdre