PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]<br><br>[~~PROPOSED~~] ORDER TO FILE UNDER SEAL<br><br>Date:   TBD<br>Time:   TBD<br>Place:  TBD<br><br>**Phase 2**<br>Discovery Cut-Off:     Dec. 11, 2009<br>Pre-Trial conference:  March 1, 2010<br>Trial Date:            March 23, 2010 |

Mitchell
Silberberg &
Knupp LLP

2225768.2

1

[PROPOSED] ORDER TO FILE UNDER SEAL

## **ORDER**

Based on the concurrently filed Application and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. Exhibits 1-14 to the Declaration of Alfredo Ortega in Support of MGA Parties' Motion to De-Designate Documents.

DATED: 5-7-09

*/s/ S.G. Larson*

Hon. Stephen J. Larson
United States District Judge