THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for The MGA Parties

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1. MGA Parties' Ex Parte Application And Motion For Stay Pending Appeal; And Memorandum Of Points And Authorities In Support Thereof; 2. Declaration Of Ninette Pembleton In Support Thereof; 3. Declaration Of John Woolard In Support Thereof; 4. Declaration Of Larry Falcon In Support Thereof; 5. Compendium Of Third Party Declarations In Support Thereof; 6. Compendium Of Expert Declarations In Support Thereof; 7. Application to File Under Seal; 8. [Proposed] Order To File Under Seal; and 9. Proof of Service

**Document Description:**
☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
☒ Other

**Reason:**
☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required *(reason):*

| May 8, 2009 | Thomas J. Nolan |
| --- | --- |
| Date | Attorney Name |
| | The MGA Parties |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                    NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com