THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>DECLARATION OF JASON D. RUSSELL IN SUPPORT OF MGA PARTIES' *EX PARTE* APPLICATION AND MOTION FOR STAY PENDING APPEAL |

I, Jason D. Russell, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") in the above-captioned matter. I submit this Declaration in Support of MGA Parties' *ex parte* application seeking relief from the 20-day requirement of Local Rule 7-3 and an expedited hearing on the MGA Parties' Motion For Stay Pending Appeal. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. I discussed this *ex parte* application by telephone with B. Dylan Proctor, of Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP, counsel of record for Mattel, Inc., on Wednesday, May 6, 2009. Mr. Proctor indicated that Mattel agrees to relief from the 20-day requirement of Local Rule 7-3 and an expedited hearing on the MGA Parties' Motion For Stay Pending Appeal but opposes the substantive relief in the motion seeking a stay of the Court's injunction, constructive trust and declaratory judgment orders. We agreed to and submitted a stipulated briefing schedule and hearing date, subject to this Court's approval, which also stipulated to relief from the provisions of Local Rule 7-3 (Dkt. 5366).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 8, 2009, at Los Angeles, California.

_____
Jason D. Russell

1

Declaration of Jason D. Russell ISO MGA Parties' *Ex Parte* Application & Motion For Stay Pending Appeal
Case No. CV 04-9049 SGL (RNBx)