1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5

6  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7  and MGA ENTERTAINMENT (HK) LIMITED

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                           EASTERN DIVISION

11 CARTER BRYANT, an individual,         ) CASE NO. CV 04-9049 SGL (RNBx)
                                         )
12                   Plaintiff,          ) Consolidated with Case No. 04-9059
                                         ) and Case No. 05-2727
13       v.                              )
                                         ) Honorable Stephen G. Larson
14 MATTEL, INC., a Delaware              )
   corporation,                          ) **[PROPOSED] ORDER
15                                       ) GRANTING MGA'S *EX PARTE*
                     Defendant.          ) APPLICATION FOR (1) RELIEF
16                                       ) FROM THE TWENTY-DAY
                                         ) REQUIREMENT OF LOCAL
17 AND CONSOLIDATED ACTIONS              ) RULE 7-3; AND (2) AN
                                         ) EXPEDITED HEARING DATE**
18                                       )
                                           Hearing Date: TBD
19                                         Time: TBD

---

[PROPOSED] ORDER GRANTING THE MGA PARTIES' *EX PARTE* APPLICATION
Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the Application filed with the Court, and good cause appearing for the entry thereof, **IT IS HEREBY ORDERED** that:

1. The *Ex Parte* Application, brought by MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties"), is granted;

2. The MGA Parties are hereby relieved from the twenty-day requirement of Local Rule 7-3 and MGA's Motion for Stay Pending Appeal will be heard on _____, 2009 at \_\_\_:\_\_\_\_ a.m./p.m., or as soon thereafter as the parties may be heard.

DATED: May \_\_, 2009

                                                    Hon. Stephen G. Larson
                                                    United States District Court Judge