THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

## UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**[PROPOSED] ORDER GRANTING MGA PARTIES' MOTION FOR STAY PENDING APPEAL** |

# ORDER

The *Ex Parte* Application And Motion For Stay Pending Appeal, brought by MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties"), came on for hearing on May 26, 2009, the Honorable Stephen G. Larson presiding. After consideration of the *Ex Parte* Application and Motion, all papers filed in support thereof and in opposition thereto, as well as the argument of counsel and the other pleadings and papers on file in this action, and good cause appearing, **IT IS HEREBY ORDERED** that:

MGA Parties' Motion For Stay Pending Appeal is **GRANTED** for the reasons stated in the MGA Parties' moving papers.

The Order Granting Mattel, Inc.'s Motion for Permanent Injunction ("Injunction Order") (Dkt 4443), the Order Granting Mattel, Inc.'s Motion for Declaratory Judgment ("Declaratory Judgment Order") (Dkt 4442), and the Order Granting Mattel, Inc.'s Motion for Constructive Trust and For Finding Liability and Injunctive Relief Pursuant to Cal. Bus. & Prof. Code § 17200 ("Constructive Trust Order") (Dkt 4441), as supported by the Court's Order Finding In Favor of Mattel As to The MGA Parties' Affirmative Defenses etc. ("12/3 Omnibus Order") (Dkt 4439), and modified by the Court's Order Denying Mattel's Motion for Judgment As A Matter Of Law etc. ("4/27 Order") (Dkt 5273), are stayed pending resolution of the MGA Parties' Appeal of those Orders before the Ninth Circuit Court of Appeals.

DATED: _____, 2009

_____
Hon. Stephen G. Larson
United States District Court Judge