UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                      Date: May 8, 2009
Title:     MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
==================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

    Cindy Sasse                                  None Present
    Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

**PROCEEDINGS:     ORDER SETTING FOR HEARING THE MGA PARTIES' EX PARTE APPLICATION FOR STAY PENDING APPEAL**

    The Court has received the MGA parties' ex parte application for a stay pending appeal.

    The Court ADVANCES this matter for hearing on May 18, 2009, at 2:00 p.m.  Mattel may file an opposition no later than May 13, 2009; the MGA parties may file a reply no later than May 15, 2009.

    **IT IS SO ORDERED.**

MINUTES FORM 90                                        Initials of Deputy Clerk __cls_____
CIVIL -- GEN                        1