ORIGINAL
FILED
2009 MAY -8 PM 3: 24
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
EASTERN DIVISION

Lodged 7/0

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**APPLICATION TO FILE UNDER SEAL:**<br>(1) MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL; and MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;<br>(2) DECLARATION OF NINETTE PEMBLETON IN SUPPORT THEREOF;<br>(3) DECLARATION OF JOHN WOOLARD IN SUPPORT THEREOF;<br>(4) DECLARATION OF LARRY FALCON IN SUPPORT THEREOF; (2)<br>(5) COMPENDIUM OF THIRD PARTY DECLARATIONS IN SUPPORT THEREOF;<br>(6) COMPENDIUM OF EXPERT DECLARATIONS IN SUPPORT THEREOF.<br><br>Hearing Date: TBD<br>Time: TBD |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal:

    1.    MGA Parties' Ex Parte Application And Motion For Stay Pending Appeal And Memorandum Of Points And Authorities ("Motion");

    2.    Declarations Of Ninette Pembleton; John Woolard; and Larry Falcon;

    3.    Compendium Of Third Party Declarations (Declarations Of Retailers, Distributors, And Licensees); and

    4.    Compendium Of Expert Declarations (Declarations of Erich Joachimsthaler and Paul K. Meyer).

Good cause exists for filing these documents under seal because:

    1.    The Motion cites to and discusses the various declarations identified above and described below;

    2.    The Declaration of Ninette Pembleton is designated CONFIDENTIAL because it discusses MGA's confidential commercial information;

    3.    The Declaration of John Woolard is designated CONFIDENTIAL-ATTORNEYS' EYES ONLY because it discusses MGA's confidential financial information;

    4.    The Declaration of Larry Falcon is designated CONFIDENTIAL-ATTORNEYS' EYES ONLY because it discusses MGA's confidential financial information; a redacted version designated CONFIDENTIAL is so designated because it discusses MGA's confidential commercial information;

    5.    The Declarations contained in the Compendium of Third Party Declarations are designated CONFIDENTIAL because they discuss confidential commercial information and at the request of the third-parties;

6. The Declaration of Erich Joachimsthaler is designated CONFIDENTIAL because Dr. Joachimsthaler relies on MGA's confidential commercial information regarding MGA in supporting his expert opinion;

7. The Declaration of Paul K. Meyer is designated CONFIDENTIAL-ATTORNEYS' EYES ONLY because Mr. Meyer relies on MGA's confidential financial information in supporting his expert opinion.

DATED: May 8, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Thomas J. Nolan /JKdC

Thomas J. Nolan
Attorneys for the MGA Parties