QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**Hon. Stephen G. Larson**<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES FROM COMPUTERS USED BY ISAAC LARIAN AFTER FEBRUARY 27, 2008, FOR SUPPLEMENTAL INSPECTION PURSUANT TO FED. R. CIV. P. 26 (E); (2) THE DECLARATION OF MARSHALL M. SEARCY III AND EXHIBITS 1, 2, 4, 6, 8 TO THE DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT THEREOF; AND (3) THE DECLARATION OF CHRISTOPHER PAVAN AND EXHIBIT A THERETO<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Arent Fox LLP<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2922449.1

APPLICATION TO FILE UNDER SEAL

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2   entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3   requests that the Court order filed under seal: (1) Mattel, Inc.'s Reply in Support of
4   Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used
5   by Isaac Larian After February 27, 2008, for Supplemental Inspection Pursuant to
6   Fed. R. Civ. P. 26(e) (the "Motion"); (2) the Declaration of Marshall M. Searcy III
7   (the "Searcy Declaration") and Exhibits 1, 2, 4, 6 and 8 to the Declaration of
8   Marshall M. Searcy III in Support of Mattel, Inc.'s Motion to Compel Production of
9   Hard Drives from Computers Used by Isaac Larian After February 27, 2008 (the
10  "Searcy Exhibits"); and (3) the Declaration of Christopher Pavan and Exhibit A
11  thereto (the "Pavan Declaration and Exhibit").
12  The Motion, Searcy Declaration, Searcy Exhibits and Pavan
13  Declaration and Exhibit include materials that MGA and/or Mattel have designated
14  as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective
15  Order. Accordingly, Mattel requests that the Court order that the Motion, Searcy
16  Declaration, Searcy Exhibits and Pavan Declaration and Exhibit be filed under seal.
17  In the alternative, Mattel requests that the Court declare that the
18  Motion, Searcy Declaration, Searcy Exhibits and Pavan Declaration and Exhibit are
19  outside the definitions of "Confidential" and "Confidential--Attorneys' Eyes Only"
20  as contained in the Stipulated Protective Order and order it to be filed as part of the
21  public record.

DATED: May 7, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Marshall M. Searcy III
Marshall M. Searcy III
Attorneys for Mattel, Inc.

07975/2922449.1

-1-

APPLICATION TO FILE UNDER SEAL