**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**Hon. Stephen G. Larson**<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES FROM COMPUTERS USED BY ISAAC LARIAN AFTER FEBRUARY 27, 2008, FOR SUPPLEMENTAL INSPECTION PURSUANT TO FED. R. CIV. P. 26 (E); (2) THE DECLARATION OF MARSHALL M. SEARCY III AND EXHIBITS 1, 2, 4, 6, 8 TO THE DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT THEREOF; AND (3) THE DECLARATION OF CHRISTOPHER PAVAN AND EXHIBIT A THERETO<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Arent Fox LLP<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2922435.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on Mattel Inc.'s concurrently filed Application to File Under Seal: (1) Mattel, Inc.'s Reply in Support of Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian After February 27, 2008, for Supplemental Inspection Pursuant to Fed. R. Civ. P. 26(e); (2) the Declaration of Marshall M. Searcy III and Exhibits 1, 2, 4, 6 and 8 to the Declaration of Marshall M. Searcy III in Support of Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian After February 27, 2008; and (3) the Declaration of Christopher Pavan and Exhibit A thereto, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

(1) Mattel, Inc.'s Reply in Support of Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian After February 27, 2008, for Supplemental Inspection Pursuant to Fed. R. Civ. P. 26(e); (2) the Declaration of Marshall M. Searcy III and Exhibits 1, 2, 4, 6 and 8 to the Declaration of Marshall M. Searcy III in Support of Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian After February 27, 2008; and (3) the Declaration of Christopher Pavan and Exhibit A thereto are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: May 8, 2009

*/s/ S.G. Larson*

Hon. Stephen G. Larson
United States District Judge