ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

07975/2898750.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On May 7, 2009, I served true copies of the following documents described as:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>  Amman A. Khan, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>  pglaser@glaserweil.com<br>  akahn@glaserweil.com | **Attorneys for *the MGA Parties*** |
| Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>  rjf@msk.com | **Attorneys for *the MGA Parties*** |
| Overland Borenstein Scheper & Kim LLP<br>  Mark E. Overland, Esq.<br>  Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>  moverland@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |

[X] **BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with

07975/2898750.1

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

1 | postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

2

3

4 | **[X] BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from tenayarodewald@quinnemanuel.com on May 7, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

5

6

7

8 | I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

9

Executed on May 7, 2009, at Los Angeles, California.

10

11

12 | /s/ Tenaya Rodewald

_____
Tenaya Rodewald

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07975/2898750.1

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

# DOCUMENT LIST

1. REPLY IN SUPPORT OF MATTEL, INC'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES FROM COMPUTERS USED BY ISAAC LARIAN AFTER FEBRUARY 27, 2008, FOR SUPPLEMENTAL INSPECTION PURSUANT TO FED. R. CIV. P. 26 (E)

2. DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES FROM COMPUTERS USED BY ISAAC LARIAN AFTER FEBRUARY 27, 2008, FOR SUPPLEMENTAL INSPECTION PURSUANT TO FED. R. CIV. P. 26 (E)

3. DECLARATION OF CHRISTOPHER PAVAN IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES FROM COMPUTERS USED BY ISAAC LARIAN AFTER FEBRUARY 27, 2008, FOR SUPPLEMENTAL INSPECTION PURSUANT TO FED. R. CIV. P. 26 (E)

4. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES FROM COMPUTERS USED BY ISAAC LARIAN AFTER FEBRUARY 27, 2008, FOR SUPPLEMENTAL INSPECTION PURSUANT TO FED. R. CIV. P. 26 (E); (2) THE DECLARATION OF MARSHALL M. SEARCY III AND EXHIBITS 1, 2, 4, 6, 8 TO THE DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT THEREOF; AND (3) THE DECLARATION OF CHRISTOPHER PAVAN AND EXHIBIT A THERETO

5. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC'S MOTION TO COMPEL PRODUCTION OF HARD DRIVES FROM COMPUTERS USED BY ISAAC LARIAN AFTER FEBRUARY 27, 2008, FOR SUPPLEMENTAL INSPECTION PURSUANT TO FED. R. CIV. P. 26 (E); (2) THE DECLARATION OF MARSHALL M. SEARCY III AND EXHIBITS 1, 2, 4, 6, 8 TO THE DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT THEREOF; AND (3) THE DECLARATION OF CHRISTOPHER PAVAN AND EXHIBIT A THERETO

07975/2898750.1

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE