Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 28, REGARDING:**<br><br>**TAKING OFF CALENDAR THE HEARINGS SCHEDULED FOR MAY 12 AND 19, 2009** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

1  Having reviewed the request to continue the hearing scheduled for May 12, 2009,[1] as well as the stipulation submitted by the parties agreeing to a continuance of one of the two motions currently set for hearing on May 19, 2009, it is hereby **ORDERED** that *all* motions set for hearing on May 12 and 19, 2009 are taken off calendar.  If the Discovery Master determines that it is unnecessary to conduct a hearing prior to issuing a ruling on any of these motions, an order will issue based on the papers.  Conversely, if it appears that a hearing is warranted on one or more of the motions, the Discovery Master will issue an order setting the motion(s) for hearing on a date that is convenient for all interested parties.

Dated:     May 11, 2009

By:      /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master

---

[1] The request for a continuance of the May 12, 2009 hearing was agreed to by all parties as well as all interested non-parties.