QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>          Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 REGARDING MOTION OF MATTEL, INC. TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA<br><br>Hearing Date: May 18, 2009<br>Time: 1:45 p.m.<br>Place: Courtroom 1<br><br>**Phase 2**<br>Discovery Cut-off:    Dec. 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date:           March 23, 2010 |

07975/2925285.1

KIDMAN DEC ISO MATTEL'S REPLY MEMORANDUM

1  I, Scott B. Kidman, declare as follows:

2  1.  I am a member of the bar of the State of California and a partner
3  at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc.
4  ("Mattel").  I make this declaration of personal, firsthand knowledge and, if called
5  and sworn as a witness, I could and would testify competently thereto.

6  2.  Attached hereto as Exhibit 1 is a true and correct copy of a
7  newspaper article from the April 29, 2009 edition of the Mexican Newspaper El
8  Economista, and a true and correct certified English translation of that article.

9  3.  Attached hereto as Exhibit 2 is a true and correct copy of the
10  Discovery Master's Phase 2 Order No. 22, dated April 28, 2009.

11  4.  Attached hereto as Exhibit 3 is a true and correct copy of the
12  cover of the deposition transcript of Susan Kuemmerle, dated January 28, 2008.

13  5.  Attached hereto as Exhibit 4 is a true and correct copy of the
14  cover of the deposition transcript of Gustavo Machado, dated October 14, 2008.

15  6.  Attached hereto as Exhibit 5 is a true and correct copy of the
16  Civil Minutes - General, dated September 2, 2008.

17  7.  Attached hereto as Exhibit 6 is a true and correct copy of the
18  Third Supplemental Declaration of Jon Corey in Support of Mattel, Inc.'s Motion to
19  Compel Deposition of Carlos Gustavo Machado Gomez, dated January 14, 2008.

21  I declare under penalty of perjury under the laws of the United States of
22  America that the foregoing is true and correct.

23  Executed this 11th day of May 2009, at Los Angeles, California.

25  /s/ Scott B. Kidman
Scott B. Kidman

07975/2925285.1

-1-
KIDMAN DEC ISO MATTEL'S REPLY MEMORANDUM