Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No.  CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 29, REGARDING:**<br><br>**SECOND EXTENSION OF TIME FOR THE MGA PARTIES TO SERVE RESPONSES TO INTERROGATORY NOS. 56 THROUGH 63, 68 AND 69** |

1  The Discovery Master, having considered the parties' Stipulation Extending Deadline For MGA Parties To Serve Responses To Interrogatory Nos. 56 – 63 and 68 – 69 (the "Stipulation"), and good cause appearing therefor, **ORDERS** that, pursuant to the Stipulation, the MGA Parties shall have until Friday, May 15, 2009, to serve responses to Interrogatory Nos. 56 – 63, 68 and 69.

Dated:    May 11, 2009

By:    /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

ORDER NO. 29
[Case No. CV 04-09049 SGL (RNBx)]