1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     EASTERN DIVISION

11 | CARTER BRYANT, an individual,      | CASE NO. CV 04-9049 SGL (RNBx)
12 |         Plaintiff,                 | Consolidated with
   |                                    | Case No.    CV 04-09059
13 |         vs.                        | Case No.    CV 05-2727
14 | MATTEL, INC., a Delaware
   | corporation,                       | **STIPULATION TO REMOVE
15 |                                    | DOCKET NO. 5391**
   |         Defendant.
16
17 | AND CONSOLIDATED ACTIONS

1  WHEREAS, Docket No. 5391 contains information designated
2  "Confidential" or "Confidential -- Attorneys Eyes Only" pursuant to the Protective
3  Order;

4  WHEREAS, Docket No. 5391 was inadvertently filed publicly;

6  NOW, THEREFORE, MGA Entertainment, Inc., and Mattel, Inc., by
7  and through their respective counsel of record, and subject to the Court's approval,
8  hereby stipulate and agree that:
9  Docket No. 5391 will be stricken from the docket.
10  IT IS SO STIPULATED.

11  DATED: May ___, 2009       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

       By /s/ Michael T. Zeller
          Michael T. Zeller
          Attorneys for Mattel, Inc.

16  DATED: May ___, 2009       SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

       By /s/ Jason D. Russell
          Jason D. Russell
          Attorneys for MGA Entertainment, Inc.