1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10  EASTERN DIVISION

| | |
|---|---|
| 11  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12       Plaintiff, | Consolidated with<br>Case No.    CV 04-09059 |
| 13       vs. | Case No.    CV 05-2727 |
| 14  MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER RE STIPULATION TO REMOVE DOCKET NO. 5391** |
| 15       Defendant. | |
| 16 | |
| 17  AND CONSOLIDATED ACTIONS | |

<u>[PROPOSED] ORDER</u>

Based on the concurrently filed Stipulation to Remove Docket No. 5391, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED:

Docket No. 5391 will be stricken from the docket.

IT IS SO ORDERED.

DATED: _____, 2009  _____
Hon. Stephen G. Larson
United States District Judge