THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER TO FILE UNDER SEAL |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | Hearing Date: TBD<br>Time: TBD |

---

[Proposed] Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL and MEMORANDUM OF POINTS AND AUTHORITIES;
2. DECLARATION OF NINETTE PEMBLETON;
3. DECLARATION OF JOHN WOOLARD;
4. DECLARATION OF LARRY FALCON; (2)
5. COMPENDIUM OF THIRD PARTY DECLARATIONS; and
6. COMPENDIUM OF EXPERT DECLARATIONS ("Declarations").

DATED: 5-8-09

_____
Hon. Stephen G. Larson
United States District Court Judge