Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No.  CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 30, REGARDING:**<br><br>**EXTENSION OF TIME FOR THE MGA PARTIES TO SERVE RESPONSES TO INTERROGATORY NOS. 48 THROUGH 55 AND 64** |

1  As part of Orders Nos. 17 and 22, the Discovery Master ordered the MGA Parties to provide supplemental responses to Interrogatories Nos. 48 through 55 and 64 ("Interrogatory Responses").  The Interrogatory Responses must currently be supplemented by May 13 and 14, 2009.  The MGA Parties request a short extension of these deadlines, at least through May 18, 2009.

The Discovery Master, having considered the MGA Parties' request for an extension of time, the District Court's calendar and hearings set for May 18, 2009 and good cause appearing therefor, **ORDERS** that, pursuant to the request, the MGA Parties shall have until Friday, May 29, 2009, to serve responses to Interrogatory Nos. 48 through 55 and 64, subject, of course, to the District Court's ruling on pending motions that may affect scheduling in this action.

Dated:  May 12, 2009

By:  /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master