Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@glaserweil.com
GLASER, WEIL, FINK, JACOBS,
 HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  310-553-3000
Facsimile:   310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  310-312-2000
Facsimile:   310-312-3100

Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-09059<br>and Case No. 05-02727<br><br>**Hon. Stephen J. Larson**<br><br>**MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF: (A) *EX PARTE* APPLICATION TO CONTINUE HEARINGS ON MATTEL, INC'S (1) MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS, AND (2) MOTION TO RECONSIDER DISCOVERY MASTER'S ORDER NO. 11 PRESENTLY SET FOR MAY 18, 2009; AND (B) DECLARATIONS OF JOEL N. KLEVENS AND PATRICK A. FRAIOLI, JR. IN SUPPORT THEREOF**<br><br>Discovery Cut-off:  Dec. 11, 2009<br>Pre-trial Conference:  March 1, 2009<br>Trial Date:  March 23, 2010 |

676556

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the MGA Parties have submitted the following sealed documents to the Court:

(a) MGA PARTIES' *EX PARTE* APPLICATION TO CONTINUE HEARINGS ON MATTEL, INC'S (1) MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS, AND (2) MOTION TO RECONSIDER DISCOVERY MASTER'S ORDER NO. 11 PRESENTLY SET FOR MAY 18, 2009;

(b) DECLARATION OF JOEL N. KLEVENS IN SUPPORT THEREOF; and

(c) DECLARATION OF PATRICK A. FRAIOLI, JR. IN SUPPORT THEREOF.

Dated: May 12, 2009

Patricia L. Glaser
Joel N. Klevens
GLASER, WEIL, FINK, JACOBS
 HOWARD & SHAPIRO, LLP

Russell J. Frackman
MITCHELL, SILBERBERG & KNUPP, LLP

By: /s/ Joel Klevens
Joel N. Klevens
Attorneys for the MGA Parties
for Phase Two

676556

1

MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF: (A) *EX PARTE* APPLICATION TO CONTINUE HEARINGS; AND (B) DECLARATIONS OF KLEVENS AND FRAIOLI IN SUPPORT THEREOF