1  Patricia L. Glaser, State Bar No. 055668
   Pglaser@glaserweil.com
2  Joel N. Klevens, State Bar No. 045446
   Jklevens@glaserweil.com
3  GLASER, WEIL, FINK, JACOBS,
    HOWARD & SHAPIRO, LLP
4  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
5  Telephone:  310-553-3000
6  Facsimile:  310-556-2920

7  Russell J. Frackman, State Bar No. 049087
   rjf@msk.com
8  MITCHELL, SILBERBERG & KNUPP, LLP
   11377 West Olympic Boulevard
9  Los Angeles, California 90064
   Telephone:  310-312-2000
10 Facsimile:  310-312-3100

11 Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-09059 and Case No. 05-02727<br><br>**Hon. Stephen J. Larson**<br><br>**MGA PARTIES' APPLICATION TO FILE UNDER SEAL**<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-Trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

676562

MGA PARTIES' APPLICATION TO FILE UNDER SEAL Case No. CV 04-0949 SGL (RNBx)

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action on January 4, 2005, the MGA Parties hereby respectfully
3  request that the Court order the following documents to be filed under seal:

5  (a) MGA PARTIES' *EX PARTE* APPLICATION TO CONTINUE
6      HEARINGS ON MATTEL, INC'S (1) MOTION FOR LEAVE TO FILE
7      THIRD AMENDED ANSWER AND COUNTERCLAIMS, AND (2)
8      MOTION TO RECONSIDER DISCOVERY MASTER'S ORDER NO.
9      11 PRESENTLY SET FOR MAY 18, 2009;
10 (b) DECLARATION OF JOEL N. KLEVENS IN SUPPORT THEREOF;
11     and
12 (c) DECLARATION OF PATRICK A. FRAIOLI, JR. IN SUPPORT
13     THEREOF.

15 Good cause exists for filing these documents under seal because they contain
16 information that has been designated "CONFIDENTIAL."

18 Dated: May 12, 2009         Patricia L. Glaser
                                Joel N. Klevens
19                              GLASER, WEIL, FINK, JACOBS
                                 HOWARD & SHAPIRO, LLP
20
21                              Russell J. Frackman
                                MITCHELL, SILBERBERG & KNUPP, LLP
22
23                              By: /s/ Joel Klevens
                                Joel N. Klevens
24                              Attorneys for the MGA Parties
                                for Phase Two

676562

1

MGA PARTIES' APPLICATION TO FILE UNDER SEAL Case No. CV 04-0949 SGL (RNBx)