1  Patricia L. Glaser, State Bar No. 055668
   Pglaser@glaserweil.com
2  Joel N. Klevens, State Bar No. 045446
   Jklevens@glaserweil.com
3  GLASER, WEIL, FINK, JACOBS,
     HOWARD & SHAPIRO, LLP
4  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
5  Telephone:  310-553-3000
   Facsimile:  310-556-2920
6

7  Russell J. Frackman, State Bar No. 049087
   rjf@msk.com
8  MITCHELL, SILBERBERG & KNUPP, LLP
   11377 West Olympic Boulevard
9  Los Angeles, California 90064
   Telephone:  310-312-2000
10 Facsimile:  310-312-3100

11 Attorneys for the MGA Parties For Phase Two

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-09059<br>and Case No. 05-02727<br><br>**Hon. Stephen J. Larson**<br><br>**[PROPOSED] ORDER TO FILE UNDER SEAL**<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-Trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

676569

[PROPOSED] ORDER TO FILE UNDER SEAL Case No. CV 04-0949 SGL (RNBx)

## ORDER

Based on the concurrently filed Application and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

(a) MGA PARTIES' *EX PARTE* APPLICATION TO CONTINUE HEARINGS ON MATTEL, INC'S (1) MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS, AND (2) MOTION TO RECONSIDER DISCOVERY MASTER'S ORDER NO. 11 PRESENTLY SET FOR MAY 18, 2009;

(b) DECLARATION OF JOEL N. KLEVENS IN SUPPORT THEREOF; and

(c) DECLARATION OF PATRICK A. FRAIOLI, JR. IN SUPPORT THEREOF.

Dated: _____, 2009

_____
Hon. Stephen J. Larson
United States District Judge