QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>       vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.     CV 04-09059<br>Case No.     CV 05-2727<br><br>**ORDER RE STIPULATION TO REMOVE DOCKET NO. 5391** |

|   |   |
|---|---|
| 1 | ORDER |
| 2 |   |
| 3 | Based on the concurrently filed Stipulation to Remove Docket No. |
| 4 | 5391, and good cause appearing for the entry thereof, |
| 5 | IT IS HEREBY ORDERED: |
| 6 | Docket No. 5391 will be stricken from the docket. |
| 7 | IT IS SO ORDERED. |
| 8 | DATED:  May 12, 2009 |

*(signature)*

Hon. Stephen G. Larson
United States District Judge