Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>      v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No.  CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 31, REGARDING:**<br><br>**EXTENSION OF TIME FOR MATTEL TO OPPOSE MGA'S MOTION TO DE-DESIGNATE DOCUMENTS DESIGNATED AS ATTORNEYS' EYES ONLY** |

1   On or about May 11, 2009, Mattel, Inc. ("Mattel") requested an extension of time to file its Opposition to MGA's recently filed Motion to De-Designate Documents Produced by Mattel as Attorneys' Eyes Only In Response to Request Nos. 526 and 528 and Request for Sanctions (the "Opposition").  The Opposition is currently due on May 13, 2009.  Mattel requests a three-week extension "to obtain client declarations to explain why the designated information is confidential, and why de-designation of the information will cause competitive harm to Mattel."

The Discovery Master, having considered Mattel's request for an extension of time, and good cause appearing therefor, **ORDERS** that, pursuant to the request, Mattel shall have until Wednesday, June 3, 2009, to file and serve the Opposition.

Dated:      May 12, 2009

By:      /s/ Robert C. O'Brien
         ROBERT C. O'BRIEN
         Discovery Master