Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@glaserweil.com
GLASER, WEIL, FINK, JACOBS,
  HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  310-553-3000
Facsimile:   310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  310-312-2000
Facsimile:   310-312-3100

Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF THE MGA PARTIES TO CONTINUE HEARINGS ON MATTEL, INC'S (1) MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS, AND (2) MOTION TO RECONSIDER DISCOVERY MASTER'S ORDER NO. 11 PRESENTLY SET FOR MAY 18, 2009**<br><br><u>Phase 2</u><br>Discovery Cut-off:  December 11, 2009<br>Pre-Trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

676586

# [PROPOSED] ORDER

The Court has considered the *Ex Parte* Application of the MGA Parties to Continue Hearings On Mattel, Inc.'s (1) Motion for Leave to File Its Third Amended Answer and Counterclaims, and (2) Motion to Reconsider the Discovery Master's Order No. 11, presently set for May 18, 2009.

Good cause appearing, IT IS HEREBY ORDERED that the MGA Parties' *Ex Parte* Application is GRANTED. The hearings on Mattel's (1) Motion for Leave to File Its Third Amended Answer and Counterclaims, and (2) Motion to Reconsider the Discovery Master's Order No. 11, are continued from May 18, 2009, to _____, 2009.

Dated: _____

_____
Hon. Stephen J. Larson
United States District Judge

676586

1

[PROPOSED] ORDER RE *EX PARTE* APPLICATION TO CONTINUE HEARINGS