13569.1

BYRON Z. MOLDO, SBN 109652
ERVIN COHEN & JESSUP LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212-2974
T: 310/273-6333 / F: 310/859-2325
E: bmoldo@ecjlaw.com
Attorneys for Patrick J. Fraioli, Jr., Temporary Receiver

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NUMBER: CV 04-09049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** PRELIMINARY REPORT AND RECOMMENDATIONS OF PATRICK A. FRAIOLI, JR., TEMPORARY RECEIVER

Document Description:

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☒ Other

Reason:

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

5/12/09
Date

BYRON Z. MOLDO, SBN 109652
Attorney Name

Patrick J. Fraioli, Jr., Temporary Receiver
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                                        NOTICE OF MANUAL FILING