QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**PROPOSED ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION FOR DISCLOSURE OF MGA 2009 PRODUCT LINE INFORMATION IN ADVANCE OF MAY 18, 2009 HEARING ON MGA'S *EX PARTE* APPLICATION FOR STAY; AND**<br><br>**Phase 2:**<br>Disc. Cut-off:      December 11, 2009<br>Pre-trial Conf.:    March 1, 2010<br>Trial Date:  March 23, 2010 |

07975/2800269.1

[PROPOSED] ORDER RE *EX PARTE* APPLICATION

# [PROPOSED] ORDER

Based on the concurrently filed Mattel, Inc.'s *Ex Parte* Application For Disclosure Of MGA 2009 Product Line Information In Advance Of May 18, 2009 Hearing On MGA's *Ex Parte* Application For Stay, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. No later than noon on Friday, May 15, 2009, MGA shall disclose the following documents and make the following items available to Mattel's counsel for inspection: (a) samples of each of the Spring 2009 and Fall 2009 Bratz dolls; (b) retailer order product "set-up" forms showing orders of Spring 2009 Bratz dolls and Fall 2009 Bratz dolls, by dollars and by number of units per SKU; (c) planograms for retailers carrying Spring 2009 Bratz dolls and Fall 2009 Bratz dolls; (d) samples of each of the "Moxiez" dolls (regardless of what such dolls are now or will be called) for launch in 2009; (e) retailer order product "set-up" forms showing orders of 2009 "Moxie" dolls (regardless of what such dolls are now or will be called), by dollars and by number of units per SKU; and (f) planograms for retailers carrying 2009 "Moxiez" dolls (regardless of what such dolls are now or will be called).

2. Mattel is granted leave to proceed with a deposition of Toys 'R Us on shortened notice the week of May 11, 2009 in advance of the May 18, 2009 hearing at such time and in such manner as is convenient to Toys 'R Us.

DATED:                    , 2009   _____
                                    Hon. Stephen G. Larson
                                    United States District Judge