UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                      Date: May 12, 2009
Title:     MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

        Cindy Sasse                                   None Present
        Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

**PROCEEDINGS:   ORDER DIRECTING IN CAMERA AND UNDER SEAL FILING BY CLERK AND ORDERING LIMITED SERVICE BY RECEIVER OF RECEIVER'S REPORT AND RECOMMENDATIONS**

    The Court is in receipt of the Preliminary Report and Recommendations of Patrick A. Fraioli, Jr., Temporary Receiver, filed on this day. The Court directs the Clerk to maintain the Report and all its exhibits in camera, except as set forth below.

    The Receiver is ORDERED to immediately serve the Report and Exhibit G, but not Exhibits A through F, on all counsel of record. The Clerk is directed to file a copy of the Report and Exhibit G under seal.

    **IT IS SO ORDERED.**

MINUTES FORM 90                                        Initials of Deputy Clerk __cls_____
CIVIL -- GEN                         1