ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation,<br>Defendant.<br>AND CONSOLIDATED ACTIONS | APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 REGARDING MOTION OF MATTEL, INC. TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA |
| | [[Proposed] Order Filed Concurrently Herewith] |
| | **Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2916221.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

|   |   |
|---|---|
| 1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the Reply in Support of Mattel, Inc.'s Motion Objecting to Portions of Discovery Master Order No. 11 Regarding Motion of Mattel, Inc. to Compel Depositions of Pablo Vargas and Mariana Trueba (the "Reply"). |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the Reply in Support of Mattel, Inc.'s Motion Objecting to Portions of Discovery Master Order No. 11 Regarding Motion of Mattel, Inc. to Compel Depositions of Pablo Vargas and Mariana Trueba (the "Reply").

The Reply references and quotes from materials that the MGA Parties have designated as "Confidential--Attorneys' Eyes Only." Accordingly, Mattel requests that the Court order that the Reply be filed under seal.

In the alternative, Mattel requests that the Court declare that the Reply is outside the definition of "Confidential" as contained in the Stipulated Protective Order and order it to be filed as part of the public record.

DATED: May 11, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Cyrus N. Naim
Attorneys for Mattel, Inc.

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On May 11, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 REGARDING MOTION OF MATTEL, INC. TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan<br>Jason D. Russell<br>Skadden Arps Slate Meagher & Flom<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | ***Attorneys for MGA Parties*** |
| Mark E. Overland<br>David C. Sheper<br>Alexander H. Cote<br>Overland Borenstein Scheper & Kim LLP<br>601 West Fifth Street, 125th Floor<br>Los Angeles, CA 90071 | ***Attorneys for Carlos Gustavo Machado Gomez*** |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 11, 2009, at Los Angeles, California.

/s/ Pedro Miranda
Pedro Miranda - APEX Attorney Services

07975/2916379.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On May 11, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 11 REGARDING MOTION OF MATTEL, INC. TO COMPEL DEPOSITIONS OF PABLO VARGAS AND MARIANA TRUEBA** on the parties in this action as follows:

| | |
|---|---|
| Patricia Glaser<br>Glaser Weil Fink Jacobs & Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA 90067 | *Attorneys for MGA Parties* |
| Russell J. Frackman<br>Mitchell Silberberg<br>11377 West Olympic Boulevard<br>Los Angeles, CA 90064 | *Attorneys for MGA Parties* |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 11, 2009, at Los Angeles, California.

/s/ Wilbert Gutierrez
Wilbert Gutierrez - APEX Attorney Services

07975/2916364.1