QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**CORRECTED APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S *EX PARTE* APPLICATION FOR DISCLOSURE OF MGA 2009 PRODUCT LINE INFORMATION IN ADVANCE OF MAY 18, 2009 HEARING ON MGA'S *EX PARTE* APPLICATION FOR STAY; THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF; AND EXHIBITS 3-8, 10-14 TO THE DECLARATION OF MICHAEL T. ZELLER**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2916221.1

MATTEL, INC.'S CORRECTED APPLICATION TO FILE UNDER SEAL

1         Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s *Ex Parte* Application For Disclosure Of MGA 2009 Product Line Information In Advance Of May 18, 2009 Hearing On MGA's *Ex Parte* Application For Stay (the "Application"), the Declaration of Michael T. Zeller in support thereof (the "Declaration") and Exhibits 3-8, 10-14 to the Declaration.

        The Application and Declaration cite and the Exhibits include materials that Mattel, MGA, IGWT and the Court have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Mattel has designated Exhibits 10-12 as "Confidential." MGA has designated Exhibit 3, 4, 13 and 14 to the Declaration as "Confidential -- Attorneys' Eyes Only." IGWT has designated Exhibits 6 and 7 as "Confidential -- Attorneys' Eyes Only." The Court has designated Exhibits 5 & 8 as "Confidential--Attorneys' Eyes Only." Accordingly, Mattel requests that the Court order that the Application, Declaration and Exhibits 3-8, 10-14 to the Declaration be filed under seal.

DATED: May 11, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Bridget A. Hauler
Bridget A. Hauler
Attorneys for Mattel, Inc.