Byron Z. Moldo (SBN 109652)
  bmoldo@ecjlaw.com
David Seror (SBN 67488)
  dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
  pdavidson@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Temporary Receiver

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>and Case No. CV 05-02727<br><br>[Judge Stephen G. Larson]<br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>**PRELIMINARY REPORT AND RECOMMENDATIONS OF PATRICK A. FRAIOLI, JR., TEMPORARY RECEIVER** |

IDOCS:13569.1:885214.1

1     Pursuant to Local Rule 79-5.1, the Temporary Receiver hereby respectfully
2 requests that the Court order the following document be filed under seal:
3     **Preliminary Report and Recommendations of Patrick A. Fraioli, Jr.,**
4     **Temporary Receiver ("Report").**
5 Good cause exists for filing this document under seal because it contains
6 confidential information regarding MGA Entertainment, Inc. ("MGA"), as well as
7 possible trade secrets which if made public could damage both MGA and the Bratz
8 assets which the Receiver is charged with preserving and protecting.
9     The Receiver respectfully recommends that the Court authorize the Receiver
10 to serve the Report and Exhibit "G" attached thereto on all counsel of record. The
11 Receiver further recommends that Exhibits "A" through "F" should only be made
12 available for in camera review.

13
14 DATED: May 12, 2009      ERVIN COHEN & JESSUP LLP
15     Byron Z. Moldo
    David Seror
16     Peter A. Davidson
17
18     By: _____
    BYRON Z. MOLDO
19     Attorneys for Patrick A. Fraioli, Jr.,
    Temporary Receiver

ERVIN COHEN & JESSUP LLP

IDOCS:13569.1:885214.1     -2-