Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@glaserweil.com
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: 310-553-3000
Facsimile: 310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone: 310-312-2000
Facsimile: 310-312-3100

Attorneys for the MGA Parties For Phase Two

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard
Nineteenth Floor
Los Angeles, California 90067
310-553-3000

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual

Plaintiff,

v.

MATTEL, INC., a Delaware Corporation

Defendant.

AND CONSOLIDATED ACTIONS

Case No. CV 04-9049 SGL (RNBx)
Consolidated with Case No. 04-09059 and Case No. 05-02727

**Hon. Stephen J. Larson**

**ORDER TO FILE UNDER SEAL**

**Phase 2**
Discovery Cut-off: December 11, 2009
Pre-Trial Conference: March 1, 2010
Trial Date: March 23, 2010

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard
Nineteenth Floor
Los Angeles, California 90067
310-553-3000

**ORDER**

Based on the concurrently filed Application and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

(a) MGA PARTIES' *EX PARTE* APPLICATION TO CONTINUE HEARINGS ON MATTEL, INC'S (1) MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS, AND (2) MOTION TO RECONSIDER DISCOVERY MASTER'S ORDER NO. 11 PRESENTLY SET FOR MAY 18, 2009;

(b) DECLARATION OF JOEL N. KLEVENS IN SUPPORT THEREOF; and

(c) DECLARATION OF PATRICK A. FRAIOLI, JR. IN SUPPORT THEREOF.

Dated: _May 12, 2009

S G Larson

Hon. Stephen G. Larson
United States District Judge