QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

  Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

  Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. Stephen G. Larson

[~~PROPOSED~~] ORDER GRANTING CORRECTED APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S *EX PARTE* APPLICATION FOR DISCLOSURE OF MGA 2009 PRODUCT LINE INFORMATION IN ADVANCE OF MAY 18, 2009 HEARING ON MGA'S *EX PARTE* APPLICATION FOR STAY; THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF; AND EXHIBITS 3-8, 10-14 TO THE DECLARATION OF MICHAEL T. ZELLER

**Phase 2**
Discovery Cut-off: December 11, 2009
Pre-trial Conference: March 1, 2010
Trial Date: March 23, 2010

07975/2916256.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Corrected Application to File Under Seal Mattel, Inc.'s *Ex Parte* Application For Disclosure Of MGA 2009 Product Line Information In Advance Of May 18, 2009 Hearing On MGA's *Ex Parte* Application For Stay; Declaration of Michael T. Zeller In Support Thereof; and Exhibits 3-8, 10-14 to the Declaration of Michael T. Zeller, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED:

Application to File Under Seal Mattel, Inc.'s *Ex Parte* Application For Disclosure Of MGA 2009 Product Line Information In Advance Of May 18, 2009 Hearing On MGA's *Ex Parte* Application For Stay; Declaration of Michael T. Zeller In Support Thereof; and Exhibits 3-8, 10-14 to the Declaration of Michael T. Zeller are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: May 12, 2009

Hon. Stephen G. Larson
United States District Judge