UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                    Date: May 13, 2009
Title:        MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
==================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

  Cindy Sasse          None Present
  Courtroom Deputy        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

None Present           None Present

**PROCEEDINGS:**  **ORDER DENYING THE MGA PARTIES' EX PARTE APPLICATION TO CONTINUE HEARING ON MATTEL'S MOTION FOR LEAVE TO FILE A THIRD AMENDED ANSWER AND COUNTERCLAIMS AND MATTEL'S MOTION FOR REVIEW OF THE DISCOVERY MASTER'S ORDER NO. 11**

  The Court has received and reviewed the MGA Parties' Ex Parte Application to Continue Hearing on Mattel's Motion for Leave to File a Third Amended Answer and Counterclaims and Mattel's Motion for Review of the Discovery Master's Order No. 11 and opposition thereto.

  Because it fails to establish good cause for a continuance, the Court **DENIES** the Ex Parte Application (docket # 5422).

  **IT IS SO ORDERED.**