QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| CARTER BRYANT, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CASE NO. CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel's Objections to Dec. of Eric Joachimsthaler; Mattel's Objections to Dec. of Paul K. Meyer; Mattel's Objections to Dec. of John Woolard; Mattel's Objections to Dec. of Ninette Pembleton; Mattel's Objections to Dec. of Larry Falcon; Mattel's Objections to Third-Party Decs.; App to File Under Seal; Proposed Order

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☑ Other

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☑ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

| Date | Attorney Name |
|---|---|
| | Mattel, Inc. |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)   **NOTICE OF MANUAL FILING**