Byron Z. Moldo (SBN 109652)
  bmoldo@ecjlaw.com
David Seror (SBN 67488)
  dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
  pdavidson@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Temporary Receiver

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| CARTER BRYANT, an individual,,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,,<br><br>Defendant. | CASE NO. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>and Case No. CV 05-02727<br><br>[Judge Stephen G. Larson]<br><br>**PROOF OF LIMITED SERVICE PER COURT ORDER DIRECTING IN CAMERA AND UNDER SEAL FILING BY CLERK AND ORDERING LIMITED SERVICE BY RECEIVER OF RECEIVER'S REPORT AND RECOMMENDATIONS** |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. My business address: 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA 90212-2974.

On May 12, 2009, I served the document(s) described as: **PRELIMINARY REPORT AND RECOMMENDATIONS OF PATRICK A. FRAIOLI, JR., TEMPORARY RECEIVER; EXHIBIT G; and ORDER DIRECTING IN CAMERA AND UNDER SEAL FILING BY CLERK AND ORDERING LIMITED SERVICE BY RECEIVER OF RECEIVER'S REPORT AND RECOMMENDATIONS**, on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ BY MAIL: I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☒ BY FEDERAL EXPRESS/OVERNITE EXPRESS MAIL: I caused said document(s) to be sent via Federal Express / Overnite Express Mail for next business day delivery.

☐ BY FACSIMILE: I caused said document(s) to be sent via facsimile.

☒ BY EMAIL: I caused said document(s) to be sent via email.

☐ ELECTRONICALLY MAILED: Said document(s) were electronically served on the person(s) as indicated on the attached Notice of Electronic Filing.

☐ BY TELEPHONIC COMMUNICATION: I telephoned the interested parties and gave notice as indicated in my declaration.

☐ BY PERSONAL SERVICE: I caused said document(s) to be delivered to the addressees listed on the attached Service List.

☐ [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]   I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 12, 2009, at Los Angeles, California.

/s/ TRISH MELENDEZ

IDOCS:13569.1:883209.1

## SERVICE LIST

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>Jason D. Russell, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>T: 213/687-5000<br>F: 213/687-5600<br>E: tnolan@skadden.com; jrussell@skadden.com | Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian<br><br>*BY OVERNITE EXPRESS* |
| Mark E. Haddad, Esq.<br>Robert A. Holland, Esq.<br>Alycia A. Degen, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-1010<br>T: 213/896-6000<br>F: 213/896-6600<br>E: mhaddad@sidley.com;<br>rholland@sidley.com; adegen@sidley.com | Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian<br><br>*BY OVERNITE EXPRESS* |
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Brett Dylan Proctor, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>T: 213/443-3000<br>F: 213/443-3100<br>E: johnquinn@quinnemanuel.com;<br>michaelzeller@quinnemanuel.com;<br>joncorey@quinnemanuel.com;<br>dylanproctor@quinnemanuel.com | Counsel for Defendant/Appellee, Mattel, Inc.<br><br>*BY OVERNITE EXPRESS* |
| Sanford I. Weisburst, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>T: 212/849-7170<br>F: 212/849-7100<br>E: sandyweisburst@quinnemanuel.com | Counsel for Defendant/Appellee, Mattel, Inc.<br><br>*BY EMAIL AND FEDERAL EXPRESS* |

IDOCS:13569.1:883209.1

| | | |
|---|---|---|
| 1 | | |
| 2 | Patricia L. Glaser, Esq.<br>Glaser Weil Fink Jacobs and Shapiro<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>T: 310/553-3000<br>F: 310/556-2920<br>E: pglaser@glaserweil.com | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv<br><br>*BY OVERNITE EXPRESS* |
| 6 | Russell J. Frackman, Esq.<br>Mitchell Silberberg & Knupp<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064-1683<br>T: 310/312-3132<br>F: 310/312-3788<br>E: rjf@msk.com | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv<br><br>*BY OVERNITE EXPRESS* |
| 11 | Peter H. Bonis, Esq.<br>Peter H. Bonis Law Offices<br>1990 N. California Blvd., 8th Floor<br>Walnut Creek, CA 94596<br>T: 925/287-6428 | Counsel for Plaintiff, Carter Bryant<br><br>*BY OVERNITE EXPRESS* |
| 15 | Alexander H. Cote, Esq.<br>Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Overland Borenstein Scheper & Kim<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071-2025<br>T: 213/613-4655<br>F: 213/613-4656<br>E: acote@obsklaw.com;<br>moverland@obsklaw.com;<br>dscheper@obsklaw.com | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez<br><br>*BY OVERNITE EXPRESS* |
| 22 | Leah Chava Gershon, Esq.<br>James W. Spertus Law Offices<br>12100 Wilshire Blvd., Suite 620<br>Los Angeles, CA 90025<br>T: 310/826-4700<br>E: leah@spertuslaw.com | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez<br><br>*BY OVERNITE EXPRESS* |

IDOCS:13569.1:883209.1

| | | |
|---|---|---|
| 1 | | |
| 2 | Linda M. Burrow, Esq. | Counsel for Third Party Defendant, Anne Wang |
| 3 | Caldwell Leslie and Proctor PC<br>1000 Wilshire Blvd., Suite 600 | |
| | Los Angeles, CA 90017 | *BY OVERNITE EXPRESS* |
| 4 | T: 213/629-9040 | |
| | F: 213/629-9022 | |
| 5 | E: burrow@caldwell-leslie.com | |
| 6 | | |
| 7 | Todd E. Gordinier, Esq.<br>Bingham McCutchen | Counsel for Limited Intervenor, Omni 808 Investors LLC |
| 8 | 600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626 | |
| 9 | T: 714/830-0600 | *BY OVERNITE EXPRESS* |
| | F: 714/830-0700 | |
| 10 | E: todd.gordinier@bingham.com | |

IDOCS:13569.1:883209.1