1

2  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
3    John B. Quinn (Bar No. 090378)
     johnquinn@quinnemanuel.com
4    Michael T. Zeller (Bar No. 196417)
     (michaelzeller@quinnemanuel.com)
5    Jon D. Corey (Bar No. 185066)
     (joncorey@quinnemanuel.com)
6  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
7  Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
8
   Attorneys for Mattel, Inc.
9
                    UNITED STATES DISTRICT COURT
10
                  CENTRAL DISTRICT OF CALIFORNIA
11
                         EASTERN DIVISION
12

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 13, 2009, I served true copies of the following documents described as:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for** *the MGA Parties* |
| Glaser, Weil, Fink, Jacobs & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>  Amman A. Khan, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>  pglaser@glaserweil.com<br>  akahn@glaserweil.com | **Attorneys for** *the MGA Parties* |
| Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>  rjf@msk.com | **Attorneys for** *the MGA Parties* |
| Overland Borenstein Scheper & Kim LLP<br>  Mark E. Overland, Esq.<br>  Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>  moverland@obsklaw.com | **Attorneys for** *Carlos Gustavo Machado Gomez* |

1      I declare that I am employed in the office of a member of the bar of this Court

2 at whose direction the service was made.

3 Executed on May 13, 2009, at Los Angeles, California.

4

5                              _____

6                              David Quintana

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DOCUMENT LIST

1.  APPLICATION TO FILE UNDER SEAL MATTEL, INC'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL; AND DECLARATIONS OF TIMOTHY KILPIN, MICHAEL J. WAGNER, CAROL A. SCOTT, AND MICHAEL T. ZELLER IN SUPPORT

2.  [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL; AND DECLARATIONS OF TIMOTHY KILPIN, MICHAEL J. WAGNER, CAROL A. SCOTT, AND MICHAEL T. ZELLER IN SUPPORT

3.  MATTEL, INC'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL

4.  DECLARATION OF TIMOTHY KILPIN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA's EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL

5.  DECLARATION OF MICHAEL T. ZELLER ISO MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL [VOL1]

6.  DECLARATION OF MICHAEL T. ZELLER ISO MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL [VOL2]

7.  DECLARATION OF MICHAEL J. WAGNER SUBMITTED IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL

8.  DECLARATION OF CAROL A. SCOTT SUBMITTED IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL

9.  APPLICATION TO FILE UNDER SEAL (1) EX PARTE APPLICATION OF MATTEL, INC. TO STRIKE DECLARATION OF PAUL K. MEYER; (2) EX PARTE APPLICATION OF MATTEL, INC. TO STRIKE DECLARATION OF ERICH JOACHIMSTHALER; (3) MATTEL, INC.'S EX PARTE APPLICATION TO STRIKE THE WOOLARD, FALCON, PEMBLETON AND THIRD-PARTY DECLARATIONS; AND (4) SEARCY DECLARATION IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION TO STRIKE THE WOOLARD, FALCON, PEMBLETON AND THIRD-PARTY DECLARATIONS

10. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL (1) EX PARTE APPLICATION OF MATTEL, INC. TO STRIKE DECLARATION OF PAUL K. MEYER; (2) EX PARTE APPLICATION OF MATTEL, INC. TO STRIKE DECLARATION OF ERICH JOACHIMSTHALER; (3) MATTEL, INC.'S EX PARTE APPLICATION TO STRIKE THE WOOLARD, FALCON, PEMBLETON AND THIRD-

PARTY DECLARATIONS; AND (4) SEARCY DECLARATION IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION TO STRIKE THE WOOLARD, FALCON, PEMBLETON AND THIRD-PARTY DECLARATIONS

11. EX PARTE APPLICATION OF MATTEL, INC. TO STRIKE DECLARATION OF PAUL K. MEYER FILED IN SUPPORT OF THE MGA PARTIES' EX PARTE APPLICATION AND MOTION TO STAY PENDING APPEAL [CONFIDENTIAL]

12. EX PARTE APPLICATION OF MATTEL, INC. TO STRIKE DECLARATION OF ERICH JOACHIMSTHALER FILED IN SUPPORT OF THE MGA PARTIES' EX PARTE APPLICATION AND MOTION TO STAY PENDING APPEAL;

13. MATTEL, INC.'S EX PARTE APPLICATION TO STRIKE THE WOOLARD, FALCON, PEMBLETON AND THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' REQUEST FOR STAY

14. DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION TO STRIKE THE WOOLARD, FALCON, PEMBLETON AND THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' REQUEST FOR STAY

15. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S OBJECTIONS TO DECLARATION OF ERIC JOACHIMSTHALER; (2) MATTEL, INC.'S OBJECTIONS TO DECLARATION OF PAUL K. MEYER; (3) MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF JOHN WOOLARD; (4) MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF NINETTE PEMBLETON; (5) MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF LARRY FALCON; AND (6) MATTEL, INC.'S EVIDENTIARY OBJECTIONS TO THE COMPENDIUM OF THIRD-PARTY DECLARATIONS

16. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S OBJECTIONS TO DECLARATION OF ERIC JOACHIMSTHALER; (2) MATTEL, INC.'S OBJECTIONS TO DECLARATION OF PAUL K. MEYER; (3) MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF JOHN WOOLARD; (4) MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF NINETTE PEMBLETON; (5) MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF LARRY FALCON; AND (6) MATTEL, INC.'S EVIDENTIARY OBJECTIONS TO THE COMPENDIUM OF THIRD-PARTY DECLARATIONS

17. MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF ERIC JOACHIMSTHALER IN SUPPORT OF THE MGA PARTIES' EX PARTE APPLICATION AND MOTION TO STAY PENDING APPEAL

18. MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF PAUL K. MEYER IN SUPPORT OF THE MGA PARTIES' EX PARTE APPLICATION AND MOTION TO STAY PENDING APPEAL

19. MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF JOHN WOOLARD IN SUPPORT OF THE MGA PARTIES' EX PARTE APPLICATION AND MOTION TO STAY PENDING APPEAL

20. MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF NINETTE PEMBLETON IN SUPPORT OF THE MGA PARTIES' EX PARTE APPLICATION AND MOTION TO STAY PENDING APPEAL

21. MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF LARRY FALCON IN SUPPORT OF THE MGA PARTIES' EX PARTE APPLICATION AND MOTION TO STAY PENDING APPEAL

22. MATTEL, INC.'S EVIDENTIARY OBJECTIONS TO THE COMPENDIUM OF THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' EX PARTE APPLICATION AND MOTION TO STAY PENDING APPEAL