| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
|  | John B. Quinn (Bar No. 090378) |
| 2 | (johnquinn@quinnemanuel.com) |
|  | Michael T. Zeller (Bar No. 196417) |
| 3 | (michaelzeller@quinnemanuel.com) |
|  | Jon D. Corey (Bar No. 185066) |
| 4 | (joncorey@quinnemanuel.com) |
|  | 865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, California  90017-2543 |
|  | Telephone:  (213) 443-3000 |
| 6 | Facsimile:   (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| CARTER BRYANT, an individual, | | CASE NO. CV 04-9049 SGL (RNBx) |
| | | Consolidated with |
| Plaintiff, | | Case No. CV 04-09059 |
| | | Case No. CV 05-02727 |
| vs. | | |
| | | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | | |
| | | NOTICE OF LODGING OF: (1) [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF MATTEL, INC. TO STRIKE DECLARATION OF PAUL K. MEYER; (2) [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF MATTEL, INC. TO STRIKE DECLARATION OF ERICH JOACHIMSTHALER; AND (3) [PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE THE WOOLARD, FALCON, PEMBLETON AND THIRD-PARTY DECLARATIONS |
| Defendant. | | |
| AND CONSOLIDATED ACTIONS | | |
| | | Date:   May 18, 2008 |
| | | Time:   2:00 p.m. |
| | | Place:  Courtroom 1 |
| | | **Phase 2** |
| | | Discovery Cut-off:  December 11, 2009 |
| | | Pre-trial Conference:  March 1, 2010 |
| | | Trial Date:  March 23, 2010 |

07975/2930114.1

MATTEL'S NOTICE OF LODGING

Mattel, Inc. hereby lodges: (1) [Proposed] Order Granting *Ex Parte* Application of Mattel, Inc. to Strike Declaration of Paul K. Meyer Filed in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal; (2) [Proposed] Order Granting *Ex Parte* Application of Mattel, Inc. to Strike Declaration of Erich Joachimsthaler Filed in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal; and (3) [Proposed] Order Granting Mattel, Inc.'s *Ex Parte* Application To Strike The Woolard, Falcon, Pembleton, and Third-Party Declarations In Support Of The MGA Parties' Request For Stay.

DATED: May 13, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Marshall M. Searcy III
Marshall M. Searcy III
Attorneys for Mattel, Inc.