QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF MATTEL, INC. TO STRIKE DECLARATION OF PAUL K. MEYER FILED IN SUPPORT OF THE MGA PARTIES' *EX PARTE* APPLICATION AND MOTION TO STAY PENDING APPEAL<br><br>Date:  May 18, 2008<br>Time:  2:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 2:**<br>Discovery Cut-off:  Dec. 11, 2009<br>Pre-trial Conf.:  Mar. 1, 2010<br>Trial Date:  Mar. 23, 2010 |

# [PROPOSED] ORDER

Based on the *Ex Parte* Application of Mattel, Inc. to Strike Declaration of Paul K. Meyer Filed in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The Declaration of Paul K. Meyer filed in support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal is hereby stricken from the record.

IT IS SO ORDERED.

DATED:                     , 2009
                                        Hon. Stephen G. Larson
                                        United States District Judge