QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE THE WOOLARD, FALCON, PEMBLETON AND THIRD-PARTY DECLARATIONS IN SUPPORT OF THE MGA PARTIES' REQUEST FOR STAY**<br><br>Date:   May 18, 2009<br>Time:  2:00 p.m.<br>Place: Courtroom 1 |

# [PROPOSED] ORDER

Based on Mattel, Inc.'s concurrently filed *Ex Parte* Application to Strike the Woolard, Falcon, Pembleton and Third-Party Declarations in Support of the MGA Parties' Request for Stay, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. the Declaration of John Woolard in Support of the MGA Parties' Request for Further Stay is hereby stricken from the record;

2. the Declaration of Larry Falcon in Support of MGA's Motion to Stay is hereby stricken from the record;

3. the Declaration of Ninette Pembleton in Support of MGA's Motion to Stay the December 3 Orders Until April 30, 2011 And/Or Pending Appeal is hereby stricken from the record;

4. the Compendium of Third-Party Declarations in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal is hereby stricken from the record.

IT IS SO ORDERED.

DATED:                    , 2009    _____
                                    Hon. Stephen G. Larson
                                    United States District Judge