Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 32, REGARDING:**<br><br>**EXTENSION OF TIME FOR THE MGA PARTIES TO SERVE RESPONSES TO INTERROGATORY NOS. 68 AND 69** |

As part of Order No. 11, the Discovery Master ordered the MGA Parties to provide supplemental responses to, among other things, Interrogatories Nos. 68 and 69 ("Interrogatory Responses"). The Interrogatory Responses must currently be supplemented by May 15, 2009. The MGA Parties request a short extension of this deadline to May 29, 2009.

The Discovery Master, having considered the MGA Parties' request for an extension of time, and good cause appearing therefor, **ORDERS** that, pursuant to the request, the MGA Parties shall have until Friday, May 29, 2009, to serve responses to Interrogatory Nos. 68 and 69. Subject to the District Court's ruling on pending motions that may affect scheduling in this action, no further extension of time will be granted by the Discovery Master to the MGA Parties regarding these interrogatories absent extraordinary circumstances.

Dated:      May 14, 2009

By:      /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master