**Name & Address**:
Richard M. Pachulski (CA Bar No. 90073)
James I. Stang (CA Bar No. 94435)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

(1) Memorandum of Points & Authorities in Opposition to Order to Show Cause re: Appointment of Permanent Receiver and Preliminary Objections to Report of Forensic Auditor and Temporary Receiver's Report (the "Memorandum") ; (2) Joinder of Isaac Larin in Support of Memorandum; (3) Declaration of Richard M. Pachulski in support of Memorandum; (4) Declaration of Isaac Larin in Support of Memorandum; (5) Declaration of Bertrand Chauchat in Support of Memorandum; (6) Application to File Documents Under Seal; and (7) Order Granting Application to File Documents Under Seal

**Document Description:**

- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☒ Other Memorandum of Points & Authorities in Opposition to Order to Show Cause re: Appointment of Permanent Receiver and Preliminary Objections to Report of Forensic Auditor and Temporary Receiver's Report; Declarations of Richard Pachulski (and Exhibits A, B & C), Isaac Larian (and Exhibit A) and Caroline Texier in support thereof, Application to File Documents under Seal.

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☒ Per Court order dated January 4, 2005

☒  Manual Filing required (*reason*): The documents have been authorized to be filed under seal pursuant to Court Order dated January 4, 2005.

| | |
|---|---|
| May 14, 2009 | James I. Stang |
| Date | Attorney Name |
| | MGA Entertainment, Inc. |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).