| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
|   | (tnolan@skadden.com) |
| 2 | JASON D. RUSSELL (Bar No. 169219) |
|   | (jrussell@skadden.com) |
| 3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | 300 South Grand Avenue, Suite 3400 |
| 4 | Los Angeles, CA 90071-3144 |
|   | Tel.: (213) 687-5000/Fax: (213) 687-5600 |
| 5 | |
| 6 | Attorneys for Counter-Defendants, |
|   | MGA ENTERTAINMENT, INC., ISAAC LARIAN, |
| 7 | and MGA ENTERTAINMENT (HK) LIMITED |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | SECOND DECLARATION OF CARL ALAN ROTH IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S EX PARTE APPLICATION TO STRIKE THE JOACHIMSTHALER DECLARATION IN SUPPORT OF MGA'S REQUEST FOR A STAY PENDING APPEAL |
| AND CONSOLIDATED ACTIONS. | |

I, Carl Alan Roth, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") in the above-captioned matter. I submit this Second Declaration in Support of MGA's Opposition to Mattel, Inc.'s Ex Parte Application to Strike the Joachimsthaler Declaration in Support of MGA's Request for a Stay Pending Appeal. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. A true and correct copy of the May 14, 2009 Declaration of Paul K. Meyer is attached hereto as **Exhibit G**.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 14, 2009 at Los Angeles, California.

_____
Carl Alan Roth