QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | NOTICE OF FILING OF THE DECLARATIONS OF VINCE MAZZILLI, DANIEL EDWARDS, THOMAS J. REILLY, AND ROBERT YOUNG IN SUPPORT OF MATTEL, INC.'S BRIEF IN SUPPORT OF THE APPOINTMENT OF A PERMANENT RECEIVER |
| AND CONSOLIDATED ACTIONS | |
| | **Phase 2:**<br>Discovery Cut-off:  Dec. 11, 2009<br>Pre-trial Conference:  Mar. 1, 2010<br>Trial Date:  Mar. 23, 2010 |

07975/2928517.2

NOTICE OF FILING OF DECLARATIONS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in support of its Opposition to MGA Parties' *Ex Parte* Application and Motion for Stay Pending Appeal, plaintiff Mattel is filing concurrently herewith the following declarations showing that, in a variety of geographic locations, MGA is selling product to retailers from 2008 or earlier.

1. Declaration of Vince Mazzilli in Support of Mattel, Inc.'s Brief in Support of the Appointment of a Permanent Receiver, attached hereto as Exhibit A,

2. Declaration of Daniel Edwards in Support of Mattel, Inc.'s Brief in Support of the Appointment of a Permanent Receiver, attached hereto as Exhibit B,

3. Declaration of Thomas J. Reilly in Support of Mattel, Inc.'s Brief in Support of the Appointment of a Permanent Receiver, attached hereto as Exhibit C,

4. Declaration of Robert Young in Support of Mattel, Inc.'s Brief in Support of the Appointment of a Permanent Receiver, attached hereto as Exhibit D.

DATED: May 14, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
James J. Webster
Attorneys for Mattel, Inc.

07975/2928517.2

NOTICE OF FILING OF DECLARATIONS