# EXHIBIT A

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                   EASTERN DIVISION

12 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)

13 | Plaintiff, | Consolidated with
                  | Case No. CV 04-09059
14 | vs. | Case No. CV 05-02727

15 | MATTEL, INC., a Delaware | Hon. Stephen G. Larson
     corporation,

16 | Defendant. | DECLARATION OF VINCE
                  | MAZZILLI IN SUPPORT OF
17 |              | MATTEL, INC.'S BRIEF IN
                  | SUPPORT OF THE APPOINTMENT
18 | AND CONSOLIDATED ACTIONS | OF A PERMANENT RECEIVER

19

20

21

22

23

24

25

26

27

28

07975/2926843.1

DECLARATION VINCE MAZILLI

## DECLARATION OF VINCE MAZZILLI

I, Vince Mazzilli, declare as follows:

1.    I am a licensed investigator and security consultant working with Vince Mazzilli and Associates, 801 Brickell Ave # 900, Miami, FL 33131.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.    On May 7, 2009, I visited a Toys R Us store at the shopping center located at 1645 NW 107th Ave., Miami FL.  The following Bratz dolls were on display:

35051 379287

35051 379515    (Sasha)

35051 379256

35051 386704    (Dance Crewz)

35051 385387    (Bratz)

35051 387053

35051 386834    (Wild Life)

35051 386995    (Spring Break)

35051 386636

3.    Attached hereto as Exhibit 1 are true and correct copies of photographs taken of the Bratz dolls on display at the Miami Toys R Us store on or about the time in question.

4.    Later that day, I visited a Walmart store located in a shopping center at 8651 NW 13th Ter., Miami FL.  The following Bratz dolls were on display:

35051 389071

35051 378389

35051 354734

35051 379324

-1-

| | |
|---|---|
| 1 | 35051 379331 |
| 2 | 35051 386681 |
| 3 | 35051 386253 |
| 4 | 35051 412816 |
| 5 | 35051 387213 |

6      5.     Attached hereto as Exhibit 2 are true and correct copies of

7 photographs taken of the Bratz dolls on display at the Miami Walmart store on or

8 about the time in question.

9      6.     Later that day, I visited a Target store located in a shopping

10 center at 70th Ave. and Bird Rd., Miami, FL. The following Bratz dolls were on

11 display:

| | | |
|---|---|---|
| 12 | 35051 386971 | (Spring Break) |
| 13 | 35051 386957 | (Spring Break) |
| 14 | 35051 386964 | (Spring Break) |
| 15 | 35051 379287 | |
| 16 | 35051 386698 | (Dance Crewz) |
| 17 | 35051 386803 | (Wild life) |
| 18 | 35051 387206 | |
| 19 | 35051 387022 | (Hair grow and cut) |
| 20 | 35051 386674 | |
| 21 | 35051 386865 | (Cowgirlz) |
| 22 | 35051 386797 | (Wildlife asst.) |
| 23 | 35051 386889 | |
| 24 | 35051 386896 | |
| 25 | 35051 386681 | |
| 26 | 35051 383468 | |
| 27 | 35051 387213 | (Cloe and Mom) |
| 28 | 35051 388739 | (Pampered Petz)) |

-2-

DECLARATION OF VINCE MAZZILLI

| | | |
|---|---|---|
| 1 | 35051 389071 | (Fashionably Fit - Play Sportz Yasmiin - Work out) |
| 2 | 35051 389088 | |
| 3 | 35051 386629 | (Party) |
| 4 | 35051 388746 | |
| 5 | 35051 389262 | |
| 6 | 35051 386926 | (Horse) |
| 7 | 35051 386380 | |
| 8 | 35051 387015 | (Spring Pool) |
| 9 | 35051 384724 | |
| 10 | 35051 380061 | (Laptop) |

11     7.     Attached hereto as Exhibit 3 are true and correct copies of

12 photographs the Bratz dolls on display at the Miami Target store on or about the

13 time in question.

14

15          I declare under penalty of perjury under the laws of the United States of

16 America that the foregoing is true and correct.

17

18          Executed on May _14_, 2009, at _miami_, Florida.

19

20                                  _Vince Mazzilli_
                                    Vince Mazzilli

21

22

23

24

25

26

27

28

# EXHIBIT 1







EXHIBIT ____1____

PAGE ____4____





EXHIBIT _____1_____

PAGE _____5_____

# EXHIBIT 2







EXHIBIT _____ 2 _____

PAGE _____ 6 _____

# EXHIBIT 3







EXHIBIT _____3_____

PAGE _____7_____

5/13/2009







EXHIBIT ___3___

PAGE ___8___

5/13/2009