**EXHIBIT B**

```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2   (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3   (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4   (joncorey@quinnemanuel.com)
     865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100

 7  Attorneys for Mattel, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | DECLARATION OF DANIEL EDWARDS IN SUPPORT OF MATTEL, INC.'S BRIEF IN SUPPORT OF THE APPOINTMENT OF A PERMANENT RECEIVER |
| AND CONSOLIDATED ACTIONS | |

07975/2930163.1

DECLARATION OF DANIEL EDWARDS

# DECLARATION OF DANIEL EDWARDS

I, Daniel Edwards, declare as follows:

1. I am a registered investigator working for Edward R. Kirby and Associates, a licensed private investigative agency in the state of Illinois, located at 783 N. York Road, Elmhurst, IL 60126-1313. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. On May 8, 2009, I visited a Target store at the shopping center located at 2939 W. Addison, Chicago, IL. The following Bratz dolls were on display:

| | |
|---|---|
| 35051 389071 | Play Sportz |
| 35051 379270 | Fashion |
| 35051 389262 | Pampered Style |
| 35051 386612 | Party (Caucasian Female) |
| 35051 386636 | Party (Black Female) |
| 35051 387213 | World Familiez |
| 35051 386971 | Spring Break |
| 35051 386940 | Cow Girl |

3. Attached hereto as Exhibit 1 are true and correct copies of photographs of the Bratz dolls on display at the Chicago Target store on or about the time in question.

4. That same day, I visited a Walmart store located at 4650 W. North Ave., Chicago, IL. The following Bratz dolls were on display:

| | |
|---|---|
| 35051 386438 | Wild Life |
| 35051 386452 | Spring Break (Male) |
| 35051 389071 | Play Sportz |
| 35051 386704 | Dance Crew (Black Female) |
| 35051 386681 | Dance Crew (Caucasian Female) |

| | | |
|---|---|---|
| 1 | 35051 387213 | World Familiez |
| 2 | 35051 386940 | Cowgirlz |
| 3 | 35051 384741 | Passion 4 Fashion |

5. Attached hereto as Exhibit 2 are true and correct copies of photographs of the Bratz dolls on display at the Chicago Walmart store on or about the time in question.

6. Later that day, I visited a Toys R Us store located at 3300 N. Western Ave., Chicago. IL. The following Bratz dolls were on display:

| | | |
|---|---|---|
| 35051 389456 | Magic Hair Color (Large, Black, Female) |
| 35051 386636 | Party |
| 35051 379515 | Sasha |
| 35051 386955 | Spring Break (Black female) |
| 35051 386971 | Spring Break (Caucasian Female) |
| 35051 386438 | Wild Life |
| 35051 386940 | Cowgirlz |
| 35051 365433 | Be-Bratz |
| 35051 385426 | Be-Bratz Singer (Caucasian female) |
| 35051 385433 | Be-Bratz Singer (Black female) |
| 35051 366546 | Walking (Caucasian female) |
| 35051 379638 | Magic Hair Color (Large, Caucasian, Female) |

7. Attached hereto as Exhibit 3 are true and correct copies of photographs of the Bratz dolls on display at the Chicago Toys R Us store on or about the time in question.

///
///
///
///
///

1     I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct.
3     Executed on May 14, 2009, at Elmhurst, Illinois.

*Daniel Edwards*
Daniel Edwards

# EXHIBIT 1



EXHIBIT 1  
PAGE 4

EXHIBIT 1
PAGE 5



**EXHIBIT 2**



EXHIBIT 2
PAGE 7



EXHIBIT 2
PAGE 9

**EXHIBIT 3**





EXHIBIT 3
PAGE 11

EXHIBIT 3

PAGE 12