**EXHIBIT C**

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>DECLARATION OF THOMAS J. REILLY IN SUPPORT OF MATTEL, INC.'S BRIEF IN SUPPORT OF THE APPOINTMENT OF A PERMANENT RECEIVER |

07975/2930144.1

DECLARATION OF THOMAS J. REILLY

## DECLARATION OF THOMAS J. REILLY

I, Thomas J. Reilly, declare as follows:

1. I am a private investigator working with The Reilly International Group, Ltd., New York, NY. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. On May 8, 2009, I visited a Walmart store at 400 Park Place, Secaucus, NJ. The following Bratz dolls were on display:

| | |
|---|---|
| 0-35051-38720-6 | Bratz World Jasmin's First Date |
| 0-35051-38699-5 | Bratz Spring Break |
| 0-35051-38683-4 | Bratz Wild Life |
| 0-35051-38670-4 | Bratz Dance Crewz |
| 0-35051-38668-1 | Bratz Dance Crewz |
| 0-35051-38721-3 | Bratz World Familiez |
| 0-35051-37933-1 | Bratz Wintertime |
| 0-35051-37941-6 | Bratz Girlz Rock |
| 0-35051-38696-4 | Bratz Spring Break |
| 0-35051-35473-4 | Bratz Passion 4 Fashion |
| 0-35051-37838-9 | Bratz Play Sportz |
| 0-35051-38687-2 | Bratz Cowgirlz |
| 0-35051-38660 | Bratz Party |

3. Attached hereto as Exhibit 1 are true and correct copies of photographs taken of the Bratz dolls on display at the Secaucus Walmart store on or about the time in question.

4. That same day, I visited a Toys R Us store located at 1514 Broadway, New York, NY. The following Bratz dolls were on display:

| | |
|---|---|
| 0-35051-38704-6 | Bratz Magic Hair Grow & Cut |
| 0-35051-41242-7 | Bratz Girlz Rock |

07975/2930144.1

-1-

DECLARATION OF THOMAS J. REILLY

35051-36127     Bratz Walking Bratz
removing

| | |
|---|---|
| 35051-36127 | Bratz Walking Bratz |

5. Attached hereto as Exhibit 2 are true and correct copies of photographs taken of the Bratz dolls on display at the 1514 Broadway Toys R Us store on or about the time in question.

6. On May 9, 2009, I visited a Target store at The Atlantic Terminal, 139 Flatbush Ave., Brooklyn New York. The following Bratz dolls were on display:

| | |
|---|---|
| 0-35051-38720-6 | Bratz World Yasmin's First Date |
| 0-35051-37965-2 | Bratz Magic Hair Color |
| 0-35051-38687-2 | Bratz Cowgirlz |
| 0-35051-38688-9 | Bratz Cowgirlz |
| 0-35051-38690-2 | Bratz Cowgirlz |
| 0-35051-38699-5 | Bratz Spring Break |
| 0-35051-38681-0 | Bratz Wild Life Asst |
| 0-35051-38683-4 | Bratz Wild Life |
| 0-35051-38828-9 | Bratz Dance Crewz |
| 0-35051-38721-3 | Bratz World Familiez |
| 0-35051-38873-9 | Bratz Pampered Petz |
| 0-35051-38907-1 | Bratz Play Sportz |
| 0-35051-38908-8 | Bratz Play Sportz |
| 0-35051-38661-2 | Bratz Party |
| 0-35051-38663-6 | Bratz Party |
| 0-35051-38701-5 | Bratz Spring Break Pool |
| 0-35051-38703-9 | Bratz Magic Hair Grow and Cut |

7. Attached hereto as Exhibit 3 are true and correct copies of photographs taken of the Bratz dolls on display at the Brooklyn Target store on or about the time in question.

8.    On May 12, 2008, I returned to the Walmart store at 400 Park Place, Secaucus, NJ. The following Bratz dolls were on display that were not previously on display:

| | |
|---|---|
| 0-35051-41273-1 | Bratz Wild Life |
| 0-35051-41274-8 | Bratz Wild Life |
| 0-35051-41275-5 | Bratz Wild Life |
| 0-35051-37932-4 | Bratz Wintertime |

9.    On May 12, 2008, I also returned to the Toys R Us store located at 1514 Broadway, New York, NY. The following Bratz dolls were on display that were not previously on display:

| | |
|---|---|
| 0-35051-37965-2 | Bratz Magic Hair Color |

10.    On May 12, 2008, I also returned to the Target store at The Atlantic Terminal, 139 Flatbush Ave., Brooklyn New York. The following Bratz dolls were on display that were not previously on display:

| | |
|---|---|
| 0-35051-38688-1 | Bratz Dance Crewz |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 14, 2009, at New York, New York.

_____
Thomas J. Reilly







