**EXHIBIT 2**







**EXHIBIT 3**





