# EXHIBIT D

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9                   UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11                       EASTERN DIVISION

12  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)

13            Plaintiff,                 Consolidated with
                                         Case No. CV 04-09059
14       vs.                             Case No. CV 05-02727

15  MATTEL, INC., a Delaware             Hon. Stephen G. Larson
    corporation,
16                                       DECLARATION OF ROBERT
            Defendant.                   YOUNG IN SUPPORT OF MATTEL,
17  ─────────────────────────────       INC.'S BRIEF IN SUPPORT OF THE
                                         APPOINTMENT OF A PERMANENT
18  AND CONSOLIDATED ACTIONS            RECEIVER

19

20

21

22

23

24

25

26

27

28

07975/2930164.1

## DECLARATION OF ROBERT YOUNG

I, Robert Young, declare as follows:

1.   I am a licensed private investigator working in Orange County, California.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.   On May 8, 2009, I visited a Target store at 2191 N. Tustin Avenue, Orange County, CA 92865.  The following Bratz dolls were on display:

| | |
|---|---|
| Yasmin's First Date | 0 35051 38720 6 |
| Magic Hair Color - Fianna | 0 35051 38346 8 |
| Magic Hair Color - Leah | 0 35051 37964 5 |
| Magic Hair Color - Cloe | 0 35051 37965 2 |
| Dance Crewz - Yasmin | 0 35051 38668 1 |
| Dance Crewz - Jade | 0 35051 38828 9 |
| Cow Girlz - Cloe | 0 35051 38688 9 |
| Cow Girlz - Yasmin | 0 35051 38687 2 |
| Wild Life - Yasmin | 0 35051 38680 3 |
| Wild Life - Cloe | 0 35051 38681 0 |
| Spring Break - Yasmin | 0 35051 38696 4 |
| Passion 4 Fashion - Kina | 0 35051 38252 2 |
| Passion 4 Fashion - Aubrey | 0 35051 37927 0 |
| Passion 4 Fashion - Desiny | 0 35051 37928 7 |
| Spring Break - Cloe | 0 35051 38397 1 |
| World Familiez Cloe & Mom | 0 35051 38721 3 |
| Pampered Petz- Cloe | 0 35051 38873 9 |
| Pampered Petz - Yasmin | 0 25021 38874 6 |
| Play Sportz - Yasmin | 0 35051 38907 1 |
| Party - Yasmin | 0 35051 38662 9 |
| World Familiez Cloe & Sister | 0 35051 38472 4 |

-1-

| | |
|---|---|
| 1 | Cow Girlz | 0 35051 38694 0 |

2.       3.     Attached hereto as Exhibit 1 are photographs taken of the Bratz

3. dolls on display at the Orange County Target store on or about the time of

4. inspection.

5.       4.     Subsequently, I visited a Toys R Us store located at 1100 S.

6. Harbor Blvd., Fullerton, CA 92832.  The following Bratz dolls were on display:

| | | |
|---|---|---|
| 7 | Design Your Own Girlfriendz | 0 35051 40994 6 |
| 8 | Holiday Absolute Angel - Yasmin | 0 35051 38290 4 |
| 9 | Holiday Sweet Santa - Cloe | 0 35051 37969 0 |
| 10 | Holiday Excellent Elf - Meygan | 0 35051 37970 6 |
| 11 | Passion 4 Fashion - Cloe | 0 35051 38737 0 |
| 12 | Passion 4 Fashion - Yasmin | 0 35051 38538 7 |
| 13 | Passion 4 Fashion - Dentiny | 0 35051 37928 7 |
| 14 | CowGirlz - Yasmin | 0 35051 38687 2 |
| 15 | First Date - Yasmin | 0 35051 38720 6 |
| 16 | CowGirlz - Cloe | 0 35051 38688 9 |
| 17 | Walking Bratz - Yasmin | 0 35051 36653 9 |
| 18 | Walking Bratz - Yasmin | 0 35051 36127 5 |
| 19 | Girlz Rock - Cloe | 0 35051 37941 6 |
| 20 | Fashion Designer - Sasha | 0 35051 37093 2 |
| 21 | Neon Pop Divaz - Cloe | 0 35051 36845 8 |
| 22 | Magic Make Up - Yasmin | 0 35051 35201 3 |
| 23 | Magic Make Up - Cloe | 0 35051 35516 8 |
| 24 | Magic Make Up - Sasha | 0 35051 35518 2 |
| 25 | Spring Break - Yasmin | 0 35051 38696 4 |
| 26 | SpringBreak - Cloe | 0 35051 38697 1 |
| 27 | Party Plane - Dana | 0 35051 38581 3 |
| 28 | Magic Hair Grow & Cut - Cloe | 0 35051 38703 9 |

