

EXHIBIT 1

PAGE 13



EXHIBIT 1

PAGE 14



EXHIBIT 1

PAGE 15

EXHIBIT 1

PAGE 16

EXHIBIT 1

PAGE 17



EXHIBIT

PAGE

EXHIBIT

PAGE 19



EXHIBIT 1

PAGE 20



EXHIBIT

PAGE 21

EXHIBIT 1

PAGE 22



EXHIBIT ___1___

PAGE ___23___



EXHIBIT 1

PAGE 24

EXHIBIT 1

PAGE 25