

EXHIBIT ___1___

PAGE ___27___



EXHIBIT 1

PAGE 28

EXHIBIT 1

PAGE 29



EXHIBIT

PAGE   30

# EXHIBIT 2



EXHIBIT 2

PAGE 3L



EXHIBIT 2

PAGE 32



EXHIBIT ___2___

PAGE ___33___



