

<’>



Bratz
Cowgirlz
21.99
Bratz
World
Yasmin's First Date
Introducing the new boy in town!
24.99
Bratz
World
Cloe's Room
Bratz
World
Yasmin's Room
The Only Girls with a Passion for Fashion!
EXHIBIT 2
PAGE 38













