



EXHIBIT
2















