



**EXHIBIT 3**





EXHIBIT 3
PAGE 58

Case 2:04-cv-09049-DOC-RNB   Document 5447-11   Filed 05/14/09   Page 6 of 14   Page ID #:176107



EXHIBIT 3

Case 2:04-cv-09049-DOC-RNB   Document 5447-11   Filed 05/14/09   Page 7 of 14   Page ID #:176108



EXHIBIT 3
PAGE 60

EXHIBIT 3

PAGE 61

EXHIBIT 3
PAGE 62

EXHIBIT 3

PAGE 62A

EXHIBIT 3
PAGE 63



EXHIBIT 3
PAGE 64

