







EXHIBIT 3

PAGE 71

EXHIBIT 3

PAGE 73

EXHIBIT 3

PAGE 74

EXHIBIT 3

PAGE 75



EXHIBIT 3

PAGE 76