QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**[PUBLIC REDACTED] DECLARATION OF JAMES J. WEBSTER IN SUPPORT OF MATTEL, INC.'S BRIEF IN SUPPORT OF THE APPOINTMENT OF A PERMANENT RECEIVER**<br><br>**Phase 2:**<br>Disc. Cut-off:       December 11, 2009<br>Pre-trial Conf.:     March 1, 2010<br>Trial Date:          March 23, 2010 |

07975/2930177.1

DECLARATION OF JAMES J. WEBSTER

## DECLARATION OF JAMES J. WEBSTER

I, James J. Webster, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. In May 2009, Mattel conducted an investigation to determine the extent to which female fashion dolls ("Bratz dolls") available for sale nationwide in various retail outlets constituted a new 2009 line of such dolls, and the extent to which the Bratz dolls available for sale had already been offered for sale prior to 2009.

3. Mattel retained an investigator to conduct an inspection of Bratz dolls available for sale at three retail stores in Miami, Florida. The results of that inspection are set forth in the Declaration of Vince Mazzilli.

4. Mattel retained an investigator to conduct an inspection of Bratz dolls available for sale at three retail stores in Chicago, Illinois. The results of that inspection are set forth in the Declaration of Daniel Edwards.

5. Mattel retained an investigator to conduct an inspection of Bratz dolls available for sale at three retail stores in the New York City area. The results of that inspection are set forth in the Declaration of Thomas J. Reilly.

6. Mattel retained an investigator to conduct an inspection of Bratz dolls available for sale at six retail stores in Orange County, California. The results of that inspection are set forth in the Declaration of Robert Young.

7. I supervised a paralegal review which compared the results of the inspections set forth in the aforementioned Declarations. In particular this review compared the Bratz doll SKU's or product information of those dolls available for

-1-

sale in May 2009, with the Bratz doll SKU's or product information for dolls sold by MGA in years prior to 2009; the latter information was drawn from discovery provided by MGA. A search of native file excel spreadsheets detailing MGA's sales by SKU figures for 2006, 2007, and 2008 with beginning bates numbers MGA 389623, MGA 3719329, and MGA 3896238 respectively, was conducted. In addition, spreadsheets with bates numbers MGA2 0065459 - MGA2 0065962 were searched to identify SKUs for Bratz products sold in fiscal year 2008 and first two months of 2009 and IGWT 054554 - IGWT 060812. A true and correct copy of those SKU spreadsheets produced in discovery by MGA are attached hereto as Exhibit 1. In sum, those spreadsheets, from which the comparative review was conducted, purport to provide the SKU information for MGA's worldwide Bratz doll sales in years prior to 2009.

8. The result of this comparison indicates that more than 81% of the Bratz dolls at stores in the Miami, FL, Chicago, IL, New York, NY, and Orange County, CA areas, combined, are from 2008 product lines or earlier.

9. At a Toys 'R Us store in the Miami area, out of 9 individual Bratz dolls identified, all were included in 2008 product lines or earlier product lines. At a Walmart store in the Miami area, out of 8 individual Bratz dolls identified, only 2 were not included in 2008 product lines or earlier product lines. At a Target store in the Miami area, out of 22 individual Bratz dolls identified, only 5 were not included in 2008 product lines or earlier product lines. The combined data from the inspections at those Miami stores shows that 82% of the dolls identified as being sold in those stores are from 2008 product lines or earlier.

10. At a Toys 'R Us store in the Chicago area, out of 10 individual Bratz dolls identified, only 1 was not included in 2008 product lines or earlier product lines. At a Walmart store in the Chicago area, out of 6 individual Bratz dolls identified, only 1 was not included in 2008 product lines or earlier product lines. At a Target store in the Chicago area, out of 8 individual Bratz dolls

identified, only 2 were not included in 2008 product lines or earlier product lines. The combined data from the inspections at those Chicago stores shows that 83% of the dolls identified as being sold in those stores are from 2008 product lines or earlier.

