# EXHIBIT 1

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**EXHIBIT 2**



EXHIBIT 2
PAGE 165





### Bratz™ Spring Break

Working their swim suits and some major bling, the Bratz™ make luxury look oh so good with styles that look like a million bucks and the attitude to match! Whether partying on a yacht or sipping smoothies in the sun, the Bratz™ are livin' it up in high class style!

Battery requirements: None
Ages: 8+

Features:

- Luxurious summer outfits
- Sizzlin' acessories

*Features and Accessories May Vary





EXHIBIT 2

PAGE 166

Back

http://www.mgae.com/2009_product_pages/products/Bratz/BratzSpringBreak.asp   5/12/2009

**EXHIBIT 3**




**EXHIBIT 4**



**Bratz Hot Summer Dayz Cloe**



Close Window

EXHIBIT 4

PAGE 168

http://www.amazon.com/gp/product/images/B000MP81F4/ref=dp_image_text_0?ie=UTF... 5/12/2009

# EXHIBIT 5







### Bratz™ Dance Crewz Dolls

The Bratz™ take the stage as the dance crew with diva style! Working, street-inspired girl gear, the Bratz show that friendship is the hottest fashion statement of all!

Battery requirements: None
Ages: 8+

Features:

- 1 practice outfit and 1 performance outfit
- Each girl has a personalized boombox that really plays a song
- Cool dance stool and speaker

*Features and Accessories May Vary





EXHIBIT ___5___
PAGE ___170___

Back

http://www.mgae.com/2009_product_pages/products/Bratz/BratzDanceCrewz.asp          5/12/2009

# EXHIBIT 6





All Products 

Sign In | New

EXPECT MORE. PAY LESS. Go inside the Bullseye and learn more about Targe

**Similar Categories**
All Bratz Toys
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
Ethnic Dolls
Fashion Dolls + Accessories
Hispanic Dolls
Girls' Dolls + Accessories

**Recently Viewed Items**



Bratz Girlz Really Rock! Jade
Our Price: **$21.99**



Bratz Girlz Really Rock! Cloe
Our Price: **$21.99**





 View Larger

### Bratz Girlz Really Ro Yasmin

**$21.99**

Be the first to write a review.

Quantity: 1

Sign-in for 1-Click

**Availability:**
Usually ships in 24 hours
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

**WARNING:**
**CHOKING HAZARD** - Small parts Not for children under 3 yrs.

| Features | Reviews | Additional Info | Shipping |

The Bratz are rockin' like royalty
Yasmin is workin' her own music star style with 2 super cool rock star outfits
Help her work the stage with her own instrument
**Manufacturer's Suggested Age:** 6 Years and Up
**Number of Pieces:** 1
**Material:** Cotton, Plastic
**Care and Cleaning:** Wipe Clean With Soap and Water

EXHIBIT 6
PAGE 172

5/12/2009



All Products [GO]   Sign In | New

EXPECT MORE. PAY LESS.   Go inside the Bullseye and learn more about Target

**Similar Categories**
- All Bratz Toys
- 6-7 Dolls + Accessories
- 6-7 Girls' Shop by Price
- 8-9 Dolls + Accessories
- 8-9 Girls' Shop by Price
- Asian Dolls
- Ethnic Dolls
- Fashion Dolls + Accessories
- Girls' Dolls + Accessories

**Recently Viewed Items**



Bratz Girlz Really Rock! Cloe
Our Price: **$21.99**



Bratz Dance Crewz Doll - Cloe
Our Price: **$19.99**





⊕ View Larger

# Bratz Girlz Really Ro Jade

## $21.99

Be the first to write a review.

Quantity: 1

Sign-in for 1-Click

**Availability:**
Usually ships in 24 hours
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

⚠ **WARNING:**
**CHOKING HAZARD -** Small parts Not for children under 3 yrs.

| Features | Reviews | Additional Info | Shipping |

The Bratz are rockin' like royalty
Jade is workin' her own music star style with 2 super cool rock star outfits
Help her work the stage with her own instrument
**Manufacturer's Suggested Age:** 6 Years and Up
**Number of Pieces:** 1
**Material:** Cotton, Plastic
**Care and Cleaning:** Wipe Clean With Soap and Water

EXHIBIT 6
PAGE 173

5/12/2009



All Products  GO

Sign In | New

**EXPECT MORE. PAY LESS.**  Go inside the Bullseye and learn more about Target

### Similar Categories
All Bratz Toys
6-7 Dolls + Accessories
6-7 Girls' Shop by Price
8-9 Dolls + Accessories
8-9 Girls' Shop by Price
Fashion Dolls + Accessories
Girls' Dolls + Accessories

### Recently Viewed Items



Bratz Dance Crewz Doll - Cloe
Our Price: **$19.99**



Bratz Girlz Really Rock! Yasmin
Our Price: **$21.99**



Bratz Girlz Really Rock!

### Bratz Girlz Really Ro Cloe

**$21.99**

(1 review)

Quantity: 1



Sign-in for 1-Click

⊕ View Larger

**Availability:**
Usually ships in 24 hours
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

⚠ **WARNING:**
**CHOKING HAZARD -** Small parts Not for children under 3 yrs.

| Features | Reviews | Additional Info | Shipping |

The Bratz are rockin' like royalty
Cloe is workin' her own music star style with 2 super cool rock star outfits
Help her work the stage with her own instrument
**Manufacturer's Suggested Age:** 6 Years and Up
**Number of Pieces:** 1
**Material:** Plastic, Cotton
**Care and Cleaning:** Wipe Clean With Soap and Water

EXHIBIT ___6___

PAGE ___174___

5/12/2009

# EXHIBIT 7

amazon.com [Close window]

**MGA Bratz Star Singerz RC Dance Stage with Fianna**



Other Views - Click on image to change view.

  

Close Window

EXHIBIT 7

PAGE 175

5/12/2009