# EXHIBIT 8









## Bratz™ Magic Hair Grow and Cut Dolls

Use your creativity to create hot new hair looks for your Bratz™ and you! Special Bratz™ memory hair allows you to crimp it, curl it, color it and glitter it! Magic Hair Growin' Tool lets you add new hair to cut and style! Next, try out the color & glitter on your own hair!

**Battery requirements: None**
**Ages: 6+**

**Features:**

- 6-n1: Grow it, Cut it, Crimp it, Curl it, Glitter it, For you!
- Add memory hair extensions with Magic Hair Growin' Tool!
- Cut and style extensions to create cool new looks!
- Stylin' Bratz™ outfits!
- Magic hair extension stick!

**\*Features and Accessories May Vary**





EXHIBIT _____ 8

PAGE _____ 178

# EXHIBIT 9





EXHIBIT  9

PAGE  180

# EXHIBIT 10


Tropicana
Trop50
50% less calories and sugar and no artificial sweeteners
click here to save $1 now
©2009 Tropicana Products, Inc.


Walmart
Save money. Live better.

Shop All  Rollbacks | Toys

Store Finder    Local Ad    Gift Cards & Registry    Sign In/New    Track Orders


Toys  Dolls & Stuffed Toys  Fashion Dolls



**24.97**
**BRATZ Magic Hair Doll: Sasha**

Product Details        Save to Gifts & Lists



**Age Range:** 6 Years and up

   1of 2 images
View & Enlarge

| | Price | Shipping & Additional Information |
|---|---|---|
| **Walmart.com** | **24.97** | |

**Find in Store** — Information not availa availability. Learn More

- Product Information
- Shipping & Delivery
- What's Included
- Pricing Policy
- Gifting Plans
- Payment Options

**People Who Viewed This Item Also Viewed**


BRATZ Magic Hair Grow and Cut Set, Cloe
 $28.97


BRATZ Magic Hair Grow and Cut Set, Sasha
 $27.97


BRATZ Magic Hair Grow and Cut Set, Yasmin
 $28.97


BRATZ Magic Hair: Yasmin
$24.97

EXHIBIT 10
PAGE 181

5/12/2009

MGA Entertainment 09049 Bratz Magic Hair





## Bratz™ Magic Hair

Use your creativity to create hot new hair looks for your Bratz™ and you!   Special Bratz™ memory hair allows you to crimp it, curl it, color it and glitter it!   Next, try out the color & glitter on your own hair!

Features:

- 5-1 Magic Hair
- Crimp It (Crimper Tool)
- Curl It (No Heat Curling Iron)
- Color It (Streaking Tool)
- Glitter It (Glitter Hair Mascara)
- Hair Color and Glitter for You!
- Hot Hair Accessories
- Hair Brush



Back

*Features and  Accessories May Vary

EXHIBIT _____ 10

PAGE _____ 182