Lsd order

Richard M. Pachulski (CA Bar No. 90073)
rpachulski@pszjlaw.com
James I. Stang (CA Bar No. 94435)
jstang@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Attorneys for MGA Entertainment, Inc.

FILED
CLERK, U.S. DISTRICT COURT
MAY 14 2009
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**APPLICATION TO FILE DOCUMENTS UNDER SEAL:**<br><br>**(1) MEMORANDUM OF POINTS & AUTHORITIES IN OPPOSITION TO ORDER TO SHOW CAUSE RE: APPOINTMENT OF PERMANENT RECEIVER AND PRELIMINARY OBJECTION TO REPORT OF FORENSIC AUDITOR**<br><br>**(2) DECLARATION OF ISAAC LARIAN IN SUPPORT THEREOF**<br><br>**(3) DECLARATION OF RICHARD PACHULSKI IN SUPPORT THEREOF**<br><br>**(4) DECLARATION OF CAROLINE TEXIER IN SUPPORT THEREOF**<br><br>Date: TBD<br>Time: TBD |

AND CONSOLIDATED ACTIONS

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc. ("MGA") respectfully requests that the Court permit the following documents to be filed under seal:

1. Memorandum of Points & Authorities in Opposition To Order to Show Cause re: Appointment of Permanent Receiver and Preliminary Objections to Report of Forensic Auditor (the "Opposition");

2. Declaration of Isaac Larian in support thereof (the "Larian Declaration");

3. Declaration of Richard Pachulski in support thereof (the "Pachulski Declaration"); and

4. Declaration of Caroline Texier in support thereof (the "Texier Declaration").

Good cause exists for filing these documents under seal because:

1. The Opposition is supported by and discusses declarations cited below which contain confidential commercial information and nonpublic financial information relating to MGA and Isaac Larian;

2. The Larian Declaration is designated "Confidential—Attorneys Eyes Only" because it contains confidential commercial information and nonpublic financial information regarding MGA and Larian; and

3. The Pachulski Declaration is designated "Confidential—Attorneys Eyes Only" because it contains confidential commercial information and nonpublic financial information regarding MGA and Larian.

4. The Texier Declaration is designated "Confidential—Attorneys Eyes Only" because it contains confidential commercial information and nonpublic financial information regarding MGA.

| | |
|---|---|
| Dated: May ___, 2009 | PACHULSKI STANG ZIEHL & JONES LLP |
| By /s/ Peter Wilcocks | By /s/ Richard Pachulski |
| | Richard M. Pachulski |
| | James I. Stang |
| | Attorneys for MGA Entertainment Inc. |