Byron Z. Moldo (SBN 109652)
  bmoldo@ecjlaw.com
David Seror (SBN 67488)
  dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
  pdavidson@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Temporary Receiver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[Judge Stephen G. Larson]<br><br>**NOTICE OF INTENTION TO PAY INTERIM COMPENSATION TO RECEIVER, PROFESSIONALS AND AGENT (No. 2)** |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in accordance with the Court's Order Re Appointment of Temporary Receiver Pending Hearing on Appointment of Permanent Receiver entered April 27, 2009 ("Order"), Patrick A. Fraioli, Jr., Temporary Receiver ("Receiver"), gives notice of his intention to pay interim compensation for the period May 1, 2009 through May 8, 2009 in the amounts stated below:

IDOCS:13569.1:884994.1

1

|   |          |              |
|---|----------|--------------|
| Receiver: | | |
| Fees:    | $ 48,708.00  |
| Costs:   | $      396.03 |
| Total:   | $ 49,104.03  |

A copy of the Receiver's statement dated May 12, 2009 was previously provided to the Court and has been approved for payment.

**Professional: Ervin Cohen & Jessup LLP ("ECJ")**
(Attorneys for Receiver):

| | |
|---|---|
| Fees: | $ 206,541.50 |
| Costs: | $     1,741.40 |
| Total: | $ 208,282.90 |

A copy of ECJ's statement dated May 12, 2009 was previously provided to the Court and has been approved for payment.

**Professional: Kibel Green, Inc. ("Kibel")**
(Financial Consultants to Receiver):

| | |
|---|---|
| Fees: | $ 88,380.00 |
| Costs: | $     3,565.37 |
| Total: | $ 91,945.37 |

A copy of Kibel's statement dated May 14, 2009 was previously provided to the Court and has been approved for payment.

**Professional: Crowe Horwath LLP ("Crowe")**
(Forensic Accounts to Receiver):

| | |
|---|---|
| Fees: | $ 59,653.00 |
| Costs: | $       48.47 |
| Total: | $ 59,701.47 |

A copy of Crowe's statement dated May 12, 2009 was previously provided to the Court and has been approved for payment.

Professional: Reinventures (Management Consultant to Receiver):

    Fees:          $ 96,012.50

    Costs:         $     125.00

    Total:         $ 96,137.50

A copy of Reinventures' statement dated May 11, 2009 was previously provided to the Court and has been approved for payment.

Professional: Interco Management Corp. ("Interco") (Field Agent to Receiver):

    Fees:          $ 13,200.00

    Costs:         $     501.00

    Total:         $ 13,701.00

A copy of Interco's statement dated May 9, 2009 was previously provided to the Court and has been approved for payment.

The Order, at Paragraph 5, provides as follows:

> 5. The Temporary Receiver, the Temporary Receiver's employees and agent as well as any and all of the professionals employed by the Temporary Receive, are entitled to compensation for services rendered at their normal hourly rates and reimbursement for all expenses incurred by them on behalf of the receivership estate. The Temporary Receiver shall serve written notice upon counsel of record for the parties of the amount to be paid to each payee, with an itemization of the services rendered or expenses incurred. Upon service of said notice, the itemized fees and expenses may be paid by the Temporary Receiver on an interim basis. In the event that extraordinary services are performed by the Temporary Receiver, he shall be entitled to extraordinary compensation according to proof and approval of this Court. All interim fees paid shall be subject to final review and approval by this Court. This Court retains jurisdiction to aware a greater or lesser amount as the full, fair and final value of such services. In the event there are insufficient funds in the receivership estate to fully compensate the Temporary Receiver and his professionals, the Court retains jurisdiction to allocate the costs and expenses of this receivership against Mattel, as the party who sought the appointment of the Temporary Receiver, and/or Isaac Larian, as the principal owner and beneficiary of the MGA entities.

1     Based on the foregoing the Receiver intends to pay the interim fees and costs
2 specified above.

4   DATED: May 15, 2009       ERVIN COHEN & JESSUP LLP

6                             By: /s/ BYRON Z. MOLDO
7                                BYRON Z. MOLDO
                                 Attorneys for Patrick A. Fraioli, Jr.,
8                                Temporary Receiver

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. My business address: 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA 90212-2974.

