Richard M. Pachulski (CA Bar No. 90073)
rpachulski@pszjlaw.com
James I. Stang (CA Bar No. 94435)
jstang@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES
    LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760

Attorneys for MGA Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>           Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>           Defendant. | Case No.: CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL**<br><br>Date:  May 18, 2009<br>Time:  2:00 p.m.<br>Place: 3470 Twelfth Street<br>Riverside, California 92501<br>Judge:     Honorable Stephen G. Larson |
| AND CONSOLIDATED ACTIONS | |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA )  |
| 2 | COUNTY OF LOS ANGELES ) |

3

4   I, Megan J. Wilson, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

5

6   On May 14, 2009, I caused to be served the (1) Memorandum of Points & Authorities in Opposition to Order to Show Cause re: Appointment of Permanent Receiver and Preliminary Objections to Report of Forensic Auditor and Temporary Receiver's Report (the "Memorandum");

7   (2) Joinder of Isaac Larin in Support of the Memorandum; (3) Declaration of Richard M. Pachulski in support of the Memorandum; Declaration of Isaac Larin in Support of the Memorandum;

8   (5) Declaration of Bertrand Chauchat in Support of the Memorandum; (6) Application to File Documents Under Seal; and (7) Order Granting Application to File Documents Under Seal in this

9   action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

10

*Please see attached Service List*

11

12   ☐ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles,

13   California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is

14   more than one day after date of deposit for mailing in affidavit.

15   ☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

16

17   ☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

18   ☑ (BY OVERNIGHT DELIVERY) By sending by Federal Express to the addressee as indicated on the attached list.

19

20   I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

21   Executed on May 14, 2009, at Los Angeles, California.

22                    _____/s/ Megan J. Wilson_____
                              Megan J. Wilson
23

24

25

26

27

28

56998-001\DOCS_LA:202337.1

**SERVICE LIST**

<u>Counsel for Defendant/Appellee, Mattel, Inc.</u>
John Quinn, Esq.
(johnquinn@quinnemanuel.com)
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com;
Jon D. Corey, Esq.
(joncorey@quinnemanuel.com)
Brett D. Proctor
(dylanproctor@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
**[By Email Service]**

<u>Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv</u>
Russell J. Frackman, Esq.
(rjf@msk.com)
Patricia H. Benson, Esq.
(phb@msk.com)
Mitchell, Silberberg & Knupp, LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90067
(310) 312-2000
**[By Email Service]**

Thomas J. Nolan, Esq.
(tnolan@skadden.com)
Raoul D. Kennedy, Esq.
(rkennedy@skadden.com)
Jason D. Russell, Esq.
(Jason.russell@skadden.com)
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
**[By Email Service]**

| | |
|---|---|
| 1 | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez |
| 2 | Mark E. Overland, Esq.<br>moverland@obsklaw.com |
| 3 | Alexander H. Cote, Esq.<br>acote@obsklaw.com |
| 4 | Overland Borenstein Scheper & Kim LLP<br>601 W. 5th Street, 12th Floor |
| 5 | Los Angeles, CA 90017<br>**[By Email Service]** |
| 6 | |
| 7 | Attorneys for Patrick A. Fraioli, Jr., Temporary Receiver<br>Byron Z. Moldo |
| 8 | Email: bmoldo@ecjlaw.com<br>David Seror |
| 9 | Email: dseror@ecjlaw.com<br>Peter A. Davidson |
| 10 | Email: pdavidson@ecjlaw.com<br>Ervin Cohen & Jessup LLP |
| 11 | 9401 Wilshire Boulevard, Ninth Floor<br>Beverly Hills, California 90212-2974<br>**[By Email Service]** |
| 12 | |
| 13 | Joseph A. Eisenberg<br>Email:  JEisenberg@JMBM.com |
| 14 | Jeffer Mangels Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor |
| 15 | Los Angeles, California  90067<br>**[By Email Service]** |
| 16 | Counsel for Defendants/CounterDefendants/ Appellants, MGA Entertainment, |
| 17 | Inc., MGA Entertainment (HK) Limited, and Isaac Larian |
| 18 | Thomas J. Nolan, Esq.<br>Email: tnolan@skadden.com |
| 19 | Jason D. Russell, Esq.<br>Email: jrussell@skadden.com |
| 20 | Skadden Arps Slate Meagher & Flom LLP<br>300 S. Grand Avenue, Suite 3400 |
| 21 | Los Angeles, CA 90071-3144<br>**[By Email Service]** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

56998-001\DOCS_LA:202337.1

Counsel for Defendants/CounterDefendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian
Mark E. Haddad, Esq.
Email: mhaddad@sidley.com;
Robert A. Holland, Esq.
Email: rholland@sidley.com
Alycia A. Degen, Esq.
Email: adegen@sidley.com
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
**[By Email Service]**

Counsel for Defendant!Appellee, Mattel, Inc.
Sanford 1. Weisburst, Esq.
Email: sandyweisburst@quinnemanue1.com
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor.
New York, NY 10010
**[By Email Service]**

Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv
Patricia L. Glaser, Esq.
Email: pglaser@glaserweil.com
Glaser Wei1 Fink Jacobs and Shapiro
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
**[By Email Service]**

Counsel for Plaintiff, Carter Bryant
Peter H. Bonis, Esq.
Peter H. Bonis Law Offices
1990 N. California Blvd., 8th Floor
Walnut Creek, CA 94596
T: 925/287-6428
**[By Overnight Service]**

Alexander H. Cote, Esq.
Email: acote@obsklaw.com;
Mark E. Overland, Esq.
Email: Moverland@obsklaw.com;
David C. Scheper, Esq.
Email: dscheper@obsklaw.com
Overland Borenstein Scheper & Kim
601 West Fifth Street, 12'h Floor
Los Angeles, CA 90071-2025
**[By Email Service]**

56998-001\DOCS_LA:202337.1

1  Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez
2  Leah Chava Gershon, Esq.
   Email: leah@spertuslaw.com
3  James W. Spertus Law Offices
   12100 Wilshire Blvd., Suite 620
4  Los Angeles, CA 90025
   **[By Email Service]**
5
   Counsel for Third Party Defendant, Anne Wang
6  Linda M. Burrow, Esq.
   Email: burrow@caldwell-leslie.com
7  Caldwell Leslie and Proctor PC
   1000 Wilshire Blvd., Suite 600
8  Los Angeles, CA 90017
   **[By Email Service]**
9
   Counsel for Limited Intervenor, Omni 808 Investors LLC
10 Todd E. Gordinier, Esq.
   Email: todd.gordinier@bingham.com
11 Bingham McCutchen
   600 Anton Blvd., 18th Floor
12 Costa Mesa, CA 92626
   **[By Email Service]**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

56998-001\DOCS_LA:202337.1