ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF MATTEL, INC.'S BRIEF IN SUPPORT OF THE APPOINTMENT OF A PERMANENT RECEIVER<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2:**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the Notice of Lodging ISO Mattel, Inc.'s Brief in Support of the Appointment of a Permanent Receiver and Mattel's Memorandum Regarding the MGA/Omni 808 Transactions (the "Notice of Lodging"); the Declaration of Michael T. Zeller ISO Mattel, Inc.'s Brief in Support of the Appointment of a Permanent Receiver and Mattel's Memorandum Regarding the MGA/Omni 808 Transactions (the "Zeller Declaration"); and the Declaration of James J. Webster in Support of Mattel, Inc.'s Brief in Support of the Appointment of a Permanent Receiver (the "Webster Declaration") (collectively, the "Papers").

       The Papers include materials that Mattel, the MGA Parties, the Court, the Discovery Master, and third parties Wachovia Corporation, IGWT, and Omni have designated as "Confidential," "Confidential--Attorneys' Eyes Only," or "Highly Confidential--Restricted Attorneys' Eyes Only" pursuant to the Protective Order. Omni has designated Exhibits 1-3, 10-20, 25-26, 45-47, 49-51, and 66-68 to the Zeller Declaration as "Confidential." The MGA Parties have designated Exhibits 6-8 to the Zeller Declaration as "Highly Confidential--Restricted Attorneys' Eyes Only," and Exhibits 27, 44, 56, 61 and 64 to the Zeller Declaration, and Exhibit 1 to the Webster Declaration, as "Confidential--Attorneys' Eyes Only." Wachovia Corporation has designated Exhibits 21, 60, and 63 to the Zeller Declaration as "Confidential." The Court has designated Exhibits 22-24, 33-43, 54-55, 57, and 59 to the Zeller Declaration as "Confidential--Attorneys' Eyes Only." IGWT has designated Exhibits 30-33 and 58 to the Zeller Declaration as "Confidential." The Discovery Master has designated Exhibit 48 to the Zeller Declaration as "Confidential." Mattel has designated Exhibits 1-2 to the Notice of Lodging as "Confidential--Attorneys' Eyes Only," and Exhibit 3 as "Confidential." Accordingly, Mattel requests that the Court order that the Papers be filed under seal.

| | | |
|---|---|---|
| 1 | DATED: May 14, 2009 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | |
| 3 | | By /s/ Cyrus N. Naim |
| 4 | | Cyrus N. Naim<br>Attorneys for Mattel, Inc. |

07975/2930455.1

-3-
MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL