THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with Case No. 04-9059 and Case No. 05-2727 <br><br> Honorable Stephen G. Larson <br><br> **APPLICATION TO FILE UNDER SEAL:** <br><br> (1) MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE THE WOOLARD, FALCON, PEMBLETON, AND THIRD-PARTY DECLARATIONS IN SUPPORT OF MGA PARTIES' REQUEST FOR A STAY; <br><br> (2) MGA'S OPPOSITION TO MATTEL, INC.'S EX PARTE APPLICATIONS TO STRIKE THE JOACHIMSTHALER AND MEYER DECLARATIONS IN SUPPORT OF MGA'S REQUEST FOR A STAY PENDING APPEAL; and <br><br> (3) DECLARATION OF CARL ALAN ROTH. |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal:

1. MGA Parties' Memorandum Of Points And Authorities In Opposition To Mattel, Inc.'s Ex Parte Application To Strike The Woolard, Falcon, Pembleton, And Third-Party Declarations In Support Of MGA Parties' Request For A Stay;

2. MGA's Opposition To Mattel, Inc.'s Ex Parte Applications To Strike The Joachimsthaler and Meyer Declarations In Support Of MGA's Request For A Stay Pending Appeal;

3. Declaration Of Carl Alan Roth.

Good cause exists for filing these documents under seal because they are rely on and discuss the substance of various declarations designated CONFIDENTIAL or CONFIDENTIAL – ATTORNEYS' EYES ONLY that were filed under seal by the MGA Parties on May 8, 2009, and are therefore designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY.

DATED: May 14, 2009        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Thomas J. Nolan
Attorneys for the MGA Parties