ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL; AND DECLARATIONS OF TIMOTHY KILPIN, MICHAEL J. WAGNER, CAROL A. SCOTT, AND MICHAEL T. ZELLER IN SUPPORT<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

07975/2928866.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

| | |
|---:|---|
| 1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order |
| 2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully |
| 3 | requests that the Court order filed under seal Mattel, Inc.'s Opposition to MGA |
| 4 | Parties' Ex Parte Application And Motion For Stay Pending Appeal (the |
| 5 | "Opposition"), the Declaration of Timothy Kilpin in Support (the "Kilpin |
| 6 | Declaration"), the Declaration of Michael J. Wagner in Support (the "Wagner |
| 7 | Declaration"), the Declaration of Carol A. Scott in Support (the "Scott |
| 8 | Declaration"), and Exhibits 3-7, 10-18, 25-32, 38, 40, and 51-53 to the Declaration |
| 9 | of Michael T. Zeller in Support (the "Zeller Declaration"). |
| 10 | The Opposition and Declarations include materials that Mattel, MGA |
| 11 | Entertainment, Inc. ("MGA"), the Court, and third parties Wachovia Corporation |
| 12 | and Omni have designated as "Confidential" or "Confidential--Attorneys' Eyes |
| 13 | Only" pursuant to the Protective Order. MGA has designated Exhibits 17-26 and 40 |
| 14 | to the Zeller Declaration, Exhibits B-H of the Wagner Declaration, and materials |
| 15 | discussed in the Scott Declaration as "Confidential--Attorneys' Eyes Only." MGA |
| 16 | has also designated Exhibits 27, 32, and 51 to the Zeller Declaration as |
| 17 | "Confidential." Wachovia Corporation has designated Exhibits 3-5, 12, and 15-16 |
| 18 | to the Zeller Declaration, and portions of Exhibit B to the Wagner Declaration, as |
| 19 | "Confidential." Omni has designated Exhibits 6-7, 29, and 31 to the Zeller |
| 20 | Declaration, and portions of Exhibit B to the Wagner Declaration, as "Confidential." |
| 21 | The Court has designated Exhibits 10-11, 13-14, 28, and 52-53 to the Zeller |
| 22 | Declaration as "Confidential--Attorneys' Eyes Only." Mattel has designated |
| 23 | Exhibits 30 and 38 to the Zeller Declaration as "Confidential--Attorneys' Eyes |
| 24 | Only." The Court and Mattel have designated portions of the Kilpin Declaration |
| 25 | "Confidential." The Opposition quotes from and references these materials. |
| 26 | Accordingly, Mattel requests that the Court order that the Opposition and |
| 27 | Declarations be filed under seal. |
| 28 | |

| | |
|---|---|
| 1  DATED: May 13, 2009 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | |
| 3 | By _____ |
| 4 | Cyrus N. Naim<br>Attorneys for Mattel, Inc. |

07975/2928866.1

-3-

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL