QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S OBJECTIONS TO DECLARATION OF ERIC JOACHIMSTHALER; (2) MATTEL, INC.'S OBJECTIONS TO DECLARATION OF PAUL K. MEYER; (3) MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF JOHN WOOLARD; (4) MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF NINETTE PEMBLETON; (5) MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF LARRY FALCON; AND (6) MATTEL, INC.'S EVIDENTIARY OBJECTIONS TO THE COMPENDIUM OF THIRD-PARTY DECLARATIONS<br><br>**Phase 2:**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

| | |
|---|---|
| 1 | Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order |
| 2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully |
| 3 | requests that the Court order filed under seal: (1) Mattel, Inc.'s Objections to the |
| 4 | Declaration of Eric Joachimsthaler in Support of the MGA Parties' *Ex Parte* |
| 5 | Application and Motion to Stay Pending Appeal; (2) Mattel, Inc.'s Objections to the |
| 6 | Declaration of Paul K. Meyer in Support of the MGA Parties' *Ex Parte* Application |
| 7 | and Motion to Stay Pending Appeal; (3) Mattel, Inc.'s Objections to the Declaration |
| 8 | of John Woolard in Support of the MGA Parties' *Ex Parte* Application and Motion |
| 9 | to Stay Pending Appeal; (4) Mattel, Inc.'s Objections to the Declaration of Ninette |
| 10 | Pembleton in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay |
| 11 | Pending Appeal; (5) Mattel, Inc.'s Objections to the Declaration of Larry Falcon in |
| 12 | Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending |
| 13 | Appeal; and (6) Mattel, Inc.'s Evidentiary Objections to the Compendium of Third-Party |
| 14 | Declarations in Support of the MGA Parties' *Ex Parte* Application and Motion |
| 15 | to Stay Pending Appeal (collectively "Mattel's Objections to Declarations"). |
| 16 | Mattel's Objections reference and quote from Declarations that MGA |
| 17 | has designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant |
| 18 | to the Protective Order. Accordingly, Mattel requests that the Court order that |
| 19 | Mattel's Objections to Declarations be filed under seal. |
| 20 | In the alternative, Mattel requests that the Court declare that Mattel's |
| 21 | Objections to Declarations are outside the definitions of "Confidential" and |
| 22 | "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective |
| 23 | Order and order them to be filed as part of the public record. |
| 24 | DATED: May 13, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 25 | |
| 26 | |
| 27 | By /s/ Marshall M. Searcy III<br>Marshall M. Searcy III<br>Attorneys for Mattel, Inc. |
| 28 | |

07975/2928271.1

-1-