QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL (1) *EX PARTE* APPLICATION OF MATTEL, INC. TO STRIKE DECLARATION OF PAUL K. MEYER; (2) *EX PARTE* APPLICATION OF MATTEL, INC. TO STRIKE DECLARATION OF ERICH JOACHIMSTHALER; (3) MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE THE WOOLARD, FALCON, PEMBLETON AND THIRD-PARTY DECLARATIONS; AND (4) SEARCY DECLARATION IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE THE WOOLARD, FALCON, PEMBLETON AND THIRD-PARTY DECLARATIONS AND EXHIBIT 1 THERETO<br><br>([Proposed] Order Filed Concurrently Herewith)<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2927772.1

MATTEL'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal (1) the *Ex Parte* Application of Mattel,
4  Inc. to Strike Declaration of Paul K. Meyer Filed in Support of the MGA Parties' *Ex*
5  *Parte* Application and Motion to Stay Pending Appeal; (2) the *Ex Parte* Application
6  of Mattel, Inc. to Strike Declaration of Erich Joachimsthaler Filed in Support of the
7  MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal; (3) Mattel,
8  Inc.'s *Ex Parte* Application to Strike the Woolard, Falcon, Pembleton and Third-
9  Party Declarations in Support of the MGA Parties' Request for Stay (collectively,
10 "Mattel's Motions to Strike"); and (4) the Searcy Declaration in Support of Mattel,
11 Inc.'s *Ex Parte* Application to Strike the Woolard, Falcon, Pembleton and Third-
12 Party Declarations in Support of the MGA Parties' Request for Stay ("Searcy
13 Declaration") and Exhibit 1 thereto ("Exhibit 1").
14  Mattel's Motions to Strike, the Searcy Declaration and Exhibit 1
15 contain information that MGA and/or Mattel have designated as "Confidential" or
16 "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.
17 Accordingly, Mattel requests that the Court order that Mattel's Motions to Strike, the
18 Searcy Declaration and Exhibit 1 be filed under seal.

DATED: May 13, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Marshall M. Searcy III
Marshall M. Searcy III
Attorneys for Mattel, Inc.