ORIGINAL

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5
6  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7  and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>**MGA PARTIES' OPPOSITION TO MATTEL'S *EX PARTE* APPLICATION FOR DISCLOSURE OF MGA 2009 PRODUCT LINE INFORMATION IN ADVANCE OF MAY 18, 2009 HEARING ON MGA'S *EX PARTE* APPLICATION FOR STAY** |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the
2  Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA
3  Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby respectfully request
4  that the Court order the following documents be filed under seal:

5  MGA Parties' Opposition To Mattel's *Ex Parte* Application For Disclosure Of MGA
6  2009 Product Line Information In Advance Of May 18, 2009 Hearing On MGA's *Ex*
7  *Parte* Application For Stay.

9  Good cause exists for filing this document under seal because the document refers to
10 Mattel's *Ex Parte* Application For Disclosure Of MGA 2009 Product Line Information In
11 Advance Of May 18, 2009 Hearing On MGA's *Ex Parte* Application For Stay and the
12 Declaration of Michael Zeller in support thereof, both of which were filed under seal and
13 designated "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY."
14 The MGA Parties' response discusses MGA's confidential commercial and financial
15 information and thus is designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY."

17 DATED: May 12, 2009         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                              By: _Thomas J. Nolan / JKdC_
                                  Thomas J. Nolan
                                  Attorneys for the MGA Parties

---

MGA Parties Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)