ORIGINAL

FILED
2009 MAY 13 AM 10:00
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | PROOF OF SERVICE |
| MATTEL, INC., a Delaware corporation | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | |

PROOF OF SERVICE
Case No. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **May 12, 2009**, I served the foregoing documents described as:

MGA PARTIES' OPPOSITION TO MATTEL'S EX PARTE APPLICATION FOR DISCLOSURE OF MGA 2009 PRODUCT LINE INFORMATION IN ADVANCE OF MAY 18, 2009 HEARING ON MGA'S EX PARTE APPLICATION FOR STAY

Application to File Under Seal;

[Proposed] Order To File Under Seal; and

Proof of Service

on the counsel of record in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X) [E-MAIL OR ELECTRONIC SERVICE] Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **May 12, 2009**, in Los Angeles, California.

_Karoleen Tshabourian_  
PRINT NAME

_[signature]_  
SIGNATURE

---

1

PROOF OF SERVICE
Case No. CV 04-9049 SGL (RNBx)

# SERVICE LIST

| | |
|---|---|
| John Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>johnquinn@quinnemanuel.com<br>michaelzeller@quinnemanuel.com<br>joncorey@quinnemanuel.com | Attorneys for Mattel, Inc. |
| Patricia Glaser, Esq.<br>Joel Klevens, Esq.<br>Glaser, Weil, Fink, Jacobs & Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA 90067<br>(310) 553-3000<br>(310) 556-2920 (Fax)<br>pglaser@glaserweil.com | Attorneys for MGA Parties |
| Russell J. Frackman<br>Patricia H. Benson<br>Mitchell, Silberberg & Knupp, LLP<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90067<br>(310) 312-2000<br>(310) 312-3100 (Fax)<br>rjf@msk.com | Attorneys for MGA Parties |