QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL; AND DECLARATIONS OF TIMOTHY KILPIN, MICHAEL J. WAGNER, CAROL A. SCOTT, AND MICHAEL T. ZELLER IN SUPPORT<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2929049.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to MGA Parties' Ex Parte Application and Motion for Stay Pending Appeal; and Declarations of Timothy Kilpin, Michael J. Wagner, Carol A. Scott, and Michael T. Zeller in Support,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition to MGA Parties' Ex Parte Application And Motion For Stay Pending Appeal, the Declaration of Timothy Kilpin in Support, the Declaration of Michael J. Wagner in Support, the Declaration of Carol A. Scott in Support, and Exhibits 3-7, 10-18, 25-32, 38, 40, and 51-53 to the Declaration of Michael T. Zeller in Support, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: May 15, 2009

_____
Hon. Stephen G. Larson
United States District Judge

07975/2929049.1

-2-

[PROPOSED] ORDER