THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | [PROPOSED] ORDER TO FILE UNDER SEAL |
| AND CONSOLIDATED ACTIONS. | Hearing Date: TBD<br>Time: TBD |

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. MGA Parties' Memorandum Of Points And Authorities In Opposition To Mattel, Inc.'s Ex Parte Application To Strike The Woolard, Falcon, Pembleton, And Third-Party Declarations In Support Of MGA Parties' Request For A Stay;

2. MGA's Opposition To Mattel, Inc.'s Ex Parte Applications To Strike The Joachimsthaler and Meyer Declarations In Support Of MGA's Request For A Stay Pending Appeal; and

3. Declaration Of Carl Alan Roth.

DATED: 5-15-09

_____
Hon. Stephen G. Larson
United States District Court Judge