| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | John B. Quinn (Bar No. 090378) |
| 2 | (johnquinn@quinnemanuel.com) |
| | Michael T. Zeller (Bar No. 196417) |
| 3 | (michaelzeller@quinnemanuel.com) |
| | Jon D. Corey (Bar No. 185066) |
| 4 | (joncorey@quinnemanuel.com) |
| | 865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, California 90017-2543 |
| | Telephone: (213) 443-3000 |
| 6 | Facsimile: (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with |
| | Case No. CV 04-09059 |
| vs. | Case No. CV 05-02727 |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | [~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL (1) *EX PARTE* APPLICATION OF MATTEL, INC. TO STRIKE DECLARATION OF PAUL K. MEYER; (2) *EX PARTE* APPLICATION OF MATTEL, INC. TO STRIKE DECLARATION OF ERICH JOACHIMSTHALER; (3) MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE THE WOOLARD, FALCON, PEMBLETON AND THIRD-PARTY DECLARATIONS; AND (4) SEARCY DECLARATION IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE THE WOOLARD, FALCON, PEMBLETON AND THIRD-PARTY DECLARATIONS AND EXHIBIT 1 THERETO |
| AND CONSOLIDATED ACTIONS | |
| | **Phase 2** |
| | Discovery Cut-off: December 11, 2009 |
| | Pre-trial Conference: March 1, 2010 |
| | Trial Date: March 23, 2010 |

07975/2927807.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal (1) *Ex Parte* Application of Mattel, Inc. to Strike Declaration of Paul K. Meyer; (2) *Ex Parte* Application of Mattel, Inc. to Strike Declaration of Erich Joachimsthaler; (3) Mattel, Inc.'s *Ex Parte* Application to Strike the Woolard, Falcon, Pembleton and Third-Party Declarations; and (4) Searcy Declaration in Support of Mattel, Inc.'s *Ex Parte* Application to Strike the Woolard, Falcon, Pembleton and Third-Party Declarations and Exhibit 1 Thereto, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED:

(1) *Ex Parte* Application of Mattel, Inc. to Strike Declaration of Paul K. Meyer Filed in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal; (2) *Ex Parte* Application of Mattel, Inc. to Strike Declaration of Erich Joachimsthaler Filed in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal; (3) Mattel, Inc.'s *Ex Parte* Application to Strike the Woolard, Falcon, Pembleton and Third-Party Declarations in Support of the MGA Parties' Request for Stay; and (4) Searcy Declaration in Support of Mattel, Inc.'s *Ex Parte* Application to Strike the Woolard, Falcon, Pembleton and Third-Party Declarations in Support of the MGA Parties' Request for Stay and Exhibit 1 thereto are ORDERED filed under seal pursuant to Local Rule 79-5.1.

IT IS SO ORDERED.

DATED: May 15, 2009

*/s/ S. G. Larson*
Hon. Stephen G. Larson
United States District Judge