LODGED ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S OBJECTIONS TO DECLARATION OF ERIC JOACHIMSTHALER; (2) MATTEL, INC.'S OBJECTIONS TO DECLARATION OF PAUL K. MEYER; (3) MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF JOHN WOOLARD; (4) MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF NINETTE PEMBLETON; (5) MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF LARRY FALCON; AND (6) MATTEL, INC.'S EVIDENTIARY OBJECTIONS TO THE COMPENDIUM OF THIRD-PARTY DECLARATIONS<br><br>**Phase 2:**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

# [~~PROPOSED~~] ORDER

Based on Mattel Inc.'s concurrently filed Application to File Under Seal: (1) Mattel, Inc.'s Objections to the Declaration of Eric Joachimsthaler in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal; (2) Mattel, Inc.'s Objections to the Declaration of Paul K. Meyer in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal; (3) Mattel, Inc.'s Objections to the Declaration of John Woolard in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal; (4) Mattel, Inc.'s Objections to the Declaration of Ninette Pembleton in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal; (5) Mattel, Inc.'s Objections to the Declaration of Larry Falcon in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal; and (6) Mattel, Inc.'s Evidentiary Objections to the Compendium of Third-Party Declarations in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

(1) Mattel, Inc.'s Objections to the Declaration of Eric Joachimsthaler in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal; (2) Mattel, Inc.'s Objections to the Declaration of Paul K. Meyer in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal; (3) Mattel, Inc.'s Objections to the Declaration of John Woolard in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal; (4) Mattel, Inc.'s Objections to the Declaration of Ninette Pembleton in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal; (5) Mattel, Inc.'s Objections to the Declaration of Larry Falcon in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal; and (6) Mattel, Inc.'s Evidentiary Objections to the Compendium of Third-Party Declarations in Support

1 | of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal are
2 | ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: May 15, 2009

*/s/ S.G. Larson*
Hon. Stephen G. Larson
United States District Judge