Richard M. Pachulski (CA Bar No. 90073)
rpachulski@pszjlaw.com
James I. Stang (CA Bar No. 94435)
jstang@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Attorneys for MGA Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>　　　　　　　　Defendant. | Case No.: CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: tbd<br>Time: tbd |
| AND CONSOLIDATED ACTIONS | |

　　　　Based on the Application to File documents Under Seal filed by MGA Entertainment, Inc. ("MGA"), it is hereby ordered that the following documents may be filed under seal pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005:

　　　　1.　　Memorandum of Points & Authorities in Opposition to Order to Show Cause re: Appointment of Permanent Receiver and Preliminary Objections to Report of Forensic Auditor and Temporary Receiver's Report (the "Memorandum");

2. Joinder of Isaac Larian in Support of the Memorandum;

3. Declaration of Richard M. Pachulski in support of the Memorandum;

4. Declaration of Isaac Larian in Support of the Memorandum; and

5. Declaration of Bertrand Chauchat in Support of the Memorandum.

Dated: May 15, 2009

*/s/ Stephen G. Larson*

The Honorable Stephen G. Larson
United States District Jude