THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for The MGA Parties

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1. MGA Parties' Responses To Mattel, Inc's Objections To The Declaration Of Larry Falcon; 2. MGA Parties' Responses To Mattel, Inc.'s Objections To The Declaration Of Ninette Pembleton; 3. MGA Parties' Responses To Mattel, Inc.'s Objections To The Declaration Of John Woolard; 4. MGA Parties' Responses To Mattel, Inc.'s Objections To The Compendium Of Third Party Declarations; 5. MGA Parties' Responses To Mattel, Inc.'s Objections To Declaration Of Paul K. Meyer In Support Of The MGA Parties' Ex Parte Application And Motion To Stay Pending Appeal; 6. MGA Parties' Responses To Mattel, Inc.'s Objections To Declaration Of Erich Joachimsthaler In Support Of The MGA Parties' Ex Parte Application And Motion To Stay Pending Appeal; 7. Application to File Under Seal; 8. Proposed Order to File Under Seal; and 9. Proof of Service

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required *(reason):*

| | |
|---|---|
| May 18, 2009 | Thomas J. Nolan |
| Date | Attorney Name |

G-92 (02/07)   **NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.FormsWorkflow.com

| Party Represented |
|---|
| The MGA Parties |

Note:   File one Notice in each case, each time you manually file document(s).