ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF B. DYLAN PROCTOR ISO MATTEL, INC.'S BRIEF IN SUPPORT OF THE APPOINTMENT OF A PERMANENT RECEIVER AND MATTEL'S MEMORANDUM REGARDING THE MGA/OMNI 808 TRANSACTIONS<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2:**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2931795.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1     Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibit 1 to the Declaration of B. Dylan Proctor ISO Mattel, Inc.'s Brief in Support of the Appointment of a Permanent Receiver and Mattel's Memorandum Regarding the MGA/Omni 808 Transactions (the "Declaration").

    The Declaration attaches materials that third party Omni has designated "Confidential" pursuant to the Protective Order. Omni has designated Exhibit 1 "Confidential." Accordingly, Mattel requests that the Court order that the Declaration be filed under seal.

    In the alternative, Mattel requests that the Court declare that the Declaration is outside the definition of "Confidential" as contained in the Stipulated Protective Order and order it to be filed as part of the public record.

DATED: May 14, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ Cyrus Naim
Cyrus N. Naim
Attorneys for Mattel. Inc.