**ORIGINAL**

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                   EASTERN DIVISION

11 | CARTER BRYANT, an individual,        | CASE NO. CV 04-9049 SGL (RNBx)
12 | Plaintiff,                           | Consolidated with
   |                                      | Case No. CV 04-09059
13 | vs.                                  | Case No. CV 05-02727
14 | MATTEL, INC., a Delaware             | Hon. Stephen G. Larson
15 | corporation,                         |
   | Defendant.                           | APPLICATION TO FILE UNDER SEAL
16 |                                      | MATTEL'S MEMORANDUM
17 | AND CONSOLIDATED ACTIONS             | REGARDING THE MGA/OMNI 808
                                            TRANSACTIONS

                                            [[Proposed] Order Filed Concurrently
                                            Herewith]

                                            **Phase 2:**
                                            Discovery Cut-off: December 11, 2009
                                            Pre-trial Conference: March 1, 2010
                                            Trial Date: March 23, 2010

07975/2930578.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel's Memorandum Regarding the MGA/Omni 808 Transactions (the "Omni Memorandum").

The Omni Memorandum references and quotes from materials that Mattel, the MGA Parties, the Court, the Discovery Master, and third parties Wachovia Corporation, IGWT, and Omni have designated as "Confidential," "Confidential--Attorneys' Eyes Only," or "Highly Confidential--Restricted Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Omni Memorandum be filed under seal.

DATED: May 14, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ Cyrus Naim
Cyrus N. Naim
Attorneys for Mattel, Inc.