QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

　　　　　Plaintiff,

　　vs.

MATTEL, INC., a Delaware corporation,

　　　　　Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. Stephen G. Larson

[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL'S MEMORANDUM REGARDING THE MGA/OMNI 808 TRANSACTIONS

**Phase 2**
Discovery Cut-off: December 11, 2009
Pre-trial Conference: March 1, 2010
Trial Date: March 23, 2010

07975/2930576.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel's Memorandum Regarding the MGA/Omni 808 Transactions,

IT IS HEREBY ORDERED:

Mattel's Memorandum Regarding the MGA/Omni 808 Transactions is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 5/15, 2009

*/s/ S.G. Larson*

Hon. Stephen G. Larson
United States District Judge