THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br>Honorable Stephen G. Larson<br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>(1) MGA PARTIES' REPLY IN FURTHER SUPPORT OF THEIR *EX PARTE* APPLICATION AND MOTION FOR STAY PENDING APPEAL;<br><br>(2) SUPPLEMENTAL THIRD-PARTY DECLARATION IN SUPPORT OF THE MGA PARTIES' *EX PARTE* APPLICATION AND MOTION TO STAY PENDING APPEAL; and<br><br>(3) MGA PARTIES' OBJECTIONS TO DECLARATION OF TIMOTHY KILPIN. |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal:

1. MGA Parties' Reply In Further Support Of Their *Ex Parte* Application And Motion For Stay Pending Appeal;

2. Supplemental Third-Party Declaration In Support Of The MGA Parties' *Ex Parte* Application And Motion To Stay Pending Appeal; And

3. MGA Parties' Objections To Declaration Of Timothy Kilpin.

Good cause exists for filing these documents under seal because they are rely on and discuss the substance of various declarations designated CONFIDENTIAL or CONFIDENTIAL – ATTORNEYS' EYES ONLY that were filed under seal by the MGA Parties on May 8, 2009, and are therefore designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY.

DATED: May 15, 2009        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Thomas J. Nolan / JKdC
Thomas J. Nolan
Attorneys for the MGA Parties