1  THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
4  Los Angeles, CA  90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600
5

6  Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7  and MGA ENTERTAINMENT (HK) LIMITED

8             UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                 EASTERN DIVISION

11  CARTER BRYANT, an individual,        )  CASE NO. CV 04-9049 SGL (RNBx)
                                         )
                                         )  Consolidated with Case No. 04-9059
12              Plaintiff,               )  and Case No. 05-2727
                                         )
13       v.                              )  Honorable Stephen G. Larson
                                         )
14  MATTEL, INC., a Delaware corporation, )
                                         )  [PROPOSED] ORDER TO FILE
                                         )  UNDER SEAL
15              Defendant.               )
                                         )
16  _____       )
    AND CONSOLIDATED ACTIONS.            )
17                                       )  Hearing Date: TBD
                                         )  Time: TBD
18

19

20

21

22

23

24

25

26

27

28

LODGED   2009 MAY 15  PM 2:23  CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
EASTERN DIVISION
BY:

# ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1.    MGA Parties' Reply In Further Support Of Their Ex Parte Application And Motion For Stay Pending Appeal;

2.    Supplemental Third-Party Declaration In Support Of The MGA Parties' *Ex Parte* Application And Motion To Stay Pending Appeal; and

3.    MGA Parties' Objections To Declaration Of Timothy Kilpin.

DATED:    *5-15-09*

_____
Hon. Stephen G. Larson
United States District Court Judge

1