FILED
2009 MAY 18 AM 11:36
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
EASTERN DIVISION
BY_____
Lodged

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600

6  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7  and MGA ENTERTAINMENT (HK) LIMITED

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                  EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**APPLICATION TO FILE UNDER SEAL MGA PARTIES:**<br><br>(1) RESPONSES TO MATTEL, INC'S OBJECTIONS TO THE DECLARATION OF LARRY FALCON;<br><br>(2) RESPONSES TO MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF NINETTE PEMBLETON;<br><br>(3) RESPONSES TO MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF JOHN WOOLARD;<br><br>(4) RESPONSES TO MATTEL, INC.'S OBJECTIONS TO THE COMPENDIUM OF THIRD PARTY DECLARATIONS;<br><br>(5) RESPONSES TO MATTEL, INC.'S OBJECTIONS TO DECLARATION OF ERICH JOACHIMSTHALER; and<br><br>(6) RESPONSES TO MATTEL, INC.'S OBJECTIONS TO DECLARATION OF PAUL K. MEYER. |

1      Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal:

1. MGA Parties' Responses To Mattel, Inc's Objections To The Declaration Of Larry Falcon;
2. MGA Parties' Responses To Mattel, Inc.'s Objections To The Declaration Of Ninette Pembleton;
3. MGA Parties' Responses To Mattel, Inc.'s Objections To The Declaration Of John Woolard;
4. MGA Parties' Responses To Mattel, Inc.'s Objections To The Compendium Of Third Party Declarations;
5. MGA Parties' Responses To Mattel, Inc.'s Objections To Declaration Of Paul K. Meyer In Support Of The MGA Parties' *Ex Parte* Application And Motion To Stay Pending Appeal; and
6. MGA Parties' Responses To Mattel, Inc.'s Objections To Declaration Of Erich Joachimsthaler In Support Of The MGA Parties' *Ex Parte* Application And Motion To Stay Pending Appeal.

     Good cause exists for filing these documents under seal because they are rely on and discuss the substance of various declarations designated CONFIDENTIAL or CONFIDENTIAL – ATTORNEYS' EYES ONLY that were filed under seal by the MGA Parties on May 8, 2009, and are therefore designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY.

DATED: May 18, 2009     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Thomas J. Nolan / JKdC
Thomas J. Nolan
Attorneys for the MGA Parties