QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S BRIEF IN SUPPORT OF THE APPOINTMENT OF A PERMANENT RECEIVER<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2:**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel, Inc.'s Brief in Support of the
4  Appointment of a Permanent Receiver (the "Receiver Brief").
5  The Receiver Brief references and quotes from materials that Mattel,
6  the MGA Parties, the Court, the Discovery Master, and third parties Wachovia
7  Corporation, IGWT, and Omni have designated as "Confidential," "Confidential--
8  Attorneys' Eyes Only," or "Highly Confidential--Restricted Attorneys' Eyes Only"
9  pursuant to the Protective Order. Accordingly, Mattel requests that the Court order
10 that the Papers be filed under seal.

12 DATED: May 14, 2009            QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP

14                                By _____
15                                Cyrus N. Naim
                                  Attorneys for Mattel, Inc.