1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 090378)
     (johnquinn@quinnemanuel.com)
3    Michael T. Zeller (Bar No. 196417)
     (michaelzeller@quinnemanuel.com)
3    Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                  EASTERN DIVISION

11 CARTER BRYANT, an individual,       CASE NO. CV 04-9049 SGL (RNBx)
                                       Consolidated with
12             Plaintiff,              Case No. CV 04-09059
                                       Case No. CV 05-02727
13        vs.
                                       Hon. Stephen G. Larson
14 MATTEL, INC., a Delaware
   corporation,                        [PROPOSED] ORDER GRANTING
15                                     APPLICATION TO FILE UNDER SEAL
               Defendant.              MATTEL, INC.'S BRIEF IN SUPPORT OF
16                                     THE APPOINTMENT OF A
                                       PERMANENT RECEIVER
17 AND CONSOLIDATED ACTIONS
                                       **Phase 2**
18                                     Discovery Cut-off:  December 11, 2009
                                       Pre-trial Conference:  March 1, 2010
19                                     Trial Date:  March 23, 2010

20

21

22

23

24

25

26

27

28

07975/2930556.1

                                                         [PROPOSED] ORDER

1        [PROPOSED] ORDER

2

3            Based on the concurrently filed Application to File Under Seal Mattel,

4    Inc.'s Brief in Support of the Appointment of a Permanent Receiver,

5            IT IS HEREBY ORDERED:

6            Mattel, Inc.'s Brief in Support of the Appointment of a Permanent

7    Receiver is ORDERED filed under seal pursuant to Local Rule 79-5.1.

8

9                                          _S/G Larson_

10   DATED:    May  15 , 2009    _____

11                                Hon. Stephen G. Larson
                                 United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07975/2930556.1