QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF ISAAC LARIAN IN SUPPORT OF MGA'S OPPOSITION TO ORDER TO SHOW CAUSE RE: APPOINTMENT OF PERMANENT RECEIVER AND PRELIMINARY OBJECTIONS TO REPORT OF FORENSIC AUDITOR AND TEMPORARY RECEIVER<br><br>Hearing Date: May 18, 2009<br>Time: 1:30 p.m.<br>Place: Courtroom One<br><br>**Phase 2:**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2934523.1

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Mattel, Inc.'s Objections to the
4 Declaration of Isaac Larian In Support of MGA's Opposition to Order to Show
5 Cause Re: Appointment of Permanent Receiver and Preliminary Objections to
6 Report of Forensic Auditor and Temporary Receiver ("Mattel's Objections to the
7 Larian Declaration").
8  Mattel's Objections to the Larian Declaration reference and quote from
9 a Declaration that MGA has designated as "Confidential--Attorneys' Eyes Only"
10 pursuant to the Protective Order. Accordingly, Mattel requests that the Court order
11 that Mattel's Objections to the Larian Declaration be filed under seal.
12  In the alternative, Mattel requests that the Court declare that Mattel's
13 Objections to the Larian Declaration are outside the definitions of "Confidential--
14 Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order
15 them to be filed as part of the public record.

17 DATED: May 18, 2009  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.

-1-

APPLICATION TO FILE UNDER SEAL