**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>           Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>           Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

07975/2934553.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 18, 2009, I served true copies of the following documents described as:

## SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Thomas J. Nolan, Esq.<br>Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>tnolan@skadden.com<br>jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Glaser, Weil, Fink, Jacobs & Shapiro, LLP<br>Patricia L. Glaser, Esq.<br>Amman A. Khan, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>pglaser@glaserweil.com<br>akahn@glaserweil.com | **Attorneys for *the MGA Parties*** |
| Mitchell, Silberberg, & Knupp, LLP<br>Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>rjf@msk.com | **Attorneys for *the MGA Parties*** |
| Overland Borenstein Scheper & Kim LLP<br>Mark E. Overland, Esq.<br>Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>moverland@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |

07975/2934553.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

1 | **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 18, 2009, at  Los Angeles, CA          .

*[signature]*
David Quintana

07975/2934553.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

# DOCUMENT LIST

1. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF ISAAC LARIAN IN SUPPORT OF MGA'S OPPOSITION TO ORDER TO SHOW CAUSE RE: APPOINTMENT OF PERMANENT RECEIVER AND PRELIMINARY OBJECTIONS TO REPORT OF FORENSIC AUDITOR AND TEMPORARY RECEIVER

2. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF ISAAC LARIAN IN SUPPORT OF MGA'S OPPOSITION TO ORDER TO SHOW CAUSE RE: APPOINTMENT OF PERMANENT RECEIVER AND PRELIMINARY OBJECTIONS TO REPORT OF FORENSIC AUDITOR AND TEMPORARY RECEIVER

3. MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF ISAAC LARIAN IN SUPPORT OF MGA'S OPPOSITION TO ORDER TO SHOW CAUSE RE: APPOINTMENT OF PERMANENT RECEIVER AND PRELIMINARY OBJECTIONS TO REPORT OF FORENSIC AUDITOR AND TEMPORARY RECEIVER