1  Thomas J. Nolan (Bar No. 66992)
   Jason D. Russell (Bar No. 169219)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
3  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000
4  Fax: (213) 687-5600

5  Attorneys For Defendants
   MGA Entertainment, Inc., MGA
6  Entertainment (HK) Limited, and Isaac Larian

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10 | CARTER BRYANT, an individual, | Case No. CV 04-9049 SGL (RNBx) |
11 | Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
12 | v. | |
13 | MATTEL, INC., a Delaware corporation, | **ADDITIONAL TRANSCRIPT DESIGNATIONS** |
14 | Defendant. | |

| Hearing Date | Court Reporter(s) | Proceedings | Transcript Status |
|---|---|---|---|
| 6/26/2006 | Theresa Lanza | Motion to Dismiss Counterclaims | |
| 7/24/2006 | Theresa Lanza | Motion for Appointment of Expert Witness | Certified copy already prepared |
| 1/08/2007 | Theresa Lanza | Motion for Leave to File Amended Complaint | Certified copy already prepared |
| 2/12/2007 | Theresa Lanza | Status/Scheduling Conference | |
| 6/11/2007 | Theresa Lanza | Motion to Dismiss Amended Answer and Counterclaims | Certified copy already prepared |
| 7/02/2007 | Theresa Lanza | Motion re: Trial Structure and Discovery Matters | |
| 8/27/2007 | Theresa Lanza | Motion for terminating sanctions | |
| 10/10/2007 | Theresa Lanza | Ex Parte Application for Shortening Time on Motion to Withdraw as Counsel | Certified copy already prepared |
| 10/15/2007 | Theresa Lanza | Status Conference | Certified copy already prepared |
| 10/31/2007 | Theresa Lanza | Status Conference | Certified copy already prepared |
| 11/20/2007 | Theresa Lanza | Ex Parte Application re: Depositions; Order re: Designation of Lead Counsel | Certified copy already prepared |
| 12/03/2007 | Theresa Lanza | Motion for Leave to File Supplemental Interrogatory | Certified copy already prepared |
| 1/07/2008 | Theresa Lanza | Discovery Motions | Certified copy already prepared |
| 2/04/2008 | Theresa Lanza | Ex Parte Applications re: Discovery | Certified copy already prepared |
| 2/11/2008 | Pamela Cotton | Discovery Objections | Certified copy already prepared; |

| | | | | |
|---|---|---|---|---|
| 1 | | | | Dkt. No. 2349 |
| 2 3 | 2/25/2008 | Anne Kielwasser | Discovery Objections | Certified copy already prepared |
| 4 5 | 2/28/2008 | Theresa Lanza | Motion for Leave to Take Additional Discovery | Certified copy already prepared |
| 6 | 3/31/2008 | Theresa Lanza | Discovery Motion | Certified copy already prepared |
| 7 8 | 4/07/2008 | Theresa Lanza | Motion to Disqualify Expert and Counsel; Ex Parte Application re: Exhibit Lists | Certified copy of Motion to Disqualify already prepared |
| 9 10 | 4/9/2008 | Theresa Lanza | Discovery Motions | Certified copy already prepared |
| 11 12 | 4/10/2008 | Theresa Lanza | Motions and Applications Following Status Conference | |
| 13 | 4/14/2008 | Theresa Lanza | Discovery Motion | Certified copy already prepared |
| 14 15 | 4/22/2008 | Theresa Lanza; Phyllis Preston | Motions for Partial Summary Judgment | Certified copy already prepared |
| 16 17 | 5/06/2008 | Theresa Lanza | Discovery Motions; Ex Parte Applications to Shorten Time | Certified copy already prepared |
| 18 19 20 | 5/12/2008 | Theresa Lanza | Discovery Motions; Ex Parte Applications to Shorten Time | Certified copy already prepared |
| 21 | 5/14/2008 | Theresa Lanza | Proceedings re: Under Seal Filings | Certified copy already prepared |
| 22 | 5/19/2008 | Christy Cannariato | Motions in Limine | Certified copy already prepared |
| 23 24 | 5/20/2008 | Theresa Lanza; Mark Schweitzer | Voir Dire | Certified copy already prepared; Dkt. No. 3759, 4701 and 4704 |
| 25 26 | 5/21/2008 | Theresa Lanza; Mark Schweitzer | Motions in Limine | Certified copy already prepared; Dkt. No. 3769 and 4702 |
| 27 28 | 5/22/2008 | Theresa Lanza; Mark Schweitzer | Motions in Limine | Certified copy already prepared for PM session; Dkt. No. |

2

**ADDITIONAL TRANSCRIPT DESIGNATIONS**

| Date | | Reporter | Proceedings | Notes |
|---|---|---|---|---|
| 1 | | | | 4703 |
| 2-3 | 5/23/2008 | Mark Schweitzer | Pretrial Proceedings | |
| 4-5 | 5/27/2008 | Theresa Lanza; Mark Schweitzer | Jury Instructions; Opening Statement; Witness Examination | Certified copy already prepared for AM session; Dkt. Nos. 4712 and 4716 |
| 6-7 | 5/28/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared for PM session; Dkt. Nos. 4713 and 4716 |
| 8-9 | 5/29/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared for AM session; Dkt. Nos. 4714 and 4716 |
| 10-11 | 5/30/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared for AM session; Dkt. Nos. 4715 and 4716 |
| 12-13 | 6/02/2008 | Theresa Lanza | Discovery Motions | Certified copy already prepared |
| 14-15 | 6/03/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared for AM session; Dkt. Nos. 4733 and 4737 |
| 16-17 | 6/04/2008 | Theresa Lanza | Witness Examination | Certified copy already prepared for AM session; Dkt. Nos. 4734 and 4737 |
| 18-19 | 6/05/2008 | Theresa Lanza; Mark Schweitzer | Motion Hearing; Witness Examination; Sidebar Conference | Certified copy already prepared for AM session; Dkt. Nos. 4735 and 4737 |
| 20-21 | 6/06/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared for AM session; Dkt. Nos. 4736 and 4737 |
| 22-24 | 6/10/2008 | Theresa Lanza; Mark Schweitzer | Trial Proceedings; Discovery Motion Hearing; and Sealed Proceedings | Certified copy already prepared; Dkt. Nos. 4688, 4720, 4750 and 4754 |
| 25-26 | 6/11/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared for AM session; Dkt. Nos. 4751 and 4754 |
| 27-28 | 6/12/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared for AM session; Dkt. |

