ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL DECLARATION OF MICHAEL J. WAGNER SUBMITTED IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2:**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2935208.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the Declaration of Michael J. Wagner Submitted in Support of Mattel, Inc.'s Opposition to MGA Parties' Ex Parte Application and Motion for Stay Pending Appeal (the "Declaration").

The Declaration attaches and references materials that the MGA Parties and third parties Wachovia Corporation and Omni have designated "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Declaration be filed under seal.

In the alternative, Mattel requests that the Court declare that the Declaration is outside the definition of "Confidential" as contained in the Stipulated Protective Order and order it to be filed as part of the public record.

DATED: May 18, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Cyrus S. Naim
   Cyrus S. Naim
   Attorneys for Mattel, Inc.

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On May 18, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL DECLARATION OF MICHAEL J. WAGNER SUBMITTED IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan<br>Jason D. Russell<br>Skadden Arps Slate Meagher & Flom<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | *Attorneys for MGA Parties* |
| Mark E. Overland<br>David C. Sheper<br>Alexander H. Cote<br>Overland Borenstein Scheper & Kim LLP<br>601 West Fifth Street, 125th Floor<br>Los Angeles, CA 90071 | *Attorneys for Carlos Gustavo Machado Gomez* |
| Patricia Glaser<br>Glaser Weil Fink Jacobs & Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA 90067 | *Attorneys for MGA Parties* |
| Russell J. Frackman<br>Mitchell Silberberg<br>11377 West Olympic Boulevard<br>Los Angeles, CA 90064 | *Attorneys for MGA Parties* |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from yalondadekle@quinnemanuel.com on May 18, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 18, 2009, at Los Angeles, California.

_____
Yalonda J. Dekle

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On May 18, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER DEAL DECLARATION OF MICHAEL WAGNER SUBMITTED IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan<br>Jason D. Russell<br>Skadden Arps Slate Meagher & Flom<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | *Attorneys for MGA Parties* |
| Mark E. Overland<br>David C. Sheper<br>Alexander H. Cote<br>Overland Borenstein Scheper & Kim LLP<br>601 West Fifth Street, 125th Floor<br>Los Angeles, CA 90071 | *Attorneys for Carlos Gustavo Machado Gomez* |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 18, 2009, at Los Angeles, California.

/s/ Pedro Miranda
Pedro Miranda - APEX Attorney Services

07975/2916379.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On May 18, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL DECLARATION OF MICHAEL WAGNER SUBMITTED IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING** on the parties in this action as follows:

| | |
|---|---|
| Patricia Glaser<br>Glaser Weil Fink Jacobs & Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA 90067 | *Attorneys for MGA Parties* |
| Russell J. Frackman<br>Mitchell Silberberg<br>11377 West Olympic Boulevard<br>Los Angeles, CA 90064 | *Attorneys for MGA Parties* |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 18, 2009, at Los Angeles, California.

/s/ Wilbert Gutierrez
Wilbert Gutierrez - APEX Attorney Services

07975/2916364.1