QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL REPLY BRIEF OF MATTEL, INC. IN SUPPORT OF *EX PARTE* APPLICATION TO STRIKE DECLARATION OF PAUL K. MEYER FILED IN SUPPORT OF THE MGA PARTIES' *EX PARTE* APPLICATION AND MOTION TO STAY PENDING APPEAL<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: May 18, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 1 |

07975/2935260.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal the Reply Brief of Mattel, Inc. in
4  Support of *Ex Parte* Application to Strike Declaration of Paul K. Meyer Filed in
5  Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending
6  Appeal (the "Reply").

7  The Reply references materials that the MGA Parties have designated
8  "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order.
9  Accordingly, Mattel requests that the Court order that the Reply be filed under seal.

10  In the alternative, Mattel requests that the Court declare that the Reply
11  is outside the definitions of "Confidential" and "Confidential -- Attorney's Eyes
12  Only" as contained in the Stipulated Protective Order and order it to be filed as part
13  of the public record.

DATED: May 18, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Marshall M. Searcy III
Marshall M. Searcy III
Attorneys for Mattel, Inc.