```
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
```

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL DECLARATION OF MICHAEL J. WAGNER SUBMITTED IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |



07975/2931793.1

[PROPOSED] ORDER


# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Declaration of Michael J. Wagner Submitted in Support of Mattel, Inc.'s Opposition to MGA Parties' Ex Parte Application and Motion for Stay Pending Appeal,

IT IS HEREBY ORDERED:

The Declaration of Michael J. Wagner Submitted in Support of Mattel, Inc.'s Opposition to MGA Parties' Ex Parte Application and Motion for Stay Pending Appeal is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: May 18, 2009

_____
Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On May 18, 2009, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL DECLARATION OF MICHAEL J. WAGNER SUBMITTED IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan<br>Jason D. Russell<br>Skadden Arps Slate Meagher & Flom<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | *Attorneys for MGA Parties* |
| Mark E. Overland<br>David C. Sheper<br>Alexander H. Cote<br>Overland Borenstein Scheper & Kim LLP<br>601 West Fifth Street, 125th Floor<br>Los Angeles, CA 90071 | *Attorneys for Carlos Gustavo Machado Gomez* |
| Patricia Glaser<br>Glaser Weil Fink Jacobs & Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA 90067 | *Attorneys for MGA Parties* |
| Russell J. Frackman<br>Mitchell Silberberg<br>11377 West Olympic Boulevard<br>Los Angeles, CA 90064 | *Attorneys for MGA Parties* |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from yalondadekle@quinnemanuel.com on May 18, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 18, 2009, at Los Angeles, California.

Yalonda J. Dekle

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On May 18, 2009, I served true copies of the following document(s) described as **[PROPOSED[ ORDER GRANTING APPLICATION TO FILE UNDER DEAL DECLARATION OF MICHAEL WAGNER SUBMITTED IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING** on the parties in this action as follows:

Thomas J. Nolan    *Attorneys for MGA Parties*
Jason D. Russell
Skadden Arps Slate Meagher & Flom
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071

Mark E. Overland    *Attorneys for Carlos Gustavo Machado Gomez*
David C. Sheper
Alexander H. Cote
Overland Borenstein Scheper & Kim LLP
601 West Fifth Street, 125th Floor
Los Angeles, CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 18, 2009, at Los Angeles, California.

/s/ Pedro Miranda
Pedro Miranda - APEX Attorney Services

07975/2916379.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On May 18, 2009, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL DECLARATION OF MICHAEL WAGNER SUBMITTED IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION AND MOTION FOR STAY PENDING** on the parties in this action as follows:

| | |
|---|---|
| Patricia Glaser<br>Glaser Weil Fink Jacobs & Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA 90067 | *Attorneys for MGA Parties* |
| Russell J. Frackman<br>Mitchell Silberberg<br>11377 West Olympic Boulevard<br>Los Angeles, CA 90064 | *Attorneys for MGA Parties* |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 18, 2009, at Los Angeles, California.

/s/ Wilbert Gutierrez
Wilbert Gutierrez - APEX Attorney Services

07975/2916364.1