QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL REPLY BRIEF OF MATTEL, INC. IN SUPPORT OF *EX PARTE* APPLICATION TO STRIKE DECLARATION OF PAUL K. MEYER FILED IN SUPPORT OF THE MGA PARTIES' *EX PARTE* APPLICATION AND MOTION TO STAY PENDING APPEAL<br><br>Date: May 18, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 1 |

ORIGINAL LODGED
2009 MAY 18 PM 12:03

07975/2935300.1

[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Reply Brief of Mattel, Inc. in Support of *Ex Parte* Application to Strike Declaration of Paul K. Meyer Filed in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal,

IT IS HEREBY ORDERED:

The Reply Brief of Mattel, Inc. in Support of *Ex Parte* Application to Strike Declaration of Paul K. Meyer Filed in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: May 18, 2009

_____
Hon. Stephen G. Larson
United States District Judge