QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF ISAAC LARIAN IN SUPPORT OF MGA'S OPPOSITION TO ORDER TO SHOW CAUSE RE: APPOINTMENT OF PERMANENT RECEIVER AND PRELIMINARY OBJECTIONS TO REPORT OF FORENSIC AUDITOR AND TEMPORARY RECEIVER<br><br>Hearing Date: May 18, 2009<br>Time: 1:30 p.m.<br>Place: Courtroom One<br><br>**Phase 2:**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2934525.1

[PROPOSED] ORDER

# [~~PROP0S~~ED] ORDER

Based on Mattel Inc.'s concurrently filed Application to File Under Seal Mattel, Inc.'s Objections to the Declaration of Isaac Larian In Support of MGA's Opposition to Order to Show Cause Re: Appointment of Permanent Receiver and Preliminary Objections to Report of Forensic Auditor and Temporary Receiver, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Objections to the Declaration of Isaac Larian In Support of MGA's Opposition to Order to Show Cause Re: Appointment of Permanent Receiver and Preliminary Objections to Report of Forensic Auditor and Temporary Receiver are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: May 18, 2009

_____
Hon. Stephen G. Larson
United States District Judge