1 │ THOMAS J. NOLAN (Bar No. 66992)
  │ (tnolan@skadden.com)
2 │ JASON D. RUSSELL (Bar No. 169219)
  │ (jrussell@skadden.com)
3 │ SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
  │ 300 South Grand Avenue, Suite 3400
4 │ Los Angeles, CA 90071-3144
  │ Tel.: (213) 687-5000/Fax: (213) 687-5600
5 │
6 │ Attorneys for Counter-Defendants,
  │ MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7 │ and MGA ENTERTAINMENT (HK) LIMITED

<div style="margin-left:2em"></div>

8 │ <div align="center">UNITED STATES DISTRICT COURT</div>
9 │ <div align="center">CENTRAL DISTRICT OF CALIFORNIA</div>
10 │ <div align="center">EASTERN DIVISION</div>

| | |
|---|---|
| 11  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12              Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 13       v. | Honorable Stephen G. Larson |
| 14  MATTEL, INC., a Delaware corporation, | |
| 15              Defendant. | [PROPOSED] ORDER TO FILE UNDER SEAL |
| 16 | |
| 17  AND CONSOLIDATED ACTIONS. | Hearing Date: TBD Time: TBD |

(left margin vertical text) LODGED

(stamp) 2009 MAY 18 AM 11:39  CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. EASTERN DIVISION  BY: ___

# ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. 1 MGA Parties' Responses To Mattel, Inc's Objections To The Declaration Of Larry Falcon

2. MGA Parties' Responses To Mattel, Inc.'s Objections To The Declaration Of Ninette Pembleton

3. MGA Parties' Responses To Mattel, Inc.'s Objections To The Declaration Of John Woolard

4. MGA Parties' Responses To Mattel, Inc.'s Objections To The Compendium Of Third Party Declarations

5. MGA Parties' Responses To Mattel, Inc.'s Objections To Declaration Of Paul K. Meyer In Support Of The MGA Parties' *Ex Parte* Application And Motion To Stay Pending Appeal

6. MGA Parties' Responses To Mattel, Inc.'s Objections To Declaration Of Erich Joachimsthaler In Support Of The MGA Parties' *Ex Parte* Application And Motion To Stay Pending Appeal

DATED:  5-18-09

Hon. Stephen G. Larson
United States District Court Judge

[Proposed] Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)