# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge _Larson_

From: _L. Murray_, Deputy Clerk   Date Received: _5/15/09_

Case No.: _CV04-9049 SGL (RNBx)_   Case Title: _Carter Bryant v Mattel, Inc._

Document Entitled: _proof of service re:_

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1   Document not legible
- ☐ Local Rule 11-3.8   Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1   No copy provided for judge
- ☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1    Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1   No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1     Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1  Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
- ☒ Other: _Per G.O. 08-02, this case is designated for e-filing._

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____   _____
Date                      U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_5-18-09_              _[signature]_
Date                    U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---

CV-104A (12/03)   NOTICE OF DOCUMENT DISCREPANCIES

GPO U.S. GOVERNMENT PRINTING OFFICE: 2006-572-754/59178

ORIGINAL

JOSEPH A. EISENBERG P.C. (SBN 52346)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone:  (310) 203-8080
Facsimile:  (310) 203-0567
Email:  jae@jmbm.com

Attorneys for Isaac Larian

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
MAY 1 5 2009
CENTRAL DIVISION OF CALIFORNIA
BY DEPUTY

RECEIVED/RETURNED
CLERK, U.S. DISTRICT COURT
MAY 1 9 2009
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware Corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx) <br><br> Consolidated with Case No. 04-9059 and Case No. 05-2727 <br><br> **PROOF OF SERVICE RE:** <br> *JOINDER OF ISAAC LARIAN IN OPPOSITION TO ORDER TO SHOW CAUSE RE: APPOINTMENT OF PERMANENT RECEIVER AND PRELIMINARY OBJECTIONS TO REPORT OF FORENSIC AUDITOR AND TEMPORARY RECEIVER* <br><br> **Hearing:** <br><br> Date:  May 18, 2009 <br> Time:  2:00 p.m. <br> Place:  3470 Twelfth Street <br>        Riverside, CA 92501 <br> Judge:  Honorable Stephen G. Larson |

I, Billie Terry, hereby declare:

1. I am over the age of eighteen years and not a party to the within action. My business address is 1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067.