**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| MATTEL, INC., a Delaware corporation, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | |
| CARTER BRYANT, an individual, and DOES 1-10, inclusive, | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**

I, <u>Emil W. Herich</u>, <u>116783</u>, <u>eherich@kmwlaw.com</u>
    *Name*      *CA Bar ID Number*      *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Defendant and Cross-Complainant Carter Bryant

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☐ **TO UPDATE NAME OR FIRM INFORMATION:**
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☐ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☑   TO BE REMOVED FROM THE CASE: **
    ☐   I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX
    ☐   The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☑   There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐   I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: May 18, 2009                                    _____
                                                    *Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

**PROOF OF SERVICE**

*Mattel, Inc. v. Carter Bryant, and Does 1-10*
*USDC, Central District of CA Case No. CV-04-9049 SGL (RNBx)*

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Keats, McFarland & Wilson LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On May 21, 2009, I served the following document(s):

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

upon counsel and interested parties named as follows or as indicated on an attached service list, by the method below:

**SEE ATTACHED SERVICE LIST.**

[X] **(BY MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Beverly Hills, California. I am readily familiar with the practice of Keats McFarland & Wilson LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

[X] **(BY EMAIL OR ELECTRONIC TRANSMISSION)** I caused the document(s) to be sent to the persons at the e-mail addresses as listed above and/or on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2009, at Beverly Hills, California.

Angelina Caviles

- i -

# SERVICE LIST

*Mattel, Inc. v. Carter Bryant, and Does 1-10*
*USDC, Central District of CA Case No. CV-04-9049 SGL (RNBx)*

**BY MAIL:**

Amy R Sabrin
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005-2111

Cheryl Plambeck
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Kien C Tiet
Stern and Goldberg
6345 Balboa Boulevard, Suite 200
Encino, CA 91316

Peter H Bonis
Peter H. Bonis Law Offices
1990 N. California Blvd, 8th Floor
Walnut Creek, CA 94596

**BY ELECTRONIC SERVICE:**

| | |
|---|---|
| Adil M Khan | amkhan@glaserweil.com |
| Alexander H Cote | acote@obsklaw.com, feseroma@obsklaw.com |
| Alisa Morgenthaler Lever | amorgenthaler@chrisglase.com |
| Amman A Khan | akhan@glaserweil.com |
| Brett Dylan Proctor | dylanproctor@quinnemanuel.com, westonreid@quinnemanuel.com |
| Caroline H Mankey | cmankey@glaserweil.com |
| Cyrus S Naim | cyrusnaim@quinnemanuel.com |
| David C Scheper | dscheper@obsklaw.com, |

| | |
|---|---|
| | feseroma@obsklaw.com |
| David M Stern | dstern@ktbslaw.com |
| David W Foster | david.foster@skadden.com |
| David W Hansen | dhansen@skadden.com |
| Diane C Hutnyan | dianehutnyan@quinnemanuel.com, andreahoeven@quinnemanuel.com |
| Douglas Andrew Winthrop | dwinthrop@howardrice.com |
| Ilan Wisnia | iwisnia@valleassociates.com |
| James I Stang | jstang@pszjlaw.com |
| Jason D Russell | jrussell@skadden.com, allison.velkes@skadden.com |
| Jean P Nogues | jpn@msk.com |
| Jeffrey B Valle | jvalle@valleassociates.com |
| Jennifer A Lopez | jennifer.lopez@bingham.com |
| Jerome B Falk , Jr. | jfalk@howardrice.com |
| Joel N Klevens | jklevens@glaserweil.com |
| John B Quinn | johnquinn@quinnemanuel.com |
| Jon D Corey | joncorey@quinnemanuel.com |
| Kenneth A Plevan | kenneth.plevan@skadden.com, drogosa@skadden.com, sumclaug@skadden.com |
| Kevin E Deenihan | kdeenihan@ktbslaw.com |
| Leah Chava Gershon | leah@spertuslaw.com |
| Linda M Burrow | burrow@caldwell-leslie.com, popescu@caldwell-leslie.com, wilson@caldwell-leslie.com |
| Marina Vladimir Bogorad | marina.bogorad@skadden.com |
| Mark E Overland | moverland@obsklaw.com |
| Matthew C Bousquette | caldwell@caldwell-leslie.com |
| Matthew C Heyn | mheyn@ktbslaw.com |
| Michael P Kelly | mikelly@skadden.com |
| Michael T Zeller | michaelzeller@quinnemanuel.com |
| Nicole S Pelletier | npelletier@glaserweil.com |
| Patricia H Benson | phb@msk.com, mxb@msk.com |
| Patricia L Glaser | pglaser@glaserweil.com |
| Patrick A Fraioli, Jr. | pfraioli@ecjlaw.com |

| Peter N Villar | peter.villar@bingham.com, paul.mcconnell@bingham.com |
|---|---|
| Randa A F Osman | randaosman@quinnemanuel.com |
| Richard Giles Stoll, III | rstoll@glaserweil.com |
| Richard M Pachulski | jstang@pszjlaw.com |
| Robert C O'Brien | obrien.robert@arentfox.com |
| Robyn Aronson | robynaronson@dwt.com, frankromero@dwt.com |
| Russell J Frackman | rjf@msk.com, jpn@msk.com, krs@msk.com, mem@msk.com, phb@msk.com, rbs@msk.com |
| Sandra L Tholen | tholen@caldwell-leslie.com, mejia@caldwell-leslie.com, wilson@caldwell-leslie.com |
| Sanford I Weisburst | sandyweisburst@quinnemanuel.com |
| Scott E Gizer | sgizer@glaserweil.com |
| Sophia S Lau | slau@glaserweil.com |
| Stan Karas | stankaras@quinnemanuel.com, gayleduran@quinnemanuel.com, westonreid@quinnemanuel.com |
| Thomas J Nolan | tnolan@skadden.com, carl.roth@skadden.com, marcus.mumford@skadden.com |
| Thomas P Lambert | tpl@msk.com, egd@msk.com |
| Todd E Gordinier | todd.gordinier@bingham.com, craig.taggart@bingham.com, julie.valenzuela@bingham.com, karina.ward@bingham.com, lan.ly@bingham.com, michael.mortenson@bingham.com |