Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 36, REGARDING:**<br><br>**EXTENSION OF TIME FOR THE MGA PARTIES TO SERVE RESPONSES TO INTERROGATORY NOS. 56 THROUGH 63** |

As part of Amended Order No. 11, the Discovery Master ordered the MGA Parties to provide supplemental responses to, among other things, Interrogatories Nos. 56 through 63 ("Interrogatory Responses"). The MGA Parties request that the deadline for responding to the Interrogatory Responses be extended to May 29, 2009.

Mattel agrees that an extension is appropriate but requests that the Discovery Master make it clear that no further extensions will be granted absent extraordinary circumstances.

The Discovery Master, having considered the MGA Parties' request for an extension of time, and good cause appearing therefor, **ORDERS** that, pursuant to the request, the MGA Parties shall have until Friday, May 29, 2009, to serve responses to Interrogatory Nos. 56 through 63. No additional extension of time will be granted by the Discovery Master to the MGA Parties regarding these interrogatories unless the District Court grants the MGA Parties' pending request for a stay of Phase 2 proceedings or there are other extraordinary circumstances justifying an extension.

Dated: May 21, 2009

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

ORDER NO. 36
[Case No. CV 04-09049 SGL (RNBx)]