# PROOF OF SERVICE BY MAIL

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On May 21, 2009, I served the following document(s) described as **NOTICE OF CHANGE OF ATTORNEY INFORMATION** on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the law offices of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, located at Three Embarcadero Center, Seventh Floor, San Francisco, California, to be served by mail addressed as follows:

Amy R. Sabrin  
Skadden Arps Slate Meagher & Flom LLP  
1440 New York Avenue NW  
Washington, DC  20005-2111  

Cheryl Plambeck  
Davis & Gilbert LLP  
1740 Broadway  
New York, NY  10019  

Kien C. Tiet  
Stern and Goldberg  
6345 Balboa Boulevard, Suite 200  
Encino, CA  91316  

Peter H. Bonis  
Peter H. Bonis Law Offices  
1990 N. California Blvd., 8th /Floor  
Walnut Creek, CA  94596  

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on May 21, 2009.


/ Phyllis M. Montoya

