Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 37, REGARDING:**<br><br>**EXTENSION OF TIME FOR OMNI 808 INVESTORS, LLC, OMNINET CAPITAL, LLC AND VISION CAPITAL, LLC TO PRODUCE DOCUMENTS** |
| CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC. | |

As part of Order No. 27, the Discovery Master ordered Omni 808 Investors, LLC, OmniNet Capital, LLC and Vision Capital, LLC (collectively, the "Financing Entities") to produce certain categories of documents by May 22, 2009. The Financing Entities request that this deadline be extended by two weeks.

Mattel agrees that an extension is appropriate but requests that the deadline only be extended by one week.

The Discovery Master, having considered the Financing Entities' request for an extension of time, and good cause appearing therefor, **ORDERS** that, pursuant to the request, the Financing Entities shall have until Friday, May 29, 2009, to serve the documents ordered to be produced in Order No. 27. No additional extension of time will be granted by the Discovery Master to the Financing Entities regarding the production unless the District Court grants the MGA Parties' pending request for a stay of Phase 2 proceedings or there are other extraordinary circumstances justifying an extension.

Dated: May 21, 2009

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master