1   Robert C. O'Brien (SBN 154372)
    ARENT FOX LLP
2   555 West Fifth Street, 48th Floor
    Los Angeles, CA  90013-1065
3   Telephone:   213.629.7400
    Facsimile:   213.629.7401
4   obrien.robert@arentfox.com

5   Discovery Master

6

7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

11

12   CARTER BRYANT, an individual,          Case No.  CV 04-09049 SGL (RNBx)

13              Plaintiff,
                                            Consolidated with
14          v.                              Case No. CV 04-09059
                                            Case No. CV 05-2727
15   MATTEL, INC., a Delaware
     corporation,                           **PHASE 2 DISCOVERY MATTER**
16
                Defendant.                  **ORDER NO. 38, REGARDING:**
17
                                               **(1) REVISIONS TO THE HEARING
18                                             SCHEDULE; and**

19                                             **(2) DEADLINE FOR RESPONDING
                                               TO DISCOVERY COMPELLED BY
20                                             THE DISCOVERY MASTER**

21   CONSOLIDATED WITH
     MATTEL, INC. v. BRYANT and
22   MGA ENTERTAINMENT, INC. v.
     MATTEL, INC.
23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

                                                            ORDER NO. 38
                                                [Case No. CV 04-09049 SGL (RNBx)]

## I.     HEARING SCHEDULE

In light of the Court's May 21, 2009 Order partially staying Phase 2 proceedings until June 12, 2009, the Discovery Master finds that it is necessary to revise the current hearing schedule.  Specifically, the following discovery matters are set for hearing at the offices of Arent Fox LLP on June 17, 2009 at 10:00 a.m.:

1.     Motion to Compel Production of Documents and Things From MGA's Second and Fifth Sets of Requests for Production and Responses to MGA's Second Set of Interrogatories to Mattel, Inc. filed by MGA Entertainment, Inc. on or about April 20, 2009.[1]

2.     Motion for Order Compelling Production of Communications Made in Furtherance of Crimes and Frauds as to which MGA has Waived the Attorney-Client Privilege filed by Mattel, Inc. on or about March 16, 2009.[2]

## II.     DEADLINE FOR RESPONDING TO DISCOVERY THAT HAS BEEN COMPELLED BY THE DISCOVERY MASTER

The deadline for responding to any discovery that has previously been compelled by the Discovery Master is to be calculated in accordance with the Court's May 21, 2009 Order.  Unless extended by the Court, no further extensions of time will be granted by the Discovery Master for these discovery responses absent a showing of extraordinary circumstances.

Dated:     May 21, 2009

By:           /s/ Robert C. O'Brien
                ROBERT C. O'BRIEN
                Discovery Master

---

[1] The June 2, 2009 hearing previously set by the Discovery Master for this motion is taken off calendar.

[2] The Motion to De-Designate Documents Produced by Mattel, Inc. as Attorneys' Eyes Only in Response to Document Request Nos. 526 and 528 and Request for Sanctions filed by MGA Entertainment, Inc. on or about May 6, 2009 ("Motion") will be set for hearing at a later date, since it has not been fully briefed.  Moreover, because Mattel, Inc.'s current deadline for filing the opposition to the Motion (i.e., June 3, 2009) falls within the stay recently ordered by the Court, the Discovery Master hereby continues the deadline to file the opposition to June 17, 2009.  MGA Entertainment, Inc.'s deadline for filing its reply brief in support of its Motion is continued to June 22, 2009.