| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | John B. Quinn (Bar No. 090378)<br>johnquinn@quinnemanuel.com |
| 3 | Michael T. Zeller (Bar No. 196417)<br>(michaelzeller@quinnemanuel.com) |
| 4 | Jon D. Corey (Bar No. 185066)<br>(joncorey@quinnemanuel.com) |
| 5 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 |
| 6 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 21, 2009, I served true copies of the following documents described as:

(1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 27 REGARDING MOTION OF MATTEL, INC. TO COMPEL DOCUMENTS FROM BINGHAM MCCUTCHEN; MEMORANDUM OF POINTS AND AUTHORITIES;

(2) NOTICE OF APPLICATION TO FILE UNDER SEAL; NOTICE OF LODGING

(3) DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S BRIEF IN SUPPORT OF MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 27 REGARDING MOTION OF MATTEL, INC. TO COMPEL DOCUMENTS FROM BINGHAM MCCUTCHEN; AND

(3) [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Glaser, Weil, Fink, Jacobs & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>  Amman A. Khan, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>  pglaser@glaserweil.com<br>  akahn@glaserweil.com | **Attorneys for *the MGA Parties*** |

| | |
|---|---|
| Mitchell, Silberberg, & Knupp, LLP<br>Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>rjf@msk.com | **Attorneys for *the MGA Parties*** |
| Overland Borenstein Scheper & Kim LLP<br>Mark E. Overland, Esq.<br>Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>moverland@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Bingham McCutchen LLP<br>Todd E. Gordinier, Esq.<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626-1924 | **Attorneys for OMNI 808 INVESTORS, LLC** |
| Valle & Associates<br>Ilan Wisnia, Esq.<br>11911 San Vicente Blvd., Suite 324<br>Los Angeles, CA 90049 | **Attorney for IGWT Group, LLC and IGWT 826 Investments, LLC** |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 21, 2009, at Los Angeles, California.

*/s/ David Quintana*
David Quintana