QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>         Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>         Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 27 REGARDING MOTION OF MATTEL, INC. TO COMPEL DOCUMENTS FROM BINGHAM MCCUTCHEN; EXHIBITS 1 AND 14 TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF<br><br>**Phase 2**<br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23. 2010 |

00505.07975/2940053.1

[PROPOSED] ORDER

|   |   |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |
| 2 | |
| 3 | Based on the concurrently filed Application to File Under Seal Mattel, |
| 4 | Inc.'s Motion Objecting to Portions of Discovery Master Order No. 27 Regarding |
| 5 | Motion of Mattel, Inc. to Compel Documents from Bingham McCutchen and |
| 6 | Exhibits 1 and 14 to the Declaration of B. Dylan Proctor in support thereof, |
| 7 | IT IS HEREBY ORDERED: |
| 8 | Mattel, Inc.'s Motion Objecting to Portions of Discovery Master Order |
| 9 | No. 27 Regarding Motion of Mattel, Inc. to Compel Documents from Bingham |
| 10 | McCutchen and Exhibits 1 and 14 to the Declaration of B. Dylan Proctor in support |
| 11 | thereof, are ORDERED filed under seal pursuant to Local Rule 79-5.1. |

DATED: May 21, 2009

/s/ S.G. Larson
Hon. Stephen G. Larson
United States District Judge