**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**



**THIS VOLUMINOUS DOCUMENT IS**

**AVAILABLE IN THE RECORDS**

**SECTION OF THE CLERK'S OFFICE**

**FOR PUBLIC VIEWING**

G–114 (02/08)          **VOLUMINOUS DOCUMENT FOR PUBLIC VIEWING**