# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



# THIS VOLUMINOUS DOCUMENT IS

# AVAILABLE IN THE RECORDS

# SECTION OF THE CLERK'S OFFICE

# FOR PUBLIC VIEWING

G–114 (02/08)   **VOLUMINOUS DOCUMENT FOR PUBLIC VIEWING**