1    Patricia L. Glaser, State Bar No. 055668
Joel N. Klevens, State Bar No. 045446

2    GLASER, WEIL, FINK, JACOBS,
    HOWARD & SHAPIRO, LLP

3    10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067

4    Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

5

6    Attorneys for MGA Entertainment, Inc., Isaac
Larian, MGA Entertainment (HK) Limited, and
MGAE de Mexico S.R.L. de C.V.

7

8    John B. Quinn, State Bar No. 090378
Michael T. Zeller, State Bar No. 196417

9    QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

10    865 South Figueroa Street - 10th Floor
Los Angeles, California 90017-2543

11    Telephone:  (213) 443-3000
Facsimile:    (213) 443-3100

12    Attorneys for Mattel, Inc.

13

14            **UNITED STATES DISTRICT COURT**

15            **CENTRAL DISTRICT OF CALIFORNIA**

16                **EASTERN DIVISION**

17

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | **STIPULATION TO EXTEND TIME FOR MGA PARTIES TO RESPOND TO MATTEL, INC.'S THIRD AMENDED ANSWER AND COUNTERCLAIMS** |
| MATTEL, INC., a Delaware Corporation, | |
| Defendant. | |
| AND CONSOLIDATED CASES | Third Amended Answer and Counterclaims served:  May 22, 2009 Current response date:  June 8, 2009 Stipulated response date:  June 15, 2009 |

677729

1    WHEREAS, Mattel, Inc. ("Mattel") filed and served its Third

2    Amended Answer and Counterclaims ("TAAC") on May 22, 2009;

3    WHEREAS, the MGA Parties' deadline to respond to the TAAC

4    pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure is June 8, 2009;

5    WHEREAS, Rule 15(a)(3) grants the Court authority to extend this

6    deadline;

7    WHEREAS, there have been no prior extensions of the MGA Parties'

8    deadline to respond to the TAAC;

9    NOW, THEREFORE, the MGA Parties and Mattel, Inc., by and

10   through their respective counsel of record, and subject to the Court's approval,

11   hereby stipulate and agree that the MGA Parties shall have until Monday, June 15,

12   2009, to file and serve their response(s) to the TAAC.

13   IT IS SO STIPULATED.

14   Dated:        May 26, 2009        GLASER, WEIL, FINK, JACOBS,
                                        HOWARD & SHAPIRO, LLP
15

16

17   By: /s/ Caroline
                                        Caroline H. Mankey
18                                      Attorneys for MGA Entertainment, Inc.,
                                        MGA Entertainment (HK) Ltd., MGAE
                                        de México, S.R.L. de C.V. and Isaac
19                                      Larian

20   Dated:        May 26, 2009        QUINN EMANUEL URQUHART
                                        OLIVER & HEDGES, LLP
21

22

23   By: /s/ B. Dylan Proctor
                                        B. Dylan Proctor
                                        Attorneys for Mattel, Inc.
24

25

26

27

28

677729                               - 2 -                STIPULATION RE EXTENSION OF
                                                                    DEADLINE