1  Patricia L. Glaser, State Bar No. 055668
   Joel N. Klevens, State Bar No. 045446
2  GLASER, WEIL, FINK, JACOBS,
     HOWARD & SHAPIRO, LLP
3  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
4  Telephone:  (310) 553-3000
   Facsimile:  (310) 556-2920
5
   Attorneys for MGA Entertainment, Inc., Isaac
6  Larian, MGA Entertainment (HK) Limited, and
   MGAE de Mexico S.R.L. de C.V.
7
   John B. Quinn, State Bar No. 090378
8  Michael T. Zeller, State Bar No. 196417
   QUINN EMANUEL URQUHART OLIVER &
9  HEDGES, LLP
   865 South Figueroa Street - 10th Floor
10 Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
11 Facsimile:  (213) 443-3100

12 Attorneys for Mattel, Inc.

13
# UNITED STATES DISTRICT COURT
14
## CENTRAL DISTRICT OF CALIFORNIA
15
### EASTERN DIVISION
16

17
| CARTER BRYANT, an individual, | Case No. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | |
| MATTEL, INC., a Delaware Corporation, | **[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR MGA PARTIES TO RESPOND TO MATTEL, INC.'S THIRD AMENDED ANSWER AND COUNTERCLAIMS** |
| Defendant. | |
| AND CONSOLIDATED CASES | |

677735

1 **[PROPOSED] ORDER**

2     Having considered the stipulation submitted by the parties, IT IS
3 HEREBY ORDERED that:
4     The MGA Parties shall have until Monday, June 15, 2009, to file and
5 serve their response(s) to Mattel, Inc.'s Third Amended Answer and Counterclaims.

6
7
8     IT IS SO ORDERED.
9
10 Dated: _____      _____
11                                                              Hon. Stephen G. Larson
12                                                              United States District Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28