ORIGINAL

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S THIRD AMENDED ANSWER IN CASE NO. 05-2727 AND COUNTERCLAIMS<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2:**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

FILED 2009 MAY 22 PM 4:35
Lodged (proposed order)

07975/2942032.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1        Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal portions of Mattel, Inc.'s Third
4  Amended Answer in Case No. 05-2727 and Counterclaims (the "Counterclaims").
5        The Counterclaims materials that third party Wachovia Corporation has
6  designated "Confidential" pursuant to the Protective Order. Wachovia Corporation
7  has designated Tabs 1, 4, 5, and 7 to Exhibit E as "Confidential." Accordingly,
8  Mattel requests that the Court order that these exhibits be filed under seal.
9        In the alternative, Mattel requests that the Court declare that the
10 Counterclaims are outside the definition of "Confidential" as contained in the
11 Stipulated Protective Order and order them to be filed as part of the public record.
12
13 DATED: May 22, 2009      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
14
15
16       By /s/ Cyrus S. Naim
         Cyrus S. Naim
         Attorneys for Mattel, Inc.
17
18
19
20
21
22
23
24
25
26
27
28