Byron Z. Moldo (SBN 109652)
bmoldo@ecjlaw.com
David Seror (SBN 67488)
dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
pdavidson@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Former Temporary Receiver

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | [Judge Stephen G. Larson] |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | **ORDER EXTENDING TIME FOR FORMER TEMPORARY RECEIVER TO FILE FINAL ACCOUNT AND REPORT** |

IDOCS:13569.1:890988.1

1

ORDER EXTENDING TIME FOR TEMPORARY RECEIVER TO FILE FINAL ACCOUNT AND REPORT

On May 21, 2009, this Court issued its Order re Expiration of Temporary Receivership and Order Appointing MGA Monitor.  Pursuant to Paragraph V. A. 4., this Court ordered the former Temporary Receiver, Patrick A. Fraioli, Jr., to prepare and submit to the Court a final report, including a final accounting and application for fees and costs, on or before May 28, 2009.  The former Temporary Receiver has requested additional time to file his final report due to the intervening Memorial Day holiday and pressing matters, including the commencement of the monitorship ordered by the Court.  Based thereon, the Court finds good cause to and does extend the time within which the former Temporary Receiver is to submit his final report to the Court.  The former Temporary Receiver's final report shall be submitted to the Court on or before June 8, 2009.

DATED:  May 27, 2009

*/s/ S.G. Larson*

Honorable Stephen G. Larson
United States District Judge

IDOCS:13569.1:890988.1

2

ORDER EXTENDING TIME FOR TEMPORARY RECEIVER TO FILE FINAL ACCOUNT AND REPORT