UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

- - -

HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

- - -

```
MATTEL, INC.,                        )
                                     )
               Plaintiff,            )
                                     )
       vs.                           ) No. CV 04-09049
                                     )
MGA ENTERTAINMENT, inc., et. Al.,    )
                                     )
               Defendants.           ) Trial Day 38,
_____) Morning Session
AND CONSOLIDATED ACTIONS,            ) Pages 8275-8279
                                     )
```

REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

Riverside, California

Thursday, August 21, 2008

9:21 A.M.

THERESA A. LANZA, RPR, CSR
Federal Official Court Reporter
3470 12th Street, Rm. 134
Riverside, California  92501
951-274-0844
WWW.THERESALANZA.COM

```
 1  APPEARANCES:

 2
    On behalf of MATTEL, INC.:
 3
                         QUINN EMANUEL
 4                       By:  JOHN QUINN
                              MICHAEL T. ZELLER
 5                       865 S. FIGUEROA STREET,
                         10TH FLOOR
 6                       LOS ANGELES, CALIFORNIA  90017
                         213-624-7707
 7

 8

 9
    ON BEHALF OF MGA ENTERTAINMENT:
10
                         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
11                       BY:  LAUREN AGUIAR
                              RAOUL KENNEDY
12                       300 SOUTH GRAND AVENUE
                         LOS ANGELES, CALIFORNIA  90071-3144
13                       213-687-5000

14

15

16

17

18

19

20

21

22

23

24

25
```

Thursday, August 21, 2008                    Trial Day 38, Morning Session

```
 1                          I N D E X

 2                                                      Page

 3   Stipulation to exhibits........................   8278
```

Thursday, August 21, 2008                Trial Day 38, Morning Session

```
 1      RIVERSIDE, CALIFORNIA; THURSDAY, AUGUST 21, 2008; 9:21 A.M.
 2                              -oOo-
 3          THE CLERK:  Calling item two, Mattel, plaintiff,
 4   versus defendant MGA Entertainment.
 5          May we have counsel please come forward and state
 6   your appearances for the record.
 7          MR. ZELLER:  Mike Zeller and John Quinn for Mattel.
 8          MR. QUINN:  Good morning, Your Honor.
 9          MS. AGUIAR:  Lauren Aguiar and Raoul Kennedy for MGA.
10          THE COURT:  Counsel, I understand that you have had a      09:21
11   chance to review all of the exhibits, and I have before me the
12   admitted exhibit list from phase B of the trial, the admitted
13   exhibit list that was previously stipulated to for phase A of
14   the trial.  I just want to place on the record that counsel is
15   stipulating to the admission of all of these exhibits; that      09:22
16   these exhibits have been reviewed by counsel; that they are up
17   in courtroom number four or the jury room; and that there are
18   no disagreements with respect to the contents of the exhibits,
19   particularly the written exhibits.
20          MR. ZELLER:  From Mattel's perspective, that's all        09:22
21   correct, Your Honor.
22          MS. AGUIAR:  Same, Your Honor.  We agree.
23          THE COURT:  Very good.
24          I appreciate you working out all those various
25   issues, particularly concerning the Hong Kong litigation.        09:22
```

1    And just remain, if you would, on ten minutes notice.

2              Thank you, counsel.

3         **MR. QUINN:**  Thank you, Your Honor.

4         **MS. AGUIAR:**  Thank you, Your Honor.

5         (Morning session concluded.)                               09:22

12                              CERTIFICATE

14   I hereby certify that pursuant to section 753, title 28, United
     States code, the foregoing is a true and correct transcript of
15   the stenographically recorded proceedings held in the above-
     entitled matter and that the transcript page format is in
16   conformance with the regulations of the judicial conference of
     the United States.

18   _____          _____
     THERESA A. LANZA, CSR, RPR                      Date
19   Federal Official Court Reporter

Thursday, August 21, 2008                    Trial Day 38, Morning Session