

USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| | |
|---|---|
| **TITLE IN FULL:**<br><br>Mattel, Inc.,<br>Cross-Claimant,<br>v.<br>MGA Entertainment, Inc., et al.,<br>Cross-Defendants | DISTRICT: C.D. Cal.   JUDGE: Stephen G. Larson<br><br>DISTRICT COURT NUMBER: 04-9049-SGL(RNBx)<br><br>DATE NOTICE OF APPEAL FILED: May 27, 2009<br>IS THIS A CROSS APPEAL? ☒ YES<br><br>IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY):<br>09-55673, 08-73438, 08-57015, 05-80023, 05-55696; 446 F.3d 1011 |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**

After a jury trial in which the jury found that Mattel owns certain "Bratz" works and that the MGA Parties were liable to Mattel for copyright infringement, interference with contract, conversion, aiding and abetting breach of fiduciary duty, and aiding and abetting breach of duty of loyalty, the district court entered a series of orders that, inter alia, granted Mattel injunctive relief against the MGA Parties and imposed a constructive trust.  The MGA Parties have appealed these orders.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**

This cross-appeal is conditional in nature.  In the event that the MGA Parties were to succeed, in their appeal, in obtaining a vacatur, reversal, and/or remand of any of the orders they purport to appeal from, then Mattel contends that the Court of Appeals should also review whether the district court erred in failing to require production of certain documents over which the MGA Parties asserted privilege, and in failing to consider these documents in its rulings.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**

There is no final judgment in the district court.  In particular, an additional "Phase 2," raising additional claims, remains to be tried.

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

- ☐ Possibility of Settlement
- ☐ Likelihood that intervening precedent will control outcome of appeal
- ☒ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify)

The MGA Parties' motions to expedite and for a stay pending appeal are currently pending.

- ☒ Any other information relevant to the inclusion of this case in the Mediation Program

The case has already been rejected for inclusion in the Mediation Program.

- ☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

### JURISDICTION

**FEDERAL**
- [x] FEDERAL QUESTION
- [ ] DIVERSITY
- [ ] OTHER (SPECIFY):

**APPELLATE**
- [ ] FINAL DECISION OF DISTRICT COURT
- [x] INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT
- [ ] INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):
- [ ] OTHER (SPECIFY):

### DISTRICT COURT DISPOSITION

**TYPE OF JUDGMENT/ORDER APPEALED**
- [ ] DEFAULT JUDGMENT
- [ ] DISMISSAL/JURISDICTION
- [ ] DISMISSAL/MERITS
- [ ] SUMMARY JUDGMENT
- [ ] JUDGMENT/COURT DECISION
- [ ] JUDGMENT/JURY VERDICT
- [ ] DECLARATORY JUDGMENT
- [ ] JUDGMENT AS A MATTER OF LAW
- [x] OTHER (SPECIFY): Orders granting injunctive relief.

**RELIEF**
- [ ] DAMAGES:
  - SOUGHT $
  - AWARDED $
- [x] INJUNCTIONS:
  - [ ] PRELIMINARY
  - [x] PERMANENT
  - [x] GRANTED
  - [ ] DENIED
- [ ] ATTORNEY FEES:
  - SOUGHT $
  - AWARDED $
- [ ] PENDING
- [ ] COSTS: $

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

/s/ B. Dylan Proctor
**Signature**

May 27, 2009
**Date**

## COUNSEL WHO COMPLETED THIS FORM

| | |
|---|---|
| NAME | B. Dylan Proctor |
| FIRM | Quinn Emanuel Urquhart Oliver & Hedges, LLP |
| ADDRESS | 865 South Figueroa Street, 10th Floor |
| CITY | Los Angeles |
| STATE | CA |
| ZIP CODE | 90017-2543 |
| E-MAIL | dylanproctor@quinnemanuel.com |
| TELEPHONE | (213) 443-3000 |
| FAX | (213) 443-3100 |

**\*\*THIS DOCUMENT SHOULD BE FILED IN DISTRICT COURT WITH THE NOTICE OF APPEAL.\*\***
**\*\*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS.\*\***