# EXHIBIT K

# REPRESENTATION STATEMENT (NINTH CIR. R. 3-2)

*Mattel, Inc. v. MGA Entertainment, Inc., et al.,*
USDC Case No. CV 04-9049-SGL(RNBx)

*Attorneys for Cross-Defendants/Appellants/Cross-Appellees MGA Entertainment, Inc.; MGA Entertainment HK, Ltd.; and Isaac Larian:*

Mark E. Haddad
Robert A. Holland
Alycia A. Degen
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Tel.: 213-896-6604
Fax: 213-896-6600

Thomas Jerome Nolan
Jason D. Russell
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: 213-687-5250
Fax: 213-687-5600

*Attorneys for Cross-Claimant/Appellee/Cross-Appellant Mattel, Inc.:*

John B. Quinn
Michael T. Zeller
B. Dylan Proctor
QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel.: 213-443-3000
Fax: 213-443-3100

Ronald L. Olson
Daniel Paul Collins
Aimee A. Feinberg
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Fl.
Los Angeles, CA 90071-1560
Tel.: 213-683-9100
Fax: 213-687-3702

*Attorneys for Counter Defendant MGAE De Mexico SRL De Cv:*

Patricia L. Glaser
GLASER WEIL FINK JACOBS
AND SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Tel: (310) 553-3000
Fax: (310) 556-2920

Russell J Frackman
MITCHELL SILBERBERG &
KNUPP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Tel: (310) 312-3132
Fax: (310) 312-3788

*Attorneys for Plaintiff Carter Bryant:*

Peter H. Bonis
PETER H. BONIS LAW OFFICES
1990 N. California Blvd., 8th Floor
Walnut Creek, CA 94596
Tel: (925) 287-6428

*Attorneys for Counter Defendant Carlos Gustavo Machado Gomez:*

Alexander H. Cote
Mark E. Overland
David C. Scheper
OVERLAND BORENSTEIN
SCHEPER & KIM
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Tel: (213) 613-4655
Fax: (213) 613-4656

Leah Chava Gershon
JAMES W. SPERTUS LAW OFFICES
12100 Wilshire Blvd., Ste. 620
Los Angeles, CA 90025
Tel: (310) 826-4700

EXHIBIT K   PAGE 109