QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>         vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MEMORANDUM REGARDING ESCROW OF BRATZ PROFITS**<br><br>Hearing Date:    TBD<br>Time:               TBD<br>Place:              Courtroom 1 |

**[PUBLIC REDACTED]**

---

KIDMAN DECLARATION ISO MATTEL'S MEMORANDUM RE ESCROW OF BRATZ PROFITS

**Declaration of Scott B. Kidman**

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Reuters news article, titled "MGA Unwilling to Share Bratz Revenue With Mattel" and dated September 11, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Court's Minute Order re Post-Trial Motions and Permanent Injunction, dated December 3, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Final Verdict Form as Given (Phase 1a), dated July 17, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Final Verdict Form as Given (Phase 1b), dated August 26, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of the parties' Stipulation Regarding 2009 Bratz Products, dated January 7, 2009.

7. Attached hereto as Exhibit 6 is a true and correct copy of the *In Camera* Summary Report of Forensic Auditor Ronald L. Durkin (without exhibits), dated April 23, 2009.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Preliminary Report of the Temporary Receiver, dated May 12, 2009.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Court's May 21, 2009 Minute Order.

10. Attached hereto as Exhibit 9 is a true and correct copy of MGA's Opposition to Mattel's Motion for a Permanent Injunction, dated October 13, 2008.

| | |
|---|---|
| 1 | 11.    Attached hereto as Exhibit 10 is a true and correct copy of the |
| 2 | Court's Order Granting Declaratory Judgment, dated December 3, 2008. |
| 3 | 12.    Attached hereto as Exhibit 11 is a true and correct copy of the |
| 4 | Court's Order Granting Mattel's Motion for Constructive Trust and For Finding |
| 5 | Liability and Injunctive Relief Pursuant to Cal. Bus. & Prof. Code § 17200, dated |
| 6 | December 3, 2008. |
| 7 | 13.    Attached hereto as Exhibit 12 is a true and correct copy of |
| 8 | relevant excerpts from the May 18, 2009 Hearing Transcript. |
| 9 | 14.    Attached hereto as Exhibit 13 is a true and correct copy of the |
| 10 | Declaration of Michael J. Wagner (without exhibits), filed concurrently with |
| 11 | Mattel's Opposition to MGA Parties' *Ex Parte* Application for Stay Pending Appeal |
| 12 | on May 13, 2009. |
| 13 | 15.    Attached hereto as Exhibit 14 is a true and correct copy of the |
| 14 | Court's Phase B Jury Instruction No. 43. |
| 15 | 16.    Attached hereto as Exhibit 15 is a true and correct copy of |
| 16 | relevant excerpts from the trial testimony of Michael J. Wagner. |
| 17 | |
| 18 | I declare under penalty of perjury under the laws of the United States of |
| 19 | America that the foregoing is true and correct. |
| 20 | Executed this 27th day of May 2009, at Los Angeles, California. |
| 21 | |
| 22 | /s/ Scott B. Kidman |
| | Scott B. Kidman |