**<u>The Declaration of Michael J. Wagner And Supporting Exhibits Have Been Filed Under Seal Pursuant to the Protective Order</u>**