**SCHEPER KIM & OVERLAND LLP**
MARK E. OVERLAND (State Bar No. 38375)
moverland@scheperkim.com
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for**
**Carlos Gustavo Machado Gomez**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>(Consolidated with Case Nos. 04-9059 & 05-2727)<br><br>**STIPULATION TO EXTEND TIME FOR CARLOS GUSTAVO MACHADO GOMEZ TO RESPOND TO MATTEL, INC.'S THIRD AMENDED ANSWER AND COUNTERCLAIMS**<br><br>Third Amended Answer and Counterclaims served:   May 22, 2009<br>Current Response date:   June 8, 2009<br>Stipulated Response date: June 15, 2009 |

1. WHEREAS, Mattel, Inc. ("Mattel") filed and served its Third Amended Answer and Counterclaims ("TAAC") on May 22, 2009;

2. WHEREAS, Carlos Gustavo Machado Gomez's deadline to respond to the TAAC pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure is June 8, 2009;

3. WHEREAS, Rule 15(a)(3) grants the Court authority to extend this deadline;

4. WHEREAS, there have been no prior extensions of Carlos Gustavo Machado Gomez's deadline to respond to the TAAC;

NOW, THEREFORE, Carlos Gustavo Machado Gomez and Mattel, Inc., by and through their respective counsel of record, and subject to the Court's approval, hereby stipulate and agree that Carlos Gustavo Machado Gomez has until Monday, June 15, 2009, to file and serve his response(s) to the TAAC.

IT IS SO STIPULATED.

DATED: May 28, 2009      SCHEPER KIM & OVERLAND LLP
                         MARK E. OVERLAND
                         DAVID C. SCHEPER
                         ALEXANDER H. COTE


                         By:  _____/s/_____
                              Alexander H. Cote
                              Attorneys for
                              Carlos Gustavo Machado Gomez

DATED: May 28, 2009      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP




                         By:  _____/s/_____
                              B. Dylan Proctor
                              Attorneys for Mattel, Inc.

1