**SCHEPER KIM & OVERLAND LLP**
MARK E. OVERLAND (State Bar No. 38375)
moverland@scheperkim.com
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**Attorneys for
Carlos Gustavo Machado Gomez**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>(Consolidated with Case Nos. 04-9059 & 05-2727)<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR CARLOS GUSTAVO MACHADO GOMEZ TO RESPOND TO MATTEL, INC.'S THIRD AMENDED ANSWER AND COUNTERCLAIMS** |

# [PROPOSED] ORDER

Having considered the stipulation submitted by the parties, IT IS HEREBY ORDERED that:

Carlos Gustavo Machado Gomez has until Monday, June 15, 2009, to file and serve his response(s) to Mattel, Inc.'s Third Amended Answer and Counterclaims.

IT IS SO ORDERED.

DATED: May ___, 2009

_____
HON. STEPHEN G. LARSON

Submitted by:

SCHEPER KIM & OVERLAND LLP
MARK E. OVERLAND
DAVID C. SCHEPER
ALEXANDER H. COTE

By _____/s/_____
　　Alexander H. Cote
　　Attorneys for
　　Carlos Gustavo Machado Gomez

1