```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100
 7  Attorneys for Mattel, Inc.
```

ORIGINAL

Lodyed P/O

FILED 2009 MAY 28 PM 12:50 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | <u>Hon. Stephen G. Larson</u> |
| Defendant. | APPLICATION TO FILE UNDER SEAL: |
| AND CONSOLIDATED ACTIONS | (1) MATTEL'S MEMORANDUM RE ESCROW OF BRATZ PROFITS;<br><br>(2) THE SUPPORTING DECLARATION OF MICHAEL J. WAGNER; AND<br><br>(3) CERTAIN EXHIBITS TO THE SUPPORTING DECLARATION SCOTT B. KIDMAN<br><br>[Proposed Order filed concurrently herewith] |

07975/2946560.1

APPLICATION TO FILE UNDER SEAL

**Application to File Under Seal**

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (1) Mattel's Memorandum Regarding the Escrow of Bratz Profits; (2) the Declaration of Michael J. Wagner; and (3) exhibits 6, 7, 9 and 13 to the Declaration of Scott B. Kidman.

Mattel's Memorandum and the supporting declarations discuss, quote or attach as exhibits certain documents that the parties have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. As these materials have been designated by the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order that the these materials be filed under seal.

In the alternative, Mattel requests that the Court declare these materials be outside the definition of "Confidential" and/or "Confidential-Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be lodged as part of the public record.

DATED: May 27, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Scott B. Kidman
    Scott B. Kidman
    Attorneys for Mattel, Inc.