QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE APPLICATION TO FILE UNDER SEAL:<br><br>(1) MATTEL'S MEMORANDUM RE ESCROW OF BRATZ PROFITS;<br><br>(2) THE SUPPORTING DECLARATION OF MICHAEL J. WAGNER; AND<br><br>(3) CERTAIN EXHIBITS TO THE SUPPORTING DECLARATION SCOTT B. KIDMAN |

07975/2946732.1

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal (1) Mattel's Memorandum Regarding the Escrow of Bratz Profits; (2) the concurrently filed Declaration of Michael J. Wagner; and (3) exhibits 6, 7, 9 and 13 to the concurrently filed Declaration of Scott B. Kidman, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel's Memorandum Regarding the Escrow of Bratz Profits, the concurrently filed Declaration of Michael J. Wagner and exhibits 6, 7, 9 and 13 to the concurrently filed Declaration of Scott B. Kidman are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: May 28, 2009

_____
Hon. Stephen G. Larson
United States District Judge