QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

FILED
2009 MAY 28 PM 12:51
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

ORIGINAL

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026..

On May 27, 2009, I served true copies of the following documents described as:

**SEE ATTACHED DOCUMENT LIST** on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>　Thomas J. Nolan, Esq.<br>　Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>　tnolan@skadden.com<br>　jrussell@skadden.com | **Attorneys for** *the MGA Parties* |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>　Patricia L. Glaser, Esq.<br>　Amman A. Khan, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>　pglaser@glaserweil.com | **Attorneys for** *the MGA Parties* |
| Mitchell, Silberberg, & Knupp, LLP<br>　Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>　rjf@msk.com | **Attorneys for** *the MGA Parties* |

[X]  **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 27, 2009, at *LOS ANGELES* , *CALIFORNIA* .

_____
Dave Quintana

07975/2946256.1

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

# DOCUMENT LIST

1. MATTEL, INC.'S MEMORANDUM REGARDING ESCROW OF BRATZ PROFITS

2. DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MEMORANDUM REGARDING ESCROW OF BRATZ PROFITS

3. DECLARATION OF MICHAEL J. WAGNER SUBMITTED IN SUPPORT OF MATTEL, INC.'S MEMORANDUM REGARDING ESCROW OF BRATZ PROFITS

4. APPLICATION TO FILE UNDER SEAL: (1) MATTEL'S MEMORANDUM RE ESCROW OF BRATZ PROFITS; (2) THE SUPPORTING DECLARATION OF MICHAEL J. WAGNER; AND (3) CERTAIN EXHIBITS TO THE SUPPORTING DECLARATION SCOTT B. KIDMAN [Proposed Order filed concurrently herewith]

5. [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL: (1) MATTEL'S MEMORANDUM RE ESCROW OF BRATZ PROFITS; (2) THE SUPPORTING DECLARATION OF MICHAEL J. WAGNER; AND (3) CERTAIN EXHIBITS TO THE SUPPORTING DECLARATION SCOTT B. KIDMAN