**SCHEPER KIM & OVERLAND LLP**
MARK E. OVERLAND (State Bar No. 38375)
moverland@scheperkim.com
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for**
**Carlos Gustavo Machado Gomez**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | (Consolidated with Case Nos. 04-9059 & 05-2727) |
| v. | **ORDER RE STIPULATION TO EXTEND TIME FOR CARLOS GUSTAVO MACHADO GOMEZ TO RESPOND TO MATTEL, INC.'S THIRD AMENDED ANSWER AND COUNTERCLAIMS** |
| MATTEL, INC., a Delaware Corporation, | |
| Defendant. | |
| AND CONSOLIDATED CASES | |

1

**ORDER**

2      Having considered the stipulation submitted by the parties, IT IS HEREBY

3 ORDERED that:

4      Carlos Gustavo Machado Gomez has until Monday, June 15, 2009, to file and

5 serve his response(s) to Mattel, Inc.'s Third Amended Answer and Counterclaims.

6

7      IT IS SO ORDERED.

8 DATED:  May 28, 2009

9

10      _____

11      HON. STEPHEN G. LARSON

12 Submitted by:

13

14 SCHEPER KIM & OVERLAND LLP
   MARK E. OVERLAND

15 DAVID C. SCHEPER
   ALEXANDER H. COTE

16

17      _____

18 By          Alexander H. Cote
              Attorneys for

19      Carlos Gustavo Machado Gomez

20

21

22

23

24

25

26

27

28

1