QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS<br><br>**[PUBLIC REDACTED]** | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL'S RESPONSE TO MGA'S STATEMENT OF POSITION REGARDING ESCROW OF BRATZ PROFITS**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 1 |

-1-
PROCTOR DECLARATION ISO MATTEL'S RESPONSE RE ESCROW OF BRATZ PROFITS

## SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of MGA's 2009 Line List, as provided by counsel for MGA.

3. Attached as Exhibit 2 is a true and correct copy of the Expert Report of Paul K. Meyer, dated February 11, 2008 (without exhibits).

4. Attached as Exhibit 3 is a true and correct copy of a copy of relevant excerpts from the Expert Report of Dr. Erich Joachimstaler, dated February 11, 2008 (without exhibits).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 29, 2009, at Los Angeles, California.

/s/ B. Dylan Proctor
B. Dylan Proctor

## Exhibits to the Proctor Declaration Have Been Filed Under Seal Pursuant to the Protective Order