FILED
2009 MAY 29 PM 4:15
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
EASTERN DIVISION
BY: _____

Lodged P/O

Richard M. Pachulski (CA Bar No. 90073)
rpachulski@pszjlaw.com
James I. Stang (CA Bar No. 94435)
jstang@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Attorneys for MGA Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**APPLICATION TO FILE DOCUMENT UNDER SEAL:**<br><br>**MGA ENTERTAINMENT, INC.'S RESPONSE TO IN CAMERA RESPONSIVE REPORT OF FORENSIC AUDITOR RONALD L. DURKIN** |
| AND CONSOLIDATED ACTIONS | |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc. ("MGA") respectfully requests that the Court permit the following document to be filed under seal:

1. MGA Entertainment, Inc.'s Response to In Camera Responsive Report of Forensic Auditor Ronald L. Durkin.

56998-001\DOCS_LA:202964.1

1. Good cause exists for filing this document under seal because:

2.    1.   MGA's response contains confidential commercial information and nonpublic financial information relating to MGA and Isaac Larian.

Dated: May 29, 2009

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ James I. Stang*
     Richard M. Pachulski
     James I. Stang

Attorneys for MGA Entertainment Inc.

56998-001\DOCS_LA:202964.1

2