Richard M. Pachulski (CA Bar No. 90073)
rpachulski@pszjlaw.com
James I. Stang (CA Bar No. 94435)
jstang@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Attorneys for MGA Entertainment, Inc.

2009 MAY 29 PM 4: 17

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
EASTERN DIVISION
BY: _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.: CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |

56998-001\DOCS_LA:202337.1

STATE OF CALIFORNIA       )
                          )
COUNTY OF LOS ANGELES     )

    I, Diane H. Hinojosa, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

    On May 29, 2009, I caused to be served **(1) <u>MGA Entertainment, Inc.'s Response to In Camera Responsive Report of Forensic Auditor Ronald L. Durkin</u>; (2) <u>Application to File Documents Under Seal</u>; (3) Order Granting Application to File Documents Under Seal; and (4) <u>Notice of Manual Filing</u>** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see attached Service List*

☐ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) By sending by Federal Express to the addressee as indicated on the attached list.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

    Executed on May 29, 2009, at Los Angeles, California.

                                           /s/ Diane H. Hinojosa
                                             Diane H. Hinojosa

**SERVICE LIST**

<u>Counsel for Defendant!Appellee, Mattel, Inc.</u>
John Quinn, Esq.
(johnquinn@quinnemanuel.com)
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com;
Jon D. Corey, Esq.
(joncorey@quinnemanuel.com)
Brett D. Proctor
(dylanproctor@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

<u>Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv</u>
Russell J. Frackman, Esq.
(rjf@msk.com)
Patricia H. Benson, Esq.
(phb@msk.com)
Mitchell, Silberberg & Knupp, LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90067
(310) 312-2000

Thomas J. Nolan, Esq.
(tnolan@skadden.com)
Raoul D. Kennedy, Esq.
(rkennedy@skadden.com)
Jason D. Russell, Esq.
(Jason.russell@skadden.com)
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144

<u>Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez</u>
Mark E. Overland, Esq.
moverland@obsklaw.com
Alexander H. Cote, Esq.
acote@obsklaw.com
Overland Borenstein Scheper & Kim LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017

<u>Attorneys for Patrick A. Fraioli, Jr., Temporary Receiver</u>
Byron Z. Moldo
Email: bmoldo@ecjlaw.com
David Seror
Email: dseror@ecjlaw.com
Peter A. Davidson
Email: pdavidson@ecjlaw.com
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974

Joseph A. Eisenberg
Email: JEisenberg@JMBM.com
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067

<u>Counsel for Defendants/CounterDefendants/ Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian</u>
Thomas J. Nolan, Esq.
Email: tnolan@skadden.com
Jason D. Russell, Esq.
Email: jrussell@skadden.com
Skadden Arps Slate Meagher & Flom LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144

<u>Counsel for Defendants/CounterDefendants/ Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian</u>
Mark E. Haddad, Esq.
Email: mhaddad@sidley.com;
Robert A. Holland, Esq.
Email: rholland@sidley.com
Alycia A. Degen, Esq.
Email: adegen@sidley.com
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010

<u>Counsel for Defendant!Appellee, Mattel, Inc.</u>
Sanford 1. Weisburst, Esq.
Email: sandyweisburst@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor.
New York, NY 10010

| | |
|---|---|
| 1 | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv |
| 2 | Patricia L. Glaser, Esq.<br>Email: pglaser@glaserweil.com |
| 3 | Glaser Weil Fink Jacobs and Shapiro<br>10250 Constellation Blvd., 19th Floor |
| 4 | Los Angeles, CA 90067 |
| 5 | Counsel for Plaintiff, Carter Bryant<br>Peter H. Bonis, Esq. |
| 6 | Peter H. Bonis Law Offices<br>1990 N. California Blvd., 8th Floor |
| 7 | Walnut Creek, CA 94596 |
| 8 | Alexander H. Cote, Esq.<br>Email: acote@obsklaw.com; |
| 9 | Mark E. Overland, Esq.<br>Email: Moverland@obsklaw.com; |
| 10 | David C. Scheper, Esq.<br>Email: dscheper@obsklaw.com |
| 11 | Overland Borenstein Scheper & Kim<br>601 West Fifth Street, 12'h Floor |
| 12 | Los Angeles, CA 90071-2025 |
| 13 | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez |
| 14 | Leah Chava Gershon, Esq.<br>Email: leah@spertuslaw.com |
| 15 | James W. Spertus Law Offices<br>12100 Wilshire Blvd., Suite 620 |
| 16 | Los Angeles, CA 90025 |
| 17 | Counsel for Third Party Defendant, Anne Wang<br>Linda M. Burrow, Esq. |
| 18 | Email: burrow@caldwell-leslie.com<br>Caldwell Leslie and Proctor PC |
| 19 | 1000 Wilshire Blvd., Suite 600<br>Los Angeles, CA 90017 |
| 20 | |
| 21 | Counsel for Limited Intervenor, Omni 808 Investors LLC<br>Todd E. Gordinier, Esq. |
| 22 | Email: todd.gordinier@bingham.com<br>Bingham McCutchen |
| 23 | 600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

56998-001\DOCS_LA:202337.1