QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059 and<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | MATTEL, INC.'S (1) NOTICE OF ERRATA REGARDING [PROPOSED] REQUEST FOR JUDICIAL ASSISTANCE (LETTER OF REQUEST) BY THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA; AND<br>(2) REQUEST FOR STATEMENT OF CORRECTION |
| AND CONSOLIDATED ACTIONS | |

07975/2950752.1

NOTICE OF ERRATA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, due to a clerical error, the document captioned "Request for Judicial Assistance (Letter of Request) by the United States District Court for the Central District of California," which was issued by the Court on May 21, 2009 (the "May 21 Letter of Request"), inadvertently refers to "MGA Entertainment Canada," and should instead refer to "MGA Entertainment (Canada) Company."

Out of an abundance of caution, Mattel hereby requests that the Court issue the Proposed Statement of Correction, attached herewith, to clarify that the references in the May 21 Letter of Request to "Mattel Entertainment Canada" should be read to refer to "MGA Entertainment (Canada) Company."

DATED: June 1, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael Zeller
    Michael T. Zeller
    Attorneys for Mattel, Inc.