1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059 and<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | [PROPOSED] STATEMENT OF CORRECTION REGARDING MATTEL INC.'S NOTICE OF ERRATA REGARDING [PROPOSED] REQUEST FOR JUDICIAL ASSISTANCE (LETTER OF REQUEST) BY THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

07975/2950829.1

[PROPOSED] STATEMENT OF CORRECTION

[PROPOSED] STATEMENT OF CORRECTION

Based on the concurrently filed Notice of Errata Regarding [Proposed] Request for Judicial Assistance (Letter of Request) by the United States District Court for the Central District of California; and Request for Statement of Correction, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Request for Statement of Correction is GRANTED. All references to "MGA Entertainment Canada" in the Court's May 21, 2009 Request for Judicial Assistance (Letter of Request) by the United States District Court for the Central District of California shall be read to refer to "MGA Entertainment (Canada) Company."

IT IS SO ORDERED.

DATED: _____

Hon. Stephen G. Larson
United States District Judge