ORIGINAL

FILED
2009 MAY 29 PM 4:11
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
EASTERN DIVISION
BY: _____

lodged P/O

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>MGA PARTIES' OBJECTIONS TO THE RELEASE OF THE FORENSIC AUDITOR'S REPORT AND THE FORENSIC AUDITOR'S RESPONSIVE REPORT |

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal:

  1.  MGA Parties' Objections To The Release Of The Forensic Auditor's Report And The Forensic Auditor's Responsive Report ("Objections").

Good cause exists for filing this document under seal because the Court ordered that it be so filed in its Minute Order dated May 21, 2009, and because the Objections discuss information that the MGA Parties respectfully request remain under seal, for all the reasons discussed in the Objections themselves.

DATED: May 29, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Thomas J. Nolan / JKdC
Thomas J. Nolan
Attorneys for the MGA Parties