ORIGINAL

FILED
2009 MAY 29 PM 4:08
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
EASTERN DIVISION
BY: ___

Lodged P/O

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5

6  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7  and MGA ENTERTAINMENT (HK) LIMITED

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     EASTERN DIVISION

11 CARTER BRYANT, an individual,        ) CASE NO. CV 04-9049 SGL (RNBx)
                                        )
12              Plaintiff,              ) Consolidated with Case No. 04-9059
                                        ) and Case No. 05-2727
13       v.                             )
                                        ) Honorable Stephen G. Larson
14 MATTEL, INC., a Delaware corporation,)
                                        ) **APPLICATION TO FILE UNDER**
15              Defendant.              ) **SEAL:**
                                        )
16 ─────────────────────────────────    ) MGA PARTIES' OPPOSITION TO
   AND CONSOLIDATED ACTIONS.            ) MATTEL'S MEMORANDUM
17                                      ) REGARDING ESCROW OF BRATZ
                                        ) PROFITS
18
19
20
21
22
23
24
25
26
27
28

MGA Parties Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal:

1.  MGA Parties' Opposition To Mattel's Memorandum Regarding Escrow Of Bratz Profits.

Good cause exists for filing this document under seal because the document responds to the substance of Mattel's Inc.'s Memorandum Regarding Escrow Of Bratz Profits, which was filed under seal and designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in place in this case, and which relied upon documents that were likewise designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order.

DATED: May 29, 2009            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                               By: /s/ Thomas J. Nolan /JKdC
                                   Thomas J. Nolan
                                   Attorneys for the MGA Parties