| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | John B. Quinn (Bar No. 090378)<br>johnquinn@quinnemanuel.com |
| 3 | Michael T. Zeller (Bar No. 196417)<br>(michaelzeller@quinnemanuel.com) |
| 4 | Jon D. Corey (Bar No. 185066)<br>(joncorey@quinnemanuel.com) |
| 5 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543 |
| 6 | Telephone:  (213) 443-3000<br>Facsimile:   (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE APPLICATION TO FILE UNDER SEAL:<br><br>(1) MATTEL'S RESPONSE TO MGA PARTIES' STATEMENT OF POSITION REGARDING ESCROW OF BRATZ PROFITS<br><br>(2) CERTAIN EXHIBITS TO THE SUPPORTING DECLARATION B. DYLAN PROCTOR |

07975/2950114.1

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal (1) Mattel's Response to the MGA Parties' Statement of Position Regarding the Escrow of Bratz Profits and (2) the exhibits 1, 2 and 3 to the Declaration of B. Dylan Proctor, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel's Response to the MGA Parties' Statement of Position Regarding the Escrow of Bratz Profits and exhibits 1, 2 and 3 to the Declaration of B. Dylan Proctor are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: May 29, 2009

*/s/ S.G. Larson*
Hon. Stephen G. Larson
United States District Judge