1  Richard M. Pachulski (CA Bar No. 90073)
   rpachulski@pszjlaw.com
2  James I. Stang (CA Bar No. 94435)
   jstang@pszjlaw.com
3  PACHULSKI STANG ZIEHL & JONES
      LLP
4  10100 Santa Monica Blvd.
   11th Floor
5  Los Angeles, California  90067-4100
   Telephone: 310/277-6910
6  Facsimile:  310/201-0760

7  Attorneys for MGA Entertainment, Inc.

8
                    UNITED STATES DISTRICT COURT
9
                  CENTRAL DISTRICT OF CALIFORNIA
10
                         EASTERN DIVISION
11

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>        v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>              Defendant.<br><br><br>AND CONSOLIDATED ACTIONS | Case No.: CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL |

22        Based on the Application to File documents Under Seal filed by MGA

23  Entertainment, Inc. ("MGA"), it is hereby ordered that the following document may

24  be filed under seal pursuant to Local Rule 79-5.1 and the Stipulated Protective Order

25  entered by the Court in this action on January 4, 2005:

26

27

28

56998-001\DOCS_LA:202966.1

1.   MGA Entertainment, Inc.'s Response to In Camera Responsive Report of Forensic Auditor Ronald L. Durkin

Dated: _5-29-09_

*S.G. Larson*

The Honorable Stephen G. Larson
United States District Jude

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA