UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                    Date: June 2, 2009
Title:           MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

| Cindy Sasse | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| --- | --- |
| None Present | None Present |

**PROCEEDINGS:**     **ORDER VACATING SETTLEMENT CONFERENCE**

The Court has received notice from the Settlement Officer that progress was made at the settlement conference conducted on June 1, 2009, and that a response to the Settlement Officer's "mediator's proposal" will be tendered to him by counsel for the parties on or before June 10, 2009.  To afford an opportunity for the current settlement efforts to proceed, the Settlement Officer requests that the Court's scheduled settlement conference for June 10, 2009, be vacated, which request is **GRANTED**.   In granting this request, the Court is relying on counsel's representations to the Court-appointed Settlement Officer that a good-faith and comprehensive response to his mediator's proposal will in fact be provided to the Settlement Officer on or before June 10, 2009.

**IT IS SO ORDERED.**

MINUTES FORM 90                                                          Initials of Deputy Clerk __cls_____
CIVIL -- GEN                                                1