UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059 and<br>Case No. CV 05-02727<br><br>STATEMENT OF CORRECTION REGARDING MATTEL INC.'S NOTICE OF ERRATA REGARDING REQUEST FOR JUDICIAL ASSISTANCE (LETTER OF REQUEST) BY THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

07975/2950829.1

[PROPOSED] STATEMENT OF CORRECTION

STATEMENT OF CORRECTION

Based on the concurrently filed Notice of Errata Regarding Request for Judicial Assistance (Letter of Request) by the United States District Court for the Central District of California; and Request for Statement of Correction, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Request for Statement of Correction is GRANTED. All references to "MGA Entertainment Canada" in the Court's May 21, 2009 Request for Judicial Assistance (Letter of Request) by the United States District Court for the Central District of California shall be read to refer to "MGA Entertainment (Canada) Company."

IT IS SO ORDERED.

DATED: June 02, 2009

Hon. Stephen G. Larson
United States District Judge

07975/2950829.1

-2-

[PROPOSED] STATEMENT OF CORRECTION