1                    UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3                          EASTERN DIVISION

4                              - - -

5          HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                              - - -

7    MATTEL, INC.,                    )
                                      )
8                        Plaintiff,   )
                                      )
9              vs.                    )  No. CV 04-09049
                                      )
10   MGA ENTERTAINMENT, inc., et. Al., )
                                      )
11                       Defendants.  )  TRIAL DAY 15
     _____)  MORNING SESSION
12   AND CONSOLIDATED ACTIONS,        )  pages 2936-3032
     _____)

13

14

15        REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16                    Riverside, California

17                 Wednesday, June 18, 2008

18                         9:07 A.M.

19

20

21

22

23              THERESA A. LANZA, RPR, CSR
               Federal Official Court Reporter
24              3470 12th Street, Rm. 134
               Riverside, California  92501
25                    951-274-0844
                 WWW.THERESALANZA.COM

```
 1   APPEARANCES:

 2
     On behalf of MATTEL, INC.:
 3
                           QUINN EMANUEL
 4                         By:  JOHN QUINN
                                JON COREY
 5                              MICHAEL T. ZELLER
                                HARRY OLIVAR
 6                              TIMOTHY ALGER
                           865 S. FIGUEROA STREET,
 7                         10TH FLOOR
                           LOS ANGELES, California  90017
 8

 9

10   ON BEHALF OF MGA ENTERTAINMENT:

11                         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                           BY:  THOMAS J. NOLAN
12                              JASON RUSSELL
                                RAOUL KENNEDY
13                              LAUREN AGUIAR
                                CARL ROTH
14                         300 SOUTH GRAND AVENUE
                           LOS ANGELES, CALIFORNIA  90071-3144
15                         213-687-5000

16

17

18

19

20

21

22

23

24

25
```

WEDNESDAY, JUNE 18, 2008                    TRIAL DAY 15, MORNING SESSION

```
 1                          I N D E X

 2                                                    Page

 3    Plaintiff case (CONT'D)......................  2939

 4

 5    PLAINTIFF
      WITNESS          DIRECT      CROSS    REDIRECT    RECROSS
 6    CARTER H. BRYANT (CONTINUED)

 7    BY MR. NOLAN                  2939

 8

 9
              EXHIBITS          RECEIVED
10
                 1155             2940
11              15058             2961
                15110             2970
12               1310             3014

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    RIVERSIDE, CALIFORNIA; WEDNESDAY, JUNE 18, 2008; 9:07 A.M.

2                              -oOo-

3         **THE CLERK:**  CALLING ITEM ONE, CASE NUMBER

4    CV04-09049-SGL, MATTEL, INC., V. MGA, INC., ET AL.

5         MAY WE HAVE COUNSEL PLEASE STATE YOUR APPEARANCES FOR     00:22

6    THE RECORD.

7         **MR. QUINN:**  JOHN QUINN, BILL PRICE, MIKE ZELLER

8    APPEARING FOR MATTEL.

9         **MR. NOLAN:**  TOM NOLAN, MATTHEW SLOAN, LAUREN AGUIAR

10   ON BEHALF OF MGA.                                             00:22

11        **THE COURT:**  GOOD MORNING, COUNSEL.

12        MR. BRYANT, YOU'RE STILL ON THE STAND.

13        GOOD MORNING, MEMBERS OF THE JURY.

14        COUNSEL, YOU MAY PROCEED.

15                  **CROSS-EXAMINATION (CONTINUED)**

16   **BY MR. NOLAN:**

17   Q    WE DIDN'T MEET LAST NIGHT, DID WE?

18   A    NO, WE DID NOT.

19   Q    DID YOU MEET WITH ANY OF THE LAWYERS FROM SKADDEN ARPS?

20   A    NO.                                                       00:23

21   Q    YESTERDAY WHEN WE LEFT AT ABOUT 5:00, WE WERE LOOKING AT

22   THE BLACK NOTEBOOK.

23        DO YOU HAVE THE ORIGINAL OF IT IN FRONT OF YOU?

24   A    NO.  I DON'T SEE IT.

25        **MR. NOLAN:**  YOUR HONOR, I BELIEVE I HAVE AN AGREEMENT  00:23

```
 1   WITH MATTEL THAT THE ORIGINAL NOTEBOOK, WHICH IS BEFORE

 2   MR. BRYANT BUT HAS NOT TECHNICALLY BEEN MARKED AS AN EXHIBIT

 3   ITSELF, THE ORIGINAL --

 4             THE COURT:  ISN'T THAT 1155-C?

 5             MR. NOLAN:  NO.  THE COPY IS MARKED 1155-C; SO WE       00:23

 6   THOUGHT WE'D MARK THE ORIGINAL 1155.

 7             THE COURT:  ANY OBJECTION?

 8             MR. PRICE:  MAKES SENSE TO ME.

 9             THE COURT:  ALL RIGHT.  IT'S ADMITTED.

10             (EXHIBIT 1155 RECEIVED.)                               00:24

11   BY MR. NOLAN:

12   Q    SO, MR. BRYANT, WHEN I ASK YOU TO LOOK AT THE NOTEBOOK --

13   AND IT'S 1155 -- THAT'S GOING TO BE THE ORIGINAL NOTEBOOK.

14   THERE MAY BE, SOMETIMES, PAGINATION IN EXHIBIT 1155-C THAT WILL

15   BE EASIER FOR YOU TO TURN YOUR ATTENTION TO.                     00:24

16   A    OKAY.

17   Q    IN ANY EVENT, YESTERDAY I WAS ASKING YOU TO DIRECT YOUR

18   ATTENTION TO A NOTE FROM WADE AND LISA IN THIS BOOK.

19             LET ME ASK YOU IF YOU CAN FIND THAT.

20   A    YES.  I HAVE IT.                                            00:24

21   Q    JUST HOLD THAT UP FOR THE JURY SO THEY CAN AT LEAST -- I

22   KNOW THEY CAN'T READ IT.

23             MR. NOLAN:  YOUR HONOR, THAT'S IN EVIDENCE, AND IT'S

24   1155-C-087.

25             THE COURT:  VERY WELL.                                 00:24
```

```
 1            YOU MAY PUBLISH.
 2   BY MR. NOLAN:
 3   Q    MR. BRYANT, I WANT TO GO OVER A LITTLE BIT OF THIS.
 4            "MOM AND DAD, THANKS FOR EVERYTHING.  HERE'S A LITTLE
 5   GROCERY MONEY.  WE ENJOYED OUR STAY SO MUCH.  THIS PLACE IS SO      00:24
 6   BEAUTIFUL.  WE LOOK FORWARD TO COMING BACK AGAIN IN THE NEXT
 7   FEW WEEKS."
 8            THE REFERENCE TO "THIS PLACE IS SO BEAUTIFUL," WHAT
 9   WAS SO BEAUTIFUL?
10            MR. PRICE:  OBJECTION.  SPECULATING AS TO WHAT.           00:25
11            THE COURT:  SUSTAINED.
12            FOUNDATION, COUNSEL.
13   BY MR. NOLAN:
14   Q    DO YOU KNOW WHERE WADE AND LISA WERE STAYING WHEN THEY
15   WROTE THIS LETTER?                                                 00:25
16   A    THEY WERE STAYING WITH MY PARENTS, AS FAR AS I KNOW.
17   Q    DID YOU THINK YOUR PARENTS' HOUSE WAS BEAUTIFUL?
18   A    WELL, IT WAS CERTAINLY IN A BEAUTIFUL SETTING.
19   Q    DID YOU BUY THE HOUSE FOR THEM?
20   A    NO.  ACTUALLY --                                              00:25
21            MR. PRICE:  OBJECTION.  IRRELEVANT.
22            THE COURT:  SUSTAINED.
23   BY MR. NOLAN:
24   Q    IT SAYS, "WADE, LISA, CHRISTOPHER, AND ALLISON."
25            DO YOU SEE THAT?                                          00:25
```

```
 1   A    YES.

 2   Q    I BELIEVE THAT WE ASKED YOU TO LOOK AT SOME ADDITIONAL

 3   ARTWORK THAT YOU BELIEVE WAS PUT IN THERE BY YOUR NIECE AND

 4   NEPHEW, AND YOU HAD LOOKED AT IT; IT'S 1155-C-077; AND WE

 5   SHOWED THAT YESTERDAY.                                         00:26

 6         DO YOU SEE THAT?

 7   A    YES.

 8   Q    AND, AGAIN, YOU TESTIFIED THAT YOU DIDN'T THINK THAT WAS

 9   DONE BY YOU.

10   A    NO.                                                       00:26

11   Q    IN FACT, DO YOU KNOW WHAT 1155-C-077 IS?

12   A    WELL, IT LOOKS LIKE A CHILD'S DRAWING.  IT COULD

13   CONCEIVABLY HAVE BEEN DOWN BY MY NIECE ALLISON.

14   Q    THE LETTER ADDRESSED TO "MOM AND DAD," DO YOU RECOGNIZE

15   THE HANDWRITING?                                               00:26

16   A    NOT SPECIFICALLY, NO.

17   Q    SO YOU DON'T KNOW WHETHER OR NOT IT WAS EITHER WADE OR

18   LISA THAT WROTE THIS.

19   A    NO, I'M NOT REALLY SURE.

20   Q    NOW, YOU WERE LIVING IN YOUR PARENTS' HOME IN            00:27

21   KIMBERLING CITY, MISSOURI, IN AUGUST OF 1998; YES?

22   A    YES.

23   Q    AND YOU HAD THIS BLACK NOTEBOOK WITH YOU, AS WELL AS OTHER

24   NOTEBOOKS, AT THAT PERIOD OF TIME; CORRECT?

25         MR. PRICE:  OBJECTION.  LEADING.                         00:27
```

WEDNESDAY, JUNE 18, 2008                    TRIAL DAY 15, MORNING SESSION

```
 1            THE COURT:  SUSTAINED.
 2   BY MR. NOLAN:
 3   Q    DID YOU HAVE 1155, THE BLACK NOTEBOOK, WITH YOU IN
 4   MISSOURI IN 1988 [SIC]?
 5   A    WHEN?                                                    00:27
 6   Q    WHAT DID I SAY?
 7            MR. PRICE:  '88.
 8   BY MR. NOLAN:
 9   Q    I APOLOGIZE.  1998.
10   A    YES.                                                     00:27
11   Q    DID YOU HAVE THE BLACK NOTEBOOK, 1155, WITH YOU WHILE
12   LIVING AT YOUR PARENTS' HOME IN MISSOURI IN THE SUMMER OF 1998?
13   A    YES.
14   Q    NOW, AT SOME POINT IN TIME, YOU MOVED BACK TO LOS ANGELES;
15   CORRECT?                                                      00:28
16   A    YES.
17   Q    WHERE DID YOU MOVE TO IN LOS ANGELES?
18   A    I MOVED TO GARDENA.
19   Q    NOW, DID YOU EVER GO BACK IN 1999 TO VISIT WITH YOUR
20   PARENTS IN MISSOURI?                                         00:28
21   A    YES.
22   Q    AND DO YOU RECALL SPECIFICALLY WHEN THAT OCCURRED?
23   A    I THINK I WENT BACK A COUPLE OF TIMES THAT YEAR.  I'M
24   PRETTY SURE I WENT BACK SOMETIME IN THE SPRING OF 1999, AND I
25   MAY HAVE ALSO GONE BACK AROUND THE HOLIDAY SEASON.           00:28
```

```
 1   Q    NOW, DID YOU HAVE A PRACTICE IN 1999, WHEN YOU WOULD

 2   TRAVEL ON VACATION, TO BRING NOTEBOOKS WITH YOU?

 3   A    NO, NOT THAT I REMEMBER.

 4   Q    WE TALKED A LITTLE BIT YESTERDAY ABOUT SEVENTEEN MAGAZINE.

 5        DO YOU RECALL THAT TESTIMONY?                           00:29

 6   A    YES.

 7   Q    AND AS I RECALL FROM THAT TESTIMONY, YOU HAD LOOKED AT

 8   CERTAIN ADS IN SEVENTEEN MAGAZINE; AND THAT WAS THE AUGUST 1998

 9   EDITION OF THE SEVENTEEN MAGAZINE; CORRECT?

10   A    YES.                                                    00:29

11   Q    AND THERE HAS BEEN A LOT OF TESTIMONY ABOUT KICKAPOO HIGH

12   SCHOOL.

13        DO YOU RECALL THAT?

14   A    YES.

15   Q    MY MISTAKE YESTERDAY, I WANTED TO GO TO A MAP, AND I      00:29

16   DIDN'T HAVE IT AVAILABLE.  IF I COULD GO BACK IN TIME TO THAT

17   NOW, JUST TO DISCUSS THIS.

18        MR. NOLAN:  PUT UP, AARON, IF YOU DON'T MIND, THE

19   OPENING GRAPHIC THAT WAS USED BY MATTEL IN THE OPENING

20   STATEMENT.                                                   00:30

21   BY MR. NOLAN:

22   Q    NOW, MR. BRYANT, DO YOU HAVE AN UNDERSTANDING IN THIS CASE

23   AS TO WHETHER OR NOT MATTEL BELIEVES YOU EVER EVEN DROVE BY

24   KICKAPOO HIGH SCHOOL?

25        MR. PRICE:  OBJECTION.  IRRELEVANT.                     00:30
```

```
 1              THE COURT:  SUSTAINED.

 2   BY MR. NOLAN:

 3   Q    DID YOU DRIVE BY THE KICKAPOO HIGH SCHOOL IN LATE AUGUST

 4   OF 1998?

 5   A    YES.                                                    00:30

 6   Q    JUST SO THAT WE'RE CLEAR ABOUT THE GRAPHIC THAT MATTEL WAS

 7   USING, AND JUST TO REORIENT EVERYBODY, YOU WERE WORKING AT

 8   OLD NAVY, WHICH IS LOCATED IN THE BATTLEFIELD MALL; CORRECT?

 9   A    YES.

10   Q    AND THAT'S IN SPRINGFIELD, MISSOURI.                    00:31

11   A    RIGHT.

12   Q    THAT'S APPROXIMATELY AN HOUR, GIVE OR TAKE A FEW MINUTES,

13   DEPENDING ON TRAFFIC, FROM YOUR PARENTS' HOME.

14   A    YES.

15   Q    I DON'T THINK I'VE ASKED YOU THIS, BUT WHAT WAS YOUR      00:31

16   POSITION AT OLD NAVY?  WERE YOU DESIGNING FOR THEM?

17   A    OH, NO.  I WAS JUST A SALESPERSON.

18   Q    AND YOU WORKED DURING THE DAY FOR OLD NAVY.

19   A    I THINK I HAD VARIOUS SHIFTS DURING THE DAY, SOME WERE AT

20   NIGHT.                                                        00:31

21   Q    BUT YOUR SKETCHES THAT YOU DID FOR BRATZ WERE DONE IN THE

22   EVENING, AFTER YOU CAME BACK FROM OLD NAVY; IS THAT CORRECT?

23   A    I THINK SO, YES.

24   Q    SO THIS GRAPHIC -- AND THE RED LINE INDICATES A ROUTE

25   COMING OUT OF THE BATTLEFIELD PARKING LOT AND COMING DOWN THIS  00:31
```

 1   AREA, AND THEN HOOKING ON TO THIS OTHER THOROUGHFARE -- AND I'M

 2   GOING TO ASK YOU TO PUT NAMES ON THIS HERE IN A MINUTE -- AND

 3   THEN COMING DOWN TO YOUR PARENTS' HOUSE.

 4          DO YOU SEE THAT?

 5   A   YES.                                                        00:32

 6   Q   NOW, YESTERDAY I BELIEVE I ASKED YOU THIS, BUT I JUST WANT

 7   TO PUT THIS IN CONTEXT.

 8          MR. BRYANT, DID YOU EVER TAKE THE ROUTE THAT MATTEL

 9   SUGGESTED THROUGH THIS OPENING GRAPHIC, FROM OLD NAVY TO YOUR

10   PARENTS' HOUSE?                                                 00:32

11   A   NO.

12   Q   AND HOW CAN YOU BE CERTAIN THAT YOU DID NOT TAKE THAT

13   ROUTE?

14   A   I THINK AT THE TIME I DIDN'T EVEN KNOW THAT ROUTE EXISTED.

15   Q   IF YOU LOOK -- AND YOU MIGHT HAVE 18507, IF THIS MORNING    00:32

16   IS BETTER THAN YESTERDAY AFTERNOON.  YOU SHOULD HAVE IT IN YOUR

17   NOTEBOOK, IN THE WHITE BOOK.  IT'S 18507.

18   A   OKAY.

19          **MR. NOLAN:**  YOUR HONOR, WE'D LIKE TO PUBLISH THIS

20   GRAPHIC.  THERE'S BEEN NO OBJECTION BY MR. PRICE.  IT'S 18507.  00:33

21   I'LL PUT UP 18507-001.

22   **BY MR. NOLAN:**

23   Q   CAN YOU PLEASE DIRECT ME, WITH MY NEW TOY, THE LASER, TO

24   WHERE OLD NAVY WAS LOCATED IN THIS BATTLEFIELD MALL.

25   A   I THINK, IF YOU FOLLOW THAT RED BALLOON OVER TO YOUR        00:34

1   RIGHT, ALMOST DIRECTLY, I BELIEVE IT WAS SOMEWHERE IN THAT

2   AREA.

3   Q   AND THEN SEE IF YOU CAN DIRECT ME WITH THIS LASER AS TO

4   THE ROUTE THAT YOU WOULD TAKE AFTER YOU TOOK OFF OF WORK.

5        SO OLD NAVY IS ABOUT IN THIS AREA; CORRECT?          00:35

6   A   I BELIEVE SO, YES.

7   Q   SO THE MALL IS PRETTY EXTENSIVE HERE; IT'S A LARGE MALL.

8   A   YES.

9   Q   I ASSUME THIS IS THE LARGEST IN THE AREA?

10  A   YES.                                                  00:35

11  Q   ALL RIGHT.  SO OLD NAVY IS ABOUT IN THIS PARTICULAR AREA

12  HERE?

13  A   I BELIEVE SO, YES.

14  Q   NOW, TELL THE JURY THE ROUTE THAT YOU WOULD NORMALLY TAKE.

15  A   WELL, I'D COME OUT OF THAT PARKING LOT AND THEN GO DOWN TO   00:35

16  WHERE -- IF YOU GO DOWN TO YOUR -- BACK TO YOUR BALLOON, AND

17  THEN I WOULD GO DOWN THIS SOUTH DELAWARE.

18  Q   HOW FAR WOULD YOU GO DOWN?

19  A   DOWN TO BATTLEFIELD STREET.

20  Q   RIGHT HERE?                                           00:35

21  A   YES.

22  Q   WOULD YOU TURN RIGHT OR LEFT?

23  A   LEFT -- I'M SORRY.  I WOULD TURN RIGHT.

24  Q   THE DRIVER'S RIGHT.  YOU'RE TURNING RIGHT.  OKAY.

25       SO WE'RE GOING TO GO DOWN EAST BATTLEFIELD ROAD.     00:36

```
 1   A     RIGHT.

 2   Q     I JUST WANT TO STOP YOU FOR A MOMENT.

 3         RIGHT THERE IS THE MAJOR HIGHWAY; RIGHT?

 4   A     YES.

 5   Q     BUT YOU DIDN'T TAKE THAT?                                00:36

 6   A     NO.

 7   Q     WAS THERE A REASON?

 8   A     I DIDN'T KNOW THAT HIGHWAY WENT DOWN TO KIMBERLING CITY,

 9   OR WENT ANYWHERE NEARBY KIMBERLING CITY.  I WAS ONLY FAMILIAR

10   WITH -- YOU KNOW, I WAS ONLY SLIGHTLY FAMILIAR WITH            00:36

11   SPRINGFIELD.  I DIDN'T KNOW ALL OF THE POSSIBLE ROUTES.

12   Q     WAS THIS ROUTE, THIS AREA, THIS ROUTE THAT YOU WOULD TAKE,

13   A ROUTE THAT YOU WOULD ONLY TAKE WHEN YOU WERE WORKING AT

14   OLD NAVY, OR HAD YOU EVER TAKEN THIS ROUTE WITH ANYBODY ELSE?

15   A     WELL, I USED TO GO TO CHURCH WITH MY FAMILY ON SUNDAY     00:37

16   MORNINGS, AND THEY WOULD ALWAYS TAKE THE HIGHWAY 160 ROUTE; SO

17   THAT'S THE WAY I KNEW HOW TO GO TO GET TO SPRINGFIELD.

18   Q     IN ANY EVENT, I'VE GOT YOU ON EAST BATTLEFIELD STREET.

19   YOU'VE JUST TURNED RIGHT, AND YOU'RE COMING DOWN HERE.

20         AND THEN WHAT'S THE NEXT MOVE WE MAKE?                    00:37

21   A     I'M NOT EXACTLY SURE FROM THIS MAP.

22   Q     WE MAY HAVE TO GO TO THE NEXT PAGE OF THIS.

23         LET'S PUT UP 002.

24         CAN YOU ORIENT YOURSELF HERE AS TO WHERE YOU'RE AT?

25   A     YES.  LET ME LOOK AT IT FOR A SECOND, PLEASE.            00:37
```

```
 1   Q    HERE'S THE BATTLEFIELD MALL UP HERE.

