1  Byron Z. Moldo (SBN 109652)
       bmoldo@ecjlaw.com
2  David Seror (SBN 67488)
       dseror@ecjlaw.com
3  Peter A. Davidson (SBN 76194)
       pdavidson@ecjlaw.com
4  **ERVIN COHEN & JESSUP LLP**
   9401 Wilshire Boulevard, Ninth Floor
5  Beverly Hills, California 90212-2974
   Telephone  (310) 273-6333
6  Facsimile  (310) 859-2325

7  Attorneys for Patrick A. Fraioli, Jr., Temporary Receiver

8

9                  UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                EASTERN DIVISION (RIVERSIDE)

12

| | |
|---|---|
| 13  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 14              Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 15      v. | [Judge Stephen G. Larson] |
| 16  MATTEL, INC., a Delaware corporation,, | |
| 17              Defendant. | **NOTICE OF INTENTION TO PAY INTERIM COMPENSATION TO RECEIVER, PROFESSIONALS AND AGENT (No. 3)** |
| 18 | |
| 19 | |

20

21      TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

22      PLEASE TAKE NOTICE that, in accordance with the Court's Order Re

23  Appointment of Temporary Receiver Pending Hearing on Appointment of Permanent

24  Receiver entered April 27, 2009 ("Order"), Patrick A. Fraioli, Jr., Temporary Receiver

25  ("Receiver"), gives notice of his intention to pay interim compensation for the period

26  May 9, 2009 through May 14, 2009 in the amounts stated below:

27

28

**Receiver:**

| | | |
|---|---|---|
| Fees: | $ | 26,730.00 |
| Costs: | $ | 196.73 |
| **Total:** | **$** | **26,926.73** |

A copy of the Receiver's statement dated May 18, 2009 was previously provided to the Court and has been approved for payment.

**Professional:  Ervin Cohen & Jessup LLP ("ECJ")**
**(Attorneys for Receiver):**

| | | |
|---|---|---|
| Fees: | $ | 111,182.50 |
| Costs: | $ | 1,312.98 |
| **Total:** | **$** | **112,495.48** |

A copy of ECJ's statement dated May 18, 2009 was previously provided to the Court and has been approved for payment.

**Professional:  Kibel Green, Inc. ("Kibel")**
**(Financial Consultants to Receiver):**

| | | |
|---|---|---|
| Fees: | $ | 41,816.50 |
| Costs: | $ | 1,329.29 |
| **Total:** | **$** | **43,145.79** |

A copy of Kibel's statement dated May 15, 2009 was previously provided to the Court and has been approved for payment.

**Professional:  Crowe Horwath LLP ("Crowe")**
**(Forensic Accounts to Receiver):**

| | | |
|---|---|---|
| Fees: | $ | 6,614.00 |
| Costs: | $ | - 0 - |
| **Total:** | **$** | **6,614.00** |

A copy of Crowe's statement dated May 15, 2009 was previously provided to the Court and has been approved for payment.

**Professional:  Reinventures (Management Consultant to Receiver):**

| | |
|---|---|
| Fees: | $  27,225.00 |
| Costs: | $       125.00 |
| **Total:** | **$  27,350.00** |

A copy of Reinventures' statement dated May 15, 2009 was previously provided to the Court and has been approved for payment.

**Professional:  Interco Management Corp. ("Interco")
(Field Agent to Receiver):**

| | |
|---|---|
| Fees: | $  12,400.00 |
| Costs: | $       557.00 |
| **Total:** | **$  12,957.00** |

A copy of Interco's statement dated May 16, 2009 was previously provided to the Court and has been approved for payment.

The Order, at Paragraph 5, provides as follows:

> 5.  The Temporary Receiver, the Temporary Receiver's employees and agent as well as any and all of the professionals employed by the Temporary Receive, are entitled to compensation for services rendered at their normal hourly rates and reimbursement for all expenses incurred by them on behalf of the receivership estate.  The Temporary Receiver shall serve written notice upon counsel of record for the parties of the amount to be paid to each payee, with an itemization of the services rendered or expenses incurred.  Upon service of said notice, the itemized fees and expenses may be paid by the Temporary Receiver on an interim basis.  In the event that extraordinary services are performed by the Temporary Receiver, he shall be entitled to extraordinary compensation according to proof and approval of this Court.  All interim fees paid shall be subject to final review and approval by this Court.  This Court retains jurisdiction to aware a greater or lesser amount as the full, fair and final value of such services.  In the event there are insufficient funds in the receivership estate to fully compensate the Temporary Receiver and his professionals, the Court retains jurisdiction to allocate the costs and expenses of this receivership against Mattel, as the party who sought the appointment of the Temporary Receiver, and/or Isaac Larian, as the principal owner and beneficiary of the MGA entities.

1         Based on the foregoing the Receiver intends to pay the interim fees and costs

2   specified above.

3

4   DATED:  June 2, 2009         ERVIN COHEN & JESSUP LLP

5

6                    By:  /s/ BYRON Z. MOLDO_____

7                         BYRON Z. MOLDO
                      Attorneys for Patrick A. Fraioli, Jr.,

8                         Temporary Receiver

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IDOCS:13569.1:894466.1

4

1

<u>**PROOF OF SERVICE**</u>

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3       I am employed in the County of Los Angeles, State of California; I am over the age of 18

4  years and am not a party to the within action.  My business address:  9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA  90212-2974.

