QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL INC.'S RESPONSES TO THE MGA PARTIES' OBJECTIONS TO THE RELEASE OF THE FORENSIC AUDITOR'S REPORT AND THE FORENSIC AUDITOR'S RESPONSIVE REPORT, MATTEL, INC.'S SPECIFIC RESPONSES TO THE MGA PARTIES' OBJECTIONS TO THE RELEASE OF THE FORENSIC AUDITOR'S REPORT AND THE FORENSIC AUDITOR'S RESPONSIVE REPORT, AND THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently] |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal its Responses to the MGA Parties
4  Objections to the Release of the Forensic Auditor's Report and the Forensic
5  Auditor's Responsive Report, its Specific Responses to the MGA Parties Objections
6  to the Release of the Forensic Auditor's Report and the Forensic Auditor's
7  Responsive Report, and the Declaration of Scott L. Watson in Support Thereof.
8  The Responses and Declaration include materials that MGA and the
9  Court have designated as "Confidential" or "Confidential--Attorneys' Eyes Only"
10 pursuant to the Protective Order. Accordingly, Mattel requests that the Court order
11 that the Motion and Exhibits be filed under seal.
12 In the alternative, Mattel requests that the Court declare that the
13 Responses and Exhibits are outside the definitions of "Confidential" and
14 "Confidential--Attorneys' Eyes Only" as contained in the Stipulated Protective
15 Order and order it to be filed as part of the public record.

17 DATED: June 2, 2009         QUINN EMANUEL URQUHART OLIVER &
                               HEDGES, LLP

19                             By_____
20                                Scott L. Watson
                                  Attorneys for Mattel, Inc.