QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with: Case No. CV 04-09039 Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On June 3, 2009, I served true copies of the following documents described as:

**SEE ATTACHED DOCUMENT LIST** on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | Overland Borenstein Scheper & Kim LLP<br>Mark E. Overland, Esq.<br>Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, California 90017<br>moverland@obsklaw.com |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>  Amman A. Khan, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>  pglaser@glaserweil.com | Bingham McCutchen LLP<br>Todd E. Gordiner LLP<br>Peter N. Villar, Esq.<br>Craig A. Taggart, Esq.<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordiner@bingham.com<br>peter.villar@bingham.com<br>craig.taggart@bingham.com |
| Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>  rjf@msk.com | |

[X]   **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 3, 2009, at _____, _____.

_____
George Ramirez

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

## DOCUMENT LIST

1.  MATTEL, INC.'S SPECIFIC RESPONSES TO THE MGA PARTIES' OBJECTIONS TO THE RELEASE OF THE FORENSIC AUDITOR'S REPORT AND THE FORENSIC AUDITOR'S RESPONSIVE REPORT

2.  MATTEL INC.'S RESPONSES TO THE MGA PARTIES' OBJECTIONS TO THE RELEASE OF THE FORENSIC AUDITOR'S REPORT AND THE FORENSIC AUDITOR'S RESPONSIVE REPORT

3.  MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL INC.'S RESPONSES TO THE MGA PARTIES' OBJECTIONS TO THE RELEASE OF THE FORENSIC AUDITOR'S REPORT AND THE FORENSIC AUDITOR'S RESPONSIVE REPORT, MATTEL, INC.'S SPECIFIC RESPONSES TO THE MGA PARTIES' OBJECTIONS TO THE RELEASE OF THE FORENSIC AUDITOR'S REPORT AND THE FORENSIC AUDITOR'S RESPONSIVE REPORT, AND THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF

4.  DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL INC.'S RESPONSES TO THE MGA PARTIES' OBJECTIONS TO THE RELEASE OF THE FORENSIC AUDITOR'S REPORT AND THE FORENSIC AUDITOR'S RESPONSIVE REPORT

5.  [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL INC.'S RESPONSES TO THE MGA PARTIES' OBJECTIONS TO THE RELEASE OF THE FORENSIC AUDITOR'S REPORT AND THE FORENSIC AUDITOR'S RESPONSIVE REPORT, MATTEL, INC.'S SPECIFIC RESPONSES TO THE MGA PARTIES' OBJECTIONS TO THE RELEASE OF THE FORENSIC AUDITOR'S REPORT AND THE FORENSIC AUDITOR'S RESPONSIVE REPORT, AND THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF