1           UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3                 EASTERN DIVISION

4                    - - -

5      HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                    - - -

7    Carter Bryant, Et. Al.,          )
                                       )
8                     Plaintiffs,  )
                                       )
9            vs.                   )  No. ED CV 04-09049
                                       )  (LEAD LOW NUMBER)
10   Mattel, Inc., Et. Al.,            )
                                       )
11                    Defendants.  )  TELEPHONIC HEARING
     _____)
12   AND CONSOLIDATED ACTIONS,        )
     _____)
13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16               Riverside, California

17              TUESDAY, MAY 6, 2008

18                 12:05 P.M.

19

20

21

22

23            THERESA A. LANZA, RPR, CSR
            Federal Official Court Reporter
24           3470 12th Street, Rm. 134
            Riverside, California  92501
25                 951-274-0844
              WWW.THERESALANZA.COM

```
 1   APPEARANCES:

 2   On behalf of Carter Bryant:

 3                        KEKER & VAN NEST
                          BY:  CHRISTA M. ANDERSON
 4                        BY:  MATTHEW M. WERDEGAR
                          710 SANSOME STREET
 5                        SAN FRANCISCO, California  94111-1704
                          415-391-5400
 6

 7   on behalf of Mattel:

 8                        QUINN EMANUEL
                          BY:  B. DYLAN PROCTOR
 9                        BY:  JON COREY
                          BY:  TIMOTHY L. ALGER
10                        865 S. FIGUEROA STREET,
                          10TH FLOOR
11                        LOS ANGELES, California  90017
                          213-624-7707
12

13   On Behalf of Mga Entertainment:

14                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                          BY:  THOMAS J. NOLAN
15                        300 SOUTH GRAND AVENUE
                          LOS ANGELES, CALIFORNIA  90071-3144
16                        213-687-5000

17
     ON BEHALF OF THIRD-PARTY MATTHEW BOUSQUETTE:
18
                          CALDWELL, LESLIE, PROCTOR & PETITT
19                        BY:  CHRISTOPHER CALDWELL
                          BY:  SANDRA THOLEN
20                        1000 WILSHIRE BOULEVARD, #600
                          LOS ANGELES, CALIFORNIA  90017-2463
21                        213-629-9040

22
     ON BEHALF OF THIRD-PARTY WITNESSES CLOONAN, LEAHY, AND MARLOW:
23
                          KEATS, McFARLAND & WILSON LLP
24                        BY:  LARRY W. McFARLAND
                          9720 WILSHIRE BOULEVARD
25                        BEVERLY HILLS, CA  90212
                          310-777-3750
```

TUESDAY, MAY 6, 2008                                    TELEPHONIC HEARING

1                         I N D E X

2                                                    Page

3     TELEPHONIC HEARING............................  4

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| 1 | RIVERSIDE, CALIFORNIA; TUESDAY, MAY 6, 2008; 12:05 P.M. |
| 2 | -oOo- |
| 3 | **THE COURT:**  GOOD AFTERNOON, COUNSEL. |
| 4 | THIS IS JUDGE LARSON. |
| 5 | COULD I HAVE APPEARANCES, PLEASE. |
| 6 | **MR. COREY:**  JON COREY, DYLAN PROCTOR, AND TIM ALGER, |
| 7 | FOR MATTEL. |
| 8 | **THE COURT:**  GOOD AFTERNOON. |
| 9 | **MS. ANDERSON:**  CHRISTA ANDERSON AND MATTHEW WERDEGAR, |
| 10 | FOR CARTER BRYANT. |
| 11 | **MR. NOLAN:**  TOM NOLAN FOR THE MGA PARTIES. |
| 12 | **MR. CALDWELL:**  CHRIS CALDWELL AND SANDY THOLEN FOR |
| 13 | THIRD-PARTY WITNESS MATTHEW BOUSQUETTE. |
| 14 | **THE COURT:**  GOOD AFTERNOON. |
| 15 | **MR. McFARLAND:**  LARRY MCFARLAND AND CHRISTIAN DOWELL |
| 16 | FOR THIRD-PARTY WITNESS MS. CLOONAN. |
| 17 | **THE COURT:**  GOOD AFTERNOON. |
| 18 | IS THERE ANYBODY ELSE? |
| 19 | **MR. COREY:**  I BELIEVE THAT'S IT. |
| 20 | **THE COURT:**  VERY WELL. |
| 21 | I APPRECIATE COUNSEL ASSEMBLING FOR THE TELEPHONIC |
| 22 | CONFERENCE.  WHAT I WANT TO DO IS BASICALLY GO OVER THE |
| 23 | DISCOVERY RELATED MOTIONS, THE EX-PARTE APPLICATIONS, THE |
| 24 | STIPULATIONS THAT I HAVE RECEIVED OVER THE COURSE OF THE LAST |
| 25 | WEEK.  FIRST, I SUPPOSE, TO FIND OUT AND TO MAKE SURE THAT I |

01:00

01:00

01:00

01:00

01:00

1    HAVE EVERYTHING THAT I SHOULD.  A LOT OF PAPER HAS CROSSED OUR

2    THRESHOLD IN THE LAST WEEK, AND I'M DOING A KIND OF TRIAGE,

3    SEPARATING THE MOTIONS IN LIMINE FOR AFTER THE VOIR DIRE

4    PROCESS THE WEEK STARTING MAY 20TH, AFTER THE JURY HAS BEEN

5    SELECTED.  WE'VE GOT, ON MAY 19TH, OF COURSE, THE CONTINUED         01:00

6    HEARING ON THE MOTIONS FOR PARTIAL SUMMARY JUDGMENT.  BUT IN

7    THE INTERIM, I WANT THESE DISCOVERY MATTERS AND OTHER PENDING

8    MATTERS TAKEN CARE OF.  I JUST WANT TO MAKE SURE THAT I HAVE

9    ALL OF THEM.  SO THAT'S THE FIRST THING.

10            I THEN PLAN TO RULE ON THE PENDING EX-PARTE               01:00

11   APPLICATIONS THAT I HAVE BEFORE ME RIGHT NOW.  AND THEN,

12   FINALLY, GIVE THE PARTIES SOME GUIDANCE IN TERMS OF FURTHER

13   PROCEEDINGS IN THIS MATTER.

14            LET ME BEGIN WITH THE FIRST MATTER, AND THAT IS, FOR

15   THE RECORD -- I'M GOING TO GO OVER WHAT I HAVE BEFORE ME RIGHT      01:00

16   NOW, IN NO PARTICULAR ORDER OF IMPORTANCE.  AND IF I'M MISSING

17   SOMETHING, I WILL EXPECT THE PARTIES TO LET ME KNOW THAT I'M

18   MISSING SOMETHING.

19            BEGINNING WITH THE EX-PARTE APPLICATIONS, I HAVE

20   THREE EX-PARTE APPLICATIONS IN FRONT OF ME RIGHT NOW.  I HAVE       01:00

21   MATTEL'S EX-PARTE APPLICATION FOR RELIEF FROM THE FIVE-DAY

22   REQUIREMENT AND FOR AN EXPEDITED HEARING DATE OF MAY 12TH,

23   2008, REGARDING MATTEL'S APPEAL OF THE DISCOVERY MASTER'S

24   APRIL 14, 2008, AND APRIL 23, 2008 ORDERS.  I ALSO HAVE AN

25   OPPOSITION THERETO, AS WELL AS A REPLY, AND, OF COURSE,             01:00

```
 1   SUPPORTING DECLARATIONS.

 2         THE SECOND EX-PARTE I HAVE BEFORE ME IS MATTEL'S

 3   EX-PARTE APPLICATION FOR RELIEF FROM THE 20-DAY MEET AND CONFER

 4   REQUIREMENT AND FOR AN EXPEDITED HEARING DATE ON MATTEL'S

 5   MOTION FOR ADVERSE INFERENCE JURY INSTRUCTION.  THAT SEEKS A          01:00

 6   MOTION TO COINCIDE WITH THE MOTION IN LIMINE NUMBER 13 DEALING

 7   WITH THE ADVERSE INFERENCE JURY INSTRUCTION.  THE REQUEST HERE

 8   IS FOR A HEARING ON MAY 21ST.  I HAVE CARTER BRYANT'S

 9   OPPOSITION TO THAT MOTION.  I DO NOT HAVE A REPLY.

10         THE THIRD EX-PARTE APPLICATION I HAVE IS MGA'S              01:00

11   EX-PARTE APPLICATION FOR RELIEF FROM THE FIVE-DAY REQUIREMENT

12   FOR A MEET AND CONFER AND AN EXPEDITED HEARING DATE OF

13   MAY 12TH, 2008.  I HAVE OPPOSITION THERETO.

14         AND JUST TO KIND OF COMPLETE THIS CIRCLE, I HAVE THE

15   STIPULATION WHICH THE COURT PREVIOUSLY SIGNED REGARDING A         01:00

16   MODIFICATION TO THE BRIEFING SCHEDULE ON OBJECTIONS TO THE

17   DISCOVERY MASTER'S ORDERS OF APRIL 11TH AND APRIL 22ND, 2008,

18   WHICH SET A HEARING DATE OF MAY 12TH, 2008.  I INCLUDE THIS

19   STIPULATION BECAUSE I HAD A QUESTION, BECAUSE THERE WAS A

20   REFERENCE IN THE STIPULATION THAT PERHAPS COUNSEL FOR            01:00

21   THIRD-PARTY BOUSQUETTE MIGHT HAVE A SCHEDULING CONFLICT; THAT

22   WOULD BE MR. CALDWELL; ALTHOUGH I HAVE NOT RECEIVED ANY

23   INDICATION OF A SCHEDULING CONFLICT.

24         SO THOSE ARE THE FOUR EX-PARTES THAT I HAVE.

25         AS FAR AS MOTIONS THEMSELVES RELATED TO THESE              01:00
```

