QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL INC.'S RESPONSES TO THE MGA PARTIES' OBJECTIONS TO THE RELEASE OF THE FORENSIC AUDITOR'S REPORT AND THE FORENSIC AUDITOR'S RESPONSIVE REPORT, MATTEL, INC.'S SPECIFIC RESPONSES TO THE MGA PARTIES' OBJECTIONS TO THE RELEASE OF THE FORENSIC AUDITOR'S REPORT AND THE FORENSIC AUDITOR'S RESPONSIVE REPORT, AND THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF |

LODGED

07209/2954413.1

**[~~PROPOSED~~] ORDER**

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal its Responses to the MGA Parties Objections to the Release of the Forensic Auditor's Report and the Forensic Auditor's Responsive Report, its Specific Responses to the MGA Parties' Objections to the Release of the Forensic Auditor's Report and the Forensic Auditor's Responsive Report, and the Declaration of Scott L. Watson in Support Thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Responses to the MGA Parties Objections to the Release of the Forensic Auditor's Report and the Forensic Auditor's Responsive Report, and the Declaration of Scott L. Watson in Support Thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: June 3, 2009

_____
Hon. Stephen G. Larson
United States District Judge