Name & Address:
Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
PETER N. VILLAR (SBN 204038)
CRAIG A. TAGGART (SBN 239168)
Attorneys for Non-party Omni 808 Investors, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, PLAINTIFF(S) v. MATTEL, INC., a Delaware corporation, DEFENDANT(S). | CASE NUMBER: CASE NO. CV 04-9049 SGL (RNBx) NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
(1) Omni 808 Investors, LLC's Memorandum in Support of its Request to Strike Summary and Responsive Reports of Ronald L. Durkin; (2) Application to File Under Seal: Omni 808 Investors, LLC's Memorandum in Support of its Request to Strike Summary and Responsive Reports of Ronald L. Durkin; (3) [Proposed] Order Granting Application to File Under Seal; and (4) Proof of Service

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated January 4, 2005

☐ Manual Filing required (*reason*):

| | |
|---|---|
| June 8, 2009 | Todd E. Gordinier |
| Date | Attorney Name |
| | Omni 808 Investors, LLC |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)         NOTICE OF MANUAL FILING