PETER A. DAVIDSON, SBN 76194
ERVIN COHEN & JESSUP LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212-2974
T: 310/273-6333 / F: 310/859-2325
E: bmoldo@ecjlaw.com
Attorneys for Patrick J. Fraioli, Jr., Temporary Receiver

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>MATTEL, INC., a Delaware corporation,<br>　　　　　　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NUMBER: CV 04-09049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. List Documents:

1. Application to file in camera: Ex Parte Motion of Temporary Receiver for Order (1) Approving Final Account and Report; (2) Approving Final Compensation to Temporary Receiver and Professionals; (3) Discharging Receiver; Receiver's Final Account and Report; Declaration of Patrick A. Fraioli, Jr.;
2. Order

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☒ Manual Filing required (*reason*):  In Camera

| | |
|---|---|
| June 8, 2009 | /s/ PETER A. DAVIDSON |
| Date | Attorney Name |
| | Patrick J. Fraioli, Jr., Temporary Receiver |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)          NOTICE OF MANUAL FILING