QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S ADDITIONAL TRANSCRIPT DESIGNATIONS |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

| Hearing Date | Court Reporter(s) | Proceedings | Transcript Status |
|---|---|---|---|
| 6/23/2008 5:00 PM | Gary D. George | Trial Hearing re: Marlow, Menz, other issues | Certified copy already prepared |
| 7/24/2008 | Mark Schweitzer | Sealed *in Camera* Conference 1 of 2 | Certified copy already prepared |
| 7/24/2008 | Mark Schweitzer | Sealed *in Camera* Conference 2 of 2 | Certified copy already prepared |

DATED: June 8, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ Michael T. Zeller
   Michael T. Zeller
   Attorneys for Mattel. Inc.