1   Patricia L. Glaser, State Bar No. 055668
2   Joel N. Klevens, State Bar No. 045446
    GLASER, WEIL, FINK, JACOBS,
3     HOWARD & SHAPIRO, LLP
    10250 Constellation Boulevard, 19th Floor
4   Los Angeles, California 90067
    Telephone:  (310) 553-3000
5   Facsimile:  (310) 556-2920

6   Attorneys for MGA Entertainment, Inc., Isaac
    Larian, MGA Entertainment (HK) Limited, and
7   MGAE de Mexico S.R.L. de C.V.

8   John B. Quinn, State Bar No. 090378
    Michael T. Zeller, State Bar No. 196417
9   QUINN EMANUEL URQUHART OLIVER &
    HEDGES, LLP
10  865 South Figueroa Street - 10th Floor
    Los Angeles, California 90017-2543
11  Telephone:  (213) 443-3000
    Facsimile:   (213) 443-3100

12  Attorneys for Mattel, Inc.

13
14              **UNITED STATES DISTRICT COURT**

15             **CENTRAL DISTRICT OF CALIFORNIA**

16                  **EASTERN DIVISION**

17

18  CARTER BRYANT, an individual,          Case No. CV 04-9049 SGL (RNBx)

19                      Plaintiff,         Consolidated with Case No. 04-9059 and
                                           Case No. 05-2727
20           v.
                                           **ORDER RE STIPULATION TO**
21  MATTEL, INC., a Delaware               **EXTEND TIME FOR MGA**
    Corporation,                           **PARTIES TO RESPOND TO**
22                                         **MATTEL, INC.'S THIRD**
                        Defendant.         **AMENDED ANSWER AND**
23                                         **COUNTERCLAIMS**

24  AND CONSOLIDATED CASES

25

26

27

28

677735

1

## **ORDER**

2        Having considered the stipulation submitted by the parties, IT IS

3   HEREBY ORDERED that:

4        The MGA Parties shall have until Monday, June 15, 2009, to file and

5   serve their response(s) to Mattel, Inc.'s Third Amended Answer and Counterclaims.

6

7

8        IT IS SO ORDERED.

9

10   Dated  June 09, 2009

11                                         Hon. Stephen G. Larson
                                          United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

677735                           - 2 -                    PROPOSED ORDER

[PROPOSED] ORDER CV 04-09049 SGL