THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
LAUREN E. AGUIAR (admitted *Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600
Attorneys for MGA Parties

JOHN B. QUINN (Bar No. 090378)
(johnquinn@quinnemanuel.com)
MICHAEL T. ZELLER (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
JON D. COREY (Bar No. 185066)
(joncorey@quinnemanuel.com)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION REGARDING EXTENSION TO FILE REPORT OF DOCUMENTS TO REMAIN UNDER SEAL |

07209/2660785.1

## **STIPULATION**

WHEREAS, on April 27, 2009, the Court issued an Order directing the parties to meet and confer and file by June 10, 2009 a Joint Report of Documents to Remain Under Seal;

WHEREAS, on May 21, 2009 the Court issued an Order directing the parties to file objections regarding the Release of the Forensic Auditor's Report and the Forensic Auditor's Responsive Report;

WHEREAS, on May 29, 2009, the MGA Entertainment, Inc., MGA Entertainment (HK) Ltd and Isaac Larian (the "MGA Parties") filed an Objections to the Release of the Forensic Auditor's Report and the Forensic Auditor's Responsive Report (the "Objections");

WHEREAS, on June 2, 2009 Mattel, Inc. ("Mattel") filed a Response to the MGA Parties' Objections to the Release of the Forensic Auditor's Report and the Forensic Auditor's Responsive Report and Specific Responses to the MGA Parties' Objections;

WHEREAS, on June 9, 2009, the Court issued an Order setting a hearing on June 15, 2009 regarding the MGA Parties' Objections to the Release of the Forensic Auditor's Report and the Forensic Auditor's Responsive Report;

WHEREAS, certain of the documents and information referenced in the Forensic Auditor's Report and the Forensic Auditor's Responsive Report also is referenced in filings that the parties are discussing in the context of preparing the Report of Documents to Remain Under Seal. As such, the Court's decision regarding MGA Parties' Objections regarding the release of the Forensic Auditor's Reports will inform the parties' Report of Documents to Remain Under Seal;

WHEREAS, prior to the June 15, 2009 hearing, the parties wish to fully preserve their positions taken regarding the release of the Forensic Auditor's Report and the Forensic Auditor's Responsive Report; and

-1-

1      WHEREAS, no prior extensions of this deadline have been sought or

2  obtained and all parties are acting in good faith in seeking the extension requested in

3  this Stipulation.

4      NOW, THEREFORE, the parties respectfully request that the date to

5  submit the Report of Documents to Remain Under Seal be extended until seven days

6  after the Court's ruling on the Objections to the Release of the Forensic Auditor's

7  Report and The Forensic Auditor's Responsive Report.

8

9      IT IS SO STIPULATED.

10  DATED:  June 9, 2009      SKADDEN ARPS SLATE MEAGHER &

11                    FLOM LLP

12

13                    By /s/ Robert J. Herrington

14                      Robert J. Herrington

15                      Attorneys for the MGA Parties

16  DATED:  June 9, 2009      QUINN EMANUEL URQUHART OLIVER &

17                    HEDGES, LLP

18

19                    By /s/ Christopher E. Price

20                      Christopher E. Price

                              Attorneys for Plaintiff Mattel, Inc.

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXTENSION TO FILE REPORT OF DOCUMENTS TO REMAIN UNDER SEAL
Case No. CV 04-9049 SGL (RNBx)