1 THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 LAUREN E. AGUIAR (admitted *Pro Hac Vice*)
(laguiar@skadden.com)
3 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
4 Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600
5 Attorneys for MGA Parties

6
JOHN B. QUINN (Bar No. 090378)
7 (johnquinn@quinnemanuel.com)
MICHAEL T. ZELLER (Bar No. 196417)
8 (michaelzeller@quinnemanuel.com)
JON D. COREY (Bar No. 185066)
9 (joncorey@quinnemanuel.com)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
10 865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
11 Telephone: (213) 443-3000
Facsimile: (213) 443-3100
12 Attorneys for Mattel, Inc.

13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | [PROPOSED] ORDER RE:<br>STIPULATION REGARDING<br>EXTENSION TO FILE REPORT OF<br>DOCUMENTS TO REMAIN<br>UNDER SEAL |
| AND CONSOLIDATED CASES | |

07209/2660785.1

[PROPOSED] ORDER RE: STIPULATION REGARDING EXTENSION TO FILE REPORT OF DOCUMENTS TO REMAIN UNDER SEAL
Case No. CV 04-9049 SGL (RNBx)

## ORDER

Having considered the parties' Stipulation Regarding Extension to File Report of Documents to Remain Under Seal (the "Stipulation"), and for good cause shown:

**IT IS HEREBY ORDERED:**

1. The date to submit Report of Documents to Remain Under Seal shall be extended until to seven days after the Court's ruling on the Objections to the Release or the Forensic Auditor's Report and the Forensic Auditor's Responsive Report is served on the parties.

**IT IS SO ORDERED.**

DATED: June __, 2009

_____
Hon. Stephen G. Larson
United States District Court Judge

-1-
[PROPOSED] ORDER RE: STIPULATION REGARDING EXTENSION TO FILE REPORT OF DOCUMENTS TO REMAIN UNDER SEAL
Case No. CV 04-9049 SGL (RNBx)