**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  | CASE NUMBER |
|---|---|---|
| | Plaintiff(s), | |
| v. | | **NOTICE OF FILING OF**<br>☐ **OFFICIAL** ☐ **REDACTED  TRANSCRIPT** |
| | Defendant(s). | |

TO ALL COUNSEL OF RECORD:

☐    Notice is hereby given that an official transcript of a proceeding, document number(s)

_____,
has been filed by the court reporter/electronic court recorder in the above-captioned matter.  The parties have seven (7) business days from the filing of the official transcript to file with the court a Notice of Intent to Request Redaction of this transcript and/or 21 calendar days from the filing of the official transcript to file with the court a Redaction Request.  If no such Notice or Redaction Request is filed, the transcript will be made electronically available to the public without redaction after 90 calendar days.  Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter/electronic court recorder or view the document at the clerk's office public terminal.

☐    Notice is hereby given that a redacted transcript of a proceeding, document number(s)

_____,
has been filed by the court reporter/electronic court recorder in the above-captioned matter.

CLERK U.S. DISTRICT COURT

Date: _____     _____
                                       Court Reporter/Deputy Clerk