# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge **STEPHEN G. LARSON**

From: _CHEE_, Deputy Clerk      Date Received: _6/9/09_

Case No.: _CV04-9049 SGL_      Case Title: _MATTEL v. MGA_

Document Entitled: _LETTER FROM MICHAEL + FREDERICKA LAM (AVATAR + THE GREAT AMERICAN DOLL CO FOUNDERS)_

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1      Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)      No proof of service attached to document(s)
- ☒ Other: _IMPROPER COMMUNICATION WITH THE COURT LOCAL RULE 83-2.11_

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____        _____
Date                             U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_6-9-09_                         _/s/ [signature]_
Date                             U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

# THE GREAT AMERICAN DOLL COMPANY

36101 BOB HOPE DRIVE, Ste. 5, # 416
RANCHO MIRAGE, CALIFORNIA  92270
TELEPHONE  760-969-9402
FACSIMILE  760-406-7945
EMAIL: avagen@aol.com

INTERNATIONAL MARKETING & SALES COMPANY™
AVATAR GENERAL CORPORATION
THE DIAMOND COLLECTION™
GREAT AMERICAN PUBLICATIONS™
INTERNATIONAL COLLECTOR SERVICES™

June 8, 2009

**Sent Via United Parcel Service**
The Honorable Judge Stephen G. Larson
Central District of California
United States Federal Court
3470 12th Street #1
Riverside, CA 92501

Re:  Mattel vs. MGA:  Copyright Infringement

Dear Judge Larson,

   We are the founders and principal shareholders of Avatar General Corporation and The Great American Doll Company – owners of a large library of copyrighted modern doll designs.

   We are aware that you are currently presiding over a dispute between Mattel Toys and MGA Entertainment regarding the ownership of the Bratz doll design.

   On June 5, 2009, we received a letter from attorney Willie Gary, stating that his firm would not be able to represent us at this time. In spite of this fact, we strongly believe that we must pursue all possible channels to claim our rights. This is what prompted us to write to you now, since we designed and copyrighted a doll named Madeline prior to the development of the Bratz and My Scene dolls.

   We have discovered that both Bratz and My Scene dolls incorporate copyrighted design elements of our Madeline design. We can clearly prove that Mattel as well as MGA had access to our copyrighted design at the time they were developing the My Scene dolls and the Bratz dolls. Our previous copyright attorneys had informed us that the character and nature of our evidence clearly establishes our ownership in these designs.