QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE JUNE 10, 2009 JOINT REPORT RE: UNDER SEAL FILINGS |
| AND CONSOLIDATED ACTIONS | [[Proposed] Order filed concurrently] |

07975/2965850.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2    entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3    requests that the Court order filed under seal the parties' June 10, 2009 Joint Report
4    Re: Under Seal Filings.
5    The Joint Report contains material that the parties have designated as
6    "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective
7    Order. Accordingly, Mattel requests that the Court order that the Joint Report be
8    filed under seal.

10   DATED: June 10, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

12                               By /s/ Christopher E. Price
13                                  Christopher E. Price
                                    Attorneys for Mattel. Inc.