1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2 | John B. Quinn (Bar No. 090378)
  | johnquinn@quinnemanuel.com
3 | Michael T. Zeller (Bar No. 196417)
  | (michaelzeller@quinnemanuel.com)
4 | 865 South Figueroa Street, 10th Floor
  | Los Angeles, California  90017-2543
5 | Telephone: (213) 443-3000
  | Facsimile: (213) 443-3100
6 | Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727<br><br>**STIPULATION TO EXTEND DEADLINE FOR RESPONSES TO THIRD AMENDED ANSWER AND COUNTERCLAIMS**<br><br>**Phase 2:**<br>Disc. Cut-off:   December 11, 2009<br>Pre-trial Conf.:   March 1, 2010<br>Trial Date:  March 23, 2010 |

WHEREAS, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de C.V. and Isaac Larian ("the MGA Parties") and Carlos Gustavo Machado Gomez ("Machado") requested that Mattel, Inc. ("Mattel") agree to extend their deadline to respond to Mattel's Third Amended Answer and Counterclaims;

WHEREAS, Mattel is agreeable to extending the deadline as a professional courtesy, subject to the following condition: the MGA Parties and Machado will not argue that Mattel's agreement to this Stipulation constitutes or evidences delay by Mattel in any respect or in any manner or constitutes a basis for any stay.

NOW, THEREFORE, the MGA Parties, Machado and Mattel, by and through their respective counsel of record, and subject to the Court's approval, hereby stipulate and agree that:

1. The deadline for the MGA Parties' and Machado's responses to Mattel's Third Amended Answer and Counterclaims is extended to June 29, 2009.

2. No party shall be deemed to have waived its or his rights to seek or oppose modification or extension of any case management dates, including without limitation with respect to discovery cut-off, by virtue of entering into this Stipulation, and no party shall argue that another party's assent to this Stipulation constitutes acquiescence to any delay in connection with this action or constitutes a basis for any stay.

The parties are entering into this Stipulation for proper, good faith purposes, and not for purposes of creating delay. This Stipulation represents the

1  second extension of time for the MGA Parties' and Machado's responses to Mattel's
2  Third Amended Answer and Counterclaims.
3          IT IS SO STIPULATED.

5  DATED: June 11, 2009    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

8      By /s/ Michael T. Zeller
    Michael T. Zeller
    Attorneys for Mattel, Inc.

10 DATED: June 11, 2009    GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

13     By /s/ Patricia Glaser
    Patricia Glaser
    Attorneys for the MGA Parties

15 DATED: June 11, 2009    OVERLAND BORENSTEIN SCHEPER & KIM LLP

18     By /s/ Alexander Cote
    Alexander Cote
    Attorneys for Carlos Gustavo Machado Gomez