QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND DEADLINE FOR RESPONSES TO THIRD AMENDED ANSWER AND COUNTERCLAIMS**<br><br>**Phase 2:**<br>Disc. Cut-off:      December 11, 2009<br>Pre-trial Conf.:   March 1, 2010<br>Trial Date:  March 23, 2010 |

07975/2964994.1

Case No. CV 04-9049 SGL (RNBx)
[PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE

# [PROPOSED] ORDER

Based on the concurrently filed Stipulation to Extend Deadline for Responses to Third Amended Answer and Counterclaims, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED:

1. The deadline for the MGA Parties' and Machado's responses to Mattel's Third Amended Answer and Counterclaims is extended to June 29, 2009;

2. No party shall be deemed to have waived its or his rights to seek or oppose modification or extension of any case management dates, including without limitation with respect to discovery cut-off, by virtue of entering into this Stipulation, and no party shall argue that another party's assent to this Stipulation constitutes acquiescence to any delay in connection with this action or constitutes a basis for any stay.

IT IS SO ORDERED.

DATED:                       , 2009   _____
                                      Stephen G. Larson
                                      United States District Judge