QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>**Phase 2:**<br>Disc. Cut-off:      December 11, 2009<br>Pre-trial Conf.:    March 1, 2010<br>Trial Date:         March 23, 2010 |

## [PROPOSED] ORDER

Based on the concurrently filed Stipulation to Extend Discovery Deadlines, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED:

1.    The June 17, 2009 hearings set before Discovery Master O'Brien for (1) Mattel's March 16, 2009 motion for an order "compelling production of communications made in furtherance of crimes and frauds"; and (2) MGA's April 20, 2009 motion to compel the production of documents and things, is hereby continued from June 17, 2009 to July [8] [10], 2009 at ____ a.m./p.m.;

2.    The following deadlines shall apply:

    a.    Mattel's opposition to MGA's motion to de-designate documents produced by Mattel as "AEO" is extended to July 1, 2009.

    b.    MGA's reply in support of MGA's motion to de-designate documents produced by Mattel as "AEO" is extended to July 8, 2009.

    c.    MGA's responses to Mattel's Interrogatory Nos. 56-63 are extended from June 24, 2009 to July 8, 2009.

    d.    MGA's responses to Mattel's Interrogatory Nos. 68 and 69 shall be due on or before June 15, 2009.

3. No party shall be deemed to have waived its or his rights to seek or oppose modification or extension of any case management dates, including without limitation with respect to discovery cut-off, by virtue of entering into this Stipulation, and no party shall argue that another party's assent to this Stipulation constitutes acquiescence to any delay in connection with this action or constitutes a basis for any stay.

IT IS SO ORDERED.

DATED: _____, 2009  _____
Robert C. O'Brien
Discovery Master