**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 10 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>   Defendant-counter-claimant - Appellee<br>v.<br><br>MGA ENTERTAINMENT, INC.; et al.,<br><br>   Counter-defendants - Appellants,<br><br>CARTER BRYANT, an individual,<br><br>   Plaintiff-counter-defendant,<br><br>CARLOS GUSTAVO MACHADO GOMEZ, an individual; et al.,<br><br>   Counter-defendants,<br><br>ANNE WANG,<br><br>   Third-party-defendant,<br><br>OMNI 808 INVESTORS LLC,<br><br>   Movant. | No. 09-55673<br><br>D.C. No. 2:04-cv-09049-SGL<br>Central District of California,<br>Los Angeles<br><br>RECEIVED<br>CLERK, U.S. DISTRICT COURT<br>JUN 10 2009<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY        DEPUTY |

KW/MOATT

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff-counter-defendant - Appellee<br>and<br><br>MGA ENTERTAINMENT, INC.; et al.,<br><br>      Counter-defendants - Appellees<br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant-counter-claimant - Appellant,<br><br>CARLOS GUSTAVO MACHADO<br>GOMEZ, an individual; et al.,<br><br>      Counter-defendants. | No. 09-55812<br><br>D.C. No. 2:04-cv-09049-SGL<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: KOZINSKI, Chief Judge, PAEZ and TALLMAN, Circuit Judges.

The parties' motions to exceed page limitations are granted.

The parties' motions to seal documents are granted with one exception. The motion to seal the "Declaration of Isaac Larian in Support of Appellants' Reply" ("Larian Declaration") and "Exhibit A" thereto is denied. The parties agree that the Larian Declaration and its exhibit no longer need to be filed under seal.

Mattel's objections to Exhibit A to the Larian Declaration, a letter from Sears Holdings, are overruled. The court has also considered the response by Mattel and supporting Supplemental Declaration of Michael T. Zeller.

MGA Entertainment, Inc., MGA Entertainment HK Ltd. and Isaac Larian's ("MGA's") motion for a stay pending appeal is denied. MGA has not met the prevailing standard to show a substantial likelihood of ultimate success on the merits. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

MGA's unopposed motion to expedite the briefing and hearing is granted. The following briefing schedule governs these cross-appeals: MGA's principal brief is due July 10, 2009; Mattel's principal/response brief is due August 10, 2009; MGA's response/reply brief is due September 9, 2009; and Mattel's optional reply brief is due within 14 days after service of the response/reply brief. The briefs and all courtesy copies must be received by the court on or before the dates that the briefs are due. These cross-appeals will be calendared before the first available panel following the completion of briefing. The provisions of Ninth Circuit Rule 31-2.2(a) shall not apply to these cross-appeals. Any motions to extend time to file the briefs will be strongly disfavored.

Any pending motions not addressed by this order are referred to the panel that will hear the merits.