THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

PATRICIA L. GLASER (Bar No. 55668)
(pglaser@glaserweil.com)
GLASER WEIL FINK JACOBS & SHAPIRO LLP
10250 Constellation Blvd 19th Floor
Los Angeles, CA, 90067
Tel.: (310) 553-3000/Fax: (310) 556-2920

RUSSELL J. FRACKMAN (Bar No. 49087)
(rjf@msk.com)
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd
Los Angeles, CA 90064
Tel.: (310) 312-2000/Fax: (310) 312-3100

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>MGA PARTIES' REQUEST TO REDACT TRIAL TRANSCRIPT DOCKETED AS NUMBER 5577 |

1  Pursuant to the instructions in the May 22, 2009 Notice of Filing Transcript Docket Entry No. 5582, Defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties") move to redact certain portions of the trial transcript dated July 25, 2008, filed at Docket 5577, as described on the attached Transcript Redaction Request (Form G-115).

The July 25, 2008 Transcript is an unsealed transcript that contains the Court's and counsels' discussion of Juror No. 8's dismissal, and references the juror by name. The MGA Parties understand that redaction of information other than personal identifiers (Social Security or tax-payer identification numbers, dates of birth, names of minor children, financial account numbers, home address) requires an order of the Court. Therefore, in light of the circumstances of Juror No. 8's dismissal, and pursuant to Local Rule 79-5.4, which states that "[i]n accordance with the policy of the Judicial Conference of the United States, the documents listed below are not to be included in the public case file … (f) Documents containing identifying information about jurors or potential jurors," the MGA Parties request that this Court order the juror's name be redacted.

DATED: June 12, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Thomas J. Nolan
Thomas J. Nolan
Attorneys for the MGA Parties