THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000/ Fax: (213) 687-5600

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> PLAINTIFF(S) <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 04-9049 SGL (RNBx) <br><br><br> **TRANSCRIPT REDACTION REQUEST** |

Pursuant to Judicial Conference policy, __MGA Ent't Inc., MGA (HK) Ltd., and I. Larian__ requests
*(moving party)*
redaction of transcript(s) on file in the above-captioned matter.  The undersigned understands that redaction of information other than personal identifiers listed below requires an order of the court:

> **Social Security or tax-payer identification numbers to the last four digits**
> **Dates of birth to the year**
> **Names of minor children to the initials**
> **Financial account numbers to the last four digits**
> **Home address to the city and state (in a criminal case)**

The following redactions are requested, e.g., Doc. No. 15, Page 12, Line 9, Social Security No. to read xxx-xx-1234).  (Please attach additional sheet(s) if necessary.)

| Document No. of Transcript | Page No. | Line No(s). | Redacted Identifier |
|---|---|---|---|
| 5577 | 5647 | 19 | full name of juror to read Ms. XXXXXXX XXXXXXXXXXX |
| 5577 | 5647 | 23 | last name of juror to read Ms. XXXXXXXXXXX |
| 5577 | 5648 | 16 | last name of juror to read Ms. XXXXXXXXXXX |
| 5577 | 5648 | 20 | last name of juror to read Ms. XXXXXXXXXXX |
| 5577 | 5649 | 5 | last name of juror to read Ms. XXXXXXXXXXX |
| 5577 | 5656 | 24 | last name of juror to read Ms. XXXXXXXXXXX |
| 5577 | 5657 | 12 | last name of juror to read Ms. XXXXXXXXXXX |
| | | | |

| | |
|---|---|
| June 12, 2009 | /s/ Thomas J. Nolan |
| *Date* | *Attorney / Pro Se Party Signature* |

G-115 (05/08)                         **TRANSCRIPT REDACTION REQUEST**