1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000
5  Fax: (213) 687-5600

6
   PATRICIA L. GLASER (Bar No. 55668)
7  (pglaser@glaserweil.com)
   GLASER WEIL FINK JACOBS & SHAPIRO LLP
8  10250 Constellation Blvd 19th Floor
   Los Angeles, CA, 90067
9  Tel.: (310) 553-3000/Fax: (310) 556-2920

10 RUSSELL J. FRACKMAN (Bar No. 49087)
   (rjf@msk.com)
11 MITCHELL SILBERBERG & KNUPP LLP
   11377 W. Olympic Blvd
12 Los Angeles, CA 90064
   Tel.: (310) 312-2000/Fax: (310) 312-3100

13
   Attorneys for Counter-Defendants,
14 MGA ENTERTAINMENT, INC., ISAAC LARIAN,
   and MGA ENTERTAINMENT (HK) LIMITED

15                UNITED STATED DISTRICT COURT
16                CENTRAL DISTRICT OF CALIFORNIA
17                        EASTERN DIVISION

18 | CARTER BRYANT, an individual, | ) CASE NO. CV 04-9049 SGL (RNBx)
19 |                               | )
   |            Plaintiff,         | ) Consolidated with Case No. 04-9059
20 |                               | ) and Case No. 05-2727
   |        v.                     | )
21 |                               | ) [PROPOSED] ORDER GRANTING
   | MATTEL, INC., a Delaware      | ) REQUEST TO REDACT TRIAL
22 | corporation,                  | ) TRANSCRIPT DOCKETED AS
   |                               | ) NUMBER 5577
23 |          Defendant.           | )
   |                               | )
24 | AND CONSOLIDATED ACTIONS.     | )
25 |                               | )

26
27
28

ORDER ON REQUEST TO REDACT TRIAL TRANSCRIPT DOCKETED AS NUMBER 5577
Case No. CV 04-9049 SGL (RNBx)

**ORDER**

1
2    Based on the concurrently filed Request, and good cause appearing, IT IS
3 HEREBY ORDERED that the Court Reporter shall redact the juror's name from the
4 July 25, 2008 Transcript filed as Docket No. 5577, in accordance with the Transcript
5 Redaction Request (Form G-115) filed June 12, 2009.
6    IT IS SO ORDERED.
7
8 DATED: _____
9
10
11                              Hon. Stephen G. Larson
                                United States District Court Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28