UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                  Date: June 12, 2009
Title:          MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

  Cindy Sasse          None Present
  Courtroom Deputy        Court Reporter

ATTORNEYS PRESENT FOR    ATTORNEYS PRESENT FOR
PLAINTIFFS:           DEFENDANTS:

None Present           None Present

**PROCEEDINGS:**  **IN CHAMBERS (NO PROCEEDINGS HELD)  ORDER BRIEFING SCHEDULE**

  On June 8, 2009, the Court received the former Temporary Receiver's application to file *in camera* certain portions of his Ex Parte Application regarding his final accounting, final compensation of professionals, and discharge of the receivership. The Court granted the application to maintain certain portions *in camera*, and has concurrently ordered the former Temporary Receiver to serve the remaining portion on all parties and to e-file a publicly available version.

  Any interested party may file an opposition or response to the Ex Parte Application no later than June 12, 2009; the former Temporary Receiver may file a reply thereto no later than June 19, 2009.  The Court will thereafter take the matter under submission and will set a hearing only if the Court deems it necessary after a review of the parties' and former Temporary Receiver's papers.

  **IT IS SO ORDERED.**

MINUTES FORM 90             Initials of Deputy Clerk __cls_____
CIVIL -- GEN          1