UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                              Date: June 12, 2009
Title:         MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
===============================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

        Cindy Sasse                                      None Present
        Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR        ATTORNEYS PRESENT FOR
PLAINTIFFS:                              DEFENDANTS:

None Present                                   None Present

**PROCEEDINGS:**   **ORDER REGARDING JUNE 15, 2009, AND JULY 6, 2009, HEARINGS**

       On June 2, 2009, the Court set a hearing for June 15, 2009, on two issues:  The proper scope of the profits from Bratz products to be placed in escrow, and the potential unsealing of the Forensic Auditor's Reports.

       The June 15, 2009, hearing will proceed, but will be limited to the proper scope of the profits from Bratz products to be placed in escrow.

       The issue of the potential unsealing of the Forensic Auditor's  Summary and Responsive Reports is related to the relief sought by Omni 808 Investors, LLC, to strike said reports, which the Court has set for hearing on July 6, 2009.  Because the issues are related, the Court continues the hearing on the potential unsealing of the reports and consolidates it with the hearing on July 6, 2009, on Omni 808's Motion to Strike.

       Additionally, the Court anticipates that the Forensic Auditor's Final Report will be presented for the Court's *in camera* review on or about June 15, 2009, and anticipates that all or portions of the report will be released <u>under seal</u> to the parties in advance of the July 6, 2009, hearing.  By continuing the hearing to July 6, 2009, the Court will be able to consider the parties' various arguments as to not only the Summary and the

Responsive Reports, but the Final Report as well.

The Court modifies its order requiring the personal appearance of Michael Zeller and Todd Gordinier before this Court to July 6, 2009, at 10:00 a.m.

**IT IS SO ORDERED.**

cc: Ronald Durkin