## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Mattel Inc., | CASE NUMBER: CV 04-09049 SGL |
|---|---|
| PLAINTIFF(S), | |
| v. | |
| MGA Entertainment | RECEIPT FOR RELEASE OF EXHIBITS<br>☐ PERMANENT / ☒ TEMPORARY |
| DEFENDANT(S). | |

The undersigned hereby requests and acknowledges the receipt of the following exhibits upon *(check one)*:
    ☒ order of court      ☐ notice of destruction from exhibit custodian
    ☐ expiration of time for appeal      ☐ determination of appeal

**If release is temporary**, exhibits shall be returned to Exhibit Custodian no later than 6/22/09.

| Plaintiff | Defendant | Description of Exhibits |
|---|---|---|
| | TX 1134 | Sculpt of Bratz Doll |
| | | |
| | | |
| | | |

Date: 6/12/09
Name of Receiver: TONY SHOKRAI
Signature of Receiver: [signed]

Street Address: 2118 WILSHIRE BLVD #717
City, State & Zip Code: SANTA MONICA 90403
Telephone Number: 310 4665457
I.D. Number: R0555229

================================================================

**Certification of Exhibit Custodian**

☐ I have received a copy of the order for the ☐ permanent / ☐ temporary release of exhibits.
☐ I hereby certify this date that I have researched the records of this Court and have determined that the appeal time has passed or a decision of the appeal has been received by this court and the exhibits are eligible for return.

Clerk, U. S. District Court

Date          Exhibit Custodian

G-27 (06/98)      RECEIPT FOR RELEASE OF EXHIBITS ☐ PERMANENT / ☐ TEMPORARY