QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, Plaintiff, vs. MATTEL, INC., a Delaware corporation, Defendant. AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 Hon. Stephen G. Larson [PROPOSED] ORDER RE: MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE JUNE 10, 2009 JOINT REPORT RE: UNDER SEAL FILINGS |

07975/2965906.1

[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal the June 10, 2009 Joint Report Re: Under Seal Filings, IT IS HEREBY ORDERED:

The June 10, 2009 Joint Report Re: Under Seal Filings is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: June 12, 2009

Hon. Stephen G. Larson
United States District Judge