Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 39, REGARDING:**<br><br>**(1) CONTINUANCE OF HEARING ON DISCOVERY MATTERS TO BE HEARD ON JUNE 17, 2009;**<br><br>**(2) EXTENSION OF TIME FOR THE MGA PARTIES TO SERVE RESPONSES TO INTERROGATORY NOS. 56 THROUGH 63, 68 AND 69; and**<br><br>**(3) EXTENSION OF TIME TO FILE CERTAIN PLEADINGS CONCERNING THE MOTION TO DE-DESIGNATE DOCUMENTS PRODUCED AS ATTORNEYS' EYES ONLY** |

The Discovery Master, having considered the parties' Stipulation to Extend Discovery Deadlines filed on or about June 11, 2009, and good cause appearing therefor, **ORDERS** as follows:

1. The motions previously set for hearing on June 17, 2009 (i.e., the Motion to Compel Production of Documents and Things From MGA's Second and Fifth Sets of Requests for Production and Responses to MGA's Second Set of Interrogatories to Mattel, Inc. filed by MGA Entertainment, Inc. on or about April 20, 2009 and the Motion for Order Compelling Production of Communications Made in Furtherance of Crimes and Frauds as to which MGA has Waived the Attorney-Client Privilege filed by Mattel, Inc. on or about March 16, 2009) are continued to July 8, 2009 at 10:00 a.m. at the offices of Arent Fox LLP.

2. The MGA Parties shall have until June 15, 2009 to serve responses to Interrogatory Nos. 68 and 69.

3. The MGA Parties shall have until July 8, 2009 to serve responses to Interrogatory Nos. 56 – 63.

4. The deadline for Mattel, Inc. to file its opposition to the Motion to De-Designate Documents Produced as Attorneys' Eyes Only in Response to Document Request Nos. 526 and 528 and Request for Sanctions is extended to July 1, 2009.

5. The deadline for the MGA Parties to file their reply in support of the Motion to De-Designate Documents Produced as Attorneys' Eyes Only in Response to Document Request Nos. 526 and 528 and Request for Sanctions is extended to July 8, 2009.

Dated: June 15, 2009

By:     /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master