PETER A. DAVIDSON, SBN 76194
ERVIN COHEN & JESSUP LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212-2974
T: 310/273-6333 / F: 310/859-2325
E: bmoldo@ecjlaw.com
Attorneys for Patrick J. Fraioli, Jr., Monitor

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, Plaintiff, v. MATTEL, INC., a Delaware corporation, Defendant. AND CONSOLIDATED ACTIONS. | CASE NUMBER: CV 04-09049 SGL (RNBx) Consolidated with Case Nos. CV 04-09059 and CV 05-02727 NOTICE OF MANUAL FILING |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. List Documents:

FIRST REPORT OF MONITOR (Submitted in camera per Court Order)

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☒ Manual Filing required (*reason*): In Camera

| June 12, 2009 | /s/ PETER A. DAVIDSON |
|---|---|
| Date | Attorney Name |
| | Patrick J. Fraioli, Jr., Monitor |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   NOTICE OF MANUAL FILING