UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                   Date: June 17, 2009
Title:     MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

        Cindy Sasse                                             None Present
        Courtroom Deputy                                        Court Reporter

ATTORNEYS PRESENT FOR                         ATTORNEYS PRESENT FOR
PLAINTIFFS:                                   DEFENDANTS:

None Present                                  None Present

**PROCEEDINGS:   ORDER DENYING APPLICATION TO FILE FIRST REPORT OF MONITOR IN CAMERA; ORDER DIRECTING CLERK TO FILE FIRST REPORT OF MONITOR UNDER SEAL AND SERVE ON ALL PARTIES AND COURT-APPOINTED OFFICERS**

      The Court has received and reviewed the First Report of Monitor.  The Court **DENIES** the application to file it in camera and instead directs the Clerk to file it under seal.  The Monitor shall serve a copy of the First Report of Monitor on all parties and Court-Appointed Officers.  Future reports of the Monitor shall not be submitted in camera; rather, the Monitor shall follow the Court's procedures for filing documents under seal.

      **IT IS SO ORDERED.**

cc:    Ronald Durkin
       Robert O'Brien
       Pierre Prosper

MINUTES FORM 90                                          Initials of Deputy Clerk __cls_____
CIVIL -- GEN                          1