| | |
|---|---|
| 1 | Patricia L. Glaser, State Bar No. 055668 |
| 2 | Joel N. Klevens, State Bar No. 045446<br>GLASER, WEIL, FINK, JACOBS, |
| 3 |   HOWARD & SHAPIRO, LLP<br>10250 Constellation Boulevard, 19th Floor |
| 4 | Los Angeles, California 90067<br>Telephone:  (310) 553-3000 |
| 5 | Facsimile:  (310) 556-2920 |
| 6 | **Attorneys for MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.** |
| 7 | |
| 8 | John B. Quinn, State Bar No. 090378<br>Michael T. Zeller, State Bar No. 196417 |
| 9 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 10 | 865 South Figueroa Street - 10th Floor<br>Los Angeles, California 90017-2543 |
| 11 | Telephone:  (213) 443-3000<br>Facsimile:   (213) 443-3100 |
| 12 | Attorneys for Mattel, Inc. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**STIPULATION EXTENDING DEADLINE FOR MGA PARTIES AND MATTEL TO SERVE RESPONSES OR OPPOSITIONS TO THE TEMPORARY RECEIVER'S EX PARTE APPLICATION**<br><br>**[PROPOSED] ORDER** |

679849

1    WHEREAS, pursuant to the Court's June 12, 2009 Order, the Court granted the Temporary Receiver's ex parte application to maintain certain portions of his Ex Parte Application regarding his final accounting, final compensation of professionals, and discharge of the receivership (the "Ex Parte Application re Final Accounting") *in camera* and ordered the Temporary Receiver to serve the remaining portions of the Ex Parte Application re Final Accounting on the parties;

    WHEREAS, also pursuant to the Court's June 12, 2009 Order, all interested parties were given until June 12, 2009 to file an opposition or response to the Temporary Receiver's Ex Parte Application re Final Accounting;

    WHEREAS the Temporary Receiver did not receive the Court's June 12, 2009 Order until June 15, 2009, and has not, as of June 18, 2009, received the Court's order granting the application to maintain certain portions of the Ex Parte Application re Final Accounting *in camera* and, therefore, does not know which portions are to be maintained *in camera* and which are to be served on the parties;

    WHEREAS, the Temporary Receiver has not, as of June 18, 2009, served any of the parties with the Temporary Receiver's Ex Parte Application re Final Accounting;

    NOW, THEREFORE, the Temporary Receiver, the MGA Parties and Mattel, Inc., by and through their respective counsel of record, and subject to the Court's approval, hereby stipulate and agree that: (1) the MGA Parties and Mattel shall have one week from the date on which they are served with the Temporary Receiver's Ex Parte Application re Final Accounting to serve responses or

1  oppositions thereto; and (2) the Temporary Receiver shall have one week from the
2  date on which he is served with responses or oppositions to the Ex Parte
3  Application re Final Accounting to serve a response thereto.
4        IT IS SO STIPULATED.

5  Dated: June 18, 2009  GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP

By: _____
    Caroline H. Mankey
Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., MGAE de México, S.R.L. de C.V. and Isaac Larian

Dated: June 18, 2009  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
    B. Dylan Proctor
Attorneys for Mattel, Inc.

Dated: June 18, 2009  ERVIN COHEN & JESSUP, LLP

By: _____
    Peter A. Davidson
Attorneys for Temporary Receiver

      IT IS SO ORDERED.

Dated: _____

_____
Hon. Stephen J. Larson
United States District Judge