QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. Stephen G. Larson

PROOF OF SERVICE

**Phase 2**
Discovery Cut-off: December 11, 2009
Pre-trial Conference: March 1, 2010
Trial Date: March 23, 2010

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On June 19, 2009, I served true copies of the following document(s) described as

**1. MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO MATTEL, INC.'S FIRST SET OF INTERROGATORIES (PHASE 2) TO ISAAC LARIAN; AND MEMORANDUM OF POINTS AND AUTHORITIES**

**2. DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO MATTEL, INC.'S FIRST SET OF INTERROGATORIES (PHASE 2) TO ISAAC LARIAN**

**3. APPLICATION TO FILE UNDER SEAL EXHIBITS 8, 11 AND 12 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO MATTEL, INC.'S FIRST SET OF INTERROGATORIES (PHASE 2) TO ISAAC LARIAN**

**4. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL EXHIBITS 8, 11 AND 12 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO MATTEL, INC.'S FIRST SET OF INTERROGATORIES (PHASE 2) TO ISAAC LARIAN;**

**5. PROOF OF SERVICE**

on the parties in this action as follows:

Thomas Nolan, Esq.
Skadden Arps Slate Meagher & Flom
thomas.nolan@skadden.com';

Jason Russell, Esq.
Skadden Arps Slate Meagher & Flom
'jason.russell@skadden.com';

Patricia Glaser, Esq.
Glaser Weil Fink Jacobs & Shapiro, LLP.
'pglaser@glaserweil.com';

Amman A. Khan, Esq.
Glaser Weil Fink Jacobs & Shapiro, LLP.
akhan@glaserweil.com

Mark E. Overland, Esq.
Scheper, Kim & Overland, LLP
moverland@scheperkim.com

Alexander H. Cote, Esq.
Scheper, Kim & Overland, LLP
acote@scheperkim.com

Russell J. Frackman, Esq.
Mitchell Silberberg & Knupp, LLP.
'rjf@msk.com'

BY ELECTRONIC MAIL TRANSMISSION: By electronic mail transmission from rachelfiset@quinnemanuel.com on June 19, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 19, 2009, at Los Angeles, California.

/s/ Rachel L. Fiset
RACHEL L. FISET