```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 90378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California  90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100
 7  Attorneys for Mattel, Inc.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | [PUBLIC REDACTED] DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL INC.'S OPPOSITION TO OMNI 808 INVESTORS, LLC'S MOTION TO STRIKE SUMMARY AND RESPONSIVE REPORTS OF RONALD L. DURKIN |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

07209/2979755.1

DECLARATION OF SCOTT L. WATSON

1  **DECLARATION OF SCOTT L. WATSON**
2
3      I, Scott L. Watson, declare as follows:
4      1.    I am a member of the bar of the State of California. I am a
5  partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel,
6  Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if
7  called and sworn as a witness, I could and would testify competently thereto.
8      2.    Attached hereto as Exhibit 1 is a true and correct copy of Mattel,
9  Inc.'s Responses to the MGA Parties' Objections to the Release of the Forensic
10 Auditor's Report and the Forensic Auditor's Responsive Report, dated June 2, 2009.
11     3.    Attached hereto as Exhibit 2 is a true and correct copy of ▮
12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Bates numbered
13 OMNI0002109-10.
14     4.    Attached hereto as Exhibit 3 is a true and correct copy of ▮
15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Bates numbered
16 OMNI0002090-91.
17     5.    Attached hereto as Exhibit 4 is a true and correct copy of Mattel's
18 Memorandum Regarding the MGA/Omni 808 Transactions, dated May 14, 2009.
19     6.    Attached hereto as Exhibit 5 is a true and correct copy of ▮
20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Bates
21 numbered OMNI0007346-47.
22     7.    Attached hereto as Exhibit 6 is a true and correct copy of ▮
23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Bates
24 numbered OMNI0007353-56.
25     8.    Attached hereto as Exhibit 7 is a true and correct copy of ▮
26 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Bates numbered
27 OMNI0007314-15.
28

9. Attached hereto as Exhibit 8 is a true and correct copy of the MGA Parties' Corrections to the Opposition of Mattel's *Ex Parte* Application for Appointment of a Receiver or for Alternative Relief, dated December 31, 2008.

10. Attached hereto as Exhibit 9 is a true and correct copy of Mattel's subpoena to Bingham McCutchen, dated February 12, 2009.

11. Attached hereto as Exhibit 10 is a true and correct copy of Discovery Matter Order No. 27, dated May 6, 2009.

12. Attached hereto as Exhibit 11 is a true and correct copy of Mattel's Motion Objecting to Portions of Discovery Master Order No. 27 Regarding Motion of Mattel to Compel Documents from Bingham McCutchen, dated May 21, 2009.

13. Attached hereto as Exhibit 12 is a true and correct copy of Omni 808's *Ex Parte* Application for Leave to Intervene for Limited Purpose, dated February 3, 2009.

14. Attached hereto as Exhibit 13 is a true and correct copy of Omni 808's Reply In Support Of *Ex Parte* Application for Leave to Intervene, dated February 9, 2009.

15. Attached hereto as Exhibit 14 is a true and correct copy of the May 21, 2009 Order.

16. Attached hereto as Exhibit 15 is a true and correct copy of the April 27, 2009 Order.

17. Attached hereto as Exhibit 16 is a true and correct copy of Discovery Matter Order No. 3, dated March 10, 2009.

18. Attached hereto as Exhibit 17 is a true and correct copy of the Amended Discovery Matter Order No. 11, dated March 31, 2009.

19. Attached hereto as Exhibit 18 is a true and correct copy of an excerpt of MGA's Responses to Requests for Documents and Things to MGA Entertainment, Inc., dated February 6, 2009.

20.     Attached hereto as Exhibit 19 is a true and correct copy of the Preliminary Report and Recommendations of Patrick Fraioli, Jr., Temporary Receiver, dated May 12, 2009.

21.     Attached hereto as Exhibit 20 is a true and correct copy of the Forensic Auditor's Report, dated April 23, 2009.

22.     Attached hereto as Exhibit 21 is a true and correct copy of the Forensic Auditor's Responsive Report, dated May 17, 2009.

23.     Attached hereto as Exhibit 22 is a true and correct copy of an Amended and Restated Subordinated Promissory Note, dated October 16, 2008.

24.     Attached hereto, for the convenience of the Court, as Exhibit 23 is a true and correct copy of the Second Supplemental Declaration of Michael T. Zeller, dated April 17, 2009, Docket No. 5208, excluding the exhibits.

25.     Attached hereto as Exhibit 24 is a true and correct copy of ███ ███████████████████████████████████, Bates numbered IGWT 0783-88.

26.     Attached hereto as Exhibit 25 is a true and correct copy of Exhibit 14 attached to the Forensic Auditor's Report.

27.     Attached hereto as Exhibit 26 is a true and correct copy of Exhibit 15 attached to the Forensic Auditor's Report.

28.     Attached hereto as Exhibit 27 is a true and correct copy of the January 7, 2009 Order.

29.     Attached hereto as Exhibit 28 is a true and correct copy of IGWT 826 Investments, LLC's registration information.

30.     Attached hereto as Exhibit 29 is a true and correct copy of the Secured Delayed Draw Demand Note, dated October 16, 2008.

31.     Attached hereto as Exhibit 30 is a true and correct copy of an excerpt from the January 5, 2009 hearing transcript.

1      32.    Attached hereto as Exhibit 31 is a true and correct copy of an
2  excerpt of the February 11, 2009 hearing transcript.
3      33.    Attached hereto as Exhibit 32 is a true and correct copy of an
4  excerpt of the May 18, 2009 hearing transcript.
5      34.    Attached hereto as Exhibit 33 is a true and correct copy of
6  Discovery Matter Order No. 33, dated May 18, 2009.
7      35.    Attached hereto as Exhibit 34 is a true and correct copy of an
8  excerpt of the March 4, 2009 Discovery Master hearing transcript.
9      36.    Attached hereto as Exhibit 35 is a true and correct copy of the
10 Supplemental Declaration of Michael T. Zeller In Support Of (1) Mattel's
11 Application for Receiver and (2) Mattel's Opposition to Omni 808's Application for
12 Leave to Intervene, dated March 23, 2009, excluding exhibits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 19, 2009 at Los Angeles, California.

/s/ Scott L. Watson
Scott L. Watson

07209/2979755.1

-5-

DECLARATION OF SCOTT L. WATSON