QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with: |
| vs. | Case No. CV 04-09039 |
|  | Case No. CV 05-02727 |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE** |
| Defendant. |  |
| AND CONSOLIDATED ACTIONS |  |

00505.07975/2979446.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On June 19, 2009, I served true copies of the following documents described as:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Glaser, Weil, Fink, Jacobs & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>  Amman A. Khan, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>  pglaser@glaserweil.com<br>  akahn@glaserweil.com | **Attorneys for *the MGA Parties*** |
| Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>  rjf@msk.com | **Attorneys for *the MGA Parties*** |
| Overland Borenstein Scheper & Kim LLP<br>  Mark E. Overland, Esq.<br>  Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>  moverland@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Bingham McCutchen LLP<br>Todd E. Gordinier, Esq.<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626-1924 | **Attorneys for OMNI 808 INVESTORS, LLC** |

00505.07975/2979446.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

| | |
|---|---|
| Valle & Associates<br>Ilan Wisnia, Esq.<br>11911 San Vicente Blvd., Suite324<br>Los Angeles, CA 90049 | **Attorney for IGWT Group, LLC and IGWT 826 Investments, LLC** |
| Byron Z. Moldo, Esq.<br>David Seror, Esq.<br>Peter A. Davidson, Esq.<br>**Ervin Cohen & Jessup LLP**<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212 | **Attorneys of Patrick A. fraioli, Jr.<br>Temporary Receiver** |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 19, 2009, at Los Angeles, California.

_____
David Quintana

00505.07975/2979446.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

| | |
|---|---|
| 1 | **DOCUMENT LIST** |
| 2 | APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO OMNI 808 INVESTORS, LLC'S MOTION TO STRIKE SUMMARY AND RESPONSIVE REPORTS OF RONALD L. DURKIN AND DOCUMENTS IN SUPPORT |
| 4 | [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO OMNI 808 INVESTORS, LLC'S MOTION TO STRIKE SUMMARY AND RESPONSIVE REPORTS OF RONALD L. DURKIN AND DOCUMENTS IN SUPPORT |
| 6 | MATTEL, INC.'S OPPOSITION TO OMNI 808 INVESTORS, LLC'S MOTION TO STRIKE SUMMARY AND RESPONSIVE REPORTS OF RONALD L. DURKIN |
| 8 | DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL INC.'S OPPOSITION TO OMNI 808 INVESTORS, LLC'S MOTION TO STRIKE SUMMARY AND RESPONSIVE REPORTS OF RONALD L. DURKIN |
| 10 | DECLARATION OF MICHAEL J. WAGNER IN SUPPORT OF MATTEL INC.'S OPPOSITION TO OMNI 808 INVESTORS, LLC'S MOTION TO STRIKE SUMMARY AND RESPONSIVE REPORTS OF RONALD L. DURKIN |

00505.07975/2979446.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE