Name & Address:
PETER N. VILLAR (SBN 204038)
Bingham McCutchen LLP
600 Anton Blvd, 18th Floor
Costa Mesa, CA  92626
(714) 830-0600
Email:  peter.villar@bingham.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | c/w Case No. CV 04-09059; Case No. CV 05-02727 |
| Mattel, Inc., | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
1) Application for Order to File Under Seal;  2) Proposed Order Granting Application for Order to File Under Seal;  3) Memorandum In Opposition To Mattel, Inc.'s Motion Objecting To Portions Of Discovery Master Order No. 27; and 4) Declaration of Peter N. Villar.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| June 22, 2009 | Peter N. Villar |
|---|---|
| Date | Attorney Name |
| | Non-Party BINGHAM MCCUTCHEN LLP |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                         **NOTICE OF MANUAL FILING**                         American LegalNet, Inc.
www.Forms*Workflow*.com