**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Watson (Bar No. 196417)
  (michaelWatson@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO OMNI 808 INVESTORS, LLC'S MOTION TO STRIKE SUMMARY AND RESPONSIVE REPORTS OF RONALD L. DURKIN AND DOCUMENTS IN SUPPORT<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Opposition to Omni 808 Investors, LLC's Motion To Strike Summary and Responsive Reports of Ronald L. Durkin (the "Opposition"), the Declaration of Michael J. Wagner in Support (the "Wagner Declaration"), and Exhibits 1-8, 10-11, 20-26, 29-30, 33, and 35 to the Declaration of Scott L. Watson in Support (the "Watson Declaration").

The Opposition and Declarations include materials that Mattel, MGA Entertainment, Inc. ("MGA"), the Court, the Discovery Master, and third parties Wachovia Corporation, IGWT, and Omni have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Mattel has designated Exhibits 1, 4, 11, 23, and 35 to the Watson Declaration as "Confidential--Attorneys' Eyes Only." Omni has designated Exhibits 2-3, and 5-7 to the Watson Declaration as "Confidential." MGA has designated Exhibit 8 to the Watson Declaration as "Confidential--Attorneys' Eyes Only." The Discovery Master has designated Exhibits 10 and 33 to the Watson Declaration as "Confidential." The Court has designated Exhibits 20-21 and 25-26 to the Watson Declaration as "Confidential," and Exhibit 30 as "Confidential--Attorneys' Eyes Only." IGWT has designated Exhibits 22 and 24 to the Watson Declaration as "Confidential." Wachovia Corporation has designated Exhibit 29 to the Watson Declaration as "Confidential." The Wagner Declaration references and quotes from materials designated confidential by Omni and Wachovia Corporation. The Opposition

//
//
//
//
//
//

1 | quotes from and references all of these materials. Accordingly, Mattel requests that
2 | the Court order that the Opposition and Declarations be filed under seal.

4 | DATED: June 19, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By _____/s/ Cyrus Naim_____
Cyrus S. Naim
Attorneys for Mattel. Inc.