QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL EXHIBITS 8, 11 AND 12 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO MATTEL, INC.'S FIRST SET OF INTERROGATORIES (PHASE 2) TO ISAAC LARIAN<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 8, 11 and 12 (the "Exhibits")
4  to the Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion to
5  Compel Responses to Mattel, Inc.'s First Set of Interrogatories (Phase 2) to Isaac
6  Larian (the "Declaration").

7  The Exhibits to the Declaration reference and quote from materials that
8  the MGA Parties have designated as "Confidential--Attorneys' Eyes Only."
9  Accordingly, Mattel requests that the Court order that the Exhibits be filed under
10 seal.

11 In the alternative, Mattel requests that the Court declare that the
12 Exhibits are outside the definition of "Confidential—Attorneys' Eyes Only" as
13 contained in the Stipulated Protective Order and order it to be filed as part of the
14 public record.

16 DATED: June 19, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

18                               By /s/ Michael T. Zeller
19                                  Michael T. Zeller
                                    Attorneys for Mattel, Inc.