**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with: |
| vs. | Case No. CV 04-09039<br>Case No. CV 05-02727 |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

00505.07975/2979446.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On June 19, 2009, I served true copies of the following documents described as:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Glaser, Weil, Fink, Jacobs & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>  Amman A. Khan, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>  pglaser@glaserweil.com<br>  akahn@glaserweil.com | **Attorneys for *the MGA Parties*** |
| Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>  rjf@msk.com | **Attorneys for *the MGA Parties*** |
| Overland Borenstein Scheper & Kim LLP<br>  Mark E. Overland, Esq.<br>  Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>  moverland@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Bingham McCutchen LLP<br>Todd E. Gordinier, Esq.<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626-1924 | **Attorneys for OMNI 808 INVESTORS, LLC** |

00505.07975/2979446.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

| | |
|---|---|
| Valle & Associates<br>Ilan Wisnia, Esq.<br>11911 San Vicente Blvd., Suite324<br>Los Angeles, CA 90049 | **Attorney for IGWT Group, LLC and IGWT 826 Investments, LLC** |
| Byron Z. Moldo, Esq.<br>David Seror, Esq.<br>Peter A. Davidson, Esq.<br>**Ervin Cohen & Jessup LLP**<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills. CA 90212 | **Attorneys of Patrick A. fraioli, Jr.<br>Temporary Receiver** |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 19, 2009, at Los Angeles, California.

*/s/ David Quintana*

David Quintana

## DOCUMENT LIST

APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO OMNI 808 INVESTORS, LLC'S MOTION TO STRIKE SUMMARY AND RESPONSIVE REPORTS OF RONALD L. DURKIN AND DOCUMENTS IN SUPPORT

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO OMNI 808 INVESTORS, LLC'S MOTION TO STRIKE SUMMARY AND RESPONSIVE REPORTS OF RONALD L. DURKIN AND DOCUMENTS IN SUPPORT

MATTEL, INC.'S OPPOSITION TO OMNI 808 INVESTORS, LLC'S MOTION TO STRIKE SUMMARY AND RESPONSIVE REPORTS OF RONALD L. DURKIN

DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL INC.'S OPPOSITION TO OMNI 808 INVESTORS, LLC'S MOTION TO STRIKE SUMMARY AND RESPONSIVE REPORTS OF RONALD L. DURKIN

DECLARATION OF MICHAEL J. WAGNER IN SUPPORT OF MATTEL INC.'S OPPOSITION TO OMNI 808 INVESTORS, LLC'S MOTION TO STRIKE SUMMARY AND RESPONSIVE REPORTS OF RONALD L. DURKIN