QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL EXHIBITS 8, 11 AND 12 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO MATTEL, INC.'S FIRST SET OF INTERROGATORIES (PHASE 2) TO ISAAC LARIAN<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

[PROPOSED] ORDER

1
2                          [~~PROPOSED~~] ORDER
3
4         Based on the concurrently filed Application to File Under Seal Exhibits
5  to the Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion to
6  Compel Responses to Mattel, Inc.'s First Set of Interrogatories (Phase 2) to Isaac
7  Larian,
8         IT IS HEREBY ORDERED:
9         Exhibits 8, 11 and 12 to the Declaration of Michael T. Zeller in Support
10 of Mattel, Inc.'s Motion to Compel Responses to Mattel, Inc.'s First Set of
11 Interrogatories (Phase 2) to Isaac Larian, are ORDERED filed under seal pursuant to
12 Local Rule 79-5.1.
13
14
15 DATED: June 19, 2009         _____
16                              Hon. Stephen G. Larson
                                United States District Judge
17
18
...
28

00505.07975/2979031.1

-2-