ORIGINAL
LODGED

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone: (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11 CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)
                                        Consolidated with
12              Plaintiff,              Case No. CV 04-09059
                                        Case No. CV 05-02727
13      vs.
                                        Hon. Stephen G. Larson
14 MATTEL, INC., a Delaware
   corporation,                         [~~PROPOSED~~] ORDER GRANTING
15                                      APPLICATION TO FILE UNDER SEAL
                Defendant.              MATTEL, INC.'S OPPOSITION TO OMNI
16                                      808 INVESTORS, LLC'S MOTION TO
                                        STRIKE SUMMARY AND RESPONSIVE
17 AND CONSOLIDATED ACTIONS             REPORTS OF RONALD L. DURKIN AND
                                        DOCUMENTS IN SUPPORT
18
                                        **Phase 2**
19                                      Discovery Cut-off: December 11, 2009
                                        Pre-trial Conference: March 1, 2010
20                                      Trial Date: March 23, 2010

21
22
23
24
25
26
27
28

07975/2979386.1

[PROPOSED] ORDER

## [~~PROPOS~~ED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to Omni 808 Investors, LLC's Motion To Strike Summary and Responsive Reports of Ronald L. Durkin and Documents in Support,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition to Omni 808 Investors, LLC's Motion To Strike Summary and Responsive Reports of Ronald L. Durkin, the Declaration of Michael J. Wagner in Support, and Exhibits 1-8, 10-11, 20-26, 29-30, 33, and 35 to the Declaration of Scott L. Watson in Support, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: June 19, 2009

_____
Hon. Stephen G. Larson
United States District Judge