QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>[PUBLIC REDACTED] DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT OF MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF, OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES<br><br>**Phase 2:**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conf.: Mar. 1, 2010<br>Trial Date: Mar. 23, 2010 |

07975/2985660.1

I, Marshall M. Searcy, III, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Letter from Marshall Searcy to Amman Khan, dated June 17, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Report on Larian Media Analysis, dated July 1, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of Mattel, Inc.'s First Set of Requests for Documents and Things to Isaac Larian Dated June 13, 2007

5. Attached hereto as Exhibit 4 is a true and correct copy of Mattel Inc.'s Motion to Compel Production of Documents by Isaac Larian and for Award of Monetary Sanctions, dated October 11, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of Discovery Master Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents by Isaac Larian; Denying Request for Sanctions, Dated December 31, 2007.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Order Granting Mattel, Inc.'s Motion Objecting to Portions of Discovery Master's December 31, 2007 Order Regarding Hard Drives, dated February 27, 2008. After four months and repeated demands by Mattel, MGA and Larian finally produced hard drives responsive to the Court's order.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Preliminary Examination Report, Larian Hard Drives & USB Drive, by Christopher Pavan, Dated June 24, 2008.

1       9.     Attached hereto as Exhibit 8 is a true and correct copy of the Letter from John Corey to Lance Etcheverry, dated April 22, 2008.

      10.    Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Deposition of Christopher Pavan, dated June 26, 2008.

      11.    Attached hereto as Exhibit 10 is a true and correct copy of the Letter from Amman Khan to Jon Corey, dated March 25, 2009.

      12.    Attached hereto as Exhibit 11 is a true and correct copy of the Letter from Amman Khan to Marshall Searcy, dated March 31, 2009.

      13.    Attached hereto as Exhibit 12 is a true and correct copy of Phase 2 Discovery Matter Order No. 34.

      14.    Attached hereto as Exhibit 13 is a true and correct copy of the Order Imposing Limited and Temporary Stay of Phase 2 and Requiring Mandatory Settlement Conference, dated May 21, 2009.

      15.    Attached hereto as Exhibit 14 is a true and correct copy of the Stipulation for Appointment of a Discovery Master, December 6, 2006.

      16.    Attached hereto as Exhibit 15 is a true and correct copy of Mattel, Inc.'s Third Amended Answer and Counterclaims.

      17.    Attached hereto as Exhibit 16 is a true and correct copy of Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian after February 27, 2008, for Supplemental Inspection Pursuant to Fed. R. Civ. P. 26(e).

      18.    Attached hereto as Exhibit 17 is a true and correct copy of MGA's Opposition to Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian after February 27, 2008.

      19.    Attached hereto as Exhibit 18 is a true and correct copy of the Declaration of Samuel S. Rubin in Support of the MGA Parties' Opposition to Mattel, Inc.'s Motion to Compel Production of Hard Drives by Isaac Larian After February 27, 2008.

20. Attached hereto as Exhibit 19 is a true and correct copy of the Reply in Support of Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian after February 27, 2008, for Supplemental Inspection Pursuant to Fed. R. Civ. P. 26(e).

21. Attached hereto as Exhibit 20 is a true and correct copy of the Declaration of Christopher Pavan in Support of Reply in Support of Mattel, Inc.'s Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian after February 27, 2008, for Supplemental Inspection Pursuant to Fed. R. Civ. P. 26(e).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of June 2009, at Los Angeles, California.

_____
Marshall M. Searcy III