Bingham McCutchen LLP
Todd E. Gordinier
todd.gordinier@bingham.com
Peter N. Villar
peter.villar@bingham.com
Craig A. Taggart
craig.taggart@bingham.com
600 Anton Boulevard
18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Non-party
BINGHAM MCCUTCHEN LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant, and individual,<br><br>Plaintiff,<br><br>v.<br><br>Mattel, Inc., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL<br><br>**Hearing:**<br>Date:              July 6, 2009<br>Time:             10:00 a.m.<br>Place:            Courtroom 1<br><br>**Phase 2:**<br>Discovery Cut-off:      Dec. 11, 2009<br>Pre-trial Conference:   March 1, 2010<br>Trial Date:             March 23, 2010 |

A/73071885.1

## ORDER

Based on the concurrently filed Application and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following document be filed under seal pursuant to Local Rule 79-5.1:

1. BINGHAM MCCUTCHEN LLP'S MEMORANDUM IN OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 27
2. DECLARATION OF PETER N. VILLAR IN OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 27

DATED: 6/23, 2009

*[signature]*

Hon. Stephen J. Larson
United States District Judge

A/73071885.1

1

# PROOF OF SERVICE

I, Paul A. McConnell, am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, Costa Mesa, California 92626-1924. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day delivery, and they are deposited that same day in the ordinary course of business. On **June 22, 2009**, I served the attached:

DECLARATION OF PETER N. VILLAR IN OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 27

☐ (BY FAX) on _____, at _____ m, by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and the transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☒ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Costa Mesa, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

☐ (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by FEDERAL EXPRESS in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

☐ (PERSONAL DELIVERY) by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

PLEASE SEE ATTACHED SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on **June 22, 2009**.

Paul A. McConnell

A/73071885.1

- 1 -

## SERVICE LIST

Counsel for Defendant/Appellee, Mattel, Inc
John Quinn, Esq.
(johnquinn@quinnemanuel.com)
Michael T. Zeller, Esq.
(michaelzeller@quinnemanuel.com)
Jon D. Corey, Esq.
(joncorey@quinnemanuel.com)
Brett D. Proctor
(dylanproctor@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv
Russel J. Frackman, Esq.
(rjf@msk.com)
Patricia H. Benson, Esq.
(phb@msk.com)
Mitchell, Silberberg & Knupp, LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90067

Thomas J. Nolan, Esq.
(tnolan@skadden.com)
Raoul D. Kennedy, Esq.
(rkennedy@skadden.com)
Jason D. Russell, Esq.
(jason.russell@skadden.com)
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144

Counsel for Counter-Defendant, Carlos Gustavo, Machado Gomez
Mark E. Overland, Esq.
(moverland@obsklaw.com)
Alexander H. Cote, Esq.
(acote@obsklaw.com
Overland Borenstein Scheper & Kim LLP
601 W. 5th Street, 12 Floor
Los Angeles, CA 90017

Attorneys for Patrick A. Fraioli, Jr., Temporary Receiver
Byron Z. Moldo
(bmoldo@ecjlaw.com)
David Seror
(dseror@ecjlaw.com)
Peter A. Davidson
(pdavidson@ecjlaw.com)
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974

A/73071885.1

```
 1  Joseph A. Eisenberg
    (jeisenberg@JMBM.com)
 2  Jeffer Mangels Butler & Marmaro LLP
    1900 Avenue of the Stars, 7th Floor
 3  Los Angeles, CA 90067

 4  Counsel for Defendants/Counter Defendants/Appellants, MGA Entertainment,
    Inc., MGA Entertainment (HK) Limited, and Issac Larian
 5  Thomas J. Nolan, Esq.
    (tnolan@skadden.com)
 6  Jason D. Russell, Esq.
    (jrussell@skadden.com)
 7  Skadden Arps Slate Meagher & Flom LLP
    300 S. Grand Avenue, Suite 3400
 8  Los Angeles, CA 90071-3144

 9  Counsel for Defendants/Counter Defendants/Appellants, MGA Entertainment,
    Inc., MGA Entertainment (HK) Limited, and Issac Larian
10  Mark E. Haddad, Esq.
    (mhaddad@sidley.com)
11  Robert A. Holland, Esq.
    rholland@sidley.com)
12  Alycia A. Degen, Esq.
    (adegen@sidley.com)
13  Sidley Austin LLP
    555 West Fifth Street, Suite 4000
14  Los Angeles, CA 90013-1010

15  Counsel for Defendant/Appellee, Mattel, Inc.
    Sanford I. Weisburst, Esq.
16  (sandyweisburst@quinnemaneul.com)
    Quin Emanuel Urquhart Oliver & Hedges LLP
17  51 Madison Avenue, 22nd Floor
    New York, NY 10010
18
    Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv
19  Patricia L. Glaser, Esq.
    (pglaser@glaserweil.com)
20  Glaser Weil Fink Jacobs and Shapiro
    10250 Constellation Blvd., 19th Floor
21  Los Angeles, CA 90067

22  Counsel for Plaintiff, Carter Bryant
    Peter H. Bonis, Esq.
23  Peter H. Bonis Law Offices
    1990 N. California Blvd., 8th Floor
24  Walnut Creek, CA 94596

25

26

27

28
    A/73071885.1                       - 3 -
```

1  Alexander H. Cote, Esq.
   (acote@obsklaw.com)
2  Mark E. Overland, Esq.
   (moverland@obsklaw.com)
3  David C. Scheper, Esq.
   (dscheper@obsklaw.com)
4  Overland Borenstein Scheper & Kim
   601 West Fifth Street, 12th Floor
5  Los Angeles, CA 90071-2025

6  Counsel for Counter-Defendant, Carlos Gustavo, Machado Gomez
   Leah Chava Gershon, Esq.
7  (leah@spertuslaw.com)
   James W. Spertus Law Offices
8  12100 Wilshire Blvd., Suite 620
   Los Angeles, CA 90025
9
   Counsel for Third Party Defendant, Anne Wang
10 Linda M. Burrow, Esq.
   (burrow@caldwell-leslie.com)
11 Caldwell Leslie and Proctor PC
   1000 Wilshire Blvd., Suite 600
12 Los Angeles, CA 90017

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A/73071885.1

- 4 -