Byron Z. Moldo (SBN 109652)
 bmoldo@ecjlaw.com
David Seror (SBN 67488)
 dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
 pdavidson@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Monitor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[Judge Stephen G. Larson]<br><br>**MONITOR'S EX PARTE MOTION FOR ORDER AUTHORIZING RONALD L. DURKIN, THE COURT'S FORENSIC AUDITOR, TO PROVIDE INFORMATION AND DOCUMENTS TO THE MONITOR**<br><br>DATE:<br>TIME:<br>CTRM: 1 |

//
//
//

IDOCS:13593.1:901110.1

1

MONITOR'S EX PARTE MOTION FOR ORDER AUTHORIZING RONALD L. DURKIN, THE COURT'S FORENSIC AUDITOR, TO PROVIDE INFORMATION AND DOCUMENTS TO THE MONITOR

1  Patrick A. Fraioli, Jr., the duly appointed and acting Monitor in this case, hereby
2  moves the Court, on an ex parte basis, for an order authorizing Ronald L. Durkin, the
3  Court's forensic auditor, to provide information and documents to the Monitor.
4        This Court's order of May 21, 2009 appointing the Monitor directed the
5  Monitor to maintain monitoring, supervisory and oversight responsibilities over the
6  Bratz assets; to supervise and oversee the exploitation of the Bratz assets; to monitor
7  the financial affairs and operations of MGA Entertainment, Inc. and MGA Hong
8  Kong; and to monitor compliance by the parties with the Court's injunction and other
9  others. Prior to the Monitor's appointment, the Court's forensic auditor, Ronald L.
10 Durkin ("Durkin"), conducted an in depth investigation concerning the financial
11 activities of MGA and MGA Hong Kong. The Monitor is informed and believes that
12 Durkin obtained a substantial amount of information and documentation concerning
13 MGA and MGA Hong Kong and the Bratz assets. In order to conserve resources,
14 both in terms of time and cost, and not have to duplicate the work already performed
15 by Durkin, the Monitor, though his counsel, contacted Durkin to see whether Durkin
16 would be willing to share information and documents Durkin obtained in his
17 investigation with the Monitor. Durkin indicated that he was willing to share such
18 information and documents with the Monitor and his professionals, so long as that
19 sharing arrangement was approved by the Court. Much of the information that the
20 Monitor seeks from Durkin relates to source documentation and information Durkin
21 obtained from MGA, MGA Hong Kong and third parties related to the Bratz assets,
22 MGA and MGA Hong Kong. Because both the Monitor and Durkin, the Court's
23 forensic auditor, are court officers appointed by this Court to aid it, and because
24 Durkin has no objection to sharing the information and documents he has obtained
25 //
26 //
27 //
28

1   with the Monitor, the Monitor respectfully requests that the Court issue an order
2   authorizing Durkin to share information and documents he has with the Monitor.

   RESPECTFULLY SUBMITTED,

DATED: June 24, 2009      ERVIN COHEN & JESSUP LLP

By: _____
Peter A. Davidson
Attorneys for Patrick A. Fraioli, Jr.,
Monitor

## DECLARATION OF PATRICK A. FRAIOLI, JR.

I, Patrick A. Fraioli, Jr., declare:

I am the duly appointed and acting Monitor in this case having been appointed pursuant to this Court's Order of May 21, 2009. I have personal knowledge of the facts set forth herein and if called as a witness I could and would competently testify thereto.

I believe that the Court's appointed forensic auditor, Ronald L. Durkin, has gathered a significant amount of information and documentation which may be helpful to me in the performance of my duties as the Monitor in this case. Mr. Durkin engaged in a lengthy and detailed investigation of MGA and MGA Hong Kong and gathered significant source documents and other information which I believe will be helpful to me and my accountants in the performance of my duties. Rather than recreate the information already obtained by Mr. Durkin, I had my counsel contact Mr. Durkin to see whether he would be willing to share certain information and documents he has obtained with me. Mr. Durkin has indicated to my counsel that he is willing to share such information and documentation with me and my professionals so long as this Court authorizes him to do so. As a result, I hereby request that this Court enter an order authorizing Mr. Durkin to share information and documentation he has obtained with me and my professionals in order to enable me to perform my duties as Monitor.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on June 24, 2009 at Beverly Hills, California.

Patrick A. Fraioli, Jr.

IDOCS:13593.1:901110.1

4

MONITOR'S EX PARTE MOTION FOR ORDER AUTHORIZING RONALD L. DURKIN, THE COURT'S FORENSIC AUDITOR, TO PROVIDE INFORMATION AND DOCUMENTS TO THE MONITOR

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. My business address: 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA 90212-2974.

On **June 25, 2009**, I served the document(s) described as: **MONITOR'S EX PARTE MOTION FOR ORDER AUTHORIZING RONALD L. DURKIN, THE COURT'S FORENSIC AUDITOR, TO PROVIDE INFORMATION AND DOCUMENTS TO THE MONITOR**, on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐ **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

☐ **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐ **BY EMAIL:** I caused said document(s) to be sent via email.

☐ **ELECTRONICALLY MAILED:** Said document(s) were electronically served on the person(s) as indicated on the attached Notice of Electronic Filing.

☐ **BY TELEPHONIC COMMUNICATION:** I telephoned the interested parties and gave notice as indicated in my declaration.

☐ **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addressees listed on the attached Service List.

☐ **[State]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **[Federal]** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 25, 2009**, at Los Angeles, California.

