Byron Z. Moldo (SBN 109652)
    bmoldo@ecjlaw.com
David Seror (SBN 67488)
    dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
    pdavidson@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Monitor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[Judge Stephen G. Larson]<br><br>**NOTICE OF MONITOR'S EX PARTE MOTION FOR ORDER AUTHORIZING RONALD L. DURKIN, THE COURT'S FORENSIC AUDITOR, TO PROVIDE INFORMATION AND DOCUMENTS TO THE MONITOR**<br><br>DATE:<br>TIME:<br>CTRM: 1 |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Patrick A. Fraioli, Jr., Monitor, will, and hereby does, move the Court, on an ex parte basis, for an order authorizing Ronald L. Durkin, the Court's Forensic Auditor, to provide information and documents to the Monitor.

During his work as the Court's Forensic Auditor, Mr. Durkin has gathered a significant amount of information and documents which the Monitor believes will be helpful in aiding the Monitor in the performance of his duties. Rather than have the Monitor's accountants and counsel have to recreate Mr. Durkin's work, the Monitor believes it would be more efficient, in terms of time and cost, if Mr. Durkin is permitted to share certain information and documents he has obtained with the Monitor. The Monitor, through his counsel, has spoken to Mr. Durkin and Mr. Durkin has represented he is willing to share the information and documents he has obtained with the Monitor and his professionals, subject to this Court's authorizing him to do so. Much of what the Monitor seeks are source documents and information Mr. Durkin obtained in his investigation.

The Monitor's Ex Parte Motion will be based on this Notice of Motion, the Monitor's Motion, the attached declaration of Patrick A. Fraioli, Jr., and upon such other evidence and argument as may be presented at the time of the hearing, if one is held.

Respectfully submitted,

DATED: June 24, 2009

ERVIN COHEN & JESSUP LLP

By: /s/ Peter A. Davidson
PETER A. DAVIDSON
Attorneys for Patrick A. Fraioli, Jr., Monitor

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. My business address: 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA 90212-2974.

On **June 25, 2009**, I served the document(s) described as: **NOTICE OF MONITOR'S EX PARTE MOTION FOR ORDER AUTHORIZING RONALD L. DURKIN, THE COURT'S FORENSIC AUDITOR, TO PROVIDE INFORMATION AND DOCUMENTS TO THE MONITOR**, on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒  **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐  **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

☐  **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐  **BY EMAIL:** I caused said document(s) to be sent via email.

☐  **ELECTRONICALLY MAILED:** Said document(s) were electronically served on the person(s) as indicated on the attached Notice of Electronic Filing.

☐  **BY TELEPHONIC COMMUNICATION:** I telephoned the interested parties and gave notice as indicated in my declaration.

☐  **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addressees listed on the attached Service List.

☐  [State]    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  [Federal]   I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 25, 2009**, at Los Angeles, California.

TRISH MELENDEZ

IDOCS:13593.1:901805.1

## SERVICE LIST

| | |
|---|---|
| Patrick A. Fraioli, Jr., Monitor<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974 | Monitor |
| Byron Z. Moldo, Esq.<br>Peter A. Davidson, Esq.<br>David Seror, Esq.<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974<br>T: 310/273-6333<br>F: 310/859-2325<br>E: bmoldo@ecjlaw.com;<br>pdavidson@ecjlaw.com | Counsel for Monitor |
| Thomas J. Nolan, Esq.<br>Jason D. Russell, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>T: 213/687-5000<br>F: 213/687-5600<br>E: tnolan@skadden.com; jrussell@skadden.com | Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian |
| Mark E. Haddad, Esq.<br>Robert A. Holland, Esq.<br>Alycia A. Degen, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-1010<br>T: 213/896-6000<br>F: 213/896-6600<br>E: mhaddad@sidley.com;<br>rholland@sidley.com; adegen@sidley.com | Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian |
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Brett Dylan Proctor, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>T: 213/443-3000<br>F: 213/443-3100<br>E: johnquinn@quinnemanuel.com;<br>michaelzeller@quinnemanuel.com;<br>joncorey@quinnemanuel.com;<br>dylanproctor@quinnemanuel.com | Counsel for Defendant/Appellee, Mattel, Inc. |

IDOCS:13593.1:901805.1

| | |
|---|---|
| Sanford I. Weisburst, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>T :  212/849-7170<br>F :  212/849-7100<br>E :  sandyweisburst@quinnemanuel.com | Counsel for Defendant/Appellee, Mattel, Inc. |
| Patricia L. Glaser, Esq.<br>Glaser Weil Fink Jacobs and Shapiro<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA  90067<br>T: 310/553-3000<br>F: 310/556-2920<br>E: pglaser@glaserweil.com | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv |
| Russell J. Frackman, Esq.<br>Mitchell Silberberg & Knupp<br>11377 W. Olympic Blvd.<br>Los Angeles, CA  90064-1683<br>T: 310/312-3132<br>F: 310/312-3788<br>E: rjf@msk.com | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv |
| Peter H. Bonis, Esq.<br>Peter H. Bonis Law Offices<br>1990 N. California Blvd., 8th Floor<br>Walnut Creek, CA  94596<br>T: 925/287-6428<br>E: phbonis@cs.com | Counsel for Plaintiff, Carter Bryant |
| Alexander H. Cote, Esq.<br>Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Overland Borenstein Scheper & Kim<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA  90071-2025<br>T: 213/613-4655<br>F: 213/613-4656<br>E: acote@obsklaw.com;<br>moverland@obsklaw.com;<br>dscheper@obsklaw.com | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez |

IDOCS:13593.1:901805.1

| | |
|---|---|
| Leah Chava Gershon, Esq.<br>James W. Spertus Law Offices<br>12100 Wilshire Blvd., Suite 620<br>Los Angeles, CA 90025<br>T: 310/826-4700<br>E: leah@spertuslaw.com | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez |
| Linda M. Burrow, Esq.<br>Caldwell Leslie and Proctor PC<br>1000 Wilshire Blvd., Suite 600<br>Los Angeles, CA 90017<br>T: 213/629-9040<br>F: 213/629-9022<br>E: burrow@caldwell-leslie.com | Counsel for Third Party Defendant, Anne Wang |
| Todd E. Gordinier, Esq.<br>Bingham McCutchen<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626<br>T: 714/830-0600<br>F: 714/830-0700<br>E: todd.gordinier@bingham.com | Counsel for Limited Intervenor, Omni 808 Investors LLC |
| Ronald L. Durkin, CPA/CFF, CFE, CIRA<br>Sr. Managing Director<br>701 B Street, Suite 1310<br>San Diego, CA 92101<br>T: 619/481-5201<br>E: rdurkin@durkinforensic.com | Court-Appointed Officer |
| Robert C. O'Brien, Esq.<br>Amb. Pierre-Richard Prosper<br>Arent Fox LLP<br>555 West 5th Street, 48th Floor<br>Los Angeles, CA 90013<br>T: 213/629-7400<br>F: 213/629-7401<br>E: obrien.robert@arentfox.com;<br>prosper.pierre@arentfox.com | Court-Appointed Officers |

IDOCS:13593.1:901805.1