Byron Z. Moldo (SBN 109652)
  bmoldo@ecjlaw.com
David Seror (SBN 67488)
  dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
  pdavidson@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Monitor

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[Judge Stephen G. Larson]<br><br>**MONITOR'S EX PARTE MOTION TO APPROVE MONITOR'S EMPLOYMENT OF SPECIAL COUNSEL (JOHN I. GORDON)**<br><br>DATE:<br>TIME:<br>CTRM: 1 |

Patrick A. Fraioli, Jr., Monitor, hereby moves the Court, on an ex parte basis, for approval of the Monitor's employment of special counsel, John I. Gordon, to aid and advise the Receiver with regard to issues concerning the manufacture, storage, inventory, advertisement and recall of Bratz products in Hong Kong, China and Asia. This Court's order appointing the Monitor charged the Monitor with responsibility to monitor, supervise and have oversight responsibilities over the Bratz assets; to monitor, supervise and oversee the exploitation of the Bratz assets and to monitor compliance by the parties with the Court's various orders concerning the Bratz assets

including, ultimately, the recall of unsold Bratz assets in 2010. In order to appropriately and efficiently carry out his duties the Monitor believes it is necessary to employ special counsel to aid and advise him with regard to the Bratz assets manufactured, stored, shipped and maintained in Hong Kong, China and Asia.

The Monitor proposes to employ John I. Gordon, an attorney admitted to practice law in the State of California. Mr. Gordon for a part of his career practiced with international law firms which engaged in intellectual property, restructuring and other corporate transactions in Hong Kong and Asia and has experience and understanding of intellectual property and restructuring issues, as well as the business practices in Hong Kong and Asia. Attached hereto as **Exhibit "1"** is Mr. Gordon's summary resume. Mr. Gordon's hourly rate in providing services to the Monitor will be $380.00 per hour.

As indicated in the Monitor's First Report, the Monitor contemplates visiting the MGA Hong Kong facilities, as well as manufacturing facilities in China, in order to obtain and verify information concerning Bratz and MGA manufacturing, shipping, delivery, ordering, sales, inventory, inventory records and activities. The Monitor believes the employment of Mr. Gordon as special counsel will aid the Monitor in these activities. The Monitor, therefore, respectfully requests that this Court grant the Monitor's Ex Parte Motion and authorize the Monitor to employ Mr. Gordon as special counsel on the terms set forth above.

Respectfully submitted,

DATED: June 24, 2009     ERVIN COHEN & JESSUP LLP

By: _____
PETER A. DAVIDSON
Attorneys for Patrick A. Fraioli, Jr.,
Monitor

# DECLARATION OF PATRICK A. FRAIOLI, JR.

I, Patrick A. Fraioli, Jr., declare:

I am the duly appointed and acting Monitor in this case, having been appointed pursuant to this Court's Order of May 21, 2009. I have personal knowledge of the facts set forth herein and if called as a witness I could and would testify thereto.

As part of my duties as Monitor the Court directed me to maintain monitoring, supervisory and oversight responsibilities over the Bratz assets; to monitor, supervise and oversee the exploitation of the Bratz assets; to monitor the financial affairs and operations of MGA Entertainment, Inc. and MGA Hong Kong; and to monitor compliance by the parties with this Court's injunction and other orders.

As part of my charge I believe it is necessary for me, along with certain of my counsel and accountants, to visit the MGA Hong Kong facilities, as well as manufacturing facilities in China in order to obtain and verify information concerning the Bratz assets, as well as MGA and MGA Hong Kong. I believe it is necessary to employ special counsel with experience in dealing with various intellectual property, restructuring and other corporate and business matters in Hong Kong, China and Asia to aid and advise me in this task. As a result, I hereby request this Court's authority to employ John I. Gordon, an attorney admitted to practice law in the State of California, as special counsel to aid and advise me. Attached hereto is **Exhibit "1"** is a summary resume of Mr. Gordon's qualifications. Mr. Gordon has informed me that his normal hourly billing rate, which he will charge as special counsel in this matter, is $380.00 per hour.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on June 24, 2009, at Beverly Hills, California.

