1  Byron Z. Moldo (SBN 109652)
    bmoldo@ecjlaw.com
2  David Seror (SBN 67488)
    dseror@ecjlaw.com
3  Peter A. Davidson (SBN 76194)
    pdavidson@ecjlaw.com
4  ERVIN COHEN & JESSUP LLP
   9401 Wilshire Boulevard, Ninth Floor
5  Beverly Hills, California 90212-2974
   Telephone  (310) 273-6333
6  Facsimile  (310) 859-2325

7  Attorneys for Patrick A. Fraioli, Jr., Monitor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[Judge Stephen G. Larson]<br><br>**ORDER APPROVING MONITOR'S EMPLOYMENT OF SPECIAL COUNSEL**<br><br>DATE:<br>TIME:<br>CTRM: 1 |

The Court having reviewed the Ex Parte Motion of the Monitor to approve the Monitor's employment of John I. Gordon, as special counsel, the Declaration of Patrick A. Fraioli, Jr. in support thereof, and good cause appearing therefore,

IT IS ORDERED:

1. The Monitor's Ex Parte Motion is granted.

1      2.    The Monitor's employment of John I. Gordon, as special counsel, is
2  approved. The Monitor shall pay Gordon pursuant to the same procedure other
3  counsel for the Monitor is paid, with Mattel initially funding payment.

5  DATED: June ____, 2009

                                            STEPHEN G. LARSON
                                            UNITED STATES DISTRICT COURT JUDGE

ERVIN COHEN & JESSUP LLP

IDOCS:13593.1:901663.1

2

ORDER APPROVING MONITOR'S EMPLOYMENT OF SPECIAL COUNSEL

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. My business address: 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA  90212-2974.

On **June 25, 2009**, I served the document(s) described as: **ORDER APPROVING MONITOR'S EMPLOYMENT OF SPECIAL COUNSEL**, on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

[X] **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[ ] **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

[ ] **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

[ ] **BY EMAIL:** I caused said document(s) to be sent via email.

[ ] **ELECTRONICALLY MAILED:** Said document(s) were electronically served on the person(s) as indicated on the attached Notice of Electronic Filing.

[ ] **BY TELEPHONIC COMMUNICATION:** I telephoned the interested parties and gave notice as indicated in my declaration.

[ ] **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addressees listed on the attached Service List.

[ ] [State]    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] [Federal]    I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 25, 2009**, at Los Angeles, California.

_____
TRISH MELENDEZ

IDOCS:13593.1:901805.1

## SERVICE LIST

| | |
|---|---|
| Patrick A. Fraioli, Jr., Monitor<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974 | Monitor |
| Byron Z. Moldo, Esq.<br>Peter A. Davidson, Esq.<br>David Seror, Esq.<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974<br>T: 310/273-6333<br>F: 310/859-2325<br>E: bmoldo@ecjlaw.com;<br>pdavidson@ecjlaw.com | Counsel for Monitor |
| Thomas J. Nolan, Esq.<br>Jason D. Russell, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>T: 213/687-5000<br>F: 213/687-5600<br>E: tnolan@skadden.com; jrussell@skadden.com | Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian |
| Mark E. Haddad, Esq.<br>Robert A. Holland, Esq.<br>Alycia A. Degen, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-1010<br>T: 213/896-6000<br>F: 213/896-6600<br>E: mhaddad@sidley.com;<br>rholland@sidley.com; adegen@sidley.com | Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian |
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Brett Dylan Proctor, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>T: 213/443-3000<br>F: 213/443-3100<br>E: johnquinn@quinnemanuel.com;<br>michaelzeller@quinnemanuel.com;<br>joncorey@quinnemanuel.com;<br>dylanproctor@quinnemanuel.com | Counsel for Defendant/Appellee, Mattel, Inc. |

