Byron Z. Moldo (SBN 109652)
 bmoldo@ecjlaw.com
David Seror (SBN 67488)
 dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
 pdavidson@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Monitor

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[Judge Stephen G. Larson]<br><br>**NOTICE OF MONITOR'S EX PARTE MOTION TO APPROVE MONITOR'S EMPLOYMENT OF SPECIAL COUNSEL**<br><br>DATE:<br>TIME:<br>CTRM:  1 |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE that Patrick A. Fraioli, Monitor for MGA Entertainment, Inc. and MGA Hong Kong, will, and hereby does, move the Court ex parte for an order approving the Monitor's employment of John I. Gordon, as special counsel to the Monitor, to aid and advise the Monitor with regard to issues concerning the manufacture, storage, inventory, advertisement and recall of Bratz products in Hong Kong, China and Asia.

Gordon has experience in intellectual property, restructuring and business transactions in Hong Kong, China and Asia and the Monitor believes he needs Gordon's help and counsel to perform his work with regard to Bratz products in Asia.

The Monitor's Ex Parte motion will be based on this notice of Ex Parte motion, the Monitor's motion, the accompanying Memorandum of Points and Authorities, the attached declaration of Patrick A. Fraioli, Jr., and upon such other evidence and argument as may be presented at the time of the hearing, if one is held.

Respectfully submitted,

DATED: June 24, 2009

ERVIN COHEN & JESSUP LLP

By: _____
PETER A. DAVIDSON
Attorneys for Patrick A. Fraioli, Jr., Monitor

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. My business address: 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA 90212-2974.

On **June 25, 2009**, I served the document(s) described as: **NOTICE OF MONITOR'S EX PARTE MOTION TO APPROVE MONITOR'S EMPLOYMENT OF SPECIAL COUNSEL**, on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐ **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

☐ **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐ **BY EMAIL:** I caused said document(s) to be sent via email.

☐ **ELECTRONICALLY MAILED:** Said document(s) were electronically served on the person(s) as indicated on the attached Notice of Electronic Filing.

☐ **BY TELEPHONIC COMMUNICATION:** I telephoned the interested parties and gave notice as indicated in my declaration.

☐ **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addressees listed on the attached Service List.

☐ **[State]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **[Federal]** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 25, 2009**, at Los Angeles, California.

_____
TRISH MELENDEZ

IDOCS:13593.1:901805.1

# SERVICE LIST

Patrick A. Fraioli, Jr., Monitor
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212-2974

*Monitor*

Byron Z. Moldo, Esq.
Peter A. Davidson, Esq.
David Seror, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212-2974
T: 310/273-6333
F: 310/859-2325
E: bmoldo@ecjlaw.com;
pdavidson@ecjlaw.com

*Counsel for Monitor*

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
Skadden Arps Slate Meagher & Flom LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
T: 213/687-5000
F: 213/687-5600
E: tnolan@skadden.com; jrussell@skadden.com

*Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian*

Mark E. Haddad, Esq.
Robert A. Holland, Esq.
Alycia A. Degen, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
T: 213/896-6000
F: 213/896-6600
E: mhaddad@sidley.com;
rholland@sidley.com; adegen@sidley.com

*Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian*

John B. Quinn, Esq.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Brett Dylan Proctor, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
T: 213/443-3000
F: 213/443-3100
E: johnquinn@quinnemanuel.com;
michaelzeller@quinnemanuel.com;
joncorey@quinnemanuel.com;
dylanproctor@quinnemanuel.com

*Counsel for Defendant/Appellee, Mattel, Inc.*

IDOCS:13593.1:901805.1

| | | |
|---|---|---|
| 1 | Sanford I. Weisburst, Esq. | Counsel for Defendant/Appellee, Mattel, Inc. |
| 2 | Quinn Emanuel Urquhart Oliver & Hedges LLP | |
|   | 51 Madison Avenue, 22nd Floor | |
| 3 | New York, NY  10010 | |
|   | T :  212/849-7170 | |
| 4 | F :  212/849-7100 | |
|   | E :  sandyweisburst@quinnemanuel.com | |
| 5 | | |
| 6 | Patricia L. Glaser, Esq. | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv |
|   | Glaser Weil Fink Jacobs and Shapiro | |
| 7 | 10250 Constellation Blvd., 19th Floor | |
|   | Los Angeles, CA  90067 | |
| 8 | T: 310/553-3000 | |
|   | F: 310/556-2920 | |
| 9 | E: pglaser@glaserweil.com | |
| 10 | | |
| 11 | Russell J. Frackman, Esq. | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv |
|    | Mitchell Silberberg & Knupp | |
| 12 | 11377 W. Olympic Blvd. | |
|    | Los Angeles, CA  90064-1683 | |
| 13 | T: 310/312-3132 | |
|    | F: 310/312-3788 | |
| 14 | E: rjf@msk.com | |
| 15 | | |
| 16 | Peter H. Bonis, Esq. | Counsel for Plaintiff, Carter Bryant |
|    | Peter H. Bonis Law Offices | |
| 17 | 1990 N. California Blvd., 8th Floor | |
|    | Walnut Creek, CA  94596 | |
| 18 | T: 925/287-6428 | |
|    | E: phbonis@cs.com | |
| 19 | | |
| 20 | Alexander H. Cote, Esq. | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez |
|    | Mark E. Overland, Esq. | |
| 21 | David C. Scheper, Esq. | |
|    | Overland Borenstein Scheper & Kim | |
| 22 | 601 West Fifth Street, 12th Floor | |
|    | Los Angeles, CA  90071-2025 | |
| 23 | T: 213/613-4655 | |
|    | F: 213/613-4656 | |
| 24 | E: acote@obsklaw.com; | |
| 25 | moverland@obsklaw.com; | |
|    | dscheper@obsklaw.com | |
| 26 | | |
| 27 | | |
| 28 | | |

IDOCS:13593.1:901805.1

| | |
|---|---|
| Leah Chava Gershon, Esq.<br>James W. Spertus Law Offices<br>12100 Wilshire Blvd., Suite 620<br>Los Angeles, CA 90025<br>T: 310/826-4700<br>E: leah@spertuslaw.com | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez |
| Linda M. Burrow, Esq.<br>Caldwell Leslie and Proctor PC<br>1000 Wilshire Blvd., Suite 600<br>Los Angeles, CA 90017<br>T: 213/629-9040<br>F: 213/629-9022<br>E: burrow@caldwell-leslie.com | Counsel for Third Party Defendant, Anne Wang |
| Todd E. Gordinier, Esq.<br>Bingham McCutchen<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626<br>T: 714/830-0600<br>F: 714/830-0700<br>E: todd.gordinier@bingham.com | Counsel for Limited Intervenor, Omni 808 Investors LLC |
| Ronald L. Durkin, CPA/CFF, CFE, CIRA<br>Sr. Managing Director<br>701 B Street, Suite 1310<br>San Diego, CA 92101<br>T: 619/481-5201<br>E: rdurkin@durkinforensic.com | Court-Appointed Officer |
| Robert C. O'Brien, Esq.<br>Amb. Pierre-Richard Prosper<br>Arent Fox LLP<br>555 West 5th Street, 48th Floor<br>Los Angeles, CA 90013<br>T: 213/629-7400<br>F: 213/629-7401<br>E: obrien.robert@arentfox.com;<br>prosper.pierre@arentfox.com | Court-Appointed Officers |

IDOCS:13593.1:901805.1