QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES; AND (2) EXHIBITS 2, 4, 7, 9 AND 16-20 TO THE DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT THEREOF<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date:          August 10, 2009<br>Time:          10:00 a.m.<br>Place:          Courtroom 1 |

ORIGINAL

07975/2985017.1

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order

2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully

3  requests that the Court order filed under seal (1) Mattel, Inc.'s Motion for Preclusive

4  Relief or, in the Alternative, Access to Active Files on the Larian Hard Drives (the

5  "Motion") and (2) Exhibits 2, 4, 7, 9 and 16-20 to the Declaration of Marshall M.

6  Searcy III in Support of Mattel, Inc.'s Motion for Preclusive Relief or, in the

7  Alternative, Access to Active Files on the Larian Hard Drives (the "Exhibits").

8    The Motion and Exhibits reference materials that the MGA Parties

9  and/or Mattel have designated "Confidential" or "Confidential -- Attorney's Eyes

10  Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court

11  order that the Motion and Exhibits be filed under seal.

12    In the alternative, Mattel requests that the Court declare that the Motion

13  and Exhibits are outside the definitions of "Confidential" and "Confidential --

14  Attorney's Eyes Only" as contained in the Stipulated Protective Order and order

15  them to be filed as part of the public record.

16

17  DATED: June 24, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

18

19                               By /s/ Marshall M. Searcy III
20                                  Marshall M. Searcy III
                                    Attorneys for Mattel, Inc.

07975/2985017.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL