```
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
```

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES; AND (2) EXHIBITS 2, 4, 7, 9 AND 16-20 TO THE DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT THEREOF<br><br>Date:  August 10, 2009<br>Time:  10:00 a.m.<br>Place:  Courtroom 1 |

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal: (1) Mattel, Inc.'s Motion for Preclusive Relief or, in the Alternative, Access to Active Files on the Larian Hard Drives; and (2) Exhibits 2, 4, 7, 9 and 16-20 to the Declaration of Marshall M. Searcy III in Support Thereof,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Motion for Preclusive Relief or, in the Alternative, Access to Active Files on the Larian Hard Drives, and Exhibits 2, 4, 7, 9 and 16-20 to the Declaration of Marshall M. Searcy III in Support Thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: June 25, 2009

_____
Hon. Stephen G. Larson
United States District Judge