Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@glaserweil.com
GLASER, WEIL, FINK, JACOBS,
 HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: 310-553-3000
Facsimile: 310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone: 310-312-2000
Facsimile: 310-312-3100

Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-09059 and Case No. 05-02727<br><br>**Hon. Stephen J. Larson**<br><br>**MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION OF PAPERS FILED IN OPPOSITION TO *EX PARTE* MOTION OF TEMPORARY RECEIVER FOR ORDER (1) APPROVING FINAL ACCOUNT AND REPORT; (2) APPROVING FINAL COMPENSATION TO TEMPORARY RECEIVER AND PROFESSIONALS; (3) DISCHARGING RECEIVER**<br><br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: March 1, 2009<br>Trial Date: March 23, 2010 |

680575

**MGA PARTIES' NOTICE OF UNDER SEAL SUBMISSION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the MGA Parties have submitted the following sealed documents to the Court:

(a) MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO *EX PARTE* MOTION OF TEMPORARY RECEIVER FOR ORDER (1) APPROVING FINAL ACCOUNT AND REPORT; (2) APPROVING FINAL COMPENSATION TO TEMPORARY RECEIVER AND PROFESSIONALS; (3) DISCHARGING RECEIVER (the "Memorandum"); and

(b) DECLARATION OF JOHN WOOLARD, filed in support of the Memorandum.

Dated: June 26, 2009

Patricia L. Glaser
Joel N. Klevens
GLASER, WEIL, FINK, JACOBS
 HOWARD & SHAPIRO, LLP

Russell J. Frackman
MITCHELL, SILBERBERG & KNUPP, LLP

By: /s/ Caroline H. Mankey
Caroline H. Mankey
Attorneys for the MGA Parties
for Phase Two