Name & Address:
PETER N. VILLAR (SBN 204038)
Bingham McCutchen LLP
600 Anton Blvd, 18th Floor
Costa Mesa, CA 92626
(714) 830-0600

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) c/w Case No. CV 04-09059; Case No. CV 05-02727 |
| v. | |
| Mattel, Inc., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

1) Omni 808 Investors, LLC's Reply Memorandum in Support of its Request to Strike Summary and Responsive Reports of Ronald L. Durkin, 2) Declaration of Peter N. Villar, 3) Application to File Under Seal; 4) [Proposed] Order to File Under Seal.

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☐ Other

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated  January 4, 2005
- ☐ Manual Filing required (*reason*):

June 26, 2009
Date

Peter N. Villar
Attorney Name
Omni 808 Investors, LLC
Party Represented

Note: File one Notice in each case, each time you manually file document(s).