Byron Z. Moldo (SBN 109652)
bmoldo@ecjlaw.com
David Seror (SBN 67488)
dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
pdavidson@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Monitor

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[Judge Stephen G. Larson]<br><br>**ORDER MODIFYING PROCEDURE FOR PAYMENT OF FEES AND COSTS OF MONITORSHIP AND OTHER ISSUES** |

The procedure for the payment of the fees and costs incurred by the Monitor and his professionals, as set forth in the Court's Order of May 21, 2009 appointing the Monitor, it is hereby modified as follows:

1.      The Monitor, his employees and agents, as well as any and all of the professionals employed by the Monitor, are entitled to compensation for services rendered at their normal hourly rates and reimbursement for all expenses incurred by

them in providing services to the Monitor. The Monitor shall, on a monthly basis, serve on the Parties and mail to the Court, but not file, a summary statement of the fees and costs.

2. For the duration of the monitorship, Mattel is directed to pay to the Monitor, in the manner directed by the Monitor, the fees and costs of the monitorship within ten (10) days of receipt of the Monitor's monthly summary statement of fees and costs. All interim fees paid shall be subject to final review and approval by this Court. This Court retains jurisdiction to award a greater or lesser amount as the full, fair, and final value of such services, as well as to apportion the said amount between and among the parties.

3. All further requests by the Monitor for modifying orders directed to this Court shall be in the form of and styled as an "Application from the Monitor," which application shall include a proposed order and, together with the proposed order, shall be served on all parties of record. Any objections to any such application or proposed order shall be filed with the Court within 24 hours of service of the application. A failure to object shall constitute a waiver of any objection to the request.

DATED: June 26, 2009

*[signature]*

STEPHEN G. LARSON
UNITED STATES DISTRICT COURT JUDGE