1  Patricia L. Glaser, State Bar No. 055668
   Pglaser@glaserweil.com
2  Joel N. Klevens, State Bar No. 045446
   Jklevens@glaserweil.com
3  GLASER, WEIL, FINK, JACOBS,
    HOWARD & SHAPIRO, LLP
4  10250 Constellation Boulevard, 19th Floor
5  Los Angeles, California 90067
   Telephone:   310-553-3000
6  Facsimile:   310-556-2920

7  Russell J. Frackman, State Bar No. 049087
   rjf@msk.com
8  MITCHELL, SILBERBERG & KNUPP, LLP
   11377 West Olympic Boulevard
9  Los Angeles, California 90064
   Telephone:   310-312-2000
10 Facsimile:   310-312-3100

11 Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-09059<br>and Case No. 05-02727<br><br>**Hon. Stephen J. Larson**<br><br>[~~PROPOSED~~] **ORDER TO FILE UNDER SEAL**<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-Trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

680578

## ORDER

Based on the concurrently filed Application and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1 and the parties' stipulated protective order:

(a) MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO *EX PARTE* MOTION OF TEMPORARY RECEIVER FOR ORDER (1) APPROVING FINAL ACCOUNT AND REPORT; (2) APPROVING FINAL COMPENSATION TO TEMPORARY RECEIVER AND PROFESSIONALS; (3) DISCHARGING RECEIVER (the "Memorandum"); and

(b) DECLARATION OF JOHN WOOLARD, filed in support of the Memorandum.

Dated: June 16, 2009

*/s/ S.G. Larson*
_____
Hon. Stephen J. Larson
United States District Judge