QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REQUEST FOR CLARIFICATION OF JUNE 18, 2009 ORDER REGARDING THE ESCROW OF BRATZ PROFITS<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 1 |

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order 2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully 3 requests that the Court order filed under seal Mattel, Inc.'s Request for Clarification 4 of the June 18, 2009 Order Regarding the Escrow of Bratz Profits.

5       The Motion references materials that the MGA Parties and/or Mattel 6 have designated "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant 7 to the Protective Order. Accordingly, Mattel requests that the Court order that the 8 Motion be filed under seal.

9       In the alternative, Mattel requests that the Court declare that the Motion 10 is outside the definitions of "Confidential" and "Confidential -- Attorney's Eyes 11 Only" as contained in the Stipulated Protective Order and order it to be filed as part 12 of the public record.

13

14 DATED: June 26, 2009       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

15

16                                                By /s/ B. Dylan Proctor
17                                                   B. Dylan Proctor
                                                   Attorneys for Mattel, Inc.

18

19

20

21

22

23

24

25

26

27

28