ORIGINAL

LODGED
2009 JUN 26 PM 3:55

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 John B. Quinn (Bar No. 090378)
 (johnquinn@quinnemanuel.com)
 Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
 Jon D. Corey (Bar No. 185066)
 (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

　　　　Plaintiff,

　vs.

MATTEL, INC., a Delaware corporation,

　　　　Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. Stephen G. Larson

[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REQUEST FOR CLARIFICATION OF JUNE 18, 2009 ORDER REGARDING THE ESCROW OF BRATZ PROFITS

Date:　　TBD
Time:　　TBD
Place:　　Courtroom 1

00505.07975/2988509.1

[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Request for Clarification of the June 18, 2009 Order Regarding the Escrow of Bratz Profits,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Request for Clarification of the June 18, 2009 Order Regarding the Escrow of Bratz Profits is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: June 26, 2009

Hon. Stephen G. Larson
United States District Judge