QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS<br><br>**[PUBLIC REDACTED]** | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien Pursuant to Order of January 6, 2009]**<br><br>DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FOR WHICH ANY CLAIMS OF PRIVILEGE HAVE BEEN WAIVED<br><br>Date: TBD<br>Time: TBD<br>Place: Arent Fox LLP<br><br>**Phase 2:**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

# DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California, and partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a subpoena served on Omni 808 Investors, LLC (Beverly Hills), dated January 9, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of a subpoena served on Omni 808 Investors, LLC (Los Angeles), dated January 9, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of Non-Party Omni 808 Investors, LLC's Objections to Defendant Mattel, Inc.'s Subpoena for the Production of Documents, dated January 28, 2009.

5. Attached hereto as Exhibit 4 is a true and correct copy of Mattel, Inc.'s Notice of Motion and Motion to Compel Production of Documents Responsive to Third-Party Subpoenas, dated February 3, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of Phase 2 Discovery Matter Order No. 3, dated March 10, 2009.

7. Attached hereto as Exhibit 6 is a true and correct copy of Mattel, Inc.'s *Ex Parte* Application for an Order to Show Cause re Omni 808's Failure to Comply with Court Order, dated April 21, 2009.

8. Attached hereto as Exhibit 7 is a true and correct copy of Phase 2 Discovery Matter Order No. 21, dated April 23, 2009.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter from Michael Zeller, my partner, to Peter Villar, counsel for Omni 808, dated April 21, 2009.

10. Attached hereto as Exhibit 9 is a true and correct copy of a letter I sent to Mr. Villar, dated May 5, 2009.

11. Attached hereto as Exhibit 10 is a true and correct copy of a letter from Mr. Villar to myself, dated May 7, 2009.

12. Attached hereto as Exhibit 11 is a true and correct copy of a letter from I sent to Mr. Villar, dated May 20, 2009.

13. Attached hereto as Exhibit 12 is a true and correct copy of Phase 2 Discovery Matter Order No. 27, dated May 6, 2009.

14. Attached hereto as Exhibit 13 is a true and correct copy of Phase 2 Discovery Matter Order No. 37, dated May 21, 2009.

15. Attached hereto as Exhibit 14 is a true and correct copy of a letter Mr. Villar to John Quinn, my partner, dated June 22, 2009.

16. Attached hereto as Exhibit 15 is a true and correct copy of Phase 1 Discovery Master's Order re Mattel's Motion to Compel Farhad Larian, Kaye Scholer, and Stern & Goldberg to Produce Documents, dated January 25, 2008.

17. Attached hereto as Exhibit 16 is a true and correct copy of the Court's July 2, 2007 Minute Order.

18. Attached hereto as Exhibit 17 is a true and correct copy of Phase 2 Discovery Matter Order No. 22, dated April 28, 2009.

19. Mattel has incurred attorney's fees in preparing this motion in excess of $4,500, an amount which, Mattel submits, Omni 808 should be required to reimburse.

//
//
//
//

07209/2988497.1

-3-
DECLARATION OF B. DYLAN PROCTOR ISO MATTEL'S MOTION TO COMPEL RE WAIVER

20. Attached hereto as Exhibit 18 is a true and correct copy of an excerpt of the December 14, 2007 hearing transcript.

21. On April 28, 2009, Omni 808 produced to Mattel approximately 850 documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 29, 2009 at Los Angeles, California.

                                                /s/ B. Dylan Proctor
                                                B. Dylan Proctor