EXHIBIT 7

1  Robert C. O'Brien (SBN 154372)
   ARENT FOX LLP
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA 90013-1065
3  Telephone: 213.629.7400
   Facsimile: 213.629.7401
4  obrien.robert@arentfox.com

5  Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 21, REGARDING:**<br><br>**EX PARTE APPLICATION OF MATTEL FOR OSC RE: OMNI 808's FAILURE TO COMPLY WITH COURT ORDER** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER NO. 21
[Case No. CV 04-09049 SGL (RNBx)]

EXHIBIT 7
PAGE 11/09

1   The Discovery Master, having been notified of the Court's decision to refer to the Discovery Master for initial disposition Mattel's *ex parte* application for an Order to Show Cause re: the alleged failure of Omni 808 Investors, LLC ("Omni 808") to comply with the Discovery Master's March 10, 2009 Order (the "March 10 Order") or, alternatively, for an Order shortening time to hear a motion for such relief (the "Application"), and having reviewed the Opposition filed by Omni 808 and supporting papers, hereby **ORDERS** as follows:

   1.   Omni 808 shall produce to Mattel all documents ordered to be produced pursuant to the March 10 Order no later than 5:00 p.m. on April 28, 2009 and shall simultaneously serve on the Discovery Master a notice confirming Omni 808's compliance.

   2.   In the event Omni 808 fails to comply in any respect with the provisions of Paragraph 1, above, the Discovery Master shall refer this matter to the Court for further action, and reserves the right to recommend to the Court that the relief requested by Mattel in the Application be granted, in whole or in part.

   3.   By way of guidance to the parties, and to reduce the likelihood of unnecessary and costly motion practice, the Discovery Master reminds the parties that, until and unless a deadline or other requirement imposed by the Discovery Master is expressly modified by written Order, the parties shall timely comply with all Orders issued by the Discovery Master, including the deadlines by which parties are required to provide supplemental responses or produce documents.

Dated:   April 23, 2009

By:   /s/ Robert C. O'Brien
      ROBERT C. O'BRIEN
      Discovery Master

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

ORDER NO. 21
[Case No. CV 04-09049 SGL (RNBx)]

EXHIBIT 7
PAGE 170

EXHIBIT 8

**quinn emanuel** trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

April 21, 2009

BY FACSIMILE AND U.S. MAIL

Peter Villar, Esq.
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924

Re:   Mattel, Inc. v. MGA Entertainment, Inc. et al.

Dear Counsel:

I am writing, pursuant to section 5 of the Discovery Master Stipulation, to request a meet and confer in advance of a contemplated motion deeming Omni 808 Investors, LLC ("Omni 808") to have waived any protections afforded by the attorney-client privilege and the work product doctrine.

As you know, the Discovery Master's Order No. 3 required Omni 808 to produce documents no later than April 9, 2009. To date, we have received neither documents nor a privilege log from Omni 808. It is well settled in the Ninth Circuit that the failure to timely produce a privilege log may be deemed a waiver of the privilege. See, e.g., Burlington N. & Santa Fe Ry. Co. v. U.S. Dist. Court, 408 F.3d 1142 (9th Cir. 2005) (upholding finding of waiver); Thelen Reid & Priest LLP v. Marland, 2007 WL 578989 (N.D. Cal. Feb. 21, 2007) (finding privilege waived where timely privilege log not provided).

Mattel therefore intends to bring a motion for an order deeming Omni 808 to have waived the attorney-client privilege and work product doctrine and compelling the production of all such documents. Please let us know when you are available to meet and confer within the time required.



EXHIBIT 8
PAGE 171

quinn emanuel urquhart oliver & hedges, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

Best regards,

*[signature]*

Michael T. Zeller

cc:  Jason Russell, Esq.
     Amman Khan, Esq.
     Jeffrey Valle, Esq.

07975/2889200.1

EXHIBIT 8
PAGE 172

EXHIBIT 9

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

May 5, 2009

**VIA ELECTRONIC MAIL, FACSIMILE AND U.S. MAIL**

Peter Villar, Esq.
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924

Re:   Mattel, Inc. v. MGA Entertainment, Inc. et al.

Dear Peter:

I write further to Michael Zeller's April 21, 2009 letter regarding the status of Omni 808 Investors, LLC's privilege log. We received no response to that inquiry. Nor, to the best of our knowledge, did Omni 808 produce a privilege log with its belated production as required by the Discovery Master's Orders and at any time since.

