EXHIBIT 12

THIS EXHIBIT IS FILED UNDER SEAL

PURSUANT TO PROTECTIVE ORDER

EXHIBIT 13

1  Robert C. O'Brien (SBN 154372)
   ARENT FOX LLP
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA 90013-1065
3  Telephone: 213.629.7400
   Facsimile:  213.629.7401
4  obrien.robert@arentfox.com

5  Discovery Master

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) |
| Plaintiff, | |
| v. | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | **PHASE 2 DISCOVERY MATTER** |
| Defendant. | **ORDER NO. 37, REGARDING:** |
| | **EXTENSION OF TIME FOR OMNI 808 INVESTORS, LLC, OMNINET CAPITAL, LLC AND VISION CAPITAL, LLC TO PRODUCE DOCUMENTS** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER NO. 37
[Case No. CV 04-09049 SGL (RNBx)]

EXHIBIT 13
PAGE 218

1  As part of Order No. 27, the Discovery Master ordered Omni 808 Investors, LLC, OmniNet Capital, LLC and Vision Capital, LLC (collectively, the "Financing Entities") to produce certain categories of documents by May 22, 2009. The Financing Entities request that this deadline be extended by two weeks.

Mattel agrees that an extension is appropriate but requests that the deadline only be extended by one week.

The Discovery Master, having considered the Financing Entities' request for an extension of time, and good cause appearing therefor, **ORDERS** that, pursuant to the request, the Financing Entities shall have until Friday, May 29, 2009, to serve the documents ordered to be produced in Order No. 27. No additional extension of time will be granted by the Discovery Master to the Financing Entities regarding the production unless the District Court grants the MGA Parties' pending request for a stay of Phase 2 proceedings or there are other extraordinary circumstances justifying an extension.

Dated:   May 21, 2009

By:   /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master

Arent Fox LLP
Attorneys At Law
Los Angeles

- 1 -

ORDER NO. 37
[Case No. CV 04-09049 SGL (RNBx)]

EXHIBIT 13
PAGE 219

EXHIBIT 14

# BINGHAM

JUN 2 2 2009

Peter N. Villar
Direct Phone:  714.830.0640
Direct Fax:    714.830.0719
peter.villar@bingham.com

June 22, 2009

**Via Hand Delivery**

John Quinn, Esq.
Michael Zeller, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

**Re: Mattel, Inc. v. MGA Entertainment, Inc., et al**

Counsel:

Pursuant to the Discovery Master's Order No. 27, enclosed is Omni 808 Investors, LLC's supplemental production of documents (Bates Nos. OMNI0010220-OMNI0010382). Also enclosed are Vision Capital, LLC's production of documents (Bates Nos. VISION000001-VISION000149). Finally, Omninet Capital, LLC has no responsive documents beyond those already produced by Omni 808 Investors, LLC.

We are in the process of updating and completing our privilege log and will serve it once it's completed.

Sincerely,

Peter N. Villar

Enclosures

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Plaza Tower, 18th Floor
600 Anton Boulevard
Costa Mesa, CA
92626-1924

714.830.0600
714.830.0700
bingham.com

A/73066426.1

EXHIBIT K
PAGE 220