QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br>Plaintiff,<br>vs.<br>MATTEL, INC., a Delaware corporation,<br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| AND CONSOLIDATED ACTIONS | **PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On June 29, 2009, I served true copies of the following documents described as:

**SEE ATTACHED DOCUMENT LIST** on the parties in this action as follows:

Skadden, Arps, Slate, Meagher & Flom LLP
Thomas J. Nolan, Esq.
Jason Russell, Esq.
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
tnolan@skadden.com
jrussell@skadden.com

Overland Borenstein Scheper & Kim LLP
Mark E. Overland, Esq.
Alexander H. Cote, Esq.
601 W. 5th Street, 12th Floor
Los Angeles, California 90017
moverland@obsklaw.com

Glaser, Weil, Fink, Jacobs, & Shapiro, LLP
Patricia L. Glaser, Esq.
Amman A. Khan, Esq.
10250 Constellation Blvd 19th Floor
Los Angeles, CA 90067
pglaser@glaserweil.com

Bingham McCutchen LLP
Todd E. Gordiner LLP
Peter N. Villar, Esq.
Craig A. Taggart, Esq.
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626
todd.gordiner@bingham.com
peter.villar@bingham.com
craig.taggart@bingham.com

Mitchell, Silberberg, & Knupp, LLP
Russell J. Frackman, Esq.
11377 W. Olympic Blvd.
Los Angeles, CA 90064
rjf@msk.com

Discovery Master:
Robert O'Brien
Arent Fox LLP
555 West 5th Street, 48th FL
Los Angeles, CA 90117

[X] **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 29, 2009, at ____________, ____________.

Ramon Rodriguez

**DOCUMENT LIST**

**MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FOR WHICH ANY CLAIMS OF PRIVILEGE HAVE BEEN WAIVED**

**DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FOR WHICH ANY CLAIMS OF PRIVILEGE HAVE BEEN WAIVED**

**APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FOR WHICH ANY CLAIMS OF PRIVILEGE HAVE BEEN WAIVED**

**[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FOR WHICH ANY CLAIMS OF PRIVILEGE HAVE BEEN WAIVED**