1  PATRICIA L. GLASER (Bar No. 055668)
   pglaser@glaserweil.com
2  GLASER WEIL FINK JACOBS & SHAPIRO
   10250 Constellation Blvd., 19th Floor
3  Los Angeles, California 90067
   Telephone: (310) 553-3000
4  Facsimile: (310) 557-9815

5  RUSSELL J. FRACKMAN (Bar No. 49087)
   rjf@msk.com
6  PATRICIA H. BENSON (Bar No. 60565)
   phb@msk.com
7  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
8  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
9  Facsimile: (310) 312-3100

10  Attorneys for The MGA Parties

11

12              UNITED STATES DISTRICT COURT

13      CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

14  CARTER BRYANT, an individual,          CASE NO.  CV 04-9049 SGL (RNBx)

15              Plaintiff,                  Consolidated with
                                           Case No.  CV 04-09059
16        v.                               Case No.  CV 05-02727

17  MATTEL, INC., a Delaware               **DISCOVERY MATTER**
    corporation,                           **[TO BE HEARD BY DISCOVERY**
18                                         **MASTER ROBERT O'BRIEN**
              Defendant.                   **PURSUANT TO ORDER OF**
19                                         **JANUARY 6, 2009]**

20  AND CONSOLIDATED CASES                 PROOF OF SERVICE

21                                         Date:    TBD
                                           Time:    TBD
22                                         Place:   TBD
                                           Phase 2
23                                         Discovery Cutoff:      December 11, 2009
                                           Pretrial Conference:   March 1, 2010
24                                         Trial Date:            March 23, 2010

25

26

27

Mitchell
Silberberg &  28
Knupp LLP

281006.4

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683 .

On June 29, 2009, I served a copy of the foregoing document(s) described as:

1.   **ISAAC LARIAN'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO FIRST SET OF INTERROGATORIES (PHASE 2)**

2.   **DECLARATION OF DANIEL M. HAYES IN SUPPORT OF ISAAC LARIAN'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO FIRST SET OF INTERROGATORIES (PHASE 2**

on the interested parties in this action at their last known address as set forth below by taking the action described below:

Robert C. O'Brien
Discovery Master
Arent Fox LLP
555 West Fifth Street
Suite 4800
Los Angeles, CA  90013

☒ **BY PERSONAL DELIVERY:**  I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by FIRST LEGAL SUPPORT SERVICES of the document(s) listed above to the person(s) at the address(es) set forth above.

☐ **BY ELECTRONIC MAIL:**  I served the above-mentioned document electronically at __:____.m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 29, 2009, at Los Angeles, California.

_____
Monica Bowdre