1   Byron Z. Moldo (SBN 109652)
       bmoldo@ecjlaw.com
2   David Seror (SBN 67488)
       dseror@ecjlaw.com
3   Peter A. Davidson (SBN 76194)
       pdavidson@ecjlaw.com
4   ERVIN COHEN & JESSUP LLP
    9401 Wilshire Boulevard, Ninth Floor
5   Beverly Hills, California 90212-2974
    Telephone  (310) 273-6333
6   Facsimile  (310) 859-2325

7   Attorneys for Patrick A. Fraioli, Jr., Monitor

8

9                   UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                   EASTERN DIVISION (RIVERSIDE)

12

| 13  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 14            Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 15       v. | [Judge Stephen G. Larson] |
| 16  MATTEL, INC., a Delaware corporation,, | |
| 17            Defendant. | NOTICE OF COURT APPROVAL OF REQUEST FOR PAYMENT OF INTERIM FEES AND COSTS OF MONITORSHIP |
| 18  | |
| 19  | |

20

21       TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

22       PLEASE TAKE NOTICE that, in accordance with the Court's Order Re

23   Expiration of Temporary Receivership and Order Appointing MGA Monitor entered

24   May 21, 2009 ("Order"), Patrick A. Fraioli, Jr., Monitor ("Monitor"), gives notice of

25   the Court's approval of the Monitor's request for payment of  interim compensation

26   for the period May 18, 2009 through May 31, 2009 in the amounts stated below:

27

28

IDOCS:13593.1:902390.1

<u>Professional</u>: **Monitor**

| | |
|---|---|
| Fees: | $ 17,770.50 |
| Costs: | $     570.82 |
| Total: | $ 18,341.32 |

<u>Professional</u>: **Ervin Cohen & Jessup LLP ("ECJ")**
**(Attorneys for Monitor):**

| | |
|---|---|
| Fees: | $ 22,710.00 |
| Costs: | $   1,847.05 |
| Total: | $ 24,557.05 |

<u>Professional</u>: **Crowe Horwath LLP ("Crowe")**
**(Forensic Accounts to Monitor):**

| | |
|---|---|
| Fees: | $  20,967.00 |
| Costs: | $      -0- |
| Total: | $  20,967.00 |

<u>Professional</u>: **Interco Management Corp. ("Interco")**
**(Field Agent to Monitor):**

| | |
|---|---|
| Fees: | $   1,400.00 |
| Costs: | $     113.00 |
| Total: | $   1,513.00 |

The Order, at Paragraph 5, provides as follows:

5.     `For the duration of Monitorship, Mattel is directed to pay to the Monitor, in the manner directed by the Monitor, the fees and costs of the Monitorship within five (5) days of receipt of the Notice of Court Approval of Request for Payment of Interim Fees and Costs of Monitorship.  All interim fees paid shall be subject to final review and approval by this Court.  This Court retains jurisdiction to award a greater or lesser amount as the full, fair, and final value of such services.

///

IDOCS:13593.1:902390.1

NOTICE OF COURT APPROVAL OF REQUEST FOR PAYMENT OF INTERIM FEES AND COSTS OF MONITORSHIP

1    The Monitor has been informed that the Fees and Costs set forth above have been

2    approved for payment.

3

4    DATED: June 29, 2009          Respectfully submitted,

5

6                                  ERVIN COHEN & JESSUP LLP

7

8                                  By: _____

9                                      PETER A. DAVIDSON
                                       Attorneys for Patrick A. Fraioli, Jr., Monitor
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IDOCS:13593.1:902390.1

NOTICE OF COURT APPROVAL OF REQUEST FOR PAYMENT OF INTERIM FEES AND COSTS OF MONITORSHIP

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. My business address: 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA 90212-2974.

On **June 29, 2009**, I served the document(s) described as: **NOTICE OF COURT APPROVAL OF REQUEST FOR PAYMENT OF INTERIM FEES AND COSTS OF MONITORSHIP** on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐ **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

☐ **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐ **BY EMAIL:** I caused said document(s) to be sent via email.

☐ **ELECTRONICALLY MAILED:** Said document(s) were electronically served on the person(s) as indicated on the attached Notice of Electronic Filing.

☐ **BY TELEPHONIC COMMUNICATION:** I telephoned the interested parties and gave notice as indicated in my declaration.

☐ **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addressees listed on the attached Service List.

☐ **[State]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **[Federal]** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 29, 2009**, at Los Angeles, California.

ELAINE COOK

IDOCS:13379.2:902602.1

SERVICE LIST

Patrick A. Fraioli, Jr., Monitor                     Monitor
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA  90212-2974

Byron Z. Moldo, Esq.                                 Counsel for Monitor
Peter A. Davidson, Esq.
David Seror, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA  90212-2974
T:  310/273-6333
F:  310/859-2325
E:  bmoldo@ecjlaw.com;
pdavidson@ecjlaw.com

Thomas J. Nolan, Esq.                                Counsel for Defendants/Counter-
Jason D. Russell, Esq.                               Defendants/Appellants, MGA Entertainment,
Skadden Arps Slate Meagher & Flom LLP                Inc., MGA Entertainment (HK) Limited, and
300 S. Grand Avenue, Suite 3400                      Isaac Larian
Los Angeles, CA  90071-3144
T:  213/687-5000
F:  213/687-5600
E:  tnolan@skadden.com; jrussell@skadden.com

