QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL INC.'S REPLY IN SUPPORT OF MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 27 REGARDING MOTION OF MATTEL, INC. TO COMPEL DOCUMENTS FROM BINGHAM MCCUTCHEN<br><br>Hearing Date:  July 6, 2009<br>Time:          10:00 a.m.<br>Place:         Courtroom 1<br><br>**Phase 2**<br><br>Discovery Cutoff:      Dec. 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial:                 March 23, 010 |

# DECLARATION OF SCOTT B. KIDMAN

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Order Re Mattel's Motions to Compel Farhad Larian, Kaye Scholer and Stern & Goldberg to Produce Documents, dated January 25, 2008 .

3. Attached hereto as Exhibit 2 is a true and correct copy the Order Granting MGA's Motion to Quash Mattel's Subpoena to Bank of America, dated May 7, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from the transcript of the March 4, 2009 hearing before Discovery Master Robert C. O'Brien.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 29, 2009 at Los Angeles, California.

/s/ Scott B. Kidman
Scott B. Kidman