**SCHEPER KIM & OVERLAND LLP**
MARK E. OVERLAND (State Bar No. 38375)
moverland@scheperkim.com
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone:.(213) 613-4655
Facsimile:. (213) 613-4656

**Attorneys for Counter-Defendant**
**Carlos Gustavo Machado Gomez**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, | **CASE NO. CV 04-9049 SGL (RNBx)** |
| Plaintiff, | Consolidated with CV 04-9059 and CV 05-2727 |
| v. | **AMENDED ANSWER AND AFFIRMATIVE DEFENSES OF COUNTER-DEFENDANT CARLOS GUSTAVO MACHADO GOMEZ TO THIRD AMENDED COUNTERCLAIM OF COUNTER-CLAIMANT MATTEL, INC.** |
| MATTEL, INC, | |
| Defendant. | |
| AND CONSOLIDATED CASES | |
| | **Phase 2:** Discovery Cut Off: .December 11, 2009 Pre-Trial Conf:.     March 1, 2010 Trial Date: .         March 23, 2010 |

Counter-Defendant Carlos Gustavo Machado Gomez ("Machado") hereby

answers, for himself alone, the Third Amended Answer and Counterclaims of

Counter-Claimant Mattel, Inc., as follows:

As a preliminary matter, Mattel's use of headings throughout its

counterclaims is improper, and therefore no response to Mattel's headings is

required. If any response is required, Machado denies all allegations contained in

Mattel's headings.

1.      Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 1, and on that basis denies the allegations set forth in paragraph 1.

2.      Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 2, and on that basis denies the allegations set forth in paragraph 2.

3.      Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 3, and on that basis denies the allegations set forth in paragraph 3.

4.      Machado admits that he and two other former Mattel employees were hired by MGA Entertainment, Inc. ("MGA"), and denies the remaining allegations set forth in paragraph 4.

5.      Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 5, and on that basis denies the allegations set forth in paragraph 5.

6.      Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 6, and on that basis denies the allegations set forth in paragraph 6.

7.      Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 7, and on that basis denies the allegations set forth in paragraph 7.

8.      Machado admits that the Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331, denies that 17 U.S.C. §§ 101 and 18 U.S.C. § 1964(c) apply to the extraterritorial conduct alleged in the Counterclaims, and denies that Mattel is entitled to any relief on its Counterclaims.

9.      Machado admits that venue is proper in this District for Mattel's claims based on conduct alleged to have occurred within this District and denies that venue

1  in this District for acts alleged to have occurred in Mexico or other places outside of

2  this District.

3      10.    Machado is without sufficient knowledge to admit or deny the

4  allegations set forth in paragraph 10, and on that basis denies the allegations set

5  forth in paragraph 10.

6      11.    Machado is without sufficient knowledge to admit or deny the

7  allegations set forth in paragraph 11, and on that basis denies the allegations set

8  forth in paragraph 11.

9      12.    Machado is without sufficient knowledge to admit or deny the

10  allegations set forth in paragraph 12, and on that basis denies the allegations set

11  forth in paragraph 12.

12      13.    Machado is without sufficient knowledge to admit or deny the

13  allegations set forth in paragraph 13, and on that basis denies the allegations set

14  forth in paragraph 13.

15      14.    Machado admits the allegations set forth in paragraph 14.

16      15.    Machado is without sufficient knowledge to admit or deny the

17  allegations set forth in paragraph 15, and on that basis denies the allegations set

18  forth in paragraph 15.

19      16.    Machado is without sufficient knowledge to admit or deny the

20  allegations set forth in paragraph 16, and on that basis denies the allegations set

21  forth in paragraph 16.

22      17.    Machado is without sufficient knowledge to admit or deny the

23  allegations set forth in paragraph 17, and on that basis denies the allegations set

24  forth in paragraph 17.

25      18.    Machado is without sufficient knowledge to admit or deny the

26  allegations set forth in paragraph 18, and on that basis denies the allegations set

27  forth in paragraph 18.

28      19.    Machado is without sufficient knowledge to admit or deny the

allegations set forth in paragraph 19, and on that basis denies the allegations set forth in paragraph 19.

20.    Machado denies the allegations set forth in paragraph 20.

21.    Machado admits the allegations set forth in paragraph 21.

22.    Paragraph 22 is a statement of Mattel's legal position to which no response is necessary. To the extent that a response is required, Machado denies the allegations set forth in paragraph 22.

23.    Machado admits the allegations set forth in the first sentence of paragraph 23. Machado is without sufficient knowledge to admit or deny the remaining allegations set forth in paragraph 23, and on that basis denies the allegations set forth in paragraph 23.

24.    Machado is without sufficient knowledge to admit or deny the, allegations set forth in paragraph 24, and on that basis denies the allegations set forth in paragraph 24.

25.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 25, and on that basis denies the allegations set forth in paragraph 25.

26.    Machado admits that MGA is a toy manufacturer, but is without sufficient knowledge to admit or deny the remaining allegations set forth in paragraph 26, and on that basis denies the remaining allegations set forth in paragraph 26.

27.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 27, and on that basis denies the allegations set forth in paragraph 27.

