QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel. Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT OF MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER RE MGA'S FIRST SET OF PHASE 2 INTERROGATORIES<br><br>Date:   TBD<br>Time:  TBD<br>Place:  Arent Fox LLP<br>  555 West Fifth St.<br>  48th Floor<br>  Los Angeles, CA<br>  90013<br><br>**Phase 2:**<br>Discovery Cut-off:  Dec. 11, 2009<br>Pre-trial Conf.:  Mar. 1, 2010<br>Trial Date:  Mar. 23, 2010 |

00505.07975/2987925.2

DECLARATION OF MARSHALL M. SEARCY

I, Marshall M. Searcy, III, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Court's Minute Order of February 27, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Hearing Transcript, dated June 19, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of Defendant's First Set of Interrogatories Propounded on Plaintiff, dated June 13, 2004.

5. Attached hereto as Exhibit 4 is a true and correct copy of Bryant's Second Set of Interrogatories to Mattel, dated December 26, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of MGA's First Set of Interrogatories to Mattel, dated February 4, 2005.

7. Attached hereto as Exhibit 6 is a true and correct copy of MGA's Second Set of Interrogatories to Mattel, dated December 4, 2007.

8. Attached hereto as Exhibit 7 is a true and correct copy of MGA's Amended Supplemental Interrogatory to Mattel, Inc. Re Its Affirmative Defenses, dated December 6, 2007.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter from B. Dylan Proctor to Michael H. Page and Thomas J. Nolan, dated January 3, 2008.

10. Attached hereto as Exhibit 9 is a true and correct copy of a letter from Mr. Proctor to Robert J. Herrington, dated January 17, 2008.

11. Attached hereto as Exhibit 10 is a true and correct copy of Mattel, Inc.'s Objections and Responses to Defendant's First Set of Interrogatories, dated July 16, 2004.

12. Attached hereto as Exhibit 11 is a true and correct copy of Mattel, Inc.'s Objections and Supplemental Responses to Defendant's First Set of Interrogatories (Interrogatory Nos. 1-3, 6, 10-13 and 16), dated May 16, 2005.

13. Attached hereto as Exhibit 12 is a true and correct copy of Mattel's Objections and Responses to MGA's First Set of Interrogatories to Mattel, Inc., dated March 7, 2005.

14. Attached hereto as Exhibit 13 is a true and correct copy of Mattel's Responses to MGA's Second Set of Interrogatories, dated January 3, 2008.

15. Attached hereto as Exhibit 14 is a true and correct copy of the Court's Order dated January 6, 2009.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the Hearing Transcript, dated February 11, 2009.

17. Attached hereto as Exhibit 16 is a true and correct copy of a letter from Carolyn H. Mankey to Jon D. Corey and Michael T. Zeller, dated March 25, 2009.

18. Attached hereto as Exhibit 17 is a true and correct copy of a letter from Diane C. Hutnyan to Ms. Mankey, dated April 16, 2009.

19. MGA moved to compel Mattel to supplement its responses to these interrogatories on April 20, 2009, and that motion is currently pending before the Discovery Master.

20. Attached hereto as Exhibit 18 is a true and correct copy of MGA's First Set of Phase 2 Interrogatories, dated April 14, 2009.

21. Attached hereto as Exhibit 19 is a true and correct copy of MGA's Second Set of Phase 2 Requests for Production, dated April 14, 2009.

1  22. Attached hereto as Exhibit 20 is a true and correct copy of
2  Mattel's Responses to MGA's First Set of Phase 2 Interrogatories, dated May 18,
3  2009.
4  23. Attached hereto as Exhibit 21 is a true and correct copy of
5  Mattel's Responses to MGA's Second Set of Phase 2 Requests for Production, dated
6  May 18, 2009.
7  24. Attached hereto as Exhibit 22 is a true and correct copy of a
8  letter from Jean Pierre Nogues to me, dated May 21, 2009.
9  25. Attached hereto as Exhibit 23 is a true and correct copy of a
10 letter from Mr. Nogues to me, dated June 17, 2009.
11 26. Attached hereto as Exhibit 24 is a true and correct copy of the
12 Court's Order, dated May 21, 2009.
13 27. Attached hereto as Exhibit 25 is a true and correct copy of a
14 letter from me to Mr. Nogues, dated June 18, 2009.
15 28. Attached hereto as Exhibit 26 is a true and correct copy of a
16 letter from me to Mr. Nogues, dated June 22, 2009.
17 29. Attached hereto as Exhibit 27 is a true and correct copy of a
18 letter from Mr. Nogues to me, dated June 24, 2009.
19 30. Attached hereto as Exhibit 28 is a true and correct copy of a
20 letter from me to Mr. Nogues, dated June 26, 2009.

31. Attached hereto as Exhibit 29 is a true and correct copy of the Discovery Master's Order Granting Joint Motion For Protective Order Regarding Mattel's Interrogatories; Denying Mattel's Motion to Compel Interrogatory Responses, dated September 5, 2007.

32. Attached hereto as Exhibit 30 is a true and correct copy of MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian, and Carter Bryant's Joint Notice of Motion and Motion for Protective Order Regarding Mattel's Interrogatories, dated July 10, 2007.

33. Attached hereto as Exhibit 31 is a true and correct copy of an email from Robert Herrington to Dylan Proctor, copy to Matthew Werdegar, dated January 17, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of June 2009, at Los Angeles, California.

/s/ Marshall M. Searcy III
Marshall M. Searcy III