QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>[PUBLIC REDACTED] DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER RE MGA'S FIRST SET OF PHASE 2 INTERROGATORIES<br><br>Hearing Date:  TBD<br>Time:                TBD<br>Place:              Arent Fox, LLP<br>                       555 West Fifth St.<br>                       48th Floor<br>                       Los Angeles, CA 90013<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07209/2989057.1

DECLARATION OF BRIDGET A. HAULER

# DECLARATION OF BRIDGET A. HAULER

I, Bridget A. Hauler, declare as follows:

1. I am a member of the bar of the State of California. I am an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Mattel's Second Supplemental Responses to MGA's First Set of Interrogatories to Mattel, Inc., dated May 23, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of Mattel, Inc.'s Supplemental Objections and Responses to MGA Entertainment, Inc.'s Second Set of Interrogatories, dated March 5, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of Mattel, Inc.'s Objections and Response to MGA Entertainment, Inc.'s Amended Supplemental Interrogatory Regarding Affirmative Defenses, dated January 7, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of Mattel, Inc.'s Objections and Second Supplemental Responses to Defendant's First Set of Interrogatories, Numbers 1-14, dated December 13, 2007.

1  6. Attached hereto as Exhibit 5 is a true and correct copy of Mattel, Inc.'s Supplemental Responses to Second Set of Interrogatories Propounded by Carter Bryant, dated March 4, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 26, 2009 at Los Angeles, California.

/s/ Bridget A. Hauler
Bridget A. Hauler

07209/2989057.1

-3-

DECLARATION OF BRIDGET A. HAULER