QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On June 29, 2009, I served true copies of the following document(s) described as

## SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>Skadden Arps Slate Meagher & Flom<br>thomas.nolan@skadden.com | Jason D. Russell, Esq.<br>Skadden Arps Slate Meagher & Flom<br>jason.russell@skadden.com |
| Patricia Glaser, Esq.<br>Glaser Weil Fink Jacobs & Shapiro, LLP<br>pglaser@glaserweil.com | Amman A. Khan, Esq.<br>Glaser Weil Fink Jacobs & Shapiro, LLP<br>akhan@glaserweil.com |
| Mark E. Overland, Esq.<br>Scheper, Kim & Overland, LLP<br>moverland@scheperkim.com | Alexand H. Cote, Esq.<br>Scheper, Kim & Overland, LLP<br>acote@scheperkim.com |

Russell J. Frackman
Mitchell Silberberg
rjf@msk.com

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from bridgethauler@quinnemanuel.com on June 29, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 29, 2009, at Los Angeles, California.

/s/ Bridget Hauler
Bridget Hauler

07975/2990712.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

**DOCUMENT LIST**

1.   DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER RE MGA'S FIRST SET OF PHASE 2 INTERROGATORIES

2.   APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2, 4 & 5 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER RE MGA'S FIRST SET OF PHASE 2 INTERROGATORIES

3.   [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2, 4 & 5 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER RE MGA'S FIRST SET OF PHASE 2 INTERROGATORIES