QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff and Cross-
Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>**DECLARATION OF DAVID W. QUINTO IN SUPPORT OF MATTEL'S MOTION OF MATTEL INC. FOR LIMITED RECONSIDERATION OF PHASE 2 DISCOVERY MATTER ORDER NO. 33**<br><br>Date:       TBD<br>Time:       TBD<br>Place:      Arent Fox, LLP<br>            555 W. Fifth Street,<br>            48th Floor<br>            Los Angeles, CA 90013<br><br>**Phase 2:**<br>Discovery: Cut-Off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/2990065.1

Case No. CV 04-9049 SGL (RNBx)
DECLARATION OF DAVID QUINTO ISO MATTEL'S MOTION FOR LIMITED RECONSIDERATION OF ORDER NO. 33

1

## DECLARATION OF DAVID W. QUINTO

2    I, David W. Quinto, declare as follows:

3    1.    I am a member of the Bar of the State of California and am a
4  partner in Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for
5  Mattel, Inc. ("Mattel") herein.  I make this declaration of my personal and firsthand
6  knowledge and, if called and sworn as a witness, I could and would testify
7  competently hereto.

8    2.    By letter dated May 22, 2009, I wrote to Peter N. Villar, Esq., an
9  attorney for third party Fred Mashian, and Amman Khan, Esq., an attorney
10 Mr. Larian and the MGA parties herein, seeking to meet and confer concerning
11 Mattel's motion for limited reconsideration of Phase 2 Discovery Matter Order
12 No. 33.  A true and correct copy of my letter is attached as Exhibit A.

13    3.    By letter dated May 27, 2009, Mr. Villar advised me that his
14 client interpreted Judge Larson's May 21 order that, *inter alia*, imposed a temporary
15 discovery stay, as applying to Mattel's contemplated reconsideration motion.  A true
16 and correct copy of Mr. Villar's May 27 letter is attached as Exhibit B.

17    4.    Because I had not heard from Mr. Khan, I wrote to him again, by
18 letter dated May 28, 2009, advising that Mr. Mashian had taken a position that the
19 discovery freeze ordered on May 21 applied to Mattel's contemplated
20 reconsideration motion.  A true and correct copy of my May 28, 2009 letter to
21 Mr. Khan is attached as Exhibit C.

22    5.    By e-mail message dated May 28, 2009, Mr. Khan advised me
23 that his clients also took the position that Judge Larson's May 21 order had imposed
24 a stay on the contemplated reconsideration motion.  A true and correct copy of his
25 e-mail message is attached as Exhibit D.

26    6.    On June 19, 2009, I met and conferred with Mr. Villar
27 concerning Mattel's contemplated motion.  Mr. Villar advised me that his client

28

1 | would oppose any such motion, but would re-think its opposition if Mr. Larian and
2 | the MGA defendants chose not to oppose it.

3 |      7.    On June 22, 2009, I met and conferred with Mr. Khan by
4 | telephone concerning Mattel's contemplated motion.  He subsequently advised me
5 | that Mr. Larian and the MGA defendants would also oppose it.

6 |      I declare under penalty of perjury under the laws of the United States of
7 | America that the foregoing is true and correct.

8 |      Executed this 29th day of June, 2009, Los Angeles, California.

9

10

11                                _____

12                                David W. Quinto

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

May 22, 2009

VIA FACSIMILE AND U.S. MAIL

Amman A. Khan, Esq.                     Peter N. Villar, Esq.
Glaser, Weil, Fink, Jacobs & Shapiro, LLP   Bingham McCutchen LLP
10250 Constellation Blvd., 19th Floor   600 Anton Boulevard, 18th Floor
Los Angeles, California 90067           Costa Mesa, California  92626-1924

Re:     Mattel, Inc. v. MGA Entertainment, Inc. et al.

Dear Counsel:

I am writing pursuant to paragraph 5 of the Discovery Master Stipulation to request a meeting of counsel regarding Mattel's intent to seek reconsideration of the Discovery Master's Order No. 33, dated May 18, 2009, to the limited extent it quashes the deposition subpoena served on Fred Mashian.  Mattel plans to seek reconsideration in light of the Court's May 21, 2009 Order.

That order granted Mattel leave to file its proposed Third Amended Answer and Counterclaims ("TAAC").  As the order explains:

> [T]he TAAC adds one additional claim and a number of additional allegations. First, Mattel asserts an additional claim pursuant to California's version of the Uniform Fraudulent Transfers Act, found at Cal. Civ. Code §§ 3439 et seq. Second, Mattel avers facts that fall into the following broad categories: (1) Allegations regarding certain 2008 financial transactions that were the subject of the Forensic Auditor's Report (the "Wachovia/Omni 808 Transactions"). . . .

