UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-09049-SGL(RNBx) | Date | June 29, 2009 |
|---|---|---|---|
| Title | CARTER BRYANT -v- MATTEL, INC. | | |

| Present: The Honorable | HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Cindy Sasse | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)
RE:

1) Mattel Inc.'s Motion for Order for Overruling Portions of the Discovery Master Order No. 27 Re Motion of Mattel, Inc. To Compel Documents from Bingham McCutcheon, No. 5586

2. Omni 909 Investors, LLC's Motion to Strike the Summary and Responsive Reports of the Court-Appointed Forensic Auditor, No.

3. Potential Unsealing of the Forensic Auditor's Reports

Upon the request of the Court appointed Settlement Officer, Ambassador Pierre Prosper, in order to facilitate settlement negotiations, the motions hearing set for July 6, 2009, at 10:00 a.m., have been reset to July 6, 2009, at 1:30 p.m.

IT IS SO ORDERED.

Initials of Preparer   cls