UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                           Date: June 29, 2009
Title:     MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
===============================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

| Cindy Sasse | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   ORDER REGARDING SERVICE OF THE FORENSIC AUDITOR'S FINAL REPORT**

　　The Court has received and reviewed *in camera* the Forensic Auditor's Final Report, dated June 15, 2009.

　　The Court directs the Forensic Auditor to serve a copy of the Report and Exhibits on all parties, and on all Court-appointed officers, including Discovery Master, Robert C. O'Brien, the MGA Monitor Patrick A. Fraioli, Jr., and the Court-appointed Settlement Officer, Ambassador Pierre Prosper.

　　The Final Report and its Exhibits shall remain under seal, and distribution shall be limited to parties, their attorneys (whether or not the attorneys are of record), the Court-appointed officers noted above, and, as necessary, the parties', attorneys', and officers' staff.

　　The Court shall consider further use and maintenance of this report, along with the Forensic Auditor's preliminary and responsive reports, at the hearing on July 6, 2009, which hearing the Court has re-scheduled to 1:30 p.m.

　　**IT IS SO ORDERED.**