1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
2 | (johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
3 | (michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
4 | (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
5 | Los Angeles, California 90017-2543
Telephone: (213) 443-3000
6 | Facsimile: (213) 443-3100

7 | Attorneys for Mattel, Inc.

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | EASTERN DIVISION

| | |
|---|---|
| 11 CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12 Plaintiff, | Consolidated with Case No. CV 04-09059 |
| 13 vs. | Case No. CV 05-02727 |
| 14 MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE** |
| 15 | |
| Defendant. | |
| 16 | |
| 17 AND CONSOLIDATED ACTIONS | |

18
19
20
21
22
23
24
25
26
27
28

00505.07975/2991504.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On June 30, 2009, I served true copies of the following documents described as:

### SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>   Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>   tnolan@skadden.com<br>   jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>   Patricia L. Glaser, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>   pglaser@glaserweil.com | **Attorneys for *the MGA Parties*** |
| Mitchell, Silberberg, & Knupp, LLP<br>   Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>   rjf@msk.com | **Attorneys for *the MGA Parties*** |
| Scheper  Kim&Overland  LLP<br>   Mark E. Overland, Esq.<br>   Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>   moverland@obsklaw.com<br>   acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |

PROOF OF SERVICE

| | |
|---|---|
| 1 | |
| 2 | Bingham McCutchen LLP<br>Todd E. Gordinier, Esq.<br>Peter N. Villar, Esq. |
| 3 | Craig A. Taggart, Esq.<br>600 Anton Blvd., 18th Fl. |
| 4 | Costa Mesa, CA 92626<br>todd.gordinier@bingham.com |
| 5 | peter.villar@bingham.com<br>craig.Taggart@bingham.com |

**Attorneys for *Omni 808 Investors, LLC, Leon Neman, Fred Mashian & Neil Kadisha***

6

7

8     [√]    **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed

9     as shown above, and I deposited such envelope(s) in the mail at Los Angeles,

10    California. The envelope was mailed with postage thereon fully prepaid.

11

12    I declare under penalty of perjury under the laws of the State of California

13    that the foregoing is true and correct.

14    Executed on June 30, 2009, at Los Angeles, California.

15

16

17    Lorraine Robles

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

1

# DOCUMENT LIST

2

1.  MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S
3       NOTICE OF MOTION AND MOTION OF MATTEL INC. FOR LIMITED
4       RECONSIDERATION OF PHASE 2 DISCOVERY MATTER ORDER NO.
        33 AND CERTAIN PORTIONS AND EXHIBITS TO THE SUPPORTING
5       DECLARATION OF MICHAEL T. ZELLER;

6

2.  [PROPOSED] ORDER RE: APPLICATION TO FILE UNDER SEAL
7       MATTEL'S NOTICE OF MOTION AND MOTION OF MATTEL INC.
8       FOR LIMITED RECONSIDERATION OF PHASE 2 DISCOVERY
        MATTER ORDER NO. 33 AND CERTAIN PORTIONS AND EXHIBITS
9       TO THE SUPPORTING DECLARATION OF MICHAEL T. ZELLER

10

3.  NOTICE OF MOTION AND MOTION OF MATTEL INC. FOR LIMITED
11      RECONSIDERATION OF PHASE 2 DISCOVERY MATTER ORDER NO.
12      33; AND MEMORANDUM OF POINTS AND AUTHORITIES IN
        SUPPORT THEREOF - UNDER SEAL

13

14  4.  DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL'S
        MOTION OF MATTEL INC. FOR LIMITED RECONSIDERATIN OF
15      PHASE 2 DISCOVERY MATTER ORDER NO. 33 - UNDER SEAL

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-