1 THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
4 Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>MGA PARTIES' *EX PARTE* APPLICATION & MOTION FOR PARTIAL RELEASE OF *IN CAMERA* JUROR INTERVIEW TRANSCRIPTS; and<br><br>MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF;<br><br>**FILED UNDER SEPARATE COVER:**<br>(1)  DECLARATION OF JASON D. RUSSELL IN SUPPORT THEREOF;<br>(2)  DECLARATION OF JENNIFER K. DEL CASTILLO IN SUPPORT THEREOF [filed under seal];<br>(3)  [PROPOSED] ORDERS [lodged under separate cover].<br><br>Hearing Date: TBD<br>Time: TBD |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7-19, counter-defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties"), respectfully submit this *ex parte* application seeking relief from the 20-day meet-and-confer requirement of Local Rule 7-3 and an expedited hearing on the MGA Parties' Motion For Partial Release Of *In Camera* Juror Interview Transcripts, and hereby move for partial unsealing of the *in camera* interviews conducted with jurors on July 25, 2008. Specifically, the MGA Parties ask that the transcripts be released to the parties and their counsel (whether or not of record).

The MGA Parties seek expedited consideration of their request, as the transcripts are relevant to the MGA Parties' possible appeal of the Court's August 8, 2008 Order Denying Motion For Mistrial, and their opening brief in the Court of Appeals is due to be filed on July 10, 2009. (Ninth Circuit Order Denying Motion To Stay & Granting Motion To Expedite (Dkt 5718).) The MGA Parties note that this motion has already been fully briefed in the Ninth Circuit, where it was denied without prejudice pending consideration by this Court. In order to allow the MGA Parties to either consider the contents of the transcripts and incorporate them into their opening brief as appropriate, or seek further relief from the Court of Appeals, the MGA Parties respectfully request that this matter be heard as soon as possible.

This Application and Motion is based on this notice, the accompanying memorandum of points and authorities, the concurrently filed declarations, and all other pleadings and papers on file with the Court in this action.

## Statement of Compliance with Local Rule 7-19

Counsel for Mattel, Inc. include Michael Zeller, Jon Corey, and B. Dylan Proctor of Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP (telephone: 213-443-3000; address: 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017). Pursuant to Local Rule 7-19.1, counsel for the MGA Parties gave notice of this Application to counsel for Mattel by telephone on June 30, 2009. (Declaration of Jason D. Russell dated June 30, 2009 ¶ 2.)

1

MGA Parties' *Ex Parte* Application & Motion For Partial Release Of *In Camera* Juror Interview Transcripts
Case No. CV 04-9049 SGL (RNBx)

1  Counsel for Mattel indicated that Mattel would oppose the Application. (Id.) The MGA
2  Parties note that Mattel opposed the motion in the Ninth Circuit, and thus request that the
3  Court's consideration of this Motion not be delayed for further opposition by Mattel.
4  DATED: June 30, 2009      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Thomas J. Nolan_____
Thomas J. Nolan
Attorneys for the MGA Parties

2

MGA Parties' *Ex Parte* Application & Motion For Partial Release Of *In Camera* Juror Interview Transcripts
Case No. CV 04-9049 SGL (RNBx)

1 As this Court no doubt recalls, on July 25, 2008, a juror in the Phase 1 trial of this action notified the Court of inappropriate and offensive comments made by another juror in this matter. (7/25/08 Redacted Tr. (Dkt 5784) at 5646:16-5649:3.)  At the time, in order to allow the Court to efficiently pursue the issue and to minimize disruption to the proceeding, the Court interviewed first the juror who reported the issue, and then the remaining jurors, in camera and under seal. (Id.)  The transcripts of those interviews with the sitting jury were not released to the parties during trial. (8/4/08 Tr. (Dkt 5578) 5393:11-25)  Now that the trial is completed and the MGA Parties are considering appeal of the Court's August 8, 2008 Order Denying Motion For Mistrial (Dkt 4238) based on the offending juror's comments, the MGA Parties moved to partially unseal the transcripts in the Ninth Circuit. (Declaration of Jennifer K. del Castillo dated June 30, 2009, Ex. 1.)  The motion has been fully briefed (id., Ex. 1-3), and was denied without prejudice by the Ninth Circuit pending presentation to this Court.  (id., Ex. 4.)

The MGA Parties respectfully request that this Court consider their motion as briefed in the Ninth Circuit, and grant their request to partially unseal the juror interview transcripts for the reasons cited therein.

DATED: June 30, 2009        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Thomas J. Nolan_____
Thomas J. Nolan
Attorneys for the MGA Parties

1

MGA Parties' *Ex Parte* Application & Motion For Partial Release Of *In Camera* Juror Interview Transcripts
Case No. CV 04-9049 SGL (RNBx)