THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>         v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>DECLARATION OF JASON D. RUSSELL IN SUPPORT OF *EX PARTE* APPLICATION & MOTION FOR PARTIAL RELEASE OF *IN CAMERA* JUROR INTERVIEW TRANSCRIPTS |

I, Jason D. Russell, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") in the above-captioned matter. I submit this Declaration in support of MGA Parties' *ex parte* application seeking relief from the 20-day requirement of Local Rule 7-3 and an expedited hearing on the MGA Parties' Motion For Partial Release Of In Camera Juror Interview Transcripts. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. I discussed this *ex parte* application by telephone with B. Dylan Proctor, of Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP, counsel of record for Mattel, Inc., on Tuesday, June 30, 2009. Mr. Proctor indicated that Mattel would oppose the *ex parte* application and motion.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 30, 2009, at Los Angeles, California.

_____
Jason D. Russell

1

Declaration of Jason D. Russell ISO MGA Parties' *Ex Parte* Application & Motion for Partial Release of *In Camera* Juror Interview Transcripts -- Case No. CV 04-9049 SGL (RNBx)