THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER GRANTING MGA'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) AN EXPEDITED HEARING DATE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | Hearing Date: TBD<br>Time: TBD |

## ORDER

Based on the Application filed with the Court, and good cause appearing for the entry thereof, **IT IS HEREBY ORDERED** that:

1. The *Ex Parte* Application, brought by MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties"), is granted;

2. The MGA Parties are hereby relieved from the twenty-day requirement of Local Rule 7-3 and the Motion For Partial Release Of *In Camera* Juror Interview Transcripts will be heard on an expedited basis.

DATED: _____, 2009

_____
Hon. Stephen G. Larson
United States District Court Judge
