THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>         v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**[PROPOSED] ORDER GRANTING MGA PARTIES' MOTION FOR PARTIAL RELEASE OF *IN CAMERA* JUROR INTERVIEW TRANSCRIPTS** |

# ORDER

The *Ex Parte* Application And Motion For Partial Release Of *In Camera* Juror Interview Transcripts, brought by MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties"), came before this Court on June 30, 2009, the Honorable Stephen G. Larson presiding. After consideration of the *Ex Parte* Application and Motion, all papers filed in support thereof and in opposition thereto, as well as the argument of counsel and the other pleadings and papers on file in this action, and good cause appearing, **IT IS HEREBY ORDERED** that:

MGA Parties' Motion For Partial Release Of *In Camera* Juror Interview Transcripts is **GRANTED**. The transcripts of the interviews with jurors conducted *in camera* by this Court on July 25, 2008 will be partially unsealed and released to the parties and their counsel (whether or not counsel of record) and all Court-appointed officers.

DATED: _____, 2009

Hon. Stephen G. Larson
United States District Court Judge

[Proposed] Order Granting MGA Parties' Motion For Partial Release Of *In Camera* Juror Interview Transcripts
Case No. CV 04-9049 SGL (RNBx)
- 1 -