Name and address
Carlos Gustavo Machado Gomez
GMachado@mgae.com
MGA Mexico
Insurgentes sur 1898, piso 15
Colonia Florida DF, MX 01020

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                        Plaintiff(s)<br>     v.<br>MATTEL, INC., a Delaware corporation,<br><br>                        Defendant(s). | CASE NUMBER<br><br>CV 04-9049 SGL (RNBx)<br>[Consolidated with CV 04-09059 and CV 05-02727]<br><br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

<u>  Carlos Gustavo Machado Gomez  </u>   ☐ Plaintiff   ☐ Defendant   ☑ Other <u>Counter-defendant</u>
*Name of Party*

hereby request the Court approve the substitution of <u>Carlos Gustavo Machado Gomez, Pro Se</u>
                                                                                            *New Attorney*
as attorney of record in place and stead of <u>Mark E. Overland, David C. Scheper and Alexander H. Cote of</u>
<u>SCHEPER KIM & OVERLAND LLP</u>           *Present Attorney*

Dated <u>June   , 2009</u>                     _____
                                                                       *Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated <u>June 25, 2009</u>                     */s/ Alexander H. Cote*
                                          *Signature of Present Attorney*
                                           ALEXANDER H. COTE

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated _____             _____
                                                 *Signature of New Attorney*

                                                 *State Bar Number*

---

If party requesting to appear Pro Se:

Dated <u>June   , 2009</u>             _____
                                                 *Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

---

G-01 (03/06)                   **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

Name and address
Carlos Gustavo Machado Gomez
GMachado@mgae.com
MGA Mexico
Insurgentes sur 1898, piso 15
Colonia Florida DF, MX 01020

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 04-9049 SGL (RNBx) [Consolidated with CV 04-09059 and CV 05-02727] |
| v. | |
| MATTEL, INC., a Delaware corporation, | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

<u>Carlos Gustavo Machado Gomez</u>   ☐ Plaintiff   ☐ Defendant   ☑ Other <u>Counter-defendant</u>
*Name of Party*

hereby request the Court approve the substitution of <u>Carlos Gustavo Machado Gomez, Pro Se</u>
*New Attorney*
as attorney of record in place and stead of <u>Mark E. Overland, David C. Scheper and Alexander H. Cote of</u>
<u>SCHEPER KIM & OVERLAND LLP</u>   *Present Attorney*

Dated June 24th, 2009

*Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated June ___, 2009

*Signature of Present Attorney*
ALEXANDER H. COTE

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated _____

*Signature of New Attorney*

*State Bar Number*

---

If party requesting to appear Pro Se:

Dated June 24th, 2009

*Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)        REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

# ATTACHMENT TO REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

## DECLARATION OF ALEXANDER H. COTE

I, ALEXANDER COTE, declare as follows:

1. I am an attorney at Scheper Kim & Overland LLP. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I make this declaration in support of Carlos Gustavo Machado Gomez' Request For Approval Of Substitution Of Attorney ("Request").

3. In the event the Court wishes additional evidence or argument in support of the Request, such evidence is subject to attorney-client privilege and the work product doctrine. Mr. Machado therefore would request leave to file an additional declaration and exhibits with the Court *in camera* in support of the Request, if the Court feels the need for such additional evidence.

I declare under penalty of perjury that the foregoing is true. Executed this 26th day of June, 2009 at Los Angeles, California.

_____/s/_____
ALEXANDER H. COTE