QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARTER BRYANT, an individual <br><br> PLAINTIFF(S) <br> v. <br> MATTEL, INC., a Delaware corporation <br><br> DEFENDANT(S). | CASE NUMBER: <br> CASE NO. CV 04-9049 SGL (RNBx) <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) Mattel, Inc.'s Opposition to Defendants' Ex Parte Application & Motion for Partial Release of In Camera Juror Interview Transcripts; (2) Certain Exhibits to the Proctor Declaration; (3) Application to File Under Seal; (4) Proposed Order Granting Application to File Under Seal; (5) Proof of Service.

**Document Description:**
- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☐ Manual Filing required (reason):

July 1, 2009
Date

B. Dylan Proctor
Attorney Name

Mattel, Inc.
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                          NOTICE OF MANUAL FILING