# **EXHIBIT A**

Documents Filed Manually:

1. Declaration of Richard De Anda in Support of Mattel's Opposition to MGA Entertainment, Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions

2. Declaration of Laura Owens in Support of Mattel's Opposition to MGA Entertainment, Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions

3. Declaration of Roberto Isaias in Support of Mattel's Opposition to MGA Entertainment, Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions

4. Declaration of Yeiro Fierro in Support of Mattel's Opposition to MGA Entertainment, Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions

5. Declaration of James D. Judah in Support of Mattel's Opposition to MGA Entertainment, Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions

6. Declaration of Rory S. Miller in Support of Mattel, Inc.'s Notice of Motion and Motion to Amend Protective Order