**FILED**

UNITED STATES COURT OF APPEALS

JUN 29 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>    Defendant-counter-claimant - Appellee<br>v.<br><br>MGA ENTERTAINMENT, INC.; et al.,<br><br>    Counter-defendants - Appellants,<br><br>CARTER BRYANT, an individual,<br><br>    Plaintiff-counter-defendant,<br><br>CARLOS GUSTAVO MACHADO GOMEZ, an individual; et al.,<br><br>    Counter-defendants,<br><br>ANNE WANG,<br><br>    Third-party-defendant,<br><br>OMNI 808 INVESTORS LLC,<br><br>    Movant. | No. 09-55673<br><br>D.C. No. 2:04-cv-09049-SGL<br>Central District of California,<br>Los Angeles<br><br><br>RECEIVED<br>CLERK, U.S. DISTRICT COURT<br>JUN 2 9 2009<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY        DEPUTY |

KW/MOATT

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff-counter-defendant - Appellee<br>and<br><br>MGA ENTERTAINMENT, INC.; et al.,<br><br>    Counter-defendants - Appellees<br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant-counter-claimant - Appellant,<br><br>CARLOS GUSTAVO MACHADO GOMEZ, an individual; et al.,<br><br>    Counter-defendants. | No. 09-55812<br><br>D.C. No. 2:04-cv-09049-SGL<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: KOZINSKI, Chief Judge, PAEZ and TALLMAN, Circuit Judges.

The motion to seal documents is granted.

The motion for partial release of *in camera* juror interview transcripts is denied without prejudice to renewal following presentation to the district court and the district court's issuance of an order granting or denying the motion. *See* Fed. R. App. P. 8(a).

The court has also received an informal request from Thomson Reuters to unseal the same documents. That request is also denied without prejudice to

KW/MOATT 2 09-55673

renewal following presentation to the district court and the district court's issuance of an order granting or denying the request. *See* Fed. R. App. P. 8(a).

The briefing schedule established previously shall remain in effect.