1  Patricia L. Glaser, State Bar No. 055668
      pglaser@glaserweil.com
2  Joel N. Klevens, State Bar No. 045446
      jklevens@glaserweil.com
3  GLASER, WEIL, FINK, JACOBS,
      HOWARD & SHAPIRO, LLP
4  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
5  Telephone:  310-553-3000
   Facsimile:  310-556-2920
6

7  Attorneys for the MGA Parties for Phase 2

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  EASTERN DIVISION

11  CARTER BRYANT, an individual          )   Case No. CV 04-9049 SGL (RNBx)
                                          )
12              Plaintiff,                )   Consolidated with: Case No. CV 04-
                                          )   9059 and Case No. CV 05-2727
13  v.                                    )
                                          )   Hon. Stephen J. Larson
14  MATTEL, INC., a Delaware              )
    Corporation                          )   MGA PARTIES' APPLICATION TO
15                                        )   SUBMIT EXHIBIT "A" TO 6/26/09
                Defendant.                )   DECLARATION OF JOHN
16                                        )   WOOLARD UNDER SEAL FOR *IN
                                          )   CAMERA* REVIEW ONLY
17  ──────────────────────────────       )
                                          )   Phase 2
18  AND CONSOLIDATED ACTIONS              )   Discovery Cut-off: December 11, 2009
                                          )   Pre-Trial Conference: March 1, 2010
19                                        )   Trial Date: March 23, 2010
                                          )
20                                        )
                                          )
21                                        )

22

23

24

25

26

27

28

680632

## APPLICATION

MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de C.V. and Isaac Larian (collectively, the "MGA Parties") hereby apply to the Court for an order allowing them to submit Exhibit A to the 6/26/09 Declaration of John Woolard In Opposition to *Ex Parte* Motion of Temporary Receiver under seal for *in camera* review only.

Pursuant to authority in the Ninth Circuit, allowing the MGA Parties to submit Exhibit A for *in camera* review is proper.  Exhibit A is a presumptively attorney-client privileged communication between the MGA Parties and the Temporary Receiver. The MGA Parties submit this application in order to preserve the attorney-client privilege and the attorney work product protections that presumptively apply to communications involving the Court-appointed receiver.  *See U.S. v. Plache*, 913 F. 2d 1375, 1381 (9th Cir. 1990) (recognizing that privilege held by corporation passed to receiver of corporation when receiver was appointed by the court); *Mt. Hawley Ins. Co. v. Federal Sav. & Loan Ins. Corp.*, 695 F. Supp. 469, 482-483 (C.D. Cal. 1987) ("The receiver even acquires such 'personal' rights as the corporation's attorney-client privilege.").  These protections could arguably be waived if the MGA Parties publicly and electronically filed Exhibit A.

The MGA Parties, therefore, seek an Order stating that they are not required to publicly electronically file Exhibit A to the 6/26/09 Declaration of John Woolard In Opposition to *Ex Parte* Motion of Temporary Receiver.

Dated:  June 26, 2009

Patricia L. Glaser
Joel N. Klevens
GLASER, WEIL, FINK, JACOBS
 HOWARD & SHAPIRO, LLP

By:  /s/ Caroline H. Mankey
Caroline H. Mankey
Attorneys for the MGA Parties
for Phase Two

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
LAW OFFICES
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

**1**