Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@glaserweil.com
GLASER, WEIL, FINK, JACOBS,
  HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: 310-553-3000
Facsimile: 310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone: 310-312-2000
Facsimile: 310-312-3100

Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-09059 and Case No. 05-02727<br><br>**Hon. Stephen J. Larson**<br><br>**PROOF OF SERVICE**<br><br><br>**Discovery Cut-off: Dec. 11, 2009**<br>**Pre-trial Conference: March 1, 2009**<br>**Trial Date: March 23, 2010** |

676592

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, Nineteenth Floor, Los Angeles, California 90067.

On June 26, 2009, I served the foregoing documents described as:

**MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO EX PARTE MOTION OF TEMPORARY RECEIVER FOR ORDER (1) APPROVING FINAL ACCOUNT AND REPORT; (2) APPROVING FINAL COMPENSATION TO TEMPORARY RECEIVER AND PROFESSIONALS; (3) DISCHARGING RECEIVER**

**DECLARATION OF JOHN WOOLARD IN OPPOSITION TO EX PARTE MOTION OF TEMPORARY RECEIVER FOR ORDER (1) APPROVING FINAL ACCOUNT AND REPORT; (2) APPROVING FINAL COMPENSATION TO TEMPORARY RECEIVER AND PROFESSIONALS; (3) DISCHARGING RECEIVER**

**MGA PARTIES' APPLICATION TO FILE UNDER SEAL**

**[PROPOSED] ORDER TO FILE UNDER SEAL**

**MGA PARTIES' APPLICATION TO SUBMIT EXHIBIT "A" TO 6/26/09 DECLARATION OF JOHN WOOLARD UNDER SEAL FOR *IN CAMERA* REVIEW ONLY**

**[PROPOSED] ORDER GRANTING MGA PARTIES' APPLICATION TO SUBMIT EXHIBIT "A" TO 6/26/09 DECLARATION OF JOHN WOOLARD UNDER SEAL FOR *IN CAMERA* REVIEW ONLY**

on the interested parties to this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☐ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressees named below.

☒ (BY EMAIL) I caused such documents to be delivered via email to the addressees listed below.

676592

1

PROOF OF SERVICE

1  Executed this 26th [27th struck through] day of June, 2009, at Los Angeles, California.

2  I declare under penalty of perjury under the laws of the State of California that
3  the above is true and correct.

4
5  Lora Anderon

## SERVICE LIST

John Quinn, Esq.
(johnquinn@quinnemanuel.com)
Jon D. Corey, Esq.
(joncorey@quinnemanuel.com)
Brett D. Proctor
(dylanproctor@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
**[By Email Service]**

Russell J. Frackman, Esq.
(rjf@msk.com)
Patricia H. Benson, Esq.
(phb@msk.com)
Mitchell, Silberberg & Knupp, LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90067
(310) 312-2000
**[By Email Service]**

Thomas J. Nolan, Esq.
(tnolan@skadden.com)
Raoul D. Kennedy, Esq.
(rkennedy@skadden.com)
Jason D. Russell, Esq.
(Jason.russell@skadden.com)
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
(213) 687-5000
**[By Email Service]**

Mark E. Overland, Esq.
moverland@obsklaw.com
Alexander H. Cote, Esq.
acote@obsklaw.com
Overland Borenstein Scheper & Kim LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
**[By Email Service]**