Patricia L. Glaser, State Bar No. 055668
Pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
Jklevens@glaserweil.com
GLASER, WEIL, FINK, JACOBS,
 HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  310-553-3000
Facsimile:  310-556-2920

Russell J. Frackman, State Bar No. 049087
rjf@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  310-312-2000
Facsimile:  310-312-3100

Attorneys for the MGA Parties For Phase Two

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**Hon. Stephen J. Larson**<br><br>[~~PROPOSED~~] **ORDER GRANTING MGA PARTIES' APPLICATION TO SUBMIT EXHIBIT "A" TO 6/26/09 DECLARATION OF JOHN WOOLARD UNDER SEAL FOR *IN CAMERA* REVIEW ONLY**<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-Trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

*IN CAMERA*

680634

**[PROPOSED] ORDER**

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following document be submitted under seal for *in camera* review only:

1. Exhibit A to the 6/26/09 Declaration of John Woolard In Opposition to *Ex Parte* Motion of Temporary Receiver.

Dated: June 26, 2009

*S.G. Larson*

Hon. Stephen J. Larson
United States District Judge

680634

1

[PROPOSED] ORDER