QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 27 REGARDING MOTION OF MATTEL, INC. TO COMPEL DOCUMENTS FROM BINGHAM MCCUTCHEN**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 1 |

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2   entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3   requests that the Court order filed under seal Mattel, Inc.'s Reply in Support of
4   Motion Objecting to Portions of Discovery Master Order No. 27 Regarding Motion
5   of Mattel, Inc. to Compel Documents from Bingham McCutchen.
6   The Reply references materials that the MGA Parties and/or Mattel
7   have designated "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant
8   to the Protective Order.  Accordingly, Mattel requests that the Court order that the
9   Reply be filed under seal.
10  In the alternative, Mattel requests that the Court declare that the Reply
11  is outside the definitions of "Confidential" and "Confidential -- Attorney's Eyes
12  Only" as contained in the Stipulated Protective Order and order it to be filed as part
13  of the public record.

15  DATED: June 29, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

17                                By /s/ B. Dylan Proctor
18                                   B. Dylan Proctor
                                     Attorneys for Mattel, Inc.