ORIGINAL



| | |
|---|---|
| 1 | |
| 2 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 3 | John B. Quinn (Bar No. 090378)<br>johnquinn@quinnemanuel.com |
| 4 | Michael T. Zeller (Bar No. 196417)<br>(michaelzeller@quinnemanuel.com) |
| 5 | Jon D. Corey (Bar No. 185066)<br>(joncorey@quinnemanuel.com) |
| 6 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 |
| 7 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 8 | Attorneys for Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |
| AND CONSOLIDATED ACTIONS | |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026..

On June 29, 2009, I served true copies of the following documents described as:

1) **MATTEL, INC.'S REPLY IN SUPPORT OF MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 27 REGARDING MOTION OF MATTEL, INC. TO COMPEL DOCUMENTS FROM BINGHAM MCCUTCHEN**

2) **DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL INC.'S REPLY IN SUPPORT OF MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 27 REGARDING MOTION OF MATTEL, INC. TO COMPEL DOCUMENTS FROM BINGHAM MCCUTCHEN**

3) **APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 27 REGARDING MOTION OF MATTEL, INC. TO COMPEL DOCUMENTS FROM BINGHAM MCCUTCHEN**

4) **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 27 REGARDING MOTION OF MATTEL, INC. TO COMPEL DOCUMENTS FROM BINGHAM MCCUTCHEN**

on the parties in this action as follows:

### SEE ATTACHED SERVICE LIST

[X]   BY PERSONAL SERVICE: I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 29, 2009, at Los Angeles, California.

*/s/ Israel Adeyemo*
Apex Messenger Service

ISRAEL ADEYEMO

07209/2988657.1

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is; 865 S. Figueroa Street, 10Th Floor, Los Angeles, CA 90017

On the parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 29, 2009, at Los Angeles, California.

Laura Valenzuela

07209/2988657.1

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

| | |
|---|---|
| 1 | SERVICE LIST |
| 2 | |
| 3 | **VIA PERSONAL SERVICE** |

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Glaser, Weil, Fink, Jacobs, & Shapiro, LLP<br>  Patricia L. Glaser, Esq.<br>  Amman A. Khan, Esq.<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067<br>  pglaser@glaserweil.com | **Attorneys for *the MGA Parties*** |
| Mitchell, Silberberg, & Knupp, LLP<br>  Russell J. Frackman, Esq.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>  rjf@msk.com | **Attorneys for *the MGA Parties*** |
| Bingham McCutchen LLP<br>  Todd E. Gordinier, Esq.<br>  Peter N. Villar, Esq.<br>  Craig A. Taggart, Esq.<br>600 Anton Blvd., 18th Floor<br>Costa mesa, CA 92626<br>  todd.gordinier@bingham.com<br>  peter.villar@bingham.com<br>  craig.taggart@bingham.com | **Attorneys for Omni 808 Investors, LLC Leon Neman, Fred Mashian and Neil Kadisha** |

**VIA SERVICE BY MAIL**

| | |
|---|---|
| Scheper, Kim & Overland LLP<br>  Mark E. Overland, Esq.<br>  Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>  moverland@obsklaw.com | **Attorneys for Carlos Gustavo Machado Gomez** |