**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
 John B. Quinn (Bar No. 090378)
 (johnquinn@quinnemanuel.com)
 Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
 Jon D. Corey (Bar No. 185066)
 (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 27 REGARDING MOTION OF MATTEL, INC. TO COMPEL DOCUMENTS FROM BINGHAM MCCUTCHEN<br><br>Date:　　TBD<br>Time:　　TBD<br>Place:　　Courtroom 1 |

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Reply in Support of Motion Objecting to Portions of Discovery Master Order No. 27 Regarding Motion of Mattel, Inc. to Compel Documents from Bingham McCutchen,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Reply in Support of Motion Objecting to Portions of Discovery Master Order No. 27 Regarding Motion of Mattel, Inc. to Compel Documents from Bingham McCutchen is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: June 30, 2009

_____
Hon. Stephen G. Larson
United States District Judge