QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br><u>Hon. Stephen G. Larson</u><br><br>[~~PROPOSED~~] ORDER RE APPLICATION TO FILE UNDER SEAL MATTEL'S NOTICE OF MOTION AND MOTION OF MATTEL INC. FOR LIMITED RECONSIDERATION OF PHASE 2 DISCOVERY MATTER ORDER NO. 33 AND CERTAIN PORTIONS AND EXHIBITS TO THE SUPPORTING DECLARATION OF MICHAEL T. ZELLER |

07209/2990462.1

1  **[PROPOSED] ORDER**

2  Based on the concurrently filed Application to File Under Seal Mattel's
3  Notice of Motion and Motion for Limited Reconsideration of Phase 2 Discovery
4  Matter No. 33 and Paragraphs 4, 5, as well as Exhibits B, C and S, of the Supporting
5  Declaration of Michael T. Zeller, and good cause appearing for the entry thereof, IT
6  IS HEREBY ORDERED:

7  Mattel's Notice of Motion and Motion for Limited Reconsideration of
8  Phase 2 Discovery Matter No. 33 and Paragraphs 4, 5, as well as Exhibits B, C and
9  S, of the Supporting Declaration of Michael T. Zeller are ORDERED filed under
10  seal pursuant to Local Rule 79-5.1.

13  DATED: June 30, 2009         _____
14                                Hon. Stephen G. Larson
                                  United States District Judge

07209/2990462.1

- 1 -
[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL