LODGED ORIGINAL
2009 JUN 29 PM 3:09

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | [~~PROPOSED~~] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS 4, 6 and 12 TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FOR WHICH ANY CLAIMS OF PRIVILEGE HAVE BEEN WAIVED |
| AND CONSOLIDATED ACTIONS | |

07209/2989917.1

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 4, 6 and 12 to the Declaration of B. Dylan Proctor in Support of Mattel's Motion to Compel Production of Documents for Which Any Claims of Privilege Have Been Waived, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 4, 6 and 12 to the Declaration of B. Dylan Proctor in Support of Mattel's Motion to Compel Production of Documents for Which Any Claims of Privilege Have Been Waived are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: June 30, 2009

*/s/ Stephen G. Larson/*
Hon. Stephen G. Larson
United States District Judge