| Name & Address: |
|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES |
| John B. Quinn (Bar No. 90378) |
| jonquinn@quinnemanuel.com |
| 865 S. Figueroa Street, 10th Floor |
| Los Angeles, California 90017-2543 |
| Tel: (213) 443-3000 Fax: (213) 443-3100 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NUMBER: |
| PLAINTIFF(S) | CV 04-9049 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT INC.'S MOTION TO DE-DESIGNATE DOCUMENTS PRODUCED BY MATTEL, INC. AS "ATTORNEYS' EYES ONLY" IN RESPONSE TO DOCUMENT REQUEST NOS. 526 AND 528 AND REQUEST FOR SANCTIONS

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Memorandum of Points and Authorities in Opposition to Motion

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| | |
|---|---|
| July 1, 2009 | Rory S. Miller |
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                    NOTICE OF MANUAL FILING