DECLARATION OF ROBERT YOUNG

| | | |
|---|---|---|
| 1 | Magic Hair Grow & Cut - Yasmin | 0 35051 38704 6 |
| 2 | Magic Hair - Yasmin | 0 35051 38707 7 |
| 3 | Be-Bratz.com - Sasha | 0 35051 36544 0 |
| 4 | Be-Bratz.com - Yasmin | 0 35051 36543 3 |
| 5 | Be-Bratz.com - Cloe | 0 35051 36542 4 |

6       5.     Attached hereto as Exhibit 2 are true and correct copies of

7  photographs taken of the Bratz dolls on display at the Fullerton Toys R Us store on

8  or about the time of inspection.

9       6.     Subsequently, I visited a Walmart store located at 2595 E.

10  Imperial Highway, Brea, CA 92821.  The following Bratz dolls were on display:

| | | |
|---|---|---|
| 11 | Bratz Party - Cloe | 0 3505138661 2 |
| 12 | Bratz Party - Yasmin | 0 3505138662 9 |
| 13 | Play Sportz (skateboarding) - Cloe | 0 3505138908 8 |
| 14 | Play Sportz (fashionably fit) - Yasmin | 0 3505138907 1 |
| 15 | Dance Crewz - Cloe | 0 35051 38669 8 |
| 16 | Dance Crewz - Jade | 0 35051 38828 9 |
| 17 | Dance Crewz - Yasmin | 0 35051 38668 1 |
| 18 | World Familiez - Polita | 0 35051 38721 3 |
| 19 | World Yasmin First Date | 0 35051 38720 6 |
| 20 | WildLife - Cloe | 0 35051 38681 0 |
| 21 | WildLife - Yasmin | 0 35051 38680 3 |
| 22 | Spring Break - Cloe | 0 35051 38697 1 |
| 23 | WildLife - Cloe | 0 35051 41273 1 |
| 24 | WildLife - Yasmin | 0 35051 41274 8 |
| 25 | Passion 4 Fashion - Cloe | 0 35051 35474 1 |
| 26 | Passion 4 Fashion - | 0 35051 35473 4 |
| 27 | Introducing - Destiny | 0 35051 37928 7 |
| 28 | Cloe's House | 0 35051 38293 5 |

1             Cow Girl - Cloe                0 35051 38688 9

2             Magic Hair Color Cloe        0 35051 37965 2

3        7.        Attached hereto as Exhibit 3 are true and correct copies of

4 photographs taken of the Bratz dolls on display at the Brea Walmart Store on or

5 about the time of inspection.

6

7        I declare under penalty of perjury under the laws of the United States of

8 America that the foregoing is true and correct.

9        Executed on May 14th, 2009, at _ANAHEIM_, California.

10

11                  Robert Young

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07975/2930164.1

-4-

DECLARATION OF ROBERT YOUNG

# EXHIBIT 1

EXHIBIT ___1___

PAGE ___5___



EXHIBIT 1

PAGE 6

EXHIBIT _____ 1

PAGE _____ 7



EXHIBIT ___1___

PAGE ___8___



EXHIBIT 1

PAGE 9

EXHIBIT 1
PAGE 10

EXHIBIT ____

PAGE ____



EXHIBIT _____

PAGE _____