11. At a Toys 'R Us store in the New York, NY area, out of 4 individual Bratz dolls identified, only 1 was not included in 2008 product lines or earlier product lines. At a Walmart store in the New York, NY area, out of 21 individual Bratz dolls identified, only 3 were not included in 2008 product lines or earlier product lines. At a Target store in the New York, NY area, out of 9 individual Bratz dolls identified, only 4 were not included in 2008 product lines or earlier product lines. The combined data from the inspections at those New York stores shows that 76% of the dolls identified as being sold in those stores are from 2008 product lines or earlier.

12. At a Toys 'R Us store in the Orange County area, out of 21 individual Bratz dolls identified, only 3 were not included in 2008 product lines or earlier product lines. At a Walmart store in the Orange County area, out of 19 individual Bratz dolls identified, only 3 were not included in 2008 product lines or earlier product lines. At a Target store in the Orange County area, out of 19 individual Bratz dolls identified, only 4 were not included in 2008 product lines or earlier product lines. The combined data from the inspections at those Orange County stores shows that 83% of the dolls identified as being sold in those stores are from 2008 product lines or earlier.

13. Further, the results of the comparative review indicate that, with regard to what appear to be Bratz 2009 doll lines (at least based on SKU comparisons), those dolls have similar clothing and/or themes to previously offered Bratz doll lines. For example, the Bratz dolls for sale in May 2009 as part of a "Bratz Spring Break" theme appear to repeat a Bratz theme used in Spring 2006. That theme is also similar to the "Hot Summer Dayz" Bratz theme from Spring

2007. A true and correct copy of pictures of a 2009 "Bratz Spring Break" doll and a true and correct copy of a print-out from the MGA website of the 2009 "Bratz Spring Break" product line are set forth in Exhibit 2 hereto. A true and correct copy of a picture of a 2006 "Bratz Spring Break" doll is set forth as Exhibit 3 hereto. A true and correct copy of a print-out from Amazon.com of a 2007 "Bratz Hot Summer Dayz" doll is set forth in Exhibit 4 hereto.

14. Similarly, the "Bratz Dance Crewz" doll appears to have similar clothing and themes to the 2008 "Bratz Girlz Really Rock" series, as well as the 2007 "Bratz Star Singer" series. A true and correct copy of a picture of a "Bratz Dance Crewz" doll, and a true and correct copy of a print-out from the MGA website of the "Bratz Dance Crewz" dolls, are attached as Exhibit 5 hereto. A true and correct copy of a picture of a 2008 "Bratz Girlz Really Rock" doll, and print-outs from Target.com of 2008 "Bratz Girlz Really Rock" dolls are attached as Exhibit 6 hereto. A true and correct copy of a print-out from Amazon.com of a 2007 "Bratz Star Singer" doll is set forth in Exhibit 7 hereto.

15. The "Magic Hair Grow & Cut Cloe" and "Magic Hair Grow & Cut Yasmin" dolls appear similar in theme to a 2008 doll line, "Bratz Magic Hair Color," and a 2007 doll line, "Bratz Magic Hair." A true and correct copy of a picture of the 2009 "Magic Hair Grow & Cut Cloe," the 2009 "Magic Hair Grow & Cut Yasmin," and of a print out of the "Magic Hair Grow & Cut" dolls from the MGA website, are set forth in Exhibit 8 hereto. A true and correct copy of a picture of the 2008 "Magic Hair Color Cloe," and a different 2008 "Magic Hair Color Cloe," are set forth in Exhibit 9 hereto. A true and correct copy of a print out from Walmart.com of a 2007 "Bratz Magic Hair Sasha," and a print-out from the 2007 MGA website of the "Bratz Magic Hair" series accessed via a google.com search, are set forth in Exhibit 10 hereto.

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 13, 2009, at Los Angeles, California.

_____
James J. Webster

-5-

DECLARATION OF JAMES J. WEBSTER