On May 15, 2009, I served the document(s) described as: **NOTICE OF INTENTION TO PAY INTERIM COMPENSATION TO RECEIVER, PROFESSIONALS AND AGENT (No. 2)**, on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐ **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

☐ **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐ **BY EMAIL:** I caused said document(s) to be sent via email.

☐ **ELECTRONICALLY MAILED:** Said document(s) were electronically served on the person(s) as indicated on the attached Notice of Electronic Filing.

☐ **BY TELEPHONIC COMMUNICATION:** I telephoned the interested parties and gave notice as indicated in my declaration.

☐ **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addressees listed on the attached Service List.

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal] I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 15, 2009, at Los Angeles, California.

_____
TRISH MELENDEZ

IDOCS:13569.1:883209.1

# SERVICE LIST

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>Jason D. Russell, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>T: 213/687-5000<br>F: 213/687-5600<br>E: tnolan@skadden.com; jrussell@skadden.com | Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian |
| Mark E. Haddad, Esq.<br>Robert A. Holland, Esq.<br>Alycia A. Degen, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-1010<br>T: 213/896-6000<br>F: 213/896-6600<br>E: mhaddad@sidley.com; rholland@sidley.com; adegen@sidley.com | Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian |
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Brett Dylan Proctor, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>T: 213/443-3000<br>F: 213/443-3100<br>E: johnquinn@quinnemanuel.com;<br>michaelzeller@quinnemanuel.com;<br>joncorey@quinnemanuel.com;<br>dylanproctor@quinnemanuel.com | Counsel for Defendant/Appellee, Mattel, Inc. |
| Sanford I. Weisburst, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>T: 212/849-7170<br>F: 212/849-7100<br>E: sandyweisburst@quinnemanuel.com | Counsel for Defendant/Appellee, Mattel, Inc. |

IDOCS:13569.1:883209.1

| | |
|---|---|
| Patricia L. Glaser, Esq.<br>Glaser Weil Fink Jacobs and Shapiro<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA  90067<br>T: 310/553-3000<br>F: 310/556-2920<br>E: pglaser@glaserweil.com | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv |
| Russell J. Frackman, Esq.<br>Mitchell Silberberg & Knupp<br>11377 W. Olympic Blvd.<br>Los Angeles, CA  90064-1683<br>T: 310/312-3132<br>F: 310/312-3788<br>E: rjf@msk.com | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv |
| Peter H. Bonis, Esq.<br>Peter H. Bonis Law Offices<br>1990 N. California Blvd., 8th Floor<br>Walnut Creek, CA  94596<br>T: 925/287-6428 | Counsel for Plaintiff, Carter Bryant |
| Alexander H. Cote, Esq.<br>Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Overland Borenstein Scheper & Kim<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA  90071-2025<br>T: 213/613-4655<br>F: 213/613-4656<br>E: acote@obsklaw.com;<br>moverland@obsklaw.com;<br>dscheper@obsklaw.com | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez |

IDOCS:13569.1:883209.1

| | |
|---|---|
| Leah Chava Gershon, Esq.<br>James W. Spertus Law Offices<br>12100 Wilshire Blvd., Suite 620<br>Los Angeles, CA  90025<br>T: 310/826-4700<br>E: leah@spertuslaw.com | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez |
| Linda M. Burrow, Esq.<br>Caldwell Leslie and Proctor PC<br>1000 Wilshire Blvd., Suite 600<br>Los Angeles, CA  90017<br>T: 213/629-9040<br>F: 213/629-9022<br>E: burrow@caldwell-leslie.com | Counsel for Third Party Defendant, Anne Wang |
| Todd E. Gordinier, Esq.<br>Bingham McCutchen<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA  92626<br>T: 714/830-0600<br>F: 714/830-0700<br>E: todd.gordinier@bingham.com | Counsel for Limited Intervenor, Omni 808 Investors LLC |

IDOCS:13569.1:883209.1