| Date | Witness(es) | Subject | Notes |
|---|---|---|---|
| | | | Nos. 4752 and 4754 |
| 6/13/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared for AM session; Dkt. Nos. 4753 and 4754 |
| 6/17/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared |
| 6/18/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared |
| 6/20/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared |
| 6/24/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared |
| 7/01/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared |
| 7/02/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared |
| 7/03/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared |
| 7/07/2008 | Mark Schweitzer | Jury Charge Conference | Certified copy already prepared |
| 7/07/2008 | Theresa Lanza | Motion to Enforce Trial Subpoena | Certified copy already prepared |
| 7/08/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination; Voir Dire Examination of Cassidy Park; Jury Charge Conference | Certified copy already prepared |
| 7/09/2008 | Theresa Lanza | Conference re: Proposed Jury Instructions | Certified copy already prepared |
| 7/10/2008 | Mark Schweitzer; Theresa Lanza | Witness Examination; Closing Arguments | Certified copy already prepared |
| 7/11/2008 | Theresa Lanza | Jury Deliberations | Certified copy already prepared |
| 7/15/2008 | Theresa Lanza | Jury Deliberations | Certified copy already prepared |
| 7/16/2008 | Theresa Lanza | Jury Deliberations | Certified copy already prepared |
| 7/17/2008 | Mark Schweitzer | Verdict | Certified copy already prepared |

4

**ADDITIONAL TRANSCRIPT DESIGNATIONS**

| Date | Reporter | Proceedings | Notes |
|---|---|---|---|
| 7/18/2008 | Mark Schweitzer | 1-B Conference; Motion for Partial Summary Judgment | Certified copy already prepared |
| 7/21/2008 | Theresa Lanza | Bench Conference; Motion for Partial Summary Judgment | Certified copy already prepared |
| 7/23/2008 | Theresa Lanza; Mark Schweitzer | Bench Conference; Opening Statements; Witness Examination | Certified copy already prepared |
| 7/25/2008 | Theresa Lanza | Trial Proceedings; Hearing re: Juror 8 | Certified copy already prepared; Dkt. Nos. 4691 and 4720 |
| 8/4/2008 | Theresa Lanza | Motion for Mistrial | Certified copy already prepared |
| 8/05/2008 | Theresa Lanza; Mark Schweitzer | Trial Proceedings; Sealed Proceedings | Certified copy already prepared; Dkt. Nos. 4689 and 4720 |
| 8/06/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared |
| 8/07/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared |
| 8/08/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared |
| 8/12/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared |
| 8/13/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination | Certified copy already prepared |
| 8/14/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination; Jury Charge Conference | Certified copy already prepared |
| 8/15/2008 | Theresa Lanza; Mark Schweitzer | Witness Examination; Sealed Proceedings | Certified copy already prepared; Dkt. Nos. 4690 and 4720 |
| 8/18/2008 | Kyung Lee-Green | Proposed Verdict Forms and Jury Instructions | Certified copy already prepared; Dkt. Nos. 4274, 4275, and 4276 |
| 8/19/2008 | Mark Schweitzer | Further Jury Instruction Conference | Certified copy already prepared |

| Date | Reporter | Subject | Status |
|---|---|---|---|
| 8/20/2008 | Theresa Lanza; Mark Schweitzer | Jury Instructions; Closing Arguments | Certified copy already prepared |
| 8/21/2008 | Theresa Lanza; Mark Schweitzer | Stipulation to Exhibits; Jury Deliberations | Certified copy already prepared |
| 8/22/2008 | Mark Schweitzer | Jury Deliberations; Jury Note | Certified copy already prepared |
| 8/26/2008 | Theresa Lanza | Verdict | Certified copy already prepared |
| 8/27/2008 | Theresa Lanza | Post-verdict Proceedings | Certified copy already prepared |
| 8/28/2008 | Theresa Lanza | Hearing re: Juror E-mail | |
| 11/10/2008 | Theresa Lanza | Proceedings re: Affirmative Defenses, Declaratory Judgment, and Injunction | Certified copy already prepared |
| 12/30/2008 | Theresa Lanza | Ex Parte Applications and Motion to Stay Pending Appeal | Certified copy already prepared |
| 1/05/2009 | Theresa Lanza | Sealed Hearing re: Modification to Injunction | Certified copy already prepared |
| 1/26/2009 | Theresa Lanza | Status Conference re: Proposed Substitution | Certified copy already prepared |
| 2/11/2009 | Theresa Lanza | Motion for Judgment as Matter of Law | Certified copy already prepared |
| 5/18/2009 | Theresa Lanza | OSC re Permanent Receiver; Ex Parte Application and Motion to Stay | |

DATED: May 19, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:    /s/ Thomas J. Nolan
       Thomas J. Nolan

Attorneys for Defendants
MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian

6

ADDITIONAL TRANSCRIPT DESIGNATIONS

LA1 1569225v.4