 2   A    RIGHT.  OKAY.  THEN I WOULD GO OVER TO NATIONAL, WHICH IS

 3   A LITTLE BIT MORE TO YOUR LEFT.

 4   Q    TELL ME WHEN TO STOP.

 5   A    KEEP GOING.                                                   00:38

 6        WAIT A MINUTE.  HOLD ON JUST A SECOND.

 7        I THINK MAYBE GO BACK A LITTLE BIT.

 8   Q    YOU'RE LOOKING FOR NATIONAL?

 9   A    UH-HUH.

10   Q    SO WHEN YOU COME TO THE INTERSECTION AT SOUTH NATIONAL,       00:38

11   WHICH WAY DO YOU TURN?

12   A    I WOULD HAVE TURNED LEFT.

13   Q    ALL RIGHT.

14   A    HEADING SOUTH.

15   Q    ON TO SOUTH NATIONAL?                                         00:38

16   A    YES.

17   Q    THEN YOU'D COME DOWN SOUTH NATIONAL?

18   A    RIGHT.  I'D COME DOWN TO PRIMROSE, WHICH IS RIGHT THERE.

19   Q    THEN WHICH WAY WOULD YOU TURN ON EAST PRIMROSE?

20   A    THEN I WOULD MAKE A RIGHT.                                    00:38

21   Q    AND THEN YOU'D COME ALONG EAST PRIMROSE?

22   A    YES.  AND THAT KIND OF CURVED AROUND.  AND I THINK IT

23   TURNS INTO ANOTHER -- I CAN'T REMEMBER THE NAME OF THE STREET.

24   Q    CAN YOU SEE FROM THE MAP THAT'S IN FRONT OF YOU?

25   A    YEAH.  THAT ROAD RIGHT THERE LED TO THE NEXT MAJOR YELLOW     00:39
```

```
 1   LINE, WHICH IS CAMPBELL.

 2   Q    THIS IS CAMPBELL RIGHT HERE?

 3   A    YES.

 4   Q    THEN YOU WOULD TURN RIGHT OR LEFT?

 5   A    I WOULD TURN LEFT.                              00:39

 6   Q    SO BY JUST GOING ALONG EAST PRIMROSE, YOU WOULD PASS

 7   KICKAPOO HIGH SCHOOL?

 8   A    YES.

 9   Q    THEN YOU WOULD TURN LEFT ON CAMPBELL?

10   A    YES.                                            00:39

11   Q    AND THEN WHAT WOULD YOU DO?

12   A    I WOULD BASICALLY TAKE THAT STRAIGHT DOWN TO

13   KIMBERLING CITY.

14   Q    DOES EAST CAMPBELL TURN INTO A MAJOR HIGHWAY?  DO YOU

15   KNOW?                                               00:40

16   A    IT TURNS INTO HIGHWAY 160.

17   Q    LET'S PAUSE ON THIS PAGE.  THIS IS JUST A BLOWUP.

18        AGAIN, THIS IS EAST PRIMROSE STREET; RIGHT?

19   A    UH-HUH.

20   Q    AND THIS IS KICKAPOO HIGH SCHOOL; CORRECT?      00:40

21   A    RIGHT.

22   Q    MR. PRICE SHOWED YOU VARIOUS PAGES IN THE YEARBOOK.  I

23   ASSUME THAT BEFORE THIS LITIGATION, YOU HAD NEVER SEEN THE

24   KICKAPOO HIGH SCHOOL YEARBOOK FOR 1998; CORRECT?

25   A    NO.                                            00:40
```

```
 1   Q    AND HE WAS SHOWING YOU VARIOUS PICTURES AS TO WHETHER OR

 2   NOT THAT PICTURE WAS TAKEN FROM A CERTAIN VANTAGE POINT.

 3            IS IT YOUR TESTIMONY, SIR, THAT YOU GOT OUT OF YOUR

 4   CAR AND PHYSICALLY WALKED AROUND THE CAMPUS?

 5   A    NO, NOT AT ALL.  I JUST DROVE BY.  I MEAN, IT WAS JUST A        00:40

 6   MATTER OF, YOU KNOW, A FEW SECONDS.

 7   Q    AND IS IT YOUR TESTIMONY THAT COMING ALONG EAST PRIMROSE

 8   STREET LIKE THIS, IN THIS AREA AND THE SURROUNDING AREAS, YOU

 9   WERE ABLE TO SEE STUDENTS COMING AND GOING?

10   A    YES.                                                           00:41

11   Q    NOW, CAN I JUST GO TO THE FOLLOW-UP MAP ON THIS.  LET'S

12   GET OUT OF OUR BLOWUP OF THE HIGH SCHOOL AREA AND JUST GO BACK

13   WHERE YOU'VE TURNED, NOW, DOWN -- AND LET'S JUST FOLLOW THIS

14   ALONG.

15            THIS IS SOUTH CAMPBELL AVENUE, AND YOU'VE TURNED LEFT      00:41

16   AND YOU'RE PROCEEDING -- IS THIS SOUTH?  DO YOU KNOW,

17   MR. BRYANT?

18   A    YES.

19   Q    AND THEN LET'S GO TO THE NEXT PAGE.

20            SO THAT'S BATTLEFIELD, KICKAPOO HIGH SCHOOL; AND THIS      00:41

21   IS SOUTH CAMPBELL; AND THIS BECOMES 160; RIGHT?

22   A    RIGHT.

23   Q    AND YOU TAKE 160.

24            AM I GOING IN THE RIGHT DIRECTION?

25   A    YES.                                                           00:41
```

1    Q    AND THEN YOU TAKE 160 ALONG HERE?

2    A    YES.

3    Q    AND DO YOU TURN AT SOME POINT IN TIME OFF OF 160?

4    A    YES.  I THINK IT TURNED INTO HIGHWAY 13.

5    Q    THAT'S HIGHWAY 13 RIGHT THERE?                          00:41

6    A    I THINK SO, YES.

7    Q    WHY DO YOU TURN OFF ON HIGHWAY 13?

8    A    WELL, YOU HAVE TO TURN OFF THERE TO GET TO

9    KIMBERLING CITY.

10   Q    IF YOU FOLLOW ALONG HIGHWAY 13, THAT TAKES YOU TO      00:42

11   THE MARKING ON THIS MAP, WHICH IS 1 SYCAMORE DRIVE,

12   KIMBERLING CITY, MISSOURI.

13         DO YOU SEE THAT?

14   A    YES.

15   Q    WHOSE ADDRESS WAS THAT?                                 00:42

16   A    THAT WAS MY PARENTS' HOME ADDRESS.

17   Q    NOW, THE ROUTE THAT WAS SUGGESTED BY MATTEL WOULD HAVE

18   TAKEN YOU OUT OF THE BATTLEFIELD MALL IN A DIFFERENT LOCATION,

19   GOING DOWN 165; AND THEN IF YOU FOLLOW 165 SOUTH ALL OF THE WAY

20   DOWN, DOES 165 SOUTH EVEN GO TO KIMBERLING CITY?             00:42

21   A    NO.  I THINK THAT TAKES YOU DOWN TO BRANSON.

22   Q    SO, MR. BRYANT, IS IT YOUR TESTIMONY UNDER OATH THAT, IN

23   FACT, YOU DID DRIVE BY KICKAPOO HIGH SCHOOL IN LATE AUGUST OF

24   1999?

25   A    YES.                                                    00:43

```
 1              1998, YES.

 2   Q    1998.  I APOLOGIZE.  IN 1998.

 3              AND DID YOU OBSERVE HIGH SCHOOL STUDENTS AT THAT

 4   TIME?

 5   A    YES.                                                      00:43

 6   Q    TURN BACK QUICKLY TO THE BLACK NOTEBOOK, 1155.

 7              DO YOU HAVE THAT, SIR?

 8   A    YES.

 9   Q    YESTERDAY WE WERE TALKING ABOUT A PROJECT CALLED JEWEL,

10   JEWEL SOMETHING BARBIE.                                        00:43

11              DO YOU RECALL THAT?

12   A    YES.

13   Q    AND I SHOWED YOU A NUMBER OF EXHIBITS.  I JUST WANT TO ASK

14   YOU TO TAKE A LOOK AT 1155-C-0005.

15              I BELIEVE IN THE ORIGINAL OF THE BOOK -- IF YOU'RE   00:44

16   LOOKING AT THE NOTEBOOK, YOU'LL SEE IT IN THE VERY BEGINNING OF

17   THE NOTEBOOK.

18              DO YOU SEE THAT?

19   A    YES, I THINK SO.

20   Q    DO YOU HAVE THE BLACK NOTEBOOK THERE?                     00:44

21   A    YES.

22   Q    AND IF YOU'D OPEN IT UP, DO YOU SEE ANY DRAWINGS OF

23   SOMETHING THAT LOOKS LIKE A JEWEL BARBIE?

24   A    YES.

25              MR. NOLAN:  THIS IS, FOR THE RECORD NOW, BEING      00:44
```

```
 1   PUBLISHED AS 1155-C-005.

 2   BY MR. NOLAN:

 3   Q    YOU DESCRIBED THIS YESTERDAY FOR US, BUT CAN YOU TELL THE

 4   JURY WHEN -- DESCRIBE THIS OUTFIT FOR ME, IF YOU DON'T MIND.

 5   A    DESCRIBE WHAT?                                                    00:44

 6   Q    THE OUTFIT; THE FIGURE THAT'S DEPICTED THERE.

 7   A    THIS WAS JUST A REALLY ROUGH SKETCH OF SOME INITIAL IDEAS

 8   THAT I HAD FOR THE JEWEL PROJECT.

 9   Q    YOU DID THIS DRAWING WHEN?

10   A    IT WAS '98.                                                       00:45

11   Q    AND I WANT TO SHOW YOU EXHIBIT 15601.

12        DO YOU SEE THAT?

13   A    YES.

14   Q    DO YOU SEE THIS ON THE RIGHT-HAND SIDE?

15   A    YES.                                                              00:45

16   Q    THAT'S 11601-001.

17        AND THEN YOU SEE HERE, THIS IS WHAT THE INITIAL IS

18   THAT "CARTER BRYANT 1998."

19   A    YES.

20   Q    AND DO YOU SEE THE SIMILARITIES BETWEEN THESE TWO?               00:46

21   A    YES.  I DO SEE SOME.

22   Q    I'M POINTING TO SOMETHING I THINK ON THE BOTTOM OF THE

23   SKIRT, AROUND THE KNEE.

24        WHAT IS THIS?  DO YOU KNOW?

25   A    I BELIEVE THAT WAS SUPPOSED TO INDICATE SOME SORT OF             00:46
```

1    PLACEMENT OF A JEWEL.

2    Q    IS THAT ALSO ANYWHERE LOCATED ON YOUR SKETCH?

3    A    YES.  IT'S AT THE SAME POINT.

4    Q    MR. BRYANT, CAN YOU EXPLAIN TO THE JURY WHY YOU DATED THIS

5    DOCUMENT AND NOT OTHERS IN THE NOTEBOOK.                              00:46

6    A    I'M SORRY.  I'M CONFUSED.

7            ARE YOU TALKING ABOUT THE DRAWING ON THE RIGHT OR THE

8    ONE ON THE LEFT?

9    Q    THE ONE ON THE RIGHT.  DID YOU SEND THIS TO ANYBODY?

10   A    YES.  I SENT THAT IN TO MATTEL.                                  00:47

11   Q    DID YOU HAVE A PRACTICE, ONE WAY OR THE OTHER, WHEN YOU

12   SENT OUT YOUR DRAWINGS, SKETCHES, OR FASHIONS, WHETHER OR NOT

13   YOU WOULD DATE THEM AT THAT TIME?

14   A    SOMETIMES, YES.

15   Q    WOULD YOU ACTUALLY DATE THEM AS OF THE DATE THAT YOU'RE        00:47

16   MAILING THEM OR THE DATE THAT YOU'VE PRESENTED THEM?

17   A    WELL, I DIDN'T PRESENT THIS ONE IN PERSON.  I JUST MAILED

18   IT, SO IT COULD HAVE BEEN THE MAILING DATE.  I DON'T REMEMBER.

19   Q    I WANT TO GET OUT OF THE BLACK NOTEBOOK.  YOU CAN SET THAT

20   ASIDE AND MOVE ON TO ANOTHER SUBJECT, IF YOU DON'T MIND.           00:47

21           I WANT TO TALK ABOUT ASHTON DRAKE FOR JUST A MOMENT,

22   BUT THE PERIOD AFTER THE CREATION OF BARBIE.

23           DID THERE COME A TIME WHEN YOU ACTUALLY HAD AN

24   INTERVIEW WITH ASHTON DRAKE?

25   A    YES.                                                            00:48

```
1   Q    AND WAS THAT IN PERSON, OR WAS IT ON THE TELEPHONE?

2   A    IT WAS IN PERSON.

3   Q    AND WHERE WAS THAT INTERVIEW CONDUCTED?

4   A    THAT WAS IN CHICAGO, ILLINOIS.

5   Q    YESTERDAY YOU TESTIFIED THAT ASHTON DRAKE WAS A        00:48

6   DISTRIBUTOR OF COLLECTIBLE DOLLS; CORRECT?

7   A    RIGHT.

8   Q    WAS THERE A PARTICULAR DOLL THAT YOU WERE INTERVIEWING TO

9   SEEK A JOB WORKING ON AS A FASHION DESIGNER?

10  A    YES.                                                   00:48

11  Q    WHICH DOLL WAS THAT?

12  A    THAT WAS THE GENE DOLL.

13  Q    CAN YOU EXPLAIN TO THE JURY WHAT YOU RECALL THE GENE DOLL

14  LOOKING LIKE.

15  A    YES.  SHE WAS -- I GUESS THE CONCEPT BEHIND HER WAS THAT  00:49

16  SHE WAS A MOVIE STAR FROM THE -- MAYBE THE '30S AND '40S, AND

17  ALL OF HER OUTFITS AND ACCESSORIES WERE DESIGNED IN SORT OF

18  A -- YOU KNOW, A RETRO HOLLYWOOD, GLAMOUR KIND OF A LOOK.  AND

19  SHE WAS A LARGER DOLL, MAYBE ABOUT 16, 18 INCHES TALL.

20  Q    WHILE YOU WERE INTERVIEWING AT ASHTON DRAKE IN CHICAGO,  00:49

21  DID YOU BRING WITH YOU YOUR BRATZ CONCEPT?

22  A    NO.

23  Q    WHY NOT?

24  A    I DIDN'T THINK IT WAS RELEVANT TO THE POSITION THAT I WAS

25  APPLYING FOR.                                              00:49
```

1    Q    DID YOU THINK THAT THE GENE DOLL AND YOUR BRATZ CHARACTERS

2    COULD LIVE IN HARMONY?

3    A    WELL, NO.

4    Q    IN ANY EVENT, DID YOU GET THE JOB WITH ASHTON DRAKE?

5    A    NO, I DID NOT, ACTUALLY.                                    00:50

6    Q    DURING THAT INTERVIEW, WAS THERE A DISCUSSION WHERE THE

7    NAME "ALASKA MAMA" CAME UP?

8    A    CAN YOU EXPLAIN TO THE JURY HOW THE SUBJECT OF ALASKA MAMA

9    CAME UP DURING YOUR INTERVIEW IN ABOUT SEPTEMBER OF 1998 WITH

10   ASHTON DRAKE.                                                    00:50

11              **MR. PRICE:**  OBJECTION.  THIS IS HEARSAY, YOUR HONOR.

12              **MR. NOLAN:**  IT'S JUST OFFERED FOR THE STATEMENT.

13              **THE COURT:**  LAY A FOUNDATION FOR HOW HE KNOWS,

14   COUNSEL.

15              IS THIS A CONVERSATION YOU'RE REFERRING TO?           00:50

16              **MR. NOLAN:**  YES.  LET ME GO FURTHER.

17   **BY MR. NOLAN:**

18   Q    SO YOU HAD A MEETING WITH SOMEBODY AT ASHTON DRAKE; RIGHT?

19   A    YES.

20   Q    WERE YOU AWARE AT THAT TIME OF WHO THE DESIGNER WAS OF THE  00:50

21   GENE DOLL?

22   A    YES.

23   Q    DO YOU RECALL WHAT HIS NAME WAS?

24   A    I BELIEVE HIS NAME IS MEL ODOM.

25   Q    AND DID YOU HAVE A CONVERSATION WITH MEL ODOM DIRECTLY AT   00:51

```
1    THAT INTERVIEW?

2    A    NO.

3    Q    DID YOU ASK ANY QUESTIONS CONCERNING MEL ODOM AND HOW HE

4    CAME TO ASHTON DRAKE?

5    A    YES.                                                        00:51

6    Q    WHAT QUESTIONS DID YOU ASK CONCERNING MEL ODOM'S

7    INVOLVEMENT WITH THE GENE DOLL?

8    A    I ASKED THE PERSON THAT I WAS INTERVIEWING -- I JUST SAID,

9    'HOW DID YOU GET THIS CONCEPT?  HOW DID THE DESIGNER BRING YOU

10   THIS CONCEPT?'  AND SHE TOLD ME THAT IT HAD BEEN BROUGHT TO     00:51

11   THEM.

12        MR. PRICE:  OBJECTION.  HEARSAY.  THIS IS NOT OFFERED

13   FOR THE TRUTH.

14        THE COURT:  COUNSEL, IS THIS GOING TO ANYTHING?  IS

15   THIS BEYOND THE TRUTH OF THE MATTER ASSERTED?                   00:52

16        MR. NOLAN:  IT'S JUST FOR STATE OF MIND.

17        THE COURT:  I DON'T SEE HOW THAT'S RELEVANT AT THIS

18   POINT.  I'LL SUSTAIN THE OBJECTION.

19   BY MR. NOLAN:

20   Q    BEFORE THE MEETING IN CHICAGO, HAD YOU EVER HEARD OF A     00:52

21   COMPANY CALLED ALASKA MAMA?

22   A    NO.

23   Q    AFTER MEETING IN CHICAGO, HAD YOU HEARD OF THE NAME

24   ALASKA MAMA?

25   A    YES.                                                       00:52
```

```
1    Q    DID YOU KNOW WHERE ALASKA MAMA WAS LOCATED?

2    A    I DON'T REMEMBER.

3    Q    DID YOU HAVE AN UNDERSTANDING, IN SEPTEMBER OF 1998, AS TO

4    WHAT ALASKA MAMA WAS?

5    A    YES.                                                        00:52

6    Q    WHAT WAS YOUR UNDERSTANDING?

7    A    MY UNDERSTANDING WAS THAT THEY WERE AN ARTIST AND DESIGNER

8    REP, REPRESENTATIVE.

9    Q    AT SOME POINT IN TIME, DID YOU COME TO THE DECISION THAT

10   YOU NEEDED TO MAKE MORE MONEY THAN YOU WERE MAKING AT OLD NAVY?  00:53

11   A    YES.

12   Q    AND HOW OLD WERE YOU AT THAT TIME?

13   A    I THINK I WAS ABOUT 29.

14   Q    DID YOU MAKE ANY DECISION AS TO WHERE YOU WOULD SEEK

15   EMPLOYMENT?                                                      00:53

16   A    WELL, AFTER I INTERVIEWED WITH ASHTON DRAKE AND NOTHING

17   CAME ABOUT OF THAT, I DECIDED TO REAPPLY TO MATTEL.

18   Q    SO AT THIS POINT IN TIME, OTHER THAN YOUR SALARY AS A

19   SALES CLERK AT OLD NAVY AND THE APPROXIMATE $800 THAT YOU HAD

20   MADE IN FREELANCING FROM ASHTON DRAKE, HAD YOU HAD ANY OTHER     00:53

21   INCOME AFTER YOU HAD RESIGNED FROM MATTEL?

22   A    NO, NOT THAT I REMEMBER.

23   Q    TELL US ABOUT WHEN YOU REAPPLIED TO MATTEL.

24   A    LET'S SEE.  I THINK I REAPPLIED IN OCTOBER OF 1998.

25   Q    DO YOU REMEMBER WHO YOU GOT IN TOUCH WITH?                  00:54
```

```
 1   A    YES.  I CALLED MY FORMER SUPERVISOR, CASSIDY PARK.