5       On **June 3, 2009**, I served the document(s) described as:  **NOTICE OF INTENTION TO PAY INTERIM COMPENSATION TO RECEIVER, PROFESSIONALS AND AGENT**

6  **(No. 3)**, on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

7

**SEE ATTACHED SERVICE LIST**

8

☒       **BY MAIL:**  I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the

9       United States mail.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S.

10      postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

11

☐       **BY FEDERAL EXPRESS/EXPRESS MAIL:**  I caused said document(s) to be sent via

12      Federal Express / Express Mail for next business day delivery.

13   ☐    **BY FACSIMILE:**  I caused said document(s) to be sent via facsimile.

14   ☒    **BY EMAIL:**  I caused said document(s) to be sent via email.

15   ☐    **ELECTRONICALLY MAILED:**  Said document(s) were electronically served on the person(s) as indicated on the attached Notice of Electronic Filing.

16

☐       **BY TELEPHONIC COMMUNICATION:**  I telephoned the interested parties and gave

17      notice as indicated in my declaration.

18   ☐    **BY PERSONAL SERVICE:**  I caused said document(s) to be delivered to the addressees listed on the attached Service List.

19

☐       **[State]**      I declare under penalty of perjury under the laws of the State of California that

20      the above is true and correct.

21   ☒    **[Federal]**      I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the

22      laws of the United States of America that the above is true and correct.

23       Executed on **June 3, 2009**, at Los Angeles, California.

24

25

26                                                      TRISH MELENDEZ

27

28

**SERVICE LIST**

| | |
|---|---|
| 1 | |
| 2 | Thomas J. Nolan, Esq.      Counsel for Defendants/Counter- |

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
Skadden Arps Slate Meagher & Flom LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
T: 213/687-5000
F: 213/687-5600
E: tnolan@skadden.com; jrussell@skadden.com

Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian

Mark E. Haddad, Esq.
Robert A. Holland, Esq.
Alycia A. Degen, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
T: 213/896-6000
F: 213/896-6600
E: mhaddad@sidley.com;
rholland@sidley.com; adegen@sidley.com

Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian

John B. Quinn, Esq.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Brett Dylan Proctor, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
T: 213/443-3000
F: 213/443-3100
E: johnquinn@quinnemanuel.com;
michaelzeller@quinnemanuel.com;
joncorey@quinnemanuel.com;
dylanproctor@quinnemanuel.com

Counsel for Defendant/Appellee, Mattel, Inc.

Sanford I. Weisburst, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
T : 212/849-7170
F : 212/849-7100
E : sandyweisburst@quinnemanuel.com

Counsel for Defendant/Appellee, Mattel, Inc.

IDOCS:13569.1:883209.1

1

2     Patricia L. Glaser, Esq.                      Counsel for Counter-Defendant, MGAE De

3     Glaser Weil Fink Jacobs and Shapiro        Mexico SRL De Cv
     10250 Constellation Blvd., 19th Floor

4     Los Angeles, CA  90067
     T:  310/553-3000

5     F:  310/556-2920
     E:  pglaser@glaserweil.com

6

7     Russell J. Frackman, Esq.                 Counsel for Counter-Defendant, MGAE De
     Mitchell Silberberg & Knupp            Mexico SRL De Cv

8     11377 W. Olympic Blvd.
     Los Angeles, CA  90064-1683

9     T:  310/312-3132
     F:  310/312-3788

10    E:  rjf@msk.com

11    Peter H. Bonis, Esq.                     Counsel for Plaintiff, Carter Bryant

12    Peter H. Bonis Law Offices
     1990 N. California Blvd., 8th Floor

13    Walnut Creek, CA  94596
     T:  925/287-6428

14    E:  phbonis@cs.com

15

16    Alexander H. Cote, Esq.               Counsel for Counter-Defendant, Carlos Gustavo
     Mark E. Overland, Esq.             Machado Gomez

17    David C. Scheper, Esq.
     Overland Borenstein Scheper & Kim

18    601 West Fifth Street, 12th Floor
     Los Angeles, CA  90071-2025

19    T:  213/613-4655
     F:  213/613-4656

20    E:  acote@obsklaw.com;
     moverland@obsklaw.com;

21    dscheper@obsklaw.com

22

23

24

25

26

27

28

1

Leah Chava Gershon, Esq.                                 Counsel for Counter-Defendant, Carlos Gustavo
James W. Spertus Law Offices                             Machado Gomez
2
12100 Wilshire Blvd., Suite 620
3
Los Angeles, CA  90025
T: 310/826-4700
4
E: leah@spertuslaw.com

5
Linda M. Burrow, Esq.                                    Counsel for Third Party Defendant, Anne Wang
6
Caldwell Leslie and Proctor PC
1000 Wilshire Blvd., Suite 600
7
Los Angeles, CA  90017
T: 213/629-9040
8
F: 213/629-9022
E: burrow@caldwell-leslie.com
9

10
Todd E. Gordinier, Esq.                                  Counsel for Limited Intervenor, Omni 808
Bingham McCutchen                                        Investors LLC
11
600 Anton Blvd., 18th Floor
12
Costa Mesa, CA  92626
T: 714/830-0600
13
F: 714/830-0700
E: todd.gordinier@bingham.com
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IDOCS:13569.1:883209.1