1    EX-PARTES AND TO THE DISCOVERY MASTER APPEAL, I HAVE ELEVEN IN

2    NUMBER.  I'M GOING TO REVIEW THOSE ELEVEN.  THIS IS THE ORDER

3    THAT I SIMPLY HAVE TYPED THEM OUT, IN NO PARTICULAR ORDER OF

4    IMPORTANCE, OF COURSE.

5            FIRST, MGA'S MOTION REGARDING THE DISCOVERY MASTER'S                01:00

6    APRIL 22ND ORDER GRANTING A MOTION BY MATTHEW BOUSQUETTE TO

7    QUASH SUBPOENA, DOCKET NUMBER 3314.  I HAVE BOTH THE MOTION AND

8    THE OPPOSITION.  I HAVE MR. CALDWELL ON THE LINE.  THIS IS THE

9    MOTION THAT'S AFFECTED BY THE STIPULATION ADVANCING THE HEARING

10   TO MAY 12TH.                                                                01:00

11           THE SECOND MOTION I HAVE IS MATTEL'S MOTION REGARDING

12   THE DISCOVERY MASTER'S APRIL 14TH ORDER REGARDING MATTEL'S

13   MOTION TO COMPEL COMMUNICATIONS REGARDING THIS ACTION.  AS OF

14   THIS DATE, ALL I HAVE IS THE MOTION ITSELF.  THERE'S NO

15   OPPOSITION.  THIS IS THE SUBJECT OF MATTEL'S EX-PARTE FOR AN                01:00

16   EXPEDITED HEARING.

17           THE THIRD MOTION I HAVE IS MATTEL'S MOTION FOR AN

18   ORDER GRANTING AN ADVERSE INFERENCE JURY INSTRUCTION.  AGAIN,

19   ALL I HAVE IS THE MOTION ITSELF.  THERE IS NO OPPOSITION AS OF

20   YET.  THERE'S A REQUEST FOR AN EXPEDITED HEARING TO COINCIDE                01:00

21   WITH THE MAY 21ST HEARING ON THE MOTION IN LIMINE NUMBER 13.

22           THE FOURTH MOTION IS MATTEL'S MOTION REGARDING THE

23   DISCOVERY MASTER'S ORDER DENYING PRODUCTION OF MGA BATES NUMBER

24   3,801,819-22.  I HAVE THE MOTION ONLY AT THIS POINT.  NO

25   OPPOSITION.  THIS IS SUBJECT TO MATTEL'S EX-PARTE APPLICATION              01:00

1  FOR AN EXPEDITED HEARING ON MAY 12TH.

2          THE FIFTH MOTION IS MATTEL'S MOTION REGARDING THE

3  DISCOVERY MASTER'S APRIL 14TH ORDER DENYING THE MOTION TO

4  COMPEL MATTEL'S FIFTH SET OF REQUEST FOR PRODUCTION OF

5  DOCUMENTS.  AGAIN, I HAVE THE MOTION ONLY.  NO OPPOSITION.          01:00

6  THIS IS ALSO THE SUBJECT OF MATTEL'S EX-PARTE APPLICATION FOR

7  AN EXPEDITED HEARING.

8          THE SIXTH MOTION I HAVE IS MGA'S MOTION REGARDING THE

9  DISCOVERY MASTER'S APRIL 25TH ORDER DENYING A MOTION TO COMPEL

10  REGARDING ISSUES UPON WHICH MATTEL HAS WAIVED ATTORNEY-CLIENT          01:00

11  AND WORK-PRODUCT PRIVILEGES.  I HAVE THE MOTION ONLY.  THIS IS

12  THE SUBJECT OF MGA'S EX-PARTE FOR RELIEF FROM THE MEET AND

13  CONFER AND FOR AN EXPEDITED HEARING ON MAY 12TH.

14          THE SEVENTH, I HAVE MATTEL'S MOTION REGARDING THE

15  DISCOVERY MASTER'S APRIL 14TH ORDER GRANTING IN PART AND          01:00

16  DENYING IN PART MATTEL'S MOTION FOR PRODUCTION OF DOCUMENTS AND

17  THINGS.  I HAVE THE MOTION, AND THIS IS ALSO SUBJECT TO

18  MATTEL'S EX-PARTE FOR AN EXPEDITED HEARING ON MAY 12TH.

19          EIGHTH, I HAVE MATTEL'S MOTION REGARDING THE

20  DISCOVERY MASTER'S APRIL 11TH ORDER COMPELLING PRODUCTION OF A          01:00

21  RULE 30(B)(6) WITNESS.  HERE I HAVE BOTH THE MOTION AND AN

22  OPPOSITION.  AS I UNDERSTAND IT, AS REFERENCED IN THE MOTION,

23  THERE IS A STIPULATED STAY BETWEEN THE PARTIES IN EFFECT RIGHT

24  NOW CONCERNING THIS DEPOSITION.  THIS MOTION WAS SUBJECT ALSO

25  TO THE STIPULATION TO ADVANCE THE HEARING TO MAY 12TH.          01:00

```
 1            THEN, AS FAR AS NINE, TEN, AND ELEVEN, FOR
 2   NUMBER NINE, I HAVE MATTEL'S MOTION REGARDING THE DISCOVERY
 3   MASTER'S APRIL 11TH ORDER DENYING MATTEL'S APPLICATION TO
 4   ENFORCE COURT ORDERS COMPELLING THE PRODUCTION OF TANGIBLE
 5   ITEMS; THESE ARE THE MOLDS, ET CETERA.  I HAVE THE MOTION ONLY.  01:00
 6   I DO NOT HAVE AN OPPOSITION.  AND I DO NOT HAVE AN EX-PARTE
 7   APPLICATION SEEKING TO ADVANCE THIS.  AND THE NOTICE DATE ON
 8   THE MOTION IS 'TO BE DETERMINED'; SO THIS ONE IS SOMEWHAT, AT
 9   LEAST FROM THE PAPERS THAT I HAVE BEFORE ME, IN LIMBO RIGHT
10   NOW.                                                            01:00
11            NUMBER TEN IS MATTEL'S MOTION REGARDING THE DISCOVERY
12   MASTER'S APRIL 11TH ORDER GRANTING IN PART AND DENYING IN PART
13   A MOTION TO COMPEL THE PRODUCTION OF ELECTRONIC MEDIA FROM
14   THIRD PARTIES CLOONAN, HATCH-LEAHY, AND MARLOW.  I'VE RECEIVED
15   THE MOTION.  I'VE RECEIVED THE OPPOSITION JUST TODAY.  BUT      01:00
16   AGAIN, THERE'S NO EXPERT APPLICATION HERE TO ADVANCE THE
17   HEARING, AND THE HEARING IS PRESENTLY NOTICED FOR JUNE 16TH.
18            NUMBER ELEVEN IS THE THIRD PARTY'S MOTION OBJECTING
19   TO THE APRIL 11TH ORDER REGARDING THE FURTHER EXAMINATION OF
20   CLOONAN'S COMPUTER AND ZIP DISK.  I'VE RECEIVED THE MOTION.     01:00
21   I'VE RECEIVED THE OPPOSITION TODAY.  THIS ONE IS NOTICED FOR
22   MAY 19TH, AND THERE'S NO EX-PARTE APPLICATION ASKING TO ADVANCE
23   THIS.
24            THOSE ARE THE ELEVEN DISCOVERY MOTIONS.
25            I ALSO HAVE, SOMEWHAT RELATED TO THIS, BRYANT'S        01:00
```

```
 1   MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL AND/OR FOR

 2   RECONSIDERATION; THIS IS RELATED BASICALLY TO THE CITY OF HOPE

 3   VERSUS GENENTECH CASE THAT CAME OUT A COUPLE OF DAYS AFTER WE

 4   HAD OUR HEARING ON THE MOTION FOR SUMMARY JUDGMENT, OR PARTIAL

 5   SUMMARY JUDGMENT.  THIS IS NOTICED FOR JUNE 23TH AT PRESENT.      01:00

 6          THAT'S WHAT I HAVE BEFORE ME RIGHT NOW.

 7          SO WHAT I GUESS I'D LIKE TO DO IS FIND OUT, IS THERE

 8   ANYTHING THAT THE PARTIES THINK THAT THE COURT HAS THAT I DO

 9   NOT HAVE?

10          MS. ANDERSON:  THIS IS CHRISTA ANDERSON.              01:00

11          YES.  I BELIEVE IN ASSOCIATION WITH THE MOTIONS FOR

12   CERTIFICATION, WE ALSO SUBMITTED TO YOUR HONOR AN EX-PARTE

13   APPLICATION SHORTENING TIME FOR A HEARING THAT WE REQUESTED

14   THAT THE COURT SCHEDULE FOR MAY 12TH, AND ALSO SHORTENING THE

15   TIME REQUIRED FOR A MEET AND CONFER, ET CETERA.              01:00

16          THE COURT:  VERY GOOD.

17          FOR WHATEVER REASON, THAT HASN'T MADE IT'S WAY ONTO

18   MY DESK YET, BUT --

19          MS. ANDERSON:  WOULD YOU LIKE US TO RESUBMIT IT?

20          THE COURT:  PLEASE, NO.  DO NOT RESUBMIT ANYTHING.  I  01:00

21   HAVE ENOUGH PAPER.

22          HAS AN OPPOSITION BEEN FILED TO THAT EX-PARTE

23   APPLICATION BY MATTEL?

24          MR. COREY:  YES, YOUR HONOR.

25          THE COURT:  SO WE WILL TRACK THAT DOWN THEN.          01:00
```

1    ALTHOUGH I'M PROBABLY GOING TO RULE ON THAT, JUST FOR THE

2    COURT'S BENEFIT, DURING THIS HEARING; SO I MAY CALL UPON YOU TO

3    STATE YOUR OPPOSITION ON THE RECORD HERE.

4           SINCE I HAVE YOU, MS. ANDERSON, IS THERE ANYTHING

5    ELSE FROM CARTER BRYANT'S PERSPECTIVE THAT I AM MISSING?           01:00

6           **MS. ANDERSON:**  NO.  NOT THAT WE'RE AWARE OF.

7           **THE COURT:**  VERY GOOD.

8           WHILE I STILL HAVE YOU, DO YOU PLAN ON LODGING ANY

9    OPPOSITIONS TO ANY OF THE MOTIONS THAT HAVE NOT BEEN LODGED

10   ALREADY OR FILED ALREADY?                                         01:00

11          **MR. WERDEGAR:**  WE DO INTEND TO FILE AN OPPOSITION TO

12   MATTEL'S MOTION SEEKING AN ADVERSE INFERENCE JURY INSTRUCTION.

13          **THE COURT:**  VERY GOOD.

14          IT WOULD HELP IF YOU GAVE ME A NUMBER.

15          IS THAT NUMBER --                                          01:00

16          **MR. WERDEGAR:**  THAT WAS THE SECOND ON YOUR --

17          **MS. ANDERSON:**  I ACTUALLY THINK IT WAS THE THIRD

18   MOTION YOU LISTED, YOUR HONOR.

19          **MR. WERDEGAR:**  THAT'S CORRECT.

20          **THE COURT:**  YES.  SO CARTER BRYANT WILL BE SUBMITTING   01:00

21   AN OPPOSITION TO THAT.

22          AS FAR AS MGA, ARE YOU GOING TO SUBMIT A SEPARATE

23   OPPOSITION OR ARE YOU GOING TO JOIN IN CARTER BRYANT'S

24   OPPOSITION?

25          **MR. NOLAN:**  WE'LL JOIN IN THAT OPPOSITION.              01:00

1          **THE COURT:**  THANK YOU.