TRISH MELENDEZ

IDOCS:13593.1:901805.1

## SERVICE LIST

| | |
|---|---|
| Patrick A. Fraioli, Jr., Monitor<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974 | Monitor |
| Byron Z. Moldo, Esq.<br>Peter A. Davidson, Esq.<br>David Seror, Esq.<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974<br>T: 310/273-6333<br>F: 310/859-2325<br>E: bmoldo@ecjlaw.com;<br>pdavidson@ecjlaw.com | Counsel for Monitor |
| Thomas J. Nolan, Esq.<br>Jason D. Russell, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>T: 213/687-5000<br>F: 213/687-5600<br>E: tnolan@skadden.com; jrussell@skadden.com | Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian |
| Mark E. Haddad, Esq.<br>Robert A. Holland, Esq.<br>Alycia A. Degen, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-1010<br>T: 213/896-6000<br>F: 213/896-6600<br>E: mhaddad@sidley.com;<br>rholland@sidley.com; adegen@sidley.com | Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian |
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Brett Dylan Proctor, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>T: 213/443-3000<br>F: 213/443-3100<br>E: johnquinn@quinnemanuel.com;<br>michaelzeller@quinnemanuel.com;<br>joncorey@quinnemanuel.com;<br>dylanproctor@quinnemanuel.com | Counsel for Defendant/Appellee, Mattel, Inc. |

IDOCS:13593.1:901805.1

| | | |
|---|---|---|
| 1 | Sanford I. Weisburst, Esq. | Counsel for Defendant/Appellee, Mattel, Inc. |
| 2 | Quinn Emanuel Urquhart Oliver & Hedges LLP | |
|   | 51 Madison Avenue, 22nd Floor | |
| 3 | New York, NY 10010 | |
|   | T : 212/849-7170 | |
| 4 | F : 212/849-7100 | |
|   | E : sandyweisburst@quinnemanuel.com | |
| 5 | | |
| 6 | Patricia L. Glaser, Esq. | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv |
|   | Glaser Weil Fink Jacobs and Shapiro | |
| 7 | 10250 Constellation Blvd., 19th Floor | |
|   | Los Angeles, CA 90067 | |
| 8 | T: 310/553-3000 | |
|   | F: 310/556-2920 | |
| 9 | E: pglaser@glaserweil.com | |
| 10 | | |
| 11 | Russell J. Frackman, Esq. | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv |
|   | Mitchell Silberberg & Knupp | |
| 12 | 11377 W. Olympic Blvd. | |
|   | Los Angeles, CA 90064-1683 | |
| 13 | T: 310/312-3132 | |
|   | F: 310/312-3788 | |
| 14 | E: rjf@msk.com | |
| 15 | | |
| 16 | Peter H. Bonis, Esq. | Counsel for Plaintiff, Carter Bryant |
|   | Peter H. Bonis Law Offices | |
| 17 | 1990 N. California Blvd., 8th Floor | |
|   | Walnut Creek, CA 94596 | |
| 18 | T: 925/287-6428 | |
|   | E: phbonis@cs.com | |
| 19 | | |
| 20 | Alexander H. Cote, Esq. | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez |
|   | Mark E. Overland, Esq. | |
| 21 | David C. Scheper, Esq. | |
|   | Overland Borenstein Scheper & Kim | |
| 22 | 601 West Fifth Street, 12th Floor | |
|   | Los Angeles, CA 90071-2025 | |
| 23 | T: 213/613-4655 | |
|   | F: 213/613-4656 | |
| 24 | E: acote@obsklaw.com; | |
| 25 | moverland@obsklaw.com; | |
|   | dscheper@obsklaw.com | |
| 26 | | |
| 27 | | |
| 28 | | |

IDOCS:13593.1:901805.1

| | | |
|---|---|---|
| 1 | Leah Chava Gershon, Esq. | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez |
| 2 | James W. Spertus Law Offices | |
|   | 12100 Wilshire Blvd., Suite 620 | |
| 3 | Los Angeles, CA 90025 | |
|   | T: 310/826-4700 | |
| 4 | E: leah@spertuslaw.com | |
| 5 | | |
|   | Linda M. Burrow, Esq. | Counsel for Third Party Defendant, Anne Wang |
| 6 | Caldwell Leslie and Proctor PC | |
|   | 1000 Wilshire Blvd., Suite 600 | |
| 7 | Los Angeles, CA 90017 | |
|   | T: 213/629-9040 | |
| 8 | F: 213/629-9022 | |
|   | E: burrow@caldwell-leslie.com | |
| 9 | | |
| 10 | Todd E. Gordinier, Esq. | Counsel for Limited Intervenor, Omni 808 Investors LLC |
|   | Bingham McCutchen | |
| 11 | 600 Anton Blvd., 18th Floor | |
| 12 | Costa Mesa, CA 92626 | |
|   | T: 714/830-0600 | |
| 13 | F: 714/830-0700 | |
|   | E: todd.gordinier@bingham.com | |
| 14 | | |
| 15 | Ronald L. Durkin, CPA/CFF, CFE, CIRA | Court-Appointed Officer |
|   | Sr. Managing Director | |
| 16 | 701 B Street, Suite 1310 | |
|   | San Diego, CA 92101 | |
| 17 | T: 619/481-5201 | |
| 18 | E: rdurkin@durkinforensic.com | |
| 19 | | |
|   | Robert C. O'Brien, Esq. | Court-Appointed Officers |
| 20 | Amb. Pierre-Richard Prosper | |
|   | Arent Fox LLP | |
| 21 | 555 West 5th Street, 48th Floor | |
|   | Los Angeles, CA 90013 | |
| 22 | T: 213/629-7400 | |
|   | F: 213/629-7401 | |
| 23 | E: obrien.robert@arentfox.com; | |
| 24 | prosper.pierre@arentfox.com | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

IDOCS:13593.1:901805.1