_____
PATRICK A. FRAIOLI, JR.

# EXHIBIT 1

EXHIBIT 1

**JOHN I. GORDON**
11355 W. Olympic Boulevard, Suite 300, Los Angeles, CA 90064
john@gordonlawoffice.net; 310.666.4101

## EDUCATION

**University of Southern California Law School**
Juris Doctor, May 1988; *AmJur Award:* Pre-trial Advocacy; *Law Journal:* Journal of Law and the Environment, Editorial Board

**University of California, Berkeley**
Bachelor of Arts, Political Science, May 1985

## EXPERIENCE

**2005-Present: Private Practice**

Provide expert legal counsel and support to corporate clients involved with global consumer product manufacturing operations, protection and commercialization of well known brands and other intellectual property, technology issues, corporate matters and bankruptcy/receivership/restructuring issues.

**1998-2004: Partner, Kelley Drye & Warren LLP**

Advised major international and public companies on matters related to intellectual property, commercial transactions, mergers & acquisitions, bankruptcy and general corporate and business law. Handled $1.5 billion joint venture and financing arrangement and subsequent international unwinding. Handled multinational bankruptcy and corporate dissolution matters for US listed global telecommunications service provider.

**1991-1997: Associate, Bryan Cave LLP**

Advised multinational clients on corporate matters, major commercial transactions, intellectual property, technology, employment and complex litigation.

**1988-1991: Associate, Parkinson Wolf & Leo**

Responsible for general business law and litigation.

**LICENSE** - State Bar of California, 1988

## PUBLICATIONS

*Restructuring a Bankrupt Global Company,* California Bar Journal, November 2001.

# JOHN I. GORDON

## Summary of Qualifications

- Former Partner of New York Law Firm Kelley Drye & Warren LLP, specializing in intellectual property, corporate structuring and bankruptcy related matters for transnational companies

- Author *Restructuring a Bankrupt Global Company,* California Bar Journal, November 2001

- Handled bankruptcy matters and corporate dissolutions involving intellectual property and operations of subsidiaries of former global telecommunications provider PSINet

- Knowledgeable and experienced regarding toy and other product manufacturing operations, tooling, factories, technology and businesses

- Expert regarding intellectual property and technology matters related to well known patents, copyrights and trademarks, brands, know-how and products

- Experienced in seeking enforcement of foreign judgments, extraordinary and administrative remedies and tracing and marshalling assets internationally, receiverships, unwinding international corporate assets, dissolution and restructuring matters

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. My business address: 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA 90212-2974.

On **June 25, 2009**, I served the document(s) described as: **MONITOR'S EX PARTE MOTION TO APPROVE MONITOR'S EMPLOYMENT OF SPECIAL COUNSEL (JOHN I. GORDON)**, on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

[x] **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[ ] **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

[ ] **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

[ ] **BY EMAIL:** I caused said document(s) to be sent via email.

[ ] **ELECTRONICALLY MAILED:** Said document(s) were electronically served on the person(s) as indicated on the attached Notice of Electronic Filing.

[ ] **BY TELEPHONIC COMMUNICATION:** I telephoned the interested parties and gave notice as indicated in my declaration.

[ ] **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addressees listed on the attached Service List.

[ ] **[State]**   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x] **[Federal]**   I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 25, 2009**, at Los Angeles, California.

TRISH MELENDEZ

IDOCS:13593.1:901805.1

## SERVICE LIST

| | |
|---|---|
| Patrick A. Fraioli, Jr., Monitor<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974 | Monitor |
| Byron Z. Moldo, Esq.<br>Peter A. Davidson, Esq.<br>David Seror, Esq.<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974<br>T: 310/273-6333<br>F: 310/859-2325<br>E: bmoldo@ecjlaw.com;<br>pdavidson@ecjlaw.com | Counsel for Monitor |
| Thomas J. Nolan, Esq.<br>Jason D. Russell, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>T: 213/687-5000<br>F: 213/687-5600<br>E: tnolan@skadden.com; jrussell@skadden.com | Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian |
| Mark E. Haddad, Esq.<br>Robert A. Holland, Esq.<br>Alycia A. Degen, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-1010<br>T: 213/896-6000<br>F: 213/896-6600<br>E: mhaddad@sidley.com;<br>rholland@sidley.com; adegen@sidley.com | Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian |
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Brett Dylan Proctor, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>T: 213/443-3000<br>F: 213/443-3100<br>E: johnquinn@quinnemanuel.com;<br>michaelzeller@quinnemanuel.com;<br>joncorey@quinnemanuel.com;<br>dylanproctor@quinnemanuel.com | Counsel for Defendant/Appellee, Mattel, Inc. |