IDOCS:13593.1:901805.1

| | | |
|---|---|---|
| 1 | Sanford I. Weisburst, Esq. | Counsel for Defendant/Appellee, Mattel, Inc. |
| 2 | Quinn Emanuel Urquhart Oliver & Hedges LLP | |
| | 51 Madison Avenue, 22nd Floor | |
| 3 | New York, NY  10010 | |
| | T :  212/849-7170 | |
| 4 | F :  212/849-7100 | |
| | E :  sandyweisburst@quinnemanuel.com | |
| 5 | | |
| 6 | Patricia L. Glaser, Esq. | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv |
| | Glaser Weil Fink Jacobs and Shapiro | |
| 7 | 10250 Constellation Blvd., 19th Floor | |
| | Los Angeles, CA  90067 | |
| 8 | T: 310/553-3000 | |
| | F: 310/556-2920 | |
| 9 | E: pglaser@glaserweil.com | |
| 10 | | |
| 11 | Russell J. Frackman, Esq. | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv |
| | Mitchell Silberberg & Knupp | |
| 12 | 11377 W. Olympic Blvd. | |
| | Los Angeles, CA  90064-1683 | |
| 13 | T: 310/312-3132 | |
| | F: 310/312-3788 | |
| 14 | E: rjf@msk.com | |
| 15 | | |
| 16 | Peter H. Bonis, Esq. | Counsel for Plaintiff, Carter Bryant |
| | Peter H. Bonis Law Offices | |
| 17 | 1990 N. California Blvd., 8th Floor | |
| | Walnut Creek, CA  94596 | |
| 18 | T: 925/287-6428 | |
| | E: phbonis@cs.com | |
| 19 | | |
| 20 | Alexander H. Cote, Esq. | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez |
| | Mark E. Overland, Esq. | |
| 21 | David C. Scheper, Esq. | |
| | Overland Borenstein Scheper & Kim | |
| 22 | 601 West Fifth Street, 12th Floor | |
| | Los Angeles, CA  90071-2025 | |
| 23 | T: 213/613-4655 | |
| | F: 213/613-4656 | |
| 24 | E: acote@obsklaw.com; | |
| 25 | moverland@obsklaw.com; | |
| | dscheper@obsklaw.com | |
| 26 | | |
| 27 | | |
| 28 | | |

IDOCS:13593.1:901805.1

| | |
|---|---|
| 1   Leah Chava Gershon, Esq.<br>James W. Spertus Law Offices<br>2   12100 Wilshire Blvd., Suite 620<br>Los Angeles, CA 90025<br>3   T: 310/826-4700<br>4   E: leah@spertuslaw.com | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez |
| 5<br>   Linda M. Burrow, Esq.<br>6   Caldwell Leslie and Proctor PC<br>1000 Wilshire Blvd., Suite 600<br>7   Los Angeles, CA 90017<br>T: 213/629-9040<br>8   F: 213/629-9022<br>9   E: burrow@caldwell-leslie.com | Counsel for Third Party Defendant, Anne Wang |
| 10   Todd E. Gordinier, Esq.<br>Bingham McCutchen<br>11   600 Anton Blvd., 18th Floor<br>12   Costa Mesa, CA 92626<br>T: 714/830-0600<br>13   F: 714/830-0700<br>E: todd.gordinier@bingham.com<br>14 | Counsel for Limited Intervenor, Omni 808 Investors LLC |
| 15   Ronald L. Durkin, CPA/CFF, CFE, CIRA<br>Sr. Managing Director<br>16   701 B Street, Suite 1310<br>San Diego, CA 92101<br>17   T: 619/481-5201<br>18   E: rdurkin@durkinforensic.com | Court-Appointed Officer |
| 19   Robert C. O'Brien, Esq.<br>20   Amb. Pierre-Richard Prosper<br>Arent Fox LLP<br>21   555 West 5th Street, 48th Floor<br>Los Angeles, CA 90013<br>22   T: 213/629-7400<br>F: 213/629-7401<br>23   E: obrien.robert@arentfox.com;<br>24   prosper.pierre@arentfox.com | Court-Appointed Officers |

IDOCS:13593.1:901805.1