Omni 808's time to meet and confer in response to Mattel's request also has passed. Accordingly, Mattel intends to bring its motion for an order deeming Omni 808 to have waived any privilege and compelling the production of all such documents based on its failure to provide a privilege log. See Burlington N. & Santa Fe Ry. Co. v. U.S. Dist. Court, 408 F.3d 1142 (9th Cir. 2005) (failure to produce a timely privilege log may be deemed waiver of the privilege). However, in the event that Omni 808 would still be willing to satisfy its obligation to meet and confer, or in the event that Omni 808 is not withholding any documents or communications responsive to Mattel's requests based on the attorney-client privilege, work product doctrine or any other applicable privilege, then please let me know.

Best regards,

B. Dylan Proctor/2DK

B. Dylan Proctor

EXHIBIT 9
PAGE 173

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712

EXHIBIT 10

# BINGHAM

Peter N. Villar
Direct Phone: 714.830.0640
Direct Fax:   714.830.0719
peter.villar@bingham.com

May 7, 2009

**Via Email: dylanproctor@quinnemanuel.com**
**Via Facsimile: (213) 443-3100**

B. Dylan Proctor, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:  **Mattel, Inc. v. MGA Entertainment, Inc. et al.**

Dear Dylan:

I am in receipt of your letter dated May 5, 2009. You seem more intent on creating a dispute than resolving one.

In the first paragraph of your letter, you assert that Omni 808 did not produce a privilege log with its "belated production as required by the Discovery Master's Orders ..." However, as you know, Omni's production occurred on April 28, 2009, in compliance with the Discovery Master's Order No. 21. Also, neither of the Discovery Master's Orders (Nos. 3 and 21) even mentions a privilege log.

In the second paragraph of your letter, you assert that Omni's "time to meet and confer has passed." I assume you are referring to an arbitrary "time period" set by Mattel, and not to any statutory meet and confer timeframe, so I respectfully disagree. You also cite to a case which, on its face, has no application to these circumstances.

In all events, we are in the process of preparing a privilege log so your motion is unnecessary. But, if it is more important to you and your client to file a motion than to resolve a dispute (which appears to be your modus operandi), I am available to "meet and confer" almost any time on Friday, May 15. Please let me know if that will be necessary.

Sincerely,

Peter N. Villar

cc:   Todd E. Gordinier, Esq.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Plaza Tower, 18th Floor
600 Anton Boulevard
Costa Mesa, CA
92626-1924

T 714.830.0600
F 714.830.0700
bingham.com

A/73031547.1

EXHIBIT 10
PAGE 174

**Tiffany Garcia**

From: Dylan Proctor
Sent: Thursday, May 07, 2009 10:31 AM
To: MGA / Bryant Team
Subject: Fw: Mattel, Inc. v MGA Entertainment, Inc. et al
Attachments: B Dylan Proctor Ltr 5_7_09 pdf

Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017

Direct (213) 443-3112
Main Phone (213) 443-3000
Main Fax (213) 443-3100

E-mail dylanproctor@quinnemanuel com
Web www quinnemanuel com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above This message may be an attorney-client communication and/or work product and as such is privileged and confidential If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited If you have received this communication in error, please notify us immediately by e-mail, and delete the original message

From: McConnell, Paul A.
To: Dylan Proctor
Cc: Villar, Peter N. ; Gordinier, Todd E. ; Valenzuela, Julie M.
Sent: Thu May 07 09:55:44 2009
Subject: Mattel, Inc. v. MGA Entertainment, Inc. et al.

PLEASE SEE ATTACHED LETTER

*Print Less ---> Go Green*

Paul A. McConnell
Legal Secretary to Peter Villar, Kambiz Izadi and Stacey Cristaudo
T 714.830.0668
F 714.830.0700
paul.mcconnell@bingham.com

BINGHAM
Bingham McCutchen LLP
Plaza Tower, 18th Floor
600 Anton Boulevard
Costa Mesa, CA 92626-1924

Bingham McCutchen LLP Circular 230 Notice:  To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice cont
The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed a

EXHIBIT 10
PAGE 175

5/7/2009

EXHIBIT 11

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

May 20, 2009

VIA FACSIMILE AND U.S. MAIL

Peter Villar, Esq.
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924

Re:   Mattel, Inc. v. MGA Entertainment, Inc. et al.

Dear Peter:

I write regarding the status of Omni 808's tardy privilege log.

As you know, on April 21, 2009, Mattel inquired as to the status of Omni 808's privilege log. We received no response to that letter. Subsequently—only after Mattel indicated it was contemplating a motion for waiver on May 5—you responded that such a motion would be "unnecessary" as you were "in the process of preparing a privilege log." See May 7, 2009 Letter from Peter Villar to B. Dylan Proctor. We still have received no such log. Please advise as to when the long-overdue log will be provided. Please also let us know if Omni 808 wishes to discuss Mattel's contemplated waiver motion, and if so what time this week Omni 808 is available for such a discussion. I look forward to hearing from you.

Best regards,

B. Dylan Proctor /enk

B. Dylan Proctor

EXHIBIT H
PAGE 174

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712