Mark E. Haddad, Esq.                                 Counsel for Defendants/Counter-
Robert A. Holland, Esq.                              Defendants/Appellants, MGA Entertainment,
Alycia A. Degen, Esq.                                Inc., MGA Entertainment (HK) Limited, and
Sidley Austin LLP                                    Isaac Larian
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
T:  213/896-6000
F:  213/896-6600
E:  mhaddad@sidley.com;
rholland@sidley.com; adegen@sidley.com

John B. Quinn, Esq.                                  Counsel for Defendant/Appellee, Mattel, Inc.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Brett Dylan Proctor, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
T:  213/443-3000
F:  213/443-3100
E:  johnquinn@quinnemanuel.com;
michaelzeller@quinnemanuel.com;
joncorey@quinnemanuel.com;
dylanproctor@quinnemanuel.com

| | | |
|---|---|---|
| 1 | Sanford I. Weisburst, Esq. | Counsel for Defendant/Appellee, Mattel, Inc. |
| 2 | Quinn Emanuel Urquhart Oliver & Hedges LLP<br>51 Madison Avenue, 22nd Floor | |
| 3 | New York, NY 10010<br>T : 212/849-7170 | |
| 4 | F : 212/849-7100<br>E : sandyweisburst@quinnemanuel.com | |
| 5 | | |
| 6 | Patricia L. Glaser, Esq. | Counsel for Counter-Defendant, MGAE De<br>Mexico SRL De Cv |
| 7 | Glaser Weil Fink Jacobs and Shapiro<br>10250 Constellation Blvd., 19th Floor | |
| 8 | Los Angeles, CA 90067<br>T: 310/553-3000 | |
| 9 | F: 310/556-2920<br>E: pglaser@glaserweil.com | |
| 10 | | |
| 11 | Russell J. Frackman, Esq. | Counsel for Counter-Defendant, MGAE De<br>Mexico SRL De Cv |
| 12 | Mitchell Silberberg & Knupp<br>11377 W. Olympic Blvd. | |
| 13 | Los Angeles, CA 90064-1683<br>T: 310/312-3132 | |
| 14 | F: 310/312-3788<br>E: rjf@msk.com | |
| 15 | | |
| 16 | Peter H. Bonis, Esq. | Counsel for Plaintiff, Carter Bryant |
| 17 | Peter H. Bonis Law Offices<br>1990 N. California Blvd., 8th Floor | |
| 18 | Walnut Creek, CA 94596<br>T: 925/287-6428 | |
| 19 | E: phbonis@cs.com | |
| 20 | Alexander H. Cote, Esq. | Counsel for Counter-Defendant, Carlos Gustavo<br>Machado Gomez |
| 21 | Mark E. Overland, Esq.<br>David C. Scheper, Esq. | |
| 22 | Overland Borenstein Scheper & Kim<br>601 West Fifth Street, 12th Floor | |
| 23 | Los Angeles, CA 90071-2025<br>T: 213/613-4655 | |
| 24 | F: 213/613-4656<br>E: acote@obsklaw.com; | |
| 25 | moverland@obsklaw.com;<br>dscheper@obsklaw.com | |
| 26 | | |
| 27 | | |
| 28 | | |

IDOCS:13379.2:902602.1

| | | |
|---|---|---|
| 1 | Leah Chava Gershon, Esq. | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez |
| | James W. Spertus Law Offices | |
| 2 | 12100 Wilshire Blvd., Suite 620 | |
| | Los Angeles, CA  90025 | |
| 3 | T:  310/826-4700 | |
| 4 | E:  leah@spertuslaw.com | |
| 5 | | |
| | Linda M. Burrow, Esq. | Counsel for Third Party Defendant, Anne Wang |
| 6 | Caldwell Leslie and Proctor PC | |
| | 1000 Wilshire Blvd., Suite 600 | |
| 7 | Los Angeles, CA  90017 | |
| | T:  213/629-9040 | |
| 8 | F:  213/629-9022 | |
| 9 | E:  burrow@caldwell-leslie.com | |
| 10 | Todd E. Gordinier, Esq. | Counsel for Limited Intervenor, Omni 808 Investors LLC |
| | Bingham McCutchen | |
| 11 | 600 Anton Blvd., 18th Floor | |
| 12 | Costa Mesa, CA  92626 | |
| | T:  714/830-0600 | |
| 13 | F:  714/830-0700 | |
| | E:  todd.gordinier@bingham.com | |
| 14 | | |
| 15 | Ronald L. Durkin, CPA/CFF, CFE, CIRA | Court-Appointed Officer |
| | Sr. Managing Director | |
| 16 | 701 B Street, Suite 1310 | |
| | San Diego, CA  92101 | |
| 17 | T:  619/481-5201 | |
| 18 | E:  rdurkin@durkinforensic.com | |
| 19 | | |
| | Robert C. O'Brien, Esq. | Court-Appointed Officers |
| 20 | Amb. Pierre-Richard Prosper | |
| | Arent Fox LLP | |
| 21 | 555 West 5th Street, 48th Floor | |
| 22 | Los Angeles, CA  90013 | |
| | T:  213/629-7400 | |
| 23 | F:  213/629-7401 | |
| | E:  obrien.robert@arentfox.com; | |
| 24 | prosper.pierre@arentfox.com | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

IDOCS:13379.2:902602.1