28.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 28, and on that basis denies the allegations set forth in paragraph 28.

29.    Machado is without sufficient knowledge to admit or deny the

1   allegations set forth in paragraph 29, and on that basis denies the allegations set

2   forth in paragraph 29.

3          30.     Machado is without sufficient knowledge to admit or deny the

4   allegations set forth in paragraph 30, and on that basis denies the allegations set

5   forth in paragraph 30.

6          31.     Machado is without sufficient knowledge to admit or deny the

7   allegations set forth in paragraph 31, and on that basis denies the allegations set

8   forth in paragraph 31.

9          32.     Machado is without sufficient knowledge to admit or deny the

10   allegations set forth in paragraph 32, and on that basis denies the allegations set

11   forth in paragraph 32.

12          33.     Machado is without sufficient knowledge to admit or deny the

13   allegations set forth in paragraph 33, and on that basis denies the allegations set

14   forth in paragraph 33.

15          34.     Machado is without sufficient knowledge to admit or deny the

16   allegations set forth in paragraph 34, and on that basis denies the allegations set

17   forth in paragraph 34.

18          35.     Machado is without sufficient knowledge to admit or deny the

19   allegations set forth in paragraph 35, and on that basis denies the allegations set

20   forth in paragraph 35.

21          36.     Machado is without sufficient knowledge to admit or deny the

22   allegations set forth in paragraph 36, and on that basis denies the allegations set

23   forth in paragraph 36.

24          37.     Machado is without sufficient knowledge to admit or deny the

25   allegations set forth in paragraph 37, and on that basis denies the allegations set

26   forth in paragraph 37.

27          38.     Machado is without sufficient knowledge to admit or deny the

28   allegations set forth in paragraph 38, and on that basis denies the allegations set

forth in paragraph 38.

39. Machado admits that MGA distributes and sells Bratz and Bratz-related products in many countries throughout the world. Machado is without sufficient knowledge to admit or deny the remaining allegations set forth in paragraph 39, and on that basis denies the allegations set forth in paragraph 39.

40. Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 40, and on that basis denies the allegations set forth in paragraph 40.

41. Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 41, and on that basis denies the allegations set forth in paragraph 41.

42. Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 42, and on that basis denies the allegations set forth in paragraph 42.

43. Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 43, and on that basis denies the allegations set forth in paragraph 43.

44. Machado is without sufficient knowledge to admit or deny the first two sentences set forth in paragraph 44, and on that basis denies the allegations set forth in the first two sentences of paragraph 44. Machado admits that he was hired by MGAE de Mexico, and denies the remaining allegations set forth in paragraph 44.

45. Machado admits that he was a Marketing Manager, Boys Division, for Mattel Mexico, admits that he was employed at Mattel Mexico from April 1997, until April 19, 2004, admits that his duties included short, medium, and long-term marketing planning, generating product sales projections, and assisting in creation of the media plan, and admits that he had an employment agreement with Mattel. Machado is without sufficient knowledge to admit or deny the remaining allegations set forth in paragraph 45, and on that basis denies the remaining allegations set forth

in paragraph 45.

46.     Machado admits that Mariana Trueba Almada ("Trueba") was a Marketing Manager, Girls Division, for Mattel Mexico, admits that Trueba was employed at Mattel Mexico until April 19, 2004, admits that her duties included planning, generating product sales projections, and assisting in creation of the media plan. Machado is without sufficient knowledge to admit or deny the remaining allegations set forth in paragraph 46, and on that basis denies the remaining allegations set forth in paragraph 46.

47.     Machado admits that Pablo Vargas San Jose ("Vargas") was a Senior Trade Marketing Manager with Mattel Mexico, admits that Vargas was employed at Mattel Mexico until April 19, 2004, admits that his duties included ensuring that point-of-sale promotions were carried out and generally managing promotional activities.  Machado is without sufficient knowledge to admit or deny the remaining allegations set forth in paragraph 47, and on that basis denies the remaining allegations set forth in paragraph 47.

48.     Machado admits that in or about 2004, Machado, Trueba and Vargas discussed leaving Mattel Mexico, admits that he resigned from Mattel Mexico on April 19, 2004, admits that he did not identify his new employer, admits that he was offered and accepted employment at MGAE de Mexico, and denies the remaining allegations set forth in paragraph 48.

49.     Machado admits that he communicated with MGA personnel prior to his resignation from Mattel, admits that these communications included telephone communications and e-mail communications, and denies the remaining allegations set forth in paragraph 49.

50.     Machado admits that in or about March 2004, Machado, Trueba, and Vargas made plans to travel from Mexico to Los Angeles in April 2004, admits that in or about March 2004, Machado, Trueba and Vargas discussed with MGA personnel, including Larian, employment at MGAE de Mexico, states that the

1  quoted plot04@aol.com emails speak for themselves, and denies the remaining
2  allegations set forth in paragraph 50.

3         51.    Machado denies the allegations set forth in paragraph 51.

4         52.    Machado denies the allegations set forth in paragraph 52.

5         53.    Machado denies the allegations set forth in paragraph 53.