The order further explains that "the Court is fully aware, that the . . . amendments will dramatically expand the scope of the present litigation."  Because the Court has now granted Mattel leave to file the TAAC which, in turn, makes information Mr. Mashian can provide

EXHIBIT _____ Ⓚ

PAGE _____ 4

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1711

directly relevant, Mattel believes the Discovery Master should reconsider Order No. 33 to that extent.

Mattel is mindful that the Court's May 21 Order "imposes a stay of Phase II discovery that is strictly limited in scope and duration." If you believe that the stay is applicable to Mattel's contemplated motion and believe that Mattel's time to bring a reconsideration motion is tolled, please confirm that in writing immediately. Otherwise, please let me know when you are available to meet and confer concerning Mattel's contemplated motion.

Very truly yours,

David W. Quinto

DWQ/wp
07209/2943346.1

2

EXHIBIT _____ K _____

PAGE _____ 5 _____

# EXHIBIT B

# BINGHAM

MAY 2 9 2009

Peter N. Villar
Direct Phone:    714.830.0640
Direct Fax:    714.830.0719
peter.villar@bingham.com

**Via Facsimile**

May 27, 2009

David Quinto, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017

**Re:  Mattel, Inc. v. MGA Entertainment, Inc. et al.**

Dear David:

I am in receipt of your letter dated May 22, 2009 regarding Mattel's contemplated motion for reconsideration of the Discovery Master's Order No. 33.  We disagree that there are any grounds for reconsideration of the Discovery Master's Order, but, as you acknowledge, the Court has stayed Phase II discovery.  Therefore, your motion would violate the stay and would be improper.

Sincerely,

Peter N. Villar

cc:    Amman A. Khan, Esq.
       Todd E. Gordinier, Esq.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Plaza Tower, 18th Floor
600 Anton Boulevard
Costa Mesa, CA
92626-1924

714.830.0600
714.830.0700
bingham.com

A/73048143.1

EXHIBIT _____ B

PAGE _____ 6

# EXHIBIT C

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

May 28, 2009

<u>VIA E-MAIL AND FACSIMILE</u>

Amman A. Khan, Esq.
Glaser, Weil, Fink, Jacobs & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California  90067

Re:    <u>Mattel v. MGA Entertainment, Inc., et al.</u>

Dear Mr. Khan:

By letter dated May 22, 2009, I wrote to you and Peter Villar requesting to meet and confer
concerning Mattel's intent to seek reconsideration of the Discovery Master's Order No. 33, dated
May 18, 2009, to the limited extent it prevents Mattel from conducting a deposition of Fred
Mashian.  By letter dated May 27, 2009, Mr. Villar advised me that his client believes that
Judge Larson's May 21 order staying discovery applies to Mattel's contemplated reconsideration
motion.

Please advise me immediately whether defendants are also of the view that the current stay of
Phase II discovery applies to Mattel's contemplated motion.

Very truly yours,

David W. Quinto

DWQ:wp
cc:    Peter N. Villar, Esq.
00505.07975/2948660.1

EXHIBIT _____ C
PAGE _____ 7

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44-20-7653-2000 FAX +44-20-7653-2100

# EXHIBIT D

## Betty Gomez

**From:** Amman Khan [akhan@glaserweil.com]

**Sent:** Thursday, May 28, 2009 3:03 PM

**To:** Betty Gomez; Peter.villar@bingham.com

**Cc:** David Quinto

**Subject:** RE: Mattel v. MGA

I agree with Mr. Villar.

Amman A. Khan, Esq.,
Partner
Glaser, Weil, Fink, Jacobs & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA  90067
T: (310) 556-7865
F: (310) 556-2920
E-mail: Akhan@glaserweil.com
This message and any attached documents may contain information from the law firm of Glaser, Weil, Fink,
Jacobs & Shapiro, LLP that is confidential and/or privileged. If you are not the intended recipient, you may not
read, copy, distribute or use this information. If you have received this transmission in error, please notify the
sender immediately by reply e-mail and then delete this message.  Thank you.

**From:** Betty Gomez [mailto:bettygomez@quinnemanuel.com]
**Sent:** Thursday, May 28, 2009 2:54 PM
**To:** Amman Khan; Peter.villar@bingham.com
**Cc:** David Quinto
**Subject:** Mattel v. MGA

Please see attached letter.

Thank you,

Betty Gomez
Assistant to
David W. Quinto

EXHIBIT _____ D _____

PAGE _____ 8 _____

6/22/2009