 2   Q    DID YOU SUBMIT ANYTHING IN CONNECTION WITH YOUR

 3   REAPPLICATION TO MATTEL?

 4   A    WELL, NO, I DIDN'T REALLY SUBMIT ANYTHING, THAT I

 5   REMEMBER.  I DID HAVE AN INTERVIEW.                        00:54

 6   Q    DO YOU RECALL WHO YOU INTERVIEWED WITH?

 7   A    YES.  I INTERVIEWED WITH -- WELL, MY FIRST INTERVIEW WAS

 8   WITH IVY ROSS.

 9   Q    AND HOW MANY INTERVIEWS DID YOU HAVE?

10   A    I ACTUALLY HAD TWO.                                   00:55

11   Q    BOTH WITH IVY ROSS, OR DID YOU MEET WITH OTHER PEOPLE?

12   A    NO.  THE FIRST WAS WITH IVY ROSS, AND THE SECOND WAS WITH

13   RON LONGSDORF AND ANNE DRISKILL.

14   Q    AND WHO'S RON LONGSDORF AND ANNE DRISKILL?  WERE THEY

15   EMPLOYEES OF MATTEL?                                       00:55

16   A    YES.

17   Q    DO YOU KNOW WHAT THEIR POSITIONS WERE?

18   A    I THINK RON'S POSITION WAS SENIOR VICE PRESIDENT OF BARBIE

19   COLLECTIBLES, AND I'M NOT EXACTLY SURE WHAT ANNE DRISKILL'S

20   TITLE WAS.                                                 00:55

21   Q    AT SOME POINT DURING THE INTERVIEW PROCESS, DID YOU SUBMIT

22   AN UPDATED PORTFOLIO?

23   A    YES.

24   Q    DO YOU HAVE EXHIBIT 15058 IN FRONT OF YOU?

25   A    YES.                                                  00:56
```

1    Q    DO YOU RECOGNIZE 15058?

2    A    YES.

3    Q    WHAT IS 15058?

4    A    THIS LOOKS LIKE ONE OF THE PORTFOLIO PIECES THAT I HAD

5    DONE.                                                                00:56

6         **MR. NOLAN:**  MAY I APPROACH WITH THE ORIGINAL OF THIS?

7         **THE COURT:**  YOU MAY.

8    **BY MR. NOLAN:**

9    Q    DO YOU RECOGNIZE WHAT I'VE PLACED IN FRONT OF YOU AS THE

10   ORIGINAL OF 15058?                                                  00:57

11   A    YES.

12   Q    AND COULD YOU SHOW THAT TO THE JURY.

13        **MR. NOLAN:**  YOUR HONOR, WE'D OFFER UP A COPY OF 15058

14   INTO EVIDENCE.

15        **THE COURT:**  ANY OBJECTION?                                 00:57

16        **MR. PRICE:**  NO OBJECTION.

17        **THE COURT:**  IT'S ADMITTED.

18        YOU MAY PUBLISH.

19        (EXHIBIT 15058 RECEIVED.)

20   **BY MR. NOLAN:**

21   Q    NOW, AGAIN, MR. BRYANT, I WANT TO POINT OUT, WHAT'S SHOWN

22   ON THE SCREEN IS A COPY; YOU HAVE THE ORIGINAL, BUT THAT'S YOUR

23   SIGNATURE AND THE DATE.

24        DO YOU SEE THAT?

25   A    YES.                                                           00:57

1    Q    AND WHAT IS THE DATE ON THAT?

2    A    IT SAYS 10-98.

3    Q    AGAIN, CAN YOU EXPLAIN TO THE JURY WHAT PURPOSE, IF ANY,

4    YOU HAD IN PLACING THE DATE OF THIS DRAWING.

5    A    I THINK THE ONLY THING THAT I REMEMBER IS THAT I FELT THAT          00:57

6    I WOULD PROBABLY BE SHOWING THESE IN AN INTERVIEW.

7    Q    IS THIS AN EXAMPLE OF WHEN YOU WERE PRESENTING YOUR

8    DRAWING TO a third party, THAT'S WHEN YOU WOULD PUT THE DATES

9    ON IT?

10   A    YES, YOU COULD SAY THAT.                                           00:58

11   Q    DURING THE INTERVIEW, DID YOU EVER SHOW TO ANYBODY AT

12   THOSE MEETINGS THE CONCEPT OF BRATZ?

13   A    NO.

14   Q    DID YOU TAKE YOUR DRAWINGS WITH YOU?

15   A    NO.                                                                00:58

16   Q    DID YOU EVEN DISCUSS THE IDEA OF BRATZ WITH THEM?

17   A    NO.

18   Q    I THINK WE CAN PUSH THIS ALONG A LITTLE BIT.

19        WE UNDERSTAND YOU WERE SUCCESSFUL AND YOU WERE

20   REHIRED BACK AT MATTEL; CORRECT?                                        00:58

21   A    YES.

22   Q    THEN YOU SIGNED A CONTRACT, WHICH IS EXHIBIT 25, AND THE

23   CONFLICT OF INTEREST QUESTIONNAIRE, WHICH IS EXHIBIT 26;

24   CORRECT?

25   A    RIGHT.                                                             00:58

```
 1   Q    NOW, WERE YOU ASSIGNED TO A DIFFERENT DEPARTMENT THAN YOU

 2   HAD BEEN IN THE ORIGINAL EMPLOYMENT STINT?

 3   A    YES.

 4   Q    AND THAT IS, NOW YOU'RE IN BARBIE COLLECTIBLES.

 5   A    YES.                                                        00:59

 6   Q    BY THE WAY, MR. PRICE WAS ASKING YOU CERTAIN QUESTIONS

 7   ABOUT WHEN YOU WERE WORKING IN MISSOURI, AFTER YOU HAD LEFT

 8   MATTEL BUT BEFORE YOU HAD RESIGNED, BETWEEN JANUARY AND APRIL

 9   OF 1998.

10          DO YOU RECALL THAT?                                      00:59

11   A    YES.

12   Q    ISN'T IT TRUE THAT SOME OF THE PROJECTS, SUCH AS JEWEL

13   BARBIE, THAT YOU RECEIVED AND WORKED ON IN 1998 WHILE IN

14   MISSOURI WERE MORE AKIN TO BARBIE COLLECTIBLES?  OR WERE THEY

15   BARBIE BASICS?                                                  00:59

16   A    I WAS NEVER REALLY CLUED IN TO EXACTLY WHAT THEY WERE

17   INTENDING TO DO WITH THIS PROJECT.

18   Q    IN ANY EVENT, YOU STARTED WORKING JANUARY 4, 1999;

19   CORRECT?

20   A    YES.                                                       00:59

21   Q    YOU WENT THROUGH AN ORIENTATION MEETING, AS I UNDERSTAND

22   IT; CORRECT?

23   A    YES.

24   Q    AND THEN WHERE WERE YOU PHYSICALLY ASSIGNED WITHIN MATTEL?

25   A    WELL, I WAS IN THE DESIGN CENTER.  ALL I REMEMBER IS THAT  01:00
```

```
 1   THERE WAS A LONG HALLWAY RIGHT NEXT TO MY CUBICLE.  IT WAS JUST
 2   KIND OF IN A SORT OF VAST, OPEN AREA.
 3   Q    NOW, CAN YOU JUST BRIEFLY DESCRIBE FOR US THE TYPE OF
 4   DESIGNS THAT YOU WERE WORKING ON IN 1999 IN BARBIE
 5   COLLECTIBLES?
 6   A    WELL, I WAS WORKING ON, YOU KNOW, COLLECTIBLE DOLLS FOR A
 7   MORE ADULT MARKET.  I WAS DOING THINGS LIKE BARBIE AS A SWAN,
 8   AND I DID HOLLYWOOD BARBIE.  I DID A SERIES BASED ON ROMAN
 9   MYTHOLOGY.  JUST VARIOUS TYPES OF THINGS LIKE THAT.
10   Q    MR. PRICE ASKED YOU QUESTIONS CONCERNING WHETHER OR NOT
11   YOU HAD EVER DESIGNED A DOLL WHILE AT MATTEL.
12           DO YOU RECALL THAT LINE OF QUESTIONS?
13   A    YES.
14   Q    I THINK YOU MADE A REFERENCE TO SOMETHING CALLED A
15   FRANKENSTEIN DOLL; IS THAT RIGHT?
16   A    YES.
17   Q    CAN YOU GIVE THAT A LITTLE MORE COLOR, OR MAYBE less
18   color, AND JUST EXPLAIN TO ME WHAT A FRANKENSTEIN DOLL WOULD
19   BE.  IS THAT YOUR OWN TERM, OR HAVE YOU HEARD THAT SOMEWHERE
20   ELSE?
21   A    NO.  THAT WAS MY TERM THAT I MADE UP.
22           IT JUST MEANT TAKING, YOU KNOW -- MAYBE TAKING THE
23   ARMS OFF ONE DOLL AND PUTTING THEM ON, YOU KNOW, A TORSO, OR
24   MAYBE TAKING A CERTAIN TORSO AND CHANGING THE LEG.  AND A LOT
25   OF TIMES WHAT I WOULD DO, ACTUALLY, WAS, WITH THE HEADS IN
```

01:00
01:01
01:01
01:01
01:02

1   PARTICULAR, IF I HAD A HEAD THAT HAD, YOU KNOW, A REALLY NICE

2   FACE BUT NOT SUCH A GOOD HAIRSTYLE, I WOULD ACTUALLY CUT THE

3   HAIR OFF AND REPLACE IT WITH A NEW, YOU KNOW, TOP PIECE.

4   Q    AND YOU WERE ACTUALLY A FASHION DESIGNER WITHIN BARBIE

5   COLLECTIBLES; YES?                                              01:02

6   A    YES.

7   Q    YOU WEREN'T ACTUALLY MODELING THE 3-D SCULPTS; CORRECT?

8   A    NO.

9   Q    MR. PRICE SHOWED YOU YOUR RESUMÉ, AND WE CAN PUT IT BACK

10  UP IN A MINUTE; BUT DO YOU RECALL IN YOUR RESUMÉ YOU MADE        01:02

11  REFERENCE TO SEEING PROJECTS THROUGH TO 3-D FORMATIONS.

12          DO YOU REMEMBER THAT?

13  A    YES.

14  Q    AND I THINK YOU SAID, 'WELL, YES, FASHIONS.'

15          IS THAT WHAT YOU WERE DOING, IS DESIGNING FASHIONS,       01:03

16  SKETCHING THEM OUT, AND THEN WATCHING AS THEY BECAME ACTUAL

17  FASHIONS FOR DOLLS?

18  A    YES.  I WOULD NORMALLY START WITH SOME SORT OF SKETCH OR

19  FABRIC.  BUT I WOULD, YOU KNOW, BEGIN WITH SOME SORT OF

20  DIRECTION.  MAKE SOME SKETCHES, CHOOSE FABRICS; AND THEN, YES,   01:03

21  OBSERVE THE PROCESS OF THAT TURNING INTO A THREE-DIMENSIONAL

22  OBJECT.

23  Q    AND THAT THREE-DIMENSIONAL OBJECT IS A FASHION?

24  A    RIGHT.

25  Q    I'M TRYING TO DISTINGUISH BETWEEN -- IN OTHER WORDS, A 3-D   01:03

1   OBJECT COULD BE THE DOLL ITSELF, OR, IN YOUR MIND, IT COULD

2   ALSO BE THE FASHIONS; YES?

3   A    RIGHT.

4   Q    SO WHEN YOU WERE USING, IN YOUR RESUMÉ THAT YOU HAD SENT

5   OUT -- LET ME PUT UP THE LETTER YOU WROTE TO LEGGETT & PLATT.          01:04

6            **MR. NOLAN:**  THIS IS IN EVIDENCE, YOUR HONOR, 10480.

7            **THE COURT:**  VERY WELL.

8   **BY MR. NOLAN:**

9   Q    THIS IS A LETTER, AS IT'S COMING UP, MR. BRYANT, THAT YOU

10  WROTE -- THIS IS THE LETTER THAT YOU WROTE MAY 27, 1998, TO            01:04

11  LEGGETT & PLATT.

12  A    YES.  IT APPEARS TO BE.

13  Q    AND INTRODUCE THE JURY TO LEGGETT & PLATT.

14       WHO WERE THEY?

15  A    I ACTUALLY REALLY DON'T REMEMBER VERY MUCH ABOUT THIS.  I         01:04

16  THINK THEY MIGHT HAVE BEEN INVOLVED -- I THINK THEY WERE SOME

17  KIND OF GRAPHIC DESIGN FIRM.

18  Q    AND UP HERE, THE NAME, YOUR NAME ON THIS LETTER, SHOWS THE

19  ADDRESS OF YOUR PARENTS' HOUSE; IS THAT CORRECT?

20  A    YES.                                                             01:05

21  Q    AND I JUST WANT TO DRAW YOUR ATTENTION DOWN HERE WHERE IT

22  SAYS, "MY EXPERIENCE IN FLOWER FUN BARBIE GROUP AS WELL AS ONE

23  OTHER BARBIE SERIES WHICH MATTEL WILL INTRODUCE LATER THIS

24  YEAR..."

25       MR. BRYANT, CAN YOU SEE THAT FROM HERE?                          01:05

1    A    YES.

2    Q    SO IT SAYS, "MY EXPERIENCE AT MATTEL INCLUDED ALL ASPECTS

3    OF 2-D AND 3-D DESIGNS AND ILLUSTRATIONS, AND GAVE ME A VERY

4    SOLID EXPERIENCE IN WORKING IN A HIGHLY-CREATIVE FIELD WITH

5    TIGHT DEADLINES."                                            01:05

6             DO YOU SEE THAT?

7    A    YES.

8    Q    THAT WAS A TRUE STATEMENT, WASN'T IT?

9    A    YES.

10   Q    BUT THE REFERENCE THERE OF 2-D AND 3-D DESIGNS AND        01:05

11   ILLUSTRATIONS, DID THAT REFER TO 3-D FORMS OF FASHION?

12   A    YES.

13   Q    MR. PRICE ALSO ASKED YOU WHETHER OR NOT, IN THIS EARLY

14   STAGE BACK AT MATTEL, WHETHER OR NOT YOU HAD REDESIGNED A

15   BARBIE DOLL.                                                 01:06

16            DO YOU REMEMBER THAT LINE OF QUESTIONING?

17   A    YES.

18   Q    IS IT TRUE THAT YOU HAD MADE SUGGESTIONS FOR SOME CHANGES

19   IN THE BODY DESIGN OF THE BARBIE SCULPT ITSELF?

20   A    YES.                                                    01:06

21   Q    DO YOU KNOW WHETHER OR NOT YOUR SUGGESTIONS WERE EVER

22   FOLLOWED AT MATTEL?

23   A    I'M NOT CERTAIN, BUT I DON'T THINK SO.

24   Q    DO YOU RECALL, AS PART OF THAT PROCESS OF MAKING

25   SUGGESTIONS -- DID YOU ACTUALLY DO A SCULPT OF WHAT YOU THOUGHT  01:06

```
 1   THE NEW BARBIE DESIGN SHOULD LOOK LIKE?

 2   A    DID I DO A SCULPT MYSELF?

 3   Q    YES.

 4   A    NO.  I'M NOT A SCULPTOR.

 5   Q    DID YOU WORK WITH SCULPTORS AT MATTEL ON THAT PROJECT?      01:07

 6   A    NOT THAT I REMEMBER, NO.

 7   Q    MR. PRICE ALSO SHOWED YOU -- AND I BELIEVE IT'S AN

 8   EXHIBIT -- A BARBIE DOLL THAT IS A DESIGNER AND YOUR SIGNATURE

 9   IS ON THAT BOX.

10            IS THAT GRAND AVENUE BARBIE?                           01:07

11   A    IT WAS CALLED --

12   Q    GRAND ENTRANCE?

13   A    GRAND ENTRANCE, YES.

14   Q    ON THIS GRAND ENTRANCE BARBIE, IT'S TRUE THAT YOUR NAME IS

15   LISTED AS THE DESIGNER; CORRECT?                                01:08

16   A    YES.

17   Q    WERE YOU THE DESIGNER OF THE DOLL OR THE FASHIONS?

18   A    WELL, I DESIGNED THE FASHIONS; I MEAN, THE BODY AND THE

19   HEAD ALREADY EXISTED.

20   Q    WHEN YOU LEFT MISSOURI AND RETURNED TO GARDENA,           01:08

21   CALIFORNIA, AND MOVED INTO THE HOUSE IN GARDENA, DID YOU BRING

22   WITH YOU ANY OF THE DRAWINGS THAT YOU HAD BEEN WORKING ON IN

23   MISSOURI?

24   A    YES.

25   Q    FOR INSTANCE, THE GREETING CARDS, RAINY DAY RASCALS; DID   01:08
```

1    YOU BRING ALL THAT OUT WITH YOU?

2    A    YES.

3    Q    AND THEN THERE WAS ANOTHER PROJECT CALLED SABRINA.

4         DO YOU RECALL THAT PROJECT IN 1998?

5    A    YES.                                                      01:09

6    Q    AND SABRINA WAS ANOTHER IDEA THAT YOU HAD -- WHAT WAS

7    SABRINA?

8    A    SABRINA WAS A FASHION DOLL IDEA THAT I HAD HAD.  IT WAS --

9    HER CHARACTER WAS SUPPOSED TO BE -- SHE WAS, LIKE, I GUESS,

10   WHAT YOU'D CALL A HOUSE MODEL.  BACK IN THE, I DON'T KNOW,      01:09

11   MAYBE THE '40S AND '50S, A LOT OF TIMES, THE FASHION HOUSES

12   WOULD HAVE HOUSE MODELS THAT THEY USED OVER AND OVER THAT KIND

13   OF EMBODIED THEIR VISION FOR THEIR FASHION HOUSE; AND THAT WAS

14   KIND OF THE IDEA BEHIND SABRINA.

15   Q    DO YOU HAVE EXHIBIT NUMBER 15110 IN FRONT OF YOU, SIR?      01:09

16   A    YES.

17   Q    DO YOU RECOGNIZE THIS?

18   A    YES.

19   Q    WHAT IS THIS, SIR?

20   A    THIS WAS JUST A REALLY QUICK SKETCH THAT I HAD DONE, KIND   01:10

21   OF SUMMING UP IN A NUTSHELL THE IDEA OF SABRINA.

22   Q    AND WHEN DID YOU DO THIS?

23   A    THIS WAS IN 1998.

24        MR. NOLAN:  YOUR HONOR, WE'D OFFER 15110.

25        MR. PRICE:  NO OBJECTION.                                  01:10

1        **THE COURT:**  IT'S ADMITTED.

2            YOU MAY PUBLISH.

3            (EXHIBIT 15110 RECEIVED.)

4   **BY MR. NOLAN:**

5   Q   MR. BRYANT, I HAVE THE ORIGINAL, IF IT WOULD ASSIST YOU AT          01:10

6   ALL, BUT DO YOU SEE THIS?  DO YOU RECOGNIZE THE HANDWRITING ON

7   THIS DOCUMENT?

8   A   YES.

9   Q   WHOSE HANDWRITING IS THAT?

10  A   THAT'S MINE.                                                        01:10

11  Q   AND YOU DREW THE PICTURES THAT ARE DEPICTED ON THIS?

12  A   YES.

13  Q   IT SAYS, "EVERY ONCE IN A WHILE, A GIRL COMES ALONG TO

14  STEAL YOUR HEART AWAY.  THAT MOMENT IS NOW"; IS THAT CORRECT?

15  A   YES.                                                               01:10

16  Q   IF YOU COULD LOOK AT EXHIBIT NUMBER 15339 FOR A MOMENT.

17         DO YOU RECOGNIZE THIS EXHIBIT?

18        **MR. NOLAN:**  THESE ARE ALL ADMITTED BY STIPULATION,

19  YOUR HONOR, IF I COULD JUST POST AT THE SAME TIME.

20        **THE COURT:**  YOU MAY.                                          01:11

21        **MR. NOLAN:**  THANK YOU.

22  **BY MR. NOLAN:**

23  Q   SO THIS IS 15339.

24  A   OKAY.

25  Q   NOW, THIS IS A DRAWING.                                            01:11

```
 1              WHO DID THE DRAWING?

 2   A    I DID.

 3   Q    AND WHEN DID YOU DO IT?

 4   A    I DID THAT IN 1998.

 5   Q    DID YOU DO THAT AT OR ABOUT THE TIME YOU WERE ALSO WORKING    01:11

 6   ON YOUR BRATZ CONCEPT?

 7   A    IT'S POSSIBLE.  I DON'T REMEMBER EXACTLY THE TIME THAT I

 8   DID THAT SKETCH, BUT IT'S POSSIBLE.

 9   Q    BUT DO YOU RECALL WHERE YOU WERE LIVING?

10   A    I WAS LIVING IN KIMBERLING CITY.                             01:12

11   Q    NOW, THE HANDWRITING IS YOURS; IS THAT CORRECT?

12   A    YES.

13   Q    CAN YOU READ THE -- IT SAYS "SABRINA, HAIR" -- WHAT'S THAT

14   WORD?

15   A    I THINK IT SAYS "TRICKS."                                    01:12

16   Q    HAIR TRICKS.

17            OKAY.  CAN YOU JUST READ YOUR NOTE NUMBER ONE.

18   A    I THINK THAT SAYS, "HAIR IS ROOTED AND PULLED UP INTO

19   HOLE.  A SNAP/CLAMP IS PLACED INSIDE TO CATCH THE HAIRPIECE."

20   Q    WAS THAT AN IDEA FOR REMOVABLE HAIR THAT YOU CAME UP WITH    01:12

21   IN 1998?

22   A    YES.

23   Q    AND THEN CAN YOU LOOK AT EXHIBIT 15340.

24            DO YOU RECOGNIZE THAT?

25   A    YES.                                                         01:13
```

```
 1              MR. NOLAN:  THIS IS IN EVIDENCE TOO.

 2   BY MR. NOLAN:

 3   Q    DID YOU DO THE DRAWING?

 4   A    YES.

 5   Q    AND WHEN DID YOU DO THE DRAWING?                        01:13

 6   A    THAT WAS IN 1998.

 7   Q    AND WHAT'S DEPICTED HERE?

 8   A    THESE WERE JUST SOME IDEAS OF HOW THIS DETACHABLE

 9   HAIRPIECE MIGHT WORK, AND JUST SOME -- YEAH, JUST SOME -- I

10   GUESS I WAS JUST TRYING TO FIGURE IT OUT IN MY OWN HEAD HOW IT   01:13

11   MIGHT ACTUALLY WORK.

12   Q    LOOK AT 15341.

13              THE COURT:  THIS IS ADMITTED AS WELL?

14              MR. NOLAN:  YES.

15              THE COURT:  JUST INDICATE SO ON THE RECORD.        01:14

16   BY MR. NOLAN:

17   Q    DO YOU HAVE THAT, MR. BRANT?

18   A    YES.

19   Q    AGAIN, CAN YOU, FIRST OF ALL, IDENTIFY WHO DID THE

20   DRAWINGS?                                                    01:14

21   A    THAT WAS ME.

22   Q    WHEN DID YOU DO THEM?

23   A    THESE WERE DONE IN 1998.

24   Q    WHERE WERE YOU LIVING?

25   A    KIMBERLING CITY.                                        01:14
```

```
1    Q    WITH YOUR PARENTS?