2          ANYTHING ELSE FROM CARTER BRYANT, BEFORE I GO ON?

3          I'LL GO TO MGA NEXT.

4          **MS. ANDERSON:**  NOT THAT WE'RE AWARE OF, YOUR HONOR.

5          **THE COURT:**  OKAY.  WELL, IF YOU'RE NOT AWARE OF IT                01:00

6    AND I'M NOT AWARE OF IT, THAT PRETTY MUCH TAKES CARE OF IT.

7          LET'S GO TO MGA.

8          **MR. NOLAN:**  THANK YOU.

9          YOUR HONOR, EITHER FORTUNATELY OR UNFORTUNATELY, I

10   THINK YOU'VE ACCURATELY SET FORTH EVERYTHING THAT WE BELIEVE IS           01:00

11   PENDING.  WE DO, OF COURSE, INTEND TO FILE OPPOSITIONS TO THOSE

12   THAT WERE MOST RECENTLY FILED BY MATTEL, WHICH I THINK BEAR THE

13   DATE OF SOME TIME IN JUNE; THESE ARE BASICALLY APPEALS FROM

14   RULINGS WHERE WE PREVAILED IN FRONT OF JUDGE INFANTE.  WE WILL

15   BE FILING OPPOSITIONS SHORTLY.  WE THINK THAT WHATEVER IS GOING           01:00

16   TO BE THE MOST CONVENIENT WAY FOR THE COURT TO HANDLE THOSE

17   MOTIONS, ON WHATEVER DAY, MAKES THE MOST SENSE.

18          I WOULD POINT OUT, THOUGH, WITH RESPECT TO TWO OF OUR

19   MOTIONS, ONE DEALING WITH THE ATTORNEY-CLIENT WAIVER ISSUE,

20   THAT OBVIOUSLY IMPACTS THE DISCUSSION THAT WE EXPECT TO BE                01:00

21   HAVING ON THE CONTINUED HEARING ON THE MOTIONS FOR PARTIAL

22   SUMMARY JUDGMENT WHICH IS SCHEDULED FOR THE 19TH.  IT REALLY IS

23   JUST A QUESTION OF WHETHER OR NOT WE HAVE THAT HEARD ON THE

24   12TH OR THE 19TH, AND IT'S REALLY A MATTER OF CONVENIENCE, I

25   SUPPOSE, RECOGNIZING THE BURDENS THAT EVERYBODY HAS BEEN                  01:00

1   OPERATING UNDER, ESPECIALLY THE COURT.

2        WITH RESPECT TO MATT BOUSQUETTE, I THINK WE HAD

3   ENTERED INTO A STIPULATION WHICH IS SET FOR THE 12TH AND I

4   THINK YOU SET THAT FORTH ACCURATELY.  THAT'S ONE WHERE WE WOULD

5   STILL HOPE TO PUSH ON THE 12TH THIS MATTER THAT'S BEEN PENDING          01:00

6   FOR QUITE A LONG TIME.  WE DID NOTE, BECAUSE WE FELT WE WERE

7   HONORED TO DO THAT --

8        **THE COURT:**  COUNSEL, I JUST WANT TO INTERRUPT YOU,

9   BECAUSE YOU'RE KIND OF GETTING AHEAD OF ME AND YOU'RE GETTING

10  INTO SUBSTANCE.  RIGHT NOW, I'M JUST GOING THROUGH AND MAKING          01:00

11  SURE THAT I HAVE EVERYTHING.  I'M GOING TO CIRCLE BACK AND

12  CERTAINLY GIVE YOU AN OPPORTUNITY TO GET INTO THIS.

13       **MR. NOLAN:**  I APOLOGIZE, YOUR HONOR.  I'M JUST

14  TALKING ABOUT THE SCHEDULED DATES.

15       WE STILL NEED TO FILE OPPOSITIONS TO THE ONES THAT                01:00

16  MATTEL HAD RECENTLY FILED.  BUT OTHERWISE, I THINK YOU HAVE

17  EVERYTHING.

18       **THE COURT:**  THAT WOULD BE WHAT I REFERRED TO AS

19  MOTIONS TWO, FOUR, FIVE, SEVEN, NINE, AND TEN, BASED ON THE

20  LIST THAT I JUST READ.                                                 01:00

21       **MR. NOLAN:**  THAT'S CORRECT.

22       **THE COURT:**  AND THE ONE THAT YOU ASKED FOR THAT YOU

23  MADE REFERENCE TO CONCERNING THE ATTORNEY-CLIENT AND

24  WORK-PRODUCT PREVALENT, THAT'S NUMBER SIX, DOCKET NUMBER 3410.

25  I UNDERSTAND HOW THAT PLAYS IN TO YOUR OPPOSITION -- WELL,             01:00

```
 1   ACTUALLY, TO THE CROSS MOTIONS FOR SUMMARY JUDGMENT ON STATUTE

 2   OF LIMITATIONS, ET CETERA.

 3          MR. NOLAN:  OKAY.  THANK YOU.

 4          THE COURT:  ALL RIGHT.

 5          FROM MATTEL'S PERSPECTIVE, IS THERE ANYTHING THAT I        01:00

 6   AM MISSING?

 7          MR. COREY:  YOUR HONOR, THERE ARE A COUPLE OF THINGS

 8   WITH RESPECT TO THE MOTION APPEALING THE APRIL 11TH, 2008 ORDER

 9   REGARDING TANGIBLE ITEMS.

10          THE COURT:  THAT WOULD BE NUMBER NINE.                     01:00

11          MR. COREY:  THERE IS AN EX-PARTE APPLICATION THAT WAS

12   FILED ON APRIL 21ST, 2008, SEEKING AN ADVANCE OF THE HEARING

13   DATE AND RELIEF FROM THE 21-DAY REQUIREMENT.  ACCORDING TO MY

14   RECORDS, THAT HAS BEEN FULLY BRIEFED.

15          THE COURT:  FOR WHATEVER REASON, I DON'T HAVE THAT,        01:00

16   BUT I'LL HUNT THAT DOWN.

17          WHAT DATE ARE YOU ASKING FOR IN THAT EX-PARTE

18   APPLICATION?

19          MR. COREY:  THIS IS THE ONE WHERE THE DATE IS 'TO BE

20   DETERMINED,' AND WE WOULD JUST LIKE THAT TO BE HEARD AS SOON AS   01:00

21   CONVENIENT FOR THE COURT.

22          THE COURT:  VERY WELL.

23          DOES THAT ALSO APPLY TO NUMBER TEN, WHICH IS THE

24   APPEAL FROM THE SAME DISCOVERY MASTER ORDER BUT RELATED TO THE

25   ELECTRONIC MEDIA FROM THE THIRD PARTIES?                         01:00
```

1      **MR. COREY:**  WITH RESPECT TO THOSE TWO MOTIONS, I

2  BELIEVE THAT THERE IS A STIPULATION AND ORDER -- I BELIEVE

3  THERE WAS A STIPULATION THAT WAS SUBMITTED WITH RESPECT TO

4  THOSE BRIEFING SCHEDULES.  I DO NOT HAVE THE DOCKET NUMBER IN

5  FRONT OF ME, BUT I'M HAVING SOMEONE GET THAT AS WE SPEAK.          01:00

6      **THE COURT:**  WHAT WAS THE STIPULATION TO?

7      YOU'RE REFERRING TO NUMBERS TEN AND ELEVEN, BOTH ARE

8  KIND OF MIRROR IMAGES OF EACH OTHER, RELATED TO THE MOTION TO

9  COMPEL THE PRODUCTION OF ELECTRONIC MEDIA.  IN A CASE WHERE THE

10  DISCOVERY MASTER GRANTED ACCESS, THAT WAS FOR MS. CLOONAN'S        01:00

11  COMPUTER AND ZIP DISK.  OF COURSE IT'S THE THIRD PARTY WHO'S

12  APPEALING THE ORDER.  AND IN THE CASE OF THE DENIAL WITH

13  RESPECT TO THE PARTIES, THAT IS MATTEL WHO'S DOING THE

14  APPEALING.

15      **MR. McFARLAND:**  THIS IS LARRY MCFARLAND.             01:00

16      MAYBE I COULD JUST CLEAR THIS UP, IF YOU DON'T MIND.

17      WE DID FILE A STIPULATION WITH RESPECT TO THE PORTION

18  IN WHICH IT WAS DENIED, THE MATTEL PORTION, FOR A HEARING ON

19  THE 19TH.  YOUR HONOR HAS ENTERED AN ORDER DATED MAY 2ND IN

20  WHICH DOCKET NUMBER 3453 THAT WE JUST FOUND, SAYING THAT          01:00

21  MATTEL'S OBJECTIONS TO THE APRIL 11TH ORDER SHALL BE HELD ON

22  MAY 19 FOR LEAHY AND MARLOW, AND CLOONAN'S SHALL BE HEARD ON

23  MAY 19TH, AT 1:30.

24      **THE COURT:**  SO THOSE HAVE ALL BEEN SET FOR MAY 19TH.

25      VERY GOOD.                                               01:00

```
 1            IS THERE ANYTHING ELSE FROM MATTEL'S PERSPECTIVE?

 2        MR. COREY:  ONE MORE THING.  THIS IS WITH RESPECT TO

 3   MATTEL'S EX-PARTE APPLICATION FOR RELIEF FROM THE ADVERSE

 4   INFERENCE JURY INSTRUCTION.  I BELIEVE THERE IS ALSO A REPLY ON

 5   FILE, AND SO THAT'S BEEN FULLY BRIEFED.                          01:00

 6            THAT'S IT FROM MATTEL'S PERSPECTIVE.

 7        THE COURT:  WAIT A SECOND.  THERE'S A REPLY?

 8            I HAVEN'T RECEIVED THE OPPOSITION YET.

 9            YOU'RE TALKING ABOUT MOTION NUMBER THREE, MATTEL'S

10   MOTION FOR ORDER GRANTING --                                     01:00

11        MR. COREY:  I'M TALKING ABOUT THE EX-PARTES TO

12   ADVANCE THE HEARING DATE, YOUR HONOR.  NOT THE MOTION ITSELF.

13        THE COURT:  YES.  I DO HAVE THE REPLY TO THAT.

14            THANK YOU.  VERY WELL.

15            ANYTHING ELSE FROM MATTEL?                              01:00

16        MR. COREY:  NO, YOUR HONOR.

17        THE COURT:  ALL RIGHT.

18            ARE THERE ANY OTHER DISCOVERY MOTIONS THAT THE

19   PARTIES ANTICIPATE FILING BASED ON ORDERS THAT THE DISCOVERY

20   MASTER HAS ISSUED TO DATE?                                       01:00

21            MATTEL?

22        MR. COREY:  YOUR HONOR, AT THIS POINT, I DON'T

23   BELIEVE SO.

24        THE COURT:  MGA?

25        MR. NOLAN:  I DON'T BELIEVE SO.                             01:00
```

1          **THE COURT:**  CARTER BRYANT?