IDOCS:13593.1:901805.1

| | | |
|---|---|---|
| 1 | Sanford I. Weisburst, Esq. | Counsel for Defendant/Appellee, Mattel, Inc. |
| 2 | Quinn Emanuel Urquhart Oliver & Hedges LLP | |
|   | 51 Madison Avenue, 22nd Floor | |
| 3 | New York, NY  10010 | |
|   | T :  212/849-7170 | |
| 4 | F :  212/849-7100 | |
|   | E :  sandyweisburst@quinnemanuel.com | |
| 5 | | |
| 6 | Patricia L. Glaser, Esq. | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv |
|   | Glaser Weil Fink Jacobs and Shapiro | |
| 7 | 10250 Constellation Blvd., 19th Floor | |
|   | Los Angeles, CA  90067 | |
| 8 | T: 310/553-3000 | |
|   | F: 310/556-2920 | |
| 9 | E: pglaser@glaserweil.com | |
| 10 | | |
| 11 | Russell J. Frackman, Esq. | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv |
|    | Mitchell Silberberg & Knupp | |
| 12 | 11377 W. Olympic Blvd. | |
|    | Los Angeles, CA  90064-1683 | |
| 13 | T: 310/312-3132 | |
|    | F: 310/312-3788 | |
| 14 | E: rjf@msk.com | |
| 15 | | |
| 16 | Peter H. Bonis, Esq. | Counsel for Plaintiff, Carter Bryant |
|    | Peter H. Bonis Law Offices | |
| 17 | 1990 N. California Blvd., 8th Floor | |
|    | Walnut Creek, CA  94596 | |
| 18 | T: 925/287-6428 | |
|    | E: phbonis@cs.com | |
| 19 | | |
| 20 | Alexander H. Cote, Esq. | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez |
|    | Mark E. Overland, Esq. | |
| 21 | David C. Scheper, Esq. | |
|    | Overland Borenstein Scheper & Kim | |
| 22 | 601 West Fifth Street, 12th Floor | |
|    | Los Angeles, CA  90071-2025 | |
| 23 | T: 213/613-4655 | |
|    | F: 213/613-4656 | |
| 24 | E: acote@obsklaw.com; | |
| 25 | moverland@obsklaw.com; | |
|    | dscheper@obsklaw.com | |
| 26 | | |
| 27 | | |
| 28 | | |

IDOCS:13593.1:901805.1

| | |
|---|---|
| Leah Chava Gershon, Esq.<br>James W. Spertus Law Offices<br>12100 Wilshire Blvd., Suite 620<br>Los Angeles, CA 90025<br>T: 310/826-4700<br>E: leah@spertuslaw.com | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez |
| Linda M. Burrow, Esq.<br>Caldwell Leslie and Proctor PC<br>1000 Wilshire Blvd., Suite 600<br>Los Angeles, CA 90017<br>T: 213/629-9040<br>F: 213/629-9022<br>E: burrow@caldwell-leslie.com | Counsel for Third Party Defendant, Anne Wang |
| Todd E. Gordinier, Esq.<br>Bingham McCutchen<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626<br>T: 714/830-0600<br>F: 714/830-0700<br>E: todd.gordinier@bingham.com | Counsel for Limited Intervenor, Omni 808 Investors LLC |
| Ronald L. Durkin, CPA/CFF, CFE, CIRA<br>Sr. Managing Director<br>701 B Street, Suite 1310<br>San Diego, CA 92101<br>T: 619/481-5201<br>E: rdurkin@durkinforensic.com | Court-Appointed Officer |
| Robert C. O'Brien, Esq.<br>Amb. Pierre-Richard Prosper<br>Arent Fox LLP<br>555 West 5th Street, 48th Floor<br>Los Angeles, CA 90013<br>T: 213/629-7400<br>F: 213/629-7401<br>E: obrien.robert@arentfox.com;<br>prosper.pierre@arentfox.com | Court-Appointed Officers |

IDOCS:13593.1:901805.1