6         54.    Machado is without sufficient knowledge to admit or deny the
7  allegations set forth in paragraph 54, and on that basis denies the allegations set 5
8  forth in paragraph 54.

9         55.    Machado denies the allegations set forth in paragraph 55.

10        56.    Machado denies the allegations set forth in paragraph 56.

11        57.    Machado is without sufficient knowledge to admit or deny the
12  allegations set forth in paragraph 57, and on that basis denies the allegations set
13  forth in paragraph 57.

14        58.    Machado denies the allegations set forth in paragraph 58.

15        59.    Machado admits that during the week of April 26, 2004, Machado and
16  Vargas traveled to Los Angeles to meet with MGA personnel, including Isaac
17  Larian, in person.

18        60.    Machado admits that on October 27, 2005, Mexican authorities
19  searched MGAE de Mexico, and otherwise is without sufficient knowledge to admit
20  17 or deny the remaining allegations set forth in paragraph 60.

21        61.    Machado admits that Machado was transferred from MGAE de Mexico
22  to MGA's office in Van Nuys, California, admits that he asserted his right to be free
23  from self incrimination under the Fifth Amendment to the United States
24  Constitution as well as his similar rights under Mexican law, that he has resided in
25  the County of Los Angeles, and that he currently resides in Mexico and denies the
26  remaining allegations set forth in paragraph 61.

27        62.    Machado is without sufficient knowledge to admit or deny the
28  allegations set forth in paragraph 62, and on that basis denies the allegations set

1 │ forth in paragraph 62.

2 │       63.    Machado is without sufficient knowledge to admit or deny the

3 │ allegations set forth in paragraph 63, and on that basis denies the allegations set

4 │ forth in paragraph 63.

5 │       64.    Machado is without sufficient knowledge to admit or deny the

6 │ allegations set forth in paragraph 64, and on that basis denies the allegations set

7 │ forth in paragraph 64.

8 │       65.    Machado is without sufficient knowledge to admit or deny the

9 │ allegations set forth in paragraph 65, and on that basis denies the allegations set

10 │ forth in paragraph 65.

11 │       66.    Machado is without sufficient knowledge to admit or deny the

12 │ allegations set forth in paragraph 66, and on that basis denies the allegations set

13 │ forth in paragraph 66.

14 │       67.    Machado is without sufficient knowledge to admit or deny the

15 │ allegations set forth in paragraph 67, and on that basis denies the allegations set

16 │ forth in paragraph 67.

17 │       68.    Machado is without sufficient knowledge to admit or deny the

18 │ allegations set forth in paragraph 68, and on that basis denies the allegations set

19 │ forth in paragraph 68.

20 │       69.    Machado is without sufficient knowledge to admit or deny the

21 │ allegations set forth in paragraph 69, and on that basis denies the allegations set

22 │ forth in paragraph 69.

23 │       70.    Machado is without sufficient knowledge to admit or deny the

24 │ allegations set forth in paragraph 70, and on that basis denies the allegations set

25 │ forth in paragraph 70.

26 │       71.    Machado is without sufficient knowledge to admit or deny the

27 │ allegations set forth in paragraph 71, and on that basis denies the allegations set

28 │ forth in paragraph 71.

Amended Answer of Carlos Gustavo Machado Gomez to Mattel, Inc.'s Third Amended Answer and Counterclaims

1    72.    Machado is without sufficient knowledge to admit or deny the
2    allegations set forth in paragraph 72, and on that basis denies the allegations set
3    forth in paragraph 72.

4    73.    Machado is without sufficient knowledge to admit or deny the
5    allegations set forth in paragraph 73, and on that basis denies the allegations set
6    forth in paragraph 73.

7    74.    Machado admits that Brawer is the Executive Vice President of Sales
8    and Marketing at MGA, and is without sufficient knowledge to admit or deny the
9    remaining allegations set forth in paragraph 74, and on that basis denies the
10   allegations set forth in paragraph 74.

11   75.    Machado is without sufficient knowledge to admit or deny the
12   allegations set forth in paragraph 75, and on that basis denies the allegations set
13   forth in paragraph 75.

14   76.    Machado is without sufficient knowledge to admit or deny the
15   allegations set forth in paragraph 76, and on that basis denies the allegations set
16   forth in paragraph 76.

17   77.    Machado is without sufficient knowledge to admit or deny the
18   allegations set forth in paragraph 77, and on that basis denies the allegations set
19   forth in paragraph 77.

20   78.    Machado is without sufficient knowledge to admit or deny the
21   allegations set forth in paragraph 78, and on that basis denies the allegations set
22   forth in paragraph 78.

23   79.    Machado is without sufficient knowledge to admit or deny the
24   allegations set forth in paragraph 79, and on that basis denies the allegations set
25   forth in paragraph 79.

26   80.    Machado is without sufficient knowledge to admit or deny the
27   allegations set forth in paragraph 80, and on that basis denies the allegations set
28   forth in paragraph 80.