2    A    YES.

3    Q    AND "SABRINA IDEAS," WHOSE HANDWRITING IS THAT?

4    A    THAT'S MINE.

5    Q    AND CAN YOU JUST READ YOUR HANDWRITING FOR US.            01:14

6    A    IT SAYS, "SABRINA IDEAS:  IF THE HAIRPIECE THING IS TOO

7    COMPLICATED AT FIRST, MAYBE SHE JUST COMES WITH GREAT

8    ACCESSORIES THAT ARE CHANGEABLE.  EXAMPLE, A VARIETY OF

9    EARRINGS TO GO WITH THAT PARTICULAR OUTFIT OR A VARIETY OF

10   PURSES, HATS, ET CETERA.  OR MAYBE THE OUTFITS ARE DESIGNED IN  01:15

11   GROUPS AS MUCH AS POSSIBLE; SPORTSWEAR THAT CAN BE MIXED AND

12   MATCHED."

13          AND THEN IT GIVES AN EXAMPLE OF THE LITTLE SKETCH.

14   Q    AND THEN COULD YOU TURN TO 15341-006.

15          MR. NOLAN:  THIS IS ALSO IN EVIDENCE, YOUR HONOR, BY     01:15

16   STIPULATION.

17   BY MR. NOLAN:

18   Q    AGAIN, LOOKING AT THIS DRAWING, SIR, WHO DID THE DRAWING?

19   A    I DID.

20   Q    AND WHEN DID YOU DO IT?                                   01:15

21   A    THAT WAS DONE, ALSO, IN 1998.

22   Q    WHERE WERE YOU LIVING?

23   A    KIMBERLING CITY.

24   Q    WITH YOUR PARENTS?

25   A    RIGHT.                                                    01:16
```

```
 1   Q    AND, AGAIN, CAN YOU JUST TELL US WHAT'S DEPICTED HERE; AND

 2   IF THAT'S YOUR HANDWRITING, COULD YOU READ IT TO US.

 3   A    YES, THIS IS MY HANDWRITING.

 4        IT SAYS, "SABRINA COMES WITH FASHION HAIRPIECES SO

 5   YOU CAN CHANGE HER LOOK AS YOU CHANGE HER FASHIONS."          01:16

 6   Q    AND THE LAST IN THE SERIES THAT'S IN EVIDENCE BY

 7   STIPULATION, IF YOU COULD LOOK AT TRIAL EXHIBIT 15091.

 8        DO YOU SEE THAT?

 9   A    YES.

10   Q    FIRST OF ALL, DID YOU DO THE DRAWINGS AND SKETCHES       01:16

11   CONTAINED IN 15091?

12   A    YES.

13   Q    AND WHEN DID YOU DO THE DRAWINGS?

14   A    I BELIEVE THIS WAS ALSO IN 1998.

15   Q    AGAIN, WHERE WERE YOU LIVING?                            01:16

16   A    KIMBERLING CITY.

17   Q    BY THE WAY, IN 1998, IN KIMBERLING CITY, DID YOU LIVE

18   ANYWHERE OTHER THAN WITH YOUR PARENTS?

19   A    NO.

20   Q    WHAT WERE YOU DEPICTING IN THIS SKETCH THAT'S MARKED AS  01:17

21   EXHIBIT 15091?

22   A    I THINK THIS WAS JUST A CONCEPT FOR WHAT ONE OF THE

23   PRODUCTS MIGHT BE.  I THINK I WAS TRYING TO DEPICT HERE,

24   MAYBE -- SHE HAD, LIKE, A LITTLE BACKDROP, AND SHE HAD -- IT

25   LOOKS LIKE THE SCENE WAS TRYING TO DEPICT THAT IT WAS GOING TO 01:17
```

1   BE, LIKE, A KITCHEN SCENE, AND SHE HAD ALL OF THESE KITCHEN

2   APPLIANCES AND WHATNOT THAT, YOU KNOW, CAME WITH THIS

3   PARTICULAR, YOU KNOW, IDEA FOR A PRODUCT.

4   Q    DO YOU EVER RECALL LISTING ON THE CONFLICT OF INTEREST

5   QUESTIONNAIRE, EXHIBIT NUMBER 26, WHEN YOU SIGNED IT JANUARY 4,    01:17

6   1999 -- DID YOU LIST ANY OF THE SABRINA DRAWINGS OR CONCEPTS

7   THAT YOU HAD DONE IN KIMBERLING CITY IN 1998?

8   A    NO.

9   Q    HAD YOU EVER OFFERED THESE SABRINA CONCEPTS AND DRAWINGS

10  TO ANYBODY WHILE YOU WERE BACK IN MISSOURI?    01:18

11  A    NO, NOT THAT I REMEMBER.

12  Q    AS WE WERE GOING THROUGH THESE, DID YOU SEE ANY OF THEM

13  MARKED WITH A DATE ON THE BOTTOM?

14  A    NO.

15  Q    HAVE YOU EVER PRESENTED THESE OUTSIDE COMMERCIALLY, OR    01:18

16  HAVE YOU EVER PRESENTED THEM WITH THE HOPE OF TRYING TO SELL

17  THIS IDEA TO SOMEBODY?

18  A    NO.

19  Q    WHEN YOU DID SABRINA, WERE YOU EXCITED ABOUT THAT?

20  A    YES, I WAS.    01:18

21  Q    THOUGHT THIS WAS A PRETTY COOL IDEA?

22  A    I DID AT THE TIME, YES.

23  Q    WHILE WORKING AT MATTEL, DID YOU EVER PRESENT SABRINA TO

24  MATTEL?

25  A    NO.    01:19

```
 1   Q    AT SOME POINT IN TIME -- IN ANY EVENT, I WANT TO GET BACK
 2   TO HOW YOU PHYSICALLY GOT FROM KIMBERLING CITY, MISSOURI, BACK
 3   TO LOS ANGELES.
 4        DID YOU FLY?  DRIVE?  RIDE A BIKE?  HOW DID YOU GET
 5   FROM KIMBERLING CITY TO MISSOURI [SIC]?                          01:19
 6   A    YOU MEAN BACK TO L.A.?
 7   Q    FROM KIMBERLING CITY TO L.A.
 8   A    I DROVE.
 9   Q    DID YOU -- THIS IS WHAT I THINK WE WERE GETTING AT
10   BEFORE -- DID YOU PACK UP YOUR BELONGINGS AND YOUR ARTWORK AND   01:19
11   DRIVE OUT TO THE LOS ANGELES AREA?
12   A    YES.
13   Q    NOW, BEFORE YOU LEFT KIMBERLING CITY, SOMETIME WHEN YOU
14   WERE DOING THE BRATZ DRAWINGS, DO YOU RECALL SHOWING YOUR BRATZ
15   DRAWINGS TO YOUR MOTHER?                                         01:19
16   A    YES.
17   Q    DO YOU KNOW A WOMAN BY THE NAME OF JEANNE GALVANO?
18   A    YES.
19   Q    WHO IS JEANNE GALVANO?
20   A    SHE'S ONE OF MY MOM'S GOOD FRIENDS.                         01:20
21   Q    AND DO YOU KNOW WHERE JEANNE GALVANO LIVES?
22   A    SHE LIVES IN ALASKA.
23   Q    AND DO YOU KNOW WHETHER OR NOT FROM TIME TO TIME
24   JEANNE GALVANO VISITS YOUR MOTHER IN KIMBERLING CITY, MISSOURI?
25        MR. PRICE:  OBJECTION.  LACK OF FOUNDATION.                 01:20
```

```
 1          THE COURT:  ESTABLISH HOW HE KNOWS.

 2          SUSTAINED.

 3          YOU CAN ANSWER THAT QUESTION YES OR NO, WHETHER YOU

 4   KNOW.  THEN LAY THE FOUNDATION.

 5   BY MR. NOLAN:

 6   Q    DO YOU KNOW WHETHER OR NOT JEANNE GALVANO HAS EVER VISITED

 7   YOUR MOTHER IN KIMBERLING CITY, MISSOURI?

 8   A    YES, SHE HAS.

 9   Q    HOW DO YOU KNOW?

10          MR. PRICE:  MOVE TO STRIKE.                          01:20

11          THE COURT:  JUST ANSWER YES OR NO, WHETHER YOU KNOW.

12   NOT WHETHER SHE HAS OR NOT.

13          THE WITNESS:  I'M SORRY.

14          YES.

15   BY MR. NOLAN:

16   Q    WHAT IS THE BASIS FOR YOUR KNOWLEDGE?

17   A    I REMEMBER SEEING HER THERE FROM TIME TO TIME.

18          THE COURT:  YOU MAY PROCEED.

19          MR. NOLAN:  THANK YOU.

20   BY MR. NOLAN:

21   Q    RICHARD IRMEN.  WHO'S RICHARD IRMEN?

22   A    RICHARD IRMEN IS MY PARTNER.

23   Q    WHEN YOU DROVE FROM MISSOURI, FROM KIMBERLING CITY,

24   MISSOURI, TO GARDENA, IN JANUARY -- WHEN DID YOU ARRIVE BACK IN

25   CALIFORNIA AFTER YOUR TRIP OUT THERE, YOUR CAR TRIP?      01:21
```

```
 1   A     I THINK I GOT THERE ON NEW YEAR'S EVE.

 2   Q     AND DID YOU DRIVE TO A PARTICULAR LOCATION?

 3   A     YES.

 4   Q     AND DID YOU MEET ANYBODY AND STAY AT SOMEBODY'S HOUSE?

 5   A     YES.  I DROVE TO THE HOUSE THAT RICHARD WAS LIVING IN AT      01:22

 6   THE TIME.

 7   Q     AND I HATE TO EXPLORE THE PERSONAL RELATIONSHIP, BUT I

 8   JUST NEED TO ASK YOU.

 9           AT THAT TIME, WERE YOU AND RICHARD PARTNERS?

10   A     WE HAD HAD SOME ON AND OFF TIME.                             01:22

11   Q     IN ANY EVENT, DO YOU RECALL HAVING A CONVERSATION WITH

12   RICHARD AROUND NEW YEAR'S OF 1999?

13           MR. PRICE:  OBJECTION.  THIS IS LEADING.

14           THE COURT:  SUSTAINED.

15   BY MR. NOLAN:

16   Q     DID YOU MEET WITH MR. IRMEN OVER THE NEW YEAR'S HOLIDAY IN

17   1999?

18   A     YES.

19   Q     DO YOU RECALL SHOWING ANYTHING TO MR. IRMEN DURING THAT

20   VISIT?                                                             01:23

21           MR. PRICE:  OBJECTION.  LEADING.

22           THE COURT:  OVERRULED.

23           JUST YES OR NO.

24           THE WITNESS:  YES.

25   / / /
```

1    **BY MR. NOLAN:**

2    Q    WHAT, IF ANYTHING, DID YOU SHOW TO MR. IRMEN OVER THAT

3    NEW YEAR'S HOLIDAY?

4    A    I THINK I SHOWED HIM A LOT OF THINGS.  I SHOWED HIM A LOT

5    OF WHAT I HAD BEEN WORKING ON WHILE I WAS BACK IN MISSOURI;        01:23

6    GREETING CARDS, SABRINA, BRATZ; JUST BASICALLY EVERYTHING THAT

7    I HAD KIND OF BEEN WORKING ON.

8    Q    MR. BRYANT, YOUR MOTHER STILL LIVES IN KIMBERLING CITY,

9    MISSOURI?

10   A    NO.                                                           01:23

11   Q    WHERE DOES SHE LIVE NOW?

12   A    SHE NOW LIVES IN SPRINGFIELD, MISSOURI.

13   Q    HAVE YOU EVER ASKED YOUR MOTHER TO LIE FOR YOU IN THIS

14   LITIGATION?

15   A    OH, MY GOD, NO.                                               01:24

16   Q    WHAT ABOUT JEANNE GALVANO?  HAVE YOU EVER CONTACTED OR

17   COMMUNICATED IN ANY WAY WITH JEANNE GALVANO AND ASKED HER TO

18   LIE FOR YOU IN THIS LITIGATION?

19   A    ABSOLUTELY NOT.

20   Q    HAVE YOU EVER ASKED RICHARD IRMEN TO LIE FOR YOU IN THIS      01:24

21   LITIGATION?

22   A    ABSOLUTELY NOT.

23   Q    DID THERE COME A TIME WHEN YOU RAN ACROSS -- LET ME

24   APPROACH IT THIS WAY, SO I DON'T GET A LEADING OBJECTION; I'M

25   STARTING TO ANTICIPATE THEM NOW.                                   01:24

```
 1          THE COURT:  NEXT QUESTION, COUNSEL.

 2   BY MR. NOLAN:

 3   Q    WHEN DID YOU NEXT FOCUS ON YOUR BRATZ CONCEPT AND

 4   DRAWINGS?

 5   A    IT WAS SOMETIME IN '99.                                    01:25

 6   Q    DO YOU RECALL A SPECIFIC DATE?

 7   A    I THINK IT WAS SOMETIME IN THE SUMMER.

 8   Q    WHAT, IF ANYTHING, CAUSED YOU TO TAKE A LOOK AT THE BRATZ

 9   CONCEPT AND DRAWINGS?

10   A    WELL, I DON'T REMEMBER EXACTLY, OTHER THAN I THINK I WAS   01:25

11   GOING THROUGH SOME OF MY PAST ARTWORK AND CAME ACROSS THE

12   MASTER DRAWINGS AGAIN, AND I JUST FELT LIKE THEY WERE STILL,

13   YOU KNOW, PRETTY NEAT, AND THOUGHT MAYBE THAT, YOU KNOW, I

14   SHOULD MAYBE DO SOMETHING WITH THEM.

15   Q    AND THIS WAS IN THE SUMMER OF 1999.                        01:25

16   A    YES, I THINK SO.

17   Q    DID YOU TAKE ANY STEPS TO DO ANYTHING WITH RESPECT TO THE

18   MASTER DRAWINGS OF BRATZ?

19   A    YES, I DID.

20   Q    WHAT DID YOU DO?                                           01:26

21   A    I TOOK THE MASTER DRAWINGS AND TRANSFERRED THEM ONTO

22   ILLUSTRATION BOARD AND ADDED COLOR.

23   Q    LET'S TALK ABOUT THAT.

24        IS THAT THE SAME PROCESS THAT WE WORKED THROUGH

25   YESTERDAY WITH THE LIGHT BOX, WHERE YOU TRACED?                 01:26
```

```
1    A    YES.

2    Q    DID YOU USE THE LIGHT BOX AT YOUR CUBICLE AT MATTEL?

3    A    NO.

4    Q    WHERE DID YOU DO THE TRANSFER, THE MECHANICAL TRANSFER, OF

5    THE MASTER DRAWINGS?                                          01:26

6    A    I DID THOSE AT HOME.

7    Q    IN MAKING THAT MECHANICAL TRANSFER FROM THE MASTER

8    DRAWINGS, DID YOU CHANGE THE BRATZ CHARACTERS, THE CONCEPT?

9    A    NO.

10   Q    THE ATTITUDE?                                            01:27

11   A    NO.

12   Q    DID YOU CHANGE YOUR ORIGINAL IDEA?

13   A    NO.

14        MR. PRICE:  OBJECTION.  THAT'S AMBIGUOUS.

15        THE COURT:  REPHRASE, COUNSEL.                           01:27

16   BY MR. NOLAN:

17   Q    THE BRATZ CONCEPT, FROM AUGUST OF 1998, WHEN YOU

18   TRANSFERRED FROM THE MASTER DRAWINGS TO ANOTHER PIECE OF PAPER

19   IN 1999, DID YOU MAKE ANY CHANGES TO THE DESIGN FROM THE MASTER

20   DRAWINGS?                                                     01:27

21   A    NO.

22   Q    THEN YOU SAY YOU ADDED COLOR; IS THAT RIGHT?

23   A    YES.

24   Q    AND HOW DID YOU DRAW COLOR?  HOW DID YOU ADD COLOR?

25   A    I STARTED WITH COLORED PENCIL TO DEFINE THE OUTLINE, AND  01:27
```

```
 1    THEN I USED MARKERS TO COLOR IT IN; AND THEN COLORED PENCIL FOR

 2    SOME OF THE SHADING AND THINGS LIKE THAT.

 3    Q    NOW, IN ADDING THE COLORING, DID YOU ATTEMPT TO CHANGE, IN

 4    ANY WAY, THE CREATIVITY OF THE MASTER DRAWINGS?

 5              MR. PRICE:  OBJECTION.  AMBIGUOUS.                        01:28

 6              THE COURT:  CLARIFY, COUNSEL.

 7    BY MR. NOLAN:

 8    Q    IN ADDING THE COLOR IN 1999 AT YOUR HOUSE, DID YOU CHANGE

 9    THE CONCEPT OF BRATZ FROM THE MASTER DRAWINGS THAT YOU DREW IN

10    1998?                                                             01:28

11              MR. PRICE:  SAME OBJECTION.

12              THE COURT:  YOUR CONCERN IS THE MASTER DRAWINGS?

13              MR. PRICE:  HIS CONCEPT; IT'S AMBIGUOUS.

14              THE COURT:  EXPLAIN, COUNSEL.

15              CAN YOU REPHRASE THE CONCEPT?                           01:29

16              MR. NOLAN:  I'LL TRY.

17              THE COURT:  THANK YOU.

18    BY MR. NOLAN:

19    Q    WE SPENT A LOT OF TIME TALKING ABOUT SOME DRAWINGS THAT

20    YOU DID, THE MASTER DRAWINGS, IN THE SUMMER OF 1998; IS THAT      01:29

21    RIGHT?

22    A    YES.

23    Q    AND THEN YOU PUT THEM IN A BOX AND YOU DROVE OUT IN A CAR

24    AND YOU ARRIVED IN LOS ANGELES; YES?

25    A    YES.                                                         01:29
```

1    Q    DURING THE DRIVE FROM MISSOURI TO LOS ANGELES, DID YOU

2    MAKE ANY CHANGES TO THE MASTER DRAWINGS?

3    A    NO.

4    Q    THEN YOU MOVED TO A HOUSE IN GARDENA; YES?

5    A    YES.                                                    01:29

6    Q    AND WERE THE BRATZ MASTER DRAWINGS MOVED TO THAT HOUSE?

7    A    YES.

8    Q    AND WERE THEY STORED IN A BOX?

9    A    I THINK THEY WERE STORED IN SOME KIND OF FOLDING

10   PORTFOLIO.                                                   01:29

11   Q    AND AT SOME POINT IN TIME, DID YOU COME ACROSS THE MASTER

12   DRAWINGS FOR BRATZ?

13   A    YES.

14   Q    THEN YOU'VE TESTIFIED THAT YOU MECHANICALLY TRANSFERRED,

15   OR MADE A REPLICA COPY OF, THE MASTER DRAWINGS OF THE BRATZ   01:30

16   CHARACTERS; YES?

17   A    RIGHT.

18   Q    IN DOING THAT MECHANICAL TRANSFER, THE TRACING, DID YOU

19   CHANGE ANYTHING FROM THE ORIGINAL MASTER DRAWINGS THAT WERE

20   DONE IN SPRINGFIELD, MISSOURI?                               01:30

21   A    NO.

22   Q    NOW YOU SAY YOU ADDED COLOR; SO MY QUESTION, SIR, TO YOU,

23   IS, WHEN YOU ADDED COLOR TO THE REPLICA COPY OF YOUR MASTER

24   DRAWINGS, DID YOU CHANGE THE ATTITUDE OF ANY OF THE BRATZ

25   CHARACTERS?                                                  01:31

1     **MR. PRICE:**  OBJECTION.  AGAIN, IT'S AMBIGUOUS.

2     **THE COURT:**  OVERRULED.  I THINK IT'S CLEAR.

3     YOU MAY ANSWER.

4     **THE WITNESS:**  NO.

5     **BY MR. NOLAN:**

6     Q    BY ADDING COLOR, DID YOU CHANGE ANY OF THE ATTITUDE OF ANY

7     OF THE BRATZ CHARACTERS?

8     **THE COURT:**  YOU'RE ASKING FROM HIS PERSPECTIVE?

9     **BY MR. NOLAN:**

10    Q    FROM YOUR PERSPECTIVE.                              01:31

11    A    NO.

12    Q    WHAT ABOUT THE OVERVIEWS OF THE CHARACTERS?

13    YOU DESCRIBED FOR US THAT YOU HAD DONE A

14    BIOGRAPHY-TYPE DESCRIPTION FOR EACH OF THE CHARACTERS; CORRECT?

15    A    YES.                                                01:31

16    Q    WHEN DID YOU DO THOSE DESCRIPTIONS?

17    A    IN 1998 THOSE WERE DONE.

18    Q    BY ADDING COLOR TO ANY ONE OF THE CHARACTERS, DID YOU

19    CHANGE THE BIOGRAPHY?

20    A    NO.                                                 01:31

21    Q    BY ADDING COLOR, DID YOU CHANGE THE INTENDED MARKET,

22    RETAIL MARKET CUSTOMER, FOR THE BRATZ CHARACTERS?

23    A    NO, NOT THAT I KNOW OF.

24    Q    BY ADDING COLOR, DID YOU CHANGE THE AGE OF ANY OF THE

25    BRATZ CHARACTERS?                                        01:32

```
 1   A     NO.