2          **MS. ANDERSON:**  NO, YOUR HONOR.  WE DON'T BELIEVE SO.

3          **THE COURT:**  VERY GOOD.

4          I SPOKE WITH JUDGE INFANTE YESTERDAY, AND HE HAS FOUR

5   OR FIVE MOTIONS, PERHAPS A FEW MORE, HE WASN'T EXACTLY SURE, TO          01:00

6   RESOLVE.  HE ANTICIPATES, AND I HAVE REQUESTED, THAT THOSE

7   ORDERS GO OUT NO LATER THAN THIS FRIDAY.  THAT ENDS IT FOR

8   JUDGE INFANTE FOR A TIME BEING.  NOTHING FURTHER WILL BE FILED

9   WITH JUDGE INFANTE.

10         I KNOW THAT HE ISSUED AN ORDER BACK ON -- WELL, HE          01:00

11  SAYS IT WAS APRIL 19TH.  IN ONE OF YOUR PAPERS, SOMEBODY REFERS

12  TO IT AS BEING APRIL 23RD.  WHENEVER IT WAS, IT WAS -- WHERE HE

13  WAS NOT GOING TO ENTERTAIN ANYTHING ELSE EXCEPT FOR GOOD CAUSE.

14  AS OF TODAY, I'M ISSUING AN ORDER THAT NOTHING FURTHER IS GOING

15  UP TO JUDGE INFANTE.  PERIOD.  ANYTHING FURTHER IN THIS MATTER,          01:00

16  UNTIL THE PHASE-ONE TRIAL IS OVER, IS COMING TO THIS COURT.

17         I'M GOING TO SET A BRIEFING SCHEDULE TODAY FOR

18  ANYTHING RELATED TO ANY ORDER THAT JUDGE INFANTE ISSUES BETWEEN

19  NOW AND THE END OF THIS WEEK, BUT WE REALLY HAVE TO HAVE THIS

20  WRAPPED UP.          01:00

21         BUT BEFORE I GET TO THAT, LET ME DEAL WITH THESE

22  EX-PARTE APPLICATIONS THAT I HAVE PENDING BEFORE ME RIGHT NOW.

23         NOTWITHSTANDING ANY ORDERS THAT I HAVE ISSUED UP TO

24  THIS POINT RELATED TO THESE BRIEFS, MY GENERAL INCLINATION IS

25  THAT WITH RESPECT TO APPEALS OF THE DISCOVERY MASTER'S ORDERS,          01:00

```
 1   I THINK THE BEST THING -- THE DATE THAT SEEMS TO BE THE
 2   CONSENSUS DATE FOR HANDLING THESE, PARTICULARLY GIVEN THE FACT
 3   THAT OPPOSITIONS HAVE BEEN FILED WITH RESPECT TO MOST OF THESE
 4   MOTIONS, AND CERTAINLY CAN, I WOULD IMAGINE, BE FILED BY THE
 5   END OF THIS WEEK -- IS THAT WE USE MONDAY, MAY 12TH AT 10:00      01:00
 6   A.M. AS OUR HEARING DATE FOR THESE DISCOVERY MOTIONS.
 7        I KNOW THAT NO DATE IS GOING TO BE PERFECT FOR
 8   EVERYBODY.  BUT GIVEN THE NUMBER OF ATTORNEYS THAT WE HAVE
 9   INVOLVED IN THIS CASE, I TRUST THAT WE CAN HAVE ADEQUATE
10   COVERAGE BY ALL INTERESTED PARTIES.                              01:00
11        IN THAT REGARD, I'M GOING TO GRANT MATTEL'S EX-PARTE
12   APPLICATION, THE FIRST ONE THAT I REFERRED TO; THIS IS
13   APPLICATION FOR RELIEF FROM THE FIVE-DAY REQUIREMENT AND FOR AN
14   EXPEDITED HEARING DATE OF MAY 12TH, REGARDING MATTEL'S APPEAL
15   OF THE DISCOVERY MASTER'S APRIL 14TH, 2008 AND APRIL 23RD, 2008  01:00
16   ORDER; THAT APPLIES TO WHAT I'LL REFER TO AS MOTIONS TWO, FOUR,
17   FIVE, AND SEVEN.  I'M GOING TO SET THAT FOR MAY 12TH, 2008, AT
18   10:00 A.M.
19        OPPOSITIONS ARE TO BE FILED TO THESE MOTIONS, IF THEY
20   HAVE NOT BEEN ALREADY, BY FRIDAY.  THE COURT DOES NOT REQUIRE A  01:00
21   REPLY.  I WILL OFFER YOU AN OPPORTUNITY AT MONDAY'S HEARING TO
22   MAKE ANY REPLY ON THE RECORD THAT YOU WANT TO MAKE.
23        I AM GOING TO REQUEST THAT WITH RESPECT TO MOTION
24   NUMBER FOUR, AND THAT'S MATTEL'S MOTION REGARDING THE DISCOVERY
25   MASTER'S ORDER DENYING PRODUCTION OF BATES MGA, DOCUMENT         01:00
```

1   3,801,819-22, THAT MGA SUBMIT IN CAMERA TO THE COURT AN

2   UNREDACTED VERSION OF THAT DOCUMENT.

3         **MR. NOLAN:**  YES, YOUR HONOR.

4         **THE COURT:**  THE SECOND EX-PARTE APPLICATION THAT I

5   HAVE IS WHAT I REFER TO AS MATTEL'S EX-PARTE APPLICATION FOR   01:00

6   RELIEF FROM THE 20-DAY MEET AND CONFER REQUIREMENT FOR AN

7   EXPEDITED HEARING DATE ON MATTEL'S MOTION FOR AN ADVERSE

8   INFERENCE JURY INSTRUCTION.

9         I HAVE READ THE EX-PARTE ITSELF AND THE OPPOSITION.

10  I HAD THAT AT HOME WITH ME LAST NIGHT.  MATTEL HAS INDICATED   01:00

11  THEY SUBMITTED A REPLY TO THAT, WHICH I DID NOT RECEIVE.  I'LL

12  GIVE MATTEL AN OPPORTUNITY AT THIS TIME TO SET FORTH A REPLY.

13        COUNSEL?

14        **MR. PROCTOR:**  YES, YOUR HONOR.  DYLAN PROCTOR FOR

15  MATTEL.   01:00

16        VERY BRIEFLY, WE BELIEVE THERE IS NO REALISTIC

17  POSSIBILITY THAT A MEET AND CONFER WOULD HAVE RESOLVED THIS

18  MATTER.  AS I THINK THE COURT KNOWS BASED ON PAST EXPERIENCES,

19  WE REQUESTED A MEET AND CONFER IN ADVANCE OF FILING THE MOTION.

20  COUNSEL FOR MR. BRYANT INDICATED HE WAS UNAVAILABLE ON SHORT   01:00

21  NOTICE.

22        WE FILED THE MOTION ON APRIL 28TH.

23        WE ARE REQUESTING SIMPLY A HEARING DATE OF MAY 21ST

24  WITH THE OTHER 30 MOTIONS IN LIMINE THAT ARE PENDING BEFORE THE

25  COURT.   01:00

1      UNDER THE LOCAL RULES -- THAT IS SUFFICIENT TIME

2  UNDER THE LOCAL RULES.  WE HAVE FILED AN EX-PARTE FOR AN

3  EXPEDITED HEARING BECAUSE THE COURT'S CALENDAR WAS CLOSED FOR

4  MAY 19TH AND NOT OPEN UNTIL JUNE.  BUT WE DO BELIEVE THAT IT

5  MAKES SENSE TO HEAR THIS MOTION WITH MR. BRYANT'S MOTION IN        01:00

6  LIMINE AND WITH OUR OPPOSITION, AND I BELIEVE THERE'S GOOD

7  CAUSE FOR THE EX-PARTE.

8      **THE COURT:**  COUNSEL, I'LL TELL YOU THE PROBLEM THAT I

9  HAVE WITH THIS.  I'M SOMEWHAT PERSUADED BY CARTER BRYANT'S

10  OPPOSITION THAT THIS MOTION IS UNTIMELY; THAT THIS MOTION          01:00

11  SHOULD HAVE BEEN BROUGHT MUCH EARLIER.

12      THIS EVIDENCE ELIMINATOR ISSUE HAS BEEN FLOATING

13  AROUND FOR QUITE SOME TIME.  I REMEMBER THAT IT WAS BROUGHT UP

14  IN THE MOTION FOR TERMINATING SANCTIONS.  IT'S BEEN BROUGHT UP

15  TIME AND TIME AGAIN.                                               01:00

16      IF MATTEL REALLY WANTED TO HAVE AN ADVERSE JURY

17  INSTRUCTION AND WANTED THE COURT TO MAKE THE REQUISITE FINDINGS

18  IN ORDER TO JUSTIFY AN ADVERSE JURY INSTRUCTION, WHICH IS A

19  RATHER UNUSUAL OR EXTRAORDINARILY MEASURE FOR THE COURT TO

20  TAKE -- I GUESS WHAT I'M NOT GETTING A RESPONSE TO AND WHAT I'M    01:00

21  NOT UNDERSTANDING IS WHY THIS MOTION WAS NOT BROUGHT SOME TIME

22  AGO.

23      **MR. PROCTOR:**  I'M HAPPY TO ADDRESS THAT.