Amended Answer of Carlos Gustavo Machado Gomez to Mattel, Inc.'s Third Amended Answer and Counterclaims

1    81.    Machado is without sufficient knowledge to admit or deny the

2  allegations set forth in paragraph 81, and on that basis denies the allegations set

3  forth in paragraph 81.

4    82.    Machado is without sufficient knowledge to admit or deny the

5  allegations set forth in paragraph 82, and on that basis denies the allegations set

6  forth in paragraph 82.

7    83.    Machado is without sufficient knowledge to admit or deny the

8  allegations set forth in paragraph 83, and on that basis denies the allegations set

9  forth in paragraph 83.

10    84.    Machado is without sufficient knowledge to admit or deny the

11  allegations set forth in paragraph 84, and on that basis denies the allegations set

12  forth in paragraph 84.

13    85.    Machado is without sufficient knowledge to admit or deny the

14  allegations set forth in paragraph 85, and on that basis denies the allegations set

15  forth in paragraph 85.

16    86.    Machado is without sufficient knowledge to admit or deny the

17  allegations set forth in paragraph 86, and on that basis denies the allegations set

18  forth in paragraph 86.

19    87.    Machado is without sufficient knowledge to admit or deny the

20  allegations set forth in paragraph 87, and on that basis denies the allegations set

21  forth in paragraph 87.

22    88.    Machado is without sufficient knowledge to admit or deny the

23  allegations set forth in paragraph 88, and on that basis denies the allegations set

24  forth in paragraph 88.

25    89.    Machado is without sufficient knowledge to admit or deny the

26  allegations set forth in paragraph 89, and on that basis denies the allegations set

27  forth in paragraph 89.

28    90.    Machado is without sufficient knowledge to admit or deny the

allegations set forth in paragraph, 72, and on that basis denies the allegations set forth in paragraph 90.

91.     Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 91, and on that basis denies the allegations set forth in paragraph 91.

92.     Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 92, and on that basis denies the allegations set forth in paragraph 92.

93.     Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 93, and on that basis denies the allegations set forth in paragraph 93.

94.     Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 94, and on that basis denies the allegations set forth in paragraph 94.

95.     Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 95, and on that basis denies the allegations set forth in paragraph 95.

96.     Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 96, and on that basis denies the allegations set forth in paragraph 96.

97.     Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 97, and on that basis denies the allegations set forth in paragraph 97.

98.     Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 98, and on that basis denies the allegations set forth in paragraph 98.

99.     Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 99, and on that basis denies the allegations set

1   forth in paragraph 99.

2   100.   Machado is without sufficient knowledge to admit or deny the
3   allegations set forth in paragraph 100, and on that basis denies the allegations set
4   forth in paragraph 100.

5   101.   Machado is without sufficient knowledge to admit or deny the
6   allegations set forth in paragraph 101, and on that basis denies the allegations set
7   forth in paragraph 101.

8   102.   Machado is without sufficient knowledge to admit or deny the
9   allegations set forth in paragraph 102, and on that basis denies the allegations set
10  forth in paragraph 102.

11  103.   Machado is without sufficient knowledge to admit or deny the
12  allegations set forth in paragraph 103, and on that basis denies the allegations set
13  forth in paragraph 103.

14  104.   Machado is without sufficient knowledge to admit or deny the
15  allegations set forth in paragraph 104, and on that basis denies the allegations set
16  forth in paragraph 104.

17  105.   Machado is without sufficient knowledge to admit or deny the
18  allegations set forth in paragraph 105, and on that basis denies the allegations set
19  forth in paragraph 105.

20  106.   Machado is without sufficient knowledge to admit or deny the
21  allegations set forth in paragraph 106, and on that basis denies the allegations set
22  forth in paragraph 106.

23  107.   Machado is without sufficient knowledge to admit or deny the
24  allegations set forth in paragraph 107, and on that basis denies the allegations set
25  forth in paragraph 107.

26  108.   Machado is without sufficient knowledge to admit or deny the
27  allegations set forth in paragraph 108, and on that basis denies the allegations set
28  forth in paragraph 108.

Amended Answer of Carlos Gustavo Machado Gomez to Mattel, Inc.'s Third Amended Answer and Counterclaims

1   109.   Machado is without sufficient knowledge to admit or deny the
2   allegations set forth in paragraph 109, and on that basis denies the allegations set
3   forth in paragraph 109.

4   110.   Machado is without sufficient knowledge to admit or deny the
5   allegations set forth in paragraph 110, and on that basis denies the allegations set
6   forth in paragraph 110.

7   111.   Machado is without sufficient knowledge to admit or deny the
8   allegations set forth in paragraph 111, and on that basis denies the allegations set
9   forth in paragraph 111.

10   112.   Machado is without sufficient knowledge to admit or deny the
11   allegations set forth in paragraph 112, and on that basis denies the allegations set
12   forth in paragraph 112.

13   113.   Machado is without sufficient knowledge to admit or deny the
14   allegations set forth in paragraph 113, and on that basis denies the allegations set
15   forth in paragraph 113.

16   114.   Machado is without sufficient knowledge to admit or deny the
17   allegations set forth in paragraph 114, and on that basis denies the allegations set
18   forth in paragraph 114.