 2   Q     DO YOU KNOW A WOMAN BY THE NAME OF JACQUELINE PRINCE?

 3   A     YES.

 4   Q     CAN YOU TELL THE JURY WHO SHE IS.

 5   A     SHE WAS A CO-WORKER AT MATTEL.                          01:32

 6   Q     WHERE WAS SHE ASSIGNED?

 7   A     I BELIEVE SHE WAS SECRETARY TO MR. LONGSDORF,

 8   RON LONGSDORF.

 9   Q     RON LONGSDORF WAS ALSO AN EMPLOYEE AT MATTEL; CORRECT?

10   A     YES.                                                    01:32

11   Q     WAS HE IN MANAGEMENT?

12   A     YES.

13   Q     DO YOU KNOW WHAT HIS POSITION WAS?

14   A     I THINK HE WAS THE SENIOR VICE PRESIDENT OF BARBIE

15   COLLECTIBLES.                                                 01:33

16   Q     AND JACQUELINE PRINCE WAS HIS ADMINISTRATIVE ASSISTANT?

17   A     I BELIEVE SO, YES.

18   Q     AND DO YOU KNOW WHETHER OR NOT, ONE WAY OR THE OTHER,

19   JACQUELINE PRINCE WAS A NOTARY?

20   A     YES, SHE WAS.                                           01:33

21   Q     AND HOW DID YOU LEARN THAT?

22   A     I DON'T REMEMBER, REALLY.

23   Q     IN ANY EVENT, DID YOU HAVE A CONVERSATION WITH MS. PRINCE

24   WITH RESPECT TO HER NOTARIZING ANYTHING FOR YOU?

25   A     YES.                                                    01:33
```

```
1    Q     DO YOU RECALL WHEN THAT OCCURRED?

2    A     THAT WAS SOMETIME IN, I THINK, AUGUST '99.

3    Q     DID YOU WANT JACQUELINE PRINCE TO NOTARIZE ANYTHING FOR

4    YOU?

5    A     YES.                                                    01:34

6    Q     WHAT DID YOU WANT JACQUELINE PRINCE TO NOTARIZE FOR YOU?

7    A     I ASKED HER TO NOTARIZE THE MASTER DRAWINGS THAT I HAD

8    DONE.

9    Q     WHY DID YOU ASK HER TO NOTARIZE THE MASTER DRAWINGS OF

10   BRATZ?                                                        01:34

11   A     I WAS THINKING OF GETTING READY TO SHOW THOSE DRAWINGS TO

12   ALASKA MAMA.

13   Q     THAT'S THE SAME ALASKA MAMA THAT YOU HAD LEARNED OF IN

14   YOUR INTERVIEW IN CHICAGO WITH ASHTON DRAKE SOMETIME IN

15   SEPTEMBER OF 1998?                                            01:34

16         MR. PRICE:  OBJECTION.  ASSUMES FACTS NOT IN

17   EVIDENCE.

18         MR. NOLAN:  I'LL WITHDRAW IT.

19         THE COURT:  NEXT QUESTION.

20   BY MR. NOLAN:

21   Q     HOW DID YOU COME UP WITH THE NAME "ALASKA MAMA"?

22   A     I HAD HEARD ABOUT --

23         MR. PRICE:  OBJECTION.  WE'VE BEEN THROUGH THIS ON

24   FOUNDATION.

25         THE COURT:  SUSTAINED.                                  01:34
```

```
 1    BY MR. NOLAN:

 2    Q    WAS JACQUELINE PRINCE A CLOSE, PERSONAL FRIEND OF YOURS?

 3    A    I MEAN, WE WEREN'T REALLY CLOSE.  WE WERE FRIENDLY AT

 4    WORK.

 5    Q    DID SHE KEEP HER NOTARY STAMP AT WORK?                     01:35

 6         MR. PRICE:  OBJECTION.  LACK OF FOUNDATION.

 7    BY MR. NOLAN:

 8    Q    DO YOU KNOW WHETHER OR NOT --

 9         THE COURT:  I TAKE IT YOU'RE WITHDRAWING THE

10    QUESTION?                                                       01:35

11         MR. NOLAN:  I WAS GOING TO REPHRASE IT.

12         THE COURT:  VERY WELL.

13         WAIT FOR THE COURT'S RULING.

14    BY MR. NOLAN:

15    Q    DO YOU HAVE ANY KNOWLEDGE ONE WAY OR THE OTHER AS TO       01:35

16    WHETHER OR NOT JACQUELINE PRINCE HAD A NOTARY STAMP?

17    A    YES, SHE DID.

18    Q    DO YOU KNOW WHERE SHE KEPT THE NOTARY STAMP?

19         MR. PRICE:  OBJECTION.  LACK OF FOUNDATION.

20         MR. NOLAN:  JUST YES OR NO.                                01:35

21         THE COURT:  VERY WELL.

22         THE WITNESS:  NO.

23    BY MR. NOLAN:

24    Q    SO IF I UNDERSTAND YOUR TESTIMONY, YOU WANTED

25    JACQUELINE PRINCE, WHO'S THE ADMINISTRATIVE ASSISTANT TO        01:35
```

```
 1    RON LONGSDORF, TO NOTARIZE YOUR DRAWINGS; CORRECT?

 2              MR. PRICE:  OBJECTION.  LEADING.

 3              THE COURT:  SUSTAINED.

 4    BY MR. NOLAN:

 5    Q    DID YOU HAVE ANY CONCERN, MR. BRYANT, IN AUGUST OF 1999,      01:36

 6    ABOUT APPROACHING JACQUELINE PRINCE TO NOTARIZE SOMETHING FOR

 7    YOU?

 8    A    NO, NOT THAT I REMEMBER.

 9    Q    I MEAN, THE FACT THAT SHE WAS THE ADMINISTRATIVE ASSISTANT

10    TO A SENIOR MANAGEMENT PERSON, AN EMPLOYEE AT MATTEL, WAS NOT A    01:36

11    CONCERN TO YOU?

12              MR. PRICE:  OBJECTION.  LEADING.

13    BY MR. NOLAN:

14    Q    WAS IT A CONCERN TO YOU?

15              THE COURT:  VERY WELL.                                   01:36

16              AS REPHRASED, YOU MAY ANSWER.

17              THE WITNESS:  NO.

18    BY MR. NOLAN:

19    Q    DID THERE COME A TIME WHEN YOU MET WITH JACQUELINE PRINCE?

20    A    YOU MEAN OUTSIDE OF WORK?                                     01:36

21    Q    OUTSIDE OF WORK.

22    A    YES.

23    Q    DO YOU RECALL WHEN THAT WAS?

24    A    THAT WAS AUGUST '99.

25    Q    FOR WHAT PURPOSE DID YOU MEET WITH JACQUELINE PRINCE?         01:36
```

```
 1    A    I MET WITH HER TO HAVE HER NOTARIZE MY MASTER DRAWINGS.

 2    Q    AND AT THE TIME THAT YOU MET WITH JACQUELINE PRINCE, HAD

 3    YOU MADE A DECISION, ONE WAY OR THE OTHER, TO SEND OUT YOUR

 4    BRATZ DRAWINGS TO A COMPANY?

 5    A    I BELIEVE SO, YES.                                        01:37

 6    Q    AND THE NAME OF THAT COMPANY WAS WHAT?

 7    A    ALASKA MAMA.

 8    Q    DID ANYBODY FROM MGA TELL YOU IN 1999 TO SEND YOUR

 9    DRAWINGS TO ALASKA MAMA?

10    A    NO.                                                       01:37

11    Q    HAD YOU, IN 1999, AT THE TIME YOU DECIDED TO SEND YOUR

12    BRATZ DRAWINGS TO ALASKA MAMA, EVER HEARD OF MGA?

13    A    NO.

14    Q    HAD YOU EVER HEARD OF ISAAC LARIAN?

15    A    NO.                                                       01:38

16    Q    EVER HEAR OF PAULA TREANTAFELLES GARCIA?

17    A    NO.

18    Q    DID SOMEONE FORCE YOU TO SEND YOUR BRATZ DRAWINGS TO

19    ALASKA MAMA IN AUGUST OF 1999?

20    A    NO.                                                       01:38

21    Q    WHERE DID YOU MEET JACQUELINE PRINCE?

22    A    DO YOU MEAN TO SIGN THE --

23    Q    I APOLOGIZE.  I'M TRYING TO...

24         YOU MET WITH HER; CORRECT?

25    A    YES.                                                      01:38
```

```
 1   Q    WITH THE INTENT TO HAVE YOUR DRAWINGS NOTARIZED; YES?

 2   A    YES.

 3   Q    WHERE WAS THAT MEETING HELD?

 4   A    THAT WAS AT HER HOME.

 5   Q    WAS ANYBODY ELSE PRESENT?                                  01:38

 6   A    I THINK HER SON WAS PRESENT.

 7   Q    AND HOW OLD WAS HER SON?  DO YOU REMEMBER?

 8   A    I'M GOING TO SAY I THINK HE WAS AROUND FIVE.

 9   Q    DID YOU HAVE YOUR BRATZ DRAWINGS WITH YOU AT

10   JACQUELINE PRINCE'S HOUSE?                                      01:39

11         MR. PRICE:  OBJECTION.  VAGUE AS TO WHICH BRATZ

12   DRAWINGS.

13         THE COURT:  SUSTAINED.

14   BY MR. NOLAN:

15   Q    DID YOU BRING ANY OF THE BRATZ MASTER DRAWINGS WITH YOU TO  01:39

16   THAT MEETING WITH JACQUELINE PRINCE?

17   A    YES.

18   Q    AND WHY DID YOU BRING BRATZ MASTER DRAWINGS WITH YOU TO

19   JACQUELINE PRINCE?

20   A    TO HAVE THEM NOTARIZED.                                    01:39

21   Q    DID YOU BRING ALL OF YOUR MASTER DRAWINGS OF BRATZ

22   CHARACTERS AND ACCESSORIES AND HAIRSTYLES TO MS. PRINCE IN

23   AUGUST OF 1999 TO BE NOTARIZED?

24   A    I'M NOT EXACTLY CERTAIN, BUT I THINK SO.

25   Q    IN ANY EVENT, DO YOU RECALL WHETHER OR NOT MS. PRINCE      01:39
```

```
 1    AGREED TO NOTARIZE THE MASTER DRAWINGS THAT YOU BROUGHT WITH

 2    YOU THAT DAY?

 3    A    YES.

 4    Q    AND SHE DID; CORRECT?

 5    A    YES.                                                    01:40

 6    Q    AND DO YOU RECALL FILLING OUT OR SIGNING A NOTARY BOOK?

 7    A    YES.

 8          MR. NOLAN:  YOUR HONOR, I'D LIKE TO APPROACH WITH THE

 9    ORIGINAL.

10          THE COURT:  YOU MAY.                                  01:40

11    BY MR. NOLAN:

12    Q    MR. BRYANT, YOU'RE NOT A NOTARY, ARE YOU?

13    A    NO, I'M NOT.

14    Q    DO YOU UNDERSTAND EXHIBIT 60 TO BE THE ORIGINAL OF

15    JACQUELINE PRINCE'S NOTARY BOOK?                            01:41

16    A    IT LOOKS LIKE IT.

17    Q    CAN I ASK YOU TO TURN TO PAGE 19.

18          MR. NOLAN:  THIS IS IN EVIDENCE, YOUR HONOR.

19          THE COURT:  VERY WELL.

20          THE WITNESS:  PAGE 19?                                01:41

21    BY MR. NOLAN:

22    Q    I WAS JUST CORRECTED.  I THINK IT'S PAGE 11 AND 12.

23          FIRST, LET'S GO TO THE PAGE ACROSS.

24          DO YOU HAVE BOTH PAGES IN FRONT OF YOU?

25    A    YES.                                                   01:42
```

1   Q    FIRST OF ALL, DIRECTING YOUR ATTENTION TO THE FAR RIGHT

2   SIDE, DO YOU SEE A SIGNATURE?

3   A    YES.

4   Q    AND WHOSE SIGNATURE IS THAT?

5   A    IT'S MINE.                                                    01:42

6   Q    AND CAN YOU GO TO THE FIRST COLUMN AND THE DATE.

7        DO YOU SEE THE DATE OF AUGUST 26, 1999?

8   A    YES.

9   Q    DOES THAT HELP YOU PLACE THE DATE THAT YOU WERE MEETING

10  WITH JACQUELINE PRINCE TO GET THE MASTER DRAWINGS NOTARIZED?       01:42

11  A    YES.

12  Q    SO IT TOOK PLACE ABOUT AUGUST 26TH?

13  A    YES.

14  Q    IT SAYS, "ORIGINAL SKETCHES OF DOLL IDEA; CHARACTERS, SIX

15  IN TOTAL, NAMES ARE ZOE, LUPE, HALLIDAE, JADE, TWO MALES, FROM     01:42

16  1998, MISSOURI."

17        DO YOU SEE THAT?

18  A    YES.

19  Q    DID YOU PROVIDE THAT INFORMATION TO JACQUELINE PRINCE FOR

20  HER PURPOSES IN FILLING OUT THE NOTARY BOOK?                       01:43

21  A    I THINK SO, YES.

22  Q    AND TURNING NOW -- JUST MOVE OVER, "CARTER BRYANT," AND

23  THERE'S SOME DETAILS REGARDING YOUR ADDRESS.

24        DO YOU SEE THAT?

25  A    YES.                                                          01:43

```
 1  Q    AND YOU PROVIDED THAT INFORMATION TO HER AS WELL; CORRECT?

 2  A    YES.

 3  Q    AND THAT WAS YOUR CORRECT ADDRESS AT THE TIME?

 4  A    YES.

 5  Q    ON THE NEXT PAGE, "THERE'S 13 DRAWINGS, EACH DRAWING      01:43

 6  STAMPED AND SIGNED TO ACKNOWLEDGE SIGNATURE OF CARTER."

 7            DO YOU SEE THAT?

 8  A    YES.

 9  Q    AS OF AUGUST 26, 1999, HAD YOU EVER HEARD OF MGA?

10  A    NO.                                                       01:44

11  Q    HAD YOU EVER HEARD OF ISAAC LARIAN?

12  A    NO.

13  Q    HAD YOU EVER HEARD OF PAULA TREANTAFELLES GARCIA?

14  A    NO.

15  Q    HOW MANY TIMES DID YOU MEET WITH JACQUELINE PRINCE WITH   01:44

16  RESPECT TO THE NOTATION THAT WAS MADE ON AUGUST 26, 1999, IN

17  HER NOTARY BOOK?

18  A    I BELIEVE THAT WAS THE ONLY TIME.

19  Q    MR. BRYANT, DO YOU UNDERSTAND THAT MATTEL, IN ITS OPENING

20  STATEMENT, SAID THAT THIS BOOK HAS BEEN FORGED?              01:44

21  A    I WAS NOT AWARE OF THAT, NO.

22  Q    DID YOU GO BACK SOMETIME AFTER THIS LITIGATION AND SAY TO

23  JACQUELINE PRINCE WORDS TO THE EFFECT, 'HEY, JACQUELINE, CAN

24  YOU SQUEEZE IN THERE, "FROM 1998, MISSOURI"'?

25  A    NO.                                                       01:45
```

1            **MR. NOLAN:**  YOUR HONOR, I WAS GOING TO MOVE ON TO

2    ANOTHER SUBJECT.  IT'S 10:30.

3            **THE COURT:**  VERY WELL.  LET'S TAKE OUR BREAK.

4            (WHEREUPON, JURORS DEPART COURTROOM.)

5            (BRIEF RECESS WAS HELD.)                          02:03

6            (JURORS ENTER COURTROOM.)

7            **THE COURT:**  COUNSEL, YOU MAY PROCEED.

8    **BY MR. NOLAN:**

9    Q    MR. BRYANT, DO YOU HAVE THE ORIGINAL OF THE NOTARY BOOK IN

10   FRONT OF YOU?                                             02:10

11   A    YES.

12   Q    IS IT OPEN TO PAGE 11 AND 12?

13   A    YES.

14   Q    CAN YOU TAKE A LOOK AND SEE WHETHER OR NOT YOU'VE

15   SIGNED -- DID YOU EVER ASK JACQUELINE PRINCE TO EVER NOTARIZE   02:10

16   ANYTHING ELSE FOR YOU?

17   A    NOT THAT I REMEMBER, NO.

18           **MR. NOLAN:**  YOUR HONOR, PERMISSION TO PUBLISH TO THE

19   JURY PAGES 11 AND 12 OF EXHIBIT 60.

20           **THE COURT:**  THIS IS THE NOTARY?                02:11

21           **MR. NOLAN:**  THE ORIGINAL NOTARY BOOK.

22           **MR. PRICE:**  I THINK THAT'S BEEN DONE ALREADY.

23           **THE COURT:**  YOU GOT TO DO IT.  HE CAN DO IT.

24           **MR. PRICE:**  SURE.  OKAY.

25           **THE COURT:**  VERY WELL.                         02:11

```
 1              YES, YOU MAY.

 2         MR. NOLAN:  THANK YOU.

 3         (BRIEF PAUSE.)

 4         THE COURT:  Counsel, you may proceed.

 5    BY MR. NOLAN:

 6    Q    AT ANY TIME AFTER AUGUST 26, 1999, DID JACQUELINE PRINCE

 7    COME UP TO YOU AND SAY WORDS TO THE EFFECT, "HEY, CARTER, I

 8    SQUEEZED IN 'FROM MISSOURI, 1998' IN THE NOTARY"?

 9    A    NO.

10    Q    DID YOU EVER TELL JACQUELINE PRINCE WORDS TO THE EFFECT,     02:14

11    "WHATEVER YOU DO, DON'T TELL RON LONGSDORF OR ANYBODY AT MATTEL

12    THAT I HAVE ASKED YOU TO NOTARIZE MY DRAWINGS"?

13         MR. PRICE:  OBJECTION.  LEADING.

14         THE COURT:  SUSTAINED.

15    BY MR. NOLAN:

16    Q    DID YOU GIVE ANY INSTRUCTIONS TO MS. PRINCE ONE WAY OR

17    ANOTHER AS TO WHETHER OR NOT SHE SHOULD KEEP SECRET YOUR

18    MEETING?

19    A    NO.  NOT THAT I REMEMBER.

20    Q    DO YOU KNOW JACQUELINE PRINCE'S DEPOSITION WAS TAKEN IN      02:14

21    THIS CASE?

22         MR. PRICE:  OBJECTION.  IRRELEVANT.

23         MR. NOLAN:  FOUNDATION.

24         THE COURT:  OVERRULED.

25         THE WITNESS:  YES.                                          02:14
```

```
 1  BY MR. NOLAN:

 2  Q    DID YOU EVER TELL JACQUELINE PRINCE TO LIE FOR YOU IN HER

 3  DEPOSITION?

 4  A    NO.  ABSOLUTELY NOT.

 5  Q    ON THE NOTARY BOOK, IT SAYS THERE ARE 13 DRAWINGS THAT         02:15

 6  HAVE BEEN NOTARIZED.

 7            DO YOU SEE THAT?

 8  A    YES.

 9  Q    AND THOSE ARE 13 MASTER DRAWINGS; IS THAT CORRECT?

10        MR. PRICE:  OBJECTION.  LEADING.                             02:15

11        MR. NOLAN:  I'LL STRIKE THAT.

12  BY MR. NOLAN:

13  Q    DO YOU KNOW WHICH 13 DRAWINGS THAT REFERS TO?

14  A    IT WAS THE 13 DRAWINGS THAT WERE ON THE TRACING PAPER; THE

15  MASTER DRAWINGS, YES.                                              02:15

16  Q    SO LET ME JUST TRY TO DO IT THIS WAY, IF I CAN.

17            SO WHEN YOU WENT TO MRS. PRICE'S HOUSE --

18        MR. PRICE:  NOT ME.

19        I'M PRICE; SHE'S PRINCE.

20        (LAUGHTER.)                                                  02:16

21        MR. NOLAN:  I APOLOGIZE.

22        AT LEAST I HAVEN'T CALLED HIM MR. CARTER.

23        THE COURT:  I DON'T KNOW IF MR. PRICE IS IN THE

24  POSITION TO BE TALKING ABOUT MAKING MISTAKES ON NAMES.

25        MR. NOLAN:  SORRY ABOUT THAT.                                02:16
```

1    **BY MR. NOLAN:**

2    Q    WHEN YOU WENT TO MS. PRINCE'S HOUSE, YOU HAD YOUR MASTER

3    DRAWINGS, OR SOME OF THE MASTER DRAWINGS WITH YOU.

4    A    YES.

5    Q    AND BEFORE YOU GOT THERE, DID THEY HAVE A NOTARY STAMP ON          02:16

6    THEM?

7    A    NO.

8    Q    AFTER YOU LEFT MS. PRINCE'S HOUSE, DID THEY HAVE A NOTARY

9    STAMP ON THEM?

10   A    YES.                                                               02:16

11   Q    AND THOSE WERE NOTARY STAMPS AFFIXED TO THE ACTUAL MASTER

12   DRAWINGS; CORRECT?

13   A    YES.

14   Q    DID YOU TELL MS. PRINCE THAT YOU HAD DONE THESE MASTER

15   DRAWINGS IN 1999, BUT PLEASE BACKDATE THEM TO 1998?                    02:16

16   A    NO.

17   Q    DID YOU SEND THE DRAWINGS -- AFTER YOU HAD THE MASTERS

18   NOTARIZED, DID YOU SEND DRAWINGS TO ALASKA MAMA?

19   A    YES.

20   Q    AND WHAT WAS YOUR UNDERSTANDING AS TO WHO ALASKA MAMA WAS?        02:17

21   A    ALL I REALLY KNEW ABOUT THEM WAS THAT THEY WERE SOME SORT

22   OF AN ARTIST REPRESENTATIVE AGENCY, AND I KNEW THAT THEY HAD

23   REPRESENTED -- I THOUGHT THEY HAD REPRESENTED MEL ODOM WHEN HE

24   WENT TO ASHTON DRAKE TO PROCURE THE GENE PROJECT.

25   Q    BEFORE YOU SENT OUT THE DRAWINGS TO ALASKA MAMA, DID YOU          02:17

1    ASK ANYBODY AT MATTEL FOR PERMISSION TO DO THAT?

2    A    NO.

3    Q    WHEN YOU SENT THE DRAWINGS OUT TO ALASKA MAMA, DID YOU

4    BELIEVE YOU WERE VIOLATING YOUR EMPLOYMENT CONTRACT WITH

5    MATTEL?                                                              02:18

6    A    NO, I DIDN'T.

7    Q    AT THE TIME THAT YOU SENT THE DRAWINGS TO ALASKA MAMA, WHO

8    DID YOU BELIEVE WAS THE OWNER OF THE IDEA AND CONCEPT FOR

9    BRATZ?

10   A    I BELIEVED I WAS.                                               02:18

11   Q    DID ALASKA MAMA GET BACK TO YOU?

12   A    YES.

13   Q    AND WHAT DID THEY SAY?

14   A    THEY SAID THANKS BUT NO THANKS.

15   Q    WHAT DID YOU DO WITH THE DRAWINGS AFTER THAT?                   02:18

16   A    I THINK I JUST, YOU KNOW, PUT THEM AWAY IN A PORTFOLIO OR

17   SOMETHING LIKE THAT AND I JUST KIND OF SAID, YOU KNOW, I DON'T

18   WANT TO THINK ABOUT THIS ANYMORE.

19   Q    YOU WERE HAPPY AT MATTEL AT THE TIME THAT YOU SENT THE

20   DRAWINGS TO ALASKA MAMA; CORRECT?                                    02:19

21   A    YES.

22   Q    WERE YOU ENTERTAINING THOUGHTS, ONE WAY OR THE OTHER, AS

23   TO WHETHER OR NOT, IF YOU GOT REPRESENTATION FROM ALASKA MAMA,

24   THAT YOU WOULD LEAVE MATTEL?

25   A    I BELIEVE SO.  I BELIEVED THAT I WAS THINKING IF SOMETHING      02:19

```
 1    HAPPENED WITH IT, THEN, YES, I WOULD LEAVE MATTEL.