24      NUMBER ONE, THERE IS NO LEGAL REQUIREMENT THAT A

25  MOTION SEEKING AN ADVERSE INFERENCE BE BROUGHT, AND THE REASONS    01:00

1  FOR THAT ARE SET FORTH IN DETAIL IN OUR OPPOSITION TO

2  MR. BRYANT'S MOTION IN LIMINE.

3        WE HAVE BROUGHT THIS MOTION SEEKING SUCH AN

4  INSTRUCTION AS A PRECAUTIONARY MATTER, OUT OF AN ABUNDANCE OF

5  CAUTION.  IT IS MATTEL'S POSITION THAT THERE ARE NO SUCH          01:00

6  REQUIREMENTS, AND THAT IS WHY IT WAS NOT BROUGHT PREVIOUSLY

7  BECAUSE THERE IS SIMPLY NO SUCH REQUIREMENT.

8        THERE'S A DISTINCTION IN THE LAW BETWEEN ADVERSE

9  INFERENCE INSTRUCTIONS, SUCH AS THOSE DISCUSSED IN MR. BRYANT'S

10  CASES WHERE THE COURT INSTRUCTS THE JURY THAT THERE HAS BEEN A   01:00

11  FINDING OF SPOLIATION AND THAT THE JURY, THEREFORE, MAY OR MUST

12  DRAW AN ADVERSE INFERENCE.

13        THAT IS NOT WHAT MATTEL IS SEEKING IN THIS CASE.

14        WHAT MATTEL IS SEEKING IN THIS CASE IS SIMPLY AN

15  INSTRUCTION THAT SAYS -- AND I DON'T HAVE IT IN FRONT OF ME,     01:00

16  BUT ROUGHLY SPEAKING -- IF YOU, THE JURY, FIND THAT THERE HAS

17  BEEN SPOLIATION BY MR. BRYANT, THEN YOU ARE ENTITLED TO DRAW AN

18  ADVERSE INFERENCE.

19        AND WHEN THAT PERMISSIVE ADVERSE INFERENCE IS THE

20  INSTRUCTION WHICH IS SOUGHT, THERE IS NO REQUIREMENT FOR A       01:00

21  PRIOR HEARING BY THE COURT TO APPROVE IT.

22        THAT'S FIRST.

23        THE SECOND RESPONSE IS, WE TIMELY SUBMITTED OUR

24  PROPOSED ADVERSE INFERENCE INSTRUCTION TO THE OTHER SIDE WITH

25  THE BALANCE OF OUR JURY INSTRUCTIONS.  THE DEADLINE THAT IS SET  01:00

1   FORTH IN THE COURT'S SCHEDULING ORDER FOR THE EXCHANGE OF JURY

2   INSTRUCTIONS HAS BEEN SATISFIED BY MATTEL; SO I DON'T THINK

3   MR. BRYANT'S POSITION THAT OUR PROPOSED JURY INSTRUCTION IN

4   THIS REGARD IS UNTIMELY HAS ANY MERIT AT ALL.

5           **THE COURT:**  VERY GOOD, THEN.                              01:00

6           IF YOU ARE RIGHT, THEN THERE'S NO NEED FOR THIS

7   MOTION AND THE COURT WILL TAKE THIS UP WHEN IT CONSIDERS MOTION

8   IN LIMINE NUMBER 13.

9           BUT I'M NOT GOING TO AFFORD LEAVE FOR A SEPARATE

10  MOTION OR, AS YOU SAY, A PRECAUTIONARY MOTION.  THAT MOTION     01:00

11  SHOULD HAVE BEEN BROUGHT, IF THAT WAS THE TACT THAT WAS TO BE

12  TAKEN, AT AN EARLIER TIME.  I'M CERTAINLY NOT RULING AT THIS

13  TIME.  YOU MAY VERY WELL BE CORRECT THAT GIVEN THE NATURE OF

14  THE MOTION THAT THE INSTRUCTION THAT YOU ARE SEEKING -- AND I

15  DID READ NOT ONLY EX-PARTE, BUT I DID LOOK AT THE MOTION        01:00

16  ITSELF; SO I DO KNOW THAT YOU ARE ASKING NOT FOR A DIRECTED

17  INSTRUCTION TELLING THE JURY THAT THEY MUST DRAW THE NEGATIVE

18  INFERENCE, BUT, RATHER, INSTRUCTING THE JURY THAT IF THEY WERE

19  TO FIND SUCH TO BE THE CASE, THAT THEY MAY DRAW THAT NEGATIVE

20  INFERENCE.                                                     01:00

21          BUT I THINK THAT CAN BE TAKEN UP THEN IN THE CONTEXT

22  OF THE MOTION IN LIMINE, AND THERE'S NO NEED FOR AN ENTIRELY

23  SEPARATE MOTION.

24          SO THE COURT --

25          **MR. WERDEGAR:**  MAY I BRIEFLY RESPOND TO MR. PROCTOR'S   01:00

TUESDAY, MAY 6, 2008                                    TELEPHONIC HEARING

```
 1    STATEMENTS?
 2          THE COURT:  IF YOU WANT TO TALK ME OUT OF DENYING THE
 3    EX-PARTE APPLICATION, YOU MAY CERTAINLY PROCEED AT YOUR PERIL.
 4          MR. WERDEGAR:  I WANTED TO BRIEFLY, YOUR HONOR, STATE
 5    A COUPLE OF THINGS.                                          01:00
 6          I BELIEVE -- AND I BELIEVE THAT THE COURT WILL SEE
 7    WHEN IT LOOKS AT THE UNDERLYING --
 8          THE COURT:  COUNSEL --
 9          MR. WERDEGAR: -- AN EVIDENTIARY FINDING BY THE COURT
10    IS REQUIRED FOR ANY FORM OF ADVERSE --                      01:00
11          THE COURT:  COUNSEL, EXCUSE ME.
12          DID YOU HEAR ME?
13          MR. WERDEGAR:  I DO APOLOGIZE, YOUR HONOR.
14          I'LL LET IT REST UNTIL FURTHER ARGUMENT.
15          THE COURT:  THANK YOU, COUNSEL.                       01:00
16          THE EX-PARTE APPLICATION IS DENIED; THAT WILL BE
17    TAKEN OFF CALENDAR.  THE COURT TAKES OFF CALENDAR AND STRIKES
18    THE MOTION FOR THAT EVIDENTIARY HEARING.
19          THE MOTION IN LIMINE WILL PROCEED AND I WILL HEAR
20    ARGUMENT ON THE MOTION IN LIMINE AT THAT TIME.              01:00
21          MR. PROCTOR:  THANK YOU, JUDGE.
22          THE COURT:  THE THIRD EX-PARTE APPLICATION IS MGA'S
23    EX-PARTE APPLICATION FOR SIMILAR RELIEF AND AN EXPEDITED
24    HEARING ON MAY 12TH.  I DID RECEIVE A VERY SHORT OPPOSITION.  I
25    UNDERSTAND MR. QUINN MIGHT BE UNAVAILABLE FOR MAY 12TH, BUT  01:00
```

1   THIS IS THE VERY DATE THAT MATTEL HAS ASKED FOR WITH RESPECT TO

2   ALL OF THE OTHER DISCOVERY MOTIONS, AND I TRUST THAT SOMEONE

3   COMPETENT FOR MATTEL WILL BE ABLE TO BE PRESENT ON MAY 12TH TO

4   ARGUE THIS MOTION AS WELL.

5           I GUESS I DON'T UNDERSTAND THE PARTICULARIZED NEED          01:00

6   FOR MR. QUINN TO BE PRESENT.  I MEAN, HE'S ALWAYS WELCOME IN

7   THE COURTROOM, OF COURSE, BUT I DON'T KNOW IF WE NEED TO HOLD

8   UP THIS ONE DISCOVERY MOTION FOR MR. QUINN'S PRESENCE.

9           **MR. COREY:**  IF I MAY.

10          THIS IS THE APPLICATION TO HEAR THE APRIL 25TH, 2008        01:00

11  ORDER, AS TO WHICH MATTEL HAS WAIVED ATTORNEY-CLIENT PRIVILEGES

12  AND WORK-PRODUCT PRIVILEGES?

13          **THE COURT:**  YES.

14          **MR. COREY:**  WE HAVE NO OBJECTION TO THAT BEING HEARD

15  ON THE 12TH, YOUR HONOR.                                           01:00

16          **THE COURT:**  VERY WELL.  THEN I WILL GRANT AS

17  UNOPPOSED THE EX-PARTE APPLICATION FROM MGA ON THAT POINT.

18          THE COURT PREVIOUSLY APPROVED THE STIPULATION.

19          NOW, I UNDERSTAND, BASED ON WHAT MATTEL HAS TOLD ME

20  THIS MORNING, THERE'S ALSO AN EX-PARTE APPLICATION AND THEN I      01:00

21  GUESS THERE IS ALSO A STIPULATION RELATED TO WHAT I'LL REFER TO

22  AS MOTIONS NINE, TEN, AND ELEVEN, TO HEAR THOSE MOTIONS ON

23  MAY 19TH.

24          I CERTAINLY FIND THERE IS GOOD CAUSE TO ADVANCE THE

25  HEARING ON THOSE THREE MOTIONS, CONSISTENT WITH THE COURT'S        01:00

1   EARLIER STATEMENT IN COURT THAT IT WISHES TO HEAR THESE ON AN

2   EXPEDITED BASIS.

3          BUT IS THERE ANY REASON WHY WE CANNOT HEAR THESE ON

4   MAY 12TH, ALONG WITH THE OTHER DISCOVERY MOTIONS, AS OPPOSED TO

5   WAITING UNTIL MAY 19TH?                                          01:00

6          LET ME BEGIN WITH MATTEL.

7          **MR. COREY:**  MATTEL HAS NO OBJECTION TO THAT, YOUR

8   HONOR.

9          **THE COURT:**  MGA?

10         **MR. NOLAN:**  NO, YOUR HONOR.  WE WOULD JUST ASK THAT     01:00

11  WE COULD SUBMIT OR FILE OUR OPPOSITIONS ON FRIDAY.

12         **THE COURT:**  BY FRIDAY, YES; THAT WOULD BE THE ORDER

13  IN ALL OF THIS, AND THERE WON'T BE A NEED FOR A REPLY.

14         **MR. NOLAN:**  THANK YOU.

15         **THE COURT:**  CARTER BRYANT?                             01:00

16         **MS. ANDERSON:**  I DON'T BELIEVE WE'RE DIRECTLY

17  INVOLVED IN ANY OF THOSE.

18         **THE COURT:**  YOU'RE REALLY NOT DIRECTLY INVOLVED.  BUT

19  I JUST WANT TO MAKE SURE THAT YOU DON'T HAVE A PROBLEM.  I

20  DON'T KNOW IF YOU WILL BE JOINING IN ANY OF THESE OR NOT.        01:00

21  THESE ARE BASICALLY RELATED TO DISPUTES WITH THE THIRD PARTIES.

22         **MS. ANDERSON:**  THAT'S FINE WITH US, YOUR HONOR.

23         THANK YOU.

24         **THE COURT:**  AND AS I UNDERSTAND IT, THE MOLDS AND

25  DOLLS AND OTHER THINGS THAT ARE THE SUBJECT OF THE TANGIBLE      01:00

1   ITEM REQUEST IS DIRECTED TOWARDS MGA AND NOT TO CARTER BRYANT;

2   SO I GUESS CARTER BRYANT REALLY ISN'T INVOLVED IN THESE.

3           SO THOSE EX-PARTES AND STIPULATIONS ARE APPROVED TO

4   THE EXTENT THAT I WILL SET THOSE DOWN FOR A HEARING ON

5   MAY 12TH, WITH OPPOSITIONS DUE THIS FRIDAY, WHICH IS MAY 9TH.      01:00

6   THERE WILL NOT BE A REPLY.

7           IF THE PARTIES COULD STAND BY FOR JUST ONE SECOND.

8           (BRIEF PAUSE.)