19   115.   Machado is without sufficient knowledge to admit or deny the
20   allegations set forth in paragraph 115, and on that basis denies the allegations set
21   forth in paragraph 115.

22   116.   Machado is without sufficient knowledge to admit or deny the
23   allegations set forth in paragraph 116, and on that basis denies the allegations set
24   forth in paragraph 116.

25   117.   Machado is without sufficient knowledge to admit or deny the
26   allegations set forth in paragraph 117, and on that basis denies the allegations set
27   forth in paragraph 117.

28   118.   Machado is without sufficient knowledge to admit or deny the

Amended Answer of Carlos Gustavo Machado Gomez to Mattel, Inc.'s Third Amended Answer and Counterclaims

allegations set forth in paragraph 118, and on that basis denies the allegations set forth in paragraph 118.Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 118, and on that basis denies the allegations set forth in paragraph 118.

119.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 119, and on that basis denies the allegations set forth in paragraph 119.

120.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 120, and on that basis denies the allegations set forth in paragraph 120.

121.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 121, and on that basis denies the allegations set forth in paragraph 121.

122.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 122, and on that basis denies the allegations set forth in paragraph 122.

123.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 123, and on that basis denies the allegations set forth in paragraph 123.

124.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 124, and on that basis denies the allegations set forth in paragraph 124.

125.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 125, and on that basis denies the allegations set forth in paragraph 125.

126.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 126, and on that basis denies the allegations set forth in paragraph 126.

127.   Machado repeats his responses contained in paragraphs 1 through 126 of this Answer and incorporates them by reference as though fully and completely set forth herein.

128.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 128, and on that basis denies the allegations set forth in paragraph 128.

129.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 129, and on that basis denies the allegations set forth in paragraph 129.

130.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 130, and on that basis denies the allegations set forth in paragraph 130.

131.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 131, and on that basis denies the allegations set forth in paragraph 131.

132.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 132, and on that basis denies the allegations set forth in paragraph 132.

133.   Machado repeats his responses contained in paragraphs 1 through 132 of this Answer and incorporates them by reference as though fully and completely set forth herein.

134.   Machado denies the allegations set forth in paragraph 134.

135.   Machado denies the allegations set forth in paragraph 135.

136.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 136, and on that basis denies the allegations set forth in paragraph 136.

137.   Machado denies the allegations set forth in paragraph 137.

138.   Machado is without sufficient knowledge to admit or deny the

1  allegations set forth in paragraph 138, and on that basis denies the allegations set
2  forth in paragraph 138.

3          139.   Machado denies the allegations set forth in paragraph 139.

4          140.   Machado denies the allegations set forth in paragraph 140.

5          141.   Machado denies the allegations set forth in paragraph 141.

6          142.   Machado denies the allegations set forth in paragraph 142.

7          143.   Machado denies the allegations set forth in paragraph 143.

8          144.   Machado denies the allegations set forth in paragraph 144.

9          145.   Machado denies the allegations set forth in paragraph 145.

10         146.   Machado repeats his responses contained in paragraphs, 1 through 145
11 of this Answer and incorporates them by reference as though fully and completely
12 set forth herein.

13         147.   Machado denies the allegations set forth in paragraph 147.

14         148.   Machado denies the allegations set forth in paragraph 148.

15         149.   Machado is without sufficient knowledge to admit or deny the
16 allegations set forth in paragraph 149, and on that basis denies the allegations set
17 forth in paragraph 149.

18         150.   Machado is without sufficient knowledge to admit or deny the
19 allegations set forth in paragraph 150, and on that basis denies the allegations set
20 forth in paragraph 150.

21         151.   Machado denies the allegations set forth in paragraph 151.

22         152.   Machado denies the allegations set forth in paragraph 152.

23         153.   Machado denies the allegations set forth in paragraph 153.

24         154.   Machado denies the allegations set forth in paragraph 154.

25         155.   Machado denies the allegations set forth in paragraph 155.

26         156.   Machado repeats his responses contained in paragraphs 1 through 155
27 of this Answer and incorporates them by reference as though fully and completely
28 set forth herein.

1    157.   Machado denies the allegations set forth in paragraph 157.

2    158.   Machado denies the allegations set forth in paragraph 158.

3

4    159.   Machado is without sufficient knowledge to admit or deny the

5    allegations set forth in paragraph 159, and on that basis denies the allegations set

6    forth in paragraph 159.

7    160.   Machado denies the allegations set forth in paragraph 160.

8    161.   Machado denies the allegations set forth in paragraph 161.

9    162.   Machado denies the allegations set forth in paragraph 162.

10   163.   Machado denies the allegations set forth in paragraph 163.

11   164.   Machado denies the allegations set forth in paragraph 164.

12   165.   Machado denies the allegations set forth in paragraph 165.

13   166.   Machado repeats his responses contained in paragraphs 1 through 165

14   of this Answer and incorporates them by reference as though fully and completely

15   set forth herein.

16   167.   Machado is without sufficient knowledge to admit or deny the

17   allegations set forth in paragraph 167, and on that basis denies the allegations set

18   forth in paragraph 167.