 2    Q    HAD YOU, BY AUGUST OF 1999, GIVEN UP THE DREAM OF

 3    FREELANCING AS A FREELANCE ARTIST?

 4    A    NO.

 5    Q    SO AFTER THE REJECTION FROM ALASKA MAMA, YOU PUT THE BRATZ    02:20

 6    DRAWINGS TO THE SIDE; IS THAT CORRECT?

 7            MR. PRICE:  OBJECTION.  LEADING.

 8            MR. NOLAN:  IT'S JUST FOUNDATION.

 9            I'LL DO IT IN A DIFFERENT WAY; WITHDRAW IT.

10            THE COURT:  VERY WELL.                                    02:20

11    BY MR. NOLAN:

12    Q    DID YOU THROW THE BRATZ DRAWINGS AWAY?

13    A    NO.

14    Q    I THINK YOU SAID WHAT YOU DID IS YOU PUT THEM IN AN

15    ENVELOPE.                                                         02:20

16    A    YEAH.  I THINK I PUT THEM IN SOME PLASTIC SLEEVES AND JUST

17    PUT THEM IN SOME SORT OF A PORTFOLIO AND PUT THEM IN A CLOSET

18    OR SOMETHING.  I DON'T REMEMBER EXACTLY.

19    Q    NOW, DID THERE COME A TIME WHEN YOU AGAIN FOCUSED ON THE

20    BRATZ CONCEPT, THE MASTER DRAWINGS?                               02:20

21    A    I'M NOT SURE EXACTLY WHAT YOU MEAN.

22    Q    AFTER REJECTION FROM ALASKA MAMA, DID YOU TAKE ANY

23    IMMEDIATE STEPS TO SEEK OUT AND SEND BRATZ TO ANY OTHER

24    COMMERCIAL ARTIST REPRESENTATIVES?

25    A    NO.                                                          02:21
```

```
 1   Q    SO YOU WENT BACK TO YOUR DAY JOB; CORRECT?

 2   A    RIGHT.

 3   Q    AND WHEN WAS THE NEXT TIME YOU LOOKED AT THE BRATZ MASTER

 4   DRAWINGS, IF YOU RECALL?

 5   A    IT WAS SOME TIME IN 2000.                                02:21

 6   Q    DO YOU RECALL WHAT PERIOD OF TIME IN 2000?

 7   A    I THINK IT WAS SOMETIME IN THE SUMMER.

 8   Q    LET'S APPROACH IT THIS WAY.

 9        DO YOU RECALL THE DATE OF THE PITCH MEETING WITH

10   ISAAC LARIAN?                                                 02:21

11   A    YES.

12   Q    AND THAT WAS WHAT DATE?

13   A    THAT WAS SEPTEMBER 1ST, 2000.

14   Q    CAN YOU PUT A TIME PERSPECTIVE FOR US AS TO HOW MUCH

15   EARLIER THAN YOUR SEPTEMBER 1ST MEETING WITH ISAAC LARIAN THAT 02:22

16   YOU TURNED YOUR ATTENTION BACK TO THE BRATZ DRAWINGS?

17   A    I DON'T THINK I COULD BE EXACT, BUT IT WAS, YOU KNOW,

18   MAYBE A MONTH; MAYBE A MONTH OR TWO BEFORE THAT.

19   Q    DO YOU KNOW A WOMAN NAMED ANNA RHEE?

20   A    YES.                                                     02:22

21   Q    AND HOW DO YOU KNOW HER?

22   A    SHE WAS A FREELANCE FACE PAINTER FOR MATTEL.

23   Q    DID YOU ASK ANNA RHEE TO PAINT A BRATZ SCULPT FOR YOU IN

24   JUNE OF 2000?

25   A    NO.                                                      02:22
```

1   Q    DID YOU HAVE A BRATZ SCULPT IN JUNE OF 2000?

2   A    NO.

3   Q    DID YOU ASK ANNA RHEE TO DO A SECRET PROJECT FOR YOU IN

4   JUNE OF 2000?

5   A    NOT THAT I REMEMBER, NO.                                    02:23

6   Q    IN JUNE OF 2000, HAD YOU EVEN HEARD OF A COMPANY KNOWN AS

7   MGA?

8   A    I DON'T THINK SO, NO.

9   Q    IN JUNE OF 2000, HAD YOU EVEN HEARD OF A PERSON BY THE

10  NAME OF ISAAC LARIAN?                                            02:23

11  A    NO.

12  Q    IN JUNE OF 2000, HAD YOU EVER HEARD OF A WOMAN NAMED PAULA

13  TREANTAFELLES GARCIA?

14  A    NO.

15  Q    DO YOU KNOW A WOMAN NAMED VERONICA MARLOW?                  02:24

16  A    YES.

17  Q    AND TELL US HOW YOU KNOW VERONICA MARLOW.

18  A    SHE WAS A CO-WORKER AT MATTEL, AND WE HAD JUST BECOME

19  FRIENDS OVER THE YEARS.  I MET HER AT MY FIRST STINT AT MATTEL,

20  AND WE HAD JUST KIND OF STAYED IN TOUCH THROUGH THE YEARS.      02:24

21  Q    DO YOU RECALL SEEING VERONICA MARLOW ANYTIME IN 2000?

22  A    YES.

23  Q    DO YOU RECALL APPROXIMATELY WHEN YOU SAW VERONICA MARLOW?

24  A    I THINK THERE WERE A FEW DIFFERENT OCCASIONS.

25  Q    DO YOU KNOW ONE WAY OR ANOTHER WHETHER OR NOT THERE CAME A  02:24

```
 1   TIME WHEN VERONICA MARLOW BECAME AN INDEPENDENT CONSULTANT?

 2   A    YES; THAT WAS MY UNDERSTANDING WAS THAT SHE WAS

 3   FREELANCING.

 4   Q    SHE HAD BEEN A FORMER EMPLOYEE OF MATTEL; YES?

 5   A    YES.                                                      02:25

 6   Q    IS THAT HOW YOU FIRST MET HER?

 7   A    YES.

 8   Q    AND WHAT TYPE OF WORK DID SHE DO WHEN SHE WAS AT MATTEL

 9   WHEN YOU FIRST MET HER?

10   A    I THINK WHEN I FIRST MET HER, I THINK SHE WAS WORKING AS A  02:25

11   SAMPLE MAKER.

12   Q    YOU SAY SAMPLE MAKER.  YOU'RE TALKING ABOUT FOR DOLLS OR

13   FOR FASHIONS?

14   A    FOR THE DOLLS' FASHIONS.

15   Q    AT ANY TIME, DID YOU HAVE A CONVERSATION WITH              02:25

16   VERONICA MARLOW CONCERNING BRATZ?

17   A    YES.

18   Q    WHEN WAS THE FIRST TIME YOU RECALL HAVING A CONVERSATION

19   WITH VERONICA MARLOW ABOUT BRATZ?

20   A    I DON'T REALLY RECALL EXACTLY.  IT WAS, AGAIN, I THINK     02:26

21   SOME TIME IN THE SUMMER OF 2000.

22   Q    CAN YOU RECALL FOR YOU US, IF NOT THE EXACT TIME, CAN YOU

23   TELL US THE CIRCUMSTANCES BY WHICH YOU RAN INTO OR -- THAT YOU

24   MET WITH VERONICA MARLOW AND DISCUSSED BRATZ?

25   A    ALL I REALLY REMEMBER IS THAT I HAD COME ACROSS MY        02:26
```

1    DRAWINGS YET AGAIN, AND I STILL FELT THAT THEY WERE, YOU KNOW,

2    VERY INTERESTING.  AND I THINK I CONTACTED VERONICA AND I SAID

3    I HAVE A PROJECT THAT I THINK IS PRETTY NEAT.  DO YOU HAVE ANY,

4    YOU KNOW, DO YOU HAVE ANY IDEAS OF WHAT I COULD POSSIBLY DO

5    WITH THIS?                                                    02:27

6    Q    WHY DID YOU ASK VERONICA THAT QUESTION?  WHAT WAS SHE

7    DOING AT THE TIME?

8    A    SHE WAS FREELANCING.  I THINK I THOUGHT SHE WAS

9    FREELANCING IN THE TOY INDUSTRY.

10   Q    DO YOU RECALL DISCUSSING WITH VERONICA MARLOW ANY OTHER   02:27

11   PROJECTS YOU HAD BEEN WORKING ON IN MISSOURI OTHER THAN BRATZ?

12   A    YES.  I TALKED TO HER ABOUT MY SABRINA PROJECT.

13            **MR. PRICE:**  OBJECTION.  HEARSAY.

14            **THE COURT:**  LET'S LAY A FOUNDATION FOR THIS.

15   **BY MR. NOLAN:**

16   Q    FIRST OF ALL, WE'RE TALKING ABOUT A CONVERSATION WITH

17   VERONICA MARLOW THAT OCCURS IN THE SUMMER OF 2000, IF I

18   UNDERSTAND IT, FROM THE FOUNDATION POINT OF VIEW; IS THAT

19   CORRECT?

20   A    YES.                                                     02:28

21   Q    AND PHYSICALLY, WHERE DID THIS CONVERSATION TAKE PLACE?

22   A    THE CONVERSATION ABOUT BRATZ?

23   Q    YES.

24   A    I DON'T REMEMBER EXACTLY.  IT SEEMS TO ME LIKE WE WERE

25   TALKING ON THE PHONE.                                         02:28

```
 1   Q    IN ANY EVENT, BEFORE THE CONVERSATION WITH VERONICA MARLOW

 2   WHERE YOU DISCUSSED BRATZ, HAD YOU EVER HEARD OF MGA?

 3   A    NO.

 4   Q    HAD YOU EVER HEARD OF ISAAC LARIAN?

 5   A    NO.                                                          02:28

 6   Q    HAD YOU EVER HEARD OF PAUL TREANTAFELLES GARCIA?

 7   A    NO.

 8   Q    SOMETIME AFTER THE CONVERSATION WITH VERONICA MARLOW, DID

 9   YOU HAVE A MEETING WITH REPRESENTATIVES OF MGA?

10   A    YES.                                                         02:29

11   Q    AND DO YOU RECALL APPROXIMATELY WHEN THAT FIRST MEETING

12   OCCURRED?

13   A    SOMETIME IN LATE AUGUST OF 2000.

14   Q    WHO WAS AT THAT MEETING?

15   A    IT WAS MYSELF; IT WAS PAULA TREANTAFELLES GARCIA;            02:29

16   VICTORIA O'CONNOR AND VERONICA MARLOW.

17   Q    AND AT THAT MEETING, DID YOU BRING YOUR BRATZ DRAWINGS?

18   A    YES.

19   Q    AT SOME POINT IN TIME AFTER THAT MEETING, DID YOU MEET

20   WITH ISAAC LARIAN?                                               02:30

21   A    YES.

22   Q    AND WAS THAT ON THE SEPTEMBER 1ST MEETING?

23   A    YES.

24   Q    AND WHO WAS PRESENT AT THAT MEETING?

25   A    IT WAS MR. LARIAN; MYSELF; PAULA GARCIA;                    02:30
```

```
 1   VICTORIA O'CONNOR; AND ISAAC'S DAUGHTER, YASMIN.

 2   Q    SO FROM THE PERIOD OF TIME THAT YOU FIRST MET WITH

 3   VERONICA AND PAULA GARCIA AND VICTORIA O'CONNOR AND THE TIME

 4   THAT YOU MET WITH ISAAC LARIAN IN THAT SAME GROUP, INCLUDING

 5   YASMIN, APPROXIMATELY HOW MUCH TIME HAD EXPIRED, DO YOU KNOW?     02:30

 6   A    OH, MAYBE TWO TO THREE MONTHS.

 7   Q    BETWEEN THE FIRST MEETING AND THEN THE MEETING WITH

 8   ISAAC LARIAN ON THE 1ST?

 9   A    OH, I'M SORRY.  I MISUNDERSTOOD YOU.

10        CAN YOU ASK ME AGAIN.                                       02:31

11   Q    I'M TRYING TO FIGURE OUT THE TIME PERIOD BETWEEN WHEN YOU

12   FIRST MET WITH -- YOUR FIRST CONVERSATION WITH VERONICA MARLOW

13   ABOUT THE BRATZ PROJECT WAS WHEN?

14   A    SOMETIME IN THE SUMMER OF 2000.

15   Q    AND THEN FOLLOWING THAT, YOU HAD A MEETING WITH PAULA AND    02:31

16   VICTORIA O'CONNOR AND VERONICA MARLOW; CORRECT?

17   A    YES.

18   Q    AND THEN YOU HAD A MEETING WHERE YASMIN AND ISAAC LARIAN

19   WERE ALSO PRESENT; CORRECT?

20   A    YES.                                                        02:31

21   Q    NOW, THAT LAST MEETING, WHERE DID THAT LAST MEETING TAKE

22   PLACE?  THAT IS, THE ONE WITH ISAAC LARIAN AND YASMIN.

23   A    THAT WAS AT MGA'S HEADQUARTERS.

24   Q    SO MY QUESTION, SIR, IS, WHAT I'M ASKING YOU TO DO IS

25   FOCUS ON THE TIME THAT YOU FIRST MET WITH PAULA GARCIA, AND      02:31
```

```
 1   THEN YOU HAD THE PITCH MEETING WITH ISAAC LARIAN, DURING THAT

 2   PERIOD OF TIME.

 3          DO YOU HAVE A RECOLLECTION OF APPROXIMATELY HOW MUCH

 4   TIME HAD EXPIRED BETWEEN THAT FIRST MEETING AND THE TIME YOU

 5   MET WITH ISAAC LARIAN?                                          02:32

 6   A    I THINK IT WAS ABOUT TWO WEEKS.

 7   Q    DURING THAT TWO-WEEK PERIOD OF TIME, DID YOU EVER HAVE A

 8   CONVERSATION WITH ISAAC LARIAN?

 9   A    I DON'T REMEMBER.

10   Q    DO YOU RECALL THAT WHEN YOU MET ISAAC LARIAN ON           02:32

11   SEPTEMBER 1ST AT HIS OFFICES WHETHER OR NOT YOU RECOGNIZED OR

12   HAD MET ISAAC LARIAN BEFORE THAT?

13   A    NO.  I NEVER HAD.

14   Q    SOMETIME DURING THE TWO-WEEK PERIOD OF TIME OF MEETING

15   WITH PAULA AND VICTORIA AND VERONICA, AND THEN A MEETING WITH  02:32

16   ISAAC LARIAN, DO I UNDERSTAND THAT YOU DID SOME EVENINGWEAR

17   DRESSES FOR THE BRATZ CONCEPT?

18   A    YES.

19   Q    HAD ANYBODY AT MGA DIRECTED YOU THAT THEY WANTED TO SEE

20   BRATZ IN EVENINGWEAR?                                          02:33

21   A    NO.

22   Q    WHOSE IDEA WAS IT TO DRAW SOME EVENINGWEAR FASHIONS FOR

23   THE BRATZ CONCEPT BEFORE YOU MET WITH ISAAC LARIAN ON

24   SEPTEMBER 1ST?

25   A    THAT WAS MY IDEA.                                         02:33
```

```
 1   Q    I'M GOING TO SHOW YOU THE DRESSES IN A MINUTE, THE

 2   EVENINGWEAR.  YOU'VE BEEN CONNECTED WITH THE BRATZ CONCEPT --

 3   AND I'LL GET TO A FOUNDATION -- BUT YOU'RE ALSO FAMILIAR WITH

 4   THE BRATZ DOLLS THAT WERE OFFERED INTO RETAIL; CORRECT?

 5   A    YES.                                                      02:34

 6   Q    HAVE THE DRAWINGS WHICH DEPICTED THE EVENINGWEAR THAT YOU

 7   DREW IMMEDIATELY BEFORE YOUR PITCH MEETING ON SEPTEMBER 1ST

 8   EVER BEEN USED BY BRATZ?

 9         MR. PRICE:  OBJECTION.  IRRELEVANT.

10         THE COURT:  OVERRULED.                                   02:34

11         THE WITNESS:  NO.

12   BY MR. NOLAN:

13   Q    NOW, AT SOME POINT IN TIME, YOU TESTIFIED THAT YOU

14   APPROACHED A FELLOW WORKER OR FELLOW WORKERS AT MATTEL TO DO

15   CERTAIN THINGS WITH RESPECT TO A DUMMY DOLL.                   02:34

16         DO YOU RECALL THAT CONVERSATION?

17   A    YES.

18   Q    I JUST WANT TO ORIENT THE TIME FRAME HERE.

19         DO YOU RECALL THE TIME PERIOD IN WHICH YOU APPROACHED

20   SHEILA TO DO SOME EYE PAINTING FOR YOU ON A DUMMY DOLL?        02:34

21   A    YES.

22   Q    WHEN DO YOU THINK THAT WAS?

23   A    IT WAS BETWEEN THOSE TWO MEETINGS.

24   Q    SO SOMETIME WITHIN TWO WEEKS PRIOR TO SEPTEMBER 1ST; IS

25   THAT CORRECT?                                                  02:35
```

```
 1   A     YES.

 2   Q     FOLLOWING THE FIRST MEETING THAT YOU HAD WITH PAULA AND

 3   VICTORIA AND VERONICA, WHEN YOU DREW THE EVENINGWEAR, DID

 4   ANYBODY TELL YOU THAT YOU HAD TO MAKE A DUMMY DOLL BEFORE YOU

 5   MET WITH ISAAC LARIAN?                                        02:35

 6   A     NO.

 7   Q     WHOSE IDEA WAS IT TO MAKE A DUMMY DOLL IN PREPARATION FOR

 8   YOUR MEETING ON SEPTEMBER 1ST?

 9   A     IT WAS MINE.

10   Q     WHEN YOU WENT TO THE EYE PAINTER, SHEILA, AND ASKED HER TO  02:36

11   PAINT THE FACE ON THE DUMMY DOLL, DO YOU RECALL THAT?

12         MR. PRICE:  OBJECTION.  MISCHARACTERIZES THE

13   POSITION, EYE PAINTER.

14         MR. NOLAN:  LET ME APPROACH IT A DIFFERENT WAY.

15         THE COURT:  VERY WELL.                                  02:36

16   BY MR. NOLAN:

17   Q     WHAT DID YOU ASK THIS WOMAN TO DO WITH RESPECT TO THE

18   DUMMY DOLL?

19   A     ALL I REMEMBER ASKING HER TO DO IS PAINT THE FACE ON THIS,

20   YOU KNOW, HEAD, AND, YOU KNOW, KIND OF FOLLOW THE DRAWING THAT  02:36

21   I HAD DONE.

22   Q     SO YOU SHOWED HER A DRAWING THAT YOU HAD DONE?

23   A     YES.

24   Q     IT WAS A DRAWING OF A BRATZ CHARACTER?

25   A     YES.                                                     02:37
```

```
 1   Q     AND WHERE WERE YOU WHEN YOU SHOWED SHEILA THE BRATZ

 2   DRAWING?

 3   A     I THINK I WAS IN HER CUBICLE.

 4   Q     AT MATTEL?

 5   A     YES.                                                        02:37

 6   Q     IN THE DESIGN CENTER?

 7   A     YES.

 8   Q     DID YOU TELL SHEILA THAT THIS WAS A PROJECT FOR YOU?

 9   A     I BELIEVE I DID.

10   Q     DID YOU EVENTUALLY PAY SHEILA FOR PUTTING THE PAINT ON THE  02:37

11   DUMMY DOLL?

12   A     YES.

13   Q     WHY DID YOU PAY HER?

14   A     I GUESS I JUST, YOU KNOW, I CONSIDERED IT A FAVOR, AND, I

15   DON'T KNOW, I JUST FELT LIKE I SHOULD.                           02:37

16   Q     WE'RE TALKING ABOUT SHEILA, BUT FOR THE RECORD, WE SHOULD

17   PROBABLY SAY HER LAST NAME.

18         DO YOU REMEMBER HER LAST NAME?

19   A     I THINK IT WAS KYAW, OR SOMETHING LIKE THAT.

20   Q     K-Y-A-W?  DOES THAT SOUND FAMILIAR?                        02:38

21   A     I THINK THAT'S RIGHT.

22   Q     WHEN YOU SHOWED HER THE DRAWINGS IN THE CUBICLE WITHIN THE

23   FASHION DESIGN CENTER, WITHIN THE DESIGN CENTER AT MATTEL, DID

24   YOU TELL SHEILA, "WHATEVER YOU DO, DON'T TELL ANYBODY ABOUT

25   THIS PROJECT"?                                                   02:38
```

```
 1              MR. PRICE:  OBJECTION.  LEADING.