9       **THE COURT:**  COUNSEL, I WAS JUST GIVEN AN EXCELLENT

10  SUGGESTION.  WHEN I SAY FILE THE OPPOSITION -- AND I THINK I       01:00

11  MADE THIS POINT IN COURT BEFORE -- WHEN I SAY FILE ON THE 9TH,

12  IF YOU FILE ELECTRONICALLY AT TWO MINUTES BEFORE MIDNIGHT ON

13  FRIDAY NIGHT AND YOU DO NOT SEND ME THE COURTESY COPY UNTIL

14  NOON ON MONDAY, I WILL NOT READ THAT OPPOSITION.  SO IF YOU

15  WANT ME TO READ IT THAT WEEKEND, YOU NEED TO GET ME THE           01:00

16  COURTESY COPY BY CLOSE OF BUSINESS ON FRIDAY.

17          IS THAT UNDERSTOOD?

18      **MR. NOLAN:**  YES, YOUR HONOR.  I HAD UNDERSTOOD THAT

19  FROM THE CONTEXT OF THE DISCUSSION.

20      **THE COURT:**  VERY GOOD.                                    01:00

21          IT'S UP TO YOU.  I JUST CAN'T READ SOMETHING THAT I

22  DON'T HAVE.  MY PLAN IS TO TAKE ALL THIS HOME THIS WEEKEND AND

23  ENJOY THE WEEKEND REVIEWING THESE MATERIALS.

24      **MR. McFARLAND:**  LARRY MCFARLAND, AND I HAVE A

25  QUESTION.                                                         01:00

```
 1              I JUST WANT TO MAKE SURE THAT I'M CLEAR.

 2              AS WE DISCUSSED BEFORE, THE APRIL 11TH ORDER THAT

 3    INVOLVED MS. LEAHY, MS. MARLOW, MS. CLOONAN, THEY ARE APPEALING

 4    ONE PORTION, AND YOUR HONOR HAD ENTERED ORDER DOCKET NUMBER

 5    3453, SETTING THOSE HEARINGS ON MAY 19TH.                          01:00

 6              BUT AS I UNDERSTAND IT NOW, THAT'S BEEN SUPERSEDED

 7    AND THEY ARE BEING MOVED TO THE 12TH?

 8              THE COURT:  YES.  UNLESS THERE'S AN OBJECTION.

 9              AND, I'M SORRY, I SHOULD HAVE GONE TO YOU AS WELL.  I

10    MENTIONED CARTER BRYANT, BUT I SHOULD ASK YOU AS WELL.            01:00

11              DO YOU HAVE AN OBJECTION ADVANCING THAT TO THE 12TH,

12    JUST SO COURT CAN ADDRESS ALL OF THESE DISCOVERY MOTIONS AT THE

13    SAME TIME?

14              MR. McFARLAND:  NO, I DON'T.

15              I WOULD JUST POINT OUT ONE THING, YOUR HONOR.          01:00

16              I BELIEVE THAT LAST NIGHT MATTEL ALREADY FILED THEIR

17    OPPOSITION TO OUR MOTION FOR ELISA CLOONAN; SO IN LIGHT OF

18    THAT, I'D LIKE THE OPPORTUNITY TO FILE A REPLY, SINCE WE CAN

19    CERTAINLY DO THAT BY FRIDAY.  THIS IS AN UNUSUAL SITUATION

20    SINCE IT WILL THEN BE FULLY BRIEFED.                             01:00

21              THEY WENT AHEAD AND FILED THEIR OPPOSITION BASED ON

22    YOUR 19TH DATE.

23              THE COURT:  I SEE THAT YOU HAVE ALREADY FILED YOUR

24    OPPOSITION TO MATTEL'S MOTION.

25              MR. McFARLAND:  YES, WE DID.                           01:00
```

1    **THE COURT:** SO I WILL, OUT OF FAIRNESS, GIVE BOTH OF

2  YOU AN OPPORTUNITY TO FILE A REPLY JUST WITH RESPECT TO THOSE

3  TWO MOTIONS; SO THAT'S MOTION TEN AND MOTION ELEVEN; THESE ARE

4  BASICALLY THE COMPETING MOTIONS OBJECTING TO THE SAME

5  APRIL 11TH ORDER REGARDING THE PRODUCTION OF ELECTRONIC MEDIA          01:00

6  AND EXAMINATION OF COMPUTER AND ZIP DISKS RELATED TO CLOONAN,

7  HATCH-LEAHY AND MARLOW; SO THOSE REPLIES ARE THEN DUE ON THIS

8  FRIDAY.

9    **MR. McFARLAND:** THANK YOU, YOUR HONOR.

10    **THE COURT:** BUT THEY ARE OPTIONAL. YOU DO NOT NEED          01:00

11  TO FILE A REPLY IF YOU DO NOT WANT TO.

12    SO IS EVERYONE CLEAR ON JUST THESE DISCOVERY MOTIONS

13  THAT I REFERRED TO AS ONE THROUGH ELEVEN? ANY QUESTIONS?

14    ALL RIGHT.

15    **MR. NOLAN:** JUST OUT OF AN ABUNDANCE OF CAUTION,          01:00

16  BECAUSE I THINK THE COURT HAS A BETTER SCORECARD THAN I DO.

17  WITH RESPECT TO OUR APPEAL OF THE DISCOVERY MASTER'S RULING

18  WITH RESPECT TO MATT BOUSQUETTE, I UNDERSTAND THAT IS SET FOR

19  MAY 12TH.

20    **THE COURT:** YES.          01:00

21    **MR. NOLAN:** CHRIS FROM MR. CALDWELL'S OFFICE IS ON

22  THE PHONE. WE HAD NOTED THAT THERE WAS AN ISSUE WITH RESPECT

23  TO SCHEDULING, AND I JUST WANTED TO MAKE SURE THAT HAD BEEN

24  CLARIFIED AND IT WILL BE HEARD ON THE 12TH.

25    **THE COURT:** IT WILL BE HEARD ON THE 12TH, YES.          01:00

```
1          MR. CALDWELL:  WHILE I WILL, UNFORTUNATELY, NOT BE

2    AVAILABLE ON THE 12TH, I WOULD LIKE TO ARGUE THE MOTION.  I

3    UNDERSTAND WE'RE BARELY THE TAIL ON THE DOG OF THIS ONE, AND I

4    WILL HAVE MY COLLEAGUE, SANDY THOLEN, APPEAR TO ARGUE ON BEHALF

5    OF MR. BOUSQUETTE.                                              01:00

6          THE COURT:  WELL, I'LL ADVANCE THE QUESTION THAT I

7    WOULD HAVE FOR YOU:  WHERE IS YOUR CLIENT THESE NEXT THREE

8    WEEKS?

9          MR. CALDWELL:  YOUR HONOR, I DON'T HAVE THE ANSWER TO

10   THAT.  I KNOW HE TRAVELS EXTENSIVELY.  HE LIVES AND WORKS IN    01:00

11   CHICAGO.  I CAN GET HIS TRAVEL SCHEDULE AND MAKE SURE THAT

12   MS. THOLEN HAS THAT AVAILABLE AT THE TIME OF THE HEARING.

13         THE COURT:  ACTUALLY, I'D LIKE TO HAVE THAT BY THE

14   END OF THE DAY, COUNSEL.

15         MR. CALDWELL:  I WILL TRACK IT DOWN AND SUBMIT IT,        01:00

16   YOUR HONOR.

17         THE COURT:  IF YOU WOULD FAX TO CHAMBERS -- OR,

18   ACTUALLY, FAX TO THE COURTROOM DEPUTY...

19         WHAT NUMBER, JIM?

20         THE CLERK:  328-4477.                                    01:00

21         THE COURT:  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.  I WOULD LIKE YOUR

22   CLIENT'S -- OBVIOUSLY, I DON'T NEED THE DETAILS OF HIS WORK.

23   BASICALLY I WANT TO HAVE IS, WHAT CITY IS HE GOING TO BE IN FOR

24   THE NEXT THREE WEEKS?

25         MR. CALDWELL:  I WILL GET THAT INFORMATION.              01:00
```

```
 1            THE COURT:  AND IF YOU COULD JUST INDICATE ON WORK
 2   DAYS, WHICH DAYS HE WOULD BE AVAILABLE FOR A DEPOSITION AND
 3   WHICH DAYS HE WOULD NOT, DURING THAT THREE WEEKS.
 4            MR. CALDWELL:  I WILL DO SO, YOUR HONOR.
 5            MR. NOLAN:  YOUR HONOR, COULD WE BE ALSO SERVED WITH    01:00
 6   A COPY OF THAT SUBMISSION, OR DO YOU WANT IT IN-CAMERA?
 7            THE COURT:  I WANT THAT IN-CAMERA.
 8            MR. NOLAN:  ALL RIGHT.  I UNDERSTAND.
 9            THE COURT:  CERTAINLY, WHATEVER ARRANGEMENT YOU WANT
10   TO MAKE WITH MR. CALDWELL, THAT'S FINE.  BUT THE COURT WOULD    01:00
11   LIKE THAT IN CAMERA.  THAT'S KIND OF PERSONAL INFORMATION, SO I
12   DON'T NECESSARILY WANT TO ORDER THAT HE HAS TO PUBLISH THAT.
13            MR. NOLAN:  YOUR HONOR, I WOULD JUST COMMIT THAT,
14   LIKE EVERYTHING ELSE IN THIS CASE THAT HAS BEEN FILED UNDER
15   SEAL, THAT I WOULD TREAT THAT WITH THE SAME CONFIDENTIALITY.    01:00
16   IT'S JUST FOR PURPOSES OF OUR OWN PLANNING AS WE GO TO THE
17   HEARING ON THE 12TH.
18            THE COURT:  I APPRECIATE THAT, MR. NOLAN.  I
19   CERTAINLY DON'T MEAN TO SUGGEST THAT ANYONE WOULDN'T TREAT IT
20   THE SAME, BUT JUST AT THIS POINT I'D PREFER TO HAVE IT         01:00
21   SUBMITTED IN CAMERA.
22            MR. NOLAN:  UNDERSTOOD, YOUR HONOR.  THANK YOU.
23            THE COURT:  THANK YOU, MR. NOLAN.
24            ALL RIGHT.  LET ME SEE IF THERE WAS ANYTHING ELSE
25   THAT I HAD ON THESE MOTIONS BEFORE I MOVE ON TO THE NEXT       01:00
```

```
 1   CATEGORY.

 2          I MENTIONED THAT I WANTED THE IN-CAMERA SUBMISSION OF

 3   THAT ONE DOCUMENT, I BELIEVE, FROM MGA BY FRIDAY AS WELL.

 4          YOU GOT THAT, MR. NOLAN?

 5          MR. NOLAN:  YES, YOUR HONOR.                              01:00

 6          THE COURT:  ALL RIGHT.

 7          WITH RESPECT TO BRYANT'S MOTION TO CERTIFY FOR

 8   INTERLOCUTORY APPEAL AND/OR FOR RECONSIDERATION.  ONE OF THE

 9   PRINCIPAL ARGUMENTS IS ASKING THE COURT TO TAKE A LOOK AT THE

10   CITY OF HOPE VERSUS GENENTECH CASE.  I DO UNDERSTAND THAT THIS   01:00

11   CASE CAME OUT TWO DAYS AFTER OUR HEARING BUT ONE DAY BEFORE THE

12   COURT ISSUED ITS ORDER, AND NOT WITHSTANDING MGA'S EFFORTS TO

13   BRING -- OR PERHAPS IT WAS CARTER BRYANT'S EFFORTS, OR BOTH

14   PARTIES' EFFORTS -- TO BRING THIS TO THE COURT'S ATTENTION, I

15   DID NOT RECEIVE NOTICE OF THIS UNTIL AFTER I HAD ISSUED THE      01:00

16   ORDER; SO MY ORDER DID NOT REFLECT A REVIEW OF CITY OF HOPE

17   VERSUS GENENTECH.

18          I DO INTEND, OF COURSE, TO REVIEW THAT AND TAKE A

19   FRESH LOOK AT THE COURT'S RULING ON THE FIDUCIARY DUTY ISSUE IN

20   LIGHT OF THIS CASE, AND I ALSO THINK IT'S APPROPRIATE TO         01:00

21   CONSOLIDATE THIS, AND THE COURT WILL DO SO SUA SPONTE.

22   ALTHOUGH, I UNDERSTAND FROM MR. NOLAN THERE'S AN EX-PARTE

23   APPLICATION.  BUT REGARDLESS OF THAT, WITHOUT EVEN CONSIDERING

24   THAT, THE COURT SUA SPONTE IS GOING TO ADVANCE THIS MOTION TO

25   MAY 19TH, 2008, AND WILL CONSIDER THIS ALONG WITH THE OTHER      01:00
```