19   168.   Machado is without sufficient knowledge to admit or deny the

20   allegations set forth in paragraph 168, and on that basis denies the allegations set

21   forth in paragraph 168.

22   169.   Machado is without sufficient knowledge to admit or deny the

23   allegations set forth in paragraph 169, and on that basis denies the allegations set

24   forth in paragraph 169.

25   170.   Machado is without sufficient knowledge to admit or deny the

26   allegations set forth in paragraph 170, and on that basis denies the allegations set

27   forth in paragraph 170.

28   171.   Machado is without sufficient knowledge to admit or deny the

Amended Answer of Carlos Gustavo Machado Gomez to Mattel, Inc.'s Third Amended Answer and Counterclaims

1  allegations set forth in paragraph 171, and on that basis denies the allegations set
2  forth in paragraph 171.

3  172.   Machado repeats his responses contained in paragraphs 1 through 171
4  of this Answer and incorporates them by reference as though fully and completely
5  set forth herein.

6  173.   Machado is without sufficient knowledge to admit or deny the
7  allegations set forth in paragraph 173, and on that basis denies the allegations set
8  forth in paragraph 173.

9  174.   Machado is without sufficient knowledge to admit or deny the
10  allegations set forth in paragraph 174, and on that basis denies the allegations set
11  forth in paragraph 174.

12  175.   Machado denies the allegations set forth in paragraph 175.

13  176.   Machado denies the allegations set forth in paragraph 176.

14  177.   Machado denies the allegations set forth in paragraph 177.

15  178.   Machado denies the allegations set forth in paragraph 178.

16  179.   Machado repeats his responses contained in paragraphs 1 through 178
17  of this Answer and incorporates them by reference as though fully and completely
18  set forth herein.

19  180.   The first and fifth sentences of paragraph 180 are statements of
20  Mattel's legal position, to which no response is necessary. To the extent a response
21  is required, Machado denies the allegations set forth in the first and fifth sentences
22  of paragraph 180.  Machado is without sufficient knowledge to admit or deny the
23  allegations set forth in paragraph 180 as they pertain to Bryant.  Machado admits
24  that he had access to Mattel information, supervised the work of others, exercised
25  discretion and worked independently in many of his job assignments and duties,
26  represented Mattel in its dealings with third parties, and in actions in the course and
27  scope of his relationship with Mattel, was an agent of Mattel. Machado denies the
28  allegations set forth in the fourth sentence of paragraph 180.  Machado denies the

18

1  remaining allegations in paragraph 180.

2      181.   Machado is without sufficient knowledge to admit or deny the

3  allegations set forth in paragraph 181, and on that basis denies the allegations set

4  forth in paragraph 181.

5      182.   Machado denies the allegations set forth in paragraph 182.

6      183.   Machado denies the allegations set forth in paragraph 183.

7      184.   Machado denies the allegations set forth in paragraph 184.

8      185.   Machado denies the allegations set forth in paragraph 185.

9      186.   Machado repeats his responses contained in paragraphs 1 through 185

10  of this Answer and incorporates them by reference as though fully and completely

11  set forth herein.

12      187.   Machado is without sufficient knowledge to admit or deny the

13  allegations set forth in paragraph 187, and on that basis denies the allegations set

14  forth in paragraph 187.

15      188.   Machado is without sufficient knowledge to admit or deny the

16  allegations set forth in paragraph 188, and on that basis denies the allegations set

17  forth in paragraph 188.

18      189.   Machado denies the allegations set forth in paragraph 189.

19      190.   Machado is without sufficient knowledge to admit or deny the

20  allegations set forth in paragraph 190, and on that basis denies the allegations set

21  forth in paragraph 190.

22      191.   Machado is without sufficient knowledge to admit or deny the

23  allegations set forth in paragraph 191, and on that basis denies the allegations set

24  forth in paragraph 191.

25      192.   Machado repeats his responses contained in paragraphs 1 through 191

26  of this Answer and incorporates them by reference as though fully and completely

27  set forth herein.

28      193.   Paragraph 193 is a statement of Mattel's legal position, to which no

1    response is necessary. To the extent a response is required, Machado denies the

2    allegations set forth paragraph 193.

3         194.   Machado denies the allegations set forth in paragraph 194.

4         195.   Machado denies the allegations set forth in paragraph 195.

5         196.   Machado denies the allegations set forth in paragraph 196.

6         197.   Machado denies the allegations set forth in paragraph 197.

7         198.   Machado denies the allegations set forth in paragraph 198.

8         199.   Machado repeats his responses contained in paragraphs 1 through 198

9    of this Answer and incorporates them by reference as though fully and completely

10    set forth herein.

11         200.   Machado is without sufficient knowledge to admit or deny the

12    allegations set forth in paragraph 200, and on that basis denies the allegations set

13    forth in paragraph 200.

14         201.   Machado is without sufficient knowledge to admit or deny the

15    allegations set forth in paragraph 201, and on that basis denies the allegations set

16    forth in paragraph 201.