 2              THE COURT:  SUSTAINED.

 3   BY MR. NOLAN:

 4   Q    WHAT DID YOU SAY TO SHEILA?

 5   A    YOU KNOW, I DON'T RECALL EXACTLY, BUT I DON'T REMEMBER      02:38

 6   SAYING ANYTHING TO THE EFFECT OF, YOU KNOW, 'THIS IS A SECRET'

 7   OR ANYTHING LIKE THAT.

 8   Q    BY THE WAY, AFTER HAVING THE CONVERSATION WITH SHEILA WHEN

 9   YOU ASKED HER TO DO SOME FACE PAINTING, DID YOU PICK UP THE

10   PHONE AND CALL ANYBODY AT MGA AND SAY, 'HEY, I JUST ASKED A      02:39

11   FELLOW MATTEL EMPLOYEE TO PUT SOME PAINT ON A DUMMY DOLL'?

12              DID YOU HAVE THAT CONVERSATION?

13              MR. PRICE:  OBJECTION.  LEADING.

14              THE COURT:  SUSTAINED.

15   BY MR. NOLAN:

16   Q    AFTER YOU ASKED SHEILA TO DO FACE PAINTING ON A DUMMY

17   DOLL, DID YOU CALL ANYBODY AT MGA TO ASK PERMISSION TO HAVE A

18   MATTEL CO-EMPLOYEE PAINT A FACE ON A DUMMY DOLL?

19   A    NO.

20   Q    YOU ALSO, FROM YOUR TESTIMONY, AS I UNDERSTAND IT, ALSO     02:39

21   ASKED A CO-WORKER TO DO SOME HAIR ROUTING; CORRECT?

22   A    YES.

23   Q    AND THIS MAY BE CLEAR, AND I APOLOGIZE IF IT'S

24   DUPLICATIVE, BUT CAN YOU EXPLAIN FOR YOU US WHAT HAIR ROUTING

25   IS?  OR ROOTING.  IS IT ROOTING OR ROUTING?                     02:40
```

```
 1   A    IT'S ROOTING.

 2   Q    SO HAIR ROOTING.  WHAT'S HAIR ROOTING?

 3   A    HAIR ROOTING IS -- THE HAIR ROOT IS USED IN A MACHINE LIKE

 4   A BIG SEWING MACHINE, AND THE HAIR IS ON A SPOOL OR SOMETHING,

 5   AND IT'S THREADED INTO A NEEDLE.  ANYWAY, THIS NEEDLE WHEN THEY        02:40

 6   PUT THE HEAD ON TOP OF THIS NEEDLE AND MOVE IT AROUND, IT

 7   INSERTS THE HAIR AND LOOPS IT AND KEEPS IT IN SO IT WON'T COME

 8   OUT.  IT'S THE BEST WAY I CAN EXPLAIN IT.

 9   Q    DO YOU REMEMBER WHETHER OR NOT YOU APPROACHED THE HAIR

10   ROOTER BEFORE YOU APPROACHED THE FACE PAINTER AT MATTEL?               02:41

11   A    I DON'T RECALL.

12   Q    DO YOU RECALL THAT YOU APPROACHED THE HAIR ROOTER DURING

13   THAT SAME WINDOW OF TIME; THAT IS, ABOUT TWO WEEKS BEFORE THE

14   SEPTEMBER 1ST PITCH MEETING?

15   A    YES.                                                              02:41

16   Q    WHERE WAS THE HAIR ROOTER STANDING WHEN YOU HAD THIS

17   CONVERSATION WITH HER ABOUT ROOTING SOME HAIR ON THE SCULPT?

18   A    I THINK SHE WAS IN HER CUBICLE AS WELL.

19   Q    AGAIN, AT MATTEL.

20   A    YES.                                                              02:42

21   Q    IN THE DESIGN CENTER.

22   A    YES.

23   Q    DID YOU SHOW HER YOUR DRAWINGS TO GIVE HER AN IDEA OF WHAT

24   THE HAIR SHOULD LOOK LIKE?

25   A    I DON'T REMEMBER IF I SHOWED HER ANY DRAWINGS OR NOT.            02:42
```

1    Q    WHAT CAN YOU TELL US ABOUT YOUR CONVERSATION WITH THE HAIR

2    ROOTER?

3    A    ALL I REMEMBER ASKING HER WAS, YOU KNOW, COULD YOU, YOU

4    KNOW, IF YOU GET A MINUTE OR SOMETHING LIKE THAT, PUT SOME HAIR

5    ON THIS HEAD.  AND I THINK I JUST GAVE HER KIND OF A GENERAL          02:42

6    IDEA OF, YOU KNOW, WHAT I WANTED IT TO LOOK LIKE.

7    Q    BY THE WAY, THIS HEAD THAT YOU ARE TALKING ABOUT, WAS THAT

8    A BRATZ HEAD?

9    A    NO.

10   Q    WHERE DID YOU GET THE HEAD FROM?                                02:42

11   A    IT WAS JUST SOMETHING I HAD FOUND IN ONE OF THE TRASH

12   BINS; THEY OFTEN THREW OUT PLASTIC HEADS.

13   Q    WHEN YOU SAY THEY OFTEN THREW OUT PLASTIC HEADS, WHO'S THE

14   'THEY' YOU ARE REFERRING TO?

15   A    I'M TALKING ABOUT AT MATTEL, IN THE DESIGN CENTER.              02:43

16   Q    SO YOU TOOK THIS HEAD, THAT WAS PAINTED AND ROOTED, OUT OF

17   A TRASH BIN.

18   A    YES.

19   Q    DO YOU KNOW WHO'S HEAD IT WAS?

20   A    I'M SORRY?

21   Q    I MEAN, WAS IT A PARTICULAR MODEL?  NOT A REAL PERSON,

22   OBVIOUSLY, BUT WHAT DOLL DID IT COME FROM?  DO YOU KNOW?

23   A    I HAVE NO IDEA.

24   Q    WHEN YOU PICKED UP THIS HEAD FROM THE TRASH BIN AT MATTEL,

25   HAD YOU EVER YET SEEN A SCULPT OF AN ACTUAL BRATZ SCULPT?           02:43

```
 1   A    NO.

 2   Q    AND THEN PRIOR TO TAKING THIS HEAD SCULPT -- WAS IT A

 3   SCULPT?  EXPLAIN THAT TO ME.  WHAT WAS IT?

 4   A    IT WAS WHAT THEY CALL ROTOCAST, WHICH IS JUST PLASTIC.

 5   IT'S LIKE A HOLLOW PLASTIC.                                    02:44

 6   Q    WHEN DID YOU TAKE THIS HOLLOW CAST SCULPT OUT OF THE TRASH

 7   BIN AT MATTEL?

 8   A    I THINK IT WAS SOMETIME BETWEEN THAT TWO-WEEK PERIOD

 9   BETWEEN THE MEETINGS.

10   Q    BY THE WAY, DID ANYBODY AT MGA INSTRUCT YOU TO GO INTO THE  02:44

11   MATTEL DESIGN CENTER AND TAKE OUT A SCULPT FROM A TRASH BIN?

12   A    NO.

13   Q    DID YOU EVER CALL UP ANYBODY AT MGA AND SAY, 'HEY, I JUST

14   TOOK A HEAD OUT OF THE TRASH BIN.  NOBODY SAW ME.  I'M GOING TO

15   USE IT FOR FACE PAINTING'?                                    02:44

16        MR. PRICE:  OBJECTION.  LEADING.

17        THE COURT:  SUSTAINED.

18        MR. NOLAN:  I'LL WITHDRAW IT.

19   BY MR. NOLAN:

20   Q    DID YOU EVER TELL ANYBODY AT MGA THAT, IN EFFECT, YOU WERE  02:44

21   EVEN WORKING ON A HEAD SCULPT BEFORE THIS SEPTEMBER 1ST

22   MEETING?

23   A    NO.

24   Q    DO YOU HAVE EXHIBIT 01310 IN YOUR BINDER?

25        I DON'T THINK YOU DO.  IT'S IN A DIFFERENT EXHIBIT        02:45
```

```
 1   BOOK.

 2           MR. NOLAN:  MAY I APPROACH?

 3           THE COURT:  YOU MAY.

 4   BY MR. NOLAN:

 5   Q   DO YOU RECOGNIZE THE DOCUMENT THAT I'VE PLACED IN FRONT OF    02:45

 6   YOU, MARKED AS EXHIBIT 1310-001?

 7   A   YES.

 8   Q   AND WHAT IS IT?

 9   A   THIS LOOKS LIKE A COPY OF A CHECK THAT I GAVE TO SHEILA.

10           MR. NOLAN:  YOUR HONOR, WE'D OFFER THIS.              02:46

11           MR. PRICE:  NO OBJECTION.

12           THE COURT:  IT'S ADMITTED.  YOU MAY PUBLISH.

13           (EXHIBIT 1310 RECEIVED.)

14   BY MR. NOLAN:

15   Q   LET ME POINT OUT A FEW THINGS.

16           FIRST OF ALL, THIS IS YOUR CHECK; YES?

17   A   YES.

18   Q   AND THAT'S THE ADDRESS WHERE YOU WERE LIVING AT THE TIME;

19   CORRECT?

20   A   YES.                                                      02:46

21   Q   AND THE DATE OF THE CHECK IS...

22   A   8/25/2000.

23   Q   AND THE AMOUNT IS $150; CORRECT?

24   A   YES.

25   Q   AND DO YOU SEE THAT YOUR CHECK STOCK, YOUR ACCOUNT, SAYS   02:46
```

```
 1    'MATTEL FEDERAL CREDIT UNION'?

 2    A    YES.

 3    Q    AND THE ADDRESS IS 333 CONTINENTAL BOULEVARD, EL SEGUNDO,

 4    CALIFORNIA, 90245; CORRECT?

 5    A    YES.                                                        02:47

 6    Q    SO YOU WERE BANKING AT THE MATTEL FEDERAL CREDIT UNION.

 7    A    YES.

 8    Q    DID YOU DELIVER THIS CHECK TO SHEILA?

 9    A    YES.  I DON'T REMEMBER EXACTLY IF I HANDED IT TO HER OR

10    WHAT EXACTLY, BUT YES.                                          02:47

11    Q    I WAS WONDERING, DO YOU KNOW WHETHER OR NOT SHEILA CASHED

12    THIS CHECK?

13    A    NO, I DON'T.

14    Q    IN ANY EVENT, WHEN YOU FILLED THIS OUT ON A MATTEL FEDERAL

15    CREDIT UNION ADDRESSED TO SHEILA, THAT WAS FOR THE FACE         02:47

16    PAINTING PROJECT YOU ASKED HER TO DO?

17    A    YES.

18    Q    AT THE TIME, MR. BRYANT, AUGUST 25, 2000, DID YOU EVER

19    CALL ANYONE AT MGA AND SAY, 'SHOULD I PAY THE CO-WORKER TO DO

20    FACE PAINTING'?                                                 02:48

21           MR. PRICE:  OBJECTION.  LEADING.

22           THE COURT:  SUSTAINED.

23    BY MR. NOLAN:

24    Q    DID YOU EVER CALL ANYONE AT MGA AT OR ABOUT AUGUST 25,

25    2000, TO HAVE A DISCUSSION WITH RESPECT TO THE FACE PAINTER?    02:48
```

1    A    NO.

2    Q    DID YOU EVER SEEK PERMISSION FROM ANYBODY AT MGA TO PAY

3    THE FACE PAINTER?

4    A    NO.

5    Q    WELL, MR. BRYANT, YOU'RE AN EMPLOYEE OF MATTEL.  YOU                  02:48

6    SIGNED A CONTRACT.  WHY ARE YOU WRITING A CHECK TO A

7    CO-EMPLOYEE TO DO FACE PAINTING ON A DOLL THAT YOU ARE GOING TO

8    BE PITCHING TO MGA?

9    A    WELL, AGAIN, ALL I REALLY REMEMBER IS, THAT, YOU KNOW, I

10   FELT IT WAS A FAVOR, AND YOU KNOW, I KNEW SHE WAS GOING TO BE            02:49

11   DOING IT ON HER OWN TIME, AND SO I JUST FELT THAT I SHOULD.

12   Q    DO YOU HAVE ANY IDEA OF WHAT THE VALUE WAS OF THAT BLANK

13   HEAD THAT HAD BEEN THROWN AWAY IN THE TRASH?

14            **MR. PRICE:**  OBJECTION.  LACK OF FOUNDATION.

15            **THE COURT:**  OVERRULED.                                        02:49

16            **MR. NOLAN:**  I'M JUST ASKING IF HE KNOWS.

17            **THE WITNESS:**  I DON'T KNOW.  TWO OR THREE CENTS,

18   MAYBE.

19            **THE COURT:**  THE "TWO OR THREE CENTS" IS STRICKEN.

20   THE "I DON'T KNOW" IS THE ANSWER.                                         02:49

21            UNLESS YOU WANT TO LAY FOUNDATION FOR THE TWO OR

22   THREE CENTS.

23            **MR. NOLAN:**  I'M SORRY.  THIS IS A SERIOUS MATTER.

24   LET ME JUST TAKE A LITTLE BIT OF TIME WITH THIS.

25   */ / /*

```
 1   BY MR. NOLAN:

 2   Q    WAS THIS THE ONLY HEAD THAT WAS IN THE TRASH CAN?

 3   A    NO.

 4   Q    WERE THERE A LOT OF THEM?

 5   A    I THINK THERE WERE A FEW.                                02:50

 6   Q    AND DO YOU KNOW WHAT HAPPENS TO THE TRASH BINS AT MATTEL

 7   AT THE END OF THE DAY?

 8   A    NO.

 9   Q    DO YOU HAVE ANY REASON TO BELIEVE THAT THE TRASH BINS

10   AREN'T PICKED UP AND THROWN AWAY?                            02:50

11        MR. PRICE:  OBJECTION.  SPECULATION.

12        THE COURT:  LAY A FOUNDATION.

13   BY MR. NOLAN:

14   Q    DO YOU KNOW WHETHER OR NOT MATTEL HAS A PRACTICE OF

15   EMPTYING ITS TRASH CANS AND THROWING AWAY THE TRASH AT THE END  02:50

16   OF THE DAY, ONE WAY OR ANOTHER?  YES OR NO?

17   A    NO.

18   Q    THE CHECK STOCK THAT YOU HAVE HERE MADE OUT TO SHEILA FOR

19   $150, IT HAS 333 CONTINENTAL BOULEVARD, EL SEGUNDO.

20        DO YOU SEE THAT?                                        02:51

21   A    YES.

22   Q    IS THAT THE SAME ADDRESS OF MATTEL'S HEADQUARTERS THERE,

23   IN EL SEGUNDO?

24   A    YES.

25   Q    AND IS THAT THE SAME PLACE WHERE THE DESIGN CENTER IS    02:51
```

```
 1   LOCATED?

 2   A    NO.

 3   Q    IS THE DESIGN CENTER IN CLOSE PROXIMITY TO THIS ADDRESS,

 4   IF YOU KNOW?

 5   A    IT'S AROUND THE CORNER.                                    02:51

 6   Q    BY THE WAY, WHILE YOU WERE EMPLOYED -- STRIKE THAT.

 7        I'LL GO BACK TO THE HAIR ROOTER FOR A MOMENT.

 8        WHAT WAS HER NAME?

 9   A    HER FIRST NAME WAS CARMEN, AND I CANNOT REMEMBER HOW TO

10   PRONOUNCE HER LAST NAME.                                        02:51

11   Q    DID YOU PAY HER?

12   A    NO, I DON'T THINK I DID.

13   Q    BASED ON YOUR EXPERIENCE AT MATTEL IN THE DESIGN CENTER,

14   DO YOU HAVE AN ESTIMATE FOR US AS TO THE COST OF THE HAIR

15   ROOTING ON THIS DOLL THAT YOU PULLED OUT OF THE TRASH -- ON THE 02:52

16   SCULPT THAT YOU PULLED OUT OF THE TRASH?

17   A    NO.

18   Q    WAS IT A LOT OF HAIR?

19   A    NO.

20   Q    SO YOU HAVE NO BASIS TO TELL US WHETHER OR NOT IT WAS      02:52

21   WORTH FIVE CENTS OR $100.

22        MR. PRICE:  OBJECTION.  SPECULATION.

23        THE COURT:  SUSTAINED.

24        LAY FURTHER FOUNDATION, COUNSEL.

25   / / /                                                          02:52
```

```
 1   BY MR. NOLAN:

 2   Q    DO YOU HAVE ANY KNOWLEDGE AS TO HOW MUCH OR WHAT THE WORTH

 3   OF SUPPLIES WAS THAT SHE USED IN ROOTING THE ROTO SCULPT THAT

 4   YOU PULLED OUT OF THE TRASH AT MATTEL?

 5   A    MAYBE A DOLLAR.                                              02:52

 6   Q    DO YOU KNOW HOW LONG --

 7            MR. PRICE:  OBJECTION.  LACK OF FOUNDATION.

 8            THE COURT:  THE LAST ANSWER IS STRICKEN.

 9            COUNSEL, YOU MAY ASK YOUR NEXT QUESTION.

10   BY MR. NOLAN:

11   Q    WHAT'S THE BASIS FOR YOUR ESTIMATE?

12            MR. PRICE:  OBJECTION; THE ANSWER IS NOT IN EVIDENCE.

13            THE COURT:  LET'S BACK UP, COUNSEL.

14   BY MR. NOLAN:

15   Q    DURING THE TIME THAT YOU WORKED AT MATTEL, DID YOU WORK IN  02:53

16   DESIGNING HAIR STYLES FOR DOLLS?

17   A    YES.

18   Q    WOULD THEY INCLUDE DOING DESIGNS FOR BARBIE COLLECTIBLES?

19   A    YES.

20   Q    AND DURING THE COURSE OF THAT TIME, WERE YOU EVER INVOLVED  02:53

21   IN HAIR ROOTING YOURSELF?

22   A    NO.

23   Q    BUT WOULD YOU EVER WATCH THE HAIR ROOTERS DO HAIR ROOTING

24   ON SOME OF THE PROJECTS THAT YOU HAD DONE FASHIONS FOR?

25   A    I DON'T REMEMBER IF I REMEMBER SEEING THEM WORK ON ANY OF   02:54
```

```
 1   MY PROJECTS IN PARTICULAR.  BUT, YOU KNOW, WHEN I WOULD BE OVER

 2   IN THAT AREA, I WOULD SEE THE PEOPLE WHO WERE ROOTING THE HAIR,

 3   YOU KNOW, ROOTING VARIOUS PROJECTS.

 4   Q    IN FACT, IS THAT HOW YOU KNEW THAT THERE WAS HAIR ROOTING

 5   GOING ON AT MATTEL; THAT YOU HAD SEEN IT ACTUALLY GOING ON WITH      02:54

 6   RESPECT TO YOUR OWN PROJECTS?

 7   A    WELL, I THINK I JUST KNEW IT FROM THE BEGINNING.  I THINK

 8   I WAS INTRODUCED TO THE DIFFERENT AREAS OF THE DESIGN CENTER.

 9   Q    MY LAST QUESTION ON THIS IS, DO YOU HAVE ANY BASIS TO

10   DETERMINE HOW MUCH HAIR FOR A DOLL HEAD THE SIZE OF THE ONE          02:54

11   THAT YOU HAD RETRIEVED FROM THE TRASH BIN AT MATTEL WOULD COST?

12   JUST YES OR NO.

13   A    NO.

14   Q    BASED ON YOUR YEARS OF WORKING AT MATTEL AND FROM TIME TO

15   TIME BEING IN THE HAIR ROOTING AREA, DO YOU HAVE A BASIS AS TO       02:55

16   HOW LONG IT WOULD HAVE TAKEN THE HAIR ROOTER TO DO THE PROJECT

17   YOU ASKED HER TO DO?

18   A    I DON'T KNOW.  20 MINUTES.

19         MR. PRICE:  YOUR HONOR, MOVE TO STRIKE; SPECULATION;

20   NO FOUNDATION.                                                       02:56

21         THE COURT:  LAY A FOUNDATION.

22         IT'S STRICKEN.

23   BY MR. NOLAN:

24   Q    YOU, IN THE PAST, WORKED AT MATTEL IN THE DESIGN CENTER;

25   YES?                                                                 02:56
```

```
1    A    YES.