1    MOTIONS FOR PARTIAL SUMMARY JUDGMENT.  MATTEL IS INVITED TO

2    FILE AN OPPOSITION TO THE MOTION FOR RECONSIDERATION.

3             AS FAR AS THE MOTION FOR INTERLOCUTORY APPEAL, THAT I

4    WILL DENY AT THIS POINT.  THE COURT IS NOT GOING TO CERTIFY

5    THIS ISSUE FOR INTERLOCUTORY APPEAL.  I AM GOING TO LOOK AT        01:00

6    THIS CASE.  I AM GOING TO RECONSIDER MY RULING ON THIS.  AND

7    THEN WE WILL PROCEED ACCORDINGLY.  BUT IF MATTEL WOULD LIMIT

8    ITS OPPOSITION TO THE ACTUAL MOTION FOR RECONSIDERATION AND THE

9    ROLE THAT GENENTECH MIGHT PLAY IN THE COURT'S ANALYSIS, I WOULD

10   INVITE AN OPPOSITION AND THEN A REPLY TO THAT.                     01:00

11           **MR. COREY:**  WE WILL, OF COURSE, DO THAT, YOUR HONOR.

12           **THE COURT:**  ANY QUESTIONS FROM CARTER BRYANT OR MGA

13   CONCERNING THAT MOTION?

14           **MS. ANDERSON:**  I HAVE TWO QUESTIONS, YOUR HONOR.

15           FIRST OF ALL, COULD YOUR HONOR SET THE BRIEFING            01:00

16   SCHEDULE WITH REGARD TO THIS HEARING ON MAY 19TH?

17           **THE COURT:**  YES.  I WILL DO SO.  LET ME GRAB MY

18   CALENDAR.

19           CAN MATTEL HAVE THEIR OPPOSITION IN BY THE END OF

20   THIS WEEK?                                                         01:00

21           **MR. COREY:**  IN LIGHT OF THE MOTIONS IN LIMINE REPLIES

22   BEING FILED ON THURSDAY, AND THE OPPOSITIONS THAT WE'LL BE

23   FILING ON FRIDAY, WE WOULD REQUEST TO HAVE AT LEAST UNTIL

24   MONDAY, YOUR HONOR.

25           **THE COURT:**  ALL RIGHT.  YOU HAVE UNTIL MONDAY THE      01:00

```
1    12TH FOR THE OPPOSITION.

2          MR. COREY:  THANK YOU, YOUR HONOR.

3          THE COURT:  IF AT ALL POSSIBLE, CAN THE REPLY COME IN

4    FROM CARTER BRYANT ON THE 15TH?  JUST SO THAT I CAN WORK ON

5    THIS ON THE 16TH, FRIDAY, BECAUSE THE WEEKEND OF THE 17TH OR    01:00

6    THE 18TH IS GOING TO BE BUSY FOR OTHER REASONS.

7          MS. ANDERSON:  YES, YOUR HONOR.  MAY 15TH WILL BE

8    NINE.

9          THE COURT:  I HAVE ALL THOSE MOTIONS IN LIMINE TO GO

10   THROUGH ON THE 17TH AND 18TH; SO IF COULD YOU GET THIS IN BY    01:00

11   THE END OF THE DAY ON THE 15TH.

12         MS. ANDERSON:  YES, YOUR HONOR, WE CAN DO THAT.

13         MR. NOLAN:  COULD I JUST MAKE ONE SMALL POINT?

14         THE COURT:  YES, MR. NOLAN.

15         MR. NOLAN:  I THINK IT'S MORE FORM OVER SUBSTANCE,       01:00

16   BUT WE WERE INTENDING TO FILE A JOINDER IN CARTER BRYANT'S

17   MOTION FOR RECONSIDERATION IN 1292(B); THAT SEEMS TO BE A

18   FUTILE EFFORT AND NOT NECESSARY, AND GOD KNOWS THE RECORD HAS

19   ENOUGH ENTRIES ALREADY IN IT.  BUT I WOULD JUST LIKE TO HAVE

20   THE RECORD INDICATE THAT WE ARE JOINING IN THAT REQUEST FOR    01:00

21   RECONSIDERATION AND WE'LL COORDINATE WITH CARTER BRYANT AND NOT

22   TRY TO FILE A SEPARATE BRIEF.  BUT OF COURSE THAT RULING AND

23   THAT CASE DOES APPLY TO THE AIDING AND ABETTING BREACH OF

24   FIDUCIARY DUTY LANGUAGE IN THE PRESENT SUMMARY JUDGMENT ORDER

25   THAT THE COURT ISSUED LAST WEEK.                               01:00
```

```
 1          THE COURT:  VERY GOOD.  THE COURT UNDERSTANDS THAT,

 2   AND THE RECORD WILL REFLECT THAT YOU HAVE JOINED IN THAT MOTION

 3   AS WELL.

 4          MR. NOLAN:  THANK YOU VERY MUCH.

 5          MS. ANDERSON:  MY FINAL QUESTION, YOUR HONOR.          01:00

 6          IS YOUR HONOR REFUSING TO ENTERTAIN ANY ORAL

 7   ARGUMENTS ON THE SUBJECT OF THE MOTION FOR CERTIFICATION?

 8          THE COURT:  YES.

 9          I WILL GIVE YOU LEAVE -- IF YOU WANT TO MAKE A MOTION

10   FOR CERTIFICATION AFTER THE COURT HAS CONSIDERED THE CASE AND   01:00

11   RULED ON IT, YOU MAY DO SO.  BUT I DON'T REALLY SEE ANY BASIS

12   FOR CERTIFYING AN APPEAL UNTIL THE COURT HAS HAD A CHANCE TO

13   TAKE A LOOK AT THE CASE.

14          AM I MISSING SOMETHING?

15          MS. ANDERSON:  UNDERSTOOD, YOUR HONOR.  I JUST WANTED   01:00

16   TO MAKE SURE I UNDERSTOOD THE PROCEDURE YOUR HONOR WANTED TO

17   FOLLOW.

18          THE COURT:  RIGHT.  I JUST WANT TO LOOK AT THE CASE

19   BEFORE -- I'M NOT GOING TO CERTIFY SOMETHING FOR APPEAL WHEN I

20   HAVEN'T EVEN LOOKED AT THE CASE MYSELF.                       01:00

21          MS. ANDERSON:  UNDERSTOOD.  THANK YOU, YOUR HONOR.

22          THE COURT:  IF, AFTER I MAKE MY DECISIONS ON THE

23   MOTIONS FOR SUMMARY JUDGMENT, IF YOU WANT TO MAKE A MOTION FOR

24   CERTIFICATION FOR INTERLOCUTORY APPEAL, IF YOU BELIEVE THAT

25   WOULD BE A PRODUCTIVE THING TO PURSUE, YOU CERTAINLY HAVE A    01:00
```

```
 1   RIGHT TO DO THAT.

 2           MS. ANDERSON:  I UNDERSTAND.  THANK YOU, YOUR HONOR.

 3           THE COURT:  OKAY.

 4           ANY OTHER QUESTIONS CONCERNING THOSE MOTIONS OR THAT

 5   SCHEDULING?                                                      01:00

 6           MR. COREY:  NO, YOUR HONOR.

 7           MR. NOLAN:  NO QUESTIONS, YOUR HONOR.

 8           THE COURT:  THAT TAKES CARE OF THE DISCOVERY.

 9           I THINK I PREVIOUSLY INDICATED NOW THAT THE SCHEDULE

10   FOR ANY APPEALS OF THE DISCOVERY MASTER ON RULINGS THAT HE       01:00

11   MAKES THIS WEEK.  I'VE INDICATED THAT NOTHING FURTHER IS TO GO

12   TO THE DISCOVERY MASTER.  ANYTHING FURTHER IS TO COME TO THIS

13   COURT.  AND I'M GIVING YOU A SCHEDULE FOR THAT.

14           SO JUST TO MAKE CLEAR WHAT WE HAVE, WE HAVE OUR

15   HEARINGS ON MAY 12TH WHICH WILL BE FOR DISCOVERY.  WE'LL HAVE    01:00

16   OUR HEARINGS ON MAY 19, WHICH WILL BE PART TWO OF THE PARTIAL

17   SUMMARY JUDGMENT MOTION AND FIDUCIARY DUTY REDUCTS; AND THEN

18   TUESDAY THE 20TH, WE WILL BEGIN WITH OUR SELECTION OF OUR PRE-

19   SCREENED JURY.  WE WILL DO THAT ON THE 20TH AND HOPEFULLY WRAP

20   THAT UP ON THE 21ST.                                            01:00

21           THE COURT WILL THEN ENTERTAIN ANY FURTHER DISCOVER

22   MOTIONS THAT HAVE BEEN PROMPTED BY RULINGS THIS WEEK BEFORE THE

23   COURT THEN LAUNCHES INTO HEARINGS ON THE MOTIONS IN LIMINE,

24   WHICH WE WILL CONTINUE UNTIL THOSE ARE COMPLETED.  AND THEN WE

25   WILL RESUME WITH OPENING STATEMENTS ON THE 27TH.                01:00
```

1          WE ALSO HAVE TO HAVE A PRETRIAL CONFERENCE IN HERE

2    SOMEPLACE.  I BELIEVE THAT'S SCHEDULED FOR THE 19TH.

3          **MR. NOLAN:**  THAT'S CORRECT, YOUR HONOR, AT 1:30.