17         202.   Machado is without sufficient knowledge to admit or deny the

18    allegations set forth in paragraph 202, and on that basis denies the allegations set

19    forth in paragraph 202.

20         203.   Machado is without sufficient knowledge to admit or deny the

21    allegations set forth in paragraph 203, and on that basis denies the allegations set

22    forth in paragraph 203.

23         204.   Machado is without sufficient knowledge to admit or deny the

24    allegations set forth in paragraph 204, and on that basis denies the allegations set

25    forth in paragraph 204.

26         205.   Machado repeats his responses contained in paragraphs 1 through 204

27    of this Answer and incorporates them by reference as though fully and completely

28    set forth herein.

206.   Machado denies the allegations set forth in paragraph 206.

207.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 207, and on that basis denies the allegations set forth in paragraph 207.

208.   Machado denies the allegations set forth in paragraph 208.

209.   Machado denies the allegations set forth in paragraph 209.

210.   Machado denies the allegations set forth in paragraph 210.

211.   Machado denies the allegations set forth in paragraph 211.

212.   Machado denies the allegations set forth in paragraph 212.

213.   Machado repeats his responses contained in paragraphs 1 through 212 of this Answer and incorporates them by reference as though fully and completely set forth herein.

214.   Paragraph 214 is a statement of Mattel's legal position, to which no response is necessary. To the extent a response is required, Machado denies the allegations set forth paragraph 214.

215.   Machado denies the allegations set forth in paragraph 215.

216.   Machado denies the allegations set forth in paragraph 216.

217.   Machado repeats his responses contained in paragraphs 1 through 216 of this Answer and incorporates them by reference as though fully and completely set forth herein.

218.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 218, and on that basis denies the allegations set forth in paragraph 218.

219.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 219, and on that basis denies the allegations set forth in paragraph 219.

220.   Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 220, and on that basis denies the allegations set

1  forth in paragraph 220.

2      221.   Machado is without sufficient knowledge to admit or deny the

3  allegations set forth in paragraph 221, and on that basis denies the allegations set

4  forth in paragraph 221.

5      222.   Machado is without sufficient knowledge to admit or deny the

6  allegations set forth in paragraph 222, and on that basis denies the allegations set

7  forth in paragraph 222.

8      223.   Machado repeats his responses contained in paragraphs 1 through 222

9  of this Answer and incorporates them by reference as though fully and completely

10 set forth herein.

11     224.   Machado is without sufficient knowledge to admit or deny the

12 allegations set forth in paragraph 224, and on that basis denies the allegations set

13 forth in paragraph 224.

14     225.   Paragraph 225 is a statement of Mattel's legal position to which no

15 response is necessary. To the extent that a response is required, Machado is without

16 sufficient knowledge to admit or deny the allegations set forth in paragraph 225, and

17 on that basis denies the allegations set forth in paragraph 225.

18     226.   Paragraph 226 is a statement of Mattel's legal position to which no

19 response is necessary. To the extent that a response is required, Machado is without

20 sufficient knowledge to admit or deny the allegations set forth in paragraph 226, and

21 on that basis denies the allegations set forth in paragraph 226.

22                          **AFFIRMATIVE DEFENSES**

23     227.   Without admitting any wrongful conduct on the part of Machado or any

24 Counter-Defendant, and without admitting that Mattel suffered any loss, damage, or

25 injury, Machado alleges the following affirmative defenses to the Counterclaims. By

26 designating the following as affirmative defenses, Machado does not in any way

27 waive or limit any defenses which are or may be raised by his denials, allegations,

28 and averments set forth herein. Machado also does not, by alleging any affirmative

1   defense, admit that Mattel does not have the burden of proof for any or all facts

2   underlying any of those defenses. These defenses are pled in the alternative, and are

3   raised to preserve the rights of Machado to assert such defenses, and are without

4   prejudice to his ability to raise other and further defenses.

5   ## FIRST AFFIRMATIVE DEFENSE

6   ### (Failure to State of Claim)

7   228.   Mattel's counterclaims fail to state a claim against Machado upon

8   which relief can be granted. This affirmative defense is based in part on Mattel's

9   effort to lump all counter-defendants together and allege collective wrongdoing by

10   all counter-defendants without adequately distinguishing the counter-defendants

11   from one another or adequately tailoring its allegations to the specific conduct of

12   each counter-defendant.  For example, in its Thirteenth Counterclaim, Mattel seeks

13   declaratory relief from all counter-defendants regarding counter-defendants' lack of

14   ownership interests in Bratz, yet Machado has never asserted an individual

15   ownership interest in Bratz.