2    Q    AND FROM TIME TO TIME, WOULD YOU EVER GO TO THE HAIR

3    ROOTING AREA?

4    A    YES.

5    Q    AND WHAT WAS THE PURPOSE FOR YOU BEING OVER IN THE HAIR    02:56

6    ROOTING DEPARTMENT?

7    A    I WOULD GO OVER THERE TO EITHER GIVE ONE OF THE HAIR

8    ROOTERS A PROJECT THAT I WAS WORKING ON OR CHECKING ON THE

9    PROGRESS OF ONE OF MY PROJECTS.

10   Q    AND IN THAT TIME PERIOD, WOULD YOU OBSERVE THE WORKERS    02:56

11   DOING THE ROOTING ON YOUR PROJECTS SOMETIMES?

12   A    I CAN'T RECALL A SPECIFIC INSTANCE WHERE I SAW THEM DOING

13   IT ON ONE OF MY PROJECTS, BUT I DO RECALL SEEING SOME OF THEM

14   STYLING SOME OF MY PROJECTS.

15   Q    AND BASED ON YOUR EXPERIENCE IN DESIGNING HAIR STYLES FOR    02:56

16   MATTEL, BEING IN THE HAIR ROOTING DEPARTMENT, WATCHING HAIR

17   ROOTING TAKE PLACE, DO YOU HAVE AN UNDERSTANDING AS TO HOW LONG

18   IT WOULD TAKE THE MATTEL HAIR ROOTER TO DO THE PROJECT THAT YOU

19   ASKED HER TO DO ON THE HEAD THAT YOU HAD RETRIEVED FROM THE

20   TRASH BIN?    02:57

21        MR. PRICE:  OBJECTION.  STILL INSUFFICIENT

22   FOUNDATION.

23        THE COURT:  OVERRULED.

24        YOU MAY ANSWER.

25   /  /  /    02:57
```

1   BY MR. NOLAN:

2   Q    WHAT'S YOUR BEST ESTIMATE AS TO HOW LONG IT TOOK?

3   A    AGAIN, MY BEST ESTIMATE WOULD BE 20 MINUTES, HALF AN HOUR.

4   Q    AFTER YOU GOT THE HEAD BACK THAT YOU HAD PULLED FROM THE

5   TRASH AND IT HAD BEEN PAINTED AND HAD HAIR ROOTED ON IT, DO YOU     02:58

6   REMEMBER HAVING A CONVERSATION, PICKING UP THE PHONE, CALLING

7   ANYBODY OVER AT MGA AND SAYING -- AT MGA -- CALLING MGA AND

8   TELLING THEM THAT YOU HAD THE COMPLETED HEAD?

9   A    NO.

10  Q    TO YOUR KNOWLEDGE, WHEN WAS THE FIRST TIME THAT MGA KNEW      02:58

11  YOU WERE BRINGING A DUMMY DOLL TO MGA?

12  A    I DON'T THINK THEY EVER KNEW UNTIL I HAD ACTUALLY BROUGHT

13  IT.

14  Q    SO EVEN UP TO THE DAY OF THE MEETING, HAD ANYBODY FROM MGA

15  ASKED YOU TO PREPARE A DUMMY DOLL FOR USE IN YOUR PITCH?          02:58

16  A    NO.

17  Q    WHOSE IDEA WAS IT, MR. BRYANT, TO BRING A DUMMY DOLL TO

18  THE SEPTEMBER 1ST PITCH MEETING?

19  A    THAT WAS MY IDEA.

20  Q    AND THIS DUMMY DOLL, HOW TALL WAS THE DUMMY DOLL?  DO YOU    02:59

21  RECALL?

22  A    I THINK IT WAS PROBABLY OVER A FOOT TALL.  I'M NOT EXACTLY

23  SURE.

24  Q    ABOUT A FOOT TALL?

25  A    I THINK IT WAS A LITTLE OVER A FOOT TALL.                    02:59

```
 1   Q    WHAT SIZE DID THE BRATZ 3-D DOLL OFFER FOR SALE AT RETAIL?

 2   HOW TALL IS THAT DOLL?

 3            MR. PRICE:  OBJECTION.  IRRELEVANT.

 4            THE COURT:  OVERRULED.

 5            YOU MAY ANSWER, IF YOU KNOW.                          03:00

 6            THE WITNESS:  ABOUT TEN AND A HALF INCHES.

 7   BY MR. NOLAN:

 8   Q    WHAT HAPPENED TO THE DUMMY DOLL AFTER THE SEPTEMBER 1ST

 9   PITCH MEETING?

10   A    I THINK I JUST THREW IT OUT.                             03:00

11   Q    DO YOU RECALL AT THE PITCH MEETING ANYBODY BEING EXTREMELY

12   EXCITED WITH YOUR DUMMY DOLL?

13   A    NO, NOT REALLY.  ALL I REMEMBER IS THAT, YOU KNOW, IT WAS

14   GLANCED AT; BUT WE SPENT A LOT OF TIME LOOKING AT THE DRAWINGS.

15   Q    MR. BRYANT, SOMETIME AFTER THE SEPTEMBER 1ST MEETING, YOU  03:00

16   THREW AWAY THE DUMMY DOLL.

17   A    YES.

18   Q    DID YOU THROW AWAY THE DUMMY DOLL BECAUSE OF SOME CONCERN

19   THAT YOU HAD THAT MATTEL WOULD LEARN THAT YOU HAD PREPARED THE

20   DUMMY DOLL AT MATTEL?                                         03:01

21            MR. PRICE:  OBJECTION.  LEADING.

22            THE COURT:  SUSTAINED.

23   BY MR. NOLAN:

24   Q    WHY DID YOU THROW IT AWAY?

25   A    WELL, THERE WAS ABSOLUTELY NO USE FOR IT.  I MEAN, I JUST  03:01
```

1   DIDN'T HAVE A NEED FOR IT.

2   Q    NOW, FOLLOWING THE SEPTEMBER 1ST MEETING AT ISAAC LARIAN'S

3   OFFICE, DID YOU CONTINUE TO WORK AT MATTEL?

4   A    YES.

5   Q    DID YOU CONTINUE TO WORK AT MATTEL THROUGHOUT SEPTEMBER?      03:01

6   A    YES.

7   Q    DID YOU COLLECT A PAYCHECK FROM MATTEL FOR THAT PERIOD OF

8   TIME?

9   A    YES.

10  Q    DURING THAT PERIOD OF TIME THROUGH SEPTEMBER 30TH, DID YOU    03:02

11  RECEIVE A PAYCHECK FROM MGA FOR THAT PERIOD OF TIME?

12  A    NOT THAT I REMEMBER.

13  Q    DID YOU, DURING THAT MONTH OF SEPTEMBER, WHILE YOU WERE

14  WORKING AT MATTEL, CONTINUE TO WORK ON MATTEL PROJECTS?

15  A    YES.                                                          03:02

16  Q    DID YOU HAVE MEETINGS WITH THE SCULPTOR BY THE NAME OF

17  MARGARET LEAHY?

18  A    YES.

19  Q    DO YOU KNOW WHETHER OR NOT YOU WERE THE ONE THAT CONTACTED

20  MARGARET LEAHY, OR DID SOMEONE FROM MGA CONTACT MARGARET LEAHY?    03:02

21  A    I DON'T REMEMBER EXACTLY.  I THINK I MAY HAVE ALERTED MGA

22  TO MARGARET, BUT I DON'T REMEMBER EXACTLY.

23  Q    HOW DID YOU KNOW MARGARET LEAHY?

24  A    SHE WAS A MATTEL EMPLOYEE AT ONE TIME.

25  Q    AND DID YOU MEET HER WHILE YOU WERE AN EMPLOYEE OF MATTEL?    03:03

```
 1   A    YES.

 2   Q    WHEN YOU GAVE HER A CALL WITH RESPECT TO DOING SCULPTING

 3   FOR YOU, WAS SHE A FULL-TIME EMPLOYEE AT MATTEL?

 4   A    NO.

 5   Q    DID YOU HAVE AN UNDERSTANDING OF WHAT SHE WAS DOING AT THE    03:03

 6   TIME THAT YOU CONTACTED HER?

 7   A    YES.  FROM MY UNDERSTANDING, SHE HAD MENTIONED TO ME THAT

 8   SHE WAS GOING TO BE A STAY-AT-HOME MOM AND THAT SHE WAS GOING

 9   TO BE DOING FREELANCE SCULPTING PROJECTS.

10   Q    AND WHEN YOU CONTACTED MARGARET LEAHY, DID YOU HAVE AN        03:04

11   UNDERSTANDING AS TO WHETHER OR NOT MARGARET LEAHY WAS

12   CONTRACTUALLY PROHIBITED FROM ENGAGING IN FREELANCE WORK FOR

13   TOY COMPANIES OTHER THAN MATTEL?  DID YOU KNOW?

14   A    NO.

15   Q    IN ANY OF THE LITIGATION THAT YOU HAVE BEEN INVOLVED WITH     03:04

16   IN THIS CASE FOR FOUR YEARS, HAS ANYONE EVER TOLD YOU THAT

17   MARGARET LEAHY WAS RESTRICTED AND COULD NOT BE A SCULPTOR FOR

18   YOUR PROJECT?

19           MR. PRICE:  OBJECTION.  IRRELEVANT; ARGUMENTATIVE.

20           WE'LL STIPULATE THAT NO ONE IS SUGGESTING THAT EVER        03:04

21   HAPPENED.

22           MR. NOLAN:  THANK YOU.  I'LL ACCEPT THAT STIPULATION.

23           THE COURT:  VERY WELL.

24   BY MR. NOLAN:

25   Q    DID YOU FEEL GUILTY WHEN YOU -- STRIKE THAT.                  03:04
```

1           DID YOU HAVE A CONCERN WHEN YOU CALLED MARGARET LEAHY

2    TO SEE IF SHE WOULD BE INTERESTED IN DOING A SCULPT?

3    A    NO.

4    Q    DID YOU CALL MARGARET LEAHY FROM YOUR OFFICE AT MATTEL?

5    A    IT'S POSSIBLE, BUT I DON'T REMEMBER EXACTLY.          03:05

6    Q    DURING THE MONTH OF SEPTEMBER, DID YOU MAKE PHONE CALLS

7    FROM MATTEL TO INDIVIDUALS AT MGA?

8    A    I BELIEVE SO, YES.

9    Q    DID YOU USE YOUR OWN PHONE AT MATTEL TO MAKE THOSE PHONE

10   CALLS?                                                    03:05

11           **MR. PRICE:**  OBJECTION AS TO OWN PHONE.

12           **THE COURT:**  SUSTAINED.

13   **BY MR. NOLAN:**

14   Q    MATTEL DIDN'T MAKE YOU BUY THE PHONE; RIGHT?

15   A    NO.                                                  03:05

16   Q    SO YOU HAD A PHONE EXTENSION ASSIGNED TO YOU.

17   A    YES

18   Q    WHAT WAS YOUR EXTENSION NUMBER?

19   A    I THINK IT WAS 6099.

20   Q    DO YOU RECALL IN THE MONTH OF SEPTEMBER MAKING PHONE CALLS   03:06

21   FROM THE EXTENSION ASSIGNED TO YOU WITHIN THE MATTEL DESIGN

22   CENTER TO INDIVIDUALS AT MGA?

23   A    YES.

24   Q    AND DURING THAT PERIOD OF TIME, MR. BRYANT, YOU WERE

25   EMPLOYED AT MATTEL; YES?                                  03:06

```
 1   A     YES.

 2   Q     AND YOU WERE PAID BY MATTEL.

 3   A     YES.

 4   Q     DID YOU THINK IT WAS WRONG TO BE USING MATTEL'S PHONES TO

 5   BE CALLING ANOTHER TOY COMPANY, MGA?                            03:06

 6   A     NO.

 7   Q     DO YOU KNOW -- SO YOU NEVER MADE -- STRIKE THAT.

 8             DID YOU EVER, EVER ATTEMPT TO USE SOMEBODY ELSE'S

 9   PHONE TO CONCEAL THE FACT THAT YOU WERE CALLING MGA?

10   A     NO.                                                       03:07

11   Q     AFTER CONTACTING MARGARET LEAHY, DID YOU, IN FACT, MEET

12   WITH MARGARET LEAHY?

13   A     YES.

14   Q     AND DID THAT MEETING TAKE PLACE -- WHERE?  WHERE DID THAT

15   MEETING TAKE PLACE?                                             03:07

16   A     I THINK I MET WITH HER AT HER HOME.

17   Q     DID YOU GIVE HER ANYTHING WITH RESPECT TO THE SCULPTING

18   ASSIGNMENT?

19   A     I THINK I SHOWED HER SOME OF MY MASTER DRAWINGS.

20   Q     DID YOU SHOW HER ANYTHING ELSE?                           03:07

21   A     I DON'T REMEMBER.

22   Q     DO YOU RECALL HOW MANY TIMES BETWEEN, LET'S SAY,

23   SEPTEMBER 1ST AND OCTOBER 20TH, THE DAY YOU STARTED CONSULTING

24   UNDER THE CONTRACT WITH MGA, HOW MANY TIMES YOU MET WITH

25   MARGARET LEAHY TO DISCUSS A SCULPT?                             03:08
```

1          **MR. PRICE:**  OBJECTION TO THE CHARACTERIZATION OF THAT

2     TIME PERIOD.

3          **THE COURT:**  REPHRASE, COUNSEL.

4     BY MR. NOLAN:

5     Q    DURING THE PERIOD OF TIME OF SEPTEMBER 1ST AND OCTOBER 20,     03:08

6     2000, DO YOU HAVE THAT IN MIND?

7     A    YES.

8     Q    HOW MANY MEETINGS DID YOU HAVE WITH MARGARET LEAHY?

9     A    I DON'T REMEMBER THE EXACT NUMBER, BUT I BELIEVE IT WAS

10    MORE THAN TWO.                                                     03:08

11    Q    MORE THAN TWO?  LESS THAN THREE?  CAN YOU GIVE US YOUR

12    BEST ESTIMATE?

13    A    I CAN REALLY ONLY RECALL TWO TIMES.

14    Q    CAN YOU GIVE US SOME TEXTURE FOR THOSE TWO TIMES; THE

15    DATES, THE CIRCUMSTANCES?                                         03:09

16    A    I DON'T REMEMBER THE FIRST DATE THAT WE MET, BUT IT WAS

17    JUST MARGARET AND I.  AND THEN I THINK THERE WAS ANOTHER TIME

18    WHEN PAULA TREANTAFELLES GARCIA WAS PRESENT, AND IT WAS SOME

19    TIME -- I DON'T KNOW -- SEPTEMBER, OCTOBER.  I DON'T REMEMBER

20    EXACTLY WHEN.                                                     03:09

21    Q    ALL TOTAL, IN THOSE MEETINGS, CAN YOU GIVE THE JURY AN

22    ESTIMATE OF THE HOURS, TOTAL HOURS, THAT YOU MAY HAVE MET WITH

23    MARGARET LEAHY BETWEEN SEPTEMBER 1ST AND OCTOBER 20, 2000?

24    A    THREE, FOUR.

25    Q    THREE OR FOUR HOURS.                                         03:10

1            IT WAS YOUR IDEA TO CALL MARGARET LEAHY; IS THAT

2    CORRECT?

3            **MR. PRICE:**  OBJECTION.  LEADING.

4    **BY MR. NOLAN:**

5    Q    WHOSE IDEA WAS IT TO CALL MARGARET LEAHY?                    03:10

6    A    IT WAS MINE.

7    Q    DID ISAAC LARIAN ASK YOU ON SEPTEMBER 1ST TO CONTACT

8    MARGARET LEAHY?

9    A    NO.

10   Q    IN FACT, DID ISAAC LARIAN EVER INSTRUCT YOU TO MEET WITH    03:10

11   MARGARET LEAHY?

12   A    NO.

13   Q    WHEN YOU MET WITH MARGARET LEAHY ON THOSE THREE OCCASIONS,

14   OR HOWEVER MANY OCCASION IT WAS BEFORE OCTOBER 20TH, DID YOU

15   EVER OBSERVE A FINAL SCULPT OF THE BRATZ DOLL THAT WAS SOLD AND  03:11

16   IS SOLD ACROSS THE WORLD?

17           **MR. PRICE:**  OBJECTION.  LACK OF FOUNDATION; AND

18   RELEVANCE.

19           **THE COURT:**  LAY A FOUNDATION.

20   **BY MR. NOLAN:**

21   Q    HAVE YOU SEEN A BRATZ DOLL?

22   A    EVER?

23   Q    EVER.

24           **THE COURT:**  HE HAS, COUNSEL.

25           YOUR NEXT QUESTION.                                      03:11

1    **BY MR. NOLAN:**

2    Q    DID YOU EVER SEE THE FINAL BRATZ SCULPT USED TO MAKE

3    BRATZ?

4    A    YES.

5    Q    AND WHERE WERE YOU WHEN YOU SAW IT?                    03:12

6    A    I BELIEVE I WAS AT MGA, AT THEIR OFFICES.

7    Q    CAN YOU TELL US THE MONTH AND THE YEAR?

8    A    I THINK IT WAS EITHER NOVEMBER OR DECEMBER OF 2000.

9    Q    WHAT WAS YOUR LAST DATE OF EMPLOYMENT AT MATTEL?

10   A    OCTOBER 19, 2000.                                      03:12

11   Q    DID YOU EVER SEE FINAL FASHIONS FOR THE FIRST GENERATION

12   BRATZ DOLLS?

13   A    YES.

14   Q    WHERE DID YOU SEE THE FINAL FASHIONS FOR THE FIRST

15   GENERATION OF BRATZ?                                         03:13

16   A    I THINK VERONICA MARLOW HAD BROUGHT THEM OVER TO MY HOUSE.

17   Q    DO YOU RECALL THE MONTH AND THE YEAR WHEN YOU SAW THE

18   FINAL FASHIONS FOR THE FIRST GENERATION BRATZ?

19   A    I'M PRETTY SURE IT WAS DECEMBER OF 2000.

20   Q    DID YOU EVER SEE THE FINAL PACKAGING FOR BRATZ?         03:13

21   A    DO YOU MEAN BEFORE IT CAME OUT ON THE MARKET?

22   Q    YES.

23   A    I SAW IT IN VARIOUS STAGES, BUT I'M NOT SURE IF I SAW THE

24   FINAL.

25   Q    DO YOU REMEMBER WHETHER OR NOT YOU SAW PACKAGING FOR THE   03:13

1    FIRST GENERATION BRATZ BEFORE OR AFTER OCTOBER 20, 2000?

2    A    AFTER.

3    Q    DID YOU, MR. BRYANT, DIRECT THE FINAL SCULPTING OF THE

4    BRATZ DOLL?

5    A    NO.                                                        03:14

6    Q    DID YOU DIRECT AND SUPERVISE THE FINAL FASHIONS FOR THE

7    FIRST GENERATION BRATZ DOLLS?

8         **MR. PRICE:**  OBJECTION.  IRRELEVANT.

9         **THE COURT:**  SUSTAINED.

10        **MR. NOLAN:**  YOUR HONOR, IS THIS A GOOD TIME FOR A      03:14

11   LUNCH BREAK?

12        **THE COURT:**  YES.

13        I'LL SEE THE JURY AT 1:30.

14        (WHEREUPON JURORS DEPART COURTROOM.)

15        **THE COURT:**  THE COURT IS PREPARED TO TAKE UP THE       03:15

16   RULINGS ON JANET BRYANT'S DEPOSITION TRANSCRIPT.  I'LL DO THAT

17   AT 1:15; SO IF COUNSEL COULD BE BACK AT THAT TIME.

18        ONE ISSUE I WANTED TO ADDRESS BEFOREHAND, THOUGH, IS,

19   I RECEIVED, FILED YESTERDAY, A NOTICE OF MATTEL'S OBJECTIONS TO

20   MGA'S DESIGNATIONS OF THE DEPOSITIONS OF RICHARD IRMEN AND      03:15

21   JANET BRYANT AS UNTIMELY.

22        IS THERE A RESPONSE FROM MGA ON THIS?

23        **MR. NOLAN:**  YOUR HONOR, I APOLOGIZE, I HAVE NOT SEEN

24   IT.  I COULD LOOK AT THAT DURING THE LUNCH HOUR AND THEN

25   RESPOND.                                                        03:16

WEDNESDAY, JUNE 18, 2008              TRIAL DAY 15, MORNING SESSION

1          **THE COURT:**  IT WAS JUST FILED ON JUNE 17TH.  I JUST

2    WANTED TO GIVE YOU NOTICE OF IT.  WE'LL TAKE THIS UP AT 1:15.

3          **MR. NOLAN:**  THANK YOU.

4          **THE COURT:**  COURT IS IN RECESS.

5          (WHEREUPON, MORNING SESSION IS CONCLUDED. )                    03:16

6

7

8

9

10

11

12

13

14                          CERTIFICATE

15

16    I hereby certify that pursuant to section 753, title 28, united
      states code, the foregoing is a true and correct transcript of
17    the stenographically recorded proceedings held in the above-
      entitled matter and that the transcript page format is in
18    conformance with the regulations of the judicial conference of
      the united states.

19

20    _____            _____
      THERESA A. LANZA, CSR, RPR                      Date
21    FEDERAL Official COURT Reporter

22

23

24

25

WEDNESDAY, JUNE 18, 2008                    TRIAL DAY 15, MORNING SESSION