4          **THE COURT:**  THAT'S ALL I HAVE AT PRESENT.

5          I THINK THAT'S ALL I HAVE RIGHT NOW.                01:00

6          IS THERE ANYTHING ELSE FROM ANY PARTIES?

7          ANYTHING FURTHER FROM MATTEL?

8          **MR. ALGER:**  YOUR HONOR, THIS IS TIM ALGER FOR MATTEL.

9          ONE OF THE TASKS THAT WE'VE BEEN FACED WITH IS THE

10   COURT'S INQUIRY REGARDING THE ENTIRETY OF THE RECORD AND      01:00

11   WHETHER MUCH OF IT SHOULD BE UNSEALED.

12         **THE COURT:**  THAT I PLAN ON TAKING UP AT THE PRETRIAL

13   CONFERENCE.  I TRUST THE PARTIES WILL HAVE A VERY COGENT PLAN

14   FOR THE COURT'S CONSIDERATION ON MAY 19TH.

15         **MR. ALGER:**  YES.  I THINK THERE WAS A PROPOSAL WITH A   01:00

16   SUBMISSION TOMORROW, WHICH MIGHT BE QUITE TIGHT.  WE'RE QUITE

17   STRETCHED.  IF THE 19TH IS AN ACCEPTABLE DATE, IF YOU DEEM SOME

18   SORT OF REPORT THAT'S NECESSARY BEFORE THEN, THAT PROBABLY

19   WOULD BE A LITTLE BIT BETTER FOR EVERYBODY.

20         **THE COURT:**  SO YOU'RE SUGGESTING THE 19TH IS A GOOD   01:00

21   DATE FOR THAT?

22         **MR. ALGER:**  I THINK THAT'S FINE, YOUR HONOR.

23         **THE COURT:**  YES.  I TEND TO AGREE.

24         MR. NOLAN, FROM MGA, DO YOU AGREE?

25         **MR. NOLAN:**  YOUR HONOR, WE AGREE.  WHATEVER IS        01:00

1   CONVENIENT FOR EVERYBODY ELSE.  IT DOES HAMPER SOME PREPARATION

2   FOR TRIAL.  BUT GIVEN EVERYTHING ELSE THAT'S GOING ON, WE CAN

3   ADJUST.

4           **THE COURT:**  VERY GOOD.

5           MS. ANDERSON?                                            01:00

6           **MS. ANDERSON:**  YES, YOUR HONOR.  WE CAN AS WELL.

7           **THE COURT:**  VERY WELL.  ANYTHING ELSE FROM MATTEL?

8           **MR. COREY:**  NO, YOUR HONOR.

9           **THE COURT:**  ANYTHING ELSE FROM MGA?

10          **MR. NOLAN:**  I ONLY PAUSE, YOUR HONOR.  I APOLOGIZE.   01:00

11          CAN I GO BACK TO ONE THING?

12          **THE COURT:**  OF COURSE.

13          **MR. NOLAN:**  ON THE AEO ISSUE FOR THE 19TH, ONE OF THE

14  THINGS THAT IS POSSIBLY A CHALLENGE FOR BOTH MATTEL, I SUSPECT

15  CARTER BRYANT, AND US, IS CURRENTLY, IN TERMS OF PREPARATION OF  01:00

16  WITNESSES, WE ARE NOT ABLE TO SHOW IN-HOUSE COUNSEL, LET'S SAY,

17  OR EMPLOYEES THAT WILL BE TESTIFYING AT TRIAL STARTING ON THE

18  27TH, THOSE DOCUMENTS THAT HAVE BEEN MARKED AEO THAT WE'RE NOT

19  RELATING TO THE SUMMARY JUDGMENT MOTIONS.

20          SO IN EFFECT, THIS IS THE FIRST TIME I'VE EVER HAD A     01:00

21  CASE WHERE WITNESSES MIGHT BE SUBJECTED TO DOCUMENTS THAT THEY

22  HAVE NOT EVEN BEEN ABLE TO SEE OR REVIEW WITH COUNSEL IN

23  ADVANCE.  AND I WAS JUST WONDERING, THAT, DURING THIS INTERIM

24  PERIOD OF TIME PRIOR TO THE 1THE, COULD WE HAVE RELIEF TO

25  MERELY BE ALLOWED TO SHOW AEO DOCUMENTS TO OUR CLIENTS?  NOT     01:00

1  HAVE IT DISCUSSED OUTSIDE, OBVIOUSLY, OF THE PREPARATION; NOT

2  HAVE WIDE DISSEMINATION WITHIN THE COMPANY.  BUT WITH DISCREET

3  ISSUES WHERE I THINK ISSUES COULD COME UP ON CROSS-EXAMINATION,

4  HAVING THAT ONLY ONE WEEK IN ADVANCE WITH EVERYTHING THAT WE'RE

5  DOING, THAT WEEK COULD BE TIGHT:  THAT'S WHY WE HAD WANTED IT A      01:00

6  LITTLE BIT EARLIER.  BUT IT'S JUST A CONCERN, AND I WAS

7  WONDERING WHETHER OR NOT WE COULD AGREE TO THAT.

8          I KNOW I'M THROWING IT OUT AT THE LAST MINUTE, BUT I

9  DIDN'T REALIZE WE WOULD WAIT UNTIL THE 19TH FOR THAT.

10          **THE COURT:**  MATTEL, YOUR THOUGHTS ON THAT?                  01:00

11          **MR. COREY:**  YOUR HONOR, I'M A LITTLE BIT PUZZLED BY

12  WHAT MR. NOLAN COULD BE REFERRING TO.  BECAUSE THERE'S A

13  PROVISION IN THE PROTECTIVE ORDER THAT ALLOWS WITNESSES WHO ARE

14  EITHER AUTHORS OR RECIPIENTS OF DOCUMENTS THAT HAVE BEEN

15  DESIGNATED 'ATTORNEY EYES ONLY,' TO BE ABLE TO LOOK AT THEM.         01:00

16          **THE COURT:**  WE'LL RESOLVE THIS ON THE 1THE.  BUT IF

17  THE PARTIES COULD, PERHAPS, DISCUSS THIS AMONGST THEMSELVES

18  BETWEEN NOW AND THE 12TH.  THE COURT WILL ENTERTAIN A

19  DISCUSSION OF THIS ON THE 12TH, AFTER WE'VE GONE THROUGH THESE

20  DISCOVERY MOTIONS, AND PERHAPS WE CAN COME UP WITH SOME             01:00

21  REASONABLE ACCOMMODATION BETWEEN NOW AND THE 12TH.

22          **MR. NOLAN:**  I APOLOGIZE, YOUR HONOR, FOR RAISING IT

23  FOR THE FIRST TIME IN THIS PHONE CALL.

24          **THE COURT:**  DON'T APOLOGIZE AT ALL.  IT'S A PRACTICAL

25  CONCERN THAT I'M SURE AFFECTS ALL PARTIES EQUALLY; SO IT'S          01:00

1   SOMETHING THAT YOU SHOULD BE TALKING ABOUT, AND WE CAN DISCUSS

2   THIS FURTHER ON THE RECORD ON THE 12TH.

3          **MR. ALGER:**  AGAIN, FOR CLARITY, THE ISSUE OF WHETHER

4   WITNESSES CAN BE SHOWN PARTICULAR CATEGORIES OF DOCUMENTS WILL

5   BE ADDRESSED ON THE 12TH, BUT THE ULTIMATE ISSUE ABOUT                    01:00

6   UNSEALING OF THE COURT'S RECORDS WE'RE GOING TO DEAL WITH ON

7   THE 19TH.

8          **THE COURT:**  THAT'S RIGHT.  AND WE MAY NOT EVEN BE

9   ABLE TO FULLY ADDRESS THE ISSUE.  PLEASE DON'T FILE ANY

10  MOTIONS.  LETS BE PREPARED TO DISCUSS THIS ORALLY ON THE RECORD          01:00

11  ON THE 12TH.

12         THE COURT'S CONCERN IS PRIMARILY WITH THE FIRST

13  AMENDMENT ISSUE OF UNSEALING THIS RECORD TO THE EXTENT

14  POSSIBLE.  I UNDERSTAND THE PARTIES HAVE MORE OF A PRACTICAL

15  CONCERN IN TERMS OF THEIR WITNESSES THAT MR. NOLAN HAS                    01:00

16  ARTICULATED, AND THE COURT IS WILLING TO ASSIST IN THAT

17  DISCUSSION ON MONDAY.  BUT AS FAR AS THE ACTUAL DECISION IN

18  TERMS OF THE PUBLIC UNSEALING OR MAKING PUBLIC OF THE RECORDS

19  IN THIS CASE, THAT IS THE COURT'S CONCERN, AND I WILL RULE ON

20  THAT ON THE 19TH.                                                         01:00

21         **MR. ALGER:**  THANK YOU.

22         **THE COURT:**  ALL RIGHT.

23         DID I ASK CARTER BRYANT?  IS THERE ANYTHING FURTHER

24  FROM CARTER BRYANT?

25         **MS. ANDERSON:**  NO THANK YOU, YOUR HONOR.                       01:00

TUESDAY, MAY 6, 2008                                    TELEPHONIC HEARING

```
 1              THE COURT:  I'M SORRY TO BE IMPERSONAL IN REFERRING

 2   TO YOU AS YOUR CLIENTS, BUT IT'S PROBABLY THE MOST EFFECTIVE

 3   WAY OF DOING THIS.

 4              IS THERE ANYTHING FROM ANY OF THE THIRD-PARTY

 5   REPRESENTATIVES THAT ARE ON THE LINE?                          01:00

 6              MR. CALDWELL:  NO, YOUR HONOR.

 7              MR. McFARLAND:  NO, YOUR HONOR.

 8              THE COURT:  I GUESS THAT BRINGS US TO A CONCLUSION.

 9              I WILL LOOK FORWARD TO SEEING YOU ON MAY 12TH.

10              GOOD AFTERNOON.                                     01:00

11              (TELECONFERENCE CONCLUDED.)

12

13

14

15

16

17                           CERTIFICATE

18

19   I hereby certify that pursuant to section 753, title 28, United
     States code, the foregoing is a true and correct transcript of
20   the stenographically recorded proceedings held in the above-
     entitled matter and that the transcript page format is in
21   conformance with the regulations of the judicial conference of
     the United States.

22

23   _____        _____
     THERESA A. LANZA, CSR, RPR                    Date
24   Federal Official Court Reporter

25
```