16   ## SECOND AFFIRMATIVE DEFENSE

17   ### (Unclean Hands)

18   229.   Mattel's counterclaims are barred in whole or in part by Mattel's

19   unclean hands. This affirmative defense is based in part on Mattel's conduct in

20   hiring Machado and then filing this lawsuit against him after he resigned his

21   position at Mattel. The conduct underlying this unclean hands defense includes, for

22   example, the fact that Mattel granted permission to Machado to make copies of

23   certain materials for personal use, and then filed this lawsuit against Machado for

24   making the copies that Machado was permitted by Mattel to make.  Mattel is aware

25   that Machado's primary language is Spanish, and Machado signed employment-

26   related documents with Mattel that were translated into Spanish by Mattel, the

27   Spanish translation that Mattel now alleges in this litigation was improper. In

28   addition, Mattel has apparently based many of its allegations against Machado on

1  information Mattel improperly learned by reading Machado's emails and private

2  communications.  In addition, Mattel attempted to coerce Machado by demanding

3  that Machado sign certain documents in order to receive payment for services

4  Machado was due to be paid by Mattel. These averments are made on information

5  and belief except where Machado has knowledge thereof.

6  <u>**THIRD AFFIRMATIVE DEFENSE**</u>

7  **(Statute of Limitations)**

8      230.   Mattel's counterclaims are barred by the applicable statutes of

9  limitations, including but not limited to, 18 V.S.C. § 1961 et seq., 17 V.S.C. §

10  507(b), and Code of Civil Procedure §§ 337, 339, 343 and 338(c).

11  <u>**FOURTH AFFIRMATIVE DEFENSE**</u>

12  **(Information Readily Ascertainable)**

13      231.   Machado cannot be liable for misappropriation of information that was

14  readily ascertainable by proper means at the time of the alleged acquisition or use.

15  Such information includes, but is not limited to, the identity of suppliers,

16  manufacturers, distributors and retailers; contact information for the same, and sales,

17  marketing and media data.

18

19  <u>**FIFTH AFFIRMATIVE DEFENSE**</u>

20  **(Acts or Omissions of Others)**

21      232.   Mattel's damages, if any, were not caused by Machado and are not

22  attributable to the acts or omissions of Machado.

23  <u>**SIXTH AFFIRMATIVE DEFENSE**</u>

24  **(Waiver)**

25      233.   Mattel's counterclaims are barred in whole or in part by waiver

26  because, among other things, Mattel authorized Machado to make copies of

27  materials, and Mattel's employment-related documents permit the copying of then

28  filed this lawsuit against Machado for making the copies Machado was permitted by

Mattel to make. The Spanish translations of Mattel's employment-related documents permit the copying of materials that Mattel now alleges in this litigation was improper. These averments are made on information and belief except where Machado has knowledge thereof.

### SEVENTH AFFIRMATIVE DEFENSE

### (Estoppel)

234.   Mattel's counterclaims are barred in whole or in part by estoppel because, among other things, Mattel authorized Machado to make copies of materials and then filed this lawsuit against Machado for making the copies Machado was permitted by Mattel to make. The Spanish translations of Mattel's employment-related documents permit the copying of materials that Mattel now alleges in this litigation was improper. These averments are made on information and belief, except where Machado has knowledge thereof.

### EIGHTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

235.   To the extent Mattel suffered any damages, Mattel failed to take reasonable steps to mitigate those purported damages. For example, Mattel could have revoked the authorization it provided to Machado to make copies of materials for personal use.

### NINTH AFFIRMATIVE DEFENSE

### (Innocent Intent)

236.   If Machado improperly copied any Mattel documents, Machado did so without knowledge or intent.  Mattel authorized Machado to make copies of materials, and then filed this lawsuit against Machado for making the copies Machado was permitted by Mattel to make.  The Spanish translations of Mattel's employment-related documents permit the copying of materials that Mattel now alleges in this litigation was improper.  These averments are made on information and belief except where Machado has knowledge thereof.

## TENTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

237.   Mattel's counterclaims are barred in whole or in part by its lack of standing.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Undiscovered Defenses)

238.   Machado has insufficient knowledge or information upon which to form a belief as to whether additional defenses are available. Machado reserves the right to add any further or additional defense upon receiving more complete information regarding the matters alleged in the Counterclaims, through discovery or otherwise.

## TWELFTH AFFIRMATIVE DEFENSE

### (Joinder in Defenses of Co-Defendants)

239.   Machado hereby adopts and incorporates by reference, as though fully set forth herein, any and all affirmative defenses that have been or will be asserted by any other defendant (including MGA, Larian and Bryant) in this litigation to the extent that defendants may share in such affirmative defenses, including but not limited to any affirmative defenses that are asserted by both Machado and any other defendant.

WHEREFORE, MACHADO prays for relief as follows:

1.     That Mattel  take nothing by reason of the Third Amended Answer and Counterclaims

2.     that the Counterclaims be dismissed with prejudice;

3.     that judgment be entered in favor of Counter-Defendants and against Counterclaimant;

4.     that Counter-Defendants recover their costs and attorneys' fees; and

5.     for such other and further relief as the Court deems just and proper.

DATED: June 29, 2009       SCHEPER KIM & OVERLAND LLP
                            MARK E. OVERLAND
                            DAVID C. SCHEPER
                            ALEXANDER H. COTE


                            By: _____/s/_____
                                Alexander H. Cote
                                Attorneys for Counter-Defendant
                                Carlos Gustavo Machado Gomez

Amended Answer of Carlos Gustavo Machado Gomez to Mattel, Inc.'s Third Amended Answer and Counterclaims